# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION: J |
| THIS DOCUMENT RELATES TO ALL ACTIONS | * * | JUDGE BARBIER |
| | * | MAGISTRATE JUDGE SHUSHAN |
| | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## BP'S MOTION TO COMPEL HALLIBURTON ENERGY SERVICES, INC. TO PRODUCE DOCUMENTS WRONGFULLY WITHHELD

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
312- 862-2000 (Tel)
312- 862-2200 (Fax)

Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
504 -581-7979 (Tel.)
504 -556-4108 (Fax)

and

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
202- 662-5985 (Tel.)

***Attorneys for BP Exploration & Production Company and BP America Production Company***

BP respectfully moves the Court to issue an Order, pursuant to Federal Rules 26(b) and 37, to compel Halliburton to produce certain documents it wrongfully continues to withhold as attorney work product.  The relevant documents are those specifically identified in Attachment A to this Motion.  For the reasons explained in greater detail in the accompanying Memorandum in Support, such relief should be granted to enforce the Court's September 27, 2011 Order (Dkt. # 4128), with which Halliburton has stubbornly refused to comply.


Dated: December 7, 2011                    Respectfully submitted,

                                          /s/ Don K. Haycraft
                                          Don K. Haycraft (Bar #14361)
                                          R. Keith Jarrett (Bar #16984)
                                          Liskow & Lewis
                                          701 Poydras Street, Suite 5000
                                          New Orleans, Louisiana 70139-5099
                                          504 -581-7979 (Tel.)
                                          504 -556-4108 (Fax)

                                          and

                                          Richard C. Godfrey, P.C.
                                          J. Andrew Langan, P.C.
                                          Kirkland & Ellis LLP
                                          300 North LaSalle Street
                                          Chicago, IL 60654
                                          312- 862-2000 (Tel)
                                          312- 862-2200 (Fax)


                                          Robert C. "Mike" Brock
                                          Covington & Burling LLP
                                          1201 Pennsylvania Avenue, NW
                                          Washington, DC 20004-2401
                                          202- 662-5985 (Tel.)

                                          ***Attorneys for BP Exploration &***
                                          ***Production Company and BP America***
                                          ***Production Company***

# ATTACHMENT "A"

Halliburton Amended Privilege Logs:
Work Product Entries

| Priv. Log # | No. | Date | Description | Author | Recipient(s) |
|---|---|---|---|---|---|
| 3 | 1 | 7/22/2010 | Email communication prepared at the direction of counsel in preparation for a governmental hearing. | Simon Turton | John Gisclair; Thomas Roth; Anthony Badalamenti; Richard Vargo |
| 3 | 2 | 7/16/2010 | Email communication prepared at the direction of counsel in preparation for a governmental hearing. | Elvia Hinojosa | John Gisclair |
| 3 | 4 | 7/22/2010 | Email communication prepared at the direction of counsel in preparation for a governmental hearing. | Simon Turton | Thomas Roth; Anthony Badalamenti; Richard Vargo; John Gisclair |
| 3 | 6 | 7/22/2010 | Email communication prepared at the direction of counsel in preparation for a governmental hearing. | Jesse Gagliano | Richard Vargo; Simon Turton; Thomas Roth; Anthony Badalamenti; John Gisclair |
| 3 | 7 | 7/22/2010 | Email communication prepared at the direction of counsel in preparation for a governmental hearing. | James Bement | John Gisclair; Thomas Roth |
| 3 | 8 | 8/25/2010 | Email communication prepared at the direction of counsel in preparation for a governmental hearing. | James Bement | John Gisclair |
| 3 | 10 | 7/27/2010 | Email communication prepared at the direction of counsel in preparation for a governmental hearing. | Wayne Courville | John Gisclair |
| 3 | 14 | 6/24/2010 | Analysis prepared at the direction of counsel in preparation for a governmental hearing. | John Gisclair | N/A |
| 3 | 18 | 9/26/2010 | Draft presentation prepared at the direction of counsel in preparation for a governmental hearing. | John Gisclair | N/A |
| 3 | 19 | 5/4/2010 | Analysis prepared at the direction of counsel in preparation for a governmental hearing. | John Gisclair | N/A |
| 3 | 20 | 5/4/2010 | Analysis prepared at the direction of counsel in preparation for a governmental hearing. | John Gisclair | N/A |
| 3 | 21 | 7/15/2010 | Analysis prepared at the direction of counsel in preparation for a governmental hearing. | John Gisclair | N/A |
| 3 | 22 | 9/24/2010 | Analysis prepared at the direction of counsel in preparation for a governmental hearing. | John Gisclair | N/A |
| 3 | 24 | 10/8/2010 | Analysis for JIT/MBI hearing preparation at the direction of counsel regarding the Deepwater Horizon matter. | John Gisclair | N/A |

Halliburton Amended Privilege Logs:
Work Product Entries

| Priv. Log # | No. | Date | Description | Author | Recipient(s) |
|---|---|---|---|---|---|
| 3 | 26 | 9/27/2010 | Analysis prepared at the direction of counsel in preparation for a governmental hearing | John Gisclair | N/A |
| 3 | 27 | 5/6/2010 | Analysis prepared at the direction of counsel in preparation for a governmental hearing | John Gisclair | N/A |
| 3 | 28 | 5/11/2010 | Analysis prepared at the direction of counsel in preparation for a governmental hearing | John Gisclair | N/A |
| 3 | 29 | 9/7/2010 | Analysis prepared at the direction of counsel in preparation for a governmental hearing | John Gisclair | N/A |
| 3 | 31 | 10/7/2010 | Analysis prepared at the direction of counsel in preparation for a governmental hearing | John Gisclair | N/A |
| 4 | 2 | 8/12/2010 | Email communication regarding data collection at direction of counsel in preparation for JIT/MBI hearing. | Jared Duplichain | Michael Serio; Alexis Hernandez; Andrew Brown; Bradley Beard; Chris Daigle; Christi Carter; Christopher Lee; Daivon Craft; George McNary; Jared Trahan; Jesus Garcia; Joseph Bowman; Kathryn Miller; Maria Figueroa; Mike Viator; Nathaniel Chaisson; Nicholas Clark; Vilmarie Torres |
| 4 | 3 | 8/12/2010 | Email communication regarding data collection at direction of counsel in preparation for JIT/MBI hearing | Christopher Lee | Jared Duplichain; Mike Viator; Christi Carter; Michael Serio; Alexis Hernandez; Andrew Brown; Bradley Beard; Chris Daigle; Daivon Craft; George McNary; Jared Trahan; Jesus Garcia; Joseph Bowman; Kathryn Miller; Maria Figueroa; Nathaniel Chaisson; Nicholas Clark; Vilmarie Torres |
| 4 | 4 | 8/12/2010 | Email communication regarding data collection at direction of counsel in preparation for JIT/MBI hearing. | Mike Viator | Jared Duplichain; Christi Carter; Michael Serio; Alexis Hernandez; Andrew Brown; Bradley Beard; Chris Daigle; Christopher Lee; Daivon Craft; George McNary; Jared Trahan; Jesus Garcia; Joseph Bowman; Kathryn Miller; Maria Figueroa; Nathaniel Chaisson; Nicholas Clark; Vilmarie Torres |

## Halliburton Amended Privilege Logs:
## Work Product Entries

| Priv. Log # | No. | Date | Description | Author | Recipient(s) |
|---|---|---|---|---|---|
| 4 | 5 | 8/12/2010 | Email communication regarding data collection at direction of counsel in preparation for JIT/MBI hearing. | Jared Duplichain | Christi Carter; Michael Serio; Alexis Hernandez; Andrew Brown; Bradley Beard; Chris Daigle; Christopher Lee; Daivon Craft; George McNary; Jared Trahan; Jesus Garcia; Joseph Bowman; Kathryn Miller; Maria Figueroa; Mike Viator; Nathaniel Chaisson; Nicholas Clark; Vilmarie Torres |
| 4 | 6 | 8/12/2010 | Email communication regarding data collection at direction of counsel in preparation for JIT/MBI hearing. | Maria Figueroa | Jared Duplichain; Christopher Lee; Mike Viator; Christi Carter; Michael Serio; Alexis Hernandez; Andrew Brown; Bradley Beard; Chris Daigle; Daivon Craft; George McNary; Jared Trahan; Jesus Garcia; Joseph Bowman; Kathryn Miller; Nathaniel Chaisson; Nicholas Clark; Vilmarie Torres |
| 5 | 3 | 11/7/2010 | Email communication prepared at the direction of counsel in preparation for litigation. | Timothy Quirk | Richard Vargo |
| 6 | 2 | N/A | Handwritten notes prepared at the direction of counsel in preparation for a governmental hearing. | Richard Vargo | N/A |
| 9 | 3 | 4/30/2010 | Email communication relaying advice of counsel regarding draft press release in preparation for litigation. | Tim Probert | Cathy Mann;Marc Edwards |
| 9 | 8 | 5/10/2010 | Email communication regarding draft presentation prepared at the direction of counsel in preparation for Congressional hearings. | Tim Probert | Jessica Williams |
| 9 | 10 | 4/30/2010 | Email communication relaying advice of counsel regarding draft press release in preparation for litigation. | Tim Probert | Cathy Mann |
| 9 | 12 | 5/11/2010 | Email communication regarding draft presentation prepared at the direction of counsel in preparation for Congressional hearings. | Tim Probert | Jessica Williams |
| 9 | 17 | 4/30/2010 | Email communication relaying advice of counsel regarding draft press release in preparation for litigation. | Marc Edward | Tim Probert; Cathy Mann |

Halliburton Amended Privilege Logs:
Work Product Entries

| Priv. Log # | No. | Date | Description | Author | Recipient(s) |
|---|---|---|---|---|---|
| 9 | 21 | 5/26/2010 | Email communication relaying advice of counsel regarding draft article in preparation for governmental hearings. | Cathy Mann | Tim Probert; Thomas Roth; Christie Feeley |
| 9 | 25 | 6/1/2010 | Email communication regarding draft statement prepared at the direction of counsel in preparation for Congressional hearings and litigation | Jeff Miller | Tim Probert |
| 9 | 27 | 5/2/2010 | Email communication prepared at the direction of counsel regarding public disclosures of information in preparation for governmental hearings and litigation. | Mark Parsons | Tim Probert; Christian Garcia |
| 9 | 29 | 5/17/2010 | Email communication prepared at the direction of counsel regarding draft presentation in preparation for governmental hearings and litigation | Tim Probert | Christie Feeley |
| 9 | 31 | 4/29/2010 | Email communication prepared at the direction of counsel regarding public disclosures of information in preparation for governmental hearings and litigation. | Christian Garcia | Tim Probert; Cathy Mann; Christian Garcia |
| 9 | 34 | 5/11/2010 | Email communication regarding draft statement reflecting advice of counsel in preparation for Congressional hearings. | Tim Probert | Jessica Williams |
| 9 | 47 | 5/1/2010 | Email communication reflecting the advice of counsel in preparation for governmental hearings and litigation. | Tim Probert | Bill Henn |
| 9 | 52 | 5/25/2010 | Email communication prepared at the direction of counsel regarding public disclosures of information in preparation for governmental hearings and litigation. | Dave Lesar | Cathy Mann; Thomas Roth; Tim Probert |
| 9 | 55 | 5/17/2010 | Email communication relaying advice of counsel regarding draft press release in preparation for governmental hearings. | Tim Probert | Christie Feeley |
| 9 | 58 | 5/10/2010 | Email communication regarding draft presentation prepared at the direction of counsel in preparation for Congressional hearings. | Tim Probert | Robert Moran |

Halliburton Amended Privilege Logs:
Work Product Entries

| Priv. Log # | No. | Date | Description | Author | Recipient(s) |
|---|---|---|---|---|---|
| 9 | 62 | 4/30/2010 | Email communication prepared at the direction of counsel regarding draft statement in preparation for governmental hearings and litigation. | Cathy Mann | Tim Probert |
| 9 | 64 | 4/30/2010 | Email communication relaying advice of counsel regarding draft press release in preparation for litigation. | Tim Probert | Cathy Mann |
| 9 | 67 | 4/29/2010 | Email communication relaying advice of counsel regarding draft press release in preparation for litigation. | Cathy Mann | Christian Garcia; Tim Probert |
| 9 | 75 | 5/26/2010 | Email communication relaying advice of counsel regarding draft press article in preparation for governmental hearings. | Tim Probert | Cathy Mann; Thomas Roth; Christie Feeley |
| 9 | 77 | 4/29/2010 | Email communication relaying advice of counsel regarding draft press release in preparation for litigation. | Cathy Mann | Tim Probert; Christian Garcia |
| 9 | 78 | 5/22/2010 | Email communication prepared at the direction of counsel regarding draft press statement in preparation for governmental hearings and litigation. | Tim Probert | Dave Lesar |
| 9 | 80 | 4/30/2010 | Email communication relaying advice of counsel regarding draft press release in preparation for litigation. | Tim Probert | Cathy Mann; Marc Edwards |
| 9 | 81 | 5/25/2010 | Email communication prepared at the direction of counsel regarding draft press statement in preparation for governmental hearings and litigation. | Tim Probert | Thomas Roth |
| 9 | 86 | 5/11/2010 | Email communication regarding draft presentation prepared at the direction of counsel in preparation for Congressional hearings. | Tim Probert | Jessica Williams |
| 9 | 87 | 5/11/2010 | Email communication regarding draft statement reflecting advice of counsel in preparation for Congressional hearings. | Tim Probert | Jessica Williams |
| 9 | 88 | 5/10/2010 | Email communication prepared at the direction of counsel in preparation for Congressional hearings. | Tim Probert | Robert Moran |

## Halliburton Amended Privilege Logs:
## Work Product Entries

| Priv. Log # | No. | Date | Description | Author | Recipient(s) |
|---|---|---|---|---|---|
| 9 | 93 | 4/29/2010 | Email communication relaying advice of counsel regarding draft press release in preparation for litigation. | Cathy Mann | Tim Probert |
| 9 | 94 | 6/6/2010 | Email communication prepared at the direction of counsel in preparation for governmental hearings andlitigation. | James Bement | Tim Probert |
| 9 | 95 | 4/29/2011 | Email communication prepared at the direction of counsel regarding public disclosures of information in preparation for governmental hearings and litigation. | Tim Probert | Dave Lesar |
| 9 | 101 | 101 5/10/2010 | mail communication regarding draft presentation prepared at the direction of counsel in preparation for Congressional hearings. | Tim Probert | Robert Moran |
| 9 | 102 | 5/26/2010 | Email communication relaying advice of counsel regarding draft article in preparation for governmental hearings. | Tim Probert | Cathy Mann; Thomas Roth; Christie Feeley |
| 9 | 104 | 4/30/2010 | Email communication prepared at the direction of counsel regarding draft statement in preparation for governmental hearings and litigation. | Cathy Mann | Tim Probert; Marc Edwards; Mark McCollum; Christian Garcia; Jim Brown |
| 9 | 109 | 5/13/2010 | Email communication prepared at the direction of counsel regarding draft presentation in preparation for governmental hearings | Jeff Miller | Cathy Mann; Tim Probert |
| 9 | 112 | 5/26/2010 | Email communication prepared at the direction of counsel regarding draft presentation in preparation for governmental hearings | Christian Garcia | Dave Lesar; Tim Probert; Mark McCollum; Thomas Roth; Cathy Mann |
| 9 | 114 | 4/30/2010 | Email communication relaying advice of counsel regarding draft press release in preparation for litigation. | Cathy Mann | Tim Probert; Marc Edwards |
| 9 | 115 | 5/7/2010 | Email communication prepared at the direction of counsel regarding draft presentation summary in preparation for governmental hearings and litigation. | Anthony Badalamenti | Marc Edwards; Tim Probert; Ronnie Faul; Richard Vargo |
| 9 | 118 | 6/17/2010 | Email communication prepared at the direction of counsel regarding public disclosures of information in preparation for governmental hearings and litigation. | Jim Prestidge | Dave McLeod; Kim Matthews; Mark Parsons; Christian Garcia; Joe Rainey; Tim Probert |

Halliburton Amended Privilege Logs:
Work Product Entries

| Priv. Log # | No. | Date | Description | Author | Recipient(s) |
|---|---|---|---|---|---|
| 9 | 121 | 5/17/2010 | Email communication prepared at the direction of counsel regarding draft presentation in preparation for governmental hearings and litigation. | Tim Probert | Christie Feeley |
| 9 | 123 | 4/29/2010 | Email communication relaying advice of counsel regarding draft press release in preparation for litigation. | Cathy Mann | Tim Probert |
| 9 | 125 | 5/10/2010 | Email communication regarding draft presentation prepared at the direction of counsel in preparation for Congressional hearings. | Tim Probert | Jessica Williams |
| 9 | 128 | 5/13/2010 | Email communication prepared at the direction of counsel regarding draft presentation in preparation for governmental hearings and litigation | Tim Probert | Jeff Miller |
| 9 | 129 | 6/6/2010 | Email communication prepared at the direction of counsel in preparation for governmental hearings and litigation. | Tim Probert | James Bement |
| 9 | 133 | 4/30/2010 | Email communication relaying advice of counsel regarding draft press release in preparation for litigation. | Marc Edwards | Tim Probert; Cathy Mann |
| 9 | 136 | 4/27/2010 | Email communication prepared at the direction of counsel in preparation for governmental hearings and litigation. | Mark McCollum | Tim Probert; Christian Garcia |
| 9 | 138 | 6/10/2010 | Email communication prepared at the direction of counsel regarding draft statement in preparation for governmental hearings and litigation. | Kent Guid | Tim Probert; Christie Feeley |
| 9 | 140 | 4/30/2010 | Email communication relaying advice of counsel regarding draft press release in preparation for litigation. | Marc Edwards | Tim Probert |
| 9 | 141 | 5/17/2010 | Email communication prepared at the direction of counsel regarding draft presentation in preparation for governmental hearings and litigation. | Marc Edwards | Anthony Badalamenti; Tim Probert; Thomas Roth; Simon Turton; Eric Mullen; Scott Jerrett; Bill Sanstrom |

Halliburton Amended Privilege Logs:
Work Product Entries

| Priv. Log # | No. | Date | Description | Author | Recipient(s) |
|---|---|---|---|---|---|
| 9 | 142 | 4/29/2010 | Email communication prepared at the direction of counsel regarding public disclosures of information in preparation for governmental hearings and litigation. | Tim Probert | Mark Parsons |
| 9 | 144 | 5/25/2010 | Email communication prepared at the direction of counsel regarding draft press statement in preparation for governmental heari | Tim Probert | Dave Lesar; Cathy Mann; Thomas Roth |
| 9 | 146 | 5/11/2010 | Email communication regarding draft statement reflecting advice of counsel in preparation for Congressional hearings. | Jessica Williams | Tim Probert |
| 9 | 147 | 4/30/2010 | Email communication prepared at the direction of counsel regarding draft statement in preparation for governmental hearings and litigation. | Cathy Mann | Cathy Mann; Tim Probert; Marc Edwards; Mark McCollum; Christian Garcia Jim Brown |
| 9 | 150 | 4/30/2010 | Email communication relaying advice of counsel regarding draft press release in preparation for litigation. | Tim Probert | Cathy Mann; Marc Edwards |
| 9 | 155 | 5/10/2010 | Email communication regarding draft presentation prepared at the direction of counsel in preparation for Congressional hearings. | Tim Probert | Robert Moran |
| 9 | 158 | 5/26/2010 | Email communication relaying advice of counsel regarding draft article in preparation for governmental hearings. | Thomas Roth | Cathy Mann; Tim Probert |
| 9 | 159 | 4/27/2010 | Email communication prepared at the direction of counsel regarding public disclosures of information in preparation for governmental hearings and litigation. | Tim Probert | Christian Garcia; Mark McCollum |
| 9 | 161 | 5/10/2010 | Email communication regarding draft presentation prepared at the direction of counsel in preparation for Congressional hearings. | Tim Probert | Robert Moran |

Page 8 of 33

Halliburton Amended Privilege Logs:
Work Product Entries

| Priv. Log # | No. | Date | Description | Author | Recipient(s) |
|---|---|---|---|---|---|
| 9 | 163 | 5/17/2010 | Email communication prepared at the direction of counsel regarding draft presentation in preparation for governmental hearings and litigation. | Tim Probert | Christie Feeley |
| 9 | 164 | 4/30/2010 | Email communication prepared at the direction of counsel regarding draft statement in preparation for governmental hearings and litigation. | Marc Edwards | Cathy Mann; Tim Probert |
| 9 | 165 | 5/17/201 | Email communication prepared at the direction of counsel regarding draft presentation in preparation for governmental hearings and litigation | Tim Probert | Jeff Miller |
| 9 | 167 | 5/11/2010 | Email communication regarding draft presentation prepared at the direction of counsel in preparation for Congressional hearings. | Tim Probert | Jessica Williams |
| 9 | 168 | 4/29/2010 | Email communication relaying advice of counsel regarding public disclosures of information in preparation for governmental hearings and litigation. | Tim Probert | Joe Rainey |
| 9 | 169 | 4/30/2010 | Email communication relaying advice of counsel regarding draft press release in preparation for litigation. | Tim Probert | Cathy Mann; Marc Edwards |
| 9 | 171 | 4/30/2010 | Email communication prepared at the direction of counsel regarding draft statement in preparation for governmental hearings and litigation. | Cathy Mann | Tim Probert; Marc Edwards; Mark McCollum; Christian Garcia; Jim Brown |
| 9 | 176 | 4/30/2010 | Email communication prepared at the direction of counsel regarding draft statement in preparation for governmental hearings and litigation. | Cathy Mann | Tim Probert; Mark Edwards; Mark McCollum; Christian Garcia; Jim Brown |
| 9 | 178 | 4/30/2010 | Email communication prepared at the direction of counsel regarding draft statement in preparation for governmental hearings and litigation. | Cathy Mann | Dave Lesar; Joe Rainey; Tim Probert |

Halliburton Amended Privilege Logs:
Work Product Entries

| Priv. Log # | No. | Date | Description | Author | Recipient(s) |
|---|---|---|---|---|---|
| 9 | 179 | 6/10/2010 | Email communication prepared at the direction of counsel regarding draft statement in preparation for governmental hearings and litigation | Tim Probert | Ken Guida; Christie Feeley |
| 9 | 180 | 5/13/2010 | Email communication prepared at the direction of counsel regarding public disclosures of information in preparation for governmental hearings and litigation. | Adam Shamban | Tim Probert |
| 9 | 182 | 4/30/2010 | Email communication relaying advice of counsel regarding draft press release in preparation for litigation. | Cathy Mann | Marc Edwards; Tim Probert |
| 9 | 186 | 5/15/2010 | Email communication prepared at the direction of counsel regarding draft presentation in preparation for governmental hearings and litigation. | Tim Probert | Anthony Badalamenti; Marc Edwards; Thomas Roth; Eric Mullen; Scott Jerrett; Bill Sanstrom |
| 9 | 187 | 4/27/2011 | Email communication prepared at the direction of counsel in preparation for governmental hearings and litigation. | Tim Probert | Mark McCollum; Christian Garcia |
| 9 | 189 | 5/2/2010 | Email communication prepared at the direction of counsel regarding public disclosures of information in preparation for governmental hearings and litigation. | Christian Garcia | Mark Parsons; Tim Probert |
| 9 | 190 | 5/10/2010 | Email communication prepared at the direction of counsel in preparation for Congressional hearings. | Tim Probert | Robert Moran |
| 9 | 194 | 6/8/2010 | Email communication prepared at the direction of counsel regarding public disclosures of information in preparation for governmental hearings and litigation. | Christian Garcia | Mark McCollum; Tim Probert; Laura Schilling |
| 9 | 195 | 5/11/2010 | Draft statement reflecting advice of counsel in preparation for Congressional hearings. | Tim Probert | N/A |

Halliburton Amended Privilege Logs:
Work Product Entries

| Priv. Log # | No. | Date | Description | Author | Recipient(s) |
|---|---|---|---|---|---|
| 9 | 196 | N/A | Draft outline reflecting advice of counsel and in preparation for Congressional hearings. | Tim Probert | N/A |
| 9 | 197 | N/A | Draft presentation reflecting advice of counsel in preparation for Congressional hearings. | Tim Probert | N/A |
| 9 | 198 | N/A | Draft report reflecting advice of counsel and in preparation for governmental hearings and litigation. | Tim Probert | N/A |
| 9 | 199 | N/A | Draft report reflecting advice of counsel and in preparation for governmental hearings and litigation. | Tim Probert | N/A |
| 9 | 200 | 5/11/2010 | Draft statement reflecting advice of counsel in preparation for Congressional hearings. | Tim Probert | N/A |
| 9 | 201 | 5/7/2010 | Draft report reflecting advice of counsel and in preparation for governmental hearings and litigation. | Tim Probert | N/A |
| 9 | 202 | N/A | Draft statement reflecting advice of counsel in preparation for Congressional hearings. | Tim Probert | N/A |
| 9 | 205 | 5/5/2010 | Email communication prepared at the direction of counsel regarding public disclosures of information in preparation for governmental hearings and litigation. | Paul Koeller | Tim Probert |
| 9 | 206 | 5/26/2010 | Email communication relaying advice of counsel regarding draft article in preparation for governmental hearings. | Cathy Mann | Tim Probert; Thomas Roth; |
| 9 | 208 | 5/15/2010 | Email communication prepared at the direction of counsel regarding public disclosures of information in preparation for governmental hearings and litigation. | Joe Edwards | Jesse Gagliano |
| 9 | 214 | 9/20/2010 | Draft presentation reflecting advice of counsel in preparation  for Congressional hearings. | Kris Ravi | Eric Mullen; Anthony Badalamenti; Jesse GaglianoWork |

Halliburton Amended Privilege Logs:
Work Product Entries

| Priv. Log # | No. | Date | Description | Author | Recipient(s) |
|---|---|---|---|---|---|
| 9 | 216 | 10/1/2010 | Email communication at the direction of counsel in preparation for governmental hearings and litigation. | Anthony Badalamenti | Jesse Gagliano; Kris Ravi |
| 9 | 217 | 9/22/2010 | Email communication prepared at the direction of counsel regarding draft presentation in preparation for governmental hearings and litigation. | Anthony Badalamenti | Jesse Gagliano |
| 9 | 218 | 9/28/2010 | Email communication in preparation for governmental hearings prepared at direction of counsel. | Thomas Roth | Jesse Gagliano; Kris Ravi; Anthony Badalamenti |
| 10 | 4 | 10/21/2010 | Collection of documents relating to the Deepwater Horizon matter prepared at the direction of counse in preparation for litigation. | Chip LaCombe | N/A |
| 10 | 5 | 10/21/2010 | Collection of documents relating to the Deepwater Horizon matter prepared at the direction of counse in preparation for litigation. | Chip LaCombe | N/A |
| 10 | 6 | 10/21/2010 | Collection of documents relating to the Deepwater Horizon matter prepared at the direction of counse in preparation for litigation. | Chip LaCombe | N/A |
| 10 | 49 | 4/24/2010 10:19 | Email communication relaying request for advice of counsel regarding request for information relating to the Deepwater Horizon matter in preparation of litigation. | Richard Vargo | Jesse Gagliano; Joshua Malbrough |
| 10 | 109 | 4/29/2010 15:21 | Email communication prepared at the direction of counsel regarding draft contract. | Joshua Malbrough | Jeff Miller; Wayne Stein |
| 10 | 110 | 4/29/2010 16:16 | Email communication prepared at the direction of counsel regarding draft contract. | Joshua Malbrough | Jeff Miller; Rene Leblanc; Tony Angelle; Glen McMahon |
| 10 | 132 | 4/30/2010 7:18 | Email communication prepared at the direction of counsel regarding draft press release relating to the Deepwater Horizon matter. | Cathy Mann | Marc Edwards; Tim Probert |
| 10 | 133 | 4/30/2010 7:24 | Email communication prepared at the direction of counsel regarding draft press release relating to the Deepwater Horizon matter. | Tim Probert | Cathy Mann; Marc Edwards |

Halliburton Amended Privilege Logs:
Work Product Entries

| Priv. Log # | No. | Date | Description | Author | Recipient(s) |
|---|---|---|---|---|---|
| 10 | 200 | 5/3/2010 15:22 | Email communication prepared in preparation of litigation and relaying request for advice of counsel regarding contractual issues relating to the Deepwater Horizon matter. | Tony Angelle | Jerry Wilke; Joshua Malbrough |
| 10 | 203 | 5/3/2010 19:20 | Email communication prepared at the direction of counsel regarding collection of information in response to Congressional requests relating to the Deepwater Horizon matter. | Jesse Gagliano | Kris Ravi |
| 10 | 204 | 5/3/2010 22:12 | Draft presentation prepared at the direction of counsel in response to Congressional requests for information relating to the Deepwater Horizon matter. | Tommy Roth | Merv Swan |
| 10 | 205 | 5/4/2010 5:07 | Email communication prepared at the direction of counsel regarding collection of information in response to Congressional requests relating to the Deepwater Horizon matter. | Robert Moran | Thomas Roth |
| 10 | 210 | 5/4/2010 11:27 | Email communication prepared at the direction of counsel regarding contractual issues. | Jose Ortiz | David Churchwell |
| 10 | 211 | 5/4/2010 11:47 | Email communication prepared at the direction of counsel regarding contractual issues. | David Churchwell | Jose Ortiz; Tommy Hitt |
| 10 | 282 | 5/9/2010 20:51 | Email communication prepared at the direction of counsel regarding collection of information in preparation for Congressional hearings relating to the Deepwater Horizon matter. | Ian Mitchell | James Bement |
| 10 | 283 | 5/9/2010 22:58 | Email communication prepared at the direction of counsel regarding collection of information in preparation for Congressional hearings relating to the Deepwater Horizon matter. | Chip LaCombe | Ian Mitchell; James Bement |
| 10 | 286 | 5/10/2010 7:51 | Email communication prepared at the direction of counsel regarding collection of information in preparation for Congressional hearings relating to the Deepwater Horizon matter. | Chip LaCombe | James Bement; Ian Mitchell; Mac Upshall |
| 10 | 287 | 5/10/2010 8:07 | Email communication prepared at the direction of counsel regarding collection of information in preparation for Congressional hearings relating to the Deepwater Horizon matter. | Chip LaCombe | Jeff Chappell |

Halliburton Amended Privilege Logs:
Work Product Entries

| Priv. Log # | No. | Date | Description | Author | Recipient(s) |
|---|---|---|---|---|---|
| 10 | 290 | 5/10/2010 9:32 | Email communication prepared at the direction of counsel regarding collection of information in preparation for Congressional hearings relating to the Deepwater Horizon matter. | James Bement | Chip LaCombe; Ron Dirksen; Ian Mitchell |
| 10 | 291 | 5/10/2010 11:14 | Email communication prepared at the direction of counsel regarding collection of information in preparation for Congressional hearings relating to the Deepwater Horizon matter. | Chip LaCombe | James Bement; Ron Dirksen; Ian Mitchell |
| 10 | 294 | 5/10/2010 13:31 | Email communication prepared at the direction of counsel regarding collection of information and documents in preparation of Congressional hearings relating to the Deepwater Horizon matter. | Richard Vargo | Thomas Roth; Ronnie Faul; Anthony Badalamenti |
| 10 | 301 | 5/11/2010 10:17 | Draft contract regarding insurance issues relating to the Deepwater Horizon matter prepared in preparation of litigation. | Linda Donohoe | George Jones |
| 10 | 358 | 5/18/2010 9:31 | Email communication prepared at the direction of counsel regarding draft statement relating to the Deepwater Horizon matter. | Jeff Miller | Mary Dupuis |
| 10 | 361 | 5/18/2010 13:35 | Collection of documents relating to the Deepwater Horizon matter prepared at the direction of counsel in preparation for litigation. | Chip LaCombe | N/A |
| 10 | 366 | 5/19/2010 1:14 | Collection of documents relating to the Deepwater Horizon matter prepared at the direction of counsel in preparation for litigation. | Chip LaCombe | N/A |
| 10 | 367 | 5/19/2010 8:18 | Collection of documents relating to the Deepwater Horizon matter prepared at the direction of counsel in preparation for litigation. | Chip LaCombe | N/A |
| 10 | 377 | 5/20/2010 4:42 | Collection of documents relating to the Deepwater Horizon matter prepared at the direction of counsel in preparation for litigation. | Chip LaCombe | N/A |
| 10 | 378 | 5/20/2010 6:00 | Collection of documents relating to the Deepwater Horizon matter prepared at the direction of counsel in preparation for litigation. | Chip LaCombe | N/A |
| 10 | 379 | 5/20/2010 8:40 | Collection of documents relating to the Deepwater Horizon matter prepared at the direction of counsel in preparation for litigation. | Chip LaCombe | N/A |

Halliburton Amended Privilege Logs:
Work Product Entries

| Priv. Log # | No. | Date | Description | Author | Recipient(s) |
|---|---|---|---|---|---|
| 10 | 419 | 5/21/2010 23:47 | Collection of documents relating to the Deepwater Horizon matter prepared at the direction of counsel in preparation for litigation. | Chip LaCombe | N/A |
| 10 | 423 | 5/22/2010 16:23 | Email communication prepared at the direction of counsel regarding collection of information relating to the Deepwater Horizon matter in preparation for governmental hearings and litigation. | Richard Vargo | Anthony Badalamenti |
| 10 | 424 | 5/22/2010 16:23 | Email communication prepared at the direction of counsel regarding collection of information relating to the Deepwater Horizon matter in preparation for governmental hearings and litigation. | Richard Vargo | Anthony Badalamenti |
| 10 | 425 | 5/22/2010 16:23 | Email communication prepared at the direction of counsel regarding collection of information relating to the Deepwater Horizon matter in preparation for governmental hearings and litigation. | Richard Vargo | Anthony Badalamenti |
| 10 | 437 | 5/23/2010 13:22 | Collection of documents relating to the Deepwater Horizon matter prepared at the direction of counsel in preparation for litigation. | Chip LaCombe | N/A |
| 10 | 453 | 5/24/2010 14:29 | Collection of documents relating to the Deepwater Horizon matter prepared at the direction of counsel in preparation for litigation. | Chip LaCombe | N/A |
| 10 | 456 | 5/25/2010 7:39 | Collection of documents relating to the Deepwater Horizon matter prepared at the direction of counsel in preparation for litigation. | Chip LaCombe | N/A |
| 10 | 463 | 5/25/2010 11:46 | Collection of documents relating to the Deepwater Horizon matter prepared at the direction of counsel in preparation for litigation. | Chip LaCombe | N/A |
| 10 | 554 | 5/30/2010 9:39 | Email communication prepared at the direction of counsel regarding information relating to the Deepwater Horizon matter in preparation of litigation. | Marc Edwards | Joe Rainey |
| 10 | 688 | 6/10/2010 4:40 | Draft presentation prepared at the direction of counsel relating to the Deepwater Horizon matter in preparation for Congressional hearings. | Thomas Roth | Anthony Badalamenti |

Halliburton Amended Privilege Logs:
Work Product Entries

| Priv. Log # | No. | Date | Description | Author | Recipient(s) |
|---|---|---|---|---|---|
| 10 | 755 | 6/11/2010 22:27 | Email communication prepared at the direction of counsel regarding collection of information relating to the Deepwater Horizon matter in preparation for governmental hearings and litigation. | Jesse Gagliano | Ronnie Faul |
| 10 | 801 | 6/14/2010 21:51 | Email communication prepared at the direction of counsel regarding draft contract relating to the Deepwater Horizon matter. | Gary Godwin | Skip Clark |
| 10 | 810 | 6/15/2010 13:57 | Email communication prepared at the direction of counsel regarding information relating to the Deepwater Horizon matter in preparation for governmental hearings and litigation. | Thomas Roth | Gary Keene |
| 10 | 893 | 6/22/2010 15:13 | Email communication prepared at the direction of counsel regarding draft response to request for information relating to the Deepwater Horizon matter. | Thomas Roth | Christian Garcia |
| 10 | 894 | 6/22/2010 15:29 | Email communication prepared at the direction of counsel regarding draft media statement relating to the Deepwater Horizon matter. | Brad Baethe | Jeffrey Christie |
| 10 | 912 | 6/24/2010 16:26 | Email communication prepared at the direction of counsel regarding document collection at the request of Halliburton Legal Department in preparation of litigation. | Jack Abate | Mark Pitre |
| 10 | 913 | 6/24/2010 16:41 | Email communication prepared at the direction of counsel regarding document collection at the request of Halliburton Legal Department in preparation of litigation. | Mark Pitre | Terry Barrilleaux |
| 10 | 922 | 6/25/2010 7:43 | Email communication prepared at the direction of counsel regarding document collection at the request of Halliburton Legal Department in preparation of litigation. | Terry Barrilleaux | Jack Abate; Mark Pitre |
| 10 | 938 | 6/30/2010 10:59 | Email communication prepared at the direction of counsel regarding information relating to the Deepwater Horizon matter in preparation of litigation and governmental hearings. | Richard Vargo | Bill Hunter; Thomas Roth |

Halliburton Amended Privilege Logs:
Work Product Entries

| Priv. Log # | No. | Date | Description | Author | Recipient(s) |
|---|---|---|---|---|---|
| 10 | 964 | 7/8/2010 13:23 | Email communication prepared at the direction of counsel regarding collection of information in preparation for governmental hearings and litigation. | Jesse Gagliano | Ronnie Faul |
| 10 | 1029 | 7/22/2010 13:14 | Email communication prepared at the direction of counsel regarding collection of information in preparation for Congressional hearings relating to the Deepwater Horizon matter. | Jesse Gagliano | Richard Vargo; Simon Turton; Anthony Badalamenti; Thomas Roth; John Gisclair |
| 10 | 1034 | 7/26/2010 13:35 | Analysis regarding Deepwater Horizon matter. | Thomas Roth | N/A |
| 10 | 1036 | 7/29/2010 6:09 | Draft presentation prepared at the direction of counsel relating to the Deepwater Horizon matter. | Thomas Roth | N/A |
| 10 | 1051 | 8/5/2010 14:54 | Email communication prepared at the direction of counsel regarding information relating to the Deepwater Horizon matter in preparation for governmental hearings and litigation. | Rickey Morgan | Gary Keene |
| 10 | 1052 | 8/6/2010 12:15 | Email communication prepared at the direction of counsel regarding information relating to the Deepwater Horizon matter in preparation for governmental hearings and litigation. | Jesse Gagliano | Gary Keene |
| 10 | 1057 | 8/11/2010 0:00 | Analysis regarding Deepwater Horizon matter. prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A |
| 10 | 1058 | 7/7/2010 16:43 | Email communication with counsel, Stephanie Bragg*, regarding draft presentation. | | |
| 10 | 1068 | 8/16/2010 8:07 | Email communication prepared at the direction of counsel regarding collection of information relating to the Deepwater Horizon matter in preparation for governmental hearings and litigation. | Tim Probert | Thomas Roth |
| 10 | 1075 | 8/25/2010 10:45 | Email communication prepared at the direction of counsel regarding draft contract. | Janet Harvey | Charles Kendrick |

Halliburton Amended Privilege Logs:
Work Product Entries

| Priv. Log # | No. | Date | Description | Author | Recipient(s) |
|---|---|---|---|---|---|
| 10 | 1083 | 9/9/2010 15:41 | Email communication relaying advice of HESI Legal Department regarding information relating to the Deepwater Horizon matter. | Ron Morgan | A. Flores; A. Santra; B. Iverson; B. Caveny; BR Reddy; B. Lawrence; B. Waugh; C. Jarratt; C. Brenneis; C. Edwards; C. Gordon; Crystal Keys; David Jones; Dennis Gray; Drew Gaugler; Garland Davis; Gary Funkhouser; Gretchen Taylor; Jeffery Karcher; Joe Maxson; Johnny Dennis; Kathy Black; Keith Pewitt; Kirk Schreiner; Kolawole Olowolagba; Kurt Hoeman; Lance Brothers; Malacha Nunley; Matthew Kellum; Miki Huffer; Paul Jones; P. Mendenall; P. Tonmukayakul; P. Reyes; Rickey Morgan; Rita Mckinley; Robert Darbe; Rocky Fitzgerald; Ron Morgan; Ruben Nieto; S. Lewis; S. Specht; T. Sodhi; T. Dealy; W. Riley; T. Joseph; R. Patil; V. Shah |
| 10 | 1087 | 9/10/2010 20:53 | Email communication prepared in preparation of litigation regarding collection of information relating to the Deepwater Horizon matter. | Anthony Badalamenti | Maria Paiva; Mark Savery; Vahman Jurai |
| 10 | 1088 | 9/10/2010 21:07 | Email communication prepared in preparation of litigation regarding collection of information relating to the Deepwater Horizon matter. | Maria Paiva | Anthony Badalamenti; Mark Savery; Vahman Jurai |
| 10 | 1089 | 9/10/2010 21:10 | Email communication prepared in preparation of litigation regarding collection of information relating to the Deepwater Horizon matter. | Anthony Badalamenti | Maria Paiva; Mark Savery; Vahman Jurai |

Halliburton Amended Privilege Logs:
Work Product Entries

| Priv. Log # | No. | Date | Description | Author | Recipient(s) |
|---|---|---|---|---|---|
| 10 | 1090 | 9/12/2010 20:48 | Email communication prepared at the direction of counsel and relaying advice of counsel regarding requests for information relating to the Deepwater Horizon matter. | Bill Galligan | Andrew Gillikin; Chris Cervantez; Christopher Keene; Donald Johnson; Erasmo Herrera; John Criswell; Mike Lowery; Pete Molina; Richard Mullens; Robert Bush - Baroid; Robert Williams; Saul Garza; Tim Wright - Baroid USA; Billy Gilley; Brad Ferguson; Bret McCarthy; Brian Nordquist; Carl Lawson; Court Killion; Dan Bilka; Douglas Waiters; Doyle Newman; Dustin Tommerup; Freddie Cornay; Gary Scrogin; Greg Speer; Jack Lott; Jim Oglesbee; John Roberts; Kerry Beason; Miguel A Ramirez; Robert Sandoz; Sam Stephens; Sammy Chandler; Tony Smith; Wayman Mizell; Worth Williams; Jae Song |
| 10 | 1095 | 9/14/2010 19:07 | Email communication prepared at the direction of counsel regarding collection of documents relating to the Deepwater Horizon matter in preparation for governmental hearings and litigation. | Jesse Gagliano | Ronnie Faul; Anthony Badalamenti; Kris Ravi, Gary Keene |
| 10 | 1097 | 9/15/2010 15:07 | Draft presentation prepared at the direction of counsel relating to the Deepwater Horizon matter in preparation of litigation. | Kris Ravi | Anthony Badalamenti |
| 10 | 1107 | 9/22/2010 17:09 | Email communication prepared at the direction of counsel regarding collection of information in preparation for governmental hearings and litigation relating to the Deepwater Horizon matter. | Stephanie Korczynski | Ronnie Faul |
| 10 | 1108 | 9/23/2010 1:36 | Draft presentation relating to the Deepwater Horizon matter prepared at the direction of counsel in preparation for Congressional hearings. | Thomas Roth | N/A |
| 10 | 1109 | 9/23/2010 19:48 | Draft presentation relating to the Deepwater Horizon matter prepared at the direction of counsel in preparation for governmental hearings and litigation | Thomas Roth | Anthony Badalamenti |

Halliburton Amended Privilege Logs:
Work Product Entries

| Priv. Log # | No. | Date | Description | Author | Recipient(s) |
|---|---|---|---|---|---|
| 10 | 1110 | | Draft presentation relating to the Deepwater Horizon matter prepared at the direction of counsel in preparation for governmental hearings and litigation | Thomas Roth | Anthony Badalamenti |
| 10 | 1130 | 10/24/2010 | Email communication prepared at the direction of counsel regarding collection of information in preparation for governmental hearings and litigation. | Richard Vargo | Thomas Roth; Ronnie Faul |
| 10 | 1131 | 1/26/2011 | Ron Morgan's handwritten notes prepared at the direction of counsel in preparation for governmental hearings and litigation. | Ron Morgan | N/A |
| 10 | 1138 | 10/31/2010 12:04 | Document created at the request of counsel in preparation of litigation. | Chip LaCombe | N/A |
| 10 | 1139 | 11/3/2010 11:30 | Email communication prepared at the direction of counsel regarding collection of information relating to the Deepwater Horizon matter in preparation of litigation. | Ronnie Faul | Ronnie Faul |
| 10 | 1143 | 11/24/2010 20:24 | Analysis regarding Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A |
| 10 | 1144 | 11/24/2010 20:24 | Analysis regarding Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A |
| 10 | 1145 | 11/24/2010 20:26 | Analysis regarding Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | Richard Vargo |
| 10 | 1146 | 11/24/2010 20:26 | Analysis regarding Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A |
| 10 | 1147 | 11/24/2010 20:27 | Analysis regarding Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A |
| 10 | 1148 | 11/24/2010 20:31 | Analysis regarding Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A |
| 10 | 1149 | 11/24/2010 20:31 | Analysis regarding Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A |

Halliburton Amended Privilege Logs:
Work Product Entries

| Priv. Log # | No. | Date | Description | Author | Recipient(s) |
|---|---|---|---|---|---|
| 10 | 1150 | 11/24/2010 20:31 | Analysis regarding Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A |
| 10 | 1151 | 11/24/2010 20:32 | Analysis regarding Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A |
| 10 | 1152 | 11/24/2010 20:32 | Analysis regarding Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A |
| 10 | 1153 | 11/24/2010 20:33 | Analysis regarding Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A |
| 10 | 1154 | 11/24/2010 20:33 | Analysis regarding Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A |
| 10 | 1155 | 11/24/2010 20:35 | Analysis regarding Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A |
| 10 | 1156 | 11/24/2010 20:35 | Analysis regarding Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A |
| 10 | 1157 | 11/24/2010 20:35 | Analysis regarding Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A |
| 10 | 1158 | 11/24/2010 20:35 | Analysis regarding Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A |
| 10 | 1159 | 11/24/2010 20:35 | Analysis regarding Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A |
| 10 | 1160 | 11/24/2010 20:35 | Analysis regarding Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A |
| 10 | 1161 | 11/24/2010 20:35 | Analysis regarding Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A |

Halliburton Amended Privilege Logs:
Work Product Entries

| Priv. Log # | No. | Date | Description | Author | Recipient(s) |
|---|---|---|---|---|---|
| 10 | 1162 | 11/24/2010 20:35 | Analysis regarding Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A |
| 10 | 1163 | 11/24/2010 20:35 | Analysis regarding Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A |
| 10 | 1164 | 11/24/2010 20:35 | Analysis regarding Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A |
| 10 | 1165 | 11/24/2010 20:35 | Analysis regarding Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A |
| 10 | 1166 | 11/24/2010 20:36 | Analysis regarding Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A |
| 10 | 1167 | 11/24/2010 20:36 | Analysis regarding Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A |
| 10 | 1168 | 11/24/2010 20:36 | Analysis regarding Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A |
| 10 | 1169 | 11/24/2010 20:36 | Analysis regarding Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A |
| 10 | 1170 | 11/24/2010 20:36 | Analysis regarding Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A |
| 10 | 1171 | 11/24/2010 20:45 | Analysis regarding Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A |
| 10 | 1172 | 11/24/2010 20:45 | Analysis regarding Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A |
| 10 | 1173 | 11/24/2010 20:45 | Analysis regarding Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A |

Halliburton Amended Privilege Logs:
Work Product Entries

| Priv. Log # | No. | Date | Description | Author | Recipient(s) |
|---|---|---|---|---|---|
| 10 | 1174 | 11/24/2010 20:47 | Analysis regarding Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A |
| 10 | 1175 | 11/24/2010 20:47 | Analysis regarding Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A |
| 10 | 1176 | 11/24/2010 20:47 | Analysis regarding Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A |
| 10 | 1181 | 12/2/2010 17:51 | Email communication prepared at the direction of counsel regarding collection of information in preparation of litigation. | Sean O'Donnell | Kurt Kronenberger; Bruce Burt; Earl Fly; Andy Graves |
| 10 | 1182 | 12/2/2010 18:46 | Email communication prepared at the direction of counsel regarding collection of information in preparation of litigation. | Danny Nicolini | Kerry Garner; Bruce Burt |
| 10 | 1255 | 2/2/2011 10:15 | Email communication prepared at the direction of counsel regarding document collection at the request of Halliburton Legal Department in preparation of litigation. | Gerald Ward | Kevin Ellmore |
| 10 | 1258 | 2/2/2011 11:16 | Email communication prepared at the direction of counsel regarding document collection at the request of Halliburton Legal Department in preparation of litigation. | Earl Fly | Kurt Kronenberger |
| 10 | 1271 | 2/7/2011 14:48 | Email communication prepared at the direction of counsel regarding document collection at the request of Halliburton Legal Department in preparation of litigation. | John McLeod | Mike Pilkington |
| 10 | 1273 | 2/7/2011 17:45 | Email communication prepared at the direction of counsel regarding document collection at the request of HESI Legal Department in preparation of litigation. | Ron Morgan | John McLeod |
| 10 | 1277 | 2/10/2011 11:08 | Email communication prepared at the direction of counsel regarding document collection at the request of HESI Legal Department in preparation of litigation. | Trey Dismukes | Terry Smith |

Halliburton Amended Privilege Logs:
Work Product Entries

| Priv. Log # | No. | Date | Description | Author | Recipient(s) |
|---|---|---|---|---|---|
| 10 | 1280 | 2/10/2011 17:01 | Email communication prepared at the direction of counsel regarding document collection at the request of HESI Legal Department in preparation of litigation. | Mike Pilkington | Ron Morgan; John McLeod |
| 10 | 1281 | 2/10/2011 17:04 | Email communication prepared at the direction of counsel regarding document collection at the request of HESI Legal Department in preparation of litigation. | Ron Morgan | Mike Pilkington; John McLeod |
| 10 | 1282 | 2/10/2011 17:12 | Email communication prepared at the direction of counsel regarding document collection at the request of HESI Legal Department in preparation of litigation. | Mike Pilkington | Ron Morgan; John McLeod |
| 10 | 1283 | | Email communication prepared at the direction of counsel regarding document collection at the request of HESI Legal Department in preparation of litigation. | Mike Pilkington | Ron Morgan; John McLeod |
| 10 | 1284 | | Email communication prepared at the direction of counsel regarding document collection at the request of HESI Legal Department in preparation of litigation. | Mike Pilkington | Ron Morgan; John McLeod |
| 10 | 1288 | 11/24/2010 8:27 | Analysis regarding Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A |
| 10 | 1289 | 11/24/2010 8:35 | Analysis regarding Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A |
| 10 | 1290 | 11/24/2010 8:35 | Analysis regarding Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A |
| 10 | 1291 | 11/24/2010 8:36 | Analysis regarding Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A |
| 11 | 57 | 6/15/2010 14:40 | Email communication forwarding draft BP work order prepared at direction of counsel. | Skip Clark | Ian Mitchell; Jeff Chappell; Jan Klungtveit; Dennis May; David Braquet; Jim Grier; Gary Godwin; Mark Swift |
| 11 | 90 | 7/27/2010 10:18 | Email communication prepared at the direction of counsel forwarding draft employment letters prepared by Halliburton Legal Department. | Ellen Graffeo | Jeff Miller; Tony Angelle |

Halliburton Amended Privilege Logs:
Work Product Entries

| Priv. Log # | No. | Date | Description | Author | Recipient(s) |
|---|---|---|---|---|---|
| 11 | 103 | 9/8/2010 17:51 | Email communication prepared at the direction of counsel regarding draft press release. | Marc Edwards | Thomas Roth; Cathy Mann |
| 11 | 106 | 9/14/2010 9:12 | Email communication, prepared at the direction of counsel, regarding document collection in preparation of litigation. | Joseph Keith | Tony Angelle |
| 11 | 128 | 10/27/2010 10:16 | Email communication prepared at the direction of counsel regarding governmental investigations and hearings relating to the Deepwater Horizon matter. | Robert Moran | Anthony Badalamenti; Bert Cornelison*; Bill Brelih; Bill Henn; Cathy Mann; David Adams; David Smith; Fred Ratliff; Galen Cobb; Gary Godwin; James Bement; James Ferguson*; Jeff Miller; Jeff Turner*; John Gisclair; Jonathan Lewis; Liz Schimmel; Marc Edwards; Mark Richard; Merv Swan; Richard Byrnes; Richard Vaclavik; Richard Vargo; Rick Grisinger; Ron Shuman; Ronald Sweatman; Stacia Dickson; Stephanie Bragg*; Steve London; Steve Young; Susan Ponce*; Teresa Wong; Thomas Roth; Tony Angelle |
| 11 | 134 | 11/3/2010 8:40 | Email communication prepared at the direction of counsel regarding information collection efforts related to the Deepwater Horizon matter in preparation for litigation. | Richard Vargo | Tony Angelle |
| 13 | 9 | 5/18/2010 17:04 | Email communication forwarding draft document prepared at the direction of counsel in preparation for governmental hearings relating to the Deepwater Horizon matter. | Anthony Badalamenti | Thomas Roth; Simon Turton; Bradley Alexander |
| 13 | 12 | 5/21/2010 | Email communication prepared at the direction of counsel regarding collection of documents in preparation for Congressional hearings. | Anthony Badalamenti | Thomas Roth; Simon Turton |
| 13 | 22 | 6/9/2010 14:45 | Email communication prepared at the direction of counsel regarding draft responses to Congressional requests for information relating to the Deepwater Horizon matter. | Simon Turton | Anthony Badalamenti |
| 13 | 24 | 6/10/2010 13:00 | Email communication reflecting advice of counsel regarding draft presentation material. | Simon Turton | David Kulakofsky |

Halliburton Amended Privilege Logs:
Work Product Entries

| Priv. Log # | No. | Date | Description | Author | Recipient(s) |
|---|---|---|---|---|---|
| 13 | 29 | 6/17/2010 11:50 | Email communication prepared at the direction of counsel regarding information related to the Deepwater Horizon matter in preparation of litigation. | John Gisclair | Simon Turton |
| 13 | 38 | 7/4/2010 22:32 | Email communication prepared at the direction of counsel regarding collection of documents. | Anthony Badalamenti | Farzad Tahmourpour; Simon Turton |
| 13 | 59 | 7/22/2010 13:28 | Email prepared at the direction of counsel regarding collection of information in response to the National Commission's requests for information regarding the Deepwater Horizon matter. | John Gisclair | Jesse Gagliano; Richard Vargo; Simon Turton; Thomas Roth; Anthony Badalamenti |
| 13 | 60 | 7/23/2010 1:08 | Draft document prepared at the direction of counsel in response to the National Commission's requests for information regarding the Deepwater Horizon matter. | Simon Turton | N/A |
| 13 | 73 | 8/25/2010 16:47 | Email communication prepared at the direction of counsel regarding public forum discussions of the Deepwater Horizon matter. | Simon Turton | David Kulakofsky; Anthony Badalamenti; Bill Hunter |
| 13 | 88 | 10/5/2010 1:03 | Draft document prepared at the direction of counsel responding to Congressional requests for information relating to the Deepwater Horizon matter | Simon Turton | N/A |
| 13 | 110 | 5/22/2011 10:32 | Draft response to Congressional requests for information prepared at the direction of counsel relating to the Deepwater Horizon matter. | Simon Turton | N/A |
| 13 | 111 | 5/22/2011 10:32 | Draft response to Congressional requests for information prepared at the direction of counsel relating to the Deepwater Horizon matter. | Simon Turton | N/A |
| 13 | 112 | 5/22/2011 10:33 | Draft response to Congressional requests for information prepared at at the direction of counsel relating to the Deepwater Horizon matter. | Anthony Badalamenti | N/A |
| 13 | 113 | 5/22/2011 10:33 | Draft response to Congressional requests for information prepared at at the direction of counsel relating to the Deepwater Horizon matter. | Simon Turton | N/A |

Halliburton Amended Privilege Logs:
Work Product Entries

| Priv. Log # | No. | Date | Description | Author | Recipient(s) |
|---|---|---|---|---|---|
| 13 | 114 | 5/22/2011 10:33 | Draft response to Congressional requests for information prepared at at the direction of counsel relating to the Deepwater Horizon matter. | Simon Turton | N/A |
| 13 | 115 | 5/22/2011 10:33 | Draft response to Congressional requests for information prepared at at the direction of counsel relating to the Deepwater Horizon matter. | Simon Turton | N/A |
| 14 | 3 | N/A | Richard DuBois' handwritten notes prepared at the direction of counsel in preparation for governmental hearings and litigation. | Richard DuBois | N/A |
| 14 | 4 | N/A | Richard DuBois' handwritten notes prepared at the direction of counsel in preparation for governmental hearings and litigation. | Richard DuBois | N/A |
| 14 | 5 | N/A | Richard DuBois' handwritten notes prepared at the direction of counsel in preparation for governmental hearings and litigation. | Richard DuBois | N/A |
| 14 | 6 | N/A | Richard DuBois' handwritten notes prepared at the direction of counsel in preparation for governmental hearings and litigation. | Richard DuBois | N/A |
| 17 | 1 | 6/11/2010 20:28 | Draft response to Congressional request for information prepared at the direction of counsel relating to the Deepwater Horizon matter. | Anthony Badalamenti | |
| 17 | 2 | 6/11/2010 14:28 | Draft response to Congressional request for information prepared at the direction of counsel relating to the Deepwater Horizon matter. | Anthony Badalamenti | |
| 18 | 4 | 5/3/2010 19:21 | Email communication prepared at the direction of counsel regarding information relating to the Deepwater Horizon matter in preparation of litigation. | Jesse Gagliano | N/A |
| 18 | 5 | 5/24/2010 14:45 | Draft document prepared at the direction of counsel relating to the Deepwater Horizon matter in preparation of governmental hearings and litigation. | Kris Ravi | N/A |
| 18 | 7 | 7/16/2010 10:05 | Email communication prepared at the direction of counsel relating to the Deepwater Horizon matter in preparation of governmental hearings and litigation. | Bill Hunter | Kris Ravi |

Page 27 of 33

Halliburton Amended Privilege Logs:
Work Product Entries

| Priv. Log # | No. | Date | Description | Author | Recipient(s) |
|---|---|---|---|---|---|
| 18 | 8 | 8/3/2010 22:28 | Draft document prepared at the direction of counsel relating to the Deepwater Horizon matter in preparation of governmental hearings and litigation. | Kris Ravi | N/A |
| 18 | 9 | 8/24/2010 12:57 | Draft document prepared at the direction of counsel relating to the Deepwater Horizon matter in preparation of governmental hearings and litigation. | N/A | Kris Ravi |
| 18 | 13 | 9/21/2010 16:06 | Draft document prepared at the direction of counsel relating to the Deepwater Horizon matter in preparation of governmental hearings and litigation. | N/A | Kris Ravi |
| 18 | 14 | /22/2010 8:44 | Draft document prepared at the direction of counsel relating to the Deepwater Horizon matter in preparation of governmental hearings and litigation. | N/A | Kris Ravi |
| 18 | 15 | 9/22/2010 12:42 | Draft document prepared at the direction of counsel relating to the Deepwater Horizon matter in preparation of governmental hearings and litigation. | N/A | Kris Ravi |
| 18 | 16 | 9/27/2010 13:06 | Email communication prepared at the direction of counsel regarding information relating to the Deepwater Horizon matter in preparation of litigation. | Jesse Gagliano | Kris Ravi |
| 18 | 17 | 9/28/2010 11:25 | Draft document prepared at the direction of counsel relating to the Deepwater Horizon matter in preparation of governmental hearings and litigation. | N/A | Kris Ravi |
| 18 | 18 | 9/28/2010 12:32 | Email communication prepared at the direction of counsel regarding collection of information in preparation of draft responses to Congressional requests for information relating the Deepwater Horizon matter. | Thomas Roth | Jesse Gagliano; Kris Ravi; Anthony Badalamenti |
| 18 | 19 | 9/28/2010 13:08 | Draft presentation prepared at the direction of counsel relating to the Deepwater Horizon matter in preparation of governmental hearings and litigation. | N/A | Kris Ravi |

Halliburton Amended Privilege Logs:
Work Product Entries

| Priv. Log # | No. | Date | Description | Author | Recipient(s) |
|---|---|---|---|---|---|
| 18 | 20 | 9/28/2010 13:14 | Email communication prepared at the direction of counsel regarding collection of information in preparation of draft responses to Congressional requests for information relating the Deepwater Horizon matter. | Jesse Galliano | Thomas Roth; Kris Ravi; Anthony Badalamenti |
| 18 | 21 | 9/28/2010 13:22 | Email communication prepared at the direction of counsel regarding collection of information in preparation of draft responses to Congressional requests for information relating the Deepwater Horizon matter. | Thomas Roth | Jesse Gagliano; Kris Ravi; Anthony Badalamenti |
| 18 | 22 | 9/28/2010 13:22 | Email communication prepared at the direction of counsel regarding collection of information in preparation of draft responses to Congressional requests for information relating the Deepwater Horizon matter. | Thomas Roth | Jesse Gagliano; Kris Ravi; Anthony Badalamenti |
| 18 | 23 | 9/28/2010 14:03 | Email communication prepared at the direction of counsel regarding collection of information in preparation of draft responses to Congressional requests for information relating the Deepwater Horizon matter. | Kris Ravi | Thomas Roth; Jesse Galliano; Anthony Badalamenti |
| 18 | 24 | 9/28/2010 14:13 | Email communication prepared at the direction of counsel regarding collection of information in preparation of draft responses to Congressional requests for information relating the Deepwater Horizon matter. | Jesse Gagliano | Kris Ravi; Thomas Roth; Anthony Badalamenti |
| 18 | 25 | 9/28/2010 14:14 | Email communication prepared at the direction of counsel regarding collection of information in preparation of draft responses to Congressional requests for information relating the Deepwater Horizon matter. | Thomas Roth | Jesse Gagliano; Kris Ravi; Anthony Badalamenti |
| 18 | 26 | 9/28/2010 14:14 | Email communication prepared at the direction of counsel regarding collection of information in preparation of draft responses to Congressional requests for information relating the Deepwater Horizon matter. | Thomas Roth | Jesse Gagliano; Kris Ravi; Anthony Badalamenti |

Halliburton Amended Privilege Logs:
Work Product Entries

| Priv. Log # | No. | Date | Description | Author | Recipient(s) |
|---|---|---|---|---|---|
| 18 | 29 | 10/1/2010 16:11 | Draft document prepared at the direction of counsel relating to the Deepwater Horizon matter in preparation of governmental hearings and litigation. | Kris Ravi | N/A |
| 18 | 30 | 10/1/2010 17:14 | Email communication prepared at the direction of counsel regarding Congressional requests for information relating to the Deepwater Horizon matter | Anthony Badalamenti | Jesse Gagliano; Kris Ravi |
| 18 | 31 | 10/1/2010 17:17 | mail communication prepared at the direction of counsel regarding draft response to Congressional requests for information relating to the Deepwater Horizon matter. | Anthony Badalamenti | Jesse Gagliano;Kris Ravi |
| 18 | 32 | 10/3/2010 8:37 | Draft response to Congressional requests for information relating to the Deepwater Horizon matter preparedat the direction of counsel. | Kris Ravi | N/A |
| 18 | 33 | 10/4/2010 10:32 | Draft document prepared at the direction of counsel relating to the Deepwater Horizon matter in preparation of governmental hearings and litigation. | Kris Ravi | N/A |
| 18 | 34 | 10/4/2010 11:01 | Draft response to Congressional requests for information relating to the Deepwater Horizon matter preparedat the direction of counsel. | Kris Ravi | N/A |
| 18 | 35 | 10/4/2010 12:24 | Draft document prepared at the direction of counsel relating to the Deepwater Horizon matter in preparation of governmental hearings and litigation. | Kris Ravi | N/A |
| 18 | 38 | 10/6/2010 14:06 | Document regarding the Deepwater Horizon matter prepared at the direction of counsel in preparation of governmental hearings and litigation. | Mike Stidham | Kris Ravi |
| 18 | 39 | 10/7/2010 9:32 | Draft document prepared at the direction of counsel in preparation of response to National Academies requests for information relating to the Deepwater Horizon matter. | Kris Ravi | N/A |

Halliburton Amended Privilege Logs:
Work Product Entries

| Priv. Log # | No. | Date | Description | Author | Recipient(s) |
|---|---|---|---|---|---|
| 18 | 40 | 10/22/2010 11:53 | Email communication prepared at the direction of counsel regarding collection of information relating to the Deepwater Horizon matter in preparation of governmental hearings and litigation. | Thomas Roth | Kris Ravi |
| 18 | 42 | 10/28/2010 20:17 | Email communication prepared at the direction of counsel regarding draft response to requests for information relating to the Deepwater Horizon matter. | Anthony Badalamenti | Kris Ravi |
| 18 | 43 | 10/29/2010 10:20 | Email communication prepared at the direction of counsel regarding draft response to requests for information relating to the Deepwater Horizon matter. | Kris Ravi | Anthony Badalamenti |
| 18 | 44 | | Documents collected at the direction of counsel relating to the Deepwater Horizon matter in preparations for governmental hearings and litigation. | N/A | Kris Ravi |
| 19 | 14 | 6/10/2010 18:47 | Email communication prepared in anticipation of litigation relating to the Deepwater Horizon matter. | Gary Keene | Ronald Sweatman |
| 19 | 17 | 6/17/2010 13:22 | Email communication relating to the Deepwater Horizon matter prepared in anticipation of litigation. | Ronald Sweatman | Ronnie Faul; Connie Glover |
| 19 | 18 | 6/18/2010 18:56 | Email communication relating to the Deepwater Horizon matter prepared in anticipation of litigation. | | Ronnie Faul; Gary Keene |
| 19 | 56 | 9/15/2010 5:21 | Draft presentation relating to the Deepwater Horizon matter prepared at the direction of counsel in preparation for Congressional hearings. | N/A | Anthony Badalamenti |
| 19 | 57 | 8/25/2010 15:42 | Draft responses to Congressional requests for information prepared at the direction of counsel relating to the Deepwater Horizon matter. | N/A | Anthony Badalamenti |
| 19 | 58 | 10/3/2010 7:48 | Draft notes prepared at the direction of counsel relating to the Deepwater Horizon matter in preparation of National Academies hearing. | N/A | Anthony Badalamenti |

Halliburton Amended Privilege Logs:
Work Product Entries

| Priv. Log # | No. | Date | Description | Author | Recipient(s) |
|---|---|---|---|---|---|
| 19 | 60 | 6/3/2010 7:01 | Draft responses to Congressional requests for information prepared at the direction of counsel relating to the Deepwater Horizon matter. | N/A | Anthony Badalamenti |
| 24 | 2 | 6/10/2010 | Email communication prepared in anticipation of litigation relating to the Deepwater Horizon matter. | Ronald Sweatman | Gary Keene |
| 24 | 3 | 6/18/2010 | Handwritten notes relating to the Deepwater Horizon matter made in preparation of litigation. | Ronald Sweatman | Gary Keene; Ronnie Faul |
| 24 | 5 | 8/13/2010 | Handwritten notes prepared at the direction of counsel relating to the Deepwater Horizon matter in preparation of litigation. | Ron Morgan | N/A |
| 24 | 18 | 10/1/2010 | Handwritten notes relating to the Deepwater Horizon matter made in preparation at the direction of counsel in preparation of litigation. | Thomas Roth | N/A |
| 24 | 22 | 5/22/2011 | Draft presentation prepared at the direction of counsel regarding the Deepwater Horizon matter in preparation of governmental hearings. | Thomas Roth | Simon Turton |
| 24 | 23 | 5/22/2011 | Draft document prepare at the direction of counsel regarding the Deepwater Horizon matter in preparation of governmental hearings. | Simon Turton | N/A |
| 24 | 24 | 8/13/2011 | Handwritten notes relating to the Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A |
| 24 | 25 | 8/13/2011 | Draft response to Congressional requests for information relating to the Deepwater Horizon matter prepared at the direction of counsel. | Thomas Roth | N/A |
| 24 | 26 | 8/13/2010 | Draft presentation prepared at the direction of counsel in response to Congressional requests for information relating to the Deepwater Horizon matter. | Thomas Roth | N/A |
| 24 | 27 | 8/13/2010 | Handwritten notes relating to the Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A |
| 24 | 28 | 8/13/2010 | Handwritten notes relating to the Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A |

Page 32 of 33

Halliburton Amended Privilege Logs:
Work Product Entries

| Priv. Log # | No. | Date | Description | Author | Recipient(s) |
|---|---|---|---|---|---|
| 24 | 29 | 8/13/2010 | Draft document prepared at the direction of counsel relating to the Deepwater Horizon matter in preparation of SEC filing. | Thomas Roth | N/A |
| 24 | 30 | 8/13/2010 | Draft document prepared at the direction of counsel relating to the Deepwater Horizon matter in preparation of SEC filing. | Thomas Roth | N/A |
| 24 | 31 | 8/13/2010 | Handwritten notes relating to the Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A |
| 24 | 32 | 8/13/2010 | Handwritten notes relating to the Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A |
| 24 | 33 | 8/13/2010 | Handwritten notes relating to the Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A |
| 24 | 34 | 8/13/2010 | Handwritten notes relating to the Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A |
| 24 | 35 | 8/13/2010 | Handwritten notes relating to the Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A |
| 24 | 36 | 8/13/2010 | Handwritten notes relating to the Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A |
| 24 | 37 | 8/13/2010 | Handwritten notes relating to the Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A |
| 24 | 38 | 8/13/2010 | Handwritten notes relating to the Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A |

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7th day of December, 2011.

/s/ Don K. Haycraft

Don K. Haycraft