UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE OIL SPILL BY THE RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO ON APRIL 20, 2010                      MDL No. 2179

THIS DOCUMENT RELATES TO:

Joseph M. Matranga; et al. v. BP PRODUCTS NORTH
AMERICA, INC.; et al.
Eastern District of Louisiana; No. 2:11-cv-237-CJB-SS

---

### ORDER ON
### JOINT MOTION FOR PRO TANTO DISMISSAL WITH PREJUDICE OF DEFENDANTS CROWDERGULF JOINT VENTURE, L.L.P, WASTE MANAGEMENT NATIONAL SERVICES, INC., AND BALDWIN PORTABLE TOILETS AND SEPTIC TANKS, INC.

---

This matter having come before the Court on the Joint Motion for Pro Tanto Dismissal With Prejudice of Defendants CrowderGulf Joint Venture, L.L.P, Waste Management National Services, Inc., and Baldwin Portable Toilets and Septic Tanks, Inc., it is hereby:

ORDERED that said Motion is GRANTED.

Dated: _____ .

_____
UNITED STATES DISTRICT COURT JUDGE