UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**ORDER**

**[Amended Allocation of Examination Time for Paul Dias]**

Paul Dias will be deposed on Friday, December 16 (450 minutes), and Saturday, December 17 (450 minutes). He submitted a report on October 17. He is a BOP expert for BP. He did not submit a rebuttal report. He responded to contentions regarding maintenance and testing of the BOP presented by experts for the PSC (Greg Perkins), U.S. (Rory Davis), and Transocean (Greg Childs).

An order was issued on November 29, 2011 with the allocation of examination time for Dias and other experts scheduled for Week Five. Rec. doc. 4749. On December 6, Transocean requested that its time be increased by 600 minutes and the time for Cameron and the U.S. correspondingly reduced. Both Cameron and the U.S. offered to cede 110 minutes. This is not sufficient to accommodate Transocean's request. It urges that eleven of the fourteen opinions offered by Dias focus exclusively on Transocean.

| | **Request** | **Original Allocation** | **Revised Allocation** |
|---|---|---|---|
| TO | 690 minutes | 90 minutes | 365 minutes |
| Cameron | 480 minutes | 395 minutes | 255 minutes |
| HESI | 90 minutes | 20 minutes | 20 minutes |
| U.S. | 360 minutes | 330 minutes | 195 minutes |

| | | | |
|---|---|---|---|
| Anadarko | 45 minutes | 10 minutes | 10 minutes |
| M-I | 10 minutes | 10 minutes | 10 minutes |
| Dril-Quip | No request | 0 minutes | 0 minutes |
| MOEX | No request | 0 minutes | 0 minutes |
| Weatherford | 15 minutes | 15 minutes | 15 minutes |
| Transocean | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | | |
| Cameron | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | | |
| BP | 90 minutes (rebuttal) | 30 minutes | 30 minutes |
| **Total** | **1,780 minutes** | **900 minutes** | **900 minutes** |

Any appeal of this order, must be taken by **Tuesday, December 13, 2011.**

New Orleans, Louisiana, this 8th day of December, 2011.

SALLY SHUSHAN
**United States Magistrate Judge**