UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

ORDER

[Regarding Allocation of Examination Time for Phase One Rebuttal Experts]

The allocation of examination time for Phase One rebuttal experts is below. A separate order will be issued for the schedule of these experts.

**1.      Chenevert, Martin** (M-I)

Martin Chenevert will be deposed on two days  The first day will be for 450 minutes, and the second day will be for 225 minutes. Chenevert was asked to review and comment on the report submitted by Donald Weintritt, a Halliburton expert.

| | **Request** | **Allocation** |
|---|---|---|
| Halliburton | 330 minutes | 250 minutes |
| BP | 180 minutes | 150 minutes |
| Transocean | 90 minutes | 70 minutes |
| Cameron | 60 minutes | 30 minutes |
| U.S. | 180 minutes | 120 minutes |
| Weatherford | 15 minutes | 15 minutes |
| Dril-Quip | 10 minutes | 10 minutes |
| Anadarko | No request | 0 minutes |

| | | |
|---|---|---|
| MOEX | No request | 0 minutes |
| Halliburton | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | |
| BP | It may reserve up to 40 minutes of its time for further cross-examination at this point in the sequence. | |
| M-I | 30 minutes (rebuttal) | 30 minutes |
| **Total** | **895 minutes** | **675 minutes** |

2. **Colson, Leif** (BP)

Leif Colson will be deposed on two days. The first day will be for 450 minutes, and the second day will be for 210 minutes. Colson, Richard Lee and Larry Lockard are co-authors of a report rebutting the report of Richard Strickland, an expert for Halliburton. These reports concern the determination of the shallowest hydrocarbon bearing zone.

| | **Request** | **Allocation** |
|---|---|---|
| Halliburton | 500 minutes | 350 minutes |
| Transocean | 90 minutes | 70 minutes |
| Cameron | 60 minutes | 30 minutes |
| U.S. | 240 minutes | 120 minutes |
| Dril-Quip | 20 minutes | 20 minutes |
| M-I | 15 minutes | 15 minutes |
| Weatherford | 15 minutes | 15 minutes |
| Anadarko | 60 minutes | 10 minutes |
| MOEX | No request | 0 minutes |

| | | |
|---|---|---|
| Halliburton | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | |
| BP | 90 minutes (rebuttal) | 30 minutes |
| **Total** | **1,090 minutes** | **660 minutes** |

3. **Doughty, D. H.** (U.S.)

D. H. Doughty reviewed and commented on the report submitted by Greg Childs, who submitted a report on behalf of Transocean concerning the BOP. Childs' findings include the determination that the BOP system was appropriately tested and met operator and regulatory guidelines. Doughty's report focuses only one aspect of the Childs' report; the state of and performance of the Blue Pod battery pack. Because of Doughty's limited focus, Doughty will be deposed for one day of 490 minutes.

| | **Request** | **Allocation** |
|---|---|---|
| Transocean | 180 minutes | 180 minutes |
| Cameron | 300 minutes | 120 minutes |
| Halliburton | 120 minutes | 30 minutes |
| BP | 120 minutes | 90 minutes |
| Weatherford | 15 minutes | 15 minutes |
| M-I | 15 minutes | 15 minutes |
| Dril-Quip | 10 minutes | 10 minutes |
| Anadarko | No request | 0 minutes |
| MOEX | No request | 0 minutes |

3

| | | |
|---|---|---|
| Transocean | It may reserve up to 40 minutes of its time for further cross-examination at this point in the sequence. | |
| Cameron | It may reserve up to 40 minutes of its time for further cross-examination at this point in the sequence. | |
| U.S. | No request (rebuttal) | 30 minutes |
| **Total** | **760 minutes** | **490 minutes** |

4. **Farr, Daniel** (TO)

Dan Farr, the director of special projects for Transocean, was deposed during Phase One fact discovery. Transocean identified him as a potential non-retained expert who is expected to testify regarding the Deepwater Horizon's fire and gas detection system and the structural integrity of the rig. BP and the PSC contend that these topics are not tied to his prior deposition testimony and request a deposition. Weatherford reports that Farr was responsible for the June 2011 investigation report, which included an extensive discussion of the Weatherford float collar. Transocean requests that Farr's deposition be limited to one day. The deposition will be two days, the first day will be 480 minutes, and the second day will be 220 minutes.

| | **Request** | **Allocation** |
|---|---|---|
| BP | 300 minutes | 170 minutes |
| PSC | 290 minutes | 140 minutes |
| Halliburton | 180 minutes | 80 minutes |
| Cameron | 150 minutes | 60 minutes |
| Weatherford | 90 minutes | 70 minutes |
| M-I | 45 minutes | 30 minutes |

| | | |
|---|---|---|
| U.S. | 240 minutes | 110 minutes |
| Dril-Quip | 10 minutes | 10 minutes |
| Anadarko | No request | 0 minutes |
| MOEX | No request | 0 minutes |
| BP | It may reserve up to 50 minutes of its time for further cross-examination at this point in the sequence. | |
| TO | 90 minutes (rebuttal) | 30 minutes |
| **Total** | **1,395 minutes** | **700 minutes** |

5. **Lang, James** (U.S.)

James Lang will be deposed for two days. The first day will be 480 minutes, and the second will be 225 minutes. Lang responded to the reports from Roger Vernon for Anadarko and Gordon Cain for MOEX concerning the responsibilities for the parties to the joint ownership arrangement for the Macondo well.

| | **Request** | **Allocation** |
|---|---|---|
| Anadarko[1] | 240 minutes | 150 minutes |
| MOEX | 240 minutes | 150 minutes |
| BP | 180 minutes | 140 minutes |
| Halliburton | 150 minutes | 100 minutes |
| Transocean | 90 minutes | 70 minutes |
| Cameron | 60 minutes | 20 minutes |

---

[1] Because of the closely aligned interests on this deposition, MOEX and Anadarko may cede time to each other but not to any other party.

5

| | | |
|---|---|---|
| M-I | 30 minutes | 20 minutes |
| Weatherford | 15 minutes | 15 minutes |
| Dril-Quip | 10 minutes | 10 minutes |
| Anadarko | It may reserve up to 30 minutes of its time for further cross-examination at this point in the sequence. | |
| MOEX | It may reserve up to 30 minutes of its time for further cross-examination at this point in the sequence. | |
| U.S. | No request (rebuttal) | 30 minutes |
| **Total** | **1,005 minutes** | **705 minutes** |

6.     **Lee, Richard** (BP)

Richard Lee will be deposed on two days.  The first day will be for 450 minutes and the second day will be for 210 minutes.  Lee is one of three co-authors of a report rebutting the report of Richard Strickland, an expert for Halliburton.  These reports concern the determination of the shallowest hydrocarbon bearing zone.

| | **Request** | **Allocation** |
|---|---|---|
| Halliburton | 500 minutes | 350 minutes |
| Transocean | 90 minutes | 70 minutes |
| Cameron | 60 minutes | 30 minutes |
| U.S. | 240 minutes | 120 minutes |
| Dril-Quip | 20 minutes | 20 minutes |
| M-I | 15 minutes | 15 minutes |
| Weatherford | 15 minutes | 15 minutes |

| | | |
|---|---|---|
| Anadarko | 60 minutes | 10 minutes |
| MOEX | No request | 0 minutes |
| Halliburton | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | |
| BP | 90 minutes (rebuttal) | 30 minutes |
| **Total** | **1,090 minutes** | **660 minutes** |

7. **Lockard, Larry** (BP)

Larry Lockard will be deposed on two days. The first day will be for 450 minutes, and the second day will be for 210 minutes. Lockard is one of three co-authors of a report rebutting the report of Richard Strickland, an expert for Halliburton. These reports concern the determination of the shallowest hydrocarbon bearing zone.

| | **Request** | **Allocation** |
|---|---|---|
| Halliburton | 500 minutes | 350 minutes |
| Transocean | 90 minutes | 70 minutes |
| Cameron | 60 minutes | 30 minutes |
| U.S. | 240 minutes | 120 minutes |
| Dril-Quip | 20 minutes | 20 minutes |
| M-I | 15 minutes | 15 minutes |
| Weatherford | 15 minutes | 15 minutes |
| Anadarko | 60 minutes | 10 minutes |
| MOEX | No request | 0 minutes |

| | | |
|---|---|---|
| Halliburton | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | |
| BP | 90 minutes (rebuttal) | 30 minutes |
| **Total** | **1,090 minutes** | **660 minutes** |

8. **Sears, Richard** (Cameron)

Richard Sears will be deposed for two days. The first day will be 480 minutes, and the second will be 225 minutes. Sears submitted a report responding to the reports of four experts for BP: (a) Kathleen Sutcliffe; (b) Joseph Quoyeser; (c) Morris Burch; and (d) William Wecker. Sears does not address reports issued by experts for Halliburton or the U.S.

| | **Request** | **Allocation** |
|---|---|---|
| BP | 600 minutes | 385 minutes |
| Halliburton | 350 minutes | 90 minutes |
| Transocean | 90 minutes | 60 minutes |
| U.S. | 180 minutes | 90 minutes |
| Dril-Quip | 20 minutes | 20 minutes |
| M-I | 15 minutes | 15 minutes |
| Weatherford | 15 minutes | 15 minutes |
| Anadarko | No request | 0 minutes |
| MOEX | No request | 0 minutes |
| BP | It may reserve up to 80 minutes of its time for further cross-examination at this point in the sequence. | |

| | | |
|---|---|---|
| Cameron | 30 minutes (rebuttal) | 30 minutes |
| **Total** | **1,300 minutes** | **705 minutes** |

9. **Vinson, Graham** (BP)

Graham Vinson, a BP petrophysicist, was deposed for two days during Phase One discovery. BP's disclosure of non-retained rebuttal experts states:

> Mr. Vinson is expected to present evidence, including opinion testimony, related to the M57B zone in the production interval of the Macondo well. Mr. Vinson is expected to testify that Dr. Strickland's opinions related to the M57B are incorrect and that BP properly identified the top hydrocarbon bearing zone.

The remaining parts of BP's disclosure for Vinson relate the M57B sand. Considering Vinson's prior two day Phase One fact deposition and the limited nature of his designation, the parties' requests for examination are excessive. He will be deposed for one day of 490 minutes.

| | **Request** | **Allocation** |
|---|---|---|
| Halliburton | 500 minutes | 180 minutes |
| Transocean | 90 minutes | 50 minutes |
| PSC | 290 minutes | 90 minutes |
| U.S. | 240 minutes | 90 minutes |
| Cameron | 60 minutes | 20 minutes |
| Weatherford | 30 minutes | 10 minutes |
| Dril-Quip | 20 minutes | 10 minutes |
| M-I | 15 minutes | 10 minutes |
| Anadarko | No request | 0 minutes |
| MOEX | No request | 0 minutes |

9

| | | |
|---|---|---|
| Halliburton | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | |
| BP | 90 minutes (rebuttal) | 30 minutes |
| **Total** | **1,335 minutes** | **490 minutes** |

Any appeal of this order must be taken by **Tuesday, December 13, 2011.**

New Orleans, Louisiana, this 8th day of December, 2011.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**