IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br><br>*All Cases* | * * * * | Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |

## ORDER

Considering BP's Ex Parte Motion for Leave to File Under Seal an unredacted version of its Memorandum in Support of its Motion to Compel Against Halliburton, and Exhibits B, G, I, L, and M;

IT IS ORDERED that the Motion is GRANTED and that an unredacted version of its Memorandum in Support of BP's Motion to Compel and Exhibits B, G, I, L, and M will hereby be filed into the record of this matter UNDER SEAL.

New Orleans, Louisiana, this <u>8th</u> day of December, 2011.

_____
UNITED STATES MAGISTRATE JUDGE