UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" | * | |
| in the Gulf of Mexico, | * | SECTION: J |
| on April 20, 2010 | * | |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | |
| *All cases, 10-2771, and 10-4536* | * | MAGISTRATE SHUSHAN |

**********************************************************************

### ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR THE UNITED STATES TO RESPOND TO TRANSOCEAN'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING INDEMNITY [DOCKET4477]

IT IS HEREBY ORDERED that the motion of the United States for an extension of time to respond to Transocean's "Motion for Partial Summary Judgment (Rec. Docket 4477)" is hereby granted; it is further

ORDERED that the United States' response shall be filed no later than 5:00 p.m. CST on Thursday, December 8, 2011.

IT IS SO ORDERED.

New Orleans, Louisiana this 8th day of December, 2011.

_____
United States District Judge

1