UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : : | MDL NO. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: Case No. 2:10-cv-04536 | | : : | MAG. JUDGE SHUSHAN |

..........................................................................

# ORDER

CONSIDERING THE EX PARTE MOTION of the United States of America for Leave to Exceed Page Limit for its Memorandum in Support of United States' Second Motion for Partial Summary Judgment as to the Liability of BP Exploration & Production, Inc., the Transocean Defendants, and the Anadarko Defendants,

IT IS HEREBY ORDERED that the motion be and is hereby granted and the Clerk of the Court is ordered to file the memorandum attached to the United States' motion into the record in the captioned case.

]New Orleans, Louisiana this 8th day of December, 2011.

_____
United States District Judge