UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" | * | |
| in the Gulf of Mexico, | * | SECTION: J |
| on April 20, 2010 | * | |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | |
| Case No.  2:10-cv-04536 | * | MAGISTRATE SHUSHAN |
| | * | |

**PLAINTIFF UNITED STATES' SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THE LIABILITY OF BP EXPLORATION AND PRODUCTION, INC., THE TRANSOCEAN DEFENDANTS, AND THE ANADARKO DEFENDANTS**

Plaintiff United States hereby moves pursuant to Fed. R. Civ. P. 56 for partial summary judgment as to the liability of the Defendants as to the Liability of BP Exploration and Production, Inc. ("BP"); Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, and Triton Asset Leasing GmbH (collectively, "the Transocean Defendants"); and Anadarko Petroleum Corporation ("APC") and Anadarko E&P Company LP ("A E&P) (collectively, "the Anadarko Defendants").

As demonstrated in the attached Memorandum in support of this Motion and Statement of Undisputed Material Facts ("SMF"), there is no genuine dispute as to the material facts that render the Transocean and Anadarko Defendants liable under the Oil Pollution Act ("OPA"), Section 1002(a), 33 U.S.C. § 2702(a), and further, that the Anadarko Defendants are not entitled to limited liability under OPA Section 1004, 33 U.S.C. § 2704.  There is also no genuine dispute as to the material facts that render BP, the Transocean Defendants, and the Anadarko Defendants liable under the Clean Water Act, 33 U.S.C. § 1321(b)(7).  Therefore, for the reasons stated herein and in the accompanying statement of undisputed material facts and memorandum in support, the United States' motion for partial summary judgment should be granted.

A proposed order and entry of judgment accompanies this request.

Respectfully Submitted:

| | |
|---|---|
| IGNACIA S. MORENO | TONY WEST |
| Assistant Attorney General | Assistant Attorney General |
| Environment & Natural Resources Division | Civil Division |
| | |
| JAMES NICOLL | PETER F. FROST |
| Senior Counsel | Director, Torts Branch, Civil Division |
| NANCY FLICKINGER |    Admiralty and Aviation |
| Senior Attorney | STEPHEN G. FLYNN |
| SARAH HIMMELHOCH | Assistant Director |
| Senior Litigation Counsel | MICHELLE DELEMARRE |
| DEANNA CHANG | SHARON SHUTLER |
| SCOTT CERNICH | JESSICA SULLIVAN |
| A. NATHANIEL CHAKERES | JESSICA MCCLELLAN |
| JUDY HARVEY | DAVID PFEFFER |
| MATT LEOPOLD | MALINDA LAWRENCE |
| ABIGAIL ANDRE | Trial Attorneys |
| Trial Attorneys | |


/s/ Steven O'Rourke                 /s/ R. Michael Underhill

| | |
|---|---|
| STEVEN O'ROURKE | R. MICHAEL UNDERHILL, T.A. |
| Senior Attorney | Attorney in Charge, West Coast Office |
| Environmental Enforcement Section | Torts Branch, Civil Division |
| U.S. Department of Justice | U.S. Department of Justice |
| P.O. Box 7611 | 7-5395 Federal Bldg, Box 36028 |
| Washington, D.C. 20044 | 450 Golden Gate Avenue |
| Telephone: 202-514-2779 | San Francisco, CA 94102-3463 |
| Facsimile: 202-514-2583 | Telephone: 415-436-6648 |
| E-mail: steve.o'rourke@usdoj.gov | Facsimile: 415-436-6632 |
| | E-mail: mike.underhill@usdoj.gov |

JIM LETTEN
United States Attorney
SHARON SMITH
Assistant United States Attorney
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, Ste. B-210
New Orleans, LA 70130

Attorneys for the UNITED STATES OF AMERICA

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that the above and foregoing Plaintiff United States' Second Motion for Partial Summary Judgment, Statement of Undisputed Material Facts, Memorandum of Law in Support of the United States' Motion, and Exhibits thereto has been served on all counsel by electronically uploading the same to Lexis-Nexis File & Serve in accordance with Pretrial Order #12, and the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2719, on this 6th day of December, 2011.

          */s/ Steven O'Rourke*
          Steven O'Rourke