# EXHIBIT 16

In Support of

Plaintiff United States' Memorandum of Law in Support of the
United States' Second Motion for Partial Summary Judgment; and
Statement of Undisputed Material Facts in Support Thereof

Anadarko Petroleum Corp.          Page 1 of     1

PAYMENT DATE: 02/26/2010
TRACE/ADVICE NUMBER: 0110434005
AMOUNT PAID:       21,084,117.60
CURRENCY: USD

BP AMERICA PRODUCTION COMPANY
PO Box 21868
TULSA OK   74121
USA

VENDOR NO: JV12237501

### REMITTANCE ADVICE OF ELECTRONIC FUNDS TRANSFER

| REF.DOC | INVOICE REFERENCE NUMBER | REF.DATE | DOCUMENT AMOUNT | DISCOUNT/ADJ AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 400000722 | 00700036700110 | 02/08/2010 | 21084117.60 | 0.00 | 21084117.60 |
|  | 0120100070003670 |  |  |  |  |
| **TOTALS :** |  |  | 21084117.60 | 0.00 | 21084117.60 |



4205

Exhibit No. _____
Worldwide Court
Reporters, Inc.

ANA-MDL-000230694

Payables Web Services                                             Page 1 of 1

**Print**
Check/Serial#: 110434005        Account#: 662630110    Amount: 21,084,117.60

---

ANADARKO PETROLEUM CORPORATION
PO BOX 1330
HOUSTON, TX 77251-1330

CHECK NUMBER  0110434005          74-1288/724

February 25, 2010

PAY TO THE ORDER OF:
BP AMERICA PRODUCTION COMPANY
PO BOX 21068
TULSA, OK 74121

CHECK AMOUNT
$**21,084,117.60**

PAY EXACTLY  **21,084,117 DOLLARS AND 60 CENTS**

JP Morgan Chase Bank, Dearborn
Dearborn, Michigan

AUTHORIZED REPRESENTATIVE OF THE COMPANY

⑆0110434005⑆ ⑇072412927⑇ 662630110⑉

---

>111000025<
CR PAYEE ACCT
LACK END GTD
BANK OF AMERICA

7351 2
20100304
PHOTO/RECORDED BY
BP AMERICA PRODUCTION CO
LOCKBOX 848105
FOR DEPOSIT ONLY

https://disburse-pws.jpmorgan.com/pws/custapp/ExternalInquire.do          2/25/2011

ANA-MDL-000230693