# EXHIBIT 18

In Support of

Plaintiff United States' Memorandum of Law in Support of the
United States' Second Motion for Partial Summary Judgment; and
Statement of Undisputed Material Facts in Support Thereof

Anadarko Petroleum Corp.

Page 1 of 1

PAYMENT DATE: 03/25/2010
TRACE/ADVICE NUMBER: 0110439022
AMOUNT PAID: 14,458,349.04
CURRENCY: USD

BP AMERICA PRODUCTION COMPANY
PO Box 21868
TULSA OK 74121
USA

VENDOR NO : JV12237501

## REMITTANCE ADVICE OF ELECTRONIC FUNDS TRANSFER

| REF.DOC | INVOICE REFERENCE NUMBER | REF.DATE | DOCUMENT AMOUNT | DISCOUNT/ADJ AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 400000817 | 00700038700210<br>0220100070003670 | 03/10/2010 | 14458349.04 | 0.00 | 14458349.04 |
| TOTALS : | | | 14458349.04 | 0.00 | 14458349.04 |

4207
Exhibit No. ______
Worldwide Court Reporters, Inc.

Payables Web Services																					Page 1 of 1

**Print**
Check/Serial#:110439022          Account#:662630110    Amount:14,458,349.04

```
ANADARKO PETROLEUM CORPORATION                    CHECK                      74-1282
PO BOX 1330                                       NUMBER    0110439022         724
HOUSTON, TX 77251-1330
                                                  March 26, 2010

PAY        BP AMERICA PRODUCTION COMPANY
TO THE     PO BOX 21868
ORDER OF:  TULSA, OK 74121
                                                                          CHECK AMOUNT
                                                           $**14,458,349.04**

   PAY
 EXACTLY    14,458,349 DOLLARS AND 04 CENTS

JP Morgan Chase Bank, Dearborn
Dearborn, Michigan                                 AUTHORIZED REPRESENTATIVE OF THE COMPANY

           ⑆0110439022⑆ ⑇072412927⑇         662630110⑆
```

https://disburse-pws.jpmorgan.com/pws/custapp/ExternalInquire.do                    2/25/2011

ANA-MDL-000230695