# EXHIBIT 20

In Support of

Plaintiff United States' Memorandum of Law in Support of the
United States' Second Motion for Partial Summary Judgment; and
Statement of Undisputed Material Facts in Support Thereof

Anadarko Petroleum Corp.                Page 1 of    1

                                        PAYMENT DATE: 04/23/2010
                                        TRACE/ADVICE NUMBER: 0110445099
                                        AMOUNT PAID:     16,412,588.01
                                        CURRENCY: USD


BP AMERICA PRODUCTION COMPANY
PO Box 21868
TULSA OK   74121
USA


VENDOR NO: JV12237501

### REMITTANCE ADVICE OF ELECTRONIC FUNDS TRANSFER

| REF.DOC | INVOICE REFERENCE NUMBER | REF.DATE | DOCUMENT AMOUNT | DISCOUNT/ADJ AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 400000753 | 00700036700310 | 04/08/2010 | 16412588.01 | 0.00 | 16412588.01 |
|  | 0320100070003670 |  |  |  |  |
| TOTALS: |  |  | 16412588.01 | 0.00 | 16412588.01 |

4209
Exhibit No. _____
Worldwide Court
Reporters, Inc.

ANA-MDL-000230698

Payables Web Services
Page 1 of 1

Print
Check/Serial#:110445099   Account#:662630110   Amount:16,412,588.01

