# EXHIBIT 25

In Support of

Plaintiff United States' Memorandum of Law in Support of the
United States' Second Motion for Partial Summary Judgment; and
Statement of Undisputed Material Facts in Support Thereof



# MACONDO WELL INCIDENT
## Transocean Investigation Report
### Volume I

June 2011



4248

Exhibit No. _____
Worldwide Court
Reporters, Inc.

# Table of Contents

Executive Summary ................................................................................... 9

## Chapter 1

### The Macondo Prospect and the *Deepwater Horizon*

1.1   The Macondo Well ................................................................. 16

1.2   Companies Involved in Drilling the Macondo Well .................................... 17

1.3   *Deepwater Horizon* History of Operations ......................................... 19

1.4   Inspections of the *Deepwater Horizon* ............................................ 19

1.5   Well Operations – February – April 2010 ........................................... 20

## Chapter 2

### Incident Chronology and Overview

2.1   Running Production Casing ........................................................ 26

2.2   Converting the Float Collar ...................................................... 26

2.3   Cementing ........................................................................ 27

2.4   Temporary Abandonment Plan ....................................................... 28

2.5   Displacement ..................................................................... 29

2.6   Negative Pressure Test ........................................................... 29

2.7   Sheen Test and Final Displacement ................................................ 30

2.8   Activation of the BOP ............................................................ 31

2.9   Initial Emergency Response, Muster, and Evacuation ............................... 32

## Chapter 3

### Incident Analysis

3.1   Well Design and Production Casing Cement ......................................... 41

3.2   Temporary Abandonment ............................................................ 77

3.3   Drill Floor Activities ........................................................... 117

3.4   Blowout Preventer (BOP) .......................................................... 135

3.5   Gas Dispersion and Ignition ...................................................... 173

3.6   Muster and Evacuation ............................................................ 197

## Chapter 4

### Key Findings .................................................................... 211

Glossary   ........................................................................... 221

Appendices ........................................................................... Vol. II



# Executive Summary

Transocean was contracted by BP Exploration & Production Inc. (BP) to provide the *Deepwater Horizon* rig and personnel to drill the Macondo well on Mississippi Canyon Block 252. Drilling started on Feb. 11, 2010, and was completed on April 9, 2010.

On April 20, 2010, the blowout of the Macondo well resulted in explosions and an uncontrollable fire onboard the *Deepwater Horizon*. Eleven people lost their lives, 17 were seriously injured, and 115 of the 126 onboard evacuated. The *Deepwater Horizon* sank 36 hours later, and the Macondo well discharged hydrocarbons into the Gulf of Mexico for nearly three months before it was contained.

Following the incident, Transocean commissioned an internal investigation team comprised of experts from relevant technical fields and specialists in accident investigation to gather, review, and analyze the facts and information surrounding the incident to determine its causes.

The investigation team began its work in the days immediately following the incident. Through an extensive investigation, the team interviewed witnesses, reviewed available information regarding well design and execution, examined well monitoring data that had been transmitted in real-time from the rig to BP and which had been available to BP's operating partners and Halliburton, consulted industry and technical experts, and evaluated available physical evidence and third-party testing reports.

The loss of evidence with the rig and the unavailability of certain witnesses limited the investigation and analysis in some areas. The team used its cumulative years of experience but did not speculate in the absence of evidence. This report does not represent the legal position of Transocean, nor does it attempt to assign legal responsibility or fault.

This report focuses on the following critical questions:

- How did reservoir fluids reach the rig floor?
    - How and why did reservoir fluids enter the well?
    - What actions did the drill crew take?
- Why did the blowout preventer (BOP) not stop the flow of reservoir fluids?
- How did reservoir fluids ignite?
    - What occurred after the reservoir fluids reached the rig?
    - How did personnel onboard evacuate the rig?

This report is the culmination of the investigation. These conclusions are the result of the investigation team's analysis of information available to date. The investigation team is aware of investigations conducted by other companies and is aware of, but did not review, additional testimony that is being developed in multi-district litigation proceedings.

The data relied upon by the investigation team is identified in footnotes, endnotes, and the appendices to this report.



### 3.4.3 BOP Activation

When flow in the well was detected at approximately 9:42 p.m., the drill crew took the following actions:

- Closed the upper annular BOP element[66]
- Alerted BP and Transocean personnel onboard the rig
- Closed the diverter packer (seal within the diverter housing just below the rig floor) and diverted the flow to the MGS[67]
- Closed the upper and middle variable bore rams (VBRs) at approximately 9:47 p.m.[68]

#### Upper Annular BOP Closed

Prior to displacement operations, it is typical for the driller to locate and position the drill pipe tool joint[c] in the BOP, to ensure that a continuous length of drill pipe of uniform diameter runs through the rams, allowing the rams to properly close around the drill pipe and not on the larger diameter tool joint, for which they are not designed.[69]

At the time of the incident on April 20, 2010, the extreme flow rate from the well created sufficient force to lift the drill string, moving the tool joint up and partly into the upper annular BOP element.[70] This position of the tool joint was confirmed from the pipe sections recovered with the riser joint at the NASA Michoud facility. The analysis compared the distance between the BOP rams and annulars to the drill pipe from the BOP stack and riser, along with markings on the drill pipe. *See Appendix L.*[71]

**FLOW RATE IN CONTEXT**

- When the annular closed at approximately 9:43 p.m., the flow rate from the well at the BOP was approximately 100 barrels per minute (bpm).

- A typical flow rate for a kick is 10–15 bpm.

- 1 bbl is equal to 42 gallons, and a typical residential swimming pool is roughly 10,000 to 20,000 gallons.

- Thus, a flow rate of 100 bpm would fill a typical backyard swimming pool every 2.5–5 minutes.



**Figure 11** Drill Pipe Tool Joint Lifted by Flow into Upper Annular

---

C    A tool joint is where two sections of pipe are threaded together, resulting in a larger diameter segment.



*Figure 11* shows the drill pipe tool joint in the upper annular BOP element stack as a result of the upward force from the flowing well.

At approximately 9:41 p.m., the drill crew directed flow to the trip tank to monitor the well and observed a rising fluid level in the tank.[72] The drill crew activated the upper annular BOP from the drill floor at approximately 9:43 p.m.[73] During the 26 seconds required for the annular BOP to fully close,[74] hydrocarbons and well debris flowed with increasing velocity between the rubber annular BOP packing element and the drill pipe tool joint. This flow eroded both components, carving a flow path for hydrocarbons through the annular BOP packing element and into the riser.



**Figure 12** Drill Pipe Erosion

*Figure 12* depicts the erosion of the drill pipe and annular BOP during the initial attempt to shut in the well and shows the eroded drill pipe recovered from the *Deepwater Horizon* riser at the NASA Michoud facility. The distance between the upper and lower fingers of the annular element is 18 in., which corresponds to the section of drill pipe shown in the figure.[75] The contact with the lower fingers can be clearly identified on the tool joint. The erosion on the upper section of the drill pipe aligns with the area of the upper fingers of the annular element.



## Diverter Packer Closed

The gas expanded as it moved up the riser, pushing mud onto the drill floor.[76] The drill crew closed the diverter packer to redirect the flow from the well to the MGS pursuant to BP and Transocean standard practice.[77] As the flow from the well increased due to the rapid expansion of gas in the riser, the flow rate exceeded the capacity of the MGS.[78] At approximately 9:48 p.m.,[79] witnesses said mud began flowing out of the MGS vacuum breaker line located halfway up the derrick, and fluid overflow from the MGS filled the mini trip tank.[80] *See Figure 13.*

## Variable Bore Rams Closed

Although the drill crew had closed the upper annular BOP, hydrocarbons continued to flow through the washed-out rubber packing element and around the eroded drill pipe. The drill crew then closed the upper and middle VBRs at approximately 9:47 p.m. The closing of the VBRs stopped the flow through the annulus and caused pressure inside the drill pipe to increase to 5,750 psi at the surface at approximately 9:49 p.m., as recorded on the last transmission of real-time data.[81, D]

Additional evidence confirming closure of middle and upper ram BOPs by the driller includes:

## Upper VBRs

- No ROV intervention occurred to the upper VBRs post incident, which indicates the upper VBRs had been closed by the drill crew prior to the post-incident ROV intervention.[82]

- Radiographic surveys were completed by May 15, 2010, and indicated that the rams were closed and the ST Locks were locked.[83]

- When the yellow pod was re-deployed from the *Q4000* oilfield service vessel and the upper VBRs close function was activated on May 26, 2010, the flow count was 0.4 gallons, confirming that the VBRs were closed. (Normal close volume is approximately 24 gallons.) This process was repeated a second time to confirm.[84]

- The upper VBRs were found closed during a video camera inspection of the BOP on board the *Q4000* on Sept. 9, 2010.[85]

## Middle VBRs

- ROV intervention on May 5, 2010, cut the blue pod middle VBR close hose to the shuttle valve, installed an ROV connection, and pressured the function with a subsea accumulator bank.[86] The middle VBRs pressured up immediately to 3,500 psi with no indication of flow, confirming the rams were closed previously by the drill crew.

- Radiographic surveys were completed by May 15, 2010, and indicated that the rams were closed and that the ST Locks were locked.[87]

- The middle VBRs were found closed during the BOP forensic inspection at NASA Michoud.[88]

---

D   The kill line was lined up with the BOP upper kill valves open to the wellbore. When the upper VBRs were closed, the kill line was isolated from the well. At approximately 9:47 p.m., pressure in the kill line dropped rapidly and the pressure in the drill pipe increased rapidly, indicating that the VBRs were closed





*Figure 13* illustrates the path of return flow to the MGS after the diverter was closed.



**Figure 13** Path of Return Flow after Diverter was Closed and then Overcome



### Drill Pipe Bows in the BOP

Once the variable bore rams (VBRs) were closed, the shut-in well pressure below the rams increased to more than 7,000 psi, and the force of the pressure pushing upward on the drill pipe exceeded 150,000 lb.[89, E] The drill pipe tool joint was restrained by the upper annular BOP packing element as well pressure forced the drill pipe upward, bowing the drill pipe in the BOP bore between the upper VBRs and the upper annular packing element.[90]

The rig lost power at 9:49 p.m., followed by explosions and fires resulting in a loss of station keeping ability.[91] As the *Deepwater Horizon* drifted off location, the drill pipe was pulled between the traveling block on the rig floor and the BOP stack. At the BOP stack, the internal drill pipe pressure at the upper annular continued to climb above 8,000 psi.[F] Within minutes, the forces ruptured the drill pipe above the upper annular where the pipe had been weakened by severe erosion.[92]

*Figure 14* illustrates the rupture in the drill pipe above the upper annular BOP.

The well flow previously was contained below the VBRs but now flowed through the ruptured drill pipe above the upper annular BOP. The *Deepwater Horizon* then drifted farther off location, pulling on the drill pipe until it parted at the rupture. Inspection of the parted drill pipe and drift-off calculations indicate that there likely was sufficient tension to part the ruptured drill pipe within six minutes after power loss.

*Figure 15* illustrates the moment when the pipe parted due to the tension in the drill string; the photo demonstrates the tensile failure of the drill pipe.

### 3.4.4 Automatic Mode Function Activation (AMF)

The *Deepwater Horizon* BOP and multiplex (MUX) control system were fully operational at the time of the incident, and the drill crew successfully operated several functions — the upper annular BOP, two sets of VBRs, and the diverter — in response to the well-control event.[93] The explosions on the rig severed the communication link between the BOP and the rig, preventing surface control of the BOP emergency disconnect system (EDS).[94] As a result, efforts to activate the EDS from the bridge were unsuccessful.[95]

The explosions and fire subsequently damaged or destroyed the BOP secondary hydraulic supply line hose and the BOP MUX control cables, resulting in the loss of hydraulic supply pressure and electrical power to the BOP. This, in turn, automatically activated the AMF system in both the blue and yellow pods. The AMF activated the high-pressure shear circuit to close the blind shear rams utilizing the stored hydraulic pressure in the accumulator bottles mounted on the lower BOP stack. Pressure from the accumulators closed the blind shear rams (BSRs) and activated the ST Locks on all of the closed rams (BSRs, upper VBR, and middle VBR). *See Figures 16 and 17*. When the BOP is operated from the surface via the control panels, the ST Locks are not automatically engaged; this is a manual function performed by the drill crew. The fact that the ST Locks were engaged on the BSRs and both VBRs confirms that the high-pressure shear circuit was activated by the AMF.[G]

E    5.5-in. drill pipe = 23.75 in.² x 7,000 psi = 166,250 lb. lift.
F    5,750 psi surface pressure plus the hydrostatic pressure of seawater in the drill pipe.
G    The *Deepwater Horizon* ST locks were not functioned as a standard practice when the BOP was subsea except for hurricane abandonment prior to disconnect of the LMRP from the lower BOP stack. It was unlikely that the driller/toolpusher activated the ST lock function after closing the upper and middle VBRs. All functions on the MUX pods shifted to the vent position when power was lost to the pods. Closing pressure was then vented to the upper and middle VBRs. The rams stay closed with the assistance of adequate wellbore pressure. The AMF system fired the HP shear circuit locking the ST Locks behind the upper and middle VBRs moments after the power was lost to the pods. If the AMF had not fired, the rams would have had to have been held closed by only the wellbore pressure for 33.5 hours until the auto-shear pin was cut by an ROV. When the auto-shear pin was cut on April 22, 2010, at 7:30 a.m., there was no indication of fluid discharge from the control pods indicating that the BSR and the ST Locks were already in the closed and locked position. If the BSR was still open, approximately 30 gallons of fluid would visibly discharge from the open side of the BSR and ST Locks.

