**EXHIBIT 28**


In Support of


Plaintiff United States' Memorandum of Law in Support of the
United States' Second Motion for Partial Summary Judgment; and
Statement of Undisputed Material Facts in Support Thereof

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG            )        MDL NO.  2179
"DEEPWATER HORIZON" in the                 )
GULF OF MEXICO,  on                        )        SECTION: J
APRIL 20, 2010                             )
                                           )        JUDGE BARBIER
                                           )
                                           )        MAG. JUDGE SHUSHAN

## CONFIDENTIAL

### *WorldwideVIEW*™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Michael Beirne

**VOLUME 1**

JUNE 27, 2011

## *COPY*



*Systems Technology for the Litigation World*

Litigation Group ♦ Court Reporting ♦ Video Production ♦ Videoconferencing
**For U.S. & International Services**
**800 - 745 - 1101**

| | | |
|---|---|---|
| 10:26:48 | 1 | potential co-owner as of September 17th, |
| 10:26:52 | 2 | 2009? |
| 10:26:52 | 3 | A.     No, sir. |
| 10:26:53 | 4 | Q.     All right.  But the well had |
| 10:26:58 | 5 | already -- the drilling of the well had begun |
| 10:27:01 | 6 | by that time.  Isn't that true? |
| 10:27:07 | 7 | A.     No, sir.  I don't believe the |
| 10:27:08 | 8 | well began drilling until October. |
| 10:27:10 | 9 | Q.     Okay.  Let's go to the next |
| 10:27:28 | 10 | document, which is 1951703, in seriatim, |
| 10:27:36 | 11 | to -- no.  I apologize.  These are not in |
| 10:27:39 | 12 | seriatim.  This is just a single document. |
| 10:27:47 | 13 | We'll skip that. |
| 10:27:48 | 14 | All right.  Let's go to Tab 3. |
| 10:28:46 | 15 | This is BP-HZN-2179MDL2319086, in seriatim, |
| 10:28:54 | 16 | to 16 -- 116.  2319116.  I'm going to mark |
| 10:29:10 | 17 | this as Exhibit 2824. |
| 10:29:10 | 18 | (Exhibit 2824 was marked.) |
| 10:29:18 | 19 | Q.     (BY MR. BRUNO)  Do you know what |
| 10:29:19 | 20 | this is, sir? |
| 10:29:20 | 21 | A.     Sir, this appears to be a lease |
| 10:29:22 | 22 | exchange agreement between BP and two |
| 10:29:27 | 23 | Anadarko entities. |
| 10:29:38 | 24 | Q.     This is a draft, I think, right? |
| 10:29:53 | 25 | Look at the next document.  I just want to |

| | | |
|---|---|---|
| 10:29:54 | 1 | see if we can -- |
| 10:29:54 | 2 | A.    Sir, this one appears to be |
| 10:29:57 | 3 | executed on Page 13 of 13. |
| 10:30:20 | 4 | Q.    Okay.  All right.  Thank you. |
| 10:30:22 | 5 | There is an attachment, Exhibit A-1, the |
| 10:30:25 | 6 | assigned leases. |
| 10:30:26 | 7 | A.    Okay.  I see it. |
| 10:30:27 | 8 | Q.    All right.  Tell us what this |
| 10:30:34 | 9 | is. |
| 10:30:34 | 10 | A.    This is a lease exchange |
| 10:30:36 | 11 | agreement that sets out the exchange between |
| 10:30:42 | 12 | BP and two Anadarko entities for their |
| 10:30:45 | 13 | assignment of a portion of BP's interests in |
| 10:30:48 | 14 | Macondo for an assignment of some other |
| 10:30:51 | 15 | leases from the two Anadarko entities. |
| 10:30:54 | 16 | Q.    All right.  What -- what |
| 10:30:55 | 17 | ownership interest did Anadarko get as a |
| 10:30:59 | 18 | result of the signing of this agreement? |
| 10:31:09 | 19 | A.    I believe -- I need to look at |
| 10:31:12 | 20 | the exhibit to be certain. |
| 10:31:20 | 21 | Q.    Look at 2319101.  Maybe I got it |
| 10:31:24 | 22 | wrong. |
| 10:31:24 | 23 | A.    Yeah, it's that exhibit. |
| 10:31:27 | 24 | Yes, sir.  This agreement would |
| 10:31:30 | 25 | have BP, after BP had owned it at a -- I'm |

| | | |
|---|---|---|
| 10:31:35 | 1 | not sure if it was 90 percent at this point. |
| 10:31:38 | 2 | I believe it was 90 percent.  It reflects |
| 10:31:41 | 3 | BP's after -- after-exchange interests of |
| 10:31:47 | 4 | 65 percent, and then one of the Anadarko |
| 10:31:48 | 5 | entities with 22 and a half percent and the |
| 10:31:51 | 6 | other with 2.5 percent. |
| 10:31:53 | 7 | Q.    Okay.  So the -- so essentially |
| 10:31:56 | 8 | the Anadarko interests owned 25 percent after |
| 10:31:59 | 9 | this document was signed? |
| 10:32:01 | 10 | MS. KUCHLER:  Objection; form. |
| 10:32:04 | 11 | A.    Being the two -- the two |
| 10:32:05 | 12 | Anadarko entities combined -- |
| 10:32:05 | 13 | Q.    (BY MR. BRUNO)  Yes. |
| 10:32:08 | 14 | A.    -- owned 25 percent, yes, sir. |
| 10:32:09 | 15 | Q.    All right.  And do I gather, |
| 10:32:11 | 16 | then, that BP had previously sold 10 percent |
| 10:32:13 | 17 | to someone else? |
| 10:32:14 | 18 | A.    Yes, sir.  I believe at that |
| 10:32:16 | 19 | point we had assigned 10 percent to MOEX. |
| 10:32:20 | 20 | Q.    All right.  And this document |
| 10:32:23 | 21 | was signed on December the 17th of '09? |
| 10:32:28 | 22 | A.    It appears.  The date is |
| 10:32:32 | 23 | December 17th on Page 13, yes, sir. |
| 10:32:35 | 24 | Q.    All right.  And do you know if |
| 10:32:38 | 25 | Anadarko still had an obligation to fund the |

10:37:23  1          Q.     All right.  Explain to us:  What
10:37:25  2   is an authorization for expenditure?
10:37:30  3          A.     It's my understanding it is a
10:37:31  4   document that's generated under the joint
10:37:34  5   operating agreement that provides for the
10:37:37  6   funding of an operation or drilling of a
10:37:42  7   well.
10:37:42  8          Q.     All right.  Who is the person
10:37:46  9   giving the authorization?
10:37:52 10          A.     In the Macondo well?
10:37:53 11          Q.     Yes.  This one right here.
10:37:55 12          A.     The authorization was sent out
10:38:03 13   or provided for in these agreements where BP
10:38:06 14   would send it, and then it would go as an
10:38:08 15   election to the nonoperating parties.
10:38:11 16          Q.     All right.  But that's why I
10:38:13 17   asked the question.  I know that it was sent
10:38:15 18   out to the nonoperating parties to approve or
10:38:18 19   disapprove.
10:38:19 20                 What I'm trying to find out is:
10:38:23 21   Who authorizes the expenditure?  Who signs
10:38:25 22   this document, Authorization for Expenditure?
10:38:28 23          A.     Without seeing the actual one
10:38:33 24   that was signed, there were several people
10:38:35 25   who signed it, several individuals.

14:19:54  1    when the AFE is prepared, it's broken down --

14:20:01  2    each participating party contributes its --

14:20:04  3    its share of -- for the proposed operation;

14:20:08  4    is that correct?

14:20:08  5         A.    Yes, ma'am.  The shares can vary

14:20:13  6    depending on the operation.

14:20:14  7         Q.    Right.  And in this case, at

14:20:16  8    least with respect to the initial AFE,

14:20:21  9    Anadarko was paying for 33 percent of those

14:20:24 10    costs; is that correct?

14:20:26 11         A.    Yes, ma'am.  With certain

14:20:30 12    limitations in their -- in the well

14:20:34 13    participation agreement, it provides that

14:20:36 14    they'll pay, I believe -- I'm summarizing

14:20:40 15    from what I remember -- 33.33 percent, up to

14:20:43 16    a limit of 110 percent of the AFE or

14:20:49 17    objective depth -- reaching objective depth,

14:20:51 18    the earlier of the two.

14:20:52 19         Q.    That's for operations with

14:20:55 20    respect to that initial exploratory well,

14:21:00 21    correct?

14:21:00 22         A.    Operate at the initial

14:21:01 23    exploratory AFE.

14:21:03 24         Q.    Yeah.

14:21:03 25         A.    Yes, ma'am.

14:47:24  1           Q.     Right.

14:47:24  2           A.     -- to the e-mail.

14:47:25  3           Q.     It's an e-mail forwarding an

14:47:27  4    attachment, and the attachment is the

14:47:29  5    approval?

14:47:30  6           A.     Yes, ma'am.

14:47:30  7           Q.     All right.  Let's talk about the

14:47:43  8    lease exchange agreement.  Switch gears.  And

14:47:47  9    in -- at Tab -- we'll start with Tab No. 3,

14:47:51  10   which is the MOEX -- previously introduced

14:47:57  11   Exhibit 1244.

14:48:08  12              Can you tell me what this is.

14:48:10  13          A.     This is a copy of the lease

14:48:12  14   exchange agreement between BP and MOEX.

14:48:16  15          Q.     To your knowledge, is it a final

14:48:20  16   copy of the agreement?

14:48:21  17          A.     Yes, ma'am, it appears it is.

14:48:25  18   It does not appear it has the exhibits on

14:48:27  19   here, but --

14:48:29  20          Q.     Okay.  So this is a copy without

14:48:30  21   the exhibits?

14:48:32  22          A.     It -- yes, ma'am, that appears

14:48:34  23   to be the case.

14:48:35  24          Q.     Okay.  If you could generally

14:48:43  25   describe what is being exchanged in this

14:52:34  1    you first sent over the initial draft to when

14:52:39  2    the MOEX and BP signed this agreement, do you

14:52:46  3    recall that timeframe?

14:52:52  4        A.    I don't recall the exact

14:52:53  5    timeframe, but it was two, three months

14:52:57  6    maybe, from my memory.

14:52:58  7        Q.    Okay.  And I'll turn your

14:53:10  8    attention to Article 1.4 of this agreement.

14:53:18  9        A.    Yes, ma'am.

14:53:18  10       Q.    And that's titled BP Property.

14:53:20  11             Is that correct?

14:53:21  12       A.    Yes, ma'am.

14:53:22  13       Q.    And it's your understanding that

14:53:25  14   is a description of the property BP was

14:53:29  15   conveying to MOEX by this agreement?

14:53:34  16       A.    Yes, that's my understanding in

14:53:37  17   reading that provision.

14:53:38  18       Q.    And do you understand what that

14:53:49  19   final clause means that it -- that says:

14:53:53  20   Excluding all tangible personal property such

14:53:55  21   as the tubulars and wellheads set forth in

14:54:02  22   Exhibit C, Macondo well plan and AFE?

14:54:06  23       A.    I don't recall the exact reason

14:54:07  24   for that, but I believe that was a comment

14:54:09  25   from our tax legal group.

14:56:34   1          A.      Yes, ma'am.  I'm not sure what
14:56:36   2    the procedure is, but in my understanding
14:56:38   3    we -- as costs are incurred in drilling,
14:56:43   4    joint interest bills are issued.
14:56:47   5          Q.      Okay.  If you could actually
14:56:49   6    turn to one of those bills at Tab 13.  And I
14:57:12   7    just want to make sure I get the -- starting
14:57:16   8    with Bates No. ANA-MDL 000031079.
14:57:25   9                  Is this an example of an invoice
14:57:32  10    that was sent to Anadarko providing billing
14:57:44  11    that party for costs associated with the
14:57:46  12    Macondo well?
14:57:51  13          A.      I don't receive these.  It
14:57:55  14    appears that, but I'm not familiar with these
14:57:58  15    documents.
14:57:59  16          Q.      And if --
14:58:00  17          A.      It does appear be an invoice.
14:58:02  18          Q.      That was sent to Anadarko?
14:58:03  19          A.      Yes, ma'am.
14:58:05  20          Q.      And if you'd turn to the Bates
14:58:11  21    number ending 31084.
14:58:18  22          A.      31 -- okay.  Yes, ma'am.
14:58:23  23          Q.      Does that appear to itemize
14:58:27  24    certain tangible equipment for the Macondo
14:58:34  25    well?

```
14:58:34   1            MR. FLANDERS:  Objection; form.

14:58:35   2            MS. KUCHLER:  Objection; form.

14:58:36   3            A.      In my understanding of tangible,

14:58:38   4     a casing line pipe conductor, that would be

14:58:43   5     considered tangible.  It does itemize that.

14:58:49   6     Quite a few casing -- or CSG, which is -- my

14:58:53   7     understanding is casing.

14:58:55   8            Q.      (BY MS. HARVEY)  And it also

14:58:58   9     appears that in addition to the casings,

14:59:01  10     there is an item labeled Wellhead on the next

14:59:04  11     page; is that correct?

14:59:06  12            MR. FLANDERS:  Objection; form.

14:59:11  13            Q.      (BY MS. HARVEY)  Housing subsea

14:59:13  14     wellhead:  36 inch, DQ, 2-401472?

14:59:22  15            A.      Yes, ma'am, I see it, and it

14:59:25  16     appears that was billed, yes, ma'am.

14:59:32  17            Q.      Can we mark that -- the invoice

14:59:43  18     as Exhibit 2857.

14:59:46  19            MS. KUCHLER:  Which invoice, please?

14:59:49  20            MS. HARVEY:  This is the invoice from

14:59:51  21     January 2010, and it begins Bates

14:59:53  22     No. ANA-MDL 00031079, and it goes to 31085.

15:00:10  23            (Exhibit 2857 was marked.)

15:00:10  24            And we'll have to take a break

15:00:12  25     to change the tapes.
```

| | | |
|---|---|---|
| 15:28:02 | 1 | regarding a possible tieback to the Pompano |
| 15:28:07 | 2 | platform in which Kerr-McGee is the record -- |
| 15:28:10 | 3 | the record title of -- owner of. |
| 15:28:12 | 4 | Q.    And so this -- |
| 15:28:17 | 5 | MS. KUCHLER:  Object to the |
| 15:28:19 | 6 | responsiveness of the answer. |
| 15:28:21 | 7 | Q.    (BY MS. HARVEY)  -- this |
| 15:28:21 | 8 | agreement is between BP Exploration & |
| 15:28:23 | 9 | Production, Anadarko Petroleum Corporation, |
| 15:28:28 | 10 | and Kerr-McGee Oil & Gas Corporation; is that |
| 15:28:29 | 11 | correct? |
| 15:28:29 | 12 | A.    Yes, ma'am. |
| 15:28:30 | 13 | Q.    Do you recall why Anadarko |
| 15:28:32 | 14 | Exploration & Production was not a party to |
| 15:28:33 | 15 | this agreement? |
| 15:28:34 | 16 | MS. KUCHLER:  Object to the form. |
| 15:28:34 | 17 | A.    From what I recall, it was |
| 15:28:36 | 18 | because we were -- the lease exchange |
| 15:28:39 | 19 | agreement, that was done to those two |
| 15:28:41 | 20 | entities at the direction of our tax |
| 15:28:45 | 21 | department in that ultimately, everything was |
| 15:28:47 | 22 | going to be in Anadarko Petroleum |
| 15:28:52 | 23 | Corporation, so we did not need Anadarko E&P. |
| 15:28:56 | 24 | Q.    (BY MS. HARVEY)  And if you |
| 15:28:57 | 25 | could look at the recitals portion on the |

| | | |
|---|---|---|
| 15:55:52 | 1 | information about the need for the second |
| 15:55:54 | 2 | supplemental? |
| 15:55:55 | 3 | A.      Yes, ma'am. |
| 15:55:56 | 4 | Q.      Okay.   The second supplemental |
| 15:56:04 | 5 | AFE, the final signed version from MOEX is |
| 15:56:10 | 6 | 2861. |
| 15:56:13 | 7 | (Exhibit 2861 was marked.) |
| 15:56:13 | 8 | MS. HARVEY:   Can we take a quick break. |
| 15:56:16 | 9 | THE VIDEOGRAPHER:   Off the record at |
| 15:56:18 | 10 | 3:56 p.m. |
| 15:56:20 | 11 | (Break.) |
| 16:05:51 | 12 | THE VIDEOGRAPHER:   Back on the record |
| 16:06:41 | 13 | at 4:06 p.m. |
| 16:06:46 | 14 | Q.      (BY MS. HARVEY)   Mr. Beirne, |
| 16:06:47 | 15 | let's turn to Tab 8.   This is previously |
| 16:06:53 | 16 | marked Exhibit 1922. |
| 16:06:55 | 17 | A.      Yes, ma'am. |
| 16:06:56 | 18 | Q.      It's a letter from Mr. Huch to |
| 16:07:04 | 19 | the attention of Aimee Patel; is that |
| 16:07:09 | 20 | correct? |
| 16:07:09 | 21 | A.      Yes, ma'am. |
| 16:07:09 | 22 | Q.      Can you describe what Mr. Huch's |
| 16:07:15 | 23 | letter -- would you please summarize |
| 16:07:19 | 24 | Mr. Huch's letter. |
| 16:07:20 | 25 | MS. KUCHLER:   Object to the form. |

| | | |
|---|---|---|
| 16:07:21 | 1 | A.     Yes, ma'am.  His letter is a |
| 16:07:23 | 2 | cover letter sending the Anadarko entities |
| 16:07:28 | 3 | their collective 25 percent approval of the |
| 16:07:32 | 4 | production casing AFE. |
| 16:07:34 | 5 | Q.     (BY MS. HARVEY)  And this is for |
| 16:07:38 | 6 | the operation that occurs after you've |
| 16:07:42 | 7 | reached total depth; is that correct? |
| 16:07:44 | 8 | A.     Yes, ma'am, after objective |
| 16:07:45 | 9 | depth. |
| 16:07:46 | 10 | Q.     Or after objective depth. |
| 16:07:48 | 11 | And it's dated April 15th, 2010? |
| 16:07:52 | 12 | A.     Yes, ma'am, Mr. Huch's letter is |
| 16:07:55 | 13 | dated April 15, yes, ma'am. |
| 16:07:57 | 14 | Q.     And does that comport with your |
| 16:07:59 | 15 | recollection of the timing of when this |
| 16:08:01 | 16 | letter was sent? |
| 16:08:03 | 17 | MS. KUCHLER:  Object to the form. |
| 16:08:04 | 18 | A.     The letter from Mr. Huch? |
| 16:08:09 | 19 | Q.     (BY MS. HARVEY)  Yes. |
| 16:08:10 | 20 | A.     Yes, ma'am. |
| 16:08:11 | 21 | Q.     And the next two pages that -- |
| 16:08:16 | 22 | are these attachments to the letter? |
| 16:08:22 | 23 | MS. KUCHLER:  Object to the form. |
| 16:08:23 | 24 | A.     The -- speaking of the two AFEs |
| 16:08:27 | 25 | that are executed? |

| | | |
|---|---|---|
| 16:08:29 | 1 | Q.      (BY MS. HARVEY)  Yes. |
| 16:08:30 | 2 | A.      Yes, ma'am.  They appear to be |
| 16:08:32 | 3 | enclosures or attachments, yes. |
| 16:08:35 | 4 | Q.      And are they documents |
| 16:08:41 | 5 | representing Anadarko -- the two Anadarko |
| 16:08:44 | 6 | entities' approval to set the -- to fund |
| 16:08:48 | 7 | setting the production casing? |
| 16:08:50 | 8 | MS. KUCHLER:  Object to the form. |
| 16:08:51 | 9 | A.      Yes, ma'am. |
| 16:08:53 | 10 | Q.      (BY MS. HARVEY)  And one appears |
| 16:08:57 | 11 | to be signed by Anadarko E&P Company, and the |
| 16:09:01 | 12 | other appears to be signed by Anadarko |
| 16:09:04 | 13 | Petroleum Corporation; is that correct? |
| 16:09:05 | 14 | MS. KUCHLER:  Object to the form. |
| 16:09:06 | 15 | A.      Yes, ma'am. |
| 16:09:08 | 16 | Q.      (BY MS. HARVEY)  And are you |
| 16:09:11 | 17 | aware of why Anadarko Exploration & |
| 16:09:18 | 18 | Petroleum -- Anadarko E&P was signing this |
| 16:09:24 | 19 | AFE? |
| 16:09:26 | 20 | MS. KUCHLER:  Object to the form. |
| 16:09:26 | 21 | A.      I believe at the time we had not |
| 16:09:30 | 22 | received the approved assignments into the |
| 16:09:35 | 23 | Anadarko -- the combined 25 percent into |
| 16:09:38 | 24 | Anadarko Petroleum Corporation, so that was |
| 16:09:40 | 25 | why the AFE was drafted in that manner. |

335

```
 1                UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF LOUISIANA
 2
 3    IN RE:  OIL SPILL        )     MDL NO. 2179
      by the OIL RIG,          )
 4    DEEPWATER HORIZON in     )     SECTION "J"
      the GULF OF MEXICO,      )
 5    April 20, 2010           )     JUDGE BARBIER
                               )
 6                             )     MAG. JUDGE
                               )     SHUSHAN
 7
                    REPORTER'S CERTIFICATION
 8              DEPOSITION OF MICHAEL BEIRNE
                    TAKEN JUNE 27, 2011
 9
           I, Tamara Chapman, Certified Shorthand
10    Reporter in and for the State of Texas,
      hereby certify to the following:
11
           That the witness, MICHAEL BEIRNE, was
12    duly sworn by the officer and that the
      transcript of the oral deposition is a true
13    record of the testimony given by the witness;
           That the deposition transcript was
14    submitted on _____, 2011, to the
      witness or to Attorney _____for
15    examination, signature and return to
      Worldwide Court Reporters, Inc., by
16    _____, 2011.
           That the amount of time used by each
17    party at the deposition is as follows:
18         MR. BRUNO - 3:48
           MS. HARVEY - 1:50
19         MR. POTE - 00:09
           MR. ROTH - 00:18
20         MR. BOWMAN - 00:34
21         I further certify that I am neither
      counsel for, related to, nor employed by any
22    of the parties in the action in which this
      proceeding was taken, and further that I am
23    not financially or otherwise interested in
      the outcome of the action.
24
25
```

**Worldwide Court Reporters, Inc.**
**(800) 745-1101**

336

1          SUBSCRIBED AND SWORN to by me this _____ day

    of _____, 2011.

2

3

4
          _Tamara K Chapman_____

5          TAMARA CHAPMAN, CSR

          CSR NO. 7248; Expiration Date: 12-31-12

6          Worldwide Court Reporters

          Firm Registration No. 223

7          3000 Weslayan, Suite 235

          Houston, TX 77027

8          (713) 572-2000

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



**WORLDWIDE**

*Systems Technology for the Litigation World*

Litigation Group ♦ Court Reporting ♦ Video Production ♦ Videoconferencing

August 15, 2011

J. Robert Warren
HERMAN HERMAN KATZ & COTLAR
820 O'Keefe Avenue
New Orleans, LA 70113

Re:    Deposition of **Michael Beirne, Vol. 1**
       06/27/2011
       In Re: Oil Spill by the Oil Rig "Deepwater Horizon"

Dear Mr. Warren:

Enclosed herewith please find the original deposition transcript of the witness named above which has been signed and notarized. We would appreciate you filing it with your records. By copy of this letter, we are informing all interested counsel of the **amendments** made to the deposition transcript by the witness.

We sincerely appreciate your choosing Worldwide Court Reporters, Inc. and look forward to working with you in the future. If you have any questions regarding this matter, please feel free to contact our office.

Sincerely,

Mary Perez
Worldwide Court Reporters, Inc.

No. 1-37247

cc:    Sandi Anderson
       Wayne Boulton
       Don K. Haycraft
       Allan Kanner
       Richard W. Mithoff
       Linda Price

**Corporate Headquarters**
3000 Weslayan • Suite 235 • Houston, Texas 77027
Office 713-572-2000 • Fax 713-572-2009                          **For U.S. & International Services: 800 - 745 - 1101**

01-37247
TC/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG ) MDL NO. 2179
"DEEPWATER HORIZON" in the )
GULF OF MEXICO, on ) SECTION: J
APRIL 20, 2010 )
)
) JUDGE BARBIER
)
) MAG. JUDGE SHUSHAN

## *CONFIDENTIAL*

### *WorldwideVIEW*™

**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Michael Beirne
## VOLUME 1

JUNE 27, 2011

# *ORIGINAL*



*Systems Technology for the Litigation World*

**Litigation Group♦Court Reporting♦Video Production♦Videoconferencing**

For U.S. & International Services
800 - 745 - 1101

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2
 3   IN RE:  OIL SPILL        )    MDL NO. 2179
     by the OIL RIG,          )
 4   DEEPWATER HORIZON in      )    SECTION "J"
     the GULF OF MEXICO,       )
 5   April 20, 2010            )    JUDGE BARBIER
                               )
 6                             )    MAG. JUDGE
                               )    SHUSHAN
 7
                REPORTER'S CERTIFICATION
 8            DEPOSITION OF MICHAEL BEIRNE
                  TAKEN JUNE 27, 2011
 9
10       I, Tamara Chapman, Certified Shorthand
     Reporter in and for the State of Texas,
11   hereby certify to the following:

12       That the witness, MICHAEL BEIRNE, was
     duly sworn by the officer and that the
13   transcript of the oral deposition is a true
     record of the testimony given by the witness;
14       That the deposition transcript was
     submitted on July 21_____, 2011, to the
15   witness or to Attorney J. Robert Warren___ for
     examination, signature and return to
16   Worldwide Court Reporters, Inc., by
     September 9_____, 2011.
17       That the amount of time used by each
     party at the deposition is as follows:
18       MR. BRUNO - 3:48
         MS. HARVEY - 1:50
19       MR. POTE - 00:09
         MR. ROTH - 00:18
20       MR. BOWMAN - 00:34
21       I further certify that I am neither
     counsel for, related to, nor employed by any
22   of the parties in the action in which this
     proceeding was taken, and further that I am
23   not financially or otherwise interested in
     the outcome of the action.
24
25
```

**PURSUANT TO CONFIDENTIALITY ORDER**



1        SUBSCRIBED AND SWORN to by me this *21* day
    of *July*_____, 2011.

2

3

4        *Tamara K Chapman*
    _____
5        TAMARA CHAPMAN, CSR
         CSR NO. 7248; Expiration Date: 12-31-12
6        Worldwide Court Reporters
         Firm Registration No. 223
7        3000 Weslayan, Suite 235
         Houston, TX 77027
8        (713) 572-2000

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PURSUANT TO CONFIDENTIALITY ORDER

333

```
 1           CORRECTION PAGE
 2   WITNESS NAME: MICHAEL BEIRNE  DATE:
 3   06/27/2011
 4   PAGE  LINE  CHANGE              REASON
 5   _____
 6   _____
 7   _____
 8   _____
 9   _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
20   _____
21   _____
22   _____
23   _____
24   _____
```

335

```
 1           UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
 2
 3   IN RE: OIL SPILL   )   MDL NO. 2179
     by the OIL RIG,    )
 4   DEEPWATER HORIZON in )  SECTION "J"
     the GULF OF MEXICO,  )
 5   April 20, 2010      )  JUDGE BARBIER
                         )
 6                       )  MAG. JUDGE
                         )  SHUSHAN
 7
 8        REPORTER'S CERTIFICATION
          DEPOSITION OF MICHAEL BEIRNE
          TAKEN JUNE 27, 2011
 9
10   I, Tamara Chapman, Certified Shorthand
     Reporter in and for the State of Texas,
11   hereby certify to the following:
12   That the witness, MICHAEL BEIRNE, was
     duly sworn by the officer and that the
13   transcript of the oral deposition is a true
     record of the testimony given by the witness;
14   That the deposition transcript was
     submitted on _____, 2011, to the
15   witness or to Attorney _____ for
     examination, signature and return to
16   Worldwide Court Reporters, Inc., by
     _____, 2011.
17   That the amount of time used by each
     party at the deposition is as follows:
18   MR. BRUNO - 3:48
     MS. HARVEY - 1:50
19   MR. POTE - 00:09
     MR. ROTH - 00:18
20   MR. BOWMAN - 02:34
21   I further certify that I am neither
     counsel for, related to, nor employed by any
22   of the parties in the action in which this
     proceeding was taken, and further that I am
23   not financially or otherwise interested in
     the outcome of the action.
24
25
```

334

```
 1          SIGNATURE PAGE
 2
 3   I, MICHAEL BEIRNE, have read the
     foregoing deposition and hereby affix my
 4   signature that same is true and correct,
     except as noted on the correction page.
 5
 6
 7          _____
            MICHAEL BEIRNE
 8
 9
10   THE STATE OF   )
     COUNTY OF      )
11
12   Before me Karen Gail Crow on this
13   day personally appeared Michael Beirne
     known to me [or proved to me on the oath of
14   Drivers License or through
     _____ (description of
15   identity card or other document)] to be the
     person whose name is subscribed to the
16   foregoing instrument and acknowledged to me
     that he/she executed the same for the
17   purposes and consideration therein expressed.
     Given under my hand and seal of office
18   this 9th day of August, 2011.
19
20          _____
            NOTARY PUBLIC IN AND FOR
21   THE STATE
22
     My Commission Expires
23
24
25
```

[Notary stamp: KAREN GAIL CROW, Notary Public, State of Texas, My Commission Expires December 17, 2013]

336

```
 1   SUBSCRIBED AND SWORN to by me this ____ day
 2   of _____, 2011.
 3
 4
 5          Tamara Chapman
            TAMARA CHAPMAN, CSR
 6   CSR NO. 7248; Expiration Date: 12-31-12
     Worldwide Court Reporters
 7   Firm Registration No. 223
     3000 Weslayan, Suite 235
 8   Houston, TX 77027
     (713) 572-2000
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

84   (Pages 333 to 336)

Worldwide Court Reporters, Inc.
(800) 745-1101

WITNESS NAME: _____Michael Beirne_____

DATE TAKEN: _____27 June 2011_____

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

## CORRECTIONS:

PAGE: _216_ LINE: _8_ CHANGE: _____"provide" to "provided"_____
PAGE: _216_ LINE: _9_ CHANGE: _____"and in" to "in"_____
PAGE: _216_ LINE: _12_ CHANGE: _____"in wells" to "and wells"_____
PAGE: _232_ LINE: _19_ CHANGE: _____"Hip Notes" to "Hypnos"_____
PAGE: _260_ LINE: _18_ CHANGE: _____"Moiko" to "MOECO"_____
PAGE: _261_ LINE: _25_ CHANGE: _____"Moiko" to "MOECO"_____
PAGE: _279_ LINE: _21_ CHANGE: _____"it would" to "they would"_____
PAGE: _315_ LINE: _18_ CHANGE: _____"Yes" to "No, sir."_____
PAGE: _323_ LINE: _19_ CHANGE: _____"form" to "perform"_____
PAGE: ____ LINE: ____ CHANGE: _____
PAGE: ____ LINE: ____ CHANGE: _____
PAGE: ____ LINE: ____ CHANGE: _____
PAGE: ____ LINE: ____ CHANGE: _____
PAGE: ____ LINE: ____ CHANGE: _____
PAGE: ____ LINE: ____ CHANGE: _____
PAGE: ____ LINE: ____ CHANGE: _____
PAGE: ____ LINE: ____ CHANGE: _____
PAGE: ____ LINE: ____ CHANGE: _____
PAGE: ____ LINE: ____ CHANGE: _____
PAGE: ____ LINE: ____ CHANGE: _____
PAGE: ____ LINE: ____ CHANGE: _____
PAGE: ____ LINE: ____ CHANGE: _____



KAREN GAIL CROW
Notary Public, State of Texas
My Commission Expires
December 17, 2013