# EXHIBIT 30

In Support of

Plaintiff United States' Memorandum of Law in Support of the
United States' Second Motion for Partial Summary Judgment; and
Statement of Undisputed Material Facts in Support Thereof

01-97373

MM/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | ) | MDL NO.  2179 |
| "DEEPWATER HORIZON" in the | ) | |
| GULF OF MEXICO,  on | ) | SECTION: J |
| APRIL 20, 2010 | ) | |
| | ) | JUDGE BARBIER |
| | ) | |
| | ) | MAG. JUDGE SHUSHAN |

*CONFIDENTIAL*

*WorldwideVIEW* ™

Interactive Deposition Digital Display

ORAL AND VIDEOTAPED DEPOSITION OF:



# Jerry Byrd

VOLUME 1

JULY 13, 2011

*ORIGINAL*



*Systems Technology for the Litigation World*

Litigation Group•Court Reporting•Video Production•Videoconferencing

For U.S. & International Services
800 - 745 - 1101

```
 1    that they can check now that says "Confidential
 2    Attachment," and then that limits those folks
 3    within Anadarko that can see that AFE.
 4        Q    Okay.  Was it typical in your role in
 5    early 2010 to perform this gatekeeper function
 6    for AFE documents that came in?
 7              MR. NEGER:  Objection to form.
 8              THE WITNESS:  Yes.
 9    BY MS. MARTIN:
10        Q    So you had done so on AFEs for
11    non-Macondo-related. . .
12        A    Correct.
13        Q    Okay.  So when you saw this AFE for the
14    first time, for this gatekeeper purpose, what did
15    you do with it?
16        A    Basically nothing.
17        Q    You didn't have to read it or send it
18    on to anyone or anything like that?  I'm just
19    confused about how -- what you would do to
20    perform a gatekeeper function when you get this
21    document laying on your desk.
22        A    Right.  Basically it was controlled by
23    AFE numbers.  So the AFE number associated with
24    this particular AFE on the Macondo, it was my
25    role to go into our system and identify who in
```

1       Q    Okay.  So then I guess my question

2  is -- and I'm sorry if they seem -- you know, I'm

3  not an accountant, and I -- I'm not at the time.

4  So my questions may seem confusing.  But I'm just

5  trying to understand it --

6       A    Okay.

7       Q    -- properly.  So this is an estimate of

8  cost to be spent.  So how does that, then, relate

9  to the joint interest billings that are sent by

10 BP?

11      A    This is a reference point for us when

12 we get our joint interest billings from BP

13 that -- if you'll will notice, there's an AFE

14 number on here from BP.  When we get the joint

15 interest billings from BP, it will reference that

16 AFE number, which will again link over to this

17 AFE.

18      Q    Okay.  We can look at one of those to

19 have an example.  Let's look at Tab 5.  And I

20 believe we can mark this as -- Exhibit 4201?  Is

21 that correct?

22           MR. NEGER:  Correct.

23  (EXHIBIT NO. 4201 WAS MARKED FOR THE RECORD.)

24 BY MS. MARTIN:

25      Q    Do you recognize this document?

1    those again.  But just to make sure, you don't

2    have any questions about the protocol that she

3    had?

4        A    No.

5        Q    Okay.  If we could turn to Tab 2, which

6    is the joint operating agreement, Exhibit 1243.

7    I wanted to spend some time on Exhibit C, the

8    joint -- the accounting provision.  It's the

9    Bates ending 000001761.  Mr. Byrd, have you read

10   this provision?

11       A    Yes, I have reviewed Exhibit C.

12       Q    And let's start with the definitional

13   terms.  Do you have an understanding of what the

14   term "joint property" means?

15       A    Yes.

16       Q    What is that understanding?

17       A    The joint property, in my own words, is

18   a well that is shared -- the ownership is shared

19   by various entities.

20       Q    Would that include components that are

21   installed in the well?

22       A    Yes.

23       Q    Is such as a casing, for example?

24       A    Yes.

25       Q    If that property is paid for by the

1    joint account, would it then be joint property?

2         MR. NEGER:  Objection to form of the

3    question.

4         THE WITNESS:  Clarify your question for

5    me, please.

6 BY MS. HARVEY:

7    Q    Earlier today, we looked at some

8 invoices which had cost breakdowns for various

9 equipment.

10   A    Right.

11   Q    So that equipment, if Anadarko paid for

12 that invoice, wouldn't that represent joint

13 property, in your understanding?

14   A    Yes, it would represent our share of

15 that joint property.

16   Q    And your share would be the proportion

17 set forth pursuant to the agreements that you

18 reached with BP; is that correct?

19   A    Yes.

20   Q    And in the case of Macondo, Anadarko's

21 share was 25 percent; is that correct?

22   A    Originally, there was a promote for

23 33 percent up to a certain dollar amount.  After

24 that promote paid out, it was 25 percent, yes,

25 ma'am.

```
 1           MS. HARVEY:  We'll mark this as the
 2      next exhibit.  Just the --
 3           MS. STEIN:  Is it 4204?
 4           MS. HARVEY:  Yeah.  It's 4204.  And on
 5      the CD, this is Tab 8A.  The first exhibit
 6      -- first document.
 7  (EXHIBIT NO. 4204 WAS MARKED FOR THE RECORD.)
 8  BY MS. HARVEY:
 9      Q    Mr. Byrd, who is this invoice addressed
10  to?
11      A    Anadarko Petroleum Corporation.
12      Q    And for what month of operation does it
13  cover?
14      A    It's for the month of January 2010.
15      Q    Do you know if a copy of this was also
16  sent to Anadarko Exploration & Production?
17      A    Not to my knowledge.
18      Q    And this invoice indicates that
19  Anadarko's share is 33 percent of the well cost;
20  is that correct?
21      A    Yes.
22      Q    And that's pursuant to the agreement
23  with BP that Anadarko would pay 33 percent up to
24  a certain point for a 25 percent share?
25      A    That's correct.
```

1      Q    Okay.  And this invoice includes cost

2  for two different wells; is that correct?

3      A    Yes.

4      Q    Including Macondo?

5      A    Yes.  It has billings for Cortez Bank

6  and also Macondo.

7      Q    Okay.  And indicates the total net

8  payment of $21,084,117.60; is that correct?

9      A    Yes, ma'am.

10     Q    And this is to cover expenditures and

11 cash call for the month of January 2010?

12     A    Yes.

13     Q    If you turn to the Bates ending

14 2752581.

15     A    Okay.

16     Q    And this lists an AFE number?

17     A    Yes, ma'am.

18     Q    Is that the AFE covering the drilling

19 for Macondo Well?

20     A    That is the AFE from -- BP's AFE number

21 for the Macondo Well, yes, ma'am, that's correct.

22     Q    Okay.  And this includes the cost

23 associated with that AFE; is that correct?  At

24 least for the month of -- for this billing cycle?

25     A    Yes.

```
1        Q     And you will see that it includes a
2   category of Tangible Controllable Equipment?
3        A     Yes, ma'am.
4        Q     And do you have an understanding of
5   what that term means?
6        A     Yes, ma'am.
7        Q     And what is that understanding?
8        A     Controllable equipment is going to be
9   any equipment that the operator's billing the
10  non-operators.  And by "controllable," you
11  generally are talking about the higher ticket
12  items.  There's also tangible controllable --
13  tangible equipment that's considered
14  noncontrollable, smaller valves and stuff like
15  that, that are -- the dollars are
16  inconsequential.  So we're talking about the
17  bigger ticket items when you talk about control.
18       Q     And to your knowledge, did Anadarko
19  ever question any of the items listed here and
20  contact BP about them?
21       A     Not to my knowledge, no.
22       Q     And turning back to the first page.  We
23  discussed that the costs for Macondo are
24  33.333 percent for the well cost.  Does that
25  represent both Anadarko Petroleum Corporation and
```

1    Anadarko Petroleum Corporation?

2        A    I'm not aware of any such agreement,

3    no.

4        Q    If there was such an agreement, do you

5    know who in the company would be familiar with

6    that arrangement?

7        A    I'm guessing it would probably be

8    someone in our -- probably our financial

9    accounting group.

10        Q    Um-hum.  And do you know that person in

11    charge of that group?

12        A    I would hate to speculate.  They've

13    changed -- there's been quite a bit of

14    reorganization going on in the last few months,

15    so I'd had -- I'd hate to specify that.

16        Q    All right.  And for the January

17    operations, do you know if that includes costs

18    that were incurred starting with the initial

19    spudding of the well?

20        A    Let's go back to that.

21        Q    It's Tab 8.

22        A    Tab 8 again.  Yes, if you'll look at

23    the very last line of the bill, you will see it

24    says inception to date cost through 12/31 of '09,

25    and it's represented by the $14 million entry on

1    that last line.

2        Q    Okay.  And the cash call request for

3    $5.2 million, that's a cash call request for the

4    month of March, operations occurring during the

5    month of March?

6        A    Yes.  Generally they're going to cash

7    call you for up to 60 days, what their costs are

8    inspected to incur.

9        Q    And then if we look to the March

10   invoice, we can see how that was accounted for,

11   the cash call?

12       A    What you will probably see on the March

13   bill is, generally they will reverse -- so you

14   got billed for $5.2 million in January.  And

15   generally what an operator will do is reverse

16   that cash call within 60 days.

17       Q    Okay.  And those funds would -- those

18   are funds that were used by BP for the well, for

19   that particular AFE?

20       A    That's the intent of the cash advance,

21   yes, ma'am.

22       Q    Let's go to the next invoice, which

23   we'll mark 4206.

24    (EXHIBIT NO. 4206 WAS MARKED FOR THE RECORD.)

25   BY MS. HARVEY:

1   for, no, ma'am.

2       Q    Okay.  And, again, there's a total net.

3   Is that what Anadarko is being asked to pay for

4   costs associated with the Macondo Well and

5   another well?

6       A    Yes, ma'am.

7       Q    And if you'll look at the total net

8   number, $14,458,349.04.  I want to see if that

9   was also paid in full.  So can we turn to Tab 10,

10  10B, the next remittance, which we'll mark as

11  4207, Bates ending 230696 to 97.

12   (EXHIBIT NO. 4207 WAS MARKED FOR THE RECORD.)

13  BY MS. HARVEY:

14      Q    Is this a remittance for the February

15  invoice covering operations including costs

16  associated with Macondo Well?

17      A    Yes, based upon the invoice numbers on

18  the remittance advice, they are the same.

19      Q    And does it appear, then, that Anadarko

20  paid this February invoice in full?

21      A    Let me see.  I apologize.  The amounts

22  are very, very small.

23      Q    The amount -- oh, the check is on the

24  other side.

25      A    Yes, ma'am, that is.

1    or Stuart Strife.

2        Q    Okay.  Let's go to the next invoice for

3    March.

4            MS. HARVEY:  And we'll mark this

5        Exhibit 4208.

6    (EXHIBIT NO. 4208 WAS MARKED FOR THE RECORD.).

7            THE WITNESS:  I'm sorry, same tab.

8    BY MS. HARVEY:

9        Q    Are you at March?

10       A    Yes, ma'am, I have it.

11           MR. NEGER:  This is the document

12       beginning with Bates No. -- or ending Bates

13       No. 79484?

14           MS. HARVEY:  Yes.  That is correct.

15   BY MS. HARVEY:

16       Q    And on the Bates ending 9485, is this a

17   summary of the invoice for the -- that was billed

18   by BP to Anadarko?

19       A    Yes, it's for March operations billed

20   to Anadarko Petroleum Corporation.

21       Q    And, again, this includes costs

22   associated with two different wells?

23       A    Yes.  The Cortez Bank and the Macondo

24   Well.

25       Q    Okay.  And here it says that there's a

1    March JIB, you'll notice that they're reversing

2    the $5.2 million.  So they're giving us credit

3    for paying that.

4        Q    And the total net that you're being

5    charged under this invoice is $16,412,508.01; is

6    that correct?

7        A    That is the total bill for both wells,

8    yes.

9        Q    Okay.  And we can just verify that this

10   payment was made by flipping back to Tab 10.

11   10C.

12           MS. HARVEY:  And we'll mark this as

13       Exhibit 4209.

14    (EXHIBIT NO. 4209 WAS MARKED FOR THE RECORD.)

15           THE WITNESS:  It's the same amount,

16       yes.  The total was paid.

17   BY MS. HARVEY:

18       Q    And just to confirm, this is covering

19   Anadarko Petroleum Corporation and Anadarko

20   Exploration & Production Corporation's share --

21   or company share for expenses associated with the

22   AFE for Macondo Well drilling?

23           MR. NEGER:  Objection to form.

24           THE WITNESS.  No.  It's actually a

25       billing to Anadarko Petroleum Corporation

1       and not Anadarko E&P.
2  BY MS. HARVEY:
3       Q    Right.  But the share that is being
4  asked for, the proportion of the gross
5  expenditures -- if you turn to the last page,
6  ending 9489.  The share is listed at
7  33.33 percent; is that correct?
8       A    That's correct.
9       Q    And that share represents the share of
10 both Anadarko Petroleum Corporation and Anadarko
11 Exploration & Production?
12          MR. NEGER:  Objection to form.
13          THE WITNESS:  To me, it represents
14      Anadarko Petroleum Corporation.  That's the
15      only party that's being billed on this
16      invoice for 33 percent.
17          MS. HARVEY:  Okay.  We'll have to take
18      a break to change the tapes.
19          VIDEO SPECIALIST:  The time now is
20      10:55 a.m.  We're now off the record.  This
21      is the end of Tape 2.
22              (OFF THE RECORD.)
23          VIDEO SPECIALIST:  The time now is
24      11:04 a.m.  We're now back on the record.
25      This is the beginning of Tape 3.

1   BY MS. HARVEY:

2       Q    Okay.  To keep going through the

3   invoices, let's start with the next one, for

4   April.

5       A    Okay.

6       Q    And this is the invoice that BP sent to

7   Anadarko Petroleum Corporation for the month of

8   operation April 2010?

9       A    Yes, ma'am.

10      Q    And, again --

11           MR. NEGER:  Are you going to mark this

12      one?

13           MS. HARVEY:  Yes.  Thank you.  We will

14      mark this as Exhibit 4210.

15   (EXHIBIT NO. 4210 WAS MARKED FOR THE RECORD.)

16   BY MS. HARVEY:

17      Q    And, again, this invoice appears to

18   cover costs for two different wells; is that

19   correct?

20      A    Yes.  The Cortez Bank and the Macondo

21   Well.

22      Q    And with respect to the expenditures

23   and cash call for Macondo, there is an AFE number

24   that's listed X2-008 -- I'm sorry, X2-000X8.  And

25   that's the AFE for the Macondo -- the drilling of

1    amount for $80,000; is that correct?

2        A    Yes, there's a fourth amount.

3        Q    And I believe you discussed with

4    Ms. Martin earlier today costs that were

5    associated with the Macondo incident.  Is that

6    correct?

7        A    Yes.  The Macondo incident is that

8    $80,000.

9        Q    And like the earlier invoices -- if you

10   flip to the second-to-last page, ending 9502,

11   there is a page listing items associated with AFE

12   No. X2-000X8.  And that's for the Macondo Well?

13       A    Yes, ma'am.

14       Q    So those were items that BP was billing

15   Anadarko for, for the month of April?

16       A    For the Macondo Well, yes, ma'am.

17       Q    Yes.  And if you look at the total

18   net -- on the first page -- amount.  Just to

19   verify how that relates to a payment that was

20   made.  So go to Tab 10D, last -- ending with

21   Bates 230700.

22           MS. HARVEY:  And we will introduce as

23       Exhibit 4211.

24    (EXHIBIT NO. 4211 WAS MARKED FOR THE RECORD.)

25   BY MS. HARVEY:

1    Q    And if you look at the amount of the

2  check -- I'm sorry, this is a -- this is a

3  payment for the invoice -- the April invoice?

4    A    It is a payment for the April invoice

5  less the $80,000 incident cost on the last line

6  item.

7    Q    So the difference between the total net

8  that you were billed and the amount that you paid

9  was for the response cost?

10   A    Yeah.

11   Q    But you paid, in full, cost associated

12  with the drilling of the Macondo Well?

13   A    Yes, cost for the Macondo Well.

14   Q    Okay.  Let's go to Tab 9.

15        MS. HARVEY:  And we'll introduce this

16    as Exhibit 4212.

17  (EXHIBIT NO. 4212 WAS MARKED FOR THE RECORD.)

18  BY MS. HARVEY:

19   Q    And can you tell me what this is?  9A.

20   A    The first page is a -- it looks like a

21  billing from BP for the operational month of May

22  of 2010.

23   Q    And, again, this is addressed to

24  Anadarko Petroleum Corporation?

25   A    Yes, it is.

1    Q    And to your knowledge, an invoice was

2    not sent to anyone at Anadarko Exploration &

3    Production?

4    A    I have only seen invoices addressed to

5    Anadarko Petroleum Corporation.

6    Q    And this lists a cash call receipt for

7    $8.7 million; is that correct?

8    A    Yes, it does.  Credit of $8.7 million.

9    Q    And you said that this invoice, earlier

10   today, was not paid by Anadarko; is that correct?

11   A    That is correct.

12   Q    And you indicated it was because of an

13   earlier cash call -- scratch that.

14        On this -- on this bill -- on this

15   invoice -- if you'll turn to the last page,

16   ending 73383.  Can you tell me what these costs

17   are?

18   A    Based on the AFE number, these are

19   costs related to the Macondo Well.

20   Q    So these were costs that BP, although

21   -- you said earlier that sometimes you're

22   invoiced later for items that had earlier been

23   purchased by BP; is that correct?

24   A    So this is a billing for May of 2010.

25   It more than likely will represent costs, you

1    know, several months prior to that.

2        Q    And so the reason that this portion of

3    the costs which total 6.7 million is their cost

4    associated with the Macondo Well that you're

5    being billed for in the month of April; is that

6    correct?

7        A    Yes, it is.

8        Q    That's your net share of the cost?

9        A    That's our 25 percent share of those

10   costs, yes.

11       Q    And it's now at 25 percent because the

12   promote is no longer in effect; is that correct?

13       A    Right.  The promote based upon 110

14   percent of the gross well cost.  And the May 2010

15   billing now reflects that 25 percent, which tells

16   me that the promote has passed, and our interest

17   has reverted back to 25 percent.

18       Q    Okay.  And you did not pay this portion

19   of the well cost for Macondo Well.  Is that

20   because you believe they had -- you had already

21   paid BP through a cash call?

22           MR. NEGER:  Objection to form.

23           THE WITNESS:  We did not pay this

24       invoice because we already had an excess

25       that was paid to BP in approximately --  it

1       was $6 million and change that we still had

2       outstanding that BP had not reversed yet.

3  BY MS. HARVEY:

4       Q    Okay.  If you go to the page just

5  preceding that.  It's ending 73382.

6       A    Okay.

7       Q    And the first line here says MC252

8  Incident; is that correct?

9       A    Yes, it does.

10       Q    And then there are several different

11  categories of costs under that heading; is that

12  correct?

13       A    Yes, that's broken out into several

14  categories.

15       Q    And can you tell me what the very last

16  category is in that list?

17       A    Credit balance for Macondo exploration

18  well.

19       Q    And what is that -- the amount that is

20  being credited?

21       A    I believe that that is the credit

22  issued based upon when the promote paid off.  So

23  in other words, we billed you at 33 percent for X

24  dollars.  That portion paid out, your interest

25  reverted back to 25 percent.  So my

1    interpretation of that line item is just trying

2    to shore up those two.

3        Q    Okay.  So that's not associated with,

4    like, a cash call that had been issued and. . .

5        A    Not to my knowledge.  Based on the

6    description, no, ma'am.

7        Q    Okay.  How did you arrive at the

8    understanding that you had an outstanding cash

9    call that related to the Macondo Well cost?

10           MR. NEGER:  Objection to form.

11           THE WITNESS:  We're constantly

12       reviewing our balances with operators on

13       cash calls that we pay.  And by monitoring

14       the amount of money that we already paid BP,

15       and having paid in excess of $6 million on

16       cash calls, we arrived at the determination

17       that, you know, those have not been reversed

18       yet, and so that's -- the May 2010 bill was

19       not paid because of that.

20    BY MS. HARVEY:

21        Q    But Anadarko had then paid for its

22    share of all of the costs at the Macondo Well

23    related to AFE 000X8?

24        A    We paid for all the costs billed

25    through April.  The April 2010 JIB.  Those are

1    paid by check to BP.  That's the last payment

2    that was made to BP on the Macondo Well.

3        Q    Right.  I'm just trying to determine

4    whether Anadarko believed it has paid BP for its

5    entire share of the cost related to the

6    Macondo -- the drilling of the Macondo Well

7    pursuant to the AFE.

8        A    Yes.

9        Q    So all of the costs listed on the page

10   with the Bates ending 73383, Anadarko's paid

11   through the cash call process, through advance

12   payments?

13       A    Right.  There was not a physical check

14   cut for the May 2010 operations.

15       Q    But it was covered by earlier payments?

16       A    Right.

17            MS. HARVEY:  Can we go off the record

18       for one minute?

19            VIDEO SPECIALIST:  The time now is

20       11:17 a.m.  We're now off the record.

21                 (A BREAK WAS TAKEN.)

22            VIDEO SPECIALIST:  The time now is

23       11:18 a.m.   We are now back on the record.

24            MS. HARVEY:  Mr. Byrd, thank you for

25       your time.  United States has no further

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
 3   IN RE:  OIL SPILL      )MDL NO. 2179
     by the OIL RIG,        )
 4   DEEPWATER HORIZON in   )SECTION "J"
     the GULF OF MEXICO,    )
 5   April 20, 2010         )      JUDGE BARBIER
                            )
 6                          )      MAG. JUDGE
                            )      SHUSHAN
 7
                     REPORTER'S CERTIFICATION
 8              TO THE ORAL AND VIDEOTAPED
                   DEPOSITION OF JERRY BYRD
 9                  TAKEN JULY 13, 2011
10
         I, Melissa L. Magee, Certified Shorthand
11   Reporter in and for the State of Mississippi and
     Registered Merit Reporter, hereby certify to the
12   following:
         That the witness, JERRY BYRD, was duly sworn
13   by the officer and that the transcript of the
     oral deposition is a true record of the testimony
14   given by the witness;
         That the deposition transcript was submitted
15   on  August 10   , 2011, to the witness or to
     Attorney  J. Robert Warren   for examination,
16   signature and return to Worldwide Court
     Reporters, Inc., by  September 24  , 2011.
17       That the amount of time used by each party
     at the deposition is as follows:
18
19       Annika Martin - 1 hr:20 mins
         Judy Harvey - 43 mins
20       Douglas Kraus -  12 mins
         Gwen Richard - 26 mins
21       Andrew Homer- 3 mins
22
23
24
25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

139

1      I further certify that I am neither counsel

for, related to, nor employed by any of the

2  parties in the action in which this proceeding

was taken, and further that I am not financially

3  or otherwise interested in the outcome of the

action.

4

       SUBSCRIBED AND SWORN to by me this *10th* day of

5  *August*            , 2011.

6

7

8  _Melissa L. Magee_____

   MELISSA L. MAGEE, CSR, RPR, RMR

9  CSR NO. 1173; Expiration Date: 04-28-15

   Worldwide Court Reporters

10 Firm Registration No. 223

   3000 Weslayan, Suite 235

11 Houston, TX 77027

   (713) 572-2000

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**PURSUANT TO CONFIDENTIALITY ORDER**

137

```
 1                    SIGNATURE PAGE
 2
        I, JERRY BYRD, have read the foregoing
 3   deposition and hereby affix my signature that
     same is true and correct, except as noted on the
 4   correction page.
 5
 6        _____
                   ( JERRY BYRD
 7
 8
 9
     THE STATE OF
10   COUNTY OF
11
        Before me _____ on this day
12   personally appeared _____ known
     to me (or proved to me on the oath of
13   _____ or through
     _____ (description of identity
14   card or other document)) to be the person whose
     name is subscribed to the foregoing instrument
15   and acknowledged to me that he/she executed the
     same for the purposes and consideration therein
16   expressed.
        Given under my hand and seal of office this
17   _____ day of _____, 2011.
18
19        _____
                NOTARY PUBLIC IN AND FOR
20              THE STATE OF
21
     My Commission Expires:
22   _____
23
24
25
```

Worldwide Court Reporters, Inc.
(800) 745-1101

## ERRATA SHEET

### DEPOSITION OF JERRY BYRD
### JULY 13, 2011
*In Re: Oil Spill by the Oil Rig DEEPWATER HORIZON in the Gulf of Mexico, on April 20, 2010*

| Page | Line | Change | Reason for Change |
|------|------|--------|-------------------|
| 8 | 1 | Remove "b" | Transcription Error |
| 9 | 18 | Add "a" after "finish" | Transcription Error |
| 14 | 16 | Change "in" to "and" | Transcription Error |
| 14 | 20 | Change "in" to "and" | Transcription Error |
| 17 | 5 | Change "in" to "and" | Transcription Error |
| 19 | 14 | Change first "in" to "and" | Transcription Error |
| 20 | 15 | Change "closed" to "close" | Transcription Error |
| 20 | 17 | Change "Closed" to "Close" | Transcription Error |
| 20 | 18 | Change "Closed" to "Close" | Transcription Error |
| 20 | 21 | Change "JFE" to "JIB" | Transcription Error |
| 25 | 23 | Change "operating agreement" to "Operating Agreement" | Transcription Error |
| 26 | 1-2 | Change "operating agreement" to "Operating Agreement" | Transcription Error |
| 27 | 4 | Change "in" to "and" | Transcription Error |
| 29 | 3 | Remove "automatically" | Transcription Error |
| 33 | 25 | Change "be" to "are" | Transcription Error |
| 35 | 18-19 | Change "chief operating officer" to "Chief Operating Officer" | Transcription Error |
| 37 | 11 | Change "Albritton" to "Allbritton" | Transcription Error |
| 40 | 3 | Change "not at the time." to "an attorney" | Transcription Error |
| 42 | 18 | Change "categories" to "category" | Transcription Error |
| 45 | 6 | Change "operating agreement" to "Operating Agreement" | Transcription Error |

| 45 | 9-10 | Change "operating agreement" to "Operating Agreement" | Transcription Error |
|---|---|---|---|
| 45 | 13 | Change "review" to "reviewed" | Transcription Error |
| 45 | 14 | Change "operating agreement" to "Operating Agreement" | Transcription Error |
| 46 | 8 | Change "shear" to "sheer" | Transcription Error |
| 47 | 21 | Change "billings" to "billing" | Transcription Error |
| 48 | 23 | Change "low" to "lower" | Transcription Error |
| 55 | 11 | Change "general counsel" to "General Counsel" | Transcription Error |
| 55 | 18 | Change "billings" to "billing" | Transcription Error |
| 55 | 19 | Change "billings" to "billing" | Transcription Error |
| 60 | 3 | Change "Volka" to "Valka" | Transcription Error |
| 60 | 9 | Change "in" to "and" | Transcription Error |
| 66 | 4 | Change "is" to "it" | Transcription Error |
| 67 | 6 | Change "joint operating agreement" to "Joint Operating Agreement" | Transcription Error |
| 72 | 2 | Change "Allen" to "Alan" | Transcription Error |
| 72 | 13 | Change "Strive" to "Strife" | Transcription Error |
| 72 | 16 | Change "Allen" to "Alan" | Transcription Error |
| 76 | 17 | Change "control" to "controllable" | Transcription Error |
| 77 | 1 | Change "Company" to "Company's" | Transcription Error |
| 77 | 5 | Add "the" after "for" | Transcription Error |
| 80 | 7-8 | Change "their costs are inspected" to "costs they are expected" | Transcription Error |
| 86 | 25 | Remove "The" and capitalize "So" | Transcription Error |
| 101 | 19 | Change "X2-000" to "X2-000X8" | Transcription Error |
| 107 | 5 | Change "documents" to "document" | Transcription Error |
| 108 | 22 | Add "you" after "if" | Transcription Error |
| 108 | 25 | Change "asap" to "ASAP" | Transcription Error |

| 110 | 3 | Change "Dolghvih" to "Dolghih" | Transcription Error |
|-----|---|--------------------------------|---------------------|
| 114 | 7 | Change "or" to "--" and add "line of" after "this" | Transcription Error |
| 122 | 1 | Add "Dry Hole" before "Gross Costs" | Transcription Error |
| 124 | 15 | Add "of" after "delegation" and change "?" to "." | Transcription Error |
| 125 | 5 | Change "the" to "a" and "house" to "high" | Transcription Error |
| 128 | 3 | Change "cost" to "costs" | Transcription Error |
| 131 | 8 | Change "ii" to "is" | Transcription Error |

Signature: _____     Dated: _____
                    Jerry Byrd

A/74450390.1