**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: **Oil Spill by the Oil Rig** | : | **MDL No. 2179** |
| **"Deepwater Horizon"** | : | |
| **in the Gulf of Mexico,** | : | **SECTION: J** |
| **on April 20, 2010** | : | |
| | : | |
| **This Document Relates to:** | : | **JUDGE BARBIER** |
| **No. 2:10-cv-04536** | : | **MAGISTRATE SHUSHAN** |
| | : | |

**ORDER**

CONSIDERING THE *EX PARTE* MOTION of the United States to File Under Seal

Exhibits to Plaintiff United States' Memorandum of Law In Support of United States' Second

Motion for Partial Summary Judgment as to the Liability of BP Exploration & Production Inc.,

the Transocean Defendants, and the Anadarko Defendants ("United States' Second MSJ"),

IT IS HEREBY ORDERED that the motion be and hereby is GRANTED, and that

Exhibits 1-2, 6-15, 17, 19, 21, 23-24, and 40 to the United States' Second MSJ shall be filed under seal.

New Orleans, Louisiana this 8th day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE