# Appendix 1



Announcing the A.A.O.D.C.

# STANDARD DRILLING CONTRACT

### for Contractors and Companies

## An Important Milestone . .

APPROVAL of a Standard Drilling Contract by the Board of Directors of American Association of Oilwell Drilling Contractors, in San Antonio April 8, marks an important milestone for the Association and the Drilling Industry. Serious effort toward this goal in recent years has finally reached the point of presenting an actual contract form to be available to the industry generally.

Need of a standard-type contract has been felt for many years. In view of so many considerations connected with the drilling of a well, on the part of both operator and contractor, the progress now attained is indeed a tribute to the numerous companies and individuals within the Petroleum Industry who have cooperated and contributed toward the formation of this standardized contract.

It is recognized that revisions will be in order from time to time, but the Association Directors have agreed the contract, as now presented, comes as nearly as possible to protecting all parties concerned. It is hoped its adoption for use by any one desiring it will be greatly appreciated.

Much credit is due the committees of A.A.O.D.C. concerned with this project. The outstanding work of these committees made possible the culmination of the contract.

On behalf of the American Association of Oilwell Drilling Contractors, it is a real pleasure to present this standard drilling contract to the Drilling Industry.

*A. W. Thompson*
President, A.A.O.D.C.

## MEMBERS OF CONTRACT COMMITTEES:

E. Dale Mount, *Chairman*
Harry Bass Drilling Company

| | |
|---|---|
| J. E. Brantly, Drilling & Exploration Company., Inc. | Joe Zeppa, Delta Drilling Company |
| N. H. Wheless, Wheless Drilling Company | J. Mark Gardner, Delta Gulf Drilling Company |
| A. W. Thompson, Thompson-Carr, Inc. | J. S. Morris, Allen & Morris |
| F. W. Brigance, Rowan Drilling Company | Geo. B. Kitchel, Kerr-McGee Oil Industries |
| R. W. Wire, Loffland Brothers Company | Jack Abernathy, Big Chief Drilling Company |
| W. S. Frisbie, Frisbie & Yancey Drilling Company | W. S. Churchill, Arrow Drilling Company |
| Daniel P. Bolin, Bolin Oil Company | Howard P. Holmes, Drilling Contractor |
| W. L. McClusky, M. J. Delaney Company | A. H. Rowan, Rowan Drilling Company |

SUB-COMMITTEE: Warren Scarborough, Attorney
J. Mark Gardner
Hamilton Rogers, Attorney
F. W. Brigance

A.A.O.D.C.—1

| Contract Numbers | Owner's |
|---|---|
|  | Contractor's |

# STANDARD DRILLING CONTRACT
(ROTARY RIG)

DATE_____, 195____

DRILLING CONTRACT entered into on the above date between the parties designated as follows:

OWNER:_____

_____

Address:_____

CONTRACTOR:_____

_____

Address:_____

IN CONSIDERATION OF the mutual promises and agreeements herein contained Owner engages the Contractor as an independent contractor to drill the hereinafter designated well in search of oil or gas, in conformity with the specifications and requirements herein contained.

**1. LOCATION OF WELL:**

Well Name and Number_____ Parish County_____ State_____

Field Name_____ Well location and land description:_____

**2. TIME ELEMENT:**

Contractor agrees to commence operations for the drilling of well by the_____day of_____, 195___, or within_____days from the date of completion of roadway and other ingress or egress facilities, and the clearing and grading of location, whichever is the later date, and to thereafter prosecute operations hereunder with due diligence and without undue delays or interruptions. It is agreed by both parties that time is of the essence of this contract.

**3. DEPTH:**

Subject to the right of Owner to direct the stoppage of work at any time (as provided in Par. 6), the well shall be drilled to the depth as specified below:

3.1 Contract Footage Depth: The well shall be drilled to_____feet or_____ _____formation, or to the depth at which the_____inch casing (oil string) is set, whichever depth is first reached, on a footage basis and Contractor is to be paid for such drilling at the footage rate specified below, which depth is hereinafter referred to as the contract footage depth.

3.2 Day Work Basis Drilling: All drilling below the above specified contract footage depth shall be on a day work basis and Contractor shall be paid for such drilling at the applicable day work rate specified below.

3.3 Maximum Depth: Contractor shall not be required to drill said well under the terms of this contract below a maximum depth of_____feet.

**4. FOOTAGE RATE, DAY WORK RATES, BASIS OF DETERMINING AMOUNTS PAYABLE TO CONTRACTOR:**

Owner agrees to pay Contractor for the work performed, services rendered, and material, equipment, and supplies furnished by Contractor a sum computed on the following rates:

4.1 For work performed on a footage basis the rate will be $_____per linear foot of hole drilled determined by steel line measurement from the surface of the ground if Contractor digs cellar, or from the bottom of the cellar if Owner digs cellar, less footage made in regular size hole while working on day work basis.

4.2 For work performed on a day work basis the day work rate per twenty-four hour day with normal crew shall be:

| Depth | | Without Drill Pipe | | With Drill Pipe | |
|---|---|---|---|---|---|
| From | To | Per Day | Per Hour | Per Day | Per Hour |
| Surface | _____ft. | $_____ | $_____ | $_____ | $_____ |

Stand By Time Rate: $_____ Per Day $_____ Per Hour

If under the above column "With Drill Pipe" no day work rate is specified, then the day work rate per 24-hour day when drill pipe is in use shall be the applicable day work rate specified above under the column "Without Drill Pipe" plus compensation for additional expense in an amount equal to (a)_____ cents per foot per day on_____ inch drill pipe, and (b)_____ cents per foot per day on_____ inch drill pipe, computed on the basis of the maximum drill pipe in use at any time during each 24-hour day.

Drill pipe shall be considered in use not only when in actual use but also while it is being picked up or laid down. When drill pipe is standing in the derrick it shall not be considered in use, provided, however, that if Contractor furnishes special strings of drill pipe, drill collars, and handling tools as provided for in Par. 7.14 and 7.15 of Exhibit "A", attached hereto and made a part hereof, the same shall be considered in use at all times when on location or until released by Owner. If Contractor is drilling with Owner's tubing or drill pipe, the charge on the day work rate basis shall be construed as without drill pipe unless otherwise specified in Par. 25. In no event shall fractions of an hour be considered in computing the amount of time drill pipe is in use but such time shall be computed to the nearest hour, with thirty minutes or more being considered a full hour and less than thirty minutes not to be counted.

4.3 In the event it is necessary to shut down Contractor's rig for repairs or maintenance while Contractor is performing day work hereunder, Contractor shall be allowed compensation at the applicable day work rate for such shut down time up to a maximum of_____ hours for any one repair or maintenance job, and compensation at the rate of $_____ per 24-hour day for additional time required.

4.4 Standby time shall be defined as the time when the rig is shut down although in readiness to begin or resume operations but Contractor is waiting on orders of Owner or on materials, services or other items to be furnished by Owner.

4.5 Owner shall reimburse Contractor for the costs of material, equipment, work, or services which are to be furnished by Owner as provided for herein but which for convenience are actually furnished by Contractor at Owner's request.

4.6 The term day work shall apply to the work performed by the Contractor at a stipulated sum per day as distinguished from work for which the Contractor is compensated at a stipulated price per foot of hole drilled. Unless otherwise provided herein, the term day work shall include the following work performed by the Contractor: (a) All drilling below the contract footage depth as provided in Par. 3.1, including the setting of any string of casing below such depth; (b) All work performed by the Contractor, whether or not prior to reaching the contract footage depth, in an effort to restore the hole to such condition that further drilling or other operations may be conducted, in the event of loss of or damage to the hole as a result of the failure of Owner's casing or equipment either during or after the running and setting of such casing or as a result of the subsequent failure of the cementing job resulting in parted casing; (c) All other work performed by Contractor at the request of Owner, regardless of depth, which is not within the scope of the work to be performed on a footage basis, including all coring, drill stem testing, bailing, gun or jet perforating, electric logging, acid treatment, shooting, cleaning out, hydraulic fracturing, plugging, running tubing and setting liners.

4.7 In determining the amount of day work time for which the Contractor is to be compensated at the applicable day work rate, it is agreed that such day work time shall begin when Contractor at the request of Owner suspends normal drilling operations being conducted on a footage basis for the purpose of conducting operations to be performed hereunder on a day work basis. There shall be included in day work time any time required to condition the hole preparatory to performing such day work and also the time required to restore the hole to the same drilling conditions which existed when operation were suspended for the purpose of beginning day work, in order to again resume normal drilling operations.

## 5. TIME OF PAYMENT:

Subject to Owner's right to require that Contractor furnish him with satisfactory evidence that Contractor has paid all labor and material claims chargeable to Contractor, payment becomes due by Owner to Contractor as follows:

5.1 If the well is drilled to total depth on a footage basis, payment becomes due when Contractor completes the performance of the services which he agrees to perform under this contract and the acceptance thereof by the Owner; provided, however, that if Contractor prior to the completion of the contract performs a substantial amount of day work, payment for such day work shall become due and payable within twenty days after the end of the month in which such day work was performed.

5.2 If the entire hole or the bottom section of the hole is drilled on a day work basis, payment shall become due as follows: Upon Contractor's completion of the footage basis drilling to the depth specified above and upon acceptance by Owner of the hole as drilled to such depth in accordance with this agreement, payment becomes due for all footage drilled and for all work performed on a day work basis to the date of completion of the footage drilled. Payment for drilling and other work performed at day work rates below the depth specified at which day work basis drilling commences shall become due upon acceptance by Owner of the work performed in accordance with this contract within twenty days after the end of the month in which such day work was performed.

## 6. STOPPAGE OF WORK BY OWNER:

Notwithstanding the provisions of Par. 3 with respect to the depth to be drilled, the Owner shall have the right to direct the stoppage of the work to be performed by Contractor hereunder at any time prior to reaching the specified depth, and even though Contractor has made no default hereunder, and in such event Owner shall be under no obligation to Contractor except as follows:

6.1 If such work stoppage occurs prior to the spudding of the well, Owner shall pay to Contractor the sum of the following: (a) all expenses reasonably and necessarily incurred and to be incurred by Contractor by reason of the contract and by reason of the premature stoppage of the work, excluding, however, expenses of normal drilling crew and supervision; (b) ten percent (10%) of the amount of such reimbursable expenses; and (c) a sum calculated at the standby rate for all time from the date upon which Contractor commences any operations hereunder down to such date subsequent to the date of work stoppage as will afford Contractor reasonable time to dismantle his rig and equipment.

6.2 If such work stoppage occurs after the spudding of the well, Owner shall pay the Contractor (a) the amount owing Contractor at the time of such work stoppage under the footage rate, applicable day work rate, and standby rate; but in such event Owner shall pay Contractor for a minimum footage of_____ feet regardless of whether or not the well has been drilled to such depth at the time of work stoppage; or (b) at the election of Contractor and in lieu of the foregoing Owner shall pay Contractor for all expenses reasonably and necessarily incurred and to be incurred by Contractor by reason of this contract and by reason of the premature stoppage of work plus the sum of $_____.

## 7. OPTIONAL RIGHT OF OWNER IN THE EVENT OF DEFAULT BY CONTRACTOR:

In the event Owner is dissatisfied with the performance of Contractor hereunder on account of unreasonably slow progress or incompetency in the performance of the contract as a result of causes reasonably within the control of Contractor, Owner shall give Contractor written notice in which Owner shall specify in detail the cause of his dissatisfaction. Should Contractor fail or refuse to remedy the matters complained of within five days after the written notice is received by Contractor, Owner shall have the right at his option to take over the operation of Contractor's equipment for the purpose of completing the drilling of the well. Should such drilling operation be taken over by the Owner, the cost of the operations conducted by Owner, without any allowance to Contractor for the use of the drilling tools, machinery, and appliances of Contractor, shall be deducted

from the contract price calculated in accordance with the terms of this contract as though Contractor had completely performed said contract; and the balance, if any, shall be paid to Contractor. Owner shall return such drilling tools, machinery, and appliances to Contractor when the drilling of said well has been completed in as good condition as when taken over by Owner, normal wear and tear excepted. In the event the drilling operations are taken over by Owner as herein provided, all operations thereafter conducted shall be at the risk of Owner and the indemnity provisions of this contract shall not apply to such operations by Owner.

### 8. CASING PROGRAM:

8.1 The casing program to be followed in the drilling of said well is set forth in Exhibit "A", and the Contractor shall drill a well sufficient in size to set at the approximate depth therein indicated the size of casing so specified. The exact setting depths for each string of casing shall be specified by the Owner. The Owner may modify said casing program provided any modification thereof which materially increases the Contractor's hazards or costs of performing his obligations hereunder can only be made by mutual consent of Contractor and Owner.

8.2 The setting of any string of casing within the footage contract depth shall be performed by Contractor and the compensation payable to Contractor at the footage rate shall cover such work, which work shall include rig time for cementing casing, testing cement jobs on each string of casing, and the time required by governmental regulatory authorities having jurisdiction thereof or as directed by Owner for allowing cement to set. If, however, the time so required is in excess of the "allowed cement time" as specified in Par. 1 of Exhibit "A", all work performed and time consumed in cementing or recementing and for allowing cement to set shall be paid for at the applicable day work rate. Allowed cement time will start at the time the plug hits bottom.

8.3 The setting of any string of casing below the footage contract depth shall be performed by Contractor under the direction of Owner but Owner shall pay Contractor for all time so consumed at the applicable day work rate.

8.4 Before each string of casing is run, Contractor agrees to condition the walls of the hole if necessary, so that the hole is free from obstructions which might impede the lowering of the casing. Contractor agrees to keep thread protectors on the casing until it is run and to grease the threads as it is made up with a suitable pipe lubricant furnished by Owner.

8.5 After the first cement job on any string of casing Owner may elect to gun perforate the casing and squeeze cement through the perforations; to recement the casing in any other manner; or to pull and recover any string of casing which has been set in the well. Contractor shall perform such work as is requested by Owner in connection with such operations but all time so consumed shall be paid for at the applicable day work rate.

8.6 Owner reserves the right to require Contractor to set strings of casing or liners in addition to those listed (subject to the limitations upon Owner's right to modify the casing program as provided for in Par. 8.1) and in such event Contractor agrees to provide rig time for cementing and testing cement on such liners and strings of casing and to provide rig time for performing cement squeezing jobs as required by Owner. Owner shall pay Contractor for time consumed by such work at the applicable day work rate.

### 9. LABOR, EQUIPMENT, MATERIALS, SUPPLIES, AND SERVICES:

The furnishing of labor, equipment, appliances, materials, supplies, and services of whatever character necessary or proper in the drilling and completion of said well and not otherwise specifically provided for herein shall be furnished by Contractor or Owner as specified in Exhibit "A" attached hereto and made a part hereof.

### 10. DRILLING METHODS AND PRACTICES:

10.1 Contractor agrees to perform all work to be conducted by him under the terms of this contract with due diligence and care and in a good and workmanlike manner and shall provide a competent superintendent to supervise the work.

10.2 Contractor shall maintain well control equipment in good condition at all times and shall use all reasonable means to control and prevent fires and blow-outs and to protect the hole.

10.3 Subject to the terms hereof, at all times during the drilling of the well, Owner shall have the right to control the mud program, and the drilling fluid must be of a type and characteristics acceptable to Owner and maintained in accordance with Owner's specifications as set out in Exhibit "A". Owner shall have the right to make any tests of the drilling fluid which may be necessary. Should no mud control program be specified by Owner in Exhibit "A", Contractor shall have the right to determine the mud program and the type and characteristics of the drilling fluid during the time that Contractor is performing work upon a footage basis under the terms of this contract.

10.4 Contractor shall measure the total length of drill pipe in service with a steel tape at the point where the contract footage depth has been reached; and when requested by Owner, before setting casing or liner and after reaching final depth.

10.5 Whenever in the process of performing work under this contract the Contractor encounters a formation which reasonably appears to be oil or gas bearing, Contractor shall stop drilling and notify Owner thereof in order to give Owner an opportunity to examine said formation for the purpose of determining what further operations should be conducted. Contractor shall be paid for all time so consumed at the applicable day work rate.

10.6 Contractor agrees to drill the well in such a manner that its deviation from vertical shall at no time exceed the deviation limits specified in Par. 3 of Exhibit "A", and shall make vertical deviation surveys without cost to Owner at least once every five hundred (500) feet with standard instruments and equipment acceptable to Owner. When the hole is found to be more than the permissible degrees off vertical, Contractor, if requested by Owner, shall cement off and redrill or otherwise straighten the hole to the satisfaction of Owner. Owner reserves the right to survey the hole with his own equipment at any time and at any depth during the course of the drilling operations, but the time required for such surveys shall be paid for at the applicable day work rate. Cementing off and redrilling or straightening any hole drilled on footage basis with more than permitted deviation shall be at the Contractor's expense. The time required to cement off and redrill or straighten any hole drilled on day work basis shall be paid for by the Owner at the applicable day work rate.

### 11. COMPLETION TESTS AND INSTALLATION OF WELL CONNECTIONS:

11.1 Contractor agrees, when making a completion test of the well, to run tubing and to swab the well at the request of Owner, with swabbing equipment furnished by Owner, for a length of time sufficient to make certain that the hole is free of drilling mud or water or both. Regardless of depth, Contractor, at applicable day work rate, shall continue the work of swabbing or hold Contractor's rig while pumping or flowing tests are being made, for such length of time as Owner may deem it necessary for completion of the well in accordance with his wishes; or, if requested by Owner to do so, Contractor shall plug and abandon the well, at the applicable day work rate.

11.2 Contractor will at Contractor's expense install master gate valves and casing control heads and all customary and usual well head equipment and connections furnished at the well by Owner in a manner satisfactory to Owner provided that the applicable day work rate will apply for such work when performed at depths below footage contract or after expiration of allowed cement time.

### 12. CORING AND CUTTINGS:

12.1 As directed by Owner and utilizing the type of coring equipment specified by Owner, Contractor agrees at any time to take either rat-hole or full-hole conventional or wire line cores in the manner requested by Owner. Regardless of depth, all coring shall be paid for at the applicable day work rate. All coring footage shall be deducted from the total footage charge

if the well is being drilled on footage basis at that depth. Reaming of the rat-hole shall be paid for at the applicable day work rate.

12.2 When requested by Owner, Contractor shall save and identify the cuttings and cores, free from contamination, and place them in separate containers which shall be furnished by the Owner; such cuttings and cores shall be made available to a representative of Owner at the location.

### 13. FORMATIONS DIFFICULT OR HAZARDOUS TO DRILL:

13.1 In the event chert, pyrite, quartzite, granite, or other igneous rock is encountered while drilling on the footage basis and the footage drilled during each twenty-four (24) hour period multiplied by the footage rate does not equal the applicable day work rate plus cost of bits, all drilling operations shall be conducted on a day work basis at the applicable day work rate, with Owner furnishing the bits, until normal drilling operations and procedures can be resumed. The footage drilled on day work rate shall be deducted from the footage charge.

13.2 In the event of loss of circulation, partial loss of circulation, water flow, domal formation, abnormal pressures, heaving shale, or similar formation, salt or other similar condition, is encountered which makes drilling abnormally difficult or hazardous, causes sticking of drill pipe or casing, or other similar difficulty which precludes drilling ahead under reasonably normal procedures, Contractor shall, in all such cases, without undue delay, exert every reasonable effort to overcome such difficulty. When such condition is encountered, Owner shall assume risk of loss or damage to the hole and to Contractor's equipment in the hole. Should such condition or conditions persist in spite of Contractor's efforts to overcome them, then after a period of twenty-four (24) hours time consumed in such efforts, further operations shall be conducted on a day work basis at the applicable day work rate until such conditions have been overcome and normal drilling operations can be resumed. The total time furnished by Contractor under the terms of this paragraph shall be limited to twenty-four (24) hours. The footage drilled while on day work basis shall be deducted from the footage charge. "Abnormal pressures" shall be considered to exist in the event a mud weight in excess of 12 pounds per gallon (unless otherwise specified in Par. 2 of Exhibit "A") is required.

### 14. REPORTS TO BE FURNISHED BY CONTRACTOR:

14.1 Contractor shall keep and furnish to Owner a daily drilling report on forms provided by Owner or in the manner designated by Owner. This report shall be open to inspection by Owner at all times.

14.2 Delivery tickets covering any material or supplies furnished by Owner shall be turned in each day with the daily drilling report. The quantity, description, and condition of materials and supplies so furnished shall be checked by Contractor and such tickets shall be properly certified by Contractor.

14.3 Contractor shall keep an accurate log of the well, giving depth and thickness of each formation from the surface of the ground to the bottom of the hole, and will attach one typed copy of the well log to the final bill when it is presented to Owner for payment.

### 15. INGRESS AND EGRESS TO LOCATION:

Owner hereby confers upon Contractor sufficient rights of ingress and egress with respect to the tract of land where the well is to be located for the performance by Contractor of all of the work contemplated by this contract. Should the Contractor be denied free access to the location for any reason not reasonably within Contractor's control, any time lost by the Contractor as a result of such denial shall be paid for at the standby rate. In the event there are any restrictions, conditions, or limitations in Owner's lease which would affect the free right of ingress and egress to be exercised by Contractor hereunder, its employees or subcontractors, Owner agrees to timely advise Contractor in writing with respect to such restrictions, conditions, or limitations, and Contractor agrees to observe the same.

### 16. INSURANCE:

Contractor agrees to carry insurance with an insurance company or companies authorized to do business in the state where the work is to be performed and which are otherwise satisfactory to Owner, with the coverage and in the amounts as specified in Exhibit "A". Prior to the time Contractor moves on to the drilling location Owner shall be furnished with certificates from the insurance carriers of Contractor showing that said insurance is in effect and that Owner will be notified in writing before said insurance may be cancelled.

### 17. PAYMENT OF CLAIMS:

Contractor agrees to pay all claims for labor, material, services, and supplies to be furnished by Contractor hereunder, and agrees to allow no lien or charge to be fixed upon the lease, the well, or other property of the Owner or the land upon which said well is located.

### 18. RESPONSIBILITY FOR LOSS OF OR DAMAGE TO THE EQUIPMENT OR THE HOLE:

18.1 Contractor's Surface Equipment: Contractor shall assume liability at all times, regardless of whether the work is being performed on a footage basis or on a day work basis, for damage to or destruction of Contractor's surface equipment, including all drilling tools, machinery, and appliances, for use above the surface, regardless of when or how such damage or destruction occurs, and Owner shall be under no liability to reimburse Contractor for any such loss except as to any loss or damage thereto occurring during the time that the operation of Contractor's equipment has been taken over by Owner as provided for in Par. 7 hereof.

18.2 Contractor's In-hole Equipment—Footage Basis: Contractor shall assume liability at all times while work is being performed on a footage basis for damage to or destruction of Contractor's in-hole equipment, including drill pipe, drill collars, and tool joints, and Owner shall be under no liability to reimburse Contractor for any such loss except as to any loss or damage thereto occurring during the time that the operation of Contractor's equipment has been taken over by Owner as provided for in Par. 7 hereof and except as provided for in Par. 13.2.

18.3 Contractor's In-hole Equipment—Day Work Basis: Owner shall assume liability at all times while work is being performed on a day work basis for damage to or destruction of Contractor's in-hole equipment, including drill pipe, drill collars, and tool joints, and Owner shall reimburse Contractor for any such loss.

18.4 Owner's Equipment: Owner shall assume liability at all times for damage to or destruction of Owner's equipment, including casing, tubing, well head equipment, and tankage, and Contractor shall be under no liability to reimburse Owner for any such loss.

18.5 The Hole—Footage Basis: Subject to the provisions of Par. 13 hereof (relating to formations difficult or hazardous to drill and to loss of circulation) should a fire or blow-out occur or should the hole for any cause attributable to Contractor's operations be lost or damaged while Contractor is engaged in the performance of work hereunder on a footage basis, all such loss or damage to the hole shall be borne by the Contractor; and if the hole is not in condition to be carried to the contract depth as herein provided, Contractor shall, if requested by Owner, commence a new hole without delay at Contractor's cost; and the drilling of the new hole shall be conducted under the terms and conditions of this contract in the same manner as though it were the first hole. In such case Contractor shall not be entitled to any payment or compensation for expenditures made or incurred by Contractor on or in connection with the abandoned hole, except for day work earned in coring, testing, and logging said well for which Contractor would have been compensated had such hole not been junked and abandoned.

Notwithstanding the foregoing provisions, if the hole is lost or damaged without negligence on the part of the Contractor but as a result of the failure of Owner's casing or equipment either during or after the running and setting of such casing, or

as a result of subsequent failure of the cementing job resulting in parted casing, such loss shall be borne by the Owner and Contractor shall nevertheless be paid: (a) For all footage drilled and other work performed by Contractor prior thereto; (b) For work performed in an effort to restore the hole to such condition as that further drilling or other operations may be conducted at the applicable day work rate; and (c) The cost of dismantling the rig and moving to and rigging up Contractor's equipment prior to starting the drilling of a new hole at a location designated by Owner if such be required. The work of drilling the new hole shall be performed by the Contractor under the terms and conditions of this contract.

18.6 **The Hole—Day Work Basis:** In the event the hole should be lost or damaged while Contractor is working on day work basis or as the result of work performed on a day work basis, Owner shall be responsible for any such loss or damage to the hole.

18.7 **Underground Damage:** Owner agrees to indemnify Contractor for any and all sums which Contractor shall become liable by final judgment to pay to any third party for damages resulting from operations under this contract on account of injury to, destruction of, or loss or impairment of any property right in or to oil, gas, or other mineral substance or water, if at the time of the act or omission causing such injury, destruction, loss, or impairment, said substance had not been reduced to physical possession above the surface of the earth, and for any loss or damage to any formation, strata, or reservoir beneath the surface of the earth.

18.8 **Inspection of Materials Furnished by Owner:** Contractor agrees to inspect all materials furnished by Owner before using same and to notify Owner of any apparent defects therein; and Contractor's use of such materials without notifying Owner shall be conclusive evidence that such materials were free from apparent defects. Contractor shall not be liable for any loss or damage resulting from the use of materials furnished by Owner containing latent defects.

18.9 **Indemnity by Contractor:** Contractor agrees to protect, indemnify, and save harmless the Owner from and against all claims, demands, and causes of action in favor of Contractor's employees or third parties on account of personal injuries or death or on account of property damages (other than property damages as hereinabove in this Par. 18 specifically provided for) arising out of the work to be performed by Contractor hereunder and resulting from the negligent acts or omissions of Contractor, Contractor's agents, employees, and subcontractors.

## 19. INDEPENDENT CONTRACTOR RELATIONSHIP:

19.1 In the performance of the work herein contemplated, Contractor is an independent contractor, with the authority to control and direct the performance of the details of the work, Owner being interested only in the results obtained. But the work contemplated herein shall meet the approval of Owner and be subject to the general right of inspection and supervision herein provided to Owner to secure the satisfactory completion thereof. Contractor agrees to comply with all laws, rules, and regulations, federal, state, and municipal, which are now, or may in the future become, applicable to Contractor, Contractor's business, equipment, and personnel engaged in operations covered by this contract or accruing out of the performance of such operations.

19.2 The actual performance and superintendence of all work hereunder shall be by Contractor, but Owner shall be privileged to designate a representative or representatives who shall at all times have access to the premises for the purpose of observing tests or inspecting the work performed by Contractor, in order to judge whether, in Owner's opinion, such work is being performed by Contractor in accordance with the provisions of this contract. Such representative or representatives shall be empowered to act for Owner in all matters relating to Contractor's performance of the work herein undertaken.

## 20. NO WAIVER EXCEPT IN WRITING:

It is fully understood and agreed that none of the requirements of this contract shall be considered as waived by either party unless the same is done in writing, and then only by the persons executing this contract, or other duly authorized agent or representative of the party.

## 21. FORCE MAJEURE:

Neither Owner nor Contractor shall be liable to the other for any delays or damage or any failure to act due, occasioned or caused by reason of federal or state laws or the rules, regulations, or orders of any public body or official purporting to exercise authority or control respecting the operations covered hereby, including the procurance or use of tools and equipment, or due, occasioned or caused by strikes, action of the elements, or causes beyond the control of the party affected thereby; and any delay due to the above causes or any of them shall not be deemed to be a breach of or failure to perform this contract or any part thereof; provided, however, this provision shall not relieve Owner of his obligations as hereinabove provided to pay Contractor for standby time.

## 22. INFORMATION CONFIDENTIAL:

All information obtained by the Contractor in the conduct of drilling operations on this well, including, but not limited to, depth, formations penetrated, the results of coring, testing, and surveying, shall be considered confidential and shall not be divulged by Contractor, or his employees, to any person, firm, or corporation other than Owner's designated representatives.

## 23. ASSIGNMENT OF CONTRACT:

Contractor agrees not to sublet or assign this contract except for work normally performed by subcontractors without the written consent of the Owner.

## 24. NOTICES AND PLACE OF PAYMENT:

All notices to be given with respect to this contract unless otherwise provided for shall be given to the Contractor and to the Owner respectively at the addresses hereinabove shown. All sums payable hereunder to Contractor shall be payable at his address hereinabove shown unless otherwise specified herein.

## 25. SPECIAL PROVISIONS:

IN WITNESS WHEREOF the parties hereto have executed this contract upon the date above shown in several counterparts, each of which shall be considered as an original.

WITNESS OR ATTEST:

_____  By_____
                                                      OWNER

_____  By_____
                                                      CONTRACTOR

## EXHIBIT "A"

To Drilling Contract dated_____, 195_____

Owner_____Contractor_____

Well Name and Number_____

### SPECIFICATIONS AND SPECIAL PROVISIONS

**1. CASING PROGRAM** (See Par. 8)

| | Size | Weight | Approx. Setting Depth | Allowed Cement Time |
|---|---|---|---|---|
| Surface | _____in. | _____ lbs./ft. | _____ft. | _____hours |
| Protection | _____in. | _____ lbs./ft. | _____ft. | _____hours |
| Oil String | _____in. | _____ lbs./ft. | _____ft. | _____hours |
| Liner | _____in. | _____ lbs./ft. | _____ft. | |
| Tubing | _____in. | _____ lbs./ft. | _____ft. | |

**2. MUD CONTROL PROGRAM** (See Par. 10.3)

| Depth Interval (ft.) | | Type Mud | Weight (lbs./gal.) | Viscosity (Secs) | Water Loss (cc) |
|---|---|---|---|---|---|
| From | To | | | | |
| ____ | ____ | _____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ | _____ |

Mud weight considered to constitute existence of "Abnormal Pressure" (Par. 13.2)_____lbs.

Other mud specifications:_____
_____
_____
_____

**3. LIMITS OF DEVIATION OF HOLE FROM VERTICAL** (See Par. 10.6)

From_____feet to_____feet_____degrees; From_____feet to_____feet_____degrees;
From_____feet to_____feet_____degrees; From_____feet to_____feet_____degrees;

Make and type of instrument to be used to determine deviation:_____

**4. INSURANCE** (See Par. 16)

4.1 Adequate Workmen's Compensation Insurance complying with State Laws applicable or Employers' Liability Insurance covering all of Contractor's employees working under this agreement.

4.2 Comprehensive Public Liability Insurance or Public Liability Insurance with limits not less than $_____ for the death or injury of any one person and $_____, for each accident.

4.3 Comprehensive Public Liability Property Damage Insurance or Public Liability Property Damage Insurance with limits of not less than $_____ for each accident and $_____ aggregate per policy.

**EXHIBIT "A"** *(Continued)*

4.4 Automobile Public Liability Insurance with limits of $_____ for the death or injury of each person and $_____ for each accident; and Automobile Public Liability Property Damage Insurance with limits of $_____ for each accident.

### 5. EQUIPMENT, MATERIALS AND SERVICES TO BE FURNISHED BY CONTRACTOR

The machinery, equipment, tools, materials, supplies, instruments, services and labor hereinafter listed, including any transportation required for such items, shall be provided at the location at the expense of Contractor unless otherwise noted hereon and otherwise provided for in Par. 7 hereof.

5.1 Drilling Rig

Complete drilling rig, designated by Contractor as his rig No._____, the major items of equipment being:

Drawworks:_____
(Make and Model)

Engines: Make, Model, and H. P._____ No. on Rig_____
Pumps: Make and Size_____
Auxiliary Pump: Make, Size, and Power_____
Boilers: Number, Make, H. P. and W. P._____
Steam Drilling Engine: Make and Size_____
Derrick or Mast: Make, Size, and Capacity_____
Substructure: Size and Capacity_____
Drill Pipe: Size_____ in._____ ft.; Size_____ in._____ ft.; Size_____ in._____ ft.
Drill Collars: Number and Size_____
Blowout Preventrs: Number, Make, Model, and W. P._____

5.2 Trucking service and other transportation, hauling or winching services as required to move Contractor's property to location, rig up Contractor's rig, tear down Contractor's rig, and remove all of Contractor's property from location.
5.3 Drilling bits, reamers, stabilizers, reamer cutters, and other drilling tools or devices (except while on daywork).
5.4 Contract fishing tool services and fishing tool rentals (except while on daywork).
5.5 Derrick timbers and matting.
5.6 Normal strings of drill pipe and drill collars specified above.
5.7 Conventional core barrels.
5.8 Casing tools and tubing tools.
5.9 Conventional drift indicator.
5.10 Steel or earthen mud pits and reserve pits.
5.11 Services in connection with erection and dismantling of Contractor's derrick.
5.12 Necessary pipe racks and rigging up material.

### 6. EQUIPMENT, MATERIALS AND SERVICES TO BE FURNISHED BY OWNER

The machinery, equipment, tools, materials, supplies, instruments, services and labor hereinafter listed, including any transportation required for such items, shall be provided at the location at the expense of Owner unless otherwise noted hereon and otherwise provided for in Par. 7 hereof.

6.1 Furnish and maintain adequate roadway to location, rights-of-way, including rights-of-way for fuel and water lines, river crossings, highway crossings, gates and cattle guards.
6.2 Stake location, clear and grade location, and provide turnaround, including surfacing when necessary.
6.3 Test tanks with pipe and fittings.
6.4 Mud storage tanks with pipe and fittings.
6.5 Separator with pipe and fittings.
6.6 Transportation to haul test tanks, mud tanks and separator to and from location.
6.7 Labor to connect and disconnect mud tank.
6.8 Labor to connect test tank and separator.
6.9 Labor to disconnect and clean test tanks and separator.
6.10 Drilling mud, chemicals, lost circulation materials and other additives.
6.11 Pipe and connections for oil circulating lines.
6.12 Labor to lay, bury, and recover oil circulating lines.
6.13 Drilling bits, reamers, reamer cutters, stabilizers and special tools while operating on day work basis.
6.14 Contract fishing tool services and fishing tool rental while operating on day work basis.
6.15 Wire line core bits or heads and wire line core catchers if required.
6.16 Conventional core bits and core catchers.
6.17 Diamond core barrel with head.
6.18 Swabbing unit, swabbing line, swabs, swab assemblies and lubricator.
6.19 Cement and cementing service.
6.20 Electrical and Gamma-Neutron logging services.
6.21 Directional caliper or other special services.
6.22 Gun or jet perforating services.
6.23 Explosives and shooting services.
6.24 Formation testing, hydraulic fracturing, acidizing and other related services.
6.25 Equipment for drill stem testing.
6.26 Mud logging services.
6.27 Sidewall coring service.
6.28 Welding service for welding bottom joints of casing, guide shoe, float shoe, float collar and in connection with installing of well head equipment if required.
6.29 Casing, tubing, liners, screen, float collars, guide and float shoes and associated equipment.
6.30 Casing scratchers and centralizers.
6.31 Well head connections and all equipment to be installed in or on well or on the premises for use in connection with testing, completion and operation of well.

## EXHIBIT "A" (Continued)

### 7. EQUIPMENT, MATERIALS AND SERVICES TO BE FURNISHED BY DESIGNATED PARTY

The machinery, equipment, tools, material, supplies, instruments, services, and labor listed as the following numbered items, including any transortation required for such items unless otherwise specified, shall be provided at the location and at the expense of the party hereto as designated by an X mark in the appropriate column.

| ITEM | TO BE PROVIDED BY AND AT EXPENSE OF | |
|---|---|---|
| | Owner | Contractor |
| 7.1 Cellar and runways | | |
| 7.2 Fuel | | |
| 7.3 Fuel lines | | |
| 7.4 Water at source | | |
| 7.5 Water well | | |
| 7.6 Water lines | | |
| 7.7 Water in storage tanks _____ capacity | | |
| 7.8 Labor to operate water well or water pump | | |
| 7.9 Maintenance of water well, if required | | |
| 7.10 Mats for engines and boilers, or motors and mud pumps | | |
| 7.11 Transportation of Contractor's property: | | |
|     Move in | | |
|     Move out | | |
| 7.12 Miscellaneous transportation expense | | |
| 7.13 Materials for "boxing in" rig and derrick | | |
| 7.14 Special strings of drill pipe and drill collars as follows: | | |
|     .................................................. | | |
|     .................................................. | | |
|     .................................................. | | |
| 7.15 Kelly joints, subs, elevators and slips for use with special drill pipe | | |
| 7.16 Drill pipe protectors for Kelly joint and each joint of drill pipe running inside of casing for use with normal strings of drill pipe | | |
| 7.17 Drill pipe protectors for Kelly joint and each joint of drill pipe running inside of casing for use with special strings of drill pipe | | |
| 7.18 Coring reel with wire line of sufficient length for coring at maximum depth specified in contract | | |
| 7.19 Wire line core barrel | | |
| 7.20 Rate of penetration recording device | | |
| 7.21 Extra labor for running and cementing casing | | |
| 7.22 Storage for mud and chemicals | | |

### 8. OTHER PROVISIONS:

Initialed by the
Parties as correct:

For Owner_____

For Contractor_____