UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § § | MDL No. 2179 |
| | | Section J |
| This Document Relates to: *All Cases, 2:10-cv-2771 and 2:10-cv-04536* | § § § | Judge Barbier |
| | | Magistrate Judge Shushan |

**ORDER [ON THE IADC'S MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN RELATION TO TRANSOCEAN'S MOTION FOR PARTIAL SUMMARY JUDGMENT (Rec. Doc. 4457-2)]**

Having considered the Motion of the International Association of Drilling Contractors for Leave to File Amicus Curiae Brief in Relation to Transocean's Motion for Partial Summary Judgment (Rec. Doc 4457-2), it is

ORDERED that leave is granted to file the Amicus Curiae Brief of the International Association of Drilling Contractors in Relation to Transocean's Motion for Partial Summary Judgment (Rec. Doc. 4457-2).

New Orleans, Louisiana, this _____ day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE