UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig          MDL NO. 2179
    "Deepwater Horizon" in the Gulf
    of Mexico, on April 20, 2010          SECTION J

Applies to: *All Cases*          JUDGE BARBIER
         MAGISTRATE JUDGE SHUSHAN

## AMENDED ORDER

[Regarding Deposition Designations Track]

**All deposition bundles shall be submitted to Judge Barbier by Friday, February 17, 2012.**

On November 15, 2011, an amended order regarding deposition designations track was issued. Rec. doc. 4593. It provided for preparation and submission of deposition bundles for 168 persons on the PSC's prioritized witness deposition list of November 3, 2011 at 3:00 p.m. The plaintiffs did not make any additions to the list. The defendants identified and prioritized 69 more deponents.

1. Lirette, Brent (Weatherford 30(b)(6) Rep.)
2. Bryan, Jim (Anadarko 30(b)(6) Rep.)
3. Kenney; Gary (DNV (Det Norske Veritas) 30(b)(6) Rep.)
4. Lambert, Lee
5. Quirk, Tim
6. Vargo, Richard (Halliburton 30(b)(6) Rep.)
7. Billon, Brad (MI-SWACO 30(b)(6) Rep. )
8. Boughton, Geoff
9. Clark, Skip (Halliburton 30(b)(6) Rep. )
10. Haynie, William
11. Ishii, Naoki (MOEX 30(b)(6))
12. Katsounar, Andreas (Stress Eng'g. 30(b)(6) Rep)
13. McKay, David
14. Neal, Robert
15. O'Donnell, Allan (Anadarko 30(b)(6) Rep.)
16. Ravi, Kris
17. Wardlaw, Kirk (BP 30(b)(6) Rep. )

18. Young, Ken (Stress Eng'g. 30(b)(6) Rep)
19. Anderson, Paul
20. Bement, James
21. Bhalla, Kenneth (Stress Eng'g. 30(b)(6) Rep)
22. Bjerager, Peter (DNV (Det Norske Veritas) 30(b)(6) Rep.)
23. Brown, David (CSI 30(b)(6) Rep.)
24. Chandler, Paul (Anadarko 30(b)(6) Rep.)
25. Chemali, Ronald
26. Emmerson, Antony
27. Florence, E
28. Foster, Steve (Anadarko 30(b)(6) Rep.)
29. Garrison, Greg
30. Guidry, Eric (Randy Smith Training Solutions 30(b)(6) Rep. )
31. Hart, Derek
32. Huch, Nick
33. Johnson, Steven
34. Keaton, J
35. Kronenberger, Kurt
36. Martinez, Victor
37. Meche, Gregory
38. Milsap, Kris
39. Neal, Eric
40. Odenwald, Jay
41. Odom, Michael
42. Peyton, Dawn
43. Smith, Daryl (Nexen Inc. 30(b)(6) Rep.)
44. Thompson, Neil (DNV (Det Norske Veritas) 30(b)(6) Rep. )
45. Turlak, R
46. Vinson, Graham "Pinky" (BP 30(b)(6) Rep.)
47. Watson, Nick
48. Williams, Michael
49. Bondurant, Charles
50. Byrd, Jerry (Anadarko 30(b)(6) Rep.)
51. Douglas, Martin
52. Emmanuel, Victor
53. Fleece, Trent
54. Hurta, Gary (Dril-Quip 30(b)(6) Rep.)
55. Johnson, Bill
56. Johnson, Dustin
57. Kritzer, Joshua
58. Lambert, Heath
59. Liu, Xuemei (BP 30(b)(6) Rep. )
60. McDonald, Capt. John
61. Morgan, Patrick

     62. Prestidge, Jim
     63. Price, Vincent
     64. Rodante, Thomas (Baker Risk 30(b)(6) Rep. )
     65. Sutton, Steve (U.S. 30(b)(6) Rep.)
     66. Sweatman, Ronald
     67. Taylor, Carl
     68. Walsh, Bob
     69. Winter, David (Vector Magnetics LLC 30(b)(6) Rep. )

They will be divided into: Group Eleven (no. 1 - Lirette, Brent through no. 18 -Young, Ken); Group Twelve (no. 19 - Anderson, Paul through no. 36 - Martinez, Victor); Group Thirteen no. 37 - Meche, Gregory through no. 54 -Hurta, Gary); and Group Fourteen no. 55 - Johnson, Bill through no. 69 -Winter, David).

The deposition designation for the defendants' prioritized list is below. It begins with Thursday, December 29, 2011. The activity for December 29 through January 20 for the PSC's prioritized list of deponents is included.

**Thursday, December 29, 2011** (In progress - Groups Seven through Eleven [86 depositions]).

    inData shall present the Group Seven depositions to Judge Barbier and all counsel.

    All parties submit their objections and two page summaries for Group Eight.

    All parties submit their final counter-designations and highlighted exhibits for Group Nine.

    The presenting parties shall submit their counter/affirmative designations for Group Ten.

    All non-presenting parties shall deliver affirmative designations for Group Eleven.

**Friday, January 6, 2012** (In progress - Groups Eight through Twelve [86 depositions]).

    inData shall present the Group Eight depositions to Judge Barbier and all counsel.

    All parties submit their objections and two page summaries for Group Nine.

    All parties submit final their counter-designations and highlighted exhibits for Group Ten.

    The presenting parties shall submit their counter/affirmative designations for Group Eleven.

All non-presenting parties shall deliver affirmative designations for Group Twelve.

**Friday, January 13, 2012** (In progress - Groups Nine through Thirteen [87 depositions]).

inData shall present the Group Nine depositions to Judge Barbier and all counsel.

All parties submit their objections and two page summaries for Group Ten.

All parties submit final their counter-designations and highlighted exhibits for Group Eleven

The presenting parties shall submit their counter/affirmative designations for Group Twelve.

All non-presenting parties shall deliver affirmative designations for Group Thirteen.

**Friday, January 20, 2012** (In progress - Groups Ten through Fourteen [87 depositions]).

inData shall present the Group Ten depositions to Judge Barbier and all counsel.

All parties submit their objections and two page summaries for Group Eleven.

All parties submit their final counter-designations and highlighted exhibits for Group Twelve.

The presenting parties shall submit their counter/affirmative designations for Group Thirteen.

All non-presenting parties shall deliver affirmative designations for Group Fourteen.

**Friday, January 27, 2012** (In progress - Groups Eleven through Fourteen [69 depositions]).

inData shall present the Group Eleven depositions to Judge Barbier and all counsel.

All parties submit their objections and two page summaries for Group Twelve.

All parties submit their final counter-designations and highlighted exhibits for Group Thirteen.

The presenting parties shall submit their counter/affirmative designations for Group Fourteen.

**Friday, February 3, 2012** (In progress - Groups Twelve through Fourteen [51 depositions]).

inData shall present the Group Twelve depositions to Judge Barbier and all counsel.

All parties submit their objections and two page summaries for Group Thirteen.

All parties submit their final counter-designations and highlighted exhibits for Group Fourteen.

**Friday, February 10, 2012** (In progress - Groups Thirteen and Fourteen [33 depositions])

inData shall present the Group Thirteen depositions to Judge Barbier and all counsel.

All parties submit their objections and two page summaries for Group Fourteen.

**Friday, February 17, 2012** (In progress - Group Fourteen - [15 depositions]).

inData shall present the Group Fourteen depositions to Judge Barbier and all counsel.

New Orleans, Louisiana, this 9th day of December, 2011.

                                                      **SALLY SHUSHAN**
                                                      **United States Magistrate Judge**

cc: Jordan Ray