UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179 SECTION "J" JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: No. 10-2771 | * * * * | MAGISTRATE NO. 1 MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering Defendants MOEX Offshore 2007 LLC and MOEX USA Corporation and Mitsui Oil Exploration Company, Ltd.'s Request for Oral Argument:

**IT IS HEREBY ORDERED** that the Court will hear oral argument on Defendants MOEX Offshore 2007 LLC and MOEX USA Corporation and Mitsui Oil Exploration Company, Ltd.'s Motions To Dismiss Crossclaims And Counterclaims Of Cameron International Corporation For Failure To State A Claim Upon Which Relief Can Be Granted on the _____ day of _____, 20__ at 9:30 a.m.

New Orleans, Louisiana, this _____ day of _____, 20__.

                                                          **UNITED STATES DISTRICT JUDGE**

4823-1857-2814, v. 1