UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| Applies to:<br>All Cases, 2:10-cv-2771, and 2:10-cv-04536 | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

### ORDER

Having considered the Motion for Leave to File Amicus Curiae Brief by the International Association of Drilling Contractors (Rec. Doc. 4839),

IT IS ORDERED that the Motion is DENIED. IT IS FURTHER ORDERED that the proposed pleadings be struck from the Court's Record.

New Orleans, Louisiana, this 9th day of December, 2011.

_____
United States District Judge