# CONFERENCE ATTENDANCE RECORD

DATE: 12-9-11                    TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

(DISCOVERY STATUS CONFERENCE)

DIAL-IN: 1-888-684-8852; access code: 6331546

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Alan York | Halliburton |
| Jenny Martinez | " |
| Stefanie Major | " |
| Deb Kuchler | Anadarko |
| Jeff Breit | PSC |
| Brian Burr | PSC |
| Doug Kraus | La. |
| A. Nathaniel Chakeres | USA |
| Phil Niziablc | MOEX |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Steve Herman | PSC |
| Paul Sterbcow | PSC |
| Carmelite Bertaut | Cameron |
| Don Haycraft | BP |
| Andy Langan | BP |
| Mark Nomellini | BP |
| Ryan Babiuch | BP |
| Will Baldwin | WFT |
| Dennis Barrow | Dril-Quip |
| Steve Luxton | M-I |
| Brad Nes | M-I |
| Anthony Irpino | PSC |
| Bryan Payne | MDL 2185 |

Tony Fitch

Sarah Hemmelhoch

Denise Scoffield

Steve O'Rourke

Ed Flanders

Jim Roy

Bill Stradley

Sharon Shutler

Alan Weigle

Jeremy Rush

Mike Underhill

Christian Van Kleef