## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLAYTON J. MATHERNE** * <br> * <br> **VERSUS** * <br> * <br> **GUILBEAU MARINE, INC. AND/OR,** * <br> **GUILBEAU BOAT RENTALS, LLC,** * <br> **BP AMERICA INC., BP P.L.C., BP** * <br> **EXPLORATION & PRODUCTION INC.** * | **CIVIL ACTION NO: 2:11-cv-01437-CJB-SS** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO WITHDRAW

**NOW INTO COURT**, comes the Law Firm of DODSON, HOOKS & FREDERICK, APLC, through Richard J. Dodson and Michael T. Beckers, and the Law Firm of JACOBS, MANUEL, KAIN & AAMODT, through Stanley J. Jacobs and Jodi J. Aamodt, who represent that the law firm of DODSON, HOOKS & FREDERICK and the law firm of JACOBS, MANUEL, KAIN & AAMODT have heretofore represented the plaintiff, Clayton J. Matherne, in this matter, but now desire to withdraw from this case as counsel of record for Mr. Matherne.

1) In accordance with Rule 9.13 of the Louisiana Rules of Court, undersigned counsel sent Mr. Matherne written notice of termination on September 1, 2011. See Exhibit "A." On September 15, 2011, Mr. Matherne signed for the certified mail, as evidenced by the attached return receipt confirming that service was made on him at his current address. See Exhibit "B".

2) In addition to the letters referenced above, Michael T. Beckers contacted Mr. Matherne in person by phone and advised Mr. Matherne that the law firm of Dodson, Hooks & Frederick and the law firm of Jacobs Manuel Kain & Aamodt will no longer be representing Mr. Matherne and that he needed to obtain new counsel to further pursue this matter on his behalf.

3) Mr. Matherne has been sent a copy of the instant *Motion to Withdraw* via certified mail, return receipt requested.

4) Mr. Matherne's last known address is P.O. Box 345, Rockport, LA 70374.

5) To date, the only pleadings that have been filed is Plaintiff's *Petition for Damages* and an *Answer and Counterclaim* filed by Defendants Guilbeau Marine, Inc., and Guilbeau Boat Rentals, LLC. There has yet to be any responsive pleading filed by British Petroleum America, Inc., British Petroleum Exploration & Production, Inc., British Petroleum P.L.C.

6) Movers have contacted Defendants Guilbeau Marine, Inc., and Guilbeau Boat Rentals and they have agreed to forego any action with respect to their defenses and counterclaims in this matter for a period of 30 days from the date of signing of this Judgment to allow Mr. Matherne additional time to locate counsel.

7) Movers certify that their actions comply with Rule 1.16 of the Rules of Professional Conduct, Louisiana State Bar Association, Articles of Incorporation, Article 16.

8) Movers certify that their actions comply with Rule 1.16 of the Model Rules of Professional Conduct of the American Bar Association.

**WHEREFORE**, mover prays that this motion be granted and the Law Firm of Dodson, Hooks & Frederick through Richard J. Dodson and Michael T. Beckers and the Law Firm of JACOBS, MANUEL, KAIN & AAMODT, through Stanley J. Jacobs and Jodi J. Aamodt, be allowed to withdraw from this case as counsel of record for Clayton J. Matherne.

**JACOBS, MANUEL, KAIN & AAMODT**

BY:   /s/ Jodi J. Aamodt
_____
**STANLEY J. JACOBS #7211**
**JODI J. AAMODT #21639**
jmk_jodi@bellsouth.net
500 St. Louis Street, Suite 200
New Orleans, LA  70130-2118
Telephone:     (504) 523-1444
Facsimile:      (504) 524-1655

and

**DODSON, HOOKS & FREDERICK, APLC**

BY: /s/ Michael Beckers
_____
**RICHARD J. DODSON #4982**
Jerry@dodsonhooks.com
**MICHAEL BECKERS #30197**
Michael@dodsonhooks.com
I City Plaza, Suite 850
445 North Boulevard
Baton Rouge, LA 70802
Telephone:  (225) 756-0222
Facsimile:  (225) 756-0025

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been forwarded to the following by facsimile, electronic mail and/or U.S. Mail, properly addressed and postage prepaid:

CLAYTON J. MATHERNE
P.O. Box 345
Rockport, LA 70374

New Orleans, Louisiana this 9th day of December, 2011.

/s/ Jodi J. Aamodt
_____

3

**PLEASE NOTIFY:**

CLAYTON J. MATHERNE
P.O. Box 345
Rockport, LA 70374

Richard J. Dodson
Michael T. Beckers
DODSON, HOOKS & FREDERICK, APLC
112 Founders Drive
Baton Rouge, LA 70810

Stanley J. Jacobs
Jodi J. Aamodt
500 St. Louis Street, Suite 200
New Orleans, LA  70130-2118
Telephone: (504) 523-1444
Facsimile: (504) 524-1655