# SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Clayton Matheun
P.O. Box 345
Rockport, LA 70374

# COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _[signature]_   ☐ Agent
              ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   _[illegible]_                  9-19-11

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)

7006 0810 0002 4316 9450

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

UNITED STATES POSTAL SERVICE

- Sender: Please print your name, address, and ZIP+4 in this box •

Michael Bickens
112 Founders Dr.
Baton Rouge, LA 70810

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10