UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| | * | JUDGE BARBIER |
| Related Case:  2:11-cv-001437 | * | |
| | * | |
| | * | |

## ORDER

Considering the foregoing *Ex Parte Motion to Withdraw as Counsel of Record*;

**IT IS ORDERED** that the Richard J. Dodson and Michael T. of the Law Firm of Dodson, Hooks & Frederick, APLC and Stanley J. Jacobs and Jodi J. Aamodt of the Law Firm of Jacobs, Manuel, Kain and Aamodt be permitted to withdraw from this case and that their names be erased from the records thereof as counsel for Plaintiff, Clayton J. Matherne.

Order signed at _____, Louisiana, this _____ day of _____, 2011.

_____

JUDGE