UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No.    2179<br><br>Section:    "J" |
| This Document Relates to:   2:11-cv-02487 | Judge Barbier<br>Mag. Judge Shushan |

**NOTICE OF DISMISSAL**

NOW INTO COURT, through undersigned counsel comes Rory Degeyter, Hilliard Doucet and Shawn Polkey whom voluntarily dismiss the above referenced matter, without prejudice, pursuant to Federal Rule of Civil Procedure 41 (a) (1) (A) (i).

Respectfully Submitted By,

_____
ANDRÉ P. LaPLACE
2762 Continental Drive, Suite 103
Baton Rouge, Louisiana 70808
Telephone: (225) 924-6898
Bar No.: 8039
Email: alaw@andrelaplace.com

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Notice has been forwarded to all counsel of record via Email, this ___9th___ day of _December_, 2011.

_____
ANDRÉ P. LaPLACE