UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION "J" – MAGISTRATE # 1 |
| | * | |
| **THIS PLEADING APPLIES TO:** | * | JUDGE BARBIER |
| | * | |
| Civil Action Nos.: | * | MAGISTRATE SHUSHAN |
| 2:10-cv-2771 and 10-md-2179 | * | |

### WEATHERFORD'S NOTICE OF VOLUNTARY DISMISSAL
### OF ITS CROSS-CLAIMS AGAINST BP WITHOUT PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come Weatherford U.S., L.P. and

Weatherford International, Inc. (collectively, "Weatherford"), who file this Notice of Voluntary

Dismissal without prejudice of its Cross-Claims against BP America Production Company and

BP Exploration & Production, Inc. (collectively, "BP"), (Rec. Doc. 2482), under Rule

41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  Neither an answer nor a motion for

summary judgment has been filed in response to Weatherford's Cross-Claims against BP.

Accordingly, voluntary dismissal is proper under Rule 41 without Court Order.  This dismissal is

without prejudice and is made at Weatherford's costs.

**WHEREFORE**, Weatherford U.S., L.P. and Weatherford International, Inc. do hereby

dismiss without prejudice the Cross-Claim of Weatherford U.S., L.P. and Weatherford

International, Inc. against BP America Production Company and BP Exploration & Production, Inc. (Rec. Doc. 2482).

This 9th day of December, 2011.

Respectfully submitted:

*/s/  Glenn G. Goodier*

GLENN G. GOODIER (#06130)
RICHARD D. BERTRAM (#17881)
LANCE M. SANNINO (#29409)
JONES, WALKER, WAECHTER, POITEVENT,
 CARRÈRE & DENÈGRE, L.L.P.
201 St. Charles Avenue. 48th Floor
New Orleans, Louisiana  70170-5100
Telephone:     (504) 582-8174
Facsimile:     (504) 589-8174
ggoodier@joneswalker.com
rbertram@joneswalker.com
lsannino@joneswalker.com


MICHAEL G. LEMOINE, T.A. (#8308)
GARY J. RUSSO (#10828)
DOUGLAS C. LONGMAN, JR. (#8719)
JONES, WALKER, WAECHTER, POITEVENT,
 CARRÈRE & DENÈGRE, L.L.P.
600 Jefferson Street, Suite 1600
Lafayette, Louisiana  70501-5100
Telephone:     (337) 593-7624
mlemoine@joneswalker.com
grusso@joneswalker.com
dlongman@joneswalker.com

*Counsel for Weatherford U.S., L.P. and*
*Weatherford International, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 9th day of December, 2011, the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Court's Pretrial Order No. 12, on November 1, 2010.

*/s/  Glenn G. Goodier*