# Exhibit B

1

```
1                         UNITED STATES DISTRICT COURT
                          EASTERN DISTRICT OF LOUISIANA
2


3    ****************************************************************

4    IN RE:  OIL SPILL BY THE
     OIL RIG DEEPWATER HORIZON
5    IN THE GULF OF MEXICO ON
     APRIL 20, 2010
6
                                     CIVIL ACTION NO. 10-MDL-2179 "J"
7                                    NEW ORLEANS, LOUISIANA
                                     FRIDAY, JULY 15, 2011
8

9    THIS DOCUMENT RELATES TO
     ALL ACTIONS
10
     ****************************************************************
11
                    TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
12               HEARD BEFORE THE HONORABLE SALLY SHUSHAN
                      UNITED STATES MAGISTRATE JUDGE
13

14   APPEARANCES:

15
     FOR THE PLAINTIFFS'
16   LIAISON COUNSEL:        DOMENGEAUX WRIGHT ROY & EDWARDS
                             BY:  JAMES P. ROY, ESQUIRE
17                           P. O. BOX 3668
                             556 JEFFERSON STREET
18                           LAFAYETTE, LA  70502

19
                             HERMAN HERMAN KATZ & COTLAR
20                           BY:  STEPHEN J. HERMAN, ESQUIRE
                             820 O'KEEFE AVENUE
21                           NEW ORLEANS, LA  70113

22

23   FOR THE PLAINTIFFS:     IRPINO LAW FIRM
                             BY:  ANTHONY IRPINO, ESQUIRE
24                           ONE CANAL PLACE
                             365 CANAL STREET, SUITE 2990
25                           NEW ORLEANS, LA  70130
```

10:39AM  1          THE COURT:  Okay.  Good.

10:39AM  2          MR. FITCH:  I'm sure the Court knows that Anadarko is,

10:39AM  3  if anything, reasonable.

10:39AM  4          THE COURT:  Well --

10:39AM  5          MR. FITCH:  I don't know why I invite in trouble.

10:39AM  6          THE COURT:  PSC, any update on the preliminary witness

10:39AM  7  list for Phase I?

10:39AM  8          MR. HAYCRAFT:  Deer in the headlights look?

10:39AM  9          THE COURT:  He was talking to his buddy, Jim, and he

10:40AM 10  wasn't paying attention.

10:40AM 11          MR. HERMAN:  The reality is, Your Honor, in our defense,

10:40AM 12  although I am a deer in the headlights, is that we have put the

10:40AM 13  matrix together, and it was then provided to the defendants with

10:40AM 14  a follow-up.  We're, frankly, waiting for the defendants to fill

10:40AM 15  in the matrix so we can get it back to the Court.

10:40AM 16          THE COURT:  That was a good bounce back.

10:40AM 17          MR. HERMAN:  The best defense is a good offense.

10:40AM 18          THE COURT:  Absolutely.  Defendants, respond to poor old

10:40AM 19  Steve.

10:40AM 20             Okay.  We'll just carry that over.

10:40AM 21          MR. HERMAN:  I'll send out another reminder later today

10:40AM 22  or over the weekend.  Tomorrow may be a no e-mail day.

10:40AM 23          THE COURT:  Let's look.  Is tomorrow an e-mail off,

10:40AM 24  guys?

10:40AM 25          MR. HERMAN:  So either today or Sunday, I'll get it back

10:40AM 1   out.

10:40AM 2           THE COURT:  Reminder, e-mail off.

10:40AM 3               Mike just mentioned somebody popped on.  Who was

10:40AM 4   that that popped on?  Who are we waiting for?

10:40AM 5           MR. HAYCRAFT:  Paul Collier.

10:41AM 6           THE COURT:  Paul, are you on the line?  Paul?

10:41AM 7           MR. COLLIER:  Correct, it's Paul Collier on the phone.

10:41AM 8           THE COURT:  It's like magic.

10:41AM 9           MR. COLLIER:  Your Honor, I apologize for not getting on

10:41AM 10  sooner.

10:41AM 11          THE COURT:  No problem, no problem.

10:41AM 12              Paul, we had brought up the issue of Mr. Byrd and

10:41AM 13  Topics 13 and 23.  I understand that you are the person we need

10:41AM 14  to talk to about that.

10:41AM 15          MR. COLLIER:  Okay.

10:41AM 16          THE COURT:  It seems to me that this was just a

10:41AM 17  miscommunication.  I can see how Mr. Williamson thinks that his

10:41AM 18  designation of Topics 13 and 23 might fairly encompass whether or

10:41AM 19  not the suitability of the BOP complied with regulations, and I

10:42AM 20  can see how BP didn't make that stretch.

10:42AM 21              What I would like to propose to you is that BP give

10:42AM 22  Mr. Williamson a witness who can testify with regard to BOP

10:42AM 23  regulatory compliance.  That would supplement Sections 13 and 23.

10:42AM 24          MR. COLLIER:  Yes, Your Honor.  I understand.  I think

10:42AM 25  you're correct.  That is correct that there was a difference in

10:42AM 1  interpretation with respect to that section.

10:42AM 2           THE COURT:  Right.  I just think it was an interpretive

10:42AM 3  thing.  So if that is something that you all can do, it would be

10:42AM 4  appreciated.

10:42AM 5           I assume that that can be easily a one-day

10:43AM 6  deposition, don't you all think?  Mr. Haycraft?

10:43AM 7           MR. HAYCRAFT:  Yes, indeed.

10:43AM 8           THE COURT:  Mr. Haycraft says yes.

10:43AM 9           MR. HAYCRAFT:  In fact, I was thinking of a two-hour

10:43AM 10 video deposition.

10:43AM 11          THE COURT:  Let's find out who the witness, who the

10:43AM 12 designee is, and let's work through it.  Okay.

10:43AM 13          MR. COLLIER:  Yes.  Thank you, Your Honor.  This is

10:43AM 14 Paul Collier.  We'll start working on that immediately.

10:43AM 15          THE COURT:  Great.  Thanks, Paul.

10:43AM 16          MR. COLLIER:  Thank you, Your Honor.

10:43AM 17          MR. WITTMANN:  Your Honor, Phil Wittmann for Cameron.

10:43AM 18          I understand from David Jones, who is participating

10:43AM 19 for Cameron, that they are still just reviewing the rough

10:43AM 20 transcript that came over.  There were a number of topics that

10:43AM 21 Mr. Byrd did not testify on.  They are concerned about that.

10:43AM 22          We would like to reserve -- just let the Court know

10:43AM 23 we would reserve the right to come back and move for additional

10:43AM 24 witnesses, if we need to.

10:43AM 25          THE COURT:  Andy, did you hear that?  Phil is so soft