# Exhibit D

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3
     IN RE:  OIL SPILL      MDL NO. 2179
 4   BY THE OIL RIG
     "DEEPWATER HORIZON"    SECTION:  J
 5   IN THE GULF OF
     MEXICO, ON APRIL       JUDGE BARBIER
 6   20, 2010               MAG. JUDGE SHUSHAN

 7
```

13

14

15          Deposition of **DAVID A. RICH,** taken
    in the Pan American Life Center, Bayou
    Room, 11th Floor, 601 Poydras Street, New
16  Orleans, Louisiana 70130, on Wednesday,
    June 1, 2011.
17

18  **APPEARANCES:**

19

20          LEGER & SHAW
            (By:  Walter J. Leger Jr., Esquire
21                and Christine E. Sevin,
                  Esquire)
22          600 Carondelet Street
            Suite 900
23          New Orleans, Louisiana  70130-3519
                (Attorneys for Plaintiff's
24               Steering Committee)

25

                    **GAUDET KAISER, L.L.C.**
                 Board-Certified Court Reporters

```
 1   well.  Were you involved in reviewing any
 2   of the applications for permits to drill
 3   that were submitted to MMS?
 4           A.   For the Macondo well?
 5           Q.   Right.
 6           A.   No, sir.
 7           Q.   Now, at the time you were the
 8   wells director?
 9           A.   Yes, sir.
10           Q.   Did your duties in that position
11   involve reviewing applications for permits
12   to drill for any other wells in the Gulf of
13   Mexico?
14           A.   At the time?
15           Q.   Right.
16           A.   No, sir.  They went through our
17   drilling engineers to our regulatory group.
18           Q.   Okay. And could you describe
19   your job duties from the time you were the
20   wells director beginning in December of '09
21   through, I think you said the next change
22   was on the 14th of April?
23           A.   Yes, sir.
24           Q.   So from December to April what
25   was the general job duty?
```