Exhibit E

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3   IN RE:  OIL SPILL       )   MDL NO. 2179
     BY THE OIL RIG          )
 4   "DEEPWATER HORIZON" IN  )   SECTION "J"
     THE GULF OF MEXICO, ON  )
 5   APRIL 20, 2010          )   JUDGE BARBIER
                             )   MAG. JUDGE SHUSHAN
 6
 7
 8
 9
10
11
12
13
14
15
16
17              *****************
                    VOLUME 1
18              *****************
19
20
             Deposition of Scherie Douglas, taken at
21   the Pan-American Building, 601 Poydras Street,
     11th Floor, New Orleans, Louisiana, 70130, on the
22   11th day of October, 2011.
23
24
25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1  Surface Pressure is calculated?
2      A.  No, I do not.
3      Q.  Okay.  Let me back up a little bit.  The
4  information that you get that you file with the
5  MMS -- let -- let me back up some more.
6          It's my understanding that part of your
7  job is to file Regulatory documents with the MMS.
8  Is that a fair summarization of what you do?
9      A.  That's correct.
10     Q.  Okay.  All right.  Where does the
11 information come from that you file with the MMS?
12     A.  It depends on the Permit.
13     Q.  Okay.
14     A.  So --
15     Q.  Let's say Application For Permit to
16 Drill?
17     A.  Most of the information for the APD comes
18 from the Drilling Engineer.
19     Q.  Okay.  Who was the Drilling Engineer on
20 the DEEPWATER HORIZON?
21     A.  It depends on what well it is.
22     Q.  Okay.  For the Macondo.  For the purposes
23 of this deposition, unless I say otherwise, let's
24 assume I'm referring to Macondo 252 that was
25 drilled by the DEEPWATER HORIZON.

**PURSUANT TO CONFIDENTIALITY ORDER**

1    A.   Okay.
2    Q.   Okay.  But with regards to that APD,
3 where did the information for that well come
4 from?
5    A.   From Mark Hafle and Brian Morel.
6    Q.   Okay.  And how did you receive that
7 information?  Did they phone you?  Did they
8 E-mail it?  Fax it?  How did you typically get
9 that information?
10    A.   You --
11         MR. HOLOZUBIEC:  Objection as to
12 form.
13    A.   I usually got that information by E-mail.
14    Q.   (By Mr. Dills) Okay.  Did you ever
15 receive that information in any other way?
16    A.   I couldn't say.
17    Q.   You couldn't say.  Okay.
18         But the standard way was through E-mails.
19 They would E-mail you information, then you'd use
20 that fill out the APDs; is that correct?
21    A.   That's correct.
22    Q.   Okay.  And did you ever get any
23 information from John Guide?
24    A.   Not that I recall for the APD.
25    Q.   Okay.  Did you ever get any from -- do

**PURSUANT TO CONFIDENTIALITY ORDER**

1    Q.  You don't know.  All right.
2        Let's go back to MASP, Maximum
3  Anticipated Surface Pressure, that's required
4  under the CFRs, okay?  And you understand that
5  the components of the blowout preventer must be
6  rated to meet or exceed Maximum Antici --
7  Anticipated Surface Pressure, correct?
8               MR. HOLOZUBIEC:  Objection as to
9  form.
10   A.  Correct.
11   Q.  (By Mr. Dills) Okay.  But you don't know
12 how Maximum Anticipated Surface Pressure is
13 calculated; is that correct?
14   A.  That's correct.
15   Q.  You would rely on Brian Morel or Mark
16 Hafle for that information?
17   A.  That's correct.
18   Q.  Okay.  Are they the ones who would
19 calculate Maximum Anticipated Surface Pressure?
20   A.  As far as I know.  They're the ones that
21 gave it to me.
22   Q.  Okay.  Do you know if they're the ones
23 who calculated Maximum Surface Anticipated
24 Pressure?
25   A.  Like I said, I -- I don't really know how

**PURSUANT TO CONFIDENTIALITY ORDER**

1  A. -- we had invited Russell Hoshman and
2  Mike Connor to come and talk to us, and what were
3  some of their concerns or questions that they
4  were going to talk about. And that's where this
5  came from.
6  Q. Okay. Would MASP -- let me rephrase
7  that. Start over.
8  Would BP calculate MSAP [sic] with
9  something less than a hundred percent gas column
10 to surface because their equipment did not meet
11 the Requirement of a hundred percent gas column
12 to surface?
13         MR. HOLOZUBIEC: Objection as to
14 form.
15 A. I -- yeah. I can't -- I can't comment on
16 that.
17 Q. (By Mr. Dills) Well, you're the
18 Regulatory Advisor for BP. You don't know if
19 they would calculate MSAP [sic] with something
20 less than a hundred percent gas column to surface
21 because their equipment didn't meet that
22 Regulation?
23         MR. HOLOZUBIEC: Objection as to
24 form.
25 A. I can't comment on that.

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1      Q.  (By Mr. Dills) Okay.
 2      A.  I was not involved in calculating MASP.
 3      Q.  Okay.  So when Brian Morel or Mark Hafle
 4  were calculating MASP, they would send that
 5  number to you; is that correct?
 6      A.  They sent the package to me, yes.
 7      Q.  And that contained the calculation for
 8  MASP, or the number for MASP.
 9          MR. HOLOZUBIEC:  Objection as to
10  form.
11      Q.  (By Mr. Dills) Is that correct?
12      A.  Yes.
13      Q.  Okay.  And you would use that to fill out
14  the APD for the well; is that correct?
15      A.  That was an attachment to the APD.
16      Q.  Okay.  But you -- but it -- it went
17  directly from Mark Hafle or Brian Morel, you
18  attached it to the APD, and that was filed with
19  the MMS?
20      A.  That's correct.
21      Q.  Okay.  At what part did that calculation
22  go to -- you told me earlier in your deposition
23  that there was somebody who double-checked that
24  calculation.
25      A.  I --
```

1   A.  So we did -- we did not attach that to
2  the APD.
3   Q.  (By Mr. Dills) Well, as the Regulatory
4  Advisor, are you not required to adhere to this
5  section of the CFR?
6   A.  So I did -- I did not attach that to the
7  APD.
8   Q.  Okay.  But should you have?
9       MR. HOLOZUBIEC:  Objection as to
10 form.
11  A.  It's in the Regulations, but I had never
12 put one on an APD, nor had the MMS ever asked for
13 that on an APD.
14  Q.  (By Mr. Dills) But you do agree it is in
15 the Regulations?
16  A.  It is in the Regulations.
17  Q.  And it was not included in the APD for
18 the Macondo Well?
19  A.  That's correct.
20  Q.  Okay.  Have you spoken to Mark Hafle or
21 Brian Morel since April 20th, 2010?
22  A.  Yes.
23  Q.  When was the last time you spoke to
24 either one of them?
25  A.  I haven't spoken to Brian -- I -- I can't

**PURSUANT TO CONFIDENTIALITY ORDER**