# Exhibit F

| | | |
|---|---|---|
| **From:** | Don K Haycraft | |
| **To:** | Steve Herman; James Roy; Underhill, Mike (CIV); lstrange@ago.state.al.us; Maze, Corey; dsc2179 distribution list; Jeffrey Breit; BBarr@levinlaw.com; Jimmy Williamson | Jul 28 2011 4:25PM |
| **Subject:** | Deposition Cancelled Tomorrow | |
| **Date:** | Thursday, July 28, 2011 3:56:23 PM | |

Counsel,

Please be advised that following a conference call this afternoon with Judge Shushan, it has been agreed to cancel tomorrow's 30b6 deposition of Mr. Sustala on topic 7 of the 30b6 notice to BP. Please pass this note to colleagues whom you know may be preparing to attend this deposition. I will notify the court reporter.

Don


**Don K. Haycraft**

(504) 556-4128 Direct
(504) 556-4108 Fax
dkhaycraft@liskow.com



**New Orleans | Lafayette | Houston**

One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139

www.liskow.com

Liskow & Lewis, A Professional Law Corporation. This communication is solely for the person to whom it is addressed. It contains legally privileged and confidential information. If you are not the intended recipient, you may not forward, disclose, copy, print, or save the message or its attachments. If you have received this message in error, please notify me immediately, and please delete this message.