# Exhibit I

```
 1            UNITED STATES DISTRICT COURT

 2            EASTERN DISTRICT OF LOUISIANA

 3

 4   IN RE:  OIL SPILL BY    MDL NO. 2179
     THE OIL RIG
 5   "DEEPWATER HORIZON"     SECTION:  J
     IN THE GULF OF
 6   MEXICO, ON APRIL 20,    JUDGE BARBIER
     2010                    MAG. JUDGE SHUSHAN
 7

 8

 9
```

**VOLUME 1**

Deposition of **BRETT WILLIAM COCALES**, 17613 Pine Brook Trail, Cypress, Texas 77429, taken in the Bayou Room 1 and 2, Pan American Life Center, 601 Poydras Street, New Orleans, Louisiana, on Monday, April 25, 2011.

**GAUDET, KAISER, L.L.C.**
Board-Certified Court Reporters

1      Q.     Got it.  Thank you.
2      A.     You're welcome.
3      Q.     Who in terms of APD,
4  applications permit to drill or permits to
5  modify drilling plan --
6      A.     Yes.
7      Q.     I take it that somebody in BP's
8  regulatory department is the person who
9  physically transmits those to MMS; right?
10     A.     Yes, sir.
11     Q.     In terms of this particular
12 well, the Macondo well, do you know who it
13 was in BP that provided the attachments to
14 those either APDs or the permits to modify to
15 the regulatory department in BP?
16     A.     We'd have to like --
17 specifically, I think, different people
18 worked on different -- different portions of
19 that, you know, so we would have to look at,
20 you know, which one are you talking about
21 because there were several APDs.  There was
22 APMs.  Actually, there was one APD and there
23 were several APMs.  I should clarify that.
24     Q.     Fair enough.  Let's focus on
25 the -- are you aware that, as an attachment

```
 1   to the APDs and permits to modify, that
 2   there's an attachment that is -- it's a graph
 3   of pore pressure, frac gradient?
 4        A.    Yes.
 5        Q.    Are you familiar with that?
 6        A.    Yes, sir.
 7        Q.    Let's focus on that, not any
 8   other attachments --
 9        A.    Okay.
10        Q.    -- to permits.  Do you know who
11   at BP prepared those and sent them on to the
12   regulatory department?  And if you know a
13   name, give me the name; if you don't, then
14   give me the job title; if you don't know
15   that, give me the department.
16        A.    Well, I don't know the name of
17   the person that actually did that.  But that
18   would typically be done by the drilling
19   engineer -- -
20        Q.    And who would --
21        A.    The drilling engineer.
22        Q.    I cut you off.  I didn't mean
23   to.
24        A.    That's okay.
25        Q.    Who would that be on the Macondo
```