Exhibit J

EXHIBIT # 2579
WIT:



**Figure 5: RACI Chart**

| Title of Document: | GoM D&C Operating Plan/ Local OMS Manual | Document Number: | 2200-T2-DM-MA-0001 |
|---|---|---|---|
| Authority: | Kevin Lacy | Revision: | 0 |
| Custodian/Owner: | Mark Webster | Issue Date: | 11/1/2009 |
| Retention Code: | AAA0000 | Next Review Date (if applicable): | 11/1/2010 |
| Security Classification: | Project Confidential | Page: | Page 14 of 73 |
| Warning: Check DW Docs revision to ensure you are using the correct revision. | | | |