UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | *<br>*<br>* | CIVIL ACTION<br>NO. 2:10-MDL-02179 |
| | * | SECTION "J" |
| This Document Relates to: 10-8888 | * | JUDGE BARBIER |
| | * | |
| | * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR CLAIMANTS

     Now into Court, come counsel of record Martins I. Imudia, Martins I Imudia & Associates, Terrence J. Lestelle, Andrea S. Lestelle, Jeffery B. Struckhoff and Richard M. Morgain, Lestelle & Lestelle, A Professional Law Corporation, who hereby request that they be permitted to withdraw as counsel of record for the following clients in this action in accordance with LR 83.2.11:

| Name | Address | Document No | Telephone No |
|---|---|---|---|
| Abdirahman A. Ali | 2220 Cleary Avenue, Metairie, LA 70001 | 52460 | (504) 312-9270 |
| Mohamad Yellow Cab | 3400 North Arnolt Dr., Apt. 203 Metairie, LA 70002 | 55402 | (504) 535-3697 |

Clients have received letters notifying them of deadlines and pending court appearances in the above-entitled action(s).

                                                                     Respectfully Submitted,

                                                                     _s/ Martins I. Imudia_____
                                                                     Martins I. Imudia-24809
                                                                     Martins I. Imudia & Associates, APLC
                                                                     3105 David Drive
                                                                     Metairie, Louisiana  70003
                                                                    Telephone:  (504) 885-0015
                                                                          and

Terrence J. Lestelle-8540
Andrea S. Lestelle-8539
Jeffrey B. Struckhoff-30173
Richard M. Morgain-32603
Lestelle & Lestelle, APLC
3421 N. Causeway Boulevard,
Suite 602
Metairie, Louisiana 70002
Telephone: 504-828-1224

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on this  10th  day of   December  2011, a copy of the foregoing has been served upon client and counsel of record in this action by electronic service through the Court's CM/ECF.

 s/ Martins I. Imudia
Martins I. Imudia

2