THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  OIL SPILL by the OIL RIG | * | CIVIL ACTION |
| "DEEPWATER HORIZON" | * | |
| In the GULF OF MEXICO, on | * | MDL NUMBER:   2179 |
| APRIL 20, 2010 | * | |
| | * | SECTION:   "J"-(1) |
| | * | |
| | * | JUDGE: |
| THIS DOCUMENT RELATES TO: | * | CARL J. BARBIER |
| | * | |
| C.A. No. 10-1986 | * | MAG. JUDGE SHUSHAN |
| | * | |
| TERRY G. ROBIN, ET AL. | * | |
| VERSUS | * | |
| SEACOR MARINE, L.L.C., ET AL. | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF APPEAL

TO:   **HONORABLE CARL J. BARBIER**
United States District Court
Eastern District of Louisiana
United States Courthouse
500 Poydras St.
New Orleans, LA 70130

**SEACOR MARINE, LLC, SEACOR MARINE INC., SEACOR MARINE INTERNATIONAL INC., SEACOR WORLWIDE, INC., SEACOR HOLDINGS INC, SEACOR OFFSHORE, M/V SEACOR LEE, M/V SEACOR VANGUARD, M/V SEACOR WASHINGTON**
Through their attorney on record:
Gary Hemphill
Phelps Dunbar
365 Canal Place, Suite 2000
New Orleans, LA 70130

and

Theodore E. Tskekerides
Weil, Gotshal & Mangas, LLP
767 Fifth Avenue
New York, NY 10153

**NAUTICAL VENTURES LLC, a/k/a NAUTICAL SOLUTIONS, LLC, ISLAND VENTURES II, LLC, MV JOE GRIFFIN, MV MR. SIDNEY**

Through their attorney on record:
Robert P. McCleskey
Phelps Dunbar
365 Canal Place, Suite 2000
New Orleans, LA 70130

**GULF OFFSHORE LOGISTICS, LLC, M/V MONICA ANN**
Through their attorney on record:
Bill Riviera
Phelps Dunbar
365 Canal Place, Suite 2000
New Orleans, LA 70130

**NOW COMES PLAINTIFS**, Terry G. Robin, Carolyn Friere, Dorothy Molero, Janice Gonzales, Janet Estavez, Ricky Estavez, Annabelle Nunez, Dardinella Long, David Estavez, Karen Scott, Marie Campo, Larry Frilot, B.M. Perry II, Ltd., individually and on behalf of the putative classes identified, and hereby gives notice of and appeal that Final Judgment dated November 21, 2011 and the Amended Final Judgment rendered November 22, 2011 in favor of defendants, Seacor Marine L.L.C., Seacor Marine, Inc., Seacor Marine International, Inc., Nautical Ventures, L.L.C., Island Ventures II, LLC, Gulf Offshore Logistics, L.L.C., M/V MONICA ANN, M/V JOE GRIFFIN, M/V MR. SIDNEY, M/V SEACOR WASHINGTON, M/V SEACOR VANGUARD, and M/V SEACOR LEE, and against Plaintiffs individually and on behalf of the putative classes identified dismissing Plaintiffs claims with prejudice at Plaintiffs cost, said appeal returnable to the United States Court of Appeal for the Fifth Circuit, designating the entire record as the record on appeal.

Respectfully Submitted,

**/s/Lloyd N. Frischhertz**
**LLOYD N. FRISCHHERTZ (#5749)**

        Frischhertz & Associates
        1130 St. Charles Avenue
        New Orleans, LA 70130
        Telephone - (504) 523-1500
        Facsimile - (504) 581-1670

        and

        **/s/Gerald Maples**
        **F. Gerald Maples, (#25960)**
        Carl D. Todd Campbell, III, (#31084)
        F. Gerald Maples, P.A.
        365 Canal Street, Suite 2650
        New Orleans, Louisiana 70113
        Telephone: (504) 569-8732
        Facsimile:  (504) 525-6932

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum in Opposition has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of December, 2011.

        /s/ Lloyd Frischhertz
        Lloyd Frischhertz