THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | * * * * | MDL 2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE BARBIER |
| C.A. No. 11-58 IN THE MATTER OF MONICA ANN, L.L.C., AS OWNER, AND JNB OPERATING, L.L.C., AND GULF OFFSHORE LOGISTICS, L.L.C., AS OPERATORS AND/OR OWNERS PRO HAC VICE, OF THE M/V MONICA ANN, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * * * * * * * | MAG. JUDGE SHUSHAN |

## NOTICE OF APPEAL

TO:   **HONORABLE CARL J. BARBIER**
United States District Court
Eastern District of Louisiana
United States Courthouse
500 Poydras St.
New Orleans, LA 70130

**MONICA ANN, LLC, AS OWNER, AND JNB OPERATING, LLC, and GULF OFFSHORE LOGISTICS, LLC AS MANAGERS/ OPERATORS, AND/OR OWNERS PRO HAC VICE OF THE M/V MONICA ANN**
Through their attorney of record:
William J. Riviera
Phelps Dunbar
365 Canal Place, Suite 2000
New Orleans, LA 70130-6534

**NOW COMES CLAIMANTS**, Terry G. Robin, Carolyn Friere, Dorothy Molero, Janice Gonzales, Janet Estavez, Ricky Estavez, Annabelle Nunez, Dardinella Long, David Estavez, Karen Scott, Marie Campo, Larry Frilot, B.M. Perry, Michael Abadie, Aiman Abdel, Carl

1

Alexander, Sergio Alvarado, Billy Bensel, Stephanie Bonnet, David Cooper, Stephen Crawford, Leo Damaris, James Dixon, Holly Donahue, Richard Flick, Greg Gaubert, Chrlotte Giardina, Earl Gros, Fanny Herrera, John Herrin, Matthew Heymann, Hwy 190 Skaters, LLC, Impastato's Restaurant, Julie Jaslove, Harry Jukes, Stephen Keppen, Janice and Eugene Laferve, Rafael Lopez, Lauren Maginnis, Arthur Milonas, Henry Morel, Benjamin Naquin, NG Kakit, Paradise Distribution, Bradley Perry, Kristine Polizzi, Rony Polizzi, Cary Rodrigue, Craig Rodrigue, Rummel Alumni Association, Steven Serpas, Lynwood Stafford, Sidney Tiblier, Wanda Tiblier, Michael Wilcox, Natalie Pena, Mike Tran, Harry Davis, Nguyen Nguyen, Jean LeBreton, hereby gives a Notice of and Appeal that Final Judgment and Decree of Exoneration rendered by the Honorable Carl J. Barbier, United States District Judge, United States Eastern District Court, Louisiana, on November 22, 2011, ordering, adjudging and decreeing: Monica Ann, LLC, as owner, JNB operating, LLC, and Gulf Offshore Logistics, LLC, as managers/operators and/or owners pro hac vice of the M/V MONICA ANN (collectively, "Limitation Petitioners") are not liable, as a matter of law, for the damages described in the Limitation Petitioners' Complaint for Exoneration from or Limitation of Liability; that Limitation Petitioners be and hereby are forever exonerated and discharged from all loss, damage, destruction, and injury arising from or growing out of the incident referenced in Limitation Petitioners' Complaint; that all claims filed in Civil Action No. 11-58 by any of the Claimants with respect to the Limitation Petitioners' Complaint for Exoneration from or Limitation of Liability be dismissed, with prejudice; and entering said dismissal as a Final Judgment as to all claims except that of DuWayne Mason at Claimants' cost. Said appeal is to the United States Court of Appeal for the Fifth Circuit, returnable to said United States Court of Appeal for the Fifth Circuit as provided by law, with movers designating the entire District Court record as the record on appeal.

Respectfully Submitted,

/s/Lloyd N. Frischhertz
**LLOYD N. FRISCHHERTZ (#5749)**
Frischhertz & Associates
1130 St. Charles Avenue
New Orleans, LA 70130
Telephone - (504) 523-1500
Facsimile - (504) 581-1670

and

/s/Gerald Maples
**F. Gerald Maples, (#25960)**
Carl D. "Todd" Campbell, III, (#31084)
F. Gerald Maples, P.A.
365 Canal Street, Suite 2650
New Orleans, Louisiana 70130
Telephone: (504) 569-8732
Facsimile:  (504) 525-6932

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum in Opposition has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of December, 2011.

/s/ Lloyd Frischhertz
Lloyd Frischhertz