# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG § | | MDL-2179 |
| "DEEPWATER HORIZON" § | | |
| in the GULF OF MEXICO, on § | | |
| APRIL 20, 2010 § | | SECTION "J" |
| § | | |
| THIS DOCUMENT RELATES TO: § | | JUDGE BARBIER |
| § | | MAG. JUDGE SHUSHAN |
| *10-cv-3059 and 11-cv-0516* § | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## STATE OF LOUISIANA'S MOTION FOR LEAVE TO FILE OPPOSITION TO THE PSC'S PROPOSED ORDER ESTABLISHING COURT-SUPERVISED ACCOUNT AND RESERVE FOR COMMON BENEFIT LITIGATION EXPENSES

**NOW INTO COURT**, through undersigned counsel, comes the Plaintiff, the State of Louisiana through James D. "Buddy" Caldwell, Louisiana Attorney General ("Louisiana" or "State"), who respectfully requests that this Court grant leave to file the attached Opposition to the PSC's Order Establishing Court-Supervised Account and Reserve for Common Benefit Litigation Expenses filed on November 28, 2011 ("Proposed Order"). [Rec. Doc. 4739-2].

After filing its initial Motion to Establish Account and Reserve for Litigation Expenses on November 7, 2011 [Rec. Doc. 4507], the PSC requested, and was granted, leave to file a Reply Brief in Further Support of the PSC's Motion to Establish Account and Reserve for Litigation Expenses, filed on November 23, 2011 ("PSC's Reply Brief"). [Rec. Doc. Nos. 4716, 4717]. On November 23, 2011, the State of Louisiana filed a Motion for Leave to file Response to the PSC's Reply Brief. [Rec. Doc. 4722]. The Court has not yet granted the State's request for leave. Thereafter, the PSC's submitted a procedurally defective Sur-Reply Brief in Further Support of the PSC's Motion to Establish Account and Reserve for Litigation Expenses [Rec. Doc. 4739] which contained a Proposed Order that differed significantly from that which was

filed in connection with the PSC's initial Motion. Accordingly, on December 1, 2011, the State filed a Motion for Leave to File a Motion to Strike PSC's Proposed Sur-Reply Brief in Further Support of the PSC's Motion to Establish Account and Reserve for Litigation Expenses as filed on November 28, 2011 ("Motion to Strike"). [Rec. Doc. 4780]. The State requested that the PSC's Sur-Reply be stricken from the record and the PSC be required to properly file a motion and order that sets forth the specific relief requested and addresses issues unique to the PSC's attempt to reduce State recoveries.

Because the Court has not yet granted either of the State's requests for leave (nor the PSC's request to file its purported "Sur-Reply"), the State requests that this Court grant it leave to place in the record specific opposition to certain of the issues raised by the PSC's Sur-Reply and Proposed Order. The State seeks to file the attached Opposition in an abundance of caution, because the PSC's Sur-Reply and accompanying Proposed Order were not submitted with a renewed motion, even though they are inconsistent with the PSC's previously submitted Order and raise new concerns not previously addressed. Additionally, the State of Louisiana requests that, if the Court plans to make any determination on the PSC's Motion to Establish Account and Reserve (and its associated replies), the State be permitted the opportunity to be heard on those issues that implicate State recoveries.

Dated this 12th day of December, 2011.

Respectfully submitted,

| | |
|---|---|
| JAMES D. "BUDDY" CALDWELL<br>LOUISIANA ATTORNEY GENERAL | KANNER & WHITELEY, LLC |
| | /s/ Allan Kanner |
| James Trey Phillips<br>First Assistant Attorney General | Allan Kanner<br>Elizabeth B. Petersen |

| | |
|---|---|
| Megan K. Terrell<br>Assistant Attorney General<br>Section Chief –Environmental<br>State of Louisiana<br>P.O. Box 94005<br>Baton Rouge, LA 70804-9005<br>Telephone: (225) 326-6708 | David A. Pote<br>Douglas R. Kraus<br>701 Camp Street<br>New Orleans, LA 70130<br>Telephone: (504) 524-5777<br>**Special Counsel for Plaintiff**<br>**Attorney General, State of Louisiana** |
| HENRY DART,<br>ATTORNEYS AT LAW P.C.<br><br>/s/ Henry T. Dart<br>Henry T. Dart<br>Grady J. Flattmann<br>510 N. Jefferson St.<br>Covington, LA 70433<br>Telephone: (985) 809-8093<br>**Special Counsel for Plaintiff**<br>**Attorney General, State of Louisiana** | USRY, WEEKS, &<br>MATTHEWS, APLC<br><br>/s/ T. Allen Usry<br>T. Allen Usry<br>1615 Poydras St.<br>Suite 12<br>New Orleans, LA 70112<br>Telephone: (504) 592-4641<br>**Special Counsel for Plaintiff**<br>**Attorney General, State of Louisiana** |
| SHOWS, CALI, BERTHELOT &<br>WALSH, LLP<br><br>/s/ E. Wade Shows<br>E. Wade Shows<br>628 St. Louis Street<br>Baton Rouge, LA 70802<br>Telephone: (225) 346-1461<br>**Special Counsel for Plaintiff**<br>**Attorney General, State of Louisiana** | MARTEN LAW, PLLC<br><br>/s/ Bradley M. Marten<br>Bradley M. Marten<br>Linda R. Larson<br>1191 Second Avenue<br>Suite 2200<br>Seattle, WA 98101<br>(206) 292-2600<br>**Special Counsel for Plaintiff**<br>**Attorney General, State of Louisiana** |

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing State Of Louisiana's Motion For Leave To File Opposition To The PSC's Proposed Order Establishing Court-Supervised Account and Reserve for Common Benefit Litigation Expenses has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of December, 2011.

                Kanner & Whiteley, L.L.C.

                 /s/ Allan Kanner
                Allan Kanner
                a.kanner@kanner-law.com