UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Schedule for Phase One Rebuttal Experts]**

### Thursday - January 5

| | |
|---|---|
| Larry Lockard (BP) | 450 minutes |
| Richard Sears (Cameron) | 480 minutes |
| Martin Chenevert (M-I) | 450 minutes |

### Friday - January 6

| | |
|---|---|
| Larry Lockard (BP) | 210 minutes |
| D. H. Doughty (U.S.) | 490 minutes |
| Richard Sears (Cameron) | 225 minutes |
| Martin Chenevert (M-I) | 225 minutes |

### Monday, January 9

No depositions

### Tuesday, January 10

No depositions

### Wednesday - January 11

| | |
|---|---|
| Leif Colson (BP) | 450 minutes |
| Graham Vinson (BP) | 490 minutes |

| | |
|---|---|
| James Lang (U.S.) | 480 minutes |

**Thursday - January 12**

| | |
|---|---|
| Leif Colson (BP) | 210 minutes |
| Richard Lee (BP) | 210 minutes |
| James Lang (U.S.) | 225 minutes |

**Friday - January 13**

| | |
|---|---|
| Richard Lee (BP) | 450 minutes |
| Daniel Farr (TO) | 480 minutes |

**Saturday - January 14**

| | |
|---|---|
| Daniel Farr (TO) | 220 minutes |

Any appeal of this order must be taken by **Friday, December 16, 2011.**

New Orleans, Louisiana, this 12th day of December, 2011.

　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　**SALLY SHUSHAN**
　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**