UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § § | MDL NO. 2179  SECTION: J  JUDGE BARBIER  MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO: | | |
| Case No.: 2:10-cv-08888, [Rec. Doc. 65713]; 2:10-cv-02771 | | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to LR 83.2.11, the law firm of Colson Hicks Eidson Colson Cooper Matthews Martinez Gonzalez Kalbac & Kane, counsel for Plaintiff Fishing Adventure Charters, LLC, hereby files its Motion to Withdraw as counsel for Plaintiff Fishing Adventure Charters, LLC. In support thereof, Movants would show:

1. Plaintiff's counsel, the law firm of Colson Hicks Eidson Colson Cooper Matthews Martinez Gonzalez Kalbac & Kane has encountered irreconcilable differences with Plaintiff on issues involving the case.

2. On or about April 1, 2011, Fishing Adventure Charters, LLC retained the law firm of Colson Hicks Eidson Colson Cooper Matthews Martinez Gonzalez Kalbac & Kane, to serve as counsel with regards to its oil spill case.

3. On April 19, 2011, the undersigned filed a Short Form Joinder on behalf of Plaintiff Fishing Adventure Charters, LLC Doc #65713.

4. On September 7, 2011 the parties terminated their relationship.

5. Under the circumstances, it is requested that the law firm of Colson Hicks Eidson Colson Cooper Matthews Martinez Gonzalez Kalbac & Kane be granted leave to withdraw as counsel for Plaintiff.

6. Fishing Adventure Charters, LLC's present address is 15634 NW 14th Court, Pembroke Pines, FL 33028. Its telephone number is (786) 295-4466.

7. This motion is made in good faith and will not prejudice any party.

WHEREFORE, the law firm of Colson Hicks Eidson Colson Cooper Matthews Martinez Gonzalez Kalbac & Kane requests this Honorable Court to allow it to withdraw as counsel of record for the Plaintiff in the above captioned case.

Respectfully submitted,

COLSON HICKS EIDSON COLSON
COOPER MATTHEWS MARTINEZ
GONZALEZ KALBAC & KANE
Attorneys for Plaintiff
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
(305) 476-7400

By _____
Ervin A. Gonzalez
Florida Bar No. 500720

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that the above and foregoing Motion to Withdraw as Counsel has been filed electronically with the Clerk of Court using the CM/ECF system and served on all counsel of record through Lexis Nexis File & Serve, electronic mail, facsimile, and/or U.S. Mail. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via U.S. Mail, postage prepaid and properly addressed, on the others listed below on this 12th day of December, 2011. Pursuant to LR 83.2.11, Fishing Adventure Charters, LLC has been served by certified mail at the following address:

Pier S. Milito
Fishing Adventure Charters, LLC
15634 NW 14th Court
Pembroke Pines, FL 33028

  Fishing Adventure Charters, LLC has been made aware of all pending deadlines and court appearances by certified mail.

                COLSON HICKS EIDSON COLSON
                COOPER MATTHEWS MARTINEZ
                GONZALEZ KALBAC & KANE
                Attorneys for Plaintiff
                255 Alhambra Circle, Penthouse
                Coral Gables, Florida 33134
                (305) 476-7400

                By _____
                  Ervin A. Gonzalez
                  Florida Bar No. 500720