UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § MDL NO. 2179<br>SECTION: J<br>JUDGE BARBIER |
| | THIS DOCUMENT RELATES TO: | § § MAG. JUDGE SHUSHAN |
| | Case No.: 2:10-cv-08888, [Rec. Doc. 67895]; 2:10-cv-02771 | |

## ORDER GRANTING MOTION TO WITHDRAW

THIS CAUSE came before the Court upon the law firm of Colson Hicks Eidson Colson Cooper Matthew Martinez Gonzalez Kalbac & Kane's Motion to Withdraw. The Court having read and considered argument of counsel and being otherwise fully apprised on all premises, hereby ORDERS AND ADJUDGES as follows:

1. Colson Hicks Eidson Colson Cooper Matthews Martinez Gonzalez Kalbac & Kane's Motion to Withdraw is hereby **GRANTED**.

2. Mr. Justo Angel Morera is granted 60 days from the date of the entry of this order to retain a substitute counsel in this matter.

3. Until alternative counsel files an appearance on Plaintiff's behalf all correspondence and pleadings for the Plaintiff shall be mailed to: Justo Angel Morera, 265 West 62nd Street, Hialeah, FL 33012.

DONE AND ORDERED in Chambers, at New Orleans, Louisiana this _____ day of _____, 2011.

Honorable Carl J. Barbier
U.S. District Court Judge