Exhibit 1

Ricky Morgan Deposition

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
 3    IN RE:  OIL SPILL       )   MDL NO. 2179
      BY THE OIL RIG          )
 4    "DEEPWATER HORIZON" IN  )   SECTION "J"
      THE GULF OF MEXICO, ON  )
 5    APRIL 20, 2010          )   JUDGE BARBIER
                              )   MAG. JUDGE SHUSHAN
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20              Deposition of RICKEY LYNN
21    MORGAN, taken at Pan-American Building,
22    601 Poydras Street, 11th Floor, New Orleans,
23    Louisiana, 70130, on the 17th day of October,
24    2011.
25
```

```
 1          A.     It's a university, actually.
 2          Q.     Oh, I'm sorry, Cameron
 3   University.  What did you do after -- first
 4   of all, when did you grad- -- when did you
 5   stop taking courses at Cameron University?
 6          A.     1978, I think.
 -          Q.     And I'm smiling, 1976, because
 8   that's an important year of my life.  That's
 9   my high school graduation year.  So I
10   remember it very fondly.  What did you do
11   after 1978?
12          A.     I worked in the oil field on a
13   rig for two years.
14          Q.     What did you do at the rig?
15          A.     I was a motorman and a mud man.
16          Q.     How many years were you there?
17          A.     A year and a half, two years.
18          Q.     For what company did you work?
19          A.     McCaslin Drilling.
20          Q.     Where were they located?
21          A.     Duncan, Oklahoma.
22          Q.     And the drilling was also there?
23          A.     They were drilling all over
24   southern Oklahoma.
25          Q.     In Oklahoma.  And so that takes
```

```
     1   us roughly to 19 --

     2          A.     '80.

     3          Q.     -- 80.  Where did you go after

     4   that?

36   5          A.     I started at Halliburton in

     6   January of 1980 as a lab technician.

     7          Q.     What did you do as a lab

     8   technician in the early years?

     9          A.     We ran large-scale tests.

36  10          Q.     What type of tests?

    11          A.     We would make our own formations

    12   and pump mud into them and then cement, see

    13   how good a cement job we got.

    14          Q.     Can you tell me from 1980 to the

36  15   present the types of positions that you've

    16   held at Halliburton, including the title and

    17   description of the work?

    18          A.     I was a lab technician, Sr. lab

    19   technician, principal technologist, and now

37  20   I'm a global adviser in the Gulf cementing.

    21          Q.     Okay.  What years were you a lab

    22   technician?

    23          A.     I'd say '83, to '83.

    24          Q.     1980 to '83?

37  25          A.     That's an approximation.  I
```

1  don't know the --

2          Q.      Yeah, of course.  I don't think

3  anyone knows -- except maybe your lawyer he

4  remembers everything.

5          MR. BOWMAN:  Not really.

6          Q.      (BY MR. GONZALEZ)  Then roughly

7  when you became a senior lab technician

8  roughly in 1983 how did your duties and

9  obligations at Halliburton change?

10         A.      They didn't change.

11         Q.      You just had to supervise

12  others?

13         A.      No.  I did essentially the same

14  job.

15         Q.      Okay.  And how long were you a

16  senior lab technician?

17         A.      Until approximately '92 or so.

18         Q.      So about nine years or so?

19         A.      Yeah.

20         Q.      Then roughly in 1992, more or

21  less, you became a -- a principal

22  technologist?

23         A.      Yes, sir.

24         Q.      Tell us what that means.

25         A.      You can run projects on -- on

1   mean any capacity.

2          A.    I didn't know there was a

3   Macondo.

4          Q.    Okay.  So not even a casual

40  5   connection?

6          A.    No, sir.

7          Q.    Nothing?

8          A.    None at all.

9          Q.    Okay.  The reason I said it so

40 10   many times because I have to be very

11   specific.  That's the way lawyers talk.  If

12   we don't ask the question the right way, then

13   later someone could interpret that it wasn't

14   clear, ambiguous, and that you actually did

40 15   know; and it was my fault because I didn't

16   ask it the right way.  So I do apologize if I

17   sound like I'm repeating myself.

18          A.    That's all right.

19          Q.    So you first found out about the

41 20   Macondo well 252 project involving the

21   Deepwater Horizon rig when?

22          A.    I saw on the news that there was

23   a problem, and I didn't know Halliburton was

24   on it or not.

41 25          Q.    At what point did you become

15

1  aware that Halliburton was on that project?

2        A.    I think there was an e-mail came

3  out several days later that said Halliburton

4  was on the rig and no one was hurt.

41  5        Q.    No one from Halliburton?

6        A.    Yeah.

7        Q.    So when did you become involved

8  with the project in any capacity?

9        A.    When Ronnie Faul called me.

41 10        Q.    Tell us who Ronnie Faul is.

11        A.    He -- as far as I know, he's

12  the -- kind of the supervisor down on the

13  Gulf Coast over the technology engineers?

14        Q.    Is he an engineer?

42 15        A.    I have no idea what his

16  education is.

17        Q.    In the -- this is now 2010 when

18  he's contacting you, right?

19        A.    Yes, sir.

42 20        Q.    How much after the April 20th

21  explosion did he call you?

22        A.    He called me twice, I think.

23        Q.    And roughly how many weeks after

24  or days after?

42 25        A.    Roughly two weeks, two to four

1    weeks.

2         Q.    So towards the end of April, or

3    beginning of May?

4         A.    Yes, sir.

5         Q.    And that would be 2010?

6         A.    Yes, sir.

7         Q.    Where were you working at that

8    time?

9         A.    I was principal technologist in

10   the cementing, materials, and maintenance

11   group.

12        Q.    And the location?

13        A.    Duncan.

14        Q.    Oklahoma?

15        A.    Yes, sir.

16        Q.    What did Ronnie Faul want you to

17   do?

18        A.    He asked me to take a look at

19   the Macondo slurry.

20        Q.    What aspect of it?

21        A.    He didn't say.  He said, just

22   take a look at it.

23        Q.    Tell us what slurry means.

24        A.    Slurry is the wetted cement

25   mixed together.  Cemented mixed with the

*17*

```
 1   water.
 2           Q.    Now, I'm going to ask you to go
 3   back in time roughly to the time that
 4   Mr. Faul -- did he call you, or did he send
 5   you a text message?
 6           A.    Called.  Called.
 7           Q.    Or an e-mail?
 8           A.    Called.
 9           Q.    Okay.  In the old days we could
10   just say that he called you.  Now we have
11   five different ways he could contact you.
12           A.    Exactly.
13           Q.    And what -- to the best of your
14   knowledge, tell me everything you can
15   remember about that first conversation.
16           A.    He just asked me to take a look
17   at the slurry and give him my opinion of it.
18           Q.    Did you ask him any questions as
19   to what he meant or what the scope was?
20           A.    No.
21           Q.    So he -- he said, Mr. Morgan, I
22   want you to look at the slurry used on the
23   Macondo well 252?
24           A.    (Nodding head.)
25           Q.    "Yes"?
```

```
 1          A.     Yes.
 2          Q.     And then you said?
 3          A.     Okay.
 4          Q.     And what did -- what did you do?
 5          A.     I got the slurry sheet, and I
 6    went and mixed the slurry up.
 7          Q.     Where did you find the slurry
 8    sheet?
 9          A.     I got it from Brian Wall.
10          Q.     Who is he?
11          A.     He is a princ- -- I don't know
12    what his exact title is.  He's a technician
13    that works there at Halliburton in Duncan.
14          Q.     And what's on the slurry sheet?
15          A.     The recipe for the slurry.
16          Q.     So the exact -- is it the exact
17    slurry recipe that was used for the Macondo
18    well 252?
19          A.     I have no idea if it was.
20          Q.     Why did you pick that slurry
21    sheet?
22          A.     That's what was on Viking, where
23    they keep track of what the slurry designs
24    are.
25          Q.     Viking is a system where you
```

1    keep a log of the type of slurry designs that

2    are used in different projects --

3          A.    Yes, sir.

4          Q.    -- is that right?  And for the

5    5  Macondo well 252 you picked the slurry sheet

6    that you felt in the Viking system would be

7    the one that was used in the Macondo well

8    252; is that right?

9          A.    No.  I got the slurry sheet from

5   10  Brian.

11         Q.    Okay.  And Brian was -- here's

12   my question:  You're trying to figure out the

13   slurry -- look at the slurry that was used in

14   the Macondo well 252, right?

15  15         A.    Yes, sir.

16         Q.    So it's important that you pick

17   the right recipe?

18         A.    Yes, sir.

19         Q.    So how -- what assurances did

45  20  you have that made you feel comfortable,

21   okay, I'm checking the right slurry?

22         A.    That was the slurry Brian was

23   using, as far as mixing his test -- he was in

24   the field service.

45  25         Q.    Okay.  And Brian was also

9_C

 1   testing the slurry for the Macondo 252?

 2          A.    Yes, sir.

 3          Q.    So you felt fairly comfortable

 4   that it was the right slurry recipe?

46  5          A.    Yes, sir.

 6          Q.    Was it a foam slurry?

 7          A.    Yes, sir.

 8          Q.    How would you describe that

 9   slurry?

46 10          MR. BOWMAN:  Object to the form.

11          THE WITNESS:  What did you say?

12          Q.    (BY MR. GONZALEZ)  Oh, he

13   objected to protect the legal record.

14          MR. BOWMAN:  I objected to form, but

46 15   you can go ahead and answer the question,

16   unless I instruct you not to.  I have to make

17   objections for the legal record.

18          THE WITNESS:  Okay.

19          MR. GONZALEZ:  Otherwise, he doesn't

46 20   get paid.

21          MR. BOWMAN:  Right.  That's very

22   important.

23          A.    When I mixed it up it looked

24   thin to me.

46 25          Q.    (BY MR. GONZALEZ)  And what does

2 /

```
 1   that mean?
 2         A.     It was not as viscous as I was
 3   expecting it to be.
 4         Q.     And why is viscosity important?
 5         A.     Viscosity determines how easy a
 6   slurry is to pump.  It -- it determines how
 7   stable a slurry is once it's pumped and
 8   mixed.
 9         Q.     So the thinner the slurry, the
10   less likely that it will be stable?
11         MR. BOWMAN:  Objection; form.
12         A.     Not -- not necessarily.
13         Q.     (BY MR. GONZALEZ)  But
14   generally, right?
15         A.     I was mixing it on surface.
16         Q.     Right.
17         A.     Not necessarily.  It depends on
18   what's in the slurry, how stable it is
19   downhole.
20         Q.     Right.  But when you're looking
21   at it, you expected it to be thicker, not
22   th- -- not as thin?
23         A.     I expected it to be thicker, yes
24   sir.
25         Q.     Right.  And if it were thicker,
```

22

```
 1   that would tell you greater chances of
 2   stability?
 3            A.    Generally, but not necessary, we
 4   have additives in there that don't react
47  5   until it gets downhole so...
 6            Q.    I understand.  But as an
 7   experienced person, it was something that you
 8   felt was noteworthy?
 9            A.    Yes, sir.
48 10            Q.    And you reported it?
11            A.    No, sir.
12            Q.    You didn't tell it to anyone?
13            A.    I didn't record it.  I told it
14   to Ronnie Faul.
48 15            Q.    Right, you told it to Ronnie.
16   On the phone?
17            A.    Yes, sir.
18            Q.    Now, did Ronnie tell you not to
19   write it down?
48 20            A.    No, sir.
21            Q.    You just chose not to?
22            A.    Yes, sir.
23            Q.    And was that because you were
24   concerned that it might be considered
48 25   something that could be used in litigation
```

23

```
 1   against the company down the road?
 2         A.    No, sir.  He was asking for my
 3   opinion, and I gave him my opinion.  I didn't
 4   want to put anything on an e-mail that could
48  5   be twisted, and turned, just like we were
 6   talking about earlier.
 7         Q.    Okay.  So tell me exactly what
 8   you remember telling Ronnie about the
 9   third -- slurry being thinner than you
48 10   thought it would be.
11         A.    That's exactly what I told him.
12         Q.    Well, give me your words.
13         A.    Oh.
14         Q.    Those are mine.
48 15         A.    I told him that I thought the
16   slurry was thin.
17         Q.    What did he say?
18         A.    He said okay put it in an
19   e-mail.
48 20         Q.    Did you?
21         A.    No.
22         Q.    Why?
23         A.    Same reason we just discussed.
24         Q.    You didn't want your words
49 25   turned around -- down the road?
```

```
 1        A.      Twisted, exactly, taken out of
 2   context.
 3        Q.      What did you mean when you said
 4   the -- what were you intending to explain to
 5   Ronnie when you said the slurry was thin?
 6        A.      The slurry was thinner than
 7   I'm -- than I normally see for a foam slurry
 8   is what I -- what I was expressing to him.
 9   What I would normally expect, put it that
10   way.
11        Q.      Now, we don't have the benefit
12   of your experience and work in the lab.  So
13   can you take us there and show us with --
14   through your words on how you would get the
15   slurry sheet, prepare the mixture, do what
16   you do in order to reach whatever opinions or
17   conclusions you reached.
18        MR. BOWMAN:  Just answer every
19   question, unless I tell you not to.
20        A.      Okay.  Get the slurry sheet.
21   You weigh up all the dry materials and blend
22   it together, shake it up in a blender -- I
23   mean, in a dry container.  You take the
24   water, weigh it up in a, in this case a
25   2-quart blender, because you have to have a
```

*q |*

```
 1   job?
 2        A.    No, ma'am.
 3        Q.    Okay.  I'd like to go back to
 4   one thing that you mentioned in your training
 5   earlier this morning.  I think you mentioned
 6   at some point that you went to a mud school;
 7   is that right?
 8        A.    Yes, ma'am.
 9        Q.    And can you tell me
10   approximately when you went to that mud
11   school?
12        A.    I would say late '80s.  It was
13   the Baroid mud school in Houston, Texas.
14        Q.    And about how long was that
15   course?
16        A.    One week.
17        Q.    And what were the topics covered
18   in that course?
19        A.    General basics of mud design and
20   testing.
21        Q.    Okay.  So it went to sort of the
22   properties of the muds that you'd be working
23   with?
24        A.    Yes, ma'am.
25        Q.    Was there anything involved with
```

1   mud logging or anything --

2          A.    No ma'am.

3          Q.    Do you have any experience with

4   mud logging or monitoring a well during a

5   cement job?

6          A.    No, ma'am.

7          Q.    Okay.  I'll turn now to the --

8   the testing that you did that Mr. Faul asked

9   you to perform.  Did you call that a cement

10  mixing test?  I can't remember the exact word

11  you used.

12         A.    Yes, ma'am.

13         Q.    Now, you mentioned that you

14  got -- to do this cement mixing test, you got

15  the slurry recipe from Mr. Brian Wall?

16         A.    Yes, ma'am.

17         Q.    And he was a lab tech in the

18  Duncan facility?

19         A.    Yes, ma'am.

20         Q.    And you got it off one of the --

21  and he provided you with a cement weigh-up

22  sheet from Viking?

23         A.    Yes, ma'am.

24         Q.    And that was how you figured out

25  the slurry recipe?

1    A.    Yes, ma'am.

2        Q.    When you first saw the recipe

3    for the slurry, did you understand it was the

4    one pumped for the Macondo well production

23   5    casing?

6        A.    Yes, ma'am.

7        Q.    And did you notice anything odd

8    or concerning about the slurry recipe when

9    you saw the ingredients that went into it?

24   10       A.    No, ma'am.

11       Q.    Did you notice that the

12   D-Air 3000 was in the slurry recipe?

13       A.    Not until I started weighing it.

14       Q.    But you do understand the

24   15   D-Air 3000 is a defoamer?

16       A.    Yes, ma'am.

17       Q.    Did you notice that SCR-100L was

18   the retarder that was used in that slurry

19   formulation?

24   20       A.    When I started weighing it, yes,

21   ma'am.

22       Q.    And you understand the SCR-100L

23   to be a disburser?

24       A.    It can be.

24   25       Q.    And what do you mean "it can

a 4

```
 1  be"?
 2         A.    Certain situations I've seen it
 3  actually seen it gel a slurry some when you
 4  go static.
14 5         Q.    Can you first give me a little
 6  bit more detail on that?  What kind of
 7  situations would that happen?
 8         A.    SCR-100L or SCR-100 helps you
 9  build strength quicker than most retarders we
15 10 have.
11         Q.    Let me stop you for one second,
12  because you said something that I'd like to
13  know.  SCR-100 and SCR-100L, are those the
14  same chemical formulations?
25 15        A.    One's liquid and one's powder
16  form.
17         Q.    Okay.  But other than that
18  they're the same composition?
19         A.    Yes, ma'am.
25 20        Q.    Okay.  Sorry to interrupt.
21  Please go on.
22         A.    In certain slurries it can
23  actually help with gelation a little bit, but
24  it does act as a dispersants as well
25 25 sometimes.
```

```
 1    right?
 2           A.      Exactly, yes, ma'am.
 3           Q.      But regardless of the hole
 4    conditions, you still need a slurry that has
 5    a rheology that'll enable it to foam properly
 6    in order to achieve the job; would you agree
 7    with that?
 8           A.      Yes, ma'am.
 9           Q.      And did you believe, based upon
10    what you saw, about the slurry that you
11    mixed, that it would be able to foam
12    properly?
13           A.      It did foam properly, yes,
14    ma'am.
15           Q.      It did foam properly.  I'm
16    sorry, I missed that.  I didn't catch that
17    you foamed it.  So after you mixed the
18    slurry, you made the observation that it was
19    thinner than you were expecting to see, but
20    then you foamed it?
21           A.      Yes, ma'am.
22           Q.      And you were able to
23    successfully foam it?
24           A.      Yes, ma'am.
25           Q.      Did you see any signs of gas
```

```
 1  Mr. Faul and tell him that the slurry looked
 2  thin?
 3          A.    Yes, ma'am.
 4          Q.    And you felt that was something
 5  important to bring to his attention even
 6  though the slurry foamed?
 7          A.    Yes, ma'am.
 8          Q.    Now, on the second run that you
 9  did -- oh, let me back up one second.
10               And you mentioned before that
11  the first time you ran this test you didn't
12  condition the slurry; is that right?
13          A.    Yes, ma'am.
14          Q.    Why didn't you condition it?
15          A.    Normally, we don't. And he --
16  it wasn't a formal request of any kind, so I
17  just mixed it up and gave him my opinion.
18          Q.    And when you say "normally" you
19  don't condition it, are there -- is it just
20  in general the lab testing doesn't --
21          A.    If it's asked for, we do.
22          Q.    But it's typically not asked
23  for?
24          A.    Well, you got to realize, we're
25  doing research and -- we're not doing field
```

1   work.  I don't know if it is in the field or
2   not.
3           Q.      But in your research did you
4   find that people requested it frequently?
31   5           A.      Well, not in the research part
6   of it.
7           Q.      Okay.  And, now, the second
8   slurry that you foamed -- oh, well, first,
9   let me confirm, you didn't -- did you take
31  10   down any notes about the slurry?
11          A.      No, ma'am.
12          Q.      You didn't take any pictures?
13          A.      No, ma'am.
14          Q.      And then you said you dumped out
31  15   the sample?
16          A.      Yes, ma'am.
17          Q.      And you mentioned that the
18   reason that you didn't document the test and
19   you threw out the sample was because you were
31  20   worried about it being misinterpreted in the
21   litigation?
22          A.      Yes, that's part of the reason
23   yes, ma'am.
24          Q.      Now, for the second test you
31  25   mentioned that the -- before you ran this

102

```
 1   test you talked to Mr. Quirk?
 2          A.    Yes, ma'am.
 3          Q.    And he told you that the for the
 4   testing he had done in his facility, in the
 5   Broussard facility, that he had conditioned
 6   the slurry prior to his testing?
 7          A.    Yes, ma'am.
 8          Q.    Did he tell you what testing he
 9   was doing?
10          A.    No, ma'am.
11          Q.    So he didn't tell you any
12   results or anything like that, either?
13          A.    No, ma'am.
14          Q.    And so based on what Mr. Quirk
15   said, you also conditioned the slurry and
16   reran the test; is that right?
17          A.    Yes, ma'am, yes.
18          Q.    How long did you condition the
19   slurry?
20          A.    It's two or three hours.  I
21   don't know exactly.
22          Q.    And do you remember how you
23   determined that?
24          A.    It was on the Viking sheet, I
25   think, on the back page somewhere.
```

(10 3)

```
 1          Q.      So just when they were doing the
 2    testing for the job, that's how long they
 3    conditioned the slurry?
 4          A.      I would assume.
 5          Q.      And so you were just trying to
 6    match what they did?
 7          A.      Yes, ma'am.
 8          Q.      And do you remember the
 9    temperature that you conditioned at?
10          A.      134 or 135.  I don't remember
11    exactly.
12          Q.      And why did you condition at
13    that temperature?
14          A.      That was the circulating
15    temperature of the well.
16          Q.      And why would you condition a
17    slurry at the circulating temperature?
18          A.      Because that is the ultimate
19    temperature that the slurry will see
20    downhole.
21          Q.      Do you have any understanding of
22    whether the testing performed on the slurry
23    prior to the incident was conditioned at that
24    same temperature?
25          A.      I don't know.
```

$10^{2}$

1        Q.      But just based on your

2    experience and all your years in the lab, you

3    knew that that was the appropriate

4    temperature to conditioned at?

5              A.      Yes, it was on the Viking sheet.

6              Q.      Oh, it was on the Viking sheet?

7              A.      Yeah, the bottom hole

8    circulating temperature.

9              Q.      Okay, let me just clarify that

10   one second, because I think there is a small

11   difference here.  You saw on the Viking sheet

12   that the bottom hole circulating temperature

13   was 135; is that right?

14             A.      Yes, ma'am.

15             Q.      You didn't see on the Viking

16   sheet that they conditioned at 135?

17             A.      Right.

18             Q.      Okay.  Thank you.  And then even

19   after you conditioned the slurry for two to

20   three hours at 135, it still looked the same

21   as the first test; is that right?

22             A.      The viscosity was, yes, ma'am.

23             Q.      So it was still thinner than you

24   would expect for a foam slurry?

25             A.      Yes, ma'am.

105

```
 1        Q.      Now, did you notice any other
 2   differences after you conditioned the slurry?
 3        A.      No, ma'am.
 4        Q.      And do you know -- and same with
34 5   this test result, you just called and told
 6   Mr. Faul; is that right?
 7        A.      Yes, ma'am.
 8        Q.      There is no documentation or
 9   pictures or anything like that of it?
34 10       A.      No, ma'am.
11        Q.      And you also threw away the
12   slurry sample?
13        A.      No.  I actually poured the
14   sample into a -- a cylinder and ran a test
34 15   there.
16        Q.      And what test did you run for
17   the second one?
18        A.      I poured it in a 250 milliliter
19   cylinder that is about an inch and a half in
35 20   diameter and 1 foot tall.  I set it in a
21   134-degree water bath for an hour and a half
22   to two hours, and then I observed what the
23   slurry looked like.
24        Q.      So pretty much like the API
35 25   onset foam slurry test?
```

1       A.    Close to it, yeah.

2       Q.    Why did you set the slurry up in

3  a 135-degree water bath?

4       A.    That is what most of the

5  customers are asking for now.  Used to we

6  just set them on the countertop at room

7  temperature.  But most customers want to have

8  the slurry at whatever circulating

9  temperature is now.

10       Q.    And is that, again, to try to

11  simulate the downhole conditions?

12       A.    Yes, ma'am.

13       Q.    Have you ever seen any

14  circumstances where somebody would set the

15  slurry sample in a temperature that was

16  higher than bottom hole circulating

17  temperature?

18       A.    I haven't, but it could -- if

19  it's requested, it could happen.

20       Q.    But if it was done that way,

21  would it simulate the conditions that the

22  slurry would experience when it's first

23  placed; is that right?

24       A.    It would be more like bottom

25  hole static temperature, yes, ma'am.

1   viscosifier, just to highlighted it.

2        Q.     And your handwriting on the

3   other page that you were asked about, that

4   the PV 84 and the YP-0, you told us how you

15  5   arrived at that, right?

6        A.     Yes, sir.

7        Q.     And you said the YP -- the yield

8   point of zero is equivalent to water in terms

9   of viscosity?

15 10        A.     Yes, sir.

11        Q.     Somebody who's -- doesn't

12  have -- have your background or know about

13  rheology of cements, would they be able to

14  look at this and tell that that's -- without

15 15  your handwriting, that that's a problem here?

16        MR. BOWMAN:  Objection; form.

17        A.     If they didn't know how to -- if

18  they didn't know what they was looking for,

19  no.

15 20        Q.     (BY MR. FLEMING)   And at

21  least -- and you said this -- this applied --

22  or was done only as to the base slurry?

23        A.     Yes, sir, yes, unfoamed slurry.

24        Q.     Why would the crushed

15 25  compressive strength test here, if you know,

*18 C*

```
 1   be done just as to the unfoamed slurry and
 2   not the foam slurry?
 3        A.    Typically, that's how
 4   Halliburton does it.
 5        Q.    But a yield point of zero, at
 6   least as to the base slurry, indicates a
 7   significant risk of instability, right?
 8        MR. BOWMAN:  Objection; form.
 9        A.    Well, you've got to realize that
10   the SA-541 doesn't kick in until it gets some
11   temperature on it, so...
12        Q.    (BY MR. FLEMING)  You reported
13   to -- to Mr. Faul that -- after you did the
14   initial batch that you -- you saw it as thin,
15   right?
16        A.    Yes, sir.
17        Q.    Did you tell him you saw any
18   settling?
19        A.    No, sir.
20        Q.    Did you see any settling?
21        A.    No, sir.
22        Q.    And did you regard both the base
23   slurry and the foam slurry as thin?
24        A.    Yes, sir.
25        Q.    The -- the first slurry, you
```

1  prepared the base slurry, you foamed it, you

2  saw it was thin, and you dumped it out,

3  right?

4          A.     Yes, sir.

5          Q.     The second slurry you did after

6  you talked to Mr. Quirk --

7          A.     Yes, sir.

8          Q.     -- about the condition?  You

9  conditioned the base slurry this time for

10 three hours?

11         A.     Yes, sir.

12         Q.     All right.  And then you did the

13 test you described?

14         A.     Yes, sir.

15         Q.     When -- in a non-slurry job --

16 excuse me, a non-foam job, straight cement is

17 being used, is not foamed, there is, in

18 effect, some conditioning as the cement is

19 pumped down the casing, right?

20         A.     Yes, sir, viscosity particularly

21 goes -- gets -- it decreases, yes, sir.

22         Q.     Because, in essence, the cement,

23 the slurry is being stirred as it moves down?

24         A.     Yes, sir.

25         Q.     And so in that situation, in a

1   doing separate tests?

2           A.      Yes, sir.

3           Q.      Are they at Duncan or -- or

4   Broussard?

21   5          A.      Duncan.

6           Q.      At Duncan?

7           A.      Yes, sir.

8           Q.      And was there any further

9   conversation among you about the fact that

21   10  this was the mix used at the Macondo well and

11  all three of you found it to be thin?

12          A.      No, sir.  It was just all said

13  it looked thin to us.

14          Q.      And you were never asked to

22   15  determine what went wrong with the cement job

16  at Macondo?

17          A.      No, sir.

18          Q.      Will you agree something went

19  wrong with the cement job at Macondo?

22   20          MR. BOWMAN:  Objection; form.

21          MS. YANG:  Objection; form.

22          A.      No, sir, I don't -- I don't

23  know.  I wasn't there.

24          Q.      (BY MR. FLEMING)  Based on your

22   25  work in replicating the slurry used, would

1  you agree at least that it is possible that

2  instability of the foam cement was a

3  contributing cause?

4          MR. BOWMAN: Objection; form.

18  5        A.    I don't know if it was unstable

6  or not once it got placed.

7          Q.    (BY MR. FLEMING) But you can't

8  rule out instability of cement based on what

9  you saw, right?

12 10         MR. BOWMAN: Objection; form.

11         A.    Yes, sir.

12          Q.    (BY MR. FLEMING) Any changes in

13  Halliburton testing procedures since Macondo,

14  that you're aware?

22 15         A.    No, sir.

16          Q.    When you mixed that a slurry at

17  Mr. Faul's request and knew it was the recipe

18  used at Macondo and you found it to be thin,

19  was that sort of an "oh, my gosh" moment for

23 20  you?

21          A.    It was something that I wasn't

22  expecting to see, so I thought I should call

23  him right back and let him know what I

24  thought, you know, I just -- I was expecting

23 25  it to be thicker than it was.  But I didn't

188

```
 1   know what well parameters they had, they were
 2   designing for.
 3            MR. FLEMING:  All right.  That's all we
 4   have.  Thank you.
13   5            MR. BOWMAN:  Thank you.
 6            THE WITNESS:  Thank you.
 7            THE VIDEOGRAPHER:  Time is 1:23 p.m.
 8   We're off the record.
 9            (Recess from 1:23 p.m. to 1:25 p.m.)
15  10            THE VIDEOGRAPHER:  Time is 1:25 p.m.
11   We're back on the record.
12                 E X A M I N A T I O N
13   BY MR. GUIDRY:
14       Q.    Mr. Morgan, my name is Robert
25  15   Guidry, and I along with my colleague here
16   Mark Best represent Anadarko.
17       A.    Okay.
18       Q.    I don't have a whole lot of
19   time, so I'll get right to it.
25  20       A.    Okay.
21       Q.    Did you ever communicate with
22   anyone from Anadarko regarding the Macondo
23   well or any issue at all about the Macondo
24   cementing process or testing you performed?
25  25       A.    No, sir.
```

189

1          Q.     Are you aware of anyone else
2     from Halliburton communicating with Anadarko
3     about any decision regarding the Macondo
4     cementing process or lab testing?
5          A.     No, sir.
6          Q.     Are you aware of any lab test
7     conducted on any cement slurry for purposes
8     of the Macondo well being transmitted to
9     Anadarko at any point in time prior to
10    April 20, 2010?
11         A.     No, sir.
12         Q.     Are you aware of any lab tests
13    conducted after April 20, 2010 on
14    representative cement slurries for the
15    Macondo well being transmitted to Anadarko?
16         A.     No, sir.
17         Q.     Do you have any information
18    leading you to believe that Anadarko had any
19    involvement in the -- the design, testing, or
20    development of the cement program used on the
21    Macondo well?
22         A.     No, sir.
23         Q.     I'd like to ask you a couple
24    questions about the mixing test.
25         A.     Yes, sir.