Exhibit 2

Timothy Quirk Deposition

1     UNITED STATES DISTRICT COURT
      EASTERN DISTRICT OF LOUISIANA

2

  IN RE: OIL SPILL  MDL NO. 2179
3 BY THE OIL RIG
  "DEEPWATER HORIZON" SECTION: J
4 IN THE GULF OF
  MEXICO, ON APRIL  JUDGE BARBIER
5 20, 2010     MAG. JUDGE SHUSHAN

6

7

8



14

15

     Videotaped deposition of **TIMOTHY**
16 L. **QUIRK**, 202 Founder Street, Lafayette,
  Louisiana 70508, taken in the Pan American
17 Life Center, Bayou Room, 11th Floor, 601
  Poydras Street, New Orleans, Louisiana
18 70130, on Monday, March 21, 2011.

19 **APPEARANCES**:

20 ON BEHALF OF THE PLAINTIFFS
  STEERING COMMITTEE
21

22

23 CUNNINGHAM BOUNDS, LLC
  By: Robert T. Cunningham, Esquire
24 1601 Dauphin Street
  Mobile, Alabama 36604
25

1    at that I was looking at the -- the testing

2    performed in April.

3    BY MR. PALMINTIER:

4         Q.    Understood.  Did you eventually

5    go back before April?

6         A.    Yes.

7         Q.    Okay.  All right.  If I

8    understood your testimony correctly, you

9    are saying that on your own, without any

10   instruction from your supervisors, you

11   looked at these materials you just

12   described to me, correct?

13        A.    I think that's a correct

14   statement.

15        Q.    Do you recall having gotten a

16   directive from your immediate supervisor or

17   anyone higher up to begin to look at slurry

18   design and testing results and -- and other

19   aspects of this project?

20        A.    You -- specifically just

21   evaluating the slurry design?

22        Q.    I understand.  Let me -- let me

23   make it simpler.  Do you recall having

24   gotten a directive from above saying we

25   want you to look at this cement job because

$8$ $9$

1   of this blowout?

2        A.   Yes.

3        Q.   Who contacted you?

4        A.   Ronnie Faul.

5        Q.   Okay.  And what did Mr. Faul

6   say?

7        A.   He just asked me to -- to foam

8   the, you know, foam the slurry and -- and

9   take a look at using lab stock additives.

10  And --

11       Q.   And did he give you a reason why

12  he wanted you to foam the slurry using lab

13  stock additives?

14       A.   He said that -- that they had

15  performed a test in -- in Duncan, Oklahoma

16  and that he wanted me to mix the slurry up

17  and see if, you know, see how it compared

18  to what they were seeing up there.

19       Q.   Okay.

20       A.   Mix it and -- and perform

21  stability.  This was, you know, a foam

22  stability test and looking at different

23  concentrations of mud contamination with

24  the -- and the effects on cement --

25       Q.   Okay.  All right.

1          A.    Using lab stock additives.
2          Q.    Understood.  Do you recall when
3    Mr. Faul communicated that request to you?
4          A.    I don't remember the exact date.
5    I would -- I would estimate maybe a few
6    weeks after April 20th.
7          Q.    Okay.  Now, who -- who did the
8    testing to which Mr. Faul referred up in
9    Duncan, Oklahoma?
10         A.    I don't know who actually
11   performed the tests.  I'm trying to think
12   of the gentleman's name.  His name -- I
13   don't work very much with these guys.  I
14   just can't -- I can't recall his name right
15   now.
16         Q.    That's okay.
17         A.    If I would see his name I could
18   confirm it.  I just can't think of his name
19   right now.
20         Q.    But is the Duncan, Oklahoma,
21   another -- that location, is it another
22   Halliburton lab?
23         A.    Yes.  Yes.
24         Q.    All right.  And you from time to
25   time through the years you have --

1  conclusions, I don't know what you are

2  referring to, but I mean, I looked at the

3  data.  I looked at the information that was

4  obtained.

5      Q.    Did the test results that you

6  saw demonstrate the likelihood of

7  instability of the cement?

8      A.    The test results that -- what

9  I -- what I looked at, I did not, in my

10 opinion, I did not feel the slurry was --

11 was unstable.

12     Q.    Oh, there's that word, you see,

13 opinion.  And that's what I was looking

14 for.  So you -- there -- you do have an

15 opinion based on the test results that you

16 looked at, correct?

17     A.    On the test results, right.

18     Q.    I understand.

19     A.    Not the well conditions.

20     Q.    Okay.  So we're just limited --

21 limiting our discussion to lab results,

22 correct?

23     A.    That -- that's correct.

24     Q.    Now, later we'll talk about the

25 specific results.  But suffice it to say

122

```
 1    that both of these tests that you ran, you
 2    believe in terms of the lab results did not
 3    demonstrate a high likelihood of
 4    instability; is that your testimony?
 5         A.    Well, in my opinion it -- it
 6    looked like the -- when I observed the
 7    specimen, the specimen appeared to be
 8    stable in my opinion.
 9         Q.    Okay.  Did you do the -- do a
10    foam slurry test as --
11         A.    Yes, foam.  And --
12         Q.    Okay.  And you used the PVC
13    method that you described earlier?
14         A.    Yes, used the PVC.  I did use
15    the PVC method.
16         Q.    Did you yourself actually remove
17    the sample after solidification and slice
18    it?
19         A.    Yes, I was -- I was -- I was
20    doing -- I was taking part in that.  I -- I
21    feel like I -- if my memory serves me
22    correctly, I think I went through the
23    process of cutting the sections.  We had
24    the PVC piping.  We also had a -- I poured
25    also in a cylinder to evaluate just using
```

1    -- not -- not a method that's actually a

2    practice or a work method.  It's just a --

3    a different way of evaluating it.  So I

4    ran -- I ran two tests actually.

5        Q.    Okay.  And you made the slices

6    and so forth yourself?

7        A.    Yes, I'm pretty sure I did.

8        MR. PALMINTIER:

9                Okay.  We are going to take

10   a break now.

11       VIDEOGRAPHER:

12               We're going off the record

13   at 10:39.  This is the end of tape two.

14           (A SHORT BREAK WAS TAKEN.)

15       VIDEOGRAPHER:

16               We're back on the record at

17   10:51.  This is the beginning of tape

18   three.

19   BY MR. PALMINTIER:

20       Q.    Mr. Quirk, we're back.  Before

21   we left you had mentioned tests that were

22   run in Duncan, Oklahoma.  And as I

23   understand it, that used to be sort of a

24   major headquarters for Halliburton.  It may

25   not be anymore, but the assumption that I

124

1    make is that they must have a big lab
2    facility still up there.  Am I correct
3    about that?
4         A.    Yes.  Yes, they do.
5         Q.    All right.  Now, you also were
6    kind enough to explain that you were asked
7    to do a similar test that they had run,
8    correct?
9         A.    Uh-huh.  Right.
10        Q.    And I'm interested in their
11   results.  Do you know what their results
12   were?
13        A.    I do not know.
14        Q.    Were you provided with their
15   results or was this a totally blind study
16   on your part?
17        A.    I was not provided with their
18   test results.
19        Q.    Okay.  Were you told by the
20   individual who asked you to do this work
21   that their results were -- demonstrated a
22   likelihood of instability?
23        A.    Upon mixing, upon mixing the
24   slurry in a static state, that they had
25   noted settling when they -- when they mixed

125

```
 1    the slurry.  Beyond that, I don't have
 2    any -- any test -- I don't have any test
 3    results.
 4         Q.    Understood.  So you were asked
 5    to run it again by whom?  Who asked you?
 6         A.    Ronnie Faul.
 7         Q.    Okay.  All right.  Now, did he
 8    give you any instructions about how to run
 9    the test; in other words, what method to
10    use?
11         A.    From what I can recall, he just
12    asked me to repeat the test that we
13    performed, the way we tested it prior to
14    April 20.
15         Q.    Okay.
16         A.    For the -- for the stability
17    test.
18         Q.    For the stability?
19         A.    Right.
20         Q.    Okay.  And is it your
21    understanding as you sit here today that
22    that's what they did in Duncan?
23         A.    I don't know what they did in
24    Duncan.  I really don't.
25         Q.    Okay.  And you have not been
```

126

1    shown those results since the time you
2    performed your testing in response to
3    Mr. Faul's request?  You haven't been shown
4    the Duncan results in order to compare them
5    with your own?
6         A.    I have not viewed the Duncan
7    test results.
8         Q.    All you were -- all you received
9    was a comment from Mr. Faul that they had
10   had some difficulty in their tests?
11        MR. BOWMAN:
12               Objection, form.
13        MR. PALMINTIER:
14               That's a good form
15   objection.
16   BY MR. PALMINTIER:
17        Q.    Anyway, you had previously
18   testified that they had noticed a -- a
19   problem that could lead to the conclusion
20   of the likelihood of instability, correct?
21        MR.  BOWMAN:
22               Objection, form.
23        THE WITNESS:
24               Upon mixing, just in a
25   static state after mixing, is what I

127

1   recall.

2   BY MR. PALMINTIER:

3       Q.   Upon mixing.  I'm sorry.  I

4   don't understand that.

5       A.   Foam the slurry and evaluate the

6   slurry after -- leave the slurry in static

7   conditions after mixing it is what I recall

8   the conversation being about, and that they

9   were noting settling problems where they

10  just mixed it and then left it sitting

11  static.

12      Q.   Now, just for my purposes,

13  explain to a layperson the settling that

14  you're talking about in a -- in a foam

15  slurry.  Are you talking about a polarizing

16  of the bubbles or are you talking about a

17  movement of solids in the --

18      A.   A movement of solids down

19  towards -- sedimentation.

20      Q.   Sedimentation.  Okay.

21  Understood.  When Mr. Faul communicated

22  with you, do you recall whether or not it

23  was in an e-mail; that is, for the -- for

24  the request that you run this follow-up

25  test?

128

1          A.     He called me.
2          Q.     Okay.  Now, do you remember how
3     you got those results to him?
4          A.     Telephone.
5          Q.     By telephone.  Do you remember
6     whether or not you gave him a written
7     report?
8          A.     I did not give him a written
9     report.
10         Q.     All right.  Why not?
11         A.     He didn't request a written
12    report.
13         Q.     But isn't it routine and
14    universal that a report is produced when
15    you do a -- a test such as you performed?
16         A.     It -- it -- that's usually the
17    case.
18         Q.     All right.  Did he instruct you
19    not to produce a report, sir?
20         A.     That's -- he instructed me,
21    that's right, he did -- he did not want a
22    report.
23         Q.     Okay.  And did you ask him why
24    no report?
25         A.     I did not ask him why.

```
 1            Q.    All right.  If I understand your
 2    testimony today, we have to rely on your
 3    memory of what you saw because you didn't
 4    produce a report, correct?
 5            A.    That's correct.
 6            Q.    Let's talk about what you saw.
 7    You had a -- you -- you have been candid
 8    with us, you did two tests.
 9            A.    Uh-huh.
10            Q.    You used one of maybe an
11    industry-acceptable canister and the other
12    the PVC that you used in your lab
13    routinely, correct?
14            A.    That's correct, the PVC standard
15    test and then the -- a cell that -- that
16    could be used also, just a different --
17    different way to look at it.
18            Q.    But not the routine that you
19    usually use, correct?
20            A.    That's correct.
21            Q.    And who asked you to use that?
22    Was it Mr. Faul?
23            A.    No, I just chose to evaluate it
24    just really to get a -- a visual of what it
25    looked like.
```

```
 1              What is that putting in the
 2   water bath called?  Is there an industry
 3   term for that?
 4        A.    It's a foam stability test.
 5        Q.    Understood.  But I mean, what's
 6   the purpose of putting it into the heat,
 7   the hot water?
 8        A.    So that -- so that it's exposed
 9   to temperature, so that the cement can cure
10   and --
11        Q.    But are the -- do you know
12   whether or not the temperatures are
13   designed in the testing of this type to
14   simulate the conditions in the well?
15        MR. CHEN:
16              Objection to form.
17   BY MR. PALMINTIER:
18        Q.    Do you know?
19        A.    I don't know what the bottom
20   hole well conditions are.  I only know what
21   was on the lab report, or on the lab
22   request I should say.
23        Q.    Okay.  And that temperature
24   would vary from test to test, correct; that
25   is, the water bath temperature would vary
```

1    from test to test?

2         A.    If it were -- if it were cooler,

3    then yes.  If it was not up to 180 degrees

4    in the bottom hole well conditions, then

5    yes.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

134





139



14 C

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15    Q.    Okay.  I would like to ask you

16   some questions about what you did to

17   prepare for the deposition today.  You had

18   no transcript to read like all the other

19   witnesses so I assume that you didn't

20   -- did you read anyone else's transcript in

21   preparation for your deposition?

22         A.    No, I did not.

23         Q.    Did you read any materials at

24   all?

25         A.    I read -- reviewed, you know,

1    some documents, you know.

2            Q.    Which documents?

3            A.    The BP internal investigation.

4            Q.    Okay.

5            A.    And then --

6            Q.    The Bly report?

7            A.    In terms of lab testing, in

8    regards to lab testing, yes.

9            Q.    Okay.

10           A.    The CSI report.

11           Q.    Okay.

12           A.    And just kind of reviewed some

13   API, you know, just kind of refamiliarize

14   myself with some of the API procedures.

15   Global best practices from my lab, stuff

16   like that.

17           Q.    Okay.  Were you shown a legal

18   document with a caption on it called a

19   notice of 30(b)(6)?

20           A.    Yes.

21           Q.    Okay.  One second here.

22           MR. PALMINTIER:

23                 Well, you know what I'm

24   going to do to save time, I'll introduce

25   this as an exhibit next, just the portion

154









1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23        Q.        No.    What if they -- this is a

24    hypothet.

25        A.        Okay.    Sorry.

1       Q.    This is a hypothet.  What if
2   they were both 15, would you have said that
3   was acceptable and reported that to
4   Mr. Faul?
5       A.    I would have reported the test
6   results, you know, I mean, I -- to
7   say -- it -- it would be my opinion that --
8   that that would be acceptable.  But I
9   don't -- I don't create the standards.
10      MR. CHEN:
11                  Object to form.
12  BY MR. PALMINTIER:
13      Q.    Understood.  But your training
14  isn't in chemistry, is it?
15      A.    No, it's not.
16      Q.    Your training relative to what
17  these test results would actually mean in
18  an -- in the actual drilling environment is
19  nonexistent, isn't it?  You don't have
20  training about that?  You have training for
21  the lab?
22      A.    That's correct.
23      Q.    So your opinion, would you agree
24  with me, with all due respect, is limited
25  to the lab and has nothing to do with the

316



317





19   Q.   Okay.  You also mentioned that

20   your standards in your lab are similar to

21   the ones for the API and that you reviewed

22   the API standards before your deposition.

23        A.   Yes, ma'am.

24        Q.   Do you remember or do you recall

25   any differences between the standards that

319

1    your lab uses and the API standards?

2        A.    In reference to foam    foam

3    testing?

4        Q.    Yes.

5        A.    Just the    the time to foam it

6    rather than over foaming it, actually

7    foaming it to the right density.  Or then

8    having an offset factor with global    our

9    global best practice says that you can use

10   either one, either use the offset factor,

11   if I recall correctly, or adjust the time

12   that you    that you foam it.

13             When you are foaming it you can

14   hear, you can hear the blender labor when

15   the slurry falls.

16       Q.    And API, you don't have that

17   choice?

18       A.    If I recall reading the API, it

19   just says foam it for 15 seconds and many

20   times that's    it over foams it.

21       MS. MARTIN:

22             Okay.  I have no further

23   questions.  Follow up?

24       MR. POTE:

25             Quick follow up.

329

1   it.

2       Q.    And is it possible that after

3   mixing the slurry and watching it settle

4   that they ran additional tests that you

5   didn't know about?

6       MR. BOWMAN:

7           Objection to form.

8       THE WITNESS:

9           It's possible.

10   BY MR. CHEN:

11       Q.    Okay.  Did you ask Ronnie

12   whether or not they ran additional tests

13   when you talked to him to report your

14   results?

15       A.    I don't remember discussing that

16   with Ronnie.

17       Q.    Okay.  Do you know if Ronnie --

18   at any time since then have you talked to

19   Ronnie again about the tests that he

20   performed?

21       A.    In Duncan?

22       Q.    In Duncan.

23       A.    No, I didn't -- I didn't -- I

24   don't recall talking to him about that.

25       Q.    Okay.  And if I understand

1    correctly, you don't know if there were any
2    written results of the tests in Duncan or
3    not?
4           A.     That's correct.
5           Q.     And this morning when you said
6    that Mr. Faul asked you not to record any
7    results, you didn't prepare a report for
8    your tests in Broussard?
9           A.     That's correct.
10          Q.     Did you prepare a lab worksheet?
11          A.     No, I didn't.  I did not.
12          Q.     So there's no notes or any --
13   anything?
14          A.     Right.
15          Q.     Okay.  I was a little confused
16   about the two different tests you
17   performed.  I understand one of them you
18   performed a set cement slurry test in the
19   PVC pipe, correct?
20          A.     Uh-huh.
21          Q.     And that's according to the
22   Halliburton procedures set forth in the
23   global lab procedures handbook?
24          A.     Yes.
25          Q.     So this morning I thought your

1    second test was a unset foam stability test
2    but I'm not sure.  Can you -- is there a
3    name for the test you performed?
4         A.    It's a -- it was foaming slurry
5    and it was -- essentially it was -- it was
6    similar to a foam stability test but just
7    using something other than the -- than the
8    PVC pipe that's in what you see in API.
9         Q.    Okay.  And the purpose of that
10   was so that -- I believe you said it was
11   some sort of Teflon structure so you could
12   pop it out and you could look at the side
13   of it?
14        A.    Right.  Right.
15        Q.    And did you measure the density
16   of that second set cement block?
17        A.    I did measure the density.  I
18   can't recall the numbers.  I did give that
19   to Ronnie Faul but I can't recall the
20   numbers.
21        Q.    Do you recall what happened to
22   the physical pieces of cement that you
23   tested?  Did you dispose of that?
24        A.    Yeah, just discarded it.
25        Q.    And I think -- and I'm just

1   trying to clear it up. I think this

2   morning you testified that the results of

3   the standard set foam stability test were

4   in line with the results reported on

5   the -- reports -- reports -- the results.

6   I'll say that again.

7           I believe this morning you

8   testified that the results of your set foam

9   stability test performed in the normal

10  manner were similar to the results obtained

11  in the second April test; is that correct?

12  A.    Yes. I don't remember the

13  numbers that I -- that I reported to

14  Ronnie. It's been quite a while now. I

15  don't remember exactly what those were.

16  And they were using, you know, lab stock

17  back then. I didn't really think much of

18  it, you know, it's just lab stock

19  additives. You know, it can be reproduced

20  at any time.

21          I just ran the test and told

22  them that -- you know, gave them the

23  numbers and I remember commenting that --

24  that the specimen looked good, you know. I

25  just don't remember the -- the visual part

1    is what I remember of the specimen, you
2    know, that it looked good.  But I don't --
3    I don't recall the number that I reported
4    and the densities from the top and on the
5    bottom.
6         Q.    So you don't recall whether it
7    was closer to 14 and a half or it was
8    closer to 15 pounds per gallon?
9         A.    My memory tells me that it was
10   closer to 15 pounds.
11        Q.    Okay.  Do you recall if it was
12   above or below 15?
13        A.    I recall -- I just don't
14   remember.  I just cannot remember the
15   numbers.
16        Q.    Okay.  And the results for the
17   density of the second test you performed
18   with the cube and the Teflon, do you
19   remember the results of that test?
20        A.    No, I don't.  I just remember it
21   being somewhere in line -- both of the
22   tests appeared to -- to match up pretty
23   well is what I remember.
24        Q.    Okay.  All right.  So this
25   morning you said it was -- you performed

1     the test under the same condition that they

2     used in the April testing; is that correct?

3          A.     Yes.

4          Q.     And that was Mr. Faul's

5     instruction?

6          A.     Yes.

7          Q.     And was it the conditions in the

8     first April test or the second April test?

9          A.     The conditions for the final

10    slurry design with three hours conditioning

11    time.

12         Q.     Okay.  And we have been talking

13    about conditioning time a lot.  And so when

14    you say three hours conditioning time, that

15    is -- and correct me if I'm wrong -- that

16    means conditioning, stirring the slurry at

17    temperature for three hours?

18         A.     Right.

19         Q.     Or a set amount of time before

20    foaming?

21         A.     That's correct.

22         Q.     So -- so it's not conditioning

23    after the cement slurry has been foamed but

24    it's before it's been foamed?

25         A.     Yes.

1        A.     That's correct.

2        Q.     Okay.

3        A.     This is not a set cement test.

4        Q.     Okay.  And when you have a

5    measure density number there, where were

6    you taking the sample from the -- from the

7    cylinder or was that the density of the

8    entire --

9        A.     I -- that was just the density

10   of the entire --

11       Q.     Of the entire sample?

12       A.     Yes.  Yes.

13       Q.     And I think some of the other

14   ones are self-explanatory, percent increase

15   in density --

16       A.     Yeah.

17       Q.     -- would be what?  How much

18   density increased over what you would have

19   expected it to be, correct?

20       A.     Yes, over the -- above the base.

21       Q.     And what does percent free water

22   mean?

23       A.     That's just how much free fluid

24   migrated to the top.  In other words, it

25   could have been oil.  You know, don't

1    really know.  I don't -- I don't -- I don't

2    know.  It says free water.  But I don't

3    know.  Maybe -- it may be free fluid.  I

4    don't know.  I don't -- I don't -- I don't

5    think that I typed this up, for one.  I

6    don't -- because I didn't -- I didn't send

7    out any type of report, so I guess this is

8    from the information that was given by --

9         Q.    Okay.

10        A.    -- Mr. Faul.

11        Q.    Fair enough.  So you provided

12   Mr. Faul with another set of notes that --

13   that looks different from this?

14        A.    I verbally gave him the numbers.

15        Q.    Okay.  But this is a lot of

16   numbers to remember.  Did you have hand

17   notes before you talked to Mr. Faul?

18        A.    Yes.

19        Q.    And what happened to those hand

20   notes?

21        A.    I got rid of them.

22        Q.    Okay.  And to your best

23   recollection, is this an accurate

24   reflection of --

25        A.    This looks about right.  This

1     looks about right.

2          Q.    Okay.  And did you when talking

3     with Mr. Faul -- before talking with him or

4     afterwards reach any conclusions as to

5     whether these results were -- what these

6     results show?

7          A.    I think that we, you know, from

8     what I -- from what I can recall we felt

9     like with the mud contamination that --

10    that the slurry actually looked pretty

11    decent.

12         Q.    And we is you and Mr. Faul?

13         A.    Right.  Right.

14         Q.    And was there anyone else on the

15    phone that you discussed --

16         A.    Just us two.

17         Q.    Okay.  So these samples were

18    disposed of before they set completely?

19         A.    Yes.  Yes.  In stock, the

20    graduated cylinder.

21         Q.    And you didn't keep the samples

22    from this test either?

23         A.    No.  No.

24         Q.    And this was -- this

25    contaminated foam stability test was

480

1    top of 1.8 and almost 1.8 at the bottom,
2    correct?
3            A.    Uh-huh.
4            Q.    And that translates into a 15
5    PPG, pounds per gallon weight, correct?
6            A.    Yes.  Yes.
7            Q.    And I think you indicated in
8    response to a hypothetical question that
9    you thought a 15 PPG result at top and
10   bottom would in your opinion indicate
11   stability; is that correct?
12           A.    Yes.
13           Q.    And what would be the foam
14   quality of 15 PPG cement?
15           A.    9.95 percent.
16           Q.    And 14.5 PPG would be almost 13
17   percent; isn't that correct?
18           A.    Yes.
19           Q.    That's a substantial reduction
20   in the foam quality, about 25 percent,
21   isn't it?
22           A.    23 percent.
23           Q.    That would indicate that about a
24   quarter of the nitrogen has been lost from
25   the sample, correct?

1      A.    Based on these -- on these

2   calculations.

3      Q.    I think you testified yesterday

4   that at 15.9 PPG, you think that would be

5   too much of a variation; that would

6   indicate instability; isn't that correct?

7      A.    Yes.

8      Q.    How about 15.5, would that be

9   okay in your book?

10     A.    I think 15 -- top and bottom,

11  15.5?

12     Q.    Yes.

13     A.    Yeah, I think that that would

14  be -- that would be a -- that would be a

15  good amount -- that would be probably too

16  much.

17     Q.    Is it your testimony that a loss

18  of 25 percent of the foam quality is not a

19  sign of instability?

20     A.    I don't -- I -- I don't have --

21  I don't know the guidelines.  I don't know.

22  I'm giving you my opinions.  You know, I

23  don't -- I don't know the guidelines.  You

24  know, we are reporting the test results and

25  that evaluation is up to someone else.