IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL NO. 2179 |
| | * | SECTION J |
| | * * | |
| This document relates to: | * * | Honorable CARL J. BARBIER |
| *All Cases* | * * | Magistrate Judge SHUSHAN |

## ORDER

Considering BP's Ex Parte Motion for Leave to File Under Seal its motion and accompanying memorandum in support to designate a substitute expert;

IT IS ORDERED that the Motion is GRANTED and that BP's motion and memorandum in support to designate a substitute expert is hereby granted, and this motion and memorandum will hereby be filed into the record of this matter UNDER SEAL.

New Orleans, Louisiana, this 13th day of December, 2011.

_____
UNITED STATES MAGISTRATE JUDGE