IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br><br>*All cases* | * * * | Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |

## ORDER

Considering BP Defendants' Ex Parte Motion for Leave to File Under Seal Certain Exhibits to BP's Motion for Leave to File a Sur-Reply to Halliburton Energy Services, Inc.'s Reply Brief re Motion to Disqualify Michael Viator, Fred Sabins, and CSI Technologies, Inc. and to Strike Expert Opinions ("Motion"),

IT IS ORDERED that the Motion is GRANTED.

New Orleans, Louisiana, this 13th day of December, 2011.

_____
UNITED STATES MAGISTRATE JUDGE