# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Robert R. Gasaway
To Call Writer Directly:
(202) 879-5175
robert.gasaway@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200

December 8, 2011

**BY ELECTRONIC MAIL**

The Honorable Sally Shushan
United States Magistrate Judge
United States District Court
Room B345
500 Poydras Street
New Orleans, LA 70130

Re:   In re Oil Spill by the Oil Rig "Deepwater Horizon," MDL No. 2179

Dear Judge Shushan:

This letter is submitted in response to the Court's direction that the parties confer and attempt to resolve disputes as to Rule 30(b)(6) notices. In particular, BP has conferred with the PSC and resolved all but one dispute as to BP's 30(b)(6) notice to Woods Hole Oceanographic Institution.

The PSC is maintaining an objection to the following topic proposed by BP:

Your knowledge and/or understanding regarding any and all requests for proposals ("RFPs") that pertain to the use of any acoustic technology or measurement methods related to any and all attempts to determine the rate of flow from the MC252 Well.

The PSC objects to this topic as overbroad. But we believe BP is entitled to know who is funding scientific work related to the measurement of flow from Macondo, the level of support provided for such work, and the processes used to obtain this funding.

BP has a legitimate interest in understanding the Government's practices and expectations as regards obtaining funding for acoustics studies of the Macondo well rate of flow. Anticipated testimony on this topic should reveal whether the Government had specific parameters in mind for the use of acoustic technology and measurement methods, the contemplated scope of the relevant acoustics work, and whether the acoustics work that was actually performed fulfilled the Government's expectations. BP wonders whether anyone else

**KIRKLAND & ELLIS LLP**

The Honorable Sally Shushan
December 8, 2011
Page 2

submitted a bid or proposal for the work done by Woods Hole and whether there were proposals that described alternate ways of measuring flow acoustically. All of this goes to the adequacy and appropriateness of Woods Hole's measurement methodologies.

    Moreover, this topic is quite limited in scope. Specifically, it is limited solely to RFPs related to the Macondo well and, indeed, solely to those RFPs that relate specifically to attempts to determine a rate of hydrocarbon flow from the Macondo well. There surely cannot be many RFPs of this type.

    Sincerely,

    Robert R. Gasaway

cc (via electronic mail):

R. Michael Underhill
Steven O'Rourke
J. Andrew Langan, P.C.
Stuart A.C. Drake
Gary Yen-Nan Chyi
Christopher W. Keegan
Maureen F. Browne
Karen McCartan DeSantis
Brian Barr

Mark J. Nomellini
Joel M. Gross
Allison B. Rumsey
Don K. Haycraft
Scott W. Fowkes, P.C.
Joseph A. Eisert
Bridget K. O'Connor
All Liaison Counsel