

SCOTT C. BARNES
BRIAN H. BARR
M. ROBERT BLANCHARD
BRANDON L. BOGLE
VIRGINIA M. BUCHANAN
WILLIAM F. CASH III
RACHAEL R. GILMER
KRISTIAN KRASZEWSKI
KIMBERLY R. LAMBERT
FREDRIC G. LEVIN
MARTIN H. LEVIN

ROBERT M. LOEHR
KATHERINE McFARLAND
NEIL E. McWILLIAMS, JR.
Wm. JEMISON MIMS, JR.
CLAY MITCHELL
R. LARRY MORRIS
K. LEA MORRIS
PETER J. MOUGEY
DANIEL A. NIGH
TIMOTHY M. O'BRIEN
MIKE PAPANTONIO

ROBERT E. PRICE
MARK J. PROCTOR
TROY A. RAFFERTY
MATTHEW D. SCHULTZ
AMANDA R. SLEVINSKI
W. CAMERON STEPHENSON
LEO A. THOMAS
BRETT VIGODSKY
AARON L. WATSON

OF COUNSEL:
ROBERT F. KENNEDY, JR.
(LICENSED ONLY IN NEW YORK)

BEN W. GORDON, JR.

LEFFERTS L. MABIE, JR. (1925-1996)
D.L. MIDDLEBROOKS (1926-1997)
DAVID H. LEVIN (1928-2002)
STANLEY B. LEVIN (1938-2009)

December 8, 2011

**VIA ELECTRONIC MAIL**
The Honorable Sally Shushan
United States District Court
Eastern District of Lousiana
500 Poydras Street, Room B-345
New Orleans, Louisiana 70130

  Re:  In re Oil Spill by the Oil Rig "Deepwater Horizon," MDL No. 2179

Dear Judge Shushan:

  The PSC submits this letter in response to BP's letter regarding the proposed Rule 30(b)(6) notice to Woods Hole Oceanographic Institution.

  The PSC agrees that certain information contained within the requested topic is appropriate for Phase 2 discovery.  However, the PSC believes the request by BP is overbroad in scope in that it is asking for information from Woods Hole regarding work that was not conducted by Woods Hole.  Woods Hole is not the appropriate party to request information regarding "the Government's practices and expectations as regards obtaining funding for acoustic studies of the Macondo well rate of flow."  Woods Hole is also not the appropriate entity to question regarding the Government's contemplated scope of the project and whether the work performed fulfilled its expectations.

  The PSC agrees that Woods Hole can be asked regarding the specific work actually conducted.  The PSC proposes the following change that would cure the PSC's objection:

> Your knowledge and/or understanding regarding any and all requests for proposals submitted by or on behalf of Woods Hole that pertain to the use of any acoustic technology or measurement methods related to any and all attempts by Woods Hole to determine the rate of flow from the MC252 Well.

OFFICE:  316 S. BAYLEN STREET · SUITE 600 · PENSACOLA, FL 32502
CORRESPONDENCE:  P.O. BOX 12308 · PENSACOLA, FL 32591    CONTACT:  (850) 435-7000 · (850) 435-7020 FAX · WWW.LEVINLAW.COM

The Honorable Sally Shushan
December 8, 2011
Page 2


    We thank you for your consideration.

                                    Respectfully,

                                    Brian H. Barr

cc (via electronic mail)
Robert R. Gasaway
R. Michael Underhill
All Liaison Counsel