**KIRKLAND & ELLIS LLP**
AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois 60654

Andrew Langan, P.C.
To Call Writer Directly:
(312) 862-2064
andrew.langan@kirkland.com

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

December 9, 2011

**Via Email**

The Honorable Sally Shushan
United States Magistrate Judge
United States District Court
500 Poydras Street, Room B-345
New Orleans, LA 70130

Re:   Objections to Trial Exhibits in *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010*, MDL No. 2179

Dear Magistrate Judge Shushan:

During last Friday's conference, counsel for Transocean and BP discussed ways to facilitate the trial exhibit objection process by having parties provide more information about documents (including missing bates numbers, *etc.*) on their trial exhibit lists.

Specifically, two areas were discussed: (1) certain documents listed on trial exhibit lists have been produced, but the bates numbers are not included on the lists, making it hard to find the documents; and (2) other documents listed on trial exhibit lists may not have been produced. These categories are discussed in turn below.

**Documents On Exhibit Lists That Have Been Produced, But The Bates Labels Are Not Included On The Exhibit Lists.**

A number of parties added expert-related documents to their exhibit lists at or near the time they stamped those same documents with bates labels and produced them. As a result, some documents on the parties' exhibit lists have blanks in the bates-number column. This makes them hard to find. BP proposes that, to the extent parties have included on their exhibit lists documents that have been bates labeled and produced, but have not added the bates numbers to their exhibits lists, those parties be required to provide updated exhibit lists including the bates numbers by December 15, 2011.

## KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
December 9, 2011
Page 2

**Documents Listed on Exhibit Lists That Have Not Been Produced With Bates Labels**

Counsel for Transocean noted at Friday's conference that certain documents on the parties' trial exhibit lists may not have been produced. BP proposes that, on or before December 15, the parties be required to produce, with bates labels, all documents currently on their trial exhibit lists that have not already been produced, with the following exceptions:

- Expert reports
- Pleadings and written discovery
- Deposition exhibits
- Documents in the KPMG database
- Publicly available documents (subject to discussion below)
- Physical exhibits (subject to discussion below)

Publicly Available Documents

For publicly available documents that have not been produced, BP proposes that parties be required to provide information sufficient to easily locate the documents (*e.g.*, title, author, date, publisher, editor, edition, URL, ISBN, *etc.*).

BP proposes that, where a party has included on its exhibit list a publicly available document that is not retrievable at low cost (*e.g.*, a book that costs $100 to purchase), any party may ask the listing party to provide copies of the relevant sections to the other parties, and the listing party will provide bates-numbered copies.

Physical Exhibits

For physical exhibits, BP proposes that the listing party inform the other parties of a time and location where the exhibit may be inspected.

As always, we appreciate the Court's time and consideration in this matter.

# KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
December 9, 2011
Page 3

                                                 Sincerely,

                                                 Andrew Langan, P.C.

cc:      Anthony Irpino
           James Roy
           Defense Liaison Counsel
           Mike Underhill
           Hon. Attorney General Luther Strange
           Cory Maze
           Ben Allums
           Mike O'Keefe