UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig    "Deepwater Horizon"    in the Gulf of Mexico,    on April 20, 2010 | * * * * * | MDL No. 2179  SECTION: J  JUDGE BARBIER |
| This Document Relates to:  10-1308, 10-1325, 10-1539, 10-2078  10-2764, 10-2976, 10-2994, | * * * | MAGISTRATE SHUSHAN |

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THE LIABILITY OF BP EXPLORATION AND PRODUCTION, INC., THE TRANSOCEAN DEFENDANTS, AND THE ANADARKO DEFENDANTS

Plaintiffs hereby moves pursuant to Fed. R. Civ. P. 56 for partial summary judgment as to the liability of the Defendants as to the Liability of BP Exploration and Production, Inc. ("BP"); Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, and Triton Asset Leasing GmbH (collectively, "the Transocean Defendants"); and Anadarko Petroleum Corporation ("APC") and Anadarko E&P Company LP ("A E&P) (collectively, "the Anadarko Defendants").

As demonstrated in the attached Memorandum in support of this Motion and Statement of Undisputed Material Facts ("SMF"), there is no genuine dispute as to the material facts that render the Transocean, BP Exploration & Production Inc., and Anadarko Defendants liable under the Oil Pollution Act ("OPA"), Section 1002(a), and further, that the Anadarko Defendants are not entitled to limited liability under OPA Section 1004, 33 U.S.C. § 2704.  Therefore, for the reasons stated herein and in the accompanying statement of

1

undisputed material facts and memorandum in support, the Plaintiffs' Motion for Partial Summary Judgment should be granted.

A proposed order accompanies this request.

Respectfully Submitted:

>By: S//Daniel E. Becnel, Jr.
>BECNEL LAW FIRM LLC
>Daniel E. Becnel Jr. (T.A. LA Bar No.24567)
>P. O. Drawer H
>Reserve, LA 70084
>(985) 536-1186
>(985) 536-6445 Fax
>dbecnel@becnellaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Plaintiffs' Motion for Partial Summary Judgment, Statement of Undisputed Material Facts, Memorandum of Law in Support of the Plaintiffs' Motion, and Exhibits thereto has been served on all counsel by electronically uploading the same to Lexis-Nexis File & Serve in accordance with Pretrial Order #12, and the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2719, on this 13th day of December, 2011.

>*/s/ Daniel E. Becnel, Jr*
>Daniel E. Becnel, Jr.