UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF
LOUISIANA

| | | |
|---|---|---|
| **In re:  Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon"** | * | |
| **in the Gulf of Mexico,** | * | **SECTION: J** |
| **on April 20, 2010** | * | |
| | * | **JUDGE BARBIER** |
| **This Document Relates to:** | * | |
| **10-1308, 10-1325, 10-1539, 10-2078** | * | **MAGISTRATE SHUSHAN** |
| **10-2764, 10-2976, 10-2994,** | * | |
| | * | |

**PROPOSED ORDER ON MOTION OF PLAINTIFFS' FOR PARTIAL SUMMARY JUDGMENT AS TO LIABILITY**

UPON CONSIDERATION of the Motion of Plaintiffs' for Partial Summary Judgment as to the Liability of BP Exploration and Production, Inc. ("BP"); Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, and Triton Asset Leasing GmbH (collectively, "the Transocean Defendants"); and Anadarko Petroleum Corporation ("APC") and Anadarko E&P Company LP ("A E&P) (collectively, "the Anadarko Defendants") and the Memorandum and Supporting Exhibits thereto; the Opposition of the Defendants to such Motion; and oral argument on the Motion and Opposition,

IT IS ORDERED that the Motion of the Plaintiffs is GRANTED as follows:

1) BP and the Anadarko Defendants are jointly and severally liable as Responsible Parties under Section 1002 of the Oil Pollution Act, for all removal costs and damages that result from the Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010. Such liability is not subject to the limitation on liability set forth in Section 1004 of OPA, 33 U.S.C. § 2704; and

2) The Transocean Defendants are jointly and severally liable as Responsible Parties under Section 1002 of the Oil Pollution Act, 33 U.S.C. § 2702, for the removal costs and

damages that result from the Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010.  The applicability of any limitation of liability set forth in Section 1004 of OPA, 33 U.S.C. § 2704, remains to be determined.

    So Ordered and Adjudged, this _____ day of _____, 20__, in New Orleans, Louisiana.

                                        _____
                                        CARL J. BARBIER
                                        UNITED STATES DISTRICT JUDGE