EXHIBIT 4

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3   IN RE:  OIL SPILL        )    MDL NO. 2179
     by the OIL RIG,          )
 4   DEEPWATER HORIZON in     )    SECTION "J"
     the GULF OF MEXICO,      )
 5   April 20, 2010           )    JUDGE BARBIER
                              )
 6                            )    MAG. JUDGE
                              )    SHUSHAN
 7

 8


                    [photograph]


13
                  * * * * * * * * * * * * *
14                       VOLUME 1
                  * * * * * * * * * * * * *
15

16

17            Deposition of JONATHAN SPRAGUE,
     taken at Pan-American Building, 601 Poydras
18   Street, 11th Floor, New Orleans, Louisiana,
     70130, on the 21st of March, 2011.
19

20

21   APPEARANCES:

22
     Mr. Duke Williams
23   WILLIAMS LAW GROUP, LLC
     909 Poydras Street, Suite 1650
24   New Orleans, Louisiana 70112

25
```

1  Q.  After the cement job, if the
2  well flows, hydrocarbons are released.
3  That's a safety issue, isn't it?  If
4  there's no downhole integrity, that's a
5  safety issue, isn't it?
6       MS. KARIS:
7            Object to form.
8  A.  Could you rephrase that, please?
9  Q.  Sure.  If the cement job
10 fails -- the cement job is meant to achieve
11 zonal isolation of hydrocarbons; is that a
12 correct statement?
13 A.  Yes.
14 Q.  If it doesn't work, for whatever
15 reason, and hydrocarbons are allowed to
16 flow up through the casing and into the
17 riser, that's a problem, isn't it?
18      MR. GODWIN:
19           Object to the form.
20 Q.  That's a -- that's a safety
21 issue, isn't it?
22      MR. GODWIN:
23           Object to form.
24 A.  It's a well control issue.
25 Q.  Is a well control issue a safety

```
 1    issue?
 2         A.    Yes.
 3         Q.    It's always a safety issue,
 4    isn't it?
 5         A.    Yes.
 6         Q.    Uncontrolled flow of
 7    hydrocarbons is a critical safety issue,
 8    isn't it?
 9         A.    Yes, it is.
10         Q.    It can cause an explosion,
11    potentially?
12              MS. KARIS:
13                   Object to form.
14         Q.    If it's not controlled, it's
15    going to be a problem, is it not?
16         A.    Yes.
17         Q.    And that's going to be a problem
18    that's going to impact safety of either
19    equipment, property, the environment, or
20    the people on a rig in some way, is it not?
21              MS. KARIS:
22                   Object to form.
23         A.    It could.
24         Q.    It did in this case, didn't it?
25              MS. KARIS:
```

```
 1   or success/failure criteria.  Therefore,
 2   effective performance of the test placed a
 3   higher reliance of the competency and
 4   leadership skills of the BP and Transocean
 5   rig leaders.
 6        Q.   Thank you.
 7             Do you have any -- any
 8   disagreement or reservations about that
 9   conclusion, which was set forth in the Bly
10   report?
11        A.   No.
12        Q.   Okay.  Have you ever heard of
13   anything called bladder effect?
14        A.   No.
15        Q.   Okay.  Next go to Page 33 of the
16   Bly report, please.  Under Key Finding 1 it
17   says, The annulus cement barrier did not
18   isolate the hydrocarbons, correct?
19        A.   Yes.
20        Q.   Then it goes on to say that the
21   annulus cement barrier failed to prevent
22   hydrocarbons from migrating into the
23   wellbore.  Do you agree with that?
24        A.   That was one thing that failed
25   to prevent hydrocarbons.
```

```
 1        Q.    But you don't have any
 2   disagreement with that statement, with that
 3   qualification, correct?
 4        A.    Correct.
 5        Q.    The investigation team's
 6   analysis identified a probable technical
 7   explanation for the failure.  Interactions
 8   between BP and Halliburton and shortcomings
 9   in the planning, design, execution, and
10   confirmation of the cement job reduced the
11   prospects for a successful cement job.
12              Did I read that accurately?
13        A.    That's what it says.
14        Q.    Do you have any disagreement
15   with that?
16              MS. KARIS:
17                   Object to form.
18        A.    I guess what I struggle with is
19   it is a pretty broad statement in terms of
20   the BP and Halliburton interaction.
21        Q.    Well --
22              MR. GODWIN:
23                   Object to form.
24        Q.    It doesn't limit the
25   shortcomings to Halliburton, does it?
```