# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG )    MDL NO.  2179
"DEEPWATER HORIZON" in the )
GULF OF MEXICO, on )    SECTION: J
APRIL 20, 2010 )
                                        )    JUDGE BARBIER
                                        )
                                        ).    MAG. JUDGE SHUSHAN

## CONFIDENTIAL

### *WorldwideVIEW*™
### Interactive Deposition Digital Display

ORAL AND VIDEOTAPED DEPOSITION OF:



## Billy Dean Ambrose

### VOLUME 1

JULY 18, 2011

## *COPY*



*Systems Technology for the Litigation World*

Litigation Group•Court Reporting•Video Production•Videoconferencing
For U.S. & International Services
800 - 745 - 1101

1   to those specific topics, you're also here
2   fully prepared to talk as an individual
3   witness about that Investigation, true?
4          A.     I am.
5          Q.     And we'll try to make it clear
6   as we go through which hat you're wearing as
7   I ask these questions.
8          A.     Okay.
9          Q.     Let me ask you to look at the
10  binder that I've got there, that's the
11  Macondo Well Incident Report, and I'll ask
12  you to verify that that is the written
13  Transocean Investigation Report of June 2011
14  that resulted from the Investigation that you
15  lead?
16         A.     Yes, it is.
17         Q.     Now, Volume 1 is the Report
18  itself, Volume 2 are 17 Appendices, A through
19  Q, true?
20         A.     Yes, I believe that's true.
21         Q.     What -- let's be more specific
22  of what role you played in the preparation of
23  this Report.  Did you write certain sections
24  of this Report?
25         A.     I did write certain sections of

1   the Report, yes.

2        Q.    Which -- can you just generally

3   tell us what sections you were responsible

4   for writing?

5        A.    Not one particular section in

6   total.  But I -- I did write portions of the

7   Executive Summary, the Findings of Fact,

8   Section 2, and Sections 3.1 to 3.3.

9        Q.    When you say "Section 2," do you

10  mean "Chapter 2, Incident Chronology and" --

11  "and Overview"?

12       A.    Yes, Chapter 2.

13       Q.    Okay.

14       A.    And then Chapter 3, 3.1, 3.2,

15  3.3.

16       Q.    And for the record, Chapter 3

17  deals with "Incident Analysis."  3.1 is "Well

18  Design and Production Casing Cement."  3.2 is

19  "Temporary Abandonment."  3.3 is "Drill Floor

20  Activities."  Those three subsections of

21  Chapter 3 you wrote or participated in

22  writing?

23       A.    I participated.  I did not write

24  them in total.

25       Q.    And the same with respect to all

1   of Chapter 2 and the Executive Summary.

2             Did you also participate in

3   writing Chapter 4, the "Key Findings" of the

4   Investigation?

5        A.    I did have input, yes.

6        Q.    I will mark, then, as the next

7   exhibit the Transocean Investigation Report

8   of the Macondo Well incident dated June 20 --

9   I'm sorry, June 2011 with all Appendices.

10        MR. MEUNIER:  And I'll mark that as the

11   next exhibit, which is --

12        THE COURT REPORTER:  4248.

13          (Exhibit No. 4248 marked.)

14        MR. MEUNIER:  -- Exhibit 4248.

15        MS. CLINGMAN:  (Indicating.)

16        Q.    (By Mr. Meunier) The date given

17   for the Report is June 2011.  Can you be more

18   specific about when this written Report was

19   finalized in the month of June?

20        A.    It was in the first --

21   finalized, it was in the first week or so of

22   June.

23        Q.    When was it published?

24        A.    Officially published, it was the

25   week of the 20th, but I don't know the



*Systems Technology for the Litigation World*

Litigation Group • Court Reporting • Video Production • Videoconferencing

September 20, 2011

J. Robert Warren
HERMAN HERMAN KATZ & COTLAR
820 O'Keefe Avenue
New Orleans, LA 70113

Re:   Deposition of **Billy D. Ambrose, Vol. 1**
      07/18/2011
      In Re: Oil Spill by the Oil Rig "Deepwater Horizon"

Dear Mr. Warren:

Enclosed herewith please find the original deposition transcript of the witness named above
which has been signed. We would appreciate you filing it with your records. By copy of this
letter, we are informing all interested counsel of the **amendments** made to the deposition
transcript by the witness.

We sincerely appreciate your choosing Worldwide Court Reporters, Inc. and look forward to
working with you in the future. If you have any questions regarding this matter, please feel free
to contact our office.

Sincerely,

Mary Perez
Worldwide Court Reporters, Inc.

No. 1-37439

cc:   Sandi Anderson
      Dane Ball
      Don K. Haycraft
      Allan Kanner
      Richard W. Mithoff
      Linda Price
      Lauren Woodard

FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG          )          MDL NO.  2179
"DEEPWATER HORIZON" in the               )
GULF OF MEXICO, on                       )          SECTION: J
APRIL 20, 2010                           )
                                         )          JUDGE BARBIER
                                         )
                                         )          MAG. JUDGE SHUSHAN

## CONFIDENTIAL

### WorldwideVIEW ™
### Interactive Deposition Digital Display

ORAL AND VIDEOTAPED DEPOSITION OF:



# Billy Dean Ambrose

VOLUME 1

JULY 18, 2011

## ORIGINAL



*Systems Technology for the Litigation World*

Litigation Group•Court Reporting•Video Production•Videoconferencing
**For U.S. & International Services**
**800 - 745 - 1101**

```
 1                 UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA
 2

 3     IN RE:  OIL SPILL        )   MDL NO. 2179
       BY THE OIL RIG           )
 4     "DEEPWATER HORIZON" IN    )   SECTION "J"
       THE GULF OF MEXICO, ON    )
 5     APRIL 20, 2010            )   JUDGE BARBIER
                                 )   MAG. JUDGE SHUSHAN
 6

 7

 8                  REPORTER'S CERTIFICATION
          TO THE ORAL AND VIDEOTAPED DEPOSITION OF
 9                    BILLY DEAN AMBROSE,
                     INDIVIDUALLY AND AS A
10                 CORPORATE REPRESENTATIVE
                        JULY 18, 2011
11                        VOLUME 1

12

          I, Emanuel A. Fontana, Jr., Certified
13     Shorthand Reporter in and for the State of
       Texas, hereby certify to the following:
14

          That the witness, BILLY DEAN AMBROSE, was
15     duly sworn by the officer and that the
       transcript of the oral deposition is a true
16     record of the testimony given by the witness;

17        That the deposition transcript was
       submitted on July 18       , 2011, to the
18     witness or to Attorney J. Robert Warren
       for the witness to examine, sign, and return
19     to Worldwide Court Reporters, Inc., by
       September 1       , 2011.
20
          That the amount of time used by each
21     party at the deposition is as follows:

22        Mr. Meunier - 2 Hours, 32 Minutes
          Mr. Dills - 29 Minutes
23        Ms. Chang - 46 Minutes
          Mr. Hassinger - 21 Minutes
24        Mr. Lancaster - 2 Hours, 27 Minutes

25
```

1      I further certify that I am neither
counsel for, related to, nor employed by any
2    of the parties in the action in which this
proceeding was taken, and further that I am
3    not financially or otherwise interested in
the outcome of the action.

4

      SUBSCRIBED AND SWORN to by me on this
5    18th day of July, 2011.

6

7

8                    Emanuel A. Fontana, Jr., RPR
Texas CSR No. 1232
9                    Expiration Date: 12/31/12
Worldwide Court Reporters
10                   Firm Registration No. 223
3000 Weslayan, Suite 235
11                   Houston, Texas  77027
(713) 572-2000

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2           I, BILLY DEAN AMBROSE, have read

3    the foregoing deposition and hereby affix my

4    signature that same is true and correct,

5    except as noted on the attached Amendment

6    Sheet.

7                                              12/8/11

8

                    BILLY DEAN AMBROSE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PURSUANT TO CONFIDENTIALITY ORDER

```
 1                    CHANGES AND SIGNATURE
 2    WITNESS NAME:  BILLY DEAN AMBROSE
 3    DATE OF DEPOSITION:  JULY 18, 2011
 4    PAGE LINE          CHANGE              REASON
 5    30   16        "EdI" to "Eni"    Incorrect company name
 6    123  13       "the east" to "test"    typo
 7    _____
 8    _____
 9    _____
10    _____
11    _____
12    _____
13    _____
14    _____
15    _____
16    _____
17    _____
18    _____
19    _____
20    _____
21    _____
22    _____
23    _____
24    _____
25    _____
```

PURSUANT TO CONFIDENTIALITY ORDER