# EXHIBIT 9

1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
2

3

    IN RE:  OIL SPILL       MDL NO. 2179
4   BY THE OIL RIG
    "DEEPWATER HORIZON"    SECTION:  J
5   IN THE GULF OF
    MEXICO ON APRIL 20,    JUDGE BARBIER
6   2010                   MAG. JUDGE SHUSHAN

7



13

14

              Deposition of **JIM W. BRYAN**, taken in
15   the Pan American Life Center, Bayou Room,
     11th Floor, 601 Poydras Street, New
16   Orleans, Louisiana 70130, on Friday, May 6,
     2011.

17

18

19   **APPEARANCES**:

20

21            KIRKLAND & ELLIS LLP
              (By:  Ryan Micallef, Esquire)
22            300 North LaSalle
              Chicago, Illinois  60654
23                (Attorneys for BP)

24

25

```
 1              MR. FINEMAN:
 2                   Can I have Tab 12, please?
 3         EXAMINATION BY MR. FINEMAN:
 4              Q.    Okay.  I'm going to give you
 5         what's been previously marked as
 6         Exhibit 1915, ANA-MDL-000041237.
 7              A.    Okay.
 8                   (Whereupon, the document
 9         referred to was previously marked as
10         Exhibit No. 1915 for identification.)
11         EXAMINATION BY MR. FINEMAN:
12              Q.    This document is e-mails dated
13         October 20, 2009.  I believe you're on the
14         distribution list of the e-mail -- the
15         second of the e-mails; is that correct?
16              A.    The one at the top of the page?
17              Q.    Yes.
18              A.    Yes, sir.  That is correct.
19              Q.    And this is an e-mail from
20         Mr. Huch in which he's saying: I told BP
21         late yesterday that we'd be recommending
22         Option 1 to our management.  BP has agreed
23         and is going to do likewise.
24                   You see that?
25              A.    Yes, I do.
```

```
 1          Q.     And then Option 1 is described
 2    below.  You see that?  It's in the earlier
 3    e-mail.
 4          A.     Yes, uh-huh.
 5          Q.     To the best of your knowledge,
 6    was that the ultimate -- the deal that was
 7    ultimately struck as described in Option 1?
 8          MR. MICALLEF:
 9               Object to form.
10          MR. FINEMAN:
11               You can answer.
12          THE WITNESS:
13               Yes.  Yes, that was the --
14    ultimately, the -- the prospect Sawatch and
15    Tobacco Root were the prospects that --
16    that were -- or the leases that were traded
17    comprised those two prospects.
18    EXAMINATION BY MR. FINEMAN:
19          Q.     Okay.  And in that option, which
20    ultimately became the deal, it says:  We
21    pay one-third for one-quarter of the well
22    costs.
23               Do you see that?
24          A.     Yes.
25          Q.     What does that mean?
```

1    that you didn't play any role in drafting

2    or preparing the documents.  Did you review

3    the transaction documents before they were

4    executed?

5         A.    As I recall, I was not in the

6    office when they were executed.  And so, I

7    don't think I saw the exact final draft

8    execution, you know, documents.  I probably

9    saw some iterations of those prior to that.

10        MR. FINEMAN:

11             I'm going to give you documents

12   marked 1942, APC-SHS2A-000008493 through

13   8523.  It's Tab 21.

14             (Whereupon, the document

15   referred to was marked as Exhibit No. 1942

16   for identification.)

17   EXAMINATION BY MR. FINEMAN:

18        Q.    Do you recognize this document,

19   Mr. Bryan?

20        A.    I do.

21        Q.    What is this document?

22        A.    It is a Lease Exchange

23   Agreement.

24        Q.    And what does this Lease

25   Exchange Agreement show us or tell us?

```
 1              A.     Well, among many things --
 2              MR. NEGER:
 3                   Objection to form.
 4    EXAMINATION BY MR. FINEMAN:
 5              Q.     What is the purpose of this
 6    document?
 7              A.     It was -- the purpose of the
 8    document was to effect an exchange of four
 9    leases that our company owned with one
10    lease that BP owned.
11              Q.     Okay.  The document is between
12    BP Exploration Production Inc., Anadarko
13    Petroleum Corporation, and Anadarko E&P
14    Company; correct?
15              A.     Correct.
16              Q.     Okay.  Turn to the second page
17    of the document.
18                   There's -- in items 1.4, 1.5,
19    1.6, those are the identities of the
20    properties at issue; correct?
21              A.     Yes.
22              Q.     Okay.  So the properties that
23    Anadarko E&P -- or the transferring or the
24    interests in those properties that are
25    being transferred are described in 1.5;
```

```
1                     We are -- he has a similar
2       attorney-in-fact -- designation, as I do
3       from the company.  So, therefore, he is
4       the -- sort of my backup, if you will.
5       BY MR. FINEMAN:
6            Q.     What does "attorney-in-fact"
7       mean in the context in which you just used
8       it?
9            A.     It means that me and others that
10      are -- that are designated by the company
11      to be an agent and attorney-in-fact or
12      attorney-in-fact are authorized to execute
13      certain documents.
14           Q.     And, again -- okay.
15           MR. FINEMAN:
16                  Tab 20 is the next document.
17      This is 1943, ANA-MDL-000030613, through
18      30650.
19                  (Whereupon, the document
20      referred to was marked as Exhibit No. 1943
21      for identification.)
22      EXAMINATION BY MR. FINEMAN:
23           Q.     This document is entitled
24      Macondo Prospect Well Participation
25      Agreement, Deepwater Gulf of Mexico.
```

1    Correct?

2         A.    Yes.

3         Q.    Do you recall this document?

4         A.    I do.

5         Q.    Okay.  What is this document?

6         A.    This is the document that --

7    that sets forth the provisions of the

8    participation by Anadarko in the drilling

9    of the -- of the Mississippi Canyon 252

10   Macondo well.

11        Q.    Is this document the document

12   that essentially lays out the economic

13   terms of the relationship between Anadarko

14   and BP with respect to the well?

15        A.    Yes.

16        Q.    Okay.  Can you -- this document,

17   by the way is -- the same was true, I

18   think, of the Lease Exchange Agreement and

19   the same will be true of the Operating

20   Agreement.  The documents were signed on

21   December 17, 2009, effective October 1,

22   2009; is that correct?

23        A.    They're dated the 17th.  I

24   actually think that they were signed after

25   the 17th but dated the 17th.

```
 1              A.      Because Kerr-McGee Oil and Gas
 2      Corporation is a 25 percent owner in
 3      Pompano, and certain provisions were being
 4      made for Pompano.  And so that's the reason
 5      they -- they were listed as well.
 6              Q.      And this goes back to our
 7      discussion earlier about the potential tie
 8      back to Pompano; correct?
 9              A.      Yes.
10              Q.      Okay.  So Kerr-McGee was made a
11      part of the Well Participation Agreement,
12      because you needed their -- that company's
13      consent for the tie back provisions that
14      appear in this document; is that correct?
15              A.      Yes.
16              Q.      But Kerr-McGee had no
17      participation interest in the Macondo
18      Prospect; correct?
19              A.      That is correct.
20              Q.      Okay.  In Recital B on the first
21      page?
22              A.      Okay.
23              Q.      It says that APC -- that's
24      Anadarko Petroleum; correct?
25              A.      Yes.
```

```
 1              Q.    Okay.  Have you seen this

 2      document before?

 3              A.    I have.

 4              Q.    Okay.  What is this?

 5              A.    This is the -- the document that

 6      Anadarko E&P and Anadarko Petroleum

 7      Corporation signed to effectively join the

 8      operator.  The operator was executed prior

 9      to our participation.

10              Q.    Okay.  So if you turn to the

11      next page, the -- yes.  Right there.

12              A.    Okay.

13              Q.    This document is dated

14      October 1, 2009.  It was executed

15      December 17, 2009; correct?

16              A.    Correct.

17              Q.    And it is signed on behalf of

18      Anadarko E&P and Anadarko Petroleum by

19      Mr. Wallace; correct?

20              A.    That is correct.

21              Q.    Did you participate in -- well,

22      strike that.

23                    This -- all this joinder does is

24      indicate your participation in the

25      operating agreement; is that correct?
```

1        MR. MICALLEF:

2             Object to form.

3   EXAMINATION BY MR. FINEMAN:

4        Q.    All what this document does is

5   indicate Anadarko E&P is Anadarko

6   Petroleum's joinder of the operating

7   agreement; is that correct?

8        A.    Right.  Yes, sir.

9        Q.    Okay.  And the document -- this

10  joinder also refers to a company called

11  MOEX Offshore 2007, LLC.  You see that?

12       A.    Yes.

13       Q.    Okay.  For purposes of the

14  deposition today, I'm going to refer to

15  that company as MOEX.  Is that okay?

16       A.    Yes.

17       Q.    Who was MOEX?

18       A.    MOEX, as I appreciate it, is a

19  subsidiary -- subsidiary of Mitsui, a

20  Japanese corporation.

21       Q.    And what was MOEX's role with

22  respect to the operating agreement?

23       A.    They were a non-operating party,

24  co-owner.

25       Q.    And they had 10 percent

1    interest?
2         A.    Yes.
3         Q.    Okay.  I'm going to come back to
4    them in a little bit.
5              So, I think a minute ago, you
6    mentioned that this -- if you turn to the
7    front face page of the actual offering
8    agreement, it's called the Macondo
9    Prospect, Offshore Deepwater Operating
10   Agreement; correct?
11        A.    Yes.
12        Q.    And this document, you said, was
13   already in existence at the time you
14   executed the joinder; is that correct?
15        A.    Yes.
16        Q.    And it was in existence because
17   it had already been entered into between --
18   by and between BP and MOEX; is that
19   correct?
20        A.    Yes.
21        Q.    Did Anadarko play any role in
22   negotiating the terms of the operating
23   agreement?
24        A.    No.
25        Q.    To the best of your knowledge,

```
 1    did Anadarko express any concerns or offer
 2    any changes to the operating agreement?
 3          A.    Not that I'm aware.  It was --
 4    as I appreciate it, it was executed,
 5    obviously, before we were -- we ratified
 6    it.
 7          Q.    But to -- but to your knowledge,
 8    did Anadarko ask for any changes to the
 9    operating agreement before executing the
10    joinder?
11          A.    No.
12          Q.    Do you know whose responsibility
13    it was at Anadarko to be familiar with the
14    terms of the operating agreement?
15          A.    It would've been Nick Huch.
16    Primarily, Nick is the -- kind of the lead
17    negotiator for this.
18          Q.    Have you ever read this
19    document?
20          A.    In its entirety?
21          Q.    Yes.
22          A.    I don't believe so.
23          Q.    Have you ever read portions of
24    of it?
25          A.    Yes, I have.
```

```
 1    would be?
 2         A.     For the Gulf of Mexico, it would
 3    be Dick Keelan.
 4         Q.     Can you spell the last name for
 5    me?
 6         A.     Yes.  It's K-E-E-L-A-N, I
 7    believe.
 8         Q.     Were there any other transaction
 9    documents, besides the ones we've looked
10    at -- you know what, before you answer that
11    question, let's look at some other
12    documents that I do want to show you.
13         MR. FINEMAN:
14              So I'm going to give you
15    document 1944.  It's Tab 5.  This
16    document -- the exhibit only includes a
17    couple of Bates-stamped numbered documents.
18    But I'm not -- I can't recall the source of
19    the other documents, the other pages.
20              So the two pages at the end of
21    this exhibit are ANA-MDL-000020295 and 296.
22    The other pages of the exhibit do not have
23    Bates-stamp numbers.
24              (Whereupon, the document
25    referred to was marked as Exhibit No. 1944
```

```
 1     for identification.)
 2     EXAMINATION BY MR. FINEMAN:
 3         Q.    So I'm giving you 1944.
 4         MR. NEGER:
 5               And are you representing that
 6     the two pages which do have Bates stamps on
 7     them are a part of the document that is not
 8     numbered?
 9         MR. FINEMAN:
10               I'm going to ask the question.
11     For purposes of my examination, it's part
12     of one exhibit.  I'm not making
13     representations about what belongs with
14     what.  Just the way we've assembled it.
15     Hopefully, the witness can tell me.  We can
16     separate them, too, if we need to.  It
17     doesn't matter.
18         MR. NEGER:
19               Okay.
20     EXAMINATION BY MR. FINEMAN:
21         Q.    Could you take a look at this
22     exhibit.  This is a letter -- the front
23     page is a letter dated February 11, 2010,
24     to MMS from Wendy Rodriguez at Anadarko;
25     correct?
```

```
 1            A.      That is correct.
 2            Q.      And it shows it was approved on
 3    February 23, 2010; correct?
 4            A.      That is correct.
 5            Q.      And then again -- on the next
 6    page, it also shows the documents were
 7    signed by -- on behalf of BP and Anadarko
 8    Petroleum on December 17, 2009; correct?
 9            A.      That's correct.
10            Q.      And then the designation of
11    operator documents, where it shows --
12    stamped received February 23, 2010;
13    correct?
14            A.      That is correct.
15            Q.      And again, those were dated on
16    behalf of Anadarko Petroleum and Anadarko
17    E&P on December 17, 2009?
18            A.      That is correct.
19            MR. FINEMAN:
20                    This is Exhibit 1945.  Again,
21    the first page of this document does not
22    have a Bates stamp number.  The second and
23    third pages are 000023862 to 23863.
24                    (Whereupon, the document
25    referred to was marked as Exhibit No. 1945
```

1   for identification.)
2       MR. NEGER:
3           Which tab is --
4       MR. HARTLEY:
5           Which tab is this?
6       MR. FINEMAN:
7           I'm sorry.  This is Tab 7.
8   EXAMINATION BY MR. FINEMAN:
9       Q.   The first -- the first page of
10  this document is a letter dated April 20,
11  2010, from Vera Wells at Anadarko E&P; is
12  that correct?
13      A.   That is correct.  This was
14  signed by Vera Wells.  The letterhead says
15  Anadarko E&P.
16      Q.   Fair enough.  And who is Vera
17  Wells?
18      A.   Vera Wells is also an analyst in
19  our group.
20      Q.   And she reports either directly
21  or indirectly to you?
22      A.   She does.
23      Q.   Okay.  And do you know what this
24  document -- this cover letter and the
25  following attached pages are?

```
 1              A.      It is transmitting the -- to the
 2     MMS an assignment from Anadarko E&P Company
 3     to Anadarko Petroleum Company of 22 and a
 4     half net percent working interest.
 5              Q.      And this is that transfer that
 6     was contemplated in the Well Participation
 7     Agreement that we looked at earlier?
 8              A.      Yes.
 9              Q.      Okay.  This -- if you turn to
10     the second page, it shows that this -- this
11     is the actual assignment document; correct?
12              A.      That is correct.
13              Q.      Okay.  And it shows that it was
14     received by MMS -- stamped "received" on
15     April 21, 2010?
16              A.      Yes.
17              Q.      Is that correct?
18              A.      Uh-huh (affirmative).
19              Q.      And it shows at the bottom of
20     the page that it was approved on April 28,
21     2010?
22              A.      Correct.
23              Q.      Okay.  And the next page shows
24     that you signed the document on behalf of
25     both Anadarko E&P and Anadarko Petroleum?
```

```
 1        A.     That is correct.
 2        Q.     And it appears that you dated
 3   the document April 15, 2010?
 4        A.     That is correct.
 5        Q.     Okay.  Do you know why it was in
 6   mid April 2010 that the document -- that
 7   you executed this document and not back in
 8   December?
 9        A.     Specifically, no.  I suspect
10   it's just probably a administrative delay.
11   It wasn't dated as timely maybe as it
12   should.  The assignment was -- you know,
13   for the second part, for the assignment
14   from ANP to APC, you really couldn't have
15   submitted that until the previous one
16   was -- was approved.
17        Q.     Okay.  And do you know why --
18   strike that.
19        MR. FINEMAN:
20             Why don't we take a 5-minute
21   break right here?
22        MR. NEGER:
23             Sure.
24        THE VIDEOGRAPHER:
25             Off the record.  This is Tape 2.
```

1    participation in the initial Macondo well;
2    correct?
3         A.    That is correct.
4         Q.    Okay.  Can I direct your
5    attention to the definition of IEW or
6    initial exploratory well?
7         A.    Okay.
8         MR. NEGER:
9              Where is that?
10        MS. FLICKINGER:
11             It's on page 2, on the Well
12   Participation Agreement.
13        MR. NEGER:
14             Okay.
15   EXAMINATION BY MS. FLICKINGER:
16        Q.    And the final -- it defines the
17   well currently being drilled by the
18   operator on the Macondo Prospect area and
19   any substitute wells.
20             And then the final sentence
21   says, the interest in the IEW assigned to
22   APC consists of all tangible personal
23   property in the well, including the tubular
24   and wellhead costs as set forth in the AFE.
25             You see that?

```
 1              A.     Yes, I do.
 2              Q.     Do you have an understanding of
 3      what "tangible personal property" means?
 4              A.     In the context of the well, I
 5      can only imagine that was the -- you know,
 6      the equipment that at that time had already
 7      been installed in the well.  You know, we
 8      were joining after the commencement of the
 9      operation.  So I don't know specifically
10      what those things would be, but I think
11      they would be those sorts of things.
12              Q.     Is tangible personal property
13      something in your capacity as land manager
14      would use -- is that a concept that you use
15      in drafting the various agreements?
16              A.     You know, I don't see that much.
17      I see that it's here, obviously, but that's
18      not a term we use a lot.
19              Q.     Are you involved in the
20      invoicing and the payments that take place
21      once the joint operating agreements are
22      completed?
23              A.     No, ma'am.
24              Q.     You're not?
25              A.     No.
```