# EXHIBIT 14

```
 1

 2              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 3
        IN RE:  OIL SPILL      MDL NO. 2179
 4      BY THE OIL RIG
        "DEEPWATER HORIZON"    SECTION:  J
 5      IN THE GULF OF
        MEXICO, ON APRIL       JUDGE BARBIER
 6      20, 2010               MAG. JUDGE SHUSHAN

 7

 8












14

15

16

17              Videotaped Deposition of ALAN
        O'DONNELL, taken in the Pan American Life
18      Center, 11th Floor, 601 Poydras Street, New
        Orleans, Louisiana 70130, on May 5, 2011.
19
        APPEARANCES:
20

21      LIEFF, CABRASER HEIMANN & BERNSTEIN
        By:  Steven E. Fineman, Esquire and
22      Annika K. Martin, Esquire
        250 Hudson Street, 8th Floor
23      New York, NY 10013-1413
                 (Attorneys for Plaintiffs
24               Steering Committee)

25
```

```
 1        Q.    This is Exhibit 1919, APCSHS 2A
 2   00001082 through 1084.  Tab 18.
 3                (Exhibit 1918 was marked
 4   for identification.)
 5                Mr. O'Donnell, can you tell me
 6   what this is?
 7        A.    This looks like the BP AFE for
 8   the initial drilling of the well, the
 9   initial AFE.
10        Q.    Okay.  AFE is authorization for
11   expenditure, correct?
12        A.    Correct.
13        Q.    Okay.  And it says it was
14   prepared on August 28, 2009 in the left
15   corner, correct?
16        MS. WILMS:
17                Object to form.
18        THE WITNESS:
19                Yes.
20   BY MR. FINEMAN:
21        Q.    Okay.  And if you look at the
22   bottom right it looks like it's dated for
23   signature purposes December 17, 2009?
24        A.    Correct.
25        Q.    Is that your understanding?
```

```
 1                    And it looks like it was signed
 2      by Anadarko by Stuart Strife; is that
 3      correct?
 4             A.     Correct.
 5             Q.     And Mr. Strife was the
 6      vice-president for exploration for the Gulf
 7      of Mexico?
 8             A.     That's right.
 9             Q.     Okay.  I think earlier you
10      testified that the budget was
11      coming from -- the dollars were coming from
12      exploration, correct?
13             A.     Right.
14             Q.     So that's why he was the one who
15      was signing this, correct?
16             A.     Yes.
17             Q.     Okay.  Did you play any role in
18      reviewing this AFE?
19             A.     No.  We pulled the well costs
20      from it.
21             Q.     Say that again, please?
22             A.     We utilized the well costs from
23      it.
24             Q.     What does that mean?
25             A.     The cost of the well, the AFE
```

```
 1    department would have looked at it and seen
 2    if the cost was reasonable.
 3    BY MR. FINEMAN:
 4         Q.    Okay.  And would that
 5    person -- would that person -- does the
 6    drilling department report to you?
 7         A.    No.
 8         Q.    Who do they report to?
 9         A.    Darrell Hollek.
10         Q.    Okay.  I'm going to give you a
11    document we're marking as 1920.  It's
12    ANA-MDL-000030713, 30714.
13                (Exhibit 1920 was marked
14    for identification.)
15                The first page of this exhibit
16    is a February 18, 2010, letter from
17    Mr. Huch to Mr. Beirne at BP, correct?
18         A.    Correct.
19         Q.    Do you know who Mr. Beirne is?
20         A.    I do not.
21         Q.    Okay.  And the letter suggests
22    that AFE -- supplemental AFE is being
23    attached, correct?
24         MS. WILMS:
25                Object to form.
```

```
 1        THE WITNESS:
 2                  It appears that's what it
 3   says, yes.
 4   BY MR. FINEMAN:
 5        Q.   Okay.  And can you tell me as
 6   the next -- the next document is a
 7   supplemental authorization for expenditure?
 8        A.   Yes.
 9        Q.   Okay.  And in the left corner it
10   says date prepared, January 27, 2010.  Do
11   you see that?
12        A.   Yes.
13        Q.   And then again, it was signed by
14   Stuart Strife on behalf of Anadarko,
15   correct?
16        MS. WILMS:
17                  Object to form.
18        THE WITNESS:
19                  It looks like Stuart's
20   signature, but I can't be certain who would
21   have signed this.
22   BY MR. FINEMAN:
23        Q.   Okay.  Okay.  He's the VP of
24   exploration?
25        A.   Correct.
```

1    Q.    I'm going to give you 1921.
2  It's ANA MDL 000030687 through 30690.  It's
3  tab 22.
4              (Exhibit 1921 was marked
5  for identification.)
6              This exhibit, again, is
7  a -- this is a March 30, 2010 letter from
8  Mr. Huch to Mr. Beirne attaching a second
9  supplemental AFE concerning Macondo; is
10 that correct?
11     MS. WILMS:
12              Object to form.
13     THE WITNESS:
14              Yes.
15 BY MR. FINEMAN:
16     Q.    Attached to that is a letter
17 from Mr. Beirne to Anadarko.  I recognize
18 you were not a recipient.  Doesn't show you
19 as a recipient of that letter.  But have
20 you seen this letter before?
21     A.    I don't think I have seen this.
22     Q.    Okay.  If you look at the final
23 page of this exhibit, this is a second
24 supplemental authorization for expenditure,
25 correct?

```
 1        A.    Correct.
 2        Q.    And it was prepared, according
 3   to the document, on March 22nd, 2010,
 4   correct?
 5        A.    Correct.
 6        Q.    And this one is -- is this again
 7   signed by Mr. Strife?
 8        A.    Yes, it appears to be.
 9        Q.    Okay.  And did you -- do you
10   recall whether you played any role in
11   approving or authorizing this AFE?
12        A.    Again, my -- my group would have
13   updated the economics, if we did any.  I
14   don't recall specifically that we updated
15   economics for this AFE, though.
16        Q.    Okay.  Do you -- do you know
17   what this -- what expenses this second
18   supplemental authorization for expenditure
19   concerned?
20        MS. WILMS:
21                  Object to form.
22        THE WITNESS:
23                  I really don't.  I know
24   that they had drilling -- drilling delays
25   and things and rig repairs, but I don't
```

```
 1                        Object to form.
 2    BY MR. FINEMAN:
 3         Q.     -- at this time?
 4         A.     I do not recall.
 5         Q.     Do you recall any conversations
 6    about whether -- in connection with this
 7    AFE, this March 2010 AFE, the second
 8    supplemental authorization, do you recall
 9    any conversations about
10    where -- conversations where you were asked
11    to look into these increased costs?
12         MS. WILMS:
13                        Object to form.
14         THE WITNESS:
15                        I don't recall if we were
16    ever asked.
17    BY MR. FINEMAN:
18         Q.     All right.  I will show you one
19    more of these.  This is 1922, ANA MDL
20    000030726, 30728.
21                        (Exhibit 1922 was marked
22    for identification.)
23         MS. WILMS:
24                        Is this an exhibit?
25         MR. FINEMAN:
```

```
 1                    Yeah.  I'm sorry.  Is there
 2    a problem?
 3        MS. WILMS:
 4                    No.  I was just wondering
 5    what's the exhibit number?
 6        MR. FINEMAN:
 7                    It's 36.
 8        MS. MARTIN:
 9                    1920.
10        MR. FINEMAN:
11                    1920.
12        MS. MARTIN:
13                    Is that what you want?
14        MR. FINEMAN:
15                    What -- that says 1920.
16        MS. MARTIN:
17                    Oh, 22.  I'm sorry.
18        MR. FINEMAN:
19                    1922.  Here you go.
20        MS. WILMS:
21                    Thank you.
22    BY MR. FINEMAN:
23        Q.    This document again is an
24    April 15, 2010 letter from Mr. Huch.  This
25    time to Aimee Patel at BP.  And it -- it
```

1  purports to attach an AFE in the gross
2  amount of $3.5 million. Attached is an
3  authorization for expenditure, correct?
4       A.   Correct.
5       Q.   And it appears the date prepared
6  is April 14, 2010. Do you see that?
7       A.   Yes.
8       Q.   And it appears that you signed
9  this particular AFE, correct?
10      A.   Correct.
11      Q.   And it's dated April 15, 2010?
12      A.   Correct.
13      Q.   Why -- why did you sign this
14 particular AFE?
15      A.   Well, once we agreed to
16 participate in the well, we logged it and
17 we -- we saw that we had hydrocarbons that
18 we wanted to set pipe on. We had internal
19 approval to set pipe. So it was really a
20 formality, me signing this, and it implied
21 that the casing cost would come from the
22 development group instead of from the
23 exploration group since it is -- it is
24 going to be a development.
25           So that -- that's why I'm -- my

```
 1    name is on the AFE and it's within my
 2    signatory authority. If that would have
 3    been out of my signatory authority, then my
 4    boss would have had to sign it.
 5         Q.   Okay. What was your signatory
 6    authority?
 7         A.   $5 million.
 8         Q.   Okay. And what was this AFE
 9    specifically for?
10         A.   This was for setting production
11    casing.
12         Q.   Okay. And do you recall
13    conversations where you or people in your
14    group assessed the reasonableness of the
15    expense?
16         A.   We did not assess the
17    reasonable -- reasonableness of the
18    expense. The drilling department did and
19    then advised us that, yes, it looks
20    reasonable.
21         Q.   Okay. 23. Wait. Hold on. Oh,
22    no. I need -- let's do 21 first. Well,
23    it's -- should be more than that. Oh,
24    yeah. All right. Thanks.
25              This is 1923, ANA-MDL-000058506
```

```
 1   document -- not the cover e-mail, but the
 2   actual document itself.
 3        MS. HARVEY:
 4             And for the record, this is
 5   Bates number DWHMX-00058228 through 58231.
 6   We'll mark this as exhibit 1931.
 7             (Exhibit 1931 was marked
 8   for identification.)
 9   BY MS. HARVEY:
10        Q.   It has the "Subject:  Temporary
11   abandonment, OCS-G 32308 number one well,
12   Macondo, Mississippi Canyon block 252 OCS,
13   Gulf of Mexico."  And could you explain
14   what this document is?
15        A.   The BP document?
16        Q.   Yes.
17        A.   It is an agreement to
18   temporarily abandon the well.
19        Q.   And if you read the second
20   paragraph into the record, the first
21   sentence of the second paragraph.
22        A.   "This letter shall evidence the
23   parties decision to temporarily abandon
24   OCS-G 32306, number 1 well, Macondo well,
25   in accordance with the previously approved
```

```
 1    original AFE and terms and provisions of
 2    the Macondo OA.
 3         Q.    And this document has your
 4    signature --
 5         A.    Yes.
 6         Q.    -- on it?  Thanks.  And you --
 7    you had signed on behalf of Anadarko E&P
 8    Company?
 9         A.    Yes.
10         Q.    And you also signed on behalf of
11    Anadarko Petroleum Corporation?
12         A.    Correct.
13         Q.    And you testified earlier that
14    you were not aware of Anadarko E&P Company?
15         MS. WILMS:
16              Objection to form.
17         THE WITNESS:
18              I was not aware early on that
19    they were a part of the well.
20    BY MS. HARVEY:
21         Q.    Did --
22         A.    I had heard of the company
23    before, but I don't -- I didn't know they
24    were part of the well.
25         Q.    Before signing this document had
```