# EXHIBIT 15

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | ) | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | ) | |
| GULF OF MEXICO, on | ) | SECTION: J |
| APRIL 20, 2010 | ) | |
| | ) | JUDGE BARBIER |
| | ) | |
| | ) | MAG. JUDGE SHUSHAN |

## *CONFIDENTIAL*

### *WorldwideVIEW*™
Interactive Deposition Digital Display

ORAL AND VIDEOTAPED DEPOSITION OF:



## Jerry Byrd

VOLUME 1

JULY 13, 2011

## *ORIGINAL*



*Systems Technology for the Litigation World*

Litigation Group•Court Reporting•Video Production•Videoconferencing

For U.S. & International Services

1  that they can check now that says "Confidential

2  Attachment," and then that limits those folks

3  within Anadarko that can see that AFE.

4      Q    Okay.  Was it typical in your role in

5  early 2010 to perform this gatekeeper function

6  for AFE documents that came in?

7          MR. NEGER:  Objection to form.

8          THE WITNESS:  Yes.

9  BY MS. MARTIN:

10     Q    So you had done so on AFEs for

11  non-Macondo-related. . .

12     A    Correct.

13     Q    Okay.  So when you saw this AFE for the

14  first time, for this gatekeeper purpose, what did

15  you do with it?

16     A    Basically nothing.

17     Q    You didn't have to read it or send it

18  on to anyone or anything like that?  I'm just

19  confused about how -- what you would do to

20  perform a gatekeeper function when you get this

21  document laying on your desk.

22     A    Right.  Basically it was controlled by

23  AFE numbers.  So the AFE number associated with

24  this particular AFE on the Macondo, it was my

25  role to go into our system and identify who in

1     Q    Okay.  So then I guess my question

2  is -- and I'm sorry if they seem -- you know, I'm

3  not an accountant, and I -- I'm not at the time.

4  So my questions may seem confusing.  But I'm just

5  trying to understand it --

6     A    Okay.

7     Q    -- properly.  So this is an estimate of

8  cost to be spent.  So how does that, then, relate

9  to the joint interest billings that are sent by

10 BP?

11    A    This is a reference point for us when

12 we get our joint interest billings from BP

13 that -- if you'll will notice, there's an AFE

14 number on here from BP.  When we get the joint

15 interest billings from BP, it will reference that

16 AFE number, which will again link over to this

17 AFE.

18    Q    Okay.  We can look at one of those to

19 have an example.  Let's look at Tab 5.  And I

20 believe we can mark this as -- Exhibit 4201?  Is

21 that correct?

22        MR. NEGER:  Correct.

23   (EXHIBIT NO. 4201 WAS MARKED FOR THE RECORD.)

24 BY MS. MARTIN:

25    Q    Do you recognize this document?

1   those again.  But just to make sure, you don't

2   have any questions about the protocol that she

3   had?

4        A    No.

5        Q    Okay.  If we could turn to Tab 2, which

6   is the joint operating agreement, Exhibit 1243.

7   I wanted to spend some time on Exhibit C, the

8   joint -- the accounting provision.  It's the

9   Bates ending 000001761.  Mr. Byrd, have you read

10  this provision?

11       A    Yes, I have reviewed Exhibit C.

12       Q    And let's start with the definitional

13  terms.  Do you have an understanding of what the

14  term "joint property" means?

15       A    Yes.

16       Q    What is that understanding?

17       A    The joint property, in my own words, is

18  a well that is shared -- the ownership is shared

19  by various entities.

20       Q    Would that include components that are

21  installed in the well?

22       A    Yes.

23       Q    Is such as a casing, for example?

24       A    Yes.

25       Q    If that property is paid for by the

```
 1   joint account, would it then be joint property?
 2          MR. NEGER:  Objection to form of the
 3       question.
 4          THE WITNESS:  Clarify your question for
 5       me, please.
 6   BY MS. HARVEY:
 7       Q    Earlier today, we looked at some
 8   invoices which had cost breakdowns for various
 9   equipment.
10       A    Right.
11       Q    So that equipment, if Anadarko paid for
12   that invoice, wouldn't that represent joint
13   property, in your understanding?
14       A    Yes, it would represent our share of
15   that joint property.
16       Q    And your share would be the proportion
17   set forth pursuant to the agreements that you
18   reached with BP; is that correct?
19       A    Yes.
20       Q    And in the case of Macondo, Anadarko's
21   share was 25 percent; is that correct?
22       A    Originally, there was a promote for
23   33 percent up to a certain dollar amount.  After
24   that promote paid out, it was 25 percent, yes,
25   ma'am.
```

```
1              MS. HARVEY: We'll mark this as the
2         next exhibit. Just the --
3              MS. STEIN: Is it 4204?
4              MS. HARVEY: Yeah. It's 4204. And on
5         the CD, this is Tab 8A. The first exhibit
6         -- first document.
7    (EXHIBIT NO. 4204 WAS MARKED FOR THE RECORD.)
8    BY MS. HARVEY:
9         Q    Mr. Byrd, who is this invoice addressed
10   to?
11        A    Anadarko Petroleum Corporation.
12        Q    And for what month of operation does it
13   cover?
14        A    It's for the month of January 2010.
15        Q    Do you know if a copy of this was also
16   sent to Anadarko Exploration & Production?
17        A    Not to my knowledge.
18        Q    And this invoice indicates that
19   Anadarko's share is 33 percent of the well cost;
20   is that correct?
21        A    Yes.
22        Q    And that's pursuant to the agreement
23   with BP that Anadarko would pay 33 percent up to
24   a certain point for a 25 percent share?
25        A    That's correct.
```

```
 1      Q    Okay.  And this invoice includes cost
 2   for two different wells; is that correct?
 3      A    Yes.
 4      Q    Including Macondo?
 5      A    Yes.  It has billings for Cortez Bank
 6   and also Macondo.
 7      Q    Okay.  And indicates the total net
 8   payment of $21,084,117.60; is that correct?
 9      A    Yes, ma'am.
10      Q    And this is to cover expenditures and
11   cash call for the month of January 2010?
12      A    Yes.
13      Q    If you turn to the Bates ending
14   2752581.
15      A    Okay.
16      Q    And this lists an AFE number?
17      A    Yes, ma'am.
18      Q    Is that the AFE covering the drilling
19   for Macondo Well?
20      A    That is the AFE from -- BP's AFE number
21   for the Macondo Well, yes, ma'am, that's correct.
22      Q    Okay.  And this includes the cost
23   associated with that AFE; is that correct?  At
24   least for the month of -- for this billing cycle?
25      A    Yes.
```

```
 1      Q     And you will see that it includes a
 2  category of Tangible Controllable Equipment?
 3      A     Yes, ma'am.
 4      Q     And do you have an understanding of
 5  what that term means?
 6      A     Yes, ma'am.
 7      Q     And what is that understanding?
 8      A     Controllable equipment is going to be
 9  any equipment that the operator's billing the
10  non-operators.  And by "controllable," you
11  generally are talking about the higher ticket
12  items.   There's also tangible controllable --
13  tangible equipment that's considered
14  noncontrollable, smaller valves and stuff like
15  that, that are -- the dollars are
16  inconsequential.  So we're talking about the
17  bigger ticket items when you talk about control.
18      Q     And to your knowledge, did Anadarko
19  ever question any of the items listed here and
20  contact BP about them?
21      A     Not to my knowledge, no.
22      Q     And turning back to the first page.  We
23  discussed that the costs for Macondo are
24  33.333 percent for the well cost.  Does that
25  represent both Anadarko Petroleum Corporation and
```

```
 1   Anadarko Petroleum Corporation?
 2       A    I'm not aware of any such agreement,
 3   no.
 4       Q    If there was such an agreement, do you
 5   know who in the company would be familiar with
 6   that arrangement?
 7       A    I'm guessing it would probably be
 8   someone in our -- probably our financial
 9   accounting group.
10       Q    Um-hum.  And do you know that person in
11   charge of that group?
12       A    I would hate to speculate.  They've
13   changed -- there's been quite a bit of
14   reorganization going on in the last few months,
15   so I'd had -- I'd hate to specify that.
16       Q    All right.  And for the January
17   operations, do you know if that includes costs
18   that were incurred starting with the initial
19   spudding of the well?
20       A    Let's go back to that.
21       Q    It's Tab 8.
22       A    Tab 8 again.  Yes, if you'll look at
23   the very last line of the bill, you will see it
24   says inception to date cost through 12/31 of '09,
25   and it's represented by the $14 million entry on
```

1  that last line.

2     Q   Okay. And the cash call request for

3  $5.2 million, that's a cash call request for the

4  month of March, operations occurring during the

5  month of March?

6     A   Yes. Generally they're going to cash

7  call you for up to 60 days, what their costs are

8  inspected to incur.

9     Q   And then if we look to the March

10  invoice, we can see how that was accounted for,

11  the cash call?

12     A   What you will probably see on the March

13  bill is, generally they will reverse -- so you

14  got billed for $5.2 million in January. And

15  generally what an operator will do is reverse

16  that cash call within 60 days.

17     Q   Okay. And those funds would -- those

18  are funds that were used by BP for the well, for

19  that particular AFE?

20     A   That's the intent of the cash advance,

21  yes, ma'am.

22     Q   Let's go to the next invoice, which

23  we'll mark 4206.

24    (EXHIBIT NO. 4206 WAS MARKED FOR THE RECORD.)

25  BY MS. HARVEY:

1  for, no, ma'am.

2      Q    Okay.  And, again, there's a total net.

3  Is that what Anadarko is being asked to pay for

4  costs associated with the Macondo Well and

5  another well?

6      A    Yes, ma'am.

7      Q    And if you'll look at the total net

8  number, $14,458,349.04.  I want to see if that

9  was also paid in full.  So can we turn to Tab 10,

10  10B, the next remittance, which we'll mark as

11  4207, Bates ending 230696 to 97.

12   (EXHIBIT NO. 4207 WAS MARKED FOR THE RECORD.)

13  BY MS. HARVEY:

14      Q    Is this a remittance for the February

15  invoice covering operations including costs

16  associated with Macondo Well?

17      A    Yes, based upon the invoice numbers on

18  the remittance advice, they are the same.

19      Q    And does it appear, then, that Anadarko

20  paid this February invoice in full?

21      A    Let me see.  I apologize.  The amounts

22  are very, very small.

23      Q    The amount -- oh, the check is on the

24  other side.

25      A    Yes, ma'am, that is.

1   or Stuart Strife.

2      Q   Okay. Let's go to the next invoice for

3   March.

4         MS. HARVEY: And we'll mark this

5     Exhibit 4208.

6   (EXHIBIT NO. 4208 WAS MARKED FOR THE RECORD.).

7       THE WITNESS: I'm sorry, same tab.

8   BY MS. HARVEY:

9      Q   Are you at March?

10     A   Yes, ma'am, I have it.

11       MR. NEGER: This is the document

12     beginning with Bates No. -- or ending Bates

13     No. 79484?

14       MS. HARVEY: Yes. That is correct.

15   BY MS. HARVEY:

16      Q   And on the Bates ending 9485, is this a

17   summary of the invoice for the -- that was billed

18   by BP to Anadarko?

19     A   Yes, it's for March operations billed

20   to Anadarko Petroleum Corporation.

21      Q   And, again, this includes costs

22   associated with two different wells?

23     A   Yes. The Cortez Bank and the Macondo

24   Well.

25      Q   Okay. And here it says that there's a

1 | March JIB, you'll notice that they're reversing
2 | the $5.2 million. So they're giving us credit
3 | for paying that.
4 |     Q    And the total net that you're being
5 | charged under this invoice is $16,412,508.01; is
6 | that correct?
7 |     A    That is the total bill for both wells,
8 | yes.
9 |     Q    Okay. And we can just verify that this
10 | payment was made by flipping back to Tab 10.
11 | 10C.
12 |     MS. HARVEY: And we'll mark this as
13 |     Exhibit 4209.
14 |  (EXHIBIT NO. 4209 WAS MARKED FOR THE RECORD.)
15 |     THE WITNESS: It's the same amount,
16 |     yes. The total was paid.
17 | BY MS. HARVEY:
18 |     Q    And just to confirm, this is covering
19 | Anadarko Petroleum Corporation and Anadarko
20 | Exploration & Production Corporation's share --
21 | or company share for expenses associated with the
22 | AFE for Macondo Well drilling?
23 |     MR. NEGER: Objection to form.
24 |     THE WITNESS. No. It's actually a
25 |     billing to Anadarko Petroleum Corporation

1      and not Anadarko E&P.
2   BY MS. HARVEY:
3      Q    Right.  But the share that is being
4   asked for, the proportion of the gross
5   expenditures -- if you turn to the last page,
6   ending 9489.  The share is listed at
7   33.33 percent; is that correct?
8      A    That's correct.
9      Q    And that share represents the share of
10  both Anadarko Petroleum Corporation and Anadarko
11  Exploration & Production?
12          MR. NEGER:  Objection to form.
13          THE WITNESS:  To me, it represents
14      Anadarko Petroleum Corporation.  That's the
15      only party that's being billed on this
16      invoice for 33 percent.
17          MS. HARVEY:  Okay.  We'll have to take
18      a break to change the tapes.
19          VIDEO SPECIALIST:  The time now is
20      10:55 a.m.  We're now off the record.  This
21      is the end of Tape 2.
22              (OFF THE RECORD.)
23          VIDEO SPECIALIST:  The time now is
24      11:04 a.m.  We're now back on the record.
25      This is the beginning of Tape 3.

```
1   BY MS. HARVEY:
2       Q    Okay.  To keep going through the
3   invoices, let's start with the next one, for
4   April.
5       A    Okay.
6       Q    And this is the invoice that BP sent to
7   Anadarko Petroleum Corporation for the month of
8   operation April 2010?
9       A    Yes, ma'am.
10      Q    And, again --
11           MR. NEGER:  Are you going to mark this
12      one?
13           MS. HARVEY:  Yes.  Thank you.  We will
14      mark this as Exhibit 4210.
15   (EXHIBIT NO. 4210 WAS MARKED FOR THE RECORD.)
16   BY MS. HARVEY:
17      Q    And, again, this invoice appears to
18   cover costs for two different wells; is that
19   correct?
20      A    Yes.  The Cortez Bank and the Macondo
21   Well.
22      Q    And with respect to the expenditures
23   and cash call for Macondo, there is an AFE number
24   that's listed X2-008 -- I'm sorry, X2-000X8.  And
25   that's the AFE for the Macondo -- the drilling of
```

Worldwide Court Reporters. Inc.

1  amount for $80,000; is that correct?
2      A    Yes, there's a fourth amount.
3      Q    And I believe you discussed with
4  Ms. Martin earlier today costs that were
5  associated with the Macondo incident. Is that
6  correct?
7      A    Yes. The Macondo incident is that
8  $80,000.
9      Q    And like the earlier invoices -- if you
10 flip to the second-to-last page, ending 9502,
11 there is a page listing items associated with AFE
12 No. X2-000X8. And that's for the Macondo Well?
13     A    Yes, ma'am.
14     Q    So those were items that BP was billing
15 Anadarko for, for the month of April?
16     A    For the Macondo Well, yes, ma'am.
17     Q    Yes. And if you look at the total
18 net -- on the first page -- amount. Just to
19 verify how that relates to a payment that was
20 made. So go to Tab 10D, last -- ending with
21 Bates 230700.
22         MS. HARVEY:  And we will introduce as
23     Exhibit 4211.
24  (EXHIBIT NO. 4211 WAS MARKED FOR THE RECORD.)
25 BY MS. HARVEY:

```
 1      Q     And if you look at the amount of the
 2   check -- I'm sorry, this is a -- this is a
 3   payment for the invoice -- the April invoice?
 4      A     It is a payment for the April invoice
 5   less the $80,000 incident cost on the last line
 6   item.
 7      Q     So the difference between the total net
 8   that you were billed and the amount that you paid
 9   was for the response cost?
10      A     Yeah.
11      Q     But you paid, in full, cost associated
12   with the drilling of the Macondo Well?
13      A     Yes, cost for the Macondo Well.
14      Q     Okay.  Let's go to Tab 9.
15            MS. HARVEY:  And we'll introduce this
16         as Exhibit 4212.
17     (EXHIBIT NO. 4212 WAS MARKED FOR THE RECORD.)
18   BY MS. HARVEY:
19      Q     And can you tell me what this is?  9A.
20      A     The first page is a -- it looks like a
21   billing from BP for the operational month of May
22   of 2010.
23      Q     And, again, this is addressed to
24   Anadarko Petroleum Corporation?
25      A     Yes, it is.
```

1    Q    And to your knowledge, an invoice was
2  not sent to anyone at Anadarko Exploration &
3  Production?
4    A    I have only seen invoices addressed to
5  Anadarko Petroleum Corporation.
6    Q    And this lists a cash call receipt for
7  $8.7 million; is that correct?
8    A    Yes, it does.  Credit of $8.7 million.
9    Q    And you said that this invoice, earlier
10  today, was not paid by Anadarko; is that correct?
11    A    That is correct.
12    Q    And you indicated it was because of an
13  earlier cash call -- scratch that.
14        On this -- on this bill -- on this
15  invoice -- if you'll turn to the last page,
16  ending 73383.  Can you tell me what these costs
17  are?
18    A    Based on the AFE number, these are
19  costs related to the Macondo Well.
20    Q    So these were costs that BP, although
21  -- you said earlier that sometimes you're
22  invoiced later for items that had earlier been
23  purchased by BP; is that correct?
24    A    So this is a billing for May of 2010.
25  It more than likely will represent costs, you

1   know, several months prior to that.

2      Q    And so the reason that this portion of

3   the costs which total 6.7 million is their cost

4   associated with the Macondo Well that you're

5   being billed for in the month of April; is that

6   correct?

7      A    Yes, it is.

8      Q    That's your net share of the cost?

9      A    That's our 25 percent share of those

10  costs, yes.

11     Q    And it's now at 25 percent because the

12  promote is no longer in effect; is that correct?

13     A    Right.  The promote based upon 110

14  percent of the gross well cost.  And the May 2010

15  billing now reflects that 25 percent, which tells

16  me that the promote has passed, and our interest

17  has reverted back to 25 percent.

18     Q    Okay.  And you did not pay this portion

19  of the well cost for Macondo Well.  Is that

20  because you believe they had -- you had already

21  paid BP through a cash call?

22          MR. NEGER:  Objection to form.

23          THE WITNESS:  We did not pay this

24      invoice because we already had an excess

25      that was paid to BP in approximately --  it

```
 1        was $6 million and change that we still had
 2        outstanding that BP had not reversed yet.
 3   BY MS. HARVEY:
 4        Q    Okay.  If you go to the page just
 5   preceding that.  It's ending 73382.
 6        A    Okay.
 7        Q    And the first line here says MC252
 8   Incident; is that correct?
 9        A    Yes, it does.
10        Q    And then there are several different
11   categories of costs under that heading; is that
12   correct?
13        A    Yes, that's broken out into several
14   categories.
15        Q    And can you tell me what the very last
16   category is in that list?
17        A    Credit balance for Macondo exploration
18   well.
19        Q    And what is that -- the amount that is
20   being credited?
21        A    I believe that that is the credit
22   issued based upon when the promote paid off.  So
23   in other words, we billed you at 33 percent for X
24   dollars.  That portion paid out, your interest
25   reverted back to 25 percent.  So my
```

Worldwide Court Reporters, Inc.

1   interpretation of that line item is just trying
2   to shore up those two.
3       Q    Okay.  So that's not associated with,
4   like, a cash call that had been issued and. . .
5       A    Not to my knowledge.  Based on the
6   description, no, ma'am.
7       Q    Okay.  How did you arrive at the
8   understanding that you had an outstanding cash
9   call that related to the Macondo Well cost?
10          MR. NEGER:  Objection to form.
11          THE WITNESS:  We're constantly
12      reviewing our balances with operators on
13      cash calls that we pay.  And by monitoring
14      the amount of money that we already paid BP,
15      and having paid in excess of $6 million on
16      cash calls, we arrived at the determination
17      that, you know, those have not been reversed
18      yet, and so that's -- the May 2010 bill was
19      not paid because of that.
20  BY MS. HARVEY:
21      Q    But Anadarko had then paid for its
22  share of all of the costs at the Macondo Well
23  related to AFE 000X8?
24      A    We paid for all the costs billed
25  through April.  The April 2010 JIB.  Those are

1  paid by check to BP.  That's the last payment

2  that was made to BP on the Macondo Well.

3      Q    Right.  I'm just trying to determine

4  whether Anadarko believed it has paid BP for its

5  entire share of the cost related to the

6  Macondo -- the drilling of the Macondo Well

7  pursuant to the AFE.

8      A    Yes.

9      Q    So all of the costs listed on the page

10  with the Bates ending 73383, Anadarko's paid

11  through the cash call process, through advance

12  payments?

13      A    Right.  There was not a physical check

14  cut for the May 2010 operations.

15      Q    But it was covered by earlier payments?

16      A    Right.

17          MS. HARVEY:  Can we go off the record

18      for one minute?

19          VIDEO SPECIALIST:  The time now is

20      11:17 a.m.  We're now off the record.

21              (A BREAK WAS TAKEN.)

22          VIDEO SPECIALIST:  The time now is

23      11:18 a.m.  We are now back on the record.

24          MS. HARVEY:  Mr. Byrd, thank you for

25      your time.  United States has no further

```
 1              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA
 2
 3    IN RE:   OIL SPILL      )MDL NO. 2179
      by the OIL RIG,         )
 4    DEEPWATER HORIZON in    )SECTION "J"
      the GULF OF MEXICO,     )
 5    April 20, 2010          )       JUDGE BARBIER
                              )
 6                            )      MAG. JUDGE
                              )        SHUSHAN
 7
                   REPORTER'S CERTIFICATION
 8              TO THE ORAL AND VIDEOTAPED
                  DEPOSITION OF JERRY BYRD
 9                  TAKEN JULY 13, 2011
10
          I, Melissa L. Magee, Certified Shorthand
11    Reporter in and for the State of Mississippi and
      Registered Merit Reporter, hereby certify to the
12    following:
          That the witness, JERRY BYRD, was duly sworn
13    by the officer and that the transcript of the
      oral deposition is a true record of the testimony
14    given by the witness;
          That the deposition transcript was submitted
15    on August 10  , 2011, to the witness or to
      Attorney  D. Robert Warren  for examination,
16    signature and return to Worldwide Court
      Reporters, Inc., by  September 24  , 2011.
17        That the amount of time used by each party
      at the deposition is as follows:
18
19        Annika Martin - 1 hr:20 mins
          Judy Harvey - 43 mins
20        Douglas Kraus -  12 mins
          Gwen Richard - 26 mins
21        Andrew Homer- 3 mins
22
23
24
25
```

```
 1        I further certify that I am neither counsel
      for, related to, nor employed by any of the
 2    parties in the action in which this proceeding
      was taken, and further that I am not financially
 3    or otherwise interested in the outcome of the
      action.

 4
          SUBSCRIBED AND SWORN to by me this /0TH day of
 5    August        , 2011.

 6

 7

 8        Melissa L. Magee
      MELISSA L. MAGEE, CSR, RPR, RMR
 9    CSR NO. 1173; Expiration Date: 04-28-15
      Worldwide Court Reporters
10    Firm Registration No. 223
      3000 Weslayan, Suite 235
11    Houston, TX 77027
      (713) 572-2000

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

137

SIGNATURE PAGE

I, JERRY BYRD, have read the foregoing
deposition and hereby affix my signature that
same is true and correct, except as noted on the
correction page.

_____
JERRY BYRD


THE STATE OF _____
COUNTY OF _____

Before me _____ on this day
personally appeared _____, known
to me (or proved to me on the oath of
_____ or through
_____ [description of identity
card or other document]) to be the person whose
name is subscribed to the foregoing instrument
and acknowledged to me that he/she executed the
same for the purposes and consideration therein
expressed.

Given under my hand and seal of office this
_____ day of _____, 2011.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF

My Commission Expires:
_____

## ERRATA SHEET

### DEPOSITION OF JERRY BYRD
#### JULY 13, 2011
*In Re: Oil Spill by the Oil Rig DEEPWATER HORIZON in the Gulf of Mexico, on April 20, 2010*

| Page | Line | Change | Reason for Change |
|------|------|--------|-------------------|
| 8 | 1 | Remove "b" | Transcription Error |
| 9 | 18 | Add "a" after "finish" | Transcription Error |
| 14 | 16 | Change "in" to "and" | Transcription Error |
| 14 | 20 | Change "in" to "and" | Transcription Error |
| 17 | 5 | Change "in" to "and" | Transcription Error |
| 19 | 14 | Change first "in" to "and" | Transcription Error |
| 20 | 15 | Change "elosed" to "close" | Transcription Error |
| 20 | 17 | Change "Closed" to "Close" | Transcription Error |
| 20 | 18 | Change "Closed" to "Close" | Transcription Error |
| 20 | 21 | Change "JHE" to "JHB" | Transcription Error |
| 25 | 23 | Change "operating agreement" to "Operating Agreement" | Transcription Error |
| 26 | 1-2 | Change "operating agreement" to "Operating Agreement" | Transcription Error |
| 27 | 4 | Change "in" to "and" | Transcription Error |
| 29 | 3 | Remove "automatically" | Transcription Error |
| 33 | 25 | Change "be" to "are" | Transcription Error |
| 35 | 18-19 | Change "chief operating officer" to "Chief Operating Officer" | Transcription Error |
| 37 | 11 | Change "Albritton" to "Allbritton" | Transcription Error |
| 40 | 3 | Change "not at the time." to "an attorney" | Transcription Error |
| 42 | 18 | Change "categories" to "category" | Transcription Error |
| 45 | 6 | Change "operating agreement" to "Operating Agreement" | Transcription Error |

| 45 | 9-10 | Change "operating agreement" to "Operating Agreement" | Transcription Error |
|---|---|---|---|
| 45 | 11 | Change "review" to "reviewed" | Transcription Error |
| 45 | 16 | Change "operating agreement" to "Operating Agreement" | Transcription Error |
| 46 | 8 | Change "shear" to "sheer" | Transcription Error |
| 47 | 21 | Change "billings" to "billing" | Transcription Error |
| 48 | 23 | Change "low" to "lower" | Transcription Error |
| 55 | 11 | Change "general counsel" to "General Counsel" | Transcription Error |
| 55 | 18 | Change "billings" to "billing" | Transcription Error |
| 55 | 19 | Change "billings" to "billing" | Transcription Error |
| 60 | 3 | Change "Volka" to "Valka" | Transcription Error |
| 60 | 9 | Change "in" to "and | Transcription Error |
| 66 | 4 | Change "is" to "it" | Transcription Error |
| 67 | 6 | Change "joint operating agreement" to "Joint Operating Agreement" | Transcription Error |
| 72 | 2 | Change "Allen" to "Alan" | Transcription Error |
| 72 | 13 | Change "Strive" to "Strife" | Transcription Error |
| 72 | 16 | Change "Allen" to "Alan" | Transcription Error |
| 76 | 17 | Change "control" to "controllable" | Transcription Error |
| 77 | 1 | Change "Company" to "Company's" | Transcription Error |
| 77 | 5 | Add "the" after "for" | Transcription Error |
| 80 | 7-8 | Change "their costs are inspected" to "costs they are expected" | Transcription Error |
| 86 | 25 | Remove "The" and capitalize "So" | Transcription Error |
| 101 | 19 | Change "X2-000" to "X2-000X8" | Transcription Error |
| 107 | 5 | Change "documents" to "document" | Transcription Error |
| 108 | 22 | Add "you" after "if" | Transcription Error |
| 108 | 25 | Change "asap" to "ASAP" | Transcription Error |

| 119 | 3 | Change "Doighvih" to "Dolghih" | Transcription Error |
| 111 | 7 | Change "or" to "--" and add "line of" after "this" | Transcription Error |
| 122 | 1 | Add "Dry Hole" before "Gross Costs" | Transcription Error |
| 124 | 13 | Add "of" after "delegation" and change "?" to "." | Transcription Error |
| 125 | 5 | Change "the" to "a" and "house" to "high" | Transcription Error |
| 128 | 3 | Change "cost" to "costs" | Transcription Error |
| 131 | 8 | Change "ii" to "is" | Transcription Error |

Signature: _____  Dated: _____
                Jerry Byrd