# EXHIBIT 17

Anadarko Petroleum Corp.                    Page 1 of    1

                                            PAYMENT DATE: 02/26/2010
                                            TRACE/ADVICE NUMBER: 0110434005
                                            AMOUNT PAID:    21,084,117.60
                                            CURRENCY: USD


BP AMERICA PRODUCTION COMPANY
PO Box 21868
TULSA OK  74121
USA


ENDOR NO: JV12237501

### REMITTANCE ADVICE OF ELECTRONIC FUNDS TRANSFER

| EF.DOC | INVOICE REFERENCE NUMBER | REF.DATE | DOCUMENT AMOUNT | DISCOUNT/ADJ AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 10003722 | 00700036700110 | 02/05/2010 | 21004117.60 | 0.00 | 21004117.60 |
|  | 0120100070003070 |  |  |  |  |
| TOTALS: |  |  | 21004117.60 | 0.00 | 21004117.60 |

4205
Exhibit No. _____
Worldwide Court Reporters, Inc.

Payables Web Services

Print

Check/Serial#:110434005    Account#:662630110    Amount:21,084,117.60

ANADARKO PETROLEUM CORPORATION
PO BOX ----
HOUSTON, TX 77253-1330

CHECK NUMBER: 0110434005
February 24, 2010

PAY TO THE ORDER OF: BP AMERICA PRODUCTION COMPANY
PO BOX 21559
TULSA, OK 74121

CHECK AMOUNT
$**21,084,117.60**

21,084,117 DOLLARS AND 60 CENTS

JP Morgan Chase Bank, Delaware
Dearborn, MI

⑈011043400S⑈ ⑆072408297⑆ 662630110⑈

>111000025<
CR PAYEE ACCT
LACK END GRD
BANK OF AMERICA

—7351 2
20100304
BP AMERICA PRODUCTION
BP AMERICA PRODUCTION CO
LOCKBOX 840110
FOR DEPOSIT ONLY