# EXHIBIT 18

Anadarko Petroleum Corp.                    Page 1 of    1

                                            PAYMENT DATE: 03/25/2010
                                            TRACE/ADVICE NUMBER: 0110439022
                                            AMOUNT PAID:      14,458,349.04
                                            CURRENCY: USD


BP AMERICA PRODUCTION COMPANY
PO Box 21868
TULSA OK  74121
USA


VENDOR NO: JV12237501

### REMITTANCE ADVICE OF ELECTRONIC FUNDS TRANSFER

| REF.DOC | INVOICE REFERENCE NUMBER | REF.DATE | DOCUMENT AMOUNT | DISCOUNT/ADJ AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 400000317 | 007000030700210 | 03/10/2010 | 14458349.04 | 0.00 | 14458349.04 |
|  | 1220100070003570 |  |  |  |  |
| TOTALS: |  |  | 14458349.04 | 0.00 | 14458349.04 |

4207
Exhibit No.
Worldwide Court Reporters, Inc.

Print

Check/Serial#:110439022        Account#:662630110    Amount:14,458,349.04

ANADARKO PETROLEUM CORPORATION
PO BOX 1330
HOUSTON, TX 77251-1330

CHECK NUMBER    0110439022        74-1232
                                   724

March 23, 2010

PAY TO THE ORDER OF:
BP AMERICA PRODUCTION COMPANY
PO BOX 21805
TULSA, OK 74121

CHECK AMOUNT
$**14,458,349.04**

14,458,349 DOLLARS AND 04 CENTS

JP Morgan Chase Bank, Dearborn
Dearborn, Michigan

AUTHORIZED REPRESENTATIVE OF THE COMPANY

⑊0110439022⑊ ⑊072412927⑊   662630110⑊

>111000025<
CR-PAYEE ACCT
LACK END GTD
BANK OF AMERICA