# EXHIBIT 19

Anadarko Petroleum Corp.                     Page 1 of    1

PAYMENT DATE: 04/23/2010
TRACE/ADVICE NUMBER: 0110445099
AMOUNT PAID:        16,412,588.01
CURRENCY: USD


BP AMERICA PRODUCTION COMPANY
PO Box 21868
TULSA OK   74121
USA


VENDOR NO: JV12237501

## REMITTANCE ADVICE OF ELECTRONIC FUNDS TRANSFER

| REF.DOC | INVOICE REFERENCE NUMBER | REF.DATE | DOCUMENT AMOUNT | DISCOUNT/ADJ AMOUNT | NET AMOUNT |
|---------|--------------------------|----------|-----------------|---------------------|------------|
| 400000753 | 00700038700310 | 04/03/2010 | 10412588.01 | 0.00 | 10412588.01 |
|  | 0320100070003570 |  |  |  |  |
|  |  |  |  |  |  |
| TOTALS: |  |  | 10412588.01 | 0.00 | 10412588.01 |

4 Z C 9

Exhibit No. _____
Worldwide Court
Reporters, Inc.

Payables Web Services

Page 1 of 1

Print

Check/Serial#:110445099          Account#:662630110    Amount:16,412,588.01

