UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL No. 2179 |
| | | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: 10-1308, 10-1325, 10-1539, 10-2078 10-2764, 10-2976, 10-2994, | * * * * | MAGISTRATE SHUSHAN |

*****************************************************************************

## REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who respectfully represents that considering the delicate nature of this issue, that oral argument will assist in the Court's resolution of the pending Motion for Partial Summary Judgment).

Therefore, pursuant to Local Rule 78.1 E, Plaintiffs request oral argument on the Motion for Partial Summary Judgment set for hearing before this Court.

Respectfully submitted,

BY:   /s/Daniel E. Bencel, Jr.
Daniel E. Becnel, Jr. (2926)
BECNEL LAW FIRM, LLC
106 W. SEVENTH STREET
P.O. DRAWER H
Reserve, LA 70084
(985) 536-1186

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of December, 2011, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Don K. Haycraft, James P. Roy and Stephen J. Herman by operation of the Court's electronic filing system and to all counsel of record through the Lexis Nexis File & Serve.

/s/Daniel E. Becnel, Jr.