IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br><br>*All Cases* | * * * * | Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |

## ORDER

Considering the BP Defendants' Ex Parte Motion for Leave to File Under Seal its pleadings related to BP's Objections To And Appeal From Magistrate Judge's Order (Record Doc. 4838);

IT IS ORDERED that the Motion is GRANTED and that BP's motion and memorandum in support of its Objections To And Appeal From Magistrate Judge's Order (Rec. Doc. 4838) is hereby granted, and that BP's objections and appeal will hereby be filed into the record of this matter UNDER SEAL.

New Orleans, Louisiana, this ___ day of December, 2011.

_____
UNITED STATES JUDGE