UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>APPLIES TO: 11-01439 and 11-01440 | MDL NO. 2179<br><br>SECTION "J" (1)<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## STIPULATED CASE MANAGEMENT ORDER
## REGARDING INSURANCE INTERPLEADER ACTIONS

On June 17, 2011, Certain Underwriters at Lloyd's, London and Various Insurance Companies (collectively, "First Excess Layer Insurers"), which issued and/or subscribed to certain excess liability insurance policies (Policy Nos. ARS4926, PE0902632, and PE0902536; collectively, "First Excess Layer Insurance Policies"), filed two separate complaints in interpleader in the United States District Court for the Eastern District of Louisiana (Case Nos. 11-cv-01439 and 11-cv-01440; collectively, "Interpleader Actions"). On June 20, 2011, the Interpleader Actions were assigned to this multidistrict proceeding (MDL No. 2179). The Court now orders, with the consent of all parties in the Interpleader Actions, as follows:

1.  It is hereby understood and agreed that all parties to the Interpleader Actions consent to the jurisdiction of this Court under 28 U.S.C. § 1333; that the Interpleader Actions shall be deemed to have been filed in the Southern District of Texas (Houston Division) and transferred to and consolidated before this Court for all pretrial purposes; and that all defendants in the Interpleader Actions are deemed to have appeared in the Interpleader Actions and consent to jurisdiction and venue.

2. Going forward, to facilitate a proper and efficient resolution of the Interpleader Actions, and provided that the parties thereto jointly agree on a process for this purpose, the Court will make itself available to (1) authorize any stipulated requests for payment from the First Excess Layer Insurance Policies; and (2) to review and determine *in camera* any objection made by any party to the Interpleader Actions to the existence of coverage under the First Excess Layer Insurance Policies for, and/or to the reasonableness of, any other settlement of any claim submitted for coverage under such agreed process by any party to the Interpleader Actions. Upon authorization by any such stipulated request, or upon overruling any such objection, the Court will issue an order for purposes of the Interpleader Actions (1) confirming its determination and authorizing payment from the First Excess Layer Insurance Policies, but without disclosing any identifying information or confidential settlement details, and (2) discharging the First Excess Layer Insurers from any further obligation and/or liability under the First Excess Layer Insurance Policies to the extent of said payment.

_____
The Honorable Sally Shushan
United States Magistrate Judge
12/13/11