IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to: | * * | Judge Barbier |
| *All Cases* | * * | Magistrate Judge Shushan |

### EX PARTE MOTION FOR LEAVE TO FILE BP'S REPLY MEMORANDUM TO TRANSOCEAN'S OPPOSITION TO BP'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT

BP respectfully requests leave to file the attached Reply Memorandum to Transocean's Opposition to BP's Cross-Motion for Partial Summary Judgment in support of BP's Cross-Motion for Summary Judgment. In support of this Motion, BP avers that the Reply Memorandum, which meets the Court's requirements for page limits, is the first reply by BP on its Cross-Motion for Summary Judgment. Furthermore, it is narrowly focused, addresses only the issues raised in the Cross-Motion and Transocean's Opposition, and will assist the Court in its determination.

WHEREFORE, BP respectfully requests leave to file the attached Reply Memorandum.

Date:  December 14, 2011                          Respectfully submitted,


/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
R. Chris Heck
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Patrick F. Philbin
Kirkland & Ellis LLP
655 Fifteenth Street N.W.
Washington, DC  20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

Joel M. Gross
Arnold & Porter, LLP
555 12th Street N.W.
Washington, DC  20002
Telephone: (202) 942-5705
Facsimile: (202) 942-5999

*Attorneys for BP Exploration & Production*
*Inc. and BP America Production Company*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice 14th day of December, 2011.

/s/ Don K. Haycraft
Don K. Haycraft