IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL NO. 2179 SECTION J |
| This document relates to: | * * | Judge Barbier |
| *All Cases* | * * | Magistrate Judge Shushan |

## ORDER

CONSIDERING THE FOREGOING Ex Parte Motion for Leave to File Reply Memorandum to Transocean's Opposition to BP's Cross-Motion for Partial Summary Judgment;

IT IS HEREBY ORDERED that leave to file the Reply Memorandum to Transocean's Opposition to BP's Cross-Motion for Partial Summary Judgment is **GRANTED**. BP's Reply Memorandum to Transocean's Opposition to BP's Cross-Motion for Partial Summary Judgment shall be filed into the record.

This ____ day of December, 2011, at New Orleans, Louisiana.

_____
**DISTRICT JUDGE**