UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | *  MDL NO. 2179 <br> * <br> * <br> *  SECTION J |
| Relates to: *All Cases* | * <br> *  JUDGE BARBIER |
| (Including No. 10-2771) | * <br> *  MAG. JUDGE SHUSHAN |

### RESPONSE TO MOTIONS FOR LEAVE FILED BY OUTSIDE COUNSEL FOR THE LOUISIANA ATTORNEY GENERAL

Private outside counsel for the Louisiana Attorney General have filed a Motion for Leave to File a Response to the PSC's Reply Brief [Doc 4722], a Motion for Leave to File a Motion to Strike the PSC's Proposed Sur-Reply Brief [Doc 4780], and a Motion for Leave to File an Opposition to the PSC's Proposed Order [Doc 4859].

In response, and in consultation with the Louisiana Governor's Office, the PSC respectfully submits herewith a revised Proposed Order as EXHIBIT A whose language has been approved by Executive Counsel to the Governor.

This 14th day of December, 2011.

Respectfully submitted,

   /s/ Stephen J. Herman   
**Stephen J. Herman**, La. Bar No. 23129
**HERMAN HERMAN KATZ & COTLAR LLP**
820 O'Keefe Avenue
New Orleans, Louisiana 70113

   /s/ James Parkerson Roy   
**James Parkerson Roy**, La. Bar No. 11511
**DOMENGEAUX WRIGHT ROY & EDWARDS**
556 Jefferson Street, Suite 500
Lafayette, Louisiana 70501

|  |  |
|---|---|
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhkc.com | E-Mail: jimr@wrightroy.com |
| *Plaintiffs' Liaison Counsel* | *Plaintiffs' Liaison Counsel* |

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Opposition will be filed into the record *via* the Court's ECF electronic filing system and will be served on all counsel *via* Lexis-Nexis File & Serve, pursuant to PRE-TRIAL ORDER NO. 12, this 14th day of December, 2011.

/s/ Stephen J. Herman and James Parkerson Roy