## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG | § | |
| "DEEPWATER HORIZON" in the | § | **MDL No. 2179** |
| GULF OF MEXICO on | § | |
| APRIL 20, 2010 | § | **SECTION: J** |
| | § | |
| This document relates to: | § | **Judge Carl J. Barbier** |
| | § | **Magistrate Judge Sally Shushan** |
| Nos. 2:10-CV-04182; | § | |
| 2:10-CV-04183 | § | |
| | § | |
| | § | |
| | § | |

## DEFENDANT M-I L.L.C.'S ANSWER AND AFFIRMATIVE DEFENSES TO THE STATE OF ALABAMA'S FIRST AMENDED COMPLAINT

Subject to and without waiving its Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6), M-I L.L.C. ("M-I"), for its answer and affirmative defenses to the claims of the State of Alabama ("Alabama"), states as follows:

1.       The first sentence of Paragraph 1 contains background information to which no response is required.  The allegations in the second sentence of Paragraph 1 do not require a response as they are not allegations of fact.  M-I denies the allegations in the third sentence of Paragraph 2, insofar as they are directed at M-I.  To the extent that a response is necessary, M-I admits that on April 20, 2010, a blowout occurred at the Macondo well and an explosion and multiple fires occurred aboard the mobile offshore drilling rig *Deepwater Horizon*, resulting in the sinking of the *Deepwater Horizon* and an oil spill in the Gulf of Mexico.  M-I denies the remaining allegations of Paragraph 1 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

2.      M-I denies the allegations in the first sentence of Paragraph 2, insofar as they are directed at M-I.  M-I denies the remaining allegations of Paragraph 2 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

3.      M-I denies the allegations of Paragraph 3 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

4.      The allegations of Paragraph 4 do not require a response as they are not allegations of fact.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 4 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

5.      The allegations of Paragraph 5 do not require a response as they are not allegations of fact.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 5 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

6.      Upon information and belief, M-I admits the allegations of Paragraph 6.

7.      Paragraph 7 contains legal conclusions, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 7 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

8.      The allegations of Paragraph 8 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 8 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

9.      The allegations of Paragraph 9 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 9 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

10.     The allegations of Paragraph 10 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 10 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

11.     The allegations of Paragraph 11 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 11 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

12.     The allegations of Paragraph 12 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 12 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

13.     The allegations of Paragraph 13 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 13 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

14.     The allegations of Paragraph 14 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph

14 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

15.     The allegations of Paragraph 15 are not directed at M-I, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 15 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

16.     The allegations of Paragraph 16 are not directed at M-I, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 16 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

17.     The allegations of Paragraph 17 are not directed at M-I, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 17 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

18.     The allegations of Paragraph 18 are not directed at M-I, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 18 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

19.     The allegations of Paragraph 19 are not directed at M-I, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 19 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

20.     M-I admits the allegations in the first and second sentences of Paragraph 20 except that M-I denies that its principal place of business is in Wilmington, Delaware and that it is "also known as M-I SWACO[.]"  M-I admits that it provided drilling fluids, attendant services, and a recommended drilling-fluids program for the well based on information provided by the operator and subject to operator approval.  M-I denies the remaining allegations of Paragraph 20.

21.     The allegations of Paragraph 21 do not require a response as they are not allegations of fact.  To the extent that a response is necessary, M-I admits that it provided drilling fluids, attendant services, and a recommended drilling-fluids program for the well based on information provided by the operator and subject to operator approval, but M-I denies the remaining allegations of Paragraph 21, insofar as they are directed at M-I.

22.     The allegations of Paragraph 22 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 22 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

23.     The allegations of Paragraph 23 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 23 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

24.     The allegations of Paragraph 24 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 24 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

25.     The allegations of Paragraph 25 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 25 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

26.     The allegations of Paragraph 26 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 26 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

27.     The allegations of Paragraph 27 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 27 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

28.     The allegations of Paragraph 28 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 28 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

29.     The allegations of Paragraph 29 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 29 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

30.     The allegations of Paragraph 30 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph

30 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

31.     The allegations of Paragraph 31 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 31 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

32.     M-I denies the allegations of Paragraph 32, insofar as they are directed at M-I.

33.     M-I admits that the Court has subject-matter jurisdiction over the claims in this case.

34.     M-I admits that the Court has subject-matter jurisdiction over the claims in this case.

35.     M-I admits that the Court has subject-matter jurisdiction over the claims in this case.

36.     M-I admits that venue is proper in this district.   M-I denies the remaining allegations of Paragraph 36 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

37.     The allegations of Paragraph 37 do not require a response as they are not allegations of fact.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 37 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

38.    Paragraph 38 contains background information to which no response is required. To the extent that a response is necessary, upon information and belief, M-I admits the allegations of Paragraph 38.

39.    Paragraph 39 contains background information and allegations not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 39 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

40.    Paragraph 40 contains background information and allegations not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 40 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

41.    Paragraph 41 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 41 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

42.    Paragraph 42 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 42 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

43.    Paragraph 43 contains background information to which no response is required. To the extent that a response is necessary, upon information and belief, M-I admits the allegations of Paragraph 43.

44.    Paragraph 44 contains background information and allegations not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies

the allegations of Paragraph 44 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

45.     M-I denies the allegations of Paragraph 45, insofar as they are directed at M-I.

46.     Upon information and belief, M-I admits the allegations in the second sentence of Paragraph 46.  M-I denies the allegations in the third sentence of Paragraph 46, insofar as they are directed at M-I.  M-I denies the remaining allegations of Paragraph 46 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

47.     Paragraph 47 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 47, insofar as they are directed at M-I.

48.     M-I denies the allegations of Paragraph 48, insofar as they are directed at M-I.

49.     Upon information and belief, M-I admits the allegations in the first sentence of Paragraph 49.  M-I denies the remaining allegations of Paragraph 49, insofar as they are directed at M-I.

50.     M-I denies the allegations of Paragraph 50, insofar as they are directed at M-I.

51.     M-I denies the allegations of Paragraph 51, insofar as they are directed at M-I.

52.     The allegations of Paragraph 52 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 52 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

53.     M-I denies the allegations of Paragraph 53, insofar as they are directed at M-I.

54.     M-I denies the allegations of Paragraph 54, insofar as they are directed at M-I.

55.     M-I denies the allegations of Paragraph 55, insofar as they are directed at M-I.

56.     The allegations of Paragraph 56 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 56 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

57.     M-I denies the allegations of the second and third sentence of Paragraph 57, insofar as they are directed at M-I.  M-I denies the remaining allegations of Paragraph 57 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

58.     M-I denies the allegations of Paragraph 58, insofar as they are directed at M-I.

59.     M-I denies the allegations of Paragraph 59, insofar as they are directed at M-I.

60.     M-I denies the allegations of Paragraph 60, insofar as they are directed at M-I.

61.     M-I denies the allegations of Paragraph 61, insofar as they are directed at M-I.

62.     The allegations of Paragraph 62 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 62 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

63.     M-I denies the allegations of Paragraph 63, insofar as they are directed at M-I.

64.     M-I denies the allegations of Paragraph 64, insofar as they are directed at M-I.

65.     The allegations of the second sentence of Paragraph 65 do not require a response as they are not allegations of fact.  To the extent that a response is necessary, M-I denies the

allegations of Paragraph 65 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

66.      Paragraph 66 contains background information and allegations that are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 66 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

67.      M-I denies the allegations of Paragraph 67, insofar as they are directed at M-I.

68.      M-I denies the allegations of Paragraph 68, including all subparts, insofar as they are directed at M-I.

69.      M-I denies the allegations of Paragraph 69, insofar as they are directed at M-I.

70.      M-I denies the allegations of Paragraph 70, insofar as they are directed at M-I.

71.      M-I denies the allegations of Paragraph 71, insofar as they are directed at M-I.

72.      M-I denies the allegations of Paragraph 72, insofar as they are directed at M-I.

73.      M-I denies the allegations in the first and second sentences of Paragraph 73, insofar as they are directed at M-I.  M-I denies the remaining allegations of Paragraph 73 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

74.      M-I denies the allegations of Paragraph 74, insofar as they are directed at M-I.

75.      Paragraph 75 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations in the first sentence of Paragraph 75, insofar as they are directed at M-I. M-I denies the remaining allegations of

Paragraph 75 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

76.     M-I denies the allegations of the second sentence of Paragraph 76, insofar as they are directed at M-I.   The first sentence of Paragraph 76 contains background information to which no response is required.   To the extent that a response is necessary, M-I denies the remaining allegations of Paragraph 76 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

77.     M-I denies the allegations of Paragraph 77 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

78.     M-I denies the allegations in the first sentence of Paragraph 78, insofar as they are directed at M-I.   M-I denies the remaining allegations of Paragraph 78 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

79.     M-I denies the allegations of Paragraph 79 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

80.     M-I denies the allegations of Paragraph 80 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

81.     The allegations of Paragraph 81 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 81 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

82.     M-I denies the allegations of Paragraph 82 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

83.     M-I denies the allegations of Paragraph 83 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

84.     M-I denies the allegations of Paragraph 84 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

85.     M-I denies the allegations of Paragraph 85 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

86.     M-I denies the allegations of Paragraph 86 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

87.     M-I admits that on May 28, 2010, the United States Department of the Interior Minerals Management Service issued a six-month moratorium on all new and existing deepwater drilling in the Gulf of Mexico.  M-I denies the remaining allegations of Paragraph 87, insofar as they are directed at M-I, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

88.     Paragraph 88 contains background information to which no response is required. To the extent that a response is necessary, upon information and belief, M-I admits the allegations of Paragraph 88.

89.     Paragraph 89 contains background information to which no response is required. To the extent that a response is necessary, upon information and belief, M-I admits the allegations of Paragraph 89.

90.     M-I denies the allegations of Paragraph 90, insofar as they are directed at M-I.

91.     M-I denies the allegations of Paragraph 91 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

92.     The allegations of the first sentence of Paragraph 92 do not require a response as they are not allegations of fact.  To the extent that a response is necessary, M-I denies the allegations of the first sentence of Paragraph 92 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.  M-I denies the remaining allegations of Paragraph 92, including all subparts, insofar as they are directed at M-I.

93.     M-I denies the allegations of Paragraph 93 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

94.     M-I repeats and realleges its answers to Paragraphs 1-93.

95.     M-I admits that it provided drilling fluids, attendant services, and a recommended drilling-fluids program for the well based on information provided by the operator and subject to operator approval.  M-I denies the remaining allegations of Paragraph 95, insofar as they are directed at M-I.

96.     M-I denies the allegations of Paragraph 96, insofar as they are directed at M-I.

97.     The allegations of Paragraph 97 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 97 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

98.     The allegations of Paragraph 98 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 98 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

99.     Paragraph 99 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 99, insofar as they are directed at M-I.

100.    M-I denies the allegations of Paragraph 100, insofar as they are directed at M-I.

101.    M-I denies the allegations of Paragraph 101, insofar as they are directed at M-I.

102.    Paragraph 102 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 102, insofar as they are directed at M-I.

103.    Paragraph 103 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 103, insofar as they are directed at M-I.

104.    M-I denies the allegations of Paragraph 104, insofar as they are directed at M-I.

105.    M-I denies the allegations of Paragraph 105, insofar as they are directed at M-I.

106.    Paragraph 106 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 104, insofar as they are directed at M-I.

107.    M-I denies the allegations of Paragraph 107 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

108.    The allegations of Paragraph 108 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 108 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

109.    The allegations of Paragraph 109 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 109 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

110.    The allegations of Paragraph 110 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 110 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

111.    M-I denies the allegations of Paragraph 111, insofar as they are directed at M-I.

112.    M-I denies the allegations of Paragraph 112, insofar as they are directed at M-I.

113.    The allegations of Paragraph 113 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 113 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

114.    The allegations of Paragraph 114, including all subparts, are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 114 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

115.    The allegations of Paragraph 115 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 115 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

116.    The allegations of Paragraph 116 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 116 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

117.    The allegations of Paragraph 117 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 117 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

118.    The allegations of Paragraph 118, including all subparts, are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 118 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

119.    M-I admits that it provided drilling fluids, attendant services, and a recommended drilling-fluids program for the well based on information provided by the operator and subject to operator approval.  M-I denies the remaining allegations of Paragraph 119.

120.    Paragraph 120 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 120.

121.    M-I denies the allegations of Paragraph 121.

122.    The allegations of Paragraph 122 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 122 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

123.    The allegations of Paragraph 123 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 123 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

124.    The allegations of Paragraph 124 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 124 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

125.    The allegations of Paragraph 125 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 125 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

126.    The allegations of Paragraph 126 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 126 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

127.    The allegations of Paragraph 127 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 127 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

128.    The allegations of Paragraph 128 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of

Paragraph 128 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

129.    The allegations of Paragraph 129 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 129 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

130.    The allegations of Paragraph 130 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 130 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

131.    M-I denies the allegations of Paragraph 131, insofar as they are directed at M-I.

132.    M-I denies the allegations of Paragraph 132, including all subparts, insofar as they are directed at M-I.

133.    M-I denies the allegations of Paragraph 133, insofar as they are directed at M-I.

134.    M-I denies the allegations of Paragraph 134, insofar as they are directed at M-I.

135.    M-I denies the allegations of Paragraph 135, including all subparts, insofar as they are directed at M-I.

136.    M-I repeats and realleges its answers to Paragraphs 1-135.

137.    M-I denies the allegations of Paragraph 137, insofar as they are directed at M-I.

138.    M-I denies the allegations of Paragraph 138, insofar as they are directed at M-I.

139.    M-I denies the allegations of Paragraph 139, insofar as they are directed at M-I.

140.    The allegations of Paragraph 140 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 140 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

141.    The allegations of Paragraph 141 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 141 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

142.    The allegations of Paragraph 142 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 142 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

143.    M-I denies the allegations of Paragraph 143, insofar as they are directed at M-I.

144.    The allegations of Paragraph 144 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 144 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

145.    The allegations of Paragraph 145 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 145 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

146.    The allegations of Paragraph 146 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 146 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

147.    M-I denies the allegations of Paragraph 147, insofar as they are directed at M-I.

148.    M-I repeats and realleges its answers to Paragraphs 1-147.

149.    The allegations of Paragraph 149 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 149 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

150.    The allegations of Paragraph 150 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 150 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

151.    The allegations of Paragraph 151 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 151 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

152.    The allegations of Paragraph 152 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 152 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

153.    The allegations of Paragraph 153 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 153 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

154.    The allegations of Paragraph 154 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 154 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

155.    The allegations of Paragraph 155 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 155 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

156.    The allegations of Paragraph 156 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 156 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

157.    The allegations of Paragraph 157 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 157 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

158.    The allegations of Paragraph 158 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of

Paragraph 158 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

159.   The allegations of Paragraph 159 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 159 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

160.   The allegations of Paragraph 160 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 160 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

161.   The allegations of Paragraph 161 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 161 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

162.   The allegations of Paragraph 162, including all subparts, are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 162 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

163.   The allegations of Paragraph 163 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 163 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

164.    The allegations of Paragraph 164 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 164 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

165.    The allegations of Paragraph 165 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 165 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

166.    The allegations of Paragraph 166 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 166 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

167.    The allegations of Paragraph 167 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 167 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

168.    The allegations of Paragraph 168 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 168 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

169.    M-I repeats and realleges its answers to Paragraphs 1-168.

170.     The allegations of Paragraph 170 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 170 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

171.     The allegations of Paragraph 171 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 171 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

172.     The allegations of Paragraph 172 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 172 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

173.     The allegations of Paragraph 173 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 173 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

174.     The allegations of Paragraph 174 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 174 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

175.     The allegations of Paragraph 175 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of

Paragraph 175 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

176.    The allegations of Paragraph 176 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 176 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

177.    The allegations of Paragraph 177 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 177 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

178.    The allegations of Paragraph 178 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 178 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

179.    The allegations of Paragraph 179 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 179 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

180.    The allegations of Paragraph 180 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 180 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

181.    The allegations of Paragraph 181 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 181 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

182.    The allegations of Paragraph 182 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 182 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

183.    The allegations of Paragraph 183 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 183 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

184.    The allegations of Paragraph 184 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 184 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

185.    The allegations of Paragraph 185 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 185 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

186.    M-I repeats and realleges its answers to Paragraph 1-185.

187.    The allegations of Paragraph 187 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 187 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

188.    The allegations of Paragraph 188 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 188 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

189.    The allegations of Paragraph 189 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 189 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

190.    The allegations of Paragraph 190 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 190 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

191.    The allegations of Paragraph 191 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 191 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

192.    M-I denies the allegations of Paragraph 192 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

193.    The allegations of Paragraph 193 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 193 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

194.    The allegations of Paragraph 194 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 194 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

195.    The allegations of Paragraph 195 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 195 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

196.    The allegations of Paragraph 196 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 196 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

197.    The allegations of Paragraph 197 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 197 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

198.    The allegations of Paragraph 198 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of

Paragraph 198 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

199.    The allegations of Paragraph 199 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 199 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

200.    The allegations of Paragraph 200 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 200 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

201.    The allegations of Paragraph 201 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 201 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

202.    The allegations of Paragraph 202 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 202 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

203.    The allegations of Paragraph 203 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 203 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

204.     The allegations of Paragraph 204 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 204 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

205.     M-I repeats and realleges its answers to Paragraphs 1-204.

206.     The allegations of Paragraph 206 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 206 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

207.     The allegations of Paragraph 207 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 207 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

208.     The allegations of Paragraph 208 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 208 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

209.     The allegations of Paragraph 209 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 209 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

210.    The allegations of Paragraph 210 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 210 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

211.    The allegations of Paragraph 211 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 211 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

212.    The allegations of Paragraph 212 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 212 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

213.    The allegations of Paragraph 213 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 213 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

214.    The allegations of Paragraph 214 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 214 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

215.    The allegations of Paragraph 215 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of

Paragraph 215 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

216.    The allegations of Paragraph 216 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 216 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

217.    The allegations of Paragraph 217 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 217 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

218.    The allegations of Paragraph 218 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 218 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

219.    The allegations of Paragraph 219 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 219 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

220.    M-I repeats and realleges its answers to Paragraphs 1-219.

221.    No response is required to the allegations of Paragraph 221 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.  To the extent that a

response is necessary, M-I denies the allegations of Paragraph 221, insofar as they are directed at M-I.

222.    No response is required to the allegations of Paragraph 222 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 222, insofar as they are directed at M-I.

223.    No response is required to the allegations of Paragraph 223 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 223, insofar as they are directed at M-I.

224.    No response is required to the allegations of Paragraph 224 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   Alternatively, Paragraph 224 contains legal conclusions, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 224, insofar as they are directed at M-I.

225.    No response is required to the allegations of Paragraph 225 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 225, insofar as they are directed at M-I.

226.    No response is required to the allegations of Paragraph 226 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   To the extent that a

response is necessary, M-I denies the allegations of Paragraph 226, insofar as they are directed at M-I.

227.    M-I repeats and realleges its answers to Paragraph 1-226.

228.    No response is required to the allegations of Paragraph 228 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 228, insofar as they are directed at M-I.

229.    No response is required to the allegations of Paragraph 229 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.  Alternatively, Paragraph 229 contains legal conclusions, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 229, insofar as they are directed at M-I.

230.    No response is required to the allegations of Paragraph 230 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 230, insofar as they are directed at M-I.

231.    No response is required to the allegations of Paragraph 231 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 231, insofar as they are directed at M-I.

232.    No response is required to the allegations of Paragraph 232 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.  To the extent that a

response is necessary, M-I denies the allegations of Paragraph 232, insofar as they are directed at M-I.

233.    M-I repeats and realleges its answers to Paragraph 1-232.

234.    No response is required to the allegations of Paragraph 234 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 234, insofar as they are directed at M-I.

235.    No response is required to the allegations of Paragraph 235 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 235, insofar as they are directed at M-I.

236.    No response is required to the allegations of Paragraph 236 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   Alternatively, Paragraph 236 contains legal conclusions, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 236 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

237.    No response is required to the allegations of Paragraph 237 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 237, insofar as they are directed at M-I.

238.    No response is required to the allegations of Paragraph 238 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   To the extent that a

response is necessary, M-I denies the allegations of Paragraph 238, insofar as they are directed at M-I.

239.    M-I repeats and realleges its answers to Paragraph 1-238.

240.    No response is required to the allegations of Paragraph 240 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   Alternatively, the allegations of Paragraph 240 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 240 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

241.    No response is required to the allegations of Paragraph 241 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   Alternatively, the allegations of Paragraph 241 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 241 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

242.    No response is required to the allegations of Paragraph 242 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   Alternatively, the allegations of Paragraph 242 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 242 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

243.    No response is required to the allegations of Paragraph 243 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   Alternatively, the allegations of Paragraph 243 are not directed at M-I, and therefore no response is required.  To

the extent that a response is necessary, M-I denies the allegations of Paragraph 243 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

244.    No response is required to the allegations of Paragraph 244 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   Alternatively, the allegations of Paragraph 244 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 244 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

245.    No response is required to the allegations of Paragraph 245 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   Alternatively, the allegations of Paragraph 245 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 245 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

246.    No response is required to the allegations of Paragraph 246 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   Alternatively, the allegations of Paragraph 246 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 246 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

247.    M-I repeats and realleges its answers to Paragraph 1-246.

248.    No response is required to the allegations of Paragraph 248 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   Alternatively, the allegations of Paragraph 248 are not directed at M-I, and therefore no response is required.  To

the extent that a response is necessary, M-I denies the allegations of Paragraph 248 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

249.    No response is required to the allegations of Paragraph 249 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.    Alternatively, the allegations of Paragraph 249 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 249 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

250.    No response is required to the allegations of Paragraph 250 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.    Alternatively, the allegations of Paragraph 250 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 250 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

251.    No response is required to the allegations of Paragraph 251 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.    Alternatively, the allegations of Paragraph 251 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 251 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

252.    No response is required to the allegations of Paragraph 252 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.    Alternatively, the allegations of Paragraph 252 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 252 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

253.     No response is required to the allegations of Paragraph 253 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   Alternatively, the allegations of Paragraph 253 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 253 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

254.     No response is required to the allegations of Paragraph 254 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   Alternatively, the allegations of Paragraph 254 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 254 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

255.     No response is required to the allegations of Paragraph 255 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   Alternatively, the allegations of Paragraph 255 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 255 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

256.     M-I repeats and realleges its answers to Paragraph 1-255.

257.     No response is required to the allegations of Paragraph 257 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   Alternatively, the allegations of Paragraph 257 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 257 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

258.    No response is required to the allegations of Paragraph 258 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   Alternatively, the allegations of Paragraph 258 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 258 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

259.    No response is required to the allegations of Paragraph 259 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   Alternatively, the allegations of Paragraph 159 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 259 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

260.    No response is required to the allegations of Paragraph 260 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   Alternatively, the allegations of Paragraph 260 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 260 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

261.    No response is required to the allegations of Paragraph 261 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   Alternatively, the allegations of Paragraph 261 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 261 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

262.    No response is required to the allegations of Paragraph 262 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   Alternatively, the allegations of Paragraph 262 are not directed at M-I, and therefore no response is required.  To

the extent that a response is necessary, M-I denies the allegations of Paragraph 262 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

263.    No response is required to the allegations of Paragraph 263 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   Alternatively, the allegations of Paragraph 263 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 263 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

264.    M-I repeats and realleges its answers to Paragraph 1-263.

265.    No response is required to the allegations of Paragraph 265 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   Alternatively, the allegations of Paragraph 265 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 265 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

266.    No response is required to the allegations of Paragraph 266 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   Alternatively, the allegations of Paragraph 266 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 266 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

267.    No response is required to the allegations of Paragraph 267 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   Alternatively, the allegations of Paragraph 267 are not directed at M-I, and therefore no response is required.  To

the extent that a response is necessary, M-I denies the allegations of Paragraph 267 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

268.    No response is required to the allegations of Paragraph 268 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   Alternatively, the allegations of Paragraph 268 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 268 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

269.    No response is required to the allegations of Paragraph 269 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   Alternatively, the allegations of Paragraph 269 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 269 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

270.    No response is required to the allegations of Paragraph 270 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   Alternatively, the allegations of Paragraph 270 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 270 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

271.    No response is required to the allegations of Paragraph 271 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   Alternatively, the allegations of Paragraph 271 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 271 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

272.    No response is required to the allegations of Paragraph 272 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.    Alternatively, the allegations of Paragraph 272 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 272 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

273.    No response is required to the allegations of Paragraph 273 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.    Alternatively, the allegations of Paragraph 273 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 273 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

274.    No response is required to the allegations of Paragraph 274 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.    Alternatively, the allegations of Paragraph 274 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 274 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

275.    No response is required to the allegations of Paragraph 275 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.    Alternatively, the allegations of Paragraph 275 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 275 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

276.    No response is required to the allegations of Paragraph 276 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.    Alternatively, the allegations of Paragraph 276 are not directed at M-I, and therefore no response is required.  To

the extent that a response is necessary, M-I denies the allegations of Paragraph 276 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

277.   No response is required to the allegations of Paragraph 277 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   Alternatively, the allegations of Paragraph 277 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 277 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

278.   No response is required to the allegations of Paragraph 278 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   Alternatively, the allegations of Paragraph 278 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 278 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

279.   No response is required to the allegations of Paragraph 279 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   Alternatively, the allegations of Paragraph 279 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 279 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

280.   No response is required to the allegations of Paragraph 280 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   Alternatively, the allegations of Paragraph 280 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 280 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

281.    No response is required to the allegations of Paragraph 281 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   Alternatively, the allegations of Paragraph 281 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 281 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

282.    M-I repeats and realleges its answers to Paragraph 1-281.

283.    No response is required to the allegations of Paragraph 283 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   Alternatively, Paragraph 283 contains legal conclusions, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 283 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

284.    No response is required to the allegations of Paragraph 284 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   Alternatively, Paragraph 284 contains legal conclusions, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 284 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

285.    No response is required to the allegations of Paragraph 285 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   Alternatively, Paragraph 285 contains legal conclusions, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 285, insofar as they are directed at M-I.

286.    No response is required to the allegations of Paragraph 286 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.  Alternatively, Paragraph 286 contains legal conclusions, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 286, insofar as they are directed at M-I.

287.    No response is required to the allegations of Paragraph 287 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 287, insofar as they are directed at M-I.

288.    No response is required to the allegations of Paragraph 288 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 288, insofar as they are directed at M-I.

289.    No response is required to the allegations of Paragraph 289 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   To the extent that a response is necessary, M-I denies the allegations in the first and third sentences of Paragraph 289, insofar as they are directed at M-I.  The allegations in the second sentence of Paragraph 289 do not require a response as they are not allegations of fact.  To the extent that a response is necessary, M-I denies the remaining allegations of Paragraph 289, insofar as they are directed at M-I.

290.    M-I repeats and realleges its answers to Paragraph 1-289.

291.    No response is required to the allegations of Paragraph 291 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.  Alternatively, Paragraph 291 contains legal conclusions, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 291 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

292.    No response is required to the allegations of Paragraph 292 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.  Alternatively, Paragraph 292 contains legal conclusions, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 292 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

293.    No response is required to the allegations of Paragraph 293 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.  Alternatively, Paragraph 293, including all subparts, contain legal conclusions, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 293 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

294.    No response is required to the allegations of Paragraph 294 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.  Alternatively, Paragraph 294 contains legal conclusions, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 294 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

295.    No response is required to the allegations of Paragraph 295 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.  Alternatively, Paragraph 295 contains legal conclusions, and therefore no response is required.   To the extent that a

response is necessary, M-I denies the allegations of Paragraph 295 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

296.    No response is required to the allegations of Paragraph 296 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 296, insofar as they are directed at M-I.

297.    No response is required to the allegations of Paragraph 297 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 297, insofar as they are directed at M-I.

298.    No response is required to the allegations of Paragraph 298 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 298, insofar as they are directed at M-I.

299.    No response is required to the allegations of Paragraph 299 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   Alternatively, Paragraph 299 contains legal conclusions, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 299 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

300.    No response is required to the allegations of Paragraph 300 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   To the extent that a

response is necessary, M-I denies the allegations of Paragraph 300, insofar as they are directed at M-I.

301.    No response is required to the allegations of Paragraph 301 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.  Alternatively, Paragraph 301, including all subparts, contain legal conclusions, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 301 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

302.    No response is required to the allegations of Paragraph 302 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 302, insofar as they are directed at M-I.

303.    M-I repeats and realleges its answers to Paragraph 1-302.

304.    No response is required to the allegations of Paragraph 304 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 304, insofar as they are directed at M-I.

305.    No response is required to the allegations of Paragraph 305 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 305, insofar as they are directed at M-I.

306.    No response is required to the allegations of Paragraph 306 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.  To the extent that a

response is necessary, M-I denies the allegations of Paragraph 306, insofar as they are directed at M-I.

307.   No response is required to the allegations of Paragraph 307 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.  Alternatively, Paragraph 307 contains legal conclusions, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 307 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

308.   No response is required to the allegations of Paragraph 308 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 308, insofar as they are directed at M-I.

309.   M-I repeats and realleges its answers to Paragraph 1-308.

310.   No response is required to the allegations of Paragraph 310 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.  Alternatively, Paragraph 310 contains legal conclusions, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 310 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

311.   No response is required to the allegations of Paragraph 311 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.  Alternatively, Paragraph 311 contains legal conclusions, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 311 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

312.   No response is required to the allegations of Paragraph 312 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   Alternatively, the allegations of Paragraph 312 do not require a response as they are not allegations of fact.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 312 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

313.   No response is required to the allegations of Paragraph 313 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   Alternatively, Paragraph 313 contains legal conclusions, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 313 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

314.   No response is required to the allegations of Paragraph 314 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   Alternatively, Paragraph 314 contains legal conclusions, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 314 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

315.   No response is required to the allegations of Paragraph 315 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 315, insofar as they are directed at M-I.

316.   No response is required to the allegations of Paragraph 316 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 316, insofar as they are directed at M-I.

317.     M-I repeats and realleges its answers to Paragraph 1-316.

318.     No response is required to the allegations of Paragraph 318 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.  Alternatively, Paragraph 318 contains legal conclusions, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 318 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

319.     No response is required to the allegations of Paragraph 319 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.  Alternatively, Paragraph 319 contains legal conclusions, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 319 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

320.     No response is required to the allegations of Paragraph 320 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.  Alternatively, Paragraph 320 contains legal conclusions, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 320 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

321.     No response is required to the allegations of Paragraph 321 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 321, insofar as they are directed at M-I.

322.     No response is required to the allegations of Paragraph 322 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.  Alternatively, Paragraph

322 contains legal conclusions, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 322 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

323.    No response is required to the allegations of Paragraph 323 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 323, insofar as they are directed at M-I.

324.    M-I repeats and realleges its answers to Paragraph 1-323.

325.    No response is required to the allegations of Paragraph 325 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.  Alternatively, Paragraph 325 contains legal conclusions, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 325 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

326.    No response is required to the allegations of Paragraph 326 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.  Alternatively, Paragraph 326 contains legal conclusions, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 326 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

327.    No response is required to the allegations of Paragraph 327 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 327, insofar as they are directed at M-I.

328.    M-I repeats and realleges its answers to Paragraph 1-327.

329.    No response is required to the allegations of Paragraph 329 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.  Alternatively, Paragraph 329 contains legal conclusions, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 329, insofar as they are directed at M-I.

330.    No response is required to the allegations of Paragraph 330 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.  Alternatively, Paragraph 330 contains legal conclusions, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 330, insofar as they are directed at M-I.

331.    No response is required to the allegations of Paragraph 331 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 331, insofar as they are directed at M-I.

332.    No response is required to the allegations of Paragraph 332 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 332, including all subparts, insofar as they are directed at M-I.

333.    No response is required to the allegations of Paragraph 333 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.  To the extent that a

response is necessary, M-I denies the allegations of Paragraph 333, insofar as they are directed at M-I.

334.   No response is required to the allegations of Paragraph 334 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 334, insofar as they are directed at M-I.

335.   No response is required to the allegations of Paragraph 335 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 335, insofar as they are directed at M-I.

336.   No response is required to the allegations of Paragraph 336 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 336, insofar as they are directed at M-I.

337.   No response is required to the allegations of Paragraph 337 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 337, insofar as they are directed at M-I.

338.   No response is required to the allegations of Paragraph 338 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   Alternatively, the allegations of Paragraph 338 do not require a response as they are not allegations of fact.   To the

extent that a response is necessary, M-I denies the allegations of Paragraph 338 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

339.    M-I repeats and realleges its answers to Paragraph 1-338.

340.    No response is required to the allegations of Paragraph 340 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 340, insofar as they are directed at M-I.

341.    No response is required to the allegations of Paragraph 341 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 341, insofar as they are directed at M-I.

342.    No response is required to the allegations of Paragraph 342 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 342, insofar as they are directed at M-I.

343.    No response is required to the allegations of Paragraph 343 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 343, insofar as they are directed at M-I.

344.    No response is required to the allegations of Paragraph 344 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.   To the extent that a

response is necessary, M-I denies the allegations of Paragraph 344, insofar as they are directed at M-I.

345.    No response is required to the allegations of Paragraph 345 pursuant to the Court's Order of November 14, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 345 do not require a response as they are not allegations of fact.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 345 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

346.    M-I repeats and realleges its answers to Paragraph 1-345.

347.    M-I denies the allegations in the second sentence of Paragraph 347, insofar as they are directed at M-I.  The remaining allegations of Paragraph 347 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the remaining allegations of Paragraph 347 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

348.    The allegations of Paragraph 348 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 348 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

349.    The allegations of Paragraph 349 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 349 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

350.    The allegations of Paragraph 350 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 350 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

351.    The allegations of Paragraph 351 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 351 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

352.    The allegations of Paragraph 352 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 352 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

353.    The allegations of Paragraph 353 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 353 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

354.    The allegations of Paragraph 354 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 354 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

355.    The allegations of Paragraph 355 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of

Paragraph 355 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

356.    The allegations of Paragraph 356 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 356 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

357.    The allegations of Paragraph 357 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 357 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

358.    The allegations of Paragraph 358 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 358 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

359.    The allegations of Paragraph 359 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 359 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

360.    The allegations of Paragraph 360 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 360 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

361.    The allegations of Paragraph 361 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 361 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

362.    The allegations of Paragraph 362 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 362 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

363.    The allegations of Paragraph 363 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 363 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

364.    The allegations of Paragraph 364 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 364 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

365.    The allegations of Paragraph 365, including all subparts, are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 365 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

366.    The allegations of Paragraph 366 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of

Paragraph 366 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

367.     M-I denies the allegations of Paragraph 367, insofar as they are directed at M-I.

368.     M-I denies the allegations of Paragraph 368, insofar as they are directed at M-I.

369.     The allegations of Paragraph 369 do not require a response as they are not allegations of fact.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 369 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

370.     The allegations of Paragraph 370 do not require a response as they are not allegations of fact.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 370 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

371.     The allegations of Paragraph 371 do not require a response as they are not allegations of fact.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 371 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

372.     The allegations of Paragraph 372 do not require a response as they are not allegations of fact.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 372 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

The allegations of Alabama's First Amended Complaint fail to state a claim upon which relief can be granted.

### SECOND DEFENSE

The events giving rise to the injuries and damage alleged by Alabama were not the result of any negligence, fault, or want of due care on the part of M-I or those for whom M-I may be responsible.

### THIRD DEFENSE

Neither M-I nor its employees, agents, and/or other representatives, or anyone for whom it was responsible, was in any manner negligent or guilty of any acts or omissions or breach of duty in connection with the blowout, explosions, fire, and oil spill occurring on or about April 20, 2010 involving the Macondo well site at Mississippi Canyon Block 252 and the MODU *Deepwater Horizon* and/or any damages, personal injuries or deaths allegedly sustained by any other party arising out of the blowout, explosions, fire, and oil spill occurring on or about April 20, 2010 made the basis of these proceedings.

### FOURTH DEFENSE

At all materials times, parties outside of M-I's control were responsible for the safe operation of the MODU *Deepwater Horizon*. Therefore, M-I is neither liable nor responsible in law or in fact for any acts, omissions, breach of duty or unseaworthy condition(s) attributable to any defendant and/or the MODU *Deepwater Horizon*.

### FIFTH DEFENSE

The superseding and/or intervening negligence and/or breach of duty of parties other than M-I was the proximate cause of the blowout, explosions, fire, and oil spill occurring on or about April 20, 2010 made the basis of these proceedings.

## SIXTH DEFENSE

M-I reserves the right to rely on any and all further defenses that become available or appear during discovery proceedings in this action and specifically reserves the right to amend this Answer for purposes of asserting additional defenses.

WHEREFORE, M-I prays that judgment be entered against Alabama on its claims against M-I.

**OF COUNSEL:**
MORGAN, LEWIS & BOCKIUS LLP

Derek E. Leon
dleon@morganlewis.com
Texas Bar No. 24002463
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone:     (305) 415-3000
Facsimile:     (305) 415-3001

Denise Scofield
dscofield@morganlewis.com
Texas Bar No. 00784934
1000 Louisiana, Suite 4000
Houston, Texas  77002
Telephone:     (713) 890-5000
Facsimile:     (713) 890-5001

**ATTORNEYS FOR DEFENDANT
M-I L.L.C.**

MORGAN, LEWIS & BOCKIUS LLP

By:  */s/ Hugh E. Tanner*
     Hugh E. Tanner
     htanner@morganlewis.com
     Texas Bar No. 19637400
     1000 Louisiana, Suite 4000
     Houston, Texas  77002
     Telephone:     (713) 890-5000
     Facsimile:     (713) 890-5001

**ATTORNEYS FOR DEFENDANT
M-I L.L.C.**

December 14, 2011

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Answer to the State of Alabama's First Amended Complaint has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the Court's CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179, on this 14th day of December, 2011.


_____*/s/ Hugh E. Tanner*_____
Hugh E. Tanner