UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" (1) |
| This document relates to: 11-275 (consolidated with 11-274) | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

### *EX PARTE* MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT

According to the Agreed Case Management Order Governing Insurance Actions[1], Certain Underwriters at Lloyd's, London and Various Insurance Companies ("Underwriters") respectfully request leave to file their Motion for Summary Judgment for the reasons set forth in their supporting memorandum.

Copies of Underwriters' proposed Motion for Summary Judgment, Statement of Uncontested Material Facts and Memorandum in Support of Motion for Summary Judgment, and Proposed Order are attached collectively as Exhibit "1."

Accordingly, Underwriters pray that this Honorable Court grant them leave to file the attached Motion for Summary Judgment.

---

[1] Rec. Doc. 2849 at Section V(B)(1).

Respectfully submitted,

PHELPS DUNBAR LLP

BY: _____
Richard N. Dicharry (Bar #4929)
George M. Gilly (Bar #6234)
Evans Martin McLeod (Bar #24846)
Kyle S. Moran (Bar #33611
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: Richard.Dicharry@phelps.com
George.Gilly@phelps.com
Marty.McLeod@phelps.co
Kyle.Moran@phelps.com

COUNSEL FOR CERTAIN UNDERWRITERS
AT LLOYD'S, LONDON AND VARIOUS
INSURANCE COMPANIES

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12 on this 14th day of December, 2011.

_____

PD.5804957.1