UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 <br> SECTION "J" (1) |
| This document relates to: 11-275 (consolidated with 11-274) | JUDGE BARBIER <br> MAGISTRATE JUDGE SHUSHAN |

### MEMORANDUM IN SUPPORT OF *EX PARTE* MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT

Certain Underwriters at Lloyd's, London and Various Insurance Companies ("Underwriters") respectfully submit this Memorandum in Support of their *Ex Parte* Motion for Leave to File Motion for Summary Judgment.

On November 15, 2011, this Court entered its Order and Reasons denying BP Exploration & Production, Inc. and its related entities' (collectively, "BP") Motion for Judgment on the Pleadings and found that BP is not entitled to such relief.[1] In its Order and Reasons, this Court resolved the insurance coverage questions that form the basis of Underwriters' Complaint for Declaratory Action, BP's Counterclaim, and the Complaints in Intervention of Anadarko E&P Company LP, Anadarko Petroleum Corporation, MOEX Offshore 2007 LLC, and Transocean Holdings, LLC and its related entities. Underwriters' proposed Motion for Summary Judgment is wholly consistent with this Court's Order and Reasons.

At the November 18, 2011, monthly status conference, Underwriters requested leave from this Court to file their Motion for Summary Judgment concerning the findings issued in this

---

[1] Rec. Doc. 4588.

Court's Order and Reasons.[2] In response, BP has suggested that the Court only enter a partial final judgment concerning the Court's Order and Reasons. In the interests of providing finality in the Insurance Actions, Underwriters respectfully submit that the proposed Motion for Summary Judgment is both necessary and appropriate because it would result in the final adjudication of the issues addressed in this Court's Order and Reasons, while the partial final judgment only that BP proposes concerning this Court's Order and Reasons would not.

For these reasons, Underwriters urge this Honorable Court grant them leave to file their Motion for Summary Judgment.

---

[2] See Transcript of Monthly Status Conference Proceedings Heard Before the Honorable Carl J. Barbier, November 18, 2011 at p. 26 (Rec. Doc 4786).

PD.5830012.1

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: _____
Richard N. Dicharry (Bar #4929)
George M. Gilly (Bar #6234)
Evans Martin McLeod (Bar #24846)
Kyle S. Moran (Bar #33611
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: Richard.Dicharry@phelps.com
George.Gilly@phelps.com
Marty.McLeod@phelps.co
Kyle.Moran@phelps.com

COUNSEL FOR CERTAIN UNDERWRITERS
AT LLOYD'S, LONDON AND VARIOUS
INSURANCE COMPANIES

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12 on this 14th day of December, 2011.

_____

PD.5804957.1