UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20,2010 | MDL NO. 2179<br><br>SECTION "J" (1) |
| This document relates to: 11-275 (consolidated with 11-274) | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering the foregoing motion,

IT IS HEREBY ORDERED that the *Ex Parte* Motion for Leave to File Motion for Summary Judgment filed on behalf of Certain Underwriters at Lloyd's, London and Various Insurance Companies is hereby GRANTED.

New Orleans, Louisiana, this _____ day of _____, 20___.

_____
Carl J. Barbier
United States District Court Judge