UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179<br>SECTION: J<br>JUDGE BARBIER |
| Applies to:  All Cases<br>          2:10-cv-02771 | § § § § | MAG. JUDGE SHUSHAN |

## ORDER

Considering Defendant Halliburton Energy Services, Inc.'s Ex Parte Motion for Leave to File Under Seal its pleadings related to it's Response in Opposition to BP's Objections to and Appeal from Magistrate Judge's Order (Rec. Doc. 4838);

**IT IS ORDERED** that the Motion is GRANTED and that Defendant Halliburton Energy Services, Inc.'s Response in Opposition to BP's Objections to and Appeal from Magistrate Judge's Order (Rec. Doc. 4838) is hereby granted, and that Halliburton Energy Services, Inc.'s Response in Opposition will hereby be filed into the record of this matter UNDER SEAL.

New Orleans, Louisiana, this 15th day of December, 2011.

_____
United States Magistrate Judge

.

**ORDER** - Page 1 of 1