UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL NO. 2179<br><br>SECTION: J |
| This Document Relates To:<br><br>In RE: TRITON ASSET LEASING, GmbH<br>Case No. 2:10-cv-2771-CJB-SS | | § § § § § § | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## MOTION TO ALLOW LATE FILED CLAIM

**NOW INTO COURT**, through undersigned counsel, come Kenneth Gruner, Melinda Gruner, Chloe Gruner (through Kenneth and Melinda Gruner), and Grace Gruner (through Kenneth and Melinda Gruner) ("Movants") who move this court to allow the filing of Short Form Joinders in the limitation proceedings brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., as Owner, Managing Owners, Owners Pro Hac Vice, and/or Operators of the MODU Deepwater Horizon, and as grounds therefore shows the court as follows:

1) This Court set a deadline for filing the claims in the Transocean limitation action for April 20, 2011.

2) Movants contacted counsel after the Court's deadline seeking assistance in filing claims for injuries and damages each incurred as a result of the Deepwater Horizon explosion and resulting oil spill.

3) Because Movants were unaware of the Court's deadline, or had not yet fully realized their damages, they did not timely file a Short Form Joinder in the Transocean limitation action.

4) No prejudice will result from the acceptance of the proposed Short Form Joinders, which are attached hereto as Exhibits A-D. No action has been taken in the limitation action which could cause prejudice to any other party in the proceedings. Inclusion into the limitation action has been consented to by Transocean, through counsel Kerry Miller.

WHEREFORE, for the above reasons, Movants request that the Court grant Movants request to include the Short Form Joinders attached hereto as Exhibits A-D in the pending limitation action and that the Court deem the Short Form Joinders as timely filed.

Respectfully Submitted,

COLSON HICKS EIDSON
Attorneys for Plaintiff
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
305-476-7400

BY: __/s/ Ervin A. Gonzalez__
Ervin A. Gonzalez
Florida Bar No. 500720

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion has been filed electronically with the Clerk of Court using the CM/ECF system and served on all counsel of record through Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on December 15, 2011.

/s/ Ervin A. Gonzalez