UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL NO. 2179<br><br>SECTION: J |
| This Document Relates To:<br><br>In RE: TRITON ASSET LEASING, GmbH<br>Case No. 2:10-cv-2771-CJB-SS | | § § § § § § | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## ORDER ON MOTION TO ALLOW LATE FILED CLAIM

This Court has considered Movants Kenneth Gruner, Melinda Gruner, Chloe Gruner (through Kenneth and Melinda Gruner), and Grace Gruner (through Kenneth and Melinda Gruner) Motion to Allow Late Filed Limitation Short Form Joinders, including Transocean's express agreement to entry of order, and is of the opinion that Plaintiffs' Motion should be GRANTED. It is, therefore,

ORDERED that Movants Kenneth Gruner, Melinda Gruner, Chloe Gruner (through Kenneth and Melinda Gruner), and Grace Gruner (through Kenneth and Melinda Gruner) Motion to Allow Late Filed Limitation Short Form Joinders is GRANTED.

IT IS SO ORDERED,

Dated this _____ day of _____, 2011.

_____
Hon. Carl J. Barbier