# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179 |
| | * | SECTION: J |
| This Document Relates to: 11-274 c/w 11-275; 11-1439; 11-1440 | * * * | |
| | * | JUDGE BARBIER |
| | * * * | MAGISTRATE JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

## JOINT UNOPPOSED MOTION TO SUBSTITUTE BP EXPLORATION & PRODUCTION, INC. IN PLACE OF MOEX OFFSHORE 2007 LLC, ANADARKO PETROLEUM CORPORATION, AND ANADARKO E&P COMPANY IN THE INSURANCE AND INTERPLEADER ACTIONS

**NOW INTO COURT** come MOEX Offshore 2007 LLC ("MOEX Offshore"), Anadarko Petroleum Corporation and Anadarko E&P Company LP (collectively, "Anadarko"), and BP Exploration & Production Inc. ("BPXP"), which respectfully and jointly move, pursuant to Rule 17(a) of the Federal Rules of Civil Procedure, to substitute BPXP in place of MOEX Offshore and Anadarko for all purposes in the Insurance Actions (11-274 and 11-275) and the Interpleader Actions (11-1439 and 11-1440). All parties to the Insurance Actions and Interpleader Actions hereby consent to this motion.

**WHEREFORE,** BPXP, MOEX Offshore, and Anadarko pray that this Court substitute BPXP in place of MOEX Offshore and Anadarko for all purposes concerning the Insurance Actions and the Interpleader Actions.

Dated: December 15, 2011

                                Respectfully submitted,

                                /s/ Vincent E. Morgan

| | |
|---|---|
| Peter M. Gillon | Vincent E. Morgan |
| Geoffrey J. Greeves, T.A. | Amy P. Mohan |
| James P. Bobotek | Pillsbury Winthrop Shaw Pittman LLP |
| Pillsbury Winthrop Shaw Pittman LLP | 909 Fannin, Suite 2000 |
| 2300 N Street, NW | Houston, Texas 77010 |
| Washington, DC 20037-1122 | Telephone: 713.276.7600 |
| Telephone: 202.663.8000 | Telecopier: 713.276.7676 |
| Telecopier: 202.663.8007 | Email: vince.morgan@pillsburylaw.com |
| Email: peter.gillon@pillsburylaw.com |         amy.mohan@pillsburylaw.com |
|       geoffrey.greeves@pillsburylaw.com | |
|       james.bobotek@pillsburylaw.com | |

COUNSEL FOR MOEX OFFSHORE 2007 LLC

                                /s/ David M. Rosenfield

| | |
|---|---|
| John D. Shugrue | Deborah D. Kuchler, T.A. |
| David M. Rosenfield | Monique M. Weiner |
| Reed Smith LLP | Robert E. Guidry |
| 10 South Wacker Drive | Kuchler Polk Schell Weiner & Richeson, LLC |
| Chicago, IL 60606 | 1615 Poydras Street, Suite 1300 |
| Telephone: (312) 207-1000 | New Orleans, Louisiana 70112 |
| Email: jshugrue@reedsmith.com | Telephone: (504) 592-0691 |
|       drosenfield@reedsmith.com | Telecopier: (504) 592-0696 |
| | Email: dkuchler@kuchlerpolk.com |
| |       mweiner@kuchlerpolk.com |
| |       rguidry@kuchlerpolk.com |

COUNSEL FOR ANADARKO PETROLEUM CORPORATION AND
ANADARKO E&P COMPANY LP

                                /s/ David B. Goodwin

| | |
|---|---|
| Allan B. Moore | David B. Goodwin |
| Seth A. Tucker | M. Alexia dePottere-Smith |
| Christopher J. Wenk | Covington & Burling LLP |

| | |
|---|---|
| Covington & Burling LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, DC  20004-2401<br>Telephone:  (202) 662-6000<br>Telecopier:  (202) 778-5575<br>E-mail:  abmoore@cov.com<br>E-mail:  stucker@cov.com<br>E-mail:  cwenk@cov.com | One Front Street, 35th Floor<br>San Francisco, CA  94111<br>Telephone:  (415) 591-6000<br>Telecopier:  (415) 591-6091<br>E-mail:  dgoodwin@cov.com<br>E-mail:  adepottere@cov.com |

COUNSEL FOR BP EXPLORATION & PRODUCTION INC.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on December 15, 2011.

/s/ Christopher J. Wenk