UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" (1)<br><br>JUDGE BARBIER |
| APPLIES TO:  11-274 c/w 11-275;  11-1439; 11-1440 | MAGISTRATE SHUSHAN |

### ORDER

Considering the Joint Unopposed Motion to Substitute BP Exploration & Production, Inc. in Place of MOEX Offshore 2007 LLC, Anadarko Petroleum Corporation, and Anadarko E&P Company in the Insurance Actions (11-274 and 11-275) and Interpleader Actions (11-1439 and 11-1440),

IT IS ORDERED that the Motion to Substitute is hereby granted and accordingly, BPXP is hereby substituted in place of MOEX Offshore and Anadarko for all purposes concerning the Insurance Actions and the Interpleader Actions only.

New Orleans, Louisiana, this ____ day of December, 2011.

_____
Carl J. Barbier
United States District Judge