UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 )<br>)<br>)<br>)<br>This Document Relates to:<br>State of Alabama ex rel. Ben Chenault v. BP, PLC et al.<br>Civil Action No. 2:11-cv-01597-CJB-SS | )<br>)<br>) MDL NO. 2179<br>)<br>) SECTION: J<br>)<br>) JUDGE BARBIER<br>) MAG. JUDGE SHUSHAN<br>)<br>) |

### JOINT STIPULATION OF DISMISSAL OF CERTAIN DEFENDANTS

**COME NOW** the plaintiffs, Ben Chenault and CMCO, LLC, and the specific defendants, ESIS, Inc., Worley Catastrophe Services, LLC, and Worley Catastrophe Response, LLC, and, pursuant to Rule 41(a)(1), Fed. R. Civ. P., jointly stipulate to the dismissal, without prejudice, of the plaintiffs' claims against ESIS, Inc., Worley Catastrophe Services, LLC, and Worley Catastrophe Response, LLC. In connection therewith, the plaintiffs and the respective defendants are to bear their own costs.

This Joint Stipulation only relates to defendants ESIS, Inc., Worley Catastrophe Services, LLC, and Worley Catastrophe Response, LLC and plaintiffs' claims shall remain pending as to all remaining defendants.

Dated this 16th day of December, 2011.

**LUCADO LAW FIRM, LLC**

By: s/ Michael Shane Lucado
Michael Shane Lucado
Attorney for Plaintiffs
Ben Chenault and CMCO, LLC

1 Perimeter Park South, Suite 125S
Birmingham, AL  35243

1959093 v1

Tel.: (205) 278-0025
Fax: (205) 278-0030
Email: slucado@lucadolaw.com


**BURR & FORMAN LLP**

By: <u>s/ Stephen J. Bumgarner</u>
Stephen J. Bumgarner
Attorney for Defendants
ESIS, Inc., Worley Catastrophe
Services, LLC, and Worley Catastrophe
Response, LLC

420 North 20th Street, Suite 3400
Birmingham, AL 35203
Tel.: (205) 251-3000
Fax: (205) 458-5100
Email: sbumgarn@burr.com