UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179 SECTION: J JUDGE BARBIER |
| Applies to:  All Cases  2:10-cv-02771 | § § § § | MAG. JUDGE SHUSHAN |

**ORDER**

Considering Defendant Halliburton Energy Services, Inc.'s Ex Parte Motion for Leave to File Under Seal its pleadings related to its Response in Opposition to BP's Motion to Designate Substitute Expert (Rec. Doc. 4868);

**IT IS ORDERED** that the Motion is GRANTED and that Defendant Halliburton Energy Services, Inc.'s Response in Opposition to BP's Motion to Designate Substitute Expert Rec. Doc. 4868) is hereby granted, and that Halliburton Energy Services, Inc.'s Response in Opposition will hereby be filed into the record of this matter UNDER SEAL.

New Orleans, Louisiana, this __16th__ day of December, 2011.

_____
United States Magistrate Judge

.