# CONFERENCE ATTENDANCE RECORD

DATE: 12-16-11                    TIME: ≅ 10:30

CASE NAME: In Re Deepwater Horizon

DOCKET NUMBER & SECTION: MDL-10-2179-CJB-SS

(Discovery Conference) STATUS   PRELIMINARY   PRE-TRIAL   SETTLEMENT

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Don Godwin | Halliburton |
| Alan York | " |
| Jenny Martinez | " |
| Stefanie Major | " |
| Bil Nizialek | MOEX |
| Tony Fitch | ANADARKO |
| Rachel Clingman | TO |
| Steve Roberts | TO |
| Ted Tsekerides | O'Brien's/NRC/Sercor |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Jeremy Grabill | O'Brien's / NRC / Seacor |
| Steve Luxton | M-I |
| Dennis Barrow | Dril-Quip |
| Ky Kirby | Anadarko |
| Deb Kuchler | " |
| David Tressler | BP |
| Carnita Bertaut | Cameron |
| David Pote | LA |
| Bill Stradley | MDL 2185 Ind. Plaintiffs |
| Brian Babcock | BP |
| Don Haycraft | BP |
| Andy Langan | BP |
| Mike Underhill | DOJ US |
| Don Haycraft | BP |
| Jeff Breit | PSC |
| Scott Falgoust | PSC |
| Joshua Whitley | PSC |

# CONFERENCE ATTENDANCE RECORD

DATE: _____    TIME: _____

CASE NAME: _____

DOCKET NUMBER & SECTION: _____

STATUS   PRELIMINARY   PRE-TRIAL   SETTLEMENT

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Steve O'Rourke | USA |
| Winfield Sinclair | Alabama State University |
| David Beck | Cameron |
| Anthony Irpino | PSC |
| Steve Herman | PSC |
| Liz Murrill | LA |
|  |  |
|  |  |
|  |  |

Sarah Himmelhoch

Tim Duffy

Christian Van Kleef

Mark Nomillini

Mike Occhuizzo

Sarah Valentine

Nat Chakeres

Robin Hanger