**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on | * | SECTION: J |
| APRIL 20, 2010 | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE BARBIER |
| 10-8888 | * | MAG. JUDGE SHUSHAN |

******************************************************************************

## *EX PARTE* MOTION BY CLAIMANTS TO FILE DIRECT FILING SHORT FORM AFTER MONITION DATE

NOW INTO COURT through undersigned counsel come Claimants, VELA Services, L.L.C., Retif Oil & Fuel, L.L.C., and Matt Barasich, who respectfully move this Honorable Court for leave to file the respective attached Direct Filing Short Forms as Claimants' claims with the Gulf Coast Claims Facility were denied after the monition date for filing the Direct Filing Short Form had passed.

RESPECTFULLY SUBMITTED:

PIVACH, PIVACH, HUFFT &
THRIFFILEY, L.L.C.
ATTORNEYS AT LAW

  /s/ Corey E. Dunbar
GEORGE PIVACH (10798)
COREY E. DUNBAR (30144)
8311 Highway 23, Suite 104
Post Office Box 7125
Belle Chasse, LA 70037
Telephone: (504) 394-1870
Facsimile: (504) 393-2553
firm@pivachlaw.com

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 16th day of December 2011, electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

 /s/ Corey E. Dunbar
COREY E. DUNBAR