# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG     "DEEPWATER HORIZON" in the     GULF OF MEXICO, on     APRIL 20, 2010 | * * * * * | MDL NO. 2179  SECTION: J |
| THIS DOCUMENT RELATES TO: 10-8888 | * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

*************************************************************************

### MEMORANDUM IN SUPPORT OF *EX PARTE* MOTION BY CLAIMANTS TO FILE DIRECT FILING SHORT FORM AFTER MONITION DATE

Claimants, VELA Services, L.L.C., Retif Oil & Fuel, L.L.C., and Matt Barasich, respectfully move this Honorable Court for leave to file the respective attached Direct Filing Short Forms. Each of the Claimants claim with the Gulf Coast Claims Facility was denied after the monition date set by this Honorable Court has passed. As a result, at the time of the monition date, Claimant had pending claims with the Gulf Coast Claims Facility. Accordingly, Claimants respectfully request leave to file their respective Direct Filing Short Form.

RESPECTFULLY SUBMITTED:

PIVACH, PIVACH, HUFFT &
THRIFFILEY, L.L.C.
ATTORNEYS AT LAW

  /s/ Corey E. Dunbar\_
GEORGE PIVACH (10798)
COREY E. DUNBAR (30144)
8311 Highway 23, Suite 104
Post Office Box 7125
Belle Chasse, LA 70037
Telephone: (504) 394-1870
Facsimile: (504) 393-2553
firm@pivachlaw.com

## **CERTIFICATE OF SERVICE**

    I do hereby certify that I have on this 16th day of December 2011, electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

 /s/ Corey E. Dunbar
COREY E. DUNBAR