# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on | * | SECTION: J |
| APRIL 20, 2010 | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE BARBIER |
| 10-8888 | * | MAG. JUDGE SHUSHAN |

**************************************************************************

## ORDER

**CONSIDERING** the *Ex Parte* Motion for Leave by Claimants to File Direct Filing Short Form After Monition Date;

IT IS ORDERED that the *Ex Parte* Motion for Leave by Claimants to File Direct Filing Short Forms After Monition Date filed by Claimants, VELA Services, L.L.C., Retif Oil & Fuel, L.L.C., and Matt Barasich, be and hereby is GRANTED and Claimants are hereby granted leave to file their respective Direct Filing Short Form.

New Orleans, Louisiana, this _____ day of December, 2011.

_____

JUDGE  CARL J. BARBIER