UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE GULF | : | |
| OF MEXICO, ON APRIL 20, 2010 | : | SECTION J |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE BARBIER |
| | : | |
| ALL CASES | : | MAGISTRATE JUDGE SHUSHAN |
| | : | |

## ORDER

### [Regarding Release of Depositions of DNV Employees Thompson and Kenney]

WHEREAS, on September 2, 2011, the Court entered its Order permitting the

Chemical Safety and Hazard Investigation Board ("CSB") to receive copies of information

and data produced during the "Phase II" examination of the *Deepwater Horizon* blowout

preventer ("BOP") conducted under the auspices of the Court in the Multi-District Litigation

(MDL 2179 United States District Court for the Eastern District of Louisiana), some of

which information and data had been identified by one or more MDL parties as

"confidential" and/or "highly confidential" within the meaning of Pretrial Order 13  [a copy

of the September 2nd Order, Docket No. 3895, is attached hereto as Appendix "A"];

WHEREAS, Det Norske Veritas ("DNV") conducted the "Phase I" examination of

the *Deepwater Horizon* BOP on behalf of the U.S. Coast Guard/BOEMRE  Joint

Investigation Team ("JIT") and, thereafter, depositions of DNV employees Neil Thompson

and Gary Kenney were taken in the MDL;

WHEREAS, DNV has requested that copies of the depositions of Mr. Thompson and

Mr. Kenney, and exhibits identified at the deposition, be made available to the CSB; and

WHEREAS, as specified in the Court's September 2nd Order, the Trade Secrets Act,

18 U.S.C. § 1905, applies generally to the CSB and, further, the Freedom of Information Act

("FOIA") prohibits the disclosure of confidential business information (5 U.S.C. § 552);

accordingly,

IT IS ORDERED that DNV may provide to the CSB copies of the MDL depositions

of DNV employees Neil Thompson and Gary Kenney, as well as copies of the exhibits

identified at the said depositions, subject to the condition that the CSB shall treat the

depositions and exhibits in a manner consistent with the statutes and laws cited herein, as well

as with any other statutes or regulations governing disclosure of confidential business

information by the CSB.

IT IS SO ORDERED.

Dated:   12/16/11       _____

UNITED STATES MAGISTRATE JUDGE