# APPENDIX "A"

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig<br>"Deepwater Horizon" in the Gulf<br>of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

### [Regarding BOP Phase Two Testing Data]

WHEREAS, information and data has been produced during the "Phase Two" examination of the *Deepwater Horizon* blowout preventer (BOP) conducted under the auspices of the Court in the Multi-District Litigation (MDL 2179 United States District Court for the Eastern District of Louisiana), some of which information and data have been identified by one or more MDL parties as "confidential" and "highly confidential" within the meaning of Pretrial Order 13;

WHEREAS, agencies of the United States investigating the *Deepwater Horizon* incident, specifically, the Chemical Safety and Hazard Investigation Board ("CSB"), the United States Coast Guard ("USCG"), the Bureau of Ocean Energy Management Regulation and Enforcement ("BOEMRE"), and the Joint Investigation Team ("JIT") comprised of the USCG and BOEMRE, have requested to obtain the BOP Phase Two examination information and data;

WHEREAS, the Trade Secrets Act, 18 U.S.C. § 1905, applies generally to the foregoing federal agencies; and

WHEREAS, the Freedom of Information Act ("FOIA") prohibits the disclosure of confidential business information (5 U.S.C. § 552);

2

IT IS ORDERED that the CSB, USCG, BOEMRE, and the JIT may receive copies of the information and data produced during the BOP Phase Two examination, subject to the condition that said agencies shall treat the information and data in a manner consistent with the statutes and laws cited herein, as well as any other statutes or regulations governing disclosure of confidential business information by those federal agencies.

New Orleans, Louisiana, this 2nd day of September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE