01398363
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

# *CONFIDENTIAL*

## *WorldwideVIEW*™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## Scherie Douglas
**VOLUME 1**

OCTOBER 11, 2011

## COPY



**Systems Technology for the Litigation World**

Litigation Group ♦ Court Reporting ♦ Video Production ♦ Videoconferencing

**For U.S. & International Services**
800 - 745 - 1101

EXHIBIT 1

```
 1            MR. HOLOZUBIEC:  Objection as to
 2  form.
 3            MR. TROUT:  Objection, form.
 4      A.   Yeah, I said I believed that -- my
 5  understanding and belief that the -- the Wells
 6  Group has assurance processes, but I don't know
 7  what they are.
 8      Q.   (By Mr. Dills) Okay.  But the information
 9  came from either Mark Hafle or Brian Morel
10  directly to you?
11      A.   That's correct.
12      Q.   Okay.  And then you attached it to the
13  APD and filed it with the MMS?
14      A.   That is correct.
15      Q.   Okay.  At what point in that process is
16  it -- does it go to the Group you believe
17  double-checks it?
18      A.   I --
19            MR. HOLOZUBIEC:  Objection as to
20  form.
21      A.   -- I don't know.
22      Q.   (By Mr. Dills) You don't know.  And you
23  said you believe that there's an agency or a
24  Group within BP that double-checks that number,
25  but you don't know for sure, do you?
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1    A.   They have assurance processes.
2    Q.   Okay.  What's the title -- what's the
3 name of that Group?
4    A.   I -- I don't know.
5    Q.   Okay.  But you know that they exist, you
6 just don't know who they are?
7         MR. HOLOZUBIEC:  Objection as to
8 form.
9    Q.   (By Mr. Dills) Is that correct?  Do I
10 understand that correct?  And you're the
11 Regulatory Advisor for BP, don't you think you
12 ought to know who double-checks these
13 calculations?
14   A.   I don't think that's my responsibility,
15 no.
16   Q.   Whose responsibility is it?
17   A.   It is the Wells Group's responsibility to
18 assure their numbers are correct.
19   Q.   Okay.  All right.  Let's go back to my
20 earlier question.
21        If the information comes from either Mark
22 Hafle or Brian Morel, to you, and you then in
23 turn attach it and file it with the A -- with the
24 MMS, when does that number get double-checked?
25        MR. HOLOZUBIEC:  Objection as to

**PURSUANT TO CONFIDENTIALITY ORDER**

01-38658
DG/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## *CONFIDENTIAL*

### *WorldwideVIEW*™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## Heather Powell
**VOLUME 1**

NOVEMBER 17, 2011

## **COPY**



Systems Technology for the Litigation World

Litigation Group•Court Reporting•Video Production•Videoconferencing

**For U.S. & International Services**
800 - 745 - 1101

EXHIBIT 2

```
            1   you'll see a sentence that begins, "In a well
            2   control situation...."
            3       A.   Okay.  I see that.
            4       Q.   Okay.  It says, "In a well control
12:56       5   situation, the lower annular is the primary."
            6            You see that sentence?
            7       A.   Yes, I do.
            8       Q.   Do you know if it's BP's policy to use the
            9   upper or lower annular with regards to well
12:57      10   control operations?
           11       A.   I don't know.
           12       Q.   Okay.  That's all I have about that --
           13   that document.  Let's turn to the CFRs real quick.
           14   If you will turn to 250.400 -- actually, 401.
12:57      15            All right.  Are you there?
           16       A.   Yes.
           17       Q.   Okay.  Great.
           18            Now, 250.401 says:  "What must I do
           19   to keep wells under control?"  And then if you see
12:57      20   Subpart A, it says:  "Use the best available and
           21   safest drilling technology to monitor and evaluate
           22   well conditions and to minimize the potential for
           23   well -- for the well to flow or kick."
           24            Did I read that correctly?
12:57      25       A.   Yes, I see that.
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
            1        Q.   Okay.   And you're not -- your title now
            2   is -- are you a senior sub -- senior regulatory
            3   specialist?
            4        A.   Just regulatory advisor.
   12:58   5        Q.   Regulatory advisor.
            6             Okay.  As a regulatory advisor for
            7   BP, can you tell me what BP does to comply with
            8   250.401 Subpart A?
            9        A.   No.  I don't know.
   12:58  10        Q.   Okay.  Let's go to Subpart D.  It says:
           11   "Use personnel trained according to provisions of
           12   Subpart O."
           13             As a regulatory advisor for BP, can
           14   you tell me what is done to ensure that BP
   12:58  15   complies with Subpart D of 250.401?
           16        A.   I don't know.
           17        Q.   Okay.  And Subpart E, it says:  "Use and
           18   maintain equipment and materials necessary to
           19   ensure the safety and protection of personnel,
   12:58  20   equipment, natural resources, and the
           21   environment."
           22             Same question:  As a regulatory
           23   advisor for BP, can you tell me what BP does to
           24   ensure compliance with this part of the
   12:58  25   regulation?
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1        A.   I don't know.
 2        Q.   Okay.  Let's go to 250.402.  It says:
 3   "When and how must I secure a well?"  It says:
 4   "Whenever you interrupt drilling operations, you
 5   must install a downhole safety device, such as
 6   cement plug, bridge plug, or packer.  You must
 7   install the device at an appropriate depth within
 8   a properly cemented casing string or liner."
 9             Same question:  As the regulatory
10   advisor for BP, can you tell me what BP does to
11   ensure compliance with this regulation?
12        A.   I don't know.
13        Q.   Okay.  If you will, turn to 250.416.  And
14   Subpart E -- I believe I've already asked this
15   question.  I'm just going to ask it again for
16   clarification.
17        A.   Okay.
18        Q.   Subpart E says:  "What must I include in
19   the diverter and BOP descriptions?"
20             And then Subpart E of 250.416 says:
21   "You must provide information that shows the
22   blind-shear rams installed in the BOP stack (both
23   surface and subsea stacks) are capable of shearing
24   the drill pipe in the hole under maximum
25   anticipated surface pressures."
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
                 1              As a regulatory advisor for BP, can
                 2   you tell me what BP does to ensure compliance of
                 3   this part of the regulation?
                 4        A.   I don't know.
       13:00     5        Q.   Okay.  And if you turn to 250.420 --
                 6        A.   All right.
                 7        Q.   250.420 is:  "What well casing and
                 8   cementing requirements must I meet?"
                 9              In Subpart A, it says:
                10   "Casing and cementing program requirements:  Your
                11   casing and cementing programs must, one, properly
                12   control formation pressures and fluids; two,
                13   prevent the direct or indirect release of fluids
                14   from any stratum through the wellbore into the
                15   offshore waters."
                16             Can you tell me, as the regulatory
                17   advisor for BP, what BP does to ensure with
                18   250.420 of the regulations?
                19        A.   No, I don't know.
       13:00    20        Q.   Okay.  How did you learn about the
                21   incident on the DEEPWATER HORIZON that occurred on
                22   April 20th, 2010?
                23        A.   Scherie had called me and left a message
                24   on my voicemail on my cell phone.
       13:01    25        Q.   Okay.  Were you asked to come in or
```

```
 1        A.  Yes.
 2        Q.  I'd like to refer your attention to
 3   Subpart (e).  It says:  "Information that shows
 4   that the blind-shear rams installed on the BOP
 5   stack (both surface and subsea stacks) are
 6   capable of shearing the drill pipe in the hole
 7   under maximum anticipated surface pressure."
 8           Did I read that correctly?
 9        A.  Yes.
10        Q.  What did BP do to comply with this
11   section of the Regulation?
12              MR. HOLOZUBIEC:  Objection as to
13   form.
14        A.  So would you rephrase that?
15        Q.  (By Mr. Dills) Sure.  According to this,
16   "You must include in the diverter and BOP
17   descriptions:  Information that shows the
18   blind-shear rams installed in the BOP
19   stack...are capable of shearing the drill
20   pipe..."
21           What did you do to show that the BOP was
22   capable of shearing the drill pipe?
23        A.  We did not supply that.
24              MR. HOLOZUBIEC:  Objection as to
25   form.
```

**PURSUANT TO CONFIDENTIALITY ORDER**

EXHIBIT 3

1      A.   So we did -- we did not attach that to
2  the APD.
3      Q.   (By Mr. Dills) Well, as the Regulatory
4  Advisor, are you not required to adhere to this
5  section of the CFR?
6      A.   So I did -- I did not attach that to the
7  APD.
8      Q.   Okay.  But should you have?
9           MR. HOLOZUBIEC:  Objection as to
10  form.
11     A.   It's in the Regulations, but I had never
12  put one on an APD, nor had the MMS ever asked for
13  that on an APD.
14     Q.   (By Mr. Dills) But you do agree it is in
15  the Regulations?
16     A.   It is in the Regulations.
17     Q.   And it was not included in the APD for
18  the Macondo Well?
19     A.   That's correct.
20     Q.   Okay.  Have you spoken to Mark Hafle or
21  Brian Morel since April 20th, 2010?
22     A.   Yes.
23     Q.   When was the last time you spoke to
24  either one of them?
25     A.   I haven't spoken to Brian -- I -- I can't

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1  hired by BP?
 2       A.   I don't remember any specific explanation.
 3  Just that -- so they would have an assistant-type
 4  person to support the rest of the group.
 5       Q.   Okay.  When you started with BP, who did
 6  you report to?
 7       A.   Jim Grant.
 8       Q.   Jim Grant.
 9            Who is Jim Grant?
10       A.   Jim Grant was the supervisor for the
11  regulatory department.
12       Q.   Okay.  And who did Jim Grant report to?
13       A.   I believe it was Curtis Jackson, but I'm
14  not positive.
15       Q.   Do you know who Curtis Jackson reported
16  to?
17       A.   I don't.
18       Q.   Okay.  Did BP provide you with any
19  training with regards to regulatory matters?
20       A.   Not that I can remember anything.
21       Q.   Okay.  When you first started, what were
22  your responsibilities?  What kind of -- what was
23  a -- what was a day like in the life of Heather
24  Powell at BP?
25       A.   Okay.  I would do Weekly Activity Reports.
```

**PURSUANT TO CONFIDENTIALITY ORDER**

EXHIBIT 4

1   or...
2       Q.   Did you file any End of Operation Reports
3   for the Macondo Well?
4       A.   I believe there was one, yes.
5       Q.   Okay.
6       A.   I believe so.
7       Q.   Do you recall who -- what geologist or who
8   in the drilling operations provided you
9   information with regards to the hydrocarbon zones?
10      A.   I'm not positive who.  It -- I probably
11  would have asked Jonathan Bellows, but I don't --
12  I can't say for sure that he was the one that gave
13  it to me.
14      Q.   Okay.  Who is Jonathan Bellows?
15      A.   He's one of the geologists that I'm
16  familiar with.  So I would go to him, and if he
17  wasn't the right person, he would direct me who to
18  go to or -- you know, that kind of thing.
19      Q.   When you were working with BP in this
20  capacity, did anybody oversee your work -- did
21  anybody ever check your work?
22              MR. HOLOZUBIEC:  Objection as to
23  form.
24      A.   I don't recall anybody checking it.
25      Q.   (BY MR. DILLS)  Okay.  Did you file any --

**PURSUANT TO CONFIDENTIALITY ORDER**

1    A.  I really can't comment on -- yeah, I
2 really can't comment on that.
3    Q.  (By Mr. Dills) Okay.  Is this part of a
4 document that -- this is part of an APD that you
5 would file with the MMS, isn't it?
6    A.  This is a type of sheet that would go
7 with an APD, yes.
8    Q.  Okay.  And it says on the top right-hand
9 corner:  "MC 252 #1 - Macondo Prospect."  Does
10 this mean that this document was filed as a part
11 of the APD for the Macondo Well?
12    A.  No, it does not.
13    Q.  Does not.  What does that statement mean
14 in the top right-hand corner?
15    A.  I don't know what that statement means,
16 but just one sheet by itself --
17    Q.  Yes.
18    A.  -- I could not say that this was the
19 document that was filed with the APD.
20    Q.  Okay.  But according to this document,
21 this -- if it was part of the APD that was filed
22 for the Macondo Well, was MASP not calculated
23 with a hundred percent gas column?
24    A.  I really can't --
25         MR. HOLOZUBIEC:  Objection as to

```
 1  form.
 2      A.   I really can't comment on how to
 3  interpret this sheet.
 4      Q.   (By Mr. Dills) But this is part of the
 5  sheet that you would file -- you would file
 6  something similar to this for an APD for a well,
 7  wouldn't you?
 8      A.   That's correct.
 9           MR. HOLOZUBIEC:  Objection as to
10  form.
11      Q.   (By Mr. Dills) So you have some
12  familiar -- familiarity with these types of
13  documents, don't you?
14           MR. HOLOZUBIEC:  Objection as to
15  form.
16      A.   The technical part of the document is the
17  responsibility of the Drilling Engineer and the
18  Wells Group.
19      Q.   (By Mr. Dills) M-h'm.  Okay.  And -- but
20  you are the Regulatory Advisor, correct?
21           MR. HOLOZUBIEC:  Objection as to
22  form.
23      A.   Correct.
24      Q.   (By Mr. Dills) And according to the CFR
25  250.440, MASP must be calcu -- you know, the --
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1  Q. What is a Weekly Activity Report?
2  A. A Weekly Activity Report is a report that
3  you submit to MMS on a weekly basis whenever
4  they're having current activities offshore, be it
5  drilling or -- or completion. It's a seven-day
6  report that you -- that you submit to MMS for --
7  so they know what activities have gone on.
8  Q. And what kind of information is contained
9  on a Weekly Activity Report?
10 A. The depth that the well is at. It's got a
11 narrative that you fill out for -- that you take
12 from the Daily Operation Reports that kind of
13 summarize what they did for each individual day.
14 Casing information, things like that.
15 Q. Okay. And where did that information come
16 from?
17 A. Typically from the Daily Operations
18 Reports.
19 Q. Okay. And the Daily Operation Reports
20 came from the rigs?
21 A. Yes. That's my understanding.
22 Q. Okay. And then you would put that
23 information into a Weekly Activity Report and file
24 that with the MMS?
25 A. Yes.

**PURSUANT TO CONFIDENTIALITY ORDER**

EXHIBIT 6

```
         1      Q.  Okay.  And what -- did you do anything to
         2  check or verify the information that was being
         3  provided to you?
         4              MR. HOLOZUBIEC:  Objection as to
08:55    5  form.
         6      A.  I didn't do anything as far as like
         7  sending it to anyone to -- to check it or anything
         8  like that.  If there was -- if there was anything
         9  I had a question about, you know, I might go to
08:56   10  the drilling engineer to ask a question about it
        11  to get some verification or something like that.
        12  But other than that, no.
        13      Q.  (BY MR. DILLS)  Do you recall any
        14  instances where you did ask a drilling engineer
08:56   15  for clarification on any information provided?
        16      A.  I don't remember anything specific.
        17      Q.  Okay.  What's an End of Operations Report?
        18      A.  End of Operations Report is after they
        19  complete, whatever activities they're doing, be it
08:56   20  drilling.  After 30 days after they complete it,
        21  you have to file an End of Operation Report, which
        22  basically is saying -- you know, it's kind of the
        23  final information with -- it includes, like,
        24  hydrocarbon-bearing intervals, the final wellbore
08:56   25  schematic.  The casing information is on the
```