MINUTE ENTRY
BARBIER, J.
Dec. 16, 2011
JS-10: 100 minutes.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : : : | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

**COURTROOM DEPUTY:**                    **COURT REPORTER:**
**STEPHANIE KALL**                       **CATHY PEPPER**

**FRIDAY, DECEMBER 16, 2011 9:35 A.M.**
**JUDGE CARL J. BARBIER PRESIDING**

### STATUS CONFERENCE

Plaintiffs' Liaison Counsel, Defense Liaison Counsel, and Government Coordinating Counsel introduced themselves to the Court. The matters listed below were discussed:

The Court briefly discussed a recently-issued Order.

BP Counsel Andy Langan reported on the status of recent conditional transfer orders and number of active cases within the MDL.

BP Counsel Andy Langan reported on the status of cases before various state courts.

BP Counsel Andy Langan reported on the status of MDL 2185 before Judge Ellison in the Southern District of Texas.

1

**BP Counsel Don Haycraft provided an update on the continued progress of written and deposition discovery. Over 58 million pages of documents have been produced. 280 Depositions have been taken. Phase I expert reports have been submitted and 66 expert depositions are scheduled to be taken through December and early January. Parties are working to schedule Phase II depositions and discovery.**

**BP Counsel Andy Langan reported on the Vessels of Opportunity ("VoO") cases. All 6 "focus" plaintiffs and 3 BP witnesses have been deposed. A planning session is scheduled next week with the mediator for the VoO cases. A Motion for Partial Summary Judgment (Rec. Doc. 4035) remains under advisement.**

**BP Counsel Andy Langan, Counsel for Transocean's Insurers George Gilly, and Transocean Counsel John Elsely reported on the Insurance Declaratory Judgment Actions, Case Nos. 11-274 and 11-275. A Motion for Leave to File Motion for Summary Judgment was recently filed by Transocean's Insurers (Rec. Doc. 4913). The parties will confer and report to the Court on this Motion within the next seven days. In the Interpleader Actions, Case Nos. 11-1439 and 11-1440, Magistrate Judge Shushan recently signed a Stipulated Case Management Order (Rec. Doc. 4893).**

**BP Counsel Rob Gasaway reported on issues relating to the custody, preservation, and inspection of the blowout preventer and the capping stack.**

**Mike Underhill, Coordinating Counsel for the Federal Government, reported on the status of testing of certain cement and rock samples found on the deck of the M/V DAMON BANKSTON.**

**BP Counsel Andy Langan reported on the Motions in Limine respecting evidentiary issues.**

**BP Counsel Andy Langan reported on the proposed process for the audit of the GCCF.**

**The Court called for any objections to two Motions for Leave to File Short Form Joinders after Monition Date (Rec. Doc. 4465 and 4542). Transocean Counsel Kerry Miller reported Transocean did not object. Hearing no further objections, the Court GRANTED the Motions (Rec. Doc. 4465 and 4542).**

**MOEX Offshore Counsel Phil Nizialek and BP Counsel Andy Langan reported on MOEX Offshore's Motion to Substitute BP Exploration & Production, Inc. as Cross-Claim Plaintiff in Amended Cross-Claims of MOEX Offshore (Rec. Doc. 4591). The parties will confer and report to the Court on this Motion within the next seven days.**

**Cameron Counsel David Beck reported that Cameron and BP have entered into a settlement agreement.  Cameron orally moved to withdraw without prejudice its Motion for Summary Judgment Denying All Claims Asserted by Transocean and Declaring Obligations of Transocean to Indemnify and Defend Cameron (Rec. Doc. 4524).  The Court ORDERED that Cameron's Motion (Rec. Doc. 4524) be WITHDRAWN WITHOUT PREJUDICE to Cameron's right to reassert its Motion. Cameron may reassert by filing a Notice with the Court.**

**The Court heard oral argument on Transocean's Motion for Partial Summary Judgment against BP to Enforce BP's Contractual Obligations (Rec. Doc. 4477) and BP's Cross-Motion for Summary Judgment against Transocean (Rec. Doc. 4827). John Elsely argued on behalf of Transocean.  Andy Langan argued on behalf BP. Steve O'Rourke argued on behalf of the United States. The Motions (Rec. Docs. 4477 and 4827) were taken UNDER ADVISEMENT.**

**The Court thanked counsel for their continued cooperation, both with each other and the Court.**

**The Status Conference ended at 11:15.**

**The next status conference will be held on January 20, 2012 at 9:30 a.m.**

**ATTORNEYS: See attached list.**

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–December 16, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Jeff Keiser | 504-210-7325 | PSC |
| Don Godwin | 214-939-4400 | Halliburton |
| Alan York | 214-939-4400 | " |
| Jenny Martinez | 214-939-4400 | " |
| Stefanie Major | 214-939-4400 | " |
| Kenneth Engerrand | 713 6291580 | AMICUS / IADC |
| Eva Strzelecka | 610-747-2321 | |
| George G. Ily | 504-584-9289 | TO XS insurers |
| Marty McLeod | 504-584-9216 | " " " |
| BRAD BRIAN | 213-683-9280 | TRANSOCEAN |
| Jimmy Williamson | (713) 223-3536 | PSC |
| Dave Falkner | 203 286 6316 | RZ |
| Van Scyy | 71) 24 8350 | Transocean |
| Stephany LeGrand | 713-398-6920 | Transocean |
| Robin Greenwald | 212-558-5802 | PSC |
| Corey Mayr | 334-353-4336 | Alabama |
| W. Sinclair | " | " |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–December 16, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Jim Roy | | PSC |
| Ted Tsekerides | | Sean O'Rourke, NRC (?) |
| Jeremy Grabill | | '' '' |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–December 16, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| BILL STRADLEY | 713-654-1122 | MDL 2185 Ind. Jurisdom |
| Becky Mawbry | 504-826-3417 | Times-Picayune |
| Camille te Petmet | 504-593-0858 | Cameron |
| Jonathan Andry | 508 525-5535 | Wetzel |
| Steve O'Rourke | 202 514 2779 | USA |
| Rob Sholar | 202-701-9466 | BP |
| Andy Dupre | 985-855-2553 | DRC / Danos |
| Alan Weigel | 212-885-5350 | MSRC |
| Brian Kennedy | 202-346-800 | Transocean |
| Jared Allen | 202-346-8520 | Transocean |
| Elizabeth Cabraser | 415 802 2400 | PSC |
| Frank Petosa | 954/318-0200 | PSC |
| John Tomlinson | 334-451-0806 | PSC |
| James Singleton | 318 631 5200 | TO |
| Samuel M. Rosard | 504-568-1933 | |
| John de Gravelles | 225 344-3735 | PSC |
| [illegible] | 281-635-5268 | TRANSOCEAN |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–December 16, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| R. Gasaway | (202) 879-5175 | BP |
| Jod Grass | 202-9112-5765 | BP |
| Scott Summy | 214-384-1913 | PSC |
| Phil Cossich | 504 394-9000 | PSC |
| Jack Massey | 713 470 6141 | TO |
| Jeff Breit | 757-615-8882 | PSC |
| Joe Rice | 843-830-0710 | PSC |
| Devin Reynolds | 504-495-4935 | " |
| Mike Ry | 334.797.5998 | BP |
| Steve Luxton | 202 7795452 | M-I |
| Hugh Tanner | 713 896-5140 | M-I |
| Kris Heck | 312-862-3000 | BP |
| P.E. O'Keefe | 504 585 8200 | O'Brien's/NRC |
| Mark Seyler | 504-595-3371 | N/A |
| David McLendon | 504-261-8660 | PSC |
| Lance Sannino | 504 582-8878 | Weatherford |
| Kerry Miller | 599-8194 | TO |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–December 16, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Josh Whitley | 843-696-9094 | Plaintiffs (PSC) |
| Arck Lamotte | 985-249-6800 | T/S |
| Drake Williams | 9858767595 | PSC |
| Calvin Fayanu | 2236648153 | PSC |
| Chris Hannan | 966-8612 | Underwriters |
| Jimmy Roussel | " | " |
| Juma Espino | 214-521-3605 | PSC |
| Allan Kanner | 5045245777 | Louisiana |
| Allison Shipp | 5045245777 | Louisiana |
| Aaron Ahlquist | 581-4692 | T/S |
| Erika Heyda | 919-801 795-9 | PSC |
| Ted Tsekerides | 212-310-8218 | Seacor, O'Brien's/NRC |
| Jeremy Grabill | 212-310-8717 | " |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–December 16, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Rhyddid Watkins | 612-766-5016 287 | Plaintiffs |
| Dan Goforth | 713-650-0076 | Transocean |
| Anthony Iaccicone | 617-424-9100 | Am. Gift/Waffle House - TTS |
| Andrew Lemmon | 985-782-6789 | TI |
| Rhon Jones | 4510301 | PSC |
| Matt Lundy | 337-263-5294 | PSC |
| Trippi Segars | 803-486-0440 | Poole |
| Chris Boutwell | 334-201-4809 | PSC |
| (illegible) | 601-613-1617 | PSL |
| Daniel Johnson | 713-470-6193 | TD |
| Lily (illegible) | 225-333-6416 | LA gov. |
| Tony Fletcher | 361.887.0500 | PSC |
| Clinton Roach | 214.922.7144 | |
| Stephen Murray Sr. | 504 525 8100 | TTS |
| Mekel Alvarez | 504-599-3385 | TTS |
| John A. Baden | 843-216-9124 | PSC |
| Scott Falgoust | 225-252-1108 | PSC |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

### Status Conference–December 16, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Ky Kirby | | Anadarko |
| Tony Fitch | | " |
| Deb Kuchler | | " |
| Don Godwin | | Halliburton |
| Alan York | | " " |
| Jenny Martinez | | " " |
| Mike Underhill | | US |
| Steve Roberts | | Transocean |
| Rachel Clingman | | " |
| Kerry Miller | | " |
| Steve O'Rourke | | USA |
| Don Haycraft | | BP |
| Andrew Langan | | BP |
| David Beck | | Cameron |
| Luther Strange | | Alabama |
| Phil Wittmann | | Cameron |
| Steve Herman | | PSC |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–December 16, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Karen Case | 281 366-4294 | BP |
| Robert Cunningham | 251 471 6191 | PSC |
| Michael Palmintier | 225 335 8300 | PSC |
| Ryan Babiuch | 312 862 7003 | BP |
| Paul Sterbcow | 504 588 1500 | PSC |
| A.J. Rouse | 504 589 8916 | USFS |
| Dennis Barrow | 713 662 0330 | Oil-Quip |
| Jill Baldwin | 504-582-8315 | CWFT |
| Caroline Eymard | 504 814 0414 | PSC |
| Eliud A Gonzalez | 305-298-1888 | PSC |
| J. Don Kelly Jr. | 504-566-8800 | Penetone Corp. |
| Marija Janes | 504-566-8800 | Penetone |