UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § § § | MDL No. 2179  SECTION:  J  JUDGE BARBIER  MAG. JUDGE SHUSHAN |
| Applies to:   All Cases | | |

**DEFENDANT HALLIBURTON ENERGY SERVICES, INC.'S *EX PARTE* MOTION FOR LEAVE TO FILE UNDER SEAL IT'S OPPOSITION TO BP'S MOTION TO COMPEL HALLIBURTON ENERGY SERVICES, INC. TO PRODUCE DOCUMENTS WRONGFULLY WITHHELD**

**PLEASE TAKE NOTICE** that the undersigned parties respectfully request leave to file under seal the pleadings related to its Opposition to BP's Motion to Compel Halliburton Energy Services, Inc. to Produce Documents Wrongfully Withheld (Rec. Doc. 4824).

Respectfully Submitted,

**GODWIN RONQUILLO PC**

**By:** /s/ *Donald E. Godwin*
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
DGodwin@GodwinRonquillo.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
BBowman@GodwinRonquillo.com
Jenny L. Martinez
State Bar No. 24013109
JMartinez@GodwinRonquillo.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
FHartley@GodwinRonquillo.com
Gavin E. Hill
State Bar No.  00796756
GHill@GodwinRonquillo.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

and

R. Alan York
AYork@GodwinRonquillo.com
Jerry C. von Sternberg
JVonSternberg@GodwinRonquillo.com
Misty Hataway-Coné
MCone@GodwinRonquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone:  713.595.8300
Facsimile:  713.425.7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

**DEFENDANT HALLIBURTON ENERGY SERVICES, INC.'S** *EX PARTE* **MOTION FOR LEAVE TO FILE UNDER SEAL IT'S OPPOSITION TO BP'S MOTION TO COMPEL HALLIBURTON ENERGY SERVICES, INC. TO PRODUCE DOCUMENTS WRONGFULLY WITHHELD
PAGE** 2

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Defendant Halliburton Energy Services, Inc.'s *Ex Parte* Motion for Leave to File Under Seal It's Opposition to BP's Motion to Compel Halliburton Energy Services, Inc. to Produce Documents Wrongfully Withheld was filed electronically with the Clerk of the Court using the CM/ECF system and that notice of this filing will be sent to all counsel through the CM/ECF system on this 16th day of December 2011.

/s/ Donald E. Godwin
Donald E. Godwin

**DEFENDANT HALLIBURTON ENERGY SERVICES, INC.'S *EX PARTE* MOTION FOR LEAVE TO FILE UNDER SEAL IT'S OPPOSITION TO BP'S MOTION TO COMPEL HALLIBURTON ENERGY SERVICES, INC. TO PRODUCE DOCUMENTS WRONGFULLY WITHHELD**
**PAGE** 3

1813498 v2-24010/0002 PLEADINGS