## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT COURT FOR LOUISIANA

**In re**  **Oil Spill by the Oil Rig**          **MDL No. 2179**
      **"Deepwater Horizon" in the**
      **Gulf of Mexico, on April 20, 2010**

*This Document relates to:*

**CONRAD WIEGAND**                    **CIVIL ACTION # 11-2515**


**VERSUS**                            **SECTION: J-1, JUDGE: BARBIER**

**UNITED STATES MARITIME SERVICES,**   **MAG-JUDGE: SHUSHAN**
**LLC and PARISH OF ST. BERNARD**

<u>ANSWER</u>

NOW INTO COURT, through undersigned counsel, comes St. Bernard Parish Government,

named in the complaint as "Parish of St. Bernard" (hereinafter "SBPG"), and who answers the

Complaint of the plaintiff as follows:

I.

The allegations of paragraph I are admitted.

II.

The allegations of paragraph II are admitted as to St. Bernard Parish Government, which is
the entity, which can be sued.

III.

SBPG admits that venue is proper.

IV.

Defendant admits that jurisdiction is proper.

V.

Defendant denies the allegations of  paragraph V.

VI.

The allegations of paragraph VI are denied for lack of information.

VII.

The allegations of paragraph VII are denied.

VIII.

The allegations of paragraph VIII are denied.

.

IX.

SBPG admits that this court has jurisdiction.

X.

The allegations of paragraph X are denied.

XI.

The allegations of paragraph XI are denied.

**AFFIRMATIVE DEFENSES**

1.

Plaintiff's claims fail for lack of consent and/or failure of cause and/or failure of consideration.

2.

Plaintiff's claims against defendant because there was no agreed on price or other essential contract or lease terms.

3.

Any recovery to which plaintiff may be entitled must be precluded or reduced by his own negligence.

4.

Any recovery to which plaintiff may be entitled must be precluded or reduced by the failure to mitigate his alleged damages.

5.

Any recovery to which plaintiff may be entitled must be precluded or reduced by the doctrines of unclean hands and/or estoppel and/or consent.

6.

Any recovery to which plaintiff may be entitled must be precluded or reduced by, and/or offset against the cost and/or value of any improvements made to Plaintiff's property by SBPG.

7.

Any recovery to which plaintiffs may be entitled must be precluded or reduced by, and/or offset against any monies paid plaintiff in compensation and/or compromise of his claims and/or alleged damages.

8.

In the alternative, if plaintiff is entitled to any sums, said sums are owed by other parties such as BP America, Inc., and/or United States Maritime Services, LLC  and not by SBPG.

WHEREFORE, St. Bernard Parish Government prays that its Answer be deemed sufficient, and that after due proceedings had, there be Judgment in its favor and against the plaintiff, dismissing all claims asserted by the plaintiff with prejudice, and assessing all costs in this matter to plaintiff, as well as all other equitable and general relief that this Honorable Court deems appropriate.

## CROSSCLAIM

1.

Now St. Bernard Parish Government ("SBPG") names United States Maritime Services,LLC ("USMS") as a cross-claim defendant.

2.

In the event that SBPG is found to be liable to Conrad Wiegand in this action then SBPG is entitled to a judgment against USMS, as USMS is the party that is contractually obligated to pay any sums due, if any, to Conrad Wiegand.

WHEREFORE, St. Bernard Parish Government prays that if it is held liable for any amount to Conrad Wiegand, which liability it denies, then it prays for judgment against United States Maritime Services, LLC, for any such amount, plus attorney's fees, costs and interest from judicial demand until paid, and for any other relief allowable by law.

**THIRD PARTY DEMAND**

1.

Now St. Bernard Parish Government ("SBPG") names BP America, Inc. as a third party defendant.

2.

In the event that SBPG is found to be liable to Conrad Wiegand in this action, which liability SBPG denies,  then SBPG is entitled to a judgment against BP America, Inc. as BP America, Inc. is the party that is obligated to pay any sums due, if any, to Conrad Wiegand.

3.

BP America Inc. Agreed to pay claims such as Conrad Wiegand's and promised to pay any costs, incurred by SBPG as a result of the April 20, 2010 oil spill.

WHEREFORE, St. Bernard Parish Government prays that if it is held liable for any amount to Conrad Wiegand, which liability it denies, then it prays for judgment against BP America, Inc. for any such amount, plus attorney's fees, costs and interest from judicial demand until paid, and for any other relief allowable by law.

Respectfully submitted:

s/William M. McGoey
WILLIAM M. MCGOEY, #14205
LA KOSHIA R. ROBERTS 61066
8201 W. Judge Perez Drive
Chalmette, Louisiana 70043
(504) 278-4348
Attorney for St. Bernard Parish Government

## CERTIFICATE OF SERVICE

I certify that a copy of the above pleading has been filed this December 17, 2011 with the EFC and will be forwarded electronically to all parties via the court's EFC system and/or Lexis Nexis File & Serve in accordance with pre-trial order No.12.

s/William M. McGoey
WILLIAM M. MCGOEY