UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig         MDL No. 2179
      "Deepwater Horizon" in the Gulf
      of Mexico, on April 20, 2010       SECTION "J"

Applies to:                          JUDGE BARBIER
*All Cases*

                                        MAGISTRATE SHUSHAN

**ORDER**

      Before the Court is BP's Objections to and Appeal from Magistrate Judge's Order Regarding Halliburton's Motion to Disqualify (Rec. Doc. 4928, filed under seal) and Halliburton's Opposition to same (Rec. Doc. 4935, filed under seal). Upon review of the record, the memoranda of counsel, and the applicable law, the Court finds that the Magistrate Judge's Order (Rec. Doc. 4838, filed under seal) was not clearly erroneous or contrary to law under Fed. R. Civ. P. 72(a). Accordingly,

      **IT IS ORDERED** that BP's Objections to and Appeal from Magistrate Judge's Order (Rec. Doc. 4928) is **DENIED.**

      New Orleans, Louisiana, this 16th day of December, 2011.

                                                 United States District Judge