# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico on April 20, 2010** | * | |
| | * | **SECTION: J** |
| **This Document Relates to:** | * | |
| **Cases in Pleading Bundles A, B1 and C** | * | |
| **as Enumerated in Attachment 1** | * | **JUDGE BARBIER** |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| | * | **SHUSHAN** |

## ORDER

Considering the Motion of Cross-Claim Plaintiff MOEX Offshore 2007 LLC ("Offshore"), pursuant to Federal Rules of Civil Procedure 17(a) and 25(c), to substitute BP Exploration & Production Inc. ("BPXP") as plaintiff in Offshore's Amended Cross-Claims in the above-captioned matters,

**IT IS HEREBY ORDERED** that the motion is granted as prayed for, and that BPXP shall and is hereby substituted for Offshore as cross-claim plaintiff in Document 4385 for all purposes.

New Orleans, Louisiana this 16th day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE