UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG § | | MDL-2179 |
| "DEEPWATER HORIZON" § | | |
| in the GULF OF MEXICO, on § | | |
| APRIL 20, 2010 § | | SECTION "J" |
| § | | |
| THIS DOCUMENT RELATES TO: § | | JUDGE BARBIER |
| § | | MAG. JUDGE SHUSHAN |
| *10-cv-3059 and 11-cv-0516* § | | |

*******************************************************************************

### STATE OF LOUISIANA'S MOTION FOR LEAVE TO FILE MOTION TO STRIKE AND/OR IN OPPOSITION TO THE PSC'S RESPONSE AND THIRD PROPOSED ORDER IN CONNECTION WITH THE PSC'S MOTION TO ESTABLISH ACCOUNT AND RESERVE FOR COMMON BENEFIT LITIGATION EXPENSES

**NOW INTO COURT**, through undersigned counsel, comes the Plaintiff, the State of Louisiana through James D. "Buddy" Caldwell, Louisiana Attorney General ("Louisiana" or "State"), who respectfully requests that this Court grant leave to file the attached Motion to Strike the PSC's Response to Motion for Leave Filed by Outside Counsel for the Louisiana Attorney General ("PSC Response") and the third version of a proposed order in connection with the PSC's request that this Court establish a reserve account out of State recoveries ("Third Proposed Order"). [Rec. Doc. 4906].  In the alternative, should the Court not strike the PSC Response and Third Proposed Order, the State of Louisiana requests that this Court permit the filing of the attached in opposition to the same. The PSC Response (as with its proposed Reply and Sur Reply that came before it [Rec. Docs. 4717, 4739]) is procedurally defective, because it fails to follow the Rules of Court that require that a Motion be filed in connection with the Order setting forth the relief sought by a party.

As described more fully in the attached Motion to Strike or in the Alternative, Opposition to the PSC's Response, in this instance, the PSC has again attempted to avoid the contradictory processes established by Court rules.  While several of the prior filings by the PSC in connection with the current issues were procedurally defective, the current filing does not even seek leave of Court.  Not only is this mechanism highly unusual, it affirmatively fails to respond to the issues raised by the State of Louisiana in what is a blatant effort to suggest that the newly submitted Order has been stipulated to by the State of Louisiana.  The Attorney General has not and would not consent to such an Order.  The substantive issues raised by the State of Louisiana in connection with the now third form of Order filed in connection with the PSC's Motion to Establish Account and Reserve for Common Benefit Litigation Expenses have not been addressed by the ever evolving form of Order, and the PSC should not be permitted to avoid the contradictory processes established under the Federal Rules of Civil Procedure.

After the PSC filed its initial Motion to Establish Account and Reserve for Litigation Expenses on November 7, 2011 [Rec. Doc. 4507], it requested, and was granted, leave to file a Reply Brief in Further Support of the PSC's Motion to Establish Account and Reserve for Litigation Expenses, filed on November 23, 2011 ("PSC's Reply Brief"). [Rec. Doc. Nos. 4716, 4717].  On November 23, 2011, the State of Louisiana filed a Motion for Leave to file a Response to the PSC's Reply Brief. [Rec. Doc. 4722].  Thereafter, the PSC submitted a procedurally defective Sur-Reply Brief in Further Support of the PSC's Motion to Establish Account and Reserve for Litigation Expenses ("Sur Reply") [Rec. Doc. 4739], which contained a Proposed Order that differed significantly from that which was filed in connection with the PSC's initial Motion ("Second Proposed Order"). [Rec. Doc. 4739-2].  In response, on December 1, 2011, the State of Louisiana filed a Motion for Leave to File a Motion to Strike PSC's

Proposed Sur-Reply Brief in Further Support of the PSC's Motion to Establish Account and Reserve for Litigation Expenses as filed on November 28, 2011 ("Motion to Strike"). [Rec. Doc. 4780]. In that filing, the State requested that the PSC's Sur Reply be stricken from the record and the PSC be required to properly file a motion and order that sets forth the specific relief requested and addresses issues unique to the PSC's attempt to reduce State recoveries. Thereafter, and in an abundance of caution, because the PSC's Sur-Reply and accompanying Proposed Order were not submitted as a new motion, even though departing substantially from the initial order and raising new concerns, the State requested that this Court grant it leave to place in the record specific opposition to certain of the issues raised by the PSC's Sur Reply and the Second Proposed Order.

Accordingly the State requests that this Court grant leave to file the attached Motion to Strike or in the Alternative, Opposition to the PSC Response. The State of Louisiana reiterates its requests that, if the Court plans to make any determination on the PSC's Motion to Establish Account and Reserve (and its associated replies and various forms of order) other than entry of the PSC's original order, the State be permitted the opportunity to be heard on those issues that implicate State recoveries.

Dated this 19th day of December, 2011.

Respectfully submitted,

| JAMES D. "BUDDY" CALDWELL<br>LOUISIANA ATTORNEY GENERAL | KANNER & WHITELEY, LLC |
|---|---|
| | /s/ Allan Kanner |
| James Trey Phillips | Allan Kanner |
| First Assistant Attorney General | Elizabeth B. Petersen |
| Megan K. Terrell | Douglas R. Kraus |

3

Assistant Attorney General
Section Chief –Environmental
State of Louisiana
P.O. Box 94005
Baton Rouge, LA 70804-9005
Telephone: (225) 326-6708

HENRY DART,
ATTORNEYS AT LAW P.C.

/s/ Henry T. Dart
Henry T. Dart
Grady J. Flattmann
510 N. Jefferson St.
Covington, LA 70433
Telephone: (985) 809-8093
**Special Counsel for Plaintiff**
**Attorney General, State of Louisiana**

SHOWS, CALI, BERTHELOT &
WALSH, LLP

/s/ E. Wade Shows
E. Wade Shows
628 St. Louis Street
Baton Rouge, LA 70802
Telephone: (225) 346-1461
**Special Counsel for Plaintiff**
**Attorney General, State of Louisiana**

701 Camp Street
New Orleans, LA 70130
Telephone: (504) 524-5777
**Special Counsel for Plaintiff**
**Attorney General, State of Louisiana**

USRY, WEEKS, &
MATTHEWS, APLC

/s/ T. Allen Usry
T. Allen Usry
1615 Poydras St.
Suite 12
New Orleans, LA 70112
Telephone: (504) 592-4641
**Special Counsel for Plaintiff**
**Attorney General, State of Louisiana**

MARTEN LAW, PLLC

/s/ Bradley M. Marten
Bradley M. Marten
Linda R. Larson
1191 Second Avenue
Suite 2200
Seattle, WA 98101
(206) 292-2600
**Special Counsel for Plaintiff**
**Attorney General, State of Louisiana**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing State Of Louisiana's Motion For Leave To File Motion to Strike and in the Alternative, Opposition To The PSC's Response and Third Proposed Order In Connection With The PSC's Request That This Court Establish An Account And Reserve For Common Benefit Litigation has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of December, 2011.

        Kanner & Whiteley, L.L.C.

         /s/ Allan Kanner_____
        Allan Kanner
        a.kanner@kanner-law.com