UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL-2179  SECTION "J" |
| THIS DOCUMENT RELATES TO: | § § | JUDGE BARBIER MAG. JUDGE SHUSHAN |
| *10-cv-3059 and 11-cv-0516* | § | |

*******************************************************************************

## ORDER

**CONSIDERING** the Motion for Leave to File [Rec. Doc. ____]:

**IT IS ORDERED** that the State of Louisiana be and is hereby granted leave to file its Motion to Strike and/or in Opposition to the PSC's Response and Third Proposed Order in Connection With the PSC's Motion to Establish Account and Reserve for Common Benefit Litigation Expenses.

**SIGNED** at New Orleans, Louisiana this _____ day of _____, 2011.

_____
**Hon. Carl J. Barbier**
**U.S. District Court Judge**