**Lili Petersen**

| | |
|---|---|
| **From:** | Steve Herman <SHERMAN@hhkc.com> |
| **Sent:** | Wednesday, November 23, 2011 9:23 PM |
| **To:** | 'Ben_Allums@laed.uscourts.gov' |
| **Cc:** | Jim Roy; Allan Kanner; Elizabeth Murrill; 'Strange, Luther (lstrange@ago.state.al.us)'; Defense Counsel (BP) (dsc2179@liskow.com); mike.underhill@usdoj.gov; Sally_Shushan@laed.uscourts.gov; Mike O'Keefe |
| **Subject:** | BP Oil - State of Louisiana Motion for Leave. Etc. |
| **Attachments:** | State of LA Further Hold-Back Brief [Doc 4722] 11-23-2011.pdf |

Dear Ben,

The State of Louisiana's Motion for Leave to submit additional briefing (attached) is largely unnecessary, as the PSC is already in the process of preparing and submitting a revised Proposed Order to make it clear that (a) the Proposed Order, if granted, would not require fee-shifting, and (b) the Proposed Order, if granted, would not apply to settlements between and among Defendants; consistent with the PSCs recently filed Reply Brief.

With respect to judgments, settlements or other payments to the State of Louisiana, we would be happy to address the other issues raised by the State, (*see, e.g.,* Page 6 of the AG's proposed Brief), but would respectfully suggest that such issues are in the nature of "Plaintiff only" issues, and might be more appropriately addressed in chambers, or otherwise *in camera*.

As always, we appreciate the Court's time and consideration in this matter.

In the meantime, everyone have a nice Thanksgiving.

---

**From:** Efile_Notice@laed.uscourts.gov [mailto:Efile_Notice@laed.uscourts.gov]
**Sent:** Wednesday, November 23, 2011 8:03 PM
**To:** Efile_Information@laed.uscourts.gov
**Subject:** Activity in Case 2:10-md-02179-CJB-SS In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 Motion for Leave to File Document

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** **Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U. S. District Court

Eastern District of Louisiana

**Notice of Electronic Filing**

The following transaction was entered by Kanner, Allan on 11/23/2011 at 8:03 PM CST and filed on 11/23/2011

| | |
|---|---|
| **Case Name:** | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 |
| **Case Number:** | 2:10-md-02179-CJB-SS |
| **Filer:** | State Interests |
| **Document Number:** | 4722 |

**Docket Text:**
**MOTION for Leave to File** *State of Louisiana's Motion for Leave to File Response to the PSC's Reply in Support of Motion to Establish Account and Reserve for Litigation Expenses* **by State Interests. (Reference: 10-cv-3059 and 11-cv-0516)(Kanner, Allan)**


**2:10-md-02179-CJB-SS Notice has been electronically mailed to:**

David J. Beck     dbeck@brsfirm.com

Deborah DeRoche Kuchler     dkuchler@kuchlerpolk.com, azebrick@kuchlerpolk.com, dgordon@kuchlerpolk.com, DRosenfield@ReedSmith.com, MMaldonado@ReedSmith.com, rguidry@kuchlerpolk.com

Don Keller Haycraft     dkhaycraft@liskow.com, agoldman@liskow.com, bevers@liskow.com, dcreid@liskow.com, pfussell@liskow.com, pmjones@liskow.com

Donald E. Godwin     dgodwin@godwinronquillo.com

J. Andrew Langan     andrew.langan@kirkland.com, frank.sramek@kirkland.com, mark.nomellini@kirkland.com

James P. Roy     jimr@wrightroy.com, sandym@wrightroy.com, susanl@wrightroy.com

Kerry J. Miller     kmiller@frilot.com, scavet@frilot.com

Ky E. Kirby     ky.kirby@bingham.com, joyce.belton@bingham.com, randall.levine@bingham.com

Luther J Strange , III     luther.strange@ago.state.al.us, pmills@ago.state.al.us

Michael J. Lyle     michael.lyle@weil.com, dgianna@midrid.com, gregory.bailey@weil.com, jeremy.grabill@weil.com, jesse.morris@weil.com, MCO.ECF@weil.com, sylvia.simson@weil.com, theodore.tsekerides@weil.com

Phillip A. Wittmann     pwittmann@stonepigman.com, adang@stonepigman.com, boneil@stonepigman.com, BRS383@BRSfirm.com, cbertaut@stonepigman.com, jdavidson@stonepigman.com, khall@stonepigman.com, lgodshall@stonepigman.com, mbroussard@stonepigman.com, rsiegert@stonepigman.com

R Michael Underhill     mike.underhill@usdoj.gov, bonnie.li@usdoj.gov, christopher.f.coutu@uscg.mil, david.m.dubay@uscg.mil, emily.liu@usdoj.gov, heather.s.kennealy@uscg.mil, michelle.delemarre@usdoj.gov,

peter.frost@usdoj.gov, robin.a.ellerbe@usdoj.gov, Rosanne.Trabocchi@uscg.mil, sharon.shutler@usdoj.gov, stephen.flynn@usdoj.gov, torts.aa.files@usdoj.gov, veronica.garner@usdoj.gov

Stephen J. Herman    sherman@hhkc.com, acatalanotto@hhkc.com, regina@hhkc.com, rmiller@hhkc.com

**2:10-md-02179-CJB-SS Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=11/23/2011] [FileNumber=5384854-
0] [343bd2983ebdb3104bdfdbc2e145c7db8100105ab91996342fb364d1d9440e8a87
b51dca4455b67e7c9a80262ff06dde02ee9624c58a65dec7df2010f7757342]]

```
CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.
```