UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § § § | MDL No. 2179 |
| | | SECTION: J |
| | | JUDGE BARBIER |
| Applies to:   All Cases | | MAG. JUDGE SHUSHAN |

### ORDER

On this day the Court considered Defendant Halliburton Energy Services, Inc.'s *Ex Parte* Motion for Leave to File Under Seal It's Opposition to BP's Motion to Compel Halliburton Energy Services, Inc. to Produce Documents Wrongfully Withheld.

**IT IS ORDERED** that the Motion is GRANTED and that Defendant Halliburton Energy Services, Inc.'s Opposition to BP's Motion to Compel Halliburton Energy Services, Inc. to Produce Documents Wrongfully Withheld is hereby granted, and that Halliburton Energy Services, Inc.'s Opposition to BP's Motion to Compel will hereby be filed into the record of this matter UNDER SEAL.

New Orleans, Louisiana, this 19th day of December, 2011.



United States Magistrate Judge