IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br><br>*All Cases* | * * * | Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |

## ORDER

Considering BP's Ex Parte Motion for Leave to File Under Seal its reply memorandum in support its motion to designate a substitute expert;

IT IS ORDERED that the Motion is GRANTED and that BP' reply memorandum in support of its motion to designate a substitute expert is hereby granted, and this reply memorandum will hereby be filed into the record of this matter UNDER SEAL.

New Orleans, Louisiana, this 19th day of December, 2011.

_____
UNITED STATES MAGISTRATE JUDGE