UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § MDL NO. 2179<br>§ SECTION: J<br>§<br>§ JUDGE BARBIER<br>§ MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO: | | |

Case No.: 2:10-cv-08888, [Rec. Doc. 65713];
2:10-cv-02771

## ORDER GRANTING MOTION TO WITHDRAW

THIS CAUSE came before the Court upon the law firm of Colson Hicks Eidson Colson Cooper Matthew Martinez Gonzalez Kalbac & Kane's Motion to Withdraw. The Court having read and considered argument of counsel and being otherwise fully apprised on all premises, hereby ORDERS AND ADJUDGES as follows:

1. Colson Hicks Eidson Colson Cooper Matthews Martinez Gonzalez Kalbac & Kane's Motion to Withdraw is hereby **GRANTED**.

2. Fishing Adventure Charters, LLC is granted 60 days from the date of the entry of this order to retain a substitute counsel in this matter.

3. Until alternative counsel files an appearance on Plaintiff's behalf all correspondence and pleadings for the Plaintiff shall be mailed to: Pier S. Milito, Fishing Adventure Charters, LLC, 15634 NW 14th Court, Pembroke Pines, FL 33028.

DONE AND ORDERED in Chambers, at New Orleans, Louisiana this __19th__ day of __December__, 2011.

_____
United States District Judge