## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG | § | MDL NO. 2179 |
| | "DEEPWATER HORIZON" | § | |
| | in the GULF OF MEXICO, | § | SECTION: J |
| | on APRIL 20, 2010 | § | |
| | | § | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | | § | |
| | | § | MAG. JUDGE SHUSHAN |

Case No.:  2:10-cv-08888, [Rec. Doc. 67895];
2:10-cv-02771

### ORDER GRANTING MOTION TO WITHDRAW

THIS CAUSE came before the Court upon the law firm of Colson Hicks Eidson Colson Cooper Matthew Martinez Gonzalez Kalbac & Kane's Motion to Withdraw.   The Court having read and considered argument of counsel and being otherwise fully apprised on all premises, hereby ORDERS AND ADJUDGES as follows:

1.      Colson Hicks Eidson Colson Cooper Matthews Martinez Gonzalez Kalbac & Kane's Motion to Withdraw is hereby **GRANTED**.

2.      Mr. Justo Angel Morera is granted 60 days from the date of the entry of this order to retain a substitute counsel in this matter.

3.      Until alternative counsel files an appearance on Plaintiff's behalf all correspondence and pleadings for the Plaintiff shall be mailed to: Justo Angel Morera, 265 West 62nd Street, Hialeah, FL 33012.

DONE AND ORDERED in Chambers, at New Orleans, Louisiana this ___19th___ day of _____December_____, 2011.

United States District Judge