UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| *All Cases* | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

Before the Court is Halliburton Energy Services, Inc.'s Motion to Review and Objection to Magistrate's Order Denying HESI's Motion for Leave to File Second Amended Cross-Claim (Rec. Doc. 4396). Having studied Halliburton's Motion and the documents attached thereto, the record, and the applicable law, the Court finds that the Magistrate Judge's Order (Rec. Doc. 4267) was not clearly erroneous or contrary to law under Fed. R. Civ. P. 72(a). Accordingly,

**IT IS ORDERED** that Halliburton's Motion (Rec. Doc. 4396) is **DENIED.**

New Orleans, Louisiana, this 19th day of December, 2011.

United States District Judge