UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION J |
| Applies to:<br>10-4536 | * * * | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## ORDER

IT IS ORDERED that any response briefs to the United States' Second Motion for Partial Summary Judgment as to the Liability of BP Exploration and Production, Inc., the Transocean Defendants, and the Anadarko Defendants (Rec. Doc. 4836) shall be filed no later than January 9, 2012, and shall not exceed 25 pages. Any reply briefs shall be filed no later than January 16, 2011, and shall not exceed 10 pages. THE COURT WILL NOT EXTEND THESE DEADLINES OR PAGE LIMITS.

This matter is tentatively scheduled for oral argument during the Status Conference on January 20, 2012.

New Orleans, Louisiana, this 19th day of December, 2011.

_____
United States District Judge