UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179 <br><br> SECTION:  J <br><br> JUDGE BARBIER |
| Applies to:   All Cases <br>                    2:10-cv-02771 | § § § § | MAG. JUDGE SHUSHAN |

**DEFENDANT HALLIBURTON ENERGY SERVICES, INC.'S
EX PARTE MOTION FOR LEAVE TO FILE UNDER SEAL THE EXHIBITS
TO ITS RESPONSE IN OPPOSITION TO BP'S MOTION FOR SPOLIATION SANCTIONS
(REC. DOC. 4799) AND NOTICE OF *IN CAMERA* SUBMISSION**

**PLEASE TAKE NOTICE** that the undersigned party respectfully requests leave to file under seal the Exhibits to Defendant Halliburton Energy Services, Inc.'s ("HESI") Response in Opposition to BP's Motion for Spoliation Sanctions (Rec. Doc. 4799).

Further, HESI hereby provides notice to the Court that it is submitting the Affidavit of Elizabeth Marie Schimmel for *In Camera* Review.

Respectfully Submitted,

**GODWIN RONQUILLO PC**

**By:** /s/ *Donald E. Godwin*
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
dgodwin@GodwinRonquillo.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
bbowman@GodwinRonquillo.com
Jenny L. Martinez
State Bar No. 24013109
jmartinez@GodwinRonquillo.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
fhartley@GodwinRonquillo.com
Gavin E. Hill
State Bar No. 00796756
ghill@GodwinRonquillo.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

and

R. Alan York
State Bar No. 22167500
AYork@GodwinRonquillo.com
Jerry C. von Sternberg
State Bar No. 20618150
JVonSternberg@GodwinRonquillo.com
Misty Hataway-Coné
State Bar No. 24032277
MCone@GodwinRonquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

**ATTORNEYS FOR DEFENDANT HALLIBURTON ENERGY SERVICES, INC.**

# CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing Defendant Halliburton Energy Services, Inc.'s Ex Parte Motion for Leave to File Under Seal the Exhibits to Its Response in Opposition to BP's Motion for Spoliation Sanctions (Rec. Doc. 4799) and Notice of *In Camera* Submission was filed electronically with the Clerk of the Court using the CM/ECF system and that notice of this filing will be sent to all counsel through the CM/ECF system on this 19th day of December, 2011.

                              /s/ *Donald E. Godwin*
                              Donald E. Godwin