# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| Applies to:  All Cases<br>          2:10-cv-02771 | § § § § | MAG. JUDGE SHUSHAN |

## ORDER

Considering Defendant Halliburton Energy Services, Inc.'s Ex Parte Motion For Leave To File Under Seal the Exhibits to its Response in Opposition to BP's Motion for Spoliation Sanctions (Rec. Doc. 4799) and Notice of *In Camera* Submission:

**IT IS ORDERED** that the Motion is GRANTED and that Halliburton Energy Services, Inc.'s Exhibits to its Response in Opposition to BP's Motion for Spoliation Sanctions (Rec. Doc. 4799) will hereby be filed into the record of this matter UNDER SEAL.

New Orleans, Louisiana, this __ day of December, 2011.

_____
UNITED STATES JUDGE

.