UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | : | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf | : | |
| of Mexico, on April 20, 2010 | : | SECTION: J |
| | : | |
| This Document Relates to: All Cases | : | JUDGE BARBIER |
| | : | MAG. JUDGE SHUSHAN |

. . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . . . . . .

**UNOPPOSED MOTION TO PERMIT DISPOSAL OF CERTAIN DOCUMENTS
GENERATED AT THE RESPONSE CENTERS**

In the course of the response to the unprecedented oil spill resulting from the explosion at the Deepwater Horizon on April 20, 2010, the United States, BP, and their contractors and volunteers generated massive quantities of paper records. This motion seeks leave to dispose of a collection of these paper records colloquially referred to as the "dupes and trash." These documents are of dubious value, have been scanned into electronic images, and are costly and logistically difficult to maintain. Accordingly, the United States files this unopposed motion for entry of an order authorizing disposal of the original "dupes and trash" while requiring BP to preserve the electronic copy of these documents until the conclusion of this litigation.

**ARGUMENT**

Throughout the Incident Command Posts that were set up to house and support the individuals responding to the spill, both the United States and BP posted clear instructions to all personnel to preserve all paper (and electronic) records generated in the course of their work. As a result of these instructions, in an abundance of caution, personnel working in the command posts preserved hundreds of thousands of pages of nearly meaningless information, almost none of which could be identified as having been generated by any particular individual. In addition, each person preserved copies of documents, regardless of whether those documents were widely

1

disseminated copies. As a result, the documentation unit of the Unified Area Command compiled a large collection of duplicate documents (known as "dupes") and documents so meaningless as to be referred to as "trash."

Out of an abundance of caution, BP and the Unified Area Command developed a procedure by which BP would scan all of these dupes and trash so that electronic copies could be maintained. These electronic copies were generated by BP using procedures reviewed and approved by the Coast Guard. As a result, BP is currently maintaining (at the direction of the United States) two copies of documents that both BP and the United States agree are of little if any evidentiary value.

Because these "dupes and trash" documents are of marginal utility, are available in electronic form, and are costly to maintain, BP requested that the United States agree to the disposal of the original paper documents. The United States circulated the attached proposed order to all parties and requested any objections or comments before December 15, 2011. *See* Ex. 1. In addition, the United States raised the proposed order at two consecutive Discovery Working Group Conferences and sought any objections from the parties. No party has expressed any opposition to the entry of the attached proposed order.

## CONCLUSION

The attached proposed order serves judicial economy and the purposes of Federal Rule of Civil Procedure 1 by permitting the disposal of virtually useless records, while preserving access to whatever marginal utility the records may possess. Accordingly, the United States respectfully requests that its unopposed motion be granted and the Court enter the attached proposed order.

Respectfully submitted,

| | |
|---|---|
| IGNACIA S. MORENO | TONY WEST |
| Assistant Attorney General | Assistant Attorney General |
| Environment & Natural Resources Division | Civil Division |
| | |
| JAMES NICOLL | PETER F. FROST |
| Senior Counsel | Director, Torts Branch, Civil Division |
| NANCY FLICKINGER | Admiralty and Aviation |
| Senior Attorney | STEPHEN G. FLYNN |
| SARAH HIMMELHOCH | Assistant Director |
| Senior Litigation Counsel | MICHELLE DELEMARRE |
| DEANNA CHANG | SHARON SHUTLER |
| SCOTT CERNICH | JESSICA SULLIVAN |
| A. NATHANIEL CHAKERES | JESSICA MCCLELLAN |
| JUDY HARVEY | DAVID PFEFFER |
| MATT LEOPOLD | MALINDA LAWRENCE |
| Trial Attorneys | Trial Attorneys |
| Environment & Natural Resources Division | Torts Branch, Civil Division |
| P.O. Box 7611 | P.O. Box 14271 |
| Washington, DC 20044-7611 | Washington, D.C. 20044-4271 |

/s/ Sarah D. Himmelhoch

| | |
|---|---|
| STEVEN O'ROURKE | R. MICHAEL UNDERHILL, T.A. |
| Senior Attorney | Attorney in Charge, West Coast Office |
| Environmental Enforcement Section | Torts Branch, Civil Division |
| Environment & Natural Resources Division | U.S. Department of Justice |
| U.S. Department of Justice | 7-5395 Federal Bldg., Box 36028 |
| P.O. Box 7611 | 450 Golden Gate Avenue |
| Washington, D.C. 20044 | San Francisco, CA 94102-3463 |
| Telephone: 202-514-2779 | Telephone: 415-436-6648 |
| Facsimile: 202-514-2583 | Facsimile: 415-436-6632 |
| E-mail: steve.o'rourke@usdoj.gov | E-mail: mike.underhill@usdoj.gov |

JIM LETTEN
United States Attorney
SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, Ste. B-210
New Orleans, LA 70130

Attorneys for the UNITED STATES OF AMERICA

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of December, 2011.

                                                                      /s/ Sarah D. Himmelhoch