UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § § | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO: | | |

Case No.: 2:10-cv-08888, [Rec. Doc. 56812]; 2:10-cv-02771

### ORDER GRANTING MOTION TO WITHDRAW

THIS CAUSE came before the Court upon the law firm of Colson Hicks Eidson Colson Matthews Martinez Gonzalez Kalbac & Kane's Motion to Withdraw. The Court having read and considered argument of counsel and being otherwise fully apprised on all premises, hereby ORDERS AND ADJUDGES as follows:

1. Colson Hicks Eidson Colson Matthews Martinez Gonzalez Kalbac & Kane's Motion to Withdraw is hereby **GRANTED**.

2. Mr. Sergio Valdes is granted 60 days from the date of the entry of this order to retain a substitute counsel in this matter.

3. Until alternative counsel files an appearance on Plaintiff's behalf all correspondence and pleadings for the Plaintiff shall be mailed to: Sergio Valdes, 408 Storer Avenue North, Everglades City, FL 34139.

DONE AND ORDERED in Chambers, at New Orleans, Louisiana this _____ day of _____, 2011.

_____
Honorable Carl J. Barbier
U.S. District Court Judge