UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2011** | **MDL No. 2179**<br><br>**SECTION "J"** |
| This Document Relates To:<br>*Local Government Entity Master Complaint (Rec. Doc. 1510) and cases by local government entities and certain States of the United Mexican States (10-1757, 10-1758, 10-1759, 10-1760, 10-2087 10-2731,10-2996, 10-2997, 10-4185, 10-4239, 10-4240, 10-4241)* | **JUDGE BARBIER**<br><br>**MAGISTRATE JUDGE SHUSAN** |

**ORDER**

**[Regarding Pleading Bundle "C"]**

BP Exploration & Production Inc., BP America Production Company, Anadarko Petroleum Corporation, Anadarko E&P Company LP, Halliburton Energy Services, Inc., and Coordinating Counsel for the States, and in response to the December 9, 2011 Order and Reasons As to the Local Government Entity Master Complaint and certain other cases within Pleading Bundle "C" (Doc. 4845), request an extension to January 23, 2012 to answer the remaining claims in the Local Government Entity Master Complaint, Quintana Roo's First Amended Complaint, Tamaulipas' First Amended Complaint, and Veracruz's First Amended Complaint.  The current deadline is December 23, 2011.

Quintana Roo, Tamaulipas and Veracruz (the "Mexican States") oppose an extension beyond January 4, 2012.  They contend that in order to assess fully their options regarding a possible appeal of the December 19, 2011 order and reasons, they need to review the parties' answers before January

8, 2012.  What BP and the other defendants might say in answer to the remaining claims is of marginal relevance, if any, to a decision whether to appeal.

**IT IS ORDERED** that any required answers to the remaining claims in the Local Government Entity Master Complaint, and the Mexican States' First Amended Complaints shall be filed **on or before January 23, 2012.**

New Orleans, Louisiana, this 20th day of December, 2011.

                                           **SALLY SHUSHAN**
                                           **United States Magistrate Judge**