UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| Applies to:<br>All Cases | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

### ORDER

A Status Conference was scheduled for Friday, January 20, 2012 at 9:30 a.m.  Due to a conflict that has arisen in the Court's schedule,

**IT IS ORDERED** that the **DATE** of the Status Conference **IS CHANGED** to **Thursday, January 19, 2012** at 9:30 a.m., C.S.T.

New Orleans, Louisiana, this 20th day of December, 2011

_____
United States District Judge