THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| D. MONTGOMERY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. 2:10-md-02179-CJB-SS (lead) |
| v. | ) | C.A. 2:11-cv-02298-CJB-SS (member) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | ANSWER AND AFFIRMATIVE |
| DEPARTMENT OF HOMELAND | ) | DEFENSES OF DEFENDANT |
| SECURITY, UNITED STATES | ) | UNITED STATES OF AMERICA |
| COAST GUARD, and | ) | |
| CRAIG A. BENNETT | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Defendant, United States of America (hereinafter "United States"), responds to Plaintiff's Complaint as follows:

## ANSWER

### Preliminary Statement

1-3. The allegations set forth in paragraph 1-3 contain legal conclusions to which no response is required. To the extent a response is required, the United States denies the allegations.

### Jurisdiction and Venue

4-5. The Court lacks subject matter jurisdiction over Plaintiff's original Complaint. The remaining allegations set forth in paragraphs 4-5 contain legal conclusions to which no response is required. To the extent a response is required, the United States denies the allegations

6. The allegations set forth in paragraph 6 contain legal conclusions to which no response is required. To the extent a response is required, the United States denies the allegations.

## Parties

7. The United States lacks knowledge or information sufficient to form a belief as to the truth of allegations set forth in paragraph 7.

8. The United States admits the U.S. Department of Homeland Security is a federal agency. To the extent any further response is required, the United States denies the allegations.

9. The allegations set forth in paragraph 9 contain legal conclusions to which no response is required. To the extent a response is deemed to be required, the United States denies the allegations.

## Legal Framework

10-13. The allegations set forth in paragraphs 10-13 contain legal conclusions to which no response is required. To the extent a response is required, the United States denies the allegations.

## Factual Background

14. The United States admits the U.S. Department of Homeland Security is a federal agency. To the extent any further response is required, the United States denies the allegations.

15-35.  The allegations set forth in paragraphs 15-35 contain legal conclusions to which no response is required.  To the extent a response is required, the United States denies the allegations.

36.  The United States admits the allegations set forth in paragraph 36.

37-40.  The United States denies the allegations set forth in paragraphs 37-40.

41.  The United States lacks knowledge or information sufficient to form a belief as to the truth of allegations set forth in paragraph 41.

42-43.  The United States denies the allegations set forth in paragraphs 32-43.

44.  The United States lacks knowledge or information sufficient to form a belief as to their truth of allegations set forth in paragraph 44.

Plaintiff's Allegations

45-46.  The allegations set forth in paragraphs 45-46 contain legal conclusions to which no response is required.  To the extent a response is deemed to be required, the United States denies the allegations.

47.  The United States lacks knowledge or information sufficient to form a belief as to their truth of allegations set forth in paragraph 47, and on that basis denies them.

48.  The United States admits that on February 25, 2011, Engineering Technological Researchers presented a claim to the National Pollution Fund Center claim seeking $861,512.00.

49-192.  The United States admits only that correspondence of March 23, 2011

was sent from the National Pollution Funds Center to Engineering Technological Researchers Corporation seeking additional information regarding Claim Number N10036-0566. The remaining allegations set forth in paragraphs 49-192 contain legal conclusions to which no response is required. To the extent a response is required, the United States denies the allegations.

    193-197. The United States admits that claim number N10036-0566, involving the Deepwater Horizon Oil Spill was denied on May 23, 2011. The United States lacks knowledge or information sufficient to form a belief as to their truth of the remaining allegations set forth in paragraph 193-197.

## Cause of Action and Prayer for Relief

**WHEREFORE**, Defendant United States of America demands judgment in its favor by dismissing Plaintiffs' Complaint and granting the United States such other relief as this Court deems appropriate.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

The Court lacks subject matter jurisdiction over Plaintiff's Complaint.

### SECOND DEFENSE

Plaintiff's Complaint fails to state a claim for which relief may be granted.

### THIRD DEFENSE

If Plaintiff D. Montgomery was injured as alleged, which is not admitted but is specifically denied, the injuries sustained by Plaintiff D. Montgomery were proximately caused in whole or in part, by his negligence and not by any act or omission by Defendant United States.

### FOURTH DEFENSE

Any liability of Defendant United States to Plaintiff, which is not admitted but specifically denied, must be reduced or barred due to the comparative negligence, contributory negligence, or other tortious conduct of Plaintiff D. Montgomery or by parties, persons or entities other than the United States.

### FIFTH DEFENSE

The United States of America is the only proper party to this civil action and not the United States Coast Guard, National Pollution Fund Center or Craig A. Bennett.

**WHEREFORE,** Defendant United States of America prays that the Plaintiff's Complaint against the United States of America be dismissed with costs and that Defendant United States of America be awarded such other and further relief as the merits of the case may warrant.

Dated: December 21, 2011

Respectfully submitted,

        TONY WEST
        Assistant Attorney General

        JIM LETTEN
        United States Attorney


        *s/ Matthew R. Dursa*
        MATTHEW R. DURSA
        Trial Attorney
        Torts Branch, Civil Division
        U.S. Department of Justice
        Post Office Box 14271
        Washington, DC 20044-4271
        Maryland Bar No: N/A
        Telephone: (202) 616-4033
        Facsimile: (202) 616-4159
        Email: matthew.r.dursa@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the 21st day of December, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, and will send a copy via first-class mail to:

>D. Montgomery
>c/o ETR
>33523 Eight Mile Rd.
>Bldg A-3, Suite 108
>Livonia, MI 48152

>_s/ Matthew R. Dursa_
>MATTHEW R. DURSA
>Trial Attorney
>Torts Branch, Civil Division
>U.S. Department of Justice
>Post Office Box 14271
>Washington, DC 20044-4271
>Maryland Bar No: N/A
>Telephone: (202) 616-4033
>Facsimile: (202) 616-4159
>Email: matthew.r.dursa@usdoj.gov