UNITED STATES DISTRICT COURT

EASTERN DISTRICT COURT FOR LOUISIANA

In re  Oil Spill by the Oil Rig            MDL No. 2179
       "Deepwater Horizon" in the
       Gulf of Mexico, on April 20, 2010

*This Document relates to:*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT COURT FOR LOUISIANA

| | | |
|---|---|---|
| **JASON CUTRER AND C&L MARINE, LLC** | * | **CIVIL ACTION #** |
| | | **2:11-CV-02319** |
| | * | |
| **VERSUS** | * | **SECTION: "J" - (1)** |
| | * | |
| **BP EXPLORATION & PRODUCTION, INC.** | * | |
| **UNITED STATES MARITIME SERVICES, INC.** | * | |
| **AND ST. BERNARD PARISH GOVERNMENT** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>ANSWER</u>

NOW INTO COURT, through undersigned counsel, comes St. Bernard Parish Government (hereinafter "SBPG"), and who answers the Complaint of the plaintiff as follows:

I.

The allegations of paragraph 1c. are admitted. The remaining allegations do not require a response by SBPG.

II.

The allegations of paragraph 2. are denied.

III.

The allegations of paragraph 3. are denied for lack of information.

IV.

Defendant admits that plaintiff, Jason Cutrer, assisted in oil spill activities and denies the remaining allegations of paragraph 4.

V.

Defendant avers that plaintiff was referred to USMS and USES and denies the remaining allegations of paragraph 5.

VI.

The allegations of paragraph 6. are denied for lack of information.

VII.

The allegations of paragraph 7. are denied for lack of information.

VIII.

Paragraph 8. does not require a response by SBPG.

IX.

SBPG admits that some payments were made to plaintiff and denies the remaining allegations of the paragraph.

X.

SBPG admits that some payments were made to plaintiff and denies the remaining allegations of paragraph 10.

XI.

Paragraph 11. does not require a response by SBPG.

XII.

Paragraph 12. does not require a response by SBPG.

XIII.

Paragraph 13. does not require a response by SBPG.

XIV.

Paragraph 14. does not require a response by SBPG.

XV.

The allegations of paragraph 15. are denied.

XVI.

The allegations of paragraph 16. are denied.

XVII.

The allegations of paragraph 17. are denied.

XVIII.

The allegations of paragraph 18. are denied.

XIX.

Paragraph 19. does not require a response by SBPG. Further, SBPG avers that it owes nothing to plaintiffs.

XX.

Paragraph 20. does not require a response by SBPG. Further, SBPG avers that it owes nothing to plaintiffs.

XXI.

The allegations of paragraph 21 are denied.

XXII.

Paragraph 22. does not require a response by SBPG.

**AFFIRMATIVE DEFENSES**

1.

Plaintiffs' claims fail for lack of consent and/or failure of cause and/or failure of consideration.

2.

Plaintiffs' claims against defendant SBPG fail because there was no agreed on price or other essential contract or lease terms.

3.

Any recovery to which plaintiffs may be entitled must be precluded or reduced by their own negligence.

4.

Any recovery to which plaintiffs may be entitled must be precluded or reduced by their failure to mitigate alleged damages.

5.

Any recovery to which plaintiffs may be entitled must be precluded or reduced by the doctrines of unclean hands and/or estoppel and/or consent.

6.

Any recovery to which plaintiffs may be entitled must be precluded or reduced by, and/or offset against the cost and/or value of any improvements made to Plaintiffs' property by SBPG.

7.

Any recovery to which plaintiffs may be entitled must be precluded or reduced by, and/or offset against any monies paid plaintiffs in compensation and/or compromise of his claims and/or

alleged damages.

8.

In the alternative, if plaintiffs are entitled to any sums, said sums are owed by other parties such as BP America, Inc., BP Exploration & Production Inc. and/or United States Maritime Services, Inc. and not by SBPG.

WHEREFORE, St. Bernard Parish Government prays that its Answer be deemed sufficient, and that after due proceedings had, there be Judgment in its favor and against the plaintiffs, dismissing all claims asserted by the plaintiff with prejudice, and assessing all costs in this matter to plaintiffs, as well as all other equitable and general relief that this Honorable Court deems appropriate.

## CROSS-CLAIM

1.

Now St. Bernard Parish Government ("SBPG") names United States Maritime Services, Inc. ("USMS") as a cross-claim defendant.

2.

In the event that SBPG is found to be liable to plaintiffs in this action then SBPG is entitled to a judgment against USMS, as USMS is the party that is contractually obligated to pay any sums due, if any, to plaintiffs.

WHEREFORE, St. Bernard Parish Government prays that if it is held liable for any amount to plaintiffs, which liability it denies, then it prays for judgment against United States Maritime Services, Inc., for any such amount, plus attorney's fees, costs and interest from judicial demand until paid, and for any other relief allowable by law.

## CROSS-CLAIM/THIRD PARTY DEMAND

1.

Now St. Bernard Parish Government ("SBPG") names BP Exploration & Production Inc. as a cross-claim defendant and BP America Inc. as a third party defendant.

2.

In the event that SBPG is found to be liable to plaintiffs in this action, which liability SBPG denies, then SBPG is entitled to a judgment against BP America, Inc and/or BP Exploration & Production Inc. they are the parties that are obligated to pay any sums due, if any, to plaintiffs.

3.

BP America Inc. and/or BP Exploration & Production Inc. agreed to pay claims such as plaintiffs and promised to pay any costs, incurred by SBPG as a result of the April 20, 2010 oil spill.

WHEREFORE, St. Bernard Parish Government prays that if it is held liable for any amount to plaintiffs, which liability it denies, then it prays for judgment against BP America, Inc. and BP Exploration & Production Inc. for any such amount, plus attorney's fees, costs and interest from judicial demand until paid, and for any other relief allowable by law.

Respectfully submitted:

s/William M. McGoey
WILLIAM M. MCGOEY, #14205
LA KOSHIA R. ROBERTS 61066
8201 W. Judge Perez Drive
Chalmette, Louisiana 70043
(504) 278-4348
Attorney for St. Bernard Parish Government

## CERTIFICATE OF SERVICE

    I certify that a copy of the above pleading has been filed this December 21, 2011 with the EFC and will be forwarded electronically to all parties via the court's EFC system and/or Lexis Nexis File & Serve in accordance with pre-trial order No.12.

                                             s/William M. McGoey
                                               WILLIAM M. MCGOEY