# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois  60654

Andrew Langan, P.C.
To Call Writer Directly:
(312) 862-2064
andrew.langan@kirkland.com

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

December 20, 2011

**Via Email**

The Honorable Sally Shushan
United States Magistrate Judge
United States District Court
500 Poydras Street, Room B-345
New Orleans, LA 70130

Re:  Subpoena Issued by the PSC to MIT - *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010*, MDL No. 2179

Dear Magistrate Judge Shushan:

BP is in receipt of a subpoena issued by the PSC to the Massachusetts Institute of Technology ("MIT"), dated November 30, 2011, and filed with the Court on December 5, 2011 (Rec. Doc. 4806).[1] This subpoena, which is attached as Exhibit A, requests a Rule 30(b)(6) deposition by written questions of an MIT representative, and requests that MIT produce information related to the Operations Academy and Projects & Engineering Academy professional education programs.

By way of background, BP established the Operations Academy in July 2007 in collaboration with MIT. This program is designed for senior operations and HSSE managers and emphasizes process safety management. BP sets curriculum objectives and MIT provides tools and concepts in an educational framework that addresses those objectives. Key topics in the curriculum include leadership, risk management, systems thinking, and process safety. The curriculum has included a case study on the Texas City Refinery accident, which helps managers understand key concepts for continuous improvement and risk reduction. Also in partnership with MIT, BP created the Projects & Engineering Academy for members of BP's project and engineering community. This is an intensive residential community learning program that focuses on project management. The basic course content focuses on excellence in project engineering, including understanding the impact of engineering design choices on safety and reliability. *See* Exhibit B, Independent Expert Annual Report 2008 Submitted by L. Duane

---

[1] The subpoena was then stricken from the record by this Court pursuant to Rule 5(d) of the FRCP (Rec. Doc. 4815).

Hong Kong    London    Los Angeles    Munich    New York    Palo Alto    San Francisco    Shanghai    Washington, D.C.

# KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
December 20, 2011
Page 2

Wilson, BP-HZN-2179MDL04438870 -- BP-HZN-2179MDL04438919 (discussing the Operations Academy "developed in partnership with MIT" in the Progress Summary on Baker Panel Recommendation #3 -- Process Safety Knowledge and Expertise).

This subpoena is untimely because the Court has ruled that Phase I written discovery concluded months ago. *See* Working Group Conference Order, July 18, 2011, p. 2 (Rec. Doc. 3354); *see also* Transcript of July 15, 2011 Discovery Working Group Conference Hearing before M.J. Shushan, p. 20 ("Now, let's all agree that Phase I written discovery is over. That much we can agree to. Service of it is over.") Indeed, on September 29, 2011, the Court issued an order denying the PSC's request for leave to serve discovery relating to a letter dated July 22, 2010 from the Governor and Attorney General of Texas to Doug Suttles and Jack Lynch of BP (Rec. Doc. 4141). If written discovery served in September was too late for Phase I, as this Court has already held, then a third party subpoena seeking written discovery served in late November is surely too late as well.

The information that the PSC has now subpoenaed from MIT -- pertaining to the MIT Operations Academy and Projects Academy professional education programs -- relates to Phase I. This is apparent from the courses and curriculum at these academies, which focus on process safety and risk management. As the Court is aware, process safety and risk management have been central to fact and expert discovery during Phase I. Moreover, BP's process safety training, and the Operations Academy itself, were the subject of discovery during Phase I. *See, e.g.,* the discussion of the Operations Academy in the relevant designations from the deposition of former BP employee John Mogford, which are attached hereto as Exhibit C. Indeed, the PSC questioned other BP witnesses, including Ellis Armstrong, about the Operations Academy during Phase I fact discovery and included such testimony in its deposition designations. *See, e.g.*, Exhibit D, July 13, 2011 Deposition of BP Employee Ellis Armstrong at 178:11-179:10, 229:10-230:10, and 236:13-237:16; *see also id.* at 431:3-432:11.

The Operations Academy also has been a focus of expert discovery during Phase I, further confirming that issues relating to the training programs at MIT relate to Phase I. *See* October 17, 2011 Report of Morris Burch at p. 11; October 17, 2011 Expert Report of Kathleen M. Sutcliffe, Ph.D. at p. 11, 14-16, and 59; and November 7, 2011 Rebuttal Expert Report of Patrick Hudson, Ph.D. at p. 12.

On December 15, 2011, BP wrote to the PSC asking that the PSC withdraw the untimely subpoena. To date, the PSC has not withdrawn the subpoena or responded to BP's letter. Accordingly BP respectfully requests that the Court order the PSC to withdraw the subpoena and declare it to be untimely.

# KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
December 20, 2011
Page 3

As always, we appreciate the Court's time and consideration in this matter.

Sincerely,

J. Andrew Langan, P.C.

cc: James Roy
Stephen Herman
Defense Liaison Counsel
Mike Underhill
Hon. Attorney General Luther Strange
Cory Maze
Ben Allums
Mike O'Keefe