Exhibit C

Page 376

```
1            UNITED STATES  DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
2
3  IN RE:  OIL SPILL      )    MDL NO. 2179
   BY THE OIL RIG         )
4  "DEEPWATER HORIZON" IN  )     SECTION "J"
   THE GULF OF MEXICO, ON  )
5  APRIL 20, 2010          )    JUDGE BARBIER
                           )    MAG. JUDGE SHUSHAN
6
7
8
9
10
11
12
13
14
15
16
17          ******************
               VOLUME 2
            ******************
18
19
20
21        Deposition of John Mogford, taken at
   Kirkland & Ellis International, 30 St. Mary Axe,
22  22nd Floor, London EC3A 8AF, England, United Kingdom,
   on the 29th of June, 2011.
23
24
25
```

Page 377

```
1          A P P E A R A N C E S
2
3
4  APPEARING FOR THE PLAINTIFFS' STEERING COMMITTEE:
     Mr. Walter J. Leger, Jr.
5    Ms. Christine E. Sevin
     LEGER & SHAW
6    600 Carondelet Street, 9th Floor
     New Orleans, Louisiana 70130
7
8  APPEARING FOR BP, INC.:
     Mr. Scott W. Fowkes
9    KIRKLAND & ELLIS
     300 North LaSalle
10   Chicago, Illinois  60654
11   Ms. Esty R. Lobovits
     KIRKLAND & ELLIS
12   601 Lexington Avenue
     New York, New York  10022
13
14 APPEARING FOR TRANSOCEAN:
     Mr. Daniel Johnson
15   SUTHERLAND ASBILL & BRENNAN
     1001 Fannin, Suite 3700
16   Houston, Texas  77002-6760
17   Mr. Robert L. Blankenship
     PREIS & ROY
18   Versailles Centre, Suite 400
     102 Versailles Boulevard
19   Lafayette, Louisiana  70501
20
   APPEARING FOR ANADARKO PETROLEUM COMPANY:
21   Ms. Sheila Pierce
     BINGHAM MCCUTCHEN
22   1900 University Boulevard
     East Palo Alto, California 94303-2223
23
     Ms. Holly House
24   BINGHAM MCCUTCHEN
     Three Embarcadero Center
25   San Francisco, California 94111-4067
```

Page 378

```
1  APPEARING FOR CAMERON INTERNATIONAL CORPORATION:
     Mr. Joe W. Redden, Jr.
2    BECK, REDDEN & SECREST
     One Houston Center
3    1221 McKinney Street, Suite 4500
     Houston, Texas  77010-2010
4
5  APPEARING FOR WEATHERFORD:
     Mr. Gary Russo
6    JONES, WALKER, WAECHTER, POITEVENT, CARRERE &
     DENEGRE, LLP
7    600 Jefferson Street, Suite 1600
     Lafayette, Louisiana 70501
8
9  APPEARING FOR M-I SWACO:
     Ms. Denise Scofield
10   MORGAN, LEWIS & BOCKIUS, LLP
     1000 Louisiana Street, Suite 4000
11   Houston, Texas 77002-5006
12
   APPEARING FOR HALLIBURTON:
13   Mr. Jon-Bernard Schwartz
     Ms. Angelie M. Adams
14   GODWIN RONQUILLO
     1201 Elm Street, Suite 1700
15   Dallas, Texas 75270-2041
16
   ALSO PRESENT:
17   Mr. Max Kennedy, Videographer
     Mr. Demille James
18
19
20
21
22
23
24
25
```

Page 379

```
1               INDEX
2     VIDEOTAPED ORAL DEPOSITION OF
             JOHN MOGFORD
3           JUNE 29, 2011
             VOLUME 2
4
5
6  Appearances............................    377
7
   Examination-Mr. Redden..................    382
8  Examination-Ms. House..................    421
   Examination-Mr. Fowkes..................    503
9  Redirect Examination-Mr. Leger............    551
10
   Changes and Signature...................    639
11
   Reporter's Certificate..................    641
12
13
14
15         EXHIBIT INDEX
16
   Exhibit No.     Description        Marked
17
18 6276   Westlaw printout of judgment in
           Amoco (UK) Exploration Co v British
19         American Offshore Ltd, High Court of
           Justice Queens Bench Division
20         Commercial Court, November 16, 2001
           90 pages                389
21
   6277   November 16, 2001 News Release,
22         Rowan Wins Against BP in Gorilla V
           Contract Dispute; three pages        410
23
   6278   Printout from CNNMoney, BP: An
24         accident waiting to happen; 14 pages   412
25
```

Page 524

1  encouraged.

2  Q.  Why -- why would they want to be encouraged?

3  A.  Because then people -- people who understand

4  the gaps are more likely to work on the right things

5  than people who don't see all the gaps in their

6  organizations and their activities.

7  Q.  And who within the S&O organization that you

8  were the head of in particular was primarily

9  responsible for designing the OMS?

10  A.  I took accountability for the overarching

11  structure.  John Sieg, who as I said, we imported from

12  Conoco, we believed to be best in class in -- in Safety

13  Risk Management.  John -- John led the -- the Team that

14  worked on OMS.

15  Q.  How were the local businesses expected to go

16  about adopting the OMS as a practical matter?

17  MR. REDDEN:  Object to form.

18  A.  So as a practical matter, the -- they were

19  expected to be in compliance with getting HSE right, as

20  we talked about earlier, until they transitioned onto

21  the local OMS.  There was -- we issued examples of what

22  a local OMS should look like, and they were supposed to

23  migrate on Day One, as we would call it.  When they had

24  gaps for transition identified, a documentation in

25  place, and had approval from the Vice President Seg --

Page 525

1  the Vice President Segment Representative, who was a

2  member of the Executive and Upstream and Downstream,

3  they would have approved the readiness of the Business

4  Unit to transition.

5  Q.  (By Mr. Fowkes) And when you left the S&O

6  function, were the Business Units, as far as you

7  were -- knew, on track to move over to the I -- to the

8  OMS?

9  A.  Yes.  Some -- some were -- some were finding

10  it difficult to meet the timetable, and some we were

11  giving additional help to to -- help them work their

12  way through.  But generally most of the Group were on

13  target to meet the timetable set.

14  Q.  Why would it take years for -- more than a

15  year or two for a local Business Unit to move on to

16  OMS?

17  A.  Be --

18  MR. REDDEN:  Object to form.

19  A.  Because very -- very early on in the process,

20  when you move from a management system, actually

21  remapping, we -- and understanding the gaps, working on

22  things at the same time.  We decided, for instance, in

23  one or two of the refineries to up -- update the

24  maintenance management system, which is a key part of

25  OMS.

Page 526

1  So we also had a lot of other things which

2  were underway from -- from the Texas City

3  recommendations, especially in refineries.  A lot of

4  the refineries had a lot of work to do on things like

5  documentation, and so we -- we believed that the best

6  way to manage the risk in the transition was to give

7  the Business Units, the local entities, some sort of

8  determination on time and priorities but also to put a

9  stop date on the end of the process.

10  MR. REDDEN:  Object to form.

11  Q.  (By Mr. Fowkes) What was the second major area

12  that your S&O function focused on when you took over?

13  A.  I think that it -- so in the order that I

14  mentioned them, I think the second one was leadership

15  and capability.

16  Q.  And what did your organization do to address

17  leadership and capability issues within BP, following

18  the Texas City incident?

19  A.  So we -- we were -- we were starting along

20  the -- the route, and we -- after we formed the Baker

21  Panel -- we were quite lucky there were one or two very

22  good academics on the Baker Panel -- but we talked to a

23  large variety of the academic world about who could

24  help us with this.  So one of first things we did, as I

25  said, was we went outside the company to hire some

Page 527

1  people to bring an external view.

2  But we also went into the academic world and

3  asked -- personally, along of my Team, spent a lot of

4  time at MIT, and we -- we decided on a structure of

5  training that we called the Operations Academy, which

6  had three levels of -- of training.

7  Q.  Let me stop you there.  Why was it MIT that

8  you -- that you partnered with?

9  A.  Because we believed that the faculty there

10  which came out of Peter Senge's work on organization

11  learning and continuous improvement, The Fifth

12  Discipline work, was the most advanced in its thinking

13  and could help us and also had very good links into

14  some outstanding manufacturing companies, such as

15  Harley Davidson, Motorola, people like that.

16  Q.  And you had mentioned the Operations Academy.

17  And -- and then there were -- tell us about the

18  Operations Academy.

19  A.  So the first level of the Operations Academy

20  was for the top kind of 40 Executives in the company.

21  And this was taught by the faculty at MIT.  And we took

22  the top 50 people away to MIT, and taught -- taught

23  them about their role in leadership and in creating the

24  right culture and the impact of Executive decisions on

25  the guy on the front line, a long way away.

Page 528

1  Q.  Okay.

2  A.  Tony Hayward, when Tony took over as Chief

3  Executive, Tony said he wanted the Executives to go

4  together and do it together.  So we all went to MIT for

5  a week and sat -- and sat and talked about some of the

6  issues that we had with the faculty and how we could

7  move on.  And -- and that was followed on by all the

8  other Exec -- top Executives in the company.

9        The second level is the -- the heart of the

10 training at MIT, I think, is the Operations Academy,

11 which was Level 2, which was for -- designed for the

12 next 250 to 500 people in the company, people who led

13 on the ground, and this was residential over four

14 two-week periods over 18 months I think it was, three

15 or four two-week periods over -- over 18 months where

16 we took people from different businesses, from

17 different segments, and they -- and they -- they worked

18 with MIT to be trained on their own leadership styles,

19 on Risk Assessment.  We had a mix of technical training

20 on Risk Assessment evaluation and on -- and on managing

21 people, and the use of systems and continuous imp -- a

22 big part of it was cont -- continuous improvement.

23        And the third part --

24 Q.  And that's how -- how long?

25        MR. JOHNSON:  Objection, form.

Page 529

1  Q.  (By Mr. Fowkes) How long of a course was that?

2  A.  I think it was three two-week spells over 18

3  months with -- with mentoring between the residential

4  spells.  So a residential spell project, mentoring,

5  residential spell project, mentoring, residential spell

6  project.

7  Q.  And did the BP employees who attended the --

8  this Operations Academy at MIT for these six weeks,

9  separated by some time in between, come from all over

10 the -- the world --

11 A.  Yes.

12 Q.  -- from different parts of BP?

13        MR. REDDEN:  Object to form.

14 A.  Yes.

15 Q.  (By Mr. Fowkes) Was there a focus on Process

16 Safety in the -- at the --

17 A.  Yes.

18 Q.  -- Operations Academy?

19        MR. JOHNSON:  Objection, form.

20        MR. REDDEN:  Objection, form.

21 A.  A deep focus on Process Safety, Risk

22 Assessment, Management Systems, yes.

23 Q.  (By Mr. Fowkes) Okay.

24        MR. REDDEN:  Objection, form.

25 Q.  (By Mr. Fowkes) What was the third level that

Page 530

1  you mentioned?

2  A.  The third level of the Op -- Operations

3  Academy was a touring -- a touring system where we took

4  it around all of the BP sites and worked with the front

5  line Supervisors, and talked to the Supervisors with a

6  set piece of risk evaluation and Management, but also

7  talked for two days on local issues.  And that was lead

8  by people in my Team, and then eventually we -- we

9  got -- we recruited people from the outside to come in

10 and help to teach it because of the volume of the

11 request from the line to do it.  So it -- so it was

12 tiered in three -- in three cases.

13 Q.  All right.  At the time, to your knowledge,

14 was there any other company in the world doing

15 something like the Operations Academy?

16 A.  No.

17        MR. REDDEN:  Objection, form.

18 Q.  (By Mr. Fowkes) And -- and how do you know

19 that?

20        MR. REDDEN:  Objection, form.

21 A.  I -- we -- we searched to try and steal

22 something so we didn't have to design it from scratch.

23 We couldn't find anybody, and the monitor from the

24 Texas City after the Baker Panel also tried to find

25 something and believed that the BP program was industry

Page 531

1  leading, I think he said in one of his Annual Reports.

2        MR. JOHNSON:  Objection, form.

3  Q.  (By Mr. Fowkes) All right.  I -- I think --

4  the -- what -- the -- the third initiative that you

5  mentioned --

6  A.  Was audit and verification.

7  Q.  All right.  And that was another initiative

8  put in place by BP as a result of the Texas City

9  incident?

10 A.  Yes.  I think, again, I was clear in my Report

11 that I felt the BP processes should have been alerted

12 to Texas City.  I -- I hired, as I say, Jim O'Brien

13 from Lockheed to come in and help, and -- and we

14 instigated a program.  We wrote protocols for audit.

15 We hired people from the outside.  It took us about

16 nine months before we did the first trial audit.  And

17 when I moved on from my role, we were on track to have

18 completed the first round of audits.  This involved

19 central tracking of action closeout items identified in

20 the audit, reporting of outstanding items through to

21 the Segment Executives and through to the Board.  And

22 was a complete change for BP in the way it went about

23 audit and verification.

24        MR. REDDEN:  Objection, form.

25        MR. JOHNSON:  Objection, form.

Exhibit D

1

1       UNITED STATES DISTRICT COURT

2       EASTERN DISTRICT OF LOUISIANA

3   IN RE: OIL SPILL        )    MDL NO. 2179
    by the OIL RIG          )
4   "DEEPWATER HORIZON" in  )    SECTION "J"
    the GULF OF MEXICO, ON  )
5   APRIL 20, 2010          )    JUDGE BARBIER
                            )
6                           )    MAG. JUDGE
                            )    SHUSHAN

7

8

9

10

11

12

13

14

15

16

17

18

19              VOLUME 1 OF 1

20

21      Deposition of ELLIS ARMSTRONG, as the

22  30(b)(6) representative of BP, taken at

23  Pan American Life Center, 601 Poydras

24  Street, Room Bayou 4, New Orleans,

25  Louisiana, on the 13th of July, 2011.

1     operations integrity report.  He reported

2     that an elevated level of personal

3     accidents had been observed in exploration

4     and production, principally within the

5     contractor community.  Interventions were

6     being made notably with drilling

7     contractors.

8              Do you see that, sir?

9        A.  I do see that.

10       Q.  Okay.  Now, here's my question:

11   With respect to staff training, the

12   academy with MIT that you referenced

13   already before, the GORC and SEEAC both

14   maintained an awareness as to how many

15   employees had gone through that staff

16   training at MIT and how many were still to

17   go, right?

18              MR. FOWKES:  Object to the

19   form.

20       A.  I'm -- now that -- I don't -- I

21   don't think that specifically was part of

22   the orange book, so I'm -- I'm not sure

23   how the GORC and the SEEAC got that exact

24   information.  I know that they would talk

25   about the -- the operations academy and

179

1    how many people went.

2         Q.  (BY MR. WATTS)  Yeah.

3         A.  I don't know if that -- I don't

4    know if there was a -- a regular reporting

5    on that or an annual reporting.  So I'm --

6    I'm not sure as to the exact nature of the

7    reporting.  But I can see from some of the

8    minutes in here already that Graham

9    Cattell went to one of the meetings and

10   spoke about that.

11        Q.  Yeah.  Okay.  So bottom line, as

12   we look at the entirety of 3862, with

13   respect to the implementation of the

14   six-point plan, how and when it was done,

15   we can be sure that the very highest level

16   executives of BP E&P, Andy Inglis; BP

17   p.l.c., Tony Hayward; and members of the

18   board of BP p.l.c. were involved in

19   monitoring and making decisions about the

20   schedule for the implementation of the

21   various provisions of the six-point plan,

22   agreed?

23        A.  Yes, that's accurate.

24        Q.  Okay.  Good enough.

25        A.  You know, by -- by design.  And

229

```
 1    that they hadn't had an S&O audit before
 2    that.
 3         Q.  All right.  Are you aware of any
 4    S&O audit that was done by BP's S&O audit
 5    entity during 2010 before April 20th on
 6    the Deepwater Horizon?
 7         A.  No, I am not.
 8              MR. FOWKES:  Objection, form,
 9    scope.
10         Q.  (BY MR. WATTS)  Okay.  With
11    respect to staff training and development,
12    safety and operations, can you tell me how
13    many BP employees were on the Deepwater
14    Horizon on April the 20th of 2010?
15              MR. FOWKES:  Objection, form,
16    scope.
17         A.  I -- I don't know the -- I don't
18    know the exact number.
19         Q.  (BY MR. WATTS)  Can you tell me
20    which ones had been to the school at MIT?
21              MR. FOWKES:  Objection, form.
22         Q.  (BY MR. WATTS)  And which ones
23    hadn't?
24              MR. FOWKES:  Form, scope.
25         A.  I don't know which of them had
```

230

1    been to the school at MIT.

2        Q.  (BY MR. WATTS)  Can you tell me

3    whether any of the subcontractors or the

4    contractors that were on the Deepwater

5    Horizon had been to the BP school at MIT?

6            MR. FOWKES:  Objection, form,

7    scope.

8        A.  It's -- I -- I don't know -- no,

9    I -- I can't tell you because I don't

10   know.

11       Q.  (BY MR. WATTS)  Okay.  Fair

12   enough.

13           Let's go to tab 89, which is

14   the SEEAC meeting minutes that have been

15   marked as 3858.

16       A.  What -- can I -- I had a

17   comment on my -- no.

18       Q.  As we look at Exhibit 3858, the

19   SEEAC meeting minutes dated September 17

20   of 2010, and we go to Bates page 527,

21   which is the first page, do you see the

22   second paragraph?  Does it say,

23   Dr. Hayward referred to other actions

24   being taken by the company, which extended

25   beyond the narrow recommendations made in

236

1        Q.   (BY MR. WATTS)   Sure.   You guys

2    applied OMS, you applied S&O audit, you

3    trained your employees on BP-owned

4    facilities in the Gulf of Mexico, and you

5    did that before April the 20th of 2010,

6    right?

7        A.  Yes, that is -- that -- I -- in

8    general, that is correct.

9        Q.  You guys did MARs on BP-owned

10   facilities before April 20, 2010, right?

11   You did gap assessments as well?

12       A.  That is -- that is correct.

13       Q.  But with respect to mobile

14   offshore drilling rigs, like the Deepwater

15   Horizon, where BP was the operator on the

16   wells being drilled therein, BP did no

17   MAR, had no drilling and maintenance

18   procedures, did no safety or S&O audits,

19   and provided no MIT staff training like

20   you did for your own employees.  That's

21   true, right?

22              MR. FOWKES:  Objection to the

23   form and the scope.

24       A.  I'm just -- I think -- I think

25   that is -- that is accurate, and I think,

```
 1    again, the design -- the design of OMS
 2    and -- and the description of OMS was to
 3    say it applies to BP-operated entities,
 4    and there are other things that you do for
 5    joint venture.
 6              You know, we didn't take Shell
 7    folks to an MIT academy --
 8         Q.   (BY MR. WATTS)  Well --
 9         A.   -- nor did we do it for the -- the
10    things that were operated by contractors.
11    There were provisions in OMS to say,
12    here's how we would apply it.  We'd want
13    to make sure that Transocean would have,
14    you know, management systems and competent
15    people, but we wouldn't necessarily train
16    them ourselves.
17              MR. BLANKENSHIP:  Object to
18    the responsiveness.
19         Q.   (BY MR. WATTS)  Do you know what a
20    DWOP is?
21         A.   DWOP?
22         Q.   Yeah.
23         A.   I think that's the drilling
24    operating practice.
25         Q.   Are you aware that the DWOP was
```

431

1    which I believe is Exhibit 3874.

2        A.  Yeah.

3        Q.  Do you -- do you recall Mr. Watts

4    asking you questions about Exhibit 3874?

5        A.  Yeah.  This was the -- the -- the

6    preliminary outline for the investor

7    presentation that we made.

8        Q.  Could you turn to the page that's

9    marked with the Bates label ending in 609.

10       A.  I can.

11       Q.  All right.  Could you focus and

12   please read to us, please, the last four

13   or five bullet points on page 609.

14       A.  I can.  They say, we are now

15   implementing a similar approach to our

16   production operations through the

17   implementation of a common operating

18   management system, OMS.

19             This will allow us to

20   systematically drive bottom-up continuous

21   improvement throughout our business.

22             During 2008, we started the

23   migration to OMS and the majority of our

24   operations in North America Gas, the Gulf

25   of Mexico, Colombia, and the -- and the

432

1    Endicott field in Alaska were using OMS by

2    year-end.

3              In parallel, we are developing

4    the capability of our operating leadership

5    through the operations academy - an

6    intensive program being led by MIT, which

7    is building on the success of the projects

8    academy, also at MIT.

9              We are planning to fully

10   implement OMS in all of our operations by

11   end 2010.

12        Q.  Mr. Armstrong, I'm going to ask

13   you some questions in a little bit about

14   the OMS and the operations academy, but

15   for now, do you recall if Mr. Watts asked

16   you any questions at all about these

17   bullet points in this document?

18        A.  He asked me no questions about

19   these bullet points.

20        Q.  Could you turn to tab 49, please,

21   which I believe is Exhibit 3882.

22              And --

23        A.  Yep.

24        Q.  -- turn to the page that ends with

25   the Bates number 361, please.

Armstrong, Ellis - FINAL (REVISED) - 2011-07-13