UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J"<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| THIS DOCUMENT IS RELATED TO:<br>*Crawford v. BP, PLC, et al, No. 10-1540* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION AND ORDER OF
## VOLUNTARY DISMISSAL

NOW INTO COURT, through undersigned counsel, comes plaintiff in this matter, Doug Crawford, who respectfully represents to the Court that he now has settled all claims asserted herein against all defendants, and who accordingly moves for entry of the attached Order of Voluntary Dismissal with prejudice, pursuant to this settlement. Since this motion grows out of a settlement releasing all claims against all named defendants, and since dismissal of this action is contemplated by the settlement, no parties at interest object to this motion.

        Respectfully submitted,

        GAINSBURGH, BENJAMIN, DAVID, MEUNIER
        & WARSHAUER, L.L.C.

        BY:   s/Gerald E. Meunier
                GERALD E. MEUNIER, #9471
                IRVING J. WARSHAUER, #13252
                STEVAN C. DITTMAN, #16888
                MICHAEL J. ECUYER, #23050
                JUSTIN I. WOODS, #24713

2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:    504/528-9973
Electronic Mail:   gmeunier@gainsben.com
iwarshauer@gainsben.com
sdittman@gainsben.com
mecuyer@gainsben.com
jwoods@gainsben.com

**LAWRENCE C. GUNN, JR.**
Mississippi Bar Roll No. 5075
Post Office Box 1588
Hattiesburg, Mississippi 39403-1588
Telephone:   601/544-6771
Facsimile:    601/544-6773
Electronic Mail:   larry@lcgunn.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471