UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: OIL SPILL BY THE OIL RIG
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO, ON APRIL 20, 2010

MDL NO. 2179

SECTION "J"

JUDGE BARBIER
MAG. JUDGE SHUSHAN

THIS DOCUMENT IS RELATED TO:
*Crawford v. BP, PLC, et al, No. 10-1540*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion,

IT IS ORDERED that this action be voluntarily dismissed with prejudice, each side to bear its own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2011.

_____
HONORABLE CARL BARBIER