# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FRANK BIGUNAC,** | * | |
| **ANTHONY BIGUNAC,** | * | |
| **MIHO DABO, PAVO RILOVICH** | * | **CIVIL ACTION: MDL 2179** |
| **DONNIE L. CAMPO, RONNIE CAMPO,** | * | |
| **TYLER CAMPO,** | * | |
| **JAMMIE A. DENLEY,** | * | |
| **WAYNE GRAY, SR. AND** | * | |
| **GREG PEREZ, JR.** | * | |
| | * | |
| | * | |
| **VERSUS** | * | **JUDGE: BARBIER** |
| | * | |
| **UNITED STATES MARITIME** | * | |
| **SERVICES, INC.** | * | |
| | * | |
| This Document Relates to: | * | |
| Frank Bigunac, et al | * | |
| v. United States Maritime Services, Inc. | * | |
| 2:11-cv-02909 | * | |
| | * | **MAGISTRATE: SHUSHAN** |
| *    *    *    *    *    *    * | * | |

## MOTION TO REMAND

**NOW INTO COURT**, come the Plaintiffs, Frank Bigunac, Anthony Bigunac, Miho Dabo, Pavo Rilovich, Donnie L. Campo, Jammie A. Denley, Wayne Gray, Sr., and Greg Perez, Jr., and respectfully move this Honorable Court to remand this instant action back to the Civil District Court, Parish of Orleans, State of Louisiana, for the reasons more fully explained herein.

**WHEREFORE**, for the reasons more fully set forth in the accompanying Memorandum in Support of Motion to Remand, this motion and the relief requested herein should be granted.

Respectfully Submitted:

**KLOTZ & EARLY**

*s/ W. PATRICK KLOTZ*
W. PATRICK KLOTZ #17877
One Canal Place
365 Canal Street, Suite 1700
New Orleans, LA 70130
Telephone: (504) 821-9900
Facsimile:  (504) 821-8080

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record, by ECF, electronic transmission, facsimile, and/or by U.S. Mail, properly addressed and postage prepaid, on the 21st day of December, 2011.

*s/ W. PATRICK KLOTZ*
W. PATRICK KLOTZ
