## AFFIDAVIT

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

    **BEFORE ME,** personally came and appeared;

### FRANK BIGUNAC

Who did declare and state as follows:

    1. That he is a person of the age of majority and a resident of Plaquemines Parish, State of Louisiana;

    2. That he contracted with United States Maritimes Services, Inc. to provide a vessel for the Vessels of Opportunity program; and

    3. That pursuant to his contract with United States Maritime Services, Inc., he operated in the waters of the State of Louisiana, and he did not go further than three miles from the coastline of Louisiana.

**FURTHER SAITH AFFIANT NOT.**

                                                                         **Frank Bigunac**

**SWORN TO AND SUBSCRIBED** before me, this 21ST day of Dec., 2011.

_____
**NOTARY PUBLIC**

W. PATRICK KLOTZ, Esq.
Notary Public, Louisiana
La. Bar #17877
Term Is for Life



EXHIBIT
1
In Globo

## AFFIDAVIT

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

    **BEFORE ME,** personally came and appeared;

## ANTHONY BIGUNAC

Who did declare and state as follows:

    1. That he is a person of the age of majority and a resident of Plaquemines Parish, State of Louisiana;

    2. That he contracted with United States Maritimes Services, Inc. to provide a vessel for the Vessels of Opportunity program; and

    3. That pursuant to his contract with United States Maritime Services, Inc., he operated in the waters of the State of Louisiana, and he did not go further than three miles from the coastline of Louisiana.

    **FURTHER SAITH AFFIANT NOT.**

                                                                 Anthony Bigunac

**SWORN TO AND SUBSCRIBED** before me, this ____ day of _____, 2011.

_____
       **NOTARY PUBLIC**

W. PATRICK KLOTZ, Esq.
Notary Public, Louisiana
La. Bar #17877
Term is for Life