



- Archives
- Commercial
- Commissions
- Elections
- Museums
- Notary
- Publications
- Voter Outreach
- Other Services

Home › Commercial › Corporations › Search Database

| Name | Type | City | Status |
|---|---|---|---|
| UNITED STATES MARITIME SERVICES, INC. | Business Corporation | NEW ORLEANS | Active |

Business: UNITED STATES MARITIME SERVICES, INC.
Charter Number: 34378480 D
Registration Date: 4/17/1991

**Domicile Address**
365 CANAL STREET, SUITE 2500
NEW ORLEANS, LA 70130

**Mailing Address**
C/O BARRY J. THIBODEAUX
365 CANAL STREET, SUITE 2500
NEW ORLEANS, LA 70130

**Status**
Status: Active
Annual Report Status: In Good Standing
File Date: 4/17/1991
Last Report Filed: 4/4/2011
Type: Business Corporation

**Registered Agent(s)**
Agent: BARRY J. THIBODEAUX
Address 1: 365 CANAL STREET, SUITE 2500
City, State, Zip: NEW ORLEANS, LA 70130
Appointment Date: 10/26/2004

**Officer(s)**   Additional Officers: No
Officer: THOMAS P. BAYHAM
Title: Director
Address 1: 365 CANAL STREET, SUITE 2500
City, State, Zip: NEW ORLEANS, LA 70130

Officer: BARRY J. THIBODEAUX
Title: Director
Address 1: 365 CANAL STREET, SUITE 2500
City, State, Zip: NEW ORLEANS, LA 70130

**Amendments on File (1)**

| Description | Date |
|---|---|
| Domicile, Agent Change or Resign of Agent | 10/26/2004 |

EXHIBIT 2