# Exhibit 1



# CONTRACT FOR
# GULF OF MEXICO
# STRATEGIC PERFORMANCE UNIT
# OFFSHORE WELL SERVICES

BETWEEN

## BP EXPLORATION AND PRODUCTION, INC.

AND

## HALLIBURTON ENERGY SERVICES, INC.

**BPM-09-00255**

HIGHLY CONFIDENTIAL

Section 1 – Agreement

| | | |
|---|---|---|
| Section 5 | Integrity Management | |
| Section 6 | Quality Assurance and Quality Control | |
| Section 7 | Health, Safety, Security, and the Environment (including applicable Appendices) | |

- Appendix 1: Getting HSE Right (GHSER)
- Appendix 2: BP's Golden Rules for Safety
- Appendix 3: Substance Abuse Policy
- Appendix 4: Scope Specific HSSE Issues
- Appendix 5: Minimum HSSE Requirements

Section 8    Code of Conduct

2) The Sections shall be read as one document, the contents of which, in the event of ambiguity or contradiction between Sections, shall be given precedence in the order listed, with the exception that the Special Local Conditions of Contract as stated in Appendix 1 to Section 2 – Special Conditions of Contract shall take precedence over the General Conditions of Contract.

3) In accordance with the terms and conditions of the CONTRACT, CONTRACTOR shall perform and complete the WORK and COMPANY shall pay the CONTRACT PRICE.

4) The EFFECTIVE DATE OF THE CONTRACT shall be April 15, 2009. Notwithstanding the EFFECTIVE DATE of the CONTRACT, the WORK is scheduled to commence on the date specified in each individual WORK ORDER issued pursuant to the provisions of Section 3 ("COMMENCEMENT DATE") and shall continue until completed to the reasonable satisfaction of COMPANY. Subject to the terms and conditions contained in Section 2 – General Conditions of Contract, the CONTRACT duration shall be for a term of three (3) years from the EFFECTIVE DATE OF THE CONTRACT. COMPANY shall have the option to extend this CONTRACT for up to two (2) consecutive one year options following the expiration of the three (3) year term.

5) This CONTRACT constitutes the entire agreement between the PARTIES hereto with respect to the WORK and supersedes all prior negotiations, representations, or agreements related to the CONTRACT, either written or oral. No amendments to the CONTRACT shall be effective unless evidenced in writing and signed by the PARTIES to the CONTRACT.

The authorized representatives of the PARTIES have executed the CONTRACT in duplicate upon the dates indicated below:

For COMPANY

Name: WILBERT LYNE JR
Title: CPO
Date: 4/15/09

For CONTRACTOR

Name: DAVID S. KING
Title: DIVISION PRESIDENT
Date: 4/16/09

Section 2 – General Conditions of Contract

        provided by CONTRACTOR GROUP arising from or relating to the performance of the CONTRACT located at the WORKSITE including ingress, egress, loading, and unloading of personnel or cargo;

(b)     personal injury including death or disease to any person employed by CONTRACTOR GROUP arising from or relating to the performance of the CONTRACT including ingress, egress, loading, and unloading of personnel or cargo.

19.2     **Personal Injury or Property Damage suffered by COMPANY GROUP**

        COMPANY shall be responsible for and shall save, indemnify, release, defend and hold harmless CONTRACTOR GROUP from and against any claims, losses, damages, costs (including legal costs) expenses, and liabilities in respect of:

(a)     loss of or damage to property or equipment of COMPANY GROUP whether owned, hired, leased or otherwise provided by COMPANY GROUP, not including any equipment provided by any member of SERVICE COMPANY GROUP arising from or related to the performance of CONTRACT located at the WORKSITE including ingress, egress, loading, and unloading of personnel or cargo;

(b)     personal injury including death or disease to any person employed by COMPANY GROUP arising from or relating to the performance of the CONTRACT including ingress, egress, loading, and unloading of personnel or cargo.

19.3     **Loss, Damage, Injury or Death suffered by Third Parties**

(a)     Subject to Clause 19.4(a), CONTRACTOR shall be responsible for and shall release, save, indemnify, defend and hold harmless COMPANY GROUP and SERVICE COMPANY GROUP from and against all claims, losses, damages, costs (including legal costs) expenses and liabilities in respect of personal injury including death or disease or loss of or damage to the property or equipment of any Third Party to the extent that any such injury, loss or damage is caused by the negligence or breach of duty (whether statutory or otherwise) of CONTRACTOR GROUP. For the purpose of this Clause, "Third Party" shall mean any party which is not a member of COMPANY GROUP or CONTRACTOR GROUP.

(b)     Subject to Clause 19.4(b), COMPANY shall be responsible for and shall release, save, indemnify, defend and hold harmless CONTRACTOR GROUP from and against any claims, losses, damages, costs (including legal costs) expenses and liabilities in respect of personal injury including death or disease or loss of or damage to the property or equipment of any Third Party to the extent that any such injury, loss or damage is caused by the negligence or breach of duty (whether statutory or otherwise) of COMPANY GROUP. For the purposes of this Clause, "Third Party" shall mean any party which is not a member of CONTRACTOR GROUP or COMPANY GROUP.

19.4     **Pollution**

(a)     Notwithstanding the provisions of Clause 19.3(a) and except as provided by Clause 19.1(a), Clause 19.1(b) and Clause 19.4(b) COMPANY shall save, indemnify, release, defend and hold harmless CONTRACTOR GROUP from and against any claim of whatsoever nature arising from pollution and/or contamination including without limitation such pollution or contamination from

the reservoir or from the property or equipment of COMPANY GROUP arising from or related to the performance of the CONTRACT.

(b) Notwithstanding the provisions of Clause 19.3(b) and except as provided by Clause 19.2(a) and Clause 19.2(b) CONTRACTOR shall save, indemnify, release, defend and hold harmless COMPANY GROUP and SERVICE COMPANY GROUP from and against any claim of whatsoever nature arising from pollution occurring on the premises of CONTRACTOR GROUP or originating from the property or equipment of CONTRACTOR GROUP located above the surface of the land or water arising from or relating to the performance of the CONTRACT.

19.5 CONTRACTOR's Tools and Equipment

Without limiting CONTRACTOR GROUP's obligation to furnish equipment which is in good working order and notwithstanding the provisions of Clause 19.1(a), COMPANY shall be responsible for and shall reimburse CONTRACTOR GROUP in respect of loss of or damage to property, materials or equipment (tools) or component part thereof, of CONTRACTOR GROUP's tools and equipment which occurs whilst in-hole below the rotary table other than normal wear and tear. COMPANY's liability for such loss or damage shall, subject to the provisions contained in Section 4 – Remuneration and its appendices, be either the actual repair or replacement cost, whichever is the lesser, as substantiated by CONTRACTOR to COMPANY REPRESENTATIVE.

Notwithstanding the reasons for any loss or damage to CONTRACTOR's equipment, nothing herein contained shall absolve CONTRACTOR from its obligation to provide such equipment as and when reasonably required by COMPANY

19.6 Other COMPANY Responsibilities

Subject to Clauses 19.1 and 19.4(b), but notwithstanding anything contained elsewhere in the CONTRACT to the contrary, COMPANY shall save, indemnify, release, defend and hold harmless CONTRACTOR GROUP against all claims, losses, damages, costs (including legal costs) expenses and liabilities resulting from:

(a) loss or damage to any well or hole (including the cost to re-drill);

(b) blowout, fire, explosion, cratering, or any uncontrolled well condition (including the costs to control a wild well and the removal of debris);

(c) damage to any reservoir, aquifer, geological formation or underground strata or the loss of oil or gas therefrom;

(d) the use of radioactive sources in relation to the WORK or any contamination resulting therefrom (including retrieval and/or containment, clean up and /or containment of contamination from naturally occurring radioactive materials).

19.7 Indemnities in their Entirety

All exclusions, releases of liabilities and indemnities given under this Clause (save for those under Clauses 19.3(a) and 19.3(b)) and Clause 21 shall apply irrespective of cause and notwithstanding the negligence or breach of duty (whether statutory or otherwise) of the indemnified PARTY or any other entity or party and shall apply whether or not the claim, liability, damage, or expense in question is:

Section 2 – General Conditions of Contract

    (a)    predicated on sole, joint or concurrent fault, negligence (whether active, passive or gross), strict liability, statutory duty, contractual indemnity or otherwise at law, or

    (b)    sought directly or indirectly by way of recovery, indemnification, or contribution by any person or entity against COMPANY GROUP, SERVICE COMPANY GROUP, or CONTRACTOR GROUP as the case may be.

19.8    **Claims**

If either PARTY becomes aware of any incident likely to give rise to a claim under the above indemnities, they shall notify the other and both PARTIES shall co-operate fully in investigating the incident.

19.9    It is the intent of the PARTIES hereto that the releases of liability and indemnities furnished by CONTRACTOR in this Clause and in Clause 21 and the releases of liability and indemnities given by SERVICE COMPANY in COMPANY contracts shall apply:

    (a)    save as provided below for the benefit of the SERVICE COMPANY GROUP in the case of the releases of liability and indemnities furnished by CONTRACTOR; and,

    (b)    for the benefit of CONTRACTOR GROUP in the case of the releases of liability and indemnities given by the SERVICE COMPANY in COMPANY contracts.

The releases of liability, indemnities, defense, save and hold harmless provisions given by CONTRACTOR in Clauses 19 and 21 herein in favor of SERVICE COMPANY GROUP shall be provided by CONTRACTOR on the express understanding that they shall apply in favor only of such SERVICE COMPANY(IES) who have provided substantially similar reciprocal releases of liability, indemnities, defense, save and hold harmless provisions in favor of CONTRACTOR GROUP in their respective contracts with COMPANY. The releases of liability, indemnities, defense, save and hold harmless provisions provided by CONTRACTOR in Clauses 19 and 21 herein in favor of SERVICE COMPANY GROUP shall become effective from such time and for such duration as such SERVICE COMPANY(IES) become bound by substantially similar reciprocal releases of liability, indemnities, defense, save and hold harmless provisions in favor of CONTRACTOR GROUP in their respective contracts with COMPANY.

In fulfillment of this objective, COMPANY shall use its reasonable endeavors to ensure that in its respective contracts with SERVICE COMPANY(IES), the releases of liability, indemnities, defense, save and hold harmless provisions contained in such contracts in favor of CONTRACTOR GROUP shall be substantially similar to the releases of liability, indemnities, defense, save and hold harmless provisions given by CONTRACTOR in Clauses 19 and 21 herein in favor of SERVICE COMPANY GROUP.

In the event that COMPANY is unable to fully fulfill the foregoing objective, COMPANY shall, without delay, notify CONTRACTOR in writing with details of the additional risk being assumed by CONTRACTOR, as soon as is reasonably practicable thereafter and the PARTIES further undertake to meet to discuss ways of minimizing the impact of such a notification within the overall requirements of the CONTRACT. Failure by COMPANY to issue such written notification as required herein will constitute a material breach of the terms of the CONTRACT.

In the event that COMPANY advises CONTRACTOR that one of more SERVICE COMPANY(IES) have declined to provide substantially similar releases of liability, indemnities, defense, save and hold harmless provisions in favor of CONTRACTOR

HIGHLY CONFIDENTIAL    BP-HZN-2179MDL00055595

Section 2 – General Conditions of Contract

        benefits including the following endorsements and Employer's Liability Insurance with minimum limits of $1,000,000 per occurrence.

- Maritime coverage B and coverage for maritime employer's liability, including Jones Act, transportation, wages, and maintenance and cure;

- United States Longshore and Harbor Workers Compensation Act endorsement and Outer Continental Shelf Lands Act endorsement; and

- "In rem" endorsement treating "in rem" claims as claims against the insured.

    ii)    Protection and Indemnity insurance on each vessel owned or chartered by CONTRACTOR with minimum limits of $2,000,000, or an amount equal to the declared value of each vessel owned or hired by CONTRACTOR, whichever is greater, and including coverage for collision and tower's liability, third party bodily injury and property damage liability, and pollution liability.

    iii)    Hull and Machinery insurance on each vessel owned or chartered by CONTRACTOR in the amount of the declared value of the vessels owned or hired by CONTRACTOR.

    iv)    All primary and excess Protection and Indemnity and Hull and Machinery insurance shall be endorsed to provide full coverage to COMPANY GROUP as additional insured without limiting coverage to liability "as owner" of the vessel and to delete any "as owner" clause and any other language purporting to limit coverage to liability of an insured "as owner" of the vessel. For clarification purposes, the reference to "full coverage to COMPANY GROUP as an additional insured" is intended to limit coverage to COMPANY GROUP only to and to the extent of the liabilities assumed by CONTRACTOR under this CONTRACT.

    v)    Excess or Umbrella liability insurance with minimum limits not less than $1,000,000.00 inclusive of and, following the terms and conditions at least as broad as underlying coverage.

20.3    CONTRACTOR shall supply COMPANY with evidence of such insurance on demand in the form of certificates of insurance on industry standard forms.

20.4    CONTRACTOR shall ensure that SUBCONTRACTORs are insured to appropriate levels as may be relevant to their work.

21.    **CONSEQUENTIAL LOSS**

**For the purposes of this Clause 21, the expression "Consequential Loss" shall mean consequential loss or damages under applicable law and/or any indirect, special, incidental, punitive, or consequential losses or damages, including without limitation loss of production, loss of product, loss of use, loss of business and business interruption and loss of revenue, profit or anticipated profit whether direct or indirect arising from or related to the performance of the CONTRACT and whether or not such losses were foreseeable at the time of entering into the CONTRACT except to the extent such consequential, indirect, and/or special damages, loss of profits, loss of production, or loss of use are part of a Third Party claim for which a party is seeking contribution or indemnification pursuant to this CONTRACT. For the purpose of this Clause, "Third Party"**

shall mean any party which is not a member of COMPANY GROUP or CONTRACTOR GROUP and "Third Party claim" shall mean any claim raised by a Third Party not claiming, directly or indirectly, by or through any member of COMPANY GROUP or CONTRACTOR GROUP.

**Notwithstanding any provisions to the contrary elsewhere in the CONTRACT and except to the extent of any agreed liquidated damages or any termination fees provided for in the CONTRACT, COMPANY shall save, indemnify, release, defend and hold harmless CONTRACTOR GROUP from COMPANY GROUP's own Consequential Loss and CONTRACTOR shall save, indemnify, release, defend and hold harmless COMPANY GROUP and SERVICE COMPANY GROUP from CONTRACTOR GROUP's own Consequential Loss. CONTRACTOR's obligation with respect to SERVICE COMPANY GROUP shall be subject to the provisions of Clause 19.9.**

**22.    CONFIDENTIALITY**

22.1    CONTRACTOR shall at no time without the prior agreement of COMPANY either:

   (a)    make any publicity releases or announcements concerning the subject matter of the CONTRACT; or

   (b)    publish or permit to be published either alone or in conjunction with any other person any articles, photographs or other illustrations relating to the WORK hereunder, or COMPANY's business generally, without prior reference to and approval in writing from COMPANY. Such consent shall only apply to each specific application and relate only to that application. The accuracy of any information which was not supplied directly by COMPANY shall be the absolute responsibility of CONTRACTOR; or

   (c)    except as may be necessary to enable CONTRACTOR to perform its obligations under the CONTRACT, use, reproduce, copy, disclose to, place at the disposal of or use on behalf of any third party or enable any third party to use, peruse or copy any information including, but not limited to, drawings, data, and computer software which;

      (i)    is provided to CONTRACTOR by or on behalf of COMPANY, the CO-VENTURERS or its or their AFFILIATES in or in relation to the CONTRACT; or

      (ii)   vest in COMPANY in accordance with the CONTRACT; or

      (iii)  CONTRACTOR prepares in connection with the WORK.

In the event CONTRACTOR discloses any information to any third party under the provisions of Clause 22.1(b), CONTRACTOR shall be responsible for ensuring that such third party keeps any such information confidential and complies with all requirements of this Clause 22.1.

22.2    The provisions of Clause 22.1 shall not apply to information which:

   (a)    is or becomes part of the public domain; or

   (b)    was in the possession of CONTRACTOR prior to award of the CONTRACT and which was not subject to any obligation of confidentiality owed to COMPANY; or

   (c)    was received from a third party whose possession is lawful and who is under no obligation not to disclose; or

HIGHLY CONFIDENTIAL                                              BP-HZN-2179MDL00055599