1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3
   ********************************************************************
4
   IN RE:  OIL SPILL BY THE
5  OIL RIG *DEEPWATER HORIZON*
   IN THE GULF OF MEXICO ON
6  APRIL 20, 2010

7                              CIVIL ACTION NO. 10-MD-2179 "J"
                               NEW ORLEANS, LOUISIANA
8                              FRIDAY, DECEMBER 16, 2011, 9:30 A.M.

9
   THIS DOCUMENT RELATES TO
10 ALL CASES

11 ********************************************************************

12

13          TRANSCRIPT OF MONTHLY STATUS CONFERENCE PROCEEDINGS
              HEARD BEFORE THE HONORABLE CARL J. BARBIER
14                    UNITED STATES DISTRICT JUDGE

15
   APPEARANCES:
16

17
   FOR THE PLAINTIFFS'
18 LIAISON COUNSEL:            DOMENGEAUX WRIGHT ROY & EDWARDS
                               BY:  JAMES P. ROY, ESQUIRE
19                             P. O. BOX 3668
                               556 JEFFERSON STREET
20                             LAFAYETTE, LA  70502

21

22                             HERMAN HERMAN KATZ & COTLAR
                               BY:  STEPHEN J. HERMAN, ESQUIRE
23                             820 O'KEEFE AVENUE
                               NEW ORLEANS, LA  70113
24

25

```
 1   APPEARANCES CONTINUED:

 2


 3   FOR THE PLAINTIFFS:      BREIT DRESCHER IMPREVENTO & WALKER
                              BY:  JEFFREY A. BREIT, ESQUIRE
 4                            1000 DOMINION TOWER
                              999 WATERSIDE DRIVE
 5                            NORFOLK, VA  23510

 6


 7                            IRPINO LAW FIRM
                              BY:  ANTHONY IRPINO, ESQUIRE
 8                            ONE CANAL PLACE
                              365 CANAL STREET, SUITE 2990
 9                            NEW ORLEANS, LA  70130

10


11                            CUNNINGHAM BOUNDS
                              BY:  ROBERT T. CUNNINGHAM, ESQUIRE
12                            1601 DAUPHIN STREET
                              MOBILE, AL  36604
13

14

                              LEWIS, KULLMAN, STERBCOW & ABRAMSON
15                            BY:  PAUL M. STERBCOW, ESQUIRE
                              PAN AMERICAN LIFE BUILDING
16                            601 POYDRAS STREET, SUITE 2615
                              NEW ORLEANS, LA  70130
17

18

                              LIEFF CABRASER HEIMANN & BERNSTEIN
19                            BY:  ELIZABETH J. CABRASER, ESQUIRE
                              275 BATTERY STREET, 29TH FLOOR
20                            SAN FRANCISCO, CA  94111

21

                              WILLIAMSON & RUSNAK
22                            BY:  JIMMY WILLIAMSON, ESQUIRE
                              4310 YOAKUM BOULEVARD
23                            HOUSTON, TX  77006

24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3                         WATTS GUERRA CRAFT
                           BY:  TONY PLETCHER, ESQUIRE
 4                         4 DOMINION DRIVE
                           BUILDING 3, SUITE 100
 5                         SAN ANTONIO, TX  78257

 6

 7                         WEITZ & LUXENBERG
                           BY:  ROBIN L. GREENWALD, ESQUIRE
 8                         700 BROADWAY
                           NEW YORK CITY, NY  10003
 9

10                         MORGAN & MORGAN
11                         BY:  ALPHONSO M. ESPY, ESQUIRE
                           188 EAST CAPITOL STREET, SUITE 777
12                         JACKSON, MS  39201

13

14                         MARTÍNEZ, GONZALES, KALBAC & KANE
                           BY:  ERVIN A. GONZALEZ, ESQUIRE
15                         255 ALHAMBRA CIRCLE, PENTHOUSE
                           CORAL GABLES, FL  33134
16

17                         COSSICH SUMICH PARSIOLA & TAYLOR
18                         BY:  PHILIP F. COSSICH, JR., ESQUIRE
                           8397 HIGHWAY 23, SUITE 100
19                         BELLE CHASSE, LA  70037

20

21                         DEGRAVELLES PALMINTIER HOLTHAUS & FRUGE
                           BY:  MICHAEL C. PALMINTIER, ESQUIRE
22                         618 MAIN STREET
                           BATON ROUGE, LA  70801
23

24

25
```

```
 1  APPEARANCES CONTINUED:

 2

 3                        BEASLEY ALLEN CROW METHVIN
                          PORTIS & MILES
 4                        BY:  RHON E. JONES, ESQUIRE
                          POST OFFICE BOX 4160
 5                        MONTGOMERY, AL   36013

 6

 7                        BARRIOS KINGSDORF & CASTEIX
                          BY:  DAWN M. BARRIOS, ESQUIRE
 8                        701 POYDRAS STREET, SUITE 3650
                          NEW ORLEANS LA 70139
 9

10                        FAYARD & HONEYCUTT
11                        BY:  CALVIN C. FAYARD, JR., ESQUIRE
                          519 FLORIDA AVENUE SW
12                        DENHAM SPRINGS, LA 70726

13

14                        LUNDY, LUNDY, SOILEAU & SOUTH
                          BY:  MATTHEW E. LUNDY, ESQUIRE
15                        501 BROAD STREET
                          LAKE CHARLES, LA   70601
16

17                        WILLIAMS LAW GROUP
18                        BY:  CONRAD S. P. WILLIAMS, ESQUIRE
                          435 CORPORATE DRIVE, SUITE 101
19                        HOUMA, LA   70360

20

21                        BARON & BUDD
                          BY:  SCOTT SUMMY, ESQUIRE
22                        3102 OAK LAWN AVENUE, SUITE 1100
                          DALLAS, TX   75219
23

24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3                               MORRIS BART
                                BY:  MEKEL S. ALVAREZ, ESQUIRE
 4                              909 POYDRAS STREET, SUITE 2000
                                NEW ORLEANS, LA  70112
 5

 6

 7   FOR STATE INTERESTS:       ALABAMA ATTORNEY GENERAL'S OFFICE
                                BY:  LUTHER STRANGE, ESQUIRE
 8                                   COREY L. MAZE, ESQUIRE
                                     WINFIELD J. SINCLAIR, ESQUIRE
 9                              500 DEXTER AVENUE
                                MONTGOMERY, AL  36130
10

11
     FOR THE STATE OF
12   LOUISIANA:                 KANNER & WHITELEY
                                BY:  ALLAN KANNER, ESQUIRE
13                                   ALLISON SHIPP, ESQUIRE
                                701 CAMP STREET
14                              NEW ORLEANS, LA  70130

15

16                              GOVERNOR BOBBY JINDAL
                                BY:  ELIZABETH BAKER MURRILL, ESQUIRE
17                              600 NORTH THIRD STREET
                                BATON ROUGE, LA  70802
18

19
     FOR THE FEDERAL
20   GOVERNMENT INTERESTS:      U.S. DEPARTMENT OF JUSTICE
                                TORTS BRANCH, CIVIL DIVISION
21                              BY:  R. MICHAEL UNDERHILL, ESQUIRE
                                     A. NATHANIEL CHAKERES, ESQUIRE
22                              450 GOLDEN GATE AVENUE
                                7TH FLOOR, ROOM 5395
23                              SAN FRANCISCO, CA  94102

24

25
```

```
 1   APPEARANCES CONTINUED:

 2


 3   FOR THE UNITED STATES
     OF AMERICA:              ENVIRONMENTAL ENFORCEMENT SECTION
 4                            U.S. DEPARTMENT OF JUSTICE
                              BY:  STEVEN O'ROURKE, ESQUIRE
 5                            P.O. BOX 7611
                              WASHINGTON, DC  20044
 6


 7


 8   FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
     OFFSHORE DEEPWATER
 9   DRILLING INC., AND
     TRANSOCEAN DEEPWATER
10   INC.:                    FRILOT
                              BY:  KERRY J. MILLER, ESQUIRE
11                            ENERGY CENTRE, 36TH FLOOR
                              1100 POYDRAS STREET
12                            NEW ORLEANS, LA  70163

13

14                            SUTHERLAND ASBILL & BRENNAN
                              BY:  STEVEN L. ROBERTS, ESQUIRE
15                                 RACHEL G. CLINGMAN, ESQUIRE
                              1001 FANNIN STREET, SUITE 3700
16                            HOUSTON, TX  77002

17

18                            GOFORTH LEWIS
                              BY:  DANIEL O. GOFORTH, ESQUIRE
19                            4900 WOODWAY, SUITE 750
                              HOUSTON, TX 77056
20

21

22                            ROYSTON RAYZOR VICKERY & WILLIAMS
                              BY:  JOHN M. ELSLEY, ESQUIRE
                              PENNZOIL PLACE
23                            711 LOUISIANA STREET, SUITE 500
                              HOUSTON, TX  77002
24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3                              MUNGER TOLLES & OLSON
                               BY:  BRAD D. BRIAN, ESQUIRE
 4                             355 SOUTH GRAND AVENUE, 35TH FLOOR
                               LOS ANGELES, CA  90071
 5

 6
     FOR BP AMERICA INC.,
 7   BP AMERICA PRODUCTION
     COMPANY, BP COMPANY
 8   NORTH AMERICA INC.,
     BP CORPORATION NORTH
 9   AMERICA INC.,
     BP EXPLORATION &
10   PRODUCTION INC.,
     BP HOLDINGS NORTH
11   AMERICA LIMITED,
     BP PRODUCTS NORTH
12   AMERICA INC.:              LISKOW & LEWIS
                                BY:  DON K. HAYCRAFT, ESQUIRE
13                             ONE SHELL SQUARE
                               701 POYDRAS STREET
14                             SUITE 5000
                               NEW ORLEANS, LA  70139
15

16
                               KIRKLAND & ELLIS
17                             BY:  J. ANDREW LANGAN, ESQUIRE
                                    RYAN S. BABIUCH, ESQUIRE
18                             300 N. LASALLE
                               CHICAGO, IL  60654
19

20
                               KIRKLAND & ELLIS
21                             BY:  ROBERT R. GASAWAY, ESQUIRE
                               655 FIFTEENTH STREET, N.W.
22                             WASHINGTON, DC  20005

23
                               BECK REDDEN & SECREST
24                             BY:  DAVID J. BECK, ESQUIRE
                               ONE HOUSTON CENTER
25                             1221 MCKINNEY STREET, SUITE 4500
                               HOUSTON, TX  77010
```

```
 1   APPEARANCES CONTINUED:

 2

 3
                           COVINGTON & BURLING
 4                         BY:  ROBERT C. "MIKE" BROCK, ESQUIRE
                           1201 PENNSYLVANIA AVENUE, NW
 5                         WASHINGTON, DC  200

 6

 7   FOR CAMERON INTERNATIONAL
     CORPORATION:             STONE PIGMAN WALTHER WITTMANN
 8                         BY:  PHILLIP A. WITTMANN, ESQUIRE
                                CARMELITE M. BERTAUT, ESQUIRE
 9                         546 CARONDELET STREET
                           NEW ORLEANS, LA 70130
10

11
     FOR HALLIBURTON
12   ENERGY SERVICES, INC.:  GODWIN RONQUILLO
                           BY:  DONALD E. GODWIN, ESQUIRE
13                              JENNY L. MARTINEZ, ESQUIRE
                                STEFANIE K. MAJOR, ESQUIRE
14                         1201 ELM STREET, SUITE 1700
                           DALLAS, TX  75270
15

16
                           GODWIN RONQUILLO
17                         BY:  R. ALAN YORK, ESQUIRE
                           1331 LAMAR, SUITE 1665
18                         HOUSTON, TX  77010

19

20   FOR ANADARKO
     PETROLEUM CORPORATION,
21   ANADARKO E&P COMPANY
     LP:                      KUCHLER POLK SCHELL
22                         WEINER & RICHESON
                           BY:  DEBORAH D. KUCHLER, ESQUIRE
23                         1615 POYDRAS STREET, SUITE 1300
                           NEW ORLEANS, LA  70112
24

25
```

```
 1  APPEARANCES CONTINUED:

 2

 3                            BINGHAM MCCUTCHEN
                              BY:  KY E. KIRBY, ESQUIRE
 4                               WARREN A. FITCH, ESQUIRE
                              2020 K STREET, NW
 5                            WASHINGTON, DC  20006

 6

 7  FOR MOEX OFFSHORE
    2007 LLC:                 CARVER DARDEN KORETZKY TESSIER
 8                            FINN BLOSSMAN & AREAUX
                              BY:  PHILLIP D. NIZIALEK, ESQUIRE
 9                            1100 POYDRAS STREET, SUITE 3100
                              NEW ORLEANS, LA  70163
10

11
    FOR M-I L.L.C.:           MORGAN, LEWIS & BOCKIUS
12                            BY:  HUGH E. TANNER, ESQUIRE
                                 STEVEN LUXTON, ESQUIRE
13                            1000 LOUISIANA STREET, SUITE 4000
                              HOUSTON, TX  77002
14

15
    FOR TRANSOCEAN
16  EXCESS UNDERWRITERS:      PHELPS DUNBAR
                              BY:  GEORGE M. GILLY, ESQUIRE
17                               EVANS M. MCLEOD, ESQUIRE
                              CANAL PLACE
18                            365 CANAL STREET, SUITE 2000
                              NEW ORLEANS, LA  70130
19

20
    FOR WEATHERFORD U.S.,
21  L.P.:                     JONES WALKER
                              BY:  WILLIAM C. BALDWIN, ESQUIRE
22                               LANCE N. SANNINO, ESQUIRE
                              600 JEFFERSON STREET, SUITE 1600
23                            LAFAYETTE, LA 70501

24

25
```

09:53AM

```
 1  APPEARANCES CONTINUED:

 2

 3  FOR O'BRIEN'S RESPONSE
    MANAGEMENT, INC.,
 4  SEACOR HOLDINGS, INC.,
    SEACOR OFFSHORE LLC,
 5  SEACOR MARINE, LLC,
    SEACOR WORLDWIDE, INC.,
 6  SEACOR MARINE, INC.,
    SEACOR MARINE
 7  INTERNATIONAL, INC.,
    AND SIEMENS FINANCIAL,
 8  INC.:                     WEIL GOTSHAL & MANGES
                              BY:  JEREMY T. GRABILL, ESQUIRE
 9                                 THEODORE E. TSEKERIDES, ESQUIRE
                              767 FIFTH AVENUE
10                            NEW YORK, NY  10153

11

12  FOR DRIL-QUIP,
    INC.:                     WARE, JACKSON, LEE & CHAMBERS
13                            BY:  C. DENNIS BARROW, JR., ESQUIRE
                              2929 ALLEN PARKWAY, 42ND FLOOR
14                            HOUSTON, TEXAS 77019

15

16  FOR MARINE SPILL
    RESPONSE CORPORATION:      BLANK ROME
17                            BY:  ALAN M. WEIGEL, ESQUIRE
                              THE CHRYSLER BUILDING
18                            405 LEXINGTON AVENUE
                              NEW YORK, NY  10174
19

20
    FOR MDL 2185:             MITHOFF LAW FIRM
21                            BY:  WILLIAM STRADLEY, ESQUIRE
                              3450 ONE ALLEN CENTER
22                            500 DALLAS STREET
                              HOUSTON, TX  77002
23

24

25
```

1  APPEARANCES CONTINUED:

2

3  SPECIAL MASTER:              PROFESSOR FRANCIS E. MCGOVERN
                                DUKE UNIVERSITY SCHOOL OF LAW
4                               CORNER OF SCIENCE & DRIVES
                                BOX 90362
5                               DURHAM, NC 27708

6

7  ALSO PRESENT:               [PLEASE SEE SIGN-IN SHEETS FILED IN THE
                               RECORD]
8

9

10 OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                               CERTIFIED REALTIME REPORTER
11                             500 POYDRAS STREET, ROOM HB406
                               NEW ORLEANS, LA  70130
12                             (504) 589-7779
                               Cathy_Pepper@laed.uscourts.gov
13

14 PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
   PRODUCED BY COMPUTER.
15

16

17

18

19

20

21

22

23

24

25

1                          **I N D E X**

2      AGENDA ITEMS                                      PAGE

3

4      BUNDLE C..................................................  19

5      CONDITIONAL TRANSFER ORDERS REPORT AND STATUS..........  19

6      STATE COURT CASES.......................................  21

7      MDL 2185................................................  22

8      DERIVATIVE SET OF CASES.................................  22

9      ERISA CASES.............................................  23

10     DIVIDEND CASE...........................................  23

11     THE SECURITIES CASE.....................................  23

12     REPORT ON WRITTEN AND DEPOSITION DISCOVERY.............  24

13     REPORT ON VESSELS OF OPPORTUNITY CASES.................  26

14     INSURANCE CASES.........................................  27

15     STATUS OF BOP AND CAPPING STACK TESTING................  32

16     CEMENT TESTING..........................................  33

17     MOTIONS IN LIMINE.......................................  34

18     11(A) ON THE AGENDA.....................................  35

19     PENDING MOTIONS FOR LEAVE TO FILE SHORT FORM JOINDERS   35

20     INTO THE LIMITATION ACTION AFTER THE MONITION DATE.....

21     RECORD DOCUMENT NUMBERS 4465 AND 4542..................  35

22     TWO MOTIONS ARE GRANTED.................................  36

23     11(B), MOEX OFFSHORE 2007 L.L.C.'S MOTION TO           36

24     SUBSTITUTE BP E&P, INC. AS CROSSCLAIM PLAINTIFF IN

25     AMENDED CROSSCLAIMS.....................................

```
 1  RECORD DOCUMENT 4591..................................    36
 2  IN SEVEN DAYS, THE PARTIES WILL ADVISE THE COURT IF      37
 3  IT'S OKAY TO GRANT THIS OR IF THERE IS SOME OTHER WAY
 4  TO WORK THIS OUT......................................
 5  REPORT ON THE SITUATION WITH RESPECT TO CAMERON'S       37
 6  MOTION................................................
 7  PERMISSION TO WITHDRAW OUR MOTION FOR SUMMARY JUDGMENT   38
 8  AGAINST TRANSOCEAN THAT IS SET FOR TODAY...............
 9  GRANT MR. BECK'S REQUEST, CAMERON'S REQUEST............   38
10  ORDER THAT CAMERON'S MOTION, WHICH IS RECORD            38
11  DOCUMENT 4524, IS ORDERED WITHDRAWN WITHOUT PREJUDICE..
12  THE NEXT STATUS CONFERENCE WILL BE ON JANUARY 19,       39
13  2012, AT 9:30 A.M., CENTRAL STANDARD TIME..............
14
15
16
17
18
19
20
21
22
23
24
25
```

1        **P-R-O-C-E-E-D-I-N-G-S**

2                  FRIDAY, DECEMBER 16, 2011

3               M O R N I N G    S E S S I O N

4                    (COURT CALLED TO ORDER)

5

09:37AM  6

09:37AM  7        THE DEPUTY CLERK:  All rise.

09:37AM  8        THE COURT:  Good morning, everyone.  Please be seated.

09:37AM  9        VOICES:  Good morning, Your Honor.

09:37AM 10        THE COURT:  Stephanie, you may call this case, please.

09:37AM 11        THE DEPUTY CLERK:  MDL No. 10-2179, In re:  Oil Spill by

09:37AM 12  the Oil Rig *Deepwater Horizon* in the Gulf of Mexico on April 20,

09:37AM 13  2010.

09:37AM 14        THE COURT:  All right.  If liaison and coordinating

09:37AM 15  counsel would introduce themselves, please.  Members of the

09:37AM 16  committees, too.

09:38AM 17        MR. HERMAN:  Good morning, Your Honor.  Steve Herman for

09:38AM 18  the plaintiffs.

09:38AM 19        MR. FAYARD:  Good morning, Your Honor.  Calvin Fayard

09:38AM 20  for the PSC.

09:38AM 21        MR. STRANGE:  Luther Strange for Alabama and

09:38AM 22  coordinating counsel for the states.

09:38AM 23        THE COURT:  Hiding behind Luther, again.

09:38AM 24        MR. BREIT:  Good morning, Your Honor.  Jeffrey Breit for

09:38AM 25  the PSC.

09:38AM 1          MR. UNDERHILL:   Good morning, Your Honor.

09:38AM 2    Mike Underhill, US.

09:38AM 3          THE COURT:   I think you two guys need to switch seats.

09:38AM 4          MR. UNDERHILL:   We've already discussed it.   I'm

09:38AM 5    supposed to be on the left, Luther on the right.

09:38AM 6          THE COURT:   No, I'm talking about Jeff Breit and Luther.

09:38AM 7          MR. BREIT:   If we followed your reasoning, Judge, I'd

09:38AM 8    have to sit on the front row because everyone on our team is

09:38AM 9    taller than I am.

09:38AM 10          THE COURT:   Okay.

09:38AM 11          MR. SUMMY:   Good morning, Your Honor.   Scott Summy, PSC.

09:38AM 12          MR. ROY:   Good morning, Your Honor.   Jim Roy,

09:38AM 13    co-liaison.

09:38AM 14          MR. GONZALEZ:   Morning, Judge.   Irvin Gonzalez, PSC.

09:38AM 15          MR. STERBCOW:   Good morning, Judge.   Paul Sterbcow, PSC.

09:39AM 16          MS. MURRILL:   Good morning, Judge.   Liz Murrill, State

09:39AM 17    of Louisiana, Governor's Office.

09:39AM 18          MR. LUNDY:   Good morning, Your Honor.   Matt Lundy, PSC.

09:39AM 19          MR. JONES:   Good morning, Judge.   Rhon Jones, PSC.

09:39AM 20          MR. RICE:   Good morning, Your Honor.   Joe Rice with the

09:39AM 21    PSC.

09:39AM 22          MR. COSSICH:   Good morning, Your Honor.   Phil Cossich,

09:39AM 23    PSC.

09:39AM 24          MR. PLETCHER:   Good morning, Your Honor.   Tony Pletcher

09:39AM 25    appearing for PSC member Mikal Watts.

09:39AM 1          MR. O'ROURKE:  Steve O'Rourke for the United States.

09:39AM 2          MR. ESPY:  Your Honor, good morning.  Mike Espy, PSC.

09:39AM 3          MR. PALMINTIER:  Merry Christmas, Judge.

09:39AM 4  Mike Palmintier, PSC.

09:39AM 5          THE COURT:  Thank you.

09:39AM 6          MR. WILLIAMS:  Morning, Judge.  Duke Williams, PSC.

09:39AM 7          MR. CUNNINGHAM:  Good morning, Your Honor.

09:39AM 8  Robert Cunningham, PSC.

09:39AM 9          MS. GREENWALD:  Good morning.  Robin Greenwald, PSC.

09:39AM 10          MS. CABRASER:  Good morning, Your Honor.

09:39AM 11  Elizabeth Cabraser, PSC.

09:39AM 12          MR. BALDWIN:  Good morning, Judge.  Will Baldwin for

09:40AM 13  Weatherford.

09:40AM 14          MR. SANNINO:  Lance Sannino for Weatherford.

09:40AM 15          MR. GASAWAY:  Good morning, Your Honor.  Rob Gasaway for

09:40AM 16  BP.

09:40AM 17          MS. KUCHLER:  Deb Kuchler for Anadarko.

09:40AM 18          THE COURT:  They put you behind the rail, Deb.

09:40AM 19          MS. KUCHLER:  I'm way in the back, Judge.

09:40AM 20          THE COURT:  You're fading gradually.

09:40AM 21          MS. KUCHLER:  I am.

09:40AM 22          MR. GROSS:  Good morning, Your Honor.  Joel Gross for

09:40AM 23  BP.

09:40AM 24          MR. BARROW:  Good morning, Your Honor.  Dennis Barrow

09:40AM 25  for Dril-Quip.

09:40AM 1          MR. GOFORTH:  Dan Goforth for Transocean.

09:40AM 2          MR. TANNER:  Good morning, Your Honor.  Hugh Tanner for

09:40AM 3   M-I.

09:40AM 4          MR. LUXTON:  Good morning, Your Honor.  Steve Luxton for

09:40AM 5   M-I.

09:40AM 6          MR. ELSLEY:  Good morning, Your Honor.  John Elsley for

09:40AM 7   Transocean.

09:40AM 8          MR. ROBERTS:  Steve Roberts, for Transocean.

09:40AM 9          MS. CLINGMAN:  Good morning.  Rachel Clingman,

09:40AM 10  Transocean.

09:40AM 11         MR. JOHNSON:  Good morning, Your Honor.  Daniel Johnson

09:40AM 12  for Transocean.

09:40AM 13         MR. BROCK:  Morning, Your Honor.  Mike Brock for BP.

09:40AM 14         MR. TSEKERIDES:  Good morning, Your Honor.

09:40AM 15  Ted Tsekerides, liaison for responder defendants.

09:41AM 16         MR. WITTMANN:  Good morning, Your Honor.  Phil Wittmann

09:41AM 17  for Cameron.

09:41AM 18         MR. BECK:  David Beck for Cameron, Your Honor.

09:41AM 19         MR. HAYCRAFT:  Good morning.  Don Haycraft, BP.

09:41AM 20         MR. LANGAN:  Good morning, Your Honor.  Andy Langan for

09:41AM 21  BP.

09:41AM 22         MS. MARTINEZ:  Good morning.  Jenny Martinez for

09:41AM 23  Halliburton.

09:41AM 24         MR. GODWIN:  Good morning, Your Honor.  Don Godwin for

09:41AM 25  Halliburton.

09:41AM 1          MR. YORK:  Good morning, Your Honor.  Alan York, also

09:41AM 2    for Halliburton.

09:41AM 3          MS. KIRBY:  Good morning, Your Honor.  Ky Kirby for

09:41AM 4    Anadarko.

09:41AM 5          MR. FITCH:  Good morning, Judge.  Tony Fitch, Anadarko.

09:41AM 6          MR. MILLER:  Good morning, Judge.  Kerry Miller,

09:41AM 7    Transocean.

09:41AM 8          THE COURT:  All right.  Thank you.

09:41AM 9          Before we get started on the agenda, which I think

09:41AM 10   is pretty light today -- we'll have the oral arguments on the

09:41AM 11   motion on the agenda at the end of the regular status

09:41AM 12   conference -- but, before that, I want to point out that

09:41AM 13   Attorney General Strange is back to his Tulane tie.  He was not

09:41AM 14   made to wear his LSU tie today.  But he's promised me that he's

09:42AM 15   got some interesting Alabama attire that Mr. Roy and other LSU

09:42AM 16   fans will have to wear next time we're together if Alabama should

09:42AM 17   happen to win this next game.

09:42AM 18         MR. STRANGE:  He selected a Nick Saban hat, Your Honor,

09:42AM 19   to wear.

09:42AM 20         MR. ROY:  That's a big if.

09:42AM 21         THE COURT:  I think he should come in a full red suit if

09:42AM 22   that happens.  We've all seen his purple suit.

09:42AM 23         UNIDENTIFIED SPEAKER:  He's saving that for two weeks

09:42AM 24   from now, Judge.

09:42AM 25         THE COURT:  Unless you're going to the game, I suggest

09:42AM 1   you not be in New Orleans on January 9, because it will be like a

09:42AM 2   zoo around here.

09:42AM 3            Since we were here last time, on December 9, of

09:42AM 4   course, I issued another order dealing with Bundle C, sort of

09:43AM 5   cleaning up the rest of the issues in that pleading bundle.

09:43AM 6            So let's go to Conditional Transfer Orders Report

09:43AM 7   and Status.

09:43AM 8            Mr. Langan.

09:43AM 9       MR. LANGAN:  Good morning, Your Honor.  Andy Langan for

09:43AM 10  BP.

09:43AM 11           Since our November 15th report, the Panel has

09:43AM 12  issued one more conditional transfer order.  That order dealt

09:43AM 13  with one case.

09:43AM 14           There have now been a total of 40 conditional

09:43AM 15  transfer orders in MDL 2179, and we believe there are

09:43AM 16  approximately 532 active cases here in this district in 2179;

09:43AM 17  and, of course, there are about 110,000 short form joinders that

09:43AM 18  have been filed.

09:43AM 19           In terms of issues before the Panel that have been

09:43AM 20  recently decided or remain unresolved, this week, following the

09:43AM 21  December 1st Panel setting, the Panel issued an order denying

09:43AM 22  transfer of another case by Mr. Lacy, who is a *pro se* plaintiff,

09:43AM 23  that relates to CTO 31; but, granted transfer in a case that was

09:44AM 24  under CTO 33, the *Adangio* case, and we're still waiting for a

09:44AM 25  ruling about Conditional Transfer Order 32.

09:44AM 1          Then, on top of that, the Panel sits again on

09:44AM 2 January 26th of next year, at which time we expect they will take

09:44AM 3 up some disputes relating to three more conditional transfer

09:44AM 4 orders, as we set forth in our report.

09:44AM 5          THE COURT:  That *Lacy* case, is that the case involving

09:44AM 6 someone claimed they invented something and that BP --

09:44AM 7          MR. LANGAN:  Yes.

09:44AM 8          THE COURT:  -- used it or didn't use it

09:44AM 9 without compensation?

09:44AM 10          MR. LANGAN:  Yes.  I believe Mr. Lacy has brought a

09:44AM 11 couple of cases making a claim that part of the spill response or

09:44AM 12 sealing mechanism was something that he had come up with, or

09:44AM 13 something to that effect.

09:44AM 14          THE COURT:  So that case.  I thought maybe there were a

09:44AM 15 few other cases, similar type cases.

09:44AM 16          MR. LANGAN:  There are.

09:44AM 17          THE COURT:  Those cases apparently are not being

09:44AM 18 transferred here, right?

09:44AM 19          MR. LANGAN:  That's correct.  The Panel has apparently

09:45AM 20 decided they will be decided individually.

09:45AM 21          I believe Mr. Lacy's case is pending in federal

09:45AM 22 court in Florida.

09:45AM 23          THE COURT:  All right.  Are there any other particular

09:45AM 24 issues or types of cases that the Panel has either decided not to

09:45AM 25 transfer here, or are they waiting to decide that?

09:45AM 1          MR. LANGAN:  Not that I'm aware of, Your Honor.

09:45AM 2              I think the Vessels of Opportunity cases are here.

09:45AM 3  Some of the breach of contract cases are here; although, you've

09:45AM 4  severed some of those.

09:45AM 5          THE COURT:  Yes.

09:45AM 6          MR. LANGAN:  But, basically, the injury cases, the

09:45AM 7  economic loss cases, and the post-event personal injury cases are

09:45AM 8  all part of 2179.

09:45AM 9          THE COURT:  Yes.  I think we have tried to be consistent

09:45AM 10 with this, with these so-called *miscellaneous contract cases* that

09:45AM 11 are here, either filed here or transferred here.

09:45AM 12             I have separated those out because I've had

09:46AM 13 Magistrate Judge Wilkinson working on those.  In fact, in many of

09:46AM 14 those, the parties have consented, I think, to --

09:46AM 15         MR. LANGAN:  Yes.

09:46AM 16         THE COURT:  -- let him try the whole thing.

09:46AM 17         MR. LANGAN:  Yes.

09:46AM 18         THE COURT:  Similarly, with the FLSA cases and cases of

09:46AM 19 that sort, Judge Wilkinson is handling those, at my request.

09:46AM 20             Does anybody else need to say anything about

09:46AM 21 conditional transfer order issues?

09:46AM 22             State Court Cases.  Mr. Langan.

09:46AM 23         MR. LANGAN:  Yes, Your Honor.

09:46AM 24             So we believe, at least so far as BP is concerned,

09:46AM 25 there are about 47 of these right now.  Seven of those are in

09:46AM 1  Texas state court, in either Harris or Galveston County.

09:46AM 2        As I've mentioned before, there are some 2002 trial

09:46AM 3  dates that have been set in a couple of those cases, including

09:47AM 4  the *Dewone Young* case, which is set for January.  That is an oil

09:47AM 5  spill response --

09:47AM 6        THE COURT:  I assume you meant 2012 trial date.

09:47AM 7        MR. LANGAN:  2012, yes.  That's an oil spill response

09:47AM 8  case in Galveston.

09:47AM 9        I think, as I mentioned to you earlier today, a

09:47AM 10  couple of cases that were previously set for trial, it looks like

09:47AM 11  they may settle.

09:47AM 12        That's basically the highlights of what we're

09:47AM 13  dealing with on state court beyond what's in our written report.

09:47AM 14        THE COURT:  I have not personally had any recent

09:47AM 15  communications with any of the state court judges; but, if any of

09:47AM 16  the parties, if the liaison counsel at some point think that

09:47AM 17  would be beneficial, just alert the Court, and I'll be happy to

09:47AM 18  do that.

09:47AM 19        MR. LANGAN:  Very good.

09:47AM 20        THE COURT:  All right.

09:47AM 21        MDL 2185, Judge Ellison's MDL.

09:47AM 22        MR. LANGAN:  Yes, Your Honor.

09:47AM 23        Just in terms of new events, there is a couple of

09:47AM 24  new events.

09:47AM 25        In the derivative set of cases, I think you'll

09:48AM 1   recall that back in September, Judge Ellison issued an order

09:48AM 2   dismissing the cases based on forum non conveniens grounds.

09:48AM 3           Since that time, after some disputes about the form

09:48AM 4   of the judgment, Judge Ellison did enter a final judgment on

09:48AM 5   December 8th dismissing the case.  So maybe it will be appealed,

09:48AM 6   maybe they will refile in the UK, I don't know; but, he has

09:48AM 7   entered a final order dismissing the derivative cases.

09:48AM 8           With respect to the ERISA cases, he has set

09:48AM 9   argument on the pending motion to dismiss for January 20th of

09:48AM 10  next year.

09:48AM 11          Then, finally, on the dividend case, he has set an

09:48AM 12  argument on the motion to dismiss for February 10th of 2012.

09:48AM 13          Then the securities case motion to dismiss is now

09:48AM 14  under advisement, having been argued in November.

09:48AM 15      THE COURT:  All right.  Is there continued cooperation

09:48AM 16  or coordination with the lawyers in 2185, in terms of their

09:49AM 17  having some participation in our discovery here?

09:49AM 18      MR. LANGAN:  There is, Your Honor.  Indeed, a recent

09:49AM 19  example of that is the 2185 plaintiffs asked the PSC to ask us if

09:49AM 20  it was okay if they had access to the BP x-ray reports that have

09:49AM 21  been filed in 2179.  We said fine to that, as long as the

09:49AM 22  protective order applies.  So that's been taken care of, as well.

09:49AM 23      THE COURT:  All right.  Anybody else want to say

09:49AM 24  anything about the 2185 MDL?

09:49AM 25      MR. STRADLEY:  Your Honor, I don't really have anything

09:49AM  1   new to offer.  What counsel has said is correct.

09:49AM  2           THE COURT:  Tell us your name again, sir.

09:49AM  3           MR. STRADLEY:  Bill Stradley.

09:49AM  4           THE COURT:  Mr. Stradley.  You represent who, again?

09:49AM  5           MR. STRADLEY:  The individual investors.

09:49AM  6           THE COURT:  The individual investors in 2185, right?

09:49AM  7           MR. STRADLEY:  Yes, sir.

09:49AM  8           THE COURT:  Thank you, Mr. Stradley.

09:49AM  9           The Report on Written and Deposition Discovery.

09:50AM 10           MR. HAYCRAFT:  Good morning, Your Honor.  Don Haycraft

09:50AM 11   for BP.

09:50AM 12           I wasn't here last month.  Mr. Langan took this

09:50AM 13   role.  But I'm pleased to give the report this month, and I'm

09:50AM 14   pleased to report more astounding news in the amount of written

09:50AM 15   and deposition discovery that's taken place.

09:50AM 16           Just for those statistical buffs, we've produced

09:50AM 17   more than -- the parties have produced more than 58 million

09:50AM 18   documents.  In the last 11 and a half months, 280 depositions

09:50AM 19   have been taken.

09:50AM 20           I want to drop a footnote there, because, at the

09:50AM 21   time of your last conference in November, I was in an expert

09:50AM 22   deposition, and we were just getting underway.  A grand total of

09:50AM 23   66 expert depositions will have been scheduled between early

09:50AM 24   November and early January; and, starting next week, in fact,

09:50AM 25   we're reaching a new record in the case of, on a couple of days

09:51AM 1   next week, there will be eight experts being deposed

09:51AM 2   simultaneously on a vast array of technical subjects.

09:51AM 3           It's really an astounding accomplishment that the

09:51AM 4   parties have done in the case.  Of course, the extremely

09:51AM 5   accelerated schedule and the pace has been made possible through

09:51AM 6   Judge Shushan's incredible work on practically every Friday since

09:51AM 7   this case began.

09:51AM 8           So we also have been engaged in written discovery

09:51AM 9   and the scheduling of 30(b)(6) depositions in early 2012 for the

09:51AM 10  Phase Two, to get that phase ready for trial for Your Honor, and

09:51AM 11  that effort is proceeding very smoothly.

09:51AM 12          I'm sure that at next month's status conference,

09:51AM 13  I'll report even more astounding statistics; but, it's been an

09:51AM 14  amazing effort, and we appreciate being able to give these

09:51AM 15  reports each month.

09:52AM 16      THE COURT:  Thank you very much.

09:52AM 17          I fully agree that this has been a remarkable

09:52AM 18  accomplishment that all the parties have worked hard to get this

09:52AM 19  done, on the abbreviated, aggressive, I guess you could say,

09:52AM 20  timeline that the Court necessarily imposed in this case to get

09:52AM 21  this case to trial as scheduled in February, which is something I

09:52AM 22  fully intend to do.

09:52AM 23          So thank you very much for that.  Thanks to

09:52AM 24  everybody and, of course, to Judge Shushan.

09:52AM 25          Does anybody else want to say anything with regard

09:52AM  1    to ongoing discovery depositions, experts, anything?

09:52AM  2              If not, let's move on to the Report on Vessels of

09:52AM  3    Opportunity cases.

09:52AM  4         MR. LANGAN:  Your Honor, the parties have essentially

09:52AM  5    completed the limited discovery for the six VoO focus plaintiffs

09:53AM  6    that was outlined in your case management order from last summer.

09:53AM  7    That is, all six VoO focus plaintiffs have been deposed, and

09:53AM  8    there have been three depositions of BP witnesses, as well,

09:53AM  9    including a 30(b)(6) representative.

09:53AM 10              The next step is to, as we talked about before, see

09:53AM 11    if mediation can be beneficial.  I believe the parties have

09:53AM 12    planned a session with a mediator, a planning session, this

09:53AM 13    coming Monday, the 19th of December.

09:53AM 14              Then, in the meantime, of course, the summary

09:53AM 15    judgment motion that was argued last time remains under

09:53AM 16    submission.

09:53AM 17              I believe there are over 1600 VoO contract claim

09:53AM 18    plaintiff fact sheets that have been filed to date.

09:53AM 19         THE COURT:  Yes, that's the number I have, more than

09:53AM 20    1600 sets of VoO plaintiffs.

09:53AM 21              Obviously, I am aware that that motion is under

09:53AM 22    advisement, and I will deal with that in due course.

09:54AM 23              Anything else?

09:54AM 24         MR. LANGAN:  Not from us, Your Honor.

09:54AM 25         THE COURT:  Mr. Herman, do you want to add anything on

09:54AM 1    the VoO cases?

09:54AM 2              MR. HERMAN:  No, Your Honor.

09:54AM 3              THE COURT:  Insurance cases.

09:54AM 4              MR. LANGAN:  Your Honor, Andy Langan for BP, and I know

09:54AM 5    others may want to speak to this, as well.

09:54AM 6              When we were here in November, there was discussion

09:54AM 7    about the way forward following your ruling on BP's motion for

09:54AM 8    judgment on the pleadings, which you issued on November 15th, I

09:54AM 9    believe, or whenever it was.

09:54AM 10             At that time, there was some discussion of,

09:54AM 11   perhaps, proceeding to a 54(b) judgment of some kind or 54(d)

09:54AM 12   judgment to tee up the legal issue for possible appeal.

09:54AM 13             We took some steps in that regard to prepare a

09:54AM 14   draft order.  We would like to hear from carriers about the form

09:54AM 15   of the order.

09:54AM 16             In the meantime, a day or so ago, the carriers

09:55AM 17   filed a motion for summary judgment.  I guess that's another

09:55AM 18   alternative route.  If we do go that route, BP may want an

09:55AM 19   opportunity to completely develop the record before responding.

09:55AM 20             I guess what I'm really asking is, I think there is

09:55AM 21   an opportunity here for some more communication about the best

09:55AM 22   way forward, and we would appreciate the opportunity to talk to

09:55AM 23   the carriers about this.

09:55AM 24             MR. GILLY:  Good morning, Your Honor.  George Gilly for

09:55AM 25   Transocean's excess underwriters.

09:55AM 1          I don't think Andy was on the e-mails, but we did

09:55AM 2  community with Allan Moore, of the Covington firm, and his

09:55AM 3  partner, Mr. Goodwin.  We explained that we were going to file --

09:55AM 4  we had some communications.  They wanted to go a different route

09:55AM 5  than we did.  They, I think, did not want to go a summary

09:55AM 6  judgment route.

09:55AM 7          Allan Moore is not here today, so I don't want to

09:55AM 8  speak for him.  We told them that we did not want go to the route

09:55AM 9  they wanted to go.  So we filed our motion, I think, Tuesday.  We

09:55AM 10 wanted it filed before this.

09:55AM 11         We see the best way to reach finality is through a

09:55AM 12 summary judgment motion, which would obviously line up with your

09:56AM 13 order and reasons that you issued a month ago.

09:56AM 14     MR. ELSLEY:  Your Honor, John Elsley for Transocean.

09:56AM 15         We have not yet filed a motion for summary

09:56AM 16 judgment; but, like the carriers, we believe the best way to

09:56AM 17 approach the issue is to file a motion for summary judgment.

09:56AM 18         Again, it would line up directly with your ruling,

09:56AM 19 and I believe you could deal with that fairly expeditiously based

09:56AM 20 upon your earlier ruling on BP's Rule 12(c) motion to dismiss.

09:56AM 21         So we will be filing a motion, as well.

09:56AM 22     THE COURT:  Well, I don't know how expeditiously we can

09:56AM 23 deal with that or not.  But you all filed this -- not you, but

09:56AM 24 the carriers filed their motion for summary judgment, I think,

09:56AM 25 two days ago, it looks like.

09:56AM 1          MR. GILLY:  Well, I think it was Tuesday.

09:56AM 2          Of course -- I short-circuited what I was saying.

09:56AM 3     We filed a motion for leave to file a motion for summary

09:56AM 4     judgment, and we included the proposed motion.

09:56AM 5          THE COURT:  But Mr. Langan suggests that perhaps there

09:57AM 6     would be some need to more fully develop the record.

09:57AM 7          I guess my only thought is, and I would encourage

09:57AM 8     you all to have further discussions and confer to see if you all

09:57AM 9     can come to some agreement on how to approach this, because the

09:57AM 10    last time we were here, my recollection is, I think, more in line

09:57AM 11    with Mr. Langan's, that I thought what you all were going to do

09:57AM 12    was going to be to confer and try to arrive at some sort of

09:57AM 13    stipulation that would incorporate a 54(b) partial final

09:57AM 14    judgment, which would then make the issue appealable; but, maybe

09:57AM 15    I misunderstood what was said last time, I don't know.

09:57AM 16         MR. GILLY:  I don't think you did, Your Honor; but,

09:57AM 17    because the motion that was before you was a Rule 12 motion to

09:57AM 18    dismiss on the pleadings, and that you issued your opinion and

09:58AM 19    not only denied the motion, but decided the case, it would be

09:58AM 20    improper for -- in our opinion, and in the opinion of our

09:58AM 21    appellate gurus, for that to go up just on an order incorporating

09:58AM 22    your reasons, because, in a Rule 12 motion, everything is

09:58AM 23    construed in our favor; in a summary judgment motion, it's

09:58AM 24    construed against us.  Frankly, you wrote your opinion in that

09:58AM 25    way, and that's why we went with the summary judgment motion.

09:58AM 1                We did confer with BP's lawyers about this.  We

09:58AM 2     were unable to reach an agreement with them, so we thought we

09:58AM 3     should file something before this motion, and that's how we

09:58AM 4     proceeded.

09:58AM 5                If they -- if BP wants to oppose what we've done,

09:58AM 6     the obvious method is to oppose the leave that we've requested to

09:58AM 7     file the summary judgment motion.

09:58AM 8                THE COURT:  Well, I think what we're all trying to

09:58AM 9     achieve here is to do this in the most efficient way and --

09:59AM 10    anyway, let me hear from Mr. Langan.  I think --

09:59AM 11               MR. GILLY:  If I could add one thing, I agree with

09:59AM 12    you --

09:59AM 13               THE COURT:  Yes.

09:59AM 14               MR. GILLY:  -- the most efficient way to get to

09:59AM 15    finality -- if it were to go up on the denial of a Rule 12 motion

09:59AM 16    and just some sort of 54(b) judgment on that, the Fifth Circuit

09:59AM 17    might look at it and send it back.  That's why we were convinced

09:59AM 18    that a summary judgment was the proper way to go.

09:59AM 19               MR. LANGAN:  Your Honor, thank you.

09:59AM 20               I don't want to belabor the point, but it was about

09:59AM 21    30 days ago to the day that Mr. Gilly stood here and said, we

09:59AM 22    really want to do a Rule 54(b).  We prepared a draft of that, we

09:59AM 23    sent it to them, and they never commented on it.

09:59AM 24               I'm sure we can work this out.  I mean, that's the

09:59AM 25    bottom line.  But I don't want there to be a loss of what the

09:59AM 1   history here is.  I mean, the history here is that was their

09:59AM 2   idea, and now they, 30 days later, are going 180 degrees

09:59AM 3   different.

09:59AM 4          THE COURT:  How about we do this, I'm going to ask you

09:59AM 5   all to confer over the next, say, seven days.  If there is no

10:00AM 6   resolution of this little impasse here procedurally, then you

10:00AM 7   all, alternatively, come back and at least suggest a briefing

10:00AM 8   schedule to the Court.

10:00AM 9          MR. LANGAN:  Very good.  Thank you.

10:00AM 10         MR. GILLY:  Your Honor, the only thing I'll add about

10:00AM 11  the insurance, just to round out the topic, when we were here

10:00AM 12  last time, we indicated -- I indicated, I believe, that the

10:00AM 13  protocol had been agreed and would be signed.  It has been by all

10:00AM 14  parties.

10:00AM 15         THE COURT:  This is on interpleader actions?

10:00AM 16         MR. GILLY:  Yes, sir.  That the CMO that had been agreed

10:00AM 17  would be entered; it has been.

10:00AM 18         Just so you'll know, the submissions have started

10:00AM 19  coming in for claim reimbursements from Transocean and BP/GCCF,

10:00AM 20  and all of those are in the process of being addressed.

10:00AM 21         THE COURT:  Thank you very much, Mr. Gilly.

10:00AM 22         Does anybody else want to say anything about the

10:00AM 23  insurance issues?

10:00AM 24         Mr. Gasaway, are you talking about insurance today?

10:01AM 25  Oh, you're on the next item?

10:01AM 1          MR. GASAWAY:  Yes, Your Honor.

10:01AM 2          THE COURT:  Okay.  Moving on.

10:01AM 3              Status of BOP and capping stack testing.

10:01AM 4          MR. GASAWAY:  Thank you, Your Honor.  Rob Gasaway for

10:01AM 5 BP.

10:01AM 6              The Michoud evidence yards do continue to be a

10:01AM 7 sought-after destination for litigation experts visiting

10:01AM 8 New Orleans.  We had major inspections.

10:01AM 9          THE COURT:  One of these days, I guess I have to get out

10:01AM 10 there myself.

10:01AM 11          MR. GASAWAY:  Yes, Your Honor.  We'd be happy to --

10:01AM 12          THE COURT:  Did you know I worked at Michoud?

10:01AM 13          MR. GASAWAY:  I was not aware of that, Your Honor.

10:01AM 14          THE COURT:  I hate to admit what year it was.  1966.  I

10:01AM 15 worked briefly for Boeing Aerospace when they had a major

10:01AM 16 presence at Michoud.  Then I decided to go to law school.

10:01AM 17              Go ahead.

10:01AM 18          MR. GASAWAY:  Well, you're invited back, Your Honor.

10:01AM 19          THE COURT:  Okay.

10:01AM 20          MR. GASAWAY:  I was just going to say that since we were

10:01AM 21 here last, there have been two major inspections of the capping

10:01AM 22 stack, one led by the DOJ with BP participation, and one led by

10:01AM 23 BP with DOJ participation, all under the watchful eye of

10:02AM 24 Captain Englebert, who is our special master.

10:02AM 25              Captain Englebert's time and expenses, of course,

10:02AM 1   are being paid for by the parties according to a process that has

10:02AM 2   been working smoothly and without dispute under the watchful eye

10:02AM 3   of Judge Shushan.  So all is working well.

10:02AM 4        THE COURT:  I understand she had a nice -- did all of

10:02AM 5   you go to her retirement ceremony?  I know Judge Shushan did.

10:02AM 6        MR. GASAWAY:  Your Honor, I was not --

10:02AM 7        THE COURT:  Captain Englebert's retirement ceremony, I'm

10:02AM 8   talking about.

10:02AM 9        MR. GASAWAY:  Yes.  I was not able to make it, but

10:02AM 10  Mr. Graspick, of our firm, represented our firm ably at that

10:02AM 11  event.

10:02AM 12       THE COURT:  Does anybody else want to talk about that

10:02AM 13  BOP testing?

10:02AM 14            Mr. Underhill, you have nothing to add to that?

10:02AM 15       MR. UNDERHILL:  No.

10:02AM 16       MR. GASAWAY:  Thank you, Your Honor.

10:02AM 17       THE COURT:  Cement testing.

10:02AM 18       MR. UNDERHILL:  Your Honor, with a public thanks to

10:02AM 19  Judge Shushan for moving the process along, it's going to be, the

10:02AM 20  testing, finished either today or Monday.  We hope today.

10:02AM 21       THE COURT:  This is actually the rock testing, so to

10:02AM 22  speak, right?

10:02AM 23       MR. UNDERHILL:  Rock testing --

10:02AM 24       THE COURT:  The nine rocks that were found on the --

10:02AM 25       MR. UNDERHILL:  That's correct.

10:02AM 1          THE COURT:  -- deck of the *Damon Bankston* barge.

10:03AM 2          MR. UNDERHILL:  *Damon Bankston*, that's correct.

10:03AM 3          Testing has been done by two government labs.  It's

10:03AM 4 finished, or about to be finished today, hopefully no later than

10:03AM 5 Monday.

10:03AM 6          We're trying to figure out how to get the data and

10:03AM 7 the report out to all the parties next week.  It's going to be a

10:03AM 8 fairly bulky affair, so we're going to do it somehow.  Whether we

10:03AM 9 post it on the site or whether we give them CDs, we'll figure out

10:03AM 10 a way to do it to have those to the parties, with a copy to the

10:03AM 11 Court and Judge Shushan as well.

10:03AM 12         THE COURT:  By sometime next week?

10:03AM 13         MR. UNDERHILL:  Yes, sir.

10:03AM 14         THE COURT:  Very well.  That's progress.

10:03AM 15         MR. UNDERHILL:  It is.

10:03AM 16         THE COURT:  Anybody else have anything to add to the

10:03AM 17 cement testing or rock testing?

10:03AM 18         Nothing, Mr. Godwin?

10:03AM 19         MR. GODWIN:  Nothing, Your Honor.  Thank you.

10:03AM 20         THE COURT:  Good.  All right.  Motions in Limine.

10:03AM 21         MR. LANGAN:  Your Honor, we just noted this because the

10:03AM 22 parties are actively briefing a number of Motions in Limine as we

10:04AM 23 contemplate the upcoming trial.

10:04AM 24         As I think noted in our December 13th report, we

10:04AM 25 think about seven of them are now fully briefed, and there will

10:04AM 1   be several others fully briefed in the coming weeks, with the

10:04AM 2   final deadline for filing to be January 23rd.

10:04AM 3              THE COURT:  I haven't kept count of them, but I know

10:04AM 4   I've received a number of them.

10:04AM 5              You all are briefing those by letter briefs, right?

10:04AM 6              MR. LANGAN:  Correct.

10:04AM 7              THE COURT:  We have started to look at those.  So I'm

10:04AM 8   not making any promises as to when I'll rule on those, but we are

10:04AM 9   looking at them, okay?

10:04AM 10             MR. LANGAN:  Very good.  Thank you, Your Honor.

10:04AM 11             THE COURT:  Does anybody else want to speak to any

10:04AM 12  issues relating to Motions in Limine?

10:04AM 13             All right.  Before we get to the oral arguments, a

10:04AM 14  couple of clean-up matters.

10:04AM 15             Under 11(a) on the agenda, there are a couple

10:04AM 16  different pending motions for leave to file short form joinders

10:05AM 17  into the limitation action after the monition date.  Okay.  Those

10:05AM 18  are Record Document Numbers 4465 and 4542.  These are filed by

10:05AM 19  two different law firms for a relatively small number of

10:05AM 20  claimants.

10:05AM 21             Where is Mr. Miller?  There you are.

10:05AM 22             MR. MILLER:  Your Honor, Kerry Miller on behalf of

10:05AM 23  Transocean.

10:05AM 24             Transocean has no objection to leave being granted

10:05AM 25  for those motions to be filed out of time.

10:05AM 1          THE COURT:  Does anybody else have any objections to

10:05AM 2    those motions listed under 11(a)?

10:05AM 3               Hearing none, those two motions are granted.

10:05AM 4               11(b), MOEX Offshore 2007 L.L.C.'s motion to

10:05AM 5    substitute BP E&P, Inc. as crossclaim plaintiff in amended

10:06AM 6    crossclaims.  That's Record Document 4591.

10:06AM 7               This was on the agenda, as I recall, last month

10:06AM 8    also.  As I recall, BP or someone had requested some additional

10:06AM 9    time.

10:06AM 10         MR. NIZIALEK:  Your Honor, Phil Nizialek for

10:06AM 11   MOEX Offshore.

10:06AM 12              You'll recall that at our October status

10:06AM 13   conference, you granted MOEX's motion to amend its crossclaims.

10:06AM 14   This motion to substitute BP closes the circle with respect to

10:06AM 15   the assignment from MOEX to BP of the real party in interest on

10:06AM 16   those crossclaims.

10:06AM 17         THE COURT:  You want to substitute BP as the

10:06AM 18   plaintiff --

10:06AM 19         MR. NIZIALEK:  As the plaintiff in the crossclaims,

10:06AM 20   Your Honor, yes.

10:06AM 21         THE COURT:  -- in the crossclaims that MOEX had earlier

10:06AM 22   filed.

10:06AM 23         MR. NIZIALEK:  That is correct, and had amended, and

10:06AM 24   that you had granted leave to amend in the October 26th

10:06AM 25   conference.

10:06AM 1        THE COURT:  Have you had any further discussions with
10:06AM 2   BP's counsel about this since last month?
10:06AM 3        MR. LANGAN:  Your Honor, Andy Langan.
10:06AM 4        I would just ask for one more week.  I'm sure we'll
10:06AM 5   probably have no problem with this at all, but I just -- if I
10:06AM 6   could have the Court's indulgence for seven more days, then we'll
10:07AM 7   get back to counsel and get this taken care of once and for all,
10:07AM 8   if that's okay.
10:07AM 9        THE COURT:  Mr. Nizialek?
10:07AM 10       MR. NIZIALEK:  That's fine.
10:07AM 11       THE COURT:  In seven days, the parties will advise the
10:07AM 12  Court if it's okay to grant this or if there's some other way to
10:07AM 13  work this out.
10:07AM 14       MR. LANGAN:  Thank you.
10:07AM 15       MR. NIZIALEK:  Thank you, Your Honor.
10:07AM 16       THE COURT:  Before we get to Transocean's motion, I know
10:07AM 17  there has been a development.
10:07AM 18       Mr. Beck, do you want to report on the situation
10:07AM 19  with respect to Cameron's motion?
10:07AM 20       MR. BECK:  Thank you, Your Honor.  David Beck for
10:07AM 21  Cameron.
10:07AM 22       I think, as we advised the Court this morning, we
10:07AM 23  have resolved our differences and have a settlement agreement
10:07AM 24  with BP.
10:07AM 25       As a result of that, what we would respectfully

10:07AM 1  request the Court to do is permission to withdraw our motion for

10:07AM 2  summary judgment against Transocean that is set for today.

10:08AM 3           We'd respectfully request that it be without

10:08AM 4  prejudice.  We are still trying to sort through the significance

10:08AM 5  of the settlement with respect to pending motions, so we'd

10:08AM 6  respectfully the ask the Court for leave to withdraw it, dismiss

10:08AM 7  it without prejudice, if you will.

10:08AM 8           THE COURT:  All right.  Very well.  Thank you.

10:08AM 9           Does anybody want to speak to that?

10:08AM 10          Okay, I'm going to grant Mr. Beck's request,

10:08AM 11 Cameron's request.  What we'll do is order that Cameron's motion,

10:08AM 12 which is Record Document 4524, is ordered withdrawn without

10:08AM 13 prejudice.  Of course, that means if there is a need to revive

10:08AM 14 that, the Court will entertain that.  Okay.

10:08AM 15          MR. BECK:  Thank you, Your Honor.

10:08AM 16          THE COURT:  All right.  Does anybody have anything else

10:08AM 17 pertaining to any status conference issues before we entertain

10:08AM 18 oral argument on Transocean's pending motion?

10:08AM 19          MR. LANGAN:  Can we just have a minute to get set up for

10:09AM 20 the argument?

10:09AM 21          THE COURT:  Sure.  Let me do this.  I'll step off the

10:09AM 22 bench for about five minutes, and I'll come back and we'll do the

10:09AM 23 oral arguments, okay?

10:09AM 24          MR. LANGAN:  Thank you, Your Honor.

10:09AM 25          THE COURT:  All right.  Thank you.

10:09AM 1          THE DEPUTY CLERK:  All rise.

10:09AM 2          [REPORTER'S NOTE:  The next status conference will be on

10:11AM 3  January 19, 2012, at 9:30 a.m., Central Standard Time.]

4          (WHEREUPON, at 10:11 a.m., the proceedings were

5  concluded.)

6                              *    *    *

7

8

9                    REPORTER'S CERTIFICATE

10

11      I, Cathy Pepper, Certified Realtime Reporter, Registered

12  Merit Reporter, Registered Professional Reporter, Certified Court

13  Reporter, Official Court Reporter for the United States District

14  Court, Eastern District of Louisiana, do hereby certify that the

15  foregoing is a true and correct transcript, to the best of my

16  ability and understanding, from the record of the proceedings in

17  the above-entitled and numbered matter.

18

19

24          Cathy Pepper, CCR, RMR, CRR
           Official Court Reporter
25          United States District Court
           Cathy_Pepper@laed.uscourts.gov

**1**

**10-2179** [1] - 14:11
**10-MD-2179** [1] - 1:7
**100** [2] - 3:7, 3:21
**1000** [2] - 2:4, 9:13
**10003** [1] - 3:11
**1001** [1] - 6:15
**10153** [1] - 10:10
**10174** [1] - 10:18
**10:11** [1] - 39:4
**10th** - 23:12
**11** [1] - 24:18
**11(A** [1] - 12:18
**11(a** [2] - 35:15, 36:2
**11(b** [1] - 36:4
**11(B** [1] - 12:23
**110,000** [1] - 19:17
**1100** [3] - 4:22, 6:11, 9:9
**12** [3] - 29:17, 29:22, 30:15
**12(c** [1] - 28:20
**1201** [2] - 8:4, 8:14
**1221** [1] - 7:25
**1300** [1] - 8:23
**1331** [1] - 8:17
**13th** [1] - 34:24
**15th** [2] - 19:11, 27:8
**16** [1] - 14:2
**1600** [3] - 9:22, 26:17, 26:20
**1601** [1] - 2:15
**1615** [1] - 8:23
**162011** [1] - 1:8
**1665** [1] - 8:17
**1700** [1] - 8:14
**180** [1] - 31:2
**188** [1] - 3:14
**19** [4] - 12:4, 12:5, 13:12, 39:3
**1966** [1] - 32:14
**19th** [1] - 26:13
**1st** [1] - 19:21

**2**

**20** [2] - 1:6, 14:12
**200** [1] - 8:5
**2000** [2] - 5:4, 9:18
**20005** [1] - 7:22
**20006** [1] - 9:5
**2002** [1] - 22:2
**20044** [1] - 6:5
**2007** [3] - 9:7, 12:23, 36:4
**2010** [2] - 1:6, 14:13

**2011** [1] - 14:2
**2012** [6] - 13:13, 22:6, 22:7, 23:12, 25:9, 39:3
**2020** [1] - 9:4
**20th** [1] - 23:9
**21** [1] - 12:6
**2179** [4] - 19:15, 19:16, 21:8, 23:21
**2185** [6] - 10:20, 22:21, 23:16, 23:19, 23:24, 24:6
**2185.........................
........................ [1] -
12:7
**22** [2] - 12:7, 12:8
**23** [4] - 3:21, 12:9, 12:10, 12:11
**23510** [1] - 2:5
**23rd** [1] - 35:2
**24** [1] - 12:12
**255** [1] - 3:18
**26** [1] - 12:13
**2615** [1] - 2:19
**26th** [2] - 20:2, 36:24
**27** [1] - 12:14
**275** [1] - 2:23
**27708** [1] - 11:5
**280** [1] - 24:18
**2929** [1] - 10:13
**2990** [1] - 2:8
**29TH** [1] - 2:23

**3**

**3** [1] - 3:7
**30** [2] - 30:21, 31:2
**30(b)(6** [2] - 25:9, 26:9
**300** [1] - 7:18
**31** [1] - 19:23
**3100** [1] - 9:9
**3102** [1] - 4:22
**316** [1] - 2:12
**32** [2] - 12:15, 19:25
**32502** [1] - 12:12
**33** [2] - 12:16, 19:24
**33134** [1] - 3:18
**34** [1] - 12:17
**3450** [1] - 10:21
**35** [3] - 12:18, 12:19, 12:21
**355** [1] - 7:4
**35TH** [1] - 7:4
**36** [3] - 12:22, 12:23, 13:1
**36013** [1] - 4:5
**36130** [1] - 5:9
**365** [2] - 2:8, 9:18
**3650** [1] - 4:8

**36604** [1] - 2:16
**3668** [1] - 1:19
**36TH** [1] - 6:11
**37** [2] - 13:2, 13:5
**3700** [1] - 6:15
**38** [3] - 13:7, 13:9, 13:10
**39** [1] - 13:12
**39201** [1] - 3:15

**4**

**4** [1] - 3:7
**40** [1] - 19:14
**4000** [1] - 9:13
**405** [1] - 10:18
**4160** [1] - 4:4
**42ND** [1] - 10:13
**4310** [1] - 3:3
**435** [1] - 4:18
**4465** [2] - 12:21, 35:18
**450** [1] - 5:22
**4500** [1] - 7:25
**4524** [2] - 13:11, 38:12
**4542** [1] - 35:18
**4542................. [1] -
12:21
**4591** [1] - 36:6
**4591.........................
....... [1] - 13:1
**47** [1] - 21:25
**4900** [1] - 6:19

**5**

**500** [4] - 5:9, 6:23, 10:22, 11:11
**5000** [1] - 7:14
**501** [1] - 4:15
**504** [1] - 11:12
**519** [1] - 4:11
**532** [1] - 19:16
**5395** [1] - 5:22
**54(b** [3] - 27:11, 29:13, 30:16
**54(b)** [1] - 30:22
**54(d** [1] - 27:11
**546** [1] - 8:9
**556** [1] - 1:19
**58** [1] - 24:17
**589-7779** [1] - 11:12

**6**

**600** [3] - 2:12, 5:17, 9:22
**601** [1] - 2:19

**60654** [1] - 7:18
**618** [1] - 3:25
**655** [1] - 7:21
**66** [1] - 24:23

**7**

**700** [1] - 3:11
**70037** [1] - 3:22
**701** [3] - 4:8, 5:13, 7:13
**70112** [2] - 5:4, 8:23
**70113** [1] - 1:23
**70130** [2] - 2:8, 2:20, 5:14, 8:9, 9:18, 11:11
**70139** [2] - 4:8, 7:14
**70163** [2] - 6:12, 9:9
**70360** [1] - 4:19
**70501** [1] - 9:23
**70502** [1] - 1:20
**70601** [1] - 4:15
**70726** [1] - 4:12
**70801** [1] - 3:25
**70802** [1] - 5:17
**711** [1] - 6:23
**750** [1] - 6:19
**75219** [1] - 4:22
**75270** [1] - 8:14
**7611** [1] - 6:5
**767** [1] - 10:9
**77002** [4] - 6:16, 6:23, 9:13, 10:22
**77006** [1] - 3:4
**77010** [2] - 7:25, 8:18
**77019** [1] - 10:14
**77056** [1] - 6:19
**777** [1] - 3:14
**78257** [1] - 3:8
**7TH** [1] - 5:22

**8**

**820** [1] - 1:22
**8397** [1] - 3:21
**8th** [1] - 23:5

**9**

**9** [2] - 19:1, 19:3
**90071** [1] - 7:4
**90362** [1] - 11:4
**909** [1] - 5:4
**94102** [1] - 5:23
**94111** [1] - 2:24
**999** [1] - 2:4
**9:30** [1] - 1:8, 13:13,

39:3

**A**

**a.m** [2] - 39:3, 39:4
**A.M** [2] - 1:8, 13:13
**abbreviated** [1] -
25:19
**ability** [1] - 39:16
**able** [2] - 25:14, 33:9
**ably** [1] - 33:10
**above-entitled** [1] -
39:17
**ABRAMSON** [1] - 2:18
**accelerated** [1] - 25:5
**access** [1] - 23:20
**accomplishment** [2] -
25:3, 25:18
**according** [1] - 33:1
**achieve** [1] - 30:9
**ACTION** [2] - 1:7,
12:20
**action** [1] - 35:17
**actions** [1] - 31:15
**active** [1] - 19:16
**actively** [1] - 34:22
**Adangio** [1] - 19:24
**add** [5] - 26:25, 30:11,
31:10, 33:14, 34:16
**additional** [1] - 36:8
**addressed** [1] - 31:20
**admit** [1] - 32:14
**ADVISE** [1] - 13:2
**advise** [1] - 37:11
**advised** [1] - 37:22
**advisement** [2] -
23:14, 26:22
**Aerospace** [1] - 32:15
**affair** [1] - 34:8
**AFTER** [1] - 12:20
**AGAINST** [1] - 13:8
**agenda** [4] - 18:9,
18:11, 35:15, 36:7
**AGENDA** [1] - 12:2
**AGENDA.................
................. [1] - 12:18
**aggressive** [1] - 25:19
**ago** [4] - 27:16, 28:13,
28:25, 30:21
**agree** [2] - 25:17,
30:11
**agreed** [2] - 31:13,
31:16
**agreement** [3] - 29:9,
30:2, 37:23
**ahead** [1] - 32:17
**AL** [3] - 2:16, 4:5, 5:9
**ALABAMA** [1] - 5:7
**Alabama** [3] - 14:21,

18:15, 18:16
**ALAN** [2] - 8:17, 10:17
**Alan** [1] - 18:1
**alert** [1] - 22:17
**ALHAMBRA** [1] - 3:18
**ALL** [1] - 1:10
**ALLAN** [1] - 5:12
**Allan** [2] - 28:2, 28:7
**ALLEN** [3] - 4:3, 10:13, 10:21
**ALLISON** [1] - 5:13
**ALPHONSO** [1] - 3:14
**ALSO** [1] - 11:7
**alternative** [1] - 27:18
**alternatively** [1] - 31:7
**ALVAREZ** [1] - 5:3
**amazing** [1] - 25:14
**amend** [2] - 36:13, 36:24
**AMENDED** [1] - 12:25
**amended** [2] - 36:5, 36:23
**AMERICA** [7] - 6:3, 7:6, 7:7, 7:8, 7:9, 7:11, 7:12
**AMERICAN** [1] - 2:19
**amount** [1] - 24:14
**ANADARKO** [2] - 8:20, 8:21
**Anadarko** [3] - 16:17, 18:4, 18:5
**AND** [6] - 6:9, 10:7, 12:5, 12:12, 12:15, 12:21
**ANDREW** [1] - 7:17
**Andy** [5] - 17:20, 19:9, 27:4, 28:1, 37:3
**ANGELES** [1] - 7:4
**ANTHONY** [1] - 2:7
**ANTONIO** [1] - 3:8
**anyway** [1] - 30:10
**appeal** [1] - 27:12
**appealable** [1] - 29:14
**appealed** [1] - 23:5
**APPEARANCES** [11] - 1:15, 2:1, 3:1, 4:1, 5:1, 6:1, 7:1, 8:1, 9:1, 10:1, 11:1
**appearing** [1] - 15:25
**appellate** [1] - 29:21
**applies** [1] - 23:22
**appreciate** [2] - 25:14, 27:22
**approach** [2] - 28:17, 29:9
**April** [1] - 14:12
**APRIL** [1] - 1:6
**ARE** [1] - 12:22
**AREAUX** [1] - 9:8

**argued** [2] - 23:14, 26:15
**argument** [4] - 23:9, 23:12, 38:18, 38:20
**arguments** [3] - 38:10, 35:13, 38:23
**array** [1] - 25:2
**arrive** [1] - 29:12
**AS** [1] - 12:24
**ASBILL** [1] - 6:14
**assignment** [1] - 36:15
**assume** [1] - 22:6
**astounding** [3] - 24:14, 25:3, 25:13
**AT** [1] - 13:13
**attire** [1] - 18:15
**ATTORNEY** [1] - 5:7
**Attorney** [1] - 18:13
**AVENUE** [9] - 1:22, 4:11, 4:22, 5:9, 5:22, 7:4, 8:4, 10:9, 10:18
**aware** [3] - 21:1, 26:21, 32:13

## B

**BABIUCH** [1] - 7:17
**BAKER** [1] - 5:16
**Baldwin** [1] - 16:12
**BALDWIN** [2] - 9:21, 16:12
**Bankston** [2] - 34:1, 34:2
**BARBIER** [1] - 1:13
**barge** [1] - 34:1
**BARON** [1] - 4:21
**BARR** [1] - 2:11
**BARRIOS** [2] - 4:7, 4:7
**Barrow** [1] - 16:24
**BARROW** [2] - 10:13, 16:24
**BART** [1] - 5:3
**based** [2] - 23:2, 28:19
**BATON** [2] - 3:25, 5:17
**BATTERY** [1] - 2:23
**BAYLEN** [1] - 2:12
**BE** [1] - 13:12
**BEASLEY** [1] - 4:3
**Beck** [3] - 17:18, 37:18, 37:20
**BECK** [5] - 7:23, 7:24, 17:18, 37:20, 38:15
**Beck's** [1] - 38:10
**BECK'S** [1] - 13:9
**BEFORE** [1] - 1:13
**began** [1] - 25:7

**behalf** [1] - 35:22
**behind** [2] - 14:23, 16:18
**belabor** [1] - 30:20
**BELLE** [1] - 3:22
**bench** [1] - 38:22
**beneficial** [2] - 22:17, 26:11
**BERNSTEIN** [1] - 2:22
**BERTAUT** [1] - 8:8
**best** [4] - 27:21, 28:11, 28:16, 39:15
**between** [1] - 24:23
**beyond** [1] - 22:13
**big** [1] - 18:20
**Bill** [1] - 24:3
**BINGHAM** [1] - 9:3
**BLANK** [1] - 10:16
**BLOSSMAN** [1] - 9:8
**BOBBY** [1] - 5:16
**BOCKIUS** [1] - 9:8
**Boeing** [1] - 32:15
**BOP** [3] - 12:15, 32:3, 33:13
**bottom** [1] - 30:25
**BOULEVARD** [1] - 3:3
**BOUNDS** [1] - 2:14
**BOX** [4] - 1:19, 4:4, 6:15, 11:4
**BP** [31] - 7:6, 7:7, 7:7, 7:8, 7:9, 7:10, 7:11, 12:24, 16:16, 16:23, 17:13, 17:19, 17:21, 19:10, 20:6, 21:24, 23:20, 24:11, 26:8, 27:4, 27:18, 30:5, 32:5, 32:22, 32:23, 36:5, 36:8, 36:14, 36:15, 36:17, 37:24
**BP's** [4] - 27:7, 28:20, 30:1, 37:2
**BP/GCCF** [1] - 31:19
**BRAD** [1] - 7:3
**BRANCH** [1] - 5:20
**breach** [1] - 21:3
**BREIT** [4] - 2:3, 2:3, 14:24, 15:7
**Breit** [2] - 14:24, 15:6
**BRENNAN** [1] - 6:14
**BRIAN** [2] - 2:11, 7:3
**briefed** [2] - 34:25, 35:1
**briefing** [3] - 31:7, 34:22, 35:5
**briefly** [1] - 32:15
**briefs** [1] - 35:5
**BROAD** [1] - 4:15
**BROADWAY** [1] - 3:11
**BROCK** [2] - 8:4,

17:13
**Brock** [1] - 17:13
**brought** [1] - 20:10
**BUDD** [1] - 4:21
**buffs** [1] - 24:16
**BUILDING** [3] - 2:19, 3:7, 10:17
**bulky** [1] - 34:8
**BUNDLE** [1] - 12:4
**bundle** [1] - 19:5
**Bundle** [1] - 19:4
**BURLING** [1] - 8:3
**BY** [53] - 1:4, 1:18, 1:22, 2:3, 2:7, 2:11, 2:15, 2:18, 2:23, 3:3, 3:6, 3:10, 3:14, 3:17, 3:21, 3:24, 4:4, 4:7, 4:11, 4:14, 4:18, 4:21, 5:3, 5:7, 5:12, 5:16, 5:21, 6:4, 6:10, 6:14, 6:18, 6:22, 7:3, 7:12, 7:17, 7:21, 7:24, 8:4, 8:8, 8:12, 8:17, 8:22, 9:3, 9:8, 9:12, 9:16, 9:21, 10:8, 10:13, 10:17, 10:21, 11:14, 11:14

## C

**C**............................
.............. [1] - 12:4
**CA** [3] - 2:24, 5:23, 7:4
**Cabraser** [1] - 16:11
**CABRASER** [3] - 2:22, 2:23, 16:10
**CALLED** [1] - 14:4
**CALVIN** [1] - 4:11
**Calvin** [1] - 14:19
**CAMERON** [1] - 8:7
**Cameron** [3] - 17:17, 17:18, 37:21
**Cameron's** [2] - 37:19, 38:11
**CAMERON'S** [3] - 13:5, 13:9, 13:10
**CAMP** [1] - 5:13
**CANAL** [4] - 2:7, 2:8, 9:17, 9:18
**CAPITOL** [1] - 3:14
**capping** [2] - 32:3, 32:21
**CAPPING** [1] - 12:15
**Captain** [2] - 32:24, 32:25
**captain** [1] - 33:7
**care** [2] - 23:22, 37:7
**CARL** [1] - 1:13
**CARMELITE** [1] - 8:8

**CARONDELET** [1] - 8:9
**carriers** [5] - 27:14, 27:16, 27:23, 28:16, 28:24
**CARVER** [1] - 9:7
**case** [21] - 14:10, 19:13, 19:22, 19:23, 19:24, 20:5, 20:14, 20:21, 22:4, 22:8, 23:5, 23:11, 23:13, 24:25, 25:4, 25:7, 25:20, 25:21, 26:6, 29:19
**CASE**........................
......... [1] - 12:11
**CASE**..........................
................ [1] - 12:10
**Cases** [1] - 21:22
**CASES** [1] - 1:10
**cases** [23] - 19:16, 20:11, 20:15, 20:17, 20:24, 21:2, 21:3, 21:6, 21:7, 21:10, 21:18, 22:3, 22:10, 22:25, 23:2, 23:7, 23:8, 26:3, 27:1, 27:3
**CASES**................ [1] - 12:13
**CASES**.........................
......... [1] - 12:8
**CASES**.........................
.............. [1] - 12:6
**CASES**........................
................ [1] - 12:14
**CASES**........................
.................... [1] - 12:9
**CASTEIX** [1] - 4:7
**Cathy** [2] - 39:11, 39:24
**CATHY** [1] - 11:10
**Cathy_Pepper@laed.uscourts.gov** [1] - 39:25
**cathy_Pepper@laed.uscourts.gov** [1] - 11:12
**CCR** [2] - 11:10, 39:24
**CDs** [1] - 34:9
**CEMENT** [1] - 12:16
**cement** [2] - 33:17, 34:17
**CENTER** [2] - 7:24, 10:21
**Central** [1] - 39:3
**CENTRAL** [1] - 13:13
**CENTRE** [1] - 6:11
**ceremony** [1] - 33:5,

33:7
**CERTIFICATE** [1] - 39:9
**CERTIFIED** [1] - 11:10
**Certified** [2] - 39:11, 39:12
**certify** [1] - 39:14
**CHAKERES** [1] - 5:21
**CHAMBERS** [1] - 10:12
**CHARLES** [1] - 4:15
**CHASSE** [1] - 3:22
**CHICAGO** [1] - 7:18
**Christmas** [1] - 16:3
**CHRYSLER** [1] - 10:17
**CIRCLE** [1] - 3:18
**circle** [1] - 36:14
**Circuit** [1] - 30:16
**circuited** [1] - 29:2
**CITY** [1] - 3:11
**CIVIL** [2] - 1:7, 5:20
**claim** [3] - 20:11, 26:17, 31:19
**claimants** [1] - 35:20
**claimed** [1] - 20:6
**clean** [1] - 35:14
**clean-up** [1] - 35:14
**cleaning** [1] - 19:5
**CLERK** [3] - 14:7, 14:11, 39:1
**CLINGMAN** [2] - 6:15, 17:9
**Clingman** [1] - 17:9
**closes** [1] - 36:14
**CMO** [1] - 31:16
**co** [1] - 15:13
**co-liaison** [1] - 15:13
**coming** [3] - 26:13, 31:19, 35:1
**commented** [1] - 30:23
**committees** [1] - 14:16
**communication** [1] - 27:21
**communications** [2] - 22:15, 28:4
**community** [1] - 28:2
**COMPANY** [3] - 7:7, 8:21
**compensation** [1] - 20:9
**completed** [1] - 26:5
**completely** [1] - 27:19
**COMPUTER** [1] - 11:14
**concerned** [1] - 21:24
**concluded** [1] - 39:5

**CONDITIONAL** [1] - 12:5
**Conditional** [2] - 19:6, 19:25
**conditional** [4] - 19:12, 19:14, 20:3, 21:21
**confer** [4] - 29:8, 29:12, 30:1, 31:5
**conference** [7] - 18:12, 24:21, 25:12, 36:13, 36:25, 38:17, 39:2
**CONFERENCE** [2] - 1:12, 13:12
**CONRAD** [1] - 4:18
**consented** [1] - 21:14
**consistent** [1] - 21:9
**construed** [2] - 29:23, 29:24
**contemplate** [1] - 34:23
**continue** [1] - 32:6
**CONTINUED** [10] - 2:1, 3:1, 4:1, 5:1, 6:1, 7:1, 8:1, 9:1, 10:1, 11:1
**continued** [1] - 23:15
**contract** [3] - 21:3, 21:10, 26:17
**conveniens** [1] - 23:2
**convinced** [1] - 30:17
**cooperation** [1] - 23:15
**coordinating** [2] - 14:14, 14:22
**coordination** [1] - 23:16
**copy** [1] - 34:10
**CORAL** [1] - 3:18
**COREY** [1] - 5:8
**CORNER** [1] - 11:4
**CORPORATE** [1] - 4:18
**CORPORATION** [4] - 7:8, 8:7, 8:20, 10:16
**correct** [7] - 20:19, 24:1, 33:25, 34:2, 35:6, 36:23, 39:15
**Cossich** [1] - 15:22
**COSSICH** [3] - 3:20, 3:21, 15:22
**COTLAR** [1] - 1:21
**COUNSEL** [1] - 1:18
**counsel** [6] - 14:15, 14:22, 22:16, 24:1, 37:2, 37:7
**count** [1] - 35:3
**County** [1] - 22:1
**couple** [7] - 20:11,

22:3, 22:10, 22:23, 24:25, 35:14, 35:15
**course** [9] - 19:4, 19:17, 25:4, 25:24, 26:14, 26:22, 29:2, 32:25, 38:13
**COURT** [77] - 1:1, 11:10, 12:6, 13:2, 14:4, 14:8, 14:10, 14:14, 14:23, 15:3, 15:6, 15:10, 16:5, 16:18, 16:20, 18:8, 18:21, 18:25, 20:5, 20:8, 20:14, 20:17, 20:23, 21:5, 21:9, 21:16, 21:18, 22:6, 22:14, 22:20, 23:15, 23:23, 24:2, 24:4, 24:6, 24:8, 25:16, 26:19, 26:25, 27:3, 28:22, 29:5, 30:8, 30:13, 31:4, 31:15, 31:21, 32:2, 32:9, 32:12, 32:14, 32:19, 33:4, 33:7, 33:12, 33:17, 33:21, 33:24, 34:1, 34:12, 34:14, 34:16, 34:20, 35:3, 35:7, 35:11, 36:1, 36:17, 36:21, 37:1, 37:9, 37:11, 37:16, 38:8, 38:16, 38:21, 38:25
**court** [4] - 20:22, 22:1, 22:13, 22:15
**Court** [15] - 21:22, 22:17, 25:20, 31:8, 34:11, 37:12, 37:22, 38:1, 38:6, 38:14, 39:12, 39:13, 39:14, 39:24, 39:25
**Court's** [1] - 37:6
**Covington** [1] - 28:2
**COVINGTON** [1] - 8:3
**CRAFT** [1] - 3:6
**crossclaim** [1] - 36:5
**CROSSCLAIM** [1] - 12:24
**crossclaims** [5] - 36:6, 36:13, 36:16, 36:19, 36:21
**CROSSCLAIMS........ ..........................** [1] - 12:25
**CROW** [1] - 4:3
**CRR** [2] - 11:10, 39:24
**CTO** [2] - 19:23, 19:24
**CUNNINGHAM** [3] - 2:14, 2:15, 16:7
**Cunningham** [1] -

16:8

# D

**DALLAS** [3] - 4:22, 8:14, 10:22
**Damon** [2] - 34:1, 34:2
**Dan** [1] - 17:1
**DANIEL** [1] - 6:18
**Daniel** [1] - 17:11
**DARDEN** [1] - 9:7
**data** [1] - 34:6
**date** [3] - 22:6, 26:18, 35:17
**DATE....** [1] - 12:20
**dates** [1] - 22:3
**DAUPHIN** [1] - 2:15
**David** [2] - 17:18, 37:20
**DAVID** [1] - 7:24
**DAWN** [1] - 4:7
**DAYS** [1] - 13:2
**days** [8] - 24:25, 28:25, 30:21, 31:2, 31:5, 32:9, 37:6, 37:11
**DC** [4] - 6:5, 7:22, 8:5, 9:5
**deadline** [1] - 35:2
**deal** [3] - 26:22, 28:19, 28:23
**dealing** [2] - 19:4, 22:13
**dealt** [1] - 19:12
**Deb** [2] - 16:17, 16:18
**DEBORAH** [1] - 8:22
**December** [5] - 19:3, 19:21, 23:5, 26:13, 34:24
**DECEMBER** [2] - 1:8, 14:2
**decide** [1] - 20:25
**decided** [6] - 19:20, 20:20, 20:24, 29:19, 32:16
**deck** [1] - 34:1
**DEEPWATER** [3] - 1:5, 6:8, 6:9
**Deepwater** [1] - 14:12
**defendants** [1] - 17:15
**DEGRAVELLES** [1] - 3:24
**degrees** [1] - 31:2
**DENHAM** [1] - 4:12
**denial** [1] - 30:15
**denied** [1] - 29:19
**Dennis** [1] - 16:24
**DENNIS** [1] - 10:13
**denying** [1] - 19:21

**DEPARTMENT** [2] - 5:20, 6:4
**deposed** [2] - 25:1, 26:7
**DEPOSITION** [1] - 12:12
**Deposition** [1] - 24:9
**deposition** [2] - 24:15, 24:22
**depositions** [5] - 24:18, 24:23, 25:9, 26:1, 26:8
**DEPUTY** [3] - 14:7, 14:11, 39:1
**derivative** [2] - 22:25, 23:7
**DERIVATIVE** [1] - 12:8
**destination** [1] - 32:7
**develop** [2] - 27:19, 29:6
**development** [1] - 37:17
**Dewone** [1] - 22:4
**DEXTER** [1] - 5:9
**differences** [1] - 37:23
**different** [4] - 28:4, 31:3, 35:16, 35:19
**directly** [1] - 28:18
**discovery** [5] - 23:17, 24:15, 25:8, 26:1, 26:5
**Discovery** [1] - 24:9
**DISCOVERY............** [1] - 12:12
**discussed** [1] - 15:4
**discussion** [2] - 27:6, 27:10
**discussions** [2] - 29:8, 37:1
**dismiss** [6] - 23:9, 23:12, 23:13, 28:20, 29:18, 38:6
**dismissing** [3] - 23:2, 23:5, 23:7
**dispute** [1] - 33:2
**disputes** [2] - 20:3, 23:3
**District** [3] - 39:13, 39:14, 39:25
**district** [1] - 19:16
**DISTRICT** [3] - 1:1, 1:2, 1:13
**DIVIDEND** [1] - 12:10
**dividend** [1] - 23:11
**DIVISION** [1] - 5:20
**Document** [3] - 35:18, 36:6, 38:12
**DOCUMENT** [4] - 1:9, 12:21, 13:1, 13:11
**documents** [1] - 24:18

**DOJ** [2] - 32:22, 32:23
**DOMENGEAUX** [1] - 1:18
**DOMINION** [2] - 2:4, 3:7
**Don** [3] - 17:19, 17:24, 24:10
**DON** [1] - 7:12
**DONALD** [1] - 8:12
**done** [4] - 25:4, 25:19, 30:5, 34:3
**draft** [2] - 27:14, 30:22
**DRESCHER** [1] - 2:3
**DRIL** [1] - 10:12
**Dril** [1] - 16:25
**DRIL-QUIP** [1] - 10:12
**Dril-Quip** [1] - 16:25
**DRILLING** [1] - 6:9
**DRIVE** [2] - 2:4, 3:7, 4:18
**DRIVES** [1] - 11:4
**drop** [1] - 24:20
**due** [1] - 26:22
**DUKE** [1] - 11:3
**Duke** [1] - 16:6
**DUNBAR** [1] - 9:16
**DURHAM** [1] - 11:5

## E

**E&P** [3] - 8:21, 12:24, 36:5
**e-mails** [1] - 28:1
**early** [3] - 24:23, 24:24, 25:9
**EAST** [1] - 3:14
**EASTERN** [1] - 1:2
**Eastern** [1] - 39:14
**economic** [1] - 21:7
**EDWARDS** [1] - 1:18
**effect** [1] - 20:13
**efficient** [2] - 30:9, 30:14
**effort** [2] - 25:11, 25:14
**eight** [1] - 25:1
**either** [4] - 20:24, 21:11, 22:1, 33:20
**Elizabeth** [1] - 16:11
**ELIZABETH** [2] - 2:23, 5:16
**ELLIS** [2] - 7:16, 7:20
**Ellison** [2] - 23:1, 23:4
**Ellison's** [1] - 22:21
**ELM** [1] - 8:14
**Elsley** [2] - 17:6, 28:14
**ELSLEY** [3] - 6:22, 17:6, 28:14
**encourage** [1] - 29:7

**end** [1] - 18:11
**ENERGY** [2] - 6:11, 8:12
**ENFORCEMENT** [1] - 6:3
**engaged** [1] - 25:8
**Englebert** [1] - 32:24
**Englebert's** [2] - 32:25, 33:7
**enter** [1] - 23:4
**entered** [2] - 23:7, 31:17
**entertain** [2] - 38:14, 38:17
**entitled** [1] - 39:17
**ENVIRONMENTAL** [1] - 6:3
**ERISA** [2] - 12:9, 23:8
**ERVIN** [1] - 3:17
**Espy** [1] - 16:2
**ESPY** [2] - 3:14, 16:2
**ESQUIRE** [64] - 1:18, 1:22, 2:3, 2:7, 2:11, 2:15, 2:18, 2:23, 3:3, 3:6, 3:10, 3:14, 3:17, 3:21, 3:24, 4:4, 4:7, 4:11, 4:14, 4:18, 4:21, 5:3, 5:7, 5:8, 5:8, 5:12, 5:13, 5:16, 5:21, 5:21, 6:4, 6:10, 6:14, 6:15, 6:18, 6:22, 7:3, 7:12, 7:17, 7:17, 7:21, 7:24, 8:4, 8:8, 8:8, 8:12, 8:13, 8:13, 8:17, 8:22, 9:3, 9:4, 9:8, 9:12, 9:12, 9:16, 9:17, 9:21, 9:22, 10:8, 10:9, 10:13, 10:17, 10:21
**essentially** [1] - 26:4
**EVANS** [1] - 9:17
**event** [2] - 21:7, 33:11
**events** [2] - 22:23, 22:24
**evidence** [1] - 32:6
**example** [1] - 23:19
**excess** [1] - 27:25
**EXCESS** [1] - 9:16
**expect** [1] - 20:2
**expeditiously** [2] - 28:19, 28:22
**expenses** [1] - 32:25
**expert** [2] - 24:21, 24:23
**experts** [3] - 25:1, 26:1, 32:7
**explained** [1] - 28:3
**EXPLORATION** [1] - 7:9
**extremely** [1] - 25:4

**eye** [2] - 32:23, 33:2

## F

**fact** [3] - 21:13, 24:24, 26:18
**fading** [1] - 16:20
**fairly** [2] - 28:19, 34:8
**FANNIN** [1] - 6:15
**fans** [1] - 18:16
**far** [1] - 21:24
**favor** [1] - 29:23
**FAYARD** [3] - 4:10, 4:11, 14:19
**Fayard** [1] - 14:19
**February** [2] - 23:12, 25:21
**FEDERAL** [1] - 5:19
**federal** [1] - 20:21
**few** [1] - 20:15
**FIFTEENTH** [1] - 7:21
**FIFTH** [1] - 10:9
**Fifth** [1] - 30:16
**figure** [2] - 34:6, 34:9
**file** [6] - 28:3, 28:17, 29:3, 30:3, 30:7, 35:16
**FILE** [1] - 12:19
**filed** [14] - 19:18, 21:11, 23:21, 26:18, 27:17, 28:9, 28:10, 28:15, 28:23, 28:24, 29:3, 35:18, 35:25, 36:22
**FILED** [1] - 11:7
**filing** [2] - 28:21, 35:2
**final** [4] - 23:4, 23:7, 29:13, 35:2
**finality** [2] - 28:11, 30:15
**finally** [1] - 23:11
**FINANCIAL** [1] - 10:7
**fine** [2] - 23:21, 37:10
**finished** [3] - 33:20, 34:4
**FINN** [1] - 9:8
**FIRM** [2] - 2:6, 10:20
**firm** [1] - 28:2, 33:10
**firms** [1] - 35:19
**Fitch** [1] - 18:5
**FITCH** [2] - 9:4, 18:5
**five** [1] - 38:22
**FL** [2] - 2:12, 3:18
**FLOOR** [5] - 2:23, 5:22, 6:11, 7:4, 10:13
**FLORIDA** [1] - 4:11
**Florida** [1] - 20:22
**FLSA** [1] - 21:18

**focus** [2] - 26:5, 26:7
**followed** [1] - 15:7
**following** [2] - 19:20, 27:7
**footnote** [1] - 24:20
**FOR** [22] - 1:17, 2:3, 5:7, 5:11, 5:19, 6:3, 6:7, 7:6, 8:7, 8:11, 8:20, 9:7, 9:11, 9:15, 9:20, 10:3, 10:12, 10:16, 10:20, 12:19, 13:7, 13:8
**foregoing** [1] - 39:23
**FORM** [1] - 12:19
**form** [4] - 19:17, 23:3, 27:14, 35:16
**forth** [1] - 20:4
**forum** [1] - 23:2
**forward** [2] - 27:7, 27:22
**FRANCIS** [1] - 11:3
**FRANCISCO** [2] - 2:24, 5:23
**frankly** [1] - 29:24
**FRIDAY** [2] - 1:8, 14:2
**Friday** [1] - 25:6
**FRILOT** [1] - 6:10
**front** [1] - 15:8
**FRUGE** [1] - 3:24
**full** [1] - 18:21
**fully** [5] - 25:17, 25:22, 29:6, 34:25, 35:1

## G

**GABLES** [1] - 3:18
**Galveston** [2] - 22:1, 22:8
**game** [2] - 18:17, 18:25
**Gasaway** [3] - 16:15, 31:24, 32:4
**GASAWAY** [11] - 7:21, 16:15, 32:1, 32:4, 32:11, 32:13, 32:18, 32:20, 33:6, 33:9, 33:16
**GATE** [1] - 5:22
**General** [1] - 18:13
**GENERAL'S** [1] - 5:7
**George** [1] - 27:24
**GEORGE** [1] - 9:16
**Gilly** [3] - 27:24, 30:21, 31:21
**GILLY** [8] - 9:16, 27:24, 29:1, 29:16, 30:11, 30:14, 31:10, 31:16
**Godwin** [2] - 17:24,

**34:18
**GODWIN** [5] - 8:12, 8:12, 8:16, 17:24, 34:19
**GOFORTH** [3] - 6:18, 6:18, 17:1
**Goforth** [1] - 17:1
**GOLDEN** [1] - 5:22
**GONZALES** [1] - 3:17
**Gonzalez** [1] - 15:14
**GONZALEZ** [2] - 3:17, 15:14
**Goodwin** [1] - 28:3
**GOTSHAL** [1] - 10:8
**GOVERNMENT** [1] - 5:20
**government** [1] - 34:3
**GOVERNOR** [1] - 5:16
**Governor's** [1] - 15:17
**GRABILL** [1] - 10:8
**gradually** [1] - 16:20
**grand** [1] - 24:22
**GRAND** [1] - 7:4
**grant** [2] - 37:12, 38:10
**GRANT** [2] - 13:3, 13:9
**granted** [5] - 19:23, 35:24, 36:3, 36:13, 36:24
**GRANTED**.................
................. [1] - 12:22
**Graspick** [1] - 33:10
**GREENWALD** [2] - 3:10, 16:9
**Greenwald** [1] - 16:9
**GROSS** [1] - 16:22
**Gross** [1] - 16:22
**grounds** [1] - 23:2
**GROUP** [1] - 4:17
**GUERRA** [1] - 3:6
**guess** [5] - 25:19, 27:17, 27:20, 29:7, 32:9
**Gulf** [1] - 14:12
**GULF** [1] - 1:5
**gurus** [1] - 29:21
**guys** [1] - 15:3

## H

**half** [1] - 24:18
**Halliburton** [3] - 17:23, 17:25, 18:2
**HALLIBURTON** [1] - 8:11
**handling** [1] - 21:19
**happy** [2] - 22:17, 32:11

5

hard [1] - 25:18
Harris [1] - 22:1
hat [1] - 18:18
hate [1] - 32:14
Haycraft [2] - 17:19, 24:10
HAYCRAFT [3] - 7:12, 17:19, 24:10
HB406 [1] - 11:11
hear [2] - 27:14, 30:10
HEARD [1] - 1:13
hearing - 36:3
HEIMANN [1] - 2:22
hereby [1] - 39:14
Herman [2] - 14:17, 26:25
HERMAN [5] - 1:21, 1:22, 14:17, 27:2
hiding [1] - 14:23
highlights [1] - 22:12
HIGHWAY [1] - 7:17
history [2] - 31:1
HOLDINGS [3] - 6:7, 7:10, 10:4
HOLTHAUS [1] - 3:24
HONEYCUTT [1] - 4:10
Honor [66] - 14:9, 14:17, 14:19, 14:24, 15:1, 15:11, 15:12, 15:18, 15:20, 15:22, 15:24, 16:2, 16:7, 16:10, 16:15, 16:22, 16:24, 17:2, 17:4, 17:6, 17:11, 17:13, 17:14, 17:16, 17:18, 17:20, 17:24, 18:1, 18:3, 18:18, 19:9, 21:1, 21:23, 22:22, 23:18, 23:25, 24:10, 25:10, 26:4, 26:24, 27:2, 27:4, 27:24, 28:14, 29:16, 30:19, 31:10, 32:1, 32:4, 32:11, 32:13, 32:18, 33:6, 33:16, 33:18, 34:19, 34:21, 35:10, 35:22, 36:10, 36:20, 37:3, 37:15, 37:20, 38:15, 38:24
HONORABLE [1] - 1:13
hope [1] - 33:20
hopefully [1] - 34:4
HORIZON [1] - 1:5
Horizon [1] - 14:12
HOUMA [1] - 4:19
HOUSTON [10] - 3:4, 6:16, 6:19, 6:23, 7:24, 7:25, 8:18,

9:13, 10:14, 10:22
HUGH [1] - 9:12
Hugh [1] - 17:2

**I**

idea [1] - 31:2
IF [2] - 13:2, 13:3
IL [1] - 7:18
impasse [1] - 31:6
imposed [1] - 25:20
IMPREVENTO [1] - 2:3
improper [1] - 29:20
IN [7] - 1:4, 1:5, 11:7, 12:17, 12:24, 13:2
INC [16] - 6:9, 6:10, 7:6, 7:8, 7:9, 7:10, 7:12, 8:12, 10:3, 10:4, 10:5, 10:6, 10:7, 10:8, 10:12, 12:24
Inc [1] - 36:5
included [1] - 29:4
including [2] - 22:3, 26:9
incorporate [1] - 29:13
incorporating [1] - 29:21
incredible [1] - 25:6
indeed [1] - 23:18
indicated [1] - 31:12
individual [2] - 24:5, 24:6
individually [1] - 20:20
indulgence [1] - 37:6
injury [2] - 21:6, 21:7
inspections [2] - 32:8, 32:21
insurance [4] - 27:3, 31:11, 31:23, 31:24
INSURANCE [1] - 12:14
intend [1] - 25:22
interest [1] - 36:15
interesting [1] - 18:15
INTERESTS [2] - 5:7, 5:20
INTERNATIONAL [2] - 8:7, 10:7
interpleader [1] - 31:15
INTO [1] - 12:20
introduce [1] - 14:15
invented [1] - 20:6
investors [2] - 24:5, 24:6

invited [1] - 32:18
involving [1] - 20:5
IRPINO [2] - 2:6, 2:7
Irvin [1] - 15:14
IS [4] - 13:3, 13:8, 13:10, 13:11
issue [3] - 27:12, 28:17, 29:14
issued [7] - 19:4, 19:12, 19:21, 23:1, 27:8, 28:13, 29:18
issues [7] - 19:5, 19:19, 20:24, 21:21, 31:23, 35:12, 38:17
IT'S [1] - 13:3
item [1] - 31:25
ITEMS [1] - 12:2

**J**

JACKSON [2] - 3:15, 10:12
JAMES [1] - 1:18
January [7] - 19:1, 20:2, 22:4, 23:9, 24:24, 35:2, 39:3
JANUARY [1] - 13:12
Jeff [1] - 15:6
JEFFERSON [2] - 1:19, 9:22
Jeffrey [1] - 14:24
JEFFREY [1] - 2:3
Jenny [1] - 17:22
JENNY [1] - 8:13
JEREMY [1] - 10:8
Jim [1] - 15:12
JIMMY [1] - 3:3
JINDAL [1] - 5:16
Joe [1] - 15:20
Joel [1] - 16:22
JOHN [1] - 6:22
John [2] - 17:6, 28:14
JOHNSON [1] - 17:11
Johnson [1] - 17:11
JOINDERS [1] - 36:4
joinders [2] - 19:17, 35:16
JONES [3] - 4:4, 9:21, 15:19
Jones [1] - 15:19
JR [3] - 3:21, 4:11, 10:13
JUDGE [1] - 1:13
Judge [23] - 15:7, 15:14, 15:15, 15:16, 15:19, 16:3, 16:6, 16:12, 16:19, 18:5, 18:6, 18:24, 21:13, 21:19, 22:21, 23:1,

23:4, 25:6, 25:24, 33:3, 33:5, 33:19, 34:11
judges [1] - 22:15
JUDGMENT [1] - 13:7
judgment [20] - 23:4, 26:15, 27:8, 27:11, 27:12, 27:17, 28:6, 28:12, 28:16, 28:17, 28:24, 29:4, 29:14, 29:23, 29:25, 30:7, 30:16, 30:18, 38:2
JUSTICE [2] - 5:20, 6:4

**K**

KALBAC [1] - 3:17
KANE [1] - 3:17
KANNER [2] - 5:12, 5:12
KATZ [1] - 1:21
kept [1] - 35:3
Kerry [2] - 18:6, 35:22
KERRY [1] - 6:10
kind [1] - 27:11
KINGSDORF [1] - 4:7
KIRBY [2] - 9:3, 18:3
Kirby [1] - 18:3
KIRKLAND [2] - 7:16, 7:20
KORETZKY [1] - 9:7
Kuchler [1] - 16:17
KUCHLER [5] - 8:21, 8:22, 16:17, 16:19, 16:21
KULLMAN [2] - 2:18
Ky [1] - 18:3
KY [1] - 9:3

**L**

L.L.C [1] - 9:11
L.L.C.'S [1] - 12:23
L.L.C.'s [1] - 36:4
L.P [1] - 9:21
LA [21] - 1:20, 1:23, 2:8, 2:20, 3:22, 3:25, 4:8, 4:12, 4:15, 4:19, 5:4, 5:14, 5:17, 6:12, 7:14, 8:9, 8:23, 9:9, 9:18, 9:23, 11:11
labs [1] - 34:3
Lacy [3] - 19:22, 20:5, 20:10
Lacy's [1] - 20:21
LAFAYETTE [2] - 1:20, 9:23

LAKE [1] - 4:15
LAMAR [1] - 8:17
LANCE [1] - 9:22
Lance [1] - 16:14
LANGAN [28] - 7:17, 17:20, 19:9, 20:7, 20:10, 20:16, 20:19, 21:1, 21:6, 21:15, 21:17, 21:23, 22:7, 22:19, 22:22, 23:18, 26:4, 26:24, 27:4, 30:19, 31:9, 34:21, 35:6, 35:10, 37:3, 37:14, 38:19, 38:24
Langan [9] - 17:20, 19:8, 19:9, 21:22, 24:12, 27:4, 29:5, 30:10, 37:3
Langan's [1] - 29:11
LASALLE [1] - 7:18
last [12] - 19:3, 24:12, 24:18, 24:21, 26:6, 26:15, 29:10, 29:15, 31:12, 32:21, 36:7, 37:2
law [2] - 32:16, 35:19
LAW [4] - 2:6, 4:17, 10:20, 11:3
LAWN [1] - 4:22
lawyers [2] - 23:16, 30:1
least [2] - 21:24, 31:7
leave [6] - 29:3, 30:6, 35:16, 35:24, 36:24, 38:6
LEAVE [1] - 12:19
led [2] - 32:22
LEE [1] - 10:12
left [1] - 15:5
legal [1] - 27:12
letter [1] - 35:5
LEVIN [1] - 2:10
LEWIS [4] - 2:18, 6:18, 7:12, 9:11
LEXINGTON [1] - 10:18
liaison [4] - 14:14, 15:13, 17:15, 22:16
LIAISON [1] - 1:18
LIEFF [1] - 2:22
LIFE [1] - 2:19
light [1] - 18:10
Limine [3] - 34:20, 34:22, 35:12
LIMINE.....................
...............[1] - 12:17
limitation [1] - 35:17
LIMITATION [1] - 12:20
LIMITED [1] - 7:11

limited [1] - 26:5
line [4] - 28:12, 28:18, 29:10, 30:25
LISKOW [1] - 7:12
listed [1] - 36:2
litigation [1] - 32:7
Liz [1] - 15:16
LLC [4] - 6:8, 9:7, 10:4, 10:5
look [2] - 30:17, 35:7
looking [1] - 35:9
looks [2] - 22:10, 28:25
LOS [1] - 7:4
loss [2] - 21:7, 30:25
LOUISIANA [5] - 1:2, 1:7, 5:12, 6:23, 9:13
Louisiana [2] - 15:17, 39:14
LP [1] - 8:21
LSU [2] - 18:14, 18:15
LUNDY [4] - 4:14, 4:14, 15:18
Lundy [1] - 15:18
LUTHER [1] - 5:7
Luther [4] - 14:21, 14:23, 15:5, 15:6
LUXENBERG [1] - 3:10
LUXTON [2] - 9:12, 17:4
Luxton [1] - 17:4

# M

M-I [2] - 17:3, 17:5
Magistrate [1] - 21:13
mails [1] - 28:1
MAIN [1] - 3:25
major [1] - 32:8, 32:15, 32:21
MAJOR [1] - 8:13
MANAGEMENT [1] - 10:3
management [1] - 26:6
MANGES [1] - 10:8
MARINE [4] - 10:5, 10:6, 10:6, 10:16
MARTINEZ [2] - 8:13, 17:22
Martinez [1] - 17:22
MARTÍNEZ [1] - 3:17
MASTER [1] - 11:3
master [1] - 32:24
Matt [1] - 15:18
matter [1] - 39:17
matters [1] - 35:14
MATTHEW [1] - 4:14

MAZE [1] - 5:8
MCCUTCHEN [1] - 9:3
MCGOVERN [1] - 11:3
MCKINNEY [1] - 7:25
MCLEOD [1] - 9:17
MDL [7] - 10:20, 12:7, 14:11, 19:15, 22:21, 23:24
mean [2] - 30:24, 31:1
means [1] - 38:13
meant [1] - 22:6
meantime [2] - 26:14, 27:16
MECHANICAL [1] - 11:14
mechanism [1] - 20:12
mediation [1] - 26:11
mediator [1] - 26:12
MEKEL [1] - 5:3
member [1] - 15:25
members [1] - 14:15
mentioned [2] - 22:2, 22:9
Merit [1] - 39:12
merry [1] - 16:3
method [1] - 30:6
METHVIN [1] - 4:3
Mexico [1] - 14:12
MEXICO [1] - 1:5
MI [1] - 9:11
MICHAEL [2] - 3:24, 5:21
Michoud [3] - 32:6, 32:12, 32:16
might [1] - 30:17
Mikal [1] - 15:25
Mike [4] - 15:2, 16:2, 16:4, 17:13
MILES [1] - 4:3
Miller [3] - 18:6, 35:21, 35:22
MILLER [3] - 6:10, 18:6, 35:22
million [1] - 24:17
minute [1] - 38:19
minutes [1] - 38:22
miscellaneous [1] - 21:10
misunderstood [1] - 29:15
MITCHELL [1] - 2:10
MITHOFF [1] - 10:20
MOBILE [1] - 2:16
MOEX [6] - 9:7, 12:23, 36:4, 36:11, 36:15, 36:21
MOEX's [1] - 36:13
Monday [3] - 26:13,

33:20, 34:5
MONITION [1] - 12:20
monition [1] - 35:17
MONTGOMERY [2] - 4:5, 5:9
month [6] - 24:12, 24:13, 25:15, 28:13, 36:7, 37:2
month's [1] - 25:12
MONTHLY [1] - 1:12
months [1] - 24:18
Moore [2] - 28:2, 28:7
MORGAN [2] - 3:13, 9:11
morning [45] - 14:8, 14:9, 14:17, 14:19, 14:24, 15:1, 15:11, 15:12, 15:14, 15:15, 15:16, 15:18, 15:19, 15:20, 15:22, 15:24, 16:2, 16:6, 16:7, 16:9, 16:10, 16:12, 16:15, 16:22, 16:24, 17:2, 17:4, 17:6, 17:9, 17:11, 17:13, 17:14, 17:16, 17:19, 17:20, 17:22, 17:24, 18:1, 18:3, 18:5, 18:6, 19:9, 24:10, 27:24, 37:22
MORRIS [1] - 5:3
most [2] - 30:9, 30:14
motion [35] - 18:11, 23:9, 23:12, 23:13, 26:15, 26:21, 27:7, 27:17, 28:9, 28:12, 28:15, 28:17, 28:20, 28:21, 28:24, 29:3, 29:4, 29:17, 29:19, 29:22, 29:23, 29:25, 30:3, 30:7, 30:15, 36:4, 36:13, 36:14, 37:16, 37:19, 38:1, 38:11, 38:18
MOTION [3] - 12:23, 13:7, 13:10
MOTION.................. ........................... [1] - 13:6
Motions [3] - 34:20, 34:22, 35:12
MOTIONS [3] - 12:17, 12:19, 12:22
motions [5] - 35:16, 35:25, 36:2, 36:3, 38:5
move [1] - 26:2
Moving [1] - 32:2
moving [1] - 33:19
MR [110] - 13:9, 14:17,

14:19, 14:21, 14:24, 15:1, 15:4, 15:7, 15:11, 15:12, 15:14, 15:15, 15:18, 15:19, 15:20, 15:22, 15:24, 16:1, 16:2, 16:3, 16:6, 16:7, 16:12, 16:14, 16:15, 16:22, 16:24, 17:1, 17:2, 17:4, 17:6, 17:8, 17:11, 17:13, 17:14, 17:16, 17:18, 17:19, 17:20, 17:24, 18:1, 18:5, 18:6, 18:18, 18:20, 19:9, 20:7, 20:10, 20:16, 20:19, 21:1, 21:6, 21:15, 21:17, 21:23, 22:7, 22:19, 22:22, 23:18, 23:25, 24:3, 24:5, 24:7, 24:10, 26:4, 26:24, 27:2, 27:4, 27:24, 28:14, 29:1, 29:16, 30:11, 30:14, 30:19, 31:9, 31:10, 31:16, 32:1, 32:4, 32:11, 32:13, 32:18, 32:20, 33:6, 33:9, 33:15, 33:16, 33:18, 33:23, 33:25, 34:2, 34:13, 34:15, 34:19, 34:21, 35:6, 35:10, 35:22, 36:10, 36:19, 36:23, 37:3, 37:10, 37:14, 37:15, 37:20, 38:15, 38:19, 38:24
MS [10] - 3:15, 15:16, 16:9, 16:10, 16:17, 16:19, 16:21, 17:9, 17:22, 18:3
MUNGER [1] - 7:3
Murrill [1] - 15:16
MURRILL [2] - 5:16, 15:16

# N

N.W [1] - 7:21
name [1] - 24:2
NATHANIEL [1] - 5:21
NC [1] - 11:5
necessarily [1] - 25:20
need [4] - 15:3, 21:20, 29:6, 38:13
never [1] - 30:23
NEW [17] - 1:7, 1:23, 2:8, 2:20, 3:11, 4:8, 5:4, 5:14, 6:12, 7:14, 8:9, 8:23, 9:9, 9:18, 10:10, 10:18, 11:11

new [4] - 22:23, 22:24, 24:1, 24:25
New [2] - 19:1, 32:8
news [1] - 24:14
NEXT [1] - 13:12
next [13] - 18:16, 18:17, 20:2, 23:10, 24:24, 25:1, 25:12, 26:10, 31:5, 31:25, 34:7, 34:12, 39:2
nice [1] - 33:4
Nick [1] - 18:18
nine [1] - 33:24
NIZIALEK [6] - 9:8, 36:10, 36:19, 36:23, 37:10, 37:15
Nizialek [2] - 36:10, 37:9
NO [1] - 1:7
non [1] - 23:2
none [1] - 36:3
NORFOLK [1] - 2:5
NORTH [5] - 5:17, 7:8, 7:8, 7:10, 7:11
NOTE [1] - 39:2
noted [2] - 34:21, 34:24
nothing [3] - 33:14, 34:18, 34:19
November [6] - 19:11, 23:14, 24:21, 24:24, 27:6, 27:8
number [6] - 26:19, 34:22, 35:4, 35:19
numbered [1] - 39:17
NUMBERS [1] - 12:21
Numbers [1] - 35:18
NW [2] - 8:4, 9:4
NY [3] - 3:11, 10:10, 10:18

# O

O'BRIEN'S [1] - 10:3
O'KEEFE [1] - 1:22
O'ROURKE [2] - 6:4, 16:1
O'Rourke [1] - 16:1
OAK [1] - 4:22
objection [1] - 35:24
objections [1] - 36:1
obvious [1] - 30:6
obviously [2] - 26:21, 28:12
October [2] - 36:12, 36:24
OF [12] - 1:2, 1:5, 1:12, 5:11, 5:20, 6:3, 6:4, 11:3, 11:4, 12:8,

12:13, 12:15
**offer** [1] - 24:1
**Office** [1] - 15:17
**OFFICE** [2] - 4:4, 5:7
**Official** [2] - 39:13, 39:24
**OFFICIAL** [1] - 11:10
**OFFSHORE** [4] - 6:8, 9:7, 10:4, 12:23
**Offshore** [2] - 36:4, 36:11
**oil** [3] - 14:11, 22:4, 22:7
**OIL** [2] - 1:4, 1:5
**Oil** [1] - 14:12
**OKAY** [1] - 13:3
**OLSON** [1] - 7:3
**ON** [6] - 1:5, 12:12, 12:13, 12:18, 13:5, 13:12
**once** [1] - 37:7
**one** [7] - 19:12, 19:13, 30:11, 32:9, 32:22, 37:4
**ONE** [4] - 2:7, 7:13, 7:24, 10:21
**ongoing** [1] - 26:1
**opinion** [4] - 29:18, 29:20, 29:24
**opportunity** [3] - 27:19, 27:21, 27:22
**OPPORTUNITY** [1] - 12:13
**Opportunity** [2] - 21:2, 26:3
**oppose** [2] - 30:5, 30:6
**OR** [1] - 13:3
**oral** [4] - 18:10, 35:13, 38:18, 38:23
**ORDER** [2] - 13:10, 14:4
**Order** [1] - 19:25
**order** [14] - 19:4, 19:12, 19:21, 21:21, 23:1, 23:7, 23:22, 26:6, 27:14, 27:15, 28:13, 29:21, 38:11
**ordered** [1] - 38:12
**ORDERED** [1] - 13:11
**Orders** [1] - 19:6
**ORDERS** [1] - 12:5
**orders** [2] - 19:15, 20:4
**ORLEANS** [14] - 1:7, 1:23, 2:8, 2:20, 4:8, 5:4, 5:14, 6:12, 7:14, 8:9, 8:23, 9:9, 9:18, 11:11
**Orleans** [2] - 19:1,

32:8
**OTHER** [1] - 13:3
**OUR** [1] - 13:7
**OUT**..........................
..........[1] - 13:4
**outlined** [1] - 26:6

---

## P

**P.O** [1] - 6:5
**pace** [1] - 25:5
**PAGE** [1] - 12:2
**paid** [1] - 33:1
**PALMINTIER** [3] - 3:24, 3:24, 16:3
**Palmintier** [1] - 16:4
**PAN** [1] - 2:19
**Panel** [7] - 19:11, 19:19, 19:21, 20:1, 20:19, 20:24
**PAPANTONIO** [1] - 2:10
**PARKWAY** [1] - 10:13
**PARSIOLA** [1] - 3:20
**part** [2] - 20:11, 21:8
**partial** [1] - 29:13
**participation** [3] - 23:17, 32:22, 32:23
**particular** [1] - 20:23
**PARTIES** [1] - 13:2
**parties** [13] - 21:14, 22:16, 24:17, 25:4, 25:18, 26:4, 26:11, 31:14, 33:1, 34:7, 34:10, 34:22, 37:11
**partner** [1] - 28:3
**party** [1] - 36:15
**PAUL** [1] - 2:18
**Paul** [1] - 15:15
**PENDING** [1] - 12:19
**pending** [5] - 20:21, 23:9, 35:16, 38:5, 38:18
**PENNSYLVANIA** [1] - 8:4
**PENNZOIL** [1] - 6:22
**PENSACOLA** [1] - 2:12
**PENTHOUSE** [1] - 3:18
**PEPPER** [1] - 11:10
**Pepper** [2] - 39:11, 39:24
**perhaps** [2] - 27:11, 29:5
**permission** [1] - 38:1
**PERMISSION** [1] - 13:7
**personal** [1] - 21:7

**personally** [1] - 22:14
**pertaining** [1] - 38:17
**PETROLEUM** [1] - 8:20
**Phase** [1] - 25:10
**phase** [1] - 25:10
**PHELPS** [1] - 9:16
**Phil** [3] - 15:22, 17:16, 36:10
**PHILIP** [1] - 3:21
**PHILLIP** [2] - 8:8, 9:8
**PIGMAN** [1] - 8:7
**PLACE** [3] - 2:7, 6:22, 9:17
**place** [1] - 24:15
**plaintiff** [5] - 19:22, 26:18, 36:5, 36:18, 36:19
**PLAINTIFF** [1] - 12:24
**plaintiffs** [5] - 14:18, 23:19, 26:5, 26:7, 26:20
**PLAINTIFFS** [1] - 2:3
**PLAINTIFFS'** [1] - 1:17
**planned** [1] - 26:12
**planning** [1] - 26:12
**pleading** [1] - 19:5
**pleadings** [2] - 27:8, 29:18
**PLEASE** [1] - 11:7
**pleased** [2] - 24:13, 24:14
**Pletcher** [1] - 15:24
**PLETCHER** [2] - 3:6, 15:24
**point** [3] - 18:12, 22:16, 30:20
**POLK** [1] - 8:21
**PORTIS** [1] - 4:3
**possible** [2] - 25:5, 27:12
**post** [2] - 21:7, 34:9
**POST** [1] - 4:4
**post-event** [1] - 21:7
**POYDRAS** [8] - 2:19, 4:8, 5:4, 6:11, 7:13, 8:23, 9:9, 11:11
**practically** [1] - 25:6
**prejudice** [2] - 38:4, 38:7, 38:13
**PREJUDICE.** [1] - 13:11
**prepare** [1] - 27:13
**prepared** [1] - 30:22
**presence** [1] - 32:16
**PRESENT** [1] - 11:7
**pretty** [1] - 18:10
**previously** [1] - 22:10

**pro** [1] - 19:22
**problem** [1] - 37:5
**procedurally** [1] - 31:6
**proceeded** [1] - 30:4
**proceeding** [2] - 25:11, 27:11
**PROCEEDINGS** [3] - 1:12, 11:14, 14:1
**proceedings** [2] - 39:4, 39:16
**process** [3] - 31:20, 33:1, 33:19
**PROCTOR** [1] - 2:11
**PRODUCED** [1] - 11:14
**produced** [2] - 24:16, 24:17
**PRODUCTION** [2] - 7:7, 7:10
**PRODUCTS** [1] - 7:11
**Professional** [1] - 39:12
**PROFESSOR** [1] - 11:3
**progress** [1] - 34:14
**promised** [1] - 18:14
**promises** [1] - 35:8
**proper** [1] - 30:18
**proposed** [1] - 29:4
**protective** [1] - 23:22
**protocol** [1] - 31:13
**PSC** [17] - 14:20, 14:25, 15:11, 15:14, 15:15, 15:18, 15:19, 15:21, 15:23, 15:25, 16:2, 16:4, 16:6, 16:8, 16:9, 16:11, 23:19
**public** [1] - 33:18
**purple** [1] - 18:22
**put** [1] - 16:18

---

## Q

**QUIP** [1] - 10:12
**Quip** [1] - 16:25

---

## R

**RACHEL** [1] - 6:15
**Rachel** [1] - 17:9
**RAFFERTY** [1] - 2:11
**rail** [1] - 16:18
**ray** [1] - 23:20
**RAYZOR** [1] - 6:21
**re** [1] - 14:11
**RE** [1] - 1:4
**reach** [2] - 28:11, 30:2

**reaching** [1] - 24:25
**ready** [1] - 25:10
**real** [1] - 36:15
**really** [4] - 23:25, 25:3, 27:20, 30:22
**REALTIME** [1] - 11:10
**Realtime** [1] - 39:11
**reasoning** [1] - 15:7
**reasons** [2] - 28:13, 29:22
**received** [1] - 35:4
**recent** [2] - 22:14, 23:18
**recently** [1] - 19:20
**recollection** [1] - 29:10
**RECORD** [4] - 11:7, 12:21, 13:1, 13:10
**Record** [3] - 35:18, 36:6, 38:12
**record** [4] - 24:25, 27:19, 29:6, 39:16
**RECORDED** [1] - 11:14
**red** [1] - 18:21
**REDDEN** [1] - 7:23
**refile** [1] - 23:6
**regard** [2] - 25:25, 27:13
**Registered** [2] - 39:11, 39:12
**regular** [1] - 18:11
**reimbursements** [1] - 31:19
**relates** [1] - 19:23
**RELATES** [1] - 1:9
**relating** [2] - 20:3, 35:12
**relatively** [1] - 35:19
**remain** [1] - 19:20
**remains** [1] - 26:15
**remarkable** [1] - 25:17
**REPORT** [4] - 12:5, 12:12, 12:13, 13:5
**Report** [3] - 19:6, 24:9, 26:2
**report** [9] - 19:11, 20:4, 22:13, 24:13, 24:14, 25:13, 34:7, 34:24, 37:18
**Reporter** [6] - 39:11, 39:12, 39:13, 39:24
**REPORTER** [2] - 11:10, 11:10
**REPORTER'S** [2] - 39:2, 39:9
**reports** [2] - 23:20, 25:15
**represent** [1] - 24:4
**representative** [1] -

26:9
**represented** [1] - 33:10
**request** [5] - 21:19, 38:1, 38:3, 38:10, 38:11
**REQUEST** [1] - 13:9
**REQUEST............** [1] - 13:9
**requested** [2] - 30:6, 36:8
**resolution** [1] - 31:6
**resolved** [1] - 37:23
**RESPECT** [1] - 13:5
**respect** [4] - 23:8, 36:14, 37:19, 38:5
**respectfully** [3] - 37:25, 38:3, 38:6
**responder** [1] - 17:15
**responding** [1] - 27:19
**RESPONSE** [2] - 10:3, 10:16
**response** [3] - 20:11, 22:5, 22:7
**rest** [1] - 19:5
**result** [1] - 37:25
**retirement** [2] - 33:5, 33:7
**revive** [1] - 38:13
**Rhon** [1] - 15:19
**RHON** [1] - 4:4
**RICE** [1] - 15:20
**Rice** [1] - 15:20
**RICHESON** [1] - 8:22
**Rig** [1] - 14:12
**RIG** [1] - 1:5
**rise** [2] - 14:7, 39:1
**RMR** [2] - 11:10, 39:24
**Rob** [2] - 16:15, 32:4
**ROBERT** [3] - 2:15, 7:21, 8:4
**Robert** [1] - 16:8
**ROBERTS** [2] - 6:14, 17:8
**Roberts** [1] - 17:8
**ROBIN** [1] - 3:10
**Robin** [1] - 16:9
**rock** [3] - 33:21, 33:23, 34:17
**rocks** [1] - 33:24
**role** [1] - 24:13
**ROME** [1] - 10:16
**RONQUILLO** [2] - 8:12, 8:16
**ROOM** [2] - 5:22, 11:11
**ROUGE** [2] - 3:25, 5:17

**round** [1] - 31:11
**route** [5] - 27:18, 28:4, 28:6, 28:8
**row** [1] - 15:8
**ROY** [4] - 1:18, 1:18, 15:12, 18:20
**Roy** [2] - 15:12, 18:15
**ROYSTON** [1] - 6:21
**rule** [1] - 35:8
**Rule** [5] - 28:20, 29:17, 29:22, 30:15, 30:22
**ruling** [4] - 19:25, 27:7, 28:18, 28:20
**RUSNAK** [1] - 3:2
**RYAN** [1] - 7:17

## S

**Saban** [1] - 18:18
**SAN** [3] - 2:24, 3:8, 5:23
**Sannino** [1] - 16:14
**SANNINO** [2] - 9:22, 16:14
**saving** [1] - 18:23
**schedule** [2] - 25:5, 31:8
**scheduled** [2] - 24:23, 25:21
**scheduling** [1] - 25:9
**SCHELL** [1] - 6:21
**school** [1] - 32:16
**SCHOOL** [1] - 11:3
**SCIENCE** [1] - 11:4
**SCOTT** [1] - 4:21
**Scott** [1] - 15:11
**se** [1] - 19:22
**SEACOR** [6] - 10:4, 10:4, 10:5, 10:5, 10:6, 10:6
**sealing** [1] - 20:12
**seated** [1] - 14:8
**seats** [1] - 15:3
**SECREST** [1] - 7:23
**SECTION** [1] - 6:3
**securities** [1] - 23:13
**SECURITIES** [1] - 12:11
**see** [3] - 26:10, 28:11, 29:8
**SEE** [1] - 11:7
**selected** [1] - 18:18
**send** [1] - 30:17
**sent** [1] - 30:23
**separated** [1] - 21:12
**September** [1] - 23:1
**SERVICES** [1] - 8:12
**session** [2] - 26:12

**set** [9] - 20:4, 22:3, 22:4, 22:10, 22:25, 23:8, 23:11, 38:2, 38:19
**SET** [2] - 12:8, 13:8
**sets** [1] - 26:20
**setting** [1] - 19:21
**settle** [1] - 22:11
**settlement** [2] - 37:23, 38:5
**SEVEN** [1] - 13:2
**seven** [5] - 21:25, 31:5, 34:25, 37:6, 37:11
**several** [1] - 35:1
**severed** [1] - 21:4
**SHEETS** [1] - 11:7
**sheets** [1] - 26:18
**SHELL** [1] - 7:13
**SHIPP** [1] - 5:13
**short** [3] - 19:17, 29:2, 35:16
**SHORT** [1] - 12:19
**short-circuited** [1] - 29:2
**Shushan** [5] - 25:24, 33:3, 33:5, 33:19, 34:11
**Shushan's** [1] - 25:6
**SIEMENS** [1] - 10:7
**SIGN** [1] - 11:7
**SIGN-IN** [1] - 11:7
**signed** [1] - 31:13
**significance** [1] - 38:4
**similar** [1] - 20:15
**similarly** [1] - 21:18
**simultaneously** [1] - 25:2
**SINCLAIR** [1] - 5:8
**sit** [1] - 15:8
**site** [1] - 34:9
**sits** [1] - 20:1
**situation** [1] - 37:18
**SITUATION** [1] - 13:5
**six** [2] - 26:5, 26:7
**small** [1] - 35:19
**smoothly** [2] - 25:11, 33:2
**so-called** [1] - 21:10
**SOILEAU** [1] - 4:14
**SOME** [1] - 13:3
**someone** [2] - 20:6, 36:8
**sometime** [1] - 34:12
**sort** [5] - 19:4, 21:19, 29:12, 30:16, 38:4
**sought** [1] - 32:7
**sought-after** [1] - 32:7
**SOUTH** [3] - 2:12,

4:14, 7:4
**SPEAKER** [1] - 18:23
**SPECIAL** [1] - 11:3
**special** [1] - 32:24
**SPILL** [2] - 1:4, 10:16
**Spill** [1] - 14:11
**spill** [3] - 20:11, 22:5, 22:7
**SPRINGS** [1] - 4:12
**SQUARE** [1] - 7:13
**stack** [2] - 32:3, 32:22
**STACK** [1] - 12:15
**Standard** [1] - 39:3
**STANDARD** [1] - 13:13
**started** [3] - 18:9, 31:18, 35:7
**starting** [1] - 24:24
**state** [4] - 21:22, 22:1, 22:13, 22:15
**State** [1] - 15:16
**STATE** [3] - 5:7, 5:11, 12:6
**STATES** [3] - 1:1, 1:13, 6:3
**states** [1] - 14:22
**States** [3] - 16:1, 39:13, 39:25
**statistical** [1] - 24:16
**statistics** [1] - 25:13
**Status** [1] - 19:7
**status** [6] - 18:11, 25:12, 32:3, 36:12, 38:17, 39:2
**STATUS** [3] - 1:12, 12:15, 13:12
**STATUS.........** [1] - 12:5
**STEFANIE** [1] - 8:13
**STENOGRAPHY** [1] - 11:14
**step** [2] - 26:10, 38:21
**Stephanie** [1] - 14:10
**STEPHEN** [1] - 1:22
**steps** [1] - 27:13
**STERBCOW** [2] - 2:18, 2:18, 15:15
**Sterbcow** [1] - 15:15
**Steve** [4] - 14:17, 16:1, 17:4, 17:8
**STEVEN** [2] - 6:4, 6:14, 9:12
**still** [2] - 19:24, 38:4
**stipulation** [1] - 29:13
**STONE** [1] - 8:7
**stood** [1] - 30:21
**STRADLEY** [5] - 10:21, 23:25, 24:3, 24:5, 24:7

**Stradley** [3] - 24:3, 24:4, 24:8
**Strange** [1] - 14:21, 18:13
**STRANGE** [3] - 5:7, 14:21, 18:18
**STREET** [29] - 1:19, 2:8, 2:12, 2:15, 2:19, 2:23, 3:14, 3:25, 4:8, 4:15, 5:4, 5:13, 5:17, 6:11, 6:15, 6:23, 7:13, 7:21, 7:25, 8:9, 8:14, 8:23, 9:4, 9:9, 9:13, 9:18, 9:22, 10:22, 11:11
**subjects** [1] - 25:2
**submission** [1] - 26:16
**submissions** [1] - 31:18
**substitute** [3] - 36:5, 36:14, 36:17
**SUBSTITUTE** [1] - 12:24
**suggest** [2] - 18:25, 31:7
**suggests** [1] - 29:5
**suit** [2] - 18:21, 18:22
**SUITE** [22] - 2:8, 2:12, 2:19, 3:7, 3:14, 3:21, 4:8, 4:18, 4:22, 5:4, 6:15, 6:19, 6:23, 7:14, 7:25, 8:14, 8:17, 8:23, 9:9, 9:13, 9:18, 9:22
**SUMICH** [1] - 3:20
**SUMMARY** [1] - 13:7
**summary** [13] - 26:14, 27:17, 28:5, 28:12, 28:15, 28:17, 28:24, 29:3, 29:23, 29:25, 30:7, 30:18, 38:2
**summer** [1] - 26:6
**Summy** [1] - 15:11
**SUMMY** [2] - 4:21, 15:11
**supposed** [1] - 15:5
**SUTHERLAND** [1] - 6:14
**SW** [1] - 4:11
**switch** [1] - 15:3

## T

**taller** [1] - 15:9
**Tanner** [1] - 17:2
**TANNER** [2] - 9:12, 17:2
**TAYLOR** [1] - 3:20

team [1] - 15:8
technical [1] - 25:2
Ted [1] - 17:15
tee [1] - 27:12
terms [3] - 19:19, 22:23, 23:16
TESSIER [1] - 9:7
testing [9] - 32:3, 33:13, 33:17, 33:20, 33:21, 33:23, 34:3, 34:17
TESTING............... [1] - 12:15
TESTING................... ..................... [1] - 12:16
Texas [1] - 22:1
TEXAS [1] - 10:14
THAT [2] - 13:8, 13:10
THE [93] - 1:4, 1:5, 1:13, 1:17, 2:3, 5:11, 5:19, 6:3, 10:17, 11:7, 12:11, 12:18, 12:20, 13:2, 13:5, 13:12, 14:7, 14:8, 14:10, 14:11, 14:14, 14:23, 15:3, 15:6, 15:10, 16:5, 16:18, 16:20, 18:8, 18:21, 18:25, 20:5, 20:8, 20:14, 20:17, 20:23, 21:5, 21:9, 21:16, 21:18, 22:6, 22:14, 22:20, 23:15, 23:23, 24:2, 24:4, 24:6, 24:8, 25:16, 26:19, 26:25, 27:3, 28:22, 29:5, 30:8, 30:13, 31:4, 31:15, 31:21, 32:2, 32:9, 32:12, 32:14, 32:19, 33:4, 33:7, 33:12, 33:17, 33:21, 33:24, 34:1, 34:12, 34:14, 34:16, 34:20, 35:3, 35:7, 35:11, 36:1, 36:17, 36:21, 37:1, 37:9, 37:11, 37:16, 38:8, 38:16, 38:21, 38:25, 39:1
themselves [1] - 14:15
THEODORE [1] - 10:9
THERE [1] - 13:3
THIRD [1] - 5:17
THIS [3] - 1:9, 13:3, 13:4
THOMAS [1] - 2:10
three [2] - 20:3, 26:6
tie [2] - 18:13, 18:14
TIME............. [1] -

13:13
timeline [1] - 25:20
TO [8] - 1:9, 12:19, 12:23, 13:3, 13:4, 13:5, 13:7, 14:4
today [9] - 18:10, 18:14, 22:9, 28:7, 31:24, 33:20, 34:4, 38:2
TODAY.............. [1] - 13:8
together [1] - 18:16
TOLLES [1] - 7:3
Tony [2] - 15:24, 18:5
TONY [1] - 3:6
took [2] - 24:12, 27:13
top [1] - 20:1
topic [1] - 31:11
TORTS [1] - 5:20
total [2] - 19:14, 24:22
TOWER [1] - 2:4
transcript [1] - 39:15
TRANSCRIPT [2] - 1:12, 11:14
TRANSFER [1] - 12:5
Transfer [2] - 19:6, 19:25
transfer [7] - 19:12, 19:15, 19:22, 19:23, 20:3, 20:25, 21:21
transferred [2] - 20:18, 21:11
Transocean [11] - 17:1, 17:7, 17:8, 17:10, 17:12, 18:7, 28:14, 31:19, 35:23, 35:24, 38:2
TRANSOCEAN [5] - 6:7, 6:8, 6:9, 9:15, 13:8
Transocean's [3] - 27:25, 37:16, 38:18
trial [6] - 22:2, 22:6, 22:10, 25:10, 25:21, 34:23
tried [1] - 21:9
true [1] - 39:15
try [2] - 21:16, 29:12
trying [3] - 30:8, 34:6, 38:4
TSEKERIDES [2] - 10:9, 17:14
Tsekerides [1] - 17:15
Tuesday [2] - 28:9, 29:1
Tulane [1] - 18:13
TWO [1] - 12:22
two [7] - 15:3, 18:23, 28:25, 32:21, 34:3, 35:19, 36:3

Two [1] - 25:10
TX [11] - 3:4, 3:8, 4:22, 6:16, 6:19, 6:23, 7:25, 8:14, 8:18, 9:13, 10:22
type [1] - 20:15
types [1] - 20:24

## U

U.S [3] - 5:20, 6:4, 9:20
UK [1] - 23:6
unable [1] - 30:2
under [8] - 19:24, 23:14, 26:15, 26:21, 32:23, 33:2, 35:15, 36:2
UNDERHILL [10] - 5:21, 15:1, 15:4, 33:15, 33:18, 33:23, 33:25, 34:2, 34:13, 34:15
Underhill [2] - 15:2, 33:14
underway [1] - 24:22
underwriters [1] - 27:25
UNDERWRITERS [1] - 9:16
UNIDENTIFIED [1] - 18:23
UNITED [3] - 1:1, 1:13, 6:3
United [3] - 16:1, 39:13, 39:25
UNIVERSITY [1] - 11:3
unless [1] - 18:25
unresolved [1] - 19:20
up [10] - 19:5, 20:3, 20:12, 27:12, 28:12, 28:18, 29:21, 30:15, 35:14, 38:19
upcoming [1] - 34:23
US [1] - 15:2

## V

VA [1] - 2:5
vast [1] - 25:2
VESSELS [1] - 12:13
Vessels [2] - 21:2, 26:2
VICKERY [1] - 6:21
visiting [1] - 32:7
VOICES [1] - 14:9
VoO [2] - 26:5, 26:7, 26:17, 26:20, 27:1

## W

waiting [2] - 19:24, 20:25
WALKER [2] - 2:3, 9:21
WALTHER [1] - 8:7
wants [1] - 30:5
WARE [1] - 10:12
WARREN [1] - 9:4
WASHINGTON [4] - 6:5, 7:22, 8:5, 9:5
watchful [2] - 32:23, 33:2
WATERSIDE [1] - 2:4
WATTS [1] - 3:6
Watts [1] - 15:25
WAY [1] - 13:3
wear [3] - 18:14, 18:16, 18:19
WEATHERFORD [1] - 9:20
Weatherford [2] - 16:13, 16:14
week [6] - 19:20, 24:24, 25:1, 34:7, 34:12, 37:4
weeks [2] - 18:23, 35:1
WEIGEL [1] - 10:17
WEIL [1] - 10:8
WEINER [1] - 8:22
WEITZ [1] - 3:10
WHEREUPON [1] - 39:4
WHICH [1] - 13:10
WHITELEY [1] - 5:12
whole [1] - 21:16
Wilkinson [2] - 21:13, 21:19
WILL [2] - 13:2, 13:12
WILLIAM [2] - 9:21, 10:21
Williams [1] - 16:6
WILLIAMS [4] - 4:17, 4:18, 6:21, 16:6
WILLIAMSON [2] - 3:2, 3:3
win [1] - 18:17
WINFIELD [1] - 5:8
WITH [1] - 13:5
WITHDRAW [1] - 13:7
withdraw [2] - 38:1, 38:6
WITHDRAWN [1] - 13:11
withdrawn [1] - 38:12
WITHOUT [1] - 13:11
witnesses [1] - 26:8

WITTMANN [3] - 8:7, 8:8, 17:16
Wittmann [1] - 17:16
WOODWAY [1] - 6:19
WORK [1] - 13:4
WORLDWIDE [1] - 10:5
WRIGHT [1] - 1:18
WRITTEN [1] - 12:12
Written [1] - 24:9
written [3] - 22:13, 24:14, 25:8
wrote [1] - 29:24

## X

x-ray [1] - 23:20

## Y

yards [1] - 32:6
year [3] - 20:2, 23:10, 32:14
YOAKUM [1] - 3:3
York [1] - 18:1
YORK [5] - 3:11, 8:17, 10:10, 10:18, 18:1
Young [1] - 22:4

## Z

zoo [1] - 19:2

## "

"MIKE" [1] - 8:4