1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3
      ********************************************************
4
      IN RE:  OIL SPILL BY THE
5     OIL RIG *DEEPWATER HORIZON*
      IN THE GULF OF MEXICO ON
6     APRIL 20, 2010

7                              CIVIL ACTION NO. 10-MD-2179 "J"
                               NEW ORLEANS, LOUISIANA
8                              FRIDAY, DECEMBER 16, 2011, 9:30 A.M.

9
      THIS DOCUMENT RELATES TO
10    ALL CASES

11    ********************************************************

12
             TRANSCRIPT OF DISCOVERY STATUS CONFERENCE PROCEEDINGS
13              HEARD BEFORE THE HONORABLE SALLY SHUSHAN
                     UNITED STATES DISTRICT JUDGE
14

15
      APPEARANCES:
16

17
      FOR THE PLAINTIFFS'
18    LIAISON COUNSEL:            DOMENGEAUX WRIGHT ROY & EDWARDS
                                  BY:  JAMES P. ROY, ESQUIRE
19                                P. O. BOX 3668
                                  556 JEFFERSON STREET
20                                LAFAYETTE, LA  70502

21

22                                HERMAN HERMAN KATZ & COTLAR
                                  BY:  STEPHEN J. HERMAN, ESQUIRE
23                                820 O'KEEFE AVENUE
                                  NEW ORLEANS, LA  70113
24

25

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR THE PLAINTIFFS:      BREIT DRESCHER IMPREVENTO & WALKER
                             BY:  JEFFREY A. BREIT, ESQUIRE
 4                           1000 DOMINION TOWER
                             999 WATERSIDE DRIVE
 5                           NORFOLK, VA  23510

 6

 7                           IRPINO LAW FIRM
                             BY:  ANTHONY IRPINO, ESQUIRE
 8                           ONE CANAL PLACE
                             365 CANAL STREET, SUITE 2990
 9                           NEW ORLEANS, LA  70130

10

11                           CUNNINGHAM BOUNDS
                             BY:  ROBERT T. CUNNINGHAM, ESQUIRE
12                           1601 DAUPHIN STREET
                             MOBILE, AL  36604
13

14
                             LEWIS, KULLMAN, STERBCOW & ABRAMSON
15                           BY:  PAUL M. STERBCOW, ESQUIRE
                             PAN AMERICAN LIFE BUILDING
16                           601 POYDRAS STREET, SUITE 2615
                             NEW ORLEANS, LA  70130
17

18
                             WILLIAMSON & RUSNAK
19                           BY:  JIMMY WILLIAMSON, ESQUIRE
                             4310 YOAKUM BOULEVARD
20                           HOUSTON, TX  77006

21

22                           WILLIAMS LAW GROUP
                             BY:  CONRAD S. P. WILLIAMS, ESQUIRE
23                           435 CORPORATE DRIVE, SUITE 101
                             HOUMA, LA  70360
24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR STATE INTERESTS:    ALABAMA ATTORNEY GENERAL'S OFFICE
                             BY:  COREY L. MAZE, ESQUIRE
 4                                WINFIELD J. SINCLAIR, ESQUIRE
                             500 DEXTER AVENUE
 5                           MONTGOMERY, AL   36130

 6
     FOR THE STATE OF
 7   LOUISIANA:              GOVERNOR BOBBY JINDAL
                             BY:  ELIZABETH BAKER MURRILL, ESQUIRE
 8                           600 NORTH THIRD STREET
                             BATON ROUGE, LA  70802
 9

10
     FOR THE FEDERAL
11   GOVERNMENT INTERESTS:   U.S. DEPARTMENT OF JUSTICE
                             TORTS BRANCH, CIVIL DIVISION
12                           BY:  R. MICHAEL UNDERHILL, ESQUIRE
                                  SARAH D. HIMMELHOCH, ESQUIRE
13                                A. NATHANIEL CHAKERES, ESQUIRE
                             450 GOLDEN GATE AVENUE
14                           7TH FLOOR, ROOM 5395
                             SAN FRANCISCO, CA   94102
15

16
     FOR THE UNITED STATES
17   OF AMERICA:             ENVIRONMENTAL ENFORCEMENT SECTION
                             U.S. DEPARTMENT OF JUSTICE
18                           BY:  STEVEN O'ROURKE, ESQUIRE
                             P.O. BOX 7611
19                           WASHINGTON, DC   20044

20

21   FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
22   OFFSHORE DEEPWATER
     DRILLING INC., AND
23   TRANSOCEAN DEEPWATER
     INC.:                   FRILOT
24                           BY:  KERRY J. MILLER, ESQUIRE
                             ENERGY CENTRE, 36TH FLOOR
25                           1100 POYDRAS STREET
                             NEW ORLEANS, LA  70163
```

```
 1  APPEARANCES CONTINUED:

 2

 3                              SUTHERLAND ASBILL & BRENNAN
                                BY:  STEVEN L. ROBERTS, ESQUIRE
 4                                   RACHEL G. CLINGMAN, ESQUIRE
                                1001 FANNIN STREET, SUITE 3700
 5                              HOUSTON, TX  77002

 6

 7  FOR BP AMERICA INC.,
    BP AMERICA PRODUCTION
 8  COMPANY, BP COMPANY
    NORTH AMERICA INC.,
 9  BP CORPORATION NORTH
    AMERICA INC.,
10  BP EXPLORATION &
    PRODUCTION INC.,
11  BP HOLDINGS NORTH
    AMERICA LIMITED,
12  BP PRODUCTS NORTH
    AMERICA INC.:           LISKOW & LEWIS
13                          BY:  DON K. HAYCRAFT, ESQUIRE
                            ONE SHELL SQUARE
14                          701 POYDRAS STREET
                            SUITE 5000
15                          NEW ORLEANS, LA  70139

16

17                          KIRKLAND & ELLIS
                            BY:  J. ANDREW LANGAN, ESQUIRE
18                               RYAN S. BABIUCH, ESQUIRE
                                 MARK J. NOMELLINI, ESQUIRE
19                               TIMOTHY E. DUFFY, ESQUIRE
                            300 N. LASALLE
20                          CHICAGO, IL  60654

21

22                          KIRKLAND & ELLIS
                            BY:  ROBERT R. GASAWAY, ESQUIRE
23                          655 FIFTEENTH STREET, N.W.
                            WASHINGTON, DC  20005
24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3                              BECK REDDEN & SECREST
                               BY:  DAVID J. BECK, ESQUIRE
 4                             ONE HOUSTON CENTER
                               1221 MCKINNEY STREET, SUITE 4500
 5                             HOUSTON, TX  77010

 6

 7   FOR CAMERON INTERNATIONAL
     CORPORATION:                 STONE PIGMAN WALTHER WITTMANN
 8                                BY:  CARMELITE M. BERTAUT, ESQUIRE
                                  546 CARONDELET STREET
 9                                NEW ORLEANS, LA 70130

10

11   FOR HALLIBURTON
     ENERGY SERVICES, INC.:   GODWIN RONQUILLO
12                            BY:  DONALD E. GODWIN, ESQUIRE
                                   JENNY L. MARTINEZ, ESQUIRE
13                                 STEFANIE K. MAJOR, ESQUIRE
                              1201 ELM STREET, SUITE 1700
14                            DALLAS, TX  75270

15

16                            GODWIN RONQUILLO
                              BY:  R. ALAN YORK, ESQUIRE
17                            1331 LAMAR, SUITE 1665
                              HOUSTON, TX  77010
18

19
     FOR ANADARKO
20   PETROLEUM CORPORATION,
     ANADARKO E&P COMPANY
21   LP:                      KUCHLER POLK SCHELL
                              WEINER & RICHESON
22                            BY:  DEBORAH D. KUCHLER, ESQUIRE
                              1615 POYDRAS STREET, SUITE 1300
23                            NEW ORLEANS, LA  70112

24

25
```

```
 1  APPEARANCES CONTINUED:

 2

 3                              BINGHAM MCCUTCHEN
                               BY:  KY E. KIRBY, ESQUIRE
 4                                  WARREN A. FITCH, ESQUIRE
                               2020 K STREET, NW
 5                             WASHINGTON, DC  20006

 6

 7  FOR MOEX OFFSHORE
    2007 LLC:                  CARVER DARDEN KORETZKY TESSIER
 8                             FINN BLOSSMAN & AREAUX
                               BY:  PHILLIP D. NIZIALEK, ESQUIRE
 9                             1100 POYDRAS STREET, SUITE 3100
                               NEW ORLEANS, LA  70163
10

11

12  FOR M-I L.L.C.:            MORGAN, LEWIS & BOCKIUS
                               BY:  STEVEN LUXTON, ESQUIRE
13                             1000 LOUISIANA STREET, SUITE 4000
                               HOUSTON, TX  77002

14

15  FOR O'BRIEN'S RESPONSE
    MANAGEMENT, INC.,
16  SEACOR HOLDINGS, INC.,
    SEACOR OFFSHORE LLC,
17  SEACOR MARINE, LLC,
    SEACOR WORLDWIDE, INC.,
18  SEACOR MARINE, INC.,
    SEACOR MARINE
19  INTERNATIONAL, INC.,
    AND SIEMENS FINANCIAL,
20  INC.:                      WEIL GOTSHAL & MANGES
                               BY:  JEREMY T. GRABILL, ESQUIRE
21                                  THEODORE E. TSEKERIDES, ESQUIRE
                               767 FIFTH AVENUE
22                             NEW YORK, NY  10153

23

24

25
```

1  APPEARANCES CONTINUED:

2

3  FOR DRIL-QUIP,
   INC.:                      WARE, JACKSON, LEE & CHAMBERS
4                             BY:  C. DENNIS BARROW, JR., ESQUIRE
                              2929 ALLEN PARKWAY, 42ND FLOOR
5                             HOUSTON, TEXAS 77019

6

7  FOR MDL 2185:              MITHOFF LAW FIRM
                              BY:  WILLIAM STRADLEY, ESQUIRE
8                             3450 ONE ALLEN CENTER
                              500 DALLAS STREET
9                             HOUSTON, TX  77002

10

11 ALSO PRESENT:              [PLEASE SEE SIGN-IN SHEETS FILED IN THE
                              RECORD]
12

13

14 OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                               CERTIFIED REALTIME REPORTER
15                             500 POYDRAS STREET, ROOM HB406
                               NEW ORLEANS, LA  70130
16                             (504) 589-7779
                               Cathy_Pepper@laed.uscourts.gov
17

18 PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
   PRODUCED BY COMPUTER.
19

20

21

22

23

24

25

1                        **I N D E X**

2

3    AGENDA ITEMS                                        PAGE

4

5    CSB........................................................  13

6    BOP AND CAPPING STACK ISSUES...........................  15

7    PROPOSED ORDER TO ADJUST THE DEADLINES FOR DOCUMENT    17

8    PRODUCTION.............................................

9    REQUEST TO DISPOSE OF THE DUPLICATE AND TRASH          18

10   DOCUMENTS.............................................

11   ZANTAZ SERVER.........................................  18

12   STATE OF ALABAMA DISCOVERY............................  20

13   STATE OF LOUISIANA....................................  21

14   PHASE ONE DEPOSITION DESIGNATIONS.....................  21

15   JAPANESE TRANSLATION..................................  21

16   WORKING WITH WORLDWIDE TO GET EVERYTHING STRAIGHT AS   21

17   FAR AS ORIGINAL DOCUMENTS AND ALL OF THE THINGS WE

18   TALKED ABOUT LAST WEEK................................

19   ORIGINAL DOCUMENTS AND ALL OF THE THINGS WE TALKED     21

20   ABOUT LAST WEEK.......................................

21   NINE COUNSEL-CREATED EXHIBITS.........................  21

22   BATES STAMPING........................................  22

23   KPMG DATABASE.........................................  26

24   MOTIONS IN LIMINE.....................................  27

25   MR. FRIEDHEIM.........................................  27

1   WEATHERFORD'S REQUEST TO BE ACCOMMODATED ON TAKING          28

2   THEIR WITNESSES.......................................

3   MR. MCCORMACK.........................................          28

4   MR. CALVERT...........................................          28

5   MR. WOOLIE............................................          28

6   MR. LIRETTE...........................................          28

7   WEATHERFORD...........................................          28

8   QUESTION ABOUT OUR EXPERTS............................          28

9   HALLIBURTON REQUESTED THIS WEEK THE OPPORTUNITY TO          29

10  PROVIDE A REVISED REBUTTAL REPORT FOR RICHARD

11  STRICKLAND............................................

12  BP'S MOTION TO SUBSTITUTE A NEW CEMENT EXPERT..........          29

13  BP'S REPLY IS DUE ON MONDAY AT NOON...................          29

14  WHETHER OR NOT JUDGE BARBIER IS GOING TO WANT HARD          29

15  COPIES OF THE EXPERT REPORTS..........................

16  JANUARY 17TH DEADLINE FOR THAT........................          31

17  MR. ARMSTRONG.........................................          32

18  PHASE ONE STIPULATIONS................................          35

19  THE STATES, THE UNITED STATES, TRANSOCEAN,          38

20  HALLIBURTON, CAMERON, ANADARKO, MOEX, M-I AND

21  DRIL-QUIP TO PLEASE WEIGH IN TO MR. DUFFY AS TO

22  WHETHER YOU HAVE ANY OTHER PROPOSED STIPULATIONS,

23  WHETHER YOU CAN AGREE TO THE STIPULATIONS THAT HAVE

24  BEEN CIRCULATED, OR WHETHER YOU'VE GOT DISAGREEMENT....

25  BY THE END OF THE YEAR................................          38

1   PROPOSED STIPULATIONS ON THE B3 STATUS.................   38

2   PHASE TWO STIPULATIONS.................................   40

3   THE BEST EFFORTS OF BP AND THE U. S. TO COME UP WITH A   40

4   SET OF PHASE TWO STIPS.................................

5   EVERYBODY PLEASE TAKE A LOOK AT THESE, AND I WOULD       41

6   LIKE YOU ALL TO BE IN A POSITION TO COMMENT, BOTH GOOD

7   AND BAD OR AS, IN JANUARY..............................

8   GIVE BP AND THE UNITED STATES YOUR INITIAL COMMENTS....   42

9   TRANSOCEAN'S ROLE AS SET FORTH IN THESE PROPOSED        43

10  STIPULATIONS WITH RESPECT TO PHASE TWO ISSUES..........

11  SOME COMMENTS IN ON THOSE BY JANUARY 9TH...............   43

12  DEADLINES WE SET FOR THE SPOLIATION MOTION THAT WAS IN   44

13  THE LAST ORDER WAS INCORRECT...........................

14  MR. YORK AND MIKE CORRECTED IT.........................   44

15  REVISED SCHEDULE FOR PHASE ONE.........................   44

16  WOODS HOLE OCEANOGRAPHIC RULE 30(B)(6).................   44

17  RULE 30(B)(6) LOOK BACK FOR PHASE TWO DISCOVERY........   44

18  TRIAL PLANNING.........................................   56

19  PRETRIAL STATEMENT.....................................   56

20  TEN PAGES, DOUBLE SPACED...............................   56

21  WHATEVER YOU WANT TO DO WITH YOUR TEN PAGES, GIVE IT    57

22  TO HIM BY JANUARY 25...................................

23  JAPANESE TRANSLATION ISSUE.............................   61

24  COURTROOM CONNECT......................................   62

25  OFFICE SPACE AND CONNECTIVITY..........................   62

USA'S MOTION FOR SUMMARY JUDGMENT...................... 63

1                         **P-R-O-C-E-E-D-I-N-G-S**

2                    FRIDAY, DECEMBER 16, 2011

3                M O R N I N G   S E S S I O N

4                    (COURT CALLED TO ORDER)

5

6

11:14AM  7              THE DEPUTY CLERK:  All rise.

11:49AM  8              THE COURT:  Everybody have a seat.  I'm sorry to keep

11:49AM  9    you waiting.

11:49AM  10                  Good morning, fellow phone participants.  How are

11:49AM  11   you?

11:49AM  12                  All right, guys.  I really apologize for keeping

11:49AM  13   you waiting.  You know I don't like that.  Let's try to get you

11:49AM  14   in and out.

11:49AM  15                  What did y'all think about last night?  I wanted to

11:49AM  16   thank all of the attorneys for Cameron.  It was a fun, fun night.

11:50AM  17   Excellent food, excellent open bar, convivial atmosphere, all of

11:50AM  18   the above.  So thank you.

11:50AM  19                  I think that we should talk about one last happy

11:50AM  20   hour before February 27.  I was thinking about getting the PSC

11:50AM  21   and BP to jointly throw a --

11:50AM  22              MR. LANGAN:  We'll do 30 percent.

11:50AM  23              THE COURT:  That seems fair.

11:50AM  24              MR. HAYCRAFT:  You have to start somewhere.

11:50AM  25              THE COURT:  Mr. Herman?

11:50AM 1          MR. HERMAN:  We'll do 30 percent.

11:50AM 2               No, whatever.

11:50AM 3          THE COURT:  I can assure you that Judge Barbier and I

11:50AM 4     are not making up the difference.

11:50AM 5          MR. HERMAN:  I have two comments.  The first is, we have

11:51AM 6     volunteered, actually, every time, but then somebody else has

11:51AM 7     said something louder.  So we said, okay, we deferred.  So

11:51AM 8     whenever somebody wants us to step up, we will.

11:51AM 9               But I also kind of notice that whenever we have

11:51AM 10    these things, there is a settlement with whatever party is

11:51AM 11    throwing it.  So I would suggest that maybe if Mr. Underhill's

11:51AM 12    client, the U. S., could host something, maybe BP would start

11:51AM 13    talking to them, and they could get a deal going.

11:51AM 14         THE COURT:  That's not a bad idea.  The problem is

11:51AM 15    getting the government to fund the party, right, Mr. Underhill?

11:51AM 16         MR. UNDERHILL:  It would be pizza and soda pop.

11:51AM 17         THE COURT:  Well, you all talk about it, but I was

11:51AM 18    thinking one more before we head into trial.

11:51AM 19         MR. HERMAN:  Sounds good.

11:51AM 20         THE COURT:  All right.  We have the issue -- Kerry, I

11:51AM 21    guess this question comes to you -- have you all thought about

11:51AM 22    the CSB any further?

11:51AM 23         MR. MILLER:  We did at the cocktail party last night.

11:51AM 24         THE COURT:  We did?

11:51AM 25         MR. MILLER:  Rachel and Mike can report on their

11:51AM 1  agreement over cocktails.

11:52AM 2      MS. CLINGMAN:  Your Honor, we reluctantly agree to

11:52AM 3  Mr. Underhill's, who does not represent the CSB, proposal on

11:52AM 4  behalf of the CSB.

11:52AM 5      THE COURT:  Terrific.

11:52AM 6      MR. UNDERHILL:  Actually, I should clarify.  It was not

11:52AM 7  the CSB's proposal.  It was a neutral solution to a situation to

11:52AM 8  avoid motion practice.

11:52AM 9      So the CSB personally is still in the position that

11:52AM 10 they are happy to take the interviews and avoid the depos; but,

11:52AM 11 if the Court enters the order, they will, I presume, take the

11:52AM 12 depositions and read them with interest.

11:52AM 13     So I think what Rachel is saying and I'm saying, I

11:52AM 14 think we have a submitted order that that's fine to enter,

11:52AM 15 Your Honor.

11:52AM 16     THE COURT:  Okay.  Good, we'll go ahead and do that.

11:52AM 17     MR. UNDERHILL:  They just wanted me to be clear that

11:52AM 18 they are not conceding to anybody's jurisdiction, very politely

11:52AM 19 and very respectfully.

11:52AM 20     THE COURT:  I understand.  But, you know, in view of

11:52AM 21 that, maybe we should have weekly happy hours.  We are managing

11:52AM 22 to work things out over the bar.

11:52AM 23     MS. KUCHLER:  We could make those hours billable at the

11:52AM 24 cocktail reception.

11:52AM 25     THE COURT:  Now, that's a good idea.

11:52AM 1          MR. UNDERHILL:  Rachel accused me, by the way, of

11:53AM 2    avoiding her last night.  I want it on the record, I did not

11:53AM 3    avoid her.  I never avoid her.  I appreciate and enjoy her

11:53AM 4    company immensely.

11:53AM 5          MS. CLINGMAN:  I think you were only avoiding me on

11:53AM 6    behalf of the CSB, who he doesn't represent, not on behalf of the

11:53AM 7    U. S. Government.

11:53AM 8          THE COURT:  Exactly, exactly.

11:53AM 9          MR. UNDERHILL:  Did you get that in the record that I

11:53AM 10   don't represent them?

11:53AM 11         THE COURT:  Thank you.  We'll get that entered.

11:53AM 12         We had an update from the captain with regard to

11:53AM 13   the BOP and capping stack issues.  She reports that preparation

11:53AM 14   for cleaning of the capping stack and all of that work have been

11:53AM 15   completed.

11:53AM 16         She's got a basic summary and timeline.  She

11:53AM 17   doesn't anticipate any further work this month; however, between

11:53AM 18   January 16th and February 3rd, the work that we have projected on

11:53AM 19   examining the capping stack will take place.

11:54AM 20         Anyone who wants to attend may attend, but, please,

11:54AM 21   remember the protocol, which is submit names, driver's license

11:54AM 22   information, citizen information, to Captain Englebert no later

11:54AM 23   than January 6th via e-mail.

11:54AM 24         It is a new address.  She's no longer

11:54AM 25   U.S. Coast Guard.  She is retired.  So it is sueenglebert, one

11:54AM 1    word, at sseservices.com.  So if anybody wants to attend, get

11:54AM 2    yourself on her list, and she will be happy to let you attend.

11:54AM 3              She has submitted her report for November with

11:54AM 4    invoice.  Access records, who accessed the site.  BP has proposed

11:54AM 5    an allocation among the parties who requested her services.  I

11:55AM 6    would like you all to take a look at the allocation.  If you've

11:55AM 7    got any objections, let me know.  Otherwise, please process your

11:55AM 8    portion of the invoice and get it out to her.

11:55AM 9              I understand, for her October bill, she's only

11:55AM 10   received payment from one party.  Would you all please look into

11:55AM 11   that and see where you stand on getting that done.

11:55AM 12             She has offered to provide her bank routing

11:55AM 13   information, if that will help.

11:55AM 14             I will provide my banking routing information, if

11:55AM 15   that will help.

11:55AM 16             Anything else, Mr. Gasaway, that we need to talk

11:55AM 17   about on that issue?

11:55AM 18        MR. GASAWAY:  Rob Gasaway for BP.

11:55AM 19             No, I don't think so.  We do have that logistical

11:55AM 20   information for Captain Englebert, so, if anybody needs help

11:55AM 21   finding Captain Englebert and processing payment, we would be

11:56AM 22   happy to do that.  They supply the dollars, we supply the

11:56AM 23   logistics.

11:56AM 24        THE COURT:  Great.  So everybody take a look at that,

11:56AM 25   and let's see if we can't work our way through that.  But,

11:56AM 1   remember, January 6th, by e-mail, to

11:56AM 2   sueenglebert@sseservices.com.

11:56AM 3           All right.  We've gotten a report on the cement

11:56AM 4   testing this morning, so we don't need to cover that.

11:56AM 5           Let's see.  Sarah, you're on phone, aren't you?

11:56AM 6       MS. HIMMELHOCH:  Yes, Your Honor, I am.

11:56AM 7       THE COURT:  How did I know that.

11:56AM 8           Sarah, we were looking for the proposed order to

11:56AM 9   adjust the deadlines for document production.  You and Rob have

11:56AM 10  been working on that.

11:56AM 11      MS. HIMMELHOCH:  We haven't -- I apologize, I didn't

11:56AM 12  hear all of your question because I was trying to figure out how

11:56AM 13  to turn my phone off mute.

11:56AM 14          I have that order before BP for consideration.

11:57AM 15  They expect to get back to you very shortly.  We continue to

11:57AM 16  produce documents.  We crossed the 40,000-page mark this week.

11:57AM 17          We anticipate being on track for producing the

11:57AM 18  remainder of the DOI documents and NOAA documents, the

11:57AM 19  nonprivileged collections, by the 31st of December.

11:57AM 20          I got out the privileged logs for the Department of

11:57AM 21  Homeland Security, as well as partial privileged logs for the

11:57AM 22  Army Corps and DOE yesterday.  We'll continue to send out partial

11:57AM 23  privileged logs as we have them prepared.

11:57AM 24          The parties all agreed to our request of the

11:57AM 25  extension for written responses to the interrogatories and RFA's.

11:57AM 1   So I think we're all working well together, with the exception of

11:57AM 2   the motions to compel, which I think you received last night.  I

11:57AM 3   think things are moving along in accordance with our discussions

11:57AM 4   and as fast as the United States can do them.

11:58AM 5        THE COURT:  Rob, you wanted to comment?

11:58AM 6        MR. GASAWAY:  No.  I think that's an accurate summary,

11:58AM 7   Your Honor.

11:58AM 8        THE COURT:  Sarah, have you received any opposition to

11:58AM 9   your request to dispose of the duplicate and trash documents?

11:58AM 10       MS. HIMMELHOCH:  I'm sorry, I didn't hear the question.

11:58AM 11  I'm having difficulty with my phone.

11:58AM 12       THE COURT:  I was talking about whether you had received

11:58AM 13  any opposition to disposing of the duplicate and trash documents?

11:58AM 14       MS. HIMMELHOCH:  I have not.  I simply didn't -- I was

11:58AM 15  having trouble with LexisNexis and the ECF, so I expect to file

11:58AM 16  that motion today.

11:58AM 17       THE COURT:  Good.  Okay.  No problem.

11:58AM 18       MS. HIMMELHOCH:  But, as I understand, it will be an

11:58AM 19  unopposed motion.

11:58AM 20       THE COURT:  That's right.  So as long as it's on your

11:58AM 21  radar.  I haven't seen any opposition either.

11:58AM 22            Okay, so next up is the new motion, Rob, that was

11:58AM 23  filed with regard to the Zantaz server.

11:58AM 24            Sarah, would you like to discuss opposition and

11:59AM 25  then reply date?

11:59AM 1        MS. HIMMELHOCH:  Well, I would propose that we file our

11:59AM 2  opposition on Wednesday of next week.  I don't have that date off

11:59AM 3  the top of my head.

11:59AM 4        We knew the motion was coming.  We're prepared, but

11:59AM 5  I have an affidavit that needs to be revised and address

11:59AM 6  specifically the way BP articulated its argument; so, if I could

11:59AM 7  have until Wednesday, that would be great.

11:59AM 8        THE COURT:  That would be fine.  That's fine.

11:59AM 9        Then, Rob, on the reply?

11:59AM 10        MR. GASAWAY:  On the reply, if we could just have a week

11:59AM 11  after her opposition comes in; or, if not, if she does get it in

11:59AM 12  on Wednesday, then I think we would like to reply on Friday, so

11:59AM 13  Your Honor could rule expeditiously.

11:59AM 14        THE COURT:  Again, another happy Christmas for me.

11:59AM 15        MR. GASAWAY:  Yes.

11:59AM 16        THE COURT:  So that will be fine.  I have no problem

11:59AM 17  with Wednesday.

11:59AM 18        Do you want Friday?

11:59AM 19        MR. GASAWAY:  Yeah, I think we need an answer on this,

11:59AM 20  because we would like the documents as soon as possible.

11:59AM 21        THE COURT:  Good enough.

11:59AM 22        MR. GASAWAY:  Thanks.

12:00PM 23        KERRY MILLER:  Your Honor, while Sarah is on the line,

12:00PM 24  before she presses the mute button, we have an issue about the

12:00PM 25  Lieutenant Commander Houck subsequent e-mails.

12:00PM 1        Sarah, I just wanted to ask, has anything been set

12:00PM 2  on your end with respect to production of the e-mails he

12:00PM 3  testified about?

12:00PM 4        MS. HIMMELHOCH:  Ms. Hanger, my co-counsel, is on the

12:00PM 5  phone.

12:00PM 6        Robin, do you want to speak to that issue?

12:00PM 7        MS. HANGER:  We do have additional e-mails, and I know

12:00PM 8  that you all would like to reschedule his deposition.

12:00PM 9        In addition to the additional e-mails, we've

12:00PM 10 discovered that the Coast Guard has an additional set of

12:00PM 11 documents related to the fire rescue FAR and, I think it was,

12:00PM 12 RFP 63 through 65.

12:00PM 13       So we're waiting to get that production from the

12:00PM 14 Coast Guard.  We expect it at any point.  Then we'll get you out

12:00PM 15 the documents all at the same time, and we can go ahead and

12:00PM 16 reschedule Houck, if that's amenable.

12:01PM 17       MR. MILLER:  Yes, it is.  I would just like to keep it

12:01PM 18 on the agenda so we make sure and get this done, as we're getting

12:01PM 19 close to the finish line on depositions.  Right,

12:01PM 20 Magistrate Shushan?

12:01PM 21       MS. HIMMELHOCH:  I assure you, we have not forgotten,

12:01PM 22 and we're moving as quickly as we can.

12:01PM 23       MR. MILLER:  Thank you.

12:01PM 24       THE COURT:  Thank you for the report.

12:01PM 25       All right.  Relative to the State of Alabama

12:01PM 1   discovery, you've not had any comments or otherwise regarding the

12:01PM 2   sufficiency of what you've done?

12:01PM 3           MR. SINCLAIR:  Seems to be moving along.

12:02PM 4           THE COURT:  Good.  We're taking it off of our continuing

12:02PM 5   list.

12:02PM 6                   Relative to the State of Louisiana, they again

12:02PM 7   reported on Monday on their progress, and we're going to have

12:02PM 8   another Monday conference with them this coming week.

12:02PM 9                   Let's see.  Any issues at all with Phase One

12:02PM 10  deposition designations that we need to discuss?  Good.

12:02PM 11                  Any issue or any reports that we need to make on

12:02PM 12  the Japanese translation?  No.

12:02PM 13                  All right.  PSC, you're doing well with working

12:02PM 14  with Worldwide to get everything straight as far as original

12:02PM 15  documents and all of the things we talked about last week?

12:02PM 16          MR. BREIT:  Yes, we had meet and confers over the last

12:02PM 17  week.  I think every issue but one or two is ironed out.

12:03PM 18                  Jeffrey Breit for the PSC.

12:03PM 19                  We think we can get the rest worked out.

12:03PM 20          THE COURT:  The one thing I assume you haven't worked

12:03PM 21  out is the nine counsel-created exhibits; is that a fair guess?

12:03PM 22          MR. BREIT:  Your Honor, Jeff Breit, PSC.

12:03PM 23                  We were looking at exhibit lists and making an

12:03PM 24  internal determination before making it an issue that needed the

12:03PM 25  Court's addressing.

12:03PM 1          THE COURT:  All right.  We've got a deadline for that,

12:03PM 2    so that's scheduled.

12:03PM 3          We're on target to get the Bates stamping taken

12:03PM 4    care of.

12:03PM 5          MR. MILLER:  Your Honor, on that point, if I may

12:03PM 6    address, I know there were some additional communications about

12:03PM 7    that last night while we were all at the cocktail party, so I'm

12:03PM 8    glad someone was really focused.

12:03PM 9          We reviewed the database of exhibits, and there

12:04PM 10   are, as far as we can tell, doing some initial clean-up,

12:04PM 11   16,600 trial exhibits, which excludes some, but not all,

12:04PM 12   duplicates.  Okay?

12:04PM 13         Of that number of 16,600, we show that 3,100 of

12:04PM 14   them have these deficiencies, either no Bates label or,

12:04PM 15   unfortunately, no image for Text Cloud to support the actual

12:04PM 16   exhibit.

12:04PM 17         The exchange of information is for there to be

12:04PM 18   supplementation on both of those categories by December 22nd;

12:04PM 19   but, we're looking at a total of 3,100, which is a subset of the

12:04PM 20   16,600.

12:04PM 21         So, the question is, given the holidays, whether or

12:04PM 22   not it's feasible to get objections in by December 30th, or what

12:04PM 23   appears to be almost 3,200 exhibit references where the actual

12:05PM 24   exhibit is missing until at least December 22nd.

12:05PM 25         THE COURT:  Okay.

12:05PM  1          MR. NOMELLINI:  It's Mark Nomellini, Your Honor.

12:05PM  2              I think, Kerry, the Court took care of that, at

12:05PM  3  least in some part, by readjusting the due date for objections,

12:05PM  4  as I read the last schedule, to January 13th.

12:05PM  5          MR. MILLER:  I thought I had heard that, but that wasn't

12:05PM  6  on the schedule.  At least, I didn't read it that way; or, if I

12:05PM  7  did, it's there twice, or I didn't understand it.

12:05PM  8              You posted the final schedule.  I think it was

12:05PM  9  attached maybe to your working group order this week?

12:05PM 10          THE COURT:  It was.

12:05PM 11          MR. MILLER:  There is still on it a December 30th

12:05PM 12  deadline for objection to exhibits, so that's the way that I

12:05PM 13  understood it.

12:05PM 14          THE COURT:  We've got a deadline of December 30th for

12:06PM 15  exchange of nonauthenticity objections for counsel-created

12:06PM 16  exhibits.  Then, on the 13th, January 13th, the final exhibit

12:06PM 17  list.

12:06PM 18          MR. MILLER:  I thought those were objections to exhibit

12:06PM 19  lists, as opposed to the final list.  See, I think the list

12:06PM 20  itself is still due on December 30th.

12:06PM 21          MR. YORK:  No, we changed that to January 13th.

12:06PM 22          THE COURT:  I think that's correct.  We're down for

12:06PM 23  January 13th for the --

12:06PM 24              Come on up.

12:06PM 25          MS. BERTAUT:  It looks like January 20th for objections.

12:06PM 1          THE COURT:  Come look over my shoulder.

12:06PM 2                So here you are, January 13th, exchange of final

12:06PM 3    exhibit list, including all impeachment exhibits, and witness

12:07PM 4    list.  Then, we go from there to --

12:07PM 5          MS. BERTAUT:  I think it's January 20th for objections,

12:07PM 6    Judge.

12:07PM 7          THE COURT:  Deadline for all remaining objections to

12:07PM 8    exhibits is the 20th.

12:07PM 9          MR. MILLER:  All right.  I understand now.

12:07PM 10         THE COURT:  If we need to revise further --

12:07PM 11         MR. MILLER:  I guess my confusion was I didn't see a

12:07PM 12   strike out of December 30th, of that date.  But, no, I

12:07PM 13   understand.  I think we're all on the same page.

12:07PM 14         THE COURT:  Yes, it's now the 13th for the final witness

12:07PM 15   list, with the objections coming a week later.

12:07PM 16         MR. MILLER:  So final exhibit and witness lists will go

12:07PM 17   in together on the 13th?

12:07PM 18         THE COURT:  Right, that January 13th is the final

12:08PM 19   exhibit and witness list.  Does that take care of it?  At least

12:08PM 20   for the time being, we're kicking the can down the road?

12:08PM 21         MR. MILLER:  I think that should take care of it.

12:08PM 22         THE COURT:  Good.  Okay.

12:08PM 23          Mr. O'Rourke.

12:08PM 24         MR. O'ROURKE:  Judge, Steve O'Rourke for the

12:08PM 25   United States.

12:08PM 1        THE COURT:  Speak up so our phone participants can hear

12:08PM 2   you.

12:08PM 3        MR. O'ROURKE:  I'd like to point out one other thing

12:08PM 4   about the 13th in your order.

12:08PM 5        THE COURT:  What's that?

12:08PM 6        MR. O'ROURKE:  It simultaneously calls for

12:08PM 7   identification of the witnesses and identification of the

12:08PM 8   impeachment exhibits.  We're having trouble figuring out how we

12:08PM 9   can know what exhibits -- who to impeach, if they are due on the

12:08PM 10  same day.

12:08PM 11       So we're going to recommend that the witness list,

12:08PM 12  the will-call list be due sooner, and the impeachment exhibits

12:08PM 13  been due later; otherwise, we have to do impeachment exhibits for

12:08PM 14  everybody in the case.

12:08PM 15       Thanks.

12:08PM 16       THE COURT:  Okay.  Steve.

12:08PM 17       MR. HERMAN:  Well, this may or may not be helpful.  My

12:08PM 18  understanding of the impeachment exhibits was that if they were

12:08PM 19  intended to impeach one of the 60 or however so experts; and, the

12:09PM 20  thought was that we wouldn't be able to know or to gather,

12:09PM 21  collect or etcetera, all of that information between the time

12:09PM 22  that the experts were identified, some of which at the very

12:09PM 23  beginning of November, and the November 14th exhibit list

12:09PM 24  deadline.

12:09PM 25       So I thought the whole purpose of allowing us to

12:09PM   1   supplement, for lack of a better word, to January 13th, was to

12:09PM   2   add specific documents to impeach those experts which we've known

12:09PM   3   about since November 7th.

12:09PM   4          If there is other live witnesses that people are

12:09PM   5   planning on calling, maybe we have to make some amends to impeach

12:09PM   6   them, too; but, I would think, if they are just basic fact

12:09PM   7   witnesses I associate with the defendants, we would probably

12:09PM   8   already know about most of the documents.  I certainly don't

12:09PM   9   object to having more time to impeach them, too, but --

12:09PM  10          THE COURT:  Steve, we'll look at it and see what we can

12:10PM  11   do, if anything, on that; but, I think Steve Herman's

12:10PM  12   recollection is correct.

12:10PM  13          We did get some more e-mail traffic yesterday about

12:10PM  14   the KPMG database.  Does anybody want to talk about how we're

12:10PM  15   going to resolve that issue, since clearly they are not

12:10PM  16   Bates stamped, and that's that?

12:10PM  17          MR. LANGAN:  Mark.

12:10PM  18          MR. NOMELLINI:  Your Honor, Mark Nomellini.

12:10PM  19          Yes, I don't know that there is going to be an

12:10PM  20   issue with respect to that.  No one has raised anything so far.

12:10PM  21          I think this is simply just the DNV BOP data for

12:10PM  22   Phase One and Phase Two.  The parties were given an opportunity

12:10PM  23   to take copies.  I don't think there is any discussion of KPMG or

12:10PM  24   anyone else Bates numbering.

12:11PM  25          Mike Underhill can correct me if I'm wrong; but, I

12:11PM 1    think, unless we hear objections from people, I think we're

12:11PM 2    pretty much set on just using the nonBates-numbered version.

12:11PM 3          THE COURT:  I guess it's a valuable lesson going

12:11PM 4    forward.  If we have a third party provider for anything going

12:11PM 5    forward, we should all make a mental note to ask them to number

12:11PM 6    their documents.

12:11PM 7          Just remember as you go forward in the expert

12:11PM 8    depositions to try to use the exhibit list number of documents

12:11PM 9    that you're working with them on, in addition to whatever tab

12:11PM 10   number you might have.  The same as you go forward with your

12:11PM 11   clean-up of the final exhibits.  Because we do want to try to get

12:11PM 12   it to the point where Judge Barbier is not scrambling around

12:12PM 13   looking at three versions or ten versions of the same document,

12:12PM 14   if we can.

12:12PM 15         I think you all remember the first time we met with

12:12PM 16   him on a trial plan meeting, that was probably the first point he

12:12PM 17   made.  So we want to try to work on that.

12:12PM 18         Motions in Limine look like they are coming in on

12:12PM 19   track, and that seems to be going fine.  Does anybody have

12:12PM 20   anything they want to comment on, on that issue?

12:12PM 21         All right.  Mr. Friedheim, M-I has said that

12:12PM 22   January 5, 6 looks best for him.  That is the Friday before the

12:12PM 23   BCS game, but that is scheduled for just 120 minutes on that

12:12PM 24   Friday, so it seems to me we can accommodate them.

12:12PM 25         You all would take a full day on Thursday, and, if

12:12PM 1   you do well, maybe you'll even finish on Thursday, the 5th, and

12:13PM 2   get out of town and not have to stay in on the 6th.  But, if you

12:13PM 3   do, it's just a two-hour deposition on the 6th anyway.  So let's

12:13PM 4   confirm 5, 6 of January for Mr. Friedheim.

12:13PM 5          I assume everybody has seen Weatherford's request

12:13PM 6   to be accommodated on taking their witnesses.  We'll take

12:13PM 7   Mr. McCormack on December 16th and December 19th.  If his

12:13PM 8   deposition is completed on the 16th, Mr. Calvert would begin at

12:13PM 9   8:30 on Monday, the 19th.

12:13PM 10         Then, Calvert is scheduled for December 19 and 20,

12:13PM 11  Mr. Woolie is December 21 and 22, and Mr. Lirette for 22 and 23.

12:14PM 12         MS. VALENTINE:  Your Honor --

12:14PM 13         THE COURT:  Yes.

12:14PM 14         MS. VALENTINE:  -- this is Sarah Valentine for

12:14PM 15  Weatherford, and I just had a question about our experts.

12:14PM 16         What we had requested is for Calvert to start on

12:14PM 17  the 19th.  He's set for 225 minutes; and, if he starts at 8:30,

12:14PM 18  we just want to make sure he can go longer than the 225 minutes

12:14PM 19  set for that day.

12:14PM 20         THE COURT:  Yes, he can.  That's not a problem.

12:14PM 21         MS. VALENTINE:  Then, also, for Mr. Lirette, we wanted

12:14PM 22  to see, and I think we've confirmed it with all the parties --

12:14PM 23  and I'm not sure about the PSC; I know we've discussed it with

12:14PM 24  the PSC, but we didn't get anything in writing -- if Mr. Lirette

12:14PM 25  could start on the 22nd at 8:30, regardless of when Mr. Woolie

12:14PM 1   finished.

12:14PM 2           THE COURT:  Any objection to that?

12:14PM 3           MR. HERMAN:  No.

12:14PM 4           THE COURT:  No objection.  Go ahead.

12:14PM 5           MS. VALENTINE:  Great.  Thank you very much.

12:15PM 6           THE COURT:  You're welcome.

12:15PM 7               Halliburton requested this week the opportunity to

12:15PM 8   provide a revised rebuttal report.  Any comments on that?

12:15PM 9               I'm sorry, for Richard Strickland.  I apologize.

12:15PM 10  Mr. Strickland.

12:15PM 11          MR. HAYCRAFT:  Dr. Strickland.

12:15PM 12          THE COURT:  I'm sorry, Dr. Strickland.  Any comments on

12:15PM 13  that?  Okay.

12:15PM 14              We do have BP's motion to substitute a new cement

12:15PM 15  expert.  Halliburton has submitted its opposition, and BP's reply

12:15PM 16  is due on Monday at noon.

12:15PM 17          MR. LANGAN:  Monday by noon, we thought, if that's okay

12:15PM 18  with Your Honor?

12:15PM 19          THE COURT:  Fine.

12:15PM 20          MR. LANGAN:  Thank you.

12:15PM 21          THE COURT:  The question was asked about whether or not

12:16PM 22  Judge Barbier is going to want hard copies of the expert reports.

12:16PM 23              Yes, would you all provide him with just the

12:16PM 24  report, not the exhibits.  The exhibits can be submitted in

12:16PM 25  electronic form to him; but, if you all will go ahead and put

12:16PM 1    into binders the expert reports themselves, he can, in his free

12:16PM 2    time, start reviewing those.

12:16PM 3            MR. HERMAN:  When you say exhibits, you mean the expert

12:16PM 4    reliance exhibits that are going in with the expert reports --

12:16PM 5            THE COURT:  That's right.

12:16PM 6            MR. HERMAN:  -- or you mean the exhibits to the report?

12:16PM 7            THE COURT:  No, the expert reliance exhibits that are

12:16PM 8    going in with the report.  If we gave him that in hard copy, it

12:16PM 9    would be too much.

12:16PM 10           MR. HERMAN:  Right.  But if the report has addenda or

12:16PM 11   exhibits that are part of the narrative, he wants those, along

12:16PM 12   with the narrative, or he just wants the nuts and bolts?

12:16PM 13           THE COURT:  Well, you'll have to give me an example of

12:17PM 14   what you're talking about, so I can look.

12:17PM 15           MR. HERMAN:  In most cases, there are various different

12:17PM 16   addenda, like, these are my publications, or these are a list of

12:17PM 17   what I relied on, or these are some graphs.  In some cases, they

12:17PM 18   are more substantive; in some cases, they are just to satisfy the

12:17PM 19   Rule 26 requirements.

12:17PM 20           MR. LANGAN:  It seems like those should all go to him as

12:17PM 21   part of the hard copy in the binders.

12:17PM 22           THE COURT:  How voluminous is that going to be?

12:17PM 23           MR. LANGAN:  I think it depends on the expert, but I

12:17PM 24   think -- that's a bright line that will work.

12:17PM 25           MR. WILLIAMSON:  I can give the Court a couple of BOP

12:17PM  1    examples.

12:17PM  2              Jimmy Williamson for the PSC.

12:17PM  3              The PSC's BOP expert has a 23-page report, but a

12:17PM  4    hundred-page addendum that is really substantive.

12:17PM  5              In addition to that, he has a CV, reliance

12:17PM  6    exhibits, publications, that are definitely part of the Rule 26

12:17PM  7    designation.

12:17PM  8              That's also true for the U. S. BOP reports are

12:17PM  9    almost -- not in pages, but they do the same thing.  They have

12:18PM 10    substantive appendices that are really, in reality, part of the

12:18PM 11    report.

12:18PM 12              Now, I would submit you would probably want that,

12:18PM 13    but not necessarily want every list of the reliance documents.

12:18PM 14         THE COURT:  Well, definitely, we don't want every list

12:18PM 15    of the reliance documents.

12:18PM 16              So if you want to go with Steve Herman's

12:18PM 17    bright-line rule, as if they are substantive, they will be in the

12:18PM 18    binder; if they are not, or if they are just reliance exhibits,

12:18PM 19    you can submit them electronically.

12:18PM 20              Of course, demonstrative exhibits, you're going to

12:18PM 21    want to show live at trial, so that can certainly be electronic,

12:18PM 22    as well.

12:18PM 23              We were thinking about a January 17th deadline for

12:18PM 24    that.

12:18PM 25         MR. MILLER:  Your Honor, on that point, I think you just

12:18PM  1    answered it.  I think what we've done is we've put our reports on

12:19PM  2    CD's, electronically.

12:19PM  3              THE COURT:  Right.

12:19PM  4              MR. MILLER:  Then they have been able to hyperlink the

12:19PM  5    reliance material.  If it's in the footnote, he can click on it

12:19PM  6    and look at it or not; but, I think that's been put on CD, so I

12:19PM  7    guess that could accompany the binder of the hard copy.

12:19PM  8              THE COURT:  Positively.  If everyone has done that or

12:19PM  9    some of you have done that, that's fine.

12:19PM 10              MR. HAYCRAFT:  I suspect, now that we've heard

12:19PM 11    Transocean has done that, there will be an interest by other

12:19PM 12    parties to do that.

12:19PM 13              THE COURT:  What vendor did you use?

12:19PM 14              So yes, you could put that in the binder.

12:19PM 15              MR. MILLER:  January 17th?

12:19PM 16              THE COURT:  January 17, and you could put your CD in the

12:19PM 17    binder.

12:19PM 18              We were looking for scheduling of Mr. Armstrong.

12:19PM 19              MR. LANGAN:  Your Honor, Andy Langan for BP.

12:19PM 20              We sent the PSC a letter yesterday saying that it's

12:19PM 21    our conclusion he's not an officer.  So they may want to talk to

12:19PM 22    us about that, but that's where we stand on that.

12:20PM 23              THE COURT:  Okay, we'll carry it over.  You all can talk

12:20PM 24    about it.

12:20PM 25              Come on up, Steve.

12:20PM 1    MR. HERMAN:  Steve Herman for the PSC.

12:20PM 2    When we got the letter, we just did a quick search

12:20PM 3    from the depo.  On page 31 of his depo, it says:

12:20PM 4    "What position did you take in 2007?"

12:20PM 5    Answer:  "My current position."

12:20PM 6    Question:  "Which is?"

12:20PM 7    "Chief financial officer for exploration and

12:20PM 8    production."

12:20PM 9    On page 414:  "Sir, you served, I believe you

12:20PM 10   testified, for a period of about four years as chief financial

12:20PM 11   officer for BP exploration and production activities, which would

12:20PM 12   include the Gulf of Mexico."

12:20PM 13   "That is correct."

12:20PM 14   So I don't know what definition of officer they are

12:20PM 15   using, but it seemed to us that he defined himself as an officer;

12:20PM 16   so, I guess we'll be continuing to take the position that he

12:20PM 17   probably is one.

12:20PM 18   THE COURT:  I thought we had already crossed the bridge

12:20PM 19   of the definition BP was using as officer.  Hadn't we, Andy?

12:20PM 20   MR. LANGAN:  I'm not sure we have.  We'll brief this if

12:21PM 21   we need to.

12:21PM 22   THE COURT:  I thought we had a letter brief with regard

12:21PM 23   to --

12:21PM 24   MR. LANGAN:  From Cameron.  There was an issue about

12:21PM 25   Mr. McWhorter from Cameron, and they took the position that he

12:21PM 1   was an officer of a division, as opposed to a corporation, and we

12:21PM 2   said, okay, fine, not an officer.

12:21PM 3               I don't know if that's what Your Honor is thinking

12:21PM 4   of.

12:21PM 5         THE COURT:  No, I'm not.  I thought we had some BP

12:21PM 6   people who you all said were not officers.  You defined what you

12:21PM 7   meant by officer, and they agreed with you.

12:21PM 8         MR. LANGAN:  Okay.

12:21PM 9         MR. HERMAN:  I'm not sure about that; but, what I think

12:21PM 10  this may refer to, in the very beginning, when we were deciding

12:21PM 11  whether to have the depositions in Houston or New Orleans, I

12:21PM 12  think that all the parties submitted letter briefs about the

12:21PM 13  Court's subpoena power in MDL or limitation or otherwise, and

12:21PM 14  those letter briefs, which I guess we could go back and dig up,

12:21PM 15  had arguments about what --

12:21PM 16        MR. LANGAN:  What a managing agent was.

12:21PM 17        THE COURT:  That's what it was.

12:21PM 18        MR. LANGAN:  So, Your Honor, we can brief this and put

12:22PM 19  it in a declaration.

12:22PM 20              With Mr. Armstrong, he is not an officer, a

12:22PM 21  corporate officer or a director of any BP corporate entity.  We

12:22PM 22  can establish that.  What he's talking about is maybe a function

12:22PM 23  that he has within a --

12:22PM 24        THE COURT:  A division.

12:22PM 25        MR. LANGAN:  -- a functional group of the BP

12:22PM  1    organization, but he's not a corporate officer of any BP entity.

12:22PM  2    We can brief this, if they don't agree with us.

12:22PM  3                I don't know how they are going to disprove what I

12:22PM  4    just said; but, if we need to, we'll brief it.

12:22PM  5          THE COURT:  Steve, why don't you give them a buzz, see

12:22PM  6    if you can agree or disagree.  If you disagree, let's put it on

12:22PM  7    the calendar for next week -- no, we're not here next week -- on

12:22PM  8    January 6th.

12:22PM  9                Let's talk about Phase One stipulations.  That's

12:22PM 10    been on the list for a while.

12:22PM 11                The only person who has responded to BP's

12:22PM 12    circulated list is Weatherford.  Let's give them a shout out.

12:23PM 13                So now let's hear from everyone else.

12:23PM 14          MR. LANGAN:  So Mr. Duffy may be on the line.

12:23PM 15          THE COURT:  Mr. Duffy is on the line.

12:23PM 16          MR. LANGAN:  Great.  Then Tim can speak to this, and I

12:23PM 17    can sit down.

12:23PM 18          THE COURT:  Tim doesn't have to speak to it; everybody

12:23PM 19    else does.

12:23PM 20          MR. DUFFY:  I'm happy to stay silent.

12:23PM 21          THE COURT:  Thank you, Tim.

12:23PM 22                Mr. Williamson, are you going to speak to this?

12:23PM 23          MR. WILLIAMSON:  On the Phase Two stipulation?

12:23PM 24          THE COURT:  No, Phase One stipulations.

12:23PM 25          MR. WILLIAMSON:  No, I'm not going to speak to that.

12:23PM 1          THE COURT:  Does anybody from the PSC want to address

12:23PM 2     this issue?  You're invited.

12:23PM 3          MR. HERMAN:  We haven't been in the loop for some time.

12:23PM 4     I thought the defendants were trying to work stuff out and come

12:23PM 5     back to us.  No?

12:23PM 6          THE COURT:  I don't think so.  I thought that --

12:23PM 7               Now, Mr. Duffy, you can speak up.

12:23PM 8          MR. DUFFY:  We all get a lot of e-mails, and it's easy

12:23PM 9     to not read them closely.  But we've circulated, I think, three

12:23PM 10    times now, our comments on all the proposed stipulations, and

12:24PM 11    indicating which ones we would be amenable to agreeing to, which

12:24PM 12    ones we just don't think are going to work, and which ones we

12:24PM 13    need to discuss, and suggesting some changes, and basically

12:24PM 14    throwing that out for everyone to respond to or, you know, agree

12:24PM 15    to modify the stipulation or what have you, but we just haven't

12:24PM 16    heard anything back.

12:24PM 17         THE COURT:  That's right.  It's been air silence.

12:24PM 18    Everyone would include Mr. Herman and the PSC; is that correct?

12:24PM 19         MR. DUFFY:  Yes.

12:24PM 20         MR. HERMAN:  Well, I'll stipulate that we haven't

12:24PM 21    responded to that.

12:24PM 22         THE COURT:  So yes, Steve, I would like you to take a

12:24PM 23    look at the draft stipulations that have been circulated, if you

12:24PM 24    all have anything you want to add or modify or disagree with,

12:24PM 25    because we're going to try to pull it together.  I mean,

12:24PM 1   Judge Barbier is really looking for some Phase One stipulations.

12:24PM 2           MR. HERMAN:  We'll be happy to do that.  My only

12:24PM 3   reluctance, and I don't know what evolution there has been, but

12:24PM 4   we had already stipulated, I thought, to everything that all of

12:25PM 5   the defendants had asked us to stipulate to; then, the objective

12:25PM 6   was for them to agree with each other.

12:25PM 7           Because BP wanted us to stipulate to stuff about

12:25PM 8   Transocean, some of which we're willing to do; Transocean wanted

12:25PM 9   us to stipulate to stuff about Halliburton, some of which we were

12:25PM 10  willing to do.  So we had already -- I think we started off the

12:25PM 11  whole process by saying, these were all the things we'll

12:25PM 12  stipulate to.

12:25PM 13          So I guess we were just waiting to see what, if

12:25PM 14  any, agreement there was between and among the defendants.  If

12:25PM 15  that has come to fruition, and now the ball is back in our court,

12:25PM 16  we're perfectly happy to look at it.

12:25PM 17          THE COURT:  Tim, is that your recollection of how it

12:25PM 18  started?

12:25PM 19          MR. DUFFY:  Yes.  I think that the PSC were the first

12:25PM 20  ones to propose stipulations.  The first tab on my spreadsheet is

12:25PM 21  PSC stipulations, and we've listed out BP's position on those.

12:25PM 22  So hopefully we can make some progress on that.

12:25PM 23          If other parties -- you know, other parties -- if

12:25PM 24  Mr. Herman is right, other parties need to weigh in, as well.  It

12:25PM 25  has to be everyone.

12:25PM  1          THE COURT:  So here is what I'd like to do.

12:26PM  2   Weatherford, thank you.

12:26PM  3              I would like for the States, the United States,

12:26PM  4   Transocean, Halliburton, Cameron, Anadarko, MOEX, M-I and

12:26PM  5   Dril-Quip to please weigh in to Mr. Duffy as to whether you have

12:26PM  6   any other proposed stipulations, whether you can agree to the

12:26PM  7   stipulations that have been circulated, or whether you've got

12:26PM  8   disagreement, so we can bring this to a conclusion.  They have

12:26PM  9   been floating around for a while.

12:26PM 10              Can you all do that by the end of the year?  Say

12:26PM 11   yes.

12:26PM 12          MR. GODWIN:  Yes.

12:26PM 13          MR. HERMAN:  Yes.

12:26PM 14          VOICES:  Yes.

12:26PM 15          THE COURT:  Thank you.

12:26PM 16              Sarah, is there anything we need to know about the

12:27PM 17   proposed stipulations on the B3 status?

12:27PM 18          MS. HIMMELHOCH:  You're asking about the stipulations on

12:27PM 19   dispersants or the Phase Two?

12:27PM 20          THE COURT:  The responder defendants.

12:27PM 21          MS. HIMMELHOCH:  Yes, on responder defendant

12:27PM 22   stipulations, Mr. Chakeres is on the phone, maybe he can speak to

12:27PM 23   that.

12:27PM 24          MR. CHAKERES:  Yes, Your Honor.  Nat Chakeres for the

12:27PM 25   United States.

12:27PM  1              I believe, late last week, we circulated to the

12:27PM  2      other parties an additional bundle of stipulations.  We now

12:27PM  3      have -- I believe the number is 11 stipulations that -- and

12:27PM  4      that's brought the total number to about 40.  We now have about

12:27PM  5      11 stipulations that we're trying to get final agreement on, and

12:27PM  6      we'll get those out, our fervent goal, before the holiday.

12:27PM  7              THE COURT:  Ted.

12:28PM  8              MR. TSEKERIDES:  Ted Tsekerides for the responder

12:28PM  9      defendants.

12:28PM 10              They're right, we are working on some.  We still

12:28PM 11      have a few that we're looking to have the government agree to.

12:28PM 12              While we're on the topic, I think that will have an

12:28PM 13      impact on the order -- I don't remember the number that it was,

12:28PM 14      but the order that Your Honor entered, kind of a schedule for the

12:28PM 15      limited B3 discovery.

12:28PM 16              There are certain dates that flow off of when those

12:28PM 17      stipulations are given.  Obviously, the PSC can't respond to a

12:28PM 18      stipulation it doesn't have yet.  So, I think one of those

12:28PM 19      deadlines is next week.

12:28PM 20              So, obviously, we think the better move here at

12:28PM 21      this point would be to revisit some of the dates in that prior

12:28PM 22      order.  We'll talk to the parties in interest, we haven't done

12:28PM 23      that yet -- I don't even know if they are all on the phone right

12:28PM 24      now -- and then revisit those dates and see what makes sense,

12:28PM 25      both for the cutoffs for discovery, documents, that sort of

12:28PM 1  thing.

12:28PM 2          THE COURT:  That's sensible.  Thank you.

12:28PM 3          MR. TSEKERIDES:  Thanks.

12:28PM 4          THE COURT:  All right, Phase Two stipulations.  Boy,

12:28PM 5  good progress.

12:28PM 6              So, our phone participants, who cannot see what's

12:29PM 7  happening, Mr. Underhill has approached the podium with a large

12:29PM 8  number of CDs, which he is going to distribute, presumably.

12:29PM 9          MR. UNDERHILL:  Yes, Your Honor.

12:29PM 10             The credit goes to Lisa Armsithe (spelled

12:29PM 11 phonetically), to Sharon Shutler, to Dave Pfeffer and some others

12:29PM 12 that have worked very hard for months, laboring with the

12:29PM 13 Coast Guard, the Department of Energy, to try to source out this

12:29PM 14 set of stipulations.

12:29PM 15             There may have been an amended version that went

12:29PM 16 out, also, later in the week.  I think we added some additional

12:29PM 17 sources to them.  So those are out.

12:29PM 18             What these CDs are is every stipulation in there

12:29PM 19 was sourced to one or more documents, typically from the

12:29PM 20 Unified Command.  So those CDs have each of the stipulations that

12:29PM 21 have the sources tied to each stipulation.  So it was trying to

12:29PM 22 be user friendly for all the parties.  So these are the best

12:29PM 23 efforts of BP and the U. S. to come up with a set of Phase Two

12:30PM 24 stips.

12:30PM 25             On our behalf, the U. S., we throw it out there,

12:30PM 1   we've given it our best shot.  There may be some tweaks the

12:30PM 2   parties want.  You know, I'm going to kind of throw -- toss that

12:30PM 3   ball over to Andy and BP's court on that one, I think.

12:30PM 4           I think that, in fairness to other parties, the PSC

12:30PM 5   included, that there may be some tweaks that they would like to

12:30PM 6   make.  I think, also -- I mean, Jimmy will speak for himself --

12:30PM 7   or Steve or whomever -- I think one of the concerns they have are

12:30PM 8   that they don't want to be foreclosed from putting context in

12:30PM 9   some of the stipulations.  In other words, the stipulation is the

12:30PM 10  end result on a certain day, a certain agreement was reached, and

12:30PM 11  a certain event then went forward; and, they don't want to be

12:30PM 12  foreclosed from putting in context what went into reaching that

12:30PM 13  decision on a certain date.  I think that's a fair point for them

12:30PM 14  to make, so we'll work with them as much as we can.

12:30PM 15          THE COURT:  Good.  I was really mightily impressed by

12:30PM 16  the effort both BP and the U. S. put into this.  It looked

12:31PM 17  wonderful.

12:31PM 18          Now, it may need tweaking, Jimmy.  But would

12:31PM 19  everybody please take a look at these, and I would like you all

12:31PM 20  to be in a position to comment, both good and bad or as, in

12:31PM 21  January.

12:31PM 22          MR. WILLIAMSON:  May I?

12:31PM 23          THE COURT:  Sure, Jimmy.  Come on up.

12:31PM 24          MR. WILLIAMSON:  Thank you, Your Honor.

12:31PM 25  Jimmy Williamson with the PSC.

12:31PM 1            I think Mike's comments are generally correct.

12:31PM 2      We're in the process of looking at the stipulations now.  The PSC

12:31PM 3      is not today agreeing or disagreeing with anything.  We're in the

12:31PM 4      process of looking at the ones that are fact based in nature, to

12:31PM 5      make sure that we can agree.

12:31PM 6            Our concern, context is one way to describe it,

12:32PM 7      which is the way Mike did, which is correct.  Another way would

12:32PM 8      be, to the extent the stipulations are stating conclusions or are

12:32PM 9      foreclosing contested issues, we're not going to be in a position

12:32PM 10     to agree; however, we are more than willing to get the language

12:32PM 11     so that it is fact based, as opposed to conclusory based.

12:32PM 12           Out of the 165-ish stipulations, we believe that

12:32PM 13     most of them are fact based; and, therefore, we believe, as soon

12:32PM 14     as we can make sure that we're in a position to verify, that

12:32PM 15     we're certainly amenable to that process.

12:32PM 16           The ones that are more conclusory in nature, we are

12:32PM 17     going to need to make sure that we're stipulating to facts, not

12:32PM 18     stipulating to things that could be misconstrued.  That's my

12:32PM 19     comment.

12:32PM 20           THE COURT:  I understand where you're coming from on

12:33PM 21     that.  Do you think that you could give BP and the United States

12:33PM 22     your initial comments, I don't know, by January 9?

12:33PM 23           MR. WILLIAMSON:  No problem.

12:33PM 24           I will say for the Court, Brian is taking the lead

12:33PM 25     on this.  The Court should know, Brian had a baby boy two days

12:33PM  1    ago.

12:33PM  2              THE COURT:  I heard.  I heard last night.

12:33PM  3              MR. WILLIAMSON:  That's the reason he's not here today.

12:33PM  4    But January 9th is very acceptable.

12:33PM  5              THE COURT:  Likewise for everybody else.

12:33PM  6              MR. MILLER:  I was going to ask you the same question,

12:33PM  7    and, also, Steve Herman, about their process yesterday.  We're

12:33PM  8    having the same process.

12:33PM  9              Really, our interests are only insofar as

12:33PM 10    Transocean's role as set forth in these proposed stipulations

12:33PM 11    with respect to Phase Two issues, and it is on a minority of the

12:33PM 12    stipulations.  We'll have some comments in on those by

12:33PM 13    January 9th, too.

12:33PM 14              THE COURT:  Good.  That will be fine because that will

12:33PM 15    keep it going.

12:33PM 16              Rob, anything else?

12:33PM 17              MR. GASAWAY:  No, Your Honor.  I just wanted to make

12:34PM 18    sure we had a specific date on there.  I know that Sharon Shutler

12:34PM 19    and Mike Nacusso (spelled phonetically), who worked on this for

12:34PM 20    the DOJ and BP, may be on the phone.  I just wanted to give them

12:34PM 21    a chance to throw out anything else that there was --

12:34PM 22              THE COURT:  Yes.  A big shout out because this, guys, is

12:34PM 23    really what I was expecting to see for Phase One.  How we don't

12:34PM 24    have a big old set of stipulations for Phase One, I don't know.

12:34PM 25    Think about that.

12:34PM 1          Mike tells me that the deadlines we set for the

12:34PM 2    spoliation motion that was in the last order was incorrect.  Has

12:34PM 3    that been corrected?  Everybody understand?

12:34PM 4          MR. LANGAN:  Mr. York and Mike corrected it, and we

12:34PM 5    agree.  So there is clarity now, I believe.

12:34PM 6          THE COURT:  That's what we're looking for.  Thanks,

12:34PM 7    Andy.

12:34PM 8          Any comments on the revised schedule for Phase One

12:35PM 9    which we circulated this week, beyond what Kerry raised earlier

12:35PM 10   in this conference?  Anything jump out at you?  Okay, that's

12:35PM 11   good.

12:35PM 12         Woods Hole Oceanographic Rule 30(b)(6).  The PSC

12:35PM 13   and the United States presented argument last week on that.  I'm

12:35PM 14   going to overrule the PSC's objection to the Rule 30(b)(6)

12:35PM 15   topics.

12:35PM 16         The PSC does not argue that the information sought

12:35PM 17   by BP is not relevant.  It urges that Woods Hole is not the

12:35PM 18   appropriate party from whom information should be sought

12:35PM 19   concerning the government's practices.  But I think that if

12:35PM 20   Woods Hole possesses the information, BP should not be precluded

12:36PM 21   from inquiring into it with Woods Hole.

12:36PM 22         So I'm going to allow the topic.  If they say they

12:36PM 23   don't know, they don't know.

12:36PM 24         Let's talk about the Rule 30(b)(6) look back for

12:36PM 25   Phase Two discovery.  The PSC has requested a topic looking back

12:36PM 1  to January 1, 2000, about 10 years, Jimmy.

12:36PM 2          My question to you is this:  How many events took

12:36PM 3  place that fit that?

12:36PM 4          MR. WILLIAMSON:  Very few, according to BP.

12:36PM 5          According to BP, and, I believe, the other

12:36PM 6  defendants, also, the number of blowouts in which you would need

12:36PM 7  things such as a junk shot, top kill, capping stack, those events

12:36PM 8  are rare.

12:36PM 9          I will note for the record the *Horizon* was actually

12:36PM 10 commissioned in '98.  I'll note for the record also, in your

12:37PM 11 previous orders in February dealing with Phase One, your look

12:37PM 12 back period was 1997 --

12:37PM 13         THE COURT:  Right.  You pointed that out.

12:37PM 14         MR. WILLIAMSON:  -- and that the *Horizon* actually went

12:37PM 15 into service in 2001 in the Gulf of Mexico.

12:37PM 16         So we think, given the rarity of the events, or

12:37PM 17 what the defendants have taken are the rarity of the events, we

12:37PM 18 think 2000 is certainly a very reasonable and appropriate number.

12:37PM 19         THE COURT:  But we don't have the number of events that

12:37PM 20 occurred?

12:37PM 21         MR. WILLIAMSON:  Well --

12:37PM 22         THE COURT:  Do we know?

12:37PM 23         MR. WILLIAMSON:  No.  We do not know as I sit here

12:37PM 24 today.

12:37PM 25         I will tell you, Transocean, in accordance with

12:37PM 1    their normal business practices, had a list of all the times they

12:37PM 2    took blowouts.  They have a chart that has been introduced and

12:37PM 3    argued about numerous times in Phase One depositions -- matter of

12:37PM 4    fact, BP uses it in several Phase One depositions -- to talk

12:37PM 5    about how many times they had a blowout.

12:38PM 6           Now, just because you have a blowout or --

12:38PM 7        MR. HAYCRAFT:  Kicks.

12:38PM 8        MR. WILLIAMSON:  -- kicks, blowouts --

12:38PM 9        THE COURT:  Kicks.  Let's talk about kicks.

12:38PM 10        MR. WILLIAMSON:  -- uncontrolled introduction of

12:38PM 11    hydrocarbon to the wellbore -- I wasn't trying to be precise, but

12:38PM 12    I can be more precise.

12:38PM 13           -- but having said that, so that's the defined

12:38PM 14    universe.  Certainly, the number of times in which you would need

12:38PM 15    intervention efforts would be a subset of that.  So --

12:38PM 16        THE COURT:  Because the request talks about attempts to

12:38PM 17    cap, control, contain, shut in, limit flow from and/or kill an

12:38PM 18    uncontrolled flowing subsea Gulf of Mexico well --

12:38PM 19        MR. WILLIAMSON:  Correct.

12:38PM 20        THE COURT:  -- so.

12:38PM 21        MR. WILLIAMSON:  That's a pretty defined universe.

12:38PM 22        THE COURT:  Yes, it's limited to uncontrolled flow.

12:38PM 23        MR. WILLIAMSON:  Correct.  That would include

12:38PM 24    methodologies such as top hat, top kill, junk shot, probably

12:39PM 25    bullheading, things of that nature.

12:39PM 1            So we think that's a pretty reasonable time limit,

12:39PM 2    given your previous orders, as well as given the way the events

12:39PM 3    are being described.

12:39PM 4            THE COURT:  Alan, what is your interest in this?

12:39PM 5            MR. YORK:  Only this, Your Honor.  We want to point out

12:39PM 6    that the look back date that was pointed out to the Court was

12:39PM 7    specifically with regard to a request for production to BP, and

12:39PM 8    not all parties used the same search terms to all the same

12:39PM 9    discovery.

12:39PM 10           So, for example, with Halliburton, with the

12:39PM 11   plaintiffs' global -- or the -- what's the word -- their initial

12:39PM 12   requests -- omnibus requests, there were several that dealt --

12:39PM 13   that were going to have to deal with Phase Two issues, and the

12:39PM 14   search that we did went back to 1/1/08.

12:40PM 15           Now, we're not an operator.  I don't know that it's

12:40PM 16   going to be the same issue.  But, we have conferred with our

12:40PM 17   client, and the additional expense that would be required to go

12:40PM 18   back now and recreate a new search and create new documents that

12:40PM 19   we've already searched under the omnibus request, we don't think

12:40PM 20   is warranted in this situation.

12:40PM 21           THE COURT:  Well, the request is not to you, though, is

12:40PM 22   it?  This request is PSC to BP; is that correct?

12:40PM 23           MR. YORK:  Well, no, this is actually in the 30(b)(6)

12:40PM 24   deposition notices, is one of the --

12:40PM 25           THE COURT:  For all of the defendants?

12:40PM 1         MR. FITCH:  Just about all, yes, Your Honor,

12:40PM 2  including --

12:40PM 3         MR. YORK:  That's correct.  So Brian and I have had this

12:40PM 4  conversation that we think, for us, the date should be the date

12:40PM 5  that we have already done the search and already produced

12:40PM 6  documents for, which was 1/1/08; because, otherwise, it creates a

12:40PM 7  whole new universe of documents that we have to cull through

12:40PM 8  before finding what's relevant to produce to go through.

12:41PM 9         MR. WILLIAMSON:  Can I explain that?

12:41PM 10         THE COURT:  Sure.

12:41PM 11         MR. WILLIAMSON:  Halliburton does stand slightly in a

12:41PM 12  different position.  I don't want to speak for Brian on this.  If

12:41PM 13  the Court will give me, I am happy to consider -- I am requesting

12:41PM 14  permission to make sure I talk with Brian about Halliburton.

12:41PM 15         THE COURT:  What about Anadarko --

12:41PM 16         MR. WILLIAMSON:  -- but for Transocean and Anadarko --

12:41PM 17  Anadarko is an operator in the Gulf of Mexico.  Now, in this

12:41PM 18  particular case, in Macondo, they are a nonoperator, but they

12:41PM 19  operate in the Gulf of Mexico; so, if they've had this

12:41PM 20  experience, it would be relevant.

12:41PM 21         I'm not arguing -- I'm not -- so does Transocean.

12:41PM 22  Transocean has operational authority.  Without getting into the

12:41PM 23  fight over who runs what, which is always contested, Transocean

12:41PM 24  has operational authority over drilling rigs that get in these

12:41PM 25  situations, as does, of course, BP.

12:41PM 1          Halliburton might stand slightly in a different

12:41PM 2    category, but, before I pop off and say that, I really would like

12:41PM 3    the opportunity to visit with Brian.

12:41PM 4          THE COURT:  Yes, and look back and see whether MOEX got

12:42PM 5    it, whether -- if MOEX got it, you don't want that.

12:42PM 6          MR. WILLIAMSON:  No.  I'm going to stand -- I will tell

12:42PM 7    the Court now, I know --

12:42PM 8          THE COURT:  Stand with BP.

12:42PM 9          MR. WILLIAMSON:  -- and Anadarko and Transocean and,

12:42PM 10   also, Cameron.  Because, by definition, the equipment that

12:42PM 11   Cameron makes is to control uncontrolled flows.

12:42PM 12          I mean, without getting into the argument with

12:42PM 13   Cameron over that issue, too, but I know I'm going to stand firm

12:42PM 14   requesting of the Court those dates for those four.  I'm willing

12:42PM 15   to visit with Brian and make sure I understand his thoughts on

12:42PM 16   either MOEX or Halliburton, if that makes any sense.

12:42PM 17          THE COURT:  It does.

12:42PM 18          MR. DUFFY:  Your Honor, it's Tim Duffy.  If I could be

12:42PM 19   heard on this when it's convenient, that would be great.

12:42PM 20          THE COURT:  Sure, Tim.  Go ahead.

12:42PM 21          MR. DUFFY:  Let me back up just a second.  I think we're

12:42PM 22   confusing a couple of things.

12:42PM 23          The prior discovery requests, for which the -- for

12:42PM 24   which Your Honor allowed document discovery back to '97,

12:42PM 25   concerned specifically junk shots, top hats and relief wells.

12:43PM 1   Those are very narrow efforts and may well, in fact, have been

12:43PM 2   unprecedented efforts.  So it was not that much of an issue.

12:43PM 3            This request, which I think does appear in almost

12:43PM 4   every 30(b)(6) that the PSC has drafted, cap, control, contain,

12:43PM 5   shut in, limit flow from any uncontrolled flowing subsea

12:43PM 6   Gulf of Mexico well, one could read that, really, to mean any

12:43PM 7   time you have hydrocarbons coming through the well that you don't

12:43PM 8   have a hundred percent control over; not necessarily going into

12:43PM 9   the water, but just coming up through the bore, and you have to

12:43PM 10  activate the BOP, or you have to do something.  That falls into

12:43PM 11  this category.  So this -- and the Transocean chart that was

12:43PM 12  discussed reflects that.

12:43PM 13           This is not, you know, well blowouts and huge oil

12:43PM 14  spill things.  These are kicks, these are -- you know, any

12:43PM 15  instance where the flow is not a hundred percent under control.

12:43PM 16  So it's potentially very broad.

12:43PM 17           When you look at the request, it's not just

12:43PM 18  identify those or, you know, produce a few documents.  It's get

12:44PM 19  somebody prepared to speak on ten different subparts as to this

12:44PM 20  and, in essence, go over the whole event.

12:44PM 21           So the notion that this isn't a broad request,

12:44PM 22  especially for a 30(b)(6), I think is misplaced.

12:44PM 23           Now, we did go back to '97 for those specific

12:44PM 24  things in document discovery.  We generally -- the order that was

12:44PM 25  attached to the PSC's letter, you know, went back as far as '04,

12:44PM  1  for a lot of more general drilling issues in terms of document

12:44PM  2  discovery; although, almost every other request and every other

12:44PM  3  document request and every other discovery issue that we've come

12:44PM  4  up against, with very limited exceptions, we have gone back to

12:44PM  5  1/1/08.  So that's why we proposed 1/1/08.

12:44PM  6          I could see going beyond 1/1/08 if the PSC would

12:44PM  7  say, well, we know there was an incident here and an incident

12:44PM  8  here, and we want you to -- you know, what we want to find out

12:44PM  9  about those.  I think they've had the document discovery back

12:44PM 10  farther to, if, in fact, there are relevant incidents, you know,

12:45PM 11  on GOM wells, deepwater wells, if they identify those, I think

12:45PM 12  it's certainly more reasonable to say, okay, we want to find out

12:45PM 13  about this incident and have somebody testify about it, than to

12:45PM 14  make us go back, frankly, at this late date -- they've already

12:45PM 15  had document discovery stretching back to 2004 -- to go back even

12:45PM 16  to 2004, and especially to 2000, to come up with those incidents

12:45PM 17  ourselves, to decide what qualifies, what doesn't, and then, you

12:45PM 18  know, educate someone, you know, to testify about them in detail.

12:45PM 19          So I would argue that the '08 deadline -- or the

12:45PM 20  '08 date, which we've used on almost everything else, is

12:45PM 21  appropriate.  I'm certainly willing to consider if they can

12:45PM 22  identify specific incidents before that.  If they can't identify

12:45PM 23  specific incidents before that, after getting all of our other

12:45PM 24  documents and all these other requests, I don't think there are

12:45PM 25  any that are relevant.

12:45PM  1          MR. WILLIAMSON:  First of all, I disagree that they can

12:45PM  2     withhold and force us to tell them what they were doing in the

12:45PM  3     Gulf of Mexico.

12:46PM  4          MR. DUFFY:  My point is that I think we have told you

12:46PM  5     what we're doing, and I don't think that there is anything in

12:46PM  6     there that warrants this kind of inquiry.  If you think

12:46PM  7     otherwise, you know, let's talk about it.

12:46PM  8          MR. WILLIAMSON:  Yes, because, in fact -- now, we're not

12:46PM  9     talking -- the exhibit I just referred to, BP routinely trots

12:46PM 10     that exhibit out in connection with Transocean's exhibit, and

12:46PM 11     routinely points that out that 90 -- some high percentage -- I'll

12:46PM 12     use the word 95, I'm sure that's the wrong number -- 95 percent

12:46PM 13     of kicks, 95 percent of the time hydrocarbons come into the

12:46PM 14     wellbore is detected within five or ten or 20 or 25 barrels.

12:46PM 15          Of course, this particular -- the Macondo was seven

12:46PM 16     hundred to a thousand barrels, according to different estimates,

12:46PM 17     okay.  So that document itself demonstrates that we're not

12:46PM 18     talking about those events.  We're not talking about times that

12:46PM 19     an operator on a well site takes a 5-barrel kick or a 10-barrel

12:47PM 20     kick or a 20-barrel kick, closes the blowout preventer, and then

12:47PM 21     merely has to handle the well in terms of the choke and kill line

12:47PM 22     use.

12:47PM 23          We're talking about events in which the flow is

12:47PM 24     uncontrolled, and you are going to need some other sort of

12:47PM 25     procedure.  By the defendants' own records, that's a very small

12:47PM 1  percentage of the time when hydrocarbons enter the wellbore, so

12:47PM 2  we're not talking about very many events.

12:47PM 3         Because of that, among other things, January 1, '08

12:47PM 4  doesn't work because the statistical sample would be too small.

12:47PM 5  Number two -- by the way, I'll also point out, since I had a hand

12:47PM 6  in the Cameron issues, I argued that for Cameron, too.  When I

12:47PM 7  was asking Cameron in their initial Phase One discovery, I think

12:47PM 8  we negotiated a January 1, 2000 date with Cameron, over what

12:47PM 9  their date should go back to in terms of them planning or

12:47PM 10  procuring or designing in connection with uncontrolled flows of

12:48PM 11  hydrocarbons.  So --

12:48PM 12         THE COURT:  Maybe, Jimmy, what I'm hearing is that we

12:48PM 13  don't have agreement on the definition of what you're looking

12:48PM 14  for, because, as I'm hearing what BP is saying, any kick would be

12:48PM 15  involved here.

12:48PM 16         MR. WILLIAMSON:  That's okay.  I don't think that's

12:48PM 17  true; but, having said that, I'm willing to tweak that language.

12:48PM 18  I'm willing to go tweak that language to make sure we're not

12:48PM 19  talking about a time when a driller takes a five or 10-barrel

12:48PM 20  kick and closes the BOP.

12:48PM 21         THE COURT:  Well, I didn't read it that way, which is

12:48PM 22  why I thought you would know what the instances were, because I

12:48PM 23  assume there are very few -- at least, that's my assumption; I

12:48PM 24  could be wrong -- but I assume there are very few that meet what

12:48PM 25  you're looking for.

12:48PM  1          MR. WILLIAMSON:  We will be happy to tweak the language

12:48PM  2     to make sure that there is not a misunderstanding on this,

12:48PM  3     because, the way it's been described, we're trying to get every

12:48PM  4     time hydrocarbons entered the wellbore, and that's not the

12:49PM  5     purpose of this particular exercise.

12:49PM  6          THE COURT:  Would you undertake to tweak the language,

12:49PM  7     and also speak to Brian and congratulate him for the group on his

12:49PM  8     new addition to the family.

12:49PM  9          MR. WILLIAMSON:  I would be happy to.  Fair enough,

12:49PM 10     Your Honor.  Thanks.

12:49PM 11          THE COURT:  Good enough.

12:49PM 12          MR. NIZIALEK:  Your Honor, good afternoon.

12:49PM 13          THE COURT:  Good afternoon.

12:49PM 14          MR. NIZIALEK:  Phil Nizialek for MOEX.

12:49PM 15              You raised MOEX in this context.

12:49PM 16          THE COURT:  I did.

12:49PM 17          MR. NIZIALEK:  I just wanted, for the record, to point

12:49PM 18     out that MOEX was obviously a nonoperator in the Macondo well,

12:49PM 19     and there is definitive evidence that this is the only well that

12:49PM 20     MOEX has ever been involved with in any capacity, or any of its

12:49PM 21     affiliates, in the Gulf of Mexico.

12:49PM 22          THE COURT:  Do you know whether this 30(b)(6) topic has

12:49PM 23     been noticed to you?

12:49PM 24          MR. NIZIALEK:  I believe it has, Your Honor.

12:49PM 25          THE COURT:  So let's think about MOEX.

12:49PM 1          MR. WILLIAMSON:  Correct.  If MOEX represents they've

12:49PM 2     never been an operator, then I think they're in the category,

12:49PM 3     like Halliburton, that we will -- we will revisit internally how

12:49PM 4     we want those responses.

12:49PM 5          MR. NIZIALEK:  Not only not an operator, but never a

12:49PM 6     nonoperator for any other well --

12:49PM 7          MR. WILLIAMSON:  Well, I'm not fussing with you about --

12:50PM 8          MR. NIZIALEK:  -- or involved in any other capacity.

12:50PM 9          Thank you, Your Honor.

12:50PM 10         THE COURT:  Thank you.

12:50PM 11         MR. FITCH:  Judge, Tony Fitch, finally.

12:50PM 12         We are an operator in the Gulf, of course.  That

12:50PM 13    much, we acknowledge.

12:50PM 14         I think you're saying let's debate this another

12:50PM 15    day, and so I'm not going to take much time.

12:50PM 16         THE COURT:  That's right.  I'm hoping we can at least

12:50PM 17    better define what it is the PSC is looking for, and then I can

12:50PM 18    consider it from there.

12:50PM 19         MR. FITCH:  I'm not -- I have to respectfully say, I'm

12:50PM 20    not even sure entirely what the relevance of all of this is; but,

12:50PM 21    leaving that aside for a moment, even further delineating what

12:50PM 22    they mean by uncontrolled flow, even if that's done, this is a

12:50PM 23    very, very broad range of topics.  It's very -- especially for

12:50PM 24    parties who are largely settled out of the case.

12:50PM 25         If nothing else, perhaps one other thing we should

12:50PM  1   consider over the next week, Jimmy made some reference to

12:50PM  2   statistical analysis.  I'm not quite sure what that means.  I

12:51PM  3   think that what they need are a couple of examples from each

12:51PM  4   party.  Maybe that's another way to limit this.

12:51PM  5               I would be willing to consider that.  I ask that

12:51PM  6   they consider that.  But, when you read A through I, you're

12:51PM  7   talking about essentially a corporate review.

12:51PM  8               MR. WILLIAMSON:  I'm happy to argue relevance.  I

12:51PM  9   suspect this is not the correct day to do that.

12:51PM 10               THE COURT:  That's right.

12:51PM 11               MR. WILLIAMSON:  Okay.

12:51PM 12               THE COURT:  I'm trying to get Andy on his plane.

12:51PM 13               All right.  Let's talk trial planning real quick.

12:51PM 14               There will not -- and I think this will get a round

12:51PM 15   of applause -- there will not be a formal pretrial order.

12:51PM 16               Thank you, Alan, the only person to comply.

12:51PM 17               Instead, everything that we're working on,

12:51PM 18   stipulations, witness lists, all of those other things will be

12:51PM 19   coming in the front door anyway.  Judge Barbier will have those,

12:52PM 20   so that's fine.

12:52PM 21               What we are going to ask you all to do is a

12:52PM 22   pretrial statement.  You all can give Judge Barbier ten pages,

12:52PM 23   double spaced, and you can use your ten pages for any purpose you

12:52PM 24   want.

12:52PM 25               You can give him summary of material facts for

12:52PM 1   Phase One.  You can give him an outline of contested issues of

12:52PM 2   law that you want him to look for.  Whatever you want to do with

12:52PM 3   your ten pages, give it to him by January 25, and that will be

12:52PM 4   the end of our pretrial submission.

12:52PM 5           MR. FITCH:  Double spaced, I assume.

12:52PM 6           THE COURT:  Double spaced.

12:52PM 7           MR. UNDERHILL:  Just for clarification, Your Honor --

12:52PM 8           THE COURT:  12 point font, double spaced.

12:53PM 9           MR. UNDERHILL:  *New York Times*.

12:53PM 10          THE COURT:  Yes.

12:53PM 11          MR. MILLER:  Attach all of our two-page summaries and

12:53PM 12  expert reports to it?

12:53PM 13          THE COURT:  No attachments, no addenda, no exhibits.

12:53PM 14  What else have I forgotten?

12:53PM 15          MR. UNDERHILL:  Footnotes single or double spaced?

12:53PM 16          THE COURT:  Very few footnotes.

12:53PM 17          MR. UNDERHILL:  A question, Your Honor, on that.

12:53PM 18              Andy brought it up today in the context of the

12:53PM 19  indemnity motion, that's briefing the legal issues, gross

12:53PM 20  negligence and willful misconduct.  I think that would be

12:53PM 21  beneficial.  Is that part of that?

12:53PM 22          THE COURT:  Yes.

12:53PM 23          MR. UNDERHILL:  You didn't hesitate very long, did you?

12:53PM 24          THE COURT:  No.

12:53PM 25          MR. UNDERHILL:  I understand.

12:53PM 1                 Listen, all the parties, we're pushing out.

12:53PM 2     We're -- in fact, I have a beef with Don.  He's taking credit for

12:53PM 3     our paper pushing.  A lot of those millions of pages are on the

12:54PM 4     government's nickel.

12:54PM 5                 MR. HAYCRAFT:  Did I say I was taking credit, sir?

12:54PM 6                 MR. UNDERHILL:  Well, no, he didn't, but he implied it's

12:54PM 7     the parties.  When Don's client was pushing out 5 million pages,

12:54PM 8     it was BP has produced 5 million pages.

12:54PM 9                 THE COURT:  That's every week, Andy would --

12:54PM 10                MR. UNDERHILL:  Now, it's the parties.

12:54PM 11                THE COURT:  -- 4.732 million pages.

12:54PM 12                MR. UNDERHILL:  So I did not jump up in court and say,

12:54PM 13    wait a minute, we get the most credit for it.

12:54PM 14                If that's the way it's going to be, Your Honor,

12:54PM 15    it's fine, we'll do it.

12:54PM 16                Let me respectfully suggest that this is one issue,

12:54PM 17    I think, that it's critical to a lot of things in the case.

12:54PM 18    Obviously, our case on the penalties.  It's even critical to OPA

12:54PM 19    limit busting for parties, unlike BP who has waived the limit.

12:54PM 20                I would suggest that it still might benefit a

12:54PM 21    separate briefing for that.  I'm not sure ten pages will do it

12:54PM 22    justice.  Maybe 15 or 20.  I really think that -- I'm not --

12:54PM 23    listen, I don't want more work.  We've got plenty.

12:54PM 24                THE COURT:  I agree.

12:55PM 25                MR. UNDERHILL:  But I think that it would be good to put

12:55PM 1   it before the Court, so we can have it out with BP or others and

12:55PM 2   say, this is what we think it is, what they think it is.

12:55PM 3                   So, if you want to get back to us after talking to

12:55PM 4   Judge Barbier --

12:55PM 5                   THE COURT:  Yes, I will talk to Judge Barbier about

12:55PM 6   that.

12:55PM 7                   But the good news is no pretrial order, and you've

12:55PM 8   got ten pages as a substitute for your statement of material

12:55PM 9   facts or your statement of uncontested facts or your statement of

12:55PM 10  disputed facts, whatever you want.

12:55PM 11                  MR. LANGAN:  Or trial briefs; is that --

12:55PM 12                  THE COURT:  Or your trial brief.  You need to know he

12:55PM 13  doesn't want a pretrial brief.  He wants a post-trial brief.

12:55PM 14                  MR. UNDERHILL:  Final question, Your Honor.  I take it,

12:55PM 15  the witness list, just to make sure I'm clear when I report back

12:55PM 16  to my folks, this is a will-call list.

12:55PM 17                  In other words, because BP had earlier, in some of

12:55PM 18  the chambers conferences, indicated that they would have a hard

12:55PM 19  time telling the Court and the parties whom they would call until

12:55PM 20  the plaintiffs, including the government, put on our case in

12:56PM 21  chief.  I don't think that was what we were looking for, and I

12:56PM 22  don't think it's what the PSC was looking for.

12:56PM 23                  So, to clarify, is this a will-call list?

12:56PM 24                  THE COURT:  It is a final witness list.  If you all want

12:56PM 25  to put will call and may call -- you got to have your will call

12:56PM  1    list.  If a person is not on your will call list and you decide

12:56PM  2    to call them --

12:56PM  3            MR. UNDERHILL:  No, I guess I understand that.  I guess

12:56PM  4    my concern is just the opposite.  That's when -- I'm not saying

12:56PM  5    anybody will do it, but we've all been in cases where a party

12:56PM  6    sandbagged.  They come up with -- like, a personal injury case,

12:56PM  7    the plaintiff puts down 40 treating physicians, and it's guess

12:56PM  8    who is going to show up.  Well, I don't know, and I don't want to

12:56PM  9    take 40 depositions.

12:56PM 10            What we would like, this is the government, and

12:56PM 11    perhaps this is PSC as well, would actually say these are the

12:56PM 12    witnesses we will call, not maybe call, we will call those

12:56PM 13    witnesses; but, I'm still concerned about the maybe calls because

12:57PM 14    of the sandbag issue.  We probably won't hash this out today, but

12:57PM 15    I'd put it on the table.

12:57PM 16            THE COURT:  Yes, let's all think about that.  I mean, I

12:57PM 17    want a final witness list that people can depend on, is what I'm

12:57PM 18    looking for.

12:57PM 19            MS. KUCHLER:  Judge, I just wanted to let you know, for

12:57PM 20    those who are headed to the airport, that I-10 is closed in both

12:57PM 21    directions probably until around 4 o'clock because of either an

12:57PM 22    accident or a homicide, where there is a person in a burned car.

12:57PM 23            One of the police officers out there recommended

12:57PM 24    avoiding the interstate altogether because it's backed up in both

12:57PM 25    directions.

12:57PM 1            THE COURT:  So you want to either ask your cab driver to

12:57PM 2   take Airline or Earhart Boulevard.

12:57PM 3            MR. NIZIALEK:  Earhart would be better.

12:57PM 4            MR. MILLER:  Not Airline.  That's an hour and 15 minutes

12:57PM 5   from here, with all the lights.

12:57PM 6            THE COURT:  Boy, you know some stuff.

12:57PM 7            MR. MILLER:  A better option would be West Esplanade

12:57PM 8   down to Williams Boulevard.

12:58PM 9            THE COURT:  Okay.

12:58PM 10           MR. NIZIALEK:  Your Honor, if I may, Phil Nizialek for

12:58PM 11  MOEX.

12:58PM 12           THE COURT:  Sure.

12:58PM 13           MR. NIZIALEK:  I think I can take the Japanese

12:58PM 14  translation issue off your agenda.  I have a report for that.

12:58PM 15           THE COURT:  Let's do it.

12:58PM 16           MR. NIZIALEK:  That issue exists only with regard to

12:58PM 17  Mr. Ishii's deposition.  I-S-H-I-I, just like all the other

12:58PM 18  Ishiies who we've deposed.

12:58PM 19           We've been conferring with Nancy Flickinger at the

12:58PM 20  DOJ, and we've come to an agreement, pursuant to an agreement

12:58PM 21  that was entered into at Mr. Ishii's deposition, that we will

12:58PM 22  object to what we believe to be any inaccuracies in the

12:58PM 23  deposition translation at the time of the objection to our

12:58PM 24  exhibits.

12:58PM 25           THE COURT:  Okay.  Thank you.

12:58PM 1          Last but not least, Courtroom Connect.

12:58PM 2          Has Courtroom Connect been in touch with everybody?

12:58PM 3  You're in gear there.

12:58PM 4          MR. LANGAN:  They have.

12:58PM 5          Were you going to give us information, contact

12:58PM 6  information about the facility?

12:58PM 7          THE COURT:  I was.  That's next up.

12:58PM 8          MR. LANGAN:  You said last, but not least --

12:58PM 9          THE COURT:  The last, but not least, is office space and

12:58PM 10  connectivity.

12:59PM 11          Office space, the gentleman you want to contact --

12:59PM 12  we'll have this in today's minute entry -- is Ken Livingston.

12:59PM 13  He's with GSA.  He's at area (504)589-6094, extension 109.  I'll

12:59PM 14  have his e-mail in the minute entry coming out after this

12:59PM 15  conference.

12:59PM 16          Everybody can talk to him.  I think he has my list

12:59PM 17  of allotted rooms; but, things are changing, and he understands

12:59PM 18  that it is a state of flux, so.

12:59PM 19          MR. LANGAN:  Is the PSC now in the bunker?

12:59PM 20          THE COURT:  The PSC is not in the bunker.  Do you want

12:59PM 21  to trade them?

12:59PM 22          MR. LANGAN:  I want to see the space first, and then

12:59PM 23  we'll exercise our option.

12:59PM 24          MR. BREIT:  If we don't like their option?

12:59PM 25          THE COURT:  Andy, they have no windows either.  You'll

12:59PM  1  be happy to know.

12:59PM  2          MR. LANGAN:  That does make me feel better.

01:00PM  3          MR. BREIT:  We have a waterfall.

01:00PM  4          THE COURT:  Is there anything else we need to take up,

01:00PM  5  so that you all can slog your way to the airport?

01:00PM  6              Yes, Deb.

01:00PM  7          MS. KUCHLER:  Judge Barbier had asked us to get with you

01:00PM  8  about the USA's motion for summary judgment.

01:00PM  9          THE COURT:  I'll look at that this afternoon.  I heard

01:00PM 10  that.

01:00PM 11          MS. KUCHLER:  You don't want to talk about it.

01:00PM 12          THE COURT:  I don't want to talk to you about that.  I'm

01:00PM 13  going to look at it this afternoon and try to retrace our

01:00PM 14  history.

01:00PM 15          MR. HERMAN:  If Mark is on the phone, Andy can probably

01:00PM 16  head out toward the airport, but --

01:00PM 17          MR. LANGAN:  That's okay.  Thank you.

01:00PM 18          MR. HERMAN:  -- I think Kerry touched upon a little bit

01:00PM 19  of this.

01:00PM 20              Mark sent an e-mail yesterday about the

01:00PM 21  December 22nd deadline, and I just wanted to verify a couple

01:00PM 22  things.

01:00PM 23              In terms of the books and the publicly available

01:00PM 24  documents, which we talked about last week a little bit, and I

01:00PM 25  understand and Mark's e-mail reflects kind of the temporary

01:01PM 1  agreement for December 22nd, which is -- and this is my

01:01PM 2  understanding, at least -- for books, we're going to make sure

01:01PM 3  that everybody knows author, date, publisher, blah, blah, so

01:01PM 4  everybody knows that they are dealing with the same book.

01:01PM 5       For publicly available documents, I think the

01:01PM 6  agreement now is to produce all the publicly available documents

01:01PM 7  that haven't been formally produced in production, except for

01:01PM 8  ones for which there are copyright concerns, and, with respect to

01:01PM 9  those, they are going to be listed.

01:01PM 10      The question becomes -- what I was kind of

01:01PM 11 advocating for last week, and what I still think is necessary,

01:01PM 12 it's just a question of when the deadline is -- at some point,

01:01PM 13 those books and those publicly available documents, to the extent

01:01PM 14 we get around the copyright problems, if there are any, is, you

01:01PM 15 know, they have to be imaged and provided to, at least, Indata,

01:01PM 16 and then maybe all the other parties could get them from Indata,

01:01PM 17 and maybe they need to be circulated among the parties; but, at

01:01PM 18 some point, they need to be produced.

01:02PM 19      I don't know if that, in and of itself, allegedly

01:02PM 20 violates any copyright issue; but, it seems to me that that's

01:02PM 21 just kind of left hanging, and between December 22nd and

01:02PM 22 February 27th --

01:02PM 23      THE COURT:  We've got to do that.

01:02PM 24      MR. HERMAN:  Yes.

01:02PM 25      THE COURT:  Mark, what's your thought on that?

01:02PM 1      MR. NOMELLINI:  Yeah, I agree with Mr. Herman.  We have

01:02PM 2  to resolve these -- both those things.  Hopefully, there is not

01:02PM 3  any copyright issue.

01:02PM 4      I mean, I've never heard of a copyright concern in

01:02PM 5  connection with using stuff at trial; but, somebody from the PSC

01:02PM 6  had some good leads on maybe finding some case that says that to

01:02PM 7  put everybody as ease, so that would hopefully take care of that

01:02PM 8  one.

01:02PM 9      Then, on the books, yeah, I agree, Steve, we need

01:02PM 10  to -- you know, we need, you know, a final copy that folks have

01:02PM 11  that they can put up on the screen if they are going to use it.

01:02PM 12      So I just -- at this stage, I think having

01:02PM 13  everybody, you know, circulate copies of all of the books, it

01:03PM 14  just seems like a little bit of overkill.  Maybe we're going to

01:03PM 15  have to cross that bridge eventually; but, you know, it's killing

01:03PM 16  a lot of trees right now to do it.

01:03PM 17      We'll continue to work with your folks, Steve, and

01:03PM 18  figure out a good solution.

01:03PM 19      MR. HERMAN:  Thank you.

01:03PM 20      THE COURT:  Good, thank you.

01:03PM 21      All right.  Come on up.

01:03PM 22      MR. FITCH:  Judge, finally, on the issue that --

01:03PM 23      Tony Fitch from Anadarko.

01:03PM 24      -- that Deb raised about the United States' motion

01:03PM 25  for summary judgment, I'm certainly happy to have you not meet

01:03PM  1    with us now and try to reconstruct the history.

01:03PM  2            THE COURT:  If you want to help me reconstruct, feel

01:03PM  3    free.

01:03PM  4            MR. FITCH:  I was going to say that it is an important

01:03PM  5    issue to us.

01:03PM  6            THE COURT:  Oh, I understand that.

01:03PM  7            MR. FITCH:  So, if there's an opportunity Monday morning

01:03PM  8    by telephone to talk with you about that, whatever you think

01:03PM  9    best.

01:03PM 10            THE COURT:  If you want to send me what you think is the

01:03PM 11    reconstructive history, please feel free.

01:04PM 12            MR. FITCH:  Well, whatever you think best.

01:04PM 13            THE COURT:  Well, I heard in the oral argument this

01:04PM 14    morning that you all believe that the briefing for the trial

01:04PM 15    plans covered the issue.  So what I'm doing --

01:04PM 16            MR. FITCH:  For starters.  That's right, for starters.

01:04PM 17            THE COURT:  For starters.  If you think that the

01:04PM 18    briefing does, tell me where it is, I'll take a look at it.

01:04PM 19            If you think there is other things that we've

01:04PM 20    covered that you think we should look at, let me know that.

01:04PM 21            MR. FITCH:  Much appreciate it.

01:04PM 22            THE COURT:  Thank you.

01:04PM 23            MR. UNDERHILL:  Could I just suggest a phone call next

01:04PM 24    week, at the Court's convenience, rather than do a lot of paper?

01:04PM 25    It's really a fairly simple issue.

01:04PM  1          THE COURT:  I'm not trying to do a lot of paper, but, if

01:04PM  2   Tony thinks I need to look at something, let him tell me I need

01:04PM  3   to look at something.

01:04PM  4              I don't want letters.  I don't want briefs.  Just

01:04PM  5   tell me what it is you want me to look at.

01:04PM  6              No, no, no, I'm not asking for more briefs.

01:04PM  7          MR. HERMAN:  Can I respectfully invite a representative

01:04PM  8   of the PSC to the phone call?

01:04PM  9          THE COURT:  I don't know.  I'll think about that.  I'll

01:04PM  10  think about that.

01:04PM  11         MR. MILLER:  Invite him late.

01:04PM  12         THE COURT:  We'll invite him late.

01:05PM  13             Anything else?  Make a mad dash for --

01:05PM  14  West Esplanade?

01:05PM  15         MR. MILLER:  Yeah, I just gave it to Steve and Rachel.

01:05PM  16  I think the best way to go is Esplanade Avenue to Canal --

01:05PM  17         THE COURT:  Esplanade Avenue to Canal.

01:05PM  18         MR. MILLER:  -- Canal to Robert E. Lee, Robert E. Lee to

01:05PM  19  West Esplanade.

01:05PM  20         THE COURT:  Good luck.

01:05PM  21         MR. MILLER:  I'm telling you, I've done it before when

01:05PM  22  the interstate was closed down.  It's way better than Airline

01:05PM  23  Highway.

01:05PM  24         THE COURT:  Well, I like Earhart.

         25             (WHEREUPON, at 1:05 p.m., the proceedings were

 1   concluded.)

 2                              *     *     *

 3

 4

 5                      REPORTER'S CERTIFICATE

 6

 7      I, Cathy Pepper, Certified Realtime Reporter, Registered

 8   Merit Reporter, Registered Professional Reporter, Certified Court

 9   Reporter, Official Court Reporter for the United States District

10   Court, Eastern District of Louisiana, do hereby certify that the

11   foregoing is a true and correct transcript, to the best of my

12   ability and understanding, from the record of the proceedings in

13   the above-entitled and numbered matter.

14

15

16

21

22                      Cathy Pepper, CCR, RMR, CRR

23                      Official Court Reporter

24                      United States District Court

25                      Cathy_Pepper@laed.uscourts.gov

**'**

**'04** [1] - 50:25
**'08** [3] - 51:19, 51:20, 53:3
**'97** [2] - 49:24, 50:23
**'98** [1] - 45:10

**1**

**1** [3] - 45:1, 53:3, 53:8
**1/1/08** [5] - 47:14, 48:6, 51:5, 51:6
**10** [1] - 45:1
**10-barrel** [2] - 52:19, 53:19
**10-MD-2179** [1] - 1:7
**1000** [2] - 2:4, 6:12
**1001** [1] - 4:4
**101** [1] - 2:23
**10153** [1] - 6:22
**109** [1] - 62:13
**11** [2] - 39:3, 39:5
**1100** [2] - 3:25, 6:9
**12** [1] - 57:8
**120** [1] - 27:23
**1201** [1] - 5:13
**1221** [1] - 5:4
**13** [1] - 8:5
**1300** [1] - 5:22
**1331** [1] - 5:17
**13th** [11] - 23:4, 23:16, 23:21, 23:23, 24:2, 24:14, 24:17, 24:18, 25:4, 26:1
**14th** [1] - 25:23
**15** [3] - 8:6, 58:22, 61:4
**16** [2] - 1:8, 12:2
**16,600** [3] - 22:11, 22:13, 22:20
**1601** [1] - 2:12
**1615** [1] - 5:22
**165-ish** [1] - 42:12
**1665** [1] - 5:17
**16th** [3] - 15:18, 28:7, 28:8
**17** [2] - 8:7, 32:16
**1700** [1] - 5:13
**17TH** [1] - 9:16
**17th** [2] - 31:23, 32:15
**18** [2] - 8:9, 8:11
**19** [1] - 28:10
**1997** [1] - 45:12
**19th** [3] - 28:7, 28:9, 28:17
**1:05** [1] - 67:25

**2**

**20** [5] - 1:6, 8:12, 28:10, 52:14, 58:22
**20-barrel** [1] - 52:20
**2000** [4] - 45:1, 45:18, 51:16, 53:8
**20005** [1] - 4:23
**20006** [1] - 6:5
**2001** [1] - 45:15
**2004** [2] - 51:15, 51:16
**2004A** [1] - 3:19
**2007** [2] - 6:7, 33:4
**2010** [1] - 1:6
**2011** [2] - 1:8, 12:2
**2020** [1] - 6:4
**20th** [3] - 23:25, 24:5, 24:8
**21** [7] - 8:13, 8:14, 8:15, 8:16, 8:19, 8:21, 28:11
**2185** [1] - 7:3
**22** [3] - 8:22, 28:11
**225** [2] - 28:17, 28:18
**22nd** [6] - 22:18, 22:24, 28:25, 63:21, 64:1, 64:21
**23** [1] - 28:11
**23-page** [1] - 31:3
**23510** [1] - 2:5
**25** [2] - 52:14, 57:3
**25............................
....** [1] - 10:22
**26** [3] - 8:23, 30:19, 31:6
**2615** [1] - 2:16
**27** [3] - 8:24, 8:25, 12:20
**27th** [1] - 64:22
**28** [7] - 9:1, 9:3, 9:4, 9:5, 9:6, 9:7, 9:8
**29** [4] - 9:9, 9:12, 9:13, 9:14
**2929** [1] - 7:4
**2990** [1] - 2:8

**3**

**3,100** [2] - 22:13, 22:19
**3,200** [1] - 22:23
**30** [2] - 12:22, 13:1
**30(B)(6)** [1] - 10:17
**30(b)(6** [6] - 44:14, 44:24, 47:23, 50:4, 50:22, 54:22
**30(b)(6)** [1] - 44:12
**30(B)(6).................** [1]

**- 10:16
300** [1] - 4:19
**30th** [5] - 22:22, 23:11, 23:14, 23:20, 24:12
**31** [2] - 9:16, 33:3
**3100** [1] - 6:9
**31st** [1] - 17:19
**32** [1] - 9:17
**3450** [1] - 7:8
**35** [1] - 9:18
**36130** [1] - 3:5
**365** [1] - 2:8
**36604** [1] - 2:12
**3668** [1] - 1:19
**36TH** [1] - 3:24
**3700** [1] - 4:4
**38** [3] - 9:19, 9:25, 10:1
**3rd** [1] - 15:18

**4**

**4** [1] - 60:21
**4.732** [1] - 58:11
**40** [5] - 10:2, 10:3, 39:4, 60:7, 60:9
**40,000-page** [1] - 17:16
**4000** [1] - 6:12
**41** [1] - 10:5
**414** [1] - 33:9
**42** [1] - 10:8
**42ND** [1] - 7:4
**43** [2] - 10:9, 10:11
**4310** [1] - 2:19
**435** [1] - 2:23
**44** [5] - 10:12, 10:14, 10:15, 10:16, 10:17
**450** [1] - 3:13
**4500** [1] - 5:4

**5**

**5** [4] - 27:22, 28:4, 58:7, 58:8
**5-barrel** [1] - 52:19
**500** [3] - 3:4, 7:8, 7:15
**5000** [1] - 4:14
**504** [1] - 7:16
**504)589-6094** [1] - 62:13
**5395** [1] - 3:14
**546** [1] - 5:8
**556** [1] - 1:19
**56** [3] - 10:18, 10:19, 10:20
**57** [1] - 10:21
**589-7779** [1] - 7:16

**5th** [1] - 28:1

**6**

**6** [2] - 27:22, 28:4
**60** [1] - 25:19
**600** [1] - 3:8
**601** [2] - 2:16
**60654** [1] - 4:20
**61** [1] - 10:23
**62** [2] - 10:24, 10:25
**63** [2] - 11:1, 20:12
**65** [1] - 20:12
**655** [1] - 4:23
**6th** [5] - 15:23, 17:1, 28:2, 28:3, 35:8

**7**

**701** [1] - 4:14
**70112** [1] - 5:23
**70113** [1] - 1:23
**70130** [4] - 2:9, 2:16, 5:9, 7:15
**70139** [1] - 4:15
**70163** [2] - 3:25, 6:9
**70360** [1] - 2:23
**70502** [1] - 1:20
**70802** [1] - 3:8
**75270** [1] - 5:14
**7611** [1] - 3:18
**767** [1] - 6:21
**77002** [3] - 4:5, 6:13, 7:9
**77006** [1] - 2:20
**77010** [2] - 5:5, 5:17
**77019** [1] - 7:5
**7th** [1] - 26:3
**7TH** [1] - 3:14

**8**

**820** [1] - 1:23
**8:30** [3] - 28:9, 28:17, 28:25

**9**

**9** [1] - 42:22
**90** [1] - 52:11
**94102** [1] - 3:14
**95** [3] - 52:12, 52:13
**999** [1] - 2:4
**9:30** [1] - 1:8
**9th** [2] - 43:4, 43:13
**9TH..............** [1] - 10:11

**A**

**A.M** [1] - 1:8
**ability** [1] - 68:12
**able** [2] - 25:20, 32:4
**ABOUT** [3] - 8:18, 8:20, 9:8
**above-entitled** [1] - 68:13
**ABRAMSON** [1] - 2:14
**acceptable** [1] - 43:4
**access** [1] - 16:4
**accessed** [1] - 16:4
**accident** [1] - 60:22
**accommodate** [1] - 27:24
**ACCOMMODATED** [1] - 9:1
**accommodated** [1] - 28:6
**accompany** [1] - 32:7
**accordance** [2] - 18:3, 45:25
**according** [3] - 45:4, 45:5, 52:16
**accurate** [1] - 18:6
**accused** [1] - 15:1
**acknowledge** [1] - 55:13
**ACTION** [1] - 1:7
**activate** [1] - 50:10
**activities** [1] - 33:11
**actual** [2] - 22:15, 22:23
**add** [2] - 26:2, 36:24
**added** [1] - 40:16
**addenda** [3] - 30:10, 30:16, 57:13
**addendum** [1] - 31:4
**addition** [4] - 20:9, 27:9, 31:5, 54:8
**additional** [7] - 20:7, 20:9, 20:10, 22:6, 39:2, 40:16, 47:17
**address** [4] - 15:24, 19:5, 22:6, 36:1
**addressing** [1] - 21:25
**ADJUST** [1] - 8:7
**adjust** [1] - 17:9
**advocating** [1] - 64:11
**affidavit** [1] - 19:5
**affiliates** [1] - 54:21
**afternoon** [4] - 54:12, 54:13, 63:9, 63:13
**agenda** [2] - 20:18, 61:14
**AGENDA** [1] - 8:3
**agent** [1] - 34:16
**ago** [1] - 43:1

**agree** [13] - 14:2, 35:2, 35:6, 36:14, 37:6, 38:6, 39:11, 42:5, 42:10, 44:5, 58:24, 65:1, 65:9

**AGREE** [1] - 9:23

**agreed** [2] - 17:24, 34:7

**agreeing** [2] - 36:11, 42:3

**agreement** [9] - 14:1, 37:14, 39:5, 41:10, 53:13, 61:20, 64:1, 64:6

**ahead** [5] - 14:16, 20:15, 29:4, 29:25, 49:20

**air** [1] - 36:17

**Airline** [3] - 61:2, 61:4, 67:22

**airport** [3] - 60:20, 63:5, 63:16

**AL** [2] - 2:12, 3:5

**ALABAMA** [2] - 3:3, 8:12

**Alabama** [1] - 20:25

**ALAN** [1] - 5:16

**Alan** [2] - 47:4, 56:16

**ALL** [4] - 1:10, 8:17, 8:19, 10:6

**allegedly** [1] - 64:19

**ALLEN** [2] - 7:4, 7:8

**allocation** [2] - 16:5, 16:6

**allotted** [1] - 62:17

**allow** [1] - 44:22

**allowed** [1] - 49:24

**allowing** [1] - 25:25

**almost** [5] - 22:23, 31:9, 50:3, 51:2, 51:20

**ALSO** [1] - 7:11

**altogether** [1] - 60:24

**amenable** [3] - 20:16, 36:11, 42:15

**amended** [1] - 40:15

**amends** [1] - 26:5

**AMERICA** [7] - 3:17, 4:7, 4:7, 4:8, 4:9, 4:11, 4:12

**AMERICAN** [1] - 2:15

**Anadarko** [6] - 38:4, 48:15, 48:16, 48:17, 49:9, 65:23

**ANADARKO** [3] - 5:19, 5:20, 9:20

**analysis** [1] - 56:2

**AND** [13] - 3:22, 6:19, 8:6, 8:9, 8:17, 8:19, 9:20, 10:3, 10:5,

10:7, 10:8, 10:14, 10:25

**ANDREW** [1] - 4:17

**Andy** [9] - 32:19, 33:19, 41:3, 44:7, 56:12, 57:18, 58:9, 62:25, 63:15

**answer** [2] - 19:19, 33:5

**answered** [1] - 32:1

**ANTHONY** [1] - 2:7

**anticipate** [2] - 15:17, 17:17

**ANY** [1] - 9:22

**anyway** [2] - 28:3, 56:19

**apologize** [3] - 12:12, 17:11, 29:9

**appear** [1] - 50:3

**APPEARANCES** [7] - 1:15, 2:1, 3:1, 4:1, 5:1, 6:1, 7:1

**appendices** [1] - 31:10

**applause** [1] - 56:15

**appreciate** [2] - 15:3, 66:21

**approached** [1] - 40:7

**appropriate** [3] - 44:18, 45:18, 51:21

**APRIL** [1] - 1:6

**area** [1] - 62:13

**AREAUX** [1] - 6:8

**argue** [2] - 44:16, 51:19, 56:8

**argued** [2] - 46:3, 53:6

**arguing** [1] - 48:21

**argument** [4] - 19:6, 44:13, 49:12, 66:13

**arguments** [1] - 34:15

**Armsithe** [1] - 40:10

**Armstrong** [2] - 32:18, 34:20

**ARMSTRONG........... ............................ [1]** - 9:17

**Army** [1] - 17:22

**articulated** [1] - 19:6

**AS** [5] - 8:16, 8:17, 9:21, 10:7, 10:9

**ASBILL** [1] - 4:3

**aside** [1] - 55:21

**associate** [1] - 26:7

**assume** [5] - 21:20, 28:5, 53:23, 53:24, 57:5

**assumption** [1] - 53:23

**assure** [1] - 13:3, 20:21

**AT** [2] - 9:13, 10:5

**atmosphere** [1] - 12:17

**attach** [1] - 57:11

**attached** [2] - 23:9, 50:25

**attachments** [1] - 57:13

**attempts** [1] - 46:16

**attend** [4] - 15:20, 16:1, 16:2

**ATTORNEY** [1] - 3:3

**attorneys** [1] - 12:16

**author** [1] - 64:3

**authority** [2] - 48:22, 48:24

**available** [4] - 63:23, 64:5, 64:6, 64:13

**AVENUE** [4] - 1:23, 3:4, 3:13, 6:21

**Avenue** [2] - 67:16, 67:17

**avoid** [4] - 14:8, 14:10, 15:3

**avoiding** [3] - 15:2, 15:5, 60:24

---

**B**

**B3** [3] - 10:1, 38:17, 39:15

**BABIUCH** [1] - 4:18

**baby** [1] - 42:25

**BACK** [1] - 10:17

**backed** [1] - 60:24

**BAD** [1] - 10:7

**bad** [2] - 13:14, 41:20

**BAKER** [1] - 3:7

**ball** [2] - 37:15, 41:3

**bank** [1] - 16:12

**banking** [1] - 16:14

**bar** [2] - 12:17, 14:22

**BARBIER** [1] - 9:14

**Barbier** [9] - 13:3, 27:12, 29:22, 37:1, 56:19, 56:22, 59:4, 59:5, 63:7

**barrels** [2] - 52:14, 52:16

**BARROW** [1] - 7:4

**based** [4] - 42:4, 42:11, 42:13

**basic** [2] - 15:16, 26:6

**Bates** [4] - 22:3, 22:14, 26:16, 26:24

**BATES** [1] - 8:22

**BATON** [1] - 3:8

**BCS** [1] - 27:23

**BE** [2] - 9:1, 10:6

**BECK** [2] - 5:3, 5:3

**becomes** [1] - 64:10

**beef** [1] - 58:2

**BEEN** [1] - 9:24

**BEFORE** [1] - 1:13

**begin** [1] - 28:8

**beginning** [2] - 25:23, 34:10

**behalf** [4] - 14:4, 15:6, 40:25

**beneficial** [1] - 57:21

**benefit** [1] - 58:20

**BERTAUT** [3] - 5:8, 23:25, 24:5

**best** [7] - 27:22, 40:22, 41:1, 66:9, 66:12, 67:16, 68:11

**BEST** [1] - 10:3

**better** [7] - 26:1, 39:20, 55:17, 61:3, 61:7, 63:2, 67:22

**between** [4] - 15:17, 25:21, 37:14, 64:21

**beyond** [2] - 44:9, 51:6

**big** [2] - 43:22, 43:24

**bill** [1] - 16:9

**billable** [1] - 14:23

**binder** [4] - 31:18, 32:7, 32:14, 32:17

**binders** [2] - 30:1, 30:21

**BINGHAM** [1] - 6:3

**bit** [3] - 63:18, 63:24, 65:14

**blah** [2] - 64:3

**BLOSSMAN** [1] - 6:8

**blowout** [3] - 46:5, 46:6, 52:20

**blowouts** [4] - 45:6, 46:2, 46:8, 50:13

**BOBBY** [1] - 3:7

**BOCKIUS** [1] - 6:11

**bolts** [1] - 30:12

**book** [1] - 64:4

**books** [5] - 63:23, 64:2, 64:13, 65:9, 65:13

**BOP** [8] - 8:6, 15:13, 26:21, 30:25, 31:3, 31:8, 50:10, 53:20

**bore** [1] - 50:9

**BOTH** [1] - 10:6

**Boulevard** [2] - 61:2, 61:8

**BOULEVARD** [1] - 2:19

**BOUNDS** [1] - 2:11

**BOX** [2] - 1:19, 3:18

**boy** [3] - 40:4, 42:25,

61:6

**BP** [42] - 4:7, 4:7, 4:8, 4:9, 4:10, 4:11, 4:12, 10:3, 10:8, 12:21, 13:12, 16:4, 16:18, 17:14, 19:6, 32:19, 33:11, 33:19, 34:5, 34:21, 34:25, 35:1, 37:7, 40:23, 41:16, 42:21, 43:20, 44:17, 44:20, 45:4, 45:5, 46:4, 47:7, 47:22, 48:25, 49:8, 52:9, 53:14, 58:8, 58:19, 59:1, 59:17

**BP'S** [2] - 9:12, 9:13

**BP'S** [5] - 29:14, 29:15, 35:11, 37:21, 41:3

**BRANCH** [1] - 3:11

**Breit** [2] - 21:18, 21:22

**BREIT** [6] - 2:3, 2:3, 21:16, 21:22, 62:24, 63:3

**BRENNAN** [1] - 4:3

**Brian** [8] - 42:24, 42:25, 48:3, 48:12, 48:14, 49:3, 49:15, 54:7

**bridge** [2] - 33:18, 65:15

**brief** [8] - 33:20, 33:22, 34:18, 35:2, 35:4, 59:12, 59:13

**briefing** [5] - 57:19, 58:21, 66:14, 66:18

**briefs** [5] - 34:12, 34:14, 59:11, 67:4, 67:6

**bright** [2] - 30:24, 31:17

**bright-line** [1] - 31:17

**bring** [1] - 38:8

**broad** [3] - 50:16, 50:21, 55:23

**brought** [2] - 39:4, 57:18

**BUILDING** [1] - 2:15

**bullheading** [1] - 46:25

**bundle** [1] - 39:2

**bunker** [2] - 62:19, 62:20

**burned** [1] - 60:22

**business** [1] - 46:1

**busting** [1] - 58:19

**button** [1] - 19:24

**buzz** [1] - 35:5

**BY** [34] - 1:4, 1:18, 1:22, 2:3, 2:7, 2:11,

2:15, 2:19, 2:22, 3:3, 3:7, 3:12, 3:18, 3:24, 4:3, 4:13, 4:17, 4:22, 5:3, 5:8, 5:12, 5:16, 5:22, 6:3, 6:8, 6:12, 6:20, 7:4, 7:7, 7:18, 7:18, 9:25, 10:11, 10:22

**C**

**CA** [1] - 3:14
**cab** [1] - 61:1
**calendar** [1] - 35:7
**CALLED** [1] - 12:4
**Calvert** [3] - 28:8, 28:10, 28:16
**CALVERT.................
.........................** [1] - 9:4
**CAMERON** [2] - 5:7, 9:20
**Cameron** [11] - 12:16, 33:24, 33:25, 38:4, 49:10, 49:11, 49:13, 53:6, 53:7, 53:8
**CAN** [1] - 9:23
**CANAL** [2] - 2:8, 2:8
**Canal** [3] - 67:16, 67:17, 67:18
**cannot** [1] - 40:6
**cap** [2] - 46:17, 50:4
**capacity** [2] - 54:20, 55:8
**capping** [4] - 15:13, 15:14, 15:19, 45:7
**CAPPING** [1] - 8:6
**captain** [1] - 15:12
**Captain** [3] - 15:22, 16:20, 16:21
**car** [1] - 60:22
**care** [5] - 22:4, 23:2, 24:19, 24:21, 65:7
**CARMELITE** [1] - 5:8
**CARONDELET** [1] - 5:8
**carry** [1] - 32:23
**CARVER** [1] - 6:7
**case** [8] - 25:14, 48:18, 55:24, 58:17, 58:18, 59:20, 60:6, 65:6
**CASES** [1] - 1:10
**cases** [4] - 30:15, 30:17, 30:18, 60:5
**categories** [1] - 22:18
**category** [3] - 49:2, 50:11, 55:2
**Cathy** [2] - 68:7, 68:22

**CATHY** [1] - 7:14
**Cathy_Pepper@laed .uscourts.gov** [1] - 68:25
**cathy_Pepper@laed. uscourts.gov** [1] - 7:16
**CCR** [2] - 7:14, 68:22
**CD** [2] - 32:6, 32:16
**CD's** [1] - 32:2
**CDs** [3] - 40:8, 40:18, 40:20
**cement** [2] - 17:3, 29:14
**CEMENT** [1] - 9:12
**CENTER** [2] - 5:4, 7:8
**CENTRE** [1] - 3:24
**certain** [5] - 39:16, 41:10, 41:11, 41:13
**certainly** [8] - 26:8, 31:21, 42:15, 45:18, 46:14, 51:12, 51:21, 65:25
**CERTIFICATE** [1] - 68:5
**CERTIFIED** [1] - 7:14
**Certified** [2] - 68:7, 68:8
**certify** [1] - 68:10
**CHAKERES** [2] - 3:13, 38:24
**Chakeres** [1] - 38:22, 38:24
**CHAMBERS** [1] - 7:3
**chambers** [1] - 59:18
**chance** [1] - 43:21
**changed** [1] - 23:21
**changes** [1] - 36:13
**changing** [1] - 62:17
**chart** [2] - 46:2, 50:11
**CHICAGO** [1] - 4:20
**chief** [3] - 33:7, 33:10, 59:21
**choke** [1] - 52:21
**Christmas** [1] - 19:14
**circulate** [1] - 65:13
**circulated** [7] - 35:12, 36:9, 36:23, 38:7, 39:1, 44:9, 64:17
**CIRCULATED** [1] - 9:24
**citizen** [1] - 15:22
**CIVIL** [2] - 1:7, 3:11
**clarification** [1] - 57:7
**clarify** [2] - 14:6, 59:23
**clarity** [1] - 44:5
**clean** [2] - 22:10, 27:11
**clean-up** [2] - 22:10,

27:11
**cleaning** [1] - 15:14
**clear** [2] - 14:17, 59:15
**clearly** [1] - 26:15
**CLERK** [1] - 12:7
**click** [1] - 32:5
**client** [3] - 13:12, 47:17, 58:7
**CLINGMAN** [3] - 4:4, 14:2, 15:5
**close** [1] - 20:19
**closed** [2] - 60:20, 67:22
**closely** [1] - 36:9
**closes** [2] - 52:20, 53:20
**Cloud** [1] - 22:15
**co** [1] - 20:4
**co-counsel** [1] - 20:4
**Coast** [4] - 15:25, 20:10, 20:14, 40:13
**cocktail** [3] - 13:23, 14:24, 22:7
**cocktails** [1] - 14:1
**collect** [1] - 25:21
**collections** [1] - 17:19
**COME** [1] - 10:3
**coming** [9] - 19:4, 21:8, 24:15, 27:18, 42:20, 50:7, 50:9, 56:19, 62:14
**Command** [1] - 40:20
**Commander** [1] - 19:25
**comment** [4] - 18:5, 27:20, 41:20, 42:19
**COMMENT** [1] - 10:6
**comments** [9] - 13:5, 21:1, 29:8, 29:12, 36:10, 42:1, 42:22, 43:12, 44:8
**COMMENTS** [1] - 10:11
**COMMENTS...** [1] - 10:8
**commissioned** [1] - 45:10
**communications** [1] - 22:6
**COMPANY** [3] - 4:8, 5:20
**company** [1] - 15:4
**compel** [1] - 18:2
**completed** [2] - 15:15, 28:8
**comply** [1] - 56:16
**COMPUTER** [1] - 7:18
**conceding** [1] - 14:18
**concern** [3] - 42:6, 60:4, 65:4

**concerned** [2] - 49:25, 60:13
**concerning** [1] - 44:19
**concerns** [2] - 41:7, 64:8
**concluded** [1] - 68:1
**conclusion** [2] - 32:21, 38:8
**conclusions** [1] - 42:8
**conclusory** [2] - 42:11, 42:16
**CONFERENCE** [1] - 1:12
**conference** [3] - 21:8, 44:10, 62:15
**conferences** [1] - 59:18
**conferred** [1] - 47:16
**conferring** [1] - 61:19
**confers** [1] - 21:16
**confirm** [1] - 28:4
**confirmed** [1] - 28:22
**confusing** [1] - 49:22
**confusion** [1] - 24:11
**congratulate** [1] - 54:7
**Connect** [2] - 62:1, 62:2
**CONNECT.................
...................** [1] - 10:24
**connection** [3] - 52:10, 53:10, 65:5
**connectivity** [1] - 62:10
**CONNECTIVITY.........
................** [1] - 10:25
**CONRAD** [1] - 2:22
**consider** [6] - 48:13, 51:21, 55:18, 56:1, 56:5, 56:6
**consideration** [1] - 17:14
**contact** [2] - 62:5, 62:11
**contain** [2] - 46:17, 50:4
**contested** [2] - 42:9, 48:23, 57:1
**context** [5] - 41:8, 41:12, 42:6, 54:15, 57:18
**continue** [3] - 17:15, 17:22, 65:17
**CONTINUED** [6] - 2:1, 3:1, 4:1, 5:1, 6:1, 7:1
**continuing** [2] - 21:4, 33:16
**control** [5] - 46:17, 49:11, 50:4, 50:8,

50:15
**convenience** [1] - 66:24
**convenient** [1] - 49:19
**conversation** [1] - 48:4
**convivial** [1] - 12:17
**COPIES** [1] - 9:15
**copies** [3] - 26:23, 29:22, 65:13
**copy** [4] - 30:8, 30:21, 32:7, 65:10
**copyright** [5] - 64:8, 64:14, 64:20, 65:3, 65:4
**COREY** [1] - 3:3
**corporate** [4] - 34:21, 35:1, 56:7
**CORPORATE** [1] - 2:23
**CORPORATION** [3] - 4:9, 5:7, 5:20
**corporation** [1] - 34:1
**Corps** [1] - 17:22
**correct** [14] - 23:22, 26:12, 26:25, 33:13, 36:18, 42:1, 42:7, 46:19, 46:23, 47:22, 48:3, 55:1, 56:9, 68:11
**corrected** [2] - 44:3, 44:4
**CORRECTED** [1] - 10:14
**COTLAR** [1] - 1:22
**counsel** [2] - 20:4, 21:21, 23:15
**COUNSEL** [2] - 1:18, 8:21
**counsel-created** [2] - 21:21, 23:15
**COUNSEL-
CREATED** [1] - 8:21
**couple** [4] - 30:25, 49:22, 56:3, 63:21
**course** [4] - 31:20, 48:25, 52:15, 55:12
**court** [3] - 37:15, 41:3, 58:12
**COURT** [164] - 1:1, 7:14, 12:4, 12:8, 12:23, 12:25, 13:3, 13:14, 13:17, 13:20, 13:24, 14:5, 14:16, 14:20, 14:25, 15:8, 15:11, 16:24, 17:7, 18:5, 18:8, 18:12, 18:17, 18:20, 19:8, 19:14, 19:16, 19:21, 20:24, 21:4, 21:20,

22:1, 22:25, 23:10, 23:14, 23:22, 24:1, 24:7, 24:10, 24:14, 24:18, 24:22, 25:1, 25:5, 25:16, 26:10, 27:3, 28:13, 28:20, 29:2, 29:4, 29:6, 29:12, 29:19, 29:21, 30:5, 30:7, 30:13, 30:22, 31:14, 32:3, 32:8, 32:13, 32:16, 32:23, 33:18, 33:22, 34:5, 34:17, 34:24, 35:5, 35:15, 35:18, 35:21, 35:24, 36:1, 36:6, 36:17, 36:22, 37:17, 38:1, 38:15, 38:20, 39:7, 40:2, 40:4, 41:15, 41:23, 42:20, 43:2, 43:5, 43:14, 43:22, 44:6, 45:13, 45:19, 45:22, 46:9, 46:16, 46:20, 46:22, 47:4, 47:21, 47:25, 48:10, 48:15, 49:4, 49:8, 49:17, 49:20, 53:12, 53:21, 54:6, 54:11, 54:13, 54:16, 54:22, 54:25, 55:10, 55:16, 56:10, 56:12, 57:6, 57:8, 57:10, 57:13, 57:16, 57:22, 57:24, 58:9, 58:11, 58:24, 59:5, 59:12, 59:24, 60:16, 61:1, 61:6, 61:9, 61:12, 61:15, 61:25, 62:7, 62:9, 62:20, 62:25, 63:4, 63:9, 63:12, 64:23, 64:25, 65:20, 66:2, 66:6, 66:10, 66:13, 66:17, 66:22, 67:1, 67:9, 67:12, 67:17, 67:20, 67:24

**Court** [16] - 14:11, 23:2, 30:25, 42:24, 42:25, 47:6, 48:13, 49:7, 49:14, 59:1, 59:19, 68:8, 68:9, 68:10, 68:23, 68:24
**Court's** [3] - 21:25, 34:13, 66:24
**COURTROOM** [1] - 10:24
**Courtroom** [2] - 62:1, 62:2
**cover** [1] - 17:4
**covered** [2] - 66:15, 66:20

**create** [1] - 47:18
**created** [2] - 21:21, 23:15
**CREATED** [1] - 8:21
**creates** [1] - 48:6
**credit** [4] - 40:10, 58:2, 58:5, 58:13
**critical** [2] - 58:17, 58:18
**cross** [1] - 65:15
**crossed** [2] - 17:16, 33:18
**CRR** [2] - 7:14, 68:22
**CSB** [5] - 13:22, 14:3, 14:4, 14:9, 15:6
**CSB's** [1] - 14:7
**CSB..........................
..........................** [1] - 8:5
**cull** [1] - 48:7
**CUNNINGHAM** [2] - 2:11, 2:11
**current** [1] - 33:5
**cutoffs** [1] - 39:25
**CV** [1] - 31:5

# D

**DALLAS** [2] - 5:14, 7:8
**DARDEN** [1] - 6:7
**dash** [1] - 67:13
**data** [1] - 26:21
**database** [2] - 22:9, 26:14
**DATABASE..............
..........................** [1] - 8:23
**date** [14] - 18:25, 19:2, 23:3, 24:12, 41:13, 43:18, 47:6, 48:4, 51:14, 51:20, 53:8, 53:9, 64:3
**dates** [4] - 39:16, 39:21, 39:24, 49:14
**DAUPHIN** [1] - 2:12
**Dave** [1] - 40:11
**DAVID** [1] - 5:3
**days** [1] - 42:25
**DC** [3] - 3:19, 4:23, 6:5
**deadline** [9] - 22:1, 23:12, 23:14, 24:7, 25:24, 31:23, 51:19, 63:21, 64:12
**DEADLINE** [1] - 9:16
**DEADLINES** [2] - 8:7, 10:12
**deadlines** [3] - 17:9, 39:19, 44:1
**deal** [2] - 13:13, 47:13

**dealing** [2] - 45:11, 64:4
**dealt** [1] - 47:12
**Deb** [2] - 63:6, 65:24
**debate** [1] - 55:14
**DEBORAH** [1] - 5:22
**DECEMBER** [2] - 1:8, 12:2
**December** [15] - 17:19, 22:18, 22:22, 22:24, 23:11, 23:14, 23:20, 24:12, 28:7, 28:10, 28:11, 63:21, 64:1, 64:21
**decide** [2] - 51:17, 60:1
**deciding** [1] - 34:10
**decision** [1] - 41:13
**declaration** [1] - 34:19
**deepwater** [1] - 51:11
**DEEPWATER** [3] - 1:5, 3:22, 3:23
**defendant** [1] - 38:21
**defendants** [9] - 26:7, 36:4, 37:5, 37:14, 38:20, 39:9, 45:6, 45:17, 47:25
**defendants'** [1] - 52:25
**deferred** [1] - 13:7
**deficiencies** [1] - 22:14
**define** [1] - 55:17
**defined** [4] - 33:15, 34:6, 46:13, 46:21
**definitely** [2] - 31:6, 31:14
**definition** [4] - 33:14, 33:19, 49:10, 53:13
**definitive** [1] - 54:19
**delineating** [1] - 55:21
**demonstrates** [1] - 52:17
**demonstrative** [1] - 31:20
**DENNIS** [1] - 7:4
**DEPARTMENT** [2] - 3:11, 3:17
**Department** [2] - 17:20, 40:13
**depo** [2] - 33:3
**depos** [1] - 14:10
**deposed** [1] - 61:18
**DEPOSITION** [1] - 8:14
**deposition** [8] - 20:8, 21:10, 28:3, 28:8, 47:24, 61:17, 61:21, 61:23
**depositions** [7] -

14:12, 20:19, 27:8, 34:11, 46:3, 46:4, 60:9
**DEPUTY** [1] - 12:7
**describe** [1] - 42:6
**described** [2] - 47:3, 54:3
**designation** [1] - 31:7
**designations** [1] - 21:10
**DESIGNATIONS........
..............** [1] - 8:14
**designing** [1] - 53:10
**detail** [1] - 51:18
**detected** [1] - 52:14
**determination** [1] - 21:24
**DEXTER** [1] - 3:4
**difference** [1] - 13:4
**different** [5] - 30:15, 48:12, 49:1, 50:19, 52:16
**difficulty** [1] - 18:11
**dig** [1] - 34:14
**directions** [2] - 60:21, 60:25
**director** [1] - 34:21
**disagree** [4] - 35:6, 36:24, 52:1
**disagreeing** [1] - 42:3
**disagreement** [1] - 38:8
**DISAGREEMENT...
** [1] - 9:24
**discovered** [1] - 20:10
**DISCOVERY** [1] - 17:8
**discovery** [13] - 21:1, 39:15, 39:25, 44:25, 47:9, 49:23, 49:24, 50:24, 51:2, 51:3, 51:9, 51:15, 53:9
**DISCOVERY........** [1] - 10:17
**DISCOVERY..............
..............** [1] - 8:12
**discuss** [1] - 18:24, 21:10, 36:13
**discussed** [2] - 28:23, 50:12
**discussion** [1] - 26:23
**discussions** [1] - 18:3
**dispersants** [1] - 38:19
**DISPOSE** [1] - 8:9
**dispose** [1] - 18:9
**disposing** [1] - 18:13
**disprove** [1] - 35:3
**disputed** [1] - 59:10
**distribute** [1] - 40:8
**DISTRICT** [3] - 1:1,

1:2, 1:13
**District** [3] - 68:9, 68:10, 68:24
**division** [2] - 34:1, 34:24
**DIVISION** [1] - 3:11
**DNV** [1] - 26:21
**DO** [1] - 10:21
**DOCUMENT** [2] - 1:9, 8:7
**document** [9] - 17:9, 27:13, 49:24, 50:24, 51:1, 51:3, 51:9, 51:15, 52:17
**DOCUMENTS** [2] - 8:17, 8:19
**documents** [26] - 17:16, 17:18, 18:9, 18:13, 19:20, 20:11, 20:15, 21:15, 26:2, 26:8, 27:6, 27:8, 31:13, 31:15, 39:25, 40:19, 47:18, 48:6, 48:7, 50:18, 51:24, 63:24, 64:5, 64:6, 64:13
**DOCUMENTS............
...** [1] - 8:10
**DOE** [1] - 17:22
**DOI** [1] - 17:18
**DOJ** [2] - 43:20, 61:20
**dollars** [1] - 16:22
**DOMENGEAUX** [1] - 1:18
**DOMINION** [1] - 2:4
**DON** [1] - 4:13
**Don** [1] - 58:2
**Don's** [1] - 58:7
**DONALD** [1] - 5:12
**done** [11] - 16:11, 20:18, 21:2, 32:1, 32:8, 32:9, 32:11, 39:22, 48:5, 55:22, 67:21
**door** [1] - 56:19
**DOUBLE** [1] - 10:20
**double** [5] - 56:23, 57:5, 57:6, 57:8, 57:15
**down** [6] - 23:22, 24:20, 35:17, 60:7, 61:8, 67:22
**Dr** [2] - 29:11, 29:12
**draft** [1] - 36:23
**drafted** [1] - 50:4
**DRESCHER** [1] - 2:3
**DRIL** [2] - 7:3, 9:21
**Dril** [1] - 38:5
**DRIL-QUIP** [2] - 7:3,

9:21
**Dril-Quip** [1] - 38:5
**driller** [1] - 53:19
**drilling** [2] - 48:24, 51:1
**DRILLING** [1] - 3:22
**DRIVE** [2] - 2:4, 2:23
**driver** [1] - 61:1
**driver's** [1] - 15:21
**due** [6] - 23:3, 23:20, 25:9, 25:12, 25:13, 29:16
**DUE** [1] - 9:13
**DUFFY** [9] - 4:19, 9:21, 35:20, 36:8, 36:19, 37:19, 49:18, 49:21, 52:4
**Duffy** [5] - 35:14, 35:15, 36:7, 38:5, 49:18
**DUPLICATE** [1] - 8:9
**duplicate** [2] - 18:9, 18:13
**duplicates** [1] - 22:12

**E**

**E&P** [1] - 5:20
**e-mail** [6] - 15:23, 17:1, 26:13, 62:14, 63:20, 63:25
**e-mails** [5] - 19:25, 20:2, 20:7, 20:9, 36:8
**Earhart** [3] - 61:2, 61:3, 67:24
**ease** [1] - 65:7
**EASTERN** [1] - 1:2
**Eastern** [1] - 68:10
**easy** [1] - 36:8
**ECF** [1] - 18:15
**educate** [1] - 51:18
**EDWARDS** [1] - 1:18
**effort** [1] - 41:16
**EFFORTS** [1] - 10:3
**efforts** [4] - 40:23, 46:15, 50:1, 50:2
**either** [6] - 18:21, 22:14, 49:16, 60:21, 61:1, 62:25
**electronic** [2] - 29:25, 31:21
**electronically** [2] - 31:19, 32:2
**ELIZABETH** [1] - 3:7
**ELLIS** [2] - 4:17, 4:22
**ELM** [1] - 5:13
**END** [1] - 9:25
**end** [4] - 20:2, 38:10,

41:10, 57:4
**ENERGY** [2] - 3:24, 5:11
**Energy** [1] - 40:13
**ENFORCEMENT** [1] - 3:17
**Englebert** [3] - 15:22, 16:20, 16:21
**enjoy** [1] - 15:3
**enter** [2] - 14:14, 53:1
**entered** [4] - 15:11, 39:14, 54:4, 61:21
**enters** [1] - 14:11
**entirely** [1] - 55:20
**entitled** [1] - 68:13
**entity** [2] - 34:21, 35:1
**entry** [2] - 62:12, 62:14
**ENVIRONMENTAL** [1] - 3:17
**equipment** [1] - 49:10
**especially** [3] - 50:22, 51:16, 55:23
**Esplanade** [5] - 61:7, 67:14, 67:16, 67:17, 67:19
**ESQUIRE** [39] - 1:18, 1:22, 2:3, 2:7, 2:11, 2:15, 2:19, 2:22, 3:3, 3:4, 3:7, 3:12, 3:12, 3:13, 3:18, 3:24, 4:3, 4:4, 4:13, 4:17, 4:18, 4:18, 4:19, 4:22, 5:3, 5:8, 5:12, 5:12, 5:13, 5:16, 5:22, 6:3, 6:4, 6:8, 6:12, 6:20, 6:21, 7:4, 7:7
**essence** [1] - 50:20
**essentially** [1] - 56:7
**establish** [1] - 34:22
**estimates** [1] - 52:16
**etcetera** [1] - 25:21
**event** [2] - 41:11, 50:20
**events** [9] - 45:2, 45:7, 45:16, 45:17, 45:19, 47:2, 52:18, 52:23, 53:2
**eventually** [1] - 65:15
**EVERYBODY** [1] - 10:5
**EVERYTHING** [1] - 8:16
**evidence** [1] - 54:19
**evolution** [1] - 37:3
**exactly** [2] - 15:8
**examining** [1] - 15:19
**example** [2] - 30:13, 47:10
**examples** [2] - 31:1,

56:3
**excellent** [1] - 12:17
**except** [1] - 64:7
**exception** [1] - 18:1
**exceptions** [1] - 51:4
**exchange** [3] - 22:17, 23:15, 24:2
**excludes** [1] - 22:11
**exercise** [2] - 54:5, 62:23
**exhibit** [14] - 21:23, 22:16, 22:23, 22:24, 23:16, 23:18, 24:3, 24:16, 24:19, 25:23, 27:8, 52:9, 52:10
**exhibits** [25] - 21:21, 22:9, 22:11, 23:12, 23:16, 24:3, 24:8, 25:8, 25:9, 25:12, 25:13, 25:18, 27:11, 29:24, 30:3, 30:4, 30:6, 30:7, 30:11, 31:6, 31:18, 31:20, 57:13, 61:24
**EXHIBITS**...................
....... [1] - 8:21
**exists** [1] - 61:16
**expect** [3] - 17:15, 18:15, 20:14
**expecting** [1] - 43:23
**expeditiously** [1] - 19:13
**expense** [1] - 47:17
**experience** [1] - 48:20
**expert** [10] - 27:7, 29:15, 29:22, 30:1, 30:3, 30:4, 30:7, 30:23, 31:3, 57:12
**EXPERT** [1] - 9:15
**EXPERT**.......... [1] - 9:12
**experts** [4] - 25:19, 25:22, 26:2, 28:15
**EXPERTS**...................
.......... [1] - 9:8
**explain** [1] - 48:9
**exploration** [2] - 33:7, 33:11
**EXPLORATION** [1] - 4:10
**extension** [2] - 17:25, 62:13
**extent** [2] - 42:8, 64:13

**F**

**facility** [1] - 62:6
**fact** [9] - 26:6, 42:4,

42:11, 42:13, 46:4, 50:1, 51:10, 52:8, 58:2
**facts** [5] - 42:17, 56:25, 59:9, 59:10
**fair** [4] - 12:23, 21:21, 41:13, 54:9
**fairly** [1] - 66:25
**fairness** [1] - 41:4
**falls** [1] - 50:10
**family** [1] - 54:8
**FANNIN** [1] - 4:4
**far** [4] - 21:14, 22:10, 26:20, 50:25
**FAR** [2] - 8:17, 20:11
**fast** [1] - 18:4
**feasible** [1] - 22:22
**February** [4] - 12:20, 15:18, 45:11, 64:22
**FEDERAL** [1] - 3:10
**fellow** [1] - 12:17
**fervent** [1] - 39:6
**few** [6] - 39:11, 45:4, 50:18, 53:23, 53:24, 57:16
**FIFTEENTH** [1] - 4:23
**FIFTH** [1] - 6:21
**fight** [1] - 48:23
**figure** [2] - 17:12, 65:18
**figuring** [1] - 25:8
**file** [2] - 18:15, 19:1
**FILED** [1] - 7:11
**filed** [1] - 18:23
**final** [13] - 23:8, 23:16, 23:19, 24:2, 24:14, 24:16, 24:18, 27:11, 39:5, 59:14, 59:24, 60:17, 65:10
**finally** [2] - 55:11, 65:22
**FINANCIAL** [1] - 6:19
**financial** [2] - 33:7, 33:10
**fine** [11] - 14:14, 19:8, 19:16, 27:19, 29:19, 32:9, 34:2, 43:14, 56:20, 58:15
**finish** [2] - 20:19, 28:1
**finished** [1] - 29:1
**FINN** [1] - 6:8
**fire** [1] - 20:11
**firm** [1] - 49:13
**FIRM** [2] - 2:7, 7:7
**first** [7] - 13:5, 27:15, 27:16, 37:19, 37:20, 52:1, 62:22
**fit** [1] - 45:3
**FITCH** [11] - 6:4, 48:1, 55:11, 55:19, 57:5,

65:22, 66:4, 66:7, 66:12, 66:16, 66:21
**Fitch** [2] - 55:11, 65:23
**five** [2] - 52:14, 53:19
**Flickinger** [1] - 61:19
**floating** [1] - 38:9
**FLOOR** [3] - 3:14, 3:24, 7:4
**flow** [7] - 39:16, 46:17, 46:22, 50:5, 50:15, 52:23, 55:22
**flowing** [2] - 46:18, 50:5
**flows** [2] - 49:11, 53:10
**flux** [1] - 62:18
**focused** [1] - 22:8
**folks** [3] - 59:16, 65:10, 65:17
**font** [1] - 57:8
**food** [1] - 12:17
**footnote** [1] - 32:5
**footnotes** [2] - 57:15, 57:16
**FOR** [23] - 1:17, 2:3, 3:3, 3:6, 3:10, 3:16, 3:21, 4:7, 5:7, 5:11, 5:19, 6:7, 6:11, 6:15, 7:3, 7:7, 8:7, 9:10, 9:16, 10:12, 10:15, 10:17, 11:1
**force** [1] - 52:2
**foreclosed** [2] - 41:8, 41:12
**foreclosing** [1] - 42:9
**foregoing** [1] - 68:11
**forgotten** [2] - 20:21, 57:14
**form** [1] - 29:25
**formal** [1] - 56:15
**formally** [1] - 64:7
**forth** [1] - 43:10
**FORTH** [1] - 10:9
**forward** [5] - 27:4, 27:5, 27:7, 27:10, 41:11
**four** [2] - 33:10, 49:14
**FRANCISCO** [1] - 3:14
**frankly** [1] - 51:14
**free** [3] - 30:1, 66:3, 66:11
**FRIDAY** [2] - 1:8, 12:2
**Friday** [4] - 19:12, 19:18, 37:22, 27:24
**Friedheim** [2] - 27:21, 28:4
**FRIEDHEIM**..............
...................... [1] -
8:25

**friendly** [1] - 40:22
**FRILOT** [1] - 3:23
**front** [1] - 56:19
**fruition** [1] - 37:16
**full** [1] - 27:25
**fun** [2] - 12:16
**function** [1] - 34:22
**functional** [1] - 34:25
**fund** [2] - 13:15
**fussing** [1] - 55:7

## G

**game** [1] - 27:23
**Gasaway** [2] - 16:16, 16:18
**GASAWAY** [8] - 4:22, 16:18, 18:6, 19:10, 19:15, 19:19, 19:22, 43:17
**GATE** [1] - 3:13
**gather** [1] - 25:20
**gear** [1] - 62:3
**general** [1] - 51:1
**GENERAL'S** [1] - 3:3
**generally** [2] - 42:1, 50:24
**gentleman** [1] - 62:11
**GET** [1] - 8:16
**GIVE** [2] - 10:8, 10:21
**given** [7] - 22:21, 26:22, 39:17, 41:1, 45:16, 47:2
**glad** [1] - 22:8
**global** [1] - 47:11
**goal** [1] - 39:6
**GODWIN** [4] - 5:11, 5:12, 5:16, 38:12
**GOING** [1] - 9:14
**GOLDEN** [1] - 3:13
**GOM** [1] - 51:11
**GOOD** [1] - 10:6
**GOT** [1] - 9:24
**GOTSHAL** [1] - 6:20
**Government** [2] - 15:7
**GOVERNMENT** [1] - 3:11
**government** [4] - 13:15, 39:11, 59:20, 60:10
**government's** [2] - 44:19, 58:4
**GOVERNOR** [1] - 3:7
**GRABILL** [1] - 6:20
**graphs** [1] - 30:17
**Great** [1] - 35:16
**great** [4] - 16:24, 19:7, 29:5, 49:19
**gross** [1] - 57:19

**group** [3] - 23:9, 34:25, 54:7
**GROUP** [1] - 2:22
**GSA** [1] - 62:13
**Guard** [4] - 15:25, 20:10, 20:14, 40:13
**guess** [11] - 13:21, 21:21, 24:11, 27:3, 32:7, 33:16, 34:14, 37:13, 60:3, 60:7
**GULF** [1] - 1:5
**Gulf** [9] - 33:12, 45:15, 46:18, 48:17, 48:19, 50:6, 52:3, 54:21, 55:12
**guys** [2] - 12:12, 43:22

## H

**Halliburton** [10] - 29:7, 29:15, 37:9, 38:4, 47:10, 48:11, 48:14, 49:1, 49:16, 55:3
**HALLIBURTON** [3] - 5:11, 9:9, 9:20
**hand** [1] - 53:5
**handle** [1] - 52:21
**Hanger** [1] - 20:4
**HANGER** [1] - 20:7
**hanging** [1] - 64:21
**happy** [15] - 12:19, 14:10, 14:21, 16:2, 16:22, 19:14, 35:20, 37:2, 37:16, 48:13, 54:1, 54:9, 56:8, 63:1, 65:25
**hard** [6] - 29:22, 30:8, 30:21, 32:7, 40:12, 59:18
**HARD** [1] - 9:14
**hash** [1] - 60:14
**hat** [1] - 46:24
**hats** [1] - 49:25
**HAVE** [2] - 9:22, 9:23
**HAYCRAFT** [6] - 4:13, 12:24, 29:11, 32:10, 46:7, 58:5
**HB406** [1] - 7:15
**head** [3] - 13:18, 19:3, 63:16
**headed** [1] - 60:20
**hear** [5] - 17:12, 18:10, 25:1, 27:1, 35:13
**heard** [9] - 23:5, 32:10, 36:16, 43:2, 49:19, 63:9, 65:4, 66:13

**HEARD** [1] - 1:13
**hearing** [2] - 53:12, 53:14
**help** [4] - 16:13, 16:15, 16:20, 66:2
**helpful** [1] - 25:17
**hereby** [1] - 68:10
**HERMAN** [23] - 1:22, 1:22, 13:1, 13:5, 13:19, 25:17, 29:3, 30:3, 30:6, 30:10, 30:15, 33:1, 34:9, 36:3, 36:20, 37:2, 38:13, 63:15, 63:18, 64:24, 65:19, 67:7
**Herman** [6] - 12:25, 33:1, 36:18, 37:24, 43:7, 65:1
**Herman's** [2] - 26:11, 31:16
**hesitate** [1] - 57:23
**high** [1] - 52:11
**Highway** [1] - 67:23
**HIM** [1] - 10:22
**HIMMELHOCH** [11] - 3:12, 17:6, 17:11, 18:10, 18:14, 18:18, 19:1, 20:4, 20:21, 38:18, 38:21
**himself** [2] - 33:15, 41:6
**history** [3] - 63:14, 66:1, 66:11
**HOLDINGS** [3] - 3:21, 4:11, 6:16
**HOLE** [1] - 10:16
**Hole** [4] - 44:12, 44:17, 44:20, 44:21
**holiday** [1] - 39:6
**holidays** [1] - 22:21
**Homeland** [1] - 17:21
**homicide** [1] - 60:22
**Honor** [34] - 14:2, 14:15, 17:6, 18:7, 19:13, 19:23, 21:22, 22:5, 23:1, 26:18, 28:12, 29:18, 31:25, 32:19, 34:3, 34:18, 38:24, 39:14, 40:9, 41:24, 43:17, 47:5, 48:1, 49:18, 49:24, 54:10, 54:12, 54:24, 55:9, 57:7, 57:17, 58:14, 59:14, 61:10
**HONORABLE** [1] - 1:13
**hopefully** [3] - 37:22, 65:2, 65:7
**hoping** [1] - 55:16
**Horizon** [2] - 45:9,

45:14
**HORIZON** [1] - 1:5
**host** [2] - 13:12
**Houck** [2] - 19:25, 20:16
**HOUMA** [1] - 2:23
**hour** [3] - 12:20, 28:3, 61:4
**hours** [2] - 14:21, 14:23
**Houston** [1] - 34:11
**HOUSTON** [8] - 2:20, 4:5, 5:4, 5:5, 5:17, 6:13, 7:5, 7:9
**huge** [1] - 50:13
**hundred** [4] - 31:4, 50:8, 50:15, 52:16
**hundred-page** [1] - 31:4
**hydrocarbon** [1] - 46:11
**hydrocarbons** [5] - 50:7, 52:13, 53:1, 53:11, 54:4
**hyperlink** [1] - 32:4

## I

**I-10** [1] - 60:20
**idea** [2] - 13:14, 14:25
**identification** [2] - 25:7
**identified** [1] - 25:22
**identify** [4] - 50:18, 51:11, 51:22
**IL** [1] - 4:20
**image** [1] - 22:15
**imaged** [1] - 64:15
**immensely** [1] - 15:4
**impact** [1] - 39:13
**impeach** [5] - 25:9, 25:19, 26:2, 26:5, 26:9
**impeachment** [5] - 24:3, 25:8, 25:12, 25:13, 25:18
**implied** [1] - 58:6
**important** [1] - 66:4
**impressed** [1] - 41:15
**IMPREVENTO** [1] - 2:3
**IN** [11] - 1:4, 1:5, 7:11, 8:24, 9:21, 10:6, 10:7, 10:9, 10:11, 10:12
**inaccuracies** [1] - 61:22
**INC** [15] - 3:22, 3:23, 4:7, 4:8, 4:9, 4:10,

4:12, 5:11, 6:15, 6:16, 6:17, 6:18, 6:19, 6:20, 7:3
**incident** [3] - 51:7, 51:13
**incidents** [4] - 51:10, 51:16, 51:22, 51:23
**include** [3] - 33:12, 36:18, 46:23
**included** [1] - 41:5
**including** [3] - 24:3, 48:2, 59:20
**incorrect** [1] - 44:2
**INCORRECT.............
............** [1] - 10:13
**Indata** [2] - 64:15, 64:16
**indemnity** [1] - 57:19
**indicated** [1] - 59:18
**indicating** [1] - 36:11
**information** [12] - 15:22, 16:13, 16:14, 16:20, 22:17, 25:21, 44:16, 44:18, 44:20, 62:5, 62:6
**INITIAL** [1] - 10:8
**initial** [4] - 22:10, 42:22, 47:11, 53:7
**injury** [1] - 60:6
**inquiring** [1] - 44:21
**inquiry** [1] - 52:6
**insofar** [1] - 43:9
**instance** [1] - 50:15
**instances** [1] - 53:22
**instead** [1] - 56:17
**intended** [1] - 25:19
**interest** [4] - 14:12, 32:11, 39:22, 47:4
**interests** [1] - 43:9
**INTERESTS** [2] - 3:3, 3:11
**internal** [1] - 21:24
**internally** [1] - 55:3
**INTERNATIONAL** [2] - 5:7, 6:19
**interrogatories** [1] - 17:25
**interstate** [2] - 60:24, 67:22
**intervention** [1] - 46:15
**interviews** [1] - 14:10
**introduced** [1] - 46:2
**introduction** [1] - 46:10
**invite** [3] - 67:7, 67:11, 67:12
**invited** [1] - 36:2
**invoice** [2] - 16:4, 16:8
**involved** [3] - 53:15,

54:20, 55:8
**ironed** [1] - 21:17
**IRPINO** [2] - 2:7, 2:7
**IS** [2] - 9:13, 9:14
**ISHII** [1] - 61:17
**Ishii's** [2] - 61:17, 61:21
**Ishiies** [1] - 61:18
**issue** [26] - 13:20, 16:17, 19:24, 20:6, 21:11, 21:17, 21:24, 26:15, 26:20, 27:20, 33:24, 36:2, 47:16, 49:13, 50:2, 51:3, 58:16, 60:14, 61:14, 61:16, 64:20, 65:3, 65:22, 66:5, 66:15, 66:25
**ISSUE**....................
.... [1] - 10:23
**issues** [9] - 15:13, 21:9, 42:9, 43:11, 47:13, 51:1, 53:6, 57:1, 57:19
**ISSUES**......... [1] - 10:10
**ISSUES**....................
..... [1] - 8:6
**IT** [1] - 10:21
**IT**........................ [1] - 10:14
**ITEMS** [1] - 8:3
**itself** [3] - 23:20, 52:17, 64:19

**J**

**JACKSON** [1] - 7:3
**JAMES** [1] - 1:18
**January** [26] - 15:18, 15:23, 17:1, 23:4, 23:16, 23:21, 23:23, 23:25, 24:2, 24:5, 24:18, 26:1, 27:22, 28:4, 31:23, 32:15, 32:16, 35:8, 41:21, 42:22, 43:4, 43:13, 45:1, 53:3, 53:8, 57:3
**JANUARY** [3] - 9:16, 10:11, 10:22
**JANUARY**....................
............ [1] - 10:7
**JAPANESE** [2] - 8:15, 10:23
**Japanese** [2] - 21:12, 61:13
**Jeff** [1] - 21:22
**JEFFERSON** [1] -

1:19
**Jeffrey** [1] - 21:18
**JEFFREY** [1] - 2:3
**JENNY** [1] - 5:12
**JEREMY** [1] - 6:20
**Jimmy** [8] - 31:2, 41:6, 41:18, 41:23, 41:25, 45:1, 53:12, 56:1
**JIMMY** [1] - 2:19
**JINDAL** [1] - 3:7
**jointly** [1] - 12:21
**JR** [1] - 7:4
**JUDGE** [2] - 1:13, 9:14
**judge** [4] - 24:24, 55:11, 60:19, 65:22
**Judge** [10] - 13:3, 24:6, 27:12, 29:22, 37:1, 56:19, 56:22, 59:4, 59:5, 63:7
**judgment** [2] - 63:8, 65:25
**JUDGMENT**..............
...... [1] - 11:1
**jump** [2] - 44:10, 58:12
**junk** [3] - 45:7, 46:24, 49:25
**jurisdiction** [1] - 14:18
**justice** [1] - 58:22
**JUSTICE** [2] - 3:11, 3:17

**K**

**KATZ** [1] - 1:22
**keep** [3] - 12:8, 20:17, 43:15
**keeping** [1] - 12:12
**Ken** [1] - 62:12
**Kerry** [4] - 13:20, 23:2, 44:9, 63:18
**KERRY** [2] - 3:24, 19:23
**kick** [5] - 52:19, 52:20, 53:14, 53:20
**kicking** [1] - 24:20
**kicks** [6] - 46:7, 46:8, 46:9, 50:14, 52:13
**kill** [4] - 45:7, 46:17, 46:24, 52:21
**killing** [1] - 65:15
**kind** [7] - 13:9, 39:14, 41:2, 52:6, 63:25, 64:10, 64:21
**KIRBY** [1] - 6:3
**KIRKLAND** [2] - 4:17, 4:22
**known** [1] - 26:2
**knows** [2] - 64:3, 64:4

**KORETZKY** [1] - 6:7
**KPMG** [3] - 8:23, 26:14, 26:23
**KUCHLER** [6] - 5:21, 5:22, 14:23, 60:19, 63:7, 63:11
**KULLMAN** [2] - 2:14
**KY** [1] - 6:3

**L**

**L.L.C** [1] - 6:11
**LA** [12] - 1:20, 1:23, 2:9, 2:16, 2:23, 3:8, 3:25, 4:15, 5:9, 5:23, 6:9, 7:15
**label** [1] - 22:14
**laboring** [1] - 40:12
**lack** [1] - 26:1
**LAFAYETTE** [1] - 1:20
**LAMAR** [1] - 5:17
**LANGAN** [24] - 4:17, 12:22, 26:17, 29:17, 29:20, 30:20, 30:23, 32:19, 33:20, 33:24, 34:8, 34:16, 34:18, 34:25, 35:14, 35:16, 44:4, 59:11, 62:4, 62:8, 62:19, 62:22, 63:2, 63:17
**Langan** [1] - 32:19
**language** [5] - 42:10, 53:17, 53:18, 54:1, 54:6
**large** [1] - 40:7
**largely** [1] - 55:24
**LASALLE** [1] - 4:19
**LAST** [3] - 8:18, 8:20, 10:13
**last** [18] - 12:15, 12:19, 13:23, 15:2, 18:2, 21:15, 21:16, 22:7, 23:4, 39:1, 43:2, 44:2, 44:13, 62:1, 62:8, 62:9, 63:24, 64:11
**late** [4] - 39:1, 51:14, 67:11, 67:12
**LAW** [3] - 2:7, 2:22, 7:7
**law** [1] - 57:2
**lead** [1] - 42:24
**leads** [1] - 65:6
**least** [11] - 22:24, 23:3, 23:6, 24:19, 53:23, 55:16, 62:1, 62:8, 62:9, 64:2, 64:15
**leaving** [1] - 55:21

**LEE** [1] - 7:3
**Lee** [2] - 67:18
**left** [1] - 64:21
**legal** [1] - 57:19
**lesson** [1] - 27:3
**letter** [6] - 32:20, 33:2, 33:22, 34:12, 34:14, 50:25
**letters** [1] - 67:4
**LEWIS** [3] - 2:14, 4:12, 6:11
**LexisNexis** [1] - 18:15
**LIAISON** [1] - 1:18
**license** [1] - 15:21
**Lieutenant** [1] - 19:25
**LIFE** [1] - 2:15
**lights** [1] - 61:5
**LIKE** [1] - 10:6
**likewise** [1] - 43:5
**Limine** [1] - 27:18
**LIMINE**.....................
.............. [1] - 8:24
**limit** [6] - 46:17, 47:1, 50:5, 56:4, 58:19
**limitation** [1] - 34:13
**limited** [3] - 39:15, 46:22, 51:4
**LIMITED** [1] - 4:11
**line** [7] - 19:23, 20:19, 30:24, 31:17, 35:14, 35:15, 52:21
**Lirette** [3] - 28:11, 28:21, 28:24
**LIRETTE**.....................
........................ [1] - 9:6
**Lisa** [1] - 40:10
**LISKOW** [1] - 4:12
**list** [27] - 16:2, 21:5, 23:17, 23:19, 24:3, 24:4, 24:15, 24:19, 25:11, 25:12, 25:23, 27:8, 30:16, 31:13, 31:14, 35:10, 35:12, 46:1, 59:15, 59:16, 59:23, 59:24, 60:1, 60:17, 62:16
**listed** [2] - 37:21, 64:9
**listen** [2] - 58:1, 58:23
**lists** [4] - 21:23, 23:19, 24:16, 56:18
**live** [2] - 26:4, 31:21
**Livingston** [1] - 62:12
**LLC** [4] - 3:21, 6:7, 6:16, 6:17
**logistical** [1] - 16:19
**logistics** [1] - 16:23
**logs** [3] - 17:20, 17:21, 17:23
**LOOK** [2] - 10:5, 10:17

**look** [24] - 16:6, 16:10, 16:24, 24:1, 26:10, 27:18, 30:14, 32:6, 36:23, 37:16, 41:19, 44:24, 45:11, 47:6, 49:4, 50:17, 57:2, 63:9, 63:13, 66:18, 66:20, 67:2, 67:3, 67:5
**looked** [1] - 41:16
**looking** [17] - 17:8, 21:23, 22:19, 27:13, 32:18, 37:1, 39:11, 42:2, 42:4, 44:6, 44:25, 53:13, 53:25, 55:17, 59:21, 59:22, 60:18
**looks** [2] - 23:25, 27:22
**loop** [1] - 36:3
**louder** [1] - 13:7
**Louisiana** [2] - 21:6, 68:10
**LOUISIANA** [4] - 1:2, 1:7, 3:7, 6:12
**LOUISIANA**..............
..................... [1] - 8:13
**LP** [1] - 5:21
**luck** [1] - 67:20
**LUXTON** [1] - 6:12

**M**

**Macondo** [3] - 48:18, 52:15, 54:18
**mad** [1] - 67:13
**Magistrate** [1] - 20:20
**mail** [6] - 15:23, 17:1, 26:13, 62:14, 63:20, 63:25
**mails** [5] - 19:25, 20:2, 20:7, 20:9, 36:8
**MAJOR** [1] - 5:13
**MANAGEMENT** [1] - 6:15
**managing** [2] - 14:21, 34:16
**MANGES** [1] - 6:20
**MARINE** [3] - 6:17, 6:18, 6:18
**MARK** [1] - 4:18
**mark** [3] - 17:16, 63:20, 64:25
**Mark** [4] - 23:1, 26:17, 26:18, 63:15
**Mark's** [1] - 63:25
**MARTINEZ** [1] - 5:12
**material** [3] - 32:5,

8

56:25, 59:8
**matter** [2] - 46:3,
68:13
**MAZE** [1] - 3:3
**McCormack** [1] - 28:7
**MCCORMACK...........**
**............................**
[1] - 9:3
**MCCUTCHEN** [1] - 6:3
**MCKINNEY** [1] - 5:4
**McWhorter** [1] - 33:25
**MDL** [2] - 7:7, 34:13
**mean** [9] - 30:3, 30:6,
36:25, 41:6, 49:12,
50:6, 55:22, 60:16,
65:4
**means** [1] - 56:2
**meant** [1] - 34:7
**MECHANICAL** [1] -
7:18
**meet** [3] - 21:16,
53:24, 65:25
**meeting** [1] - 27:16
**mental** [1] - 27:5
**merely** [1] - 52:21
**Merit** [1] - 68:8
**met** [1] - 27:15
**methodologies** [1] -
46:24
**Mexico** [8] - 33:12,
45:15, 46:18, 48:17,
48:19, 50:6, 52:3,
54:21
**MEXICO** [1] - 1:5
**MI** [4] - 6:11, 9:20,
27:21, 38:4
**MICHAEL** [1] - 3:12
**might** [3] - 27:10,
49:1, 58:20
**mightily** [1] - 41:15
**MIKE** [1] - 10:14
**Mike** [6] - 13:25,
26:25, 42:7, 43:19,
44:1, 44:4
**Mike's** [1] - 42:1
**MILLER** [25] - 3:24,
13:23, 13:25, 19:23,
20:17, 20:23, 22:5,
23:5, 23:11, 23:18,
24:9, 24:11, 24:16,
24:21, 31:25, 32:4,
32:15, 43:6, 57:11,
61:4, 61:7, 67:11,
67:15, 67:18, 67:21
**million** [3] - 58:7,
58:8, 58:11
**millions** [1] - 58:3
**minority** [1] - 43:11
**minute** [3] - 58:13,
62:12, 62:14

**minutes** [4] - 27:23,
28:17, 28:18, 61:4
**misconduct** [1] -
57:20
**misconstrued** [1] -
42:18
**misplaced** [1] - 50:22
**missing** [1] - 22:24
**misunderstanding** [1]
- 54:2
**MITHOFF** [1] - 7:7
**MOBILE** [1] - 2:12
**modify** [2] - 36:15,
36:24
**MOEX** [13] - 6:7, 9:20,
38:4, 49:4, 49:5,
49:16, 54:14, 54:15,
54:18, 54:20, 54:25,
55:1, 61:11
**moment** [1] - 55:21
**Monday** [6] - 21:7,
21:8, 28:9, 29:16,
29:17, 66:7
**MONDAY** [1] - 9:13
**MONTGOMERY** [1] -
3:5
**month** [1] - 15:17
**months** [1] - 40:12
**MORGAN** [1] - 6:11
**morning** [4] - 12:10,
17:4, 66:7, 66:14
**most** [4] - 26:8, 30:15,
42:13, 58:13
**motion** [10] - 14:8,
18:16, 18:19, 18:22,
19:4, 29:14, 44:2,
57:19, 63:8, 65:24
**MOTION** [3] - 9:12,
10:12, 11:1
**motions** [1] - 18:2
**Motions** [1] - 27:18
**MOTIONS** [1] - 8:24
**move** [1] - 39:20
**moving** [3] - 18:3,
20:22, 21:3
**MR** [180] - 8:25, 9:3,
9:4, 9:5, 9:6, 9:17,
9:21, 10:14, 12:22,
12:24, 13:1, 13:5,
13:16, 13:19, 13:23,
13:25, 14:6, 14:17,
15:1, 15:9, 16:18,
18:6, 19:10, 19:15,
19:19, 19:22, 20:17,
21:3, 21:16, 21:22,
22:5, 23:1, 23:5,
23:11, 23:18, 23:21,
24:9, 24:11, 24:16,
24:21, 24:24, 25:3,
25:6, 25:17, 26:17,

26:18, 29:3, 29:11,
29:17, 29:20, 30:3,
30:6, 30:10, 30:15,
30:20, 30:23, 30:25,
31:25, 32:4, 32:10,
32:15, 32:19, 33:1,
33:20, 33:24, 34:8,
34:9, 34:16, 34:18,
34:25, 35:14, 35:16,
35:20, 35:23, 35:25,
36:3, 36:8, 36:19,
36:20, 37:2, 37:19,
38:12, 38:13, 38:24,
39:8, 40:3, 40:9,
41:22, 41:24, 42:23,
43:3, 43:6, 43:17,
44:4, 45:4, 45:14,
45:21, 45:23, 46:7,
46:8, 46:10, 46:19,
46:21, 46:23, 47:5,
47:23, 48:1, 48:3,
48:9, 48:11, 48:16,
49:6, 49:9, 49:18,
49:21, 52:1, 52:4,
52:8, 53:16, 54:1,
54:9, 54:12, 54:14,
54:17, 54:24, 55:1,
55:5, 55:7, 55:8,
55:11, 55:19, 56:8,
56:11, 57:5, 57:7,
57:9, 57:11, 57:15,
57:17, 57:23, 57:25,
58:5, 58:6, 58:10,
58:12, 58:25, 59:11,
59:14, 60:3, 61:3,
61:4, 61:7, 61:10,
61:13, 61:16, 62:4,
62:8, 62:19, 62:22,
62:24, 63:2, 63:3,
63:15, 63:17, 63:18,
64:24, 65:1, 65:19,
65:22, 66:4, 66:7,
66:12, 66:16, 66:21,
66:23, 67:7, 67:11,
67:15, 67:18, 67:21
**MS** [23] - 14:2, 14:23,
15:5, 17:6, 17:11,
18:10, 18:14, 18:18,
19:1, 20:4, 20:7,
20:21, 23:25, 24:5,
28:12, 28:14, 28:21,
29:5, 38:18, 38:21,
60:19, 63:7, 63:11
**MURRILL** [1] - 3:7
**mute** [2] - 17:13,
19:24

**N**

**N.W** [1] - 4:23

**Nacusso** [1] - 43:19
**names** [1] - 15:21
**Nancy** [1] - 61:19
**narrative** [2] - 30:11,
30:12
**narrow** [1] - 50:1
**Nat** [1] - 38:24
**NATHANIEL** [1] - 3:13
**nature** [3] - 42:4,
42:16, 46:25
**necessarily** [2] -
31:13, 50:8
**necessary** [1] - 64:11
**need** [25] - 16:16,
17:4, 19:19, 21:10,
21:11, 24:10, 33:21,
35:4, 36:13, 37:24,
38:16, 41:18, 42:17,
45:6, 46:14, 52:24,
56:3, 59:12, 63:4,
64:17, 64:18, 65:9,
65:10, 67:2
**needed** [1] - 21:24
**needs** [2] - 16:20, 19:5
**negligence** [1] - 57:20
**negotiated** [1] - 53:8
**neutral** [1] - 14:7
**never** [4] - 15:3, 55:2,
55:5, 65:4
**New** [2] - 34:11, 57:9
**new** [7] - 15:24, 18:22,
29:14, 47:18, 48:7,
54:8
**NEW** [12] - 1:7, 1:23,
2:9, 2:16, 3:25, 4:15,
5:9, 5:23, 6:9, 6:22,
7:15, 9:12
**news** [1] - 59:7
**next** [8] - 18:22, 19:2,
35:7, 39:19, 56:1,
62:7, 66:23
**nickel** [1] - 58:4
**night** [7] - 12:15,
12:16, 13:23, 15:2,
18:2, 22:7, 43:2
**NINE** [1] - 8:21
**nine** [1] - 21:21
**Nizialek** [2] - 54:14,
61:10
**NIZIALEK** [11] - 6:8,
54:12, 54:14, 54:17,
54:24, 55:5, 55:8,
61:3, 61:10, 61:13,
61:16
**NO** [1] - 1:7
**NOAA** [1] - 17:18
**Nomellini** [2] - 23:1,
26:18
**NOMELLINI** [4] - 4:18,
23:1, 26:18, 65:1

**nonauthenticity** [1] -
23:15
**nonBates** [1] - 27:2
**nonBates-numbered**
[1] - 27:2
**nonoperator** [3] -
48:18, 54:18, 55:6
**nonprivileged** [1] -
17:19
**noon** [2] - 29:16,
29:17
**NOON..................** [1]
- 9:13
**NORFOLK** [1] - 2:5
**normal** [1] - 46:1
**NORTH** [5] - 3:8, 4:8,
4:9, 4:11, 4:12
**NOT** [1] - 9:14
**note** [3] - 27:5, 45:9,
45:10
**nothing** [1] - 55:25
**notice** [1] - 13:9
**noticed** [1] - 54:23
**notices** [1] - 47:24
**notion** [1] - 50:21
**November** [4] - 16:3,
25:23, 26:3
**number** [14] - 22:13,
27:5, 27:8, 27:10,
39:3, 39:4, 39:13,
40:8, 45:6, 45:18,
45:19, 46:14, 52:12,
53:5
**numbered** [2] - 27:2,
68:13
**numbering** [1] - 26:24
**numerous** [1] - 46:3
**nuts** [1] - 30:12
**NW** [1] - 6:4
**NY** [1] - 6:22

**O**

**O'BRIEN'S** [1] - 6:15
**o'clock** [1] - 60:21
**O'KEEFE** [1] - 1:23
**O'ROURKE** [4] - 3:18,
24:24, 25:3, 25:6
**O'Rourke** [2] - 24:23,
24:24
**object** [2] - 26:9,
61:22
**objection** [5] - 23:12,
29:2, 29:4, 44:14,
61:23
**objections** [10] - 16:7,
22:22, 23:3, 23:15,
23:18, 23:25, 24:5,
24:7, 24:15, 27:1

**objective** [1] - 37:5
**obviously** [4] - 39:17,
39:20, 54:18, 58:18
**occurred** [1] - 45:20
**OCEANOGRAPHIC**
[1] - 10:16
**Oceanographic** [1] -
44:12
**October** [1] - 16:9
**OF** [16] - 1:2, 1:5,
1:12, 3:6, 3:11, 3:17,
3:17, 8:9, 8:12, 8:13,
8:17, 8:19, 9:15,
9:25, 10:3, 10:4
**offered** [1] - 16:12
**OFFICE** [2] - 3:3,
10:25
**office** [2] - 62:9, 62:11
**officer** [12] - 32:21,
33:7, 33:11, 33:14,
33:15, 33:19, 34:1,
34:2, 34:7, 34:20,
34:21, 35:1
**officers** [2] - 34:6,
60:23
**Official** [2] - 68:9,
68:23
**OFFICIAL** [1] - 7:14
**OFFSHORE** [3] - 3:22,
6:7, 6:16
**OIL** [2] - 1:4, 1:5
**oil** [1] - 50:13
**old** [1] - 43:24
**omnibus** [2] - 47:12,
47:19
**ON** [5] - 1:5, 9:1, 9:13,
10:1, 10:11
**ONE** [6] - 2:8, 4:13,
5:4, 7:8, 8:14, 9:18
**one** [21] - 12:19,
13:18, 15:25, 16:10,
21:17, 21:20, 25:3,
25:19, 26:20, 33:17,
39:18, 40:19, 41:3,
41:7, 42:6, 47:24,
50:6, 55:25, 58:16,
60:23, 65:8
**One** [13] - 21:9, 26:22,
35:9, 35:24, 37:1,
43:23, 43:24, 44:8,
45:11, 46:3, 46:4,
53:7, 57:1
**ONE**........................
[1] - 10:15
**ones** [7] - 36:11,
36:12, 37:20, 42:4,
42:16, 64:8
**OPA** [1] - 58:18
**open** [1] - 12:17
**operate** [1] - 48:19

**operational** [2] -
48:22, 48:24
**operator** [6] - 47:15,
48:17, 52:19, 55:2,
55:5, 55:12
**opportunity** [4] -
26:22, 29:7, 49:3,
66:7
**OPPORTUNITY** [1] -
9:9
**opposed** [3] - 23:19,
34:1, 42:11
**opposite** [1] - 60:4
**opposition** [7] - 18:8,
18:13, 18:21, 18:24,
19:2, 19:11, 29:15
**option** [3] - 61:7,
62:23, 62:24
**OR** [3] - 9:14, 9:24,
10:7
**oral** [1] - 66:13
**ORDER** [3] - 8:7,
10:13, 12:4
**order** [13] - 14:11,
14:14, 17:8, 17:14,
23:9, 25:4, 39:13,
39:14, 39:22, 44:2,
50:24, 56:15, 59:7
**orders** [2] - 45:11,
47:2
**organization** [1] - 35:1
**original** [1] - 21:14
**ORIGINAL** [2] - 8:17,
8:19
**ORLEANS** [10] - 1:7,
1:23, 2:9, 2:16, 3:25,
4:15, 5:9, 5:23, 6:9,
7:15
**Orleans** [1] - 34:11
**OTHER** [1] - 9:22
**otherwise** [6] - 16:7,
21:1, 25:13, 34:13,
48:6, 52:7
**OUR** [1] - 9:8
**ourselves** [1] - 51:17
**outline** [1] - 57:1
**overkill** [1] - 65:14
**overrule** [1] - 44:14
**own** [1] - 52:25

**P**

**p.m** [1] - 67:25
**P.O** [1] - 3:18
**PAGE** [1] - 8:3
**page** [5] - 24:13, 31:4,
33:3, 33:9, 57:11
**pages** [10] - 31:9,
56:22, 56:23, 57:3,

58:3, 58:7, 58:8,
58:11, 58:21, 59:8
**PAGES** [2] - 10:20,
10:21
**PAN** [1] - 2:15
**paper** [3] - 58:3,
66:24, 67:1
**PARKWAY** [1] - 7:4
**part** [6] - 23:3, 30:11,
30:21, 31:6, 31:10,
57:21
**partial** [2] - 17:21,
17:22
**participants** [3] -
12:10, 25:1, 40:6
**particular** [3] - 48:18,
52:15, 54:5
**parties** [2] - 16:5,
17:24, 26:22, 28:22,
32:12, 34:12, 37:23,
37:24, 39:2, 39:22,
40:22, 41:2, 41:4,
47:8, 55:24, 58:1,
58:7, 58:10, 58:19,
59:19, 64:16, 64:17
**party** [9] - 13:10,
13:15, 13:23, 16:10,
22:7, 27:4, 44:18,
56:4, 60:5
**PAUL** [1] - 2:15
**payment** [2] - 16:10,
16:21
**penalties** [1] - 58:18
**people** [4] - 26:4,
27:1, 34:6, 60:17
**PEPPER** [1] - 7:14
**Pepper** [2] - 68:7,
68:22
**percent** [6] - 12:22,
13:1, 50:8, 50:15,
52:12, 52:13
**percentage** [2] -
52:11, 53:1
**perfectly** [1] - 37:16
**perhaps** [2] - 55:25,
60:11
**period** [2] - 33:10,
45:12
**permission** [1] - 48:14
**person** [4] - 35:11,
56:16, 60:1, 60:22
**personal** [1] - 60:6
**personally** [1] - 14:9
**PETROLEUM** [1] -
5:20
**Pfeffer** [1] - 40:11
**Phase** [21] - 21:9,
26:22, 35:9, 35:23,
35:24, 37:1, 38:19,
40:4, 40:23, 43:11,

43:23, 43:24, 44:8,
44:25, 45:11, 46:3,
46:4, 47:13, 53:7,
57:1
**PHASE** [7] - 8:14,
9:18, 10:2, 10:4,
10:10, 10:15, 10:17
**Phil** [2] - 54:14, 61:10
**PHILLIP** [1] - 6:8
**phone** [13] - 12:10,
17:5, 17:13, 18:11,
20:5, 25:1, 38:22,
39:23, 40:6, 43:20,
63:15, 66:23, 67:8
**phonetically** [2] -
40:11, 43:19
**physicians** [1] - 60:7
**PIGMAN** [1] - 5:7
**pizza** [1] - 13:16
**PLACE** [1] - 2:8
**place** [2] - 15:19, 45:3
**plaintiff** [1] - 60:7
**PLAINTIFFS** [1] - 2:3
**plaintiffs** [1] - 59:20
**plaintiffs'** [1] - 47:11
**PLAINTIFFS'** [1] -
1:17
**plan** [1] - 27:16
**plane** [1] - 56:12
**planning** [2] - 26:5,
53:9, 56:13
**PLANNING**.................
.........................[1] -
10:18
**plans** [1] - 66:15
**PLEASE** [5] - 7:11,
9:21, 10:5
**plenty** [1] - 58:23
**podium** [1] - 40:7
**point** [15] - 20:14,
22:5, 25:3, 27:12,
27:16, 31:25, 39:21,
41:13, 47:5, 52:4,
53:5, 54:17, 57:8,
64:12, 64:18
**pointed** [2] - 45:13,
47:6
**points** [1] - 52:1
**police** [1] - 60:23
**politely** [1] - 14:18
**POLK** [1] - 5:21
**pop** [2] - 13:16, 49:2
**portion** [1] - 16:8
**POSITION** [1] - 10:6
**position** [10] - 14:9,
33:4, 33:5, 33:16,
33:25, 37:21, 41:20,
42:9, 42:14, 48:12
**positively** [1] - 32:8
**possesses** [1] - 44:20

**possible** [1] - 19:20
**post** [1] - 59:13
**post-trial** [1] - 59:13
**posted** [1] - 23:8
**potentially** [1] - 50:16
**power** [1] - 34:13
**POYDRAS** [6] - 2:16,
3:25, 4:14, 5:22, 6:9,
7:15
**practice** [1] - 14:8
**practices** [2] - 44:19,
46:1
**precise** [2] - 46:11,
46:12
**precluded** [1] - 44:20
**preparation** [1] -
15:13
**prepared** [3] - 17:23,
19:4, 50:19
**PRESENT** [1] - 7:11
**presented** [1] - 44:13
**presses** [1] - 19:24
**presumably** [1] - 40:8
**presume** [1] - 14:11
**pretrial** [5] - 56:15,
56:22, 57:4, 59:7,
59:13
**PRETRIAL** [1] - 10:19
**pretty** [3] - 27:2,
46:21, 47:1
**preventer** [1] - 52:20
**previous** [2] - 45:11,
47:2
**privileged** [3] - 17:20,
17:21, 17:23
**problem** [5] - 13:14,
18:17, 19:16, 28:20,
42:23
**problems** [1] - 64:14
**procedure** [1] - 52:25
**PROCEEDINGS** [3] -
1:12, 7:18, 12:1
**proceedings** [2] -
67:25, 68:12
**process** [7] - 16:7,
37:11, 42:2, 42:4,
42:15, 43:7, 43:8
**processing** [1] - 16:21
**procuring** [1] - 53:10
**produce** [4] - 17:16,
48:8, 50:18, 64:6
**PRODUCED** [1] - 7:18
**produced** [4] - 48:5,
58:8, 64:7, 64:18
**producing** [1] - 17:17
**PRODUCTION** [2] -
4:7, 4:10
**production** [7] - 17:9,
20:2, 20:13, 33:8,
33:11, 47:7, 64:7

PRODUCTION...........

............................

. [1] - 8:8
**PRODUCTS** [1] - 4:12
**Professional** [1] - 68:8
**progress** [3] - 21:7, 37:22, 40:5
**projected** [1] - 15:18
**proposal** [2] - 14:3, 14:7
**propose** [2] - 19:1, 37:20
**PROPOSED** [4] - 8:7, 9:22, 10:1, 10:9
**proposed** [7] - 16:4, 17:8, 36:10, 38:6, 38:17, 43:10, 51:5
**protocol** [1] - 15:21
**provide** [4] - 16:12, 16:14, 29:8, 29:23
**PROVIDE** [1] - 9:10
**provided** [1] - 64:15
**provider** [1] - 27:4
**PSC** [30] - 12:20, 21:13, 21:18, 21:22, 28:23, 28:24, 31:2, 32:20, 33:1, 36:1, 36:18, 37:19, 37:21, 39:17, 41:4, 41:25, 42:2, 44:12, 44:16, 44:25, 47:22, 50:4, 51:6, 55:17, 59:22, 60:11, 62:19, 62:20, 65:5, 67:8
**PSC's** [3] - 31:3, 44:14, 50:25
**publications** [2] - 30:16, 31:6
**publicly** [4] - 63:23, 64:5, 64:6, 64:13
**publisher** [1] - 64:3
**pull** [1] - 36:25
**purpose** [3] - 25:25, 54:5, 56:23
**pursuant** [1] - 61:20
**pushing** [3] - 58:1, 58:3, 58:7
**put** [14] - 29:25, 32:1, 32:6, 32:14, 32:16, 34:18, 35:6, 41:16, 58:25, 59:20, 59:25, 60:15, 65:7, 65:11
**puts** [1] - 60:7
**putting** [2] - 41:8, 41:12

**Q**

**qualifies** [1] - 51:17
**QUESTION** [1] - 9:8
**quick** [2] - 33:2, 56:13
**quickly** [1] - 20:22
**QUIP** [2] - 7:3, 9:21
**Quip** [1] - 38:5
**quite** [1] - 56:2

**R**

**Rachel** [4] - 13:25, 14:13, 15:1, 67:15
**RACHEL** [1] - 4:4
**radar** [1] - 18:21
**raised** [4] - 26:20, 44:9, 54:15, 65:24
**range** [1] - 55:23
**rare** [1] - 45:8
**rarity** [2] - 45:16, 45:17
**rather** [1] - 66:24
**RE** [1] - 1:4
**reached** [1] - 41:10
**reaching** [1] - 41:12
**read** [7] - 14:12, 23:4, 23:6, 36:9, 50:6, 53:21, 56:6
**readjusting** [1] - 23:3
**real** [1] - 56:13
**reality** [1] - 31:10
**really** [12] - 12:12, 22:8, 31:4, 31:10, 37:1, 41:15, 43:9, 43:23, 49:2, 50:6, 58:22, 66:25
**REALTIME** [1] - 7:14
**Realtime** [1] - 68:7
**reason** [1] - 43:3
**reasonable** [2] - 45:18, 47:1, 51:12
**rebuttal** [1] - 29:8
**REBUTTAL** [1] - 9:10
**received** [4] - 16:10, 18:2, 18:8, 18:12
**reception** [1] - 14:24
**recollection** [2] - 26:12, 37:17
**recommend** [1] - 25:11
**recommended** [1] - 60:23
**reconstruct** [2] - 66:1, 66:2
**reconstructive** [1] - 66:11
**RECORD** [1] - 7:11

**record** [6] - 15:2, 15:9, 45:9, 45:10, 54:17, 68:12
**RECORDED** [1] - 7:18
**records** [2] - 16:4, 52:25
**recreate** [1] - 47:18
**REDDEN** [1] - 5:3
**refer** [1] - 34:10
**reference** [1] - 56:1
**references** [1] - 22:23
**referred** [1] - 52:9
**reflects** [2] - 50:12, 63:25
**regard** [5] - 15:12, 18:23, 33:22, 47:7, 61:16
**regarding** [1] - 21:1
**regardless** [1] - 28:25
**Registered** [2] - 68:7, 68:8
**related** [1] - 20:11
**RELATES** [1] - 1:9
**relative** [2] - 20:25, 21:6
**relevance** [2] - 55:20, 56:8
**relevant** [5] - 44:17, 48:8, 48:20, 51:10, 51:25
**reliance** [7] - 30:4, 30:7, 31:5, 31:13, 31:15, 31:18, 32:5
**relied** [1] - 30:17
**relief** [1] - 49:25
**reluctance** [1] - 37:3
**reluctantly** [1] - 14:2
**remainder** [1] - 17:18
**remaining** [1] - 24:7
**remember** [5] - 15:21, 17:1, 27:7, 27:15, 39:13
**reply** [5] - 18:25, 19:9, 19:10, 19:12, 29:15
**REPLY** [1] - 9:13
**report** [13] - 13:25, 16:3, 17:3, 20:24, 29:8, 29:24, 30:6, 30:8, 30:10, 31:3, 31:11, 59:15, 61:14
**REPORT** [1] - 9:10
**reported** [1] - 21:7
**REPORTER** [2] - 7:14, 7:14
**Reporter** [6] - 68:7, 68:8, 68:9, 68:23
**REPORTER'S** [1] - 68:5
**reports** [8] - 15:13, 21:11, 29:22, 30:1,

30:4, 31:8, 32:1, 57:12
**REPORTS.................**

......... [1] - 9:15
**represent** [3] - 14:3, 15:6, 15:10
**representative** [1] - 67:7
**represents** [1] - 55:1
**request** [13] - 17:24, 18:9, 28:5, 46:16, 47:7, 47:19, 47:21, 47:22, 50:3, 50:17, 50:21, 51:2, 51:3
**REQUEST** [2] - 8:9, 9:1
**REQUESTED** [1] - 9:9
**requested** [4] - 16:5, 28:16, 29:7, 44:25
**requesting** [2] - 48:13, 49:14
**requests** [4] - 47:12, 49:23, 51:24
**required** [1] - 47:17
**requirements** [1] - 30:19
**reschedule** [2] - 20:8, 20:16
**rescue** [1] - 20:11
**resolve** [2] - 26:15, 65:2
**RESPECT** [1] - 10:10
**respect** [4] - 20:2, 26:20, 43:11, 64:8
**respectfully** [4] - 14:19, 55:19, 58:16, 67:7
**respond** [2] - 36:14, 39:17
**responded** [2] - 35:11, 36:21
**responder** [3] - 38:20, 38:21, 39:8
**RESPONSE** [1] - 6:15
**responses** [2] - 17:25, 55:4
**rest** [1] - 21:19
**result** [1] - 41:10
**retired** [1] - 15:25
**retrace** [1] - 63:13
**review** [1] - 56:7
**reviewed** [1] - 22:9
**reviewing** [1] - 30:2
**revise** [1] - 24:10
**revised** [3] - 19:5, 29:8, 44:8
**REVISED** [2] - 9:10, 10:15
**revisit** [3] - 39:21, 39:24, 55:3

**RFA's** [1] - 17:25
**RFP** [1] - 20:12
**Richard** [1] - 29:9
**RICHARD** [1] - 9:10
**RICHESON** [1] - 5:21
**RIG** [1] - 1:5
**rigs** [1] - 48:24
**rise** [1] - 12:7
**RMR** [2] - 7:14, 68:22
**road** [1] - 24:20
**Rob** [6] - 16:18, 17:9, 18:5, 18:22, 19:9, 43:16
**ROBERT** [2] - 2:11, 4:22
**Robert** [2] - 67:18
**ROBERTS** [1] - 4:3
**Robin** [1] - 20:6
**ROLE** [1] - 10:9
**role** [1] - 43:10
**RONQUILLO** [2] - 5:11, 5:16
**ROOM** [2] - 3:14, 7:15
**rooms** [1] - 62:17
**ROUGE** [1] - 3:8
**round** [1] - 56:14
**routinely** [2] - 52:9, 52:11
**routing** [2] - 16:12, 16:14
**ROY** [2] - 1:18, 1:18
**RULE** [2] - 10:16, 10:17
**rule** [2] - 19:13, 31:17
**Rule** [5] - 30:19, 31:6, 44:12, 44:14, 44:24
**runs** [1] - 48:23
**RUSNAK** [1] - 2:18
**RYAN** [1] - 4:18

**S**

**SALLY** [1] - 1:13
**sample** [1] - 53:4
**SAN** [1] - 3:14
**sandbag** [1] - 60:14
**sandbagged** [1] - 60:6
**Sarah** [8] - 17:5, 17:8, 18:8, 18:24, 19:23, 20:1, 28:14, 38:16
**SARAH** [1] - 3:12
**satisfy** [1] - 30:18
**schedule** [5] - 23:4, 23:6, 23:8, 39:14, 44:8
**SCHEDULE** [1] - 10:15
**scheduled** [3] - 22:2, 27:23, 28:10

scheduling [1] - 32:18
SCHELL [1] - 5:21
scrambling [1] - 27:12
screen [1] - 65:11
SEACOR [6] - 6:16,
6:16, 6:17, 6:17,
6:18, 6:18
search [5] - 33:2,
47:8, 47:14, 47:18,
48:5
searched [1] - 47:19
seat [1] - 12:8
second [1] - 49:21
SECREST [1] - 5:3
SECTION [1] - 3:17
Security [1] - 17:21
SEE [1] - 7:11
see [16] - 16:11, 16:25,
17:5, 21:9, 23:19,
24:11, 26:10, 28:22,
35:5, 37:13, 39:24,
40:6, 43:23, 49:4,
51:6, 62:22
send [2] - 17:22, 66:10
sense [2] - 39:24,
49:16
sensible [1] - 40:2
sent [2] - 32:20, 63:20
separate [1] - 58:21
served [1] - 33:9
server [1] - 18:23
SERVER..................
..................... [1] -
8:11
service [1] - 45:15
SERVICES [1] - 5:11
services [1] - 16:5
set [10] - 20:1, 20:10,
27:2, 28:17, 28:19,
40:14, 40:23, 43:10,
43:24, 44:1
SET [3] - 10:4, 10:9,
10:12
settled [1] - 55:24
settlement [1] - 13:10
seven [1] - 52:15
several [2] - 46:4,
47:12
Sharon [2] - 40:11,
43:18
SHEETS [1] - 7:11
SHELL [1] - 4:13
shortly [1] - 17:15
shot [3] - 41:1, 45:7,
46:24
shots [1] - 49:25
shoulder [1] - 24:1
shout [2] - 35:12,
43:22

show [3] - 22:13,
31:21, 60:8
SHUSHAN [1] - 1:13
Shushan [1] - 20:20
shut [2] - 46:17, 50:5
Shutler [2] - 40:11,
43:18
SIEMENS [1] - 6:19
SIGN [1] - 7:11
SIGN-IN [1] - 7:11
silence [1] - 36:17
silent [1] - 35:20
simple [1] - 66:25
simply [2] - 18:14,
26:21
simultaneously [1] -
25:6
SINCLAIR [2] - 3:4,
21:3
single [1] - 57:15
sit [2] - 35:17, 45:23
site [2] - 16:4, 52:19
situation [2] - 14:7,
47:20
situations [1] - 48:25
slightly [2] - 48:11,
49:1
slog [1] - 63:5
small [2] - 52:25, 53:4
soda [1] - 13:16
solution [2] - 14:7,
65:18
SOME [1] - 10:11
someone [2] - 22:8,
51:18
somewhere [1] -
12:24
soon [2] - 19:20,
42:13
sooner [1] - 25:12
sorry [4] - 12:8, 18:10,
29:9, 29:12
sort [2] - 39:25, 52:24
sought [2] - 44:16,
44:18
sounds [1] - 13:19
source [1] - 40:13
sourced [1] - 40:19
sources [2] - 40:17,
40:21
space [3] - 62:9,
62:11, 62:22
SPACE [1] - 10:25
spaced [5] - 56:23,
57:5, 57:6, 57:8,
57:15
SPACED...................
.......... [1] - 10:20
specific [5] - 26:2,

43:18, 50:23, 51:22,
51:23
specifically [3] - 19:6,
47:7, 49:25
spelled [2] - 40:10,
43:19
spill [1] - 50:14
SPILL [1] - 1:4
spoliation [1] - 44:2
SPOLIATION [1] -
10:12
spreadsheet [1] -
37:20
SQUARE [1] - 4:13
sseservices.com [1] -
16:1
STACK [1] - 8:6
stack [4] - 15:13,
15:14, 15:19, 45:7
stage [1] - 65:12
stamped [1] - 26:16
stamping [1] - 22:3
STAMPING................
........................ [1] -
8:22
stand [7] - 16:11,
32:22, 48:11, 49:1,
49:6, 49:8, 49:13
start [5] - 12:24,
13:12, 28:16, 28:25,
30:2
started [2] - 37:10,
37:18
starters [3] - 66:16,
66:17
starts [1] - 28:17
STATE [4] - 3:3, 3:6,
8:12, 8:13
state [1] - 62:18
State [2] - 20:25, 21:6
statement [1] - 56:22,
59:8, 59:9
STATEMENT.............
........................ [1] -
10:19
STATES [6] - 1:1,
1:13, 3:16, 9:19,
10:8
States [9] - 18:4,
24:25, 38:3, 38:25,
42:21, 44:13, 68:9,
68:24
States' [1] - 65:24
stating [1] - 42:8
statistical [2] - 53:4,
56:2
status [1] - 38:17
STATUS [1] - 1:12
STATUS................ [1]
- 10:1

stay [2] - 28:2, 35:20
STEFANIE [1] - 5:13
STENOGRAPHY [1] -
7:18
step [1] - 13:8
STEPHEN [1] - 1:22
STERBCOW [2] -
2:14, 2:15
Steve [14] - 24:24,
25:16, 26:10, 26:11,
31:16, 32:25, 33:1,
35:5, 36:22, 41:7,
43:7, 65:9, 65:17,
67:15
STEVEN [3] - 3:18,
4:3, 6:12
still [14] - 14:9, 23:11,
23:20, 39:10, 58:20,
60:13, 64:11
stips [1] - 40:24
STIPS.......................
......... [1] - 10:4
stipulate [5] - 36:20,
37:5, 37:7, 37:9,
37:12
stipulated [1] - 37:4
stipulating [2] - 42:17,
42:18
stipulation [6] - 35:23,
36:15, 39:18, 40:18,
40:21, 41:9
STIPULATIONS [4] -
9:22, 9:23, 10:1,
10:10
stipulations [27] -
35:9, 35:24, 36:10,
36:23, 37:1, 37:20,
37:21, 38:6, 38:7,
38:17, 38:18, 38:22,
39:2, 39:3, 39:5,
39:17, 40:4, 40:14,
40:20, 41:9, 42:2,
42:8, 42:12, 43:10,
43:12, 43:24, 56:18
STIPULATIONS.........
........................ [2] -
9:18, 10:2
STONE [1] - 5:7
STRADLEY [1] - 7:7
straight [1] - 21:14
STRAIGHT [1] - 8:16
STREET [18] - 1:19,
2:8, 2:12, 2:16, 3:8,
3:25, 4:4, 4:14, 4:23,
5:4, 5:8, 5:13, 5:22,
6:4, 6:9, 6:12, 7:8,
7:15
stretching [1] - 51:15
Strickland [4] - 29:9,
29:10, 29:11, 29:12

STRICKLAND............
................................
[1] - 9:11
strike [1] - 24:12
stuff [5] - 36:4, 37:7,
37:9, 61:6, 65:5
submission [1] - 57:4
submit [3] - 15:21,
31:12, 31:19
submitted [5] - 14:14,
16:3, 29:15, 29:24,
34:12
subparts [1] - 50:19
subpoena [1] - 34:13
subsea [2] - 46:18,
50:5
subsequent [1] -
19:25
subset [2] - 22:19,
46:15
substantive [4] -
30:18, 31:4, 31:10,
31:17
SUBSTITUTE [1] -
9:12
substitute [2] - 29:14,
59:8
sueenglebert [1] -
15:25
sueenglebert@
sseservices.com [1]
- 17:2
sufficiency [1] - 21:2
suggest [4] - 13:11,
58:16, 58:20, 66:23
suggesting [1] - 36:13
SUITE [11] - 2:8, 2:16,
2:23, 4:4, 4:14, 5:4,
5:13, 5:17, 5:22, 6:9,
6:12
summaries [1] - 57:11
SUMMARY [1] - 11:1
summary [5] - 15:16,
18:6, 56:25, 63:8,
65:25
supplement [1] - 26:1
supplementation [1] -
22:18
supply [1] - 16:22
support [1] - 22:15
suspect [2] - 32:10,
56:9
SUTHERLAND [1] -
4:3

**T**

tab [2] - 27:9, 37:20
table [1] - 60:15

**TAKE** [1] - 10:5
**TAKING** [1] - 9:1
**TALKED** [2] - 8:18, 8:19
**talks** [1] - 46:16
**target** [1] - 22:3
**Ted** [2] - 39:7, 39:8
**telephone** [1] - 66:8
**temporary** [1] - 63:25
**ten** [8] - 27:13, 50:19, 52:14, 56:22, 56:23, 57:3, 58:21, 59:8
**TEN** [2] - 10:20, 10:21
**terms** [5] - 47:8, 51:1, 52:21, 53:9, 63:23
**terrific** [1] - 14:5
**TESSIER** [1] - 6:7
**testified** [2] - 20:3, 33:10
**testify** [2] - 51:13, 51:18
**testing** [1] - 17:4
**TEXAS** [1] - 7:5
**Text** [1] - 22:15
**THAT** [2] - 9:23, 10:12
**THAT**...................... [1] - 9:16
**THE** [188] - 1:4, 1:5, 1:13, 1:17, 2:3, 3:6, 3:10, 3:16, 7:11, 8:7, 8:9, 8:17, 8:19, 9:9, 9:15, 9:19, 9:23, 9:25, 10:1, 10:3, 10:8, 10:12, 10:13, 12:7, 12:8, 12:23, 12:25, 13:3, 13:14, 13:17, 13:20, 13:24, 14:5, 14:16, 14:20, 14:25, 15:8, 15:11, 16:24, 17:7, 18:5, 18:8, 18:12, 18:17, 18:20, 19:8, 19:14, 19:16, 19:21, 20:24, 21:4, 21:20, 22:1, 22:25, 23:10, 23:14, 23:22, 24:1, 24:7, 24:10, 24:14, 24:18, 24:22, 25:1, 25:5, 25:16, 26:10, 27:3, 28:13, 28:20, 29:2, 29:4, 29:6, 29:12, 29:19, 29:21, 30:5, 30:7, 30:13, 30:22, 31:14, 32:3, 32:8, 32:13, 32:16, 32:23, 33:18, 33:22, 34:5, 34:17, 34:24, 35:5, 35:15, 35:18, 35:21, 35:24, 36:1, 36:6, 36:17, 36:22, 37:17,

38:1, 38:15, 38:20, 39:7, 40:2, 40:4, 41:15, 41:23, 42:20, 43:2, 43:5, 43:14, 43:22, 44:6, 45:13, 45:19, 45:22, 46:9, 46:16, 46:20, 46:22, 47:4, 47:21, 47:25, 48:10, 48:15, 49:4, 49:8, 49:17, 49:20, 53:12, 53:21, 54:6, 54:11, 54:13, 54:16, 54:22, 54:25, 55:10, 55:16, 56:10, 56:12, 57:6, 57:8, 57:10, 57:13, 57:16, 57:22, 57:24, 58:9, 58:11, 58:24, 59:5, 59:12, 59:24, 60:16, 61:1, 61:6, 61:9, 61:12, 61:15, 61:25, 62:7, 62:9, 62:20, 62:25, 63:4, 63:9, 63:12, 64:23, 64:25, 65:20, 66:2, 66:6, 66:10, 66:13, 66:17, 66:22, 67:1, 67:9, 67:12, 67:17, 67:20, 67:24
**THEIR** [1] - 9:2
**themselves** [1] - 30:1
**THEODORE** [1] - 6:21
**therefore** [1] - 42:13
**THESE** [2] - 15:1, 15:9
**they've** [4] - 48:19, 51:9, 51:14, 55:1
**THINGS** [2] - 8:17, 8:19
**thinking** [4] - 12:20, 13:18, 31:23, 34:3
**thinks** [1] - 67:2
**THIRD** [1] - 3:8
**third** [1] - 27:4
**THIS** [2] - 1:9, 9:9
**THOSE** [1] - 10:11
**thoughts** [1] - 49:15
**thousand** [1] - 52:16
**three** [2] - 27:13, 36:9
**throw** [4] - 12:21, 40:25, 41:2, 43:21
**throwing** [2] - 13:11, 36:14
**Thursday** [2] - 27:25, 28:1
**tied** [1] - 40:21
**Tim** [6] - 35:16, 35:18, 35:21, 37:17, 49:18, 49:20
**timeline** [1] - 15:16
**TIMOTHY** [1] - 4:19
**TO** [19] - 1:9, 8:7, 8:9,

8:16, 9:1, 9:9, 9:12, 9:14, 9:21, 9:23, 10:3, 10:6, 10:10, 10:21, 10:22, 12:4
**today** [6] - 18:16, 42:3, 43:3, 45:24, 57:18, 60:14
**today's** [1] - 62:12
**together** [3] - 18:1, 24:17, 36:25
**Tony** [3] - 55:11, 65:23, 67:2
**took** [4] - 23:2, 33:25, 45:2, 46:2
**top** [5] - 19:3, 45:7, 46:24, 49:25
**topic** [4] - 39:12, 44:22, 44:25, 54:22
**topics** [2] - 44:15, 55:23
**TORTS** [1] - 3:11
**toss** [1] - 41:2
**total** [2] - 22:19, 39:4
**touch** [1] - 62:2
**touched** [1] - 63:18
**toward** [1] - 63:16
**TOWER** [1] - 2:4
**town** [1] - 28:2
**track** [2] - 17:17, 27:19
**trade** [1] - 62:21
**traffic** [1] - 26:13
**transcript** [1] - 68:11
**TRANSCRIPT** [2] - 1:12, 7:18
**TRANSLATION** [1] - 10:23
**translation** [3] - 21:12, 61:14, 61:23
**TRANSLATION**......... .......................... [1] - 8:15
**Transocean** [11] - 32:11, 37:8, 38:4, 45:25, 48:16, 48:21, 48:22, 48:23, 49:9, 50:11
**TRANSOCEAN** [4] - 3:21, 3:21, 3:23, 9:19
**TRANSOCEAN'S** [1] - 10:9
**Transocean's** [2] - 43:10, 52:10
**TRASH** [1] - 8:9
**trash** [2] - 18:9, 18:13
**treating** [1] - 60:7
**trees** [1] - 65:16
**trial** [10] - 12:18, 22:11, 27:16, 31:21, 56:13, 59:11, 59:12,

59:13, 65:5, 66:14
**TRIAL** [1] - 10:18
**trots** [1] - 52:9
**trouble** [2] - 18:15, 25:8
**true** [3] - 31:8, 53:17, 68:11
**try** [8] - 12:13, 27:8, 27:11, 27:17, 36:25, 40:13, 63:13, 66:1
**trying** [7] - 17:12, 36:4, 39:5, 40:21, 46:11, 54:3, 56:12, 67:1
**Tsekerides** [1] - 39:8
**TSEKERIDES** [3] - 6:21, 39:8, 40:3
**turn** [1] - 17:13
**tweak** [4] - 53:17, 53:18, 54:1, 54:6
**tweaking** [1] - 41:18
**tweaks** [2] - 41:1, 41:5
**twice** [1] - 23:7
**Two** [8] - 26:22, 35:23, 38:19, 40:4, 40:23, 43:11, 44:25, 47:13
**two** [6] - 13:5, 21:17, 28:3, 42:25, 53:5, 57:11
**TWO** [4] - 10:2, 10:4, 10:10, 10:17
**two-hour** [1] - 28:3
**two-page** [1] - 57:11
**TX** [7] - 2:20, 4:5, 5:5, 5:14, 5:17, 6:13, 7:9
**typically** [1] - 40:19

**U**

**U.S** [3] - 3:11, 3:17, 15:25
**uncontested** [1] - 59:9
**uncontrolled** [8] - 46:10, 46:18, 46:22, 49:11, 50:5, 52:24, 53:10, 55:22
**under** [2] - 47:19, 50:15
**UNDERHILL** [20] - 3:12, 13:16, 14:6, 14:17, 15:1, 15:9, 40:9, 57:7, 57:9, 57:15, 57:17, 57:23, 57:25, 58:6, 58:10, 58:12, 58:25, 59:14, 60:3, 66:23
**Underhill** [3] - 13:15, 26:25, 40:7
**Underhill's** [2] - 13:11,

14:3
**understood** [1] - 23:13
**undertake** [1] - 54:6
**unfortunately** [1] - 22:15
**Unified** [1] - 40:20
**UNITED** [5] - 1:1, 1:13, 3:16, 9:19, 10:8
**United** [9] - 18:4, 24:25, 38:3, 38:25, 42:21, 44:13, 65:24, 68:9, 68:24
**universe** [3] - 46:14, 46:21, 48:7
**unless** [1] - 27:1
**unlike** [1] - 58:19
**unopposed** [1] - 18:19
**unprecedented** [1] - 50:2
**up** [25] - 13:4, 13:8, 18:22, 22:10, 23:24, 25:1, 27:11, 32:25, 34:14, 36:7, 40:23, 41:23, 49:21, 50:9, 51:4, 51:16, 57:18, 58:12, 60:6, 60:8, 60:24, 62:7, 63:4, 65:11, 65:21
**UP** [1] - 10:3
**update** [1] - 15:12
**urges** [1] - 44:17
**USA'S** [1] - 11:1
**USA's** [1] - 63:8
**user** [1] - 40:22
**uses** [1] - 46:4

**V**

**VA** [1] - 2:5
**VALENTINE** [4] - 28:12, 28:14, 28:21, 29:5
**Valentine** [1] - 28:14
**valuable** [1] - 27:3
**various** [1] - 30:15
**vendor** [1] - 32:13
**verify** [2] - 42:14, 63:21
**version** [2] - 27:2, 40:15
**versions** [2] - 27:13
**via** [1] - 15:23
**view** [1] - 14:20
**violates** [1] - 64:20
**visit** [2] - 49:3, 49:15
**VOICES** [1] - 38:14
**voluminous** [1] - 30:22

**volunteered** [1] - 13:6

# W

**wait** [1] - 58:13
**waiting** [4] - 12:9, 12:13, 20:13, 37:13
**waived** [1] - 58:19
**WALKER** [1] - 2:3
**WALTHER** [1] - 5:7
**WANT** [2] - 9:14, 10:21
**wants** [6] - 13:8, 15:20, 16:1, 30:11, 30:12, 59:13
**WARE** [1] - 7:3
**warranted** [1] - 47:20
**warrants** [1] - 52:6
**WARREN** [1] - 6:4
**WAS** [2] - 10:12, 10:13
**WASHINGTON** [3] - 3:19, 4:23, 6:5
**water** [1] - 50:9
**waterfall** [1] - 63:3
**WATERSIDE** [1] - 2:4
**WE** [3] - 8:17, 8:19, 10:12
**Weatherford** [3] - 28:15, 35:12, 38:2
**Weatherford's** [1] - 28:5
**WEATHERFORD'S** [1] - 9:1
**WEATHERFORD....... ............................... .... [1] - 9:7
**Wednesday** [4] - 19:2, 19:7, 19:12, 19:17
**week** [21] - 17:16, 19:2, 19:10, 21:8, 21:15, 21:17, 23:9, 24:15, 29:7, 35:7, 39:1, 39:19, 40:16, 44:9, 44:13, 56:1, 58:9, 63:24, 64:11, 66:24
**WEEK** [1] - 9:9
**WEEK....................... ........ [1] - 8:18
**WEEK....................... ................ [1] - 8:20
**weekly** [1] - 14:21
**weigh** [2] - 37:24, 38:5
**WEIGH** [1] - 9:21
**WEIL** [1] - 6:20
**WEINER** [1] - 5:21
**welcome** [1] - 29:6
**wellbore** [4] - 46:11, 52:14, 53:1, 54:4

**wells** [3] - 49:25, 51:11
**West** [3] - 61:7, 67:14, 67:19
**WHATEVER** [1] - 10:21
**WHEREUPON** [1] - 67:25
**WHETHER** [4] - 9:14, 9:22, 9:23, 9:24
**whole** [4] - 25:25, 37:11, 48:7, 50:20
**will-call** [3] - 25:12, 59:16, 59:23
**willful** [1] - 57:20
**WILLIAM** [1] - 7:7
**Williams** [1] - 61:8
**WILLIAMS** [2] - 2:22, 2:22
**Williamson** [3] - 31:2, 35:22, 41:25
**WILLIAMSON** [32] - 2:18, 2:19, 30:25, 35:23, 35:25, 41:22, 41:24, 42:23, 43:3, 45:4, 45:14, 45:21, 45:23, 46:8, 46:10, 46:19, 46:21, 46:23, 48:9, 48:11, 48:16, 49:6, 49:9, 52:1, 52:8, 53:16, 54:1, 54:9, 55:1, 55:7, 56:8, 56:11
**willing** [8] - 37:8, 37:10, 42:10, 49:14, 51:21, 53:17, 53:18, 56:5
**windows** [1] - 62:25
**WINFIELD** [1] - 3:4
**WITH** [4] - 8:16, 10:3, 10:10, 10:21
**withhold** [1] - 52:2
**witness** [9] - 24:3, 24:14, 24:16, 24:19, 25:11, 56:18, 59:15, 59:24, 60:17
**witnesses** [6] - 25:7, 26:4, 26:7, 28:6, 60:12, 60:13
**WITNESSES............. ........................... [1] - 9:2
**WITTMANN** [1] - 5:7
**wonderful** [1] - 41:17
**Woods** [4] - 44:12, 44:17, 44:20, 44:21
**WOODS** [1] - 10:16
**Woolie** [2] - 28:11, 28:25
**WOOLIE...................

**........................ [1] - 9:5
**word** [4] - 16:1, 26:1, 47:11, 52:12
**words** [2] - 41:9, 59:17
**WORKING** [1] - 8:16
**WORLDWIDE** [2] - 6:17, 8:16
**Worldwide** [1] - 21:14
**WOULD** [1] - 10:5
**WRIGHT** [1] - 1:18
**writing** [1] - 28:24
**written** [1] - 17:25

# Y

**y'all** [1] - 12:15
**year** [1] - 38:10
**YEAR....................... ....... [1] - 9:25
**years** [2] - 33:10, 45:1
**yesterday** [5] - 17:22, 26:13, 32:20, 43:7, 63:20
**YOAKUM** [1] - 2:19
**YORK** [7] - 5:16, 6:22, 10:14, 23:21, 47:5, 47:23, 48:3
**York** [4] - 44:4, 57:9
**YOU** [4] - 9:22, 9:23, 10:6, 10:21
**YOU'VE** [1] - 9:24
**YOUR** [2] - 10:8, 10:21
**yourself** [1] - 16:2

# Z

**Zantaz** [1] - 18:23
**ZANTAZ** [1] - 8:11