UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                          MDL NO. 2179
    "Deepwater Horizon" in the Gulf
    of Mexico, on April 20, 2010                    SECTION J

Applies to: *All Cases*                                  JUDGE BARBIER
                                                        MAGISTRATE JUDGE SHUSHAN

## ORDER

**[Regarding Unsealing of the Sealed Order Entered on 12/8/11 (Rec. doc. 4838)]**

After consulting with the parties, agreement has been reached that the quoted portions of the deposition of Michael Viator, contained in the Court's Order of December 8, 2011, are not confidential. Accordingly,

IT IS ORDERED that the Order be unsealed, leaving only the two-page attachment to the Order UNDER SEAL.

New Orleans, Louisiana, this 21st day of December, 2011.

                                                                          **SALLY SHUSHAN**
                                                                          **United States Magistrate Judge**