UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| This Document Applies to: | * | |
| *10-8888, 10-2771* | * | MAG. JUDGE SHUSHAN |
| | * | |

## ORDER

Before the Court are two Motions for Leave (Rec. Docs. 4923, 4937) to file Short Form Joinders after the monition date in the Limitation Action, case no. 10-2771. Counsel for the Limitation Petitioners advises there are no objections to these Motions.

IT IS ORDERED that the Motions for Leave (Rec. Doc. 4923, 4937) are GRANTED. The Short Form Joinders attached as exhibits to Record Document 4923, which were previously filed in case no. 10-8888, shall deemed timely filed. The Clerk of Court is instructed to file the Short Form Joinders attached as exhibits to Record Document 4937 into case no. 10-8888, which shall also be deemed timely.

New Orleans, Louisiana this 21st day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE