# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010

Franklin R. Lacy v. BP America, Ltd., et al.,  )
    S.D. Florida, C.A. No. 1:11-22696   )   MDL No. 2179

## ORDER VACATING CONDITIONAL TRANSFER ORDER

**Before the Panel:** Pursuant to Rule 7.1, plaintiff, who is proceeding *pro se*, moves to vacate our order conditionally transferring his action (*Lacy*) to MDL No. 2179. Responding defendants[1] oppose the motion.

The *Lacy* action is essentially identical to another action brought by this same plaintiff also in the Southern District of Florida. *See Lacy v. BP p.l.c., et al.*, C.A. No. 1:11-21855. At our September hearing session, we granted plaintiff's motion to vacate the conditional transfer order with respect to that earlier-filed action. *See* Order Vacating Conditional Transfer Order and Denying Transfer (J.P.M.L. Oct. 6, 2011) (doc. no. 822). For the reasons set forth in that order, we will grant plaintiff's motion here.

---

[1] BP p.l.c.; BP Exploration & Production Inc.; BP America Inc.; BP Products North America Inc.; and Halliburton Energy Services, Inc.

- 2 -

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-31" is vacated insofar as it relates to this action.

PANEL ON MULTIDISTRICT LITIGATION

_____
John G. Heyburn II
Chairman

| | |
|---|---|
| Kathryn H. Vratil | W. Royal Furgeson, Jr. |
| Barbara S. Jones | Paul G. Barbadoro |
| Marjorie O. Rendell | Charles R. Breyer |