UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL 2179<br><br>SECTION J / 1 |
| This document relates to: | JUDGE CARL J. BARBIER |
| CIVIL ACTION NUMBER: 10-cv-1758 | MAG. JUDGE SALLY SHUSHAN |

### NOTICE OF APPEAL TO THE
### UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

Notice is hereby given that the State of Louisiana, by and through, Charles J. Ballay, the Plaquemines Parish District Attorney (hereinafter "Plaquemines Parish"), Plaintiff in the above-entitled cause, appeals to the United States Court of Appeals for the Fifth Circuit from the District Court's Order and Reasons (Rec. Doc. No. 8) entered by the Honorable Carl J. Barbier on December 9, 2011, granting judgment in favor of Defendants, BP Exploration & Production, Inc., BP Products North America, Inc., and BP America, Inc., and against Plaintiff, Plaquemines Parish.

Respectfully submitted, this 23rd day of December, 2011.

Respectfully submitted,

**MURRAY LAW FIRM**

s/ *Stephen B. Murray, Jr.*
Stephen B. Murray (9858)
 smurray@murray-lawfirm.com
Stephen B. Murray, Jr. (23877)
 smurrayjr@murray-lawfirm.com
Arthur M. Murray (27694)
 amurray@murray-lawfirm.com
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
T: 504.525.8100

**COSSICH SUMICH PARSIOLA & TAYLOR**
Philip F. Cossich, Jr. (1788)
 pcossich@cossichlaw.com
David A. Parisola (21005)
 dparsiola@cossichlaw.com
Christina Cossich de Young (32407)
 ccossich@cossichlaw.com
Darin S. Britt (31639)
 dbritt@cossichlaw.com
8397 Highway 23, Suite 100
Belle Chasse, Louisiana 70037
T: 504.394.9000

Charles J. Ballay (#2719)
charlesballay@25thda.org
PLAQUEMINES PARISH DISTRICT ATTORNEY
301-A Main Street
Belle Chasse, Louisiana 70037
T:  504.297.5146

**COUNSEL FOR PLAQUEMINES PARISH DISTRICT ATTORNEY CHARLES J. BALLAY**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Notice of Appeal** has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd day of December, 2011.

   /s/   Stephen B. Murray, Jr.
      STEPHEN B. MURRAY, JR.