UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br><br>SECTION J / 1 |
| THIS DOCUMENT RELATES TO: | JUDGE CARL J. BARBIER |
| CIVIL ACTION NUMBER: 10-2731 | MAG. JUDGE SALLY SHUSHAN |

## NOTICE OF APPEAL TO THE
## UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

Notice is hereby given that Orleans Parish District Attorney's office (hereafter "Orleans Parish"), Plaintiff in the above-entitled cause, appeals to the United States Court of Appeals for the Fifth Circuit from the district court's Order and Reasons (Rec. Doc. No. 8) entered by the Honorable Carl J. Barbier on December 9, 2011, granting judgment in favor of Defendants, BP Exploration & Production, Inc., BP Products North America, Inc., and BP America, Inc., and against Plaintiff, Orleans Parish.

Respectfully submitted, this 23rd day of December, 2011, by Counsel for Orleans Parish District Attorney Leon A. Cannizzaro, Jr.:

                                                MURRAY LAW FIRM

                                                *s/ Stephen B. Murray, Jr.*
                                              **Stephen B. Murray, Jr.** (23877)
                                               *smurrayjr@murray-lawfirm.com*
                                               Stephen B. Murray (9858)
                                               *smurray@murray-lawfirm.com*
                                               Arthur M. Murray (27694)
                                               *amurray@murray-lawfirm.com*
                                               650 Poydras Street, Suite 2150
                                               New Orleans, Louisiana  70130
                                               T: 504.525.8100

**THE LAW OFFICES OF FRED HERMAN**
Fred L. Herman (6811)
 *fherman@fredhermanlaw.com*
1010 Common Street, Suite 3000
New Orleans, Louisiana 70112
T: 504.581.7070

**COSSICH SUMICH PARSIOLA & TAYLOR**
Philip F. Cossich, Jr. (1788)
 *pcossich@cossichlaw.com*
David A. Parisola (21005)
 *dparsiola@cossichlaw.com*
Christina Cossich de Young (32407)
 *ccossich@cossichlaw.com*
Darin S. Britt (31639)
 *dbritt@cossichlaw.com*
8397 Highway 23, Suite 100
Belle Chasse, Louisiana 70037
T: 504.394.9000

**HERMAN HERMAN KATZ & COTLAR LLP**
Stephen J. Herman (23129)
 *sherman@hhkc.com*
820 O'Keefe Avenue
New Orleans, Louisiana 70113
T: 504.581.4892

**LANDRY, SWARR & CANNELLA**
Mickey P. Landry (22817)
 *mlandry@landryswarr.com*
Frank J. Swarr (23322)
 *fswarr@landryswarr.com*
David R. Cannella (26231)
 *dcannella@landryswarr.com*
Philip C. Hoffman (32277)
 *phoffman@landryswarr.com*
1010 Common Street, Suite 2050
New Orleans, Louisiana 70112
T: 866.275.8706

Leon A. Cannizzaro, Jr.
ORLEANS PARISH DISTRICT ATTORNEY
619 South White Street
New Orleans, Louisiana 70119
T: 504.822.2414

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appeal has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd day of December, 2011.

                                                /s/   *Stephen B. Murray, Jr.*
                                                STEPHEN B. MURRAY, JR.