IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION J |
| This document relates to: | Judge Barbier |
| Bundle C and Nos. 11-01106, 11-01113, and 11-01480 | Magistrate Judge Shushan |

### DEFENDANTS' JOINT MOTION TO DISMISS THE COMPLAINTS BROUGHT ON BEHALF OF THE STATE OF LOUISIANA BY THE DISTRICT ATTORNEYS OF CAMERON, JEFFERSON, AND ST. CHARLES PARISHES

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and the Court's December 9, 2011 Order and Reasons as to the Local Government Entity Master Complaint and certain other cases within Pleading Bundle "C," defendants BP Exploration & Production Inc.; BP p.l.c.; BP Products North America Inc.; BP America Inc.; Halliburton Energy Services, Inc.; Transocean Ltd; Transocean Offshore Deepwater Drilling, LLC; Transocean Deepwater, Inc.; Transocean Holdings, LLC; Cameron International Corporation; M-I, LLC; Weatherford U.S., L.P.; Anadarko Petroleum Corporation; Anadarko E&P Company, L.P.; MOEX Offshore 2007 LLC; and MOEX U.S.A. Corp. ("Defendants")[1] move to dismiss certain complaints brought on behalf of the State of Louisiana by the Parishes of Cameron, Jefferson, and St. Charles ("Later-filed Wildlife Penalty Actions") (Case Nos. 2:11-cv-01106, 2:11-cv-01113, and 2:11-cv-01480). In support of their motion, Defendants state as follows:

---

[1] Although not every defendant has been named in all three of the complaints, Defendants are filing a single joint motion at the request of the Court. Each defendant is moving to dismiss the complaint or complaints in which it has been named and properly served. By making this motion to dismiss, Defendants do not waive any other arguments previously asserted or otherwise preserved in their motions to dismiss or in any other briefs submitted to this Court.

1. On March 28, 2011, BP moved to dismiss (Doc. 1786) certain complaints filed by individual local governments, including eight complaints brought by certain Louisiana Parish District Attorneys seeking penalties for the alleged killing or other taking of wildlife pursuant to La Rev. Stat. § 56:40.1, *et seq.* ("Earlier-filed Wildlife Penalty Actions").

2. On April 19, 2011, the District Attorney for St. Charles Parish filed a Petition for Civil Penalties in the 29th Judicial District Court for the Parish of St. Charles, Louisiana, seeking penalties for the alleged killing or other taking of wildlife pursuant to La Rev. Stat. § 56:40.1, *et seq.*  The action was removed to the Eastern District of Louisiana on May 10, 2011 and assigned Case No. 2:11-cv-01106.

3. On April 19, 2011, the District Attorney for Jefferson Parish filed a Petition for Civil Penalties in the 24th Judicial District Court for the Parish of Jefferson, Louisiana, seeking penalties for the alleged killing or other taking of wildlife pursuant to La Rev. Stat. § 56:40.1, *et seq.*  The action was removed to the Eastern District of Louisiana on May 11, 2011 and assigned Case No. 2:11-cv-01113.

4. On April 25, 2011, the District Attorney for the Parish of Cameron filed a Petition for Damages in the 38th Judicial District Court for the Parish of Cameron, Louisiana, seeking penalties for the alleged killing or other taking of wildlife pursuant to La Rev. Stat. § 56:40.1, *et seq.*  The action was removed to the Western District of Louisiana on June 2, 2011.  The Judicial Panel on Multidistrict Litigation included this action for transfer to MDL 2179 in Conditional Transfer Order 24, issued on June 14, 2011, and when that transfer order became final, the action was assigned Case No. 2:11-cv-01480.

5. Responsive pleadings in the Later-filed Wildlife Penalty Actions were stayed per paragraph 9 of PTO 33, and therefore neither BP nor any other defendants moved to dismiss those cases separately. *See* PTO 33, ¶ 9 ("[T]he requirement for the filing of a separate answer or other responsive pleading to any other petitions or complaints filed by local governmental entities within the MDL shall be stayed, pending further order of the Court.")

6. On December 9, 2011, this Court entered its Order and Reasons as to the Local Government Entity Master Complaint and certain other cases within Pleading Bundle "C." In that order, the Court held that claims brought under La. Rev. Stat. § 56:40.1, *et seq.* were preempted and ordered that such claims be dismissed with prejudice. (Order (Doc. 4845)) at 7-9.) Accordingly, because the Earlier-Filed Wildlife Penalty Actions only sought relief under La. Rev. Stat. § 56:40.1, *et seq.*, the Court dismissed those Actions.

7. The December 9, 2011 order did not specifically address the Later-filed Wildlife Penalty Actions, and they remain pending in MDL 2179.

8. The Later-Filed Wildlife Penalty Actions only seek penalties pursuant to La. Rev. Stat. § 56:40.1, *et seq.*

WHEREFORE, because the Later-Filed Wildlife Penalty Actions allege penalty claims that this Court has held are preempted and should be dismissed, Defendants respectfully request that the Court dismiss the Later-Filed Wildlife Penalty Actions with prejudice.

Dated: December 22, 2011.	Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200


Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

***Attorneys for BP Exploration & Production Inc., BP p.l.c., BP Products North America Inc., and BP America Inc.***

BINGHAM McCUTCHEN, LLP

/s/ James J. Dragna
James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue, Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

Ky E. Kirby
ky.kirby@bingham.com
David B. Salmons
david.salmons@bingham.com
Michael B. Wigmore
michael.wigmore@bingham.com
Warren Anthony Fitch
tony.fitch@bingham.com
Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. ( La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-0696

***Attorneys for Anadarko Petroleum Corporation and Anadarko E&P Company, LP***

*/s/ David J. Beck*
David J. Beck, T.A.
  *dbeck@brsfirm.com*
Joe W. Redden, Jr.
  *jredden@brsfirm.com*
David W. Jones
  *djones@brsfirm.com*
Geoffrey Gannaway
  *ggannaway@brsfirm.com*
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, TX 77010
Phone: (713) 951-3700
Fax: (713) 951-3720

Phillip A. Wittmann, 13625
  *pwittmann@stonepigman.com*
Carmelite S. Bertaut, 3054
  *cbertaut@stonepigman.com*
Keith B. Hall, 24444
  *khall@stonepigman.com*
Jared Davidson, 32419
  *jdavidson@stonepigman.com*
STONE PIGMAN WALTHER
WITTMANN L.L.C.
456 Carondelet Street
New Orleans, Louisiana 70130
Phone: (504) 581-3200
Fax: (504) 581-3361

***Attorneys for Cameron International Corporation***

**GODWIN RONQUILLO PC**

**By:** /s/ *Donald E. Godwin*
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
DGodwin@GodwinRonquillo.com

Bruce W. Bowman, Jr.
State Bar No. 02752000
BBowman@GodwinRonquillo.com
Jenny L. Martinez
State Bar No. 24013109
JMartinez@GodwinRonquillo.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
FHartley@GodwinRonquillo.com
Gavin E. Hill
State Bar No. 00796756
GHill@GodwinRonquillo.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

and

R. Alan York
State Bar No. 22167500
AYork@GodwinRonquillo.com
Jerry C. von Sternberg
State Bar No. 20618150
JVonSternberg@GodwinRonquillo.com
Misty Hataway-Coné
State Bar No. 24032277
MCone@GodwinRonquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

***Attorneys For Defendant Halliburton Energy Services, Inc.***

| | |
|---|---|
| **OF COUNSEL:** | MORGAN, LEWIS & BOCKIUS LLP |
| MORGAN, LEWIS & BOCKIUS LLP | |
| Derek E. Leon<br>dleon@morganlewis.com<br>Texas Bar No. 24002463<br>5300 Wachovia Financial Center<br>200 South Biscayne Boulevard<br>Miami, Florida  33131<br>Telephone:    (305) 415-3000<br>Facsimile:     (305) 415-3001 | By:  /s/ Hugh E. Tanner<br>       Hugh E. Tanner<br>       htanner@morganlewis.com<br>       Texas Bar No. 19637400<br>       1000 Louisiana, Suite 4000<br>       Houston, Texas  77002<br>       Telephone:     (713) 890-5000<br>       Facsimile:      (713) 890-5001 |
| Denise Scofield<br>dscofield@morganlewis.com<br>Texas Bar No. 00784934<br>1000 Louisiana, Suite 4000<br>Houston, Texas  77002<br>Telephone:    (713) 890-5000<br>Facsimile:     (713) 890-5001 | ***ATTORNEYS FOR DEFENDANT***<br>***M-I L.L.C.*** |
| ***ATTORNEYS FOR DEFENDANT***<br>***M-I L.L.C.*** | |

/s/ John F. Pritchard
John F. Pritchard
john.pritchard@pillsburylaw.com
Edward Flanders
edward.flanders@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York NY 10036-4039
Tel.  (212) 858-1000
Fax (212) 858-1500

Christopher McNevin
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA  90017-54006
Telephone (213) 488-7507
Fax (213) 629-1033
chrismcnevin@pillsburylaw.com

*Attorneys for MOEX Offshore 2007 LLC*


/s/ Jack McKay
Jack McKay
**jack.mckay@pillsburylaw.com**
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C.  20037-1122
Telephone (202) 663-8439
Facsimile (202) 663-8007

*Attorneys for MOEX USA Corporation*

<table>
<tr><td>

By: /s/ Steven L. Roberts  
Steven L. Roberts (Texas, No. 17019300)  
Rachel Giesber Clingman (Texas, No. 00784125)  
Kent C. Sullivan (Texas, No. 19487300)  
Sutherland Asbill & Brennan LLP  
1001 Fannin Street, Suite 3700  
Houston, Texas 77002  
Telephone: (713) 470-6100  
Facsimile: (713) 654-1301  
Email: steven.roberts@sutherland.com,  
rachel.clingman@sutherland.com,  
kent.sullivan@sutherland.com  

</td><td>

By: /s/ Kerry J. Miller  
Kerry J. Miller (Louisiana, No. 24562)  
Frilot, L.L.C.  
1100 Poydras Street, Suite 3700  
New Orleans, Louisiana 70163  
Telephone: (504) 599-8169  
Facsimile: (504) 599-8154  
Email: kmiller@frilot.com  

-and-  

By: /s/ Edwin G. Preis, Jr.  
Edwin G. Preis, Jr. (Louisiana, No. 10703)  
Richard J. Hymel (Louisiana, No. 20230)  
Preis & Roy PLC  
102 Versailles Boulevard, Suite 400  
Lafayette, Louisiana 70501  
Telephone: (337) 237-6062  
Facsimile: (337) 237-9129  

-and-  

601 Poydras Street, Suite 1700  
New Orleans, Louisiana 70130  
Telephone: (504) 581-6062  
Facsimile: (504) 522-9129  
Email: egp@preisroy.com, rjh@preisroy.com  

</td></tr>
</table>

Of Counsel:

John M. Elsley (Texas, No. 0591950)  
Royston, Rayzor, Vickery & Williams LLP  
711 Louisiana Street, Suite 500  
Houston, Texas 77002  
Telephone: (713) 224-8380  
Facsimile: (713) 225-9945  
Email: john.elsley@roystonlaw.com

Daniel O. Goforth (Texas, No. 08064000)  
Goforth Geren Easterling LLP  
4900 Woodway, Suite 750  
Houston, Texas 77056  
Telephone: (713) 650-0022  
Facsimile: (713) 650-1669  
Email: dangoforth@goforthlaw.com

Brad D. Brian (California, No. 79001)
Allen M. Katz (California, No. 054933)
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5180, (213) 683-4018
Email: brad.brian@mto.com, allen.katz@mto.com

*Counsel for Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc. and Transocean Deepwater Inc.*

/s/ Glenn G. Goodier
GLENN G. GOODIER (#06130)
RICHARD D. BERTRAM (#17881)
LANCE M. SANNINO (#29409)
JONES, WALKER, WAECHTER, POITEVENT,
 CARRÈRE & DENÈGRE, L.L.P.
201 St. Charles Avenue. 48th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8174
Facsimile: (504) 589-8174
ggoodier@joneswalker.com
rbertram@joneswalker.com
lsannino@joneswalker.com

MICHAEL G. LEMOINE, T.A. (#8308)
GARY J. RUSSO (#10828)
DOUGLAS C. LONGMAN, JR. (#8719)
JONES, WALKER, WAECHTER, POITEVENT,
 CARRÈRE & DENÈGRE, L.L.P.
600 Jefferson Street, Suite 1600
Lafayette, Louisiana 70501-5100
Telephone: (337) 593-7624
mlemoine@joneswalker.com
grusso@joneswalker.com
dlongman@joneswalker.com

*Counsel for Weatherford U.S., L.P. and Weatherford International, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of December, 2011.

/s/ Don K. Haycraft
Don K. Haycraft