UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## BP'S 12/22/2011 PHASE ONE "GOOD FAITH" TRIAL EXHIBIT LIST

Pursuant to the Court's December 20, 2011 Order (Rec. Doc. 4966), Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (collectively "BP") submit their 12/22/2011 "Good Faith" Trial Exhibit List for Phase One of the February 2012 Limitation and Liability Trial (attached hereto as "Exhibit A").

This 12/22/2011 "Good Faith" Trial Exhibit List includes Bates numbers for certain trial exhibits that were on BP's "Good Faith" Trial Exhibit List filed on November 14, 2011 (Rec. Doc. 4585). This 12/22/2011 "Good Faith" Trial Exhibit List also includes Bates numbers for publicly available exhibits that BP has recently produced.

Pursuant to discussions among the parties, the 12/22/2011 "Good Faith" Trial Exhibit List does not include Bates numbers for:

- Expert reports;
- Pleadings and written discovery;
- Deposition Exhibits;
- Documents in the KPMG Database;

- Books. Pursuant to the parties' agreement, BP has provided bibliographic information for the 15 books currently on its exhibit list to allow any party to locate them. The trial exhibits that fall into this category are: **41218, 41219, 41556, 41559, 41560, 41566, 41567, 41594, 41595, 42075, 44072, 44074, 44078, 44097 and 44102**; and

- Physical exhibits, including: **42080 and 44073.** These physical exhibits will be made available for inspection by any party that requests such an inspection.

BP reserves the right to supplement or amend its 12/22/2011 "Good Faith" Trial Exhibit List, including: (1) to add documents in light of other parties' pre-trial filings and exhibit lists, as well as the evidence presented by other parties at trial; (2) to add documents relevant to the ongoing deposition designation process; (3) to add documents produced or identified in connection with the completion of Phase One expert discovery and other Phase One discovery, including expert depositions and expert-related document productions; (4) to add and/or remove[1] documents in connection with the outcome of rulings by the Court on motions in limine and other issues; and (5) to add documents as a consequence of the unexpected unavailability of a fact witness. BP reserves the right to offer into evidence or use for impeachment purposes documents on other parties' exhibit lists. BP further reserves the right to add to this list documents used for impeachment, rebuttal, and/or refreshing recollection.

BP has not attempted to list separately each copy of an exhibit as it was produced or used during discovery. BP reserves the right to make use of a different copy of the same document at

---

[1] By way of example only, some exhibits that may be removed from this list depending on the outcome of motions *in limine* include (but are not limited to) Trial Exhibits: 0719, 01760, 01761, 01762, 02189, 02190, 02191, 02192, 02193, 02194, 02195, 02197, 02198, 02257, 02272, 02288, 02871McMahan, 02872McMahan, 03505, 03823, 03825, 03826, 03839, 03850, 03852, 03853, 03864, 03867, 03889, 03890, 03896, 03897, 04197, 04287, 04289, 04290, 04298, 04426, 04427, 04428, 04430, 04436, 04438, 04439, 04442, 04445, 04771, 06018A, 06247, 06263, 06264, 06275, 06279, 06283, 06361, 06387, 06388, 06390, 08000, 08004, 08005, 08006, 08007, 08009, 08011, 08016, 08017, 08018, 08021, 08024, 08025, 08032, and 08034.

trial if, for example, the document has been assigned a different Bates number or deposition exhibit number, or if the document is in a different electronic or native format than the version identified. BP also reserves the right to include in an exhibit other members of its document family.

In addition to the exhibits identified on its 12/22/2011 "Good Faith" Trial Exhibit List, and in addition to any exhibits added to that list, BP reserves the right to use demonstrative exhibits, models, aids, charts, and graphs at trial.

By including a document on its 12/22/2011 "Good Faith" Trial Exhibit List, BP does not agree or admit that a document or category of documents is admissible for any or all purposes. By way of example, BP has included certain exhibits on its 12/22/2011 "Good Faith" Trial Exhibit List that are admissible as party admissions if offered by BP against another party, but not if offered against BP. BP has also included certain documents on a provisional basis only, subject to rulings on motions *in limine* and other pending issues before the Court. BP reserves the right to object if other parties' seek to introduce into evidence exhibits that BP has identified, depending on the specifics of the document.

Dated: December 22, 2011                        Respectfully submitted,

                                                /s/ Don K. Haycraft
                                                Don K. Haycraft (Bar #14361)
                                                R. Keith Jarrett (Bar #16984)
                                                LISKOW & LEWIS
                                                701 Poydras Street, Suite 5000
                                                New Orleans, Louisiana 70139-5099
                                                Telephone: (504) 581-7979
                                                Facsimile: (504) 556-4108

                                                Richard C. Godfrey, P.C.
                                                J. Andrew Langan, P.C.
                                                KIRKLAND & ELLIS LLP
                                                300 North LaSalle Street
                                                Chicago, IL 60654

3

312-862-2000 (Tel)
312-862-2200 (Fax)

Robert C. "Mike" Brock
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
202-662-5985

*Attorneys for Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c.*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of December, 2011.

                /s/ Don K. Haycraft