IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "*DEEPWATER HORIZON*" in the GULF OF MEXICO, on April 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| **THIS PLEADING APPLIES TO:**<br>2:2010-md-02179 and 2:2010-CV-02771 | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## *EX PARTE* MOTION TO FILE UNDER SEAL EXHIBITS TO THIRD-PARTY DEFENDANT DRIL-QUIP'S MEMORANDUM OF LAW IN SUPPORT OF DRIL-QUIP'S MOTION FOR PHASE I SUMMARY JUDGMENT

Dril-Quip hereby submits this *ex parte* motion to file under seal Exhibits A, B, D, E, I, J, K, L, M, N, O, S, T, U, V, W, X, Y, Z, AA, BB, CC, DD, LL, NN, OO, QQ, RR, SS, TT, AAA, BBB, CCC, DDD, EEE, FFF, HHH, III, KKK, LLL, MMM, NNN, and OOO to Dril-Quip's Memorandum of Law in Support of its Motion for Summary Judgment on All Claims. Pursuant to Paragraph 8.B of MDL No. 2179 Pre-Trial Order No. 13 (Order Protecting Confidentiality), documents designated by the parties as "Confidential" or "Highly Confidential" must be filed under seal as appendices to the instruments that refers to them.  Because Exhibits A, B, D, E, I, J, K, L, M, N, O, S, T, U, V, W, X, Y, Z, AA, BB, CC, DD, LL, NN, OO, QQ, RR, SS, TT, AAA, BBB, CCC, DDD, EEE, FFF, HHH, III, KKK, LLL, MMM, NNN, and OOO to Dril-Quip's Motion for Summary Judgment on All Claims have been so designated, Dril-Quip respectfully requests that the Court grant its Motion to file the Exhibits under seal.

A proposed order accompanies this request.

Respectfully submitted,

**WARE, JACKSON, LEE & CHAMBERS, LLP**

BY:  /s/ Don Jackson
     Don Jackson
     Texas Bar No. 10476000
     Fed ID No. 6915
     C. Dennis Barrow, Jr.
     Texas Bar No. 00796169
     Fed ID No. 20624
     2929 Allen Parkway, 42nd Floor
     Houston, TX 77019
     Phone: (713) 659-6400
     Fax: (713) 659-6262
     Counsel for Defendant, Dril-Quip, Inc.

### CERTIFICATE OF SERVICE

I certify that the above and foregoing document will be served on all counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd day of December, 2011.

     /s/ Don Jackson
     Don Jackson