IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "*DEEPWATER HORIZON*" in the GULF OF MEXICO, on April 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| **THIS PLEADING APPLIES TO:** **2:2010-md-02179 and 2:2010-CV-02771** | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

CONSIDERING THE *EX PARTE* MOTION of Dril-Quip to File Under Seal Exhibits to Dril-Quip's Memorandum of Law in Support of Dril-Quip's Motion for Summary Judgment on All Claims,

IT IS HEREBY ORDERED that the motion be and hereby is GRANTED, and that Exhibits A, B, D, E, I, J, K, L, M, N, O, S, T, U, V, W, X, Y, Z, AA, BB, CC, DD, LL, NN, OO, QQ, RR, SS, TT, AAA, BBB, CCC, DDD, EEE, FFF, HHH, KKK, LLL, MMM, NNN, and OOO to Dril-Quip's Memorandum in Support of Dril-Quip's Motion for Summary Judgment on All Claims shall be filed under seal.

New Orleans, Louisiana, this ____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE