# Exhibit H

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3    IN RE:  OIL SPILL      )     MDL NO. 2179
      by the OIL RIG,        )
 4    DEEPWATER HORIZON in   )     SECTION "J"
      the GULF OF MEXICO,    )
 5    April 20, 2010         )     JUDGE BARBIER
                             )
 6                           )     MAG. JUDGE
                             )     SHUSHAN
 7

 8




14

15
                    * * * * * * * * * * * * *
16                          VOLUME 1
                    * * * * * * * * * * * * *
17

18

19
             Deposition of TIM PROBERT, taken
20    at Pan-American Building, 601 Poydras
      Street, 11th Floor, New Orleans, Louisiana,
21    70130, on May 9, 2011.

22

23

24

25
```

**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters

```
 1            A.    I do not.
 2            Q.    Okay.  Changing topics.  You
 3      also testified earlier today that in
 4      preparation for your testimony before
 5      Congress in May of 2010, you were provided
 6      information from technical advisors or
 7      technical employees within Halliburton so
 8      that you could testify before Congress.  Is
 9      that accurate?
10            A.    That's accurate.
11            Q.    Okay.  And I believe you
12      indicated that you spoke with Tommy Roth --
13      or Tommy Roth was one of those individuals
14      that assisted you in preparing for your
15      testimony.  Is that accurate?
16            A.    He was, yes.
17            Q.    Is there anyone else from
18      Halliburton that assisted you to prepare
19      for that testimony?
20            A.    Yes, I think there were probably
21      a couple of additional individuals.
22      Anthony Badalamente and Ronnie Faul, I
23      think, were two individuals that I met with
24      in addition with Tommy during the
25      preparation process.
```