# Exhibit I

1

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3      IN RE: OIL SPILL        )   MDL NO. 2179

        by the OIL RIG          )

 4      "DEEPWATER HORIZON" in  )   SECTION "J"

        the GULF OF MEXICO, ON  )

 5      APRIL 20, 2010          )   JUDGE BARBIER

                                )

 6                              )   MAG. JUDGE

                                )   SHUSHAN

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20                   VOLUME 1 OF 2

21

22          Deposition of THOMAS ROTH, taken at

23      Hilton St. Charles Hotel, 333 St. Charles

24      Avenue, Le Moyne Room, New Orleans,

25      Louisiana, on the 25th of July, 2011.
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1       information?

2           A.  I have not signed anything with

3       BP.

4           Q.  Have you signed anything with

5       Halliburton not to disclose any

6       information?

7           A.  I probably made a signature on my

8       application 32 years ago, but nothing

9       since then.

10          Q.  And since then, have you signed

11      any confidentiality agreements?

12          A.  No, sir.

13          Q.  All right.  Now, you mentioned

14      that you had given some presentations to

15      various people, and I'm assuming you're

16      talking about those you gave to Congress?

17          A.  Yes, sir.

18          Q.  And then you gave one, I think, to

19      the NEA and the NCR?

20          A.  National Academy of Engineering

21      and Science.

22          Q.  Okay.  And -- and the National

23      Research Council?

24          A.  The National Research Council?

25          Q.  I think that's what it was called.

1      We'll find it here in a little bit.

2      National Academy of Engineering and

3      National Research Council?

4          A.  If that's the same group, I gave

5      one presentation to that group.

6          Q.  September 26th, 2010?

7          A.  Yes, sir.

8          Q.  We'll get to that.  That is

9      something we'll have here to look at.

10              And then you -- you talked to

11     Congress?

12         A.  Yes.

13         Q.  Was it one committee or two?

14         A.  I talked to the Energy and

15     Commerce staff on several occasions, and

16     then there were individual staff briefings

17     that our Washington office would arrange.

18     I'd sit with those groups and review the

19     presentation that had been given to Energy

20     and Commerce or to answer any specific

21     questions that they may have.

22         Q.  When you met with staff to --

23     first let me ask you, which staff did you

24     meet with?  Energy and Commerce staff,

25     right?

**PURSUANT TO CONFIDENTIALITY ORDER**

1    A.  Energy and Commerce and a number

2    of different senators' and congressional

3    staff members' staffs.  I don't recall the

4    names.

5    Q.  Was all that in the same time

6    frame of July and August of 2010?

7    A.  July, August, and September, as --

8    as I recall.

9    Q.  How many of those meetings did you

10   have?

11   A.  A dozen.

12   Q.  A dozen?

13       Who did you have with you from

14   Halliburton to help?

15   A.  I had Robert Moran, who is our

16   vice president of government relations at

17   our Washington office; and we had

18   Halliburton counsel, as well as outside

19   counsel, who would attend those meetings

20   with us.

21   Q.  Halliburton counsel, you mean

22   in-house counsel?

23   A.  Yes, sir.

24   Q.  And your out-house counsel was --

25   was that Mr. Godwin?

**PURSUANT TO CONFIDENTIALITY ORDER**

1          MR. HILL:  Out-house?

2          MR. MADIGAN:  We don't call

3     them out-house counsel.

4          MR. THORNHILL:  I thought I'd

5     get a rise out of Gavin.

6     A.   Don Godwin also attended those

7     meetings -- several of those meetings, not

8     all of them.  And we also had an attorney

9     from our Washington office.

10    Q.   Moran, is that M-O-R-A-N?

11    A.   M-O-R-A-N.

12    Q.   And he's in Washington, DC but a

13    regular employee of the company?

14    A.   Yes.

15    Q.   All right.  Did -- did someone

16    provide an agenda for those meetings,

17    other than the PowerPoints, which I saw,

18    and you mentioned earlier you reviewed

19    with these folks?

20    A.   There was generally a theme that

21    would be identified in response to

22    questions from those groups.  The first

23    presentation that we were asked to -- to

24    make, basically the instruction was to

25    provide a one-on-one level of instruction

**PURSUANT TO CONFIDENTIALITY ORDER**