IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "*DEEPWATER HORIZON*" in the GULF OF MEXICO, on April 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| **THIS PLEADING APPLIES TO:**<br>**2:2010-md-02179 and 2:2010-CV-02771** | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

### DEFENDANT DRIL-QUIP, INC.'S
### MOTION FOR SUMMARY JUDGMENT AGAINST ALL CLAIMS

Defendant Dril-Quip, Inc. ("Dril-Quip") asks the Court to render final summary judgment against all Plaintiffs, as authorized by Federal Rule of Civil Procedure 56. Summary judgment is proper because there is no dispute as to a material fact with respect to the claims Plaintiffs assert against Dril-Quip for the following reasons:

(1) The evidence conclusively disproves that Dril-Quip's wellhead system was a cause in fact of the Macondo Well blowout and ensuing oil spill; and

(2) There is no evidence showing that Dril-Quip did or failed to do any act that caused or contributed to the incident.

The factual and legal bases supporting Dril-Quip's motion are set forth in its accompanying Memorandum in Support of Summary Judgment Against All Claims.

Date:   December 23, 2011

                                    Respectfully submitted,

                                    **WARE, JACKSON, LEE & CHAMBERS, LLP**

                                    BY:  /s/ Don Jackson
                                            Don Jackson
                                            Texas Bar No. 10476000
                                            Fed ID No. 6915
                                            C. Dennis Barrow, Jr.
                                            Texas Bar No. 00796169
                                            Fed ID No. 20624
                                            2929 Allen Parkway, 42nd Floor
                                            Houston, TX 77019
                                            Phone: (713) 659-6400
                                            Fax: (713) 659-6262
                                            Counsel for Defendant, Dril-Quip, Inc.

## CERTIFICATE OF SERVICE

       I certify that the above and foregoing document will be served on all counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd day of December, 2011.

                                            /s/ Don Jackson
                                            Don Jackson