IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "*DEEPWATER HORIZON*" in the GULF OF MEXICO, on April 20, 2010 | MDL NO.  2179<br><br>SECTION:  J |
| **THIS PLEADING APPLIES TO:**<br>**2:2010-md-02179 and 2:2010-CV-02771** | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

**APPENDIX A**
**RULE 56.1 STATEMENT OF UNDISPUTED FACTS**

1. Dril-Quip manufactured and supplied the Macondo Wellhead System pursuant to the Hardware Systems Design and Manufacturing Services Contract between BP America Production Company, BP Exploration & Production, Inc. and Dril-Quip (the "Subsea Wellhead Contract").

2. The blowout of the Macondo Well occurred on April 20, 2010.

3. At the time of the blowout, the lock down sleeve had not been installed in the Macondo Well.

Date:   December 23, 2011.