# EXHIBIT B

**In Support of**

**Defendant Dril-Quip's Memorandum of Law in Support of
Dril-Quip's Motion for Summary Judgment Against All Claims**

**Confidential Exhibit
Filed Under Seal**