# EXHIBIT C

**In Support of**

**Defendant Dril-Quip's Memorandum of Law in Support of
Dril-Quip's Motion for Summary Judgment Against All Claims**

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3    IN RE:  OIL SPILL        )    MDL NO. 2179
      by the OIL RIG,          )
 4    DEEPWATER HORIZON in     )    SECTION "J"
      the GULF OF MEXICO,      )
 5    April 20, 2010           )    JUDGE BARBIER
                               )
 6                             )    MAG. JUDGE
                               )    SHUSHAN
 7


 8




14

15

16            Deposition of SHANE ALBERS,
      taken at Pan-American Building, 601 Poydras
17    Street, 11th Floor, New Orleans, Louisiana,
      70130, on the 28th of March, 2011.
18

19


20
      APPEARANCES:
21

22    Mr. Guy E. Matthews
      MATTHEWS, LAWSON & JOHNSON, PLLC
23    2000 Bering Drive, Suite 700
      Houston, Texas 77057-3778
24    Phone:  713-355-4200 Fax:  713-355-9689

25
```

1   Q.   Okay.  So why did BP have
2   three -- three subsea personnel out there?
3   A.   Well, Brad Tippetts and myself
4   were both challenger engineers, so it's
5   part of our training program, and Randy
6   Skidmore was the offshore supervisor who
7   had 30-plus years of experience working
8   offshore on rigs.
9   Q.   Who did you report to on the
10  rig?
11  A.   Well, my direct supervisor on
12  the rig was Randy.
13  Q.   All right.  And who was your
14  direct supervisor not on the rig?
15  A.   Merrick Kelley is our team
16  leader.
17  Q.   Okay.  And who did Mr. Tippetts
18  report to on the rig?
19  A.   Randy.
20  Q.   All right.  And do you know who
21  Randy reported to?
22  A.   Merrick Kelley.
23  Q.   Okay.  Now, what would -- what
24  would have been Randy's job while the --
25  the lead impression tool and/or the

```
 1    lockdown sleeve were being run?
 2         A.    To observe Charles and make sure
 3    that it was -- everything he was doing was
 4    in line with the procedure that we had
 5    prepared.
 6         Q.    Okay.  Had you ever seen a lead
 7    impression tool run before?
 8         A.    No, I have not.
 9         Q.    Had you ever seen a lockdown
10    sleeve run before?
11         A.    No, I have not.
12         Q.    Okay.  Have you seen a lead
13    impression tool run since then?
14         A.    No, sir.
15         Q.    Have you seen a lockdown sleeve
16    run since then?
17         A.    No, sir.
18         Q.    Okay.  But it's your
19    understanding that Mr. Skidmore's job was
20    to stand around and watch Mr. Credeur?
21         A.    Well -- well, to observe him;
22    make sure that -- that everything he was
23    doing was in line with the procedure.  If
24    any issues were to arise, you know, we
25    would troubleshoot.  We would look to him.
```

1     MR. BROCK:
2          Object to form.
3     A.   No.  Charles was the one that --
4  that was actually doing the work with --
5  with the driller and the rig -- and the rig
6  hands.  Randy, Brad, and myself were all
7  there to observe and assist, and Brad and
8  Randy and myself were -- you know, this was
9  part of our training, so.
10    Q.   Who did Mr. Credeur take his
11 instructions from; do you know?
12    A.   Well, he was taking his
13 instructions from all three of us.
14    Q.   Okay.  So Mr. Credeur was taking
15 instructions from the BP employees?
16          MR. BROCK:
17               Object to form.
18    A.   Well, for our part of the job.
19 I don't -- I don't know what else he was
20 out there to do and who he was reporting to
21 for any other function.
22    Q.   Good point.  Bad question on my
23 part.
24               With regard to either
25 setting the lockdown sleeve or the lead

```
 1   impression tool, Mr. Credeur was taking
 2   his -- his instructions from either you,
 3   Mr. Skidmore, or Mr. Tippetts; is that
 4   correct?
 5              MR. BROCK:
 6                   Object to form.
 7       A.    Yes.  We were -- we were some of
 8   the people that -- that were asking him
 9   questions, making sure that everything was
10   going as it should.  If -- if anybody else
11   was telling him anything else, I'm not
12   aware, so.
13       Q.    Okay.  Did either you,
14   Mr. Tippetts, or Mr. Skidmore ever take
15   instructions from Mr. Credeur?
16       A.    No, not to my knowledge.  No.
17       Q.    Had Mr. Tippetts ever run a
18   lockdown sleeve or a lead impression tool?
19       A.    No, sir.
20       Q.    Had Mr. Skidmore ever run a lead
21   impression tool?
22       A.    No, sir.
23       Q.    Okay.  Had Mr. Skidmore ever run
24   a lockdown sleeve?
25       A.    No, sir.
```

```
 1                REPORTER'S CERTIFICATE
 2
 3            I, THU BUI, CCR, RPR, Certified
 4  Court Reporter, State of Louisiana, State
 5  of Texas, do hereby certify that the
 6  above-mentioned witness, after having been
 7  first duly sworn by me to testify to the
 8  truth, did testify as hereinabove set
 9  forth;
10            That the testimony was reported
11  by me in shorthand and transcribed under my
12  personal direction and supervision, and is
13  a true and correct transcript, to the best
14  of my ability and understanding;
15            That I am not of counsel, not
16  related to counsel or the parties hereto,
17  and not in any way interested in the
18  outcome of this matter.
19
20
21                        _____
                          THU BUI, CCR, RPR
22                        Certified Court Reporter
                          State of Louisiana
23                        State of Texas
24
25
```