# EXHIBIT F

**In Support of**

**Defendant Dril-Quip's Memorandum of Law in Support of Dril-Quip's Motion for Summary Judgment Against All Claims**




# GoM Exploration and Appraisal Communication Plan

**September 2009**

**Rev. 3**









# Marianas Macondo Well Communication Plan

**September 2009**
**Rev. 2**

Prepared by: *Trent Fleece*
**Operations Drilling Engineer**

28-Sept-09

Approve: *George Gray*
**Wells Team Leader**

Approve: *Jay Thorseth*
**Exploration Manager Eastern GoM**

Endorse: *Ian Little*
**Wells Manager E&A Operations**

| Copies of Communication Plan | Distribution | Recipient |
|---|---|---|
| 8 | BP Office | Wells Operations Manager |
| | | Wells Team Leader |
| | | E&A Drilling Team Leader |
| | | Operations Drilling Engineer |
| | | Planning Drilling Engineer |
| | | Wells Advisor |
| | | (2) extra copies |
| 2 | Drilling supervisors | TBD |
| 3 | Rig Contractor | (2) Rig |
| | | (1) Houston Office |
| 1 | BP Performance Engineers | TBD |
| 1 | Mud Engineers (rig) | MI |
| 1 | Cementers (rig) | Halliburton |
| 1 | Mud Logger (rig) | Sperry Sun |
| **17** | **Total** | |

# Table of Contents


**1 PURPOSE .... 7**

**1.1 Key Documents .... 7**

**2 OPERATIONAL JOB ACCOUNTABILITIES .... 8**

**3 CONTACTS DURING NORMAL OPERATIONS .... 9**

**3.1 When to Call Town .... 9**
**3.2 Who to Call .... 9**

**4 DECISION MAKING AND MANAGEMENT OF CHANGE (MOC) .... 10**

**4.1 Decision Making / MOC FAQ .... 10**
**4.2 Decision Making .... 10**
*4.2.1 Tiers .... 10*
*4.2.2 Definitions of Roles .... 10*
**4.3 Tier 1 Decisions .... 11**
**4.4 Tier 2 Decisions .... 12**
**4.5 Tier 3 Decisions .... 14**
**4.6 Tier 4 Decisions .... 16**
**4.7 Tier 5 Decisions .... 18**

**5 DRILLING RESPONSIBLE, ACCOUNTABLE, CONSULTED, AND INFORMED (RACI) CHART .... 21**

**6 OPERATIONS MEETINGS AND REPORTS .... 22**

**6.1 Operations Meetings Schedule .... 22**
**6.2 Daily Morning Call .... 22**
*6.2.1 Objectives .... 22*
*6.2.2 Protocol .... 22*
*6.2.3 Agenda .... 23*
*6.2.4 Daily Morning Call – Attendees .... 24*
*6.2.5 Conference Calls .... 24*
*6.2.6 Reports .... 25*
*6.2.7 Files Uploaded via Wellspace .... 25*

**APPENDIX A – BP CONTACT LIST .... 26**

**APPENDIX B – ACRONYM LIST .... 27**

**APPENDIX C – INCIDENT NOTIFICATION FLOWCHART .... 28**

Blank Page

# 1 Purpose

The GoM Exploration and Appraisal (E&A) document helps address the following:

- Project organization and accountability
- When onshore team needs to be involved
- Who to call during operations
- How operational decisions are made
- Who makes decisions
- What happens when plan changes
- When a Management of Change (MOC) procedure is used
- How morning meetings are conducted and who needs to be there
- What reports will be sent daily from rig

| Note: | **Emergency incidents will be handled as indicated on the Incident Notification Flowchart (page 28).** |
|---|---|

## 1.1 Key Documents

- Drilling Program – describes the detailed operational steps and the technical specifics that apply to each activity in the drilling program. Operational risks are highlighted at the start of each hole section. An updated master well plan should be maintained in the Wellsite Leaders' office.
- The Rig Contractor's Safety Management System (SMS) – dictates the safety rules that all rig full-time and part-time individuals are to follow. There is a Bridging Document between the Rig Contractor's SMS and BP's HSSE Management System. Any questions regarding the HSE standards should be directed to the Wells Team Leader who will in turn review any issues with the GoM Wells Safety Coordinator.
- Wellsite Data Package Pre-Drill Data Package (PDDP) – addresses the details of the Geoscience, Reservoir data, evaluation plan, sample collection, and data transmission.
- Bizflow – is used to document any changes that require formal approval.
  - http://dwpmoc.bpweb.bp.com

## 2 Operational Job Accountabilities

**Table 1 – Summary of Operational Job Accountability**

| Role | Accountable To | Accountable For |
|---|---|---|
| Well Site Leader | Wells Team Leader | Implements Drilling and Completion program.<br>Manages "Tier 1" decisions. |
| Geoscience Ops Coordinator | Wells Team Leader | Defines and manages data acquisition program to obtain all data and identifying quality required within drilling program.<br>Serves as liaison between operations team and entire subsurface team for duration of well, as required.<br>Is primary subsurface contact for drilling of this well. |
| Office-based Well Site Leader | Wells Team Leader | Provides operational support to both office and wellsite personnel, as required.<br>Has rotating responsibility for weekend duty. |
| Wells Team Leader | Wells Operations Manager | Manages all "Tier 3" well-related rig issues, and rig operability projects.<br>Approves Traction report for rig and subsea operations. |
| Planning Drilling Engineer | Wells Team Leader | Provides assurance on Well Design and Engineering.<br>Identifies key lessons, and ensuring lessons learned are captured for subsequent well plans.<br>Has rotating responsibility for weekend duty. |
| Operations Drilling Engineer | Wells Team Leader | Manages all aspects of drilling engineering support, and ensuring that quality assurance standards and technical integrity are maintained.<br>Assists in implementing Drilling and Completion program.<br>Supports Planning Drilling Engineer with engineering issues.<br>Serves as focal point for daily engineering support required by Wellsite Leaders.<br>Has rotating responsibility for weekend duty. |
| Wells Operations Manager E&A | Wells Director | Manages all "Tier 4" well-related rig issues in conjunction with Deep Water Exploration Manager.<br>Leads Project Team and delivering overall project objectives – Health, Safety, and Environment (HSE), Quality, Schedule and Cost. |
| Exploration Manager Eastern GoM | GoM Deepwater Exploration Manager | Ensures subsurface recommendations are made efficiently and effectively in a timely manner for project. |
| Tiger Team Manager | Exploration Manager Eastern GoM | Ensures (in conjunction with Wells Team Leader) best possible geologic data acquisition program.<br>Facilitates data acquisition decisions outside drilling plan (within Tier 2 and Tier 3). |

# 3 Contacts during Normal Operations

Use Figure 1 to identify who to contact during normal operations.

**Figure 1 – Flowchart of Contacts during Normal Operations**




## 3.1 When to Call Town

- Any HSSE incident
- Anytime operations deviate from agreed plan

| Note: | The agreed plan includes agreed contingency plans. |
|---|---|

## 3.2 Who to Call

- For all HSSE incidents:
  - Notify individuals per Incident Notification Flow Chart (page 28). All incidents will be documented in Traction.
- For operational issues:
  - Routine procedural clarifications and day-to-day optimization: call Planning Drilling Engineer or Operations Drilling Engineer based on duty schedule.
  - For all procedural changes or any operational changes, issues, etc.: call Operations Drilling Engineer.
  - For major deviations from well plan or significant unplanned events (stuck pipe, well control incident, severe loss circulation, etc) notify Wells Team Leader or his delegate.

# 4 Decision Making and Management of Change (MOC)

## 4.1 Decision Making / MOC FAQ

| | | |
|---|---|---|
| **Who makes decisions?** | Well Site Leader | accountable for Tier 1 decisions |
| | Wells Team Leader | accountable for Tier 2 and 3 decisions, and overall management of MOC process |
| | Wells Operations Manager | accountable for Tier 4 decisions, and overall assurance on Tier allocation |
| | Deep Water Exploration Manager | consulted for Tier 4 decisions |
| | Rig OIM / Wells Operations Manager | accountable for Tier 5 decisions |
| **How are decisions made?** | No single-sourced decisions: involve stake holders | |
| | Use Risk Management: task-based risk assessment | |
| | Use approved McC system (Bizflow) and guidelines | |
| | Essential to inform all people affected by change that has been made | |
| | Confirm all decisions in writing (email / Technical File notes / Bizflow) | |
| | Responsible person writes MOC form | |
| | Accountable person ensures MOC form is signed off in accordance with MOC procedures | |
| **What requires an MOC?** | All decisions outside approved drilling or subsurface programs | |
| | Generally, all Tier 3 and 4 decisions | |
| | Amendments to Drilling and Completion programs | |
| | Organizational changes | |

## 4.2 Decision Making

### *4.2.1 Tiers*

**Table 2– Decision Making Tiers and Definitions**

| Tier | Definition |
|---|---|
| 1 | Decisions made within plan; minimal potential impact on operations. |
| 2 | Decisions made outside plan that have an estimated potential impact of < $2 MM of unplanned activities, or moderate potential impact on quality. |
| 3 | Decisions made outside plan that have an estimated potential impact of $2 MM - $5 MM of unplanned activities, or moderate potential impact on quality. |
| 4 | Decisions with a potential impact > $5 MM of unplanned activities, or clear impacts on well objectives. |
| 5 | Emergencies – situations that pose imminent impact to safety, health, or environment. |

### *4.2.2 Definitions of Roles*

**Table 3– Decision Making Roles and Responsibilities**

| Role | Responsibilities |
|---|---|
| Accountable | Makes decision, assures MOC documentation is in place |
| Responsible | Works issues, implements assurance (i.e., performs risk assessment, consults with EPTG or others, closes out actions), and completes MOC form |

| | |
|---|---|
| Consult | Must be consulted in decision making process before a decision is made |
| Informed | Will be informed after a decision has been made within an appropriate time |

## 4.3 Tier 1 Decisions

| Decisions | Examples |
|---|---|
| Made within plan; minimal potential impact on operations | • Drilling<br>– Bit selection<br>– Minor mud weight changes<br>– Drilling rate<br>– Wiper trips<br>• Completion<br>– Optimum rig-up issues<br>– Fluid issues |
| Made within Program Guidelines | |

| Role | Responsibilities |
|---|---|
| Accountable | Wellsite Leader |
| Responsible | Planning Drilling Engineer |
| Consult | Rig Team and either Wells Team Leader or Operations Drilling Engineer |
| Informed | Wells Team Leader; all other affected rig and onshore personnel |

Figure 2 shows the flow for Tier 1 decisions.

Figure 2 – Tier 1 Decisions Flowchart

HOUSTON OFFICE

GoM Deepwater Exploration Manager

Exploration Manager Eastern GoM

Wells Operations Manager

HSSE Manager

SCM

Tiger TL

Project Geologist

Wells Team Leader

HSSE Advisor

Geoscience Coordinator

Drilling Advisor

Operations Drilling Engineer

Examples
All the following within program guidelines:
- bit selection
- minor mud weight changes
- drilling rate
- wiper trips

Relevant Third-Party Contractor

Planning Drilling Engineer

RIG SITE

Wellsite Leader

Logistics Fouchon

TOI Supervisors

Third-Party Leads

Rigsite Specialists

Wellsite Geologist

**Accountable** - Makes the decision, assures documentation is in place.
**Responsible** - Works the issues, implements the assurance.
**Consulted** - Individual required to be in the decision making process.
**Informed** - Individual is to be informed of the decision within an appropriate time

### 4.4 Tier 2 Decisions

| Decisions | Examples |
|---|---|
| Made outside plan that have an estimated potential | • Drilling |

| | |
|---|---|
| impact of < $2 MM of unplanned activities, or moderate potential impact on quality | – Changes to sequence of steps in Drilling Program<br>– Cement casing early due to lost returns<br>– Work to cure moderate losses<br>– Significant changes to mud weight program, yet within Min-Max range<br>• Data Acquisition<br>– Changes to configuration of Bottom Hole Assembly (BHA) affecting Logging While Drilling (LWD) |

| Role | Responsibilities |
|---|---|
| Accountable | Wells Team Leader |
| Responsible | Operations Drilling Engineer or Planning Drilling Engineer |
| Consult | Wellsite Leader, Transocean Rig Management, Service Company Representatives, Geoscience Operations Coordinator |
| Informed | All other rig and onshore personnel affected |

Figure 3 shows the flow for Tier 2 decisions.

Figure 3 – Tier 2 Decisions Flowchart



## 4.5 Tier 3 Decisions

| Decisions | Examples |
| --- | --- |

| | |
|---|---|
| Made outside plan that have an estimated potential impact of \$2 MM - \$5 MM of unplanned activities, or moderate potential impact on quality | • Drilling<br>– Rig acceptance<br>– Amendments to Drilling Program<br>– Running of contingent casing strings<br>– Sidetrack vs. Fishing following stuck pipe<br>– Remedial cement jobs, squeezes<br>– Program following major losses<br>– Re-start following a HIPO or recordable<br>– Changes to mud weight outside expected range<br>• Data Acquisition<br>– Changes to LWD or Wireline Logging Program<br>– Changes to mud weight outside expected range<br>– Changes to LOT outside expected range |

| Role | Responsibilities |
|---|---|
| Accountable | Wells Team Leader |
| Responsible | Tiger Team Manager, Operations Drilling Engineer, Project Geologist |
| Consult | Wellsite Leader, Transocean Rig Management, HSSE, Service Company Representatives |
| Informed | All other rig and onshore personnel affected |

Figure 4 shows the flow for Tier 3 decisions.

Figure 4 – Tier 3 Decisions Flowchart



## 4.6 Tier 4 Decisions

| Decisions | Examples |
|---|---|
| Made with a potential impact > $5 MM of unplanned activities, or clear impacts on well | • Drilling<br>– Early Total Depth (TD) of well or individual hole |

| | |
|---|---|
| objectives | sections<br>– Operations needing dispensation to BP Drilling Policy<br>– Change to Data Acquisition Plan that affects well objectives<br>– Coring program revisions<br>• Data Acquisition<br>– Change to Data Acquisition Plan that affects well objectives<br>– Coring program revisions |

| Role | Responsibilities |
|---|---|
| Accountable | Wells Operations Manager |
| Responsible | Wells Team Leader, Tiger Team Manager, Subsurface Manager |
| Consult | Wellsite Leader, Operations Drilling Engineer, Geoscience Operations Coordinator, Geologist, and others in figure |
| Informed | All other rig and onshore personnel affected |

Figure 5 shows the flow for Tier 4 decisions.

**Figure 5 – Tier 4 Decisions Flowchart**

HOUSTON OFFICE

GoM Deepwater Exploration Manager

Wells Operations Manager

Exploration Manager Eastern GoM

HSSE Manager

SCM

Tiger TL

Project Geologist

Wells Team Leader

HSSE Advisor

Geoscience Coordinator

Drilling Advisor

Operations Drilling Engineer

Relevant Third-Party Contractor

Planning Drilling Engineer

Examples
- major changes to evaluation program
- changes to casing program, that have potential to compromise well integrity
- policy exceptions
- early section TD

RIG SITE

Wellsite Leader

Logistics Fouchon

TOI Supervisors

Third-Party Leads

Rigsite Specialists

Wellsite Geologist

**Accountable** - Makes the decision, assures documentation is in place.
**Responsible** - Works the issues, implements the assurance.
**Consulted** - Individual required to be in the decision making process.
**Informed** - Individual is to be informed of the decision within an appropriate time

## 4.7 Tier 5 Decisions

| Decisions | Examples |
| --- | --- |
| Emergencies – Any action necessary to remedy an emergency situation that poses imminent | • Drilling<br>– Fire |

| | |
|---|---|
| impact to safety, health, or environment | – Hydrocarbon release<br>– Major spill<br>– Any injury or major health concern |

| Role | Responsibilities |
|---|---|
| Accountable | Vessel OIM, Wells Operations Manager |
| Responsible | Wellsite Leader, Wells Team Leader, Transocean Rig Manager |
| Consult | As indicated in green on figure |
| Informed | All other rig and onshore personnel affected |

Figure 6 shows the flow for Tier 5 decisions.

Figure 6 – Tier 5 Decisions Flowchart



## 5 Drilling Responsible, Accountable, Consulted, and Informed (RACI) Chart

Vessel OIM - Rotational
Wells Operations Manager
Wells Team Leader
Well Site Leader - Rotational
Well Site Leader - Houston Based
Planning Drilling Engineer
Operations Drilling Engineer
Drilling Advisor - Keith Daigle
HSSE (Safety & environmental)
Geoscience Ops Coordinator (Subsurface & Eval)
Tiger Team Leader (Subsurface & Eval)
Project Geologist (Subsurface & Eval)
Subsurface Manager - Subsurface & Eval)
Logistics Fouchon - Ronnie Ferguson and Team
Marine Coordinator - Hollier / Rougeau
Supply Chain Management
Well Site Specialists & Contractor Supervisors
Well Site Geologist (Subsurface & Eval)

| Safety | Environmental Risk | Financial |
|---|---|---|
| **Short Term Variances** – A non-permanent, non-emergency change that has the potential to impact safety, health or the environment. Not to exceed 60 days. Examples: Water survival, short service employees | **No planned releases** | **Decisions made within the plan, minimal potential impact on operations.** Examples: Bit selection, minor mud weight changes, ROP, wiper trips within program guidelines, etc. |
| **Short Term Variances** – A non-permanent, non-emergency change that has the potential to impact safety, health or the environment. Not to exceed 60 days. Examples: Water survival, short service employees | **Onsite contained release** | **Decisions with a potential impact of $2.0 MM or less of unplanned activities or moderate potential impacts on quality.** Examples: Set casing <60' off bottom, cement casing early due to losses, mud weight changes, moderate lost circulation / fishing, etc. |
| **Long Term Variances:** An operational-specific departure from the BU, or PU Policies, Standards or Procedures. Greater than 60 days. | **Potential for a release offsite with immediate remediation less than 1 bbl** | **Decisions with a potential impact of $5.0 MM or less of unplanned activities or moderate potential impacts on quality.** Examples: Personnel changes, well plan changes, well control, shoe squeezes, major lost circulation / fishing / stuck pipe, [illegible] |
| **Long Term Variances:** An operational-specific departure from the BU, or PU Policies, Standards or Procedures. Greater than 60 days. | **Potential for a release offsite with immediate remediation greater than 1 bbl** | **Decisions with a potential impact over $5.0 MM unplanned activities or clear impacts on well objectives.** Examples: Sidetracks, TD changes, missing directional targets, eliminating logging requirements, casing program changes, policy exceptions, etc. |
| **Emergencies** - Action necessary to remedy an emergency situation that poses imminent impact to safety, health or the environment. | **Emergencies** - Action necessary to remedy an emergency situation that poses imminent impact to safety, health or the environment. | NA |

**Accountable** - Makes the decision, assures documentation is in place.
**Responsible** - Works the issues, implements the assurance.
**Consulted** - Individual required to be in the decision making process.
**Informed** - Individual is to be informed of the decision within an appropriate time.

# 6 Operations Meetings and Reports

## 6.1 Operations Meetings Schedule

| Meeting | Time (CST) | Venue | Purpose |
|---|---|---|---|
| Morning Operations call<br>(All) | 7:30 am – 8:00 am<br>Daily | Video Conf 02113<br>Audio Conf line | Review operations to provide clarity, identify issues, and identify required support for next 24 hrs.<br>Weekend calls will utilize conference line (see Section 6.2)<br>Chair: Operations Drilling Engineer, Planning Drilling Engineer, or weekend duty personnel |
| Afternoon Call (Marianas Drlg Well Ops Team) | 5:30 pm | Audio Conf line | Informal check-in to assure operations are progressing (per plan) and to answer any questions prior to evening.<br>Chair: Operations Drilling Engineer, Planning Drilling Engineer, or weekend duty personnel |
| Ad hoc Team Meeting (as required) | TBD | 02113 Ops Room<br>Audio Conf line or video conf | After Action Review Summary, Lessons and Performance, HSE, Look-ahead pre-section meetings<br>Chair: As Required |

## 6.2 Daily Morning Call

| Note: | Operational integrity / performance will always take precedence over the morning call. The meeting will be cancelled, or deferred, if critical operations are underway and the Well Site Leader is unable to hold the call. |
|---|---|

There will be a formal morning conference call with the rig each day at 7:30 am. The office team will initiate the daily call. The call will take place in WestLake 4, room 02113.

All personnel involved in the call should come prepared, having read the Drilling Information Management System (DIMS) report for the previous 24 hrs.

### *6.2.1 Objectives*

- Maintain team awareness of operational status
- Define tasks required to support execution of well program
- Conduct a short, concise, and effective meeting

### *6.2.2 Protocol*

- All onshore personnel with accountabilities to the well must attend.

- List of action items will be kept by Planning Drilling Engineer and worked outside meeting.

### *6.2.3 Agenda*

| Item | Detail |
|---|---|
| Pre-call task (10 min before call) | • Solicit issues for discussion, or gather issues from daily report, that need clarification<br>• All issues captured by Planning Drilling Engineer |
| Initiate call to rig | |
| HSSE review | • Review activity from past 24-hrs that supported rig site Safety Management Plan<br>• Highlight planned activity for next 24-hrs |
| Operations review | • High-level operations summary for previous 24-hrs<br>• Current operations / Plans<br>• Planned operations for next 24 – 48 hrs |
| Subsurface Review | • Geology<br>• Pore Pressure<br>• Other |
| Logistics / Weather Review | • Weather conditions<br>• Boat activity<br>• Hurricane related activity |
| Action Items | • Captured by Planning Drilling Engineer<br>• Outstanding issues<br>• New Issues |
| Finish call with rig | |
| Houston-based Team follow-up | • Status of outstanding issues not discussed with rig<br>• Clarify responsibility of new actions:<br>– Who?<br>– By when?<br>• Any other business |
| Close daily rig call meeting | |

### *6.2.4 Daily Morning Call – Attendees*

| Onshore | Offshore |
|---|---|
| Wells Team Leader | Wellsite Leader |
| Operations Drilling Engineer | Offshore Installation Manager (OIM) |
| Available Well Site Leaders | Toolpusher |
| Planning Drilling Engineering | Senior Geologist |
| Geoscience Operations Coordinator | Rig Clerk |
| Other Subsurface Team Members, as appropriate | Wellsite Drilling Engineer |
| Wells HSSE Advisor | Rig Site HSSE Personnel |
| Fluids Service Co Rep | Fluid Engineer, as appropriate |
| Cementing Service Co Rep | Cementer, as appropriate |
| Directional and LWD Service Co Rep | Directional Driller / Measuring While Drilling (MWD)/LWD engineer Service Co Reps, as appropriate |
| Drilling Contractor Rig Manager(s) | Wellsite Geologist |
| Regulatory Advisor, as appropriate | |
| Other BP Team Leaders, as appropriate | |
| Other Service Co Reps, as appropriate | |

| Note: | **Others will be invited to attend for specific parts of the operation, as required. Designates to be assigned and briefed for all core positions.** |
|---|---|

### *6.2.5 Conference Calls*

During weekends, holidays, or whenever the team needs to get together over the phone, the "Instant Meeting" facility will be used.

If you need to join an existing conference call, do the following:

1. At the specified time,
   dial the Reservationless-plus dial-in number: 866-634-1110
2. When prompted,
   enter the Conference code, followed by #: 990 167 3317#

### *6.2.6 Reports*

| Report | Detail |
|---|---|
| Daily Reports<br>(00.00 – 24.00, with 06.00 update) | • Daily Drilling Report – entered on DIMS and copied to PDF<br>• Daily Geological Report – word file and copied to PDF<br>• Forecast<br>• Daily Operations Plan |
| Pore Pressure Evaluation Reports<br>(Senior Wellsite Geologist) | • Daily Pressure Report<br>• Daily Pressure Event Log |
| Mudlogging Data –<br>Daily update on section-by-section basis | • Drilling Data (ASCII)<br>• Gas Data (ASCII)<br>• Mudlog Image (PDF)<br>• Gas Ratio Image (PDF) |
| LWD Data –<br>Daily update on section-by-section basis | • Logging while Drilling (ASCII and Image PDF)<br>• Pressure while Drilling (ASCII and Image PDF)<br>• Survey Data (ASCII file) |
| Wireline Data | Files updated as soon as available (ASCII and Image PDF) |

### *6.2.7 Files Uploaded via Wellspace*

All reports, logs and data will be uploaded to Wellspace on a daily basis. Morning reports, new data and logs will be uploaded by 06:00 hrs each day and will be available to all team members and partners. Afternoon updates, when required, will be uploaded before 15:00 hrs each day. All other reports will be uploaded in a timely manner, when required and available.

A BP only folder will be available, for BP restricted information and a Partner folder will allow information pertaining to Partners, to be posted.

| Wellspace folders | |
|---|---|
| BP Information | MWD RT data |
| Daily Drilling (DIMS) Reports | MWD RT logs |
| Directional Surveys | MWD RM data |
| Geology Reports | MWD RM logs |
| Mudlogging Shipping Manifests | Partner Information |
| Mudlogging Reports | PPFG reports |
| Mudlogs RT | Wireline data |
| Mudlogs RM | Wireline logs |
| Mud Reports | General Information |
| MWD Reports | |

## Appendix A – BP Contact

| Contact List - Macondo | | | | | |
|---|---|---|---|---|---|
| **Name** | **Role** | **Office** | **Cell** | **Home** | **E-mail** |
| HOUSTON | | | | | |
| Albertin, Marty | Tiger Team -PPFG | (281) 366-7153 | REDACTED | | martin.albertin@bp.com |
| Bellow, Jonathan | Alt. Geological Ops. Coord. | (281) 366-7492 | | | jonathan.bellow@bp.com |
| Bodek, Bobby | Geological Ops. Coord. | (281) 366-3862 | | | robet.bodek@bp.com |
| Boesiger, Todd | Biostragirapher | (281) 366-6754 | | | todd.boesiger@bp.com |
| Bondurant, Chuck | Geologist | (281) 366-7848 | | | charles.bondurant@bp.com |
| Brannen, John | Wellsite PP/FG Detection | | | | john.brannen@bp.com |
| Crane, Allison | Supply Chain Mgmt | (281) 366-5951 | | | allison.crane@bp.com |
| Daigle, Keith | Drilling Advisor | (281) 366-4352 | | | keith.daigle@bp.com |
| Depret, Pierre | Pet. Systems Analyst | (281) 366-6293 | | | pierre-andre.depret@bp.com |
| Douglas, Scherie | Regulatory | (281) 366-6843 | | | scherie.douglas@bp.com |
| Fleece, Trent | Sr. Drilling Engineer (Ops) | (281) 366-3751 | | | trent.fleece@bp.com |
| Fletcher, Wayne | Land Negotiator | (281) 366-4437 | | | wayne.fletcher@bp.com |
| Gansert, Tanner | Reservoir Enginner | (281) 366-0025 | | | tanner.gansert@bp.com |
| Gray, George | Drilling Team Leader | (281) 366-0659 | | | george.gray@bp.com |
| Hafle, Mark | Sr. Drilling Engineer (Plan) | (281) 366-4237 | | | mark.hafle@bp.com |
| Holik, Cynthia | Drilling Technologist | (281) 366-2821 | | | cynthia.holik@bp.com |
| Little, Ian | Wells Operations Manager | (281) 366-0958 | | | ian.little@bp.com |
| Morel, Brian | Drilling Engineer | (281) 366-1706 | | | brian.morel@bp.com |
| Morey, Steve | EPT - Drilling | (281) 366-3151 | | | stephen.morey@bp.com |
| Mueller, Eric | BtB Coordinator | (281) 366-3217 | | | eric.mueller@bp.com |
| Neumeyer, Joe | HSE Advisor | (281) 366-3082 | | | joe.neumeyer@bp.com |
| Nguyen, Binh Van | Geophysicist | (281) 366-4141 | | | binh.nguyen@se1.bp.com |
| Paine, Kate | Wellsite PP/FG Detection | | | | kate.paine@bp.com |
| Ritchie, Bryan | Exp. Man. Eastern GoM | (281) 366-1567 | | | bryan.ritchie@bp.com |
| Sankar, Maniram | Ops Superintendent | (281) 366-7375 | | | maniram.sankar@bp.com |
| Schershel, Craig | Shallow Hazards | (281) 366-4967 | | | craig.scherschel@bp.com |
| Searcy, Tomieka | Alt. Pet. Systems Analyst | (281) 366-4553 | | | tomieka.searcy@bp.com |
| Sewani, Samina | Commercial | (281) 366-4486 | | | samina.sewani@bp.com |
| Sims, David | Expl. Drilling Team Lead | (281) 366-0360 | | | david.sims@bp.com |
| Skripnikova, Galina | Petrophysicist | (281) 366-6237 | | | Galina.Skripnikova@bp.com |
| Thorseth, Jay | DW Exploration Manager | (281) 366-3994 | | | jay.thorseth@bp.com |
| WELLSITE | | | | | |
| | Wellsite Leader's Office | (713) 422-4553 / (713) 422-4554 | | | MarianasWellSiteLead@bp.com |
| Adams, Jimmy | Wellsite Leader | (713) 422-4553 / (713) 422-4554 | | | jimmy.adams@bp.com |
| Boudreaux, Darrell | Wellsite Leader | (713) 422-4553 / (713) 422-4554 | | | darrel.j.boudreaux@bp.com |
| Parker, Mack | Wellsite Leader | (713) 422-4553 / (713) 422-4555 | | | mack.parker@bp.com |
| Southworth, Shawn | Wellsite Leader | (713) 422-4553 / (713) 422-4554 | | | shawn.southworth@bp.com |
| Vidrine, Don | Wellsite Leader | (713) 422-4553 / (713) 422-4554 | | | don.vidrine@bp.com |
| | BP Rig Clerk's Office | (713) 422-4555 | | | MarianasRigClerks@bp.com |
| | Rig Geologist's Office | (713) 422-4558 | | | |
| SERVICE COMPANY | | | | | |
| Fly, Earl | Sperry Mudlogging | (281) 871-7484 | REDACTED | | earl.fly@halliburton.com |
| Gooble, Roger | Schlumberger - LWD | (281) 366-0232 | | | gooble1@slb.com |
| Hurley, Trevor | QO - Wellsite Geologists | | | | trevor@qo.com |
| Leweke, Carl | Schlumberger - Wireline | (281) 366-4837 | | | leweke1@slb.com |
| Muzny, Brian | Schlumberger - DSM Mgr. | | | | muzny1@houston.oilfield.slb.com |
| Redd, Blake | Baroid Project Coor. | (281) 988-2257 | | | blake.redd@halliburton.com |
| Tipton, Brent | Schlumberger - DD | (281) 366-5349 | | | maung2@youngsville.oilfield.slb.com |

## Appendix B – Acronym List

| Acronym | Description |
|---|---|
| BHA | Bottom Hole Assembly |
| DIMS | Drilling Information Management System |
| EDP | Emergency Disconnect Package |
| HSE | Health, Safety, and Environment |
| ITFS | International Toll Free Service |
| LMRP | Lower Marine Riser Package |
| LWD | Logging While Drilling |
| MMS | Minerals Management Service |
| MOC | Management of Change |
| MWD | Measurement While Drilling |
| NPT | Non-Productive Time |
| OIM | Offshore Installation Manager |
| RACI | Responsible, Accountable, Consulted, and Informed |
| SIMOPS | Simultaneous Operations |
| SOC | Safety Observation Conversation |
| SS | Subsea |
| TD | Total Depth |

## Appendix C – Incident Notification Flowchart




**Note:** Contact HSSE Advisor for the rig you are using for the latest version of this document