# EXHIBIT H

**In Support of**

**Defendant Dril-Quip's Memorandum of Law in Support of Dril-Quip's Motion for Summary Judgment Against All Claims**

1         UNITED STATES DISTRICT COURT
2         EASTERN DISTRICT OF LOUISIANA

3   IN RE:  OIL SPILL         )    MDL NO. 2179
    by the OIL RIG,           )
4   DEEPWATER HORIZON in      )    SECTION "J"
    the GULF OF MEXICO,       )
5   April 20, 2010            )    JUDGE BARBIER
                              )
6                             )    MAG.  JUDGE
                              )    SHUSHAN
7

8

14

15
                    * * * * * * * * * * * * *
16                          VOLUME 2
                    * * * * * * * * * * * * *
17

18
              Deposition of **MURRY SEPULVADO**,
19   taken at Pan-American Building, 601 Poydras
     Street, 11th Floor, New Orleans, Louisiana,
20   70130, on the 12th of May, 2011.

21

22

23

24

25

**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters

```
 1   normally, the one well tells porosity, the
 2   gravity of the hole and it answers several
 3   questions.
 4       Q.    Well, you can tell quite a bit
 5   from the first strike, even though you may
 6   not be able to tell the entire size of the
 7   strike; is that fair?
 8       A.    That's fair.  We have seismic
 9   data, and if we do find oil in this
10   location, you can look at the seismic data
11   and you'll have some idea of the extent of
12   the field.
13       Q.    Now, who would be in the loop
14   for these calculations?
15             MR. LANCASTER:
16                  Object to form.
17       A.    I don't know.
18       Q.    Are you familiar with the term
19   "tight hole" in the context of oil
20   drilling?
21       A.    Yes, sir, I am.
22       Q.    And what is that, roughly?
23       A.    That's roughly we don't let any
24   information out other than into our office.
25       Q.    And this is because of
```

1         **REPORTER'S CERTIFICATE**

2                  I, **THU BUI**, CCR, RPR, Certified
3    Court Reporter, State of Louisiana, State
4    of Texas, do hereby certify that the
5    above-mentioned witness, after having been
6    first duly sworn by me to testify to the
7    truth, did testify as hereinabove set
8    forth;
9                  That the testimony was reported
10   by me in shorthand and transcribed under my
11   personal direction and supervision, and is
12   a true and correct transcript, to the best
13   of my ability and understanding;
14                 That I am not of counsel, not
15   related to counsel or the parties hereto,
16   and not in any way interested in the
17   outcome of this matter.

18

19

20                          _____
                            **THU BUI, CCR, RPR**
21                          Certified Court Reporter
                            State of Louisiana
22                          State of Texas

23

24

25