# EXHIBIT P

**In Support of**

**Defendant Dril-Quip's Memorandum of Law in Support of
Dril-Quip's Motion for Summary Judgment Against All Claims**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## *CONFIDENTIAL*

### *WorldwideVIEW*™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## Jame Cowie

**VOLUME 1**

JUNE 29, 2011

## *COPY*



Systems Technology for the Litigation World

Litigation Group ♦ Court Reporting ♦ Video Production ♦ Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

```
 1  said earlier there was a group decision regarding the
 2  misinterpretation of the negative test.  Do you remember
 3  that?
 4       A.   Yes, sir.
 5       Q.   Do you re- -- do you -- was Mr. John Guide
 6  involved in that group decision that misinterpreted the
 7  negative test?
 8       A.   I don't believe so.
 9       Q.   Okay, sir.  Did anybody there on the Deepwater
10  Horizon, any BP employee, call Mr. John Guide at the
11  time -- during the time that the negative tests were
12  being interpreted there on April 20?
13       A.   Not that I am aware of.
14       Q.   Thank you, sir.  And did Mr. Guide say there
15  to you in the interview why the subsea engineer wanted
16  the -- wanted the lockdown sleeve locked down?  Did he
17  say that to you, why?
18       A.   I don't remember.
19       Q.   Do you -- okay.  Do you -- based upon your
20  years in working offshore, what's the advantage of
21  having a -- of having a -- a lockdown sleeve in place?
22       A.   To ensure that the wellhead, the casing is
23  locked to the wellhead.
24       Q.   Okay.  What -- what ben- -- would that have
25  been any benefit to the Macondo well on April 20 if
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1  there had been a lockdown sleeve in place?
 2                    MR. REGAN:  Object to form.
 3       A.    Not that I'm aware of.
 4       Q.    (BY MR. GODWIN)  Thank you, sir.  And it
 5  says -- next sentence says, "Locks everything in place.
 6  Seal area on top."  Did I read that correctly?
 7       A.    Yes.
 8       Q.    And Mr. Guide said that to you, you and others
 9  there in the interview?
10       A.    Yes.
11       Q.    Okay.  If you go down farther, down here where
12  it says, "Next morning," do you see where I'm talking
13  about?
14       A.    Yes.
15       Q.    It's about six lines up?
16       A.    Yes.
17       Q.    "Next morning, problems in Halliburton
18  modeling found.  Tricked it, fudged it to make it work.
19  Now showed you could cement long string."  And Mr. Guide
20  told you and the others in the interview this?
21       A.    Yes.
22       Q.    Okay.
23       A.    He would have said that before we wrote it
24  down, sir.
25       Q.    I understand, sir.  And I appre- -- you
```

```
 1  THE STATE OF TEXAS :
    COUNTY  OF  HARRIS :
 2
    I, PHYLLIS WALTZ, a Certified Shorthand Reporter, Texas
 3  Certified Realtime Reporter, Registered Professional
    Reporter, and Certified Realtime Reporter in and for the
 4  State of Texas, do hereby certify that the facts as
    stated by me in the caption hereto are true; that the
 5  above and foregoing answers of the witness, JAMES COWIE,
    to the interrogatories as indicated were made before me
 6  by the said witness after being first duly sworn to
    testify the truth, and same were reduced to typewriting
 7  under my direction; that the above and foregoing
    deposition as set forth in typewriting is a full, true,
 8  and correct transcript of the proceedings had at the
    time of taking of said deposition.
 9
    I further certify that I am not, in any capacity, a
10  regular employee of the party in whose behalf this
    deposition is taken, nor in the regular employ of his
11  attorney; and I certify that I am not interested in the
    cause, nor of kin or counsel to either of the parties.
12
    GIVEN UNDER MY HAND AND SEAL OF OFFICE, on this, the
13  29TH day of JUNE, 2011.
14
15
                      _____
16                    PHYLLIS WALTZ, CSR, TCRR, RPR, CRR
                      TEXAS CSR NO. 6813
17                    Expiration Date:  12/31/11
18
    Worldwide Court Reporters, Inc.
19  Firm Certification No. 223
    3000 Weslayan, Suite 235
20  Houston, Texas   77027
    (713) 572-2000
21
22
23
24
25
```

**PURSUANT TO CONFIDENTIALITY ORDER**