# EXHIBIT Q

## In Support of

**Defendant Dril-Quip's Memorandum of Law in Support of Dril-Quip's Motion for Summary Judgment Against All Claims**

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3   IN RE:  OIL SPILL       )    MDL NO. 2179
     by the OIL RIG,         )
 4   DEEPWATER HORIZON in    )    SECTION "J"
     the GULF OF MEXICO,     )
 5   April 20, 2010          )    JUDGE BARBIER
                             )
 6                           )    MAG. JUDGE
                             )    SHUSHAN
 7

 8

                      * * * * * * * * * * * * *
13                           VOLUME 1
                      * * * * * * * * * * * * *
14

15

16

17         Deposition of JONATHAN SPRAGUE,
     taken at Pan-American Building, 601 Poydras
18   Street, 11th Floor, New Orleans, Louisiana,
     70130, on the 21st of March, 2011.
19

20

21   APPEARANCES:

22
     Mr. Duke Williams
23   WILLIAMS LAW GROUP, LLC
     909 Poydras Street, Suite 1650
24   New Orleans, Louisiana 70112

25
```

```
 1   extra day to get those test results before
 2   they started the cement job, that would
 3   have cost BP money, wouldn't it have?
 4              MS. KARIS:
 5                   Object to form.
 6        A.   It would have, and I would have
 7   expected us to wait.
 8              MR. WILLIAMS:
 9                   Thank you.  We got to take a
10   break to change the tape, and I'm almost
11   done.
12              VIDEOGRAPHER:
13                   This is the conclusion of
14   Tape 4.  The time is 1:57.
15                   (Off the record.)
16              VIDEOGRAPHER:
17                   Returning to the record.  It
18   is 2:09.  This is the start of Tape 5.
19   BY MR. WILLIAMS:
20        Q.   Mr. Sprague, in your opinion,
21   did delaying installation of the lockdown
22   sleeve for the production casing hanger
23   until after the mud was circulated out of
24   the riser, did that increase the risk of an
25   accident or a problem?
```

1       A.     If we could, I'd like to clarify
2   my previous answer to a previous question.
3       Q.     Well, I -- I mean, did you not
4   understand my previous question?
5       A.     Well --
6       Q.     Well, why don't you tell us.
7       A.     Okay.  I just don't think --
8              MR. WILLIAMS:
9                     This isn't going to count
10  against my time, right?  I need every
11  minute -- Transocean's desperate to bid for
12  some of our time.  I want --
13             MS. KARIS:
14                    Go ahead.  It will not count
15  against whatever amount of time it takes.
16             MR. WILLIAMS:
17                    Thank you.
18             MS. KARIS:
19                    Sure.
20      A.     I think I might not have been
21  clear about not having -- going ahead with
22  the cement job without the successful test.
23  What I meant to say was that, I -- I
24  believe we would not have let cost stand in
25  the way of waiting on the successful cement

```
 1    job because we had a development well, it
 2    was a discovery, and we had a critical
 3    production string to cement.
 4         Q.    Okay.  Do you remember the
 5    question I asked you about the lockdown
 6    sleeve?
 7         A.    I -- I think so.
 8         Q.    Did that increase the risk of --
 9    of something bad happening on this well?
10         A.    I can't say that it did.  I
11    don't believe it did.
12         Q.    Okay.  How about putting
13    Mr. Kaluza out there as a well site leader
14    in place of Mr. Sepulvado, was that
15    something that may have increased risk on
16    the rig?
17         A.    I can't say that that would.
18         Q.    Okay.  Do you think it did or it
19    didn't?
20         A.    I don't think it did.
21         Q.    Do you have any idea what his
22    experience level was before he went to the
23    Deepwater Horizon?
24         A.    I know that he went to the
25    Thunder Horse PDQ, which is a very
```

1         **REPORTER'S CERTIFICATE**

2

3              I, **THU BUI**, **CCR, RPR**, Certified

4    Court Reporter, State of Louisiana, State

5    of Texas, do hereby certify that the

6    above-mentioned witness, after having been

7    first duly sworn by me to testify to the

8    truth, did testify as hereinabove set

9    forth;

10             That the testimony was reported

11   by me in shorthand and transcribed under my

12   personal direction and supervision, and is

13   a true and correct transcript, to the best

14   of my ability and understanding;

15             That I am not of counsel, not

16   related to counsel or the parties hereto,

17   and not in any way interested in the

18   outcome of this matter.

19

20

21                          _____
                            **THU BUI, CCR, RPR**
22                          Certified Court Reporter
                            State of Louisiana
23                          State of Texas

24

25

**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters