# EXHIBIT R

## In Support of

**Defendant Dril-Quip's Memorandum of Law in Support of Dril-Quip's Motion for Summary Judgment Against All Claims**

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
 3   IN RE:  OIL SPILL          )      MDL NO. 2179
     BY THE OIL RIG             )
 4   "DEEPWATER HORIZON" IN     )      SECTION "J"
     THE GULF OF MEXICO, ON     )
 5   APRIL 20, 2010             )      JUDGE BARBIER
                                )      MAG. JUDGE SHUSHAN
 6
 7       *****************************************
                 ORAL AND VIDEOTAPED DEPOSITION OF
 8                         DAVID WALL
                         JUNE 27, 2011
 9       *****************************************
10
11
12
13
14
15
16
17
18
19
20
21            Deposition of DAVID WALL, taken at
22   Kirkland & Ellis International, 30 St. Mary Axe, 22nd
23   Floor, London EC3A 8AF, England, United Kingdom, on the
24   27th of June, 2011.
25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1  a locking mechanism for -- for the top of the well.
2      Q.   Okay.  Well, was a lockdown sleeve installed
3  on the Macondo well?
4      A.   My understanding is that it wasn't installed
5  at the time of the incident.
6      Q.   It was or was not?
7      A.   It was not, sir.
8      Q.   Was not installed at -- at the time of the
9  incident, that being the blowout, correct?
10      A.   That -- that's my understanding, sir.
11      Q.   If a lockdown sleeve had been installed,
12  what -- what effect, if any, would that have had on the
13  well blowing out?
14              MR. GODFREY:  Objection as to form.
15      A.   I don't think it would have had any effect at
16  all, sir, because I believe the production came up the
17  production casing.  All the analysis that we did and all
18  of the information that we have and information I've
19  heard subsequent to completing -- completing the
20  investigation suggests that, you know, it came up the
21  production casing and it didn't come up the -- the
22  annulus through where the -- the lockdown sleeve would
23  have been installed.
24      Q.   (BY MR. GODWIN)  During your part of the
25  investigation or at any time thereafter -- and I'm not

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1  THE STATE OF TEXAS  :
    COUNTY   OF   HARRIS :
 2
    I, PHYLLIS WALTZ, a Certified Shorthand Reporter, Texas
 3  Certified Realtime Reporter, Registered Professional
    Reporter, and Certified Realtime Reporter in and for the
 4  State of Texas, do hereby certify that the facts as
    stated by me in the caption hereto are true; that the
 5  above and foregoing answers of the witness, DAVID WALL,
    to the interrogatories as indicated were made before me
 6  by the said witness after being first duly sworn to
    testify the truth, and same were reduced to typewriting
 7  under my direction; that the above and foregoing
    deposition as set forth in typewriting is a full, true,
 8  and correct transcript of the proceedings had at the
    time of taking of said deposition.
 9
    I further certify that I am not, in any capacity, a
10  regular employee of the party in whose behalf this
    deposition is taken, nor in the regular employ of his
11  attorney; and I certify that I am not interested in the
    cause, nor of kin or counsel to either of the parties.
12
    GIVEN UNDER MY HAND AND SEAL OF OFFICE, on this, the
13  28TH day of JUNE, 2011.
14
15
                         _____
16                       PHYLLIS WALTZ, CSR, TCRR, RPR, CRR
                         TEXAS CSR NO. 6813
17                       Expiration Date:  12/31/11
18
    Worldwide Court Reporters, Inc.
19  Firm Certification No. 223
    3000 Weslayan, Suite 235
20  Houston, Texas   77027
    (713) 572-2000
21
22
23
24
25
```

**PURSUANT TO CONFIDENTIALITY ORDER**