# EXHIBIT EE

**In Support of**

**Defendant Dril-Quip's Memorandum of Law in Support of
Dril-Quip's Motion for Summary Judgment Against All Claims**

01437359
RWM

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG ) <br> "DEEPWATER HORIZON" in the ) <br> GULF OF MEXICO, on ) <br> APRIL 20, 2010 ) <br> ) <br> ) <br> ) | MDL NO. 2179 <br><br> SECTION: J <br><br> JUDGE BARBIER <br><br> MAG. JUDGE SHUSHAN |

## CONFIDENTIAL

### WorldwideVIEW™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## Patrick Joseph Campbell

VOLUME 2

JULY 13, 2011

## COPY



Systems Technology for the Litigation World

Litigation Group◆Court Reporting◆Video Production◆Videoconferencing
For U.S. & International Services
800 - 745 - 1101

|          |    |                                               |
|----------|----|-----------------------------------------------|
| 09:10:05 | 1  | one of the reasons that you were favoring a   |
| 09:10:07 | 2  | bottom kill is because at that time, in your  |
| 09:10:12 | 3  | opinion, we weren't sure what the flow path   |
| 09:10:13 | 4  | was up the wellbore and out the top of the -- |
| 09:10:18 | 5  | the BOP stack, correct?                       |
| 09:10:20 | 6  |         A.      Yes, sir.                     |
| 09:10:20 | 7  |         Q.      Okay.  And if you -- if you look |
| 09:10:23 | 8  | at what you said, can you just read into the  |
| 09:10:28 | 9  | record after the -- under Paragraph 3 under   |
| 09:10:30 | 10 | the dark bullets that you see the two light   |
| 09:10:32 | 11 | ones, if you could read those first two       |
| 09:10:36 | 12 | starting with "if flowing outside the         |
| 09:10:37 | 13 | casing."                                      |
| 09:10:38 | 14 |         A.      "If flowing outside the casing, |
| 09:10:39 | 15 | what has happened to the open hole gauge of   |
| 09:10:42 | 16 | the wellbore along its length.  Is the casing |
| 09:10:46 | 17 | burst, collapsed, split, parted?  No one      |
| 09:10:51 | 18 | knows and, moreover, no one could know at     |
| 09:10:56 | 19 | what elevation that damage exists. . .        |
| 09:11:03 | 20 |         Q.      Is it fair to say that at this |
| 09:11:05 | 21 | point in time there was no way to know what   |
| 09:11:08 | 22 | the flow path was of the well?                |
| 09:11:09 | 23 |         A.      Correct.                      |
| 09:11:10 | 24 |         Q.      Okay.  Are you aware that during |
| 09:11:12 | 25 | the static kill they pumped mud down the      |

**PURSUANT TO CONFIDENTIALITY ORDER**

```
09:11:17  1    casing in order to determine, in part, the
09:11:19  2    flow path, correct?
09:11:19  3         A.    Yes.
09:11:22  4         Q.    Okay.  And are you aware that it
09:11:24  5    was BP's opinion that the flow path was down
09:11:25  6    the casing?
09:11:26  7         A.    Yes.
09:11:27  8         Q.    And did Wild Well Control share
09:11:29  9    that opinion based on the data collected from
09:11:33 10    the static kill pumping?
09:11:34 11         A.    Well, based on the data
09:11:37 12    collected from the static kill pumping, yes.
09:11:40 13    Based on what was known prior to shutting the
09:11:43 14    well in, no.
09:11:45 15         Q.    And one of the reasons why you
09:11:47 16    always wanted to keep in mind that there
09:11:49 17    might be annular flow is that that would
09:11:52 18    include the worst-case scenario of bringing
09:11:56 19    in to play the burst disks?
09:11:56 20         A.    Yes, sir.
09:11:57 21         Q.    So -- correct?
09:11:58 22         A.    Yes, sir.
09:11:58 23         Q.    So any of the options considered
09:12:00 24    prior to static kill, if you will, had to
09:12:04 25    take into account these burst disks because
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1                UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
 2
        IN RE:  OIL SPILL      ) MDL NO. 2179
 3      by the OIL RIG,        )
        DEEPWATER HORIZON in   ) SECTION "J"
 4      the GULF OF MEXICO,    )
        April 20, 2010         ) JUDGE BARBIER
 5                             )
                               ) MAG. JUDGE SHUSHAN
 6                             )
 7              REPORTER'S CERTIFICATION
                DEPOSITION OF PATRICK CAMPBELL
 8                  TAKEN JULY 13, 2011
 9          I, Rene White Moarefi, Certified
        Shorthand Reporter in and for the State of
10      Texas, hereby certify to the following:
11          That the witness, PATRICK CAMPBELL, was
        duly sworn by the officer and that the
12      transcript of the oral deposition is a true
        record of the testimony given by the witness;
13          That the deposition transcript was
        submitted on _____, 2011, to the
14      witness or to Attorney _____for
        examination, signature and return to
15      Worldwide Court Reporters, Inc., by
        _____, 2011.
16          That the amount of time used by each
        party at the deposition is as follows:
17
            MR. MICHAEL C. OCCHUIZZO - 00:49
18          MS. KATE H. EASTERLING - 00:44
            MR. JERRY C. VON STERNBERG - 00:29
19          MR. DAVID YAMIN - 00:03
            MR. ERIC J.R. NICHOLS - 01:04
20          MR. DENNIS BARROW - 00:03
21          I further certify that I am neither
        counsel for, related to, nor employed by any
22      of the parties in the action in which this
        proceeding was taken, and further that I am
23      not financially or otherwise interested in
        the outcome of the action.
24
25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1   SUBSCRIBED AND SWORN to by me this \_\_\_\_
    day of _____, 2011.
2
3
4
5   _____
    RENE WHITE MOAREFI, CSR, CRR, RPR
6   CSR NO. 3070; Expiration Date: 12-31-12
    Worldwide Court Reporters
7   Firm Registration No. 223
    3000 Weslayan, Suite 235
8   Houston, TX 77027
    (713) 572-2000

**PURSUANT TO CONFIDENTIALITY ORDER**