# EXHIBIT FF

In Support of

**Defendant Dril-Quip's Memorandum of Law in Support of
Dril-Quip's Motion for Summary Judgment Against All Claims**

1

```
1           UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA
2

3   IN RE:  OIL SPILL      )    MDL NO. 2179
    by the OIL RIG,        )
4   DEEPWATER HORIZON in   )    SECTION "J"
    the GULF OF MEXICO,    )
5   April 20, 2010         )    JUDGE BARBIER
                           )
6                          )    MAG.  JUDGE
                           )    SHUSHAN
7
```

            Deposition of **BP through its representative**, MARK MAZZELLA, taken at Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 24th of May, 2011.

**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters

```
 1    a geometry change that presented
 2    possibilities of three different scenarios.
 3         Q.    Do you know who did that report?
 4         A.    I did.
 5         Q.    You did.  What's it called?
 6         A.    That's a good question.  I don't
 7    recall at this point.  It was the
 8    post-analysis of the static kill.  I don't
 9    remember the exact title.
10         Q.    Okay.  Whatever it is, you --
11    you did personally a post-analysis of the
12    static kill and your -- your memory of it
13    shows it coming up the casing.
14               And then did -- did the
15    flow split at the crossover?
16               MR. OCCHUIZZO:
17                    Objection to form.
18         A.    No.  What we determined was
19    the -- where our mud went, which is
20    indicative of the -- of the flow path.
21         Q.    You determined where your mud
22    went from coming down?
23         A.    Yes, sir.
24         Q.    And so you assumed, since it's
25    coming down, that it must have come up --
```

1   the hydrocarbons must have come the same
2   way?
3           A.   Yes, sir.
4           Q.   Okay.  And what did this report
5   show your mud doing?
6           A.   It showed it going down the
7   casing.
8           Q.   Okay.  And then you said
9   something, it just didn't go smoothly down
10  the casing.  It went smoothly down the
11  casing and then what happened?
12          A.   It got to the point near
13  crossover where we saw pressure changes
14  versus the volume, which would indicate
15  different flow paths.
16          Q.   And a flow path where?
17          A.   That's the $64 question right
18  there.  There's three different scenarios
19  that we came up that were possibilities.
20  And with respect to each one of the three,
21  it had no impact on being able to kill the
22  well.
23          Q.   So you didn't care from that
24  standpoint.
25               What were those three

1            With regard to static kill
2   and relief well, has BP formed a position
3   regarding the flow path of the Macondo
4   well?
5        A.    Yes, sir.  We believe that the
6   flow is progressing entirely up the casing.
7        Q.    Okay.  And what was the basis
8   for that, that position?
9        A.    It was the data that was
10  collected during static kill.
11       Q.    Okay.  And what did you see or
12  learn during the relief well that supported
13  that position as well?
14       A.    Well, when we intersected the
15  annulus of the Macondo well, we got no
16  indication of any hydrocarbons present.  To
17  the contrary, we saw a very stable
18  environment.
19       Q.    And is your role with well
20  control, what is your understanding as to
21  who has responsibility for the initial shut
22  in when a kick is detected?
23            MR. THIBODEAUX:
24                 Object to form.
25       A.    Section 6 of our guidance

## REPORTER'S CERTIFICATE

I, **THU BUI, CCR, RPR**, Certified Court Reporter, State of Louisiana, State of Texas, do hereby certify that the above-mentioned witness, after having been first duly sworn by me to testify to the truth, did testify as hereinabove set forth;

That the testimony was reported by me in shorthand and transcribed under my personal direction and supervision, and is a true and correct transcript, to the best of my ability and understanding;

That I am not of counsel, not related to counsel or the parties hereto, and not in any way interested in the outcome of this matter.

_____
THU BUI, CCR, RPR
Certified Court Reporter
State of Louisiana
State of Texas