# EXHIBIT HH

**In Support of**

**Defendant Dril-Quip's Memorandum of Law in Support of
Dril-Quip's Motion for Summary Judgment Against All Claims**

```
 1              UNITED STATES  DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
 3   IN RE:  OIL SPILL         )    MDL NO. 2179
     BY THE OIL RIG            )
 4   "DEEPWATER HORIZON" IN    )    SECTION "J"
     THE GULF OF MEXICO, ON    )
 5   APRIL 20, 2010            )    JUDGE BARBIER
                               )    MAG. JUDGE SHUSHAN
 6
 7
 8
 9
10
11
12
13
14
15
16
17                   *****************
                          VOLUME 2
18                   *****************
19
20
21       Deposition of Paul Tooms, Individually and as
     a Corporate Representative, taken at Kirkland & Ellis
22   International, 30 St. Mary Axe, 22nd Floor, London EC3A
     8AF, England, United Kingdom, on the 17th of June,
23   2011.
24
25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1  BOP, and we determined that we required a -- an
2  enormous radioactive source, a cobalt source, to be put
3  down there, to have any chance of doing radiography
4  through the -- through the wellhead.
5          So even with radiography, it was -- it would
6  have been almost impossible to see through that
7  wellhead.  You couldn't -- there's no way you could
8  ever see, visually, through several inches of steel.
9     Q.   Would it have been pos --
10              MR. GODWIN:  Object, form.
11     Q.   (By Mr. Barrow) Would it have been possible to
12  use a regular ROV camera to see through several inches
13  of steel in the wellhead?
14     A.   I -- I can't see how.
15     Q.   You were also asked numerous questions about
16  possibilities in the flow path.  I want to cut to the
17  chase and ask you:  Have you formed a final opinion as
18  to what the flow path was on the Macondo Well?
19     A.   Yes, I have.
20     Q.   And what is that opinion?
21     A.   My opinion -- my final opinion is the flow
22  path was up through the -- through the shoe track and
23  straight up the casing.  I -- I haven't formed an
24  opinion as to what happened when it got to the BOP
25  stack, because I haven't seen the detailed analysis of

```
 1  the arrangement of pipes in the BOP stack.
 2      Q.   Am I correct that you were -- headed up the
 3  Engineering response for BP, in dealing with the
 4  incident?
 5      A.   I headed up the Engineering Team that -- that
 6  was part of the response.
 7      Q.   Do you base your opinion as to the flow path
 8  of through the shoe track and up the production casing
 9  on the facts and data that you saw while you served as
10  the Head of the Engineering response?
11              MR. GODWIN:  Object to form.
12      A.   Yes, I do.
13      Q.   (By Mr. Barrow) And do you believe that your
14  opinion is based on a reasonable degree of medical --
15  I'm sorry -- a reasonable degree of Engineering
16  certainty?
17              MR. GODWIN:  Object to form.
18      Q.   (By Mr. Barrow) Let me ask that again.  Do you
19  believe that your opinion on the flow path is based
20  upon a reasonable degree of Engineering certainty?
21              MR. GODWIN:  Object to form.
22      A.   Yes, I do.
23              MR. BARROW:  Thank you.  That's all the
24  questions I have.
25              THE VIDEOGRAPHER:  Off the record at
```

1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
2
3  IN RE:  OIL SPILL           )      MDL NO. 2179
   by the OIL RIG,             )
4  DEEPWATER HORIZON IN        )      SECTION "J"
   the GULF OF MEXICO,         )
5  April 20, 2010              )      JUDGE BARBIER
                               )
6                              )      MAG. JUDGE
                               )      SHUSHAN
7
8              REPORTER'S CERTIFICATION
         TO THE ORAL AND VIDEOTAPED DEPOSITION OF
9                       PAUL TOOMS,
       INDIVIDUALLY AND AS A CORPORATE REPRESENTATIVE
10                     JUNE 17, 2011
                         VOLUME 2
11
12     I, Emanuel A. Fontana, Jr., Certified Shorthand
   Reporter in and for the State of Texas, hereby certify
13 to the following:
14     That the witness, PAUL TOOMS, was duly sworn by
   the officer and that the transcript of the oral
15 deposition is a true record of the testimony given by
   the witness;
16
       That the deposition transcript was submitted on
17           , 2011, to the witness or to
   Attorney                              , for the witness to
18 examine, sign, and return to Worldwide Court Reporters,
   Inc., by                       , 2011.
19
       That the amount of time used by each party at the
20 deposition is as follows:
21     Mr. Cernich - 1 Hour, 53 Minutes
       Ms. Hertz - 57 Minutes
22     Mr. Roberts - 1 Hour, 3 Minutes
       Mr. Godwin - 1 Hour, 16 Minutes
23     Mr. Barrow - 5 Minutes
       Mr. Bruno - 15 Minutes
24
25

**PURSUANT TO CONFIDENTIALITY ORDER**

1    I further certify that I am neither counsel for, related to, nor employed by any of the parties in the
2    action in which this proceeding was taken, and further that I am not financially or otherwise
3    interested in the outcome of the action.
4    SUBSCRIBED AND SWORN to by me on this 17th day of June, 2011.
5
6
7                          _____
                           Emanuel A. Fontana, Jr., RPR
8                          Texas CSR No. 1232
                           Expiration Date: 12/31/12
9                          Worldwide Court Reporters
                           Firm Registration No. 223
10                         3000 Weslayan, Suite 235
                           Houston, Texas  77027
11                         (713) 572-2000
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**PURSUANT TO CONFIDENTIALITY ORDER**