# EXHIBIT II

**In Support of**

**Defendant Dril-Quip's Memorandum of Law in Support of
Dril-Quip's Motion for Summary Judgment Against All Claims**

1

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
 3   IN RE:  OIL SPILL           )    MDL NO. 2179
     BY THE OIL RIG              )
 4   "DEEPWATER HORIZON" IN      )    SECTION "J"
     THE GULF OF MEXICO, ON      )
 5   APRIL 20, 2010              )    JUDGE BARBIER
                                 )    MAG. JUDGE SHUSHAN
 6
 7         *****************************************
                ORAL AND VIDEOTAPED DEPOSITION OF
 8                        DAVID WALL
                        JUNE 27, 2011
 9         *****************************************
10
11
12
13
14
15
16
17
18
19
20
21            Deposition of DAVID WALL, taken at
22   Kirkland & Ellis International, 30 St. Mary Axe, 22nd
23   Floor, London EC3A 8AF, England, United Kingdom, on the
24   27th of June, 2011.
25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
        1   conversations about a report in one of our morning
        2   meetings, I think from the subsurface team.  But I
        3   didn't get involved in any of the content of that, so
        4   I -- I don't -- you know, all I know are the
03:33   5   conversations of our report that had come through from
        6   the subsurface with the geophysicists or something.
        7        Q.   Well, in talking during the investigation, did
        8   you visit with anyone or did you hear anyone say that
        9   there had been a sand that had been determined to exist,
03:33  10   the 14.1 sand -- that the -- that the belief was because
       11   of inadequate centralization there of the pipe, that the
       12   flow initiated there, which altered the hydrostatic
       13   pressure of the main 12.6 sands and then caused them to
       14   start flowing, and that, in fact, the belief was that
03:34  15   the flow was up through the annulus, through a parting
       16   of the casing, as well as up through the casing itself?
       17   Did you hear that discussed?  Anyone talk about that
       18   having occurred in any of the meetings you participated
       19   in?
03:34  20        A.   No, sir.  As I stated before, our conclusion
       21   was that it came up through the production casing
       22   because -- well, we checked the integrity of the
       23   production casing, the positive test, and, you know, the
       24   analysis that we did suggested that it had come up
03:34  25   through the production casing.
```

```
 1  THE STATE OF TEXAS :
    COUNTY  OF  HARRIS :
 2

    I, PHYLLIS WALTZ, a Certified Shorthand Reporter, Texas
 3  Certified Realtime Reporter, Registered Professional
    Reporter, and Certified Realtime Reporter in and for the
 4  State of Texas, do hereby certify that the facts as
    stated by me in the caption hereto are true; that the
 5  above and foregoing answers of the witness, DAVID WALL,
    to the interrogatories as indicated were made before me
 6  by the said witness after being first duly sworn to
    testify the truth, and same were reduced to typewriting
 7  under my direction; that the above and foregoing
    deposition as set forth in typewriting is a full, true,
 8  and correct transcript of the proceedings had at the
    time of taking of said deposition.
 9
    I further certify that I am not, in any capacity, a
10  regular employee of the party in whose behalf this
    deposition is taken, nor in the regular employ of his
11  attorney; and I certify that I am not interested in the
    cause, nor of kin or counsel to either of the parties.
12
    GIVEN UNDER MY HAND AND SEAL OF OFFICE, on this, the
13  28TH day of JUNE, 2011.
14
15
                        _____
16                      PHYLLIS WALTZ, CSR, TCRR, RPR, CRR
                        TEXAS CSR NO. 6813
17                      Expiration Date:  12/31/11
18
    Worldwide Court Reporters, Inc.
19  Firm Certification No. 223
    3000 Weslayan, Suite 235
20  Houston, Texas   77027
    (713) 572-2000
21
22
23
24
25
```

**PURSUANT TO CONFIDENTIALITY ORDER**