# EXHIBIT JJ

## In Support of

**Defendant Dril-Quip's Memorandum of Law in Support of Dril-Quip's Motion for Summary Judgment Against All Claims**

```
 1           UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
 2
     IN RE:  OIL SPILL BY    MDL NO. 2179
 3   THE OIL RIG
     "DEEPWATER HORIZON"     SECTION:  J
 4   IN THE GULF OF
     MEXICO, ON APRIL 20,    JUDGE BARBIER
 5   2010                    MAG. JUDGE SHUSHAN

 6
```

**VOLUME 2 OF 2**

Deposition of **DOUG SUTTLES** taken in the Mardi Gras Room, Pan American Life Center, 601 Poydras Street, New Orleans, Louisiana, on Friday, May 20, 2011.

**APPEARANCES:**

ON BEHALF OF THE PLAINTIFFS STEERING COMMITTEE:
    LEVIN, PAPANTONIO, THOMAS, MITCHELL,
    ECHSNER, RAFFERTY & PROCTOR, PA
    (BY:  BRIAN H. BARR, ESQUIRE)
    316 S. Baylen Street, Suite 600
    Pensacola, Florida 32502

1   were -- when we were having to base a view
2   on -- on -- on information which you couldn't
3   verify.  So I -- I -- my understanding was we
4   made that clear and they understood clearly
5   that that was our interpretation, but it may
6   or may not have been correct.
7        Q.   Would you, then, describe that
8   your initial belief that the flow path was
9   through the annulus as speculation at that
10  point?
11       A.   Oh, I'd -- I -- I guess I
12  wouldn't have thought of it as speculation.
13  I think as the team was trying to determine
14  how best to respond and -- and what the
15  potential risks and complications from the --
16  the blowout were, they clearly had to try to
17  assess the flow path.  So I think it was just
18  the normal course of that.  I -- I wouldn't
19  have described it as speculation, just as the
20  teams doing their jobs and taking what they
21  thought was their best view.  But I think
22  they were also clear that they knew it may be
23  flowing a different path than that, up -- up
24  the casing instead.
25       Q.   And later did they change their

1 conclusion as to what the flow path was? Did
2 they inform you that they had changed their
3 conclusion on the flow path?
4     A.    My recollection of this was
5 after we attempted the top kill operation and
6 they were doing the post top kill assessment
7 and looking at the pump curves, if my
8 memory's correctly, they actually at that
9 point said they were fairly certain the flow
10 was actually coming up the casing and not
11 coming up the annulus.
12     Q.    And after that point did they
13 ever change their conclusion that the flow
14 path was going up through the casing, the
15 production casing rather than the annulus?
16     A.    What they expressed to me, and I
17 also recall discussing this with the MMS, is
18 that the technical experts had become fairly
19 confident that -- at that point that the --
20 the flow was up the -- the casing. And then
21 I believe at the time of the relief well, the
22 observations they made during the relief
23 well, they felt, confirmed that assessment.
24     Q.    And you explained that they had
25 changed their opinion because of the top

**REPORTER'S CERTIFICATE**

I, Rene White Moarefi, CCR, CRR, CSR, Certified Court Reporter, State of Louisiana, do hereby certify that above-named witness, after having been duly sworn by me to testify to the truth, did testify as hereinabove set forth;

That this testimony was reported by me in the stenotype reporting method and transcribed thereafter by me on computer, and that same is a true and correct transcript to the best of my ability and understanding;

That I am not of counsel, nor related to counsel or the parties hereto, and in no way interested in the outcome of this matter.

*Rene Moarefi*

_____
Rene White Moarefi, CCR, CRR, CSR
Certified Court Reporter