# EXHIBIT KK

### In Support of

### Defendant Dril-Quip's Memorandum of Law in Support of Dril-Quip's Motion for Summary Judgment Against All Claims

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2

 3   IN RE:  OIL SPILL        )   MDL NO. 2179
     BY THE OIL RIG           )
 4   "DEEPWATER HORIZON" IN   )   SECTION "J"
     THE GULF OF MEXICO, ON   )
 5   APRIL 20, 2010           )   JUDGE BARBIER
                              )   MAG. JUDGE SHUSHAN
 6

 7

 8

 9

10

11

12

13

14

15

16

17                 *****************
                        VOLUME 2
18                 *****************

19

20

21           Continuation of the deposition
     of Patrick Leon O'Bryan, Ph.D. as a Corporate
22   Representative, taken at Pan-American
     Building, 601 Poydras Street, 11th Floor, New
23   Orleans, Louisiana, 70130, on the 15th day of
     July, 2011.
24

25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1        A.      -- and fluid flowed back up in
2   the well.
3        Q.      Okay.  So are you say --
4        MR. GODWIN:  Objection, form.
5        Q.      (By Mr. Lemoine) Are you saying
6   then that on -- on the negative pressure test
7   that I would have -- that in your opinion,
8   there would have been a flow of solid laden
9   fluins -- fluids up through the float collar?
10       A.      Well, what's in the shoe track?
11       Q.      No.  Just answer me, "Yes" or
12  "No," is it your opinion that at the time --
13  I'm not being rude to you.  Let's get -- at
14  the time of the negative pressure test --
15       A.      M-h'm.
16       Q.      -- you're saying that the flow
17  came through the float collar?  That's what
18  you're saying in layman's terms, in Mike
19  Lemoine terms, it came through the float
20  collar, correct?
21       A.      I believe with everything we
22  have after --
23       Q.      "Yes" or "No"?
24       A.      -- the best acquired knowledge
25  that the flow came up the casing.

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2
 3  IN RE:  OIL SPILL       )   MDL NO. 2179
    BY THE OIL RIG          )
 4  "DEEPWATER HORIZON" IN  )   SECTION "J"
    THE GULF OF MEXICO, ON  )
 5  APRIL 20, 2010          )   JUDGE BARBIER
                            )   MAG. JUDGE SHUSHAN
 6
 7           REPORTER'S CERTIFICATION
      TO THE ORAL AND VIDEOTAPED DEPOSITION OF
 8          PATRICK LEON O'BRYAN, PH.D.,
           AS A CORPORATE REPRESENTATIVE
 9                  JULY 15, 2011
                     VOLUME 2
10
11      I, Emanuel A. Fontana, Jr., Certified
    Shorthand Reporter in and for the State of
12  Texas, hereby certify to the following:
13      That the witness, PATRICK LEON O'BRYAN,
    PH.D., was duly sworn by the officer and that
14  the transcript of the oral deposition is a
    true record of the testimony given by the
15  witness;
16      That the deposition transcript was
    submitted on            , 2011, to the
17  witness or to Attorney _____
    for the witness to examine, sign, and return
18  to Worldwide Court Reporters, Inc., by
                  , 2011.
19
        That the amount of time used by each
20  party at the deposition is as follows:
21      Mr. Hymel - 1 Hour, 19 Minutes
        Mr. Godwin - 1 Hour, 57 Minutes
22      Ms. Gallagher - 8 Minutes
        Ms. Kuchler - 43 Minutes
23      Mr. McNevin - 5 Minutes
        Mr. Lemoine - 50 Minutes
24      Ms. Karis - 1 Hour, 15 Minutes
        Mr. Sterbcow - 25 Minutes
25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1    I further certify that I am neither counsel for, related to, nor employed by any
2    of the parties in the action in which this proceeding was taken, and further that I am
3    not financially or otherwise interested in the outcome of the action.
4
     SUBSCRIBED AND SWORN to by me on this
5    15th day of July, 2011.
6
7
8              Emanuel A. Fontana, Jr., RPR
               Texas CSR No. 1232
9              Expiration Date: 12/31/12
               Worldwide Court Reporters
10             Firm Registration No. 223
               3000 Weslayan, Suite 235
11             Houston, Texas  77027
               (713) 572-2000
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**PURSUANT TO CONFIDENTIALITY ORDER**