# EXHIBIT MM

**In Support of**

**Defendant Dril-Quip's Memorandum of Law in Support of
Dril-Quip's Motion for Summary Judgment Against All Claims**

369

1            UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
2

3    IN RE:  OIL SPILL        )      MDL NO.  2179
     by the OIL RIG,          )
4    DEEPWATER HORIZON in     )      SECTION "J"
     the GULF OF MEXICO,      )
5    April 20, 2010           )      JUDGE BARBIER
                              )
6                             )      MAG.  JUDGE
                              )      SHUSHAN
7

8



14

15              * * * * * * * * * * * * *
                      VOLUME 2
16              * * * * * * * * * * * * *

17

18              Deposition of **JONATHAN SPRAGUE**,
     taken at Pan-American Building, 601 Poydras
19   Street, 11th Floor, New Orleans, Louisiana,
     70130, on the 22nd of March, 2011.
20

21

     **APPEARANCES:**
22

23   Mr. Duke Williams
     **WILLIAMS LAW GROUP, LLC**
24   909 Poydras Street, Suite 1650
     New Orleans, Louisiana 70112

25

```
 1                         (Off the record.)

 2                  VIDEOGRAPHER:

 3                         Returning to the record.  It

 4    is 5:50.

 5                  EXAMINATION

 6    BY MR. JACKSON:

 7         Q.       Good afternoon, Mr. Sprague.  My

 8    name is Don Jackson.  I represent

 9    Dril-Quip.

10                         Would you first of all,

11    please, generally describe for me your role

12    and responsibilities in connection with the

13    relief wells and the static kill operation?

14         A.       Okay.  I was engineering manager

15    for the relief well and the tactical --

16    tactical response at Macondo and -- as well

17    as for the static kill and cementing

18    operations.

19         Q.       Okay.  So you were over those

20    operations; is that fair to say?

21         A.       From an engineering point of

22    view, yes.

23         Q.       Great.  My questions are

24    intended to focus on the flow path of the

25    hydrocarbons in the blowout of the Macondo
```

```
 1    Number 1 well.

 2         A.        Okay.

 3         Q.        Have you determined from the

 4    evidence that you know and that you've now

 5    become aware of what that flow path was?

 6         A.        Yes.   All the evidence we got

 7    from the static kill and the cementing as

 8    well as the evidence after static kill and

 9    cementing when we replaced the BOP stack

10    and the relief well intersection indicated

11    that the flow was up the casing.

12         Q.        And I want to go through some of

13    that with you in a brief fashion.   But

14    before I get to that, are you convinced

15    that the hydrocarbons in the blowout did

16    not flow up the annulus on the backside of

17    the production casing and through the

18    casing hanger seal assembly?

19         A.        Yes, I am.

20         Q.        If we could begin, I want to ask

21    you:   Is it true that on or about

22    September 5th, 2010, that BP, I think using

23    the Q4000, removed the Macondo well BOP and

24    replaced it?

25         A.        Yes.
```

```
 1          Q.      Okay.   And replaced it with

 2    what?

 3          A.      The DD2.   Actually, it was a

 4    capping stack that the -- in the Horizon

 5    BOP that was removed --

 6          Q.      Okay.

 7          A.      -- and then the -- replaced with

 8    the DD2 BOP stack.

 9          Q.      And then after getting the --

10    the DD2 BOP stack on the Macondo wellhead,

11    did you determine the position of the

12    casing hanger and seal assembly at -- on

13    the Macondo well?

14          A.      Yes, we did.

15          Q.      How did you do that?

16          A.      The first thing we did was go in

17    with, as I recall, a lead impression tool.

18    It was a -- it's a Dril-Quip tool to

19    determine where the casing hanger is, and

20    it determined that it was in the

21    position -- in the correct position.

22          Q.      In other words, were you able to

23    determine, using the lead impression tool,

24    that the Macondo casing hanger seal

25    assembly was in the position that it was
```

1    placed prior to the blowout?

2         A.    Yes.   That's what it indicated.

3         Q.    And that that -- that is the

4    correct position; is that right?

5         A.    That's correct.

6         Q.    Okay.   And what, if anything,

7    does that evidence tell you about the flow

8    path of the blowout?

9         A.    It supports the -- up the casing

10   flow path rather than annular flow path.

11        Q.    In fact, is it inconsistent with

12   the idea of the flow path being up the

13   annulus?

14        A.    Yes.

15        Q.    At that point, or shortly

16   thereafter, did you then run a lockdown

17   sleeve on top of the casing hanger seal

18   assembly?

19        A.    Yes, we did.

20        Q.    And tell me how that operation

21   took place and what happened.

22        A.    Okay.   We ran the lockdown

23   sleeve, and it engaged in the exact

24   location that you would expect with the

25   hanger in place.   And we pressure tested

```
 1    it, and we got a positive pressure test.

 2         Q.     Okay.  Before we get to the

 3    pressure test.  Just the running of the

 4    lockdown sleeve, are you able to -- to draw

 5    any conclusion about the flow path based on

 6    that evidence, that fact?

 7         A.     Yes.  It would indicate that the

 8    flow -- it would be an indicator that the

 9    flow did not come up the annulus.

10         Q.     Okay.  And then before running a

11    lockdown sleeve, did you run one pressure

12    test on just the casing hanger seal

13    assembly?

14         A.     We ran two and -- yes.  After --

15    between the -- that impression block and --

16    and the lockdown sleeve, I think we tested

17    to 4100 psi on the seal assembly, and it

18    was good, ran the lockdown sleeve.  And I

19    think we tested that to 5200 psi, and that

20    was also good.

21         Q.     So what did those two successful

22    pressure tests tell you?

23         A.     It told us that the casing

24    hanger could not have moved and had -- and

25    would have had pressure integrity
```

```
 1      throughout the life of the well or the --
 2           Q.     And what does that say about the
 3      flow path of the blowout?
 4           A.     It indicates that it comes up
 5      the casing.
 6           Q.     And not through the annular
 7      space?
 8           A.     That's correct.
 9           Q.     Now, while you were conducting
10      these operations -- actually, prior to what
11      we've been talking about, is it correct
12      that the DD3 was drilling a relief well
13      intended to intercept the Macondo well?
14           A.     Yes.
15           Q.     And had you reached a point that
16      was close to the Macondo well and pause
17      briefly at that stage?
18           A.     Yes, we did.
19           Q.     Okay.  Then did you go ahead and
20      intercept the Macondo well with the DD3
21      relief well?
22           A.     Yeah.  The pause was so that we
23      could put the lockdown sleeve in --
24           Q.     Okay.
25           A.     -- to make sure that we didn't
```

```
 1    disturb the casing hanger if we intersected

 2    and accidentally surged.

 3            Q.      And why was that important?

 4            A.      We wanted to preserve the casing

 5    hanger in its -- as -- we didn't want to

 6    disturb it.  Yeah.  We wanted to understand

 7    what the -- further understand what the

 8    mechanism for flow was, and we didn't want

 9    to disturb the hanger.

10            Q.      And at this point, there are no

11    hydrocarbons flowing into the Gulf of

12    Mexico anymore, correct?

13            A.      That's correct.

14            Q.      So your -- one of your specific

15    objectives in doing this work was to gather

16    evidence and to determine the flow path,

17    correct?

18            A.      Yes.

19            Q.      Okay.  Where -- where in the

20    Macondo hole did you intercept with the DD3

21    relief well?

22            A.      It was somewhere around

23    17,200 feet, I recall.

24            Q.      Was that above the top of cement

25    on the long string of casing?
```

```
 1              A.      Yes.

 2              Q.      And was it below the bottom

 3       of -- I believe it would be the 9-7/8 inch

 4       liner?

 5              A.      Yes.

 6              Q.      So is that a -- a portion of

 7       open hole?

 8              A.      Yes.

 9              Q.      Now, why was that particular

10       point selected to intercept?

11              A.      We did that back in the early

12       days of the relief well and planned it to

13       that to get us the -- if the well was

14       flowing either up the annulus or the

15       casing, it would give us the optimum

16       location to intercept to kill the well.

17              Q.      Okay.  And that was the reason?

18              A.      Yes.

19              Q.      All right.  When you did

20       intercept the Macondo well in that open

21       hole area, did you gather additional

22       information and evidence about the flow

23       path?

24              A.      Yes, we did.

25              Q.      And what was that?
```

1       A.      After we intercepted, we

2  circulated bottoms up and had no

3  hydrocarbon -- from the relief well

4  circulated bottoms up, had no hydrocarbon,

5  which indicated to us there was mud in the

6  Number 1 well annulus.

7       Q.      Okay.  Mud in the annulus of the

8  Macondo well?

9       A.      Yes.

10      Q.      I understand.  Okay.  Go ahead.

11      A.      After we intercept it, we didn't

12 have lost returns either.  And the

13 calculations had shown that had we been in

14 communication from the well -- point the

15 well intercepted to the reservoir, that we

16 would have had lost returns.  So we

17 indicated there was some isolation between

18 that intercept point and the reservoir.

19      Q.      And was that isolation being

20 provided by the lead cement from the cement

21 job on the Macondo long string?

22      A.      I believe it was.

23      Q.      Okay.  On or about October 7th,

24 2010, did BP perforate the production

25 casing in the Macondo well at about 9180

1    feet to create communication between the

2    inside of the production casing and the

3    annulus?

4         A.     Yes.

5         Q.     Why was that done?

6         A.     We wanted to further investigate

7    what fluid was in the annulus.

8         Q.     And how would that -- how would

9    that operation help you to do that?

10        A.     Well, what we did is actually

11   perforate, and then what we -- I think it

12   was after we pulled the -- I can't remember

13   the exact sequence, but after we pulled the

14   hanger or the seal assembly.  I can't

15   remember exactly.

16        Q.     Okay.

17        A.     We circulated the mud out, and

18   the returns we got back were their original

19   mud that was left in that annulus and no

20   hydrocarbon.

21        Q.     Okay.  And -- and when you

22   perforated the production casing, did you

23   also observe -- did BP also observe whether

24   there was any pressure drop in the annular

25   space?

1          A.        I think it was static, is what I

2     remember.

3          Q.        And does that -- is that

4     important in determining flow path?

5          A.        Yes.  If oil was in the annulus,

6     there would have been a differential U-tube

7     with a heavier mud in the casing going

8     through the perforations and displacing the

9     hydrocarbon.

10          Q.        And you did not see that?

11          A.        We did not see that.

12          Q.        Okay.  And that indicates what

13     again?

14          A.        That indicates that there was

15     never a flow up the annulus.

16          Q.        Then in, again, in mid October

17     of 2010, did BP -- your group in some

18     manner manage to take samples of the mud in

19     the annulus?

20          A.        Yes.

21          Q.        And was that -- is that what you

22     just told me about a minute ago to

23     determine that there was no hydrocarbons

24     present?

25          A.        Yes.

```
 1        Q.       All right.  On or about

 2   October 13th, did BP remove the lockdown

 3   sleeve on the Macondo well, cut the casing,

 4   and recover the casing hanger seal

 5   assembly?

 6        A.       Yes.

 7        Q.       And what was the condition --

 8   did you see it?

 9        A.       I saw pictures of it.  Excuse

10   me.

11        Q.       You all right?

12        A.       Yeah.

13        Q.       Go ahead and take a drink.

14        A.       Yeah.

15        Q.       It's been a long day, I know.

16        A.       Yes.

17        Q.       What was the condition of the

18   Dril-Quip casing hanger seal assembly that

19   was recovered from the Macondo well?

20        A.       It was described by the

21   personnel on the rig as being in pristine

22   condition.  From the photographs, that's

23   the way I looked at, that's the way it

24   appeared.

25        Q.       Let me ask you to look at
```

```
 1    Exhibit 911 and 912, please.

 2                    (Exhibit Number 911 and 912

 3    marked.)

 4         Q.        And what is Exhibit 911?

 5         A.        911 is a picture of the casing

 6    hanger and seal assembly.

 7         Q.        At what point?

 8         A.        At the rotary table.

 9         Q.        Okay.  And Exhibit 912?

10         A.        It looks like a closeup of the

11    seal assembly.

12         Q.        And what condition do you see

13    there in those photographs -- well, before

14    I ask you that.  Are those two of the

15    photographs that you saw --

16         A.        Yes.

17         Q.        -- after it was recovered?

18         A.        Yes.

19         Q.        And what's the condition of the

20    casing hanger and seal assembly in those

21    photographs?

22         A.        They look new.

23         Q.        Indicating what to you?

24         A.        That the hanger was installed

25    and remained installed in the proper
```

```
 1    location and had seal -- seal integrity
 2    throughout the blowout.
 3         Q.     And if hydrocarbons had blown
 4    out of the Macondo well up the annular
 5    space through the casing hanger seal
 6    assembly, rather than what you see in those
 7    photographs, what would you expect?
 8         A.     It would have been flow cut.
 9    The metal flow cut, gouged through there.
10         Q.     And if you'll look at
11    Exhibits 913, 914, and 915.
12              (Exhibit Numbers 913 through 915
13    marked.)
14         Q.     Are those photographs of the
15    interior of the casing hanger?
16         A.     Yes.  They look to be.
17         Q.     Have you seen those photographs
18    before?
19         A.     Yes.
20         Q.     And do those show severe erosion
21    on the interior of the casing hanger where
22    we know hydrocarbons flowed?
23         A.     It doesn't look like any severe
24    erosion inside.
25         Q.     Okay.  The -- so the -- the --
```

1   we have a couple of facts about the casing

2   hanger seal assembly that you've told me

3   is -- one is that it was in the right

4   position, the position that it would have

5   been placed in originally, even this long

6   after the blowout, correct?

7          A.      Yes.

8          Q.      And it was in good condition as

9   we see -- pristine condition as we see in

10  those photographs?

11         A.      Yes.

12         Q.      And both of those things

13  indicate that there was no blowout through

14  the seal -- up around and through the seal

15  assembly?

16         A.      That's correct.

17         Q.      Now, based on all the

18  evidence -- and before I get to that, I

19  want to cover everything quickly and

20  efficiently.

21                 Is there anything that I've

22  left out in terms of evidence that you were

23  able to gather about the possible flow path

24  or about the actual flow path?

25         A.      The -- yes.  I think there were

1    some concern at the crossover.  The casing

2    crossover might have been an issue, but we

3    saw neither hydrocarbon or cement in the

4    intersection point, which meant that when

5    we pumped the static kill cement job it

6    went straight down the casing and then up

7    and into to the reservoir.

8         Q.     Which would indicate an intact

9    production casing?

10        A.     Yes.

11        Q.     All right.  Rather than one with

12   a hole in it?

13        A.     Yes.

14        Q.     And you were asked questions

15   earlier about -- could the -- the

16   operations to convert the float collar have

17   caused a hole in the casing.  And based on

18   what you know, do you believe that

19   happened?

20        A.     I don't believe that happened.

21        Q.     For the same reason?

22        A.     Yes.

23        Q.     All right.  So based on all the

24   evidence that you're aware of through your

25   work on this matter, do you know whether

1   the lead cement in the Macondo well did

2   effectively seal the hydrocarbon bearing

3   formation from the annulus outside the

4   production casing?

5            MR. GODWIN:

6                 Objection, form.

7       A.     Could you state that again?

8       Q.     Sure.  Based on all the evidence

9   we've talk about and the facts and

10  information you gained in working on

11  this -- on the relief well and on the

12  static kill, were you able to determine

13  that the lead cement at the bottom of the

14  Macondo production casing, in fact, formed

15  an effective seal that sealed off the

16  producing zone from the annulus above that

17  cement?

18      A.     I believe that to be true.

19      Q.     All right.  And that being true,

20  what was the flow path of this blowout?

21      A.     Up the casing through the float

22  equipment.

23            MR. JACKSON:

24                 Thank you, sir.  That's all

25  I have.

841

## REPORTER'S CERTIFICATE

I, **THU BUI, CCR, RPR**, Certified Court Reporter, State of Louisiana, State of Texas, do hereby certify that the above-mentioned witness, after having been first duly sworn by me to testify to the truth, did testify as hereinabove set forth;

That the testimony was reported by me in shorthand and transcribed under my personal direction and supervision, and is a true and correct transcript, to the best of my ability and understanding;

That I am not of counsel, not related to counsel or the parties hereto, and not in any way interested in the outcome of this matter.

_____
**THU BUI, CCR, RPR**
Certified Court Reporter
State of Louisiana
State of Texas

**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters