# EXHIBIT UU

**In Support of**

**Defendant Dril-Quip's Memorandum of Law in Support of
Dril-Quip's Motion for Summary Judgment Against All Claims**

```
 1           UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
 2

 3   IN RE:  OIL SPILL       )    MDL NO. 2179
     by the OIL RIG,         )
 4   DEEPWATER HORIZON in    )    SECTION "J"
     the GULF OF MEXICO,     )
 5   April 20, 2010          )    JUDGE BARBIER
                             )
 6                           )    MAG. JUDGE
                             )    SHUSHAN
 7

 8
```

14

15              * * * * * * * * * * * * *
                       VOLUME 2
16              * * * * * * * * * * * * *

17

18         Deposition of **JONATHAN SPRAGUE**,
    taken at Pan-American Building, 601 Poydras
19  Street, 11th Floor, New Orleans, Louisiana,
    70130, on the 22nd of March, 2011.
20

21
    **APPEARANCES:**
22

23  Mr. Duke Williams
    **WILLIAMS LAW GROUP, LLC**
24  909 Poydras Street, Suite 1650
    New Orleans, Louisiana 70112
25

                    **GAUDET KAISER, L.L.C.**
                  Board-Certified Court Reporters

1  Q.  All right.  On or about
2  October 13th, did BP remove the lockdown
3  sleeve on the Macondo well, cut the casing,
4  and recover the casing hanger seal
5  assembly?
6  A.  Yes.
7  Q.  And what was the condition --
8  did you see it?
9  A.  I saw pictures of it.  Excuse
10  me.
11  Q.  You all right?
12  A.  Yeah.
13  Q.  Go ahead and take a drink.
14  A.  Yeah.
15  Q.  It's been a long day, I know.
16  A.  Yes.
17  Q.  What was the condition of the
18  Dril-Quip casing hanger seal assembly that
19  was recovered from the Macondo well?
20  A.  It was described by the
21  personnel on the rig as being in pristine
22  condition.  From the photographs, that's
23  the way I looked at, that's the way it
24  appeared.
25  Q.  Let me ask you to look at

```
 1    Exhibit 911 and 912, please.
 2              (Exhibit Number 911 and 912
 3    marked.)
 4         Q.   And what is Exhibit 911?
 5         A.   911 is a picture of the casing
 6    hanger and seal assembly.
 7         Q.   At what point?
 8         A.   At the rotary table.
 9         Q.   Okay.  And Exhibit 912?
10         A.   It looks like a closeup of the
11    seal assembly.
12         Q.   And what condition do you see
13    there in those photographs -- well, before
14    I ask you that.  Are those two of the
15    photographs that you saw --
16         A.   Yes.
17         Q.   -- after it was recovered?
18         A.   Yes.
19         Q.   And what's the condition of the
20    casing hanger and seal assembly in those
21    photographs?
22         A.   They look new.
23         Q.   Indicating what to you?
24         A.   That the hanger was installed
25    and remained installed in the proper
```

1  location and had seal -- seal integrity
2  throughout the blowout.
3      Q.   And if hydrocarbons had blown
4  out of the Macondo well up the annular
5  space through the casing hanger seal
6  assembly, rather than what you see in those
7  photographs, what would you expect?
8      A.   It would have been flow cut.
9  The metal flow cut, gouged through there.
10     Q.   And if you'll look at
11 Exhibits 913, 914, and 915.
12          (Exhibit Numbers 913 through 915
13 marked.)
14     Q.   Are those photographs of the
15 interior of the casing hanger?
16     A.   Yes.  They look to be.
17     Q.   Have you seen those photographs
18 before?
19     A.   Yes.
20     Q.   And do those show severe erosion
21 on the interior of the casing hanger where
22 we know hydrocarbons flowed?
23     A.   It doesn't look like any severe
24 erosion inside.
25     Q.   Okay.  The -- so the -- the --

1    we have a couple of facts about the casing
2    hanger seal assembly that you've told me
3    is -- one is that it was in the right
4    position, the position that it would have
5    been placed in originally, even this long
6    after the blowout, correct?
7         A.    Yes.
8         Q.    And it was in good condition as
9    we see -- pristine condition as we see in
10   those photographs?
11        A.    Yes.
12        Q.    And both of those things
13   indicate that there was no blowout through
14   the seal -- up around and through the seal
15   assembly?
16        A.    That's correct.
17        Q.    Now, based on all the
18   evidence -- and before I get to that, I
19   want to cover everything quickly and
20   efficiently.
21              Is there anything that I've
22   left out in terms of evidence that you were
23   able to gather about the possible flow path
24   or about the actual flow path?
25        A.    The -- yes.  I think there were

1    **REPORTER'S CERTIFICATE**

2

3             I, **THU BUI**, **CCR, RPR**, Certified

4    Court Reporter, State of Louisiana, State

5    of Texas, do hereby certify that the

6    above-mentioned witness, after having been

7    first duly sworn by me to testify to the

8    truth, did testify as hereinabove set

9    forth;

10             That the testimony was reported

11   by me in shorthand and transcribed under my

12   personal direction and supervision, and is

13   a true and correct transcript, to the best

14   of my ability and understanding;

15             That I am not of counsel, not

16   related to counsel or the parties hereto,

17   and not in any way interested in the

18   outcome of this matter.

19

20

21                           _____
                             **THU BUI, CCR, RPR**
22                           Certified Court Reporter
                             State of Louisiana
23                           State of Texas

24

25