# EXHIBIT VV

## In Support of

**Defendant Dril-Quip's Memorandum of Law in Support of Dril-Quip's Motion for Summary Judgment Against All Claims**

```
 1                UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
 2

 3   IN RE:  OIL SPILL      )  MDL NO. 2179
     BY THE OIL RIG         )
 4   "DEEPWATER HORIZON" IN )  SECTION "J"
     THE GULF OF MEXICO, ON )
 5   APRIL 20, 2010         )  JUDGE BARBIER
                            )  MAG. JUDGE SHUSHAN
 6
 7
 8
 9
10
11
12
13
14
15
16
17                  *****************
                         VOLUME 2
18                  *****************
19
20
            Continuation of the deposition of Billy
21   Dean Ambrose, Individually and as a Corporate
     Representative, taken at Pan-American Building,
22   601 Poydras Street, 11th Floor, New Orleans,
     Louisiana, 70130, on the 19th day of July, 2011.
23
24
25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1    Q.  What other evidence did -- did Transocean
2 find supporting its conclusion that the flow path
3 was up the production casing?
4    A.  That the -- when the seal assembly was
5 pulled, the exterior of the seal assembly had no
6 damage on it.
7    Q.  That's the testimony you provided earlier
8 about no erosion on the outside and erosion on
9 the inside?
10    A.  Yes.
11    Q.  What other evidence did Transocean find
12 that supported its conclusion the flow path was
13 up the production casing?
14    A.  The -- the last piece of evidence was --
15 if I can immediately call out, was the Allamon
16 diverter ball.
17    Q.  Tell us -- tell us what the Allamon
18 diverter ball is and why it supports the -- the
19 conclusion that flow was up the production
20 casing?
21    A.  The diverter ball is something that
22 you -- you launch and that it closes a -- a
23 diverter sleeve that's -- that you -- that was
24 used to -- when you run the casing.  And so when
25 that -- that ball moves through its two seats, it

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
 3   IN RE: OIL SPILL        )   MDL NO. 2179
     BY THE OIL RIG          )
 4   "DEEPWATER HORIZON" IN  )   SECTION "J"
     THE GULF OF MEXICO, ON  )
 5   APRIL 20, 2010          )   JUDGE BARBIER
                             )   MAG. JUDGE SHUSHAN
 6
 7              REPORTER'S CERTIFICATION
         TO THE ORAL AND VIDEOTAPED DEPOSITION OF
 8                  BILLY DEAN AMBROSE,
                   INDIVIDUALLY AND AS A
 9               CORPORATE REPRESENTATIVE
                      JULY 19, 2011
10                       VOLUME 2
11
        I, Emanuel A. Fontana, Jr., Certified
12   Shorthand Reporter in and for the State of Texas,
     hereby certify to the following:
13
        That the witness, BILLY DEAN AMBROSE, was
14   duly sworn by the officer and that the transcript
     of the oral deposition is a true record of the
15   testimony given by the witness;
16      That the deposition transcript was submitted
     on             , 2011, to the witness or to
17   Attorney                              for the
     witness to examine, sign, and return to Worldwide
18   Court Reporters, Inc., by              , 2011.
19      That the amount of time used by each party
     at the deposition is as follows:
20
        Mr. Lancaster - 2 Hours, 11 Minutes
21      Mr. von Sternberg - 1 Hour, 9 Minutes
        Ms. Rocca - 26 Minutes
22      Mr. Gannaway - 1 Hour, 41 Minutes
        Mr. Barrow - 16 Minutes
23      Mr. Zeringue - 29 Minutes
        Ms. Clingman - 25 Minutes
24      Mr. Meunier - 41 Minutes
        Mr. Dills - 6 Minutes
25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1    I further certify that I am neither counsel for, related to, nor employed by any of the
2 parties in the action in which this proceeding was taken, and further that I am not financially
3 or otherwise interested in the outcome of the action.

4

    SUBSCRIBED AND SWORN to by me on this 19th
5 day of July, 2011.

6

7

                Emanuel A. Fontana, Jr., RPR
8               Texas CSR No. 1232
                Expiration Date: 12/31/12
9               Worldwide Court Reporters
                Firm Registration No. 223
10              3000 Weslayan, Suite 235
                Houston, Texas  77027
11              (713) 572-2000

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**PURSUANT TO CONFIDENTIALITY ORDER**