# EXHIBIT WW

## In Support of

**Defendant Dril-Quip's Memorandum of Law in Support of Dril-Quip's Motion for Summary Judgment Against All Claims**

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3    IN RE:  OIL SPILL      )    MDL NO. 2179
      by the OIL RIG,        )
 4    DEEPWATER HORIZON in   )    SECTION "J"
      the GULF OF MEXICO,    )
 5    April 20, 2010         )    JUDGE BARBIER
                             )
 6                           )    MAG. JUDGE
                             )    SHUSHAN
 7
```

15          Deposition of **GARY HURTA**, taken
at Pan-American Building, 601 Poydras
16  Street, 11th Floor, New Orleans, Louisiana,
    70130, on May 26, 2011.
17

18  **APPEARANCES:**

19
    Mr. Soren Gisleson
20  Mr. Craig Robinson
    HERMAN, KATZ & COTLAR, LLP
21  820 O'Keefe Avenue
    New Orleans, Louisiana 70113
22  (504) 581-4892

23            APPEARING FOR THE
              PLAINTIFFS' STEERING COMMITTEE
24

25

**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters

1       A.      That's correct.

2       Q.      Could you describe for us what

3  we're looking at here?  And we're looking at

4  Figure 4.1.4 on Page 44 of Exhibit 986.

5       A.      Yes.  The top two photographs,

6  the side-by-side photographs show -- the one

7  on the right show an assembly, a casing

8  hanger, the adapter, and a seal assembly

9  arrangement, in our warehouse that mimicked

10 the equipment that was run into the Macondo

11 well.  And the photograph on the left shows

12 the equipment that was brought out of the

13 Macondo well after the -- the well was killed

14 and we'd gone in and cut casing.

15      Q.      And -- and how did they compare?

16      A.      Well, even -- even these two

17 photographs, of course, the one on the right

18 is in absolute pristine condition prior to

19 any shipping or any testing.

20              The one on the left is in very

21 good shape.  It is covered with mud, so it's

22 kind of difficult to see that the seal

23 assembly has still got the coating, the

24 original coating, that was put on the OD

25 surface, the external surface when it was

1   shipped to Dril-Quip.
2               And of significance here -- I
3   think I mentioned this a little earlier -- if
4   you look at the next photograph down, shows
5   the -- the 13-3/8 adapter, or the dummy
6   hanger as it's sometime referred to, that has
7   a paper tag that we use for identification
8   purposes in our warehouse, and that paper tag
9   is still partially in place.  As a matter of
10  fact, I would say easily 50 percent is still
11  there.  And that certainly would have been
12  the first thing you would have thought would
13  have been removed if there was any flow up
14  the annulus.  And it being paper, it should
15  not take much flow to remove this.
16              Then you step down a little
17  further, this is the third photograph down,
18  is a closeup view of the seal assembly where
19  you now get -- you can see the -- it's been
20  washed off, all the mud's been washed off.
21  You can see the color of the coating that was
22  on the seal assembly is that -- that
23  green that's --
24       Q.    Still -- still intact?
25       A.    Yes, it is.

1         And also you can see there
2  towards the bottom of that fourth photograph,
3  there is the casing hanger or flow ports that
4  would be on the casing hanger itself.  If the
5  well came up the annulus, it would have to go
6  through those ports.  So one would expect to
7  see a lot of erosion -- erosive effects on
8  these ports on the casing hanger.
9       Q.   And in your mind, the -- and in
10 Dril-Quip's opinion, this forensic evidence
11 taken from the actual tools that were used in
12 the well are indicative that there was not
13 annular flow past these pieces of equipment?
14      A.   That's correct.
15      Q.   So we've talked some density
16 testing that was done that supports a
17 conclusion that there wasn't annular flow,
18 correct?
19      A.   Yes.
20      Q.   We've talked about the forensic
21 testing that Dril-Quip concludes is
22 indicative of no annular flow, correct?
23      A.   That's right.
24      Q.   Is there also some engineering
25 modeling that you've seen about flow modeling

1        **REPORTER'S CERTIFICATE**

3           I, **Tamara Chapman**, Certified
4  Court Reporter, State of Louisiana, State of
5  Texas, do hereby certify that the
6  above-mentioned witness, after having been
7  first duly sworn by me to testify to the
8  truth, did testify as hereinabove set forth;
9           That the testimony was reported
10 by me in shorthand and transcribed under my
11 personal direction and supervision, and is a
12 true and correct transcript, to the best of
13 my ability and understanding;
14          That I am not of counsel, not
15 related to counsel or the parties hereto, and
16 not in any way interested in the outcome of
17 this matter.

                                 _____
                                 **Tamara Chapman**
                                 Certified Court Reporter
                                 State of Texas, CSR No. 7248
                                 GAUDET KAISER, LLC
                                 601 Poydras, Suite 1720
                                 New Orleans, Louisiana 70130
                                 T: (504) 525-9100
                                 F: (504) 525-9109