# EXHIBIT XX

**In Support of**

**Defendant Dril-Quip's Memorandum of Law in Support of
Dril-Quip's Motion for Summary Judgment Against All Claims**

```
 1              UNITED STATES DISTRICT COURT

 2             EASTERN DISTRICT OF LOUISIANA

 3

 4
     IN RE:  OIL SPILL          MDL NO. 2179
 5   BY THE OIL RIG
     "DEEPWATER HORIZON"        SECTION:  J
 6   IN THE GULF OF
     MEXICO, ON                 JUDGE BARBIER
 7   APRIL 20, 2010             MAG. JUDGE SHUSHAN

 8

 9

10
```

**VOLUME 1**

Deposition of **MARK ROBERT BLY**, 501 Westlake Park Boulevard, Houston, Texas 77210, taken in the Pan American Life Center, Louisiana 70130, reported on Thursday, February 17th, 2011.

1  investigation team that it would have looked
2  into whether or not the use of six
3  centralizers contributed to allowing gas to
4  flow in that manner?
5       A.    No.  I mean, if you think about
6  the way the investigative process works, is
7  you start out with all possibilities, and
8  then you work through and eliminate
9  possibilities, so once it becomes -- it
10 became clear that the flow went a certain
11 way, there's -- it would be very hypothetical
12 to go back and say, well, if something else
13 had been different, or if a different set of
14 circumstances had been in place, would this
15 have mattered.
16      Q.    Okay.  Let me ask you:  How
17 clear is it, because we can't get to the
18 equipment obviously, it's buried in the hole,
19 how clear is it that the conclusions of the
20 investigative team regarding the hydrocarbon
21 flow is, in fact, correct?
22      A.    Well, I mean, when we did our
23 work on the 8th of September, you know, we
24 put forth our best judgment of what we saw.
25 I believe it's clear, from an engineering

```
 1  judgment perspective, I think it's very
 2  clear, and what I would say is that -- I
 3  think the information that's come to light
 4  since our investigation has done nothing but
 5  strengthen that view, you know, things like
 6  the ability to see the -- I think it's called
 7  the seal assembly that came out of the well
 8  and observed that there was no flow that had
 9  gone by that.  So information from the
10  killing of the well all seemed to strongly
11  substantiate the views that we had on the 8th
12  of September.
13       Q.    All right.  And if, in fact,
14  that conclusion is correct in terms of the
15  flow coming up through the casing, then the
16  team has concluded that the existence of six
17  versus seven versus 10 versus 21
18  centralizers, would not have made a
19  difference in terms of preventing or helping
20  to prevent the blowout; is that correct?
21       A.    That's correct, yeah.
22       Q.    You mention in here -- well,
23  something you just mentioned, does it say low
24  level of procedure or rigor on process?
25       A.    You're asking me to read my own
```

1          **REPORTER'S CERTIFICATE**

2

3          I, **DIANE T. CLARK, RPR, RMR, CRR**,

4    Certified Court Reporter, State of

5    Louisiana, do hereby certify that

6    above-named witness, after having been duly

7    sworn by me to testify to the truth, did

8    testify as hereinabove set forth;

9          That this testimony was reported

10   by me in the stenotype reporting method and

11   transcribed thereafter by me on computer,

12   and that same is a true and correct

13   transcript to the best of my ability and

14   understanding;

15         That I am not of counsel, nor

16   related to counsel or the parties hereto,

17   and in no way interested in the outcome of

18   this matter.

19

20

21

22         _____

23         **DIANE T. CLARK, RPR, RMR, CRR**

24             Certified Court Reporter

25