# EXHIBIT YY

**In Support of**

**Defendant Dril-Quip's Memorandum of Law in Support of
Dril-Quip's Motion for Summary Judgment Against All Claims**

```
1              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA
2

3   IN RE:  OIL SPILL        )  MDL NO. 2179
    BY THE OIL RIG           )
4   "DEEPWATER HORIZON" IN   )  SECTION "J"
    THE GULF OF MEXICO, ON   )
5   APRIL 20, 2010           )  JUDGE BARBIER
                             )  MAG. JUDGE SHUSHAN
```

******************
VOLUME 2
******************

Continuation of the deposition of Patrick Leon O'Bryan, Ph.D. as a Corporate Representative, taken at Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 15th day of July, 2011.

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1  the hydrocarbons were behind it.
 2       Q.    (By Mr. Lemoine) M-h'm.
 3       A.    That's the only -- for -- the
 4  flow path was up the casing.  That's the only
 5  way that I can -- I can get there.
 6       Q.    Have you --
 7       MR. GODWIN:  Objection, form.
 8       MR. LEMOINE:  To the form of his
 9  answer, Don?
10       MR. GODWIN:  Yeah, correct.
11       MR. LEMOINE:  Good thinking, okay.
12       Q.    (By Mr. Lemoine) Have you --
13       MR. GODWIN:  Nonresponsive.
14       MR. LEMOINE:  Yeah, yeah.
15       Q.    (By Mr. Lemoine) Have you
16  hypothesized as to what caused the float
17  collars to fail?
18       A.    No, I've not done any analysis
19  on it.  The only thing I can tell you is
20  we -- we cut the nine and seven-eighths inch
21  or nine and five-eighths inch casing during
22  the abandonment of the well, and we pulled
23  the -- the hanger assembly out, and it was
24  from evidence of that there was no fluid
25  erosion --
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1        Q.    Right.
 2        A.    -- of the hanger, and,
 3  therefore, there was no way that flow was up
 4  the back side.  It came up the inside of the
 5  casing.
 6        Q.    Do -- have --
 7        MR. GODWIN:  Object to form.
 8        Q.    (By Mr. Lemoine) Have you formed
 9  an opinion as to whether the float collar
10  converted?
11        A.    I have not, no.
12        Q.    Have you thought about that?
13        A.    No, I've not.
14        Q.    Because you've -- you've --
15  you've freely indicated that the float collar
16  failed?
17        A.    Okay.  So if the float collar
18  was never -- never converted, that's a
19  possibility, as well.
20        Q.    All right.  And -- and you --
21  you --
22        A.    I'm making the summation --
23        Q.    Uh-huh.
24        A.    -- that -- that it was converted
25  because you were saying a 38 psi
```

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2
 3  IN RE:  OIL SPILL        )   MDL NO. 2179
    BY THE OIL RIG           )
 4  "DEEPWATER HORIZON" IN   )   SECTION "J"
    THE GULF OF MEXICO, ON   )
 5  APRIL 20, 2010           )   JUDGE BARBIER
                             )   MAG. JUDGE SHUSHAN
 6
 7            REPORTER'S CERTIFICATION
       TO THE ORAL AND VIDEOTAPED DEPOSITION OF
 8           PATRICK LEON O'BRYAN, PH.D.,
            AS A CORPORATE REPRESENTATIVE
 9                   JULY 15, 2011
                       VOLUME 2
10
11      I, Emanuel A. Fontana, Jr., Certified
    Shorthand Reporter in and for the State of
12  Texas, hereby certify to the following:
13      That the witness, PATRICK LEON O'BRYAN,
    PH.D., was duly sworn by the officer and that
14  the transcript of the oral deposition is a
    true record of the testimony given by the
15  witness;
16      That the deposition transcript was
    submitted on              , 2011, to the
17  witness or to Attorney _____
    for the witness to examine, sign, and return
18  to Worldwide Court Reporters, Inc., by
                   , 2011.
19
        That the amount of time used by each
20  party at the deposition is as follows:
21      Mr. Hymel - 1 Hour, 19 Minutes
        Mr. Godwin - 1 Hour, 57 Minutes
22      Ms. Gallagher - 8 Minutes
        Ms. Kuchler - 43 Minutes
23      Mr. McNevin - 5 Minutes
        Mr. Lemoine - 50 Minutes
24      Ms. Karis - 1 Hour, 15 Minutes
        Mr. Sterbcow - 25 Minutes
25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1  I further certify that I am neither counsel for, related to, nor employed by any
2  of the parties in the action in which this proceeding was taken, and further that I am
3  not financially or otherwise interested in the outcome of the action.
4
   SUBSCRIBED AND SWORN to by me on this
5  15th day of July, 2011.
6
7
8              Emanuel A. Fontana, Jr., RPR
               Texas CSR No. 1232
9              Expiration Date: 12/31/12
               Worldwide Court Reporters
10             Firm Registration No. 223
               3000 Weslayan, Suite 235
11             Houston, Texas  77027
               (713) 572-2000
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**PURSUANT TO CONFIDENTIALITY ORDER**