# EXHIBIT GGG

In Support of

Defendant Dril-Quip's Memorandum of Law in Support of
Dril-Quip's Motion for Summary Judgment Against All Claims



# MACONDO WELL INCIDENT
## Transocean Investigation Report
### Volume II

June 2011

# Appendix G
# Hydraulic Analysis of Macondo #252 Well Prior to Incident of April 20, 2010

Transocean

### 5.4 Hydrocarbon Flow Path

The analyses herein are presented supposing that all hydrocarbon influx occurred through the shoe track and float equipment before proceeding up the inside of the production casing. Nonetheless, it is acknowledged that alternative flow paths were physically possible. The set of possible flow paths include:

1. Flow into the inside of the production casing via the shoe track and float equipment;

2. Flow into the inside of the production casing via a leak in the casing (casing wall or connection failure) above the float equipment but below the work string;

3. Flow into the inside of the production casing (casing wall or connection failure) via a leak above the end of the work string;

4. Flow within the outer production casing annulus via a leak in (or lifting of) the upper seal assembly;

5. Underground flow outside the wellbore.

SES believes that the preponderance of evidence supports the scenario of flow inside the production casing below the work string through the shoe track (flow path 1), per the following rationale:

**Flow path 5:** This flow path is ruled out because hydrocarbons were observed to be flowing out of the riser and BOP during and after the incident. Note that this observation does not preclude the possibility of underground flow which subsequently returned to the wellbore; however, the net behavior would be consistent with one of the other possible flow paths (1 – 4) in this case.

| | |
|---|---|
| Title: Hydraulic Analysis of Macondo #252 Well Prior to Incident of April 20, 2010 | Rev. 1 |
| SES Document No.:1101190-ST-RP-0002 | April 27, 2011 |

**Flow path 4**: Flow path 4 is not consistent with several portions of the measured data set, particularly the record of the final 20 minutes. Had the leak path been through the seal assembly, the fluid inside the production casing would have been undisturbed as the influx progressed. After the final seawater displacement ended at 21:30, a static column of seawater would be present in the work string-to-casing annulus.

Per Table 3, with the drill string and kill line filled with seawater, the difference in pressure between the two lines is zero (or nearly zero, in the event the kill line contained a small amount of mud or spacer). Furthermore, as the hydrocarbon influx displaced mud into the BOP and riser, the kill line and standpipe pressure signals would follow identical (increasing) trends. Referring to Figure 48, it is evident that the standpipe and kill line signals were not zero, not equal, and followed uncorrelated trends over time. The differences in the measured signals must be attributed to flow activity in the work string-to-casing annulus, and hence, influx through the inside of the production casing.

A second argument against flow through the seal assembly is that the heavier column of pure mud in the casing outer annulus would require further displacement of the riser to reach the well's balance point. This is illustrated in Figure 63, which depicts the hypothetical well displacement at the end of the second seawater displacement (the beginning of the static sheen test), with sketches of the outer casing annulus added. If exposure to the formation is assumed through the casing shoe, the well is clearly underbalanced at this stage. However, if the shoe is sealed and exposure is through the casing annulus, the well is still overbalanced. In the case of reduced pump efficiencies presented in Section 4, the overbalance would have been even greater than the hypothetical displacement scenario at this point (21:08). Since the well was demonstrated to be flowing at this time, the theory of flow through the seal assembly is not substantiated.

STRESS ENGINEERING SERVICES INC.

Title: Hydraulic Analysis of Macondo #252 Well Prior to Incident of April 20, 2010  
SES Document No.:1101190-ST-RP-0002  
Rev. 1  
April 27, 2011



Figure 63: Hypothetical displacement procedure at static sheen test. Formation exposure to production casing only with sealed annulus (left); exposure to open annulus only (right)

| | |
|---|---|
| Title: Hydraulic Analysis of Macondo #252 Well Prior to Incident of April 20, 2010 | Rev. 1 |
| SES Document No.:1101190-ST-RP-0002 | April 27, 2011 |

**Flow path 2 and 3**: Both of these flow paths assume a failure of the production casing or one of its connections. This failure mode is less likely than a failure involving the float equipment due to the successful execution of the positive casing test (see Figure 29). In terms of the measured data, an argument similar to that used for flow path 4 may be made for flow path 3, depending on the actual vertical location of the supposed leak path. Flow path 2 would produce pressure responses similar to the actual recorded measurements, and thus is the more likely of the two.

**Flow Path 1:** SES deems this path to be the most likely, because agreement with the observed measurements can be obtained using this assumption, and the equipment through which the leak would occur (the float collar) was not tested during the positive casing test. Indeed, the success of the positive casing test and failure of the negative test suggests that the leak should be attributed to the primary cement and/or the float collar, as they were not tested by the former activity, but were exercised by the latter.


STRESS ENGINEERING SERVICES INC.