# EXHIBIT III

## In Support of

**Defendant Dril-Quip's Memorandum of Law in Support of Dril-Quip's Motion for Summary Judgment Against All Claims**



# Deepwater Horizon
# Accident Investigation Report

September 8, 2010



# Deepwater Horizon
# Accident Investigation Report

September 8, 2010

This is the report of an internal BP incident investigation team. The report does not represent the views of any individual or entity other than the investigation team. The investigation team has produced the report exclusively for and at the request of BP in accordance with its Terms of Reference, and any decision to release the report publicly is the responsibility of BP. It has not been prepared in response to any third party investigation, inquiry or litigation.

In preparing this report, the investigation team did not evaluate evidence against legal standards, including but not limited to standards regarding causation, liability, intent and the admissibility of evidence in court or other proceedings.

This report is based on the information available to the investigation team during the investigation; availability of additional information might have led to other conclusions or altered the team's findings and conclusions.

At times, the evidence available to the investigation team was contradictory, unclear or uncorroborated. The investigation team did not seek to make credibility determinations in such cases. In evaluating the information available to it, the investigation team used its best judgment but recognizes that others could reach different conclusions or ascribe different weight to particular information.

In the course of the investigation, members of the team conducted interviews, and this report draws upon the team members' understanding of those interviews. The investigation team did not record or produce verbatim transcripts of any interviews, nor did the team ask interviewees to review or endorse the notes taken by the interview team members. There were at least two team members present during each interview and, in utilizing information gathered from interviews, the team has taken into account the presence or absence of corroborating or conflicting evidence from other sources.

The report should be read as a whole, and individual passages should be viewed in the context of the entire report. Discussion or analysis that is based, to any extent, on work carried out by third parties—for example, on laboratory or consultant reports commissioned by the investigation team (refer to the appendices of this report)—is subject to the same qualifications or limitations to which that work was subject.

Graphics are occasionally used to depict information and scenarios; these may be simplified or not to scale and are intended only as an aid to the reader in the context of the discussion that they support.

Wherever appropriate, the report indicates the source or nature of the information on which analysis has been based or conclusions have been reached. Where such references would be overly repetitive or might otherwise confuse the presentation, evidentiary references have been omitted.

# Table of Contents

| | |
|---|---|
| Executive Summary | 9 |
| **Section 1.** Scope of the Investigation | 13 |
| **Section 2.** The Macondo Well | 15 |
| **Section 3.** Chronology of the Accident | 21 |
| **Section 4.** Overview of *Deepwater Horizon* Accident Analyses | 31 |
| **Section 5.** *Deepwater Horizon* Accident Analyses | 49 |
|     **Analysis 5A.** Well Integrity Was Not Established or Failed | 51 |
|     **Analysis 5B.** Hydrocarbons Entered the Well Undetected and Well Control Was Lost | 79 |
|     **Analysis 5C.** Hydrocarbons Ignited on *Deepwater Horizon* | 109 |
|     **Analysis 5D.** The Blowout Preventer Did Not Seal the Well | 141 |
| **Section 6.** Investigation Recommendations | 181 |
| **Section 7.** Work that the Investigation Team was Unable to Conduct | 189 |
| **Appendices** | 191 |

# Figures and Tables

## Figures

**Executive Summary**
  **Figure 1.** Macondo Well .................................................................................................... 12

**Section 2.** The Macondo Well
  **Figure 1.** Geographic Location of the Lease and Well ............................................. 15
  **Figure 2.** Geology, Original Well Design and Installed Depth .............................. 16
  **Figure 3.** Actual Casing Run .............................................................................................. 19

**Section 4.** Overview of *Deepwater Horizon* Accident Analyses
  **Figure 1.** Barriers Breached and the Relationship of Barriers to the Critical Factors ......... 32
  **Figure 2.** Shoe Track Barriers ........................................................................................... 37
  **Figure 3.** Possible Movement of Spacer into the Kill Line ..................................... 40
  **Figure 4.** Hydrocarbons Entering the Riser ................................................................ 43
  **Figure 5.** Mud Gas Separator ............................................................................................ 45

**Section 5.** *Deepwater Horizon* Accident Analyses
  **Analysis 5A.** Well Integrity Was Not Established or Failed
    **Figure 1.** Hydrocarbon Zones and Potential Flow Paths ................................. 54
    **Figure 2.** Planned Cement Slurry Placement ..................................................... 56
    **Figure 3.** Planned Cement Fluid Locations ......................................................... 61
    **Figure 4.** Shoe Track ...................................................................................................... 69
    **Figure 5.** Float Collar Conversion ............................................................................ 71
    **Figure 6.** Long String, Liner and Liner with Tieback ....................................... 75

  **Analysis 5B.** Hydrocarbons Entered the Well Undetected and Well Control Was Lost
    **Figure 1.** Positive-pressure Test (Real-time Data) ............................................ 83
    **Figure 2.** Spacer Placement ........................................................................................ 84
    **Figure 3.** Possible Movement of Spacer into Kill Line .................................... 87
    **Figure 4.** April 20, 2010, Negative-pressure Test (Real-time Data) .......... 88
    **Figure 5.** Typical Driller's Display Screen Showing Data Trending Capability and Mudlogger's Display Area (not *Deepwater Horizon*) .......... 90
    **Figure 6.** Typical Driller's Cabin on an Offshore Rig Similar to *Deepwater Horizon* .... 90
    **Figure 7.** *Deepwater Horizon* Driller's Cabin circa 2001 .............................. 91
    **Figure 8.** Flow Indication Graph Showing Anomalies (Real-time Data) ......... 93
    **Figure 9.** Pressure Increase During the Sheen Test (Real-time Data) .......... 95
    **Figure 10.** Normal Versus Abnormal Flow Out Signature as Pumps Shut Off (Real-time Data) .......... 95
    **Figure 11.** Flow Path Before and After Routing the Spacer Overboard ..... 96
    **Figure 12.** Typical Video Camera Displays in the Driller's Cabin (not *Deepwater Horizon*) .......... 97
    **Figure 13.** Mud Pump #2 Pressure Increase at 21:17 Hours (Real-time Data) .......... 98

Figure 14. OLGA® Well Flow Modeling for Flow Condition with an Open
          Annular Preventer .................................................................................. 100
Figure 15. Investigation of Pressure Responses After Shutting Down
          Pumps (Real-time Data) .......................................................................... 101
Figure 16. Modeled Pressure Responses Resulting from Hydrostatic Changes
          in the Wellbore ........................................................................................ 102
Figure 17. Interpretation of Well Control Response (Real-time Data) ..................... 105
Figure 18. OLGA® Well Flow Modeling Prediction of Cumulative Gain
          Excluding Pumped Volumes 20:52 Hours–21:49 Hours ......................... 106

**Analysis 5C.** Hydrocarbons Ignited on *Deepwater Horizon*
   Figure 1.  OLGA® Well Flow Modeling Prediction of Fluid Outflow from the Riser .... 113
   Figure 2.  Simplified Process Flow Diagram of Selected *Deepwater Horizon*
              Surface Equipment ............................................................................ 114
   Figure 3.  Simplified Drawing of the MGS ........................................................... 115
   Figure 4.  OLGA® Well Flow Modeling Prediction of Backpressure and Flow
              at the Diverter Packer ........................................................................ 117
   Figure 5.  Photograph of 6 in. Vacuum Breaker Line Gooseneck Vent ................. 118
   Figure 6.  Photograph of Starboard Overboard Lines ........................................... 119
   Figure 7.  *Deepwater Horizon* Photograph Showing a Starboard Jet Flame ........ 120
   Figure 8.  Schematic of Postulated Hydrocarbon Release Locations .................... 121
   Figure 9.  Vapor Dispersion at 100 Seconds ........................................................ 122
   Figure 10. Vapor Dispersion at 240 Seconds ........................................................ 122
   Figure 11. Relevant Surface Equipment Downstream of the IBOP at ~21:47 ........ 123
   Figure 12. Drill Pipe Pressure Measured at Cement Pump PI and Mud Pump PI ... 124
   Figure 13. Mud Pump #2 Pressure Plot Showing Line Test During
              Negative-pressure Test ...................................................................... 125
   Figure 14. Mud Pump #2 Pressure Plot Showing Lift Pressure of PRV ................ 126
   Figure 15. Illustration of Wellbore and Position of Hydrocarbons
              at 21:38 Hours if BOP Was Closed .................................................... 127
   Figure 16. Vapor Dispersion Case for Diverting to the Starboard Diverter ............ 128
   Figure 17. Hazardous Area Classification—Main Deck ........................................ 130
   Figure 18. CGD Locations—Drill Floor and Above ............................................... 132
   Figure 19. CGD Locations—Second Deck ............................................................ 133
   Figure 20. CGD Locations—Main Deck ................................................................ 134
   Figure 21. Photograph of Aft Deck of *Deepwater Horizon* .................................. 135
   Figure 22. Vapor Dispersion Aft Deck—190 Seconds ........................................... 136
   Figure 23. Second Deck Damage Vector Diagram ............................................... 137

**Analysis 5D.** The Blowout Preventer Did Not Seal the Well
   Figure 1. Drill Pipe Pressure—OLGA® Well Flow Modeling of Drill Pipe Pressure
             for a Closing BOP Versus Recorded Data ........................................... 144
   Figure 2. OLGA® Well Flow Modeling of Wellbore Pressure for
             a Leaking and Sealing Annular Preventer ........................................... 145
   Figure 3. Finite Element Analysis of an Annular Preventer ................................... 147
   Figure 4. Model Representation of Hydraulic Control for Annular Preventer ......... 148

Figure 5.   Hydraulic Analyses of an Annular Preventer .................................................. 149
Figure 6.   Moon Pool Layout Showing the Location of Blue and Yellow MUX Reels .. 151
Figure 7.   Typical Configuration of Flexible Hoses in the Moon Pool .......................... 152
Figure 8.   Simplified Schematic of the AMF Control System ....................................... 153
Figure 9.   Discharge Curve for a 27-volt AMF Battery Bank ........................................ 155
Figure 10.  Shear Pressure Requirement for 5 1/2 in., 21.9 ppf, S-135 Drill Pipe ......... 157
Figure 11.  Hydraulic Analyses of BSR Closure Response .......................................... 159
Figure 12.  Radiograph Image of ST Lock in Closed Position Taken by ROV
            After the Accident ........................................................................................ 161
Figure 13.  Likely Status of BOP Rams Immediately After Autoshear Initiation .......... 163
Figure 14.  Retrieved Riser Kink Section and Its Contents ........................................... 164
Figure 15.  A Schematic of Drill Pipe Configuration Across the BOP Over Time ........ 165
Figure 16.  (A) Photograph of Solenoid Valve 103 in the Yellow Pod
            (B) Testing of Solenoid Coils ....................................................................... 168
Figure 17.  Photograph of a 9-volt AMF Battery Pack ................................................... 168
Figure 18.  ROV Video Stills of Leaking Hose Fitting on a Shuttle Valve in
            the ST Lock Hydraulic Circuit ..................................................................... 170
Figure 19.  Photographs of *Deepwater Horizon* BOP TCP and Event Logger ............... 174
Figure 20.  BOP Well Control Modes of Operation ....................................................... 176

Section 6. Investigation Recommendations
    Figure 1.   Barriers Breached and the Relationships of Barriers to the Critical Factors ..... 181


Tables

Section 5. *Deepwater Horizon* Accident Analyses
    5A. Well Integrity Was Not Established or Failed
        Table 1.   Halliburton Cement Blend ................................................................ 57
        Table 2.   Halliburton Cement Slurry Densities ............................................... 57

    5B. Hydrocarbons Entered the Well Undetected and Well Control Was Lost
        Table 1.   Information Available Based on Activities Being Conducted ........ 94
        Table 2.   Final 9 Minutes Prior to the Explosion ........................................... 103

    5C. Hydrocarbons Ignited on *Deepwater Horizon*
        Table 1.   Timeline of Events Leading Up to the *Deepwater Horizon* Accident .......... 111
        Table 2.   CGDs on *Deepwater Horizon* ............................................................ 131

# Appendices

| | | |
|---|---|---|
| **Appendix A.** | Transocean Deepwater Horizon Rig Incident Investigation Into the Facts and Causation (April 23, 2010) | 193 |
| **Appendix B.** | Acronyms, Abbreviations and Company Names | 195 |
| **Appendix C.** | Macondo Well Components of Interest | 201 |
| **Appendix D.** | Sperry-Sun Real-time Data—Pits | 203 |
| **Appendix E.** | Sperry-Sun Real-time Data—Surface Parameters | 205 |
| **Appendix F.** | Roles and Responsibilities for Macondo Well | 207 |
| **Appendix G.** | Analysis Determining the Likely Source of In-flow | 211 |
| **Appendix H.** | Description of the BOP Stack and Control System | 223 |
| **Appendix I.** | *Deepwater Horizon* Investigation Fault Trees | (electronic media) |
| **Appendix J.** | Halliburton Lab Results - #73909/2 | (electronic media) |
| **Appendix K.** | Laboratory Analysis of Cementing Operations on the Deepwater Horizon (from CSI Technologies) | (electronic media) |
| **Appendix L.** | Reserved | |
| **Appendix M.** | Summary Report Global Analysis of Macondo 9 7/8-in x 7-in Production Casing 4992 ft Water Depth, GoM (For Macondo Well Investigation) (from Stress Engineering) | (electronic media) |
| **Appendix N.** | Mississippi Canyon 252 No.1 (Macondo) Basis of Design Review | (electronic media) |
| **Appendix O.** | Industry Comparison Data on Long String Casing and Casing Liners in the Macondo Well Area | (electronic media) |
| **Appendix P.** | BP/Deepwater Horizon Rheliant Displacement Procedure OSC-G 32306 (M-I SWACO) | (electronic media) |
| **Appendix Q.** | Summary of the Effect of Spacer Fluid Composition and Placement on Negative-pressure Test | (electronic media) |
| **Appendix R.** | Fluid Compressibility Calculations | (electronic media) |
| **Appendix S.** | First Surface Indications of Well Flow and Pit Gain | (electronic media) |

**Appendix T.**  Comparison of Events with Relevant Transocean Well Control Policies, Practices and Procedures .............................. (electronic media)

**Appendix U.**  Riser Fluid Evacuation to Rig Floor ............................................ (electronic media)

**Appendix V.**  BP Deepwater Horizon GOM Incident Investigation Dispersion Analysis (from BakerRisk) ........................................ (electronic media)

**Appendix W.**  Report–Dynamic Simulations Deepwater Horizon Incident BP (from ae add energy) ............................................ (electronic media)

**Appendix X.**  *Deepwater Horizon* Blue Pod AMF System Batteries .............. (electronic media)

**Appendix Y.**  September 2009–*Deepwater Horizon* Follow-up Rig Audit ...... (electronic media)

**Appendix Z.**  Hydraulic analyses of BOP control system (from Ultra Deep) .. (electronic media)

**Appendix AA.** *Deepwater Horizon* BOP Modifications Since Commissioning. (electronic media)

# Executive Summary

On the evening of April 20, 2010, a well control event allowed hydrocarbons to escape from the Macondo well onto Transocean's *Deepwater Horizon*, resulting in explosions and fire on the rig. Eleven people lost their lives, and 17 others were injured. The fire, which was fed by hydrocarbons from the well, continued for 36 hours until the rig sank. Hydrocarbons continued to flow from the reservoir through the wellbore and the blowout preventer (BOP) for 87 days, causing a spill of national significance.

BP Exploration & Production Inc. was the lease operator of Mississippi Canyon Block 252, which contains the Macondo well. BP formed an investigation team that was charged with gathering the facts surrounding the accident, analyzing available information to identify possible causes and making recommendations to enable prevention of similar accidents in the future.

The BP investigation team began its work immediately in the aftermath of the accident, working independently from other BP spill response activities and organizations. The ability to gather information was limited by a scarcity of physical evidence and restricted access to potentially relevant witnesses. The team had access to partial real-time data from the rig, documents from various aspects of the Macondo well's development and construction, witness interviews and testimony from public hearings. The team used the information that was made available by other companies, including Transocean, Halliburton and Cameron. Over the course of the investigation, the team involved over 50 internal and external specialists from a variety of fields: safety, operations, subsea, drilling, well control, cementing, well flow dynamic modeling, BOP systems and process hazard analysis.

This report presents an analysis of the events leading up to the accident, eight key findings related to the causal chain of events and recommendations to enable the prevention of a similar accident. The investigation team worked separately from any investigation conducted by other companies involved in the accident, and it did not review its analyses, conclusions or recommendations with any other company or investigation team. Also, at the time this report was written, other investigations, such as the U.S. Coast Guard and Bureau of Ocean Energy Management, Regulation and Enforcement Joint Investigation and the President's National Commission were ongoing. While the understanding of this accident will continue to develop with time, the information in this report can support learning and the prevention of a recurrence.

The accident on April 20, 2010, involved a well integrity failure, followed by a loss of hydrostatic control of the well. This was followed by a failure to control the flow from the well with the BOP equipment, which allowed the release and subsequent ignition of hydrocarbons. Ultimately, the BOP emergency functions failed to seal the well after the initial explosions.

During the course of the investigation, the team used fault tree analysis to define and consider various scenarios, failure modes and possible contributing factors.

Eight key findings related to the causes of the accident emerged. These findings are briefly described below. An overview of the team's analyses and key findings is provided in *Section 4. Overview of* Deepwater Horizon *Accident Analyses*, while *Section 5*. Deepwater Horizon *Accident Analyses* provides the detailed analyses. Refer to *Figure 1. Macondo Well*, for details of the well.

1. **The annulus cement barrier did not isolate the hydrocarbons.** The day before the accident, cement had been pumped down the production casing and up into the wellbore annulus to prevent hydrocarbons from entering the wellbore from the reservoir. The annulus cement that was placed across the main hydrocarbon zone was a light, nitrified foam cement slurry. This annulus cement probably experienced nitrogen breakout and migration, allowing hydrocarbons to enter the wellbore annulus. *The investigation team concluded that there were weaknesses in cement design and testing, quality assurance and risk assessment.*

2. The **shoe track barriers did not isolate the hydrocarbons**. Having entered the wellbore annulus, hydrocarbons passed down the wellbore and entered the 9 7/8 in. x 7 in. production casing through the shoe track, installed in the bottom of the casing. Flow entered into the casing rather than the casing annulus. For this to happen, both barriers in the shoe track must have failed to prevent hydrocarbon entry into the production casing. The first barrier was the cement in the shoe track, and the second was the float collar, a device at the top of the shoe track designed to prevent fluid ingress into the casing. *The investigation team concluded that hydrocarbon ingress was through the shoe track, rather than through a failure in the production casing itself or up the wellbore annulus and through the casing hanger seal assembly. The investigation team has identified potential failure modes that could explain how the shoe track cement and the float collar allowed hydrocarbon ingress into the production casing.*

3. **The negative-pressure test was accepted although well integrity had not been established.** Prior to temporarily abandoning the well, a negative-pressure test was conducted to verify the integrity of the mechanical barriers (the shoe track, production casing and casing hanger seal assembly). The test involved replacing heavy drilling mud with lighter seawater to place the well in a controlled underbalanced condition. In retrospect, pressure readings and volume bled at the time of the negative-pressure test were indications of flow-path communication with the reservoir, signifying that the integrity of these barriers had not been achieved. *The Transocean rig crew and BP well site leaders reached the incorrect view that the test was successful and that well integrity had been established.*

4. **Influx was not recognized until hydrocarbons were in the riser.** With the negative-pressure test having been accepted, the well was returned to an overbalanced condition, preventing further influx into the wellbore. Later, as part of normal operations to temporarily abandon the well, heavy drilling mud was again replaced with seawater, underbalancing the well. Over time, this allowed hydrocarbons to flow up through the production casing and passed the BOP. Indications of influx with an increase in drill pipe pressure are discernable in real-time data from approximately 40 minutes before the rig crew took action to control the well. The rig crew's first apparent well control actions occurred after hydrocarbons were rapidly flowing to the surface. *The rig crew did not recognize the influx and did not act to control the well until hydrocarbons had passed through the BOP and into the riser.*

5. **Well control response actions failed to regain control of the well.** The first well control actions were to close the BOP and diverter, routing the fluids exiting the riser to the *Deepwater Horizon* mud gas separator (MGS) system rather than to the overboard diverter line. *If fluids had been diverted overboard, rather than to the MGS, there may have been more time to respond, and the consequences of the accident may have been reduced.*

6. **Diversion to the mud gas separator resulted in gas venting onto the rig.** Once diverted to the MGS, hydrocarbons were vented directly onto the rig through the 12 in. goosenecked vent exiting the MGS, and other flow-lines also directed gas onto the rig. This increased the potential for the gas to reach an ignition source. *The design of the MGS system allowed diversion of the riser contents to the MGS vessel although the well was in a high flow condition. This overwhelmed the MGS system.*

7. **The fire and gas system did not prevent hydrocarbon ignition.** Hydrocarbons migrated beyond areas on *Deepwater Horizon* that were electrically classified to areas where the potential for ignition was higher. *The heating, ventilation and air conditioning system probably transferred a gas-rich mixture into the engine rooms, causing at least one engine to overspeed, creating a potential source of ignition.*

8. **The BOP emergency mode did not seal the well.** Three methods for operating the BOP in the emergency mode were unsuccessful in sealing the well.

   - The explosions and fire very likely disabled the emergency disconnect sequence, the primary emergency method available to the rig personnel, which was designed to seal the wellbore and disconnect the marine riser from the well.
   - The condition of critical components in the yellow and blue control pods on the BOP very likely prevented activation of another emergency method of well control, the automatic mode function (AMF), which was designed to seal the well without rig personnel intervention upon loss of hydraulic pressure, electric power and communications from the rig to the BOP control pods. An examination of the BOP control pods following the accident revealed that there was a fault in a critical solenoid valve in the yellow control pod and that the blue control pod AMF batteries had insufficient charge; these faults likely existed at the time of the accident.
   - Remotely operated vehicle intervention to initiate the autoshear function, another emergency method of operating the BOP, likely resulted in closing the BOP's blind shear ram (BSR) 33 hours after the explosions, but the BSR failed to seal the well.

*Through a review of rig audit findings and maintenance records, the investigation team found indications of potential weaknesses in the testing regime and maintenance management system for the BOP.*

The team did not identify any single action or inaction that caused this accident. Rather, a complex and interlinked series of mechanical failures, human judgments, engineering design, operational implementation and team interfaces came together to allow the initiation and escalation of the accident. Multiple companies, work teams and circumstances were involved over time.