UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, on APRIL 20, 2010 | * | |
| | * | SECTION J |
| Relates to: *All Cases* | * | |
| | * | |
| (Including Nos. 10-2771, | * | JUDGE BARBIER |
| 10-4536, 10-4182 and 10-4183) | * | |
| | * | MAG. JUDGE SHUSHAN |

*********************************************

## SUBMISSION OF PLAINTIFFS' COMBINED SECOND AMENDED PHASE ONE EXHIBIT LIST

NOW INTO COURT come Plaintiffs, thru Plaintiffs' Liaison Counsel, Coordinating Counsel for the Interests of the States, and Coordinating Counsel for the Interests of the United States, and respectfully submit the Plaintiffs' Combined Second Amended Exhibit List for the Phase One Limitation and Liability Trial as EXHIBIT A.

Plaintiffs' also reserve the right to introduce any Exhibit listed, submitted or otherwise utilized by any other party.

Respectfully submitted,

JAMES PARKERSON ROY, *Plaintiffs' Liaison Counsel*
STEPHEN J. HERMAN, *Plaintiffs' Liaison Counsel*
R. MICHAEL UNDERHILL, *Coordinating Counsel for the Interests of the U.S.*
HON. LUTHER J. STRANGE, III, *Coordinating Counsel for the Interests of the States*

| | |
|---|---|
| /s/   Stephen J. Herman | /s/ James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No. 11511 |
| **HERMAN HERMAN KATZ & COTLAR LLP** | **DOMENGEAUX WRIGHT ROY & EDWARDS LLC** |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhkc.com | E-Mail: jimr@wrightroy.com |
| *Plaintiffs Liaison Counsel* | *Plaintiffs Liaison Counsel* |

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that the Submission above, together with the Combined Second Amended Exhibit List (which was originally filed *via* ECF [Doc 4994] and served *via* Lexis-Nexis on December 23, 2011) attached as EXHIBIT A will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, this 27th day of December, 2011.

/s/  James Parkerson Roy and Stephen J. Herman