UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## ORDER

### [Amended Schedule for Limited B3 Discovery][1]

(Schedule is premised on developing the facts necessary for Nalco and the Clean-Up Responders to file motions renewing their preemption/derivative immunity arguments)

| | Current Deadline | Amended Deadline |
|---|---|---|
| Final Nalco/United States stipulations of fact to be provided to the PSC | November 11, 2011 | no change |
| Final Clean-Up Responder/United States stipulations of fact to be provided to the PSC | November 11, 2011 | January 31, 2012 |
| All parties wishing to do so shall serve document requests, interrogatories, and/or requests for admission re: preemption/derivative immunity issues | November 18, 2011 | no change |
| All parties to respond to any written discovery served | December 21, 2011 | no change |
| Nalco to complete production of documents related to any written discovery | December 21, 2011 | January 20, 2012 |
| All parties other than Nalco to complete production of documents related to any written discovery | December 21, 2011 | February 29, 2012 |

---

[1] This Order amends the schedule set forth in Rec. Doc. 4472.

| | | |
|---|---|---|
| PSC's objections to proposed stipulations of fact between Clean-Up Responders and the United States | December 21, 2011 | February 29, 2012 |
| Limited 30(b)(6) deposition of Nalco relevant to Nalco's preemption defense to be completed (if necessary) | January 31, 2012 | no change |
| Limited 30(b)(6) depositions of United States and Clean-Up Responder witnesses, and limited depositions of other witnesses, relevant to Clean-Up Responders' preemption/derivative immunity defenses to be completed (if necessary) | January 31, 2012 | April 30, 2012 |
| Nalco to file motion renewing its preemption argument | January 31, 2012 | no change |
| PSC to file opposition to Nalco's motion | February 21, 2012 | no change |
| Nalco to file reply in support of its motion | March 2, 2012 | no change |
| Oral Argument on Nalco's motion | TBD | no change |
| Clean-Up Responders to file motions renewing their preemption/derivative immunity arguments | February 10, 2012 | May 18, 2012 |
| PSC to file opposition(s) to Clean-Up Responders' motions | March 9, 2012 | June 18, 2012 |
| Clean-Up Responders to file replies in support of their motions | March 23, 2012 | July 13, 2012 |
| Oral Argument on Clean-Up Responders' motions | TBD | no change |

New Orleans, Louisiana, this __23rd__ day of ___December___, __2011__.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**

2