UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

# ORDER

**[Regarding Disposition of Certain Documents Generated at the Response Centers]**

The United States and BP have jointly moved this Court for leave to dispose of the originals of certain hard copy documents generated by individuals working in the response centers under the Unified Area Command ("UAC"). Specifically, a large quantity of paper documents were generated in connection with the response to the *Deepwater Horizon* Incident that were collected and maintained under the processes outlined by the UAC for potential inclusion in the Central Archive for the response. These documents have been reviewed by both BP and the Coast Guard in the course of preparing the Central Archive, and it has been determined that these documents do not merit inclusion in the Central Archive because they provide little if any substantive information related to the response effort.

These documents, the vast majority of which are duplicate copies of documents and documents that would, in the normal course, not have been retained, are identified colloquially within the UAC as "dupes and trash." They have been electronically scanned into a database by a BPs contractor under procedures approved by the UAC, and which Coast Guard personnel have monitored with regard to the chain of custody of the documents. The United States and BP believe that these procedures provide reasonable assurance that the content of these "dupes and

trash" documents has been preserved and will be available for review or production in electronic format, if necessary, as the litigation proceeds.

Because these "dupes and trash" documents are of marginal utility, are available in electronic form, and are costly to maintain, BP and the United States jointly move for leave to destroy the original paper documents.

It is HEREBY ORDERED that the motion for leave to destroy these "dupes and trash" documents is GRANTED and BP and the United States may dispose of the original documents at their convenience. It is HEREBY FURTHER ORDERED that BP shall preserve (as that term is defined in Pretrial Order 22) the electronic copies of the "dupes and trash" documents until final judgment is entered on all claims in this MDL.

New Orleans, Louisiana this 27th day of December, 2011.

_____
United States District Judge