
**17ᵀᴴ JUDICIAL DISTRICT COURT FOR THE PARISH OF LAFOURCHE**

CASE NO. 118947̄  STATE OF LOUISIANA  DIVISION " "

**JASON ADAMS AND DAX ADAMS**

**VERSUS**

**BP AMERICA PRODUCTION COMPANY AND
BP EXPLORATION AND PRODUCTION INC.**

FILED: _____    _____
                                                          DEPUTY CLERK

**PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come the petitioners, Jason Adams and Dax Adams, persons of the full age of majority and residents of the Parish of Lafourche, State of Louisiana, who, for their Petition for Damages, respectfully state as follows:

I.

Made defendants herein:

a) **BP AMERICA PRODUCTION COMPANY**- upon information and belief, a foreign corporation licensed to do and doing business in the Parish of Lafourche, State of Louisiana; and

b) **BP EXPLORATION AND PRODUCTION INC.**- upon information and belief, a foreign corporation licensed to do and doing business in the Parish of Lafourche, State of Louisiana.

II.

On or about May 10, 2010, BP America Production Company and/or BP Exploration and Production Inc. (hereinafter collectively referred to as "BP"), entered into a Master Vessel Charter Agreement with the plaintiff, Jason Adams, to hire his vessel to perform various tasks associated with the oil spill response and containment efforts in the Gulf of Mexico and surrounding bodies of water.

III.

On or about May 29, 2010, BP entered into a Master Vessel Charter Agreement with the plaintiff, Dax Adams, to hire his vessel to perform various tasks associated with the oil spill response and containment efforts in the Gulf of Mexico and surrounding bodies of water.



IV.

Upon information and belief, BP contracted with a large number of vessel owners to create a fleet of vessels to be available for, and at the disposal of, BP in response to the BP oil spill and containment efforts.

V.

Plaintiff, Jason Adam's, vessel was placed into service pursuant to the Master Vessel Charter Agreement by BP on or about May 18, 2010.

VI.

Plaintiff, Dax Adam's, vessel was placed into service pursuant to the Master Vessel Charter Agreement by BP on or about June 5, 2010.

VII.

The Master Vessel Charter Agreement provides in pertinent part that, "The term of the CHARTER shall commence on the date of the departure of the VESSEL from the mutually agreed location of delivery into the service of Charter, and shall be referred to as the "CHARTER TERM." CHARTERER may terminate the CHARTER at any time and the CHARTER TERM will terminate as set out in Paragraph B of this Article 1.

VIII.

The Master Vessel Charter Agreement provides under Paragraph B of Article 1 as follows:

> The VESSEL shall be delivered at the commencement of the CHARTER TERM, fully tanked with fuel, hydraulic fluid, lubricated, manned, provisioned and ready in all respects to perform SERVICES as required by this CHARTER. The VESSEL shall be redelivered to VESSEL OWNER at the close of each CHARTER TERM to the original point of delivery by CHARTERER, as determined by off-hire dispatch notification, unless VESSEL OWNER elects not to return directly to the point of dispatch, in which case, the CHARTER TERM shall cease immediately upon such election.

IX.

On or about November 26, 2010, BP sent correspondence to both plaintiffs entitled "Notice of Non-renewal of Master Vessel Charter" which stated in pertinent part:

> Please be advised that pursuant to the terms of the Master Vessel Charter Agreement ("MVCA"), BP is providing this "Off Hire Dispatch Notification" which terminates the MVCA immediately as of the date noted below.

X.

The "Notice of Non-renewal of Master Vessel Charter" set forth a termination date of

November 26, 2010.

## XI.

Despite the fact that the Charter Term was not terminated by BP until November 26, 2010, BP has refused to pay plaintiff, Jason Adam's, invoice for the portion of the charter term from October 19, 2010 to November 26, 2010.

## XII.

Despite the fact that the Charter Term was not terminated by BP until November 26, 2010, BP has refused to pay plaintiff, Dax Adam's, invoice for the portion of the charter term from September 21, 2010 to November 26, 2010.

## XIII.

As a result of the foregoing, BP has breached its contract with plaintiffs.

## XIV.

Plaintiff, Jason Adams, is still owed $62,400.00, which represents the charges for the unpaid portion of the charter term from October 19, 2010 to November 26, 2010.

## XV.

Plaintiff, Dax Adams, is still owed $107,200.00, which represents the charges for the unpaid portion of the charter term from September 21, 2010 to November 26, 2010.

## XVI.

Plaintiffs have made amicable demand to no avail.

## XVII.

Plaintiffs demand a jury on all issues so triable by jury.

**WHEREFORE**, plaintiffs, Jason Adams and Dax Adams, pray that they be granted a trial by jury and that the defendants, BP America Production Company and BP Exploration and Production Inc., be cited to appear and answer this petition, and that after all due proceedings, had, there be judgment in their favor and against the defendants, BP America Production Company and BP Exploration and Production Inc., in the full sum of $62,400.00 as it relates to Jason Adams, and the full sum of $107,200.00 as it relates to Dax Adams, both together with legal interest from the date of judicial demand until paid, attorney's fees, costs, and any and

all further legal and equitable relief as the Court shall deem necessary and proper.

Respectfully Submitted,

CHEHARDY, SHERMAN, ELLIS, MURRAY, RECILE, GRIFFITH, STAKELUM & HAYES, L.L.P.

_____
George B. Recile, L.B.N. 11414
Preston L. Hayes, L.B.N. 29898
One Galleria Boulevard, Suite 1100
Metairie, Louisiana 70001
Telephone: (504) 833-5600
Facsimile: (504) 833-8080
*Attorneys for Jason Adams and Dax Adams*

**PLEASE SERVE:**

**BP AMERICA PRODUCTION COMPANY**
through its agent for service of process:
CT Corporation System
5615 Corporate Boulevard, Suite 400B
Baton Rouge, Louisiana 70808

**BP EXPLORATION AND PRODUCTION INC.**
through its agent for service of process:
CT Corporation System
5615 Corporate Boulevard, Suite 400B
Baton Rouge, Louisiana 70808

4

FILED
NOV 21 2011
Rebecca L. Mosclau
CLERK OF COURT

A TRUE COPY
Clerk of Court's Office
Thibodaux, La. Nov. 21, 2011
Clerk Of Court

17TH JUDICIAL DISTRICT COURT FOR THE PARISH OF LAFOURCHE

STATE OF LOUISIANA

NO. 11-8943                                             DIVISION " D "

JASON ADAMS AND DAX ADAMS

VERSUS

BP AMERICA PRODUCTION COMPANY AND
BP EXPLORATION AND PRODUCTION INC.

FILED:_____        _____
                                           DEPUTY CLERK

### NOTICE OF FILING NOTICE OF REMOVAL

To:   Clerk of Court
      17th Judicial District Court
      Courthouse
      201 Green Street
      Thibodaux, Louisiana 70301

**YOU ARE HEREBY NOTIFIED** that a Notice of Removal of the above-captioned case, a copy of which is annexed hereto as Exhibit "A," was filed in the United States District Court for the Eastern District of Louisiana on the 14th day of December, 2011.

Respectfully submitted,

_____
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
Emma J. Hinnigan (Bar #31783)
Devin C. Reid (Bar #32645)
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

*Attorneys for BP America Production Company
and BP Exploration & Production Inc.*

1074048.1

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Filing Notice of Removal has been served upon all counsel of record by electronic mail and/or by placing the same in the United States mail, properly addressed this 14th day of December, 2011.



FILED

DEC 15 2011

CLERK OF COURT