

# CITATION

JASON ADAMS, ET AL     SEVENTEENTH JUDICIAL DISTRICT

VS                    PARISH OF LAFOURCHE

BP AMERICA PRODUCTION  STATE OF LOUISIANA
COMPANY, ET AL
DOCKET NUMBER: C-118943

TO:   BP AMERICA PRODUCTION COMPANY
     THROUGH ITS AGENT FOR SERVICE
     CT CORPORATION SYSTEM
     5615 CORPORATE BLVD., STE. 400B
     BATON ROUGE, LA 70808

residing in the PARISH OF EAST BATON ROUGE, STATE OF LOUISIANA

You are hereby cited to comply with the demand contained in the PETITION FOR DAMAGES a certified copy of which accompanies this citation. Alternatively, you should file an answer or other pleading to said PETITION FOR DAMAGES in the office of the Clerk of the Seventeenth Judicial District Court, in Thibodaux, Louisiana, within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

    WITNESS the Honorable Judges of said Court.

    Granted under the impress of my seal of office and my official signature at Thibodaux, Louisiana, November 21, 2011.

VERNON H. RODRIGUE
CLERK OF COURT

_____
Deputy Clerk of Court

CHEHARDY, SHERMAN, ELLIS, MURRAY
PRESTON L. HAYES
ONE GALLERIA BLVD., STE. 1100
METAIRIE, LA 70001

**FILED** DEC -2 2011
CLERK OF COURT

NOTICE OF SERVICE
I hereby certify that this Notice of Service was mailed by me to the requesting party. Dec 2, 2011
Rita A. Bernard
Deputy Clerk of Court

PERSONAL SERVICE                          DOMICILIARY SERVICE

On _____ on the _____        On _____ by
Day of _____, 20__          Leaving the same with _____
Service: _____
Mileage: _____        On the ___ day of
                                          _____, 20____
                                          Service: _____
                                          Mileage: _____

Dty. Sheriff EAST BATON ROUGE Parish      Dty. Sheriff EAST BATON ROUGE Parish

EXHIBIT
B

D248807

# CITATION

JASON ADAMS, ET AL      SEVENTEENTH JUDICIAL DISTRICT

VS

BP AMERICA PRODUCTION      PARISH OF LAFOURCHE
COMPANY, ET AL      STATE OF LOUISIANA
DOCKET NUMBER: C-118943

TO:    BP EXPLORATION AND PRODUCTION INC
       THROUGH ITS AGENT FOR SERVICE
       CT CORPORATION SYSTEM
       5615 CORPORATE BLVD., STE. 400B
       BATON ROUGE, LA 70808

residing in the PARISH OF EAST BATON ROUGE, STATE OF LOUISIANA

You are hereby cited to comply with the demand contained in the PETITION FOR DAMAGES a certified copy of which accompanies this citation. Alternatively, you should file an answer or other pleading to said PETITION FOR DAMAGES in the office of the Clerk of the Seventeenth Judicial District Court, in Thibodaux, Louisiana, within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

     WITNESS the Honorable Judges of said Court.

     Granted under the impress of my seal of office and my official signature at Thibodaux, Louisiana, November 21, 2011.

                                  VERNON H. RODRIGUE
                                  CLERK OF COURT

                                  _____
                                  Deputy Clerk of Court

CHEHARDY, SHERMAN, ELLIS, MURRAY
PRESTON L. HAYES
ONE GALLERIA BLVD., STE. 1100
METAIRIE, LA 70001

NOTICE OF SERVICE
I hereby certify that this Notice of Service was mailed by me to the requesting party
Date: Dec 2, 2011

FILED DEC - 2 2011
CLERK OF COURT

Deputy Clerk of Court

PERSONAL SERVICE          DOMICILIARY SERVICE

On _____ on the _____     On _____ by
Day of _____, 20 __     Leaving the same with _____
Service:_____
Mileage:_____     On the ___ day of
                                   _____, 20 _____
                                   Service:_____
                                   Mileage:_____

Dty. Sheriff EAST BATON ROUGE Parish     Dty. Sheriff EAST BATON ROUGE Parish