UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 <br> SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER <br> MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Regarding Dril-Quip's Motion to Seal Exhibits (Rec. doc. 4993)]**

IT IS ORDERED that Dril-Quip's *ex parte* motion for leave to file under seal exhibits to its third-party memorandum of law in support of its motion for Phase One summary judgment (Rec. doc. 4993) is GRANTED.

New Orleans, Louisiana, this 26th day of December, 2011.

**SALLY SHUSHAN**
**United States Magistrate Judge**