UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding BP's Motion to Seal Document (Rec. doc. 4996)]**

IT IS ORDERED that BP's *ex parte* motion for leave to file under seal an unredacted reply memorandum and certain exhibits (Rec. doc. 4996) is GRANTED.

New Orleans, Louisiana, this 26th day of December, 2011.

                                                     SALLY SHUSHAN
                                                   United States Magistrate Judge