## 22ND JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY

## STATE OF LOUISIANA

NO. 2011-16610                                                                 DIVISION: A

### ERIC MILLIGAN

### VERSUS

### BP AMERICA PRODUCTION COMPANY AND
### BP EXPLORATION AND PRODUCTION INC.

FILED: November 22, 2011            _____
                                    DEPUTY CLERK

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes the petitioner, Eric Milligan, a person of the full age of majority and a resident of the Parish of St. Tammany Parish, State of Louisiana, who, for his Petition for Damages, respectfully states as follows:

**I.**

Made defendants herein:

a) **BP AMERICA PRODUCTION COMPANY** - upon information and belief, a foreign corporation licensed to do and doing business in the Parish of Lafourche, State of Louisiana; and

b) **BP EXPLORATION AND PRODUCTION INC.** - upon information and belief, a foreign corporation licensed to do and doing business in the Parish of Lafourche, State of Louisiana.

**II.**

On or about June 28, 2010, BP America Production Company and/or BP Exploration and Production Inc. (hereinafter collectively referred to as "BP"), entered into a Master Vessel Charter Agreement with the plaintiff, Eric Milligan, to hire his vessel to perform various tasks associated with the oil spill response and containment efforts in the Gulf of Mexico and surrounding bodies of water.

**III.**

Upon information and belief, BP contracted with a large number of vessel owners to create a fleet of vessels to be available for, and at the disposal of, BP in response to the BP oil spill and containment efforts.

EXHIBIT A

**V.**

Plaintiff, Eric Milligan's, vessel was placed into service pursuant to the Master Vessel Charter Agreement by BP on or about July 2, 2010.

**VI.**

The Master Vessel Charter Agreement provides in pertinent part that, "The term of the CHARTER shall commence on the date of the departure of the VESSEL from the mutually agreed location of delivery into the service of Charter, and shall be referred to as the "CHARTER TERM." CHARTERER may terminate the CHARTER at any time and the CHARTER TERM will terminate as set out in Paragraph B of this Article 1.

**VII.**

The Master Vessel Charter Agreement provides under Paragraph B of Article 1 as follows:

> The VESSEL shall be delivered at the commencement of the CHARTER TERM, fully tanked with fuel, hydraulic fluid, lubricated, manned, provisioned and ready in all respects to perform SERVICES as required by this CHARTER. The VESSEL shall be redelivered to VESSEL OWNER at the close of each CHARTER TERM to the original point of delivery by CHARTERER, as determined by off-hire dispatch notification, unless VESSEL OWNER elects not to return directly to the point of dispatch, in which case, the CHARTER TERM shall cease immediately upon such election.

**VIII.**

On or about November 26, 2010, BP sent correspondence to both plaintiffs entitled "Notice of Non-renewal of Master Vessel Charter" which stated in pertinent part:

> Please be advised that pursuant to the terms of the Master Vessel Charter Agreement ("MVCA"), BP is providing this "Off Hire Dispatch Notification" which terminates the MVCA immediately as of the date noted below.

**IX.**

The "Notice of Non-renewal of Master Vessel Charter" set forth a termination date of November 26, 2010.

**X.**

Despite the fact that the Charter Term was not terminated by BP until November 26, 2010, BP has refused to pay plaintiff, Eric Milligan, for the portion of the charter term from July 28, 2010 to November 26, 2010.

**XI.**

As a result of the foregoing, BP has breached its contract with plaintiff.

**XII.**

Plaintiff, Eric Milligan, is still owed $195,200.00, which represents the charges for the unpaid portion of the charter term from July 28, 2010 to November 26, 2010.

**XIII.**

Plaintiff has made amicable demand to no avail.

**XIV.**

Plaintiff demands a jury on all issues so triable by jury.

**WHEREFORE**, plaintiff, Eric Milligan, prays that he be granted a trial by jury and that the defendants, BP America Production Company and BP Exploration and Production Inc., be cited to appear and answer this petition, and that after all due proceedings, had, there be judgment in his favor and against the defendants, BP America Production Company and BP Exploration and Production Inc., in the full sum of $195,200.00, with legal interest from the date of judicial demand until paid, attorney's fees, costs, and any and all further legal and equitable relief as the Court shall deem necessary and proper.

Respectfully Submitted,

CHEHARDY, SHERMAN, ELLIS, MURRAY, RECILE, GRIFFITH, STAKELUM & HAYES, L.L.P.

_____
George B. Recile, L.B.N. 11414
Preston L. Hayes, L.B.N. 29898
One Galleria Boulevard, Suite 1100
Metairie, Louisiana 70001
Telephone: (504) 833-5600
Facsimile: (504) 833-8080
*Attorneys for Eric Milligan*

**PLEASE SERVE:**
**BP AMERICA PRODUCTION COMPANY**
through its agent for service of process:
CT Corporation System
5615 Corporate Boulevard, Suite 400B
Baton Rouge, Louisiana 70808

3

**BP EXPLORATION AND PRODUCTION INC.**
through its agent for service of process:
CT Corporation System
5615 Corporate Boulevard, Suite 400B
Baton Rouge, Louisiana 70808

22ND JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY

STATE OF LOUISIANA

NO. 11-16610                          DIVISION " A "

ERIC MILLIGAN

VERSUS

BP AMERICA PRODUCTION COMPANY AND
BP EXPLORATION AND PRODUCTION INC.

FILED: December 16, 2011      S/ BRIDGET HICKMAN
                                                 DEPUTY CLERK

### NOTICE OF FILING NOTICE OF REMOVAL

To:    Clerk of Court
       22nd Judicial District Court
       Courthouse
       701 North Columbia Street
       Covington, Louisiana 70433

**YOU ARE HEREBY NOTIFIED** that a Notice of Removal of the above-captioned case, a copy of which is annexed hereto as Exhibit "A," was filed in the United States District Court for the Eastern District of Louisiana on the 15th day of December, 2011.

Respectfully submitted,

_____
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
Emma J. Hinnigan (Bar #31783)
Devin C. Reid (Bar #32645)
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

*Attorneys for BP America Production Company
and BP Exploration & Production Inc.*

**FAX FILED**

12-15-11

1074048.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Filing Notice of Removal has been served upon all counsel of record by electronic mail and/or by placing the same in the United States mail, properly addressed this 15th day of December, 2011.

_____

-2-

1074550_1