St Tammany Parish Clerk of Court   Docket#201116610                                   Page 1 of 1

# RETURN

Eric Milligan                                   No.   2011-16610 A

                                                **22nd Judicial District Court**
Versus                                          **Parish of St. Tammany**
                                                **Louisiana**
BP America Production Company, et al

RECEIVED NOV 30 2011 E.B.R. SHERIFF'S OFFICE

TO THE DEFENDANT     BP AMERICA PRODUCTION COMPANY, through its agent for service of process:

CT Corporation System, 5615 Corporate Boulevard, Suite 400B, Baton Rouge, Louisiana 70808

You are hereby summoned to comply with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 22nd Judicial District Court in and for the Parish of St. Tammany, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default judgment against you.

Witness the Honorable the Judges of said Court this   22nd   day of   November   A.D. 20 11

DEC 01 2011

*Malise Prieto*, CLERK OF COURT

I made service on the within named party through the CT Corporation

BY:   S/Cynthia D. Durbin   this document to ANETHIA BASS   JULIE CHISM

by tendering a copy

LISA UTTECH   RODERICK THOMAS   DEPUTY CLERK OF COURT

ISSUED: 11/23/11

E. WITHERSPOON
Deputy Sheriff, Parish of East Baton Rouge

Attorney   Preston L. Hayes   P-1

One Galleria Boulevard, Ste. 1100

Metairie, LA 70001

Received on _____, 20 ____, and on the _____ day of _____, 20 ____,

I served a true copy of the within _____

on _____ in person,

at domicile with _____

in _____ Parish, a distance of _____ miles from

the Court House.

**FILED**
DEC 12 2011
MALISE PRIETO, CLERK
Deputy _____

_____
Deputy Sheriff

K-101                                                                                101-15



EXHIBIT B

**RETURN**

| | |
|---|---|
| Eric Milligan | No. 2011-16610 A |
| Versus | **22nd Judicial District Court** |
| | **Parish of St. Tammany** |
| BP America Production Company, et al | **Louisiana** |

*RECEIVED NOV 30 2011 E.B.R. SHERIFF'S OFFICE*

TO THE DEFENDANT    BP EXPLORATION AND PRODUCTION, INC., through its agent for service of process:
CT Corporation System, 5615 Corporate Boulevard, Suite 400B, Baton Rouge, Louisiana 70808

You are hereby summoned to comply with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 22nd Judicial District Court in and for the Parish of St. Tammany, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default judgment against you.

Witness the Honorable the Judges of said Court this   22nd   day of   November   A.D. 20   11

*Malise Prieto*, CLERK OF COURT

BY:   S/Cynthia D. Durbin   _Cynthia Durbin_
DEPUTY CLERK OF COURT

ISSUED: 11/23/11

| | |
|---|---|
| Attorney  Preston L. Hayes   P-1 | |
| One Galleria Boulevard, Ste. 1100 | |
| Metairie, LA 70001 | |

*DEC 01 2011 — I made service on the named party through the CT Corporation and on the _____ day of _____, 20__ by tendering a copy of this document to ☐ LYNETTE BASS   ☐ JULIE CHISM   ☐ LISA UTTECH   ☐ RODERICK THOMAS*

Received on _____, 20__,
I served a true copy of the within
on _____   _E. Cummins_   in person,
at domicile with _____
in _____ Parish, a distance of _____
_____ miles from the Court House.

*Deputy Sheriff, Parish of East Baton Rouge, Louisiana*

_____
Deputy Sheriff
Parish of _____

**FILED DEC 12 2011**
MALISE PRIETO, CLERK
Deputy _____

K-101                                                                                             101-15