UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMIE GASPARD | MDL NO. 2179 |
| VERSUS | SECTION J |
| BP AMERICA PRODUCTION COMPANY AND BP EXPLORATION & PRODUCTION INC. | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |

THIS DOCUMENT RELATES TO
11-CV-3083

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### CERTIFICATE OF COMPLIANCE WITH 28 U.S.C. § 1447(b)

NOW INTO COURT, through undersigned counsel, come BP America Production Company and BP Exploration & Production Inc. ("BP"), who file this Certificate of Compliance with 28 U.S.C. § 1447(b), as required by this Court's Order of December 19, 2011.

1.

The parties remaining in this action are:

Jamie Gaspard

    Counsel of Record:

    George Brian Recile
    Preston L. Hayes
    Chehardy, Sherman, Ellis, Murray,
    Recile, Griffith, Stakelum & Hayes
    One Galleria Boulevard, Suite 1100
    Metairie, Louisiana 70001
    Telephone: (504) 833-5600

BP America Production Company and BP Exploration & Production Inc.

>Counsel of Record:
>Don K. Haycraft
>R. Keith Jarrett
>Emma J. Hinnigan
>Devin C. Reid
>Liskow & Lewis
>701 Poydras Street, Suite 5000
>New Orleans, Louisiana 70139
>Telephone: (504) 581-7979

2.

Copies of all pleadings filed by the above-referenced parties in state court are attached hereto as Exhibit "A."

3.

Copies of the returns on service of process of Plaintiff's Petition for Damages are attached hereto as Exhibit "B."

-3-

Respectfully submitted,

/s/ Emma J. Hinnigan
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
Emma J. Hinnigan (Bar #31783)
Devin C. Reid (Bar #32645)
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

***Attorneys for BP America Production Company and BP Exploration & Production Inc.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing pleading has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 27th day of December, 2011.

/s/   Emma J. Hinnigan

Emma J. Hinnigan

1075593_1