DIVISION D

# 17TH JUDICIAL DISTRICT COURT FOR THE PARISH OF LAFOURCHE

### STATE OF LOUISIANA

CASE NO. 118988

DIVISION " "

### JAMIE GASPARD

### VERSUS

### BP AMERICA PRODUCTION COMPANY AND BP EXPLORATION AND PRODUCTION INC.

FILED: _____        _____
                                            DEPUTY CLERK

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes the petitioner, Jamie Gaspard, a person of the full age of majority and a resident of the Parish of Lafourche, State of Louisiana, who, for his Petition for Damages, respectfully states as follows:

### I.

Made defendants herein:

a) **BP AMERICA PRODUCTION COMPANY**- upon information and belief, a foreign corporation licensed to do and doing business in the Parish of Lafourche, State of Louisiana; and

b) **BP EXPLORATION AND PRODUCTION INC.**- upon information and belief, a foreign corporation licensed to do and doing business in the Parish of Lafourche, State of Louisiana.

### II.

On or about May 10, 2010, BP America Production Company and/or BP Exploration and Production Inc. (hereinafter collectively referred to as "BP"), entered into a Master Vessel Charter Agreement with the plaintiff, Jamie Gaspard, to hire his vessel to perform various tasks associated with the oil spill response and containment efforts in the Gulf of Mexico and surrounding bodies of water.

### III.

Upon information and belief, BP contracted with a large number of vessel owners to create a fleet of vessels to be available for, and at the disposal of, BP in response to the BP oil spill and containment efforts.


EXHIBIT A

**IV.**

Plaintiff, Jamie Gaspard's, vessel was placed into service pursuant to the Master Vessel Charter Agreement by BP on or about May 28, 2010.

**V.**

The Master Vessel Charter Agreement provides in pertinent part that, "The term of the CHARTER shall commence on the date of the departure of the VESSEL from the mutually agreed location of delivery into the service of Charter, and shall be referred to as the "CHARTER TERM." CHARTERER may terminate the CHARTER at any time and the CHARTER TERM will terminate as set out in Paragraph B of this Article 1.

**VI.**

The Master Vessel Charter Agreement provides under Paragraph B of Article 1 as follows:

> The VESSEL shall be delivered at the commencement of the CHARTER TERM, fully tanked with fuel, hydraulic fluid, lubricated, manned, provisioned and ready in all respects to perform SERVICES as required by this CHARTER. The VESSEL shall be redelivered to VESSEL OWNER at the close of each CHARTER TERM to the original point of delivery by CHARTERER, as determined by off-hire dispatch notification, unless VESSEL OWNER elects not to return directly to the point of dispatch, in which case, the CHARTER TERM shall cease immediately upon such election.

**VII.**

On or about November 26, 2010, BP sent correspondence to vessel owners entitled "Notice of Non-renewal of Master Vessel Charter" which stated in pertinent part:

> Please be advised that pursuant to the terms of the Master Vessel Charter Agreement ("MVCA"), BP is providing this "Off Hire Dispatch Notification" which terminates the MVCA immediately as of the date noted below.

**VIII.**

The "Notice of Non-renewal of Master Vessel Charter" set forth a termination date of November 26, 2010.

**IX.**

Despite the fact that the Charter Term was not terminated by BP until November 26, 2010, BP has refused to pay plaintiff, Jamie Gaspard, for the portion of the charter term from September 25, 2010 to November 26, 2010.

**X.**

As a result of the foregoing, BP has breached its contract with plaintiff.

2

### XI.

Plaintiff, Jamie Gaspard, is still owed $100,800.00, which represents the charges for the unpaid portion of the charter term from September 25, 2010 to November 26, 2010.

### XII.

Plaintiff demands a jury on all issues so triable by jury.

**WHEREFORE**, plaintiff, Jamie Gaspard, prays that he be granted a trial by jury and that the defendants, BP America Production Company and BP Exploration and Production Inc., be cited to appear and answer this petition, and that after all due proceedings, had, there be judgment in his favor and against the defendants, BP America Production Company and BP Exploration and Production Inc., in the full sum of $100,800.00, both together with legal interest from the date of judicial demand until paid, attorney's fees, costs, and any and all further legal and equitable relief as the Court shall deem necessary and proper.

Respectfully Submitted,

CHEHARDY, SHERMAN, ELLIS, MURRAY, RECILE, GRIFFITH, STAKELUM & HAYES, L.L.P.

_____
George B. Recile, L.B.N. 11414
Preston L. Hayes, L.B.N. 29898
One Galleria Boulevard, Suite 1100
Metairie, Louisiana 70001
Telephone: (504) 833-5600
Facsimile: (504) 833-8080

and

David Ardoin, L.B.N. 24282
Naquin Law Firm
501 West Third Street
Post Office Box 127
Thibodaux, Louisiana 70302
Telephone: (985) 447-9554
Facsimile: 447-9550
*Attorneys for Jamie Gaspard*

PLEASE SERVE:

BP AMERICA PRODUCTION COMPANY
through its agent for service of process:
CT Corporation System
5615 Corporate Boulevard, Suite 400B
Baton Rouge, Louisiana 70808

BP EXPLORATION AND PRODUCTION INC.
through its agent for service of process:
CT Corporation System
5615 Corporate Boulevard, Suite 400B
Baton Rouge, Louisiana 70808

FILED
NOV 29 2011
Rebecca␣␣␣
CLERK OF COURT

A TRUE COPY
Clerk of Court's Office
Thibodaux, La. NOV 30 2011
Clerk of Court

17TH JUDICIAL DISTRICT COURT FOR THE PARISH OF LAFOURCHE

STATE OF LOUISIANA

NO. 11-8988                                DIVISION " D "

JAMIE GASPARD

VERSUS

BP AMERICA PRODUCTION COMPANY AND
BP EXPLORATION AND PRODUCTION INC.

FILED:_____      _____
                                                           DEPUTY CLERK

## NOTICE OF FILING NOTICE OF REMOVAL

To:    Clerk of Court
       17th Judicial District Court
       Courthouse
       201 Green Street
       Thibodaux, Louisiana 70301

**YOU ARE HEREBY NOTIFIED** that a Notice of Removal of the above-captioned case, a copy of which is annexed hereto as Exhibit "A," was filed in the United States District Court for the Eastern District of Louisiana on the 16th day of December, 2011.

Respectfully submitted,

_[signature]_

Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
Emma J. Hinnigan (Bar #31783)
Devin C. Reid (Bar #32645)
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

*Attorneys for BP America Production Company
and BP Exploration & Production Inc.*

1074682.1

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Notice of Filing Notice of Removal has been served upon all counsel of record by electronic mail and/or by placing the same in the United States mail, properly addressed this 16th day of December, 2011.

_____

**FILED**

DEC 19 2011

CLERK OF COURT

1074682_1

-2-