D253484

# CITATION

JAMIE GASPARD

VS

BP AMERICA PRODUCTION
COMPANY, ET AL
DOCKET NUMBER: C-118988

SEVENTEENTH JUDICIAL DISTRICT

PARISH OF LAFOURCHE

STATE OF LOUISIANA

TO:  BP AMERICA PRODUCTION COMPANY
     THRU ITS AGENT: CT CORPORATION SYSTEM
     5615 CORPORATE BLVD., SUITE 400B
     BATON ROUGE, LA 70808

residing in the PARISH OF EAST BATON ROUGE, STATE OF LOUISIANA

You are hereby cited to comply with the demand contained in the Petition for Damages a certified copy of which accompanies this citation. Alternatively, you should file an answer or other pleading to said Petition for Damages in the office of the Clerk of the Seventeenth Judicial District Court, in Thibodaux, Louisiana, within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS the Honorable Judges of said Court.

Granted under the impress of my seal of office and my official signature at Thibodaux, Louisiana, November 30, 2011.

VERNON H. RODRIGUE
CLERK OF COURT

_____
Deputy Clerk of Court

CHEHARDY, SHERMAN, ELLIS, MURRAY,
RECILE, GRIFFITH, STAKELUM & HAYES LLP
ATTORNEYS AT LAW
ONE GALLERIA BLVD., SUITE 1100
METAIRIE, LA 70001

DEC 05 2011 — I made service on the named party through the CT Corporation ... copy of this document to ☐ LYNETTE BASS ☐ THOMAS ☐ LISA ☐ ROBERT ☐ ...
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

FILED
DEC - 9 2011
_____
CLERK OF COURT

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On _____ on the _____ Day of _____, 20____ Service: _____ Mileage: _____ | On _____ by Leaving the same with _____ On the ___ day of _____, 20____ Service: _____ Mileage: _____ |
| Dty. Sheriff EAST BATON ROUGE Parish | Dty. Sheriff EAST BATON ROUGE Parish |

NOTICE OF SERVICE
I hereby certify that this Notice of Service was mailed by me to the requesting party
Date: Dec. 9, 2011
_____
Deputy Clerk of Court

EXHIBIT
B

D253492

# CITATION

| | |
|---|---|
| JAMIE GASPARD | SEVENTEENTH JUDICIAL DISTRICT |
| VS | PARISH OF LAFOURCHE |
| BP AMERICA PRODUCTION COMPANY, ET AL | STATE OF LOUISIANA |
| DOCKET NUMBER: C-118988 | |

TO: BP EXPLORATION AND PRODUCTION INC
THRU ITS AGENT: CT CORPORATION SYSTEM
5615 CORPORATE BLVD, SUITE 400B
BATON ROUGE, LA 70808
residing in the PARISH OF EAST BATON ROUGE, STATE OF LOUISIANA

You are hereby cited to comply with the demand contained in the Petition for Damages a certified copy of which accompanies this citation. Alternatively, you should file an answer or other pleading to said Petition for Damages in the office of the Clerk of the Seventeenth Judicial District Court, in Thibodaux, Louisiana, within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS the Honorable Judges of said Court.

Granted under the impress of my seal of office and my official signature at Thibodaux, Louisiana, November 30, 2011.

VERNON H. RODRIGUE
CLERK OF COURT

_____
Deputy Clerk of Court

CHEHARDY, SHERMAN, ELLIS, MURRAY,
RECILE, GRIFFITH, STAKELUM & HAYES LLP
ATTORNEYS AT LAW
ONE GALLERIA BLVD., SUITE 1100
METAIRIE, LA 70001

DEC 0 5 2011

I made service on the named party through the CT Corporation by tendering a copy of this document to
☐ LISA UTTECH   ☐ LYNETTE BASS   ☐ JULIE CHISM
☐ MARGIE THOMAS

PERSONAL SERVICE

On _____ on the _____
Day of _____, 20___
Service: _____
Mileage: _____

DOMICILIARY SERVICE

On  E. Cummins
Leaving the same with _____ East Baton Rouge Louisiana
Deputy Sheriff
On the ___ day of
_____, 20____
Service: _____
Mileage: _____

Dty. Sheriff EAST BATON ROUGE Parish      Dty. Sheriff EAST BATON ROUGE Parish

FILED
DEC - 9 2011
_____
CLERK OF COURT

NOTICE OF SERVICE
I hereby certify that this Notice of Service was mailed by me to the requesting party.
Date: Dec. 9, 2011
_____
Deputy Clerk of Court