Attachment B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## DECLARATION OF BRANDON LEATHA

I, Brandon Leatha, declare as follows:

1. I am over twenty-one years of age and make this declaration based on my own personal knowledge.

2. I have been asked to provide a declaration regarding processing and analysis of email stored in the United States's Zantaz email archive System ("Zantaz") and email stored in certain "live" repositories, (the United States's "Live" repository). These two sets of data were provided to eDox USA pursuant to a confidentiality agreement. eDox processed this data and I, as a contractor of Jessen and Associates, analyzed and reported on this data as described below.

3. Currently I own an electronic discovery consulting company, Leatha Consulting LLC, and engage in contract work for Jessen and Associates. Leatha Consulting LLC has been in business for approximately 15 months. Prior to this, I worked at the electronic discovery service provider Electronic Evidence Discovery, Inc., for 10 years at various positions in electronic discovery services and consulting. My positions included Director of Data Analysis for 7 years and Director of ESI Consulting for approximately 18 months. As part of my work in

the electronic discovery industry, I have for several years been engaged in the analysis of electronically stored information for the purposes of quantifying and summarizing the properties of such data as an aid to resolving issues and disputes in the discovery context. Over the years I have performed an analysis and created reports for hundreds of such discovery matters.

4. The Zantaz/Live data analysis was performed on all email from the Live and Zantaz collections for the 4 sample Department of Interior custodians processed by eDox.

5. Only parent level e-mail messages are candidates for analysis. Contacts, tasks, appointments and other non-email Outlook objects were not included.

6. Email messages without a Sent Date or a Sender were not included in the analysis. These are likely draft messages and were never sent.

7. The email sender, or the "FROM" field, was normalized to ensure proper duplicate identification. For example, some messages had both the Resolved Name and the Email Address in the FROM field (e.g. "Last, First" <first.last@domain.com>), and other messages by the same sender only had the Email Address (< first.last@domain.com >).

8. Email subject lines were normalized to accommodate for variations in text encoding (Unicode vs. ASCII). Right and Left facing single and double quotation marks were replaced with vertical single and double quotation marks, respectively. Leading and trailing spaces were also trimmed from the subject line.

9. A primary duplicate identification key was built using the "Custodian" + "Sent Date and Time" + "Normalized Subject Line." Although this duplicate identification key is broader than is typically used, this was done intentionally to allow for differences in metadata between the Live and Zantaz collections, and to enable more documents to be properly identified as being in both the Live and Zantaz collections.

2

10. A secondary duplicate identification key was built using the "Custodian" + "Internet Message ID."

11. Prior to filtering the email with the responsive and privileged search terms, the email messages meeting the criteria for analysis were separated into the following 3 categories:

- **Zantaz Only:** Email messages that originated from the Zantaz collection, and neither the Primary nor Secondary duplicate identification keys were found to match email messages in the Live collection.

- **Live Only:** Email messages that originated from the Live collection, and neither the Primary nor Secondary duplicate identification keys were found to match email messages in the Zantaz collection.

- **Live and Zantaz:** Email messages where either the Primary or Secondary duplicate identification keys were found in both the Live and Zantaz collections. Messages in this category are referred to below as belonging to a "duplicate set."

12. eDox ran the responsive search terms and date restrictions across the entire dataset. The responsive results were then mapped to the emails in the three categories. If a responsive search term hit on any one of the email messages or attachments in a duplicate set, the entire duplicate set was considered responsive and remained in one of the three categories. This could occur as a result of a variety of characteristics with the data. For example, because emails are collected by Zantaz before they reach the recipient's mailbox, the Zantaz copy will frequently lack meta-data fields that are created and exist for the Live copy once it reaches its intended mailbox. If a Live copy registers as a responsive hit because a responsive search term hit on a meta-data field not stored for the Zantaz copy, only the Live copy would register as a privilege hit, while the Zantaz copy would not register as responsive. To deal with this issue in a

way that maximized the relative number of Live and Zantaz email messages as compared to the number of Zantaz only email messages or Live only email messages, a responsive search term only needed to hit on one of the copies in a duplicate set for both copies in the set to be classified as responsive email in the Live and Zantaz collection. Non-responsive duplicate sets were removed from the analysis.

13. eDox also ran privilege terms across the entire dataset. The privileged results were then mapped to the emails in the three categories. The US represented that it searches email metadata (such as folder path) for privilege terms, but, as explained in paragraph 12, there is more metadata available for email in the Live collection than for email in the Zantaz collection. This likely entails that more emails will hit on privilege search terms in the Live collection, since there is more metadata.

14. Accordingly, for the purposes of this analysis, emails were only designated as privileged if both members of a duplicate set hit on a privilege term. This ensured that the process of running privilege terms resulted in the maximum possible number of emails in the Live and Zantaz collection as compared to the two exclusive collections (Zantaz only and Live only). Specifically, if an email was in the Live collection and the Zantaz collection, it was only excluded from the report for hitting privilege terms if both members of the duplicate set hit on a privilege term. If this had not been done, an email with copies in both the Live and Zantaz collections would be excluded from the Live and Zantaz collection if the Live copy hit on a privilege term, and the Zantaz copy did not. The Live copy with a privilege hit would be removed as privileged, thereby removing it from the Live and Zantaz collection. At the same time, the Zantaz copy would not be removed due to a privilege hit, and thereby be included in the Zantaz only collection. Overall, this would decrease the number of emails in the Live and

Zantaz collection, and increase the number in the Zantaz only collection. The privilege screening process undertaken in my analysis, in contrast, ensured that a privilege hit for only the Live copy would not result in removing either the Live copy or the Zantaz copy from the data.

15. Furthermore, because this process has the potential of including potentially privileged emails, no detail, metadata or other potentially privileged content was shared with BP, counsel, or anyone that has not signed the confidentiality agreement with the United States.

16. The categories were then segregated into a PRE and POST legal hold time period. Messages with a Sent Date and Time less than or equal to 4/30/2010 were assigned to the PRE category. Messages with a Sent Date and Time later than 4/30/2010 were assigned to the POST category.

17. Message counts were then de-duplicated within each of the 3 categories using the Primary and Secondary duplicate identification keys. By definition, a message and the message's duplicates must reside in the same category.

18. This process resulted in the summary below of the counts of responsive (per search terms), non-privileged (per privilege terms), unique messages in each of the defined categories and segregated by custodian. On December 14, 2011, I provided a more detailed report of this analysis to Sarah Himmelhoch, an attorney representing the United States. This detailed report provided the meta-data for each of the email messages that is included in the summary below.

| CUSTODIAN | Zantaz Only PRE | Live Only PRE | Live and Zantaz PRE | Zantaz Only POST | Live Only POST | Live and Zantaz POST | TOTAL |
|---|---|---|---|---|---|---|---|
| Neal, Eric | 1,428 | - | 13 | 316 | - | 32 | 1,789 |
| Neal, Robert | 1,337 | - | 23 | 343 | - | 1 | 1,704 |
| Patton, Frank | 5,324 | 11 | 2,043 | 587 | 92 | 1,935 | 9,992 |
| Saucier, Mike | 10,031 | 20 | 4,095 | 1,301 | 68 | 4,756 | 20,271 |
|  | 18,120 | 31 | 6,174 | 2,547 | 160 | 6,724 | 33,756 |

Case 2:10-md-02179-CJB-DPC   Document 5012-3   Filed 12/23/11   Page 7 of 8

|  | PRE | % of PRE | POST | % of POST |
|---|---|---|---|---|
| **Zantaz Only** | 18,120 | 74.5% | 2,547 | 27.0% |
| **Live Only** | 31 | 0.1% | 160 | 1.7% |
| **Live and Zantaz** | 6,174 | 25.4% | 6,724 | 71.3% |
| **Total** | 24,325 |  | 9,431 |  |

| Date Range | **PRE** = Before Midnight on 4/30/2011; **Post** = After Midnight on 4/30/2011 |
|---|---|
| Zantaz Only | Email found in the Zantaz Collection and NOT in the Live Collection |
| Live Only | Email found in the Live Collection and NOT in the Zantaz collection |
| Live and Zantaz | Emails found in both the Live and Zantaz collections. If any one of the emails from the duplicate "set" hit on a responsiveness search term, all members of the duplicate "set" are included. However, because the US requested to search all email metadata for the privileged terms, all members of a duplicate "set" must hit on a privileged search term for entire "set" to be excluded. This was done to ensure that emails from the Zantaz collection that also had a duplicate in the Live collection, were not orphaned and counted in the "Zantaz Only" set. Because this has the potential of including potentially privileged emails, no detail, metadata or other potentially privileged content was shared with BP, Counsel or anyone that has not signed the protective order with the United States. |

19. The above results are free from the error noted by Anthony C. Irish in ¶ 28 of his Declaration (found at US Ltr. Br., Dec. 21, 2011, Ex. 4). That error does not pertain to the results and process described above, but to results that were provided to the US on or around November 30, 2011. Those results included email messages in the Live only collection that should have been counted in the Live and Zantaz collection. After consultations with the US and eDox, modifications were made to the process to ensure that this error did not recur.

20. Specifically, the email messages for the four custodians were first separated into the three categories of Live only, Zantaz only, and Live and Zantaz, and then the search and privilege terms were run against these three groupings. This ensured that if the two members of a duplicate set were treated differently either by the running of responsive search terms or privilege search terms (*e.g.*, the Live copy of a duplicate set hit on a responsiveness search term but the Zantaz copy, which is the same email content-wise, did not), this anomaly was detected.

6

The above described rules were then applied to these anomalies to ensure the final results in the tables above included the maximum number of Live and Zantaz email messages relative to the other two categories. To briefly reiterate, if only one member of a duplicate set was a responsive hit, both members were counted as in the Live and Zantaz collection, instead of only the hit being counted in one of the other two collections. Similarly, only if both members of a duplicate set hit on a privilege search term was that set excluded from the results as a privilege hit; this procedure avoided only the Live copy or only the Zantaz copy of the duplicate set being counted in the final results of responsive, non-privileged hits, while its pair copy was excluded as a privilege hit.

21. At any given time, there will be email messages found in the Live repository that are not found in Zantaz. Causes of this include: (1) drafts of email messages that are unsent but saved will reside in the Live repository but will not be captured by Zantaz; (2) the Zantaz email extraction provided by the United States was limited to a date cut-off of April 20, 2005, and there were email messages retained in a Live repository that pre-date this cut-off; and (3) email messages residing in a Live repository were sent or received after the data was exported from the Zantaz archive and thus would not be included in the Zantaz data. The fact that Live only email messages are found in the results above is due to technical realities such as these.

I make this Declaration under penalties of perjury pursuant to 28 U.S.C. § 1746, and I state that the facts set forth herein are true and correct.

Executed on: 12/23/2011

BRANDON LEATHA