UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: * | MDL No. 2179 |
| OIL SPILL by the THE OIL RIG * | |
| "DEEPWATER HORIZON" in the * | |
| GULF OF MEXICO, on APRIL 20, 200 * | |
| * | SECTION " J " |
| * | |
| THIS DOCUMENT RELATES TO: * | JUDGE CARL BARBIER |
| ALL ACTIONS. * | MAG. JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS

COMES NOW Matthew M. Villmer of the law firm of Emmanuel, Sheppard & Condon, and hereby enroll as counsel on behalf of Plaintiff, Robert J. Moses, Jr., in the case styled above. It is respectfully requested that copies of all future pleadings, orders, notices, motions, documents and correspondence be served upon them in connection with this action.

Respectfully submitted,

Emmanuel, Sheppard and Condon

BY: /s/ Matthew M. Villmer
Matthew M. Villmer
Florida Bar No. 71016
Emmanuel, Sheppard & Condon
30 South Spring Street
Post Office Drawer 1271
Pensacola, Florida 32591-1271
Telephone (850) 433-6581
Facsimile (850) 429-0492
Email: mmv@esclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Notice of Appearance and Request for Service of All Documents and Pleadings* has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179 on this 28th day of December, 2011.

/s/ Matthew M. Villmer