UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | **MDL NO. 2179** **SECTION J** |
| **Applies to:** *All Cases* | **JUDGE BARBIER** **MAGISTRATE JUDGE SHUSHAN** |

**ORDER**

**[Regarding BP's Motion to Compel HESI to Produce Documents (Rec. doc. 4824)]**

On September 27, 2011, an order was issued regarding BP's motion to compel Halliburton's investigation materials. Rec. doc. 4128. It provided, in part, that: (1) HESI shall provide affidavits specifically demonstrating that modeling or other post-incident activities were undertaken at the direction of counsel; (2) as promptly possible after the service of the affidavits, the parties shall meet-and-confer on whether the documents are properly withheld as work-product; and (3) if they cannot resolve the issue, they shall submit further memoranda on the issue and provide the Court with an agreed upon sample of documents to review *in camera*.

On or about October 4, 2011, HESI provided BP with an affidavit from James W. Ferguson, HESI's senior vice president and deputy general counsel (Rec. doc. 4824 (Exhibit B)) and an amended privilege log (Rec. doc. 4824). Many of the documents previously logged were produced. For example, document no. 553 from the tenth privilege log was cited in the September 27 order (Rec. doc. 4128 at 3). It does not appear on the amended privilege log.

For the reasons raised by BP, the Court finds that, except in very few instances, the description of the documents in the amended privilege log and the Ferguson affidavit are insufficient

to demonstrate that the documents are protected as attorney work-product.[1]

The parties did not submit a sample of the documents for *in camera* review. By **Tuesday, January 3, 2012**, HESI shall produce for *in camera* review the fourth document on each page of the amended privilege log (a total of thirty-three documents)[2] and any further explanation for its contention that the sample documents are protected from disclosure.

IT IS ORDERED that BP's motion to compel HESI to produce documents wrongfully withheld (Rec. doc. 4824) is GRANTED in PART and DENIED in PART as provided herein.

New Orleans, Louisiana, this 28th day of December, 2011.

                                                        **SALLY SHUSHAN**
                                                        **United States Magistrate Judge**

---

[1] Document no. 1083 on the tenth privilege log is described as an email communication relaying advice of the HESI legal department regarding information relating to the Deepwater Horizon. This document is protected from disclosure.

[2] For example, from page 8 of the amended privilege log it shall produce document no. 147 from the ninth privilege log which is dated April 30, 2010 and is an email communication from Cathy Mann.