IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "*DEEPWATER HORIZON*" in the GULF OF MEXICO, on April 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| **THIS DOCUMENT RELATES TO:**<br>All Cases | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## DEFENDANT DRIL-QUIP, INC.'S FIRST AMENDED GOOD FAITH TRIAL EXHIBIT LIST

**Now Into Court** comes Defendant Dril-Quip, Inc. ("Dril-Quip"), and respectfully submits its First Amended Exhibit List for the Phase One Limitation and Liability Trial as Exhibit A.

Dril-Quip also reserves the right to introduce any Exhibit listed, submitted or otherwise utilized by any other party.

Date:   December 28, 2011

                                                                        Respectfully submitted,

                                                                         **WARE, JACKSON, LEE & CHAMBERS, LLP**

                                                        BY:   /s/ C. Dennis Barrow, Jr._____
                                                                Don Jackson
                                                                Texas Bar No. 10476000
                                                                Fed ID No. 6915
                                                                C. Dennis Barrow, Jr.
                                                                Texas Bar No. 00796169
                                                                Fed ID No. 20624
                                                               2929 Allen Parkway, 42nd Floor
                                                                Houston, TX 77019
                                                               Phone: (713) 659-6400
                                                                Fax: (713) 659-6262
                                                                Counsel for Defendant, Dril-Quip, Inc.

## CERTIFICATE OF SERVICE

     I certify that the above and foregoing document will be served on all counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of December, 2011.

                                          /s/ C. Dennis Barrow, Jr._____
                                          C. Dennis Barrow, Jr.