UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: OIL SPILL BY THE OIL RIG
DEEPWATER HORIZON IN THE GULF OF
MEXICO, ON APRIL 20, 2010                                                                    MDL No. 2179

Transferred Case:   Coastal Services Group LLC v. BP Company North America, Inc. et al
                    Cause No. 1:11-cv-00425-HSO-RHW
                    United States District Court, Southern District of Mississippi

PLAINTIFF'S MOTION TO SEVER AND REMAND

Plaintiff moves (1) to sever its cause of action from the captioned cause ("Oil Spill Litigation"), and (2) to remand the case for pre-trial and trial proceedings to the transferor court in Mississippi, on the following grounds:

1.      Plaintiff sued on a contract for oil cleanup and decontamination services, alleging claims of breach of contract, tortious breach of contract, breach of duty of good faith and fair dealing, equitable estoppel, unjust enrichment and specific performance.  The action is not related to the Oil Spill Litigation and does not involve one or more common questions of fact.

2.      Transfer and consolidation with the Oil Spill Litigation does not serve "the convenience of the parties and the witnesses", and is not "in the interest of justice."  *See* 28 U.S.C. § 1404(a).  Neither does transfer and consolidation "promote the just and efficient conduct of such actions."  *See* 28 U.S.C. § 1407 (West 2003).

3.      Transfer and consolidation does not meet the objective of transfer which is to eliminate duplication in discovery, avoid conflicting rulings and schedules, reduce litigation and cost, and save time and effort of the parties, the attorneys, the witnesses, and the courts.  The witnesses are not the same, the discovery is not the same and the issues are not the same.  On the

contrary, transfer and consolidation will most likely increase cost to the parties, delay a fast-track and expeditious disposition of the issues and prolong resolution of the litigation.  *See* § 20.131, Multidistrict Litigation Manual, citing *In re* Plumbing Fixture Cases, 298 F. Supp. 484 (J.P.M.L. 1968).

     4.    Transfer and consolidation will not facilitate a global settlement of the Oil Spill Litigation or impact it in any way whatsoever.

     5.    Plaintiff's choice of forum is entitled to substantial deference. See § 20.12 MDL Manual, citing Gulf Oil Co. v. Gilbert, 330 U.S. 501, 508 (1947).

     6.    The only defendants who have entered an appearance in this cause to date are Patriot Environmental Services Incorporated ("Patriot"), and BP Exploration & Production, Inc. ("BP").  Patriot is represented by Patrick T. Bergin, Esq.; BP is represented by Jason D. Watkins, Esq.  Patriot's counsel has authorized Plaintiff to advise the Court that Patriot supports the motion; BP's counsel has authorized Plaintiff to advise the Court that BP may later determine it necessary to respond to this motion but at this time neither joins in nor opposes the motion.

     Premises considered, Plaintiff prays that the motion be sustained and that this Court enter an Order severing its case from the Oil Spill Litigation and remanding it for pre-trial and trial proceedings in the transferor court, the United States District Court for the Southern District of Mississippi.

     This the 28th day of December, 2011.

                                  Respectfully submitted,

                                  */s/ Lee E. Young*
                                LEE E. YOUNG
                                Attorney for Plaintiff
                                MS Bar No.  9061

Young Law Firm, P.C.
Post Office Drawer 700
1407 Jackson Avenue, Suite One (39567)
Pascagoula, MS 39568-0700
Phone (228) 769-8840 / Fax (228) 769-8868

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document was served by Notice of Electronic Filing to counsel of record for Defendants:

Patrick T. Bergin, Esq.
Butler Snow
P.O. Drawer 4248
Gulfport, MS 39502
patrick.bergin@butlersnow.com

Jason Watkins, Esq.
Forman, Perry, Watkins, Krutz & Tardy, LLP
200 South Lamar Street
Suite 100
Jackson, MS 39201-4099
watkinsjd@fpwk.com

This the 28th day of December, 2011.

                /s/ Lee E. Young
                LEE E. YOUNG

Young Law Firm, P.C.
P.O. Drawer 700
Pascagoula, MS 39568-0700
(228) 769-8840
(228) 769-8868 (Facsimile)