UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MASTER DOCKET |
| | * | NO. 10-MD-2179 |
| | * | |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on | * | |
| APRIL 20, 2010 | * | |

THIS DOCUMENT RELATES TO NO. 11-02766

| | | |
|---|---|---|
| HONG TRUONG, ET AL | * | CIVIL ACTION NO: 11-02766 |
| | * | |
| VERSUS | * | SECTION: "J" |
| | * | |
| BP AMERICA PRODUCTION COMPANY, | * | |
| INC., ET AL | * | DIVISION: "1" |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEARANCE OF COUNSEL

NOW COME Defendants United States Maritime Services, Inc. and United States Environmental Services, L.L.C. who file this Notice of Appearance, as follows:

1.

In the referenced matter, Allen J. Krouse, Esq. (LA. Bar #14426), Andrew S. deKlerk (LA. Bar #1045) and Brandon K. Thibodeaux (LA. Bar #32725) of Frilot L.L.C. hereby appear as counsel on behalf of Defendants United States Maritime Services, Inc. and United States Environmental Services, L.L.C.

2.

This appearance is submitted without waiver of any objections.

        Respectfully submitted,

        /s/ Allen J. Krouse, III
        Allen J. Krouse, III  (#24436)
        Andrew S. de Klerk (#1045)
        Brandon K. Thibodeaux (#32725)
        FRILOT L.L.C.
        1100 Poydras Street, Suite 3700
        New Orleans, LA 70163
        Telephone: (504) 599-8000
        Facsimile: (504) 599-8145
        akrouse@frilot.com
        adeklerk@frilot.com
        bthibodeaux@frilot.com
        **Counsel for Defendants:**
        **United States Maritime Services, Inc. and**
        **United States Environmental Services, L.L.C.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Extension of Time to File Answer has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of December, 2011.

        /s/ Allen J. Krouse