UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding BP's Motion to Designate A Substitute Cement Expert (Rec. doc. 4922)]**

On December 27, 2011, an order was issued granting BP's motion to designate a substitute cement expert. Rec. doc. 5014.

IT IS ORDERED that any appeal of the December 27, 2011 order (Rec. doc. 4922) shall be taken by **Tuesday, January 3, 2012.**

New Orleans, Louisiana, this 28th day of December, 2011.

SALLY SHUSHAN
United States Magistrate Judge