UNITED STATES DISTRICT OF COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179  SECTION: J  JUDGE BARBIER |
| Applies to: | § § | MAG. JUDGE SHUSHAN |
| *All cases* and No. 10-2771, No. 10-4536, No. 11-1054, and No. 11-1986 | § § | |

**HALLIBURTON ENERGY SERVICES INC.'S *EX PARTE* MOTION FOR
LEAVE TO FILE REPLY TO BP'S MEMORANDUM IN OPPOSITION
TO MOTION FOR SUMMARY JUDGMENT AND
HALLIBURTON ENERGY SERVICES, INC.'S
RESPONSE TO BP'S CROSS-MOTION FOR PARTIAL
SUMMARY JUDGMENT REGARDING INDEMNITY ISSUES**

Defendant Halliburton Energy Services, Inc. ("HESI") files this *Ex Parte* Motion For Leave to File its Reply to BP's Memorandum in Opposition to Motion for Summary Judgment and Halliburton Energy Services, Inc.'s Response to BP's Cross-Motion for Partial Summary Judgment Regarding Indemnity Issues and respectfully shows as follows:

1. On November 30, 2011, HESI filed its Motion for Summary Judgment Regarding Indemnity Issues and its Memorandum in support (Dkt. No. 4767) with this Court.

2. Thereafter, on December 21, 2011, BP filed its Memorandum in Opposition to HESI's Motion for Summary Judgment and in Support of BP's Cross-Motion for Partial Summary Judgment Regarding Indemnity Issues ("BP's Response"). (Dkt. Nos. 4976-1 and 4977).

3. The Court contemplated that HESI would file a reply to BP's Response. (Dkt. No. 4818). Thus, in accordance with this Court's December 6, 2011, Order, HESI seeks leave to file the attached Reply to BP's Response. (*See* Exhibit A).

## CONCLUSION

For these reasons, Halliburton Energy Services, Inc. respectfully requests the Court to grant it leave to file its Reply To BP's Memorandum in Opposition to Motion for Summary Judgment and Halliburton Energy Services, Inc.'s Response to BP's Cross-Motion for Partial Summary Judgment Regarding Indemnity Issues, and for such other and further relief the Court may deem it justly entitled.

Respectfully Submitted,

**GODWIN RONQUILLO PC**

**By:** /s/ *Donald E. Godwin*
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
DGodwin@GodwinRonquillo.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
BBowman@GodwinRonquillo.com
Jenny L. Martinez
State Bar No. 24013109
JMartinez@GodwinRonquillo.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
FHartley@GodwinRonquillo.com
Gavin E. Hill
State Bar No. 00796756
GHill@GodwinRonquillo.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

and

R. Alan York
State Bar No. 22167500
AYork@GodwinRonquillo.com
Jerry C. von Sternberg
State Bar No. 20618150
JVonSternberg@GodwinRonquillo.com
Misty Hataway-Coné
State Bar No. 24032277
MCone@GodwinRonquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Halliburton Energy Services, Inc.'s *Ex Parte* Motion For Leave to File its Reply to BP's Memorandum in Opposition to Motion for Summary Judgment and Halliburton Energy Services, Inc.'s Response to BP's Cross-Motion for Partial Summary Judgment Regarding Indemnity Issues has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 28th day of December, 2011.

/s/ Donald E. Godwin
Donald E. Godwin