UNITED STATES DISTRICT OF COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179 SECTION: J JUDGE BARBIER |
| Applies to: | § § | MAG. JUDGE SHUSHAN |
| *All cases* and No. 10-2771, No. 10-4536, No. 11-1054, and No. 11-1986 | § § | |

**ORDER GRANTING HALLIBURTON ENERGY SERVICES INC.'S *EX PARTE* MOTION FOR LEAVE TO FILE HALLIBURTON ENERGY SERVICES, INC.'S REPLY TO BP'S MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND HALLIBURTON ENERGY SERVICES, INC.'S RESPONSE TO BP'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING INDEMNITY ISSUES**

On this day the Court heard and considered Halliburton Energy Services, Inc.'s *Ex Parte* Motion For Leave to File Halliburton Energy Services, Inc.'s Reply to BP's Memorandum in Opposition to Motion for Summary Judgment and Halliburton Energy Services, Inc.'s Response to BP's Cross-Motion for Partial Summary Judgment Regarding Indemnity Issues.  The Court, after reviewing the Motion, finds that good cause has been shown, and that Halliburton Energy Services, Inc.'s Motion should be and is in all things GRANTED.

IT IS HEREBY ORDERED that Halliburton Energy Services, Inc. is permitted to file its Reply To BP's Memorandum in Opposition to Motion for Summary Judgment and Halliburton Energy Services, Inc.'s Response to BP's Cross-Motion for Partial Summary Judgment Regarding Indemnity Issues  to be included in the record.

Signed on the _____ day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE