UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179  SECTION J |
| This document relates to: | * * | Honorable CARL J. BARBIER |
| *All cases* | * * | Magistrate Judge SHUSHAN |

**BP'S EX PARTE MOTION FOR LEAVE TO FILE
REPLY MEMORANDUM IN SUPPORT OF MOTION
FOR SPOLIATION SANCTIONS IN EXCESS OF PAGE LIMIT**

**PLEASE TAKE NOTICE** that BP will and hereby does respectfully request leave to file BP's Reply Memorandum in Support of Motion for Spoliation Sanctions in excess of the ten-page limit imposed by Rule 7.7 of the Local Rules of the Eastern District of Louisiana.

Local Rule 7.7 imposes a ten-page limit for reply briefs supporting a motion.  BP's reply memorandum, excluding the signature block, is fifteen pages in length.  BP requests an extension of five pages to permit it sufficient space to address the legal and factual disputes underlying several independent allegations of spoliation.  BP submits that this modest extension will be useful to the Court.

A proposed order accompanies this request.

Dated: December 28, 2011                            Respectfully submitted,

/s/ Don K. Haycraft

| | |
|---|---|
| Robert C. "Mike" Brock | Don K. Haycraft (Bar #14361) |
| Covington & Burling LLP | R. Keith Jarrett (Bar #16984) |
| 1201 Pennsylvania Avenue, NW | Liskow & Lewis |
| Washington, DC 20004-2401 | 701 Poydras Street, Suite 5000 |
| Telephone: 202-662-5985 | New Orleans, Louisiana 70139-5099 |
| Facsimile: 202-662-6291 | Telephone: 504-581-7979 |
| | Facsimile: 504-556-4108 |
| | |
| Robert R. Gasaway | Richard C. Godfrey, P.C. |
| Jeffrey Bossert Clark | J. Andrew Langan, P.C. |
| Aditya Bamzai | Kirkland & Ellis LLP |
| Kirkland & Ellis LLP | 300 North LaSalle Street |
| 655 Fifteenth Street, NW | Chicago, IL 60654 |
| Washington, DC 20005 | Telephone: 312-862-2000 |
| Telephone: 202-879-5000 | Facsimile: 312-862-2200 |
| Facsimile: 202-879-5200 | |

***Attorneys for BP Exploration & Production Company***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of December, 2011.

/s/ Don K. Haycraft
Don K. Haycraft