# Exhibit 2

1          UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA
2
     IN RE:  OIL SPILL     MDL NO. 2179
3    BY THE OIL RIG
     "DEEPWATER HORIZON"   SECTION:  J
4    IN THE GULF OF
     MEXICO, ON APRIL      JUDGE BARBIER
5    20, 2010              MAG. JUDGE SHUSHAN

6

7

8



14

15
              Videotaped deposition of **TIMOTHY**
16   **L. QUIRK,** 202 Founder Street, Lafayette,
     Louisiana 70508, taken in the Pan American
17   Life Center, Bayou Room, 11th Floor, 601
     Poydras Street, New Orleans, Louisiana
18   70130, on Monday, March 21, 2011.

19   **APPEARANCES**:

20   ON BEHALF OF THE PLAINTIFFS
     STEERING COMMITTEE
21

22

23   CUNNINGHAM BOUNDS, LLC
     By:  Robert T. Cunningham, Esquire
24   1601 Dauphin Street
     Mobile, Alabama 36604
25

**GAUDET, KAISER, L.L.C.**
Board-Certified Court Reporters

1        Q.    All right.  Understood.  Now,
2    you went in as a cement lab technician.
3    What was your -- did you remain in that job
4    for a long time or tell me how long?
5    Sorry.
6        A.    I was as a cement lab tech and
7    then, you know, went through several
8    levels, you know, cement lab tech, senior
9    lab technician and then I think it was
10   principal lab technician back then, I think
11   is what the title was.
12       Q.    Okay.  And your current job is
13   manager of the cement lab?
14       A.    Yes.  What I'm talking about
15   there is my lab tech role, only my lab tech
16   role.
17       Q.    Understood.  Right.
18       A.    Yes, my -- my current job is I'm
19   the area lab manager for the Gulf of Mexico
20   region.
21       Q.    Okay.  But back to the evolution
22   of your tech status.
23       A.    Uh-huh.
24       Q.    You were a lab tech, then a
25   senior lab tech?

```
 1           A.     The completion fluids lab.

 2           Q.     All right, sir.

 3           A.     And the drilling fluids lab --

 4    drilling fluids lab.

 5           Q.     Since your elevation to area lab

 6    manager in 2008, then all four of these

 7    labs have been your responsibility, not

 8    just the cement lab, correct?

 9           A.     That's correct.

10           Q.     You oversee each of the four

11    labs that are contained at the Ida

12    location?

13           A.     Each one of those labs has a lab

14    manager.

15           Q.     Okay.

16           A.     And those lab managers report to

17    me.

18           Q.     All right.  Is there anyone at

19    the lab itself to whom you report?

20           A.     At the lab, not at the lab.

21           Q.     All right.  So you're the senior

22    man at the lab itself?

23           A.     Yes.

24           Q.     And outside of the lab to whom

25    do you report?
```

1      A.      Ronnie Faul.

2      Q.      Ronnie Faul.  Okay.  And where

3  is he officed?

4      A.      He's in Houston.

5      Q.      Okay.  And that is the way it's

6  been since December of 2008?  He has been

7  in that position and you in the one you're

8  in?

9      A.      No, it has not been that way

10  since 2008.  I have been -- I have been in

11  this position since 2008 but I have had

12  several managers since that time period.

13      Q.      Okay.  Who was the manager --

14  and I'm sure it was Mr. Faul, but who was

15  the manager in April of 2010?

16      A.      Mr. Faul.

17      Q.      And he -- what's his job title

18  actually?

19      A.      He is the cementing technical

20  manager, I think.  I think that's his job

21  title, tech -- cementing technology

22  manager.

23      Q.      Cement and technology --

24      A.      No.  Cementing technology

25  manager I think is his job title.

1    What did they ask you when they called you?

2         A.    They asked me to run a static

3    gel strength test or transition time on the

4    -- on the cement slurry.

5         Q.    Which slurry were they asking

6    you to --

7         A.    The slurry that was pumped on --

8    on the job on April 20th.

9         Q.    So both Mr. Faul and these two

10   gentlemen asked you to look at the slurry

11   design and use what you have at your lab to

12   recreate the slurry that was being used

13   offshore?

14        A.    Initially -- well, Mr. Faul

15   asked that I, you know, use the lab

16   stock additives.  Initially Anthony and

17   Simon asked that I use the rig samples but

18   we -- we did not use the rig samples.  I

19   got with management and -- to confirm that

20   that was not going to be used.  So we ended

21   up using lab stock additives.

22        Q.    All right.  Who at management

23   decided not to use the actual rig samples?

24        A.    Tony Angelle.

25        Q.    And what reason did Mr. Angelle

1    that both of these tests that you ran, you

2    believe in terms of the lab results did not

3    demonstrate a high likelihood of

4    instability; is that your testimony?

5         A.    Well, in my opinion it -- it

6    looked like the -- when I observed the

7    specimen, the specimen appeared to be

8    stable in my opinion.

9         Q.    Okay.  Did you do the -- do a

10   foam slurry test as --

11        A.    Yes, foam.  And --

12        Q.    Okay.  And you used the PVC

13   method that you described earlier?

14        A.    Yes, used the PVC.  I did use

15   the PVC method.

16        Q.    Did you yourself actually remove

17   the sample after solidification and slice

18   it?

19        A.    Yes, I was -- I was -- I was

20   doing -- I was taking part in that.  I -- I

21   feel like I -- if my memory serves me

22   correctly, I think I went through the

23   process of cutting the sections.  We had

24   the PVC piping.  We also had a -- I poured

25   also in a cylinder to evaluate just using

1    make is that they must have a big lab

2    facility still up there.  Am I correct

3    about that?

4         A.    Yes.  Yes, they do.

5         Q.    All right.  Now, you also were

6    kind enough to explain that you were asked

7    to do a similar test that they had run,

8    correct?

9         A.    Uh-huh.  Right.

10        Q.    And I'm interested in their

11   results.  Do you know what their results

12   were?

13        A.    I do not know.

14        Q.    Were you provided with their

15   results or was this a totally blind study

16   on your part?

17        A.    I was not provided with their

18   test results.

19        Q.    Okay.  Were you told by the

20   individual who asked you to do this work

21   that their results were -- demonstrated a

22   likelihood of instability?

23        A.    Upon mixing, upon mixing the

24   slurry in a static state, that they had

25   noted settling when they -- when they mixed

1  the slurry.  Beyond that, I don't have

2  any -- any test -- I don't have any test

3  results.

4      Q.    Understood.  So you were asked

5  to run it again by whom?  Who asked you?

6      A.    Ronnie Faul.

7      Q.    Okay.  All right.  Now, did he

8  give you any instructions about how to run

9  the test; in other words, what method to

10  use?

11     A.    From what I can recall, he just

12  asked me to repeat the test that we

13  performed, the way we tested it prior to

14  April 20.

15     Q.    Okay.

16     A.    For the -- for the stability

17  test.

18     Q.    For the stability?

19     A.    Right.

20     Q.    Okay.  And is it your

21  understanding as you sit here today that

22  that's what they did in Duncan?

23     A.    I don't know what they did in

24  Duncan.  I really don't.

25     Q.    Okay.  And you have not been

1    recall.

2    BY MR. PALMINTIER:

3         Q.      Upon mixing.  I'm sorry.  I

4    don't understand that.

5         A.      Foam the slurry and evaluate the

6    slurry after -- leave the slurry in static

7    conditions after mixing it is what I recall

8    the conversation being about, and that they

9    were noting settling problems where they

10   just mixed it and then left it sitting

11   static.

12        Q.      Now, just for my purposes,

13   explain to a layperson the settling that

14   you're talking about in a -- in a foam

15   slurry.  Are you talking about a polarizing

16   of the bubbles or are you talking about a

17   movement of solids in the --

18        A.      A movement of solids down

19   towards -- sedimentation.

20        Q.      Sedimentation.  Okay.

21   Understood.  When Mr. Faul communicated

22   with you, do you recall whether or not it

23   was in an e-mail; that is, for the -- for

24   the request that you run this follow-up

25   test?

133

1    from test to test?

2         A.    If it were -- if it were cooler,

3    then yes.  If it was not up to 180 degrees

4    in the bottom hole well conditions, then

5    yes.



Board-Certified Court Reporters



Board-Certified Court Reporters

155



Board-Certified Court Reporters



23      Q.      No.   What if they -- this is a
24   hypothet.
25      A.      Okay.   Sorry.



Board-Certified Court Reporters

331

1    second test was a unset foam stability test

2    but I'm not sure.  Can you -- is there a

3    name for the test you performed?

4        A.    It's a -- it was foaming slurry

5    and it was -- essentially it was -- it was

6    similar to a foam stability test but just

7    using something other than the -- than the

8    PVC pipe that's in what you see in API.

9        Q.    Okay.  And the purpose of that

10   was so that -- I believe you said it was

11   some sort of Teflon structure so you could

12   pop it out and you could look at the side

13   of it?

14       A.    Right.  Right.

15       Q.    And did you measure the density

16   of that second set cement block?

17       A.    I did measure the density.  I

18   can't recall the numbers.  I did give that

19   to Ronnie Faul but I can't recall the

20   numbers.

21       Q.    Do you recall what happened to

22   the physical pieces of cement that you

23   tested?  Did you dispose of that?

24       A.    Yeah, just discarded it.

25       Q.    And I think -- and I'm just

1    is what I remember of the specimen, you

2    know, that it looked good.  But I don't --

3    I don't recall the number that I reported

4    and the densities from the top and on the

5    bottom.

6         Q.    So you don't recall whether it

7    was closer to 14 and a half or it was

8    closer to 15 pounds per gallon?

9         A.    My memory tells me that it was

10   closer to 15 pounds.

11        Q.    Okay.  Do you recall if it was

12   above or below 15?

13        A.    I recall -- I just don't

14   remember.  I just cannot remember the

15   numbers.

16        Q.    Okay.  And the results for the

17   density of the second test you performed

18   with the cube and the Teflon, do you

19   remember the results of that test?

20        A.    No, I don't.  I just remember it

21   being somewhere in line -- both of the

22   tests appeared to -- to match up pretty

23   well is what I remember.

24        Q.    Okay.  All right.  So this

25   morning you said it was -- you performed

1    the test under the same condition that they

2    used in the April testing; is that correct?

3         A.     Yes.

4         Q.     And that was Mr. Faul's

5    instruction?

6         A.     Yes.

7         Q.     And was it the conditions in the

8    first April test or the second April test?

9         A.     The conditions for the final

10   slurry design with three hours conditioning

11   time.

12        Q.     Okay.  And we have been talking

13   about conditioning time a lot.  And so when

14   you say three hours conditioning time, that

15   is -- and correct me if I'm wrong -- that

16   means conditioning, stirring the slurry at

17   temperature for three hours?

18        A.     Right.

19        Q.     Or a set amount of time before

20   foaming?

21        A.     That's correct.

22        Q.     So -- so it's not conditioning

23   after the cement slurry has been foamed but

24   it's before it's been foamed?

25        A.     Yes.

480

```
 1   top of 1.8 and almost 1.8 at the bottom,
 2   correct?
 3        A.    Uh-huh.
 4        Q.    And that translates into a 15
 5   PPG, pounds per gallon weight, correct?
 6        A.    Yes.  Yes.
 7        Q.    And I think you indicated in
 8   response to a hypothetical question that
 9   you thought a 15 PPG result at top and
10   bottom would in your opinion indicate
11   stability; is that correct?
12        A.    Yes.
13        Q.    And what would be the foam
14   quality of 15 PPG cement?
15        A.    9.95 percent.
16        Q.    And 14.5 PPG would be almost 13
17   percent; isn't that correct?
18        A.    Yes.
19        Q.    That's a substantial reduction
20   in the foam quality, about 25 percent,
21   isn't it?
22        A.    23 percent.
23        Q.    That would indicate that about a
24   quarter of the nitrogen has been lost from
25   the sample, correct?
```

1          A.     Based on these -- on these

2     calculations.

3          Q.     I think you testified yesterday

4     that at 15.9 PPG, you think that would be

5     too much of a variation; that would

6     indicate instability; isn't that correct?

7          A.     Yes.

8          Q.     How about 15.5, would that be

9     okay in your book?

10         A.     I think 15 -- top and bottom,

11    15.5?

12         Q.     Yes.

13         A.     Yeah, I think that that would

14    be -- that would be a -- that would be a

15    good amount -- that would be probably too

16    much.

17         Q.     Is it your testimony that a loss

18    of 25 percent of the foam quality is not a

19    sign of instability?

20         A.     I don't -- I -- I don't have --

21    I don't know the guidelines.  I don't know.

22    I'm giving you my opinions.  You know, I

23    don't -- I don't know the guidelines.  You

24    know, we are reporting the test results and

25    that evaluation is up to someone else.