# Exhibit 3

```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
    IN RE: OIL SPILL         )   MDL NO. 2179
    by the OIL RIG           )
    "DEEPWATER HORIZON" in   )   SECTION "J"
    the GULF OF MEXICO, ON   )
    APRIL 20, 2010           )   JUDGE BARBIER
                             )
                             )   MAG. JUDGE
                             )   SHUSHAN




                        VOLUME 1 OF 2

        Deposition of RONALD RAY FAUL, taken
    at Pan American Life Center, 601 Poydras
    Street, Ponchartrain Room, New Orleans,
    Louisiana, on the 29th of June, 2011.
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1       A.  No, I'm not.
2       Q.  Do you have responsibilities at
3   Halliburton to oversee a certain number of
4   people?
5       A.  Yes, I do.  I'm a technology
6   manager, and I have approximately 20
7   people that report to me.
8       Q.  Those 20 people, does that include
9   the folks who you interviewed, Tabler,
10  Haire, Willis, and Keith?
11      A.  No.
12      Q.  Does it include Mr. Gagliano?
13      A.  It did, yes.
14      Q.  When he was with the company?
15      A.  He's -- he's still with the
16  company.
17              MR. HILL:  Object to form.
18      Q.  (BY MR. THORNHILL)  He's no
19  longer -- he -- he is with the company?
20      A.  He is with the company, but he --
21  he does not report to me.
22      Q.  All righty.  Is the -- is the
23  rendering of services like that which
24  Mr. Gagliano rendered to BP an area that
25  you supervise for Halliburton?

1    A.   After the 15th.
2    Q.   Okay.  You had from Duncan a
3 report that the cement was settling,
4 and -- I got that right, correct, you --
5 that they -- they told you the cement
6 samples that they tested that they thought
7 were samples similar to the Macondo job,
8 they -- they were settling, right?
9    A.   Yes.  He called me and said that
10 the sample he mixed up was showing some
11 signs of settling.
12   Q.   Had you guys sent up to Duncan
13 some of the samples that you had on hand
14 at that time so that they could perform
15 the tests?
16   A.   We had sent up lab stock.
17   Q.   That'd be some of the same samples
18 you and I just went over in tab 60, right?
19   A.   No.  Tab 60, I believe, was
20 samples from the Macondo well specific to
21 the Macondo well, and those were isolated.
22 So lab stock would have been samples in
23 the lab that -- that had -- we -- we
24 didn't touch the -- those were under lock
25 and key.

**PURSUANT TO CONFIDENTIALITY ORDER**

1  is the conductivity test that you're
2  talking about having been done for BP.  I
3  can pull out the e-mails, if you want to,
4  where they're asking you to do it.
5       A.  Yeah.
6       Q.  Yeah.  And so they asked you to do
7  the test?
8       A.  Yes.
9       Q.  And you have the test run in -- in
10 Duncan?
11      A.  That's correct.  I had the
12 conductivity test run in Duncan.
13      Q.  You picked up the phone or
14 e-mailed or somehow or another told the
15 guys in Duncan what to do, right?
16      A.  Yes.
17      Q.  All right.  Who did you talk to up
18 there?
19      A.  I talked to a number of people.
20 From the beginning, I started talking with
21 Tom Daly, David Jones and traded e-mails
22 with several people.  On the results, I
23 was dealing with Ricky Morgan.
24      Q.  Okay.  And so did Ricky send to
25 you the results in an e-mail?

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1          A.   Ricky would send me the results of
 2     the conductivity test in an e-mail.
 3          Q.   Yeah.  How about the test that
 4     showed the settling; did Ricky send you
 5     that?
 6          A.   No, he called me.
 7          Q.   What did he do with those results
 8     that showed the settling?
 9               MR. HILL:  Object to form.
10          A.   I don't know what he did with the
11     results.
12          Q.   (BY MR. THORNHILL)  What did Ricky
13     tell you he did with those results?
14          A.   He didn't tell me anything he'd
15     done with them.
16          Q.   Did you tell Ricky to do what you
17     told Mr. Quirk to do, i.e., destroy the
18     test results?
19               MR. HILL:  Object to form.
20          A.   I don't recall telling Mr. Quirk
21     to do that.
22          Q.   (BY MR. THORNHILL)  Have you read
23     Mr. Quirk's deposition?
24          A.   No, I have not.
25          Q.   Have you talked to Mr. Quirk?
```