# Exhibit 5
# (Provided Under Seal)