# Exhibit 7
# (Provided Under Seal)