# Exhibit 9

**KIRKLAND & ELLIS LLP**
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Robert R. Gasaway
To Call Writer Directly:
(202) 879-5175
robert.gasaway@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200

November 3, 2011

**BY ELECTRONIC MAIL**

The Honorable Sally Shushan
United States Magistrate Judge
United States District Court for the
    Eastern District of Louisiana
Hale Boggs Federal Building
United States Courthouse
500 Poydras Street
New Orleans, LA 70130

    Re:    <u>MDL No. 2179 — BOP Phase II Testing</u>

Dear Judge Shushan:

    As the Court and parties are aware, Phase 2 of the BOP testing has been concluded for several months, DNV completed its BOP preservation work in September, and KPMG has produced the data collected by DNV from Phase 2 BOP testing to the MDL parties on a rolling basis throughout the testing process.

    In addition, complete sets of Phase 2 BOP testing data were recently provided to the CSB and to the USCG.

    At this stage, BP believes KPMG's work as repository and distribution manager for the Phase 2 BOP testing data has been successfully completed. To BP's knowledge, all parties who have requested Phase 2 BOP test data have been provided with the data they've requested.

    Given the successful conclusion of KPMG's work, BP hereby respectfully seeks the Court's permission to conclude its BOP data distribution arrangement with KPMG. The cost to BP of maintaining this arrangement is over $200,000 a month. Accordingly, BP would like to end KPMG's role as "custodian" of the phase 2 BOP data as of November 30, 2011.

    To ensure that there is a neutral and efficient means of resolving any future authenticity disputes over Phase 2 BOP testing data that may arise, BP further proposes that, before the termination of the KPMG arrangement, KPMG should make final hard drive copies of all test data and results and deliver those copies to Special Master Capt Engelbert for retention and safe-keeping.

Chicago    Hong Kong    London    Los Angeles    Munich    New York    Palo Alto    San Francisco    Shanghai

# KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
November 3, 2011
Page 2


If the Court or any MDL 2179 party objects to concluding the KPMG arrangement in this fashion we would appreciate knowing as soon as possible.

In addition, we ask that any requests seeking additional phase 2 BOP testing data from KPMG be made on or before November 11, 2011.

Please contact us if you have questions concerning this letter or if you require additional information about BOP Phase II testing.

Respectfully submitted,

Robert R. Gasaway

cc (via electronic mail):

J. Andrew Langan, P.C.
Barry E. Fields
Joseph A. Eisert
David Grassmick
Don K. Haycraft
Jimmy Williamson
James P. Roy
Stephen J. Herman
R. Michael Underhill
Scott M. Cernich
Liaison Counsel