# Exhibit 11

```
1              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA
2

3    IN RE:  OIL SPILL        )  MDL NO. 2179
     BY THE OIL RIG           )
4    "DEEPWATER HORIZON" IN )  SECTION "J"
     THE GULF OF MEXICO, ON )
5    APRIL 20, 2010           )  JUDGE BARBIER
                              )  MAG. JUDGE SHUSHAN
6

7

8

9

10

11

12

13

14

15

16

17              ****************

                    VOLUME 1
18              ****************

19

20

           Deposition of Roger Wayne Dugas, taken at
21   the Pan-American Building, 601 Poydras Street,
     11th Floor, New Orleans, Louisiana, 70130, on the
22   20th day of October, 2011.
23

24

25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1  sufficient to sweep entire annulus volume"?

2            MR. BOWMAN:  Objection, form.

3       A.   The spacer volume that was modeled in the

4  3D --

5       Q.   (By Ms. Harding) M-h'm.

6       A.   -- was of suf -- sufficient volume enough

7  in which to clean out any channeling opt --

8  possibilities, which undoubtedly someone down

9  here that Anthony was talking about is --

10      Q.   Had raised?

11      A.   -- is quoting, so to speak.

12      Q.   Right.  So somebody had raised the

13  possibility of channeling, and Mr. Roth is

14  responding:  That's a good point.  We have to

15  address that, because if there had been -- well,

16  we'll get away from that.  We'll come back to

17  that.

18           But he's saying that's not an issue

19  because we tested it and the "Spacer volume was

20  sufficient to sweep the entire annulus volume,"

21  right?

22            MR. BOWMAN:  Objection, form.

23      A.   That -- that -- that would be my

24  interpretation of the E-mail.

25      Q.   (By Ms. Harding) And that's -- when he

1    says:   "As such, spacer was sufficient to sweep

2    channel," that's just saying the same thing?

3        A.   Yeah.   That would be my interpretation.

4        Q.   Okay?   And have you seen any of this --

5    of the 3D modeling referenced in this E-mail,

6    4352, in connection with any work that you did

7    after the incident?

8        A.   No.

9        Q.   Okay.   Have you done any work on the

10   investigation after the incident?

11       A.   No.

12       Q.   Okay.   Are you aware of whether

13   Halliburton conducted any -- conducted any

14   investigation of the cementing operation at

15   Macondo, other than any kind of lawyer-directed

16   investigation?

17       A.   I don't know.

18       Q.   You don't know.   Were you involved in any

19   decisions as to whether or not to perform such an

20   investigation?

21       A.   No.

22       Q.   Okay.   Are you aware of the HSE

23   requirements to do an investigation after there's

24   an incident?

25       A.   I don't know the requirements, no.

**PURSUANT TO CONFIDENTIALITY ORDER**