| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| HOU-0466<br>MOB5-57463 | Nguyen, Tony | Captain T&G<br>(88ft) |
| HOU-0464<br>MOB5-8149 | Dao, Vang | Golden & Diamond I<br>(48ft) |
| MOB5-9295 | Thai, Thomas | Thaunh Hai<br>(86ft) |
| MOB6-0002.3 | Dang, Khang Van | Sea Lion I<br>(83ft) |
| MOB6-0005 | Dang, Dap Van | Sea Lion<br>(63ft) |
| MOB6-0002.1 | Dang, Khang Van | Sea Lion V<br>(85ft) |
| MOB6-0002.2 | Dang, Khang Van | Sea Lion VI<br>(85ft) |
| MOB6-0006 | Dang, Thuong Van | Sea Dolphin<br>(82ft) |
| MOB5-9368<br>HOU-0479 | Tran, Tony | Lady JoAnn<br>(73ft) |
| MOB5-0164 | Nguyen, Cao Thi | Kien Giang II<br>(53ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB5-5820 | Le, An | Blue Sky (65ft) |
| MOB5-3214 | Ho, Michael | Loving Boy (60ft) |
| MOB5-0165 | Nguyen, Anthony | LA-5340-BU (20ft) |
| MOB5-8188 HOU-0436 | Stapleton, Brad | Lady Karine (51ft) |
| HOU-2383 | Tran, Khoi | LA-5340-BU (20ft) |
| HOU-2382 | Tran, Khoi | LA-6119-CA (23ft) |
| HOU-2770 | Nguyen, Victoria | Seaz D Day (26ft) |
| HOU-3383 | Lai, Tuoi V. | Hankos (21ft) |
| HOU-2818 | Vo, Ha | Johnnie Canh (65ft) |
| HOU-2418 | Huynh, Hong | LA-6699-BR (23ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| HOU-2559 | Le, Lac | LA-4436-FS (24ft) |
| HOU-0418 | Hoang, Nguyen | Captain Justin (60ft) |
| HOU-2558 | Thi, Dien | LA-3941-BV (23ft) |
| MOB5-8057 HOU-0458 | Vo, Johnny | Lucky II (26.4ft) |
| HOU-0471 | Harris, Luke | Hannah Boo (38ft) |
| HOU-0472 | Harris, Luke | MI-8847-BH (21ft) |
| MOB5-0107 | Boyd, George | Lady Kimberly (55ft) |
| MOB5-6224 | Vo, Son Duc | Golden Dragon (87.7ft) |
| MOB5-9427 HOU-0411 | Dang, Do Thi Vo | Hoang Suong |
| MOB5-8189 HOU-0411 | Toler, Rudy | Sugar Babe (53ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB5-5210 | Tran, Tony Thanh | Thanh Liem (56ft) |
| MOB5-5484 | Nguyen, Ra | Prosea (65ft) |
| MOB5-9335 | Dao, Trang | Miss My Vessel (62ft) |
| MOB5-5349 | Williams, Greg | AL-3818-PR (22ft) |
| MOB5-5349 | Williams, Greg | AL-8342-EL (14ft) |
| MOB5-9211 | Bosarge, Robert A., Sr. | AL-4334-AK (32ft) |
| HOU-0476 | Dennis, David | MI-8216-BP (20ft) |
| MOB6-0610 | Ladnier, Homer | AL-4836-PN (25ft) |
| MOB5-6209 | Sprinkle, Avery | Baywatcher (20ft) |
| MOB5-5452.1 | Bates, Raymond | AL-1170-AV (28ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB5-5452.2 | Bates, Raymond | AL-2244-HD (18ft) |
| MOB5-8905 | Johnson, Jenny Lynn | AL-3482-HR (20ft) |
| MOB5-6165.1 | Johnson, Debra | Empty Pockets (38ft) |
| MOB5-6165.2 | Johnson, Debra | Prince of Peace (53ft) |
| MOB6-1103 | Deakle, Pamela | AL-1733-HD (19ft) |
| MOB5-6449.1 | Sprinkle, Ellen | AL-4462-AT (23ft) |
| MOB5-6449.2 | Sprinkle, Ellen | AL-6229-PF (20ft) |
| MOB5-6449.2 | Sprinkle, Ellen | AL-3080-KV (19ft) |
| MOB5-5351.2 | Poole, Eric | AL-3659-PR (22ft) |
| MOB5-5351.1 | Poole, Eric | AL-6184-PN (24ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB5-5347.1 | Poole, Urban | AL-4840-PN (25ft) |
| MOB5-5347.2 | Poole, Urban | AL-4841-PN (20ft) |
| MOB5-6240 | Grand Castelin, Inc. | Cassandra Cheyenne (56ft) |
| MOB5-6265 | Collier, Ronald | AL-3803-KR (20ft) |
| MOB5-7579 | Pham, Thoi | Midnight Star (53ft) |
| MOB6-0663 | PJ Seafoods (Collier, Ricky) | AL-0933-HT (19ft) |
| MOB6-0664 | PJ Seafoods (Collier, Ricky) | AL-5665-PN (22ft) |
| MOB5-5745 | Rando, Barry Johnson | Barry Kelly (28ft) |
| MOB6-0710 | Rando, Barry Johnson | Emmanuel (28ft) |
| 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 | Lassabe, James | Leevie Marie (31ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB5-7014 | Lassabe, James | Miss Cassie II (38ft) |
| MOB5-5538 | Ladnier, Mary | AL-9758-LB (23ft) |
| MOB6-0114 | Nguyen, Tuyet | Gypsy Wind (92.6ft) |
| HOU-0912 | Nguyen, Ricky T. | Princess Alexis (54ft) |
| MOB5-5149 | Nguyen, Hoa V. | King Diamond III (77ft) |
| HOU-0419 | Alexander, Everett | Capt. Travis (51.6ft) |
| HOU-0419 | Alexander, Everett | Lady D (22ft) |
| MOB5-9010 | McLendon, Herbert | Mac Attack (35ft) |
| MOB5-8021 | Cao, Tommy | Queen Elizabeth I (84.2ft) |
| HOU-1263 | Biggs, Jerry | Jessi Jo (39ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| HOU-1307 | Do, Ta | Double D (85.2ft) |
| HOU-0615 MOB56194 | Nguyen, Peter | Lucky Tommy (76ft) |
| MOB5-5201 | Phu, Tri | MI-8777-AN (21ft) |
| MOB5-5201 | Phu, Tri | MI-8816-BF (24ft) |
| HOU-0462 | Bui, Johanna | Lady Saiah (58ft) |
| MOB5-6166 | Le, De V. | Lucky Le Mai II (63ft) |
| HOU-2614 | Vo, Nhon T. | Andy Vo (81.6ft) |
| MOB5-8837 | Verrett, Donald | Variety Pack (65ft) |
| MOB5-5622.1 | Barbour, Robert | AL-0817-LW (23ft) |
| MOB5-5622.2 | Barbour, Robert | AL-0897-LW (24ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB5-5622.3 | Barbour, Robert | AL-2182-PJ (23ft) |
| MOB5-7730 | Floyd, Russell | AL-8928-HN (24ft) |
| MOB6-0062 | Holifield, Wayne | AL-0443-LW (25ft) |
| MOB6-0259 | Rodgers, David | Lady Charlotte (49ft) |
| MOB5-9447 | Vo, Han Van | Blue Thunder (56ft) |
| MOB6-0097 | Hall, Winston | AL-0083-MB (26ft) |
| MOB6-0955 | Hall, Winston | AL-8234-AA (33ft) |
| MOB5-6239.1 | Hall, Austin | AL-9105-EL (15ft) |
| MOB5-6239 | Hall, Austin | Perseverance (63ft) |
| MOB5-7202 | Vaughan, Perry L., Sr. | Captain SJ (50ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB5-5804 | Johnson, Alvin Ed | Alisha Gail (36ft) |
| MOB5-9399 MOB5-8062 HOU-0447 HOU-0446 | Johnson, Richard and Melonie | Richard and Melonie (46ft) |
| MOB5-9399.2 | Johnson, Richard and Melonie | MI-5325-BA (19ft) |
| MOB5-8033.2 | Cuevas, Michelle | Blue Moon (18ft) |
| MOB5-8033.1 | Cuevas, Michelle | Eight is Enough (50ft) |
| HOU-1873 | Nguyen, Nuong | Capt Sang (73ft) |
| HOU-1884 | Nguyen, Hung | Ocean Bird (70ft) |
| MOB5-8295 | Dang, Quynh | Tabitha Dang (57ft) |
| HOU-0465 MOB5-8054 | Nguyen, Nhan | Sang Tam (55ft) |
| MOB5-6144 | Driskell, Greg | AP-3148-PY (19ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| 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 | Krennerich, Raymond | LA-4805-BR (30ft) |
| MOB5-8049 | Bosarge, Richard | Royster (42ft) |
| MOB5-8781 HOU-0520 | Phan, Trong Van | Jimmy Boy (34ft) |
| MOB5-5627 | Tran, Dan | Captain Patrick (46ft) |
| MOB5-5627 | Tran, Dan | Captain Patrick I (MI-2952-BI) (30ft) |
| HOU-0755 | Nguyen, Ha Van | VH (68ft) |
| HOU-0525 | Nguyen, Tran Van | TC (69ft) |
| HOU-0432 | Nguyen, Can Cong | Captain Can (66ft) |
| MOB5-5701 | McClain, Chong H. | Capt. John (60ft) |
| MOB5-5700 | McClain, Chong H. | Ngoc & Tam (48ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB5-5695 | Huynh, Bay | Captain Jimmy (42ft) |
| MOB5-5690 | Huynh, Joei | Vincent (48ft) |
| HOU-0841 | Tra, Ngo | Capt. Andy (52ft) |
| MOB5-8487 | Ryan, Larry Jr. | Preacher Man (20ft) |
| MOB6-0252 | Nguyen, Huu Van | Capt. Cameron (40ft) |
| MOB6-0408 | Tran, Hoa Tri | Sea Pearl (60ft) |
| MOB5-5382 | Stork, Billy E. | MI-8185-BL (16ft) |
| MOB5-7373 | Davis, John Xuan | Sea-Aire (22ft) |
| MOB5-5203 | Le, Su Van | Captain Ryan (81.3ft) |
| MOB5-5212 | Ryan, Larry, Sr. | MI-0292-BD (19ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB5-5212 | Ryan, Larry, Sr. | MI-0667-BL (17ft) |
| MOB5-5200.3 | Ryan, Rayme | MI-2047-BK (19ft) |
| MOB5-5200.2 | Ryan, Rayme | MI-2674-AR (26ft) |
| MOB5-5200.1 | Ryan, Rayme | MI-2735-BN (17ft) |
| MOB6-0802 | Sok, Montha | Capt Hoa (85.2ft) |
| MOB6-0715 | Ragas, Shane Allen | One Time (23ft) |
| HOU-0576 | Tran, Hung | Night Star (67ft) |
| HOU-0632 | Huynh, Hai | Miss Kimberly (67ft) |
| MOB5-5341.1 | Cornelius, Troy | AC-1398-AK (32ft) |
| MOB5-5341.3 | Cornelius, Troy | AL-1176-AS (29ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB5-5341.2 | Cornelius, Troy | AL-3807-DE (12ft) |
| MOB5-5440 | Roberson, Anthony | AL-0052-PC (24ft) |
| MOB5-8245 | Ryan, Jimmy | Miss Shelby (MI-4376-BC) (19ft) |
| MOB5-8243 MOB5-8896.2 | Ryan, Jimmy | Capt Gage (MI- 0330-BG) (17ft) |
| MOB5-8244 | Ryan, Jimmy | Capt London (MI-3476-BN) (23ft) |
| MOB5-5689 | Vo, Quan | Vy Vo (42ft) |
| MOB5-5652 | Seymour, Joshua | MI-8828-BL (16ft) |
| 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 | Slavich, Randy | Lady Susan II (42ft) |
| 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 | Slavich, Randy | Lady Susan (43ft) |
| 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 | Slavich, Randy | Franka (62ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB6-0801 | Phan, Than | Lucky Thomas (73ft) |
| MOB5-7138 | Huynh, Trinh | MI-0848-BR (42ft) |
| MOB5-8179 | Kieu, Thiet | Capt T K II (46ft) |
| MOB5-5266 | Tran, Hong | Dustin Randy (65ft) |
| MOB5-5278 | Truong, Amanda | Miss Mimi (48ft) |
| MOB5-5277 | Nguyen, Yen Bach | Capt. Thanh (48ft) |
| MOB5-0072 | Nguyen, Chi | MI-3580-AV (50ft) |
| HOU-0404 | Powell, James | MI-2907-BP (32ft) |
| MOB5-0064 HOU-0455 | Lam, Long | MI-6779-BJ (24ft) |
| MOB5-7421 HOU-0454 MOB5-0067 | Lam, Long | MI-8351-BP (26ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB5-9000 | Vuong, Jason | AL-1340-LC (17ft) |
| HOU-2633 | Nguyen, Buom | Capt. Dragon (45.5ft) |
| MOB5-6234 | Phan, Anh | Captain A (60ft) |
| HOU-1463 | Nguyen, Lien | St. Martin IV (85.9ft) |
| HOU-1462 | Nguyen, Lien | St. Martin V (88ft) |
| HOU-1111 | Tran, Thu | Sea Angel (43ft) |
| HOU-1461 | Tran, Tuyan | Sea Angels II (75ft) |
| MOB5-9420.2 | Koenenn, Randy and Natalie N. | Baja (21ft) |
| MOB5-9420.3 | Koenenn, Randy and Natalie N. | Happy Times (24ft) |
| MOB5-9420.5 | Koenenn, Randy and Natalie N. | Lil Scoobie (16ft) |

| VoO Claim #                       | Name                           | Vessel Name & Length                 |
|-----------------------------------|--------------------------------|--------------------------------------|
| MOB5-9420.4                       | Koenenn, Randy and Natalie N.  | Ms Morreale (20ft)                   |
| MOB5-7882                         | Koenenn, Randy and Natalie N.  | No Limit (46ft)                      |
| MOB 6-0718 MOB 56123.4            | Nguyen, Hong                   | Andy & Charlie Jr (85.3ft)           |
| MOB 6-0718 MOB 56123.5            | Ngueyn, Hong                   | Andy & Johnny Jr (85.2ft)            |
| MOB 6-0718 MOB 56123.2            | Nguyen, Hong                   | Jimmy & Charlie Jr (88.4ft)          |
| MOB 6-0718 MOB 56123.3            | Nguyen, Hong                   | Jimmy & Johnny Jr (85.9ft)           |
| MOB 6-0718 MOB 56123.1            | Nguyen, Hong                   | Johnny & Charlie Jr (83.8ft)         |
| HOU-0198                          | Vath, Raymond                  | Tiffany Lynn II (LA-1969-FS) (24ft)  |
| HOU-0198                          | Vath, Raymond                  | Two Rays (LA-9218-FT) (52ft)         |
| HOU-3157                          | Vo, Hoang                      | St. Peter (62ft)                     |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| HOU - 3560 | Pham, Hai Hong | Hai Viet (85.6ft) |
| MOB5-5185 | Dang, Lam | Miss Katelyn (60ft) |
| MOB5-9391 MOB5-0022 | Dang, Duong | Sea Spider (909599) (70ft) |
| MOB-56153 | Gollot, Michael | Little Miss Can't Be Wrong (22ft) |
| MOB5-8296 | Nguyen, Thanh | Captain Thanh II (82ft) |
| MOB-60115 HOU-0482 | Dang, Son | Atlantis I (77ft) |
| HOU-1083 | Kieff, Ralph (James), Jr. | Linda Michelle (47ft) |
| 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 | Kieff, Ralph (James), Jr. | Skeeter (LA-9232-FR) (24ft) |
| 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 | Melerine, Marty, Jr. | LA-5600-FK |
| MOB5-9379 | Tran, Thanh | Ivana (46ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB5-8973 | Le, Phat | Mississippi III (80ft) |
| MOB5-8994 | Do, Liet | Miss Linda (94ft) |
| MOB5-6263 | Collier, Forrest | AL-3812-HY (20ft) |
| MOB5-6263.2 | Collier, Forrest | AL-7433-TB (15ft) |
| HOU-0463 MOB6-0645 | Nguyen, Kevin | Sweet Joshua (55ft) |
| MOB5-5703 | Le, Tien Q. | Trung Thanh (60ft) |
| MOB5-5458 | Collier, Richard, Jr. | AL-0045-LT (28ft) |
| MOB5-0150.01 | Duval, Alfred Douglas | AL-0438-MB (20ft) |
| MOB5-0150.02 | Duval, Alfred Douglas | AL-2835-AD (30ft) |
| 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 | Ladnier, Michael Keith | AL-5810-KF (25ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| 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 | Ladnier, Michael Keith | AL-3041-PJ (20ft) |
| MOB5-60258 | Jackson, Jerome | Gambler (50ft) |
| 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 | Jackson, Jerome | Little Lady |
| MOB5-8298.2 | Miller, Fletcher | AL-5952-PR (24ft) |
| MOB5-8298.1 | Miller, Fletcher | Teri Malynn (75ft) |
| MOB5-6215 | Nguyen, Hy Thi | Rico (62ft) |
| HOU-1296 | Nguyen, Thuyen | Sea Flower (68ft) |
| 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 | Kieff, Ralph (James), Sr. | Lady Jennifer (LA-8816-FT) (47ft) |
| HOU-1688 | Nguyen, Ngan | Miss Thao NHI (Missing) |
| HOU-1881 | Tran, Tran | Ocean City (Missing) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| HOU-0700 | Huber, Charles | Tasha Lou (40ft) |
| HOU-1006 | Helmer, Kenneth | White Boy (40ft) |
| HOU-0500 | Parria, Ross | Miss Irene (45ft) |
| MOB5-6217 | Nguyen, Trieu | Capt Le (73.9ft) |
| MOB5-6339 | KLV Corporation | Kim Thuy (79ft) |
| HOU-1081 MOB5-1081 | Clark, Richard, Sr. | Inspector (LA-1885-FU) (47.8ft) |
| HOU-1082 MOB5-1082 | Clark, Richard Sr. | Miss Jessica (LA-2275-EK) (41ft) |
| HOU-0671 | Ross, Earl Wildon | Lady Dizzy (71.5ft) |
| MOB5-5715 | LNN Corporation | Mississippi (81ft) |
| MOB5-5202 | Thinh, Tran Kim | Samuel I (60ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| HOU-1635 | Le, Quy V. | Capt L&T (55ft) |
| MOB5-8213 | Seal, Joseph and Brandon | MI 0214 BP (17ft) |
| MOB5-5287 | Seal, Joseph and Brandon | Stacey Leigh (64ft) |
| 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 | Golden, Owen | Owen & Devin (51ft) |
| MOB5-9224 | Johnson, Paul | AL-2133-AH (36ft) |
| MOB5-9225 | Johnson, Daniel | AL-1117-AY (24ft) |
| MOB5-5276 | Sahuque, Oliver | Seacock (49ft) |
| 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 | White, James, Jr. | Miss Alli (LA-9825-FT) (37ft) |
| 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 | Jackson, David | LA-4640-FW (25ft) |
| 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 | Jackson, David | LA-2970-CA (28ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| HOU-3427 | Son, Chau | MI-7199-AW |
| MOB5-0036 | Nguyen, Mai Thai | Miss Jasmine (82.5ft) |
| MOB5-215 | Nguyen, Hung Tan | Rico (62ft) |
| MOB5-5292 | Tran, Tien | Lucky JJ (76.7ft) |
| 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 | M.R. Meyer, LTD | Master Trey (LA-9620-BS) (46ft) |
| 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 | M.R. Meyer, LTD III | Anaconda (LA-3830-EV) (30ft) |
| 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 | M.R. Meyer, LTD III | Miss Katy (LA-9708-BU) (30ft) |
| 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 | M.R. Meyer, LTD III | Mule (LA-0684-CW) (32ft) |
| MOB5-6184 | Lowell, Shane | Miss Voncille (67.2ft) |
| MOB5-6185 | Lowell, Shane | Rowboat (56ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| DRC-178 | Haydel, Gregory | Sheena-Greg (35ft) |
| 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 | Enclade, Patricia | Lady Patricia (46ft) |
| 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 | Plaisance, Gwen P. | Champ (LA-2578-FB) (28ft) |
| MOB5-0155 | Truong, Chi | LA 4562 BH (20ft) |
| 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 | LoBue, Michael | LA-8579-EY (35ft) |
| 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 | LoBue, Michael | LA-9695-FM (23ft) |
| HOU-3434 | Gaspard, Ronald, Sr. | Lady INA (45ft) |
| MOB5-6191 | Dang, Hung | Captain Eric III (79.2ft) |
| 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 | Helmer, Gerry and Claudia | LA-6959-EW (38ft) |
| 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 | Vincent, Gene Bowdie | Jade Kade (LA-6985-FD) (38ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| HOU-0521 | Le, Kim | Captain DC (35ft) |
| HOU-0522 | Le, Kim | Sofia Le (65ft) |
| 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 | Guidry, Kenneth | LA-7415-FJ (22ft) |
| 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 | Guidry, Kenneth | LA-1049-FL (38ft) |
| 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 | Zar, Penny | Jeanne Ryan (LA-3131-FF) (41ft) |
| MOB5-0175 | Joost, Donald | Resolve (55ft) |
| HOU-2585 | Nguyen, Gary | Little Binny (75ft) |
| HOU-2227 | Luu, Binh | Capt. Devin (42ft) |
| MOB5-6416 | Nguyen, Chien Van | Virgin Mary (74.5ft) |
| MOB6-0029 | Ly, Paul | Second Wife (22ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB5-5672 | Nguyen, Thinh | Kevin (55ft) |
| MOB5-6417 | Vu, Song | Lady Tiffany (81.5ft) |
| MOB5-6414 | Hoang, Giap | Queen Angel (48ft) |
| MOB6-0642 | Tran, Dung | Sunrise (75.9ft) |
| MOB5-6415 | Nguyen, Peter | Lady Kim T (78.8ft) |
| MOB5-6418 | Nguyen, Tony | Dreamer (89ft) |
| 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 | Vincent, Gage | LA-3976-FF (35ft) |
| DRC-068 | Fazende, Thomas | LA 8148 BR (37ft) |
| LA-1018-BV | Muth, Gary Sr. | LA-1018-BV (31ft) |
| DRC - 124 | Fazende, Jeffrey | LA-6693-CA (29ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| HOU-0907 | Varney, Randy | LA-6601-AJ (37ft) |
| HOU-0903 | Le, Giac | Capt Le I (60ft) |
| HOU 1488 | Cuong Luc, Inc. | Miss Penny Penny (82.5ft) |
| HOU-2635 | Dupre, Jimmie | T-Turbo (38ft) |
| HOU-3113 | Brandhurst, Kay | Four Winds (47ft) |
| 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 | Le, Jimmy | Anthony Le (70ft) |
| 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 | Wiseman, Clarence | LA-3001-CA (28ft) |
| LA-7614-FE | Hickman, Diana | Waymaker (32ft) |
| MOB5-5293 | Nguyen, Min Quoc | Miss Theresa (1075295) (92ft) |
| 433-25-77-88 | Jackson, Steven | LA-1221-FW |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| HOU-0216 | Parria, Ronald | Misty Dee (64ft) |
| 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 | Parria, Louis, III | Miss Destany (45ft) |
| HOU-0705 | Parria, Louis, Jr. | Parria Bros. (65ft) |
| 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 | Matherne, Larry, Jr. | Dawn Marie (LA-3890-FD) (38ft) |
| 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 | Slavich, Frank, Jr. | Lady Janet (LA-3692-FH) (38ft) |
| HOU-0332 | Rojas, Kerry D., Jr. | Miss Edna (68ft) |
| 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 | Chester, Herbert III | LA-4492-FK (24ft) |
| MOB6-0269 | Foster, Neal | Intense (36ft) |
| MOB6-0457 | Foster, Neal | Intense II (32ft) |
| 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 | Frickey, Ricky | Never Satisfied (49ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB6-0243 | Nhat, Vam Le | Capt. Dylan (69ft) |
| HOU-0423 | Truong, Hon Van | Mimi II (71ft) |
| HOU-0424 | Truong, Hon Van | Way of Life (67.5ft) |
| HOU-0412 | Hopper, Paul | MI-7245-BJ (20ft) |
| MOB5-5406 | Southern Breeze, LLC | Pacific (54ft) |
| 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 | Tank, Bobby, Sr. | LA-6215-BL (22ft) |
| 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 | Camargo, Homero | Johnnys Dream (LA-8318-FT) (45ft) |
| MOB5-5226 | Fortenberry, Jimmy | Krista Lynn (73ft) |
| MOB5-58170.1 | Lassabe, Justin, Jr. | Captain Jerry (33ft) |
| MOB5-58170.2 | Lassabe, Justin, Jr. | Ruby C (40ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB5-58170.3 | Lassabe, Justin, Jr. | MI-1223-BN (19ft) |
| 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 | Lassabe, Justin Jr. | MI-9511-BJ (16ft) |
| MOB5-8152 | Hoang, Kimberly | Justin Dang (81ft) |
| MOB5-5780 | Schmidt, Henry | Nightmare (24ft) |
| MOB5-8264.1 | Tran, Quang | Captain Quang (88ft) |
| MOB5-8264.2 | Tran, Quang | Quoc Thai (89ft) |
| HOU-3388 | Nguyen, Tam Van | Elizabeth T (70ft) |
| MOB5-5835 | Nga, Ho | Lady Kristie I (83ft) |
| MOB5-5198 | Nga, Ho | Lady Kristie II (85ft) |
| HOU-3635 | Thai, Nguyen | LA-0407-FX (20ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| HOU-0807 | Despaux, Glen | LA-2547-EY (24ft) |
| HOU-1650 | Tran, Than | Mother Cabrini (79ft) |
| MOB5-8437 | Acosta, Ray | Garfish (MI-5712-AU) (69ft) |
| MOB5-8439 | Acosta, Ray | Last Chance (40ft) |
| 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 | Terry, Alfonso | LA-1389-FD (25ft) |
| MOB5-6182 | Le, Linh | Thanh Liem (56ft) |
| MOB5-6447.1 | Graham, Charles | Angela C (67ft) |
| MOB5-6447.2 | Graham, Charles | Fair Play (43ft) |
| MOB5-7540 | Le, Chia Van | Tuan Kiet (1122566) (98ft) |
| MOB5-9355 MOB6-0007.2 MOB6-0007.5 MOB6-0007.7 | Nguyen, Hoa Thi | Sharon II (57ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB5-9444 | Phan, Van Tran | St Peter (58ft) |
| MOB5-9359 | Nguyen, Tin D. | St. Martin (55ft) |
| HOU-2982 | Omes, Michael Richard | LA-3974-EB (40ft) |
| HOU-2982 | Omes, Michael Richard | LA-8150-FH (24ft) |
| 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 | Lee, Edward Earl III | LA-7086-FA |
| 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 | Barisich, George | Camille Marie (LA-8804-BC) (42ft) |
| 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 | Battle, Louis | LA-7102-BR (36ft) |
| 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 | Battle, Louis | LA-0117-ZR (24ft) |
| MOB5-8048 | Kopszywa, Mark | MI-6648-AV (20ft) |
| HOU-0481 | Phan, Nighia D. | Big Boy (64ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB5-8908 | Johnson, Wilson, Jr. | AL-0401-LW (18ft) |
| 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 | Parria, Gavin C., . | LA-9408-FT (65ft) |
| 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 | Charmaine, Cain | LA-5170-FN (21ft) |
| MOB5-8154 | MS Marine Services | Captain Allen |
| HOU-1102 | LaFrance, Brandt | Bandit II |
| HOU-1100 | LaFrance, Brandt | Caladonia (40ft) |
| HOU-3264 | LaFrance, Brandt | LA-2534-BH (16ft) |
| MOB6-0016.1 | Jenkins, Joseph | Gambler |
| MOB6-0016.2 | Jenkins, Joseph | Outrage (MI-1904-AE) |
| MOB6-0712 | Jenkins, Phyllis | Sundance |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB6-0481 | Jenkins, Phyllis | Starlight |
| MOB5-7812 | Rowe, William Kelly | MI-6385-AW (20ft) |
| MOB5-8082 | Rowe, William Kelly | C-Hawk (25ft) |
| MOB5-7016 | Winchester, Danny | Lynden Ellis (24ft) |
| MOB5-5730.3 | Pavolini, Gerald | MI-4457-BA (21ft) |
| MOB5-5730.2 | Pavolini, Gerald | Captain G (MI-8470-BJ) (31ft) |
| MOB5-5730.1 | Pavolini, Gerald | MI-1242-AF (24ft) |
| MOB5-0062 | Bordages, Lionel T., Jr. | MI-3657-AF (32ft) |
| 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 | Lurhs Mop, LLC | Bite This (36ft) |
| 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 | Assevado, Dan R. | Miss Rebecca (LA-4901-AT) (34ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| 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 | Wertz, Christopher | Tina Marie (35ft) |
| 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 | Wertz, Christopher | Tina Marie (LA-4694-CA) (29ft) |
| MOB5-6403 | Biehl, Albert D., IV | Vernon F. Seymour (52ft) |
| 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 | Morales, Clinton, A., Jr. | LA-3799-ES (19ft) |
| 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 | Morales, Clinton, A., Jr. | LA-4129-CA (19ft) |
| 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 | Palmisano, Kim and Robin | Texas Lady (67ft) |
| 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 | Palmisano, Kim and Robin | Master Jason (LA-3074-FD) (41ft) |
| HOU-1249 | Matherne, James | Superfisherman (38ft) |
| 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 | Helmer, Michael | Daddy's Boy (LA-7501-FG) (36ft) |
| HOU-0055 | Tran, Nhieu | Ms Tima T. (LA-2250-FF) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB6-0017 MOB5-8208 | Storrs, George C., Jr. | MI-7242-BL |
| HOU-0513 | Lee, Jacqueline | Lucky Danny (80ft) |
| MOB5-9421 | Nguyen, Hue Thi | St. Peter (58ft) |
| MOB5-6466.1 | Parker, Karen | Angler (269067) |
| MOB5-6466.2 | Parker, Karen | Nixie (946217) |
| HOU-1370 | Maise, Roubin Sr. | Baby Doll (LA-5539-FH) (32ft) |
| MOB5-5688 | Nguyen, Mai T. | Phouc Thanh Mai III (83ft) |
| 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 | Evans, Kevin | Hard To Handle (LA-9116-FE) (38ft) |
| 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 | Evans, Kevin | LA-8670-FA (25ft) |
| HOU-0717 | Tran, Than Van | LA-4111-FE (40ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| 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 | Gonzales, Rudolph | White Tiger (LA-4623-FF) (35ft) |
| MOB5-5282 | Le, Kent | Lucky Jem (910807) (80.9ft) |
| MOB5-5283 | Jem, Trang | Captain Sam (MI-3325-BC) (30ft) |
| MOB5-8079.1 | Sekul, Morris Glenn | MI-4369-BP (30ft) |
| MOB5-8079.2 HOU-0484 | Sekul, Morris Glenn | Miss Dot (664530) (50ft) |
| MOB5-8495 HOU-0401 | Braden, Robert | Wade Jr (565920) (46ft) |
| MOB5-5317 | Clark, Lamar and Stephanie | Windy Charlene (MI-9787-BP) (36ft) |
| 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 | Guerra, Troy A. | LA-6169-FF (35ft) |
| 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 | Cucquet, Stanley | Castaway (LA-3320-FN) (24ft) |
| 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 | Evans, Lester | Captain Swampy (LA-2179-BE) (21ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| 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 | Zar, John III | LA-1746-CA (31ft) |
| HOU-0078 | Nguyen, Luom | Sea Eagle (38ft) |
| 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 | Fazende, Thomas Jr. | Lady Rose (LA-9908-BM) (28ft) |
| 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 | Christen, Parnell | LA-6369-AN (31ft) |
| 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 | Perez, Gregory | LA-1342-FL (21ft) |
| HOU-0427 | Tillman, Aaron | Captain Aaron Jr (661031) (50ft) |
| 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 | Nunez, Wade J. | LA-5325-EH (37ft) |
| 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 | Camargo, Daniel | LA-3211-AK (30ft) |
| HOU-1968 | Nguyen, Hanh | LA-9769-FF (20ft) |
| 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 | Boudreaux, Jason | Boudreaux Sport (LA-5085-FU) (21ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB5-0133 | Fayard, Matthew | Bay Boys<br>(20ft) |
| MOB6-0749 | Nguyen, Thang C. | Bronco II<br>(616365)<br>(70ft) |
| 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 | Verdin, Robert R., Jr. | LA-6342-EU<br>(20ft) |
| 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 | Gonzales, Larry | LA-5154-FB<br>(22ft) |
| 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 | Leto, Ben H. | Leto Weapon<br>(LA-2021-FD)<br>(25ft) |
| MOB5-8160 | Sims, Michael | Rambo<br>(MI-9552-AT)<br>(14ft) |
| MOB5-8663 | LVS Investments, Inc.<br>(a/k/a Sinh Tran) | Capt. T<br>(99ft) |
| MOB5-8664<br>MOB5-2119 | Gulf's Finest Investment Co.<br>(a/k/a Sinh Tran) | Sir Lawrence<br>(95ft) |
| 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 | Helmer, Darrin P., Sr. | My Three Daughters<br>(LA-7569-AT)<br>(27ft) |
| HOU-0402 | Montiforte, James Glen | Glen & Carol<br>(986781)<br>(53ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB5-0177.2 | Dardar, Walter J. | MI-7906-BP (13.5ft) |
| MOB5-0177.1 | Dardar, Walter J. | MI-0268-BN (19ft) |
| HOU-0842 | Nguyen, Thi C. | MI-7798-BG (18ft) |
| MOB5-5390 | Rogers, McIllwain | Money Bags (23ft) |
| 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 | Howard, Jeff | LA-9424-EU |
| HOU-1017 | Plaisance, Dean | Comanche Warrior (39ft) |
| MOB5-5834 MOB5-6132.1 MOB5-6132.2 | Hill, Joseph R. | Joseph James (581111) (53ft) |
| 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 | Gonzales, Wayne | LA-1220-EK (21ft) |
| 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 | Gonzales, Wayne | LA-6327-EZ (22ft) |
| 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 | Alfanso, Kim | LA-3001-FB (24ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| 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 | Alfanso, Kim | LA-5875-ER (24ft) |
| 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 | Escott-Jackson, Soyana | Midnight Son (LA-5636-BA) (28ft) |
| 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 | Escott Jackson, Soyana | LA-5636-BA |
| 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 | Hobson, Ryan | Medicine Man (LA-5326-EX) (24ft) |
| 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 | Evans, James & Silvia | LA-3166-CA (38ft) |
| LA-3659-FV | Ruttley, Christopher | LA-3659-FV |
| LA-6392-CA | Alfanso, Brad | LA-6392-CA (23ft) |
| LA-7279-FV | Alfonso, Anthony, Jr. | LA-4279-FV (29ft) |
| 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 | Robin, Kenneth | Miss Eloise (LA-4373-FP) (25ft) |
| LA-4064-BC | Blanchard, David | LA-4064-BC (30ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| LA-8647-AZ | Perez, Warren Sr. | Nickels (LA-8647-AZ) (30ft) |
| 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 | Perez, Warren, Jr. | High Risk (LA-7196-EU) (24ft) |
| 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 | Guerra, William, Jr. | LA-3634-EX (24ft) |
| 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 | Evans, Emile Sr. | Big Daddy (LA-3301-AP) (29ft) |
| LA-5183-EW | Perez, Wesley, Sr. | LA-5183-EW (24ft) |
| LA-6056-CA | Perez, Wesley, III | LA-6056-CA (18ft) |
| LA-9575-FC | Guerra, Billy R. | LA-9575-FC (25ft) |
| 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 | Latapie, Paul III | LA-3512-FA (19ft) |
| LA-6301-CA | Mellerine, Brandon | LA-6301-CA (24ft) |
| LA-0337-FH | Mellerine, Claude | LA-0337-FH (24ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB5-8082 | Stork, Rodney | MI-8874-AN (25ft) |
| MOB5-4460 | Sirgo, Jace | Pops Shadow (LA-1290-EZ) (34ft) |
| MOB5-5197 | Tran, Thu Hong Thi | Southern Bell (591119) (74ft) |
| 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 | Huff, Michael | LA-1539-CA (20ft) |
| MOB5-5269.1 | Strong, Harold | Camelia (50ft) |
| MOB5-5269.2 | Strong, Harold | Lady Gracie (MI-7190-BK) (37ft) |
| LA-7531-BP | Cat N' Cookie, LLC | LA-7531-BP (35ft) |
| LA-4018-BH | Kuhn, Bruce, Sr. | LA-4018-BH (33ft) |
| LA-8605-FK | Kuhn, Bruce, Jr. | LA-8605-FK |
| LA-9364-FC | Alfonso, Paul | LA-9364-FC (24ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB5-5710.2 | Doan, Hung and Dang, Phvang | MI-9015-AY (45ft) |
| MOB5-5710.1 | Doan, Hung and Dang, Phvang | MI-4738-AP (38ft) |
| LA-6141-FJ | Robin, Brad Sr. | LA-6141-FJ (40ft) |
| LA-4998-FF | Robin, Brad, Jr. | LA-4998-FF (43ft) |
| 958573 | Robin, Don | Donna Ann (55ft) |
| LA-1245-FU | Robin, Don | LA-1245-FU (65ft) |
| 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 | Nacio, Lance | Anna Marie (55ft) |
| LA-9117-FE | Robin, Cary | Whiskey Girl (LA-9117-FE) (38ft) |
| LA-3554-EW | Robin, Cary | Brandy Ann (LA-3554-EW) (24ft) |
| MOB5-5659 | Cao, Gio Van | Capt. Dennis (86ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| LA-8689-FT | White, Robert, Sr. | LA-8689-FT (45ft) |
| LA-3378-FD | Mamolo, Charles H. | Lil Charles (LA-3378-FD) (35ft) |
| USMSI | Keenan, Shane | LA-4352-FG (24ft) |
| MOB5-8774 | Tran, Loan | Lucky Kim (37ft) |
| MOB5-8774 | Tran, Loan | Lucky Kim (37ft) |
| LA-3685-CA | LeBouef, Wallace | LA-3685-CA (21ft) |
| LA-4618-FT | Mones, Philip, Jr. | LA-4618-FT (25ft) |
| LA-4388-FS | DeRouen, Clifford | LA-4388-FS (50ft) |
| HOU-1452 | Hudson, Harold | MI-9962-BH (31ft) |
| LA-6860-FE | Darda, Kyle | LA-6860-FE (27ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| LA-3918-EU | Coulon, Don | LA-3918-EU (35ft) |
| LA-2547-FN | Hebert, David | LA-2547-FN (20ft) |
| LA-3223-FU | Bradford, Jordan Jr. | Captain Ivan B (66ft) |
| LA-3224-FU | Bradford, Jordan Sr. | Mr. Bob (60ft) |
| MOB5-6252 | Gill, Donald | Miss Joanne (48ft) |
| MOB5-9301 | Stork, Curtis | Carla D (45ft) |
| LA-6325-CA | Guerra, Chad | LA-6325-CA (24ft) |
| HOU-0408 | Rhodes, Edward P. | Terri Lynn (51ft) |
| MOB5-7395 | Rhodes, Edward P. | Buckshot (31ft) |
| MOB5-6412.1 | Young, Rufus | Ms. Ruth (48ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB5-6412.2 | Young, Rufus | Silver Ship (24ft) |
| LA-3886-CA | White, Robert, Jr. | LA3886-CA (24ft) |
| MOB5-4575 | Gregory, Donald R. | MI-8175-AH (19ft) |
| MOB5-8035 | Gregory, David | Holly G (69ft) |
| MOB5-5387 | Gregory, David | Sea Ghost (48ft) |
| HOU-1677 | Rogers, Chad | LA-1512-FU (22ft) |
| MOB5-09381 | DuFrene, Rodger | Roger Rennan (33ft) |
| LA-2349-FB | Gonzales, Lazarus (Satch) | LA-2349-FB (24ft) |
| LA-2700-FL | Judice, Misty | LA-2700-FL (19ft) |
| LA-4701-FV | Parria, Christy | LA-4701-FV (19ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| LA-1027-BF | Rojas, Kerry, III | LA-1027-BF (25ft) |
| MOB5-0134 | Buehler, Franklin | Flat Boat (14ft) |
| MOB5-5662 | Truong, Tuan | MI-9314-BF (25ft) |
| MOB5-0106 | Ladner, Robert and Freddie | MI-2180-BS |
| LA-3855-CA | Quoc Do, Keith | LA-3855-CA (21ft) |
| LA-3961-FU | Keenan, Robert | LA-3961-FU (52ft) |
| LA-4465-CA | Keenan, Robert | LA-4465-CA (40ft) |
| Miss Toni | Keenan, Robert | Miss Toni |
| LA-8999-FS | Guidroz, Warren J., Jr. | LA-8999-FS (25ft) |
| LA-5029-EW | Alfonso, John | LA-5029_EW (24ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| LA-3532-FE | Alexie, John | LA-3532-FE (35ft) |
| HOU-0273 | Trahan, Tracey | LA-6475-FL (46ft) |
| MOB5-6259 | Lewis, Lonnie | AL-9690-KA |
| MOB5-5350.3 | Lewis, Lonnie | Escort |
| MOB5-5350.2 | Lewis, Lonnie | Little Dragon |
| MOB5-5350.1 | Lewis, Lonnie | Carloina Skiff |
| LA-1793-FA | Jackson, David L. | LA-1793-FA (24ft) |
| LA-5056-FS | Jackson, David L. | LA-5056-FS (22ft) |
| LA-6146-BA | Anglada, Rodney | LA-6146-BA (29ft) |
| LA-2270-FT | Anglada, Rodney | LA-2270-FT (24ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| LA-8920-BC | Robin, Gary | LA-8920-BC (30ft) |
| LA-3137-FD | Navarro, Baron | LA-3137-FD (31ft) |
| MOB5-8757 | Johnson, Walter | The Grinder |
| HOU-0509 | Arcement, Craig, Sr. | Capt. Craig (75ft) |
| MOB5-8683 | Nguyen, Cong | New Life II (51ft) |