| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB5-8412 | Trosclair, Daniel, Jr. | My Two Sons (24ft) |
| FL-0194-CF | Barber, Devin L | FL-0194-CF (24ft) |
| 645957 | White, Wade, H. | Master Wade (48ft) |
| LA-5425-FD | White, Wade, H. | Miss Mandy (LA-5425-FD) |
| LA-4001-BH | Plaisance, Earl, J. | Karlie Belle (40ft) |
| LA-4215-CA | Martinez, Mathew | LA-4215-CA (19ft) |
| MOB5-0106.2 | Ladner, Robert and Freddie | Ladner II (16ft) |
| LA-3609-EU | Matherne, Joe | LA-3609-EU (38ft) |
| LA-6647-EZ | Guerra, Bruce, Jr. | LA-6647-EZ (24ft) |
| LA-9764-EP | Guerra, Bruce, III | Captain Caden (21ft) |
| LA-6302-CA | Guerra, Jared | LA-6302-CA (18ft) |
| LA-1583-FU | Lemoine, Donald | LA-1583-FU (26ft) |
| LA-3031-FJ | Doane, Ronald | LA-3031-FJ (24ft) |
| LA-6329-AK | Cajun Saint, LLC (Robin, Shane) | Cajun Saint (42ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| LA-1968-FS | Cajun Saint, LLC (Robin, Shane) | St. Nick (37ft) |
| HOU-0743 | Reynon, Marcello | LA-1006-BJ (35ft) |
| 1136060 | Tomasevic, Davor | Hustler (60ft) |
| 652758 | Oyster Chaser, LLC (Cibilic, Pero and Mary Ann) | Pero (58ft) |
| LA-5212-ES | Oyster Chaser, LLC (Cibilic, Pero and Mary Ann) | Peter (38ft) |
| LA-4944-FW | Creppel, Colby | LA-4944-FW (18ft) |
| LA-6260-FK | Creppel, Colby | LA-6260-FK (17ft) |
| LA-3394-CA | Creppel, Kenneth | LA-3394-CA (29ft) |
| LA-2137-FG | Adam, Richard | LA-2137-FG (21ft) |
| LA-8806-FA | Nunez, Randy | LA-8806-FA (18ft) |
| MOB5-7992 | Walker, Louis Raymond | Fishmaster (19ft) |
| MOB5-7513 | Wolcott, Robert | Family Affair (24ft) |
| LA-7278-AK | Evans, Tracy | LA-7278-AK (27ft) |
| LA-1252-FS | Assevedo, Floyd | LA-1252-FS (17ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| LA-4011-CA | Royce, Robert | LA-4011-CA (30ft) |
| LA-5115-FJ | Campo, Roy | LA-5115-FJ (23ft) |
| LA-7672-EG | Martin, Kevin | LA-7672-EG (19ft) |
| LA-2330-EV | Matherne, Grace | LA-2330-EV (45ft) |
| LA-7872-FB | Demptster, Jerry | LA-7872-FB (24ft) |
| LA-7755-FS | Martinez, Rene | LA-7755-FS (23ft) |
| LA-4298-FV | Martinez, Henry | LA-4298-FV (24ft) |
| LA-2909-AZ | Serigne, Kimmie, Jr. | LA-2909-AZ (21ft) |
| LA-3529-FS | Arabie, Georgia and Adrian | LA-3529-FS (17ft) |
| HOU-0523 | Le, Nhac Van | Captain Peter (64ft) |
| LA-8351-FK | Schultz, Troy | LA-8351-FK (24ft) |
| LA-8890-EY | Schultz, Troy, Jr. | LA-8890-EY (35ft) |
| LA-5010-FB | Menesses, Dennis, Sr. | No Mas (35ft) |
| LA-4874-FD | Artus, Russell | LA-4874-FD (21ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| LA-7888-BK | Serigne, Paul | LA-7888-BK (17ft) |
| LA-7888-BK | Serigne, Howard | LA-7888-BK (17ft) |
| LA-1082-FJ | Campo, Merlin | LA-1082-FJ (21ft) |
| LA-3934-EW | Ochello, Dominick | LA-3934-EW (16ft) |
| LA-8581-FN | Ochello, Dominick | LA-8581-FN (24ft) |
| LA-8774-FG | Greppel, Craig | LA-8774-FG (29ft) |
| 551837 | Alfonso, Jesse | Lady Wendy (37ft) |
| LA-1933-CA | Contrenchis, Joseph | LA-1993-CA (21ft) |
| LA-8904-BC | Cheramie, Alan | LA-8904-BC (24ft) |
| LA-3305-FV | RC Boat Rentals (Alfonso, Randy) | LA-3305-FV (25ft) |
| LA-5071-BK | RC Boat Rentals (Alfonso, Randy) | LA-5071-BK (25ft) |
| LA-7226-FG | Alexie, Benny | BJ the Tiger (35ft) |
| 924144 | Robin, Chris, Jr. | Cajun Viagra Express (65ft) |
| 952837 | Robin, Chris, Jr. | Rebel Express (56ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| LA-5194-FG | Rivet, Jase | LA-5194-FG (19ft) |
| LA-3709-FP | Matherne, Keith | LA-3709-FP (22ft) |
| LA-1353-FS | Jaunet, David | LA-1353-FS (18ft) |
| LA-8743-FP | O'Niel, Serigne | LA-8743-FP (25ft) |
| LA-6048-FG | Alfonso, Vernon, Sr. | LA-6048-FG (25ft) |
| LA-6209-FF | Darda, Emile | Big Scoop (32ft) |
| HOU-1608 | Cheramie, Mark | LA-5579-FK (24ft) |
| HOU-2095 | Le, Trang Van | Heaven Sent (56ft) |
| HOU-3484 | Brett Anthony, Inc. (Anthony, Brett) | Brett Anthony (67ft) |
| HOU-3317 | Master N.T., Inc. (Nguyen, Thanh P.) | Master NT (85ft) |
| LA-5690-FD | Morales, Eugene, Sr. | LA-5690-FD (35ft) |
| LA-6247-FU | Greco, Anthony, III | Slow Ride (54ft) |
| LA-5266-FF | Berthelot, Gerard | LA-5266-FF (23ft) |
| LA-5311-FE | Basse, Donald | LA-5311-FE (24ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| LA-7641-FG | Despeaux, Byron | Miss Mendy (35ft) |
| LA-7290-EW | Coulon, Allen, J., Sr. | LA-7290-EW (19ft) |
| MOB6-0838 | Clopton, Johnnie, M. | Hurricane Deck (19ft) |
| LA-4743-FF | Arabie, James | LA-4743-FF (19ft) |
| LA-4464-FP | Naquinn, Junius, Jr. | LA-4464-FP (23ft) |
| LA-5603-EX | Naquin, Junius, Jr. | LA-5603-EX (18ft) |
| HOU-0477 | Burton, George | Scuby Do (25ft) |
| HOU-0289 | Amalia, LLC (Zarak, Nikolas and Diane) | Miss Amalia (48ft) |
| HOU-0189 | Atlantis, LLC (Zarak, Nikolas and Diane) | Atlantis (682178) (60ft) |
| MOB6-0025.1 | Tran, Minh | Dolphin (30ft) |
| LA-3168-FS | Tran, Dung Van | LA-3168-FS (18ft) |
| MOB5-5947 | Foster, Phelan (Ray) | Miss Joyce (35ft) |
| HOU-1530 | Terrebonne, Gary | Betty T (46ft) |
| HOU-3104 | Tronn, Shaun | Miss Melissa (35ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| HOU-3123 | Thonn, William | Master Shaun (40ft) |
| HOU-3142 | Julian, John | Sheena Marie (35ft) |
| MOB5-6215 | Wilkerson, Othor | OCW 1974 (20ft) |
| LA-0298-ZC | Campo, Nicholas (Nicky) | LA-0298-ZC (28ft) |
| LA-5695-EL | Campo, Kevin | Colton's Fury (28ft) |
| LA-1909-AB | Morales, Alex, Jr. | Stevie Brad (27ft) |
| LA-3021-BU | Mones, Jason | LA-3021-BU (24ft) |
| MOB5-8103.1 | Lambeth, Cecil | Miss Kathleen (57ft) |
| MOB5-8022.1 | Bradley, William | Itchy Mon (34ft) |
| 621470 | Frickey, Jimmy | Buccaneer (60ft) |
| MOB5-7516.1 | Shish, Mauro and Christi | Captain TK (47ft) |
| MOB5-5976.1 | Bosarge, Charles | AL-2222-HD (21ft) |
| MOB5-5976.2 | Bosarge, Charles | Big Buddy (42ft) |
| MOB5-6396 | Carter, Richard Devere | MI-9048-AY (27ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB6-0999 | Johnson, Brent | Al-0261-LV (22ft) |
| HOU-1231 | Matherne, Paul | LA-6342-FU (31ft) |
| LA-1134-CA | Bundy, Ronald | LA-1134-CA (28ft) |
| LA-6931-EW | Bundy, Ronnie | LA-6931-EW (35ft) |
| HOU-3590 | Nguyen, Joa Chim | Maria Sandi (72ft) |
| MOB5-0069 | Goetz, George W. | Bonnie Sue II (16ft) |
| MOB5-0068 | Estate of George P. Goetz II | Bonnie Sue (50ft) |