## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MASTER DOCKET |
| | * | NO. 10-MD-2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on | * | |
| APRIL 20, 2010 | * | |

**THIS DOCUMENT RELATES TO NO. 11-02515**

| | | |
|---|---|---|
| CONRAD CHARLES WIEGAND | * | CIVIL ACTION NO: 11-02515 |
| | * | |
| VERSUS | * | SECTION: "J" |
| | * | |
| UNITED STATES MARITIME SERVICES, | * | DIVISION: "1" |
| L.L.C. and PARISH OF ST. BERNARD | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF APPEARANCE OF COUNSEL

NOW COMES Defendant United States Maritime Services, Inc. (incorrectly identified as "United States Maritime Services, L.L.C."), who files this Notice of Appearance, as follows:

1.

In the referenced matter, Allen J. Krouse, Esq. (LA. Bar #14426), Andrew S. deKlerk (LA. Bar #1045) and Brandon K. Thibodeaux (LA. Bar #32725) of Frilot L.L.C. hereby appear as counsel on behalf of Defendant United States Maritime Services, Inc.

2.

This appearance is submitted without waiver of any objections.

Respectfully submitted,

/s/ Allen J. Krouse, III
Allen J. Krouse, III  (#24436)
Andrew S. de Klerk (#1045)
Brandon K. Thibodeaux (#32725)
FRILOT L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Telephone: (504) 599-8000
Facsimile: (504) 599-8145
akrouse@frilot.com
adeklerk@frilot.com
bthibodeaux@frilot.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion for Extension of Time to File Answer has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 29th day of December, 2011.

/s/ Allen J. Krouse