**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re: Oil Spill by the Oil Rig           MDL NO. 2179
       "Deepwater Horizon" in the Gulf
       of Mexico, on April 20, 2010        SECTION J

Applies to: *All Cases*             JUDGE BARBIER
                                    MAGISTRATE JUDGE SHUSHAN

<u>ORDER</u>

**[Regarding BP's Motion to Compel the U.S. to Produce Documents from Zantaz Server**
**(Rec. doc. 4926)]**

On December 15, 2011, BP filed a motion to compel the U.S. to produce documents located on its Zantaz server.  BP argues that it seeks responsive, non-privileged documents on the server that pre-date the United States' legal hold for 61 individual BOEMRE custodians.  Rec. doc. 4926.  The U.S. submitted an opposition (Rec. doc. 5010), and BP submitted a reply (Rec. doc. 5012).  For the reasons presented by BP, the Court finds that documents on the Zantaz server shall be produced to BP.

The U.S. raised issues concerning the cost of the production and the time required to complete the production.  Anthony Irish, the project manager of the BP Deepwater Horizon Oil Spill Discovery Project in the Office of the Solicitor at Department of Interior, states that it would cost Interior between $850,000 and $1,150,000 and take months to accomplish the production.  Rec. doc. 5010 (Exhibit 4).  BP submitted an affidavit from John Jessen[1], who stated that it should cost about $140,300 and can be completed in approximately  fourteen days.  Rec. doc. 5012 (Attachment A).

There is agreement between Irish and Jessen that the lowest cost option is to export all of

---

[1] Mr. Jessen is Managing Director of Jessen and Associates, a legal discovery consulting firm. He is Co-Chairman of the Executive Committee of the Sedona Conference and a founding member of its Working Group on Electronic Document Retention and Production.

the email for the 61 custodians out of the Zantaz server and import it into another system that can search it and produce the responsive, non-privileged documents sought by BP. The first step in the process is exporting the ESI out of the Zantaz server. Jessen estimates that it would cost the U.S. $30,500 for its vendor to bulk export all of the email for the 61 custodians from the Zantaz server. The U.S. shall bear the cost for the bulk export from the Zantaz server even if the cost exceeds the estimate.

Jessen estimates that the cost to import, search, cull and host the Zantaz-sourced email for 61 custodians would be between $73,200 and $109,800. BP shall provide the system into which Zantaz-sourced email is imported and bear the cost to import, search, cull and host the email even if the cost to BP exceeds the estimate. BP shall produce to the U.S. the documents that it contends are responsive and not privileged. All other documents imported into BP's system shall be returned to the U.S., and BP shall not retain copies of any such documents.

The U.S. shall bear the cost of reviewing the documents which BP contends are responsive and not privileged to determine whether any of the documents should not have been produced to BP. It shall also bear the cost of any clawback efforts.

This procedure will raise issues that BP's vendor and possibly counsel shall have access to the email before the U.S. has searched, culled out non-responsive email and prepared a privilege log. BP and the U.S. shall agree on a protocol that will limit access to the email until the process is complete and provide a clawback procedure. The parties shall meet-and-confer on this protocol, including a time line for the completion of the production.

After the parties conduct an initial meet-and-confer on compliance with this order, they shall contact the Court's office to schedule a telephone conference to report on their progress.

IT IS ORDERED that: (1) BP's motion to compel production from the Zantaz server (Rec. doc. 4926) is GRANTED in PART and DENIED in PART as provided herein; and (2) any appeal from this order shall be filed by **Wednesday, January 4, 2012.**

New Orleans, Louisiana, this 29th day of December, 2011.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**

3