UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION J** |
| | * | |
| **Applies to:** | * | **JUDGE BARBIER** |
| **11-1106, 11-1113, 11-1480** | * | |
| | * | **MAGISTRATE SHUSHAN** |

**ORDER**

Before the Court is Defendants' Joint Motion to Dismiss the Complaints Brought on Behalf of the State of Louisiana by the District Attorneys of Cameron, Jefferson, and St. Charles Parishes. (Rec. Doc. 4990).

The District Attorneys for the Louisiana Parishes of Cameron, Jefferson, and St. Charles brought actions asserting claims under La. R.S. 56:40.1, *et seq*, for the value of each fish, wild bird, wild quadruped, etc. that was injured or killed by the discharge of oil within their respective parishes.[1] (*See* Case Nos. 11-1106, 11-1113, 11-1480). Defendants had previously moved to dismiss similar claims asserted by other Louisiana Parish District Attorneys in other member cases and also in the Local Government Entity Master Complaint. On December 9, 2011, this Court issued an Order and Reasons that, *inter alia*, dismissed claims asserted under La. R.S. 56:40.1, *et seq.* (Rec.

---

[1] La. R.S. 56:40.1 states, "A person who kills, catches, takes, possesses, or injures any fish, wild birds, wild quadrupeds, and other wildlife and aquatic life in violation of this Title, or a regulation adopted pursuant to this Title, or a federal statute or regulation governing fish and wildlife, or who, through the violation of any other state or federal law or regulation, kills or injures any fish, wild birds, wild quadrupeds, and other wildlife and aquatic life, is liable to the state for the value of each fish, wild bird, wild quadruped, and other wildlife and aquatic life, unlawfully killed, caught, taken, possessed, or injured."

Doc. 4845 at 7-8). Pursuant to Pretrial Order No. 33,[2] Defendants now move this Court to dismiss the actions by the Cameron, Jefferson, and St. Charles Parish District Attorneys, which were not specifically listed in the December 9, 2011 Order and Reasons.

**IT IS ORDERED** that Defendants' Joint Motion to Dismiss (Rec. Doc. 4990) is **GRANTED** for the reasons stated in the Order and Reasons of December 9, 2011 (Rec. Doc. 4845 at 7-8 & n.5), and the claims asserted under La. R.S. 56:40.1, *et seq.*, in Case Nos. 11-1106, 11-1113, and 11-1480 are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that, because Case Nos. 11-1106, 11-1113, and 11-1480 only assert claims under La. R.S. 56:40.1, *et seq.*, those cases are also **DISMISSED.**

To the extent they have not already done so, the Plaintiffs in Case Nos. 11-1106, 11-1113, and 11-1480 are not prejudiced from seeking removal costs and/or damages under OPA (subject to OPA'S presentment requirement) and general maritime law by filing a Local Government Entity Short Form (*see* Pretrial Order No. 33, Rec. Doc. 1549 ¶ 3) or filing an individual complaint.

New Orleans, Louisiana, this 28th day of December, 2011.

_____
United States District Judge

---

[2] Pretrial Order No. 33 ¶ 9 (Rec. Doc. 1549) states: "The filing of an answer or other responsive pleading to the voluntary Local Government Entity Master Complaint by any defendant named therein shall, for administrative purposes, serve as an answer or other defense to the common legal and factual issues contained therein, and the requirement for the filing of a separate answer or other responsive pleading to any other petitions or complaints filed by local governmental entities within the MDL shall be stayed, pending further order of the Court." *See also* Stipulated Order of May 6, 2011, Rec. Doc. 2273.