UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010**  **Applies to:** *All Cases* **(Including 10-2771)** | **MDL No. 2179**  **SECTION "J"**  **JUDGE BARBIER**  **MAGISTRATE SHUSHAN** |

## ORDER

With respect to the PSC's Motion to Establish Account and Reserve for Litigation Expenses, multiple Motions for Leave were filed:

• Halliburton's Ex Parte Motion to Join in and Adopt the Arguments Made in the Weatherford Entities Memorandum in Opposition (Rec. Doc. 4668)

• State of Louisiana's Motion for Leave to File Response to the PSC's Reply in Support (Rec. Doc. 4722)

• Plaquemines Parish School Board's Motion for Leave to File Memorandum in Opposition (Rec. Doc. 4726)

• PSC's Motion for Leave to File Sur-Reply Brief in Further Support (Rec. Doc. 4739)

• State of Louisiana's Motion for Leave to File Opposition (Rec. Doc. 4859)

• State of Louisiana, Office of the Governor's Motion for Leave to File a Memorandum in Support (Rec. Doc. 4916)

• State of Louisiana's Motion for Leave to File Motion to Strike and/or in Opposition to the PSC's Response and Third Proposed Order (Rec. Doc. 4948)

**IT IS ORDERED** that, to the extent these Motions request leave to file a memorandum supporting or opposing the PSC's underlying Motion (or adopt the arguments of another party, e.g. Rec. Doc. 4688), the Motions (Rec. Docs. 4668, 4722, 4726, 4739, 4859, 4916, 4948) are

**GRANTED**.

The State of Louisiana's latest Motion for Leave (Rec. Doc. 4948) requested leave of Court to file both an Opposition Memorandum and a Motion to Strike.  The Court has granted the State's Motion for Leave insofar as it sought to file an Opposition Memorandum, but the Court **DENIES** that portion of the proposed pleading requesting the Court to Strike other documents.

New Orleans, Louisiana, this 29th day of December, 2011.

_____
United States District Judge