

**Draft Phase I Early Restoration Plan Proposed Action**

Lake Hermitage Marsh Creation – NRDA Early Restoration Project
Fact Sheet

## General Project Description

The Lake Hermitage Marsh Creation – NRDA Early Restoration Project involves the creation of marsh within a project footprint known as the "Lake Hermitage Marsh Creation Project" developed for and funded through the Coastal Wetlands Planning, Protection and Restoration Act (CWPPRA) Program. This proposal substitutes approximately 104 acres of created brackish marsh for approximately 5-6 acres of earthen terraces that would otherwise have been constructed within the CWPPRA project boundary.

The Lake Hermitage Marsh Creation Project is located within the Barataria Hydrologic Basin in Plaquemines Parish, Louisiana, to the west of the community of Pointe a la Hache, and northwest of the community of Magnolia. This basin was identified as a priority area for coastal restoration, and has been the focus of extensive study and project design and implementation.

The primary goals of the Lake Hermitage Marsh Creation base CWPPRA Project are (1) to restore the eastern Lake Hermitage shoreline to reduce erosion and prevent breaching into the interior marsh and (2) to re-create marsh in the open water areas south and southeast of Lake Hermitage.

## Project Details

The Lake Hermitage Marsh creation – NRDA Early Restoration Project is designed to create 104 acres of brackish marsh in lieu of the earthen terraces included in the final design of the base CWPPRA project. Marsh areas would be constructed entirely within the base project's terrace boundary. Sediment would be hydraulically dredged from a borrow area in the Mississippi River, and pumped via pipeline to create new marsh in the project area. Over time, natural dewatering and compaction of dredged sediments should result in elevations within the intertidal range which would be conducive to the establishment of emergent marsh. The 104-acre fill area would be planted with native marsh vegetation to accelerate benefits to be realized from this project.

## Resource Benefits and Relationship to Injury

The Lake Hermitage Marsh Creation – NRDA Early Restoration Project would create new brackish marsh. The ecological services gained by this project are anticipated to help compensate for brackish marsh injuries or losses due to the spill. The created marsh would be constructed in the Barataria Hydrologic Basin, which was heavily impacted by the spill.

## Number of Credits and Units

For the purposes of negotiations of Offsets with BP in accordance with the Framework Agreement, the Trustees used Habitat Equivalency Analysis to estimate Offsets provided by the Lake Hermitage Marsh Creation – NRDA Early Restoration Project. Offsets reflect units of discounted service acre years (DSAYs) of emergent brackish salt marsh, and would be applied against emergent brackish salt marsh habitat injured by the *Deepwater Horizon* oil spill in the

Barataria Hydrologic Basin as determined by the Trustees' total assessment of injury. In estimating DSAYs, the Trustees considered a number of factors, including, but not limited to, the time period that it would take for created marsh to provide different levels of ecological benefits, the time period over which the project would continue to provide benefits, and the ecological benefits of created marsh relative to existing marsh habitats that were not affected by the oil spill.

Total estimated Offsets for the Lake Hermitage Marsh Creation – NRDA Early Restoration Project are 518 DSAYs. In addition, the Trustees determined that approximately 25% of the Offsets (134 DSAYs) would be associated with highly productive marsh edge habitat, which is habitat along the land/water interface.

### Estimated Cost
The estimated cost to implement the Lake Hermitage Marsh Creation – NRDA Early Restoration Project is $13,200,000.

### For more information contact:
Jenny Kurz
Louisiana NRDA Public Information Officer
jenny.kurz@la.gov



Lake Hermitage Marsh Creation – NRDA Early Restoration Increment.



Lake Hermitage Marsh Creation CWPPRA Project.