UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LESTER ANSARDI, INDIVIDUALLY, AND ON BEHALF OF OTHERS SIMILARLY SITUATED | * * * * | CIVIL ACTION NO: 11-2908 |
| VERSUS | * * | SECTION: "J" (1) |
| UNITED STATES MARITIME SERVICE, INC UNITED STATES MARITIME SERVICE, LLC, AND UNITED STATES ENVIRONMENTAL SERVICES, LLC | * * * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO REMAND PURSUANT TO 28 U.S.C. § 1447

**NOW INTO COURT**, through undersigned counsel, comes the plaintiff, Lester Ansardi, who respectfully moves this Honorable Court for an Order remanding the above-captioned case to the Civil District Court for the Parish of Orleans. In so doing, plaintiff avers that the Court lacks subject matter jurisdiction because of the following reasons: (1) the Outer Continental Shelf Lands Act ("OCSLA") is inapplicable because the controversy at issue does not pertain to exploration, development, or production on the Outer Continental Shelf; (2) plaintiff's claims do not fall under the ambit of the Oil Pollution Act ("OPA") because the claims do not meet OPA's strict proximate cause requirement nor have Plaintiff or any of the putative Class members satisfied OPA's mandatory presentment requirement; and (3) the Class Action Fairness Act ("CAFA") does not apply because all Class members and all Defendants are citizens of Louisiana. Finally, pursuant to Section 1447(c) of Title 28, United States Code, plaintiffs move for

1

an award of the costs and fees incurred in connection with the improper and improvident removal of this action to this Court.

Therefore, pursuant to Section 1447 of Title 28, United States Code, and for the reasons set forth more fully in the accompanying Memorandum in Support, this matter should be remanded to the Civil District Court for the Parish of Orleans because this Court lacks subject matter jurisdiction over the claims of the plaintiff.

Respectfully submitted,

**PENDLEY, BAUDIN & COFFIN, L.L.P.**

 /s/ Christopher L. Coffin
Christopher L. Coffin, La. Bar Roll 27902
Patrick W. Pendley, La. Bar Roll 10421
Stan P. Baudin, La. Bar Roll 22937
Nicholas R. Rockforte, La. Bar Roll 31305
Elena P. Branzaru, La. Bar Roll 31061
24110 Eden Street
Post Office Drawer 71
Plaquemine, Louisiana  70765
Telephone:  (225) 687-6396
Facsimile:  (225) 687-6398
Email: ccoffin@pbclawfirm.com

Gary E. Mason
Donna F. Solen
Mason LLP
1625 Massachusetts Ave., NW, Ste 605
Washington, D.C. 20036
Telephone: (202) 429-2290
Email: gmason@masonlawdc.com
Email: dsolen@masonlawdc.com

Kevin I. Goldberg
Goldberg, Finnegan & Mester, LLC
1010 Wayne Ave. Suite 950
Silver Spring, MD 20910
Telephone: (301) 589-2999 x102
Facsimile: 301-589-2644
Email: kgoldberg@gfmlawllc.com

Dan A. Robin, Jr., La. Bar No. 24628
2203 Pakenham Drive
Chalmette, La 70043
Telephone: 504-279-5177
Facsimile: 504-279-5375
Email: dan@frjustice.com

*Attorneys for Plaintiff and the Putative Class*