UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LESTER ANSARDI,** | * | **CIVIL ACTION NO: 11-2908** |
| **INDIVIDUALLY, AND ON BEHALF** | * | |
| **OF OTHERS SIMILARLY SITUATED** | * | |
| | * | |
| **VERSUS** | * | **SECTION: "J" (1)** |
| | * | |
| **UNITED STATES MARITIME** | * | |
| **SERVICE, INC** | * | |
| **UNITED STATES MARITIME** | * | |
| **SERVICE, LLC, AND** | * | |
| **UNITED STATES ENVIRONMENTAL** | * | |
| **SERVICES, LLC** | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF FILING MOTION TO REMAND**

**NOW INTO COURT,** through undersigned counsel, comes plaintiff Lester Ansardi, who hereby notifies this Honorable Court that, on December 29, 2011, a Motion to Remand this action to the Civil District Court for the Parish of Orleans from the United States District Court for the Eastern District of Louisiana was filed with this Court.

Respectfully submitted,

**PENDLEY, BAUDIN & COFFIN, L.L.P.**

  /s/ Christopher L. Coffin
Christopher L. Coffin, La. Bar Roll 27902
Patrick W. Pendley, La. Bar Roll 10421
Stan P. Baudin, La. Bar Roll 22937
Nicholas R. Rockforte, La. Bar Roll 31305
Elena P. Branzaru, La. Bar Roll 31061
24110 Eden Street
Post Office Drawer 71
Plaquemine, Louisiana  70765
Telephone:  (225) 687-6396
Facsimile:  (225) 687-6398
Email: ccoffin@pbclawfirm.com

1

>Gary E. Mason
>Donna F. Solen
>Mason LLP
>1625 Massachusetts Ave., NW, Ste 605
>Washington, D.C. 20036
>Telephone: (202) 429-2290
>Email: gmason@masonlawdc.com
>Email: dsolen@masonlawdc.com
>
>Kevin I. Goldberg
>Goldberg, Finnegan & Mester, LLC
>1010 Wayne Ave. Suite 950
>Silver Spring, MD 20910
>Telephone: (301) 589-2999 x102
>Facsimile: 301-589-2644
>Email: kgoldberg@gfmlawllc.com
>
>Dan A. Robin, Jr., La. Bar No. 24628
>2203 Pakenham Drive
>Chalmette, La 70043
>Telephone: 504-279-5177
>Facsimile: 504-279-5375
>Email: dan@frjustice.com
>
>*Attorneys for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of December, 2011, a copy of the Notice of Filing Motion to Remand was served upon attorneys who have completed ECF registration as required by the Court..

>By: /s/ Christopher L. Coffin