IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br><br>All Cases | Judge Barbier<br><br>Magistrate Judge Shushan |

**EXPEDITED MOTION FOR CLARIFICATION AND RECONSIDERATION OF THE COURT'S DECEMBER 28, 2011 ORDER AND REASONS AS TO THE PSC'S MOTION TO ESTABLISH ACCOUNT AND RESERVE FOR LITIGATION EXPENSES**

BP respectfully requests that the Court clarify and reconsider portions of its December 28, 2011 Order and Reasons as to the PSC's Motion to Establish Account and Reserve for Litigation Expenses ("Order") (Doc. 5022) in an expedited fashion. First, the Order contains conflicting provisions because it purportedly applies retroactively to November 7, 2011, but it also provides that defendants do not have to fund the escrow account above and on top of any settlements paid. Because neither BP nor the GCCF has control over the funds that have been paid between November 7, 2011 and the present, they are therefore unable to comply with the Order without clarification from the Court. Second, the Order is internally inconsistent in that the Court limited its application to state court plaintiffs, but did not apply the same necessary limiting principles to the GCCF claimants who have not filed claims with this Court and over whom the Court similarly lacks jurisdiction in most cases.

Expedited consideration of this motion is necessary so that the GCCF and BP understand how to proceed despite the conflicting directives in the Order. Moreover, although BP and the GCCF are preparing to comply with the Order promptly, BP and the GCCF do not want to cause any unnecessary confusion among GCCF claimants. BP and GCCF therefore request additional

prompt direction from the Court as to how to comply with the Order and its contradictory and inconsistent directives.

For these reasons, and those stated in BP's accompanying memorandum, BP respectfully requests that the Court, in expedited fashion, clarify and reconsider its December 28, 2011 Order and amend it such that 1) it does not apply retroactively to November 7, 2011; and 2) appropriate and necessary limitations are placed on the Order as it applies to GCCF claimants over whom the Court lacks jurisdiction.

Date:  December 30, 2011                    Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200


Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

*Attorneys for BP*

CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 30th day of December, 2011.

                                                               /s/ Don K. Haycraft
                                                               Don K. Haycraft