# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br><br>*All Cases* | * * * | Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |

## BP'S EX PARTE MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO HALLIBURTON ENERGY SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT REGARDING INDEMNITY ISSUES

BP respectfully requests leave to file the attached Sur-Reply in Opposition to Halliburton Energy Services, Inc.'s ("HESI's") Motion for Summary Judgment Regarding Indemnity Issues. In support of this Motion, BP avers that the attached Sur-Reply is less than two full pages in length and is limited to correcting two of HESI's misstatements about BP's positions that HESI makes in its Reply to BP's Memorandum in Opposition to Motion for Summary Judgment and Response to BP's Cross-Motion for Partial Summary Judgment Regarding Indemnity Issues, Record Doc. No. 5023-1.

WHEREFORE, BP respectfully requests leave to file the attached Sur-Reply

K&E 20630281.1

Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

***Attorneys for BP p.l.c., BP Exploration & Production Inc. and BP America Production Company***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of January, 2012.

/s/ Don K. Haycraft
Don K. Haycraft

K&E 20630281.1