IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br><br>*All Cases* | * * * | Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |

## ORDER

CONSIDERING THE FOREGOING Ex Parte Motion for Leave to File Sur-Reply in Opposition to Halliburton Energy Services, Inc.'s Motion for Summary Judgment Regarding Indemnity Issues;

IT IS HEREBY ORDERED that leave to file the Sur-Reply in Opposition to Halliburton Energy Services, Inc.'s Motion for Summary Judgment Regarding Indemnity Issues is GRANTED. BP's Sur-Reply in Opposition to Halliburton Energy Services, Inc.'s Motion for Summary Judgment Regarding Indemnity Issues shall be filed into the record.

New Orleans, Louisiana, this ___ day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE