UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig        MDL NO. 2179
    "Deepwater Horizon" in the Gulf
    of Mexico, on April 20, 2010        SECTION J

Applies to: *All Cases*                 JUDGE BARBIER
                                        MAGISTRATE JUDGE SHUSHAN

## ORDER

**[Regarding PSC Subpoena to MIT (Rec. doc. 5011)]**

The PSC issued a subpoena to the Massachusetts Institute of Technology for a deposition on written questions on December 23, 2011. On December 20, BP objected to the subpoena. BP contends that the discovery sought from MIT relates to Phase One and is not timely. The PSC responds that the discovery related to expert testimony.[1]

The Operations Academy at MIT was referenced in the deposition of John Mogford during the Phase One depositions. Rec. doc. 5011 (Exhibit C). The Operations Academy and a Projects & Engineering Academy at MIT are referred to in the expert reports from two experts for BP, Morris Burch and Kathleen Sutcliffe. The MIT programs are also referenced in the rebuttal report from a Halliburton expert, Patrick Hudson.

The PSC seeks information on the BP attendees at the MIT programs and the documents relating to the programs. The discovery relates to Phase One and is not timely. There is insufficient time remaining before the start of the trial to permit the parties to engage in a further round of discovery from non-parties.

---

[1] The PSC submitted its opposition *in camera* because of the expert reports attached to it.

IT IS ORDERED that BP's motion to quash deposition notice (Rec. doc. 5011) is GRANTED.

New Orleans, Louisiana, this 3rd day of January, 2012.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**