NO.: 11-31172

---

IN THE
UNITED STATES COURT OF APPEAL
FOR THE FIFTH CIRCUIT

---

IN RE: DEEPWATER HORIZON
USDC NO.  2:10-MD-2179
AS IT RELATES TO:

TERRY G. ROBIN ET AL.

PLAINTIFF-APPELLANTS

vs.

SEACOR MARINE ET AL.

DEFENDANT-APPELLEES

---

USDC NO. 10-1986

---

CIVIL CASE

---

JOINT DESIGNATION OF RECORD

---

Lloyd N. Frischhertz, (#5749)
Frischhertz, Poulliard, Frischhertz &
Impastato
1130 St. Charles Avenue
New Orleans, LA 70130

Telephone: (504) 523-1500
Facsimile:  (504) 581-1670

**/s/Gerald Maples**
**F. Gerald Maples,**
Carl D. Todd Campbell, II,
F. Gerald Maples, P.A.
365 Canal Street, Suite 2650
New Orleans, Louisiana 70113
Telephone: (504) 569-8732
Facsimile:  (504) 525-6932

## JOINT DESIGNATION OF RECORD

NOW COME, Plaintiffs/Appellants, Terry G. Robin et al., through undersigned counsel and Seacor Marine LLC et al., through their undersigned counsel, and upon showing to this Honorable Court of Appeals for the Fifth Circuit, that this matter of the multi-district matter of the Deepwater Horizon, USDC 2:10-MD-2179, solely as it pertains to that cause of action brought by Plaintiffs, Terry G. Robin et al., against various responder vessels, vessel owners and operators, who responded to the explosion and fire that developed on the Deepwater Horizon; and, thus, hereby designate as the record for appeal only the pleadings filed in the specific matter of "Terry G. Robin et al., vs. Seacor Marine et al.," USDC No. 2:10-CV-1986, which encompasses only the Complaint of the Plaintiffs; the Rule 12 Motion to Dismiss of the various Defendants, along with the attached memorandums and exhibits, and all reply memorandums addressing Defendants' Rule 12 Motion to Dismiss; the Court's Decision and Order; and the Judgment submitted and signed by the Honorable Carl J. Barbier.

Respectfully submitted,

/s/ Lloyd N. Frischhertz
Lloyd N. Frischhertz, (#5749)
Frischhertz, Poulliard, Frischhertz &
Impastato
1130 St. Charles Avenue

New Orleans, LA 70130
Telephone: (504) 523-1500
Facsimile: (504) 581-1670

**/s/Gerald Maples**
**F. Gerald Maples,**
Carl D. Todd Campbell, II,
F. Gerald Maples, P.A.
365 Canal Street, Suite 2650
New Orleans, Louisiana 70113
Telephone: (504) 569-8732
Facsimile: (504) 525-6932


**/s/Gary Hemphill**
**Gary Hemphill**
Phelps Dunbar
365 Canal St., Suite 2000
New Orleans, LA 70130
Telephone: (504) 566-1311
Faximile: (504) 568-9130

**/r/Robert McCleskey**
Phelps Dunbar
365 Canal St., Suite 2000
New Orleans, LA 70130
Telephone: (504) 566-1311
Faximile: (504) 568-9130

**/s/ William J. Riviere**
Theodore E. Tskekerides
Weil, Gotshal & Mangas, LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (504) 566-1311
Faximile: (504) 568-9130