## VERIFICATION

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

BEFORE ME, the undersigned authority, personally came and appeared

**LLOYD N. FRISCHHERTZ**

who being duly sworn did depose and say that he is the attorney for Plaintiffs/Appellants, Terry G. Robin et al., in this action that the allegations contained in the above and foregoing brief are true and correct to the best of his information, knowledge and belief, and that a copy of this application has been forwarded to all those listed below by placing same in the U.S. Mail, properly addressed and postage prepaid, this 3rd day of January, 2012.

**FAXED and MAILED TO:**

**United States Fifth Circuit Court of Appeal**
600 S. Maestri Place
New Orleans, LA 70130

**Honorable Carl J. Barbier**
United States District Court
Eastern District of Louisiana
United States Courthouse
500 Poydras St.
New Orleans, LA 70130

_____
LLOYD N. FRISCHHERTZ

SWORN TO AND SUBSCRIBED BEFORE ME,

THIS 3RD DAY OF JANUARY 2012.

_____
NOTARY PUBLIC

**BARRY W. SARTIN, JR.**
Notary Public, Bar No. 34075
State of Louisiana
My Commission is issued for Life