## LIST OF ADDITIONAL PARTIES REPRESENTED

Ricky Estavez; Annabelle Nunez; Dardinella Long; David Estavez; Karen Scott; Marie Campo; Larry Frilot; B.M. Perry II, Ltd.



EXHIBIT A