## LIST OF ADDITIONAL RELATED CASES

11-31178, USDC No. 10-3895, In Re: Seacor Holdings, Inc., Seacor Offshore LLC, Seacor Marine, LLC and Seacor Worldwide, Inc. as Beneficial Owner, Registered Owner and Managing Owner of the M/V Seacor Lee;

11-31179, USDC No. 10-3896, In Re: Seacor Holdings, Inc., Seacor Offshore LLC, Seacor Marine LLC, as Beneficial Owner, Registered Owner and Managing Owner of the M/V Seacor Vanguard;

11-31180, USDC No. 10-3897, Seacor Holdings, Inc., Seacor Offshore LLC, Seacor Marine, LLC and Siemens Financial, Inc. as Beneficial Owner, Registered Owner and Managing Owner of the M/V Seacor Washington;

11-31183, USDC No. 10-04169, Nautical Solutions, LLC, as Owner of the M/V Mr. Sidney;

11-31184, USDC No. 11-58, Monica Ann, LLC, as Owner, and JNB Operating, LLC, and Gulf Offshore Logistics, LLC, as Operators and/or Owners Pro Hac Vice, of the M/V Monica Ann;


EXHIBIT B