## ALL INTERESTED PARTIES AND THEIR ATTORNEY OF RECORD

RICKY ESTAVEZ; ANNABELLE NUNEZ; DARDINELLA LONG; DAVID ESTAVEZ; KAREN SCOTT; MARIE CAMPO; LARRY FRILOT; B.M. PERRY II, LTD., RICKY ESTAVEZ, ANNABELLE NUNEZ, DARDINELLA LONG, DAVID ESTAVEZ, KAREN SCOTT, MARIE CAMPO, LARRY FRILOT, B.M. PERRY, MICHAEL ABADIE, AIMAN ABDEL, CARL ALEXANDER, SERGIO ALVARADO, BILLY BENSEL, STEPHANIE BONNET, DAVID COOPER, STEPHEN CRAWFORD, LEO DAMARIS, JAMES DIXON, HOLLY DONAHUE, RICHARD FLICK, GREG GAUBERT, CHRLOTTE GIARDINA, EARL GROS, FANNY HERRERA, JOHN HERRIN, MATTHEW HEYMANN, HWY 190 SKATERS, LLC, IMPASTATO'S RESTAURANT, JULIE JASLOVE, HARRY JUKES, STEPHEN KEPPEN, JANICE AND EUGENE LAFERVE, RAFAEL LOPEZ, LAUREN MAGINNIS, ARTHUR MILONAS, HENRY MOREL, BENJAMIN NAQUIN, NG KAKIT, PARADISE DISTRIBUTION, BRADLEY PERRY, KRISTINE POLIZZI, RONY POLIZZI, CARY RODRIGUE, CRAIG RODRIGUE, RUMMEL ALUMNI ASSOCIATION, STEVEN SERPAS, LYNWOOD STAFFORD, SIDNEY TIBLIER, WANDA TIBLIER, MICHAEL WILCOX, NATALIE PENA, MIKE TRAN, HARRY DAVIS, NGUYEN NGUYEN, JEAN LEBRETON

**Lloyd N. Frischhertz**
Frischhertz, Poulliard, Frischhertz & Impastato
1130 St. Charles Avenue
New Orleans, LA 70130
Telephone: (504) 523-1500
Facsimile:  (504) 581-1670

and

F. Gerald Maples
Carl D. Todd Campbell, II,
F. Gerald Maples, P.A.
365 Canal Street, Suite 2650
New Orleans, Louisiana 70113
Telephone: (504) 569-8732
Facsimile:  (504) 525-6932


SEACOR HOLDINGS, INC., SEACOR OFFSHORE LLC, and SEACOR MARINE LLC, and SEACOR WORLDWIDE, INC., owner of the M/V SEACOR LEE, M/V SEACOR VANGUARD, SEACOR HOLDINGS, INC., SEACOR MARINE LLC, and SIEMENS FINANCIAL, INC., owner of the M/V SEACOR WASHINGTON

      Gary Hemphill
      Phelps Dunbar



365 Canal St., Suite 2000
New Orleans, LA 70130

and

Theodore E. Tskekerides
Weil, Gotshal & Mangas, LLP
767 Fifth Avenue
New York, NY 10153

**ISLAND VENTURES II, LLC, owner of the M/V JOE GRIFFIN, NAUTICAL SOLUTIONS, LLC, owner of the M/V MR. SIDNEY**

Robert P. McCleskey
Phelps Dunbar
365 Canal Place, Suite 2000
New Orleans, LA 70130

**MONICA ANN, LLC, AS OWNER , AND JNB OPERATING, LLC, and GULF OFFSHORE LOGISTICS, LLC AS MANAGERS/ OPERATORS, AND/OR OWNERS PRO HAC VICE OF THE M/V MONICA ANN**

William J. Riviera
Phelps Dunbar
365 Canal Place, Suite 2000
New Orleans, LA 70130-6534