UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| All cases | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

IT IS ORDERED that any response briefs to Dril-Quip, Inc.'s Motion for Summary Judgment Against all Claims (Rec. Doc. 4997) shall be filed no later than <u>January 18, 2012</u>, and shall not exceed 25 pages.  At this time, the Court does not anticipate holding oral argument on this Motion.

New Orleans, Louisiana, this 3rd day of January, 2012.

_____
United States District Judge