UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MASTER DOCKET |
| | * | NO. 10-MD-2179 |
| | * | |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on | * | |
| APRIL 20, 2010 | * | |

THIS DOCUMENT RELATES TO NO. 11-02908

| | | |
|---|---|---|
| LESTER ANSARDI, | * | CIVIL ACTION NO: 11-02908 |
| INDIVIDUALLY, AND ON BEHALF | * | |
| OF OTHERS SIMILARLY SITUATED | * | |
| | * | |
| VERSUS | * | SECTION: "J" |
| | * | |
| UNITED STATES MARITIME | * | |
| SERVICES, INC., | * | |
| UNITED STATES MARITIME | * | DIVISION: "1" |
| SERVICE, LLC, AND | * | |
| UNITED STATES ENVIRONMENTAL | * | |
| SERVICES, LLC | * | |
| * * * * * * * * * * * * * * * * * * * * * * * | | |

**O R D E R**

Considering the foregoing Ex Parte Motion for Extension of Time to File Responsive Pleadings:

IT IS HEREBY ORDERED that the Motion for Extension of Time to File Responsive Pleadings is GRANTED and Defendants, United States Maritime Services, Inc. and United States Environmental Services, L.L.C. are not required to file Responsive Pleadings until after

the stay orders from this Court contained within Pre-Trial Order No. 25 (Record Doc. No. 983) and "Case Management Order Regarding Limited Discovery and Mediation in Connection With Vessels of Opportunity Contract Matters" (Record Doc. No. 3207) are lifted.

      This the _____ day of January 2012.

                                                                _____
                                                                 UNITED STATES MAGISTRATE JUDGE