**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:  OIL SPILL by the OIL RIG** | § | **MDL No. 2179** |
| **"DEEPWATER HORIZON" in the** | § | |
| **GULF OF MEXICO on** | § | **SECTION: J** |
| **APRIL 20, 2010** | § | |
| | § | |
| | § | |
| **This Document Relates To:** | § | **JUDGE CARL J. BARBIER** |
| | § | |
| *All Cases and 2-10-cv-2771* | § | **MAGISTRATE JUDGE SALLY** |
| | § | **SHUSHAN** |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF**
**TRANSOCEAN'S RULE 13 CROSS-CLAIMS/COUNTER-CLAIMS**
**AGAINST M-I, L.L.C.**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), Triton Asset

Leasing GmbH, Transocean Holdings LLC, Transocean Deepwater Inc., and Transocean

Offshore Deepwater Drilling, Inc. ("Transocean") and M-I L.L.C. ("M-I"), by their respective

counsel stipulate that Transocean's claims against M-I asserted in Paragraphs 126 through 134 of

Transocean's Rule 13 Cross-Claims/Counter-Claims [Dkt. No. 2068] ("Affirmative Damage

Claim for Total Loss of *Deepwater Horizon*") are dismissed with prejudice as to M-I.  Each

party shall bear its own costs and attorneys' fees related to this count.

Respectfully submitted,

By:____/s/ Steven L. Roberts_____
Steven L. Roberts (Texas, No. 17019300)
Rachel Giesber Clingman (Texas, No. 00784125)
Kent C. Sullivan (Texas, No. 19487300)
Sutherland Asbill & Brennan LLP
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 470-6100
Facsimile: (713) 654-1301
Email: steven.roberts@sutherland.com,
rachel.clingman@sutherland.com,
kent.sullivan@sutherland.com,

By:____/s/ Kerry J. Miller_____
Kerry J. Miller (Louisiana, No. 24562)
Frilot, L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8169
Facsimile: (504) 599-8154
Email: kmiller@frilot.com

-and-

By:____/s/ Edwin G. Preis, Jr._____
Edwin G. Preis, Jr. (Louisiana, No. 1070)
Richard J. Hymel (Louisiana, No. 20230)
Preis & Roy PLC
102 Versailles Boulevard, Suite 400
Lafayette, Louisiana 70501
Telephone: (337) 237-6062
Facsimile: (337) 237-9129
-and-
601 Poydras Street, Suite 1700
New Orleans, Louisiana 70130
Telephone: (504) 581-6062
Facsimile: (504) 522-9129
Email: egp@preisroy.com, efk@preisroy.com

-and-

By:____/s/ Brad D. Brian._____
Brad D. Brian (California, No. 79001)
Allen M. Katz (California, No. 054933)
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5180, (213) 683-4018
Email: brad.brian@mto.com,
allen.katz@mto.com

Of Counsel:
John M. Elsley (Texas, No. 0591950)
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone: (713) 224-8380
Facsimile: (713) 225-9945
Email: john.elsley@roystonlaw.com

Daniel O. Goforth (Texas, No. 08064000)
Goforth Easterling LLP
4900 Woodway, Suite 750
Houston, Texas 77056
Telephone: (713) 650-0022
Facsimile: (713) 650-1669
Email: dangoforth@goforthlaw.com

*Counsel for Triton Asset Leasing GmbH., Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc. and Transocean Deepwater Inc.*

AND

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ *Hugh E. Tanner*
Hugh E. Tanner
htanner@morganlewis.com
Texas Bar No. 19637400
1000 Louisiana, Suite 4000
Houston, Texas  77002
Telephone:     (713) 890-5000
Facsimile:     (713) 890-5001

**ATTORNEY FOR DEFENDANT
M-I L.L.C.**

Of Counsel:
MORGAN, LEWIS & BOCKIUS LLP

Derek E. Leon
dleon@morganlewis.com
Texas Bar No. 24002463
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone:     (305) 415-3000
Facsimile:     (305) 415-3001

Denise Scofield
dscofield@morganlewis.com
Texas Bar No. 00784934
1000 Louisiana, Suite 4000
Houston, Texas  77002
Telephone:     (713) 890-5000
Facsimile:     (713) 890-5001

**ATTORNEYS FOR DEFENDANT**
**M-I L.L.C.**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice of

Transocean's Rule 13 Cross-Claims/Counter-Claims Against M-I L.L.C. has been served on All

Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with

Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of

the United States District Court for the Eastern District of Louisiana by using the CM/ECF

System, which will send a notice of electronic filing in accordance with the procedures

established in MDL 2179, on this third day of January, 2012.

    /s/ *Kerry J. Miller*
    Kerry J. Miller