UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MASTER DOCKET |
| | * | NO. 10-MD-2179 |
| | * | |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on | * | |
| APRIL 20, 2010 | * | |
| | | |
| THIS DOCUMENT RELATES TO NO. 11-02909 | | |
| | | |
| FRANK BIGUNAC, ET AL | * | CIVIL ACTION NO: 11-02909 |
| | * | |
| VERSUS | * | SECTION: "J" |
| | * | |
| UNITED STATES MARITIME | * | |
| SERVICES, INC. | * | DIVISION: "1" |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the foregoing Ex Parte Motion for Extension of Time to File Responsive Pleadings:

IT IS HEREBY ORDERED that the Motion for Extension of Time to File Responsive Pleadings is GRANTED and Defendant, United States Maritime Services, Inc. is not required to file Responsive Pleadings until after the stay orders from this Court contained within Pre-Trial Order No. 25 (Record Doc. No. 983) and "Case Management Order Regarding Limited

Discovery and Mediation in Connection With Vessels of Opportunity Contract Matters" (Record Doc. No. 3207) are lifted.

This the _____ day of January 2012.

_____
UNITED STATES MAGISTRATE JUDGE

436179                                    2