# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 § § § § § Applies to: All Cases § § § | MDL No. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |

## HESI'S MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO BP'S MOTION FOR SPOLIATION SANCTIONS

Halliburton Energy Services, Inc. ("HESI") files this Motion for Leave to File Surreply in Opposition to BP's Motion for Spoliation Sanctions as follows:

HESI asks this Court to allow it to address issues BP raised in its Reply in support of its Motion for Spoliation Sanctions filed on December 5, 2011 (Rec. Docs. 5024 and 4799, respectively). HESI seeks leave to file a short Surreply to address these issues, a copy of which is attached hereto and incorporated as if fully set forth herein as Exhibit A. HESI does not request to file its Surreply for the purposes of delay but only so that justice may be done.

### Conclusion and Prayer

HESI respectfully requests the Court to grant leave to file its Surreply, and for the Court to deem Exhibit A filed as of the date it grants leave to file same, and for such other and further relief the Court may deem it justly entitled.

Dated: January 4, 2012.

       **Respectfully submitted**

       **GODWIN RONQUILLO PC**

       /s/ Donald E. Godwin
       Donald E. Godwin
       *Attorney-in-charge*
       State Bar No. 08056500
       dgodwin@GodwinRonquillo.com
       Bruce W. Bowman, Jr.
       State Bar No. 02752000
       bbowman@GodwinRonquillo.com
       Jenny L. Martinez
       State Bar No. 24013109
       jmartinez@GodwinRonquillo.com
       Floyd R. Hartley, Jr.
       State Bar No. 00798242
       fhartley@GodwinRonquillo.com
       Gavin E. Hill
       State Bar No.  00796756
       ghill@GodwinRonquillo.com
       Renaissance Tower
       1201 Elm, Suite 1700
       Dallas, Texas 75270-2041
       Telephone: (214) 939-4400
       Facsimile: (214) 760-7332

       and

       R. Alan York
       ayork@GodwinRonquillo.com
       Jerry C. von Sternberg
       jvonsternberg@GodwinRonquillo.com
       Misty A. Hataway-Coné
       mcone@GodwinRonquillo.com
       1331 Lamar, Suite 1665
       Houston, Texas 77010
       Telephone: 713.595.8300
       Facsimile: 713.425.7594
       **ATTORNEYS FOR PLAINTIFF**
       **HALLIBURTON ENERGY SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2012 a copy of the foregoing Halliburton Energy Services, Inc.'s Motion for Leave to file Surreply in Opposition to Motion for Sanctions was filed electronically with the Clerk of the Court using the CM/ECF system.

/s/ Donald E. Godwin
Donald E. Godwin