UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179 SECTION: J JUDGE BARBIER |
| Applies to:   All Cases | § § § | MAG. JUDGE SHUSHAN |

### ORDER GRANTING HESI'S MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO BP'S MOTION FOR SPOLIATION SANCTIONS

On this day the Court heard and considered Halliburton Energy Services, Inc.'s Motion for Leave to File Surreply in Opposition to BP's Motion for Spoliation Sanctions. The Court, after reviewing the Motion, finds that good cause has been shown, and that Halliburton Energy Services, Inc.'s Motion should be and is in all things GRANTED.

IT IS HEREBY ORDERED that Halliburton Energy Services, Inc. is permitted to file its Motion for Leave to File Surreply in Opposition to BP's Motion for Spoliation Sanctions to be included in the record.

Signed on the _____ day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE