UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| 10-4536 | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

Before the Court are (Rec. Doc. 3450) Proposed Intervenor Sierra Club, Inc.'s Objections to Order of the Magistrate Judge Denying Motion to Intervene, Response Memoranda (Rec. Docs. 3796, 3797, 3798), and Sierra Club, Inc.'s Reply (Rec. Doc. 3884).  Having considered the arguments of counsel, the record, and the applicable law, the Court finds that the Magistrate Judge's Order (Rec. Doc.3065) was not clearly erroneous or contrary to law.  *See* Fed. R. Civ. P. 72(a).  Accordingly,

**IT IS ORDERED** that (Rec. Doc. 3450) Sierra Club, Inc.'s Objections to the Magistrate Judge's Order are **OVERRULED.**

New Orleans, Louisiana, this 3rd day of January, 2012.

_____
United States District Judge