# Exhibit 1

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3   IN RE:  OIL SPILL       )   MDL NO. 2179
     BY THE OIL RIG           )
 4   "DEEPWATER HORIZON" IN  )   SECTION "J"
     THE GULF OF MEXICO, ON  )
 5   APRIL 20, 2010          )   JUDGE BARBIER
                              )   MAG. JUDGE SHUSHAN
 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20              Deposition of RICKEY LYNN
21   MORGAN, taken at Pan-American Building,
22   601 Poydras Street, 11th Floor, New Orleans,
23   Louisiana, 70130, on the 17th day of October,
24   2011.
25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

10

|  |  |
|---|---|
| 1 | us roughly to 19 -- |
| 2 | A.    '80. |
| 3 | Q.    -- 80.  Where did you go after |
| 4 | that? |
| 08:36  5 | A.    I started at Halliburton in |
| 6 | January of 1980 as a lab technician. |
| 7 | Q.    What did you do as a lab |
| 8 | technician in the early years? |
| 9 | A.    We ran large-scale tests. |
| 08:36 10 | Q.    What type of tests? |
| 11 | A.    We would make our own formations |
| 12 | and pump mud into them and then cement, see |
| 13 | how good a cement job we got. |
| 14 | Q.    Can you tell me from 1980 to the |
| 08:36 15 | present the types of positions that you've |
| 16 | held at Halliburton, including the title and |
| 17 | description of the work? |
| 18 | A.    I was a lab technician, Sr. lab |
| 19 | technician, principal technologist, and now |
| 08:37 20 | I'm a global adviser in the Gulf cementing. |
| 21 | Q.    Okay.  What years were you a lab |
| 22 | technician? |
| 23 | A.    I'd say '83, to '83. |
| 24 | Q.    1980 to '83? |
| 08:37 25 | A.    That's an approximation.  I |

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1  keep a log of the type of slurry designs that
 2  are used in different projects --
 3       A.   Yes, sir.
 4       Q.   -- is that right?  And for the
 5  Macondo well 252 you picked the slurry sheet
 6  that you felt in the Viking system would be
 7  the one that was used in the Macondo well
 8  252; is that right?
 9       A.   No.  I got the slurry sheet from
10  Brian.
11       Q.   Okay.  And Brian was -- here's
12  my question:  You're trying to figure out the
13  slurry -- look at the slurry that was used in
14  the Macondo well 252, right?
15       A.   Yes, sir.
16       Q.   So it's important that you pick
17  the right recipe?
18       A.   Yes, sir.
19       Q.   So how -- what assurances did
20  you have that made you feel comfortable,
21  okay, I'm checking the right slurry?
22       A.   That was the slurry Brian was
23  using, as far as mixing his test -- he was in
24  the field service.
25       Q.   Okay.  And Brian was also
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
        1   testing the slurry for the Macondo 252?
        2        A.    Yes, sir.
        3        Q.    So you felt fairly comfortable
        4   that it was the right slurry recipe?
08:46   5        A.    Yes, sir.
        6        Q.    Was it a foam slurry?
        7        A.    Yes, sir.
        8        Q.    How would you describe that
        9   slurry?
08:46  10        MR. BOWMAN:  Object to the form.
       11        THE WITNESS:  What did you say?
       12        Q.    (BY MR. GONZALEZ)  Oh, he
       13   objected to protect the legal record.
       14        MR. BOWMAN:  I objected to form, but
08:46  15   you can go ahead and answer the question,
       16   unless I instruct you not to.  I have to make
       17   objections for the legal record.
       18        THE WITNESS:  Okay.
       19        MR. GONZALEZ:  Otherwise, he doesn't
08:46  20   get paid.
       21        MR. BOWMAN:  Right.  That's very
       22   important.
       23        A.    When I mixed it up it looked
       24   thin to me.
08:46  25        Q.    (BY MR. GONZALEZ)  And what does
```

```
 1  that mean?
 2       A.    It was not as viscous as I was
 3  expecting it to be.
 4       Q.    And why is viscosity important?
 5       A.    Viscosity determines how easy a
 6  slurry is to pump.  It -- it determines how
 7  stable a slurry is once it's pumped and
 8  mixed.
 9       Q.    So the thinner the slurry, the
10  less likely that it will be stable?
11       MR. BOWMAN:  Objection; form.
12       A.    Not -- not necessarily.
13       Q.    (BY MR. GONZALEZ)  But
14  generally, right?
15       A.    I was mixing it on surface.
16       Q.    Right.
17       A.    Not necessarily.  It depends on
18  what's in the slurry, how stable it is
19  downhole.
20       Q.    Right.  But when you're looking
21  at it, you expected it to be thicker, not
22  th- -- not as thin?
23       A.    I expected it to be thicker, yes
24  sir.
25       Q.    Right.  And if it were thicker,
```

```
         1  that would tell you greater chances of
         2  stability?
         3         A.    Generally, but not necessary, we
         4  have additives in there that don't react
08:47    5  until it gets downhole so...
         6         Q.    I understand.  But as an
         7  experienced person, it was something that you
         8  felt was noteworthy?
         9         A.    Yes, sir.
08:48   10         Q.    And you reported it?
        11         A.    No, sir.
        12         Q.    You didn't tell it to anyone?
        13         A.    I didn't record it.  I told it
        14  to Ronnie Faul.
08:48   15         Q.    Right, you told it to Ronnie.
        16  On the phone?
        17         A.    Yes, sir.
        18         Q.    Now, did Ronnie tell you not to
        19  write it down?
08:48   20         A.    No, sir.
        21         Q.    You just chose not to?
        22         A.    Yes, sir.
        23         Q.    And was that because you were
        24  concerned that it might be considered
08:48   25  something that could be used in litigation
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1  work.  I don't know if it is in the field or
 2  not.
 3          Q.      But in your research did you
 4  find that people requested it frequently?
 5          A.      Well, not in the research part
 6  of it.
 7          Q.      Okay.  And, now, the second
 8  slurry that you foamed -- oh, well, first,
 9  let me confirm, you didn't -- did you take
10  down any notes about the slurry?
11          A.      No, ma'am.
12          Q.      You didn't take any pictures?
13          A.      No, ma'am.
14          Q.      And then you said you dumped out
15  the sample?
16          A.      Yes, ma'am.
17          Q.      And you mentioned that the
18  reason that you didn't document the test and
19  you threw out the sample was because you were
20  worried about it being misinterpreted in the
21  litigation?
22          A.      Yes, that's part of the reason
23  yes, ma'am.
24          Q.      Now, for the second test you
25  mentioned that the -- before you ran this
```

**PURSUANT TO CONFIDENTIALITY ORDER**

|       |    |                                                    |
|-------|----|----------------------------------------------------|
|       | 1  | Q.    But just based on your                       |
|       | 2  | experience and all your years in the lab, you      |
|       | 3  | knew that that was the appropriate                 |
|       | 4  | temperature to conditioned at?                     |
| 10:33 | 5  | A.    Yes, it was on the Viking sheet.             |
|       | 6  | Q.    Oh, it was on the Viking sheet?              |
|       | 7  | A.    Yeah, the bottom hole                        |
|       | 8  | circulating temperature.                           |
|       | 9  | Q.    Okay, let me just clarify that               |
| 10:33 | 10 | one second, because I think there is a small       |
|       | 11 | difference here.  You saw on the Viking sheet      |
|       | 12 | that the bottom hole circulating temperature       |
|       | 13 | was 135; is that right?                            |
|       | 14 | A.    Yes, ma'am.                                  |
| 10:33 | 15 | Q.    You didn't see on the Viking                 |
|       | 16 | sheet that they conditioned at 135?                |
|       | 17 | A.    Right.                                       |
|       | 18 | Q.    Okay.  Thank you.  And then even             |
|       | 19 | after you conditioned the slurry for two to        |
| 10:34 | 20 | three hours at 135, it still looked the same       |
|       | 21 | as the first test; is that right?                  |
|       | 22 | A.    The viscosity was, yes, ma'am.               |
|       | 23 | Q.    So it was still thinner than you             |
|       | 24 | would expect for a foam slurry?                    |
| 10:34 | 25 | A.    Yes, ma'am.                                  |

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1      Q.    Now, did you notice any other
 2 differences after you conditioned the slurry?
 3      A.    No, ma'am.
 4      Q.    And do you know -- and same with
 5 this test result, you just called and told
 6 Mr. Faul; is that right?
 7      A.    Yes, ma'am.
 8      Q.    There is no documentation or
 9 pictures or anything like that of it?
10      A.    No, ma'am.
11      Q.    And you also threw away the
12 slurry sample?
13      A.    No.  I actually poured the
14 sample into a -- a cylinder and ran a test
15 there.
16      Q.    And what test did you run for
17 the second one?
18      A.    I poured it in a 250 milliliter
19 cylinder that is about an inch and a half in
20 diameter and 1 foot tall.  I set it in a
21 134-degree water bath for an hour and a half
22 to two hours, and then I observed what the
23 slurry looked like.
24      Q.    So pretty much like the API
25 onset foam slurry test?
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
         1   you agree at least that it is possible that
         2   instability of the foam cement was a
         3   contributing cause?
         4           MR. BOWMAN:  Objection; form.
01:22    5       A.      I don't know if it was unstable
         6   or not once it got placed.
         7       Q.      (BY MR. FLEMING)  But you can't
         8   rule out instability of cement based on what
         9   you saw, right?
01:22   10           MR. BOWMAN:  Objection; form.
        11       A.      Yes, sir.
        12       Q.      (BY MR. FLEMING)  Any changes in
        13   Halliburton testing procedures since Macondo,
        14   that you're aware?
01:22   15       A.      No, sir.
        16       Q.      When you mixed that a slurry at
        17   Mr. Faul's request and knew it was the recipe
        18   used at Macondo and you found it to be thin,
        19   was that sort of an "oh, my gosh" moment for
01:23   20   you?
        21       A.      It was something that I wasn't
        22   expecting to see, so I thought I should call
        23   him right back and let him know what I
        24   thought, you know, I just -- I was expecting
01:23   25   it to be thicker than it was.  But I didn't
```

**PURSUANT TO CONFIDENTIALITY ORDER**