# Exhibit 2

1           UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA
2
   IN RE:  OIL SPILL      MDL NO. 2179
3  BY THE OIL RIG
   "DEEPWATER HORIZON"   SECTION:   J
4  IN THE GULF OF
   MEXICO, ON APRIL      JUDGE BARBIER
5  20, 2010              MAG. JUDGE SHUSHAN
6
7
8



14
15
                Videotaped deposition of **TIMOTHY
16 L. QUIRK,** 202 Founder Street, Lafayette,
   Louisiana 70508, taken in the Pan American
17 Life Center, Bayou Room, 11th Floor, 601
   Poydras Street, New Orleans, Louisiana
18 70130, on Monday, March 21, 2011.

19 **APPEARANCES**:

20 ON BEHALF OF THE PLAINTIFFS
   STEERING COMMITTEE
21

22

23 CUNNINGHAM BOUNDS, LLC
   By:  Robert T. Cunningham, Esquire
24 1601 Dauphin Street
   Mobile, Alabama 36604
25

**GAUDET, KAISER, L.L.C.**
Board-Certified Court Reporters

1      Q.     All right.  Understood.  Now,

2  you went in as a cement lab technician.

3  What was your -- did you remain in that job

4  for a long time or tell me how long?

5  Sorry.

6      A.     I was as a cement lab tech and

7  then, you know, went through several

8  levels, you know, cement lab tech, senior

9  lab technician and then I think it was

10  principal lab technician back then, I think

11  is what the title was.

12      Q.     Okay.  And your current job is

13  manager of the cement lab?

14      A.     Yes.  What I'm talking about

15  there is my lab tech role, only my lab tech

16  role.

17      Q.     Understood.  Right.

18      A.     Yes, my -- my current job is I'm

19  the area lab manager for the Gulf of Mexico

20  region.

21      Q.     Okay.  But back to the evolution

22  of your tech status.

23      A.     Uh-huh.

24      Q.     You were a lab tech, then a

25  senior lab tech?

1          A.      The completion fluids lab.

2          Q.      All right, sir.

3          A.      And the drilling fluids lab --

4    drilling fluids lab.

5          Q.      Since your elevation to area lab

6    manager in 2008, then all four of these

7    labs have been your responsibility, not

8    just the cement lab, correct?

9          A.      That's correct.

10         Q.      You oversee each of the four

11   labs that are contained at the Ida

12   location?

13         A.      Each one of those labs has a lab

14   manager.

15         Q.      Okay.

16         A.      And those lab managers report to

17   me.

18         Q.      All right.  Is there anyone at

19   the lab itself to whom you report?

20         A.      At the lab, not at the lab.

21         Q.      All right.  So you're the senior

22   man at the lab itself?

23         A.      Yes.

24         Q.      And outside of the lab to whom

25   do you report?

1        A.      Ronnie Faul.

2        Q.      Ronnie Faul.  Okay.  And where

3   is he officed?

4        A.      He's in Houston.

5        Q.      Okay.  And that is the way it's

6   been since December of 2008?  He has been

7   in that position and you in the one you're

8   in?

9        A.      No, it has not been that way

10  since 2008.  I have been -- I have been in

11  this position since 2008 but I have had

12  several managers since that time period.

13       Q.      Okay.  Who was the manager --

14  and I'm sure it was Mr. Faul, but who was

15  the manager in April of 2010?

16       A.      Mr. Faul.

17       Q.      And he -- what's his job title

18  actually?

19       A.      He is the cementing technical

20  manager, I think.  I think that's his job

21  title, tech -- cementing technology

22  manager.

23       Q.      Cement and technology --

24       A.      No.  Cementing technology

25  manager I think is his job title.

1    What did they ask you when they called you?

2         A.    They asked me to run a static

3    gel strength test or transition time on the

4    -- on the cement slurry.

5         Q.    Which slurry were they asking

6    you to --

7         A.    The slurry that was pumped on --

8    on the job on April 20th.

9         Q.    So both Mr. Faul and these two

10   gentlemen asked you to look at the slurry

11   design and use what you have at your lab to

12   recreate the slurry that was being used

13   offshore?

14        A.    Initially -- well, Mr. Faul

15   asked that I, you know, use the lab

16   stock additives.  Initially Anthony and

17   Simon asked that I use the rig samples but

18   we -- we did not use the rig samples.  I

19   got with management and -- to confirm that

20   that was not going to be used.  So we ended

21   up using lab stock additives.

22        Q.    All right.  Who at management

23   decided not to use the actual rig samples?

24        A.    Tony Angelle.

25        Q.    And what reason did Mr. Angelle

1    that both of these tests that you ran, you

2    believe in terms of the lab results did not

3    demonstrate a high likelihood of

4    instability; is that your testimony?

5         A.     Well, in my opinion it -- it

6    looked like the -- when I observed the

7    specimen, the specimen appeared to be

8    stable in my opinion.

9         Q.     Okay.  Did you do the -- do a

10   foam slurry test as --

11        A.     Yes, foam.  And --

12        Q.     Okay.  And you used the PVC

13   method that you described earlier?

14        A.     Yes, used the PVC.  I did use

15   the PVC method.

16        Q.     Did you yourself actually remove

17   the sample after solidification and slice

18   it?

19        A.     Yes, I was -- I was -- I was

20   doing -- I was taking part in that.  I -- I

21   feel like I -- if my memory serves me

22   correctly, I think I went through the

23   process of cutting the sections.  We had

24   the PVC piping.  We also had a -- I poured

25   also in a cylinder to evaluate just using

1   make is that they must have a big lab

2   facility still up there.  Am I correct

3   about that?

4          A.      Yes.  Yes, they do.

5          Q.      All right.  Now, you also were

6   kind enough to explain that you were asked

7   to do a similar test that they had run,

8   correct?

9          A.      Uh-huh.  Right.

10         Q.      And I'm interested in their

11  results.  Do you know what their results

12  were?

13         A.      I do not know.

14         Q.      Were you provided with their

15  results or was this a totally blind study

16  on your part?

17         A.      I was not provided with their

18  test results.

19         Q.      Okay.  Were you told by the

20  individual who asked you to do this work

21  that their results were -- demonstrated a

22  likelihood of instability?

23         A.      Upon mixing, upon mixing the

24  slurry in a static state, that they had

25  noted settling when they -- when they mixed

1    the slurry.  Beyond that, I don't have
2    any -- any test -- I don't have any test
3    results.
4         Q.    Understood.  So you were asked
5    to run it again by whom?  Who asked you?
6         A.    Ronnie Faul.
7         Q.    Okay.  All right.  Now, did he
8    give you any instructions about how to run
9    the test; in other words, what method to
10   use?
11        A.    From what I can recall, he just
12   asked me to repeat the test that we
13   performed, the way we tested it prior to
14   April 20.
15        Q.    Okay.
16        A.    For the -- for the stability
17   test.
18        Q.    For the stability?
19        A.    Right.
20        Q.    Okay.  And is it your
21   understanding as you sit here today that
22   that's what they did in Duncan?
23        A.    I don't know what they did in
24   Duncan.  I really don't.
25        Q.    Okay.  And you have not been

1    recall.

2    BY MR. PALMINTIER:

3        Q.    Upon mixing.  I'm sorry.  I

4    don't understand that.

5        A.    Foam the slurry and evaluate the

6    slurry after -- leave the slurry in static

7    conditions after mixing it is what I recall

8    the conversation being about, and that they

9    were noting settling problems where they

10   just mixed it and then left it sitting

11   static.

12       Q.    Now, just for my purposes,

13   explain to a layperson the settling that

14   you're talking about in a -- in a foam

15   slurry.  Are you talking about a polarizing

16   of the bubbles or are you talking about a

17   movement of solids in the --

18       A.    A movement of solids down

19   towards -- sedimentation.

20       Q.    Sedimentation.  Okay.

21   Understood.  When Mr. Faul communicated

22   with you, do you recall whether or not it

23   was in an e-mail; that is, for the -- for

24   the request that you run this follow-up

25   test?

133

1    from test to test?

2        A.    If it were -- if it were cooler,

3    then yes.  If it was not up to 180 degrees

4    in the bottom hole well conditions, then

5    yes.





Board-Certified Court Reporters



Board-Certified Court Reporters



Board-Certified Court Reporters



23       Q.      No.   What if they -- this is a

24   hypothet.

25       A.      Okay.   Sorry.



Board-Certified Court Reporters

331

1    second test was a unset foam stability test
2    but I'm not sure.  Can you -- is there a
3    name for the test you performed?
4         A.    It's a -- it was foaming slurry
5    and it was -- essentially it was -- it was
6    similar to a foam stability test but just
7    using something other than the -- than the
8    PVC pipe that's in what you see in API.
9         Q.    Okay.  And the purpose of that
10   was so that -- I believe you said it was
11   some sort of Teflon structure so you could
12   pop it out and you could look at the side
13   of it?
14        A.    Right.  Right.
15        Q.    And did you measure the density
16   of that second set cement block?
17        A.    I did measure the density.  I
18   can't recall the numbers.  I did give that
19   to Ronnie Faul but I can't recall the
20   numbers.
21        Q.    Do you recall what happened to
22   the physical pieces of cement that you
23   tested?  Did you dispose of that?
24        A.    Yeah, just discarded it.
25        Q.    And I think -- and I'm just

1   is what I remember of the specimen, you

2   know, that it looked good.  But I don't --

3   I don't recall the number that I reported

4   and the densities from the top and on the

5   bottom.

6        Q.    So you don't recall whether it

7   was closer to 14 and a half or it was

8   closer to 15 pounds per gallon?

9        A.    My memory tells me that it was

10  closer to 15 pounds.

11       Q.    Okay.  Do you recall if it was

12  above or below 15?

13       A.    I recall -- I just don't

14  remember.  I just cannot remember the

15  numbers.

16       Q.    Okay.  And the results for the

17  density of the second test you performed

18  with the cube and the Teflon, do you

19  remember the results of that test?

20       A.    No, I don't.  I just remember it

21  being somewhere in line -- both of the

22  tests appeared to -- to match up pretty

23  well is what I remember.

24       Q.    Okay.  All right.  So this

25  morning you said it was -- you performed

1    the test under the same condition that they

2    used in the April testing; is that correct?

3          A.     Yes.

4          Q.     And that was Mr. Faul's

5    instruction?

6          A.     Yes.

7          Q.     And was it the conditions in the

8    first April test or the second April test?

9          A.     The conditions for the final

10   slurry design with three hours conditioning

11   time.

12         Q.     Okay.  And we have been talking

13   about conditioning time a lot.  And so when

14   you say three hours conditioning time, that

15   is -- and correct me if I'm wrong -- that

16   means conditioning, stirring the slurry at

17   temperature for three hours?

18         A.     Right.

19         Q.     Or a set amount of time before

20   foaming?

21         A.     That's correct.

22         Q.     So -- so it's not conditioning

23   after the cement slurry has been foamed but

24   it's before it's been foamed?

25         A.     Yes.

1    top of 1.8 and almost 1.8 at the bottom,

2    correct?

3         A.    Uh-huh.

4         Q.    And that translates into a 15

5    PPG, pounds per gallon weight, correct?

6         A.    Yes.  Yes.

7         Q.    And I think you indicated in

8    response to a hypothetical question that

9    you thought a 15 PPG result at top and

10   bottom would in your opinion indicate

11   stability; is that correct?

12        A.    Yes.

13        Q.    And what would be the foam

14   quality of 15 PPG cement?

15        A.    9.95 percent.

16        Q.    And 14.5 PPG would be almost 13

17   percent; isn't that correct?

18        A.    Yes.

19        Q.    That's a substantial reduction

20   in the foam quality, about 25 percent,

21   isn't it?

22        A.    23 percent.

23        Q.    That would indicate that about a

24   quarter of the nitrogen has been lost from

25   the sample, correct?

481

1        A.      Based on these -- on these

2   calculations.

3        Q.      I think you testified yesterday

4   that at 15.9 PPG, you think that would be

5   too much of a variation; that would

6   indicate instability; isn't that correct?

7        A.      Yes.

8        Q.      How about 15.5, would that be

9   okay in your book?

10        A.      I think 15 -- top and bottom,

11   15.5?

12        Q.      Yes.

13        A.      Yeah, I think that that would

14   be -- that would be a -- that would be a

15   good amount -- that would be probably too

16   much.

17        Q.      Is it your testimony that a loss

18   of 25 percent of the foam quality is not a

19   sign of instability?

20        A.      I don't -- I -- I don't have --

21   I don't know the guidelines.  I don't know.

22   I'm giving you my opinions.  You know, I

23   don't -- I don't know the guidelines.  You

24   know, we are reporting the test results and

25   that evaluation is up to someone else.