# Exhibit 3

```
 1            UNITED STATES DISTRICT COURT
 2            EASTERN DISTRICT OF LOUISIANA
 3      IN RE: OIL SPILL         )   MDL NO. 2179
        by the OIL RIG           )
 4      "DEEPWATER HORIZON" in   )   SECTION "J"
        the GULF OF MEXICO, ON   )
 5      APRIL 20, 2010           )   JUDGE BARBIER
                                 )
 6                               )   MAG. JUDGE
                                 )   SHUSHAN
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20                  VOLUME 1 OF 2
21
22         Deposition of RONALD RAY FAUL, taken
23      at Pan American Life Center, 601 Poydras
24      Street, Ponchartrain Room, New Orleans,
25      Louisiana, on the 29th of June, 2011.
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1  A. No, I'm not.
2  Q. Do you have responsibilities at
3  Halliburton to oversee a certain number of
4  people?
5  A. Yes, I do. I'm a technology
6  manager, and I have approximately 20
7  people that report to me.
8  Q. Those 20 people, does that include
9  the folks who you interviewed, Tabler,
10 Haire, Willis, and Keith?
11 A. No.
12 Q. Does it include Mr. Gagliano?
13 A. It did, yes.
14 Q. When he was with the company?
15 A. He's -- he's still with the
16 company.
17         MR. HILL: Object to form.
18 Q. (BY MR. THORNHILL) He's no
19 longer -- he -- he is with the company?
20 A. He is with the company, but he --
21 he does not report to me.
22 Q. All righty. Is the -- is the
23 rendering of services like that which
24 Mr. Gagliano rendered to BP an area that
25 you supervise for Halliburton?

**PURSUANT TO CONFIDENTIALITY ORDER**

1  A.  After the 15th.
2  Q.  Okay.  You had from Duncan a
3  report that the cement was settling,
4  and -- I got that right, correct, you --
5  that they -- they told you the cement
6  samples that they tested that they thought
7  were samples similar to the Macondo job,
8  they -- they were settling, right?
9  A.  Yes.  He called me and said that
10 the sample he mixed up was showing some
11 signs of settling.
12 Q.  Had you guys sent up to Duncan
13 some of the samples that you had on hand
14 at that time so that they could perform
15 the tests?
16 A.  We had sent up lab stock.
17 Q.  That'd be some of the same samples
18 you and I just went over in tab 60, right?
19 A.  No.  Tab 60, I believe, was
20 samples from the Macondo well specific to
21 the Macondo well, and those were isolated.
22 So lab stock would have been samples in
23 the lab that -- that had -- we -- we
24 didn't touch the -- those were under lock
25 and key.

```
 1      is the conductivity test that you're
 2      talking about having been done for BP.  I
 3      can pull out the e-mails, if you want to,
 4      where they're asking you to do it.
 5           A.   Yeah.
 6           Q.   Yeah.  And so they asked you to do
 7      the test?
 8           A.   Yes.
 9           Q.   And you have the test run in -- in
10      Duncan?
11           A.   That's correct.  I had the
12      conductivity test run in Duncan.
13           Q.   You picked up the phone or
14      e-mailed or somehow or another told the
15      guys in Duncan what to do, right?
16           A.   Yes.
17           Q.   All right.  Who did you talk to up
18      there?
19           A.   I talked to a number of people.
20      From the beginning, I started talking with
21      Tom Daly, David Jones and traded e-mails
22      with several people.  On the results, I
23      was dealing with Ricky Morgan.
24           Q.   Okay.  And so did Ricky send to
25      you the results in an e-mail?
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
1         A.  Ricky would send me the results of
2    the conductivity test in an e-mail.
3         Q.  Yeah.  How about the test that
4    showed the settling; did Ricky send you
5    that?
6         A.  No, he called me.
7         Q.  What did he do with those results
8    that showed the settling?
9              MR. HILL:  Object to form.
10        A.  I don't know what he did with the
11   results.
12        Q.  (BY MR. THORNHILL)  What did Ricky
13   tell you he did with those results?
14        A.  He didn't tell me anything he'd
15   done with them.
16        Q.  Did you tell Ricky to do what you
17   told Mr. Quirk to do, i.e., destroy the
18   test results?
19             MR. HILL:  Object to form.
20        A.  I don't recall telling Mr. Quirk
21   to do that.
22        Q.  (BY MR. THORNHILL)  Have you read
23   Mr. Quirk's deposition?
24        A.  No, I have not.
25        Q.  Have you talked to Mr. Quirk?
```

**PURSUANT TO CONFIDENTIALITY ORDER**