# Exhibit 8

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | **MDL NO. 2179** <br><br> **SECTION J** |
| **Applies to:** *All Cases* | **JUDGE BARBIER** <br> **MAGISTRATE JUDGE SHUSHAN** |

### ORDER

[Regarding Appointment of Captain Suzanne E. Englebert, U.S. Coast Guard Retired, as Master for Supervision of Custody of the BOP and Related Items]

On August 11, 2011, the undersigned issued an order asking any party to suggest candidates for the appointment of a Master to supervise and coordinate the duties of the Court as custodian of the blowout preventer ("BOP") and related items when custody is transferred on October 1, 2011. Rec. doc. 3702. The only party responding was BP who suggested that Captain Suzanne E. Englebert, United States Coast Guard Retired ("Captain Englebert"), be appointed. Having reviewed the affidavit of Captain Englebert and her resume (jointly attached as Exhibit 1), the Court appoints her as Master, pursuant to Fed. R. Civ. Pro. 53, to proceed with all reasonable diligence commencing on October 1, 2011, with the following nonexclusive, but illustrative duties:

Agent of the Court

Captain Englebert will act as an agent of the Court in all of her duties. She is specifically authorized to perform the following, nonexclusive duties in that capacity:

• Coordinate with the Court and the parties regarding any request to inspect or test the BOP or any of its component parts.

• Supervise any Court approved testing or inspection to assure compliance with all court orders and protocols. This authority includes Captain Englebert's authority to stop a testing procedure or an inspection in the event that she perceives a potential problem.

- Create and maintain records of all access, monitoring and an accurate inventory of all evidence items being held.

- Exercise her discretion in all matters relating to the evidence, including timely reporting to the undersigned in the event of any concern regarding the evidence or her duties.

Periodic Monitoring and Inspection

- Regular visual inspection of the external metallic surfaces of the lower section of the BOP, LMRP, Flex Joint, Riser section and other equipment stored exposed to the elements to assess the state of the preservative coatings.

- Regular inspection of the state of the air-conditioning systems during periods of elevated temperatures and humidity as well as the evidence stored in condition controlled climates.

- Regular inspection of the state of the Pod Storage Vats and secondary containment for potential leaks or conditions that could lead to leaks (e.g., areas of surface corrosion). Inspection of the secondary containment for rainwater and the need to regularly drain the secondary containment of any rainwater.

Ad-hoc or Call-out Situations

- Inspect and if necessary secure evidence or take measures to protect the evidence in the event a severe storm is predicted.

- Following the passage of a severe storm inspect the state of the evidence.
    - Determine if there is a need to take any corrective actions.
    - Determine if it is likely power will remain off and whether there is a need to bring in temporary power for the air conditioning or to move the evidence within the NASA facility to a site that will provide a condition controlled climate.

2

- Inspect the secondary containment following periods of rain and make provisions to drain or otherwise clear the secondary containment of rainwater.

- Make decisions and arrangements to fix equipment and move evidence as needed. Such authority extends to making decisions with regard to hiring contractors or subcontractors, acting as a purchasing agent, etc. with a spending limit of $10,000.00 per single expenditure.

Captain Englebert may communicate ex parte with the Court or any party regarding her duties. Captain Englebert will have the authority to regulate all routine matters related to the monitoring, inspection and security of the BOP. She shall also take all appropriate measures to perform the assigned duties fairly and efficiently.[1]

Captain Englebert will issue a brief monthly report of activity along with a billing statement for her services as Master. Her compensation shall be at the rate of $225.00 per hour, plus expenses. Her billing statement shall be allocated as set forth in the order regarding allocation of costs for preservation of the BOP (rec. doc. 3896). The undersigned will transmit both the report and billing statement to Liaison and Coordinating Counsel and file them of record.

This order may be amended at any time after notice to the parties and an opportunity to be heard.

Any appeal of this order must be made within ten (10) days of the docketing of the order.

New Orleans, Louisiana, this 13th day of September, 2011.

                                          **SALLY SHUSHAN**
                                          **United States Magistrate Judge**

---

[1] Captain Englebert will not have authority to conduct evidentiary hearings pursuant Fed. Rule Civ. Proc. 53(c)(1)(C).

3