IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br><br>*All Cases* | * * * | Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |

## ORDER

Considering BP's Ex Parte Motion for Leave to File Under Seal an unredacted version of its Reply Memorandum in Support of Motion for Spoliation Sanctions and Exhibits 2, 4, 5, 6, and 7 to that memorandum;

IT IS ORDERED that the Motion is GRANTED and that an unredacted version of its Reply Memorandum and Exhibits 2, 4, 5, 6, and 7 to the reply memorandum will hereby be filed into the record of this matter UNDER SEAL.

New Orleans, Louisiana, this <u>4th</u> day of January, 2012.

_____
UNITED STATES MAGISTRATE JUDGE