UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|   |   |   |
|---|---|---|
|   | : | MDL NO. 2179 |
|   | : |   |
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : : : | SECTION: J  JUDGE BARBIER MAG. JUDGE SHUSHAN |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**THIS DOCUMENT RELATES TO CASE NO. 10-2087**

NOTICE OF APPEAL TO THE
UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

Notice is hereby given that the State of Louisiana by and through John F. Rowley, the St. Bernard Parish District Attorney, plaintiff in Case No. 10-2087 on the docket of this Court, appeals to the United States Court of Appeals for the Fifth Circuit from the Order and Reasons issued by the Honorable Carl J. Barbier dismissing with prejudice its claims that was signed and entered of record as R.Doc. No. 4845 in MDL No. 2179 on December 9, 2011 and entered of record as R.Doc. No. 11 in C.A. No. 10-2087 on December 14, 2011.

169636.1

Respectfully submitted,

 /s/ Richard G. Passler
Peter J. Butler, Jr. (Bar #18522)
Richard G. Passler (Bar #21006)
**BREAZEALE, SACHSE & WILSON, L.L.P.**
909 Poydras Street, Suite 1500
New Orleans, Louisiana 70112
Telephone: (504) 584-5454
Facsimile: (504) 584-5452

*Appointed Counsel by District Attorney for the Parish of St. Bernard, State of Louisiana*


John F. Rowley (Bar #02245)
1101 W. St. Bernard Highway
P. O. Box 947
Chalmette, Louisiana 70044-0947
Telephone: (504) 271-1811
Facsimile: (504) 279-2874

*District Attorney for the Parish of St. Bernard*


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appeal has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL2179, on this 4th day of January, 2012.

 /s/ Richard G. Passler

169636.1