UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG         * | | MDL 2179 |
| "DEEPWATER HORIZON" in the              * | | |
| GULF OF MEXICO, on APRIL 20, 2010  * | | SECTION J/1 |
|                                                              * | | |
| This document relates to:                       * | | JUDGE CARL J. BARBIER |
|                                                              * | | |
| CIVIL ACTION NUMBER: 10-cv-1757   * | | MAJ. JUDGE SALLY SHUSHAN |
|                                                              * | | |

* * * * * * * * * * * * * * * * * * * * * * * *

NOTICE OF APPEAL TO THE
UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

Notice is hereby given that the State of Louisiana, by and through, Camille A. "Cam" Morvant II, the Lafourche Parish District Attorney (hereinafter referred to as "State of Louisiana/ Lafourche Parish DA), Plaintiff in the above entitled cause, appeals to the United States Court of Appeals for the Fifth Circuit from the District Court's Order and Reasons (Rec. Doc. No. 16, MDL 2179 Rec. Doc. No. 4845) entered by the Honorable Carl Barbier on December 9, 2011, granting judgement in favor of Defendants, BP Exploration & Production Inc., BP Products North America Inc., BP Corporation North America Inc., BP Company North America Inc., BP America Inc., BP p.l.c., Anadarko Petroleum Corporation, Anadarko E&P Company LP, MOEX Offshore 2007 LLC,

1

MOEX USA Corporation, M-I L.L.C., Dril-Quip, Inc., Cameron International Corporation, Weatherford U.S., L.P., Halliburton Energy Services, Inc., Transocean Offshore Deepwater Drilling, Inc., Transocean Holdings LLC, Transocean Deepwater Inc., and Triton Asset Leasing GmbH, and against Plaintiff, State of Louisiana/ Lafourche Parish DA.

Respectfully submitted this 4th day of January, 2012.

>Respectfully Submitted,
>
>CAMILLE A. "CAM" MORVANT II (LA Bar No.01496)
>DISTRICT ATTORNEY, PARISH OF LAFOURCHE,
>STATE OF LOUISIANA
>103 Maronge Street, Suite A
>Thibodaux, Louisiana 70301
>Phone: 985-446-5810
>
>and
>
>/s/ Walter J. Leger, Jr.
>WALTER J. LEGER, JR, (LA Bar No. 8278)
>FRANKLIN G. SHAW (LA Bar No. 1594)
>CHRISTINE SEVIN (LA Bar No. 32683)
>LEGER & SHAW
>600 Carondelet Street, Ninth Floor
>New Orleans, Louisiana 70130
>Phone: 504-588-9043
>
>SPECIAL COUNSEL TO THE DISTRICT ATTORNEY,
>PARISH OF LAFOURCHE

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appeal has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 4th day of January, 2012.

/s/ Walter J. Leger, Jr.
Walter J. Leger, Jr.