UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig           MDL NO. 2179
       "Deepwater Horizon" in the Gulf
       of Mexico, on April 20, 2010       SECTION J

Applies to: *All Cases*                   JUDGE BARBIER
                                          MAGISTRATE JUDGE SHUSHAN

## ORDER

[Regarding *In Camera* Review of Halliburton Documents]

On December 28, 2011, Halliburton was ordered to produce for *in camera* review the fourth document on each page of its amended privilege log (a total of thirty-three documents) and any further explanation for its contention that the sample documents are protected from disclosure.[1] Rec. doc. 5015. On January 3, 2012, Halliburton produced the documents. The *in camera* review of the documents reveals that the documents are protected from disclosure.

IT IS ORDERED that BP's request for production of all documents identified on Halliburton's amended privilege log is DENIED.

New Orleans, Louisiana, this 4th day of January, 2012.

                                          SALLY SHUSHAN
                                          United States Magistrate Judge

---

[1] The amended privilege log is attached to BP's motion to compel (Rec. doc. 4824).