UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br><br>SECTION J/1 |
| THIS DOCUMENT RELATES TO: | JUDGE CARL J. BARBIER |
| CIVIL ACTION NO. 10-cv-1759 | MAGISTRATE SALLY SHUSHAN |

**************************************************************************

NOTICE OF APPEAL TO THE UNITED STATES
COURT OF APPEALS FOR THE FIFTH CIRCUIT

Notice is hereby given that State of Louisiana, by and through Joseph L. Waitz, Jr., the Terrebonne Parish District Attorney (hereafter "State of Louisiana/Terrebonne Parish DA"), Plaintiff in the above-entitled cause, appeals to the United States Court of Appeals for the Fifth Circuit from the district court's Order and Reasons (Rec. Doc. No. 16, MDL 2179 Rec. Doc. No. 4845) entered by the Honorable Carl J. Barbier on December 9, 2011, granting judgment in favor of Defendants, BP Exploration & Production, Inc., BP Products North America, Inc., BP Corporation North America, Inc., BP Company North America, Inc., BP America, Inc., BP p.l.c., Anadarko Petroleum Corporation, Anadarko E&P Company LP, MOEX Offshore 2007 LLC, MOEX USA Corporation, M-I L.L.C., Dril-Quip, Inc., Cameron International Corporation, Weatherford U.S., L.P., Halliburton Energy Services, Inc., Transocean Offshore Deepwater

Drilling, Inc., Transocean Holdings LLC, Transocean Deepwater Inc., and Triton Asset Leasing GmbH, and against Plaintiff, State of Louisiana/Terrebonne Parish DA.

Respectfully submitted, this 5th day of January, 2012.

Respectfully submitted:

Joseph L. Waitz, Jr. (LA Bar #17848)
**DISTRICT ATTORNEY, TERREBONNE PARISH**
220 Courthouse Annex
7865 Main St.
Houma, Louisiana 70360
(985) 873-6500 Telephone
(985) 873-6510 Facsimile

and

/s/ Stanwood R. Duval_____
C. Berwick Duval, II (LA Bar #5109)
Stanwood R. Duval (LA Bar #27732)
**DUVAL, FUNDERBURK, SUNDBERY,
LOVELL & WATKINS**
101 Wilson Ave.
P. O. Box 3017
Houma, Louisiana 70361
(985) 876-6410 Telephone
(985) 851-1490 Facsimile

Charles C. Bourque, Jr. (LA Bar #20118)
**ST. MARTIN & BOURQUE**
4084 Highway 311
Post Office Box 2017
Houma, Louisiana 70361

SPECIAL COUNSEL TO THE DISTRICT
ATTORNEY, PARISH OF TERREBONNE

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appeal has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 5th day of January, 2012.

/s/ Stanwood R. Duval