# EXHIBIT A

01-38909
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG ) MDL NO. 2179
"DEEPWATER HORIZON" in the )
GULF OF MEXICO, on ) SECTION: J
APRIL 20, 2010 )
) JUDGE BARBIER
)
) MAG. JUDGE SHUSHAN

## *CONFIDENTIAL*

### *WorldwideVIEW*™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## David L. Bolado
**VOLUME 1**

DECEMBER 22, 2011

## *COPY*



*Systems Technology for the Litigation World*

Litigation Group • Court Reporting • Video Production • Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

1

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2
 3   IN RE:  OIL SPILL       )   MDL NO. 2179
     BY THE OIL RIG          )
 4   "DEEPWATER HORIZON" IN  )   SECTION "J"
     THE GULF OF MEXICO, ON  )
 5   APRIL 20, 2010          )   JUDGE BARBIER
                             )   MAG. JUDGE SHUSHAN
 6
 7
 8
 9
10
11
12
13
14
15
16
17              *****************
                    VOLUME 1
18              *****************
19
20
           Deposition of David L. Bolado, taken at
21   the Pan-American Building, 601 Poydras Street,
     11th Floor, New Orleans, Louisiana, 70130, on the
22   22nd day of December, 2011.
23
24
25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1  would I assume that it does.
2     Q.   Okay.  And as you can tell, Mr. Roth is
3  saying three times that the spacer volume was
4  sufficient to sweep the annulus, correct?
5     A.   (Reviewing document.)
6          Okay.  He -- he says that spacer was
7  sufficient three times.
8     Q.   Sufficient to sweep the annulus three
9  times?
10    A.   On the last one, he doesn't say that.
11  But, again, he says it's "sufficient to sweep" --
12  or "sufficient" three times; twice, once annulus
13  and once channel.  So it changes each time,
14  but --
15    Q.   Okay.  And do you understand him to be
16  discussing Displace 3D modeling that he had
17  performed?
18    A.   I would think that that's what this is
19  referring to.
20    Q.   And it's -- it's addressed in your
21  Report, also.  Did -- did you know who prepared
22  the Displace 3D modeling for Mr. Roth?
23    A.   I am not sure who did that modeling.
24    Q.   Do you know if Mark Savery did modeling
25  or David Bedford?

**PURSUANT TO CONFIDENTIALITY ORDER**

1   A.  I've heard those names, and I've also
2   heard that Mike Viator may have done modeling.  I
3   don't know which one of them did Displace 3D
4   modeling, or if any of them did.
5   Q.  Okay.  Now, as an Engineer charged with
6   investigating the modeling performed on this job,
7   wouldn't you be interested in seeing this
8   modeling that Mr. Roth had performed?
9   A.  In this case I would not particularly
10  want to look at this -- this model.  Again, I
11  think the accurate information that we have is
12  the OptiCem Program, which models erodibility of
13  the mud for channeling and gas flow potential,
14  where Displace 3D does not take either of those
15  into account and just looks at fluid velocities,
16  intermixing of fluids, as -- as they're pumped in
17  the wellbore geometry.
18       So the key input -- or one of the key
19  inputs for Displace 3D is you need to have
20  accurate intermixing of the fluids used.  You --
21  so you need the rheologies of all the fluids that
22  can intermix, and you need at least three
23  combinations for each one.  So to run an accurate
24  model, you would need all those combinations.
25  And to my knowledge on -- in this particular

**PURSUANT TO CONFIDENTIALITY ORDER**

1  case, I don't believe they had hardly any of
2  those available to them to run an accurate model.
3      Q.  Okay.  So you indicated that it doesn't
4  consider the erodibility and it doesn't consider
5  certain other things, Displace 3D doesn't,
6  correct?
7      A.  Correct, it does not.
8      Q.  Now, does that mean you can believe that
9  3D modeling would show that the spacer volume was
10 sufficient to sweep the annulus?
11     A.  Again, because it does not take into
12 account the gel strength of the mud, that, no, I
13 would not rely on that.
14     Q.  My question was slightly different.  Does
15 this mean that you can believe Mr. Roth's
16 statement that 3D modeling would show that the
17 spacer volume was sufficient to sweep the
18 annulus?
19     A.  Okay.  You're going to have -- read --
20 read that one more time for me, please.
21     Q.  Does this mean that you can believe
22 Mr. Roth's statement that 3D modeling would show
23 that the spacer volume was sufficient to sweep
24 the annulus?
25     A.  A 3D model in this case could show

1  anything, because, again, you don't have the --
2  the right inputs to run this model.  So, I mean,
3  you could make up numbers or try to estimate
4  numbers on the high side or the low side, and you
5  could get the model to show probably anything,
6  because you don't have -- again, this model looks
7  at the intermixing of fluids.  So probably the
8  most important input is what the rheologies of
9  those fluids are that are intermixed.  So if you
10 don't have those, again, I don't know if this
11 model shows you anything.
12     Q.  Okay.  Do you remember what my question
13 was?
14     A.  If -- if you want to repeat it again.
15     Q.  Okay.  So here Mr. Roth is saying three
16 times spacer volume was sufficient for the job,
17 correct?
18     A.  Spacer volume was sufficient to sweep the
19 annulus.  Okay.
20     Q.  And -- and --
21     A.  From 3D -- 3D testing, three --
22     Q.  And the thrust of his statement is that
23 spacer -- there was no channeling because the
24 spacer volume was sufficient under modeling in
25 3D, correct?

**PURSUANT TO CONFIDENTIALITY ORDER**

MR. STEVENSON: Object to form.
A. It says that the spacer was sufficient to sweep channel.
Q. (By Mr. Chen) And what would the spacer sweep the channel of?
A. It would sweep the channel of whatever fluids are there. It would be all your fluids. Again, they intermix. So it would be your -- all the fluids previous to it. So it would be -- you'd look at mud, base oil. I believe that's what it would be saying there.
Q. So what it's saying is the spacer was sufficient to remove all the mud, correct?
MR. STEVENSON: Object to form.
A. Again, I did not see the model. There's -- there's a few things that we -- we look at other than just removing the mud. One of the common things is do we get spacer uncontaminated all the way around. I don't know for sure what he's -- what he's saying here.
Q. (By Mr. Chen) So let me ask my question again: So what it's saying is that the spacer would be sufficient to remove all the mud, correct?
MR. STEVENSON: Object to form.

```
 1      A.   I'd -- I'd say that's a -- that's an easy
 2 assumption to make, but I do not know that --
 3      Q.   (By Mr. Chen) Okay.
 4      A.   -- that it's saying that.
 5      Q.   Now, my earlier question was:  Given what
 6 you know about Displace 3D --
 7      A.   M-h'm.
 8      Q.   -- is that possible that that modeling
 9 showed that the spacer removed all the mud?
10      A.   Again, they could -- it -- it's possible,
11 if you put in the -- the right inputs to -- to
12 make the outputs come out that way.
13      Q.   It's possible, right?
14      A.   It's --
15           MR. STEVENSON:  Object to form.
16      A.   Again, it's possible, but you do not have
17 the inputs to -- to really run that model
18 accurately.  So you can make an inaccurate model
19 show that, yes.
20      Q.   (By Mr. Chen) Okay.  And do you think
21 that Mr. Roth would create an inaccurate model to
22 tell everyone that the spacer volume was
23 sufficient to sweep the annulus?
24      A.   I do not know Mr. Roth's knowledge of
25 this program itself.
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1        Q.   Would --
 2        A.   In this case I would say unless there's
 3   some data out there that has not been presented
 4   then, yes, I would say that he's running an
 5   inaccurate model.
 6        Q.   Okay.  Would you say that he's
 7   intentionally running an inaccurate model to get
 8   a result?
 9        A.   I would say that that was probably not
10   his intention, to run an inaccurate model.
11        Q.   So you would agree with me that
12   Mr. Roth -- he's -- he's an Executive at
13   Halliburton, right?
14        A.   Correct.
15        Q.   You don't think -- you would agree with
16   me that he's probably trying to model the job in
17   a different software?
18        A.   Again, I -- I do not think that Mr. Roth
19   could run this model or has the knowledge of --
20   of how this model exactly works.  So I do not
21   think he was the one that ran it.  So he might be
22   asking somebody else to run it.
23        Q.   Correct.  And do you know Mark --
24   you Mark -- you know Mark Savery, correct?
25        A.   Yes, I do.
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1    Q.   And did Mark -- does Mark Savery have the
2  knowledge to run this model?
3    A.   Yes, he does.
4    Q.   Okay.  And given that Mr. Roth asked
5  Mr. Savery to run the model, do you think that
6  Mr. Roth was trying in good faith to run a good
7  model, or do you think he was trying to trick the
8  model to get a result?
9         MR. STEVENSON:  Object to form.
10   A.   I think, again, he's -- he's asking
11 for -- for this information because he thought
12 this might be a tool to use, and, again, him
13 being an Executive, whoever he asked, would --
14 would probably run it.  But I would think that at
15 some point there would have been communications
16 that -- that this model is not -- is not -- have
17 the detail or the accuracy or the inputs, to give
18 an accurate model.
19   Q.   Have you seen any communications from
20 Halliburton indicating that the model that
21 Mr. Roth had run was not accurate?
22   A.   I have not seen any information that
23 shows that this -- this model is inaccurate, but
24 I have not seen anybody produce any of the
25 rheologies of the combination of fluids anywhere

**PURSUANT TO CONFIDENTIALITY ORDER**

1  to show that it would be possible to run an
2  accurate model.
3      Q.  So you said it would be important to see
4  what type of rheologies they inserted in the
5  model to make it work, correct?
6      A.  No, I wouldn't worry about what they
7  inserted.  I mean, that's to me kind of
8  irrelevant unless you had the actual data of what
9  the rheologies were, not what the inputs were.
10     Q.  Okay.  But the fact that they have a
11 working model that shows full displacement, that
12 doesn't interest you at all?
13     A.  Again, unless -- unless they can show
14 that they've run lab tests on the different muds
15 and cements and spacers and base oil
16 combinations, then, no, I'm not -- not
17 really interested in that data.
18     Q.  Okay.  And did you investigate within
19 Halliburton whether or not they had correct
20 rheologies for the inputs?
21     A.  I did ask Counsel --
22         MR. STEVENSON:  Object --
23         THE WITNESS:  Oh, I'm sorry.
24         MR. STEVENSON:  I would caution you
25 not to reveal --

1    THE WITNESS: Yeah. Sorry.
2    MR. STEVENSON: -- any
3 communications with Counsel --
4    THE WITNESS: Sorry.
5    MR. STEVENSON: -- under the guise
6 of privilege. You can, however, testify as to
7 other information you considered or saw separate
8 from your discussions with the attorneys.
9    A.  I looked at the Lab Reports that were
10 available. I looked at the different Expert
11 Reports that were out there. I looked at the
12 Drilling Reports. What else did I look at?
13       We looked at all the Reports -- I looked
14 at most of the Reports that I -- that I had
15 access to, the Bly Reports and -- and those type
16 of Reports from Transocean and Chief Counsel, and
17 I did not see data anywhere that would show that
18 you could run an accurate model.
19    Q.  (By Mr. Chen) And you know Mark Savery,
20 correct?
21    A.  Yes, I do.
22    Q.  Did you go talk to Mr. Savery and ask him
23 how he ran his model?
24    A.  No, I did not.
25    Q.  Did you take the data that you had -- you

```
 1  have access to "i-Chem," right?
 2       A.   "i-Sem"?
 3       Q.   iCem.
 4       A.   Yes, I do.
 5       Q.   And did you take the data that you had
 6  and try to replicate their run in iCem?
 7       A.   Again, there's -- there -- the inputs
 8  don't exist, that I know of, so if I'm going to
 9  just randomly put in inputs or try and put in
10  inputs that -- in another fluid maybe, it just
11  didn't make sense to me to try and make that run.
12       Q.   And you didn't ask Mr. Savery what
13  assumptions he made?
14       A.   No, I did not.
15       Q.   It could have been that Mr. Savery and
16  Mr. Roth came up with very good assumptions, to
17  insert into the model, correct?
18       A.   The number of assumptions that you'd have
19  to make are -- I would say your chances are
20  probably better of winning the Lottery than --
21  than guessing right on these, so to say it's not
22  a possibility, I wouldn't -- wouldn't say that,
23  but, again, it's -- it's very far-fetched.
24       Q.   And have you communicated to anyone
25  within Halliburton that this is far-fetched, and
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1  Mr. Roth should let Mr. Badalamenti and
 2  Mr. Turton know that his statement was incorrect?
 3      A.  No, I have not.  Again, I did not
 4  followup on this E-mail, or what I had -- what
 5  I'd seen from it, with Tommy or Simon or Anthony.
 6      Q.  And you did not attempt to do the
 7  modeling yourself, either?
 8      A.  Correct, I did not.
 9      Q.  Now, I'm going to hand you what's been
10  previously marked as Exhibit 726.  Do you
11  recognize this document?
12      A.  I believe I've seen this.
13      Q.  And this is the Lab Results for the
14  testing on the spacer, correct?
15      A.  Yes, that's what it appears to be.
16      Q.  What is the -- what is yield point of the
17  spacer based on their testing?
18      A.  The number shown here is 27.
19      Q.  Okay.  Now, if you turn to the April 18th
20  OptiCem Report, which is Exhibit -- which is
21  Exhibit 717A, Tab 16, in your binder?
22      A.  (Complying.)
23      Q.  You go to Page 12.  What is the yield
24  point used in the OptiCem model?
25      A.  The number is 30.
```

**PURSUANT TO CONFIDENTIALITY ORDER**