UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| This Document Applies to: | * | JUDGE BARBIER |
| All Cases | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

**IT IS ORDERED** that BP's request for expedited consideration of its Motion for Clarification and Reconsideration of the Court's December 28, 2011 Order and Reasons (Rec. Doc. 5044) **IS GRANTED.** Any memoranda in response to BP's Motion for Clarification and Reconsideration (Rec. Doc. 5044) shall be filed no later than Thursday, January 12, 2012, and shall not exceed 10 pages.

New Orleans, Louisiana, this 5th day of January, 2011.

_____
United States District Judge