**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:   **OIL SPILL by the OIL RIG**          :          **MDL NO. 2179**
         **"DEEPWATER HORIZON in the**      :
         **GULF OF MEXICO, on**              :          **SECTION:  J**
         **APRIL 20, 2010**                  :
                                              :          **JUDGE BARBIER**
                                              :          **MAG. JUDGE SHUSAN**
                                              :
**This Document Relates to 2:11-cv-01113**    :

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

**NOTICE OF APPEAL TO THE**
**UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT**

Notice is hereby given that the State of Louisiana, by and through Paul Connick, Jr., District Attorney for the Parish of Jefferson, Plaintiff in the above entitled cause, appeals to the United States Court of Appeals for the Fifth Circuit from the District Court's Order and Reasons of December 9, 2011 (MDL 2179, Doc. Nos. 4845 and 4990) and Order dated December 28, 2011 (Civil Action Number 2:11-cv-01113, Doc. No. 5)  granting judgment in favor of all defendants, BP Exploration & Production Inc., BP Products North America Inc., BP Corporation North America Inc., BP Company North America Inc., BP America Inc., BP p.l.c., Anadarko Petroleum Corporation, Anadarko E&P Company LP, MOEX Offshore 2007 LLC, MOEX USA Corporation, M-I L.L.C., Dril Quip, Inc., Cameron International Corporation, Weatherford U.S., L.P., Halliburton Energy Services, Inc., Tansocean Offshore Deepwater Drilling, Inc., Transocean Holdings LLC, Tansocean Deepwater Inc., and Triton Asset Leading GmbH, and against Plaintiff, State of Louisiana, by and through Paul Connick, Jr., District Attorney for the Parish of Jefferson, which judgment dismisses the claims of the plaintiff State of Louisiana.

-1-

Respectfully Submitted:

s/ Victor L. Marcello (LSBA #9252)
Donald T. Carmouche (LSBA #2226)
Victor L. Marcello (LSBA # 9252)
John H. Carmouche (LSBA #22294)
**TALBOT, CARMOUCHE & MARCELLO**
17405 Perkins Road
Baton Rouge, LA 70810
Telephone:  (225) 400-9991
Facsimile:  (225) 448-2568
*Special Counsel to the District Attorney,*
*Parish of Jefferson*

**FAYARD & HONEYCUTT, APC**
Calvin C. Fayard, Jr. (LSBA #5486)
D. Blayne Honeycutt (LSBA #18264)
Wanda J. Edwards (LSBA #27448)
519 Florida Avenue, S.W.
Denham Springs, LA 70726
Telephone: (225) 664-4193
Facsimile: (225) 664-6925
*Special Counsel to the District Attorney,*
*Parish of Jefferson*

Paul Connick, Jr.
**JEFFERSON PARISH DISTRICT ATTORNEY**
200 Derbigny St.
Gretna, LA 70053
(504) 368-1020 Telephone

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and forgoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 5th day of January, 2012.

s/ Victor L. Marcello (LSBA #9252)