# CONFERENCE ATTENDANCE RECORD

DATE: 1-6-11                         TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

DISCOVERY STATUS CONFERENCE

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Don Godwin | (214) 939-4400 |
| Alan York | " |
| Jenny Martinez | " |
| Stefanie Major | " |
| Tony Fitch | ANADARKO |
| Deb Kuchler | " |
| J.B. Tarter | M-I |
| Jimmy Williamson | PS |
| Will Baldwin | WFT |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Andy Langan | BP |
| Rob Gasaway | BP |
| Rachel Clingman | TO |
| Doug Kraus | La. |
| A. Brett Brest | Va PSC |
| Corey Maze | AL |
| Win Sinclair | AL |
| Phil Niziałek | MOEX |
| Don Haycraft | BP |
| Brian Barr | PSC |
| Duke Williams | DOJ |
| Winfield Sinclair | AL AGO + States Coord |
| Corey Maze | AL AGO + State Coord |
| Dennis Barrow | Dril-Quip |
| Carmelite Bertaut | Cameron |
| Phil Wittmann | Cameron |
| Scott Cernich | DOJ |

# CONFERENCE ATTENDANCE RECORD

DATE: _____   TIME: _____

CASE NAME: _____

DOCKET NUMBER & SECTION: _____

STATUS     PRELIMINARY     PRE-TRIAL     SETTLEMENT

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Mike Underhill | US DOJ |
| Anthony Irpino | PSC |
| Jim Roy | PSC |
| Steve Herman | PSC |
| | |
| | |
| | |
| | |
| | |

Sarah Hemmilhoch

Alan Weigle

Ted Z.

Shawn Brady

Ky Kirby

Denise Scoffield

Mark Nomillini

Ed Flanders

Tom Heiden

Ben Mayeaux

John Galloway