# Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 <br><br> SECTION "J" (1) <br><br> JUDGE BARBIER |
| APPLIES TO:  11-274 c/w 11-275 | MAGISTRATE SHUSHAN |

**PARTIAL FINAL JUDGMENT AND SECTION 1292(b) CERTIFICATION**

On November 15, 2011, the Court issued an Order and Reasons (document no. 4588) denying a motion for judgment on the pleadings filed by the BP Parties in Action Nos. 11-274 and 11-275 ("Insurance Actions").  The Court now holds, with effect from the date of this Order, that, by its terms, the Court's Order and Reasons not only denied BP's motion but also granted judgment on the pleadings against the BP Parties and in favor of the Plaintiff Insurers on the Plaintiff Insurers' complaints.  There being no just reason for delay and good cause appearing, a partial final judgment is hereby entered, under Fed. R. Civ. P. 54(b), in favor of the Plaintiff Insurers and against the BP Parties on the Plaintiff Insurers' complaints in the Insurance Actions.

For the avoidance of doubt, this Partial Final Judgment is not entered in respect to any other complaint, claims, or counterclaims in Action Nos. 11-274 and 11-275 or any other action within this MDL proceeding, and the Court's November 15 Order and Reasons decided the purely legal issues of insurance coverage presented in the referenced Plaintiff Insurers' complaints and did not decide the proper interpretation, factual applicability, or enforceability of any indemnities running between BP and Transocean in the BP-Transocean Drilling Contract. Accordingly, such issues are not resolved by this Partial Final Judgment.

Further, and in the alternative, the Court hereby amends its November 15 Order and Reasons, with effect from the date of this order, to certify the following two holdings therein for immediate appeal under 28 U.S.C. § 1292(b):  (1) "The Court holds that the scope of Transocean's insurance obligation in the Drilling Contract determines the scope of additional insurance coverage available to BP under Section II of the Policies" (Order and Reasons at 32), and (2) "[t]he Court holds that under Section II of the Policies, BP is an additional insured only for liabilities assumed by Transocean under the terms of the Drilling Contract" (*id.* at 39).  The Court is of the opinion that these holdings involve controlling questions of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of this litigation.

SO ORDERED, in New Orleans, Louisiana, on this \_\_\_\_ day of January, 2012.

_____
Carl J. Barbier
United States District Judge