UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>THIS DOCUMENT RELATES TO:<br><br>10-1986, 10-3895, 10-3896, 10-3897, 10-4168, 10-4169, 11-58, and All Cases in Pleading Bundle B4 | CIVIL ACTION<br><br>MDL NUMBER: 2179<br><br>SECTION "J"<br><br>JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

**AMENDED AND SUPPLEMENTAL JOINT DESIGNATION OF RECORD**

Now come Terry G. Robin, et al, Plaintiffs/Appellants, and Seacor Marine, LLC, et al, Defendants/Appellees/Plaintiffs in limitation, and hereby jointly designate the following from the records of the captioned matters as the record on appeal:

1. The entire record, including pleadings, orders, motions, memoranda and judgments, of each of the following civil actions: **10-1986, 10-3895, 10-3896, 10-3897, 10-4168, 10-4169 and 11-58; and**

2. The following documents from Civil Action No. 2: 10-MDL-2179:

   a. Record Document 569;

   b. Record Document 1845 and all related documents (Record Documents 1831, 1895, 1898, 1899, 1903, 1914, 1915 and 1958);

   c. Record Document 2179;

   d. Record Document 2371;

2

e. Record Document 2537;

f. Record Document 2539;

g. Record Documents 2707;

h. Record Document 3338;

i. Record Document 3343;

j. Record Document 3479;

k. Record Document 3703;

l. Record Document 3816;

m. Record Document 3945; and

n. Record Document 3983.

Respectfully submitted,

/s/ *Lloyd N. Frischhertz*_____
Lloyd N. Frischhertz (#5749)
**FRISCHHERTZ & ASSOCIATES**
1130 St. Charles Avenue
New Orleans, LA  70130
Telephone:  (504) 523-1500
Facsimile:  (504) 581-1670

and

/s/ *Gerald Maples*_____
F. Gerald Maples (#25960)
Carl D. Todd Campbell, III (#31084)
**F. GERALD MAPLES, P.A.**
365 Canal Street, Suite 2650
New Orleans, LA  70113
Telephone:  (504) 569-8732
Facsimile:  (504) 525-6932

*ATTORNEYS FOR PLAINTIFFS/APPELLANTS TERRY G. ROBIN, ET AL.*

3

/s/ *Gary A. Hemphill*
Gary A. Hemphill (#6768)
**PHELPS DUNBAR LLP**
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

MICHAEL J. LYLE (DC BAR #475078,
        IL BAR #6199227)
**WEIL, GOTSHAL & MANGES LLP**
1300 EYE STREET, NW, SUITE 900
WASHINGTON, DC 20005
TELEPHONE: (202) 682-7157
FACSIMILE: (202) 857-0940

THEODORE E. TSEKERIDES (NY BAR #2609642)
JEREMY T. GRABILL (NY BAR #4501755)
**WEIL, GOTSHAL & MANGES LLP**
767 FIFTH AVENUE
NEW YORK, NY 10153
TELEPHONE: (212) 310-8218
FACSIMILE: (212) 310-8007

*ATTORNEYS FOR SEACOR HOLDINGS, INC., SEACOR OFFSHORE, LLC, SEACOR MARINE LLC, SEACOR WORLDWIDE, INC., AND SIEMENS FINANCIAL, INC.*


/s/ *Robert P. McCleskey*
ROBERT P. MCCLESKEY, JR. (#9151)
RAYMOND T. WAID (#31351)
**PHELPS DUNBAR LLP**
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

*ATTORNEYS FOR ISLAND VENTURES II, LLC AND NAUTICAL SOLUTIONS, LLC*

4

/s/ *William J. Riviere* _____
WILLIAM J. RIVIERE (#20593)
**PHELPS DUNBAR LLP**
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

*ATTORNEYS FOR MONICA ANN, L.L.C., JNB OPERATING, L.L.C., AND GULF OFFSHORE LOGISTICS, L.L.C.*