UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MASTER DOCKET |
| | * | NO. 10-MD-2179 |
| | * | |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on | * | |
| APRIL 20, 2010 | * | |
| | | |
| THIS DOCUMENT RELATES TO NO. 11-02319 | | |
| | | |
| JASON CUTRER AND | * | CIVIL ACTION NO: 11-02319 |
| C & L MARINE, LLC | * | |
| | * | |
| VERSUS | * | SECTION: "J" |
| | * | |
| BP EXPLORATION & PRODUCTION, INC., | * | |
| UNITED STATES MARITIME SERVICES, | * | DIVISION: "1" |
| INC. AND ST. BERNARD PARISH | * | |
| GOVERNMENT | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**EX PARTE MOTION FOR EXTENSION
OF TIME TO FILE RESPONSIVE PLEADINGS**

**NOW INTO COURT**, through undersigned counsel, comes Defendant, United States Maritime Services, Inc. ("USMS"), and respectfully moves this Honorable Court for an order extending the time to file Responsive Pleadings in the above captioned civil action. The basis for this Motion for Extension of Time to File Responsive Pleadings is set forth in the accompanying Memorandum in Support.

Respectfully submitted:

/s/ Allen J. Krouse, III
Allen J. Krouse, III  (#14426)
Andrew S. de Klerk (#1045)
Brandon K. Thibodeaux (#32725)
FRILOT, L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Telephone: (504) 599-8000
Facsimile: (504) 599-8145
akrouse@frilot.com
adeklerk@frilot.com
bthibodeaux@frilot.com

ATTORNEYS FOR UNITED STATES
MARITIME SERVICES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Extension of Time to File Answer has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 6th day of January, 2012.

*s/ Allen J. Krouse, III*

2