UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: DEEPWATER HORIZON | * | MDL 2179 |
| | * | |
| | * | |
| | * | SECTION J (JUDGE BARBIER) |
| This Pleading Applies Only To Case Nos. | * | |
| 2:11-cv-02521 Ronald Roshto | * | |
| | * | MAGISTRATE (JUDGE SHUSHAN) |
| | * | |
| | * | |

*********************************************************************

## NOTICE OF SUBMISSION

Please take notice that a hearing is set for Proposed Intervenor Natalie Roshto's Motion to Intervene on January 25, 2012 at 9:00 a.m. before Judge Sally Shushan. You are invited to attend and take part in the proceedings as allowed by law.