## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: DEEPWATER HORIZON** | * | **MDL 2179** |
| | * | |
| | * | |
| **(This Pleading Applies Only To Case Nos.** | * | **SECTION J (JUDGE BARBIER)** |
| **2:10-cv-4427 Kritzer and only applies to the** | * | |
| **claims of Denise Arnold)** | * | |
| | * | **MAGISTRATE (JUDGE SHUSHAN)** |
| | * | |
| | * | |

******************************************************************************

## <u>NATALIE ROSHTO'S MOTION TO INTERVENE</u>

Having already been granted leave to file this motion pursuant to Judge Shushan's order during the Status Conference on November 18, 2011, Natalie Roshto, in her capacities as personal representative and administratrix of the estate of her late husband Shane Roshto, respectfully moves to intervene pursuant to Rule 24 of the Federal Rules of Civil Procedure, in civil action number 2:10-cv-04427, which has been consolidated in the above-captioned Multidistrict Litigation. Natalie Roshto has direct and substantial interests in the dismissal of Plaintiff Denise Arnold's claims. Natalie Roshto is entitled to intervene in this action as of right. For the reasons discussed in the memorandum in support of this motion, Natalie Roshto respectfully requests that this Court grant this motion to intervene in this proceeding and permit Natalie Roshto to intervene in this matter to dismiss Plaintiff Denise Arnold's claims with prejudice.

Respectfully submitted,

**MARTZELL & BICKFORD, A.P.C.**


_____/s/ Scott R. Bickford_____
**SCOTT R. BICKFORD T. A., (#1165)**
**NEIL F. NAZARETH (#28969)**
338 Lafayette Street
New Orleans, LA  70130
504/581-9065 (Telephone)
504/581-7635 (FAX)
usdcedla@mbfirm.com

and

**RONNIE G. PENTON (#10462)**
Law Offices of Ronnie G. Penton
209 Hoppen Place
Bogalusa, LA 70427
(985) 732-5651
(985) 735-5579
rgp@rgplaw.com


## CERTIFICATE OF SERVICE

I hereby certify that, on this 6th day of January, 2012, a true and accurate copy of the foregoing was filed via the Court's CM/ECF system and served via the Court's CM/ECF system upon all counsel of record.


_____/s/ Scott R. Bickford_____


C:\Documents and Settings\lindal\Local Settings\Temporary Internet Files\Content.Outlook\BTMP0TA6\DENISE ARNOLD MTN TO INTERVENE 1-6-12.wpd