UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: DEEPWATER HORIZON** | * | MDL 2179 |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | |
| | * | **SECTION J (JUDGE BARBIER)** |
| **CASE NOS. 2:10-CV-04427 KRITZER AND ONLY APPLIES TO THE CLAIMS OF DENISE ARNOLD** | * | |
| | * | |
| | * | **MAGISTRATE (JUDGE SHUSHAN)** |

*****************************************************************

## ORDER

**IT IS ORDERED** that Intervenor Natalie Roshto's Motion to Intervene in **10-CV-04427** is hereby **GRANTED** and Natalie Roshto's Complaint for Intervention shall be filed into the record.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE