# Exhibit 1

Daun Winslow Deposition Excerpts

1           UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA
2

3   IN RE:  OIL SPILL        )    MDL NO. 2179
    by the OIL RIG,          )
4   DEEPWATER HORIZON in     )    SECTION "J"
    the GULF OF MEXICO,      )
5   April 20, 2010           )    JUDGE BARBIER
                             )
6                            )    MAG. JUDGE
                             )    SHUSHAN
7

8

14

15

16

17              * * * * * * * * * * * * *
                        VOLUME 1
18              * * * * * * * * * * * * *

19

20

21

22         Deposition of **DAUN WINSLOW**,
    taken at Pan-American Building, 601 Poydras
23  Street, 11th Floor, New Orleans, Louisiana,
    70130, on the 20th of April, 2011.
24

25

**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters

1   questions, and I want you to -- to let me
2   finish asking you the question before you
3   try to answer it.  And if you don't
4   understand the question, I want you to tell
5   me so that you and I can work it out so
6   that you understand the question so that
7   you're giving the answer that's appropriate
8   for that question.
9                Can we have that
10  arrangement?
11       A.    Yes, sir.
12       Q.    Okay.  No problem.
13                Why don't we just start
14  with the real basics.  What is your -- what
15  is your -- your address?  Where do you
16  live?
17       A.    I live in Malaysia.
18       Q.    Okay.  What part of Malaysia?
19       A.    In Kuala Lumpur.
20       Q.    Okay.  So are you assigned there
21  right now?
22       A.    I am.
23       Q.    You are employed by Transocean?
24       A.    Transocean.
25       Q.    In April of last year, where did

```
 1   you live?
 2        A.    I lived in Houston, Texas.
 3        Q.    And what was your role and job
 4   at that time?
 5        A.    I was an operations manager
 6   performance and I oversee the BP account,
 7   which was four drilling rigs, and another.
 8   So that's five operations I was accountable
 9   for.
10        Q.    All right.  And was that in the
11   Gulf of Mexico, those five rigs?
12        A.    In the Gulf of Mexico.
13        Q.    All right.  Were they all
14   deepwater rigs?
15        A.    Yes.
16        Q.    Okay.  Just name them for the
17   record for us.
18        A.    There was HORIZON, The
19   ENTERPRISE, the DD2, the DD3, and the
20   MARIANAS.  The MARIANAS was a
21   deepwater-moored vessel.  The rest were BP.
22        Q.    Now -- and what is your current
23   title in Malaysia?
24        A.    Operations manager performance.
25        Q.    Same -- same -- the same role --
```

```
 1   occurred it -- if Transocean wouldn't
 2   change them before they went to the Nile to
 3   do the work.
 4                Do you see that?
 5        A.   I see that.
 6        Q.   That's what it says from John
 7   Guide, doesn't it?
 8        A.   That's what it says.
 9        Q.   Okay.  When you see me shuffling
10   papers, I'm -- I'm at least getting toward
11   the end of my examination of you, and I'm
12   trying not duplicate it, Mr. Winslow, if
13   that's any relief to you.
14        A.   It could be.
15             MR. PENTON:
16                How are we doing on tape?
17             VIDEOGRAPHER:
18                You have approximately
19   22 minutes.
20             MR. PENTON:
21                On this tape?  Good.
22        Q.   Okay.  I -- you know, I don't
23   want you to revisit this, but it's now time
24   for me to talk to you about the casualty.
25   And I need you to tell me everything you
```

```
 1   can in a descriptive fashion of what you
 2   saw, what you heard, and what went on.
 3               We understand, and you told
 4   us this, that you were on a visibility
 5   visit to the -- to the rig.  And you
 6   departed Houma by chopper and you arrived
 7   on the rig that afternoon, I believe,
 8   correct, April the 20th?
 9        A.   That's correct.
10        Q.   Would you please tell us the
11   time you get off the chopper, who was with
12   you, and what you did.
13        A.   And this is a year ago, so I'll
14   do the best I can anyway.
15               We get off the helicopter,
16   and Jimmy Harrell and Captain Curt were
17   there to meet us.  And said we'll continue
18   on with operations, you know, to be
19   finishing up pretty soon.  I can't remember
20   all the details of what he talked about,
21   what was going on with the well.  It's
22   really -- really basic, other than normal
23   kind of stuff, you know, keep your hand on
24   the handrail and -- when you're going
25   around and whatnot.  You'll be escorted
```

```
 1          A.    It was around 9:30, 9:45
 2   somewhere in there.  And I just sat down
 3   after making a half cup of coffee and lit a
 4   cigarette up.  I don't know, a couple of
 5   minutes, if that, maybe burnt a quarter of
 6   a cigarette, I heard probably the hugest
 7   bang I've ever heard in my life, offshore
 8   or anywhere.
 9                     I -- the -- the level I'm
10   on is on the upper level and the deck is
11   right above it.  And I just thought
12   something very large had fallen on the deck
13   or something.  The whole rig shuttered.
14          Q.    You thought the derrick
15   collapsing?
16          A.    The derrick collapsing, crane
17   boom falling on the deck.
18          Q.    Something big?
19          A.    Big.
20          Q.    Well, did you ever -- did you
21   ever determine what that was that caused
22   the bang?
23          A.    After -- after the fact.  I
24   think there was a huge explosion up on
25   the --
```

1  Q. So it -- it wasn't equipment or
2  structure falling.  It was actually
3  ignition and explosion, correct?
4  A. There was an explosive force
5  that -- that made that noise and made the
6  whole rig shutter, yes.
7       And then, of course, when I
8  heard that, I thought, what's going on.  So
9  cigarette out, through the two doors and
10 turned left going down the hallway.
11      When you go about 20 foot
12 inside the accommodations from where I was
13 at, you can see right down another corridor
14 right to the other side of the rig where
15 the maintenance supervisor's office and the
16 OIMs are.  The corridor is a good 75-foot
17 long.
18      It was a kind of a funny
19 feeling or whatever.  And I looked down the
20 hallway and then there was a noise and the
21 shutter.  And the bulkheads were being
22 sucked in and the roof panels was coming
23 down, you know, like an explosive wave
24 coming towards me.
25 Q. Could you see the wave or could

1  Q. Forward lifeboat deck is where
2  you exit the accommodation structures?
3  A. That's where I came out of the
4  accommodation.
5  Q. And is that a catwalk area, or
6  what is that?
7  A. It's a platform area that has
8  the -- the two forward lifeboats on it.
9  And it's got access around to the other two
10 corners of the rig where you can go up
11 about 20 foot up onto the main deck level
12 or up onto the bridge.
13 Q. Well, we're not looking at the
14 general arrangement right now, but could
15 that area be associated with a particular
16 deck?
17 A. I call it the lifeboat deck.
18 Q. Okay. All right. It's the
19 forward lifeboat deck?
20 A. Forward lifeboat deck.
21 Q. All right. And so when you got
22 there, what did you see?
23 A. There was -- I walked out in
24 between the two lifeboats, and there was a
25 shiny, grayish kind of slime on the deck.

1  And I looked up at the derrick, and I seen
2  a fireball, probably 145 foot up in the
3  derrick.  Huge fire.
4       Q.    Let me ask you this about that,
5  if you don't mind.  What is the tip to rig
6  floor height of the derrick, approximately?
7       A.    200 foot.
8       Q.    Okay.  That's what I was trying
9  to get at.  So it was about 50 foot shy of
10 the top of the derrick?
11      A.    The start of the fire started at
12 about 100-foot level.
13      Q.    Yes.
14      A.    And it encompassed the whole top
15 of the derrick and probably three, four
16 times as wide as the derrick.
17      Q.    Okay.  So it basically engulfed
18 everything from around 150 foot from the
19 rig floor up?
20      A.    At that time, yeah.
21      Q.    Okay.  Now, what about from the
22 bottom of the -- of the ball of fire down
23 to the rotary table?
24      A.    It just looked like a gray fog.
25 It didn't really --

1    Q.    All right.  Now, did you see any
2  other ignited material anywhere that look
3  like it may be burning?
4    A.    When I went back in between the
5  lifeboats, you can see reflection of flames
6  on the -- on the water underneath the
7  vessel.
8    Q.    Yes.
9    A.    I couldn't see any flames.  I
10 see a red -- reddish reflection.
11 Everything was -- was lit up.  But as far
12 as anything else burning, I didn't see, no.
13   Q.    Now, how long did you stay on
14 the forward lifeboat deck?
15   A.    Some people -- there's another
16 door that goes into the accommodation,
17 about 20 foot down.  It was probably a
18 minute or so, and then some people started
19 coming out that door.  It was --
20   Q.    Do you know who they were?
21   A.    I think the first individual
22 there was a little -- little lady from the
23 catering department.  I helped her from the
24 doorway to the -- to the lifeboats.  And
25 then -- I don't know.  There was maybe 10

1  forward over to my left, I seen a big
2  supply vessel, a big bright light shining
3  in the water.  And it looked like three
4  people in the water.  You can just see a
5  reflection and some splashing, you know.
6  The sea was dead calm.
7       Q.    Right.
8       A.    Very little wind.  The -- the --
9  what I learned later, the BANKSTON
10 searchlight was on.
11      Q.    So as of that time, when you
12 talked the -- the rig crew member off of
13 the rail, there had not been a second
14 explosion yet?
15      A.    There was some kind of popping
16 noises.  So I believe what I felt or seen
17 was one explosion or vibration when I was
18 in the coffee shop and another one was when
19 walls were being sucked in the
20 accommodation.  And the rest of it was just
21 like standing behind a 747.  It was just
22 a -- a loud noise.  And you could hear
23 other noises, whether it would be
24 explosions or things falling or whatever,
25 it's hard to -- hard to say.

```
 1    other boat.  He said, We have other people.
 2    We're going to the rafts.  And I thought
 3    that was strange.  There was still a boat
 4    here.  You know, and I took that as a -- I
 5    don't know how long I sat there
 6    procrastinating with one foot in the
 7    lifeboat and one on the deck, Captain Curt,
 8    other people, boat, you know.  So I took
 9    that as a we depart the rig, and we did.
10         Q.   Was there fire anywhere else but
11    in the derrick at that point?
12                 MR. JOHNSON:
13                      Object to form.
14         A.   I don't know where all the --
15    where the fire was or -- at that time.  I
16    know everything -- everything, the water
17    and -- everywhere you see was a glow --
18         Q.   Yes.
19         A.   -- of the fire.  From where I'm
20    looking at, all you see is a 20-foot wall
21    in front of you and then the derrick some
22    distance up.
23         Q.   Yeah.  But the -- at the time
24    the traveling block fell, was there fire
25    anywhere that you could see, a source of
```

```
 1    fire other than on the derrick?
 2         A.    Not that I could see.  Or not
 3    that I noticed.
 4         Q.    Yeah.  Okay.
 5         A.    The fire seemed to be closer to
 6    the rig floor, you know.  That originally
 7    was up around the monkey board level and
 8    stuff.  And then it seemed from -- looking
 9    above the wall, the whole --
10         Q.    Right.
11         A.    -- area was on fire.
12         Q.    So it went down below the
13    20 foot top of that building, and then
14    you --
15         A.    From my perspective, where I
16    could see, the fire was down a lot lower
17    than it was originally.
18         Q.    Was it past the ceiling or the
19    top of that structure?
20         A.    It was still engulfed in the
21    whole area.
22         Q.    I understand.
23         A.    But the starboard flame was
24    lower --
25         Q.    Yes.
```

```
 1         A.    -- to the rig floor than it was
 2   originally.
 3         Q.    Right.  What I'm -- I know that
 4   you were blocked by this 20-foot high
 5   structure, right, part of your vision?
 6         A.    The bulkhead.
 7         Q.    So that you -- you can't see the
 8   true drill floor, correct?
 9         A.    Correct.
10         Q.    My question is:  Was the bottom
11   of the fire down below the other side of
12   that bulkhead, or was it right above it?
13         A.    It was right about at the rig
14   floor, 'cause the rig floor sits about 15
15   or so feet above the main deck.  So the
16   perspective I'm looking at, it's right just
17   about at the rig floor level.  It was
18   engulfed in flame at that time.
19         Q.    And so as of that time, the time
20   the traveling block fell, you feel that the
21   fire was all the way down to the rig floor?
22         A.    Yes.
23         Q.    And so if you had to reconstruct
24   in your mind -- and during an emergency I
25   know it's a very difficult time and is --
```

```
 1        A.    No.
 2        Q.    Okay.  You were aware that some
 3   people did jump?
 4        A.    The three individuals that I
 5   seen -- I surmised that they had jumped off
 6   because that's what they said, they were
 7   jumping off.  And I seen three, it looked
 8   like, people splashing in the water, yes.
 9        Q.    I see.  And what did it look
10   like over the water?  You talked about a
11   glow.  But how else did it look?
12        A.    It was kind of flat, calm.  Very
13   little waves.  Just a red glow all over as
14   far as you could see.
15        Q.    What was the distance from the
16   lifeboat deck to the surface of the water,
17   approximately?
18        A.    49 feet.  50 feet maximum to
19   that deck.
20        Q.    How about from the bridge area
21   down to the water, about how far is that?
22        A.    70, 75 feet at the most right at
23   the bridge level.
24        Q.    At the time that you were on the
25   lifeboat deck for the last time, who was
```

```
 1          Q.    From the bridge, what do you see
 2    with the rig that -- that might be
 3    different from how you describe it as the
 4    traveling block fell to the deck?
 5          A.    The whole underside of the moon
 6    pool area is engulfed in flames, the whole
 7    underside of the rig right down to the
 8    water level, and the whole moon pool area.
 9    And all -- all of the rig floor and derrick
10    structures looks like it's on fire.  And
11    then -- then you see a bunch of smoke from
12    the rig.
13          Q.    So you call Paul Johnson?
14          A.    I -- the phone number I called
15    was the only one that I remembered in my
16    head, which is the -- was the corporate
17    office downtown emergency line.
18          Q.    It's Park 10?
19          A.    No.  In Greenway.
20          Q.    Greenway?
21          A.    That was the only number I had
22    in my head.
23          Q.    Okay.
24          A.    And they put me through.  Paul
25    Johnson was the first person I contacted.
```

1  all, we had a little mini risk assessment.
2  'Cause the whole rig is still engulfed with
3  fire and there was very little current.  So
4  we had a plan that -- there were some other
5  big workboats that showed up, we had them
6  put a water curtain in front of it.
7       Q.    Can you tell by then the
8  positioning of the DEEPWATER HORIZON?  Was
9  it kiltered off of the wellsite, or what
10 was its position in the -- in the ocean?
11      A.    It was about 700 feet away from
12 the axle wellhead one way, and we were
13 about 400 feet the other way with two
14 workboats in between with the water
15 curtain.
16      Q.    Was there any fire on the water
17 in the ocean in that 700 feet?
18      A.    No.
19      Q.    Okay.  All right.  So you
20 attempted the hot stab?
21      A.    Correct.
22      Q.    And what happened?
23      A.    It never built up any pressure.
24 So it didn't give us any indication that we
25 were either pumping fluid or anything

```
 1    phone conversation I had with the -- with
 2    the team in Houston.  But really nothing
 3    other than participated in risk assessments
 4    that we did.
 5         Q.    But other than David Sims, there
 6    was no other BP intervention of any kind
 7    other than Sims being there?
 8         A.    No.
 9         Q.    Okay.  So the rig sank -- sinks.
10    And you're how far from the rig when it
11    sinks?  You watched it sink, correct?
12         A.    Correct.
13         Q.    How long did it take for it to
14    slip beneath the water?
15         A.    Four or five minutes.  Then
16    probably within 20, all the fire was out on
17    the surface.
18         Q.    Had the fire ever abated?
19         A.    No.
20         Q.    It was -- was still raging,
21    correct?
22         A.    Yeah.
23         Q.    And the well was still flowing,
24    correct?
25         A.    Yes.
```

```
 1          Q.    So after it sinks, the area
 2   where the LMRP was which would be over the
 3   BOP, correct, basically?  The area where
 4   the rig was DP'ed in place, what was the
 5   water there like?  Was it on fire?
 6          A.    The water was on fire where the
 7   rig was, which is about 700 or 720 feet
 8   from the wellhead.  And it was still
 9   tethered, if you want to call it, from the
10   wellhead by the riser.  So all the burning
11   was at the vessel.
12                And when it sunk, I asked
13   the captain to go ahead and back off
14   because there's riser flotation and stuff
15   on there.  I didn't know what was going to
16   go.  I said just back away from it.  And if
17   you want to do stuff on the ROV, then let
18   everything settle.  And I went to lay down
19   at that particular time.
20          Q.    And that was about 11:30 to 12
21   on Thursday, something like that?
22          A.    Correct.
23          Q.    We'll have that but -- so you --
24   you -- this is the first time you actually
25   got any rest, correct?
```