1                  UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA
2

3    ******************************************************

4    IN RE:  OIL SPILL BY THE
     OIL RIG *DEEPWATER HORIZON*
5    IN THE GULF OF MEXICO ON
     APRIL 20, 2010
6
                              CIVIL ACTION NO. 10-MD-2179 "J"
7                             NEW ORLEANS, LOUISIANA
                              FRIDAY, JANUARY 6, 2012, 9:30 A.M.
8

9    THIS DOCUMENT RELATES TO
     ALL ACTIONS
10

11   ******************************************************

12        TRANSCRIPT OF DISCOVERY STATUS CONFERENCE PROCEEDINGS
             HEARD BEFORE THE HONORABLE SALLY SHUSHAN
13                UNITED STATES MAGISTRATE JUDGE

14

15   APPEARANCES:

16
     FOR THE PLAINTIFFS'
17   LIAISON COUNSEL:         DOMENGEAUX WRIGHT ROY & EDWARDS
                              BY:  JAMES P. ROY, ESQUIRE
18                            P. O. BOX 3668
                              556 JEFFERSON STREET
19                            LAFAYETTE, LA  70502

20
                              HERMAN HERMAN KATZ & COTLAR
21                            BY:  STEPHEN J. HERMAN, ESQUIRE
                              820 O'KEEFE AVENUE
22                            NEW ORLEANS, LA  70113

23
     FOR THE PLAINTIFFS:      IRPINO LAW FIRM
24                            BY:  ANTHONY IRPINO, ESQUIRE
                              2216 MAGAZINE STREET
25                            NEW ORLEANS, LA  70130

09:23AM

```
1   APPEARANCES CONTINUED:

2

3                              WILLIAMSON & RUSNAK
                               BY:  JIMMY WILLIAMSON, ESQUIRE
4                              4310 YOAKUM BOULEVARD
                               HOUSTON, TX  77006
5

6                              LEVIN PAPANTONIO THOMAS MITCHELL
7                              RAFFERTY & PROCTOR
                               BY:  BRIAN H. BARR, ESQUIRE
8                              316 SOUTH BAYLEN STREET, SUITE 600
                               PENSACOLA, FL  32502
9

10                             BREIT DRESCHER IMPREVENTO & WALKER
11                             BY:  JEFFREY A. BREIT, ESQUIRE
                               1000 DOMINION TOWER
12                             999 WATERSIDE DRIVE
                               NORFOLK, VA  23510
13

14                             WILLIAMS LAW GROUP
15                             BY:  CONRAD S. P. WILLIAMS, ESQUIRE
                               435 CORPORATE DRIVE, SUITE 101
16                             HOUMA, LA  70360

17

18  FOR THE FEDERAL
    GOVERNMENT INTERESTS:      U.S. DEPARTMENT OF JUSTICE
19                             TORTS BRANCH, CIVIL DIVISION
                               BY:  R. MICHAEL UNDERHILL, ESQUIRE
20                                  SARAH D. HIMMELHOCH, ESQUIRE
                                    A. NATHANIEL CHAKERES, ESQUIRE
21                             450 GOLDEN GATE AVENUE
                               7TH FLOOR, ROOM 5395
22                             SAN FRANCISCO, CA  94102

23

24

25
```

```
1   APPEARANCES CONTINUED:

2


3   FOR THE UNITED STATES
    OF AMERICA:              ENVIRONMENTAL ENFORCEMENT SECTION
4                            U.S. DEPARTMENT OF JUSTICE
                             BY:  SCOTT CERNICH, ESQUIRE
5                            P.O. BOX 7611
                             WASHINGTON, DC  20044
6


7
    FOR STATE INTERESTS:     ALABAMA ATTORNEY GENERAL'S OFFICE
8                            BY:  COREY L. MAZE, ESQUIRE
                                  WINFIELD J. SINCLAIR, ESQUIRE
9                            500 DEXTER AVENUE
                             MONTGOMERY, AL  36130
10


11
    FOR THE STATE OF
12  LOUISIANA:               KANNER & WHITELEY
                             BY:  DOUGLAS R. KRAUS, ESQUIRE
13                           701 CAMP STREET
                             NEW ORLEANS, LA  70130
14


15

16  FOR BP AMERICA INC.,
    BP AMERICA PRODUCTION
17  COMPANY, BP COMPANY
    NORTH AMERICA INC.,
18  BP CORPORATION NORTH
    AMERICA INC.,
19  BP EXPLORATION &
    PRODUCTION INC.,
20  BP HOLDINGS NORTH
    AMERICA LIMITED,
21  BP PRODUCTS NORTH
    AMERICA INC.:            LISKOW & LEWIS
22                           BY:  DON K. HAYCRAFT, ESQUIRE
                             ONE SHELL SQUARE
23                           701 POYDRAS STREET
                             SUITE 5000
24                           NEW ORLEANS, LA  70139

25
```

```
 1  APPEARANCES CONTINUED:

 2

 3                          KIRKLAND & ELLIS
                            BY:  J. ANDREW LANGAN, ESQUIRE
 4                               MARK J. NOMELLINI, ESQUIRE
                                 TIMOTHY E. DUFFY, ESQUIRE
 5                               BRIAN A. KAVANAUGH, ESQUIRE
                            300 N. LASALLE
 6                          CHICAGO, IL  60654

 7

 8                          KIRKLAND & ELLIS
                            BY:  ROBERT R. GASAWAY, ESQUIRE
 9                          655 FIFTEENTH STREET, N.W.
                            WASHINGTON, DC  20005
10

11
    FOR TRANSOCEAN HOLDINGS
12  LLC, TRANSOCEAN
    OFFSHORE DEEPWATER
13  DRILLING INC., AND
    TRANSOCEAN DEEPWATER
14  INC.:                   FRILOT
                            BY:  KERRY J. MILLER, ESQUIRE
15                          ENERGY CENTRE, 36TH FLOOR
                            1100 POYDRAS STREET
16                          NEW ORLEANS, LA  70163

17

18                          SUTHERLAND ASBILL & BRENNAN
                            BY:  RACHEL G. CLINGMAN, ESQUIRE
19                          1001 FANNIN STREET, SUITE 3700
                            HOUSTON, TX  77002
20

21
    FOR CAMERON INTERNATIONAL
22  CORPORATION:            STONE PIGMAN WALTHER WITTMANN
                            BY:  PHILLIP A. WITTMANN, ESQUIRE
23                               CARMELITE M. BERTAUT, ESQUIRE
                            546 CARONDELET STREET
24                          NEW ORLEANS, LA  70130

25
```

```
 1   APPEARANCES CONTINUED:

 2


 3   FOR HALLIBURTON
     ENERGY SERVICES, INC.:    GODWIN RONQUILLO
 4                             BY:   DONALD E. GODWIN, ESQUIRE
                                     JENNY L. MARTINEZ, ESQUIRE
 5                                   STEFANIE K. MAJOR, ESQUIRE
                             RENAISSANCE TOWER
 6                           1201 ELM STREET, SUITE 1700
                             DALLAS, TX  75270
 7


 8                             GODWIN RONQUILLO
                               BY:  R. ALAN YORK, ESQUIRE
 9                           1331 LAMAR, SUITE 1665
                             HOUSTON, TX  77010
10


11   FOR ANADARKO
12   PETROLEUM CORPORATION,
     ANADARKO E&P COMPANY,
13   LP:                       KUCHLER POLK SCHELL
                               WEINER & RICHESON
14                             BY:   DEBORAH D. KUCHLER, ESQUIRE
                             1615 POYDRAS STREET, SUITE 1300
15                           NEW ORLEANS, LA  70112

16


17                             BINGHAM MCCUTCHEN
                               BY:   WARREN A. FITCH, ESQUIRE
18                                   KY E. KIRBY, ESQUIRE
                             2020 K STREET, NW
19                           WASHINGTON, DC  20006

20


21   FOR MOEX OFFSHORE
     2007 LLC:                 CARVER DARDEN KORETZKY TESSIER
22                             FINN BLOSSMAN & AREAUX
                               BY:   PHILLIP D. NIZIALEK, ESQUIRE
23                           1100 POYDRAS STREET, SUITE 3100
                             NEW ORLEANS, LA  70163
24


25
```

```
 1   APPEARANCES CONTINUED:

 2

 3                              PILLSBURY WINTHROP SHAW PITTMAN
                               BY:  EDWARD FLANDERS, ESQUIRE
 4                             1540 BROADWAY
                               NEW YORK, NY  10036
 5

 6
     FOR M-I L.L.C.:           MORGAN, LEWIS & BOCKIUS
 7                             BY:  JAMES B. TARTER, ESQUIRE
                                    DENISE SCOFIELD, ESQUIRE
 8                             1000 LOUISIANA STREET, SUITE 4000
                               HOUSTON, TX  77002
 9

10
     FOR O'BRIEN'S RESPONSE
11   MANAGEMENT, INC.,
     SEACOR HOLDINGS, INC.,
12   SEACOR OFFSHORE LLC,
     SEACOR MARINE, LLC,
13   SEACOR WORLDWIDE, INC.,
     SEACOR MARINE, INC.,
14   SEACOR MARINE
     INTERNATIONAL, INC.,
15   AND SIEMENS FINANCIAL,
     INC.:                     WEIL GOTSHAL & MANGES
16                             BY:  THEODORE E. TSEKERIDES, ESQUIRE
                               767 FIFTH AVENUE
17                             NEW YORK, NY  10153

18

19   FOR DRIL-QUIP,
     INC.:                     WARE, JACKSON, LEE & CHAMBERS
20                             BY:  C. DENNIS BARROW, JR., ESQUIRE
                               2929 ALLEN PARKWAY, 42ND FLOOR
21                             HOUSTON, TX  77019

22
     FOR MARINE SPILL
23   RESPONSE CORPORATION:     BLANK ROME
                               BY:  ALAN M. WEIGEL, ESQUIRE
24                             THE CHRYSLER BUILDING
                               405 LEXINGTON AVENUE
25                             NEW YORK, NY  10174
```

```
 1   APPEARANCES CONTINUED:

 2


 3   FOR WEATHERFORD U.S.,
     L.P.:                    JONES WALKER
 4                            BY:  WILLIAM C. BALDWIN, ESQUIRE
                              PLACE ST. CHARLES
 5                            201 ST. CHARLES AVENUE
                              NEW ORLEANS, LA 70170
 6


 7
     FOR NALCO COMPANY:       LATHAM & WATKINS
 8                            BY:  THOMAS J. HEIDEN, ESQUIRE
                              233 SOUTH WACKER DRIVE, SUITE 5800
 9                            CHICAGO, IL  60606

10


11   FOR AIRBORNE SUPPORT
     INTERNATIONAL, INC.:     LABORDE & NEUNER
12                            BY:  BEN L. MAYEAUX, ESQUIRE
                              ONE PETROLEUM CENTER
13                            1001 W. PINHOOK RD., SUITE 200
                              LAFAYETTE, LA 70505
14


15
     MODERN GROUP GP-SUB,
16   INC., MODERN GROUP LTD.,
     TIGER RENTALS LTD.:      GALLOWAY JOHNSON TOMPKINS
17                            BURR & SMITH
                              BY:  JOHN E. GALLOWAY, ESQUIRE
18                            ONE SHELL SQUARE
                              701 POYDRAS STREET, 40TH FLOOR
19                            NEW ORLEANS, LA 70139

20


21   FOR DRC EMERGENCY
     SERVICES, LLC:           FLANAGAN PARTNERS
22                            BY:  SEAN P. BRADY, ESQUIRE
                              201 ST. CHARLES AVENUE, SUITE 2405
23                            NEW ORLEANS, LA  70170

24


25
```

1   APPEARANCES CONTINUED:

2

3   OFFICIAL COURT REPORTER:        CATHY PEPPER, CRR, RMR, CCR
                                    CERTIFIED REALTIME REPORTER
4                                   REGISTERED MERIT REPORTER
                                    OFFICIAL COURT REPORTER
5                                   500 POYDRAS STREET, ROOM HB406
                                    NEW ORLEANS, LA  70130
6                                   (504) 589-7779
                                    Cathy_Pepper@laed.uscourts.gov
7

8   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
    PRODUCED BY COMPUTER.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                        **I N D E X**

2

3    AGENDA ITEMS                                    PAGE

4

5    BOP AND CAPPING STACK...................................  18

6    VISIT WITH CAPTAIN ENGLEBERT SCHEDULED FOR          18

7    JANUARY 19TH..........................................

8    U. S. DISCOVERY.......................................  20

9    U.S. COAST GUARD AND LIEUTENANT COMMANDER HOUCK........  20

10   EXTENSION ON THE PRIVILEGE LOG DEADLINE...............  21

11   ZANTAZ SERVER.........................................  21

12   SCOPE OF THE 30(B)(6) DEPOSITIONS FOR THE           22

13   UNITED STATES.........................................

14   OVERALL DEADLINE SITUATION AND WHAT TO DO THERE........  22

15   COMPLETED THE PRODUCTION OF THE NONPRIVILEGED       22

16   DOCUMENTS FOR EVERY AGENCY EXCEPT FOR THE COAST GUARD,

17   WHICH HAS THE DEADLINE OF JANUARY 31ST IN THE

18   CURRENTLY EXISTING ORDER..............................

19   COMPLETED THE PRIVILEGED LOGS FOR DOE, EPA, AND THE     23

20   NAVY..................................................

21   WHO WE OWE YOU PRIVILEGE LOGS FOR ARE THE EXECUTIVE     23

22   OFFICE OF THE PRESIDENT DOCUMENTS, ANY OF THE

23   DOCUMENTS PULLED FROM THE COLLECTION FOR EOP REVIEW,

24   INTERIOR, COAST GUARD AND ARMY CORPS OF ENGINEERS......

25   OTHER ISSUE FROM THE U. S.............................  23

1  WE'VE ASKED FOR YET ANOTHER EXTENSION ON THE RESPONSES    23

2  TO THE PHASE TWO INTERROGATORIES AND RFA'S............

3  MAKES SENSE TO US TO EXTEND THAT DEADLINE TO THE END     24

4  OF THE MONTH TO GIVE US TIME TO FINISH THE

5  STIPULATIONS AND KNOW WHAT WE ACTUALLY HAVE TO PROVIDE

6  FORMAL DISCOVERY RESPONSES ON.........................

7  PHASE TWO STIPULATIONS, THE DEADLINE, I BELIEVE, WAS     24

8  JANUARY 9TH, WHICH IS MONDAY, FOR OTHER PARTIES TO GET

9  IN ANY COMMENTS THAT THEY HAD ON WHAT BP AND THE

10 UNITED STATES HAD WORKED SO HARD ON...................

11 ANYBODY WHO HAS A PROBLEM WITH THAT SHOULD MAKE SURE     24

12 THEY GET THE COMMENTS ON THE PHASE TWO STIPULATIONS BY

13 MONDAY................................................

14 PHASE TWO STIPULATIONS................................  25

15 DOCUMENT PRODUCTION FROM LOUISIANA....................  27

16 PHASE ONE DEPOSITION DESIGNATIONS AND SUMMARIES........  27

17 DESIGNATIONS..........................................  27

18 ADD RICHARD CORONADO..................................  27

19 ERRATA ARE SUBMITTED AND DEPOSITION TESTIMONY HAS BEEN  28

20 CHANGED OR MODIFIED, THAT THE CORRECTED TESTIMONY IS

21 ASSURED OF GETTING INTO THE PACKAGES TO BE EVENTUALLY

22 SENT TO JUDGE BARBIER.................................

23 QUITCAU, ONE OF OUR 30(B)(6) WITNESSES................  28

24 TWO-PAGE SUMMARIES....................................  30

25 CONTINUE TO SEE THAT THERE ARE SITUATIONS WHERE BLOCKS . 31

 1  OF TRANSCRIPT ARE BEING DESIGNATED THAT INCLUDE STILL

 2  OBJECTIONS, COUNSEL COLLOQUY...........................

 3  PHASE ONE EXHIBITS....................................  32

 4  BOOKS AND PUBLICLY AVAILABLE INFORMATION..............  32

 5  DEVISING A PROCESS OR COMING UP WITH A PROPOSAL TO GET  32

 6  DOCUMENTS FROM THE TRIAL EXHIBIT LISTS TO THE TRIAL

 7  TECHS WHO WILL BE PUTTING INFORMATION UP ON THE SCREEN

 8  AT TRIAL.............................................

 9  AUTHENTICITY.........................................  34

10  NINE COUNSEL-CREATED EXHIBITS........................  34

11  SEVEN THAT WE WISH TO INTRODUCE AS EXHIBITS, AS WELL   34

12  AS DEMONSTRATIVE EXHIBITS............................

13  LAST ROUND OF OBJECTIONS, PER THE COURT'S ORDER, BASED  36

14  ON THE LAST ROUND OF EXHIBITS WILL BE DUE ON

15  JANUARY 20TH.........................................

16  GET YOUR LETTER IN WITH REGARD TO THE SEVEN           36

17  ATTORNEY-CREATED EXHIBITS............................

18  NEXT WEDNESDAY.......................................  36

19  IF THEY'RE GOING TO DO IT NEXT WEDNESDAY, WE WILL DO   36

20  IT ON THE FOLLOWING MONDAY...........................

21  NEED FOR CLARITY ON WHETHER SPILL PREPAREDNESS IS A   36

22  PHASE TWO ISSUE......................................

23  PHASE ONE IS WHAT CAUSED THE UNCONTROLLED FLOW.........  37

24  PHASE TWO IS WHY IT TOOK SO LONG TO CAP THE WELL.......  37

25  EVEN THOUGH THERE IS INFORMATION THAT IS MORE DIRECTLY . 38

1   OR MORE CAUSALLY RELATED TO THE SOURCE CONTROL ISSUE,

2   IF IT HAPPENED BEFORE APRIL 20TH, OUR POSITION IS THAT

3   THESE THINGS ARE NOT MUTUALLY EXCLUSIVE...............

4   SPILL PREPAREDNESS IS A PHASE TWO ISSUE...............   43

5   TAKE THOSE SAME FIVE TWO-PAGE SUMMARIES AND DO A SHORT   46

6   LETTER BRIEF ABOUT YOUR ISSUE THAT THESE ARE CLEARLY

7   PHASE TWO, AND YOU BELIEVE SHOULD BE PRESENTED DURING

8   PHASE TWO AND NOT PHASE ONE, AND THEN THE PSC CAN

9   REPLY WITH THEIR ARGUMENT.............................

10   DISCUSS YOUR CONCEPT OF STATE OF MIND AND THE STANDARD   47

11   OF CARE THAT YOU THINK IS APPLICABLE TO PHASE ONE AND

12   TO PHASE TWO..........................................

13   IN ORDER TO FACILITATE THE READY RECOGNITION OF          50

14   ADDITIONS AND DELETIONS FROM THE FINAL EXHIBIT LIST,

15   THIS IS WHAT KERRY HAS PROPOSED.......................

16   WE'LL GO AHEAD AND GET AN ORDER OUT COVERING THIS......   50

17   MOTIONS IN LIMINE.....................................   55

18   E-MAIL STRING IN LIMINE...............................   56

19   LIMINE ITEM NUMBER 12.................................   56

20   CLAWBACK MOTION IN LIMINE.............................   56

21   REBUTTAL REPORT THAT RAISES NEW ISSUES................   56

22   PHASE ONE.............................................   57

23   MR. SEARS IS GONE.....................................   57

24   MR. CROOK, SCHEDULE HIS DEPOSITION, AND WE NEED TO SET   57

25   A DATE FOR HIS REBUTTAL REPORTS.......................

1   HALLIBURTON'S REQUEST FOR A REBUTTAL EXPERT TO          58

2   MR. CROOK.............................................

3   LARRY LOCKARD........................................   60

4   CAMERON, FRANKLY, WANTS TO FILE AN AMENDED EXPERT      63

5   REPORT TO REMOVE CERTAIN OPINIONS IT NO LONGER INTENDS

6   TO PURSUE AT TRIAL....................................

7   PSC..................................................   64

8   WE WILL NOW PUT THEIR EXPERT REPORTS ON OUR            64

9   IMPEACHMENT REBUTTAL LIST BECAUSE WE VERY MUCH INTEND

10   TO CROSS-EXAMINE THEIR EXPERTS THEY ARE GOING TO CALL

11   ON THE OPINIONS THEY ORIGINALLY ESPOUSED, WHETHER THEY

12   AMEND THEM OUT OR NOT.................................

13   *DAUBERT* CHALLENGE THAT WOULD OTHERWISE BE DUE FOR     65

14   MR. CROOK............................................

15   HALLIBURTON HAS AN EXPERT, MR. DON WEINTRITT..........   65

16   WITH M-I'S AGREEMENT, WE'RE GOING TO PULL             65

17   MR. WEINTRITT DOWN, AS WELL AS HIS REPORT, AND IT WILL

18   NOT BE A PART OF THE TRIAL...........................

19   THE ISSUE IS, IN MY MIND, WHETHER ANOTHER PARTY CAN     67

20   PICK UP THAT EXPERT AND USE PORTIONS OF HIS DEPOSITION

21   IN THEIR CASE IN CHIEF...............................

22   NEXT WEDNESDAY.......................................   68

23   ANYBODY ELSE WHO BELIEVES THAT A PARTY SHOULD BE        68

24   PROHIBITED FROM PICKING UP THE EXPERT WITNESS AND

25   PRESENTING IT IN THEIR CASE IN CHIEF, SAME DATE........

1   DURING THE PRESENTATION OF PHASE ONE, A PARTY, ANY          72

2   PARTY, DECIDES THAT THEY DON'T NEED AN EXPERT..........

3   WHAT IS THE STATUS OF THE PRODUCTION OF THE BP/CAMERON      74

4   SETTLEMENT AGREEMENT...................................

5   PHIL IS GOING TO FILE A LETTER BRIEF BY WEDNESDAY ON        79

6   THAT ISSUE.  ANYBODY ELSE WHO IS ON PHIL'S SIDE MAY

7   FILE THEIR BRIEF......................................

8   THE OPPOSITION BRIEF THE FOLLOWING MONDAY..............     79

9   FIFTH AMENDMENT WITNESSES ARE BEING PUT AT THE TAIL         86

10  END OF WHAT INDATA HAS BEEN INSTRUCTED TO SUBMIT TO

11  JUDGE BARBIER........................................

12  IF THERE ARE OTHER WITNESSES THAT MEET THAT                 86

13  DESCRIPTION, STEVE, I WOULD LIKE TO KNOW IT, SO WE CAN

14  TELL INDATA TO PUT THEM AT THE TAIL END OR HOLD THEM

15  UNTIL INSTRUCTED.....................................

16  ELLIS ARMSTRONG......................................       86

17  GET TO YOU THIS WEEK ON THAT.........................       87

18  DESIGNATED HIM AS A 30(B)(6), SO WE CAN COMPEL HIM          87

19  BASED ON THAT........................................

20  PUT YOUR LETTER BRIEF IN FOR THE RECORD BY MONDAY......     87

21  PHASE ONE STIPULATIONS................................      88

22  TUESDAY CLOSE OF BUSINESS, DECLARE YOURSELVES..........     89

23  DEADLINE FOR ANY COMMENTS BY DEFENDANTS IS CLOSE OF         91

24  BUSINESS TUESDAY.....................................

25  CIRCULATE ONE MORE TIME AMONGST DEFENDANTS.............     91

1  GET IT BACK TO MR. DUFFY BY CLOSE OF BUSINESS THE          91

2  FOLLOWING MONDAY.......................................

3  B3 STIPULATIONS.......................................    97

4  REVISED ORDER ON THE LIMITED B3 DISCOVERY.............    97

5  DO EXPECT TO STICK TO THOSE DATES.....................    97

6  STIPULATION WITH THE CLEANUP RESPONDERS AND THE U. S.,    97

7  I THINK IT WAS THE 31ST DAY, WE'RE STILL PLANNING ON

8  MEETING THAT..........................................

9  DISCOVERY THAT WAS SERVED, WHAT WAS SERVED WAS SERVED     98

10 ON ALL B3 PLAINTIFFS..................................

11 WHETHER NON-PSC PLAINTIFFS' ATTORNEYS NEEDED TO          98

12 RESPOND...............................................

13 BP-HALLIBURTON MOTIONS................................    99

14 NEXT MONDAY, BP IS GOING TO RESPOND TO THE SPOLIATION    99

15 ISSUE.................................................

16 BP HAS UNTIL THE 13TH TO RESPOND ON THE CLARIFICATION    99

17 ISSUE ................................................

18 "LOOK BACK" ISSUE.....................................   101

19 BP WANTS TO LIMIT THE LOOK BACK TO 1/1/2008...........   101

20 TRIAL PLANNING ISSUES THAT I WANT TO COVER OFF THE       102

21 RECORD................................................

22

23

24

25

**P-R-O-C-E-E-D-I-N-G-S**

FRIDAY, JANUARY 6, 2012

M O R N I N G   S E S S I O N

(COURT CALLED TO ORDER)


THE COURT:  How is everybody doing?

How was your vacation?

MR. GODWIN:  Fine.  Very nice.

THE COURT:  Don Godwin went skiing.

Don, do you want to give us a report?

MR. GODWIN:  Terrible snow, Your Honor.  I came home early.

THE COURT:  I heard a report on NPR that things are rough.

I also don't have a copy of the agenda.

THE COURT REPORTER:  There is one right here.

THE COURT:  Could I have it?  Thanks so much.

In today's paper, there is an article about the Swizzle Stick bar.  Their head mixologist has come up with a purple and gold drink called the Les is More drink.

They are having a guest or visiting mixologist from Alabama, who will be serving her Houndstooth cocktail.  So if anybody is interested this afternoon, you can get the Les is More or the Houndstooth.

09:40AM 1               Count down clock, guys.  I think we're at 51 days

09:40AM 2  and counting.  Is that correct, Andy?

09:40AM 3       MR. LANGAN:  I believe so, Your Honor.

09:40AM 4       THE COURT:  I knew you would know.

09:40AM 5           Let's get rolling.  I hope it's a short agenda for

09:40AM 6  the day.

09:40AM 7           By the way, Don, would you take your tie off.

09:40AM 8       MR. GODWIN:  Well, Judge, I had it off, and

09:40AM 9  Judge Barbier came in, so I put it back on.

09:40AM 10       THE COURT:  Well, take it off.

09:40AM 11          Andrew, take your tie off.

09:40AM 12       MR. LANGAN:  Your Honor, I've been thinking about this,

09:41AM 13  and may I have a comment or two to make?

09:41AM 14       THE COURT:  Sure, sure.

09:41AM 15       MR. LANGAN:  I read about them in law school and in

09:41AM 16  civics class, but, until today, I have never engaged in an act of

09:41AM 17  civil disobedience.  This is my act of civil disobedience.

09:41AM 18       THE COURT:  Really?  Wow.

09:41AM 19       MR. HAYCRAFT:  I don't know him.

09:41AM 20       THE COURT:  Okay, Andy.  Well, I'm going to accept that,

09:41AM 21  I guess, as a compliment; so, thank you, but not necessary.

09:41AM 22          Seriously, from now on, guys, you know, y'all

09:41AM 23  please feel free to dress down.  I know how busy you are.

09:41AM 24       MR. TSEKERIDES:  Would you take a picture and circulate

09:41AM 25  it?

09:41AM 1          THE COURT:  Who was that on the phone?

09:41AM 2          MR. TSEKERIDES:  That was Ted.

09:41AM 3          THE COURT:  Ted, I didn't hear the question.

09:41AM 4          MR. TSEKERIDES:  Did Andy take his tie off?

09:42AM 5          THE COURT:  No, Andy did not take his tie off.  Don took

09:42AM 6     his tie off.  Andy is not taking his tie off.

09:42AM 7          MR. WITTMANN:  In support of our new found friendship I

09:42AM 8     hope he gets off easy.

09:42AM 9          MR. GODWIN:  Judge, focus on Underhill next.

09:42AM 10         MR. UNDERHILL:  Well, I'm used to civil disobedience and

09:42AM 11    proud of it.

09:42AM 12         THE COURT:  Underhill is so contrary that, you know, you

09:42AM 13    don't even try with him.

09:42AM 14         MS. KUCHLER:  I think you ought to get the marshals to

09:42AM 15    haul off the tie-wearers for contempt.  Seriously, Judge, let

09:42AM 16    them spend the weekend in the slammer.

09:42AM 17         THE COURT:  Wouldn't that be fun?  Trial prep in the

09:42AM 18    marshals' office, right?

09:42AM 19         MR. YORK:  You'll put your tie back on for that one.

09:42AM 20         THE COURT:  BOP and Capping Stack, we've got the visit

09:42AM 21    with Captain Englebert scheduled for January 19th.  The U. S.

09:43AM 22    will be taking their trial exhibit photos of the drill pipe

09:43AM 23    segments.  Anybody who wants to go, please coordinate with

09:43AM 24    Captain Englebert.

09:43AM 25                   She's got capacity issues as to how many people can

09:43AM 1  attend, but there shouldn't be too many of you.  So go ahead and

09:43AM 2  take care of that.  You all know the drill as far as what you

09:43AM 3  need to provide to get in.

09:43AM 4         On her bills, we still have outstanding payments

09:43AM 5  for her October bill.  U. S., Halliburton, PSC and Cameron are

09:43AM 6  being called out on that.

09:43AM 7         No party has paid its allocation for the November

09:43AM 8  bill; so, if you all will please take a look at that and process.

09:43AM 9         I can't believe I'm in the bill collection business

09:43AM 10 or whatever.

09:43AM 11        Then, the allocation for the December bill, thank

09:43AM 12 you for sending it in.  It looks fine to me.  If we don't get

09:44AM 13 objections to that allocation -- it came out yesterday -- or it

09:44AM 14 came out this morning -- which was it?

09:44AM 15        MR. GASAWAY:  Good morning, Rob Gasaway for BP.

09:44AM 16        It did come out yesterday.  It should have gone to

09:44AM 17 all the parties.  It's limited this month just to us and the DOJ

09:44AM 18 and the PSC.  Scott has hand-delivered copies, so I think we're

09:44AM 19 in good shape.

09:44AM 20        THE COURT:  Yes, it looked find to me; but, if you all

09:44AM 21 look at it, PSC and DOJ, and have problems, let us know.

09:44AM 22 Otherwise, that will be the allocation, and would you all put

09:44AM 23 those in line for payment, as well.

09:44AM 24        Don.

09:44AM 25        MR. GODWIN:  I'm sorry.  Rob, did you have anything

09:44AM  1    else?  Were you finished?

09:44AM  2              MR. GASAWAY:  I am.

09:44AM  3                   Thank you, Your Honor.

09:44AM  4              MR. GODWIN:  Don Godwin for Halliburton.

09:44AM  5              Your Honor, I will apologize for Halliburton

09:44AM  6    showing up on that past due list.  I thought we were current.

09:44AM  7    I'll make sure we're paid up today.

09:44AM  8              THE COURT:  Thank you, Don.

09:44AM  9              MR. GODWIN:  You're welcome, Your Honor.

09:44AM 10              THE COURT:  Let's see.  Next up is U. S. discovery.

09:45AM 11              Sarah, how are you today?

09:45AM 12              MS. HIMMELHOCH:  I'm good.  How are you, Your Honor?

09:45AM 13              THE COURT:  I'm fine, thank you.

09:45AM 14                   Come on up, Rob.

09:45AM 15                   We were going to talk about the status of

09:45AM 16    U.S. Coast Guard and Lieutenant Commander Houck.  Isn't that

09:45AM 17    something we wanted to talk about?

09:45AM 18              MR. GASAWAY:  Yes.

09:45AM 19              THE COURT:  Sarah, do you want to give us an update on

09:45AM 20    that?

09:45AM 21              MS. HIMMELHOCH:  Yes.  We have completed the collection

09:45AM 22    of Lieutenant Commander Houck.  It's not Lieutenant

09:45AM 23    Commander Houck himself, but related to the 30(b)(6) deposition.

09:45AM 24    We've actually produced Houck's own e-mails and his other

09:45AM 25    30(b)(6) documents.  We believe we've completed that.

09:45AM 1    We had a hard drive in our hot little hands from
09:45AM 2 the Coast Guard, and it turned out to be corrupted.  We're
09:45AM 3 picking up a fixed drive as we speak.  Assuming there are no
09:46AM 4 other computer gremlins, we expect to get those documents out
09:46AM 5 early next week at the latest.
09:46AM 6    I will notify BP as soon as -- I'll notify all the
09:46AM 7 parties as soon as we have a firm date on when we'll get those
09:46AM 8 out the door.  Then we will make an appropriate designee,
09:46AM 9 presumably Lieutenant Commander Houck again, available as soon as
09:46AM 10 practical, recognizing, as you said, we've got 51 days left, so
09:46AM 11 it's got to be quickly.
09:46AM 12    THE COURT:  Great.  Thank you, Sarah.
09:46AM 13    Rob, anything to add?
09:46AM 14    MR. GASAWAY:  You know, I will just sort of review the
09:46AM 15 bidding here, and then, you know, Sarah and I can talk next week;
09:46AM 16 but, just, to put into context, the e-mail traffic and the flurry
09:46AM 17 that you saw, Sarah, and let me know if there is anything that
09:46AM 18 I've forgotten here.
09:47AM 19    We did ask for the extension on the privilege log
09:47AM 20 deadline, and Sarah was gracious enough to grant that.  We should
09:47AM 21 talk about that.
09:47AM 22    We did see the order about the Zantaz server, and
09:47AM 23 Sarah is going back to her people internally technically to get a
09:47AM 24 handle on things, and then we'll be talking about that next week.
09:47AM 25    We also -- I just want to mention, because we've

09:47AM 1  put it out there and don't have a meeting on the issue yet, the

09:47AM 2  scope of the 30(b)(6) depositions for the United States.

09:47AM 3          As you remember, there was some correspondence with

09:47AM 4  the Court, and you sent us back to meet and confer on that.  We

09:47AM 5  certainly want to do that next week.

09:47AM 6          Then, just kind of in general, the overall deadline

09:47AM 7  situation and what to do there.  I think that's also a topic for

09:47AM 8  meet and confer.

09:47AM 9          Obviously, again, that's just what's on our agenda,

09:47AM 10 and Sarah has got to go back internally and get some specificity

09:47AM 11 on the Zantaz and some other technical issues; but, what we were

09:48AM 12 hoping, Sarah, is that maybe next week we can talk not only about

09:48AM 13 the Zantaz issues, but that other list of issues, plus anything

09:48AM 14 else that you think we could profitably add to it.

09:48AM 15     MS. HIMMELHOCH:  Sure.  As I indicated to you in my

09:48AM 16 e-mail, we actually have met with Zantaz -- with the people who

09:48AM 17 own our data.  I expect to get out to you as soon as this call is

09:48AM 18 over a proposal for what to do about the Zantaz order.  So we're

09:48AM 19 happy to talk to you about that after you've had a chance to look

09:48AM 20 at it.

09:48AM 21         With respect to the deadlines, I will note that we

09:48AM 22 have, as far as I can tell, completed the production of the

09:48AM 23 nonprivileged documents for every agency except for the

09:48AM 24 Coast Guard, which has the deadline of January 31st in the

09:48AM 25 currently existing order.

09:48AM 1        We completed the privileged logs for DOE, EPA, and
09:49AM 2   the Navy.
09:49AM 3        So who we have left, who we owe you privilege logs
09:49AM 4   for are the Executive Office of the President documents, any of
09:49AM 5   the documents pulled from the collection for EOP review,
09:49AM 6   Interior, Coast Guard and Army Corps of Engineers.
09:49AM 7        So the light is there, Your Honor, and I don't
09:49AM 8   think it's a train coming at us.  We're getting to the end of the
09:49AM 9   tunnel on the U. S. production; but, we do have some deadlines to
09:49AM 10  talk about with Rob, and I'm happy to do that next week.
09:49AM 11       THE COURT:  Good.  I like the analogy.
09:49AM 12       MS. HIMMELHOCH:  My colleague, Nat Chakeres, is
09:49AM 13  coordinating that, and he just got a response back from BP this
09:49AM 14  week about his offer to meet and confer.  So we'll absolutely try
09:49AM 15  to schedule that sometime next week, Mr. Chakeres' schedule
09:49AM 16  permitting.
09:49AM 17       MR. CHAKERES:  Just an update on that, we have
09:49AM 18  corresponded with James Lico, I believe, on that, and both sides
09:50AM 19  have said early next week, Monday or Tuesday, and they've
09:50AM 20  exchanged schedules.  I think we will have a time that a meet and
09:50AM 21  confer will occur next week.
09:50AM 22       MS. HIMMELHOCH:  Then, the only other issue from the
09:50AM 23  U. S. that, I think, is on the agenda is that we've asked for yet
09:50AM 24  another extension on the responses to the Phase Two
09:50AM 25  interrogatories and RFA's because we still haven't brought home

09:50AM 1    the issue of what stipulations everybody has agreed to and,

09:50AM 2    therefore, what discovery requests we still have to respond to.

09:50AM 3              Since one of the reasons we put such great effort

09:50AM 4    into those stipulations was to reduce the burden of discovery, it

09:50AM 5    simply makes sense to us to extend that deadline to the end of

09:50AM 6    the month to give us time to finish the stipulations and know

09:50AM 7    what we actually have to provide formal discovery responses on.

09:50AM 8              THE COURT:  I think that makes sense.

09:50AM 9              Rob, any problem with that?

09:50AM 10             MR. GASAWAY:  No, I think that makes sense.

09:51AM 11             I would just remind everybody in the room that as

09:51AM 12   to the Phase Two stipulations, the deadline, I believe, was

09:51AM 13   January 9th, which is Monday, for other parties to get in any

09:51AM 14   comments that they had on what BP and the United States had

09:51AM 15   worked so hard on.

09:51AM 16             So we're hoping that we can move forward with

09:51AM 17   those.  To the extent that people don't comment, that's fine, but

09:51AM 18   this is, to use Sarah's train analogy, a train that's pulling out

09:51AM 19   of the station.  So anybody who has a problem with that should

09:51AM 20   make sure they get the comments on the Phase Two stipulations by

09:51AM 21   Monday.

09:51AM 22             THE COURT:  Right, because we do want to roll into

09:51AM 23   Phase Two, not to use the analogy, with those stipulations in

09:51AM 24   place and start discovery right this time, rather than backward.

09:51AM 25   That would be really good, guys.

09:51AM  1            So if you haven't looked at those, please take a

09:51AM  2     look.  We are not asking for comments.  If you don't have any

09:52AM  3     comments, don't provide any comments, please; but, if you have

09:52AM  4     real comments, please get them in so that we can finalize the

09:52AM  5     stipulation.  That would be helpful.

09:52AM  6            Thanks, Rob.

09:52AM  7            Would you do me a favor and put the volume up on

09:52AM  8     the phone for me.

09:52AM  9            MR. GASAWAY:  Yes, will do, Your Honor.  Thank you.

09:52AM 10            THE COURT:  That would be great.  That's usually Corey's

09:52AM 11     job --

09:52AM 12            MR. MAZE:  I actually turned it down because it was

09:52AM 13     really loud when we were first here.

09:52AM 14            THE COURT:  It was, but now it's a little soft.

09:52AM 15            Sarah, would you say something so we can hear you?

09:52AM 16            MS. HIMMELHOCH:  Sure.  Can you hear me now?

09:52AM 17            THE COURT:  Perfect.  Thank you.

09:52AM 18            Mr. Barr.

09:52AM 19            MR. BARR:  Thanks, Your Honor.  Brian Barr for the PSC.

09:52AM 20            I just wanted to comment on the Phase Two

09:52AM 21     stipulations real quick.  We're still in the process of looking

09:52AM 22     at those.  We know -- I mean, a lot of them are real basic facts

09:52AM 23     that are real simple to agree to; but, we know that there are

09:52AM 24     going to be a handful, 10, 15, 20, that absolutely we just will

09:52AM 25     not be able to agree to.

09:52AM 1      THE COURT:  Is it because of the comment that Steve made

09:53AM 2  that they are conclusory?

09:53AM 3      MR. BARR:  They are conclusory.  We think that they lack

09:53AM 4  some context for the actual statement.

09:53AM 5          What we're somewhat concerned about is if we agree

09:53AM 6  to something, and then parties come later and say, well, you

09:53AM 7  agreed to that, we don't have to conduct discovery and put

09:53AM 8  context around it, we don't think that's appropriate; but, we

09:53AM 9  don't necessarily agree with the statement.  There are some we

09:53AM 10  just flat disagree with what the statement is.

09:53AM 11          We, like the Court and everybody else, would like

09:53AM 12  to have a consensus document to take some issues off the table;

09:53AM 13  and, if we don't have wide range of agreement from everybody, it

09:53AM 14  kind of defeats the purpose, in my view.

09:53AM 15      THE COURT:  It does.  You mentioned 10 to 15, which is a

09:53AM 16  bigger number than I would like to hear.  Have you let BP and the

09:53AM 17  United States and, obviously, all other parties know which

09:53AM 18  15 that is?

09:53AM 19      MR. BARR:  We have not done that yet, but we'll make

09:54AM 20  sure that that is done by Monday, so they know which ones they

09:54AM 21  are.

09:54AM 22      THE COURT:  Let them know which of those it is.

09:54AM 23  Hopefully, it's closer to 10 than 15.  Let them know which you

09:54AM 24  think are objectionable on that basis, and perhaps you could

09:54AM 25  propose something that would make it less conclusory, or you

09:54AM  1    could say, we can agree with this, subject to some groundwork

09:54AM  2    discovery that you would like to propose.

09:54AM  3            MR. BARR:  We can do that.  We'll put a response

09:54AM  4    together.

09:54AM  5            THE COURT:  That would be helpful so we could at least

09:54AM  6    identify that.  Then, otherwise, you're in good shape, right?

09:54AM  7            MR. BARR:  We hope.

09:54AM  8            THE COURT:  Thanks for the report on that.

09:54AM  9            The document production from Louisiana, we had a

09:54AM 10    conference call this week.  It's really coming along well.

09:54AM 11            We have decided not to get an update from them for

09:55AM 12    another couple of weeks, to allow BP to review their privilege

09:55AM 13    log and raise any issues in a couple of weeks that they might

09:55AM 14    have; but, things are going along well there.

09:55AM 15            Let's see.  Next up is Phase One deposition

09:55AM 16    designations and summaries.

09:55AM 17            Let's start with designations.  Is there any issue

09:55AM 18    that we need to discuss on designations?

09:55AM 19            MR. KAVANAUGH:  Your Honor, Brian Kavanaugh for BP.

09:55AM 20            Just a real quick issue.  We would like to add

09:55AM 21    Richard Coronado, who is a Cameron employee, to the designation

09:55AM 22    list, preferably just dropping him into Group 14.  He was someone

09:55AM 23    who was deposed after defendants submitted their list of

09:56AM 24    additional designations.

09:56AM 25            So, with that one addition -- and I can happily

09:56AM 1   report it won't add to the net number, since we determined that

09:56AM 2   one of the individuals on our list had been previously covered in

09:56AM 3   the PSC's designation -- so we dropped one, and we would like to

09:56AM 4   add this one.

09:56AM 5         THE COURT:  Richard Coronado.  We all remember

09:56AM 6   Mr. Coronado.

09:56AM 7         Tony, you had something to say about this?

09:56AM 8         MR. FITCH:  Tony Fitch, Anadarko.

09:56AM 9         Judge, a question about -- which may be properly

09:56AM 10  directed to you or maybe to Jordan Ray, or maybe to Jordan Ray by

09:56AM 11  you rather than me -- a couple of us are not certain that when

09:56AM 12  errata are submitted and deposition testimony has been changed or

09:56AM 13  modified, that the corrected testimony is assured of getting into

09:57AM 14  the packages to be eventually sent to Judge Barbier.

09:57AM 15        Maybe that problem -- maybe the problem doesn't

09:57AM 16  exist; but, at least a couple of us aren't aware that that has

09:57AM 17  been previously addressed.  It seems like contacting Jordan and

09:57AM 18  asking -- I don't think there will probably be more than four or

09:57AM 19  five instances.

09:57AM 20        THE COURT:  Are there some examples of witnesses?

09:57AM 21        MR. FITCH:  Well, our guy, Quitcau, one of our 30(b)(6)

09:57AM 22  witnesses.

09:57AM 23        THE COURT:  Spell the last name.

09:57AM 24        MR. FITCH:  Q-U-I-T-C-A-U.

09:57AM 25        He was a 30(b)(6) rep for four or five topics.  Our

09:57AM 1  people submitted errata for a piece of testimony, and it's of

09:57AM 2  some marginal significance, at least.

09:57AM 3         It's not clear to us that that's what's been --

09:57AM 4  that the corrected testimony is what's being included, either

09:57AM 5  directly or through a link, into the eventual packages.

09:57AM 6         THE COURT:  Well, we'll --

09:57AM 7         MR. FITCH:  I don't think it will probably be more than

09:58AM 8  four or five of these in the whole 200 depositions, but there are

09:58AM 9  a few.  Will you contact -- is that the best way --

09:58AM 10         THE COURT:  Yes.  We'll take care of that.

09:58AM 11         Have we had any witnesses so far, to your

09:58AM 12  knowledge, that have significant errata sheets?

09:58AM 13         MR. FITCH:  Well, I'm not the best person to answer that

09:58AM 14  question, frankly.  My impression is no.

09:58AM 15         THE COURT:  Well, we'll figure that out.

09:58AM 16         Andy, you're coming up?

09:58AM 17         MR. LANGAN:  Yes, Your Honor.

09:58AM 18         On the deposition designation stuff, we have had an

09:58AM 19  exchange of e-mails that you were copied on about the two-page

09:58AM 20  summaries.

09:58AM 21         THE COURT:  That's up next.  I kind of segregated

09:58AM 22  designations from two-page summaries.

09:58AM 23         MR. LANGAN:  I'm happy to sit down.

09:58AM 24         THE COURT:  No, stand up.

09:58AM 25         Nobody else has anything on designations besides

09:58AM  1    the question on the errata sheets?

09:58AM  2              Okay, two-page summaries.

09:58AM  3              I looked at the two-page summary for Mr. Richard

09:59AM  4    Lynch.  It seems clear to me that Mr. Lynch, who the PSC

09:59AM  5    describes as leader of BP's source control efforts, is a

09:59AM  6    Phase Two witness.

09:59AM  7              Now, if you all want to submit two-page summaries

09:59AM  8    for a Phase Two witness during Phase One, I think you're going to

09:59AM  9    aggravate Judge Barbier.  That's my personal opinion, and I know

09:59AM 10    Judge Barbier pretty well.

09:59AM 11              So, you know, if you want to do it, I'm not going

09:59AM 12    to tell you not to, it's your two pages to use; but, he's not

09:59AM 13    going to like it, because he's going to have to read the same

09:59AM 14    two-page summary again come Phase Two, and he's going to be what

09:59AM 15    I call aggravated, okay?

10:00AM 16              So, buyer beware.  I'm not going to tell them,

10:00AM 17    Andy, what to do with their two pages, but it seems like a waste

10:00AM 18    of time to me.  If they want to aggravate Judge Barbier, they do

10:00AM 19    so at their own risk.

10:00AM 20              MR. LANGAN:  Fair enough.

10:00AM 21              THE COURT:  Is that fair enough?

10:00AM 22              MR. LANGAN:  Well, we'd prefer them to be instructed,

10:00AM 23    but we understand, Your Honor.

10:00AM 24              MR. YORK:  Judge --

10:00AM 25              THE COURT:  Alan.

10:00AM 1          MR. YORK:  -- Andy knows I can't keep my mouth shut.

10:00AM 2                Alan York for Halliburton.

10:00AM 3          Along those same lines, I just wanted to raise

10:00AM 4  another yellow flag again.  In reviewing the transcripts, we do

10:00AM 5  continue to see that there are situations where blocks of

10:00AM 6  transcript are being designated that include still objections,

10:00AM 7  counsel colloquy.

10:00AM 8          So, as we're getting towards the end of the

10:00AM 9  process, I know everyone is getting tired, but I just kind of

10:01AM 10 want to reiterate, it does make it easier to do the

10:01AM 11 counter-designations and presenting party designations if they

10:01AM 12 are a little more surgical.

10:01AM 13         THE COURT:  Is there anybody you want to point the

10:01AM 14 finger at?

10:01AM 15         MR. YORK:  No, ma'am.

10:01AM 16         THE COURT:  I didn't think so.

10:01AM 17         Well, let's handle it this way.  Does it start with

10:01AM 18 a P?

10:01AM 19         MR. YORK:  I will do this, I will volunteer to

10:01AM 20 individually approach that party that I've seen.

10:01AM 21         THE COURT:  Would you?

10:01AM 22         MR. YORK:  Yes.

10:01AM 23         THE COURT:  Just say, look, here is the deal, you're

10:01AM 24 driving us crazy, we don't have time.

10:01AM 25              Everybody please pay attention to that because

10:01AM 1    Judge Barbier doesn't want to read that kind of stuff, and the

10:01AM 2    other parties don't want to have to cross-designate that kind of

10:01AM 3    stuff.

10:01AM 4              Moving right along.  Phase One exhibits.

10:01AM 5              We had talked about books and publicly available

10:02AM 6    information, and you guys were going to confer on that and let us

10:02AM 7    know what you thought we might be able to do about that.

10:02AM 8         MR. LANGAN:  Your Honor, Mr. Nomellini may be on.  I

10:02AM 9    believe some progress has been made on that.

10:02AM 10             Mark?

10:02AM 11        MR. NOMELLINI:  Yes.  Good morning, Your Honor, it's

10:02AM 12   Mark Nomellini.

10:02AM 13             I think that, A, on publicly available information,

10:02AM 14   I think the parties -- other than books, I think the parties were

10:02AM 15   supposed to provide publicly available information with the last

10:02AM 16   installment.

10:02AM 17             With books, I agree with Mr. Herman that ultimately

10:02AM 18   the parties are going to -- if they want the books to be used at

10:02AM 19   trial, they are ultimately going to have to provide the contents

10:02AM 20   of the books to the trial techs who will be putting them up on

10:02AM 21   the screen.

10:02AM 22             I think this discussion sort of transitions us to

10:02AM 23   another issue, Your Honor, if I may, briefly, which is devising a

10:03AM 24   process or coming up with a proposal to get documents from the

10:03AM 25   trial exhibit lists to the trial techs who will be putting

10:03AM 1    information up on the screen at trial.

10:03AM 2         It's my understanding that there will be two --

10:03AM 3    there will be two, I guess, sets of trial techs.  One is sort of

10:03AM 4    the central trial tech, which is Indata, and then there will be a

10:03AM 5    possibility for parties to have their own.

10:03AM 6         What we would like to do, Your Honor, if you think

10:03AM 7    it's a good idea, is to confer with the PSC and Halliburton, as

10:03AM 8    we've done in the past, and anybody else who would like to

10:03AM 9    participate, to devise a procedure for getting the actual trial

10:03AM 10   exhibit documents that the parties ultimately designate,

10:03AM 11   including the publicly available information and any books,

10:04AM 12   etcetera, to the trial techs, so that that information can

10:04AM 13   ultimately be made available in the courtroom.

10:04AM 14        We would be willing to talk to Steve Herman, or

10:04AM 15   whoever he designates, and anyone else who wants to talk about

10:04AM 16   that next week.

10:04AM 17        THE COURT:  Does that imply you don't want to speak to

10:04AM 18   Mr. Roy about it?

10:04AM 19        MR. NOMELLINI:  I'll always be here to talk to Mr. Roy

10:04AM 20   about it, as well; but, in the past, Mr. Herman or his designee

10:04AM 21   have been the point person on this.

10:04AM 22        THE COURT:  I like the idea because we do have to plan

10:04AM 23   to get this up on the screen in the courtroom.  So I think that's

10:04AM 24   a very good suggestion and would encourage you all to talk about

10:04AM 25   that, so that we get it all into the hands of the trial tech, and

10:04AM  1   off to the races we can go.

10:05AM  2             So we'll re-cover that again next week, right,

10:05AM  3   Mark?

10:05AM  4        MR. NOMELLINI:  That sounds good, Your Honor.

10:05AM  5        THE COURT:  We'll just continue the discussion.

10:05AM  6             Anything else on that, guys?

10:05AM  7        MR. HERMAN:  No, Your Honor.  We'll be happy to get

10:05AM  8   together with them.

10:05AM  9        THE COURT:  The only issue that I know about on

10:05AM 10   authenticity that remains is the nine counsel-created exhibits.

10:05AM 11   Is there anything else authenticity-wise that we have identified

10:05AM 12   and we need to be discussing besides that?

10:05AM 13        MR. BREIT:  I don't believe so, Your Honor.

10:05AM 14        MR. LANGAN:  Mine's down to seven, I think.

10:05AM 15        MR. BREIT:  I think it's down to seven.

10:05AM 16        THE COURT:  Down to seven.

10:05AM 17        MR. BREIT:  We advised counsel and the Court, in an

10:05AM 18   e-mail yesterday late, of the seven that we wish to introduce as

10:05AM 19   exhibits, as well as demonstrative exhibits.

10:05AM 20        THE COURT:  I must have missed that.

10:05AM 21        MR. BREIT:  We withdrew two.  I gave them the TREX

10:06AM 22   numbers.  They don't like the seven that we chose, but I do,

10:06AM 23   so --

10:06AM 24        THE COURT:  I must have missed that.  Would you mind

10:06AM 25   resending today?  We'll take a look at it.

10:06AM  1          Andy, you all object to the revised list of seven?

10:06AM  2          MR. LANGAN:  Yes, Your Honor.  Maybe a short letter

10:06AM  3  brief would be appropriate.

10:06AM  4          THE COURT:  Yes, sure.

10:06AM  5          MR. LANGAN:  Mr. Nomellini can deal with this.  But I

10:06AM  6  don't understand how a document that the trial lawyer creates

10:06AM  7  goes into evidence.  I don't get that, so.

10:06AM  8          THE COURT:  You resend, if you don't mind, Jeff, so I

10:06AM  9  can see what that is.

10:06AM 10          MR. BREIT:  Judge, I use exhibits all the time that I

10:06AM 11  make during the courtroom and hand them up and get a witness to

10:06AM 12  verify them.  The question is whether or not you want Andy to --

10:06AM 13          Jeffrey Breit for the PSC.

10:06AM 14          THE COURT:  What state do you do this in?

10:07AM 15          MR. BREIT:  Eastern District of Virginia, Federal Court,

10:07AM 16  Your Honor, and in Alabama.

10:07AM 17          MR. FITCH:  A world of its own, by the way.

10:07AM 18          MR. BREIT:  Your Honor, the seven exhibits, we have

10:07AM 19  testimony that supported them during the depositions.  Do we want

10:07AM 20  Andy to file a brief opposing and then us respond?

10:07AM 21          THE COURT:  Yes, that will be good.

10:07AM 22          MR. BREIT:  I will be glad to submit the seven exhibits.

10:07AM 23  I don't even care if they go first or second.  We've already

10:07AM 24  given them our arguments, we've already met and conferred on it.

10:07AM 25  We've agreed that two should come and seven should stay.

10:07AM 1            I'll resend the letter.

10:07AM 2            THE COURT:  That's good.  Okay.

10:07AM 3            MR. NOMELLINI:  Your Honor, it's Mark Nomellini.

10:07AM 4            I think that the last round of objections, per the

10:07AM 5  Court's order, based on the last round of exhibits will be due on

10:07AM 6  January 20th.

10:07AM 7            THE COURT:  When, Mark, do you want to get your letter

10:08AM 8  in with regard to the seven attorney-created exhibits?

10:08AM 9            MR. NOMELLINI:  I think we could do that by next

10:08AM 10  Wednesday, Your Honor.

10:08AM 11            THE COURT:  Then, when do you want to, Jeff, come back

10:08AM 12  with yours?

10:08AM 13            MR. BREIT:  If they're going to do it next Wednesday, we

10:08AM 14  will do it on the following Monday, if that's okay with the

10:08AM 15  Court?

10:08AM 16            THE COURT:  Fine.  Fine, fine, fine.

10:08AM 17            MR. LANGAN:  Your Honor, I'm sorry to belabor a point

10:08AM 18  that you've already covered, but I, on the Richard Lynch two-page

10:08AM 19  summary thing, understood what Your Honor said about the PSC

10:08AM 20  proceeding at its own risk about the two-page summaries; but,

10:08AM 21  there might be a more fundamental issue, which is the need for

10:08AM 22  clarity on whether preparedness, spill preparedness, is a

10:08AM 23  Phase Two issue.  We clearly think it is.

10:08AM 24            THE COURT:  I clearly think it is, too.  Let's talk

10:09AM 25  about --

10:09AM   1      MR. LANGAN:  So that made clear would be good.  That

10:09AM   2  certainly has nothing to do with a blowout or a fire explosion.

10:09AM   3      THE COURT:  Let's explore that.  Phase One is what

10:09AM   4  caused the uncontrolled flow.  Phase Two is -- or at least part,

10:09AM   5  as I understand it, of the PSC's claim is why it took so long to

10:09AM   6  cap the well.

10:09AM   7      It seems to me that the claim of unpreparedness to

10:09AM   8  cap the well goes to your Phase Two claim, which is why weren't

10:09AM   9  you ready to cap it when you have an uncontrolled flow.  You

10:09AM  10  know, it took 90 days to drill the relief well; you should have

10:09AM  11  been prepared to do this in a matter of days, if not weeks.

10:09AM  12      MR. HERMAN:  Well, I think we've always taken the

10:09AM  13  position that there isn't a strict chronological April 22nd line

10:10AM  14  drawing, that there shouldn't be, and that there are going to be

10:10AM  15  things that happened before April 20th, 22nd, that are more

10:10AM  16  related to Phase Two than Phase One.

10:10AM  17      We'll do whatever is appropriate.  I guess my -- I

10:10AM  18  don't know if it rises to the level of frustration, but it's kind

10:10AM  19  of a moving target because the last time, I'm almost positive,

10:10AM  20  when we talked about this, I think the day that Mr. Lynch's

10:10AM  21  two-page summary was submitted, there was a lot more Phase Two

10:10AM  22  stuff, and we deleted all of it or were saving it for Phase Two.

10:10AM  23      The only part that we saved, which I thought was

10:10AM  24  consistent with what we discussed in court, and even I thought we

10:10AM  25  got some approval from -- actually, it was Anadarko that was

10:10AM 1   raising this issue, not BP at the time -- their lawyer was

10:10AM 2   praising us for sticking to what he considered to be Phase One

10:10AM 3   stuff.

10:10AM 4           Where I thought we drew the line was, even though

10:11AM 5   there is information that is more directly or more causally

10:11AM 6   related to the source control issue, if it happened before

10:11AM 7   April 20th, our position is that these things are not mutually

10:11AM 8   exclusive.  The fact that there might have been many things that

10:11AM 9   BP didn't do prior to April 20th, from a causal standpoint, might

10:11AM 10  be more directly related to source control; but, they still go to

10:11AM 11  the degree and, if you're going to have a fault allocation

10:11AM 12  between and among the defendants, their gross fault, their wanton

10:11AM 13  reckless indifference, etcetera.

10:11AM 14          The oil spill response plan that they submitted,

10:11AM 15  you know, may be more directly related to Phase Two; but, we also

10:11AM 16  think it goes to their state of mind, gross negligence, wanton,

10:11AM 17  willful misconduct, etcetera, related to the Phase One issues.

10:11AM 18          If the Court is trying to get a sense of, okay, who

10:11AM 19  was more at fault in why this rig blew up and caught on fire on

10:12AM 20  April 20th, we think, even if it's indirect or circumstantial

10:12AM 21  evidence, it's highly relevant, the fact that they completely

10:12AM 22  didn't prepare for a blowout prior to April 20th; we think it's

10:12AM 23  relevant to the allocation of fault and the level of fault for

10:12AM 24  the fire and explosion, even though, if, when you analyze it and

10:12AM 25  try to tease it out a little bit more, ultimately X failure might

10:12AM 1   be more directly related to source control.

10:12AM 2           But, I mean, there are certain issues that

10:12AM 3   involve -- you know, a lot of the things that involve the blowout

10:12AM 4   preventer, although we have been treating them as Phase One

10:12AM 5   issues, at the end of the day they may be a lot more relevant to

10:12AM 6   source control issues and why the rig blew up.

10:12AM 7           Some things are easy to tease out, and, to the

10:12AM 8   extent we can, you know, we've done our best to delete those

10:12AM 9   items and hold them in abeyance for Phase Two.  I think there

10:12AM 10  were entire witnesses that we pulled.

10:13AM 11          But my recollection is that Mr. Lynch's two-page

10:13AM 12  summary, at least a page or a page and a quarter is on Phase One

10:13AM 13  stuff.  The only thing that relates to both Phase One and

10:13AM 14  Phase Two is, I think -- I mean, I'm kind of talking off the top

10:13AM 15  of my head, but I think at the very end we have one heading for

10:13AM 16  their failure to prepare for the blowout prior to April 20th.

10:13AM 17          There is a whole -- I mean, this summary started

10:13AM 18  out four pages, and I cut out the two pages that were purely

10:13AM 19  Phase Two.

10:13AM 20          We can go back and look at them.  We understand the

10:13AM 21  Court's admonition.  Maybe we'll cut out a little bit more and

10:13AM 22  save a little bit more for Phase Two.  But I think -- I guess,

10:13AM 23  where my big point is -- because this is going to come up at

10:13AM 24  trial -- we don't want to be standing up at trial arguing and

10:13AM 25  whining and complaining about what is or isn't Phase Two.

10:13AM 1        There may be some things that are purely Phase Two,
10:13AM 2   but I guess what we reject is the notion that these are mutually
10:13AM 3   exclusive.  There can be events, there can be evidence, there can
10:13AM 4   be omissions, whenever they occurred -- I guess they'd almost
10:14AM 5   have to have occurred prior to April 20th -- that relate to both
10:14AM 6   Phase One and Phase Two.  They may be more directly relevant to
10:14AM 7   Phase Two, but they still relate to Phase One.

10:14AM 8        THE COURT:  Unfortunately, Mr. Roy is standing behind
10:14AM 9   you.

10:14AM 10       Come on up, Mr. Roy.

10:14AM 11       MR. ROY:  Well, Steve actually covered at the tail end,
10:14AM 12  I think, effectively what I was going to say.

10:14AM 13       I think Your Honor's solution is a fair solution.
10:14AM 14  We don't want to aggravate the judge any more than any other
10:14AM 15  competent lawyer wants to aggravate the judge.  But, by the same
10:14AM 16  token, what Andy is asking for is a black line litmus yes/no, and
10:14AM 17  we believe that's just inappropriate, especially since this case
10:14AM 18  does involve gross negligence, willful misconduct allegations,
10:14AM 19  and potentially punitive damages.

10:14AM 20       There are context issues that need to be raised
10:14AM 21  that will overlap between the two.  We're not going to abuse it.
10:15AM 22  You have our word.  But, by the same token, to the extent we
10:15AM 23  feel, as competent lawyers, we need to frame an issue with a
10:15AM 24  reference to the second part, we believe that if we believe
10:15AM 25  that's something we need to do, that we should be allowed to do

10:15AM 1   it.

10:15AM 2                   THE COURT:  All right.

10:15AM 3                   MR. UNDERHILL:  Can I try your patience very shortly?

10:15AM 4                   THE COURT:  Come on up.  How are you doing, Mike?

10:15AM 5                   MR. UNDERHILL:  Fine, Your Honor.

10:15AM 6                   Just to follow up on Jim, I would just like to give

10:15AM 7   this some context because I don't think the argument is over two

10:15AM 8   pages.  We got your message.  We probably are guessing it came

10:15AM 9   from the Judge, too, so we really get it.

10:15AM 10                  THE COURT:  No.  No.

10:15AM 11                  MR. UNDERHILL:  Well, anyway, we still get it.

10:15AM 12                  But this is really about what Jim and Steve were

10:15AM 13  arguing about.  We're really arguing evidence at trial.  That's

10:15AM 14  what Andy is trying to do, I think.

10:15AM 15                  THE COURT:  I understand.

10:15AM 16                  MR. UNDERHILL:  Here is the context.  Jim mentioned

10:15AM 17  gross negligence and willful misconduct.  My focus would probably

10:15AM 18  be more on the quantification than the source control issue, and

10:15AM 19  here is an example:  One way to establish gross negligence and/or

10:16AM 20  willful misconduct is to show the risk that a certain activity

10:16AM 21  involves if you get it wrong.

10:16AM 22                  It's one thing if you do something and you risk

10:16AM 23  spilling a tank full of gasoline on a highway.  It's another

10:16AM 24  thing if you risk a well that can spew 50,000 barrels a day or

10:16AM 25  100,000 barrels a day or 5,000 barrels a day.

10:16AM 1        We will not in Phase One -- certainly, the

10:16AM 2   government will not be arguing to try to say it was this number

10:16AM 3   of barrels per day.  Clearly, a Phase Two issue.  But we

10:16AM 4   strongly, strongly believe that it's fair to point out in the

10:16AM 5   record that this was a spill that lasted 87 days.  That's a fact

10:16AM 6   in the record everybody knows.

10:16AM 7        We're entitled to show that that's a risk that BP

10:16AM 8   should have considered on April 19th, and before that.  That BP

10:16AM 9   should have considered that this is a risk that could entail

10:16AM 10  80,000 barrels a day or 50 a day or 25 or a hundred a day.

10:16AM 11       So, in that context, we would prove up, in part,

10:17AM 12  our gross negligence and willful misconduct case.  To have it

10:17AM 13  cabined off now in an oral motion in limine without having a

10:17AM 14  chance to brief it, I don't think does justice to the parties, to

10:17AM 15  their claims and to the Phase One trial.

10:17AM 16       THE COURT:  This also relates to our earlier discussions

10:17AM 17  about whether there is going to be more than one allocation of

10:17AM 18  fault, whether there is going to be a Phase One allocation

10:17AM 19  followed by a Phase Two allocation.

10:17AM 20       So, Andy, I'm reluctant to give you a definitive

10:17AM 21  ruling on that.  It seems to me that that is something that

10:17AM 22  Judge Barbier is going to have to struggle with when you all

10:17AM 23  present the evidence at trial.

10:17AM 24       But we probably need to give it some further

10:17AM 25  thought, so that every time a witness takes the stand he doesn't

10:17AM  1  have the same argument over Phase One as Phase Two.

10:18AM  2          Do you all want me to raise this issue with him?

10:18AM  3          MR. LANGAN:  It might be worth briefing.

10:18AM  4          THE COURT:  It might be worth briefing.

10:18AM  5          MR. LANGAN:  It might.  You know our view.  I think, in

10:18AM  6  general, spill preparedness is a Phase Two issue.

10:18AM  7          THE COURT:  I don't disagree.  I think I've said that

10:18AM  8  today.

10:18AM  9          MR. LANGAN:  Right.  That's good.

10:18AM 10          THE COURT:  That's good.

10:18AM 11          MR. LANGAN:  What I'm hearing from my esteemed

10:18AM 12  colleagues is they have evidence they like that they want to put

10:18AM 13  in, in every phase.

10:18AM 14          THE COURT:  Yes.  Well --

10:18AM 15          MR. LANGAN:  Hey, they are good lawyers, but that's

10:18AM 16  what's going on here; and, we're saying no.

10:18AM 17          For better or for worse, after a lot of discussion,

10:18AM 18  the judge has a three-phase trial, and he ought to hear the

10:18AM 19  evidence once.  Apparently, he may keep the record open for just

10:18AM 20  that reason.

10:18AM 21          THE COURT:  Well, why don't we think about how we could

10:18AM 22  bring this up in a very discrete manner for consideration.  Let's

10:19AM 23  not do anything today, but let's think about how we could bring

10:19AM 24  it up.

10:19AM 25          MR. LANGAN:  Send it back to the drawing board on the

10:19AM 1   two-page summaries.  That would be good.

10:19AM 2           THE COURT:  I love that.  Thank you, Andy.

10:19AM 3           MR. LANGAN:  Thank you, Your Honor.

10:19AM 4           MS. KUCHLER:  Good morning, Deb Kuchler for Anadarko.

10:19AM 5           THE COURT:  Good morning, Deb.

10:19AM 6           MS. KUCHLER:  I just want to point out on behalf of

10:19AM 7   Anadarko, as a nonoperating party, that the plan proposed by

10:19AM 8   Mr. Underhill would greatly broaden the scope of the Phase One

10:19AM 9   trial as to us.

10:19AM 10          Our role in Phase One will be very, very limited

10:19AM 11  the way it now stands; but, if the U. S. wants to put in evidence

10:19AM 12  of quantification, we haven't even done the discovery on that

10:19AM 13  yet.

10:19AM 14          THE COURT:  No, I think Mike was clear that he doesn't

10:19AM 15  intend to put in evidence of quantification.

10:19AM 16          MS. KUCHLER:  But he was talking in terms of how big the

10:19AM 17  spill was, and that should have been foreseen in advance.

10:19AM 18          THE COURT:  He was using as an example an uncontrolled

10:19AM 19  spill that could have varied from five thousand to a hundred

10:20AM 20  thousand gallons per day; but, that was just by way of example.

10:20AM 21  He's not going to talk about volume of spill in Phase One.

10:20AM 22          MR. UNDERHILL:  I'll stand up and stipulate and say that

10:20AM 23  at trial we're not going to establish -- try to establish it was

10:20AM 24  this number or that number or that number or that one.  We are

10:20AM 25  not going to do that.

10:20AM 1          MS. KUCHLER:  Great.  Our concern is to keep Phase One

10:20AM 2    surgically confined to the trial plan because that's what we're

10:20AM 3    preparing for on Anadarko's issues.  So we just want to make sure

10:20AM 4    we don't stray into Phase Two when we haven't even done discovery

10:20AM 5    there.

10:20AM 6          THE COURT:  No, I think Mike is clear that he's not

10:20AM 7    going to get into quantification issues in Phase One.

10:20AM 8          MR. FITCH:  But, Judge --

10:20AM 9              Tony Fitch, Anadarko.

10:20AM 10             -- but even on preparedness issues, everything that

10:20AM 11   Mike said, he'll have a chance to make those points and adduce

10:20AM 12   that evidence in Phase Two.

10:20AM 13             Judge Barbier may or may not make some allocation

10:21AM 14   indications after the first trial; but, I think, respectfully,

10:21AM 15   that he is not going to, and I think he cannot make final

10:21AM 16   judgments on allocation until he hears all three phases of the

10:21AM 17   trial.  I don't think anybody wants final judgments running

10:21AM 18   around that can be appealed before these three phases take place.

10:21AM 19         THE COURT:  I agree with that, and it probably won't be;

10:21AM 20   but, we don't know whether he's going to make three

10:21AM 21   allocations --

10:21AM 22         MR. FITCH:  That's right.

10:21AM 23         THE COURT:  -- or whether he's going to make one

10:21AM 24   allocation is my point.

10:21AM 25         MR. FITCH:  I think it doesn't make any difference when

10:21AM 1    the government's evidence comes in with respect to that; but, it

10:21AM 2    certainly makes a difference with respect to the scope of this

10:21AM 3    first trial, a trial that he thinks is going to be shorter than

10:21AM 4    we all think, and which also, parenthetically, gives me pause

10:21AM 5    about getting Phase Two discovery started as soon as possible.

10:21AM 6              With respect to your suggestion that we figure out

10:21AM 7    a way to address and resolve this issue, I would like to request

10:22AM 8    that we figure out that way right now, develop a schedule so that

10:22AM 9    we can go ahead and ask the judge to prepare it.

10:22AM 10             Because, for Anadarko, whether we have to

10:22AM 11   prepare -- no pun intended -- all of these other issues makes a

10:22AM 12   real financial difference to us today, tomorrow, next week, the

10:22AM 13   last week of January, the first week of February, and so on.

10:22AM 14        THE COURT:  Well, the way it was raised with me, I think

10:22AM 15   there were five two-page summaries, Andy, that you sent to us.

10:22AM 16        MR. LANGAN:  Yes, those were the major examples.  There

10:22AM 17   may be other ones, but those were substantial examples.

10:22AM 18        THE COURT:  Why don't you do this, why don't you take

10:22AM 19   those same five two-page summaries and do a short letter brief

10:22AM 20   about your issue that these are clearly Phase Two, and you

10:22AM 21   believe should be presented during Phase Two and not Phase One,

10:23AM 22   and then the PSC can reply with their argument --

10:23AM 23        MR. LANGAN:  And maybe the U. S., I guess.

10:23AM 24        THE COURT:  Oh, whoever has got a dog in the hunt.  I'm

10:23AM 25   just talking the two main parties at this point.

10:23AM 1        -- and discuss your concept of state of mind and

10:23AM 2   the standard of care that you think is applicable to Phase One

10:23AM 3   and to Phase Two.

10:23AM 4        Is that basically your argument, Mike?

10:23AM 5        MR. UNDERHILL:  Yes.  It's not raised in these

10:23AM 6   particular ones.  I mean, these are almost pure source info.

10:23AM 7        My solution on the Lynch one, and BP cited us in

10:23AM 8   the footnote -- mine is simple, we'll just take out whatever they

10:23AM 9   object.

10:23AM 10        I don't give a damn, frankly, on the two-pagers.  I

10:23AM 11   really don't.  If you want to say that's Phase Two, fine.

10:24AM 12        THE COURT:  I was just trying to think of an easy way to

10:24AM 13   frame the issue that we've got before us.  It's not the

10:24AM 14   two-pagers as much as we want to frame the issue so that you all

10:24AM 15   don't have a continuing dispute during Phase One.

10:24AM 16        MR. UNDERHILL:  Here is my problem with that,

10:24AM 17   Your Honor, is I think that -- we're all adults.  Yeah, we're all

10:24AM 18   adults.

10:24AM 19        THE COURT:  Most of us.

10:24AM 20        MR. UNDERHILL:  Most of us are adults.  It doesn't count

10:24AM 21   this weekend, probably, after a few days and the parties.

10:24AM 22        We're also acutely aware that it's not in our

10:24AM 23   interest, our selfish interest, to upset Judge Barbier by doing

10:24AM 24   something that he doesn't want.  We got that.  That's in our

10:24AM 25   self-interest not to do that.

10:24AM 1          On the other hand, I really don't think we can make

10:24AM 2    a blanket ruling.  I just don't think it works.

10:24AM 3          So we can brief this until kingdom come, but I

10:24AM 4    think it's going to have to be on a case-by-case basis, which I

10:24AM 5    suspect is going to be very few times.

10:24AM 6          I've told you, basically, part of what my argument

10:25AM 7    is.  It's probably going to be in the form of one or two

10:25AM 8    documents or whatever.  Just say, look, the range could have been

10:25AM 9    from here to here.  That's all I need.  From 30,000 to a hundred

10:25AM 10   gallons, that's all I need.

10:25AM 11         I've shown that they've got a massive risk they

10:25AM 12   should have considered on April 19.  There may be other ways it

10:25AM 13   comes up.

10:25AM 14         So, while I respect the effort to try to find a way

10:25AM 15   to get it to a head, I really think this is going to have to be

10:25AM 16   something Judge Barbier is going to rule on at trial.  If it's

10:25AM 17   some point where he thinks that somebody -- my client, me, PSC,

10:25AM 18   anybody else -- is overstepping the bounds, he's probably going

10:25AM 19   to say, you've stepped in that puddle one too many times, please

10:25AM 20   don't do it again, and we're not.

10:25AM 21         THE COURT:  Well, I guess we'll leave it here.  Andy, if

10:25AM 22   you would like to letter brief it, why don't you do that, and if

10:25AM 23   anybody wants to reply to it; but, at least we'll put it on

10:25AM 24   Judge Barbier's radar prior to trial, so that he can either rule,

10:26AM 25   which I suspect he won't, or he can have it on his radar so that

10:26AM 1    he knows that it's going to be an issue that comes up during

10:26AM 2    Phase One, during the presentation of the plaintiffs' case.

10:26AM 3            MR. LANGAN:  Could we do that by the motion in limine

10:26AM 4    deadline?  Within a week or something like that, or no later than

10:26AM 5    the motion in limine deadline?

10:26AM 6            THE COURT:  Yes, motion in limine deadline.

10:26AM 7            MR. LANGAN:  Thank you.

10:26AM 8            MR. ROY:  Just as one last comment from me, what Andy is

10:26AM 9    really asking is to have a gag order on an argument that counsel

10:26AM 10   has been asked to make by the Court.  Yes, Your Honor, that's

10:26AM 11   exactly what it is.

10:26AM 12           When the Court requested that counsel for all

10:26AM 13   parties give their argument in one or two pages of an advocacy

10:26AM 14   piece, call it a two-page summary or whatever, he was asking, how

10:26AM 15   do you interpret and what do you interpret as significant that I

10:27AM 16   ought to know?

10:27AM 17           Now, I'm not aware of any case law that in advance

10:27AM 18   of a trial would enable a party to get a litmus test to say what

10:27AM 19   I can or cannot argue in a bench trial to a court when the Court

10:27AM 20   has invited that.

10:27AM 21           So I would part by saying, I think where you

10:27AM 22   started, which is you're not going to try to draw a bright line

10:27AM 23   litmus test, but caution, be careful of what you do, you don't

10:27AM 24   want to aggravate the judge, that's good sense, and it's

10:27AM 25   certainly what we would intend.

10:27AM 1          THE COURT:  I always believe that's good advice.

10:27AM 2          MR. ROY:  Yes, ma'am.  We do, too.

10:27AM 3          THE COURT:  All right.  Okay, so this short agenda has

10:27AM 4    blossomed.

10:27AM 5              Next up, we're going to compliment Kerry, who has

10:27AM 6    been very quiet this morning.  Please note his purple shirt.

10:28AM 7          MR. MILLER:  It goes with Mr. Roy's purple jacket.

10:28AM 8          THE COURT:  Exactly.  You should have lent him your

10:28AM 9    shirt.  That would have been really resplendent.

10:28AM 10             Here is the deal.  In order to facilitate the ready

10:28AM 11   recognition of additions and deletions from the final exhibit

10:28AM 12   list, this is what Kerry has proposed, and I think it's a fine

10:28AM 13   proposal.

10:28AM 14             The parties shall identify on the final exhibit

10:28AM 15   list the exhibits which have been removed from and added to the

10:28AM 16   good faith exhibit list.  If a party deletes an exhibit from the

10:28AM 17   good faith exhibit list, the corresponding TREX number shall

10:28AM 18   remain unassigned.  The parties shall continue to circulate their

10:28AM 19   revised final exhibit list in Excel format, as well as the

10:29AM 20   formally filed PDF.

10:29AM 21             We'll go ahead and get an order out covering this;

10:29AM 22   but, Kerry, thank you for coming up with this, and I think it's a

10:29AM 23   good proposal.

10:29AM 24         MR. MILLER:  Thanks, Your Honor.

10:29AM 25             Just 10 seconds of background.  The reason why is

10:29AM 1    there are 17,000 trial exhibits, and we've all spent a lot of

10:29AM 2    time over the last month looking at those 17,000 trial exhibits.

10:29AM 3            What I don't want to do, and I don't think anybody

10:29AM 4    else does either, is, between January 13th and January 20th, to

10:29AM 5    have to go back and look at those 17,000 again.  We want to

10:29AM 6    isolate what's new or what's different on the January 13th list,

10:29AM 7    and only deal with those.

10:29AM 8            THE COURT:  I think that's right.  That's why I think

10:29AM 9    it's a good proposal.

10:29AM 10           If you make changes, guys, if you've deleted

10:29AM 11   something, let the other guys know what you've deleted, so they

10:29AM 12   don't have to go back and figure out what changes have been made.

10:30AM 13           Continue to circulate in PDF, and let's make things

10:30AM 14   easy, not hard.

10:30AM 15           We'll go ahead and get the format out so everybody

10:30AM 16   can see what it is.  We'll try to get that out today.

10:30AM 17           MR. BREIT:  Your Honor --

10:30AM 18           THE COURT:  Mr. Breit, what have you got?

10:30AM 19           MR. BREIT:  -- just a quick note.

10:30AM 20           We were assigned the task of helping on the cure.

10:30AM 21           Jeff Breit, PSC.

10:30AM 22           One of the things that we think that we should do,

10:30AM 23   since there are issues where there was a 48-page exhibit that

10:30AM 24   turned out to be original 50 pages, or there were yellow markings

10:30AM 25   or handwriting that we weren't sure, so we've cured them; but,

10:30AM 1   they were introduced as an exhibit with a number.

10:30AM 2          THE COURT:  Correct.

10:30AM 3          MR. BREIT:  We are now putting those in as an exhibit

10:30AM 4   number with a CX behind it, same number with a CX, so that it

10:31AM 5   will be listed as one that was cured.

10:31AM 6          THE COURT:  How does CX stand for cure?

10:31AM 7          MR. BREIT:  I don't know.  Rob Warren picked the CX.

10:31AM 8          MR. WARREN:  Correction.

10:31AM 9          MR. BREIT:  I don't know.  There could be a different

10:31AM 10  one, but I think it was CX.

10:31AM 11          But it's the same exact number, right underneath

10:31AM 12  it, with some designation so you'll know it's -- whatever someone

10:31AM 13  complained about, it's now missing yellow and it's missing

10:31AM 14  Ronnie Penton's handwriting.

10:31AM 15          MR. MILLER:  One of the things that we're going to put

10:31AM 16  on our list that I think is related to this, on our objection

10:31AM 17  list on the 20th, is if you object to a document on the basis of

10:31AM 18  hearsay or -- whatever it is, and that's the 50-page version, and

10:31AM 19  they have three other exhibits that are the 47-page version, the

10:31AM 20  48-page version and the 49-page version of the same stuff in the

10:31AM 21  document, but we somehow missed the duplicate because the Bates

10:31AM 22  numbers didn't line up or the pages were different, whatever it

10:31AM 23  was, we're going to say, if we make an objection to one document,

10:32AM 24  and it's duplicated, but we missed the objection, that objection

10:32AM 25  applies to all.

10:32AM 1          The other parties may want to do the same, and the

10:32AM 2 Court may want to have an understanding that that's the case

10:32AM 3 because there still is -- I mean, I appreciate the cure

10:32AM 4 process -- there still is going to be substantive duplication in

10:32AM 5 the exhibits.

10:32AM 6          THE COURT:  I think that's good.  There shouldn't be a

10:32AM 7 problem.  If you can identify the duplicates, it would even be

10:32AM 8 better.

10:32AM 9          MR. BREIT:  We have been doing -- the de-duping process

10:32AM 10 has been continuing since December, and they're going to continue

10:32AM 11 to do it.  We're going to give a ledger to the Court that says,

10:32AM 12 Exhibit Number 872 is also 1012 and 1087, because lawyers in the

10:32AM 13 same room were introducing simultaneously exhibits and giving it

10:32AM 14 the three different numbers.

10:32AM 15          MR. MILLER:  We're doing that, too, so we'll be able to

10:32AM 16 compare notes and give you, I think, a pretty good duplication

10:32AM 17 list; but, it's very much an imprecise science.

10:32AM 18          THE COURT:  Then, by the time we get to trial, are you

10:32AM 19 all going to have agreed which version will be used by everyone?

10:33AM 20          MR. BREIT:  In fact, we have been doing that now.  As

10:33AM 21 part of our curing process, we have been trying to remove yellow

10:33AM 22 and handwriting and putting 50's in places of 48's.

10:33AM 23          THE COURT:  Right.  So, for instance, you're going to

10:33AM 24 put your schedule together, and Document 1 is referred to -- one,

10:33AM 25 two, three -- four times by different numbers.  Are you all

10:33AM 1   agreeing which of those numbers will be used at trial by

10:33AM 2   everybody?

10:33AM 3           MR. BREIT:  I believe the tech people are going to keep

10:33AM 4   us out of the room to try to do that.

10:33AM 5           The Bly report is Exhibit Number 1.  There are many

10:33AM 6   sections of the Bly report that were introduced as different

10:33AM 7   exhibit numbers, and we've now tried to get all of those

10:33AM 8   attachments to the Bly report back into Exhibit 1, and make it

10:33AM 9   just Exhibit 1.

10:33AM 10          But we'll get that done.  We believe that that's

10:33AM 11  not going to be a hard process.

10:33AM 12          MR. MILLER:  Yes, it's part of the cure.  We're just

10:34AM 13  going to have to do that over the next several weeks.

10:34AM 14          MR. BREIT:  It is a hard process, but we don't --

10:34AM 15          THE COURT:  It's very hard.

10:34AM 16          MR. BREIT:  -- we don't believe we'll disagree --

10:34AM 17          THE COURT:  On how to do it?

10:34AM 18          MR. BREIT:  Right.

10:34AM 19          THE COURT:  Okay.

10:34AM 20          MR. NOMELLINI:  Your Honor, it's Mark Nomellini.

10:34AM 21          One other proposal, which a legal assistant has

10:34AM 22  ordered me to pass on, and that is that we would ask that there

10:34AM 23  be no -- for the final exhibit list that's going to be submitted

10:34AM 24  by the parties on January 13th, that the parties not reassign

10:34AM 25  exhibit numbers.

10:34AM 1            For example, if on a previous list

10:34AM 2   Exhibit Number 1000 was the Bly report, that on the January 13th

10:34AM 3   list that party not use Exhibit 1000 as some other document

10:34AM 4   because that makes it much more difficult for us or anybody else

10:35AM 5   to track and object.

10:35AM 6            MR. BREIT:  We've got that covered, Mark.  That's

10:35AM 7   covered.

10:35AM 8            MR. NOMELLINI:  Great.

10:35AM 9            THE COURT:  I think you can report back to your boss,

10:35AM 10  the legal assistant, that that's covered, that nobody in this

10:35AM 11  room intends to assign new numbers; is that correct?

10:35AM 12           MR. MILLER:  No recycling of numbers will be part of the

10:35AM 13  cure.  If it's a new document, it gets a new number; and, if you

10:35AM 14  pull a document, that number goes vacant.

10:35AM 15           THE COURT:  So, Mark, you didn't hear that, but if you

10:35AM 16  pull a document, that document goes vacant; and, if it is a new

10:35AM 17  document, it gets assigned a new number.  Those are the only

10:35AM 18  exceptions to the general rule that numbers don't change.

10:35AM 19           MR. MILLER:  Correct.

10:35AM 20           MR. NOMELLINI:  Very good.  I'll be a very popular

10:35AM 21  person.

10:35AM 22           THE COURT:  That's good.  We like that.

10:36AM 23           Motions in Limine, guys.  Almost all have now been

10:36AM 24  briefed, and Judge Barbier is working on them.

10:36AM 25           He commented to me that the first one he took up

10:36AM  1    was the e-mail string in limine, and I think he'll be getting

10:36AM  2    something out to you shortly which is going to put the ball back

10:36AM  3    in your court.  So isn't that nice.

10:36AM  4            But I think you should be hearing something in the

10:36AM  5    next couple of days from him, where he's going to give you some

10:36AM  6    instructions and some guidance and make you sit down and go

10:36AM  7    through the e-mail string; so, get that thing back out again.

10:36AM  8            He is working his way through those, and I think

10:36AM  9    you'll start seeing rulings shortly.

10:37AM 10        MR. MILLER:  Judge, Limine Item Number 12, a question

10:37AM 11    for you.  That's the clawback motion in limine item.

10:37AM 12            My recollection is that relates to a dispute

10:37AM 13    between the PSC and BP about whether or not certain documents are

10:37AM 14    subject to clawback.  If a party does not have a present dispute

10:37AM 15    with respect to clawback, is there any need to file a preemptive

10:37AM 16    or protective clawback motion in limine in the event that that

10:37AM 17    dispute happens in the future?

10:37AM 18        THE COURT:  No, and I think that would aggravate

10:37AM 19    Judge Barbier.

10:37AM 20        MR. MILLER:  It would aggravate me, too, by the way.

10:37AM 21        MR. FITCH:  Judge, Tony Fitch, Anadarko.

10:37AM 22            At the risk of aggravating you, may I ask another

10:37AM 23    scheduling question?

10:37AM 24            There is an expert report, it's Mr. Langan's

10:37AM 25    report, that raises, in Anadarko's view -- a rebuttal report that

10:38AM  1   raises new issues.  We want to move with respect to that, and I'm

10:38AM  2   seeking guidance as to what should be the deadline for doing

10:38AM  3   that, whether the January 17th *Daubert* motion deadline -- I'm not

10:38AM  4   sure it's exactly a *Daubert* motion particularly -- the

10:38AM  5   January 23rd deadline for all -- everything else; or, even this

10:38AM  6   coming Monday, the deadline for such other motions, whatever the

10:38AM  7   phrasing was?

10:38AM  8                   Whatever is best for you, with giving us a little

10:38AM  9   bit of leeway.

10:38AM 10          THE COURT:  Why don't you go for the intermediate

10:38AM 11   deadline.

10:38AM 12          MR. FITCH:  Fair enough.  We like firm commitments.

10:38AM 13          THE COURT:  Intermediate deadline.

10:38AM 14              Let's talk about Phase One.

10:38AM 15              Mr. Sears is gone.  Does anybody have a problem

10:38AM 16   with that?  Any objection to the withdrawal of Mr. Sears?

10:38AM 17   Lovely.

10:38AM 18              Mr. Crook, we need to schedule his deposition, and

10:39AM 19   we need to set a date for his rebuttal reports.

10:39AM 20              So, PSC, have you looked at the dates that have

10:39AM 21   been proposed?

10:39AM 22          UNIDENTIFIED SPEAKER:  We're okay.

10:39AM 23          THE COURT:  You're okay?  Okay.

10:39AM 24              Halliburton, have you looked at the dates that have

10:39AM 25   been proposed?

10:39AM 1          MR. GODWIN:  Your Honor, may I approach?

10:39AM 2          THE COURT:  Sure.

10:39AM 3          MR. UNDERHILL:  Can I stand next to you, even though

10:39AM 4    I've got a tie?

10:39AM 5          MR. GODWIN:  Absolutely, Mike.  How are you doing?

10:39AM 6    Happy New Year.

10:39AM 7               Judge, on Mr. Crook, Andy has suggested that he

10:39AM 8    would be available January 13 and 14 and January 16 and 17.  I'm

10:39AM 9    going to take Mr. Crook's deposition, and I would suggest -- or

10:40AM 10   ask Andy, could he be available on January 17 and 18?

10:40AM 11         THE COURT:  We'll ask him to take a look.

10:40AM 12         MR. GODWIN:  If not, I can make 16 and 17 work, but

10:40AM 13   17 and 18 would be much preferred.

10:40AM 14         THE COURT:  Andy will take a look.

10:40AM 15         MR. GODWIN:  Now, in that regard, Judge, I would like to

10:40AM 16   address at this point Halliburton's request for a rebuttal expert

10:40AM 17   to Mr. Crook.  In that Mr. Crook is a new witness, we're going to

10:40AM 18   need a rebuttal expert; and, if one is allowed, then we'll

10:40AM 19   certainly, in a timely fashion, name who that person will be.

10:40AM 20              If one is allowed, Judge, we would suggest that the

10:40AM 21   report of Halliburton's rebuttal expert be submitted on

10:40AM 22   January 30, which would be consistent with the timeline that

10:40AM 23   we've used for prior rebuttal experts.  Then, we would endeavor,

10:40AM 24   subject to the schedules of all concerned, to try to make him --

10:40AM 25   that rebuttal expert available in the first few or several days

10:40AM 1    of February for deposition here in New Orleans.

10:41AM 2             THE COURT:  All right.  Mike, you've got something to

10:41AM 3    say about that?

10:41AM 4             MR. UNDERHILL:  No.  The only thing was I think we were

10:41AM 5    going to ask that it not be the 13th and 14th.  We were going to

10:41AM 6    ask for the 16th and 17th; but, if Don wants to move it, 17 and

10:41AM 7    18.  The prior dates were just a little bit too soon.

10:41AM 8             THE COURT:  Yes, I tend to agree with that.  So if we

10:41AM 9    can get him for the 17th, 18th, we'll do that.

10:41AM 10            Andy will check, right?

10:41AM 11            MR. LANGAN:  We'll certainly try to make it work.

10:41AM 12            MR. GODWIN:  Because we'll get his report, as I

10:41AM 13   understand it, this Monday, the 9th, Your Honor.

10:41AM 14            THE COURT:  Correct.

10:41AM 15            MR. GODWIN:  That will give me time to get up on it, in

10:41AM 16   view of what we've been doing.

10:41AM 17            Judge, are you prepared at this time, even though

10:41AM 18   maybe the date not be agreed upon, to tell us whether Halliburton

10:41AM 19   can have a rebuttal expert?  In other words, it's subject to you

10:41AM 20   deciding when you want the report in --

10:41AM 21            THE COURT:  Right.

10:41AM 22            MR. GODWIN:  -- but, if I knew we could have a rebuttal

10:41AM 23   expert, then we would start looking for one to put into that

10:41AM 24   position.

10:41AM 25            THE COURT:  My inclination would be to allow you to have

10:41AM 1   a rebuttal expert, whether it's somebody you've already

10:42AM 2   designated or whether it's someone new.  That's my inclination.

10:42AM 3           I'm sure I'm going to hear from Andy that I

10:42AM 4   shouldn't do that.  Let's hear from Andy.

10:42AM 5           MR. LANGAN:  Your Honor, to be perfectly honest with

10:42AM 6   you, in connection with briefing our request for substitution, I

10:42AM 7   think we said at the time that -- in response to -- that we

10:42AM 8   understand that's part of it.

10:42AM 9           THE COURT:  You're right.

10:42AM 10          MR. LANGAN:  So I'm not going to change horse in the

10:42AM 11  middle of the stream.  We understand that's part of the deal

10:42AM 12  here.

10:42AM 13          THE COURT:  Okay.  Good.

10:42AM 14          MR. LANGAN:  Now, would I prefer, sure; but, is that

10:42AM 15  realistic, I don't think so.

10:42AM 16          THE COURT:  So the answer is yes, Don.

10:42AM 17          MR. GODWIN:  Thank you, Your Honor.  Thank you, Andy.

10:42AM 18          THE COURT:  Andy, do you have any problem with the 30th?

10:42AM 19          MR. LANGAN:  No.  I think that's fair.  Sure, we would

10:42AM 20  love it to be sooner; but, it's not unreasonable.

10:42AM 21          THE COURT:  Okay.

10:42AM 22          MR. LANGAN:  Okay.

10:42AM 23          MR. GODWIN:  Thank you, Judge.  Thank you, Andy.

10:42AM 24          THE COURT:  Good enough.

10:42AM 25          Now, let's talk about Larry Lockard.  Does the

10:43AM 1   United States --

10:43AM 2         MR. UNDERHILL:  Your Honor, my colleague, Mr. Cernich,

10:43AM 3   asked, does that mean rebuttals for anybody that thinks one needs

10:43AM 4   to be filed in response to BP's Mr. Crook?

10:43AM 5         THE COURT:  Did you all file a rebuttal to the earlier

10:43AM 6   expert?

10:43AM 7         MR. GODWIN:  Sabins?

10:43AM 8         MR. UNDERHILL:  Negative, Your Honor, but this is a

10:43AM 9   different report.  It's a whole new world out there for expert

10:43AM 10  reports now.

10:43AM 11        Listen, you're preaching to the choir here.  This

10:43AM 12  wasn't my idea, Judge.  You signed the order.

10:43AM 13        I don't think that's a firm statement we're going

10:43AM 14  to; but, it's going to depend on what the report says.

10:43AM 15        THE COURT:  Right.  I'm not going to prohibit it.  We

10:43AM 16  all know that Halliburton is in the best position to rebut the

10:44AM 17  report, but I'm not going to prohibit it.  If you all feel

10:44AM 18  compelled to rebut the report, I'm not going to deny it.

10:44AM 19        MR. UNDERHILL:  Just to be clear, Mr. Benge, the

10:44AM 20  U. S.'s expert, I mean, he's critical of both BP and Halliburton.

10:44AM 21  I suspect, while Mr. Crook will differ with Halliburton, he might

10:44AM 22  take a different view than our expert on BP's responsibility on

10:44AM 23  that.

10:44AM 24        THE COURT:  While we're speaking of the U. S., Mike, are

10:44AM 25  you okay with what we've come up with on Mr. Lockard; you all

10:44AM  1    will defer your objections until the other depositions are taken?

10:44AM  2            MR. UNDERHILL:  After I do put my gripe on the record.

10:44AM  3                 We were a little taken aback with Andy's response.

10:44AM  4    We thought it was -- well, it was -- I won't put an adjective on

10:44AM  5    it.

10:45AM  6                 We went through this drill.  We had four

10:45AM  7    co-signatories to our BOP report.  We asked that only two or

10:45AM  8    three be deposed, and parties objected; and, we were ordered to

10:45AM  9    produce them, and we did.

10:45AM 10                 The same thing happened with Mr. Bea and Gale.

10:45AM 11    PSC didn't want Mr. Gale to be deposed.  BP specifically

10:45AM 12    objected.  He signed the report.  We get it.

10:45AM 13                 So we thought what's good for the goose is good for

10:45AM 14    the gander; but, it's the order, so we'll take it up later if we

10:45AM 15    have to.

10:45AM 16            MR. LANGAN:  I don't need to say anything, do I,

10:45AM 17    Your Honor?

10:45AM 18            THE COURT:  No, you don't.

10:45AM 19            MR. UNDERHILL:  There's nothing to say, Andy.

10:45AM 20            MR. MILLER:  Your Honor, I have an expert related

10:45AM 21    question --

10:45AM 22            THE COURT:  Go ahead.

10:45AM 23            MR. MILLER:  -- if we're still on that topic.

10:45AM 24            THE COURT:  We are.

10:45AM 25            MR. MILLER:  It's this.  Here is a hypothetical, I think

10:45AM 1    is the best way to present the issue.

10:45AM 2                   An expert submits a report.  An expert is deposed.

10:45AM 3    After the deposition, but prior to trial, the party offering the

10:45AM 4    expert settles and then does not intend to offer that expert at

10:46AM 5    trial.

10:46AM 6                   Of course, the expert appears on the parties'

10:46AM 7    witness lists that are going to be filed next week.  To what

10:46AM 8    extent are the other parties that are at trial able to use

10:46AM 9    portions of that expert's deposition at trial?

10:46AM 10                   I would think, just thinking through this, my

10:46AM 11   suggestion would be it would function much like the deposition

10:46AM 12   designations of the fact witnesses.  We would be allowed to

10:46AM 13   designate testimony from that expert's deposition and present

10:46AM 14   that to Judge Barbier at trial for inclusion into the record as

10:46AM 15   part of the evidence at trial.

10:46AM 16             THE COURT:  Do you want to pass the mic down to Phil?

10:46AM 17             MR. WITTMANN:  I'm glad Kerry raised that.

10:46AM 18                   Phil Wittmann for Cameron.

10:46AM 19                   We were going to raise the same issue because

10:46AM 20   Cameron, frankly, wants to file an amended expert report to

10:46AM 21   remove certain opinions it no longer intends to pursue at trial.

10:47AM 22   That's occasioned in part, certainly, by the fact that we've

10:47AM 23   settled with BP.  We don't want to be presenting opinions now

10:47AM 24   that we're not going to advocate at trial.  We want the expert's

10:47AM 25   testimony to be limited to the issues we are actually going to

10:47AM 1   still be pursuing at the trial.

10:47AM 2           Otherwise, you're going to have a duplication of

10:47AM 3   material going to Judge Barbier on the 17th, when these reports

10:47AM 4   are supposed to be submitted to him.  We see no need to have all

10:47AM 5   of that material submitted to Judge Barbier if we're not

10:47AM 6   sponsoring it anymore.

10:47AM 7           I think that we would ask the Court to permit the

10:47AM 8   filing of amended expert reports and limit the expert reports and

10:47AM 9   testimony to the matters set forth in the amended report.

10:47AM 10          THE COURT:  Thanks, Phil.

10:47AM 11          Mr. Roy?

10:47AM 12          MR. LANGAN:  We endorse Cameron's proposal.

10:47AM 13          MR. MILLER:  I'm going to get in line with Mr. Godwin

10:47AM 14  and Mr. Roy, because I think I'm on their side on this one.

10:47AM 15          MR. ROY:  Jim Roy for the PSC.

10:48AM 16          I'm stunned that Andy would endorse that proposal.

10:48AM 17          But for the record, Your Honor, put everybody on

10:48AM 18  notice, most importantly Cameron, that we will now put their

10:48AM 19  expert reports on our impeachment rebuttal list because we very

10:48AM 20  much intend to cross-examine their experts they are going to call

10:48AM 21  on the opinions they originally espoused, whether they amend them

10:48AM 22  out or not.

10:48AM 23          We would suggest the reports should be in evidence,

10:48AM 24  absolutely.  My colleague is correct.

10:48AM 25          THE COURT:  Mr. Godwin.

10:48AM  1           MR. GODWIN:  Yes, Your Honor.

10:48AM  2              Don Godwin for Halliburton.

10:48AM  3              Judge, with regard to the *Daubert* challenge that

10:48AM  4  would otherwise be due for Mr. Crook, the BP cement expert, on

10:48AM  5  January 17, as he'll be deposed on 17 and 18, could we extend

10:48AM  6  that by one week; so, then, rather than the 17th, we submit our

10:48AM  7  *Daubert* challenge, if any, on January 24th?

10:48AM  8           THE COURT:  You don't want to challenge him before you

10:49AM  9  depose him?

10:49AM 10           MR. GODWIN:  Well, I probably would, Your Honor, but I

10:49AM 11  think protocol would be we do it after.

10:49AM 12           THE COURT:  I think that would be fair.

10:49AM 13           MR. GODWIN:  Is that fair, Judge?

10:49AM 14           THE COURT:  That's fair, Don.

10:49AM 15           MR. GODWIN:  One other point, Judge, is Halliburton has

10:49AM 16  an expert, Mr. Don Weintritt.  It's spelled W-E-I-N-T-R-I-T-T.

10:49AM 17  He's a drilling fluid expert for Halliburton.

10:49AM 18              With M-I's agreement, we're going to pull

10:49AM 19  Mr. Weintritt down, as well as his report, and it will not be a

10:49AM 20  part of the trial.

10:49AM 21              Hugh Tanner and I and Alan have gone back and

10:49AM 22  forth, and he's in agreement with that.  So, with the Court's

10:49AM 23  permission, we would like to have you approve the pulling down of

10:49AM 24  Mr. Weintritt as an expert for Halliburton, as well as his

10:49AM 25  report.

10:49AM 1        THE COURT:  You've got somebody standing behind you,

10:49AM 2   Don.  Guess who it is.

10:49AM 3        MR. LANGAN:  That sounds like an endorsement of the

10:49AM 4   Cameron/BP program, like, you know, if you don't bring your

10:49AM 5   expert to trial, then that's it.

10:49AM 6        THE COURT:  We're going to have to think about this

10:49AM 7   issue.  There is no question about it.

10:50AM 8            I don't have a problem with a party saying that

10:50AM 9   they will not call an expert at trial; but, whether or not

10:50AM 10  another party can pick that expert up is the issue that Kerry is

10:50AM 11  raising.

10:50AM 12       MR. MILLER:  Yes, particularly in light of the fact that

10:50AM 13  Judge Barbier has said that the report is direct testimony of

10:50AM 14  that expert, and that's effectively already into the record.

10:50AM 15  We've relied on that, that issue, for several months now.

10:50AM 16           When reports came in and we saw the DOJ say X, Y

10:50AM 17  and Z, we assumed that that evidence in that report is into the

10:50AM 18  record because of a ruling from the Judge saying, I'm going to

10:50AM 19  admit the report as his direct testimony.  So we've tried not to

10:50AM 20  be redundant in some cases, pretty selectively.

10:50AM 21       MR. WITTMANN:  But if we were at trial, Judge, and you

10:50AM 22  had an expert that you were not going to offer a particular

10:50AM 23  opinion on, that wouldn't come in evidence because you're not

10:50AM 24  going to offer it on your direct examination.

10:51AM 25       THE COURT:  True.

10:51AM 1     MR. WITTMANN:  Seeing the different views and the

10:51AM 2 disparate views, I had no idea we would have such opposition to

10:51AM 3 my proposal; but, I would suggest the Court give us an

10:51AM 4 opportunity to brief the issue, and let's just get it resolved.

10:51AM 5     THE COURT:  Well, in my view, it's this issue.  It's not

10:51AM 6 the issue of your right, Phil, to withdraw your sponsorship and

10:51AM 7 call an expert witness at trial.  I think every party has the

10:51AM 8 right to do that.

10:51AM 9     MR. MILLER:  No problem.

10:51AM 10     THE COURT:  The issue is, in my mind, whether another

10:51AM 11 party can pick up that expert and use portions of his deposition

10:51AM 12 in their case in chief.  Is that correct, Kerry?

10:51AM 13     MR. MILLER:  Deposition and report --

10:51AM 14     THE COURT:  And report.

10:51AM 15     MR. MILLER:  -- because the reports were supposed to be

10:51AM 16 their direct testimony.

10:51AM 17     THE COURT:  That's the issue in my mind.

10:51AM 18         You have every right in the world to say, I'm not

10:51AM 19 calling XYZ as a witness at trial, and I'm withdrawing the report

10:51AM 20 as evidence that I intend to present at trial.

10:52AM 21     MR. WITTMANN:  That would be true with respect to the

10:52AM 22 specific opinions; even though the whole report is not withdrawn,

10:52AM 23 but certain opinions would be withdrawn.

10:52AM 24     THE COURT:  In your case and chief.

10:52AM 25     MR. WITTMANN:  Yes.  But I think that there is

10:52AM 1   authority, Your Honor, for prohibiting the use of that expert's

10:52AM 2   testimony by other parties.  That's why I'm suggesting that we

10:52AM 3   have to do a brief.

10:52AM 4           THE COURT:  I think that's fine.  Why don't you go ahead

10:52AM 5   and you take the first swing at that.

10:52AM 6           MR. WITTMANN:  Okay.

10:52AM 7           THE COURT:  When would you like to do that by?

10:52AM 8           MR. WITTMANN:  Oh, let's see.  We've got to do it pretty

10:52AM 9   quickly because the 17th this is going to Judge Barbier.  I would

10:52AM 10  say if we could get something to you by next Wednesday.

10:52AM 11          THE COURT:  That would be fine.  Anybody else who

10:52AM 12  believes that a party should be prohibited from picking up the

10:52AM 13  expert witness and presenting it in their case in chief, same

10:52AM 14  date.

10:52AM 15          MR. GODWIN:  Judge, if I might follow up, and then Andy

10:52AM 16  is going to follow up.

10:53AM 17          While I understand the issue in terms of

10:53AM 18  withdrawing and some of us who believe that you shouldn't be

10:53AM 19  allowed to use that if it's been withdrawn, I think the Weintritt

10:53AM 20  deposition and expert situation is unique in that Halliburton is

10:53AM 21  the only one that pursued M-I on these claims.

10:53AM 22          We've got agreement with M-I's lawyer, on behalf of

10:53AM 23  M-I, that we withdraw the witness.  To my knowledge, no one else

10:53AM 24  is opposed to that, and I would like to know today if there is

10:53AM 25  anyone opposed to it, they speak up; and, if not, then I would

10:53AM 1   like to have that witness withdrawn.

10:53AM 2          I know there have been other parties in the

10:53AM 3   litigation, including Halliburton, without naming others, that

10:53AM 4   have pulled down experts.  So, I would like to be able to pull

10:53AM 5   this down, or at least get a decision on it today, if Your Honor

10:53AM 6   is willing to do that.  If anybody opposes it, I would like to

10:53AM 7   know it.

10:53AM 8          THE COURT:  Yes, I would like to know that.

10:53AM 9          MS. SCOFIELD:  Your Honor, this is Denise Scofield.

10:53AM 10         I'll note that throughout these depositions,

10:53AM 11  particularly the M-I expert depositions this past week, the only

10:54AM 12  parties who questioned our witnesses were Halliburton and BP.

10:54AM 13  Cameron asked some perfunctory questions; but, there certainly

10:54AM 14  weren't any substantive questions asked of the experts on these

10:54AM 15  topics by any other parties.

10:54AM 16         THE COURT:  Thanks, Denise.

10:54AM 17         MR. GODWIN:  PSC, do you have a position on Weintritt,

10:54AM 18  me pulling him down?  Jim, Duke, Steve?

10:54AM 19         MR. HERMAN:  We don't have a problem.

10:54AM 20         THE COURT:  No problem from the PSC.

10:54AM 21         MR. GODWIN:  Thank you, guys.

10:54AM 22         MR. WITTMANN:  Your Honor, I don't believe Cameron has a

10:54AM 23  problem either, but I would like to defer it to the end of the

10:54AM 24  day to let Mr. Godwin know.

10:54AM 25         THE COURT:  Okay.

10:54AM 1          MR. GODWIN:  Thank you.

10:54AM 2          MR. LANGAN:  Your Honor --

10:54AM 3               I'm sorry, were you finished?

10:54AM 4          MR. GODWIN:  You go ahead.

10:54AM 5          MR. LANGAN:  So a couple comments on the issue we have

10:54AM 6     been discussing.

10:54AM 7               Number one, I think the legal issue may be along

10:54AM 8     the lines of does an expert identified by a party become that

10:54AM 9     party's agent, and is what he says binding on the party.  I think

10:55AM 10    there is case law that says he's not; although, we're going to

10:55AM 11    brief that.  That's number one.

10:55AM 12              Number two, I think this also gets intertwined --

10:55AM 13    he's independent -- I think this also gets intertwined with the

10:55AM 14    issue of the will-call witness list, and I was going to ask

10:55AM 15    Your Honor this question.

10:55AM 16              You have made it very clear that the will-call

10:55AM 17    list, which is due on January 13th, can be relied upon by others

10:55AM 18    insofar as at least fact witnesses are concerned.

10:55AM 19              I would have thought, and I'm asking for the

10:55AM 20    Court's views on this, what about experts?  I know they are

10:55AM 21    supposed to be listed on the will-call list; but, if a party, in

10:55AM 22    the midst of trial, which happens all the time, at every trial

10:55AM 23    everyone has ever been at, basically said, yes, we don't need

10:55AM 24    that expert anymore.

10:55AM 25              I would not think the same rules would apply for

10:55AM 1    other parties' reliance on will-call, the list for experts that

10:55AM 2    somebody makes a tactical decision not to call; but, frankly, I

10:56AM 3    think BP and every party in the case probably could use some

10:56AM 4    clarity on that.

10:56AM 5         THE COURT:  It's something I hadn't thought of either,

10:56AM 6    Andy.

10:56AM 7         MR. MILLER:  Your Honor, certainly, with the point that

10:56AM 8    I had made in terms of in the Cameron case, if, in fact, Phil and

10:56AM 9    Carmelite want to pull down Cameron well control experts who make

10:56AM 10   adverse opinions about BP because of the settlement, this person

10:56AM 11   has given a report, it's direct testimony, they've been deposed,

10:56AM 12   so on and so forth, whatever they hypothetical is, I don't think

10:56AM 13   the request on my part is he's due to be called live.  That

10:56AM 14   entire expert is withdrawn.

10:56AM 15        The issue is -- that's why I used the analogy of

10:56AM 16   the deposition designations -- that we get that expert's

10:56AM 17   testimony either by way of report or deposition into the record,

10:56AM 18   as part of the record.

10:56AM 19        But I think Andy is right; if you withdraw an

10:56AM 20   expert, he's not going to come live, we can't force that person

10:56AM 21   to come live.  I don't think that's the issue.

10:56AM 22        THE COURT:  No, I think that's right, but his is a

10:56AM 23   little more nuanced.  He may put an expert on his will-call list,

10:57AM 24   and, in the middle of trial, he may decide, you know, I don't

10:57AM 25   need this expert, and I'm not going to present him.  That's the

10:57AM 1   issue you're raising.

10:57AM 2           MR. LANGAN:  It is.  It's related to Kerry's issue, but

10:57AM 3   it is slightly different.  I think we need clarity on both,

10:57AM 4   frankly.

10:57AM 5           THE COURT:  I agree.  I agree.

10:57AM 6           Let me think about that, and let's carry over the

10:57AM 7   discussion to next week.  They are interrelated, and I would like

10:57AM 8   everybody to think about that.

10:57AM 9           Kerry, would you think about that issue, during the

10:57AM 10  presentation of Phase One, a party, any party, decides that they

10:57AM 11  don't need an expert.

10:57AM 12          MR. LANGAN:  I'm not aware of any issue we have with

10:57AM 13  Weintritt.

10:57AM 14          THE COURT:  Exactly.  Thank you.

10:57AM 15          Don, you heard that?

10:57AM 16          MR. GODWIN:  Jim was going, and then I've got one

10:57AM 17  follow-up.

10:57AM 18          MS. SCOFIELD:  Your Honor, this is Denise Scofield.  I

10:57AM 19  did not hear that.  I heard Weintritt, but I did not hear what --

10:57AM 20          THE COURT:  BP has no problem with pulling him down.

10:58AM 21          MS. SCOFIELD:  Thank you.

10:58AM 22          THE COURT:  Cameron seems to be the only party who wants

10:58AM 23  to let you know by the close of business today.

10:58AM 24          MR. GODWIN:  Thank you, Judge.

10:58AM 25          MR. UNDERHILL:  U. S., also, but --

10:58AM 1          THE COURT:  U. S., also, but --

10:58AM 2          MR. UNDERHILL:  -- I don't think there is going to be a

10:58AM 3  problem.

10:58AM 4          THE COURT:  -- he doesn't think it's a problem.  So

10:58AM 5  you'll know from U. S. and Cameron close of business today.

10:58AM 6          MR. ROY:  If a party pulls down a witness, we're not

10:58AM 7  fussing, from the PSC's standpoint, about trying to compel

10:58AM 8  attendance.  The issue, to be clear, that we rose to originally

10:58AM 9  this morning, in response to Phil, was what we understood to be

10:58AM 10  the statement that Cameron intended to have their experts delete

10:58AM 11  certain opinions and effectively amend the report, or something

10:58AM 12  to that effect.

10:58AM 13          Our response to that is, fine, no objection from

10:59AM 14  us, except we do reserve the right to cross based upon the

10:59AM 15  original report and the original opinions.  It would seem that's

10:59AM 16  pretty basic.

10:59AM 17          MR. WITTMANN:  I think Jim has got it right.  That's

10:59AM 18  another issue we'll be addressing.

10:59AM 19          MS. CLINGMAN:  Your Honor, one other question on

10:59AM 20  the -- to the point that Andy raised about deciding during trial,

10:59AM 21  I think there will be a lot of decisions made about evidence that

10:59AM 22  might become duplicative and unnecessary as we proceed into trial

10:59AM 23  and the focus on certain things becomes greater or less.

10:59AM 24          I had understood you to say at the last conference

10:59AM 25  that there were both categories of will call and may call for

10:59AM 1    some live witnesses.  We have been doing a lot of work to try and

10:59AM 2    narrow that to be efficient; but, depending on exactly how the

10:59AM 3    evidence comes in, there may be people that we might need in

10:59AM 4    reserve, but do not want to be forced to call by the other

10:59AM 5    parties.

10:59AM 6            So I took you to say we could do may call/will

11:00AM 7    call, and that might apply to experts, as well.

11:00AM 8            THE COURT:  I think that's right.  Let me focus on it

11:00AM 9    this week and think about it, especially with regard to experts,

11:00AM 10   because I had not thought about it at all.

11:00AM 11           MR. MILLER:  Your Honor, somewhat off topic, but Phil

11:00AM 12   and Andy's exchange reminded me to ask one thing.  What is the

11:00AM 13   status of the production of the BP/Cameron settlement agreement?

11:00AM 14           MR. LANGAN:  We already produced it.

11:00AM 15           MR. MILLER:  Oh, you have?

11:00AM 16           MR. LANGAN:  Yes, sir.  Before the first of the year,

11:00AM 17   without being asked.

11:00AM 18           MR. MILLER:  What stack was that buried in?

11:00AM 19           MR. LANGAN:  It's also an SEC reported by Cameron.

11:00AM 20           MR. MILLER:  Thank you, Andy.

11:00AM 21           MR. LANGAN:  You're welcome, Kerry.

11:00AM 22           MR. UNDERHILL:  I'd like to -- Your Honor, Denise,

11:00AM 23   assure her that we have no objection to withdrawing --

11:00AM 24           THE COURT:  No objection by the U. S., Denise.

11:00AM 25           MS. SCOFIELD:  Thank you.

11:00AM 1          MR. LANGAN:  Your Honor, back to Rachel's point, and I

11:00AM 2   don't necessarily disagree, but, on the witness list, did I

11:00AM 3   understand there now to be a suggestion that the witness list is

11:01AM 4   will call and may call?  I had always understood it's will call,

11:01AM 5   and that people could rely on that.  Is that not the case?

11:01AM 6          THE COURT:  I think you can rely on will call that they

11:01AM 7   will be brought.

11:01AM 8          MR. LANGAN:  We also have the option of listing may call

11:01AM 9   fact witnesses?  I think that's what counsel just said.  I

11:01AM 10  thought, basically, a few months ago you said no dice on that.

11:01AM 11         MR. WITTMANN:  I did, too.

11:01AM 12         THE COURT:  I don't remember.

11:01AM 13         MS. CLINGMAN:  I had understood you the last time to

11:01AM 14  say --

11:01AM 15         THE COURT:  I don't remember.

11:01AM 16         MS. CLINGMAN:  -- there's a category for may; but, if

11:01AM 17  there is not, Your Honor, we'd ask that you consider that because

11:01AM 18  I don't think it's fair to tell the parties in January they need

11:01AM 19  to name witnesses that they will absolutely make available.

11:01AM 20         We have particular problems because a lot of our

11:01AM 21  people travel; so, depending on when we reached our point in

11:01AM 22  chief, because we're not starting, we may or may not have access

11:01AM 23  to some of our people.

11:01AM 24         MR. LANGAN:  Here is my nuance:  I thought the

11:01AM 25  understanding was you list them, you intend to call them, you

11:01AM   1   will call them.  If you change your mind at trial for whatever

11:02AM   2   reason, another party can say, now, wait a minute, I relied on

11:02AM   3   that, you bring them for us.

11:02AM   4             THE COURT:  That's the basis of a will call.

11:02AM   5             MR. LANGAN:  Right.

11:02AM   6             THE COURT:  No question about it.

11:02AM   7             MR. LANGAN:  Right.

11:02AM   8             THE COURT:  Now, but the issue is can a party also list

11:02AM   9   a may call, somebody that they are not sure they are going to

11:02AM  10   call, but might call.

11:02AM  11             Phil?

11:02AM  12             MR. WITTMANN:  Doesn't that kind of defeat the whole

11:02AM  13   purpose of the deposition designations we have been going

11:02AM  14   through?  Why are we going through this exercise if a party has

11:02AM  15   got a may call, witness he may call?  I thought the whole will

11:02AM  16   call business was to have the particular important witnesses you

11:02AM  17   wanted live, and that's the reason you did it.

11:02AM  18             THE COURT:  I think that's correct, Phil.  I think

11:02AM  19   that's correct.

11:02AM  20             Obviously, I have got to think about this and how

11:02AM  21   we're going to handle the experts if they are pulled down, if

11:03AM  22   they are on someone's may call list and then pulled -- I mean,

11:03AM  23   will call list and then pulled down.

11:03AM  24             I do absolutely want good faith will call lists

11:03AM  25   that everybody can rely upon, and we've worked our way through

11:03AM 1   that pretty effectively, I think.  Then, do we have a catch-all,

11:03AM 2   which should be a very small group of people, who would be may

11:03AM 3   call?

11:03AM 4           MR. MILLER:  Let me use some context of what we're

11:03AM 5   talking about.  What we haven't addressed, we've just kind of

11:03AM 6   kicked the can down the road in our trial planning meetings, was

11:03AM 7   this notion of parties bringing live witnesses that weren't part

11:03AM 8   of the Rule 45 process.  That's the context of people that we're

11:03AM 9   talking about.

11:03AM 10          By its very nature, it is a very small group to

11:03AM 11  begin with.  I don't think anybody is contemplating calling tens

11:04AM 12  and dozens of live witnesses after doing this deposition

11:04AM 13  designation process.

11:04AM 14          THE COURT:  Well, and I can assure you that --

11:04AM 15          MR. MILLER:  It's a very small group --

11:04AM 16          THE COURT:  -- on the aggravation factor, how is

11:04AM 17  Judge Barbier going to feel after he's plowed through a witness'

11:04AM 18  designated testimony, and then that person is called live at

11:04AM 19  trial.  So caution, caution, caution.

11:04AM 20          Go ahead, Mike.

11:04AM 21          MR. UNDERHILL:  Just one observation, that attorneys

11:04AM 22  being what we are, paranoid, we're afraid of not doing something

11:04AM 23  that the Court later says we should have.  If we open the door to

11:04AM 24  a may call list, I strongly suspect that a lot of parties,

11:04AM 25  hopefully it won't be us, will, to cover their bases, will have

11:04AM 1   may-call witnesses of 50 or 60.

11:04AM 2           THE COURT:  No.

11:04AM 3           MR. UNDERHILL:  Well, you know, look at our exhibit

11:04AM 4   list.  Our exhibit list is how many hundreds of pages and

11:04AM 5   counting?

11:04AM 6           The second thing, you may have answered the

11:04AM 7   question, Your Honor, is a question that I had:  We've endeavored

11:05AM 8   to determine who is within and without this Court's subpoena

11:05AM 9   power.  It was our understanding, I think you've confirmed it,

11:05AM 10  but I would ask you to confirm it again, that if a witness is

11:05AM 11  within the Court's subpoena power, and we do not choose to

11:05AM 12  exercise a Rule 45 subpoena right on that party, then we can

11:05AM 13  still use the deposition at trial; it would be admitted,

11:05AM 14  basically, so that we can avoid calling an extra 20 or 30 or

11:05AM 15  however many live witnesses that we don't need and Judge Barbier

11:05AM 16  likely doesn't want to hear.  Is that the rule?

11:05AM 17          THE COURT:  That is the rule.

11:05AM 18          MR. UNDERHILL:  Good.  Thank you.

11:05AM 19          MS. SCOFIELD:  Your Honor, this is Denise Scofield.

11:05AM 20          On that note, several weeks ago you had asked us to

11:05AM 21  talk with Transocean in regard to Bill Ambrose, who we did list

11:05AM 22  on our live-at-trial list.  We have agreed not to call

11:06AM 23  Mr. Ambrose live at trial.

11:06AM 24          THE COURT:  Good.  Thank you, Denise.

11:06AM 25          MS. SCOFIELD:  You're welcome.

11:06AM 1          MR. ROY:  One question and a couple of observations.

11:06AM 2              The question is:  Where did you land, where did we

11:06AM 3     land on the issue of experts that had been pulled down but were

11:06AM 4     already deposed, as to the use of extracts of --

11:06AM 5          THE COURT:  We did not.  Phil is going to file a letter

11:06AM 6     brief by Wednesday on that issue.  Anybody else who is on Phil's

11:06AM 7     side may file their brief.

11:06AM 8          MR. ROY:  You're opposing it?

11:06AM 9          MR. WITTMANN:  No.

11:06AM 10         MR. ROY:  You're favoring it?

11:06AM 11         MR. WITTMANN:  I'm pulling them down.

11:06AM 12         MR. ROY:  We're going to be together?

11:06AM 13         MR. WITTMANN:  No, no.  I'm moving; you're opposing.

11:06AM 14         THE COURT:  You're going to file your opposition.

11:06AM 15         MR. ROY:  I don't know that we will.  I just wanted to

11:06AM 16    understand whether --

11:06AM 17         THE COURT:  The PSC or any other party --

11:06AM 18         MR. ROY:  But that's separate and apart from this issue

11:06AM 19    of amending a report, right?

11:06AM 20         MR. WITTMANN:  No, that's the same league.  The letter

11:06AM 21    brief will cover both, because we were talking about amending the

11:06AM 22    report and also limiting the trial testimony to the amended

11:06AM 23    report.

11:06AM 24         MR. ROY:  We'll address it.  I understand.

11:07AM 25         THE COURT:  The opposition brief, how about the

11:07AM 1    following Monday?

11:07AM 2            MR. ROY:  That will be great.

11:07AM 3            On the issue of a will-call list, Your Honor, I do

11:07AM 4    have two observations:  One, as Your Honor is well aware in the

11:07AM 5    federal courts, at least here, and I thought in the Federal

11:07AM 6    Rules, at least the Uniform Rules, we did away, you did away, the

11:07AM 7    courts did away, the federal courts did away uniformly with

11:07AM 8    may-call witness lists many, many years ago.

11:07AM 9            THE COURT:  Yes.

11:07AM 10           MR. ROY:  This segues into part two.  I think that's the

11:07AM 11   right rule.  It's the rule we have been practicing with in

11:07AM 12   federal court.  We should know by a date certain who the other

11:07AM 13   party is obligating itself to call.

11:07AM 14           If, during the course of the trial, they don't

11:07AM 15   call, then it's our position, and we've uniformly seen this

11:07AM 16   without any exception --

11:07AM 17           THE COURT:  It's made available.

11:07AM 18           MR. ROY:  -- then make them available, and somebody else

11:08AM 19   can put them on if they choose to.

11:08AM 20           Now, why is that important?  That's important

11:08AM 21   because, unfortunately, or fortunately, as the case may be, a

11:08AM 22   trial is not simply laying down black and white squares of

11:08AM 23   linoleum and gluing them together into a pattern.  It actually

11:08AM 24   involves strategy that is more akin to chess.

11:08AM 25           The parties may very well rely upon the fact that a

11:08AM  1    witness is going to come at a certain stage in the trial and

11:08AM  2    forego eliciting certain testimony earlier on in reliance upon

11:08AM  3    the assurance that witness is coming later and whatnot.

11:08AM  4          So we do believe -- maybe the solution here is if

11:08AM  5    there is concern about being locked into a will-call list, then

11:08AM  6    we wouldn't be opposed to pushing the deadline for that list, you

11:08AM  7    know, kicking that can, as Andy says, a little bit down the road

11:09AM  8    to a later date; but, we believe when that trial starts and in

11:09AM  9    advance of the trial, when we're planning our strategy for the

11:09AM 10    trial, we need to know what witnesses are coming, absolutely.

11:09AM 11          If somebody decides, after that will-call witness

11:09AM 12    list is filed, to withdraw a witness, there is a consequence to

11:09AM 13    that.  There has always been a consequence to that.  It doesn't

11:09AM 14    matter whether it's a fact witness, an expert or whatever.  At

11:09AM 15    that point, post will-call witness list, there is a consequence.

11:09AM 16    The consequence is, if another party wants to call him, they have

11:09AM 17    to be made available.

11:09AM 18          So I would suggest the compromise here may be

11:09AM 19    pushing the date back a little bit, but would urge that we do

11:09AM 20    need a will call.

11:09AM 21          THE COURT:  The problem with kicking it down the road is

11:09AM 22    that people are trying to do their trial strategy now.

11:09AM 23          MR. ROY:  Right.

11:10AM 24          THE COURT:  So that's why we moved it up.

11:10AM 25          Why don't you let me think about it and get

11:10AM 1  something out to everybody about my thoughts.  It will be

11:10AM 2  preliminary.  Nobody will be bound to it.  But let's think about

11:10AM 3  it and --

11:10AM 4       MR. MILLER:  Can I give you 30 seconds more of input?

11:10AM 5       THE COURT:  Sure.

11:10AM 6       MR. MILLER:  I think Jim put a fine point on it.  Maybe

11:10AM 7  I would like to put a finer point, just for discussion purposes.

11:10AM 8       That is, I think, at least what we're talking

11:10AM 9  about, the category of witnesses that we're talking about, are

11:10AM 10 fact witnesses, number one; number two, that are not within the

11:10AM 11 subpoena power of the court; and, number three, that were deposed

11:10AM 12 and so have designation testimony already submitted to

11:10AM 13 Judge Barbier.

11:10AM 14       The issue is, does a party want to consider calling

11:10AM 15 that person live in lieu of a deposition designation, given the

11:10AM 16 fact that they've already been deposed.

11:10AM 17       Again, it's the category of live testimony

11:10AM 18 witnesses we have not discussed.  We've talked about expert,

11:11AM 19 we've talked about Rule 45 witnesses.  These are non-Rule 45

11:11AM 20 witnesses who have been deposed, and the issue is -- or the

11:11AM 21 potential solution I would offer to you is this:  That each party

11:11AM 22 be allowed no more than five may call designations for that

11:11AM 23 category.

11:11AM 24       THE COURT:  All right.  Well, let's think on it, and

11:11AM 25 I'll give you some thoughts this coming week on what we're doing.

11:11AM 1      MR. WITTMANN:  Can I have a clarification of what Kerry

11:11AM 2 was asking?

11:11AM 3          The deposition designations have already been

11:11AM 4 submitted to Judge Barbier, haven't they?

11:11AM 5      THE COURT:  They have been.  Not all of them.  A good

11:11AM 6 portion, probably 50 or 60 percent of them, have been.

11:11AM 7      MR. WITTMANN:  But are we dealing with a deposition

11:11AM 8 designation that has been submitted to Judge Barbier, that then

11:11AM 9 you would have the witness come live?

11:11AM 10      THE COURT:  That's what he's raising.

11:11AM 11      MR. MILLER:  Yes.  That's the issue.

11:11AM 12      MR. WITTMANN:  Why would you do that?  That doesn't make

11:11AM 13 any sense to me, quite frankly.

11:11AM 14      MR. MILLER:  It relates back to the trial planning

11:12AM 15 meetings we had in the fall where the issue always was -- an open

11:12AM 16 issue, it's remained open, was let fact witnesses for the parties

11:12AM 17 called voluntarily live, in contrast to just the designation

11:12AM 18 process.  It's been an open issue on our calendar for weeks, if

11:12AM 19 not months now.

11:12AM 20      MR. WITTMANN:  So there won't be anybody on the may-call

11:12AM 21 list that hasn't been deposed?

11:12AM 22      THE COURT:  Positively not.  Positively not.

11:12AM 23      MS. CLINGMAN:  To Phil's point, though, there can't be

11:12AM 24 reliance by any other party because they wouldn't be able to call

11:12AM 25 that person live anyway.

11:12AM 1          So if we bring somebody to explain an aspect to

11:12AM 2    Judge Barbier, the removal of that doesn't detriment any other

11:12AM 3    party.  They have nothing more than they would have had or less

11:12AM 4    than they would have had originally because these people are not

11:12AM 5    subpoenaed and haven't been deposed.

11:12AM 6          MR. MILLER:  It's not unrelated to, not to get into yet

11:12AM 7    a different topic from our meetings in the fall, but I think this

11:12AM 8    was a PSC proposal of, if there is a witness where they think

11:13AM 9    credibility is an issue, as opposed to reading the cold, hard,

11:13AM 10   black and white page in the summaries, for some witnesses can

11:13AM 11   video be shown, because this witness is either credible or not

11:13AM 12   credible on a critical issue.

11:13AM 13         I think the live voluntary fact witness issue is

11:13AM 14   the same.  It's one of weight and credibility.

11:13AM 15         Judge Barbier is going to have to make -- gosh, if

11:13AM 16   you look at all of these designations and summaries, you want to

11:13AM 17   pull your hair out.  At some point, on some of these contested

11:13AM 18   issues of fact, I think he's going to have to make credibility

11:13AM 19   determinations.

11:13AM 20         I don't think any party ought to be deprived either

11:13AM 21   from showing -- I know we're on Boy Scouts honor, don't waste

11:13AM 22   time with a lot video of redundant live witnesses -- but it's

11:13AM 23   something we've talked about, if it's a credibility issue on a

11:13AM 24   contested issue of fact, and you've got a snake oil salesman

11:13AM 25   representing one party's position, and you've got Mother Theresa

11:13AM 1   representing the other party's position, I want to be able to

11:13AM 2   either show a video or present live Mother Theresa.

11:14AM 3           MR. WITTMANN:  I'm not sure we're going to have a snake

11:14AM 4   oil or Mother Theresa, but if he's got a may call he may or may

11:14AM 5   not call, I'm going to list some may call witnesses that I may

11:14AM 6   call in response to his may call witness if he chooses to call

11:14AM 7   him.

11:14AM 8           THE COURT:  I've got the flavor, so I'm with you now.

11:14AM 9           Now, this short agenda that we were going to

11:14AM 10  cover --

11:14AM 11          Steve, have you got something on this issue?

11:14AM 12          MR. HERMAN:  A tangential issue, just very briefly.

11:14AM 13          It's been mentioned, there are several witnesses,

11:14AM 14  we know there are several Fifth Amendment witnesses, there were

11:14AM 15  some others that are within the subpoena power of the parties,

11:14AM 16  are likely to appear at trial.

11:14AM 17          I think what Your Honor had indicated before is

11:14AM 18  that we should go ahead and go through the designation, two-page

11:14AM 19  summary, set-up process, so that they are ready just in case the

11:14AM 20  witness becomes unavailable, etcetera.

11:14AM 21          You know, a lot of those -- well, I don't know how

11:14AM 22  many there are -- there are actually only a handful -- but those

11:14AM 23  have already either gone to Indata or are in the process of going

11:15AM 24  to Indata, and I just don't know, is there some process by which

11:15AM 25  Indata is pulling them before they go to the Court --

11:15AM 1          THE COURT:  The Fifth Amendment witnesses are being put

11:15AM 2    at the tail end of what Indata has been instructed to submit to

11:15AM 3    Judge Barbier.  We did do that.

11:15AM 4              If there are other witnesses that meet that

11:15AM 5    description, Steve, I would like to know it, so we can tell

11:15AM 6    Indata to put them at the tail end or hold them until instructed.

11:15AM 7              Remember, we put the Fifth Amendment at the end,

11:15AM 8    and Jordan is holding those until instructed.

11:15AM 9          MR. HERMAN:  So I guess the best thing to do is send an

11:15AM 10   e-mail to Jordan, cc Your Honor and all defense counsel,

11:15AM 11   etcetera, and hopefully that will take care of it.

11:15AM 12         THE COURT:  That's right.  Those won't be submitted to

11:15AM 13   Judge Barbier in the normal course, but will be held pending

11:15AM 14   agreement among us.

11:15AM 15         MR. HERMAN:  Thank you.

11:16AM 16         THE COURT:  Does anybody want a break before we get back

11:16AM 17   to my brief agenda?

11:16AM 18         MR. FITCH:  How much further do we have to go?

11:16AM 19         THE COURT:  Mike says we don't have much further.

11:16AM 20         MR. LANGAN:  Your Honor, on witnesses, we did have the

11:16AM 21   Ellis Armstrong.

11:16AM 22         THE COURT:  We do have the Ellis Armstrong.

11:16AM 23         MR. LANGAN:  Is that next?  I don't know if that is

11:16AM 24   next.

11:16AM 25         THE COURT:  That's next.

11:16AM 1          I looked at the Ellis Armstrong letters this

11:16AM 2 morning.

11:16AM 3          Mike, where is Ellis Armstrong?

11:16AM 4          I looked at the letter briefs this morning.  I

11:16AM 5 don't have a feel for it, so I'll get to you this week on that.

11:16AM 6          MR. LANGAN:  Your Honor, the only thing I was going to

11:16AM 7 ask on that is, prior to getting the PSC's letter, we thought the

11:16AM 8 issue was, is he an officer or not.  In their letter, they have

11:16AM 9 introduced the idea of, well, you designated him as a 30(b)(6),

11:17AM 10 so we can compel him based on that.

11:17AM 11          Do I need to brief that?  Because that is a

11:17AM 12 slippery --

11:17AM 13          THE COURT:  We might as well.  We might as well make a

11:17AM 14 record.

11:17AM 15          MR. LANGAN:  Because if that's going to be the rule,

11:17AM 16 that's a whole new ball game for my friends at Transocean.  I

11:17AM 17 can't believe the Court is going to go down that road, but --

11:17AM 18          THE COURT:  I'm not going down that road; but, why don't

11:17AM 19 you put your letter brief in for the record.

11:17AM 20          MR. LANGAN:  Thank you.  All right.

11:17AM 21          THE COURT:  But it was a good try, PSC.

11:17AM 22          MR. LANGAN:  I guess, in light of that, maybe we can do

11:17AM 23 that by Monday.

11:17AM 24          THE COURT:  Oh, yes, yes.  Oh, yes, yes, yes.  That's

11:17AM 25 fine.

11:17AM 1           Okay, guys.

11:17AM 2           MR. HERMAN:  Can I say something in our defense, real

11:17AM 3  quick?

11:17AM 4           THE COURT:  Sure.

11:17AM 5           MR. HERMAN:  It still shouldn't open it up because we

11:17AM 6  had a deadline, and then that deadline was expanded to who on the

11:17AM 7  other side do we want to compel as an adverse witness.

11:17AM 8           All of those lists, theoretically, should be locked

11:18AM 9  in place.  So even if Your Honor were to agree with us, it

11:18AM 10 wouldn't open up a whole new can of worms.  We're only talking

11:18AM 11 about this one witness.

11:18AM 12          MR. LANGAN:  So he's playing got you.  So he's saying,

11:18AM 13 oh, we waited -- in fact, they asked for Ellis Armstrong after

11:18AM 14 they didn't get Cheryl Brown, so I guess they are too late for

11:18AM 15 that.

11:18AM 16          MR. HERMAN:  It's opened up again, I think; but, anyway.

11:18AM 17          MR. LANGAN:  Well, anyway --

11:18AM 18          THE CLERK:  Monday.

11:18AM 19          THE COURT:  Monday.

11:18AM 20          Let's talk about Phase One stipulations.

11:18AM 21          Dril-Quip and Halliburton have provided proposed

11:18AM 22 stipulations and comments to BP.  Anadarko, we saw, responded to

11:18AM 23 Halliburton's proposed stipulations.

11:18AM 24          Where do we stand on trying to pull all of this

11:18AM 25 together?  Any report on that?

11:18AM 1          MR. DUFFY:  Good afternoon, Your Honor.  This is

11:18AM 2    Tim Duffy.  How are you?

11:18AM 3          THE COURT:  Fine, Tim.  How are you doing?

11:18AM 4          MR. DUFFY:  Good.

11:19AM 5          It's a slow and painful process.  I mean, as you

11:19AM 6    see, you know, some of these things are just coming in still

11:19AM 7    recently.

11:19AM 8          Part of the problem is, you know, you get one set

11:19AM 9    of stipulations, and then BP comments, and then everyone sort of

11:19AM 10   has to go back and comment on BP's view.  Sort of each iteration

11:19AM 11   begets another round of comments.

11:19AM 12         There are some parties we still haven't heard

11:19AM 13   anything from.  I think, and I apologize if I'm mistaken, I think

11:19AM 14   TO and the U. S. have not weighed in on these.  If they don't

11:19AM 15   want to, that's fine; but, our suggestion was maybe going to be

11:19AM 16   set some sort of deadline whereas if people -- you know, to tell

11:19AM 17   us one way or another, if they have no comments or if they have

11:19AM 18   no stipulations, so we know we're not waiting for people to chime

11:19AM 19   in on things that are just sort of floating out there.

11:19AM 20         THE COURT:  Let's set a deadline on that, guys -- we

11:19AM 21   have been fooling around with this for months now -- is Tuesday

11:19AM 22   close of business, declare yourselves; if you don't have

11:20AM 23   comments, let Tim know you don't have comments; if you do have

11:20AM 24   comments, whatever comments you have, get it to him, and let's

11:20AM 25   try to pull this together.

11:20AM 1          MR. UNDERHILL:  Just a --

11:20AM 2          THE COURT:  Mr. Underhill.

11:20AM 3          MR. UNDERHILL:  We have not been dilatory for --

11:20AM 4          THE COURT:  I'm not suggesting you have been.

11:20AM 5          MR. UNDERHILL:  Here is the problem.  I think a lot of

11:20AM 6    us are struggling with this.  It's a moving target.  It's not --

11:20AM 7    it doesn't impugn anybody.

11:20AM 8               People have different views; and, so we think,

11:20AM 9    okay, this is lined up, we think we can live with this language.

11:20AM 10   Then, somebody comments, and it gets changed; and, we go, well,

11:20AM 11   now, we can't live with that one, but we can live with that one.

11:20AM 12   It's really difficult --

11:20AM 13         THE COURT:  What do we do on that, Mike?

11:20AM 14         MR. UNDERHILL:  Beats the hell out of me.

11:20AM 15         THE COURT:  Well, thank you.  That was so constructive.

11:20AM 16         MR. ROY:  From the plaintiffs' standpoint, the PSC's

11:20AM 17   standpoint, we've consistently taken the position, when the

11:20AM 18   defendants can agree on a set of stipulations, send them to us,

11:20AM 19   we'll look at them; but, until they can agree, it's pointless for

11:20AM 20   us to give input to anything.

11:21AM 21              That's still our position.  We're still waiting.

11:21AM 22   When we get the -- whatever is final from the defendants -- I

11:21AM 23   haven't talked to Mike, but I would submit that Mike is in the

11:21AM 24   same position we're in, as a plaintiff going with us early on

11:21AM 25   with the burden of proof.

11:21AM 1        When the defense as a group can agree on a set of

11:21AM 2   stipulations, whatever they are, then let them come to the

11:21AM 3   United States, the states, and the PSC.  We will, as a team, look

11:21AM 4   at them and see what we can agree to.

11:21AM 5        That would be my proposal.  We can turn that

11:21AM 6   quickly.  We may agree to all, we may not.

11:21AM 7        MR. UNDERHILL:  Like Sammy Sosa said to Congress after

11:21AM 8   he followed Curt Schilling at the baseball hearings, what he

11:21AM 9   said.

11:21AM 10        It makes sense.  That's part of our struggle, and

11:21AM 11   Jim articulated my problem.  So if we can get it from the

11:21AM 12   defendants, then we know what we're responding to.

11:21AM 13        THE COURT:  Has Transocean made all their comments,

11:21AM 14   Kerry?

11:21AM 15        MR. MILLER:  No.  We were in the same boat as them.  We

11:21AM 16   were going to make very few comments today; but, when the

11:22AM 17   Halliburton comments came in, we were kind of sent back to the

11:22AM 18   drawing board, so to speak.

11:22AM 19        THE COURT:  Deadline for any comments by defendants is

11:22AM 20   close of business Tuesday.

11:22AM 21        Thereafter, Mr. Duffy will pull it together,

11:22AM 22   circulate one more time amongst defendants.  No new comments,

11:22AM 23   just put "I can agree" or "I can't agree" to each stipulation,

11:22AM 24   and get it back to Mr. Duffy by close of business the following

11:22AM 25   Monday.

11:22AM 1          Mr. Duffy, at that point, you should be able to put

11:22AM 2   a master list together and send it over to the PSC and the other

11:22AM 3   plaintiffs.  Why don't you put in a nice little comment list for

11:23AM 4   the plaintiffs' group to tell us whether they've got comments or

11:23AM 5   whether they can agree or whether they disagree, and we will at

11:23AM 6   least know where we are on putting these together.

11:23AM 7          You may leave the comments by the defendant.  If

11:23AM 8   they put, can't agree, you may leave that on.

11:23AM 9          MR. DUFFY:  Right.  Right.

11:23AM 10          THE COURT:  So that we can all sit down and see what the

11:23AM 11   problem is and what the scope of the issues are.  Fair enough?

11:23AM 12          MR. DUFFY:  Okay.

11:23AM 13          THE COURT:  Okay.

11:23AM 14          MR. WITTMANN:  I just have a question for Mr. Duffy,

11:23AM 15   Judge.

11:23AM 16          Phil Wittmann for Cameron.

11:23AM 17          Do you have all of our comments, Tim?

11:23AM 18          MR. DUFFY:  I believe we do; although, like I said, it's

11:23AM 19   a moving target.  We just got some more stips today.  We're going

11:23AM 20   to be circulating some comments on some ones we got last week,

11:23AM 21   and then everybody can chime in on those as well.

11:23AM 22          So I'll send out another version of what we have,

11:24AM 23   you know, today or over the weekend, you know, so everybody has

11:24AM 24   it; but, I think everyone should take another look at it before

11:24AM 25   Tuesday because someone may have slipped something in, you know,

11:24AM  1   as we speak; and, if Tuesday is your deadline to comment, you

11:24AM  2   should take another look at it.

11:24AM  3               MR. WITTMANN:  Okay.

11:24AM  4               THE COURT:  Okay.  So going, going, gone.

11:24AM  5                    Hello, Alan.  Why have you got a tie on?

11:24AM  6               MR. YORK:  I told you, I got it for Christmas.  I wanted

11:24AM  7   to show it to you.

11:24AM  8               THE COURT:  Isn't that nice.

11:24AM  9               MR. YORK:  Well, thank you very much.

11:24AM  10              THE COURT:  You're welcome.

11:24AM  11              MR. YORK:  So, as I understand what we'll end up with --

11:24AM  12  because this is, I think, the current format that it's in -- we

11:24AM  13  have a proposed stipulation, and then I think the first column

11:24AM  14  after that are BP's comments to those stipulations, then HESI's

11:24AM  15  comments, Cameron's comments, whether we can agree, disagree,

11:24AM  16  whether we have a problem.

11:25AM  17                   We're not going to end up -- I don't think there is

11:25AM  18  any way by Tuesday that we can end up with a set of this is what

11:25AM  19  everybody agrees to, because everybody made so many comments, but

11:25AM  20  I just -- so that's the format we're talking about?

11:25AM  21              THE COURT:  That is right.  Then, Tim is going to take

11:25AM  22  that information, pull it all together, recirculate.

11:25AM  23                   You all will then indicate a column, agree, can't

11:25AM  24  agree, and we'll know where we stand, what's the universe of

11:25AM  25  stipulations that we can then take over to PSC and let them

11:25AM 1    ponder.

11:25AM 2            MR. YORK:  Thank you.

11:25AM 3            MR. MILLER:  I think it's important that it be agree or

11:25AM 4    can't agree because some of the responses was, I agree if you

11:25AM 5    rewrite it that way.

11:25AM 6            THE COURT:  No.  This last round is I agree to this or I

11:25AM 7    disagree with this, I can stipulate to this or I can't.

11:26AM 8            MR. MILLER:  That's correct.

11:26AM 9            MR. BARROW:  Dennis Barrow for Dril-Quip.

11:26AM 10           This may be too fine of a point, but is it

11:26AM 11   acceptable to say no objection?

11:26AM 12           Here is the reason why.  For example, with Cameron

11:26AM 13   there are a lot of technical stipulations where they don't relate

11:26AM 14   to us, but I don't know and I haven't done the due diligence to

11:26AM 15   know whether it's accurate or not.

11:26AM 16           THE COURT:  Yes.

11:26AM 17           MR. BARROW:  So I don't want to be an obstructionist;

11:26AM 18   but, it would be a monumental task for us to go back and try to

11:26AM 19   dig in and say, is this really true or not.

11:26AM 20           MR. MILLER:  I think it's objection or no objection.

11:26AM 21           MR. BARROW:  That's my suggestion, agree, disagree or no

11:26AM 22   objection.

11:26AM 23           THE COURT:  That's fine.

11:26AM 24           MR. BARROW:  Thanks.

11:26AM 25           MR. DUFFY:  I guess, Judge, just for clarification, and

11:26AM 1   I appreciate the point, you know, that some of the defendants

11:26AM 2   have there, but does no objection mean that's a binding

11:26AM 3   stipulation for purposes of -- you know, for all purposes?  I

11:26AM 4   mean --

11:26AM 5           THE COURT:  For the purposes of --

11:26AM 6           MR. DUFFY:  -- we're not doing stipulations for, you

11:26AM 7   now, little parts of the case.  A stipulation is a stipulation.

11:27AM 8           THE COURT:  Well, I think the point is, Tim, that

11:27AM 9   Dril-Quip thinks the point is immaterial to their case; and, so

11:27AM 10  they will never raise an objection.  If everybody who is

11:27AM 11  interested in that fact stipulates to it, they will not object to

11:27AM 12  that stipulation.

11:27AM 13          MR. DUFFY:  I guess, just to speak to Kerry's point, I

11:27AM 14  know we don't want to get bogged down in multiple iterations, but

11:27AM 15  it is often the case that there is a slight change of wording

11:27AM 16  that may be acceptable to the drafter, and we have been

11:27AM 17  suggesting, look, this is close, we'll agree to it if you say it

11:27AM 18  this way instead of that way.

11:27AM 19          THE COURT:  That's been helpful.

11:27AM 20          MR. DUFFY:  I do think we need to keep doing that where

11:27AM 21  it's appropriate.

11:27AM 22          THE COURT:  Right.

11:27AM 23          MR. DUFFY:  Otherwise, we're not going to end up with

11:27AM 24  any stipulations.

11:27AM 25          THE COURT:  Well, I think that's been helpful; but, at

11:27AM 1    some point, don't we have to quit wordsmithing and say, here it

11:28AM 2    is.

11:28AM 3            MR. DUFFY:  No, that's true, but I think the initial

11:28AM 4    round of comments -- so, in other words, if it's the first time

11:28AM 5    anyone is seeing something, I think those small modifications may

11:28AM 6    be appropriate.

11:28AM 7            THE COURT:  Oh, I see what you're saying.  For new

11:28AM 8    issues, for new stipulations --

11:28AM 9            MR. DUFFY:  It is going to be the case that, even after

11:28AM 10   Tuesday, the defendants are going to have to keep looking at this

11:28AM 11   a little bit before next week to try and resolve some of these

11:28AM 12   open things.  I mean, if we just take what falls out as a hundred

11:28AM 13   percent agreement, there is not going to be a whole lot at the

11:28AM 14   bottom of the pile.

11:28AM 15           THE COURT:  No, I understand.  The final product,

11:28AM 16   however, will be stipulate, not stipulate, or no objection.  That

11:28AM 17   will be the final product.

11:28AM 18           MR. DUFFY:  Yes.

11:28AM 19           THE COURT:  But no, if you all want to engage in

11:28AM 20   wordsmithing this, that's fine with me.  We don't care, if it

11:28AM 21   will help move the ball forward.

11:29AM 22           MR. HAYCRAFT:  I was just wondering if referring to

11:29AM 23   this, as is typical in the pretrial order, rather than

11:29AM 24   stipulations, a statement of uncontested facts --

11:29AM 25           THE COURT:  Yes, sure.

11:29AM 1          MR. HAYCRAFT:  -- so that Party A doesn't have to

11:29AM 2    necessarily say, I stipulate to that fact; but, rather, I agree

11:29AM 3    that's an uncontested fact.

11:29AM 4          THE COURT:  I think that's wordsmithing too, but okay.

11:29AM 5    Yes.

11:29AM 6               Okay.  B3 stipulations.

11:29AM 7               Ted, are you on the phone?

11:29AM 8          MR. TSEKERIDES:  I am still on, Your Honor, yes.  Thank

11:29AM 9    you.

11:29AM 10              So just before Christmas, you entered the revised

11:29AM 11   order on the limited B3 discovery.  We do expect to stick to

11:29AM 12   those dates.

11:29AM 13              As far as the stipulation with the cleanup

11:29AM 14   responders and the U. S., I think it was the 31st day, we're

11:29AM 15   still planning on meeting that.  We're working through that with

11:29AM 16   the government.

11:29AM 17              The parties did respond on the 21st of December

11:29AM 18   with responses to the discovery demands.  There likely will be

11:30AM 19   some issues that the cleanup responders will hopefully be able to

11:30AM 20   work through with Mr. Herman or Mr. Roy or whoever they're going

11:30AM 21   to put in charge of that with respect to the PSC's responses to

11:30AM 22   our circumstance from a discovery perspective with respect to

11:30AM 23   specific responses.

11:30AM 24              There is an overriding issue that we don't need to

11:30AM 25   get into necessarily today, it might just come up when we're

11:30AM 1   doing the briefing on the renewed motion, but our discovery that

11:30AM 2   was served, what was served was served on all B3 plaintiffs.

11:30AM 3   There was some issue raised by Mr. Herman just before the

11:30AM 4   December 21st due date as to whether non-PSC plaintiffs'

11:30AM 5   attorneys needed to respond.  Our view was, yes, they do; and, if

11:30AM 6   they need more time, you know, we'll be happy to give it to them.

11:30AM 7         The PSC's approach to that was just to file a

11:30AM 8   response for the PSC and object, basically, for other people;

11:30AM 9   but, you know, our view is that this -- although it's a limited

11:31AM 10  discovery -- and it may be, at the end of the day, that most

11:31AM 11  plaintiffs don't have information that's relevant to the

11:31AM 12  preemption immunity motion that we're going to be filing, the

11:31AM 13  renewed motion; but, if they do, we need to know about that now,

11:31AM 14  and not find out in some kind of opposition to our renewed

11:31AM 15  motion.

11:31AM 16        So I raise that issue.  I don't know if it's going

11:31AM 17  to come up later.  But, you know, this may become a problem down

11:31AM 18  the road.  They can't have it both ways.  They can't say, well,

11:31AM 19  we're not giving anything to you now, and then file something in

11:31AM 20  opposition.

11:31AM 21        So we're happy to try to work through that with

11:31AM 22  Mr. Herman or whoever they are going to designate, but I did want

11:31AM 23  to flag that.

11:31AM 24        THE COURT:  Well, I designate Mr. Herman to work through

11:31AM 25  that with you, so that will work.

11:31AM 1          MR. HERMAN:  Thank you.

11:31AM 2          THE COURT:  You're welcome.

11:31AM 3              But thank you for raising the issue with us.  At

11:31AM 4     least we'll have it on the radar.

11:31AM 5              Anything else, Ted?

11:31AM 6          MR. TSEKERIDES:  Not from my end.

11:31AM 7              I know I heard some of the other cleanup responders

11:32AM 8     on.  If anybody thinks that the schedule is not doable, they

11:32AM 9     should say something now; but, from a liaison perspective, we do

11:32AM 10    think that the revised dates should work.

11:32AM 11         THE COURT:  Good.  Thank you.  I appreciate it.

11:32AM 12             Phase Two stipulations --

11:32AM 13         THE CLERK:  We did that.

11:32AM 14         THE COURT:  Oh, we did that.  I don't remember doing

11:32AM 15    that.  My short agenda is no longer short.

11:32AM 16             We've got the BP-Halliburton motions.  Let's see.

11:32AM 17    We've got next Monday, BP is going to respond to the spoliation

11:32AM 18    issue.

11:32AM 19         MR. LANGAN:  Correct.

11:32AM 20         THE COURT:  BP has until the 13th to respond on --

11:33AM 21         MR. LANGAN:  The clarification.

11:33AM 22         THE COURT:  -- the clarification issue.  Is that going

11:33AM 23    to give us enough time to get ready for Mr. Crook's deposition?

11:33AM 24         MR. LANGAN:  (Indicating.)

11:33AM 25         MR. GODWIN:  Maybe not.

11:33AM 1          THE COURT:  That occurred to me.  Andy, what do you

11:33AM 2   think?

11:33AM 3          MR. LANGAN:  I think we need until the 13th to respond,

11:33AM 4   so --

11:33AM 5          THE COURT:  Okay.  We'll keep it.

11:33AM 6          MR. GODWIN:  Judge, may I?

11:33AM 7          THE COURT:  Sure, Don.

11:33AM 8          MR. GODWIN:  Why don't we take a look and see what Andy

11:33AM 9   comes back with on the 13th and 14th, whatever he needs.  Then we

11:33AM 10  see that, and if we see that we need maybe another couple of days

11:33AM 11  beyond the 17th and 18th, I can let you and Andy and others know;

11:33AM 12  but, hopefully, we can keep those dates on the calendar.

11:33AM 13         THE COURT:  Yes, hopefully we will keep those dates on

11:33AM 14  the calendar.

11:33AM 15         MR. GODWIN:  That would be my expectation, Judge.

11:33AM 16         THE COURT:  That would be mine, too, hopefully.

11:33AM 17         MR. GODWIN:  Thank you, Your Honor.

11:33AM 18         THE CLERK:  Can't Halliburton reply on the Monday

11:34AM 19  following, and then we just get a ruling out on Tuesday, and that

11:34AM 20  would do it?

11:34AM 21         THE COURT:  That should do it.  If you all could do

11:34AM 22  that, that would be great, Don; but, you may not even need to

11:34AM 23  reply.  I don't know what we're going to be getting.

11:34AM 24         THE CLERK:  They are going to reply.  We just don't want

11:34AM 25  any sur-replies.

11:34AM 1             UNIDENTIFIED SPEAKER:  Or sur-sur.

11:34AM 2             THE COURT:  Right, exactly.  No sur-sur-replies.

11:34AM 3             MR. GODWIN:  Our goal will be to stay on 17 and 18,

11:34AM 4   Your Honor.

11:34AM 5             THE COURT:  That would be a good goal.  Thanks, Don.

11:34AM 6             MR. GODWIN:  Thank you, Your Honor.

11:34AM 7             THE COURT:  On the "look back" issue, I'm not sure we've

11:34AM 8   moved the ball forward at all.  BP wants to limit the look back

11:34AM 9   to 1/1/2008, and I've got that loud and clear; but, I don't feel

11:34AM 10  like I've moved the ball forward at all.

11:34AM 11            MR. LANGAN:  Mr. Barr has told us he's going to work

11:34AM 12  with us.  There is a new baby in the family, and we're happy to

11:34AM 13  give him a little more time.

11:34AM 14            THE COURT:  Oh, that's right, Brian.  We forgot to

11:34AM 15  congratulate you on that, by the way.

11:35AM 16            MR. LANGAN:  Before court Brian mentioned that if they

11:35AM 17  could have a few more days to get back to us -- we said,

11:35AM 18  naturally, that was fine with us.

11:35AM 19            THE COURT:  Brian, you know we put a picture up, right?

11:35AM 20            MR. BARR:  You put a picture up?

11:35AM 21            THE COURT:  Yes, we did.

11:35AM 22            Do you want to bring up the iPhone and show us a

11:35AM 23  picture?

11:35AM 24            MR. BARR:  I've got -- what I have is the cutest baby

11:35AM 25  picture in history.

11:35AM 1          THE COURT:  Let's take a look.  We will be the judges of

11:35AM 2    that.

11:35AM 3          MS. KUCHLER:  The baby must look like the mother.

11:35AM 4          MR. BARR:  Clearly.

11:35AM 5          VOICES:  Awww.

11:35AM 6          MS. KUCHLER:  Good job, Brian.

11:35AM 7          THE COURT:  Absolutely.

11:35AM 8              You made it home in time, right?

11:35AM 9          MR. BARR:  Barely.  I was sitting having a glass of

11:35AM 10   wine, and I got the call that things are happening.

11:35AM 11         THE COURT:  Barely counts.

11:35AM 12         MR. BARR:  But he was five weeks early, so we were not

11:36AM 13   expecting --

11:36AM 14         THE COURT:  Well, I understand, but he's healthy and all

11:36AM 15   went well.  That's great.

11:36AM 16             I think that it's time for me to ask whether you

11:36AM 17   all have anything else we want to cover on the record; and, if

11:36AM 18   so, let's cover it.

11:36AM 19             Then I've got some trial planning issues that I

11:36AM 20   want to cover off the record.

11:36AM 21             Thank you.

11:36AM 22             Ladies and gentlemen of the Clerk's office, thank

11:36AM 23   you.

       24             (WHEREUPON, at 11:36 a.m., the proceedings were

       25   concluded.)

1                        REPORTER'S CERTIFICATE

2

3       I, Cathy Pepper, Certified Realtime Reporter, Registered

4   Merit Reporter, Registered Professional Reporter, Certified Court

5   Reporter for the State of Louisiana, Official Court Reporter for

6   the United States District Court, Eastern District of Louisiana,

7   do hereby certify that the foregoing is a true and correct

8   transcript, to the best of my ability and understanding, from the

9   record of the proceedings in the above-entitled and numbered

10  matter.

11

16                              Cathy Pepper, CCR, RMR, CRR
                                Certified Realtime Reporter
17                              Official Court Reporter
                                United States District Court
18                              (504) 589-7779
                                Cathy_Pepper@laed.uscourts.gov
19

20

21

22

23

24

25

**1**

**1** [4] - 53:24, 54:5, 54:8, 54:9
**1/1/2008** [1] - 101:9
**1/1/2008...........** [1] - 15:19
**10** [4] - 25:24, 26:15, 26:23, 50:25
**10-MD-2179** [1] - 1:6
**100,000** [1] - 41:25
**1000** [4] - 2:11, 6:8, 55:2, 55:3
**1001** [2] - 4:19, 7:13
**10036** [1] - 6:4
**101** [3] - 2:15, 15:18, 15:19
**1012** [1] - 53:12
**10153** [1] - 6:17
**10174** [1] - 6:25
**102** [1] - 15:20
**1087** [1] - 53:12
**1100** [2] - 4:15, 5:23
**11:36** [1] - 102:24
**12** [1] - 56:10
**12............................**
.. [1] - 12:19
**1201** [1] - 5:6
**13** [1] - 58:8
**1300** [1] - 5:14
**1331** [1] - 5:9
**13th** [9] - 51:4, 51:6, 54:24, 55:2, 59:5, 70:17, 99:20, 100:3, 100:9
**13TH** [1] - 15:16
**14** [2] - 27:22, 58:8
**14th** [2] - 59:5, 100:9
**15** [4] - 25:24, 26:15, 26:18, 26:23
**1540** [1] - 6:4
**16** [2] - 58:8, 58:12
**1615** [1] - 5:14
**1665** [1] - 5:9
**16th** [1] - 59:6
**17** [8] - 58:8, 58:10, 58:12, 58:13, 59:6, 65:5, 101:3
**17,000** [1] - 51:1, 51:2, 51:5
**1700** [1] - 5:6
**17th** [7] - 57:3, 59:6, 59:9, 64:3, 65:6, 68:9, 100:11
**18** [7] - 9:5, 9:6, 58:10, 58:13, 59:7, 65:5, 101:3
**18th** [2] - 59:9, 100:11
**19** [1] - 48:12

**19th** [2] - 18:21, 42:8
**19TH..........................**
................ [1] - 9:7

**2**

**20** [5] - 1:5, 9:8, 9:9, 25:24, 78:14
**200** [2] - 7:13, 29:8
**20005** [1] - 4:9
**20006** [1] - 5:19
**20044** [1] - 3:5
**2007** [1] - 5:21
**201** [2] - 7:5, 7:22
**2010** [1] - 1:5
**2012** [2] - 1:7, 16:2
**2020** [1] - 5:18
**20TH** [1] - 12:2
**20th** [10] - 36:6, 37:15, 38:7, 38:9, 38:20, 38:22, 39:16, 40:5, 51:4, 52:17
**20TH..........................**
................ [1] - 11:15
**21** [2] - 9:10, 9:11
**21st** [2] - 97:17, 98:4
**22** [3] - 9:12, 9:14, 9:15
**2216** [1] - 1:24
**22nd** [2] - 37:13, 37:15
**23** [4] - 9:19, 9:21, 9:25, 10:1
**233** [1] - 7:8
**23510** [1] - 2:12
**23rd** [1] - 57:5
**24** [3] - 10:3, 10:7, 10:11
**2405** [1] - 7:22
**24th** [1] - 65:7
**25** [2] - 10:14, 42:10
**27** [4] - 10:15, 10:16, 10:17, 10:18
**28** [2] - 10:19, 10:23
**2929** [1] - 6:20

**3**

**30** [4] - 10:24, 58:22, 78:14, 82:4
**30(b)(6** [6] - 20:23, 20:25, 22:2, 28:21, 28:25, 87:9
**30(B)(6** [3] - 9:12, 10:23, 14:18
**30,000** [1] - 48:9
**300** [1] - 4:5
**30th** [1] - 60:18
**31** [1] - 10:25

**3100** [1] - 5:23
**316** [1] - 2:8
**31ST** [2] - 9:17, 15:7
**31st** [2] - 22:24, 97:14
**32** [3] - 11:3, 11:4, 11:5
**32502** [1] - 2:8
**34** [3] - 11:9, 11:10, 11:11
**36** [5] - 11:13, 11:16, 11:18, 11:19, 11:21
**36130** [1] - 3:9
**3668** [1] - 1:18
**36TH** [1] - 4:15
**37** [2] - 11:23, 11:24
**3700** [1] - 4:19
**38** [1] - 11:25

**4**

**4000** [1] - 6:8
**405** [1] - 6:24
**40TH** [1] - 7:18
**42ND** [1] - 6:20
**43** [1] - 12:4
**4310** [1] - 2:4
**435** [1] - 2:15
**45** [4] - 77:8, 78:12, 82:19
**450** [1] - 2:21
**46** [1] - 12:5
**47** [1] - 12:10
**47-page** [1] - 52:19
**48's** [1] - 53:22
**48-page** [2] - 51:23, 52:20
**49-page** [1] - 52:20

**5**

**5,000** [1] - 41:25
**50** [6] - 12:13, 12:16, 42:10, 51:24, 78:1, 83:6
**50's** [1] - 53:22
**50,000** [1] - 41:24
**50-page** [1] - 52:18
**500** [2] - 3:9, 8:5
**5000** [1] - 3:23
**504** [2] - 8:6, 103:18
**52** [1] - 17:1, 21:10
**5395** [1] - 2:21
**546** [1] - 4:23
**55** [1] - 12:17
**556** [1] - 1:18
**56** [4] - 12:18, 12:19, 12:20, 12:21
**57** [3] - 12:22, 12:23,

12:24
**58** [1] - 13:1
**5800** [1] - 7:8
**589-7779** [2] - 8:6, 103:18

**6**

**6** [2] - 1:7, 16:2
**60** [3] - 13:3, 78:1, 83:6
**600** [1] - 2:8
**60606** [1] - 7:9
**60654** [1] - 4:6
**63** [1] - 13:4
**64** [2] - 13:7, 13:8
**65** [3] - 13:13, 13:15, 13:16
**655** [1] - 4:9
**67** [1] - 13:19
**68** [2] - 13:22, 13:23

**7**

**701** [3] - 3:13, 3:23, 7:18
**70112** [1] - 5:15
**70113** [1] - 1:22
**70130** [4] - 1:25, 3:13, 4:24, 8:5
**70139** [2] - 3:24, 7:19
**70163** [2] - 4:16, 5:23
**70170** [2] - 7:5, 7:23
**70360** [1] - 2:16
**70502** [1] - 1:19
**70505** [1] - 7:13
**72** [1] - 14:1
**74** [1] - 14:3
**75270** [1] - 5:6
**7611** [1] - 3:5
**767** [1] - 6:16
**77002** [2] - 4:19, 6:8
**77006** [1] - 2:4
**77010** [1] - 5:9
**77019** [1] - 6:21
**79** [2] - 14:5, 14:8
**7TH** [1] - 2:21

**8**

**80,000** [1] - 42:10
**820** [1] - 1:21
**86** [3] - 14:9, 14:12, 14:16
**87** [4] - 14:17, 14:18, 14:20, 42:5
**872** [1] - 53:12

**88** [1] - 14:21
**89** [1] - 14:22

**9**

**90** [1] - 37:10
**91** [3] - 14:23, 14:25, 15:1
**94102** [1] - 2:22
**97** [4] - 15:3, 15:4, 15:5, 15:6
**98** [2] - 15:9, 15:11
**99** [3] - 15:13, 15:14, 15:16
**999** [1] - 2:12
**9:30** [1] - 1:7
**9th** [2] - 24:13, 59:13
**9TH** [1] - 10:8

**A**

**A.M** [1] - 1:7
**a.m** [1] - 102:24
**aback** [1] - 62:3
**abeyance** [1] - 39:9
**ability** [1] - 103:8
**able** [9] - 25:25, 32:7, 53:15, 63:8, 69:4, 83:24, 85:1, 92:1, 97:19
**ABOUT** [1] - 12:6
**above-entitled** [1] - 103:9
**absolutely** [8] - 23:14, 25:24, 58:5, 64:24, 75:19, 76:24, 81:10, 102:7
**abuse** [1] - 40:21
**accept** [1] - 17:20
**acceptable** [2] - 94:11, 95:16
**access** [1] - 75:22
**accurate** [1] - 94:15
**act** [2] - 17:16, 17:17
**ACTION** [1] - 1:6
**ACTIONS** [1] - 1:9
**activity** [1] - 41:20
**actual** [2] - 26:4, 33:9
**ACTUALLY** [1] - 10:5
**acutely** [1] - 47:22
**add** [5] - 21:13, 22:14, 27:20, 28:1, 28:4
**ADD** [1] - 10:18
**added** [1] - 50:15
**addition** [1] - 27:25
**additional** [1] - 27:24
**additions** [1] - 50:11
**ADDITIONS** [1] -

12:14
**address** [3] - 46:7, 58:16, 79:24
**addressed** [2] - 28:17, 77:5
**addressing** [1] - 73:18
**adduce** [1] - 45:11
**adjective** [1] - 62:4
**admit** [1] - 66:19
**admitted** [1] - 78:13
**admonition** [1] - 39:21
**adults** [3] - 47:17, 47:18, 47:20
**advance** [3] - 44:17, 49:17, 81:9
**adverse** [2] - 71:10, 88:7
**advice** [1] - 50:1
**advised** [1] - 34:17
**advocacy** [1] - 49:13
**advocate** [1] - 63:24
**afraid** [1] - 77:22
**afternoon** [2] - 16:24, 89:1
**agency** [1] - 22:23
**AGENCY** [1] - 9:16
**agenda** [8] - 16:16, 17:5, 22:9, 23:23, 50:3, 85:9, 86:17, 99:15
**AGENDA** [1] - 9:3
**agent** [1] - 70:9
**aggravate** [7] - 30:9, 30:18, 40:14, 40:15, 49:24, 56:18, 56:20
**aggravated** [1] - 30:15
**aggravating** [1] - 56:22
**aggravation** [1] - 77:16
**ago** [3] - 75:10, 78:20, 80:8
**agree** [30] - 25:23, 25:25, 26:5, 26:9, 27:1, 32:17, 45:19, 59:8, 72:5, 88:9, 90:18, 90:19, 91:1, 91:4, 91:6, 91:23, 92:5, 92:8, 93:15, 93:23, 93:24, 94:3, 94:4, 94:6, 94:21, 95:17, 97:2
**agreed** [6] - 24:1, 26:7, 35:25, 53:19, 59:18, 78:22
**agreeing** [1] - 54:1
**AGREEMENT** [1] - 13:16
**agreement** [7] - 26:13, 65:18, 65:22, 68:22,

74:13, 86:14, 96:13
**AGREEMENT**............. .................... [1] - 14:4
**agrees** [1] - 93:19
**ahead** [9] - 19:1, 46:9, 50:21, 51:15, 62:22, 68:4, 70:4, 77:20, 85:18
**AHEAD** [1] - 12:16
**AIRBORNE** [1] - 7:11
**akin** [1] - 80:24
**AL** [1] - 3:9
**Alabama** [2] - 16:23, 35:16
**ALABAMA** [1] - 3:7
**ALAN** [2] - 5:8, 6:23
**Alan** [4] - 30:25, 31:2, 65:21, 93:5
**ALL** [2] - 1:9, 15:10
**allegations** [1] - 40:18
**ALLEN** [1] - 6:20
**allocation** [12] - 19:7, 19:11, 19:13, 19:22, 38:11, 38:23, 42:17, 42:18, 42:19, 45:13, 45:16, 45:24
**allocations** [1] - 45:21
**allow** [2] - 27:12, 59:25
**allowed** [6] - 40:25, 58:18, 58:20, 63:12, 68:19, 82:22
**almost** [4] - 37:19, 40:4, 47:6, 55:23
**Ambrose** [2] - 78:21, 78:23
**AMEND** [1] - 13:12
**amend** [2] - 64:21, 73:11
**amended** [4] - 63:20, 64:8, 64:9, 79:22
**AMENDED** [1] - 13:4
**amending** [2] - 79:19, 79:21
**Amendment** [3] - 85:14, 86:1, 86:7
**AMENDMENT** [1] - 14:9
**AMERICA** [7] - 3:3, 3:16, 3:16, 3:17, 3:18, 3:20, 3:21
**AMONGST** [1] - 14:25
**AN** [4] - 12:16, 13:4, 13:15, 14:2
**Anadarko** [8] - 28:8, 37:25, 44:4, 44:7, 45:9, 46:10, 56:21, 88:22
**ANADARKO** [2] -

5:11, 5:12
**Anadarko's** [2] - 45:3, 56:25
**analogy** [4] - 23:11, 24:18, 24:23, 71:15
**analyze** [1] - 38:24
**AND** [26] - 4:13, 6:15, 9:5, 9:9, 9:14, 9:19, 9:24, 10:2, 10:5, 10:9, 10:16, 10:19, 11:4, 12:5, 12:7, 12:8, 12:10, 12:11, 12:14, 12:16, 12:24, 13:17, 13:20, 13:24, 15:6
**Andrew** [1] - 17:11
**ANDREW** [1] - 4:3
**Andy** [38] - 17:2, 17:20, 18:4, 18:5, 18:6, 29:16, 30:17, 31:1, 35:1, 35:12, 35:20, 40:16, 41:14, 42:20, 44:2, 46:15, 48:21, 49:8, 58:7, 58:10, 58:14, 59:10, 60:3, 60:4, 60:17, 60:18, 60:23, 62:19, 64:16, 68:15, 71:6, 71:19, 73:20, 74:20, 81:7, 100:1, 100:8, 100:11
**Andy's** [2] - 62:3, 74:12
**ANOTHER** [2] - 10:1, 13:19
**answer** [2] - 29:13, 60:16
**answered** [1] - 78:6
**ANTHONY** [1] - 1:24
**ANY** [4] - 9:22, 10:9, 14:1, 14:23
**ANYBODY** [3] - 10:11, 13:23, 14:6
**anyway** [4] - 41:11, 83:25, 88:16, 88:17
**apart** [1] - 79:18
**apologize** [2] - 20:5, 89:13
**appealed** [1] - 45:18
**appear** [1] - 85:16
**APPEARANCES** [8] - 1:15, 2:1, 3:1, 4:1, 5:1, 6:1, 7:1, 8:1
**APPLICABLE** [1] - 12:11
**applicable** [1] - 47:2
**applies** [1] - 52:25
**apply** [2] - 70:25, 74:7
**appreciate** [3] - 53:3, 95:1, 99:11

**approach** [3] - 31:20, 58:1, 98:7
**appropriate** [6] - 21:8, 26:8, 35:3, 37:17, 95:21, 96:6
**approval** [1] - 37:25
**approve** [1] - 65:23
**APRIL** [2] - 1:5, 12:2
**April** [10] - 37:13, 37:15, 38:7, 38:9, 38:20, 38:22, 39:16, 40:5, 42:8, 48:12
**ARE** [9] - 9:21, 10:19, 10:25, 11:1, 12:3, 12:6, 13:10, 14:9, 14:12
**AREAUX** [1] - 5:22
**argue** [1] - 49:19
**arguing** [4] - 39:24, 41:13, 42:2
**argument** [7] - 41:7, 43:1, 46:22, 47:4, 48:6, 49:9, 49:13
**ARGUMENT**.............. ................ [1] - 12:9
**arguments** [1] - 35:24
**Armstrong** [5] - 86:21, 86:22, 87:1, 87:3, 88:13
**ARMSTRONG**........... ............................ [1] - 14:16
**Army** [1] - 23:6
**ARMY** [1] - 9:24
**article** [1] - 16:19
**articulated** [1] - 91:11
**AS** [6] - 11:11, 11:12, 13:17, 14:18
**ASBILL** [1] - 4:18
**ASKED** [1] - 10:1
**aspect** [1] - 84:1
**assign** [1] - 55:11
**assigned** [2] - 51:20, 55:17
**assistant** [2] - 54:21, 55:10
**assumed** [1] - 66:17
**assuming** [1] - 21:3
**assurance** [1] - 81:3
**assure** [2] - 74:23, 77:14
**assured** [1] - 28:13
**ASSURED** [1] - 10:21
**AT** [4] - 11:8, 13:6, 14:9, 14:14
**attachments** [1] - 54:8
**attend** [1] - 19:1
**attendance** [1] - 73:8
**attention** [1] - 31:25
**attorney** [1] - 36:8

**ATTORNEY** [2] - 3:7, 11:17
**attorney-created** [1] - 36:8
**ATTORNEY-CREATED** [1] - 11:17
**attorneys** [2] - 77:21, 98:5
**ATTORNEYS** [1] - 15:11
**authenticity** [2] - 34:10, 34:11
**authenticity-wise** [1] - 34:11
**AUTHENTICITY**......... ................................ . [1] - 11:9
**authority** [1] - 68:1
**available** [13] - 21:9, 32:5, 32:13, 32:15, 33:11, 33:13, 58:8, 58:10, 58:25, 75:19, 80:17, 80:18, 81:17
**AVAILABLE** [1] - 11:4
**AVENUE** [7] - 1:21, 2:21, 3:9, 6:16, 6:24, 7:5, 7:22
**avoid** [1] - 78:14
**aware** [5] - 28:16, 47:22, 49:17, 72:12, 80:4
**Awww** [1] - 102:5

---

**B**

**B3** [6] - 15:3, 15:4, 15:10, 97:6, 97:11, 98:2
**baby** [3] - 101:12, 101:24, 102:3
**BACK** [3] - 15:1, 15:18, 15:19
**background** [1] - 50:25
**backward** [1] - 24:24
**BALDWIN** [1] - 7:4
**ball** [5] - 56:2, 87:16, 96:21, 101:8, 101:10
**bar** [1] - 16:20
**Barbier** [26] - 17:9, 28:14, 30:9, 30:10, 30:18, 32:1, 42:22, 45:13, 47:23, 48:16, 55:24, 56:19, 63:14, 64:3, 64:5, 66:13, 68:9, 77:17, 78:15, 82:13, 83:4, 83:8, 84:2, 84:15, 86:3, 86:13

**Barbier's** [1] - 48:24
**BARBIER**..................
..............[1] - 10:22
**BARBIER**..................
.......................[1] -
14:11
**barely** [2] - 102:9,
102:11
**BARR** [11] - 2:7,
25:19, 26:3, 26:19,
27:3, 27:7, 101:20,
101:24, 102:4,
102:9, 102:12
**Barr** [3] - 25:18, 25:19,
101:11
**barrels** [5] - 41:24,
41:25, 42:3, 42:10
**Barrow** [1] - 94:9
**BARROW** [5] - 6:20,
94:9, 94:17, 94:21,
94:24
**baseball** [1] - 91:8
**BASED** [2] - 11:13,
14:19
**based** [3] - 36:5,
73:14, 87:10
**bases** [1] - 77:25
**basic** [2] - 25:22,
73:16
**basis** [4] - 26:24, 48:4,
52:17, 76:4
**Bates** [1] - 52:21
**BAYLEN** [1] - 2:8
**BE** [7] - 10:21, 11:7,
11:14, 12:7, 13:13,
13:18, 13:23
**Bea** [1] - 62:10
**beats** [1] - 94:20
**BECAUSE** [1] - 13:9
**become** [3] - 70:8,
73:22, 98:17
**becomes** [2] - 73:23,
85:20
**BEEN** [2] - 10:19,
14:10
**BEFORE** [2] - 1:12,
12:2
**begets** [1] - 89:11
**begin** [1] - 77:11
**behalf** [2] - 44:6,
68:22
**behind** [3] - 40:8,
52:4, 66:1
**BEING** [2] - 11:1, 14:9
**belabor** [1] - 36:17
**BELIEVE** [2] - 10:7,
12:7
**BELIEVES** [1] - 13:23
**believes** [1] - 68:12
**BEN** [1] - 7:12

**bench** [1] - 49:19
**Benge** [1] - 61:19
**BERTAUT** [1] - 4:23
**best** [8] - 29:9, 29:13,
39:8, 57:8, 61:16,
63:1, 86:9, 103:8
**better** [2] - 43:17, 53:8
**between** [4] - 38:12,
40:21, 51:4, 56:13
**beware** [1] - 30:16
**beyond** [1] - 100:11
**bidding** [1] - 21:15
**big** [2] - 39:23, 44:16
**bigger** [1] - 26:16
**Bill** [1] - 78:21
**bill** [4] - 19:5, 19:8,
19:9, 19:11
**bills** [1] - 19:4
**binding** [2] - 70:9,
95:2
**BINGHAM** [1] - 5:17
**bit** [8] - 38:25, 39:21,
39:22, 57:9, 59:7,
81:7, 81:19, 96:11
**black** [3] - 40:16,
80:22, 84:10
**BLANK** [1] - 6:23
**blanket** [1] - 48:2
**blew** [2] - 38:19, 39:6
**BLOCKS** [1] - 10:25
**blocks** [1] - 31:5
**BLOSSMAN** [1] - 5:22
**blossomed** [1] - 50:4
**blowout** [4] - 37:2,
38:22, 39:3, 39:16
**Bly** [4] - 54:5, 54:6,
54:8, 55:2
**board** [2] - 43:25,
91:18
**boat** [1] - 91:15
**BOCKIUS** [1] - 6:6
**bogged** [1] - 95:14
**books** [6] - 32:5,
32:14, 32:17, 32:18,
32:20, 33:11
**BOOKS** [1] - 11:4
**BOP** [2] - 9:5, 18:20,
62:7
**boss** [1] - 55:9
**bottom** [1] - 96:14
**BOULEVARD** [1] - 2:4
**bound** [1] - 82:2
**bounds** [1] - 48:18
**BOX** [2] - 1:18, 3:5
**Boy** [1] - 84:21
**BP** [39] - 3:16, 3:16,
3:17, 3:18, 3:19,
3:20, 3:21, 10:9,
15:13, 15:14, 15:16,

15:19, 19:15, 21:6,
23:13, 24:14, 26:16,
27:12, 27:19, 38:1,
38:9, 42:7, 42:8,
47:7, 56:13, 61:20,
62:11, 63:23, 65:4,
69:12, 71:3, 71:10,
72:20, 88:22, 89:9,
99:16, 99:17, 99:20,
101:8
**BP's** [5] - 30:5, 61:4,
61:22, 89:10, 93:14
**BP-Halliburton** [1] -
99:16
**BP-HALLIBURTON**
[1] - 15:13
**BP/CAMERON** [1] -
14:3
**BP/Cameron** [1] -
74:13
**BRADY** [1] - 7:22
**BRANCH** [1] - 2:19
**break** [1] - 86:16
**Breit** [3] - 35:13,
51:18, 51:21
**BREIT** [23] - 2:10,
2:11, 34:13, 34:15,
34:17, 34:21, 35:10,
35:15, 35:18, 35:22,
36:13, 51:17, 51:19,
52:3, 52:7, 52:9,
53:9, 53:20, 54:3,
54:14, 54:16, 54:18,
55:6
**BRENNAN** [1] - 4:18
**Brian** [6] - 25:19,
27:19, 101:14,
101:16, 101:19,
102:6
**BRIAN** [2] - 2:7, 4:5
**brief** [16] - 35:3, 35:20,
42:14, 46:19, 48:3,
48:22, 67:4, 68:3,
70:11, 79:6, 79:7,
79:21, 79:25, 86:17,
87:11, 87:19
**BRIEF** [4] - 12:6, 14:5,
14:8, 14:20
**BRIEF**.......................
..............[1] - 14:7
**briefed** [1] - 55:24
**briefing** [4] - 43:3,
43:4, 60:6, 98:1
**briefly** [2] - 32:23,
85:12
**briefs** [1] - 87:4
**bright** [1] - 49:22
**bring** [6] - 43:22,
43:23, 66:4, 76:3,
84:1, 101:22

**bringing** [1] - 77:7
**broaden** [1] - 44:8
**BROADWAY** [1] - 6:4
**brought** [2] - 23:25,
75:7
**Brown** [1] - 88:14
**BUILDING** [1] - 6:24
**burden** [2] - 24:4,
90:25
**buried** [1] - 74:18
**BURR** [1] - 7:7
**business** [7] - 19:9,
72:23, 73:5, 76:16,
89:22, 91:20, 91:24
**BUSINESS** [3] - 14:22,
14:24, 15:1
**busy** [1] - 17:23
**buyer** [1] - 30:16
**BY** [40] - 1:4, 1:17,
1:21, 1:24, 2:3, 2:7,
2:11, 2:15, 2:19, 3:4,
3:8, 3:12, 3:22, 4:3,
4:8, 4:14, 4:18, 4:22,
5:4, 5:8, 5:14, 5:17,
5:22, 6:3, 6:7, 6:16,
6:20, 6:23, 7:4, 7:8,
7:12, 7:17, 7:22, 8:8,
8:8, 10:12, 14:5,
14:20, 14:23, 15:1

## C

**CA** [1] - 2:22
**cabined** [1] - 42:13
**calendar** [3] - 83:18,
100:12, 100:14
**CALL** [1] - 13:10
**call/will** [1] - 74:6
**CALLED** [1] - 16:4
**CAMERON** [4] - 4:21,
13:4
**Cameron** [15] - 19:5,
27:21, 63:18, 63:20,
64:18, 69:13, 69:22,
71:8, 71:9, 72:22,
73:5, 73:10, 74:19,
92:16, 94:12
**Cameron's** [2] - 64:12,
93:15
**Cameron/BP** [1] -
66:4
**CAMP** [1] - 3:13
**CAN** [4] - 12:8, 13:19,
14:13, 14:18
**cannot** [2] - 45:15,
49:19
**cap** [3] - 37:6, 37:8,
37:9
**CAP** [1] - 11:24

**capacity** [1] - 18:25
**CAPPING** [1] - 9:5
**Capping** [1] - 18:20
**CAPTAIN** [1] - 9:6
**Captain** [2] - 18:21,
18:24
**CARE** [1] - 12:11
**care** [6] - 19:2, 29:10,
35:23, 47:2, 86:11,
96:20
**careful** [1] - 49:23
**Carmelite** [1] - 71:9
**CARMELITE** [1] - 4:23
**CARONDELET** [1] -
4:23
**carry** [1] - 72:6
**CARVER** [1] - 5:21
**CASE** [2] - 13:21,
13:25
**case** [20] - 40:17,
42:12, 48:4, 49:2,
49:17, 53:2, 67:12,
67:24, 68:13, 70:10,
71:3, 71:8, 75:5,
80:21, 85:19, 95:7,
95:9, 95:15, 96:9
**case-by-case** [1] -
48:4
**cases** [1] - 66:20
**catch** [1] - 77:1
**catch-all** [1] - 77:1
**categories** [1] - 73:25
**category** [4] - 75:16,
82:9, 82:17, 82:23
**CATHY** [1] - 8:3
**Cathy** [2] - 103:3,
103:16
**cathy_Pepper@laed.
uscourts.gov** [1] -
8:6
**Cathy_Pepper@laed
.uscourts.gov** [1] -
103:18
**caught** [1] - 38:19
**causal** [1] - 38:9
**CAUSALLY** [1] - 12:1
**causally** [1] - 38:5
**CAUSED** [1] - 11:23
**caused** [1] - 37:4
**caution** [4] - 49:23,
77:19
**cc** [1] - 86:10
**CCR** [2] - 8:3, 103:16
**cement** [1] - 65:4
**CENTER** [1] - 7:12
**central** [1] - 33:4
**CENTRE** [1] - 4:15
**Cernich** [1] - 61:2
**CERNICH** [1] - 3:4

**certain** [11] - 28:11, 39:2, 41:20, 56:13, 63:21, 67:23, 73:11, 73:23, 80:12, 81:1, 81:2
**CERTAIN** [1] - 13:5
**certainly** [10] - 22:5, 37:2, 42:1, 46:2, 49:25, 58:19, 59:11, 63:22, 69:13, 71:7
**CERTIFICATE** [1] - 103:1
**CERTIFIED** [1] - 8:3
**Certified** [2] - 103:3, 103:4
**certified** [1] - 103:16
**certify** [1] - 103:7
**CHAKERES** [1] - 2:20, 23:17
**Chakeres** [1] - 23:12
**Chakeres'** [1] - 23:15
**challenge** [3] - 65:3, 65:7, 65:8
**CHALLENGE** [1] - 13:13
**CHAMBERS** [1] - 6:19
**chance** [3] - 22:19, 42:14, 45:11
**change** [4] - 55:18, 60:10, 76:1, 95:15
**CHANGED** [1] - 10:20
**changed** [2] - 28:12, 90:10
**changes** [2] - 51:10, 51:12
**charge** [1] - 97:21
**CHARLES** [3] - 7:4, 7:5, 7:22
**check** [1] - 59:10
**Cheryl** [1] - 88:14
**chess** [1] - 80:24
**CHICAGO** [2] - 4:6, 7:9
**chief** [4] - 67:12, 67:24, 68:13, 75:22
**CHIEF** [1] - 13:25
**CHIEF** ........................ ......... [1] - 13:21
**chime** [2] - 89:18, 92:21
**choir** [1] - 61:11
**choose** [2] - 78:11, 80:19
**chooses** [1] - 85:6
**chose** [1] - 34:22
**Christmas** [2] - 93:6, 97:10
**chronological** [1] - 37:13
**CHRYSLER** [1] - 6:24

**CIRCULATE** [1] - 14:25
**circulate** [4] - 17:24, 50:18, 51:13, 91:22
**circulating** [1] - 92:20
**circumstance** [1] - 97:22
**circumstantial** [1] - 38:20
**cited** [1] - 47:7
**civics** [1] - 17:16
**CIVIL** [2] - 1:6, 2:19
**civil** [3] - 17:17, 18:10
**claim** [3] - 37:5, 37:7, 37:8
**claims** [2] - 42:15, 68:21
**clarification** [4] - 83:1, 94:25, 99:21, 99:22
**CLARIFICATION** [1] - 15:16
**CLARITY** [1] - 11:21
**clarity** [3] - 36:22, 71:4, 72:3
**class** [1] - 17:16
**CLAWBACK** [1] - 12:20
**clawback** [4] - 56:11, 56:14, 56:15, 56:16
**CLEANUP** [1] - 15:6
**cleanup** [3] - 97:13, 97:19, 99:7
**clear** [9] - 29:3, 30:4, 37:1, 44:14, 45:6, 61:19, 70:16, 73:8, 101:9
**CLEARLY** [1] - 12:6
**clearly** [5] - 36:23, 36:24, 42:3, 46:20, 102:4
**CLERK** [4] - 88:18, 99:13, 100:18, 100:24
**Clerk's** [1] - 102:22
**client** [1] - 48:17
**CLINGMAN** [5] - 4:18, 73:19, 75:13, 75:16, 83:23
**clock** [1] - 17:1
**CLOSE** [3] - 14:22, 14:23, 15:1
**close** [6] - 72:23, 73:5, 89:22, 91:20, 91:24, 95:17
**closer** [1] - 26:23
**co** [1] - 62:7
**co-signatories** [1] - 62:7
**COAST** [3] - 9:9, 9:16, 9:24

**Coast** [4] - 20:16, 21:2, 22:24, 23:6
**cocktail** [1] - 16:23
**cold** [1] - 84:9
**colleague** [3] - 23:12, 61:2, 64:24
**colleagues** [1] - 43:12
**collection** [3] - 19:9, 20:21, 23:5
**COLLECTION** [1] - 9:23
**colloquy** [1] - 31:7
**COLLOQUY** ............. ............ [1] - 11:2
**column** [2] - 93:13, 93:23
**coming** [10] - 23:8, 27:10, 29:16, 32:24, 50:22, 57:6, 81:3, 81:10, 82:25, 89:6
**COMING** [1] - 11:5
**COMMANDER** [1] - 9:9
**Commander** [4] - 20:16, 20:22, 20:23, 21:9
**comment** [8] - 17:13, 24:17, 25:20, 26:1, 49:8, 89:10, 92:3, 93:1
**commented** [1] - 55:25
**comments** [30] - 24:14, 24:20, 25:2, 25:3, 25:4, 70:5, 88:22, 89:9, 89:11, 89:17, 89:23, 89:24, 90:10, 91:13, 91:16, 91:17, 91:19, 91:22, 92:4, 92:7, 92:17, 92:20, 93:14, 93:15, 93:19, 96:4
**COMMENTS** [3] - 10:9, 10:12, 14:23
**commitments** [1] - 57:12
**COMPANY** [4] - 3:17, 5:12, 7:7
**compare** [1] - 53:16
**compel** [3] - 73:7, 87:10, 88:7
**COMPEL** [1] - 14:18
**compelled** [1] - 61:18
**competent** [2] - 40:15, 40:23
**complained** [1] - 52:13
**complaining** [1] - 39:25
**COMPLETED** [2] -

9:15, 9:19
**completed** [4] - 20:21, 20:25, 22:22, 23:1
**completely** [1] - 38:21
**compliment** [2] - 17:21, 50:5
**compromise** [1] - 81:18
**computer** [1] - 21:4
**COMPUTER** [1] - 8:8
**concept** [1] - 47:1
**CONCEPT** [1] - 12:10
**concern** [2] - 45:1, 81:5
**concerned** [3] - 26:5, 58:24, 70:18
**concluded** [1] - 102:25
**conclusory** [3] - 26:2, 26:3, 26:25
**conduct** [1] - 26:7
**confer** [6] - 22:4, 22:8, 23:14, 23:21, 32:6, 33:7
**CONFERENCE** [1] - 1:12
**conference** [2] - 27:10, 73:24
**conferred** [1] - 35:24
**confined** [1] - 45:2
**confirm** [1] - 78:10
**confirmed** [1] - 78:9
**congratulate** [1] - 101:15
**Congress** [1] - 91:7
**connection** [1] - 60:6
**CONRAD** [1] - 2:15
**consensus** [1] - 26:12
**consequence** [4] - 81:12, 81:13, 81:15, 81:16
**consider** [2] - 75:17, 82:14
**consideration** [1] - 43:22
**considered** [4] - 38:2, 42:8, 42:9, 48:12
**consistent** [2] - 37:24, 58:22
**consistently** [1] - 90:17
**constructive** [1] - 90:15
**contact** [1] - 29:9
**contacting** [1] - 28:17
**contemplating** [1] - 77:11
**contempt** [1] - 18:15
**contents** [1] - 32:19
**contested** [2] - 84:17,

84:24
**context** [9] - 21:16, 26:4, 26:8, 40:20, 41:7, 41:16, 42:11, 77:4, 77:8
**continue** [5] - 31:5, 34:5, 50:18, 51:13, 53:10
**CONTINUE** [1] - 10:25
**CONTINUED** [7] - 2:1, 3:1, 4:1, 5:1, 6:1, 7:1, 8:1
**continuing** [2] - 47:15, 53:10
**contrary** [1] - 18:12
**contrast** [1] - 83:17
**control** [7] - 30:5, 38:6, 38:10, 39:1, 39:6, 41:18, 71:9
**CONTROL** [1] - 12:1
**coordinate** [1] - 18:23
**coordinating** [1] - 23:13
**copied** [1] - 29:19
**copies** [1] - 19:18
**copy** [1] - 16:16
**COREY** [1] - 3:8
**Corey's** [1] - 25:10
**Coronado** [3] - 27:21, 28:5, 28:6
**CORONADO** ............. ................... [1] - 10:18
**CORPORATE** [1] - 2:15
**CORPORATION** [4] - 3:18, 4:22, 5:12, 6:23
**CORPS** [1] - 9:24
**Corps** [1] - 23:6
**correct** [12] - 17:2, 52:2, 55:11, 55:19, 59:14, 64:24, 67:12, 76:18, 76:19, 94:8, 99:19, 103:7
**CORRECTED** [1] - 10:20
**corrected** [2] - 28:13, 29:4
**correction** [1] - 52:8
**corresponded** [1] - 23:18
**correspondence** [1] - 22:3
**corresponding** [1] - 50:17
**corrupted** [1] - 21:2
**COTLAR** [1] - 1:20
**COUNSEL** [3] - 1:17, 11:2, 11:10

counsel [7] - 31:7, 34:10, 34:17, 49:9, 49:12, 75:9, 86:10
counsel-created [1] - 34:10
COUNSEL-CREATED [1] - 11:10
count [2] - 17:1, 47:20
counter [1] - 31:11
counter-designations [1] - 31:11
counting [2] - 17:2, 78:5
counts [1] - 102:11
couple [8] - 27:12, 27:13, 28:11, 28:16, 56:5, 70:5, 79:1, 100:10
course [3] - 63:6, 80:14, 86:13
court [6] - 37:24, 49:19, 56:3, 80:12, 82:11, 101:16
COURT [251] - 1:1, 8:3, 8:4, 16:4, 16:7, 16:10, 16:14, 16:17, 16:18, 17:4, 17:10, 17:14, 17:18, 17:20, 18:1, 18:3, 18:5, 18:12, 18:17, 18:20, 19:20, 20:8, 20:10, 20:13, 20:19, 21:12, 23:11, 24:8, 24:22, 25:10, 25:14, 25:17, 26:1, 26:15, 26:22, 27:5, 27:8, 28:5, 28:20, 28:23, 29:6, 29:10, 29:15, 29:21, 29:24, 30:21, 30:25, 31:13, 31:16, 31:21, 31:23, 33:17, 33:22, 34:5, 34:9, 34:16, 34:20, 34:24, 35:4, 35:8, 35:14, 35:21, 36:2, 36:7, 36:11, 36:16, 36:24, 37:3, 40:8, 41:2, 41:4, 41:10, 41:15, 42:16, 43:4, 43:7, 43:10, 43:14, 43:21, 44:2, 44:5, 44:14, 44:18, 45:6, 45:19, 45:23, 46:14, 46:18, 46:24, 47:12, 47:19, 48:21, 49:6, 50:1, 50:3, 50:8, 51:8, 51:18, 52:2, 52:6, 53:6, 53:18, 53:23, 54:15, 54:17, 54:19, 55:9,

55:15, 55:22, 56:18, 57:10, 57:13, 57:23, 58:2, 58:11, 58:14, 59:2, 59:8, 59:14, 59:21, 59:25, 60:9, 60:13, 60:16, 60:18, 60:21, 60:24, 61:5, 61:15, 61:24, 62:18, 62:22, 62:24, 63:16, 64:10, 64:25, 65:8, 65:12, 65:14, 66:1, 66:6, 66:25, 67:5, 67:10, 67:14, 67:17, 67:24, 68:4, 68:7, 68:11, 69:8, 69:16, 69:20, 69:25, 71:5, 71:22, 72:5, 72:14, 72:20, 72:22, 73:1, 73:4, 74:8, 74:24, 75:6, 75:12, 75:15, 76:4, 76:6, 76:8, 76:18, 77:14, 77:16, 78:2, 78:17, 78:24, 79:5, 79:14, 79:17, 79:25, 80:9, 80:17, 81:21, 81:24, 82:5, 82:24, 83:5, 83:10, 83:22, 85:8, 86:1, 86:12, 86:16, 86:19, 86:22, 86:25, 87:13, 87:18, 87:21, 87:24, 88:4, 88:19, 89:3, 89:20, 90:2, 90:4, 90:13, 90:15, 91:13, 91:19, 92:10, 92:13, 93:4, 93:8, 93:10, 93:21, 94:6, 94:16, 94:23, 95:5, 95:8, 95:19, 95:22, 95:25, 96:7, 96:15, 96:19, 96:25, 97:4, 98:24, 99:2, 99:11, 99:14, 99:20, 99:22, 100:1, 100:5, 100:7, 100:13, 100:16, 100:21, 101:2, 101:5, 101:7, 101:14, 101:19, 101:21, 102:1, 102:7, 102:11, 102:14
Court [21] - 22:4, 26:11, 34:17, 35:15, 36:15, 38:18, 49:10, 49:12, 49:19, 53:2, 53:11, 64:7, 67:3, 77:23, 85:25, 87:17, 103:4, 103:5, 103:6, 103:17, 103:17
COURT'S [1] - 11:13
Court's [6] - 36:5,

39:21, 65:22, 70:20, 78:8, 78:11
courtroom [1] - 33:13, 33:23, 35:11
courts [3] - 80:5, 80:7
cover [7] - 34:2, 77:25, 79:21, 85:10, 102:17, 102:18, 102:20
COVER [1] - 15:20
covered [6] - 28:2, 36:18, 40:11, 55:6, 55:7, 55:10
covering [1] - 50:21
COVERING [1] - 12:16
crazy [1] - 31:24
CREATED [2] - 11:10, 11:17
created [2] - 34:10, 36:8
creates [1] - 35:6
credibility [4] - 84:9, 84:14, 84:18, 84:23
credible [1] - 84:11, 84:12
critical [2] - 61:20, 84:12
CROOK [1] - 12:24
Crook [1] - 57:18
crook [6] - 58:7, 58:17, 61:4, 61:21, 65:4
crook's [2] - 58:9, 99:23
CROOK.................... ....................... [2] - 13:2, 13:14
cross [3] - 32:2, 64:20, 73:14
CROSS [1] - 13:10
cross-designate [1] - 32:2
cross-examine [1] - 64:20
CROSS-EXAMINE [1] - 13:10
CRR [2] - 8:3, 103:16
cure [5] - 51:20, 52:6, 53:3, 54:12, 55:13
cured [2] - 51:25, 52:5
curing [1] - 53:21
current [2] - 20:6, 93:12
CURRENTLY [1] - 9:18
Curt [1] - 91:8
cut [2] - 39:18, 39:21
cutest [1] - 101:24
CX [5] - 52:4, 52:6, 52:7, 52:10

D

DALLAS [1] - 5:6
damages [1] - 40:19
damn [1] - 47:10
DARDEN [1] - 5:21
data [1] - 22:17
DATE [1] - 12:25
date [8] - 21:7, 57:19, 59:18, 68:14, 80:12, 81:8, 81:19, 98:4
DATE....... [1] - 13:25
dates [7] - 57:20, 57:24, 59:7, 97:12, 99:10, 100:12, 100:13
DATES.................... [1] - 15:5
DAUBERT [1] - 13:13
Daubert [4] - 57:3, 57:4, 65:3, 65:7
DAY [1] - 15:7
days [10] - 17:1, 21:10, 37:10, 37:11, 42:5, 47:21, 56:5, 58:25, 100:10, 101:17
DC [3] - 3:5, 4:9, 5:19
de [1] - 53:9
de-duping [1] - 53:9
DEADLINE [5] - 9:14, 9:17, 10:3, 10:7, 14:23
deadline [21] - 21:20, 22:6, 22:24, 24:5, 24:12, 49:4, 49:5, 49:6, 57:2, 57:3, 57:5, 57:6, 57:11, 57:13, 81:6, 88:6, 89:16, 89:20, 91:19, 93:1
DEADLINE............... [1] - 9:10
deadlines [2] - 22:21, 23:9
deal [5] - 31:23, 35:5, 50:10, 51:7, 60:11
dealing [1] - 83:7
Deb [2] - 44:4, 44:5
DEBORAH [1] - 5:14
December [4] - 9:11, 53:10, 97:17, 98:4
decide [1] - 71:24
decided [1] - 27:11
decides [2] - 72:10, 81:11
DECIDES [1] - 14:2
deciding [2] - 59:20, 73:20

decision [2] - 69:5, 71:2
decisions [1] - 73:21
declare [1] - 89:22
DECLARE [1] - 14:22
DEEPWATER [3] - 1:4, 4:12, 4:13
defeat [1] - 76:12
defeats [1] - 26:14
defendant [1] - 92:7
DEFENDANTS [1] - 14:23
defendants [9] - 27:23, 38:12, 90:18, 90:22, 91:12, 91:19, 91:22, 95:1, 96:10
DEFENDANTS.......... .. [1] - 14:25
defense [3] - 86:10, 88:2, 91:1
defer [2] - 62:1, 69:23
definitive [1] - 42:20
degree [1] - 38:11
delete [2] - 39:8, 73:10
deleted [3] - 37:22, 51:10, 51:11
deletes [1] - 50:16
DELETIONS [1] - 12:14
deletions [1] - 50:11
delivered [1] - 19:18
demands [1] - 97:18
demonstrative [1] - 34:19
DEMONSTRATIVE [1] - 11:12
DENISE [1] - 6:7
Denise [7] - 69:9, 69:16, 72:18, 74:22, 74:24, 78:19, 78:24
Dennis [1] - 94:9
DENNIS [1] - 6:20
deny [1] - 61:18
DEPARTMENT [2] - 2:18, 3:4
depose [1] - 65:9
deposed [12] - 27:23, 62:8, 62:11, 63:2, 65:5, 71:11, 79:4, 82:11, 82:16, 82:20, 83:21, 84:5
DEPOSITION [4] - 10:16, 10:19, 12:24, 13:20
deposition [23] - 20:23, 27:15, 28:12, 29:18, 57:18, 58:9, 59:1, 63:3, 63:9, 63:11, 63:13, 67:11, 67:13, 68:20, 71:16,

71:17, 76:13, 77:12, 78:13, 82:15, 83:3, 83:7, 99:23
**depositions** [6] - 22:2, 29:8, 35:19, 62:1, 69:10, 69:11
**DEPOSITIONS** [1] - 9:12
**deprived** [1] - 84:20
**describes** [1] - 30:5
**DESCRIPTION** [1] - 14:13
**description** [1] - 86:5
**designate** [5] - 32:2, 33:10, 63:13, 98:22, 98:24
**DESIGNATED** [2] - 11:1, 14:18
**designated** [4] - 31:6, 60:2, 77:18, 87:9
**designates** [1] - 33:15
**designation** [10] - 27:21, 28:3, 29:18, 52:12, 77:13, 82:12, 82:15, 83:8, 83:17, 85:18
**DESIGNATIONS** [1] - 10:16
**designations** [14] - 27:16, 27:17, 27:18, 27:24, 29:22, 29:25, 31:11, 63:12, 71:16, 76:13, 82:22, 83:3, 84:16
**DESIGNATIONS........ ..............................** .. [1] - 10:17
**designee** [2] - 21:8, 33:20
**determinations** [1] - 84:19
**determine** [1] - 78:8
**determined** [1] - 28:1
**detriment** [1] - 84:2
**develop** [1] - 46:8
**devise** [1] - 33:9
**DEVISING** [1] - 11:5
**devising** [1] - 32:23
**DEXTER** [1] - 3:9
**dice** [1] - 75:10
**differ** [1] - 61:21
**difference** [3] - 45:25, 46:2, 46:12
**different** [12] - 51:6, 52:9, 52:22, 53:14, 53:25, 54:6, 61:9, 61:22, 67:1, 72:3, 84:7, 90:8
**difficult** [2] - 55:4, 90:12

**dig** [1] - 94:19
**dilatory** [1] - 90:3
**diligence** [1] - 94:14
**direct** [5] - 66:13, 66:19, 66:24, 67:16, 71:11
**directed** [1] - 28:10
**DIRECTLY** [1] - 11:25
**directly** [6] - 29:5, 38:5, 38:10, 38:15, 39:1, 40:6
**disagree** [8] - 26:10, 43:7, 54:16, 75:2, 92:5, 93:15, 94:7, 94:21
**DISCOVERY** [3] - 1:12, 10:6, 15:9
**discovery** [15] - 20:10, 24:2, 24:4, 24:7, 24:24, 26:7, 27:2, 44:12, 45:4, 46:5, 97:11, 97:18, 97:22, 98:1, 98:10
**DISCOVERY............ ** [1] - 15:4
**DISCOVERY............ ........................** [1] - 9:8
**discrete** [1] - 43:22
**discuss** [2] - 27:18, 47:1
**DISCUSS** [1] - 12:10
**discussed** [2] - 37:24, 82:18
**discussing** [2] - 34:12, 70:6
**discussion** [5] - 32:22, 34:5, 43:17, 72:7, 82:7
**discussions** [1] - 42:16
**disobedience** [3] - 17:17, 18:10
**disparate** [1] - 67:2
**dispute** [4] - 47:15, 56:12, 56:14, 56:17
**DISTRICT** [2] - 1:1, 1:1
**District** [4] - 35:15, 103:6, 103:17
**DIVISION** [1] - 2:19
**DO** [5] - 9:14, 11:19, 12:5, 15:5
**doable** [1] - 99:8
**Document** [1] - 53:24
**document** [12] - 26:12, 27:9, 35:6, 52:17, 52:21, 52:23, 55:3, 55:13, 55:14, 55:16, 55:17
**DOCUMENT** [2] - 1:9,

10:15
**documents** [9] - 20:25, 21:4, 22:23, 23:4, 23:5, 32:24, 33:10, 48:8, 56:13
**DOCUMENTS** [4] - 9:16, 9:22, 9:23, 11:6
**DOE** [2] - 9:19, 23:1
**dog** [1] - 46:24
**DOJ** [3] - 19:17, 19:21, 66:16
**DOMENGEAUX** [1] - 1:17
**DOMINION** [1] - 2:11
**DON** [2] - 3:22, 13:15
**Don** [17] - 16:10, 16:11, 17:7, 18:5, 19:24, 20:4, 20:8, 59:6, 60:16, 65:2, 65:14, 65:16, 66:2, 72:15, 100:7, 100:22, 101:5
**DON'T** [1] - 14:2
**DONALD** [1] - 5:4
**done** [8] - 26:19, 26:20, 33:8, 39:8, 44:12, 45:4, 54:10, 94:14
**door** [2] - 21:8, 77:23
**DOUGLAS** [1] - 3:12
**DOWN** [1] - 13:17
**down** [30] - 17:1, 17:23, 25:12, 29:23, 34:14, 34:15, 34:16, 56:6, 63:16, 65:19, 65:23, 69:4, 69:5, 69:18, 71:9, 72:20, 73:6, 76:21, 76:23, 77:6, 79:3, 79:11, 80:22, 81:7, 81:21, 87:17, 87:18, 92:10, 95:14, 98:17
**dozens** [1] - 77:12
**drafter** [1] - 95:16
**draw** [1] - 49:22
**drawing** [3] - 37:14, 43:25, 91:18
**DRC** [1] - 7:21
**DRESCHER** [1] - 2:10
**dress** [1] - 17:23
**drew** [1] - 38:4
**DRIL** [1] - 6:19
**Dril** [3] - 88:21, 94:9, 95:9
**DRIL-QUIP** [1] - 6:19
**Dril-Quip** [3] - 88:21, 94:9, 95:9
**drill** [4] - 18:22, 19:2, 37:10, 62:6

**drilling** [1] - 65:17
**DRILLING** [1] - 4:13
**drink** [1] - 16:21
**DRIVE** [3] - 2:12, 2:15, 7:8
**drive** [2] - 21:1, 21:3
**driving** [1] - 31:24
**dropped** [1] - 28:3
**dropping** [1] - 27:22
**due** [7] - 20:6, 36:5, 65:4, 70:17, 71:13, 94:14, 98:4
**DUE** [2] - 11:14, 13:13
**Duffy** [5] - 89:2, 91:21, 91:24, 92:1, 92:14
**DUFFY** [15] - 4:4, 15:1, 89:1, 89:4, 92:9, 92:12, 92:18, 94:25, 95:6, 95:13, 95:20, 95:23, 96:3, 96:9, 96:18
**Duke** [1] - 69:18
**duping** [1] - 53:9
**duplicate** [1] - 52:21
**duplicated** [1] - 52:24
**duplicates** [1] - 53:7
**duplication** [3] - 53:4, 53:16, 64:2
**duplicative** [1] - 73:22
**DURING** [2] - 12:7, 14:1
**during** [10] - 30:8, 35:11, 35:19, 46:21, 47:15, 49:1, 49:2, 72:9, 73:20, 80:14

**E**

**E&P** [1] - 5:12
**e-mail** [6] - 21:16, 22:16, 34:18, 56:1, 56:7, 86:10
**E-MAIL** [1] - 12:18
**e-mails** [2] - 20:24, 29:19
**early** [5] - 16:13, 21:5, 23:19, 90:24, 102:12
**easier** [1] - 31:10
**EASTERN** [1] - 1:1
**Eastern** [2] - 35:15, 103:6
**easy** [4] - 18:8, 39:7, 47:12, 51:14
**EDWARD** [1] - 6:3
**EDWARDS** [1] - 1:17
**effect** [1] - 73:12
**effectively** [4] - 40:12, 66:14, 73:11, 77:1
**efficient** [1] - 74:2

**effort** [2] - 24:3, 48:14
**efforts** [1] - 30:5
**either** [10] - 29:4, 48:24, 51:4, 69:23, 71:5, 71:17, 84:11, 84:20, 85:2, 85:23
**eliciting** [1] - 81:2
**Ellis** [5] - 86:21, 86:22, 87:1, 87:3, 88:13
**ELLIS** [3] - 4:3, 4:8, 14:16
**ELM** [1] - 5:6
**ELSE** [2] - 13:23, 14:6
**EMERGENCY** [1] - 7:21
**employee** [1] - 27:21
**enable** [1] - 49:18
**encourage** [1] - 33:24
**end** [16] - 23:8, 24:5, 31:8, 39:5, 39:15, 40:11, 69:23, 86:2, 86:6, 86:7, 93:11, 93:17, 93:18, 95:23, 98:10, 99:6
**END** [3] - 10:3, 14:10, 14:14
**endeavor** [1] - 58:23
**endeavored** [1] - 78:7
**endorse** [2] - 64:12, 64:16
**endorsement** [1] - 66:3
**ENERGY** [2] - 4:15, 5:3
**ENFORCEMENT** [1] - 3:3
**engage** [1] - 96:19
**engaged** [1] - 17:16
**Engineers** [1] - 23:6
**ENGINEERS.....** [1] - 9:24
**Englebert** [2] - 18:21, 18:24
**ENGLEBERT** [1] - 9:6
**entail** [1] - 42:9
**entered** [1] - 97:10
**entire** [2] - 39:10, 71:14
**entitled** [2] - 42:7, 103:9
**ENVIRONMENTAL** [1] - 3:3
**EOP** [2] - 9:23, 23:5
**EPA** [2] - 9:19, 23:1
**errata** [4] - 28:12, 29:1, 29:12, 30:1
**ERRATA** [1] - 10:19
**especially** [2] - 40:17, 74:9
**espoused** [1] - 64:21

ESPOUSED [1] - 13:11
ESQUIRE [43] - 1:17, 1:21, 1:24, 2:3, 2:7, 2:11, 2:15, 2:19, 2:20, 2:20, 3:4, 3:8, 3:8, 3:12, 3:22, 4:3, 4:4, 4:4, 4:5, 4:8, 4:14, 4:18, 4:22, 4:23, 5:4, 5:4, 5:5, 5:8, 5:14, 5:17, 5:18, 5:22, 6:3, 6:7, 6:7, 6:16, 6:20, 6:23, 7:4, 7:8, 7:12, 7:17, 7:22
establish [3] - 41:19, 44:23
esteemed [1] - 43:11
etcetera [5] - 33:12, 38:13, 38:17, 85:20, 86:11
EVEN [1] - 11:25
event [1] - 56:16
events [1] - 40:3
eventual [1] - 29:5
EVENTUALLY [1] - 10:21
eventually [1] - 28:14
EVERY [1] - 9:16
evidence [18] - 35:7, 38:21, 40:3, 41:13, 42:23, 43:12, 43:19, 44:11, 44:15, 45:12, 46:1, 63:15, 64:23, 66:17, 66:23, 67:20, 73:21, 74:3
exact [1] - 52:11
exactly [6] - 49:11, 50:8, 57:4, 72:14, 74:2, 101:2
examination [1] - 66:24
EXAMINE [1] - 13:10
examine [1] - 64:20
example [5] - 41:19, 44:18, 44:20, 55:1, 94:12
examples [3] - 28:20, 46:16, 46:17
Excel [1] - 50:19
EXCEPT [1] - 9:16
except [2] - 22:23, 73:14
exception [1] - 80:16
exceptions [1] - 55:18
exchange [2] - 29:19, 74:12
exchanged [1] - 23:20
exclusive [2] - 38:8, 40:3
EXCLUSIVE..............

. [1] - 12:3
EXECUTIVE [1] - 9:21
Executive [1] - 23:4
exercise [2] - 76:14, 78:12
exhibit [17] - 18:22, 32:25, 33:10, 50:11, 50:14, 50:16, 50:17, 50:19, 51:23, 52:1, 52:3, 54:7, 54:23, 54:25, 78:3, 78:4
Exhibit [6] - 53:12, 54:5, 54:8, 54:9, 55:2, 55:3
EXHIBIT [2] - 11:6, 12:14
exhibits [15] - 32:4, 34:10, 34:19, 35:10, 35:18, 35:22, 36:5, 36:8, 50:15, 51:1, 51:2, 52:19, 53:5, 53:13
EXHIBITS [2] - 11:11, 11:14
EXHIBITS.................
....... [1] - 11:10
EXHIBITS.................
.......... [2] - 11:12, 11:17
EXHIBITS.................
.............. [1] - 11:3
exist [1] - 28:16
existing [1] - 22:25
EXISTING [1] - 9:18
expanded [1] - 88:6
EXPECT [1] - 15:5
expect [3] - 21:4, 22:17, 97:11
expectation [1] - 100:15
expecting [1] - 102:13
expert [45] - 56:24, 58:16, 58:18, 58:21, 58:25, 59:19, 59:23, 60:1, 61:6, 61:9, 61:20, 61:22, 62:20, 63:2, 63:4, 63:6, 63:20, 64:8, 64:19, 65:4, 65:16, 65:17, 65:24, 66:5, 66:9, 66:10, 66:14, 66:22, 67:7, 67:11, 68:13, 68:20, 69:11, 70:8, 70:24, 71:14, 71:20, 71:23, 72:5, 72:11, 81:14, 82:18
EXPERT [6] - 13:1, 13:4, 13:8, 13:15, 13:20, 13:24
expert's [5] - 63:9,

63:13, 63:24, 68:1, 71:16
EXPERT......... [1] - 14:2
EXPERTS [1] - 13:10
experts [12] - 58:23, 64:20, 69:4, 69:14, 70:20, 71:1, 71:9, 73:10, 74:7, 74:9, 76:21, 79:3
explain [1] - 84:1
EXPLORATION [1] - 3:19
explore [1] - 37:3
explosion [2] - 37:2, 38:24
extend [2] - 24:5, 65:5
EXTEND [1] - 10:3
EXTENSION [2] - 9:10, 10:1
extension [2] - 21:19, 23:24
extent [4] - 24:17, 39:8, 40:22, 63:8
extra [1] - 78:14
extracts [1] - 79:4

F

FACILITATE [1] - 12:13
facilitate [1] - 50:10
fact [22] - 38:8, 38:21, 42:5, 53:20, 63:12, 63:22, 66:12, 70:18, 71:8, 75:9, 80:25, 81:14, 82:10, 82:16, 83:16, 84:13, 84:18, 84:24, 88:13, 95:11, 97:2, 97:3
factor [1] - 77:16
facts [2] - 25:22, 96:24
failure [2] - 38:25, 39:16
fair [11] - 30:20, 30:21, 40:13, 42:4, 57:12, 60:19, 65:12, 65:13, 65:14, 75:18, 92:11
faith [3] - 50:16, 50:17, 76:24
fall [2] - 83:15, 84:7
falls [1] - 96:12
family [1] - 101:12
FANNIN [1] - 4:19
far [4] - 19:2, 22:22, 29:11, 97:13
fashion [1] - 58:19
fault [6] - 38:11, 38:12, 38:19, 38:23,

42:18
favor [1] - 25:7
favoring [1] - 79:10
February [2] - 46:13, 59:1
FEDERAL [1] - 2:18
Federal [2] - 35:15, 80:5
federal [3] - 80:5, 80:7, 80:12
few [7] - 29:9, 47:21, 48:5, 58:25, 75:10, 91:16, 101:17
FIFTEENTH [1] - 4:9
Fifth [3] - 85:14, 86:1, 86:7
FIFTH [2] - 6:16, 14:9
figure [4] - 29:15, 46:6, 46:8, 51:12
file [9] - 35:20, 56:15, 61:5, 63:20, 79:5, 79:7, 79:14, 98:7, 98:19
FILE [3] - 13:4, 14:5, 14:7
filed [4] - 50:20, 61:4, 63:7, 81:12
filing [2] - 64:8, 98:12
final [9] - 45:15, 45:17, 50:11, 50:14, 50:19, 54:23, 90:22, 96:15, 96:17
FINAL [1] - 12:14
finalize [1] - 25:4
FINANCIAL [1] - 6:15
financial [1] - 46:12
fine [22] - 16:9, 19:12, 20:13, 24:17, 36:16, 41:5, 47:11, 50:12, 68:4, 68:11, 73:13, 82:6, 87:25, 89:3, 89:15, 94:10, 94:23, 96:20, 101:18
finer [1] - 82:7
finger [1] - 31:14
finish [1] - 24:6
FINISH [1] - 10:4
finished [2] - 20:1, 70:3
FINN [1] - 5:22
fire [3] - 37:2, 38:19, 38:24
firm [3] - 21:7, 57:12, 61:13
FIRM [1] - 1:23
first [11] - 25:13, 35:23, 45:14, 46:3, 46:13, 55:25, 58:25, 68:5, 74:16, 93:13, 96:4

Fitch [3] - 28:8, 45:9, 56:21
FITCH [13] - 5:17, 28:8, 28:21, 28:24, 29:7, 29:13, 35:17, 45:8, 45:22, 45:25, 56:21, 57:12, 86:18
FIVE [1] - 12:5
five [8] - 28:19, 28:25, 29:8, 44:19, 46:15, 46:19, 82:22, 102:12
fixed [1] - 21:3
FL [1] - 2:8
flag [2] - 31:4, 98:23
FLANAGAN [1] - 7:21
FLANDERS [1] - 6:3
flat [1] - 26:10
flavor [1] - 85:8
floating [1] - 89:19
FLOOR [4] - 2:21, 4:15, 6:20, 7:18
flow [2] - 37:4, 37:9
FLOW........ [1] - 11:23
fluid [1] - 65:17
flurry [1] - 21:16
focus [4] - 18:9, 41:17, 73:23, 74:8
follow [4] - 41:6, 68:15, 68:16, 72:17
follow-up [1] - 72:17
followed [2] - 42:19, 91:8
FOLLOWING [3] - 11:20, 14:8, 15:2
following [4] - 36:14, 80:1, 91:24, 100:19
fooling [1] - 89:21
footnote [1] - 47:8
FOR [35] - 1:16, 1:23, 2:18, 3:3, 3:7, 3:11, 3:16, 4:11, 4:21, 5:3, 5:11, 5:21, 6:6, 6:10, 6:19, 6:22, 7:3, 7:7, 7:11, 7:21, 9:6, 9:12, 9:16, 9:19, 9:21, 9:23, 10:1, 10:8, 11:21, 12:25, 13:1, 13:13, 14:20, 14:23
force [1] - 71:20
forced [1] - 74:4
forego [1] - 81:2
foregoing [1] - 103:7
foreseen [1] - 44:17
forgot [1] - 101:14
forgotten [1] - 21:18
form [1] - 48:7
formal [1] - 24:7
FORMAL [1] - 10:6
formally [1] - 50:20
format [4] - 50:19,

51:15, 93:12, 93:20
**forth** [3] - 64:9, 65:22, 71:12
**fortunately** [1] - 80:21
**forward** [4] - 24:16, 96:21, 101:8, 101:10
**four** [6] - 28:18, 28:25, 29:8, 39:18, 53:25, 62:6
**frame** [3] - 40:23, 47:13, 47:14
**FRANCISCO** [1] - 2:22
**frankly** [6] - 29:14, 47:10, 63:20, 71:2, 72:4, 83:13
**FRANKLY** [1] - 13:4
**free** [1] - 17:23
**FRIDAY** [2] - 1:7, 16:2
**friends** [1] - 87:16
**friendship** [1] - 18:7
**FRILOT** [1] - 4:14
**FROM** [6] - 9:23, 9:25, 10:15, 11:6, 12:14, 13:24
**frustration** [1] - 37:18
**full** [1] - 41:23
**fun** [1] - 18:17
**function** [1] - 63:11
**fundamental** [1] - 36:21
**fussing** [1] - 73:7
**future** [1] - 56:17

## G

**gag** [1] - 49:9
**Gale** [2] - 62:10, 62:11
**gallons** [2] - 44:20, 48:10
**GALLOWAY** [2] - 7:16, 7:17
**game** [1] - 87:16
**gander** [1] - 62:14
**GASAWAY** [7] - 4:8, 19:15, 20:2, 20:18, 21:14, 24:10, 25:9
**Gasaway** [1] - 19:15
**gasoline** [1] - 41:23
**GATE** [1] - 2:21
**general** [3] - 22:6, 43:6, 55:18
**GENERAL'S** [1] - 3:7
**gentlemen** [1] - 102:22
**GET** [7] - 10:8, 10:12, 11:5, 11:16, 12:16, 14:17, 15:1
**GETTING** [1] - 10:21
**GIVE** [1] - 10:4

**given** [3] - 35:24, 71:11, 82:15
**glad** [1] - 35:22, 63:17
**glass** [1] - 102:9
**gluing** [1] - 80:23
**GO** [1] - 12:16
**goal** [2] - 101:3, 101:5
**GODWIN** [38] - 5:3, 5:4, 5:8, 16:9, 16:12, 17:8, 18:9, 19:25, 20:4, 20:9, 58:1, 58:5, 58:12, 58:15, 59:12, 59:15, 59:22, 60:17, 60:23, 61:7, 65:1, 65:10, 65:13, 65:15, 68:15, 69:17, 69:21, 70:1, 70:4, 72:16, 72:24, 99:25, 100:6, 100:8, 100:15, 100:17, 101:3, 101:6
**Godwin** [6] - 16:10, 20:4, 64:13, 64:25, 65:2, 69:24
**GOING** [5] - 11:19, 13:10, 13:16, 14:5, 15:14
**gold** [1] - 16:21
**GOLDEN** [1] - 2:21
**GONE**........................
............ [1] - 12:23
**goose** [1] - 62:13
**gosh** [1] - 84:15
**GOTSHAL** [1] - 6:15
**government** [2] - 42:2, 97:16
**GOVERNMENT** [1] - 2:18
**government's** [1] - 46:1
**GP** [1] - 7:15
**GP-SUB** [1] - 7:15
**gracious** [1] - 21:20
**grant** [1] - 21:20
**great** [8] - 21:12, 24:3, 25:10, 45:1, 55:8, 80:2, 100:22, 102:15
**greater** [1] - 73:23
**greatly** [1] - 44:8
**gremlins** [1] - 21:4
**gripe** [1] - 62:2
**gross** [6] - 38:12, 38:16, 40:18, 41:17, 41:19, 42:12
**groundwork** [1] - 27:1
**group** [5] - 77:2, 77:10, 77:15, 91:1, 92:4
**Group** [1] - 27:22
**GROUP** [3] - 2:14,

7:15, 7:16
**Guard** [4] - 20:16, 21:2, 22:24, 23:6
**GUARD** [3] - 9:9, 9:16, 9:24
**guess** [14] - 17:21, 33:3, 37:17, 39:22, 40:2, 40:4, 46:23, 48:21, 66:2, 86:9, 87:22, 88:14, 94:25, 95:13
**guessing** [1] - 41:8
**guest** [1] - 16:22
**guidance** [2] - 56:6, 57:2
**GULF** [1] - 1:5
**guy** [1] - 28:21
**guys** [11] - 17:1, 17:22, 24:25, 32:6, 34:6, 51:10, 51:11, 55:23, 69:21, 88:1, 89:20

## H

**HAD** [2] - 10:9, 10:10
**hair** [1] - 84:17
**HALLIBURTON** [3] - 5:3, 13:15, 15:13
**Halliburton** [21] - 19:5, 20:4, 20:5, 31:2, 33:7, 57:24, 59:18, 61:16, 61:20, 61:21, 65:2, 65:15, 65:17, 65:24, 68:20, 69:3, 69:12, 88:21, 91:17, 99:16, 100:18
**Halliburton's** [3] - 58:16, 58:21, 88:23
**HALLIBURTON'S** [1] - 13:1
**hand** [3] - 19:18, 35:11, 48:1
**hand-delivered** [1] - 19:18
**handful** [2] - 25:24, 85:22
**handle** [3] - 21:24, 31:17, 76:21
**hands** [2] - 21:1, 33:25
**handwriting** [3] - 51:25, 52:14, 53:22
**HAPPENED** [1] - 12:2
**happily** [1] - 27:25
**happy** [8] - 22:19, 23:10, 29:23, 34:7, 58:6, 98:6, 98:21, 101:12

**hard** [7] - 21:1, 24:15, 51:14, 54:11, 54:14, 54:15, 84:9
**HARD** [1] - 10:10
**HAS** [7] - 9:17, 10:11, 10:19, 12:15, 13:15, 14:10, 15:16
**haul** [1] - 18:15
**HAVE** [1] - 10:5
**HAYCRAFT** [4] - 3:22, 17:19, 96:22, 97:1
**HB406** [1] - 8:5
**head** [3] - 16:20, 39:15, 48:15
**heading** [1] - 39:15
**healthy** [1] - 102:14
**hear** [11] - 18:3, 25:15, 25:16, 26:16, 43:18, 55:15, 60:3, 60:4, 72:19, 78:16
**heard** [5] - 16:14, 72:15, 72:19, 89:12, 99:7
**HEARD** [1] - 1:12
**hearing** [2] - 43:11, 56:4
**hearings** [1] - 91:8
**hears** [1] - 45:16
**hearsay** [1] - 52:18
**HEIDEN** [1] - 7:8
**held** [1] - 86:13
**hell** [1] - 90:14
**hello** [1] - 93:5
**help** [1] - 96:21
**helpful** [4] - 25:5, 27:5, 95:19, 95:25
**helping** [1] - 51:20
**hereby** [1] - 103:7
**HERMAN** [13] - 1:20, 1:21, 34:7, 37:12, 69:19, 85:12, 86:9, 86:15, 88:2, 88:5, 88:16, 99:1
**Herman** [7] - 32:17, 33:14, 33:20, 97:20, 98:3, 98:22, 98:24
**HESI's** [1] - 93:14
**highly** [1] - 38:21
**highway** [1] - 41:23
**HIM** [2] - 14:18
**HIMMELHOCH** [7] - 2:20, 20:12, 20:21, 22:15, 23:12, 23:22, 25:16
**himself** [1] - 20:23
**HIS** [4] - 12:24, 12:25, 13:17, 13:20
**history** [1] - 101:25
**hold** [2] - 39:9, 86:6
**HOLD** [1] - 14:14

**holding** [1] - 86:8
**HOLDINGS** [3] - 3:20, 4:11, 6:11
**home** [3] - 16:12, 23:25, 102:8
**honest** [1] - 60:5
**honor** [1] - 84:21
**Honor** [72] - 16:12, 17:3, 17:12, 20:3, 20:5, 20:9, 20:12, 23:7, 25:9, 25:19, 27:19, 29:17, 30:23, 32:8, 32:11, 32:23, 33:6, 34:4, 34:7, 34:13, 35:2, 35:16, 35:18, 36:3, 36:10, 36:17, 36:19, 41:5, 44:3, 47:17, 49:10, 50:24, 51:17, 54:20, 58:1, 59:13, 60:5, 60:17, 61:2, 61:8, 62:17, 62:20, 64:17, 65:1, 65:10, 68:1, 69:5, 69:9, 69:22, 70:2, 70:15, 71:7, 72:18, 73:19, 74:11, 74:22, 75:1, 75:17, 78:7, 78:19, 80:3, 80:4, 85:17, 86:10, 86:20, 87:6, 88:9, 89:1, 97:8, 100:17, 101:4, 101:6
**Honor's** [1] - 40:13
**HONORABLE** [1] - 1:12
**hope** [3] - 17:5, 18:8, 27:7
**hopefully** [7] - 26:23, 77:25, 86:11, 97:19, 100:12, 100:13, 100:16
**hoping** [2] - 22:12, 24:16
**HORIZON** [1] - 1:4
**horse** [1] - 60:10
**hot** [1] - 21:1
**Houck** [4] - 20:16, 20:22, 20:23, 21:9
**Houck's** [1] - 20:24
**HOUCK.......** [1] - 9:9
**HOUMA** [1] - 2:16
**Houndstooth** [2] - 16:23, 16:25
**HOUSTON** [5] - 2:4, 4:19, 5:9, 6:8, 6:21
**Hugh** [1] - 65:21
**hundred** [4] - 42:10, 44:19, 48:9, 96:12
**hundreds** [1] - 78:4
**hunt** [1] - 46:24

**hypothetical** [2] - 62:25, 71:12

**I**

**I's** [2] - 65:18, 68:22
**I'S** [1] - 13:16
**idea** [5] - 33:7, 33:22, 61:12, 67:2, 87:9
**identified** [1] - 34:11, 70:8
**identify** [3] - 27:6, 50:14, 53:7
**IF** [3] - 11:19, 12:2, 14:12
**IL** [2] - 4:6, 7:9
**immaterial** [1] - 95:9
**immunity** [1] - 98:12
**IMPEACHMENT** [1] - 13:9
**impeachment** [1] - 64:19
**imply** [1] - 33:17
**important** [4] - 76:16, 80:20, 94:3
**importantly** [1] - 64:18
**imprecise** [1] - 53:17
**impression** [1] - 29:14
**IMPREVENTO** [1] - 2:10
**impugn** [1] - 90:7
**IN** [15] - 1:4, 1:5, 9:17, 10:9, 11:16, 12:13, 12:17, 12:18, 12:20, 13:19, 13:21, 13:25, 14:20
**inappropriate** [1] - 40:17
**INC** [17] - 3:16, 3:17, 3:18, 3:19, 3:21, 4:13, 4:14, 5:3, 6:11, 6:11, 6:13, 6:13, 6:14, 6:15, 6:19, 7:11, 7:16
**inclination** [2] - 59:25, 60:2
**include** [1] - 31:6
**INCLUDE** [1] - 11:1
**included** [1] - 29:4
**including** [2] - 33:11, 69:3
**inclusion** [1] - 63:14
**INDATA** [2] - 14:10, 14:14
**Indata** [6] - 33:4, 85:23, 85:24, 85:25, 86:2, 86:6
**independent** [1] - 70:13

**indicate** [1] - 93:23
**indicated** [2] - 22:15, 85:17
**indicating** [1] - 99:24
**indications** [1] - 45:14
**indifference** [1] - 38:13
**indirect** [1] - 38:20
**individually** [1] - 31:20
**individuals** [1] - 28:2
**info** [1] - 47:6
**information** [7] - 32:6, 32:13, 32:15, 33:1, 33:11, 33:12, 38:5, 93:22, 98:11
**INFORMATION** [2] - 11:7, 11:25
**INFORMATION..........
....** [1] - 11:4
**initial** [1] - 96:3
**input** [2] - 82:4, 90:20
**insofar** [1] - 70:18
**installment** [1] - 32:16
**instance** [1] - 53:23
**instances** [1] - 28:19
**instead** [1] - 95:18
**instructed** [4] - 30:22, 86:2, 86:6, 86:8
**INSTRUCTED** [1] - 14:10
**INSTRUCTED............
.........................** [1] - 14:15
**instructions** [1] - 56:6
**INTEND** [1] - 13:9
**intend** [6] - 44:15, 49:25, 63:4, 64:20, 67:20, 75:25
**intended** [2] - 46:11, 73:10
**intends** [2] - 55:11, 63:21
**INTENDS** [1] - 13:5
**interest** [3] - 47:23, 47:25
**interested** [2] - 16:24, 95:11
**INTERESTS** [2] - 2:18, 3:7
**Interior** [1] - 23:6
**INTERIOR** [1] - 9:24
**intermediate** [2] - 57:10, 57:13
**internally** [1] - 21:23, 22:10
**INTERNATIONAL** [3] - 4:21, 6:14, 7:11
**interpret** [2] - 49:15
**interrelated** [1] - 72:7

**INTERROGATORIES** [1] - 10:2
**interrogatories** [1] - 23:25
**intertwined** [2] - 70:12, 70:13
**INTO** [1] - 10:21
**introduce** [1] - 34:18
**INTRODUCE** [1] - 11:11
**introduced** [3] - 52:1, 54:6, 87:9
**introducing** [1] - 53:13
**invited** [1] - 49:20
**involve** [3] - 39:3, 40:18
**involves** [2] - 41:21, 80:24
**iPhone** [1] - 101:22
**IRPINO** [2] - 1:23, 1:24
**IS** [18] - 10:8, 10:20, 11:21, 11:23, 11:24, 11:25, 12:2, 12:4, 12:11, 12:15, 12:23, 13:19, 14:3, 14:5, 14:6, 14:23, 15:14
**isolate** [1] - 51:6
**ISSUE** [6] - 9:25, 12:1, 12:6, 13:19, 14:6, 15:17
**issue** [69] - 22:1, 23:22, 24:1, 27:17, 27:20, 32:23, 34:9, 36:21, 36:23, 38:1, 38:6, 40:23, 41:18, 42:3, 43:2, 43:6, 46:7, 46:20, 47:13, 47:14, 49:1, 63:1, 63:19, 66:7, 66:10, 66:15, 67:4, 67:5, 67:6, 67:10, 67:17, 68:17, 70:5, 70:7, 70:14, 71:15, 71:21, 72:1, 72:2, 72:9, 72:12, 73:8, 73:18, 76:8, 79:3, 79:6, 79:18, 80:3, 82:14, 82:20, 83:11, 83:15, 83:16, 83:18, 84:9, 84:12, 84:13, 84:23, 84:24, 85:11, 85:12, 87:8, 97:24, 98:3, 98:16, 99:3, 99:18, 99:22, 101:7
**ISSUE..............** [1] - 12:4
**ISSUE........................
............** [1] - 15:18
**ISSUE........................**

**..............** [1] - 11:22
**ISSUE........................
........................** [1] - 15:15
**issues** [23] - 18:25, 22:11, 22:13, 26:12, 27:13, 38:17, 39:2, 39:5, 39:6, 40:20, 45:3, 45:7, 45:10, 46:11, 51:23, 57:1, 63:25, 84:18, 92:11, 96:8, 97:19, 102:19
**ISSUES** [1] - 15:20
**ISSUES................** [1] - 12:21
**IT** [10] - 11:19, 11:20, 11:24, 12:2, 13:5, 13:17, 13:25, 14:13, 15:1, 15:7
**ITEM** [1] - 12:19
**Item** [1] - 56:10
**item** [1] - 56:11
**ITEMS** [1] - 9:3
**items** [1] - 39:9
**iteration** [1] - 89:10
**iterations** [1] - 95:14
**itself** [1] - 80:13

**J**

**jacket** [1] - 50:7
**JACKSON** [1] - 6:19
**JAMES** [2] - 1:17, 6:7
**James** [1] - 23:18
**January** [20] - 18:21, 22:24, 24:13, 36:6, 46:13, 51:4, 51:6, 54:24, 55:2, 57:3, 57:5, 58:8, 58:10, 58:22, 65:5, 65:7, 70:17, 75:18
**JANUARY** [4] - 1:7, 9:7, 9:17, 10:8, 11:15, 16:2
**Jeff** [3] - 35:8, 36:11, 51:21
**JEFFERSON** [1] - 1:18
**Jeffrey** [1] - 35:13
**JEFFREY** [1] - 2:11
**JENNY** [1] - 5:4
**Jim** [9] - 41:6, 41:12, 41:16, 64:15, 69:18, 72:16, 73:17, 82:6, 91:11
**JIMMY** [1] - 2:3
**job** [2] - 25:11, 102:6
**JOHN** [1] - 7:17
**JOHNSON** [1] - 7:16

**JONES** [1] - 7:3
**Jordan** [5] - 28:10, 28:17, 86:8, 86:10
**JR** [1] - 6:20
**JUDGE** [3] - 1:13, 10:22, 14:11
**Judge** [44] - 17:8, 17:9, 18:15, 28:9, 28:14, 30:9, 30:10, 30:18, 32:1, 41:9, 42:22, 45:8, 45:13, 47:23, 48:16, 48:24, 55:24, 56:19, 58:15, 58:20, 60:23, 61:12, 63:14, 64:3, 64:5, 65:13, 65:15, 66:13, 66:18, 66:21, 68:9, 72:24, 77:17, 78:15, 82:13, 83:4, 83:8, 84:2, 84:15, 86:3, 86:13, 92:15, 94:25, 100:15
**judge** [15] - 18:9, 30:24, 35:10, 40:14, 40:15, 43:18, 46:9, 49:24, 56:10, 56:21, 58:7, 59:17, 65:3, 68:15, 100:6
**judges** [1] - 102:1
**judgments** [2] - 45:16, 45:17
**JUSTICE** [2] - 2:18, 3:4
**justice** [1] - 42:14

**K**

**KANNER** [1] - 3:12
**KATZ** [1] - 1:20
**Kavanaugh** [1] - 27:19
**KAVANAUGH** [2] - 4:5, 27:19
**keep** [9] - 31:1, 43:19, 45:1, 54:3, 95:20, 96:10, 100:5, 100:12, 100:13
**Kerry** [10] - 50:5, 50:12, 50:22, 63:17, 66:10, 67:12, 72:9, 74:21, 83:1, 91:14
**KERRY** [2] - 4:14, 12:15
**Kerry's** [2] - 72:2, 95:13
**kicked** [1] - 77:6
**kicking** [2] - 81:7, 81:21
**kind** [12] - 22:6, 26:14, 29:21, 31:9, 32:1,

32:2, 37:18, 39:14,
76:12, 77:5, 91:17,
98:14
**kingdom** [1] - 48:3
**KIRBY** [1] - 5:18
**KIRKLAND** [2] - 4:3,
4:8
**KNOW** [2] - 10:5,
14:13
**knowledge** [2] -
29:12, 68:23
**knows** [3] - 31:1, 42:6,
49:1
**KORETZKY** [1] - 5:21
**KRAUS** [1] - 3:12
**Kuchler** [1] - 44:4
**KUCHLER** [9] - 5:13,
5:14, 18:14, 44:4,
44:6, 44:16, 45:1,
102:3, 102:6
**KY** [1] - 5:18

## L

**L.L.C** [1] - 6:6
**L.P** [1] - 7:3
**LA** [15] - 1:19, 1:22,
1:25, 2:16, 3:13,
3:24, 4:16, 4:24,
5:15, 5:23, 7:5, 7:13,
7:19, 7:23, 8:5
**LABORDE** [1] - 7:11
**lack** [1] - 26:3
**ladies** [1] - 102:22
**LAFAYETTE** [2] -
1:19, 7:13
**LAMAR** [1] - 5:9
**land** [2] - 79:2, 79:3
**LANGAN** [61] - 4:3,
17:3, 17:12, 17:15,
29:17, 29:23, 30:20,
30:22, 32:8, 34:14,
35:2, 35:5, 36:17,
37:1, 43:3, 43:5,
43:9, 43:11, 43:15,
43:25, 44:3, 46:16,
46:23, 49:3, 49:7,
59:11, 60:5, 60:10,
60:14, 60:19, 60:22,
62:16, 64:12, 66:3,
70:2, 70:5, 72:2,
72:12, 74:14, 74:16,
74:19, 74:21, 75:1,
75:8, 75:24, 76:5,
76:7, 86:20, 86:23,
87:6, 87:15, 87:20,
87:22, 88:12, 88:17,
99:19, 99:21, 99:24,
100:3, 101:11,

101:16
**Langan's** [1] - 56:24
**language** [1] - 90:9
**Larry** [1] - 60:25
**LARRY** [1] - 13:3
**LASALLE** [1] - 4:5
**LAST** [2] - 11:13,
11:14
**last** [12] - 28:23,
32:15, 36:4, 36:5,
37:19, 46:13, 49:8,
51:2, 73:24, 75:13,
92:20, 94:6
**lasted** [1] - 42:5
**late** [2] - 34:18, 88:14
**latest** [1] - 21:5
**LATHAM** [1] - 7:7
**LAW** [2] - 1:23, 2:14
**law** [3] - 17:15, 49:17,
70:10
**lawyer** [4] - 35:6, 38:1,
40:15, 68:22
**lawyers** [3] - 40:23,
43:15, 53:12
**laying** [1] - 80:22
**leader** [1] - 30:5
**league** [1] - 79:20
**least** [13] - 27:5,
28:16, 29:2, 37:4,
39:12, 48:23, 69:5,
70:18, 80:5, 80:6,
82:8, 92:6, 99:4
**leave** [3] - 48:21, 92:7,
92:8
**ledger** [1] - 53:11
**LEE** [1] - 6:19
**leeway** [1] - 57:9
**left** [2] - 21:10, 23:3
**legal** [3] - 54:21,
55:10, 70:7
**lent** [1] - 50:8
**Les** [1] - 16:21, 16:24
**less** [3] - 26:25, 73:23,
84:3
**LETTER** [4] - 11:16,
12:6, 14:5, 14:20
**letter** [11] - 35:2, 36:1,
36:7, 46:19, 48:22,
79:5, 79:20, 87:4,
87:7, 87:8, 87:19
**letters** [1] - 87:1
**level** [2] - 37:18, 38:23
**LEVIN** [1] - 2:6
**LEWIS** [2] - 3:21, 6:6
**LEXINGTON** [1] - 6:24
**liaison** [1] - 99:9
**LIAISON** [1] - 1:17
**Lico** [1] - 23:18
**lieu** [1] - 82:15
**Lieutenant** [4] - 20:16,

20:22, 21:9
**LIEUTENANT** [1] - 9:9
**light** [3] - 23:7, 66:12,
87:22
**LIKE** [1] - 14:13
**likely** [3] - 78:16,
85:16, 97:18
**Limine** [2] - 55:23,
56:10
**limine** [7] - 42:13,
49:3, 49:5, 49:6,
56:1, 56:11, 56:16
**LIMINE** [1] - 12:19
**LIMINE..................**
**........ [1] - 12:20**
**LIMINE..................**
**.......... [1] - 12:18**
**LIMINE..................**
**............... [1] - 12:17**
**LIMIT** [1] - 15:19
**limit** [2] - 64:8, 101:8
**LIMITED** [2] - 3:20,
15:4
**limited** [5] - 19:17,
44:10, 63:25, 97:11,
98:9
**limiting** [1] - 79:22
**line** [7] - 19:23, 37:13,
38:4, 40:16, 49:22,
52:22, 64:13
**lined** [1] - 90:9
**lines** [2] - 31:3, 70:8
**link** [1] - 29:5
**linoleum** [1] - 80:23
**LISKOW** [1] - 3:21
**LIST** [2] - 12:14, 13:9
**list** [44] - 20:6, 22:13,
27:22, 27:23, 28:2,
35:1, 50:12, 50:15,
50:16, 50:17, 50:19,
51:6, 52:16, 52:17,
53:17, 54:23, 55:1,
55:3, 64:19, 70:14,
70:17, 70:21, 71:1,
71:23, 75:2, 75:3,
75:25, 76:8, 76:22,
76:23, 77:24, 78:4,
78:21, 78:22, 80:3,
81:5, 81:6, 81:12,
81:15, 83:21, 85:5,
92:2, 92:3
**listed** [2] - 52:5, 70:21
**listen** [1] - 61:11
**listing** [1] - 75:8
**LISTS** [1] - 11:6
**lists** [5] - 32:25, 63:7,
76:24, 80:8, 88:8
**litigation** [1] - 69:3
**litmus** [3] - 40:16,
49:18, 49:23

**live** [22] - 71:13, 71:20,
71:21, 74:1, 76:17,
77:7, 77:12, 77:18,
78:15, 78:22, 78:23,
82:15, 82:17, 83:9,
83:17, 83:25, 84:13,
84:22, 85:2, 90:9,
90:11
**live-at-trial** [1] - 78:22
**LLC** [5] - 4:12, 5:21,
6:12, 6:12, 7:21
**Lockard** [2] - 60:25,
61:25
**LOCKARD..................**
**.......................... [1] -**
**13:3**
**locked** [2] - 81:5, 88:8
**log** [2] - 21:19, 27:13
**LOG** [1] - 9:10
**logs** [2] - 23:1, 23:3
**LOGS** [2] - 9:19, 9:21
**LONG** [1] - 11:24
**LONGER** [1] - 13:5
**look** [23] - 19:8, 19:21,
22:19, 25:2, 31:23,
34:25, 39:20, 48:8,
51:5, 58:11, 58:14,
78:3, 84:16, 90:19,
91:3, 92:24, 93:2,
95:17, 100:8, 101:7,
101:8, 102:1, 102:3
**LOOK** [2] - 15:18,
15:19
**looked** [7] - 19:20,
25:1, 30:3, 57:20,
57:24, 87:1, 87:4
**looking** [4] - 25:21,
51:2, 59:23, 96:10
**looks** [1] - 19:12
**loud** [2] - 25:13, 101:9
**Louisiana** [2] - 27:9,
103:5, 103:6
**LOUISIANA** [4] - 1:1,
1:7, 3:12, 6:8
**LOUISIANA..................**
**..... [1] - 10:15**
**love** [2] - 44:2, 60:20
**lovely** [1] - 57:17
**LP** [1] - 5:13
**LTD** [2] - 7:16, 7:16
**Lynch** [4] - 30:4,
36:18, 47:7
**Lynch's** [2] - 37:20,
39:11

## M

**M-I'S** [1] - 13:16
**M-I's** [2] - 65:18, 68:22

**ma'am** [2] - 31:15,
50:2
**MAGAZINE** [1] - 1:24
**MAGISTRATE** [1] -
1:13
**MAIL** [1] - 12:18
**mail** [6] - 21:16, 22:16,
34:18, 56:1, 56:7,
86:10
**mails** [2] - 20:24,
29:19
**main** [1] - 46:25
**MAJOR** [1] - 5:5
**major** [1] - 46:16
**MAKE** [1] - 10:11
**MAKES** [1] - 10:3
**MANAGEMENT** [1] -
6:11
**MANGES** [1] - 6:15
**manner** [1] - 43:22
**marginal** [1] - 29:2
**MARINE** [4] - 6:12,
6:13, 6:14, 6:22
**MARK** [1] - 4:4
**mark** [1] - 32:10
**Mark** [7] - 32:12, 34:3,
36:3, 36:7, 54:20,
55:6, 55:15
**markings** [1] - 51:24
**marshals** [1] - 18:14
**marshals'** [1] - 18:18
**MARTINEZ** [1] - 5:4
**massive** [1] - 48:11
**master** [1] - 92:2
**material** [2] - 64:3,
64:5
**matter** [3] - 37:11,
81:14, 103:10
**matters** [1] - 64:9
**MAY** [1] - 14:6
**may-call** [3] - 78:1,
80:8, 83:20
**MAYEAUX** [1] - 7:12
**MAZE** [2] - 3:8, 25:12
**MCCUTCHEN** [1] -
5:17
**mean** [13] - 25:22,
39:2, 39:14, 39:17,
47:6, 53:3, 61:3,
61:20, 76:22, 89:5,
95:2, 95:4, 96:12
**MECHANICAL** [1] -
8:8
**MEET** [1] - 14:12
**meet** [5] - 22:4, 22:8,
23:14, 23:20, 86:4
**meeting** [2] - 22:1,
97:15
**MEETING** [1] - 15:8
**meetings** [3] - 77:6,

83:15, 84:7
**mention** [1] - 21:25
**mentioned** [4] - 26:15, 41:16, 85:13, 101:16
**Merit** [1] - 103:4
**MERIT** [1] - 8:4
**message** [1] - 41:8
**met** [2] - 22:16, 35:24
**MEXICO** [1] - 1:5
**MI** [4] - 6:6, 68:21, 68:23, 69:11
**mic** [1] - 63:16
**MICHAEL** [1] - 2:19
**middle** [2] - 60:11, 71:24
**midst** [1] - 70:22
**might** [18] - 27:13, 32:7, 36:21, 38:8, 38:9, 38:25, 43:3, 43:4, 43:5, 61:21, 68:15, 73:22, 74:3, 74:7, 76:10, 87:13, 97:25
**Mike** [14] - 41:4, 44:14, 45:6, 45:11, 47:4, 58:5, 59:2, 61:24, 77:20, 86:19, 87:3, 90:13, 90:23
**MILLER** [34] - 4:14, 50:7, 50:24, 52:15, 53:15, 54:12, 55:12, 55:19, 56:10, 56:20, 62:20, 62:23, 62:25, 64:13, 66:12, 67:9, 67:13, 67:15, 71:7, 74:11, 74:15, 74:18, 74:20, 77:4, 77:15, 82:4, 82:6, 83:11, 83:14, 84:6, 91:15, 94:3, 94:8, 94:20
**MIND** [2] - 12:10, 13:19
**mind** [7] - 34:24, 35:8, 38:16, 47:1, 67:10, 67:17, 76:1
**mine** [2] - 47:8, 100:16
**mine's** [1] - 34:14
**minute** [1] - 76:2
**misconduct** [5] - 38:17, 40:18, 41:17, 41:20, 42:12
**missed** [4] - 34:20, 34:24, 52:21, 52:24
**missing** [2] - 52:13
**mistaken** [1] - 89:13
**MITCHELL** [1] - 2:6
**mixologist** [2] - 16:20, 16:22
**MODERN** [2] - 7:15, 7:16

**modifications** [1] - 96:5
**modified** [1] - 28:13
**MODIFIED** [1] - 10:20
**MOEX** [1] - 5:21
**MONDAY** [2] - 10:8, 15:14
**Monday** [14] - 23:19, 24:13, 24:21, 26:20, 36:14, 57:6, 59:13, 80:1, 87:23, 88:18, 88:19, 91:25, 99:17, 100:18
**MONDAY.....** [1] - 14:20
**MONDAY............** [1] - 14:8
**MONDAY...................
.........** [1] - 11:20
**MONDAY...................
** [1] - 15:2
**MONDAY...................
............................** [1] - 10:13
**MONTGOMERY** [1] - 3:9
**month** [3] - 19:17, 24:6, 51:2
**MONTH** [1] - 10:4
**months** [4] - 66:15, 75:10, 83:19, 89:21
**monumental** [1] - 94:18
**MORE** [3] - 11:25, 12:1, 14:25
**MORGAN** [1] - 6:6
**morning** [9] - 19:14, 19:15, 32:11, 44:4, 44:5, 50:6, 73:9, 87:2, 87:4
**most** [4] - 47:19, 47:20, 64:18, 98:10
**mother** [1] - 102:3
**Mother** [3] - 84:25, 85:2, 85:4
**motion** [12] - 42:13, 49:3, 49:5, 49:6, 56:11, 56:16, 57:3, 57:4, 98:1, 98:12, 98:13, 98:15
**MOTION** [1] - 12:20
**motions** [2] - 57:6, 99:16
**MOTIONS** [1] - 12:17
**Motions** [1] - 55:23
**MOTIONS...................
............** [1] - 15:13
**mouth** [1] - 31:1
**move** [4] - 24:16, 57:1,

59:6, 96:21
**moved** [3] - 81:24, 101:8, 101:10
**moving** [5] - 32:4, 37:19, 79:13, 90:6, 92:19
**MR** [308] - 12:23, 12:24, 13:2, 13:14, 13:15, 13:17, 15:1, 16:9, 16:12, 17:3, 17:8, 17:12, 17:15, 17:19, 17:24, 18:2, 18:4, 18:7, 18:9, 18:10, 18:19, 19:15, 19:25, 20:2, 20:4, 20:9, 20:18, 21:14, 23:17, 24:10, 25:9, 25:12, 25:19, 26:3, 26:19, 27:3, 27:7, 27:19, 28:8, 28:21, 28:24, 29:7, 29:13, 29:17, 29:23, 30:20, 30:22, 30:24, 31:1, 31:15, 31:19, 31:22, 32:8, 32:11, 33:19, 34:4, 34:7, 34:13, 34:14, 34:15, 34:17, 34:21, 35:2, 35:5, 35:10, 35:15, 35:17, 35:18, 35:22, 36:3, 36:9, 36:13, 36:17, 37:1, 37:12, 40:11, 41:3, 41:5, 41:11, 41:16, 43:3, 43:5, 43:9, 43:11, 43:15, 43:25, 44:3, 44:22, 45:8, 45:22, 45:25, 46:16, 46:23, 47:5, 47:16, 47:20, 49:3, 49:7, 49:8, 50:2, 50:7, 50:24, 51:17, 51:19, 52:3, 52:7, 52:8, 52:9, 52:15, 53:9, 53:15, 53:20, 54:3, 54:12, 54:14, 54:16, 54:18, 54:20, 55:6, 55:8, 55:12, 55:19, 55:20, 56:10, 56:20, 56:21, 57:12, 58:1, 58:3, 58:5, 58:12, 58:15, 59:4, 59:11, 59:12, 59:15, 59:22, 60:5, 60:10, 60:14, 60:17, 60:19, 60:22, 60:23, 61:2, 61:7, 61:8, 61:19, 62:2, 62:16, 62:19, 62:20, 62:23, 62:25, 63:17, 64:12, 64:13, 64:15, 65:1, 65:10, 65:13, 65:15, 66:3,

66:12, 66:21, 67:1, 67:9, 67:13, 67:15, 67:21, 67:25, 68:6, 68:8, 68:15, 69:17, 69:19, 69:21, 69:22, 70:1, 70:2, 70:4, 70:5, 71:7, 72:2, 72:12, 72:16, 72:24, 72:25, 73:2, 73:6, 73:17, 74:11, 74:14, 74:15, 74:16, 74:18, 74:19, 74:20, 74:21, 74:22, 75:1, 75:8, 75:11, 75:24, 76:5, 76:7, 76:12, 77:4, 77:15, 77:21, 78:3, 78:18, 79:1, 79:8, 79:9, 79:10, 79:11, 79:12, 79:13, 79:15, 79:18, 79:20, 79:24, 80:2, 80:10, 80:18, 81:23, 82:4, 82:6, 83:1, 83:7, 83:11, 83:12, 83:14, 83:20, 84:6, 85:3, 85:12, 86:9, 86:15, 86:18, 86:20, 86:23, 87:6, 87:15, 87:20, 87:22, 88:2, 88:5, 88:12, 88:16, 88:17, 89:1, 89:4, 90:1, 90:3, 90:5, 90:14, 90:16, 91:7, 91:15, 92:9, 92:12, 92:14, 92:18, 93:3, 93:6, 93:9, 93:11, 94:2, 94:3, 94:8, 94:9, 94:17, 94:20, 94:21, 94:24, 94:25, 95:6, 95:13, 95:20, 95:23, 96:3, 96:9, 96:18, 96:22, 97:1, 97:8, 99:1, 99:6, 99:19, 99:21, 99:24, 99:25, 100:3, 100:6, 100:8, 100:15, 100:17, 101:3, 101:6, 101:11, 101:16, 101:20, 101:24, 102:4, 102:9, 102:12
**MS** [23] - 18:14, 20:12, 20:21, 22:15, 23:12, 23:22, 25:16, 44:4, 44:6, 44:16, 45:1, 69:9, 72:18, 72:21, 73:19, 74:25, 75:13, 75:16, 78:19, 78:25, 83:23, 102:3, 102:6
**MUCH** [1] - 13:9
**multiple** [1] - 95:14
**must** [3] - 34:20,

34:24, 102:3
**MUTUALLY** [1] - 12:3
**mutually** [2] - 38:7, 40:2
**MY** [1] - 13:19

## N

**N.W** [1] - 4:9
**NALCO** [1] - 7:7
**name** [3] - 28:23, 58:19, 75:19
**naming** [1] - 69:3
**narrow** [1] - 74:2
**Nat** [1] - 23:12
**NATHANIEL** [1] - 2:20
**naturally** [1] - 101:18
**nature** [1] - 77:10
**Navy** [1] - 23:2
**NAVY...........................
..........................** [1] - 9:20
**necessarily** [4] - 26:9, 75:2, 97:2, 97:25
**necessary** [1] - 17:21
**NEED** [3] - 11:21, 12:24, 14:2
**need** [33] - 19:3, 27:18, 34:12, 36:21, 40:20, 40:23, 40:25, 42:24, 48:9, 48:10, 56:15, 57:18, 57:19, 58:18, 62:16, 64:4, 70:23, 71:25, 72:3, 72:11, 74:3, 75:18, 78:15, 81:10, 81:20, 87:11, 95:20, 97:24, 98:6, 98:13, 100:3, 100:10, 100:22
**needed** [1] - 98:5
**NEEDED** [1] - 15:11
**needs** [2] - 61:3, 100:9
**negative** [1] - 61:8
**negligence** [5] - 38:16, 40:18, 41:17, 41:19, 42:12
**net** [1] - 28:1
**NEUNER** [1] - 7:11
**never** [2] - 17:16, 95:10
**new** [17] - 18:7, 51:6, 55:11, 55:13, 55:16, 55:17, 57:1, 58:17, 60:2, 61:9, 87:16, 88:10, 91:22, 96:7, 96:8, 101:12
**NEW** [17] - 1:7, 1:22, 1:25, 3:13, 3:24, 4:16, 4:24, 5:15,

5:23, 6:4, 6:17, 6:25, 7:5, 7:19, 7:23, 8:5, 12:21
**New** [2] - 58:6, 59:1
**next** [30] - 18:9, 20:10, 21:5, 21:15, 21:24, 22:5, 22:12, 23:10, 23:15, 23:19, 23:21, 27:15, 29:21, 33:16, 34:2, 36:9, 36:13, 46:12, 50:5, 54:13, 56:5, 58:3, 63:7, 68:10, 72:7, 86:23, 86:24, 86:25, 96:11, 99:17
**NEXT** [4] - 11:18, 11:19, 13:22, 15:14
**nice** [4] - 16:9, 56:3, 92:3, 93:8
**NINE** [1] - 11:10
**nine** [1] - 34:10
**NIZIALEK** [1] - 5:22
**NO** [2] - 1:6, 13:5
**nobody** [3] - 29:25, 55:10, 82:2
**Nomellini** [5] - 32:8, 32:12, 35:5, 36:3, 54:20
**NOMELLINI** [9] - 4:4, 32:11, 33:19, 34:4, 36:3, 36:9, 54:20, 55:8, 55:20
**NON** [1] - 15:11
**non** [2] - 82:19, 98:4
**non-PSC** [1] - 98:4
**NON-PSC** [1] - 15:11
**non-Rule** [1] - 82:19
**nonoperating** [1] - 44:7
**NONPRIVILEGED** [1] - 9:15
**nonprivileged** [1] - 22:23
**NORFOLK** [1] - 2:12
**normal** [1] - 86:13
**NORTH** [4] - 3:17, 3:18, 3:20, 3:21
**NOT** [3] - 12:3, 12:8, 13:18
**NOT...........................
.......** [1] - 13:12
**note** [5] - 22:21, 50:6, 51:19, 69:10, 78:20
**notes** [1] - 53:16
**nothing** [1] - 37:2, 62:19, 84:3
**notice** [1] - 64:18
**notify** [1] - 21:6
**notion** [2] - 40:2, 77:7
**November** [1] - 19:7

**NOW** [1] - 13:8
**NPR** [1] - 16:14
**nuance** [1] - 75:24
**nuanced** [1] - 71:23
**number** [18] - 26:16, 28:1, 42:2, 44:24, 50:17, 52:1, 52:4, 52:11, 55:13, 55:14, 55:17, 70:11, 82:10, 82:11
**Number** [6] - 53:12, 54:5, 55:2, 56:10, 70:7, 70:12
**NUMBER** [1] - 12:19
**numbered** [1] - 103:9
**numbers** [10] - 34:22, 52:22, 53:14, 53:25, 54:1, 54:7, 54:25, 55:11, 55:12, 55:18
**NW** [1] - 5:18
**NY** [3] - 6:4, 6:17, 6:25

### O

**O'BRIEN'S** [1] - 6:10
**O'KEEFE** [1] - 1:21
**object** [5] - 35:1, 47:9, 52:17, 55:5, 95:11, 98:8
**objected** [2] - 62:8, 62:12
**objection** [15] - 52:16, 52:23, 52:24, 57:16, 73:13, 74:23, 74:24, 94:11, 94:20, 94:22, 95:2, 95:10, 96:16
**objectionable** [1] - 26:24
**objections** [4] - 19:13, 31:6, 36:4, 62:1
**OBJECTIONS** [2] - 11:2, 11:13
**obligating** [1] - 80:13
**observation** [1] - 77:21
**observations** [2] - 79:1, 80:4
**obstructionist** [1] - 94:17
**obviously** [3] - 22:9, 26:17, 76:20
**occasioned** [1] - 63:22
**occur** [1] - 23:21
**occurred** [3] - 40:4, 40:5, 100:1
**October** [1] - 19:5
**OF** [32] - 1:1, 1:5, 1:12, 2:18, 3:3, 3:4,

3:11, 9:12, 9:15, 9:17, 9:22, 9:24, 10:4, 10:21, 10:23, 11:1, 11:13, 11:14, 12:10, 12:11, 12:13, 13:18, 13:20, 14:1, 14:3, 14:10, 14:22, 14:23, 15:1
**OFF** [1] - 15:20
**offer** [5] - 23:14, 63:4, 66:22, 66:24, 82:21
**offering** [1] - 63:3
**Office** [1] - 23:4
**office** [2] - 18:18, 102:22
**OFFICE** [2] - 3:7, 9:22
**officer** [1] - 87:8
**OFFICIAL** [2] - 8:3, 8:4
**Official** [2] - 103:5, 103:17
**OFFSHORE** [3] - 4:12, 5:21, 6:12
**often** [1] - 95:15
**oil** [3] - 38:14, 84:24, 85:3
**OIL** [2] - 1:4, 1:4
**omissions** [1] - 40:4
**ON** [20] - 1:5, 9:10, 10:1, 10:9, 10:12, 11:7, 11:14, 11:20, 11:21, 13:8, 13:11, 14:5, 14:6, 14:7, 14:19, 15:4, 15:7, 15:10, 15:16
**ON.................** [1] - 10:10
**ON.........................** [1] - 10:6
**once** [1] - 43:19
**ONE** [12] - 3:22, 7:12, 7:18, 10:16, 10:23, 11:3, 11:23, 12:8, 12:11, 14:1, 14:21, 14:25
**One** [28] - 27:15, 30:8, 32:4, 37:3, 37:16, 38:2, 38:17, 39:4, 39:12, 39:13, 40:6, 40:7, 42:1, 42:15, 42:18, 43:1, 44:8, 44:10, 44:21, 45:1, 45:7, 46:21, 47:2, 47:15, 49:2, 57:14, 72:10, 88:20
**one** [54] - 16:17, 18:19, 24:3, 27:25, 28:2, 28:3, 28:4, 28:21, 33:3, 39:15, 41:19, 41:22, 42:17,

44:24, 45:23, 47:7, 48:7, 48:19, 49:8, 49:13, 51:22, 52:5, 52:10, 52:15, 52:23, 53:24, 54:21, 55:25, 58:18, 58:20, 59:23, 61:3, 64:14, 65:6, 65:15, 68:21, 68:23, 70:7, 70:11, 72:16, 73:19, 74:12, 77:21, 79:1, 80:4, 82:10, 84:14, 84:25, 88:11, 89:8, 89:17, 90:11, 91:22
**ONE...........................
..................** [1] - 12:22
**ones** [4] - 26:20, 46:17, 47:6, 92:20
**open** [8] - 43:19, 77:23, 83:15, 83:16, 83:18, 88:5, 88:10, 96:12
**opened** [1] - 88:16
**opinion** [2] - 30:9, 66:23
**opinions** [8] - 63:21, 63:23, 64:21, 67:22, 67:23, 71:10, 73:11, 73:15
**OPINIONS** [2] - 13:5, 13:11
**opportunity** [1] - 67:4
**opposed** [4] - 68:24, 68:25, 81:6, 84:9
**opposes** [1] - 69:6
**opposing** [3] - 35:20, 79:8, 79:13
**OPPOSITION** [1] - 14:8
**opposition** [5] - 67:2, 79:14, 79:25, 98:14, 98:20
**option** [1] - 75:8
**OR** [5] - 10:20, 11:5, 12:1, 13:12, 14:14
**oral** [1] - 42:13
**ORDER** [5] - 11:13, 12:13, 12:16, 15:4, 16:4
**order** [11] - 21:22, 22:18, 22:25, 36:5, 49:9, 50:10, 50:21, 61:12, 62:14, 96:23, 97:11
**ORDER...................
.........** [1] - 9:18
**ordered** [2] - 54:22, 62:8
**original** [3] - 51:24,

73:15
**ORIGINALLY** [1] - 13:11
**originally** [3] - 64:21, 73:8, 84:4
**Orleans** [1] - 59:1
**ORLEANS** [13] - 1:7, 1:22, 1:25, 3:13, 3:24, 4:16, 4:24, 5:15, 5:23, 7:5, 7:19, 7:23, 8:5
**OTHER** [3] - 9:25, 10:8, 14:12
**otherwise** [5] - 19:22, 27:6, 64:2, 65:4, 95:23
**OTHERWISE** [1] - 13:13
**ought** [4] - 18:14, 43:18, 49:16, 84:20
**OUR** [1] - 10:23, 12:2, 13:8
**OUT** [2] - 12:16, 13:12
**outstanding** [1] - 19:4
**OVERALL** [1] - 9:14
**overall** [1] - 22:6
**overlap** [1] - 40:21
**overriding** [1] - 97:24
**overstepping** [1] - 48:18
**owe** [1] - 23:3
**OWE** [1] - 9:21
**own** [6] - 20:24, 22:17, 30:19, 33:5, 35:17, 36:20

### P

**P.O** [1] - 3:5
**PACKAGES** [1] - 10:21
**packages** [2] - 28:14, 29:5
**page** [18] - 29:19, 29:22, 30:2, 30:3, 30:7, 30:14, 36:18, 36:20, 37:21, 39:11, 39:12, 44:1, 46:15, 46:19, 49:14, 84:10, 85:18
**PAGE** [3] - 9:3, 10:24, 12:5
**pagers** [2] - 47:10, 47:14
**pages** [9] - 30:12, 30:17, 39:18, 41:8, 49:13, 51:24, 52:22, 78:4
**paid** [2] - 19:7, 20:7

**painful** [1] - 89:5
**PAPANTONIO** [1] - 2:6
**paper** [1] - 16:19
**paranoid** [1] - 77:22
**parenthetically** [1] - 46:4
**PARKWAY** [1] - 6:20
**part** [20] - 37:4, 37:23, 40:24, 42:11, 48:6, 49:21, 53:21, 54:12, 55:12, 60:8, 60:11, 63:15, 63:22, 69:20, 71:13, 71:18, 77:7, 80:10, 89:8, 91:10
**PART** [1] - 13:18
**participate** [1] - 33:9
**particular** [4] - 47:6, 66:22, 75:20, 76:16
**particularly** [3] - 57:4, 66:12, 69:11
**parties** [35] - 19:17, 21:7, 24:13, 26:6, 26:17, 32:2, 32:14, 32:18, 33:5, 33:10, 42:14, 46:25, 47:21, 49:13, 50:14, 50:18, 53:1, 54:24, 62:8, 63:8, 68:2, 69:2, 69:12, 69:15, 74:5, 75:18, 77:7, 77:24, 80:25, 83:16, 85:15, 89:12, 97:17
**PARTIES** [1] - 10:8
**parties'** [2] - 63:6, 71:1
**PARTNERS** [1] - 7:21
**parts** [1] - 95:7
**party** [34] - 19:7, 31:11, 31:20, 44:7, 49:18, 50:16, 55:3, 56:14, 63:3, 66:8, 66:10, 67:7, 67:11, 68:12, 70:8, 70:9, 70:21, 71:3, 72:10, 72:22, 73:6, 76:2, 76:8, 76:14, 78:12, 79:17, 80:13, 81:16, 82:14, 82:21, 83:24, 84:3, 84:20
**Party** [1] - 97:1
**PARTY** [4] - 13:19, 13:23, 14:1, 14:2
**party's** [3] - 70:9, 84:25, 85:1
**pass** [2] - 54:22, 63:16
**past** [4] - 20:6, 33:8, 33:20, 69:11
**patience** [1] - 41:3
**pattern** [1] - 80:23

**pause** [1] - 46:4
**pay** [1] - 31:25
**payment** [1] - 19:23
**payments** [1] - 19:4
**PDF** [2] - 50:20, 51:13
**pending** [1] - 86:13
**PENSACOLA** [1] - 2:8
**Penton's** [1] - 52:14
**people** [18] - 18:25, 21:23, 22:16, 24:17, 29:1, 54:3, 74:3, 75:5, 75:21, 75:23, 77:2, 77:8, 81:22, 84:4, 89:16, 89:18, 90:8, 98:8
**Pepper** [2] - 103:3, 103:16
**PEPPER** [1] - 8:3
**per** [3] - 36:4, 42:3, 44:20
**PER** [1] - 11:13
**percent** [2] - 83:6, 96:13
**perfect** [1] - 25:17
**perfectly** [1] - 60:5
**perfunctory** [1] - 69:13
**perhaps** [1] - 26:24
**permission** [1] - 65:23
**permit** [1] - 64:7
**permitting** [1] - 23:16
**person** [9] - 29:13, 33:21, 55:21, 58:19, 71:10, 71:20, 77:18, 82:15, 83:25
**personal** [1] - 30:9
**perspective** [2] - 97:22, 99:9
**PETROLEUM** [2] - 5:12, 7:12
**Phase** [63] - 23:24, 24:12, 24:20, 24:23, 25:20, 27:15, 30:6, 30:8, 30:14, 32:4, 36:23, 37:3, 37:4, 37:8, 37:16, 37:21, 37:22, 38:2, 38:15, 38:17, 39:4, 39:9, 39:12, 39:13, 39:14, 39:19, 39:22, 39:25, 40:1, 40:6, 40:7, 42:1, 42:3, 42:15, 42:18, 42:19, 43:1, 43:6, 44:8, 44:10, 44:21, 45:1, 45:4, 45:7, 45:12, 46:5, 46:20, 46:21, 47:2, 47:3, 47:11, 47:15, 49:2, 57:14, 72:10, 88:20, 99:12

**PHASE** [18] - 10:2, 10:7, 10:12, 10:14, 10:16, 11:3, 11:22, 11:23, 11:24, 12:4, 12:7, 12:8, 12:11, 12:12, 12:22, 14:1, 14:21
**phase** [2] - 43:13, 43:18
**phases** [2] - 45:16, 45:18
**Phil** [11] - 63:16, 63:18, 64:10, 67:6, 71:8, 73:9, 74:11, 76:11, 76:18, 79:5, 92:16
**PHIL** [1] - 14:5
**Phil's** [2] - 79:6, 83:23
**PHIL'S** [1] - 14:6
**PHILLIP** [2] - 4:22, 12:6
**phone** [3] - 18:1, 25:8, 97:7
**photos** [1] - 18:22
**phrasing** [1] - 57:7
**pick** [2] - 66:10, 67:11
**PICK** [1] - 13:20
**picked** [1] - 52:7
**PICKING** [1] - 13:24
**picking** [2] - 21:3, 68:12
**picture** [5] - 17:24, 101:19, 101:20, 101:23, 101:25
**piece** [2] - 29:1, 49:14
**PIGMAN** [1] - 4:22
**pile** [1] - 96:14
**PILLSBURY** [1] - 6:3
**PINHOOK** [1] - 7:13
**pipe** [1] - 18:22
**PITTMAN** [1] - 6:3
**place** [3] - 24:24, 45:18, 88:9
**PLACE** [1] - 7:4
**places** [1] - 53:22
**plaintiff** [1] - 90:24
**PLAINTIFFS** [1] - 1:23
**plaintiffs** [3] - 92:3, 98:2, 98:11
**plaintiffs'** [4] - 49:2, 90:16, 92:4, 98:4
**PLAINTIFFS'** [2] - 1:16, 15:11
**PLAINTIFFS..............
..................... [1] - 15:10
**plan** [1] - 33:22, 38:14, 44:7, 45:2
**planning** [5] - 77:6, 81:9, 83:14, 97:15,

102:19
**PLANNING** [2] - 15:7, 15:20
**playing** [1] - 88:12
**plowed** [1] - 77:17
**plus** [1] - 22:13
**point** [27] - 31:13, 33:21, 36:17, 39:23, 42:4, 44:6, 45:24, 46:25, 48:17, 58:16, 65:15, 71:7, 73:20, 75:1, 75:21, 81:15, 82:6, 82:7, 83:23, 84:17, 92:1, 94:10, 95:1, 95:8, 95:9, 95:13, 96:1
**pointless** [1] - 90:19
**points** [1] - 45:11
**POLK** [1] - 5:13
**ponder** [1] - 94:1
**popular** [1] - 54:20
**portion** [1] - 83:6
**portions** [2] - 63:9, 67:11
**PORTIONS** [1] - 13:20
**POSITION** [1] - 12:2
**position** [11] - 37:13, 38:7, 59:24, 61:16, 69:17, 80:15, 84:25, 85:1, 90:17, 90:21, 90:24
**positive** [1] - 37:19
**positively** [2] - 83:22
**possibility** [1] - 33:5
**possible** [1] - 46:5
**post** [1] - 81:15
**potential** [1] - 82:21
**potentially** [1] - 40:19
**power** [4] - 78:9, 78:11, 82:11, 85:15
**POYDRAS** [6] - 3:23, 4:15, 5:14, 5:23, 7:18, 8:5
**practical** [1] - 21:10
**practicing** [1] - 80:11
**praising** [1] - 38:2
**preaching** [1] - 61:11
**preemption** [1] - 98:12
**preemptive** [1] - 56:15
**prefer** [2] - 30:22, 60:14
**preferably** [1] - 27:22
**preferred** [1] - 58:13
**preliminary** [1] - 82:2
**prep** [1] - 18:17
**prepare** [4] - 38:22, 39:16, 46:9, 46:11
**prepared** [2] - 37:11, 59:17

**preparedness** [4] - 36:22, 43:6, 45:10
**PREPAREDNESS** [2] - 11:21, 12:4
**preparing** [1] - 45:3
**present** [7] - 42:23, 56:14, 63:1, 63:13, 67:20, 71:25, 85:2
**presentation** [2] - 49:2, 72:10
**PRESENTATION** [1] - 14:1
**PRESENTED** [1] - 12:7
**presented** [1] - 46:21
**presenting** [3] - 31:11, 63:23, 68:13
**PRESENTING** [1] - 13:25
**PRESIDENT** [1] - 9:22
**President** [1] - 23:4
**presumably** [1] - 21:9
**pretrial** [1] - 96:23
**pretty** [6] - 30:10, 53:16, 66:20, 68:8, 73:16, 77:1
**preventer** [1] - 39:4
**previous** [1] - 55:1
**previously** [2] - 28:2, 28:17
**PRIVILEGE** [2] - 9:10, 9:21
**privilege** [3] - 21:19, 23:3, 27:12
**privileged** [1] - 23:1
**PRIVILEGED** [1] - 9:19
**problem** [23] - 24:9, 24:19, 28:15, 47:16, 53:7, 57:15, 60:18, 66:8, 67:9, 69:19, 69:20, 69:23, 72:20, 73:3, 73:4, 81:21, 89:8, 90:5, 91:11, 92:11, 93:16, 98:17
**PROBLEM** [1] - 10:11
**problems** [2] - 19:21, 75:20
**procedure** [1] - 33:9
**proceed** [1] - 73:22
**proceeding** [1] - 36:20
**proceedings** [2] - 102:24, 103:9
**PROCEEDINGS** [3] - 1:12, 8:8, 16:1
**process** [16] - 19:8, 25:21, 31:9, 32:24, 53:4, 53:9, 53:21, 54:11, 54:14, 77:8, 77:13, 83:18, 85:19,

85:23, 85:24, 89:5
**PROCESS** [1] - 11:5
**PROCTOR** [1] - 2:7
**produce** [1] - 62:9
**PRODUCED** [1] - 8:8
**produced** [2] - 20:24, 74:14
**product** [2] - 96:15, 96:17
**PRODUCTION** [5] - 3:16, 3:19, 9:15, 10:15, 14:3
**production** [4] - 22:22, 23:9, 27:9, 74:13
**PRODUCTS** [1] - 3:21
**Professional** [1] - 103:4
**profitably** [1] - 22:14
**program** [1] - 66:4
**progress** [1] - 32:9
**prohibit** [2] - 61:15, 61:17
**prohibited** [1] - 68:12
**PROHIBITED** [1] - 13:24
**prohibiting** [1] - 68:1
**proof** [1] - 90:25
**properly** [1] - 28:9
**proposal** [11] - 22:18, 32:24, 50:13, 50:23, 51:9, 54:21, 64:12, 64:16, 67:3, 84:8, 91:5
**PROPOSAL** [1] - 11:5
**propose** [2] - 26:25, 27:2
**proposed** [7] - 44:7, 50:12, 57:21, 57:25, 88:21, 88:23, 93:13
**PROPOSED**............
 ......... [1] - 12:15
**protective** [1] - 56:16
**protocol** [1] - 65:11
**proud** [1] - 18:11
**prove** [1] - 42:11
**PROVIDE** [1] - 10:5
**provide** [5] - 19:3, 24:7, 25:3, 32:15, 32:19
**provided** [1] - 88:21
**PSC** [27] - 12:8, 15:11, 19:5, 19:18, 19:21, 25:19, 30:4, 33:7, 35:13, 36:19, 46:22, 48:17, 51:21, 56:13, 57:20, 62:11, 64:15, 69:17, 69:20, 79:17, 84:8, 87:21, 91:3, 92:2, 93:25, 98:4,

98:8
**PSC's** [7] - 28:3, 37:5, 73:7, 87:7, 90:16, 97:21, 98:7
**PSC**............................
 ......................... [1] - 13:7
**publicly** [4] - 32:5, 32:13, 32:15, 33:11
**PUBLICLY** [1] - 11:4
**puddle** [1] - 48:19
**pull** [10] - 55:14, 55:16, 65:18, 69:4, 71:9, 84:17, 88:24, 89:25, 91:21, 93:22
**PULL** [1] - 13:16
**PULLED** [1] - 9:23
**pulled** [7] - 23:5, 39:10, 69:4, 76:21, 76:22, 76:23, 79:3
**pulling** [6] - 24:18, 65:23, 69:18, 72:20, 79:11, 85:25
**pulls** [1] - 73:6
**pun** [1] - 46:11
**punitive** [1] - 40:19
**pure** [1] - 47:6
**purely** [2] - 39:18, 40:1
**purple** [3] - 16:21, 50:6, 50:7
**purpose** [2] - 26:14, 76:13
**purposes** [4] - 82:7, 95:3, 95:5
**PURSUE** [1] - 13:6
**pursue** [1] - 63:21
**pursued** [1] - 68:21
**pursuing** [1] - 64:1
**pushing** [2] - 81:6, 81:19
**PUT** [4] - 13:8, 14:9, 14:14, 14:20
**put** [36] - 17:9, 18:19, 19:22, 21:16, 22:1, 24:3, 25:7, 26:7, 27:3, 43:12, 44:11, 44:15, 48:23, 52:15, 53:24, 56:2, 59:23, 62:2, 62:4, 64:17, 64:18, 71:23, 80:19, 82:6, 82:7, 86:1, 86:6, 86:7, 87:19, 91:23, 92:1, 92:3, 92:8, 97:21, 101:19, 101:20
**putting** [5] - 32:20, 32:25, 52:3, 53:22, 92:6
**PUTTING** [1] - 11:7

## Q

Q-U-I-T-C-A-U [1] - 28:24
**quantification** [4] - 41:18, 44:12, 44:15, 45:7
**quarter** [1] - 39:12
**questioned** [1] - 69:12
**questions** [2] - 69:13, 69:14
**quick** [4] - 25:21, 27:20, 51:19, 88:3
**quickly** [3] - 21:11, 89:9, 91:6
**quiet** [1] - 50:6
**QUIP** [1] - 6:19
**Quip** [3] - 88:21, 94:9, 95:9
**quit** [1] - 96:1
**Quitcau** [1] - 28:21
**QUITCAU** [1] - 10:23
**quite** [1] - 83:13

## R

**races** [1] - 34:1
**RACHEL** [1] - 4:18
**Rachel's** [1] - 75:1
**radar** [3] - 48:24, 48:25, 99:4
**RAFFERTY** [1] - 2:7
**raise** [6] - 27:13, 31:3, 43:2, 63:19, 95:10, 98:16
**raised** [6] - 40:20, 46:14, 47:5, 63:17, 73:20, 98:3
**raises** [2] - 56:25, 57:1
**RAISES** [1] - 12:21
**raising** [5] - 38:1, 66:11, 72:1, 83:10, 99:3
**range** [2] - 26:13, 48:8
**rather** [5] - 24:24, 28:11, 65:6, 96:23, 97:2
**Ray** [2] - 28:10
**RD** [1] - 7:13
**RE** [1] - 1:4
**re** [1] - 34:2
**re-cover** [1] - 34:2
**reached** [1] - 75:21
**read** [3] - 17:15, 30:13, 32:1
**reading** [1] - 84:9
**ready** [4] - 37:9, 50:10, 85:19, 99:23

**READY** [1] - 12:13
**real** [7] - 25:4, 25:21, 25:22, 25:23, 27:20, 46:12, 88:2
**realistic** [1] - 60:15
**really** [14] - 17:18, 24:25, 25:13, 27:10, 41:9, 41:12, 41:13, 47:11, 48:1, 48:15, 49:9, 50:9, 90:12, 94:19
**REALTIME** [1] - 8:3
**Realtime** [2] - 103:3, 103:16
**reason** [5] - 43:20, 50:25, 76:2, 76:17, 94:12
**reasons** [1] - 24:3
**reassign** [1] - 54:24
**rebut** [2] - 61:16, 61:18
**rebuttal** [12] - 56:25, 57:19, 58:16, 58:18, 58:21, 58:23, 58:25, 59:19, 59:22, 60:1, 61:5, 64:19
**REBUTTAL** [4] - 12:21, 12:25, 13:1, 13:9
**rebuttals** [1] - 61:3
**recently** [1] - 89:7
**recirculate** [1] - 93:22
**reckless** [1] - 38:13
**recognition** [1] - 50:11
**RECOGNITION** [1] - 12:13
**recognizing** [1] - 21:10
**recollection** [2] - 39:11, 56:12
**RECORD** [1] - 14:20
**record** [15] - 42:5, 42:6, 43:19, 62:2, 63:14, 64:17, 66:14, 66:18, 71:17, 71:18, 87:14, 87:19, 102:17, 102:20, 103:9
**RECORD**.................
 ......................... [1] - 15:21
**RECORDED** [1] - 8:8
**recycling** [1] - 55:12
**reduce** [1] - 24:4
**redundant** [2] - 66:20, 84:22
**reference** [1] - 40:24
**referred** [1] - 53:24
**referring** [1] - 96:22

**REGARD** [1] - 11:16
**regard** [5] - 36:8, 58:15, 65:3, 74:9, 78:21
**Registered** [2] - 103:3, 103:4
**REGISTERED** [1] - 8:4
**reiterate** [1] - 31:10
**reject** [1] - 40:2
**relate** [3] - 40:5, 40:7, 94:13
**RELATED** [1] - 12:1
**related** [10] - 20:23, 37:16, 38:6, 38:10, 38:15, 38:17, 39:1, 52:16, 62:20, 72:2
**relates** [4] - 39:13, 42:16, 56:12, 83:14
**RELATES** [1] - 1:9
**relevant** [5] - 38:21, 38:23, 39:5, 40:6, 98:11
**reliance** [3] - 71:1, 81:2, 83:24
**relied** [3] - 66:15, 70:17, 76:2
**relief** [1] - 37:10
**reluctant** [1] - 42:20
**rely** [4] - 75:5, 75:6, 76:25, 80:25
**remain** [1] - 50:18
**remained** [1] - 83:16
**remains** [1] - 34:10
**remember** [6] - 22:3, 28:5, 75:12, 75:15, 86:7, 99:14
**remind** [1] - 24:11
**reminded** [1] - 74:12
**removal** [1] - 84:2
**REMOVE** [1] - 13:5
**remove** [2] - 53:21, 63:21
**removed** [1] - 50:15
**RENAISSANCE** [1] - 5:5
**renewed** [3] - 98:1, 98:13, 98:14
**RENTALS** [1] - 7:16
**rep** [1] - 28:25
**replies** [2] - 100:25, 101:2
**reply** [5] - 46:22, 48:23, 100:18, 100:23, 100:24
**REPLY** [1] - 12:9
**report** [41] - 16:11, 16:14, 27:8, 28:1, 54:5, 54:6, 54:8, 55:2, 55:9, 56:24, 56:25, 58:21, 59:12,

59:20, 61:9, 61:14, 61:17, 61:18, 62:7, 62:12, 63:2, 63:20, 64:9, 65:19, 65:25, 66:13, 66:17, 66:19, 67:13, 67:14, 67:19, 67:22, 71:11, 71:17, 73:11, 73:15, 79:19, 79:22, 79:23, 88:25

**REPORT** [3] - 12:21, 13:5, 13:17

**reported** [1] - 74:19

**Reporter** [7] - 103:3, 103:4, 103:5, 103:16, 103:17

**REPORTER** [5] - 8:3, 8:3, 8:4, 8:4, 16:17

**REPORTER'S** [1] - 103:1

**reports** [9] - 57:19, 61:10, 64:3, 64:8, 64:19, 64:23, 66:16, 67:15

**REPORTS** [1] - 13:8

**REPORTS.................
......** [1] - 12:25

**representing** [2] - 84:25, 85:1

**request** [4] - 46:7, 58:16, 60:6, 71:13

**REQUEST** [1] - 13:1

**requested** [1] - 49:12

**requests** [1] - 24:2

**resend** [2] - 35:8, 36:1

**resending** [1] - 34:25

**reserve** [2] - 73:14, 74:4

**resolve** [2] - 46:7, 96:11

**resolved** [1] - 67:4

**respect** [10] - 22:21, 46:1, 46:2, 46:6, 48:14, 56:15, 57:1, 67:21, 97:21, 97:22

**respectfully** [1] - 45:14

**resplendent** [1] - 50:9

**respond** [7] - 24:2, 35:20, 97:17, 98:5, 99:17, 99:20, 100:3

**RESPOND** [2] - 15:14, 15:16

**RESPOND.................
.............................
** [1] - 15:12

**responded** [1] - 88:22

**responders** [3] - 97:14, 97:19, 99:7

**RESPONDERS** [1] - 15:6

**responding** [1] - 91:12

**RESPONSE** [2] - 6:10, 6:23

**response** [10] - 23:13, 27:3, 38:14, 60:7, 61:4, 62:3, 73:9, 73:13, 85:6, 98:8

**RESPONSES** [2] - 10:1, 10:6

**responses** [6] - 23:24, 24:7, 94:4, 97:18, 97:21, 97:23

**responsibility** [1] - 61:22

**review** [3] - 21:14, 23:5, 27:12

**REVIEW** [1] - 9:23

**reviewing** [1] - 31:4

**revised** [4] - 35:1, 50:19, 97:10, 99:10

**REVISED** [1] - 15:4

**rewrite** [1] - 94:5

**RFA's** [1] - 23:25

**RFA'S............** [1] - 10:2

**RICHARD** [1] - 10:18

**Richard** [4] - 27:21, 28:5, 30:3, 36:18

**RICHESON** [1] - 5:13

**rig** [2] - 38:19, 39:6

**RIG** [1] - 1:4

**rises** [1] - 37:18

**risk** [9] - 30:19, 36:20, 41:20, 41:22, 41:24, 42:7, 42:9, 48:11, 56:22

**RMR** [2] - 8:3, 103:16

**road** [6] - 77:6, 81:7, 81:21, 87:17, 87:18, 98:18

**Rob** [8] - 19:15, 19:25, 20:14, 21:13, 23:10, 24:9, 25:6, 52:7

**ROBERT** [1] - 4:8

**role** [1] - 44:10

**roll** [1] - 24:22

**rolling** [1] - 17:5

**ROME** [1] - 6:23

**Ronnie** [1] - 52:14

**RONQUILLO** [2] - 5:3, 5:8

**ROOM** [2] - 2:21, 8:5

**room** [4] - 24:11, 53:13, 54:4, 55:11

**rose** [1] - 73:8

**rough** [1] - 16:15

**ROUND** [2] - 11:13, 11:14

**round** [5] - 36:4, 36:5,

89:11, 94:6, 96:4

**ROY** [19] - 1:17, 1:17, 40:11, 49:8, 50:2, 64:15, 73:6, 79:1, 79:8, 79:10, 79:12, 79:15, 79:18, 79:24, 80:2, 80:10, 80:18, 81:23, 90:16

**Roy** [8] - 33:18, 33:19, 40:8, 40:10, 64:11, 64:14, 64:15, 97:20

**Roy's** [1] - 50:7

**Rule** [4] - 77:8, 78:12, 82:19

**rule** [8] - 48:16, 48:24, 55:18, 78:16, 78:17, 80:11, 87:15

**Rules** [2] - 80:6

**rules** [1] - 70:25

**ruling** [4] - 42:21, 48:2, 66:18, 100:19

**rulings** [1] - 56:9

**running** [1] - 45:17

**RUSNAK** [2] - 2:3

## S

**S.'s** [1] - 61:20

**S............................
** [1] - 9:25

**Sabins** [1] - 61:7

**salesman** [1] - 84:24

**SALLY** [1] - 1:12

**SAME** [2] - 12:5, 13:25

**Sammy** [1] - 91:7

**SAN** [1] - 2:22

**Sarah** [10] - 20:11, 20:19, 21:12, 21:15, 21:17, 21:20, 21:23, 22:10, 22:12, 25:15

**SARAH** [1] - 2:20

**Sarah's** [1] - 24:18

**save** [1] - 39:22

**saved** [1] - 37:23

**saving** [1] - 37:22

**saw** [3] - 21:17, 66:16, 88:22

**SCHEDULE** [1] - 12:24

**schedule** [6] - 23:15, 46:8, 53:24, 57:18, 99:8

**scheduled** [1] - 18:21

**SCHEDULED** [1] - 9:6

**schedules** [2] - 23:20, 58:24

**scheduling** [1] - 56:23

**SCHELL** [1] - 5:13

**Schilling** [1] - 91:8

**school** [1] - 17:15

**science** [1] - 53:17

**Scofield** [3] - 69:9, 72:18, 78:19

**SCOFIELD** [7] - 6:7, 69:9, 72:18, 72:21, 74:25, 78:19, 78:25

**scope** [4] - 22:2, 44:8, 46:2, 92:11

**SCOPE** [1] - 9:12

**Scott** [1] - 19:18

**SCOTT** [1] - 3:4

**Scouts** [1] - 84:21

**SCREEN** [1] - 11:7

**screen** [3] - 32:21, 33:1, 33:23

**SEACOR** [6] - 6:11, 6:12, 6:12, 6:13, 6:13, 6:14

**SEAN** [1] - 7:22

**Sears** [2] - 57:15, 57:16

**SEARS** [1] - 12:23

**SEC** [1] - 74:19

**second** [3] - 35:23, 40:24, 78:6

**seconds** [2] - 50:25, 82:4

**SECTION** [1] - 3:3

**sections** [1] - 54:6

**SEE** [1] - 10:25

**see** [16] - 20:10, 21:22, 27:15, 31:5, 35:9, 51:16, 64:4, 68:8, 89:6, 91:4, 92:10, 96:7, 99:16, 100:8, 100:10

**seeing** [3] - 56:9, 67:1, 96:5

**seeking** [1] - 57:2

**seem** [1] - 73:15

**segments** [1] - 18:23

**segregated** [1] - 29:21

**segues** [1] - 80:10

**selectively** [1] - 66:20

**self** [1] - 47:25

**self-interest** [1] - 47:25

**selfish** [1] - 47:23

**send** [5] - 43:25, 86:9, 90:18, 92:2, 92:22

**sending** [1] - 19:12

**sense** [7] - 24:5, 24:8, 24:10, 38:18, 49:24, 83:13, 91:10

**SENSE** [1] - 10:3

**sent** [4] - 22:4, 28:14, 46:15, 91:17

**SENT** [1] - 10:22

**separate** [1] - 79:18

**seriously** [2] - 17:22, 18:15

**SERVED** [3] - 15:9

**served** [3] - 98:2

**server** [1] - 21:22

**SERVER.................
.................... ** [1] - 9:11

**SERVICES** [2] - 5:3, 7:21

**serving** [1] - 16:23

**set** [9] - 57:19, 64:9, 85:19, 89:8, 89:16, 89:20, 90:18, 91:1, 93:18

**SET** [1] - 12:24

**set-up** [1] - 85:19

**sets** [1] - 33:3

**settled** [1] - 63:23

**settlement** [2] - 71:10, 74:13

**SETTLEMENT** [1] - 14:4

**settles** [1] - 63:4

**seven** [10] - 34:14, 34:15, 34:16, 34:18, 34:22, 35:1, 35:18, 35:22, 35:25, 36:8

**SEVEN** [2] - 11:11, 11:16

**several** [6] - 54:13, 58:25, 66:15, 78:20, 85:13, 85:14

**shall** [3] - 50:14, 50:17, 50:18

**shape** [2] - 19:19, 27:6

**SHAW** [1] - 6:3

**sheets** [2] - 29:12, 30:1

**SHELL** [3] - 3:22, 7:18

**shirt** [2] - 50:6, 50:9

**short** [7] - 17:5, 35:2, 46:19, 50:3, 85:9, 99:15

**SHORT** [1] - 12:5

**shorter** [1] - 46:3

**shortly** [4] - 41:3, 56:2, 56:9

**SHOULD** [3] - 10:11, 12:7, 13:23

**show** [5] - 41:20, 42:7, 85:2, 93:7, 101:22

**showing** [2] - 20:6, 84:21

**shown** [2] - 48:11, 84:11

**SHUSHAN** [1] - 1:12

**shut** [1] - 31:1

**side** [3] - 64:14, 79:7, 88:7

**SIDE** [1] - 14:6
**sides** [1] - 23:18
**SIEMENS** [1] - 6:15
**signatories** [1] - 62:7
**signed** [2] - 61:12, 62:12
**significance** [1] - 29:2
**significant** [2] - 29:12, 49:15
**simple** [2] - 25:23, 47:8
**simply** [1] - 24:5, 80:22
**simultaneously** [1] - 53:13
**SINCLAIR** [1] - 3:8
**sit** [3] - 29:23, 56:6, 92:10
**sitting** [1] - 102:9
**SITUATION** [1] - 9:14
**situation** [2] - 22:7, 68:20
**SITUATIONS** [1] - 10:25
**situations** [1] - 31:5
**skiing** [1] - 16:10
**slammer** [1] - 18:16
**slight** [1] - 95:15
**slightly** [1] - 72:3
**slipped** [1] - 92:25
**slippery** [1] - 87:12
**slow** [1] - 89:5
**small** [4] - 77:2, 77:10, 77:15, 96:5
**SMITH** [1] - 7:17
**snake** [2] - 84:24, 85:3
**snow** [1] - 16:12
**SO** [4] - 10:10, 11:24, 14:13, 14:18
**soft** [1] - 25:14
**solution** [5] - 40:13, 47:7, 81:4, 82:21
**someone** [4] - 27:22, 52:12, 60:2, 92:25
**sometime** [1] - 23:15
**somewhat** [2] - 26:5, 74:11
**soon** [6] - 21:6, 21:7, 21:9, 22:17, 46:5, 59:7
**sooner** [1] - 60:20
**sorry** [3] - 19:25, 36:17, 70:3
**sort** [7] - 21:14, 32:22, 33:3, 89:9, 89:10, 89:16, 89:19
**Sosa** [1] - 91:7
**sounds** [2] - 34:4, 66:3

**source** [7] - 30:5, 38:6, 38:10, 39:1, 39:6, 41:18, 47:6
**SOURCE** [1] - 12:1
**SOUTH** [2] - 2:8, 7:8
**SPEAKER** [2] - 57:22, 101:1
**speaking** [1] - 61:24
**specific** [2] - 67:22, 97:23
**specifically** [1] - 62:11
**specificity** [1] - 22:10
**spell** [1] - 28:23
**spelled** [1] - 65:16
**spend** [1] - 18:16
**spent** [1] - 51:1
**spew** [1] - 41:24
**SPILL** [4] - 1:4, 6:22, 11:21, 12:4
**spill** [7] - 36:22, 38:14, 42:5, 43:6, 44:17, 44:19, 44:21
**spilling** [1] - 41:23
**SPOLIATION** [1] - 15:14
**spoliation** [1] - 99:17
**sponsoring** [1] - 64:6
**sponsorship** [1] - 67:6
**SQUARE** [2] - 3:22, 7:18
**squares** [1] - 80:22
**ST** [3] - 7:4, 7:5, 7:22
**stack** [1] - 74:18
**Stack** [1] - 18:20
**STACK**.....................
............ [1] - 9:5
**stage** [1] - 81:1
**stand** [7] - 29:24, 42:25, 44:22, 52:6, 58:3, 88:24, 93:24
**standard** [1] - 47:2
**STANDARD** [1] - 12:10
**standing** [3] - 39:24, 40:8, 66:1
**standpoint** [4] - 38:9, 73:7, 90:16, 90:17
**stands** [1] - 44:11
**start** [5] - 24:24, 27:17, 31:17, 56:9, 59:23
**started** [3] - 39:17, 46:5, 49:22
**starting** [1] - 75:22
**starts** [1] - 81:8
**state** [3] - 35:14, 38:16, 47:1
**State** [1] - 103:5

**STATE** [3] - 3:7, 3:11, 12:10
**statement** [6] - 26:4, 26:9, 26:10, 61:13, 73:10, 96:24
**states** [1] - 91:3
**STATES** [4] - 1:1, 1:13, 3:3, 10:10
**States** [7] - 22:2, 24:14, 26:17, 61:1, 91:3, 103:6, 103:17
**STATES**.....................
..................... [1] - 9:13
**station** [1] - 24:19
**status** [2] - 20:15, 74:13
**STATUS** [2] - 1:12, 14:3
**stay** [2] - 35:25, 101:3
**STEFANIE** [1] - 5:5
**STENOGRAPHY** [1] - 8:8
**STEPHEN** [1] - 1:21
**stepped** [1] - 48:19
**Steve** [7] - 26:1, 33:14, 40:11, 41:12, 69:18, 85:11, 86:5
**STEVE** [1] - 14:13
**stick** [1] - 97:11
**STICK** [1] - 5:5
**Stick** [1] - 16:20
**sticking** [1] - 38:2
**still** [20] - 19:4, 23:25, 24:2, 25:21, 31:6, 38:10, 40:7, 41:11, 53:3, 53:4, 62:23, 64:1, 78:13, 88:5, 89:6, 89:12, 90:21, 97:8, 97:15
**STILL** [2] - 11:1, 15:7
**stips** [1] - 92:19
**stipulate** [5] - 44:22, 94:7, 96:16, 97:2
**stipulates** [1] - 95:11
**stipulation** [8] - 25:5, 91:23, 93:13, 95:3, 95:7, 95:12, 97:13
**STIPULATION** [1] - 15:6
**STIPULATIONS** [3] - 10:5, 10:7, 10:12
**stipulations** [23] - 24:1, 24:4, 24:6, 24:12, 24:20, 24:23, 25:21, 88:20, 88:22, 88:23, 89:9, 89:18, 90:18, 91:2, 93:14, 93:25, 94:13, 95:6, 95:24, 96:8, 96:24,

97:6, 99:12
**STIPULATIONS**.........
..................... [2] - 10:14, 14:21
**STIPULATIONS**.........
........................... [1] - 15:3
**STONE** [1] - 4:22
**strategy** [3] - 80:24, 81:9, 81:22
**stray** [1] - 45:4
**stream** [1] - 60:11
**STREET** [16] - 1:18, 1:24, 2:8, 3:13, 3:23, 4:9, 4:15, 4:19, 4:23, 5:6, 5:14, 5:18, 5:23, 6:8, 7:18, 8:5
**strict** [1] - 37:13
**STRING** [1] - 12:18
**string** [2] - 56:1, 56:7
**strongly** [3] - 42:4, 77:24
**struggle** [2] - 42:22, 91:10
**struggling** [1] - 90:6
**stuff** [7] - 29:18, 32:1, 32:3, 37:22, 38:3, 39:13, 52:20
**stunned** [1] - 64:16
**SUB** [1] - 7:15
**subject** [4] - 27:1, 56:14, 58:24, 59:19
**SUBMIT** [1] - 14:10
**submit** [5] - 30:7, 35:22, 65:6, 86:2, 90:23
**submits** [1] - 63:2
**submitted** [13] - 27:23, 28:12, 29:1, 37:21, 38:14, 54:23, 58:21, 64:4, 64:5, 82:12, 83:4, 83:8, 86:12
**SUBMITTED** [1] - 10:19
**subpoena** [5] - 78:8, 78:11, 78:12, 82:11, 85:15
**subpoenaed** [1] - 84:5
**substantial** [1] - 46:17
**substantive** [2] - 53:4, 69:14
**substitution** [1] - 60:6
**suggest** [5] - 58:9, 58:20, 64:23, 67:3, 81:18
**suggested** [1] - 58:7
**suggesting** [2] - 68:2, 90:4, 95:17
**suggestion** [6] -

33:24, 46:6, 63:11, 75:3, 89:15, 94:21
**SUITE** [12] - 2:8, 2:15, 3:23, 4:19, 5:6, 5:9, 5:14, 5:23, 6:8, 7:8, 7:13, 7:22
**SUMMARIES** [1] - 12:5
**summaries** [11] - 27:16, 29:20, 29:22, 30:2, 30:7, 36:20, 44:1, 46:15, 46:19, 84:10, 84:16
**SUMMARIES**....... [1] - 10:16
**SUMMARIES**.............
..................... [1] - 10:24
**summary** [8] - 30:3, 30:14, 36:19, 37:21, 39:12, 39:17, 49:14, 85:19
**SUPPORT** [1] - 7:11
**support** [1] - 18:7
**supported** [1] - 35:19
**supposed** [4] - 32:15, 64:4, 67:15, 70:21
**sur** [5] - 100:25, 101:1, 101:2
**sur-replies** [1] - 100:25
**sur-sur** [1] - 101:1
**sur-sur-replies** [1] - 101:2
**SURE** [1] - 10:11
**surgical** [1] - 31:12
**surgically** [1] - 45:2
**suspect** [4] - 48:5, 48:25, 61:21, 77:24
**SUTHERLAND** [1] - 4:18
**swing** [1] - 68:5
**Swizzle** [1] - 16:20

# T

**table** [1] - 26:12
**tactical** [1] - 71:2
**TAIL** [2] - 14:9, 14:14
**tail** [3] - 40:11, 86:2, 86:6
**TAKE** [1] - 12:5
**tangential** [1] - 85:12
**tank** [1] - 41:23
**Tanner** [1] - 65:21
**target** [3] - 37:19, 90:6, 92:19
**TARTER** [1] - 6:7
**task** [2] - 51:20, 94:18

**team** [1] - 91:3
**tease** [2] - 38:25, 39:7
**tech** [3] - 33:4, 33:25, 54:3
**technical** [2] - 22:11, 94:13
**technically** [1] - 21:23
**TECHS** [1] - 11:7
**techs** [4] - 32:20, 32:25, 33:3, 33:12
**Ted** [4] - 18:2, 18:3, 97:7, 99:5
**TELL** [1] - 14:14
**tend** [1] - 59:8
**tens** [1] - 77:11
**terms** [3] - 44:16, 68:17, 71:8
**terrible** [1] - 16:12
**TESSIER** [1] - 5:21
**test** [2] - 49:18, 49:23
**testimony** [19] - 28:12, 28:13, 29:1, 29:4, 35:19, 63:13, 63:25, 64:9, 66:13, 66:19, 67:16, 68:2, 71:11, 71:17, 77:18, 79:22, 81:2, 82:12, 82:17
**TESTIMONY** [2] - 10:19, 10:20
**THAT** [21] - 10:3, 10:9, 10:11, 10:20, 10:25, 11:1, 11:11, 11:25, 12:2, 12:6, 12:11, 12:21, 13:13, 13:20, 13:23, 14:2, 14:6, 14:12, 15:9, 15:20
**THAT**........................
. [1] - 14:17
**THAT**........................
................ [1] - 14:19
**THAT**........................
................ [1] - 15:8
**THE** [323] - 1:4, 1:5, 1:12, 1:16, 1:23, 2:18, 3:3, 3:11, 6:24, 9:10, 9:12, 9:15, 9:16, 9:17, 9:19, 9:21, 9:22, 9:23, 9:25, 10:1, 10:2, 10:3, 10:4, 10:7, 10:9, 10:12, 10:20, 10:21, 11:6, 11:7, 11:13, 11:14, 11:16, 11:20, 11:23, 11:24, 12:1, 12:8, 12:10, 12:13, 12:14, 13:11, 13:18, 13:19, 13:24, 14:1, 14:3, 14:8, 14:9, 14:14, 14:20, 15:1, 15:4, 15:6,

15:7, 15:14, 15:16, 15:19, 15:20, 16:7, 16:10, 16:14, 16:17, 16:18, 17:4, 17:10, 17:14, 17:18, 17:20, 18:1, 18:3, 18:5, 18:12, 18:17, 18:20, 19:20, 20:8, 20:10, 20:13, 20:19, 21:12, 23:11, 24:8, 24:22, 25:10, 25:14, 25:17, 26:1, 26:15, 26:22, 27:5, 27:8, 28:5, 28:20, 28:23, 29:6, 29:10, 29:15, 29:21, 29:24, 30:21, 30:25, 31:13, 31:16, 31:21, 31:23, 33:17, 33:22, 34:5, 34:9, 34:16, 34:20, 34:24, 35:4, 35:8, 35:14, 35:21, 36:2, 36:7, 36:11, 36:16, 36:24, 37:3, 40:8, 41:2, 41:4, 41:10, 41:15, 42:16, 43:4, 43:7, 43:10, 43:14, 43:21, 44:2, 44:5, 44:14, 44:18, 45:6, 45:19, 45:23, 46:14, 46:18, 46:24, 47:12, 47:19, 48:21, 49:6, 50:1, 50:3, 50:8, 51:8, 51:18, 52:2, 52:6, 53:6, 53:18, 53:23, 54:15, 54:17, 54:19, 55:9, 55:15, 55:22, 56:18, 57:10, 57:13, 57:23, 58:2, 58:11, 58:14, 59:2, 59:8, 59:14, 59:21, 59:25, 60:9, 60:13, 60:16, 60:18, 60:21, 60:24, 61:5, 61:15, 61:24, 62:18, 62:22, 62:24, 63:16, 64:10, 64:25, 65:8, 65:12, 65:14, 66:1, 66:6, 66:25, 67:5, 67:10, 67:14, 67:17, 67:24, 68:4, 68:7, 68:11, 69:8, 69:16, 69:20, 69:25, 71:5, 71:22, 72:5, 72:14, 72:20, 72:22, 73:1, 73:4, 74:8, 74:24, 75:6, 75:12, 75:15, 76:4, 76:6, 76:8, 76:18, 77:14, 77:16, 78:2, 78:17, 78:24, 79:5, 79:14, 79:17, 79:25, 80:9, 80:17,

81:21, 81:24, 82:5, 82:24, 83:5, 83:10, 83:22, 85:8, 86:1, 86:12, 86:16, 86:19, 86:22, 86:25, 87:13, 87:18, 87:21, 87:24, 88:4, 88:18, 88:19, 89:3, 89:20, 90:2, 90:4, 90:13, 90:15, 91:13, 91:19, 92:10, 92:13, 93:4, 93:8, 93:10, 93:21, 94:6, 94:16, 94:23, 95:5, 95:8, 95:19, 95:22, 95:25, 96:7, 96:15, 96:19, 96:25, 97:4, 98:24, 99:2, 99:11, 99:13, 99:14, 99:20, 99:22, 100:1, 100:5, 100:7, 100:13, 100:16, 100:18, 100:21, 100:24, 101:2, 101:5, 101:7, 101:14, 101:19, 101:21, 102:1, 102:7, 102:11, 102:14
**THEIR** [6] - 12:9, 13:8, 13:10, 13:21, 13:25, 14:7
**THEM** [3] - 13:12, 14:14
**THEN** [1] - 12:8
**THEODORE** [1] - 6:16
**theoretically** [1] - 88:8
**THERE** [3] - 10:25, 11:25, 14:12
**THERE........** [1] - 9:14
**thereafter** [1] - 91:21
**therefore** [1] - 24:2
**Theresa** [3] - 84:25, 85:2, 85:4
**THESE** [2] - 12:3, 12:6
**THEY** [6] - 10:9, 10:12, 13:10, 13:11, 14:2
**THEY'RE** [1] - 11:19
**they've** [5] - 23:19, 48:11, 71:11, 82:16, 92:4
**THINGS** [1] - 12:3
**THINK** [2] - 12:11, 15:7
**thinking** [2] - 17:12, 63:10
**thinks** [5] - 46:3, 48:17, 61:3, 95:9, 99:8
**THIS** [3] - 1:9, 12:15, 14:17
**THIS.....** [1] - 12:16

**THOMAS** [2] - 2:6, 7:8
**THOSE** [2] - 12:5, 15:5
**THOUGH** [1] - 11:25
**thoughts** [2] - 82:1, 82:25
**thousand** [2] - 44:19, 44:20
**three** [9] - 43:18, 45:16, 45:18, 45:20, 52:19, 53:14, 53:25, 62:8, 82:11
**three-phase** [1] - 43:18
**throughout** [1] - 69:10
**tie** [10] - 17:7, 17:11, 18:4, 18:5, 18:6, 18:15, 18:19, 58:4, 93:5
**tie-wearers** [1] - 18:15
**TIGER** [1] - 7:16
**Tim** [6] - 89:2, 89:3, 89:23, 92:17, 93:21, 95:8
**TIME** [2] - 10:4, 14:25
**timeline** [1] - 58:22
**timely** [1] - 58:19
**TIMOTHY** [1] - 4:4
**tired** [1] - 31:9
**TO** [49] - 1:9, 9:14, 10:2, 10:3, 10:4, 10:5, 10:8, 10:21, 10:22, 10:25, 11:5, 11:6, 11:11, 11:16, 11:19, 11:24, 12:1, 12:11, 12:12, 12:13, 12:24, 13:1, 13:4, 13:5, 13:6, 13:10, 13:16, 14:5, 14:10, 14:13, 14:14, 14:17, 15:1, 15:5, 15:11, 15:14, 15:16, 15:19, 15:20, 16:4, 89:14
**today** [16] - 17:16, 20:7, 20:11, 34:25, 43:8, 43:23, 46:12, 51:16, 68:24, 69:5, 72:23, 73:5, 91:16, 92:19, 92:23, 97:25
**today's** [1] - 16:19
**together** [11] - 27:4, 34:8, 53:24, 79:12, 80:23, 88:25, 89:25, 91:21, 92:2, 92:6, 93:22
**token** [2] - 40:16, 40:22
**tomorrow** [1] - 46:12
**TOMPKINS** [1] - 7:16
**Tony** [4] - 28:7, 28:8, 45:9, 56:21

**TOOK** [1] - 11:24
**took** [5] - 18:5, 37:5, 37:10, 55:25, 74:6
**top** [1] - 39:14
**topic** [4] - 22:7, 62:23, 74:11, 84:7
**topics** [2] - 28:25, 69:15
**TORTS** [1] - 2:19
**towards** [1] - 31:8
**TOWER** [2] - 2:11, 5:5
**track** [1] - 55:5
**traffic** [1] - 21:16
**train** [3] - 23:8, 24:18
**TRANSCRIPT** [3] - 1:12, 8:8, 11:1
**transcript** [2] - 31:6, 103:8
**transcripts** [1] - 31:4
**transitions** [1] - 32:22
**TRANSOCEAN** [3] - 4:11, 4:12, 4:13
**Transocean** [3] - 78:21, 87:16, 91:13
**travel** [1] - 75:21
**treating** [1] - 39:4
**TREX** [2] - 34:21, 50:17
**trial** [72] - 18:17, 18:22, 32:19, 32:20, 32:25, 33:1, 33:3, 33:4, 33:9, 33:12, 33:25, 35:6, 39:24, 41:13, 42:15, 42:23, 43:18, 44:9, 44:23, 45:2, 45:14, 45:17, 46:3, 48:16, 48:24, 49:18, 49:19, 51:1, 51:2, 53:18, 54:1, 63:3, 63:5, 63:8, 63:9, 63:14, 63:15, 63:21, 63:24, 64:1, 65:20, 66:5, 66:9, 66:21, 67:7, 67:19, 67:20, 70:22, 71:24, 73:20, 73:22, 76:1, 77:6, 77:19, 78:13, 78:22, 78:23, 79:22, 80:14, 80:22, 81:1, 81:8, 81:9, 81:10, 81:22, 83:14, 85:16, 102:19
**TRIAL** [3] - 11:6, 15:20
**TRIAL**........................
.... [1] - 13:18
**TRIAL**........................
............ [1] - 13:6
**TRIAL**........................
...................... [1] - 11:8

tried [2] - 54:7, 66:19
true [5] - 66:25, 67:21, 94:19, 96:3, 103:7
try [18] - 18:13, 23:14, 38:25, 41:3, 42:2, 44:23, 48:14, 49:22, 51:16, 54:4, 58:24, 59:11, 74:1, 87:21, 89:25, 94:18, 96:11, 98:21
trying [7] - 38:18, 41:14, 47:12, 53:21, 73:7, 81:22, 88:24
TSEKERIDES [6] - 6:16, 17:24, 18:2, 18:4, 97:8, 99:6
TUESDAY [1] - 14:22
Tuesday [8] - 23:19, 89:21, 91:20, 92:25, 93:1, 93:18, 96:10, 100:19
TUESDAY..................
...................... [1] - 14:24
tunnel [1] - 23:9
turn [1] - 91:5
turned [3] - 21:2, 25:12, 51:24
two [36] - 17:13, 29:19, 29:22, 30:2, 30:3, 30:7, 30:12, 30:14, 30:17, 33:2, 33:3, 34:21, 35:25, 36:18, 36:20, 37:21, 39:11, 39:18, 40:21, 41:7, 44:1, 46:15, 46:19, 46:25, 47:10, 47:14, 48:7, 49:13, 49:14, 53:25, 62:7, 70:12, 80:4, 80:10, 82:10, 85:18
Two [35] - 23:24, 24:12, 24:20, 24:23, 25:20, 30:6, 30:8, 30:14, 36:23, 37:4, 37:8, 37:16, 37:21, 37:22, 38:15, 39:9, 39:14, 39:19, 39:22, 39:25, 40:1, 40:6, 40:7, 42:3, 42:19, 43:1, 43:6, 45:4, 45:12, 46:5, 46:20, 46:21, 47:3, 47:11, 99:12
TWO [11] - 10:2, 10:7, 10:12, 10:14, 10:24, 11:22, 11:24, 12:4, 12:5, 12:7, 12:8
TWO-PAGE [2] - 10:24, 12:5

two-page [15] - 29:19, 29:22, 30:2, 30:3, 30:7, 30:14, 36:18, 36:20, 37:21, 39:11, 44:1, 46:15, 46:19, 49:14, 85:18
two-pagers [2] - 47:10, 47:14
TWO..........................
................ [1] - 12:12
TX [6] - 2:4, 4:19, 5:6, 5:9, 6:8, 6:21
typical [1] - 96:23

## U

U.S [5] - 2:18, 3:4, 7:3, 9:9, 20:16
ultimately [5] - 32:17, 32:19, 33:10, 33:13, 38:25
unassigned [1] - 50:18
unavailable [1] - 85:20
uncontested [2] - 96:24, 97:3
uncontrolled [3] - 37:4, 37:9, 44:18
UNCONTROLLED [1] - 11:23
Underhill [4] - 18:9, 18:12, 44:8, 90:2
UNDERHILL [28] - 2:19, 18:10, 41:3, 41:5, 41:11, 41:16, 44:22, 47:5, 47:16, 47:20, 58:3, 59:4, 61:2, 61:8, 61:19, 62:2, 62:19, 72:25, 73:2, 74:22, 77:21, 78:3, 78:18, 90:1, 90:3, 90:5, 90:14, 91:7
underneath [1] - 52:11
understood [5] - 36:19, 73:9, 73:24, 75:4, 75:13
unfortunately [2] - 40:8, 80:21
UNIDENTIFIED [2] - 57:22, 101:1
Uniform [1] - 80:6
uniformly [2] - 80:7, 80:15
unique [1] - 68:20
United [7] - 22:2, 24:14, 26:17, 61:1,

91:3, 103:6, 103:17
UNITED [5] - 1:1, 1:13, 3:3, 9:13, 10:10
universe [1] - 93:24
unnecessary [1] - 73:22
unpreparedness [1] - 37:7
unreasonable [1] - 60:20
unrelated [1] - 84:6
UNTIL [2] - 14:15, 15:16
up [58] - 16:20, 20:6, 20:7, 20:10, 20:14, 21:3, 25:7, 27:15, 29:16, 29:21, 29:24, 32:20, 32:24, 33:1, 33:23, 35:11, 38:19, 39:6, 39:23, 39:24, 40:10, 41:4, 42:1, 42:11, 43:22, 43:24, 44:22, 48:13, 49:1, 50:5, 50:22, 52:22, 55:25, 59:15, 61:25, 62:14, 66:10, 67:11, 68:12, 68:15, 68:16, 68:25, 72:17, 81:24, 85:19, 88:5, 88:10, 88:16, 90:9, 93:11, 93:17, 93:18, 95:23, 97:25, 98:17, 101:19, 101:20, 101:22
UP [4] - 11:5, 11:7, 13:20, 13:24
update [3] - 20:19, 23:17, 27:11
upset [1] - 47:23
urge [1] - 81:19
US [2] - 10:3, 10:4
USE [1] - 13:20

## V

VA [1] - 2:12
vacant [2] - 55:14, 55:16
vacation [1] - 16:8
varied [1] - 44:19
verify [1] - 35:12
version [6] - 52:18, 52:19, 52:20, 53:19, 92:22
VERY [1] - 13:9
video [3] - 84:11, 84:22, 85:2
view [9] - 26:14, 43:5, 56:25, 59:16, 61:22,

67:5, 89:10, 98:5, 98:9
views [4] - 67:1, 67:2, 70:20, 90:8
Virginia [1] - 35:15
visit [1] - 18:20
VISIT [1] - 9:6
visiting [1] - 16:22
VOICES [1] - 102:5
volume [2] - 25:7, 44:21
voluntarily [1] - 83:17
voluntary [1] - 84:13
volunteer [1] - 31:19

## W

W-E-I-N-T-R-I-T-T [1] - 65:16
WACKER [1] - 7:8
wait [1] - 76:2
waited [1] - 88:13
waiting [2] - 89:18, 90:21
WALKER [2] - 2:10, 7:3
WALTHER [1] - 4:22
WANT [1] - 15:20
wanton [2] - 38:12, 38:16
WANTS [2] - 13:4, 15:19
wants [11] - 18:23, 33:15, 40:15, 44:11, 45:17, 48:23, 59:6, 63:20, 72:22, 81:16, 101:8
WARE [1] - 6:19
Warren [1] - 52:7
WARREN [2] - 5:17, 52:8
WAS [5] - 10:7, 15:7, 15:9
WASHINGTON [3] - 3:5, 4:9, 5:19
waste [2] - 30:17, 84:21
WATERSIDE [1] - 2:12
WATKINS [1] - 7:7
ways [2] - 48:12, 98:18
WE [9] - 9:21, 10:5, 11:11, 11:19, 12:24, 13:8, 13:9, 14:13, 14:18
WE'LL [1] - 12:16
WE'RE [2] - 13:16, 15:7
WE'VE [1] - 10:1

wearers [1] - 18:15
WEATHERFORD [1] - 7:3
Wednesday [4] - 36:10, 36:13, 68:10, 79:6
WEDNESDAY [2] - 11:19, 14:5
WEDNESDAY...........
........................... [2] - 11:18, 13:22
week [26] - 21:5, 21:15, 21:24, 22:5, 22:12, 23:10, 23:14, 23:15, 23:19, 23:21, 27:10, 33:16, 34:2, 46:12, 46:13, 49:4, 63:7, 65:6, 69:11, 72:7, 74:9, 82:25, 87:5, 92:20, 96:11
WEEK [1] - 14:17
weekend [3] - 18:16, 47:21, 92:23
weeks [7] - 27:12, 27:13, 37:11, 54:13, 78:20, 83:18, 102:12
WEIGEL [1] - 6:23
weighed [1] - 89:14
weight [1] - 84:14
WEIL [1] - 6:15
WEINER [1] - 5:13
Weintritt [7] - 65:16, 65:19, 65:24, 68:19, 69:17, 72:13, 72:19
WEINTRITT [1] - 13:17
WEINTRITT.......... [1] - 13:15
welcome [5] - 20:9, 74:21, 78:25, 93:10, 99:2
WELL [2] - 11:11, 13:17
WELL...... [1] - 11:24
WHAT [8] - 9:14, 10:5, 10:9, 11:23, 12:15, 14:3, 14:10, 15:9
whatnot [1] - 81:3
WHERE [1] - 10:25
whereas [1] - 89:16
WHEREUPON [1] - 102:24
WHETHER [4] - 11:21, 13:11, 13:19, 15:11
WHICH [2] - 9:17, 10:8
whining [1] - 39:25
white [2] - 80:22, 84:10
WHITELEY [1] - 3:12
WHO [5] - 9:21, 10:11, 11:7, 13:23, 14:6

**whole** [9] - 29:8, 39:17, 61:9, 67:22, 76:12, 76:15, 87:16, 88:10, 96:13
**WHY** [1] - 11:24
**wide** [1] - 26:13
**WILL** [5] - 11:7, 11:14, 11:19, 13:8, 13:17
**will-call** [9] - 70:14, 70:16, 70:21, 71:1, 71:23, 80:3, 81:5, 81:11, 81:15
**willful** [5] - 38:17, 40:18, 41:17, 41:20, 42:12
**WILLIAM** [1] - 7:4
**WILLIAMS** [2] - 2:14, 2:15
**WILLIAMSON** [2] - 2:3, 2:3
**willing** [2] - 33:14, 69:6
**wine** [1] - 102:10
**WINFIELD** [1] - 3:8
**WINTHROP** [1] - 6:3
**wise** [1] - 34:11
**wish** [1] - 34:18
**WISH** [1] - 11:11
**WITH** [7] - 9:6, 10:11, 11:5, 11:16, 12:9, 13:16, 15:6
**withdraw** [4] - 67:6, 68:23, 71:19, 81:12
**withdrawal** [1] - 57:16
**withdrawing** [3] - 67:19, 68:18, 74:23
**withdrawn** [5] - 67:22, 67:23, 68:19, 69:1, 71:14
**withdrew** [1] - 34:21
**WITNESS** [1] - 13:24
**witness** [32] - 30:6, 30:8, 35:11, 42:25, 58:17, 63:7, 67:7, 67:19, 68:13, 68:23, 69:1, 70:14, 73:6, 75:2, 75:3, 76:15, 78:10, 80:8, 81:1, 81:3, 81:11, 81:12, 81:14, 81:15, 83:9, 84:8, 84:11, 84:13, 85:6, 85:20, 88:7, 88:11
**witness'** [1] - 77:17
**witnesses** [30] - 28:20, 28:22, 29:11, 39:10, 63:12, 69:12, 70:18, 74:1, 75:9, 75:19, 76:16, 77:7, 77:12, 78:1, 78:15,

81:10, 82:9, 82:10, 82:18, 82:19, 82:20, 83:16, 84:10, 84:22, 85:5, 85:13, 85:14, 86:1, 86:4, 86:20
**WITNESSES** [2] - 14:9, 14:12
**WITNESSES.............. ..** [1] - 10:23
**WITTMANN** [25] - 4:22, 4:22, 18:7, 63:17, 66:21, 67:1, 67:21, 67:25, 68:6, 68:8, 69:22, 73:17, 75:11, 76:12, 79:9, 79:11, 79:13, 79:20, 83:1, 83:7, 83:12, 83:20, 85:3, 92:14, 93:3
**Wittmann** [2] - 63:18, 92:16
**wondering** [1] - 96:22
**word** [1] - 40:22
**wording** [1] - 95:15
**words** [2] - 59:19, 96:4
**wordsmithing** [3] - 96:1, 96:20, 97:4
**WORKED** [1] - 10:10
**works** [1] - 48:2
**world** [3] - 35:17, 61:9, 67:18
**WORLDWIDE** [1] - 6:13
**worms** [1] - 88:10
**worse** [1] - 43:17
**worth** [2] - 43:3, 43:4
**WOULD** [2] - 13:13, 14:13
**wow** [1] - 17:18
**WRIGHT** [1] - 1:17

# X

**XYZ** [1] - 67:19

# Y

**y'all** [1] - 17:22
**Year** [1] - 58:6
**year** [1] - 74:16
**years** [1] - 80:8
**yellow** [4] - 31:4, 51:24, 52:13, 53:21
**yes/no** [1] - 40:16
**yesterday** [3] - 19:13, 19:16, 34:18
**YET** [1] - 10:1

**YOAKUM** [1] - 2:4
**York** [1] - 31:2
**YORK** [14] - 5:8, 6:4, 6:17, 6:25, 18:19, 30:24, 31:1, 31:15, 31:19, 31:22, 93:6, 93:9, 93:11, 94:2
**YOU** [4] - 9:21, 12:7, 12:11, 14:17
**YOUR** [4] - 11:16, 12:6, 12:10, 14:20
**yourselves** [1] - 89:22
**YOURSELVES......... ..** [1] - 14:22

# Z

**Zantaz** [5] - 21:22, 22:11, 22:13, 22:16, 22:18
**ZANTAZ** [1] - 9:11