UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates To:   2:11-cv-0781 | * | MAGISTRATE SHUSHAN |

\*   \*   \*   \*   \*   \*   \*   \*

**MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes plaintiff, Johnson Bros. Corporation of Louisiana -- F. Miller Construction, L.L.C., a Joint Venture ("Johnson Bros."), which respectfully requests, for the reasons fully outlined in the attached memorandum, that it be granted leave of court to file the attached Second Amended Complaint.

Johnson Bros. wishes to amend its last complaint to add two defendants, Weatherford U.S. L.P. and M-I, L.L.C.  Johnson Bros. respectfully submits that its request for leave of court to amend is not interposed for delay and that in the interest of justice, Johnson Bros. should be permitted to amend its last Complaint.  A copy of the proposed Second Amended Complaint is attached hereto as Exhibit A.

As set forth in greater detail in the memorandum in support of this motion for leave, undersigned counsel further submits that, pursuant to Local Rule 7.6, it has attempted to contact counsel for all defendants to obtain consent to this motion.

WHEREFORE, Johnson Bros. prays that it be granted leave of court to file the Second Amended Complaint.

                Respectfully submitted,

                /s/Daniel Lund, III
                Lloyd N. Shields, T.A. (La. Bar #12022)
                Daniel Lund, III (La. Bar #19014)
                Elizabeth L. Gordon (La. Bar #21619)
                650 Poydras Street, Suite 2600
                New Orleans, Louisiana  70130
                Telephone:  (504) 581-4445
                Fax:  (504) 581-4440
                dlund@shieldsmottlund.com

                Attorneys for
                Johnson Bros. Corporation of Louisiana
            -- F. Miller Construction, L.L.C.,
                    a Joint Venture

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Leave to File Second Amended Complaint has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of January, 2012.

/s/ Daniel Lund, III

47880-01\Pleadings\Motion for Leave to File 2nd Amended Complaint.wpd