UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates To:   2:11-cv-0781 | | |
| | * | MAGISTRATE SHUSHAN |

*   *   *   *   *   *   *   *

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that the undersigned counsel will bring the foregoing *Motion for Leave to File Second Amended Complaint* for hearing before the Honorable Judge Carl J. Barbier of the United States District Court, Eastern District of Louisiana, at 500 Poydras Street, New Orleans, Louisiana, 70130, February 1, 2012 at 9:30 a.m.

Respectfully submitted,

 /s/Daniel Lund, III
Lloyd N. Shields, T.A. (La. Bar #12022)
Daniel Lund, III (La. Bar #19014)
Elizabeth L. Gordon (La. Bar #21619)
650 Poydras Street, Suite 2600
New Orleans, Louisiana  70130
Telephone:  (504) 581-4445
Fax:  (504) 581-4440
dlund@shieldsmottlund.com

Attorneys for
Johnson Bros. Corporation of Louisiana -- F. Miller Construction, L.L.C., a Joint Venture

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Submission has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of January, 2012.

      /s/ Daniel Lund, III

47880-01\Pleadings\Notice of Submission - Motion for Leave to File 2nd Amended Complaint.wpd