

Oct 25 2011
1:46PM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This Document Relates to: | |
| | Judge Barbier |
| MICHELLE WEST, JULIAN B. and MARILYN IRBY, and LIBERTY OAKS PROPERTIES, LLC, individually and on behalf of all others similarly situated, No. 10-cv-3097 | Mag. Judge Shushan |

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF HYUNDAI HEAVY INDUSTRIES CO., LTD.

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Michelle West, Julian B. Irby, Marilyn Irby and Liberty Oaks Properties, LLC, through undersigned counsel, hereby voluntarily dismiss this action without prejudice as against Defendant Hyundai Heavy Industries Co., Ltd. ("HHI") only.[1] HHI has not served either an answer or a motion for summary judgment in response to Plaintiffs' complaint.

HANLY CONROY BIERSTEIN
SHERIDAN FISHER & HAYES, LLP

By: _____
Mitchell M. Breit

112 Madison Avenue
New York, New York 10003
Tel.: (212) 784-6400
Fax.: (212) 213-5949
Email: mbreit@hanlyconroy.com

---

[1] *See, e.g., Plains Growers, Inc. ex rel. Florists' Mut. Ins. Co. v. Ickes-Braun Glasshouses, Inc.*, 474 F.2d 250, 254-55 (5th Cir. 1973) ("[A] plaintiff is entitled to a dismissal against one defendant under Rule 41(a), even though the action against another defendant would remain pending.").

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Plaintiffs' Notice of Voluntary Dismissal Without Prejudice of Hyundai Heavy Industries Co., Ltd. has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, which will send a notice in accordance with the procedures established in MDL 2179, on this 25th day of October, 2011.

*/s/ Julio Jucerm/*