UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:   Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179<br><br>SECTION: J |
| This Document Relates To: All Actions<br><br>……………………………………………………... | : : : | JUDGE BARBIER<br>MAGISTRATE JUDGE<br>SHUSHAN |

## BP'S MOTION IN LIMINE TO BAR
## FACT OR OPINION TESTIMONY ON ISSUES OF LAW

BP hereby moves for an order making it clear that no witness will be allowed to offer testimony (either live or through deposition designations) constituting legal conclusions at trial. BP's Motion is further supported by BP's Memorandum in Support of its Motion in Limine to Bar Fact or Opinion Testimony on Issues of Law, which is fully incorporated by reference herein.

Dated: January 9, 2012                                  Respectfully submitted,

                                                        /s / Don K. Haycraft

                                                        Don K. Haycraft (Bar #14361)
                                                        R. Keith Jarrett (Bar #16984)
                                                        LISKOW & LEWIS
                                                        One Shell Square
                                                        701 Poydras Street, Suite 5000
                                                        New Orleans, Louisiana 70139-5099
                                                        Telephone: (504) 581-7979
                                                        Facsimile: (504) 556-4108

                                                        and

Richard C. Godfrey, P.C.
(richard.godfrey@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
Timothy A. Duffy, P.C.
(tim.duffy@kirkland.com)
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

and

Robert C. "Mike" Brock
(mbrock@cov.com)
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

*Attorneys for the BP Exploration & Production Inc. & BP America Production Company*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of January, 2012.

/s/ Don K. Haycraft