## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico on April 20, 2010** | * | **SECTION "J"** |
| | * | **JUDGE BARBIER** |
| **This Document Relates to:** | * | |
| | * | **MAGISTRATE NO. 1** |
| **No. 2:10-cv-04536** | * | **MAGISTRATE SHUSHAN** |
| | * | |
| *   *   *   *   *   *   *   *   *   *   *   *   * | * | |

### ANADARKO'S CROSS-MOTION FOR SUMMARY JUDGMENT
### AS TO ANADARKO'S NON-LIABILITY UNDER THE CWA

**NOW INTO COURT**, come Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP (together "Anadarko"), pursuant to Federal Rule of Civil Procedure 56, and move this Honorable Court for summary judgment that Anadarko is not liable for civil penalties under the Clean Water Act, 33 U.S.C. § 1321(b)(7)(A) ("CWA"). As set forth more fully in the accompanying Combined Memorandum of Law in Opposition to the United States' to the Plaintiff United States' Second Motion for Partial Summary Judgment as to the Liability of BP Exploration and Production, Inc., the Transocean Defendants, and the Anadarko Defendants [Rec. Doc. 4836] and in Support of Anadarko's Cross-Motion for Summary Judgment as to Anadarko's Non-Liability Under the CWA, there no facts material to Anadarko's motion that are genuinely in dispute, and Anadarko is entitled to summary judgment of its non-liability for CWA penalties.

**WHEREFORE**, Anadarko prays that this Court grant summary judgment that Anadarko is not liable for civil penalties under the CWA.

Respectfully submitted,

DATED: January 9, 2012                    BINGHAM McCUTCHEN LLP


/s/ *James J. Dragna*
James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

Ky E. Kirby
ky.kirby@bingham.com
David B. Salmons
david.salmons@bingham.com
Michael B. Wigmore
michael.wigmore@bingham.com
Warren Anthony Fitch
tony.fitch@bingham.com
Sandra P. Franco
sandra.franco@bingham.com
Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300

2

New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-0696

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on January 9, 2012.


_____/s/ *James J. Dragna*_____
James J. Dragna