UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179 |
| | * | SECTION "J" |
| This Document Relates to: | * * | JUDGE BARBIER |
| | * | MAGISTRATE NO. 1 |
| No. 2:10-cv-04536 | * * | MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * * | | |

## ORDER

Considering the Cross-Motion of Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP (together "Anadarko") for Summary Judgment as to Anadarko's Non-Liability under the CWA:

**IT IS HEREBY ORDERED** that Anadarko's Cross-Motion for Summary Judgment in is granted in full.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE