# EXHIBIT 9

# BP Macondo – Deepwater Horizon

# Report for the United States of America

Richard Heenan, P.Eng.

Heenan Energy Services

2011/08/26



7528

Exhibit No. _____
Worldwide Court
Reporters, Inc.

BP Macondo – Deepwater Horizon
Report for the United States of America

**THE REPORT'S AUTHOR**

I am a mechanical engineer with thirty three years of experience in the petroleum industry. Eight years of those are as a drilling and completion consultant specializing in remote operations.  Previous experience includes fourteen years of petroleum engineering, predominantly in drilling and completions, in both a technical and a field supervisory role for an offshore drilling contractor, a major oil company and an international service company. My experience includes work both on and offshore in the Western Canadian Sedimentary basin, the Canadian Arctic, and overseas.  This report is based upon my formal education and industry experience.

BP Macondo – Deepwater Horizon
Report for the United States of America

**Assumptions:**

The following assumptions have been generally accepted, appear to be consistent with observations, and supported by subsequent forensic examination of recovered equipment. To date they have not been disputed by any of the major parties of the event. For this reason, no further attempt has been made to verify them.

1. The flow path of the hydrocarbons was down the outside of the casing (through the cement sheath), up the inside of the shoe track, and up through the float shoe.

2. The formation fluid then flowed up the inside of the casing, through the BOP and up the drilling riser.

3. At some time subsequent to the first explosion on the rig, the flow also began to flow up the drillpipe.

There were two data acquisition and monitoring systems on the rig at the time of the incident. Both displayed and recorded numerous drilling parameters, including fluid circulating rates and pressures. The first was supplied by Transocean as part of the rig equipment. It is referred to as the Hitec system. Although this provided real-time data to the personnel on the rig, and was considered the "primary source of information" for the drill crew,[5] the data for the relevant time period had not been transmitted to shore and thus was lost and is not available for post analysis. The second system was supplied under contract to BP by Sperry Sun, a Halliburton subsidiary. This data was transmitted to shore on a real-time basis and thus has been preserved and used by numerous parties, including BP and Transocean, for post analysis. A graphical display of 47 parameters has been supplied as Exhibit 604 and HAL_0048974. While the scale on this display is small, the trends relevant to this report are visible. The author has accepted the values provided by BP and Transocean in their respective reports. These appear to be in general agreement with each other, and with the graphical display in Exhibit 604 and HAL_0048974. For the parameters discussed, small variations in their exact values do not materially affect the conclusions of this report.

---

[5] Macondo Well Incident – Transocean Investigation Report – Exhibit 4248 – page 118

BP Macondo – Deepwater Horizon
Report for the United States of America

**Activities Preceding the Period of Analysis**

The BP Macondo prospect was in deep water (5,067'), approximately 50 miles off the Louisiana coast. It was initially spudded (started drilling) October 6, 2009, by the semisubmersible Marianas. On November 8, 2009, drilling operations were suspended and the well was secured due to Hurricane Ida. The Marianas sustained substantial damage during the storm and had to be dry-docked for repairs. The semisubmersible Deepwater Horizon was brought on to the location to finish the well. The 5,000' water depth was deep, but not remarkable. There were, however, numerous other factors that made the Macondo well a very complex project.

1. The producing formations were highly pressured, requiring a mud weight of 14 pounds per gallon (more than that of a normally pressured formation).

2. The margin between the formation pressure and the fracture or leak-off pressure (the pressure at which drilling mud is lost to the formation, possibly resulting in a loss of well control) was very small. Several significant lost circulation events (drilling mud lost to the formation) had occurred, including one from April 4 to 7 in the section that had just been cased and cemented less than a day earlier.

3. The well had already taken a kick (a flow of formation fluids into the well) on March 8, in the same hole section, that had resulted in the bottom hole assembly being lost, and required a sidetrack of the existing hole and a revised casing plan.

At the time of the incident, the well had been drilled to a total depth of 18,360'. Casing was run to a depth of 18,304' and cemented in place with conventional & foam cement. This author will not comment on discussions about cement quality, centralizer placement, etc. as these are better discussed by experts in the field.

**Actions Immediately following "Bumping the Plug"**

At approximately 00:35 on April 20, personnel on the rig finished displacing the cement for the last casing string. The casing was pressured up to approximately 1,000 psi over circulating pressure (positive pressure test). The pressure was bled off and a total of 5 barrels of fluid was bled back. The casing floats were reported as "holding". In other words, no further flow was noted back up the inside of the casing/drillpipe at that time.[6] After setting the seal assembly at the top of the casing string, the casing was successfully pressure tested (positive pressure) to 250 psi and 2,500 psi (nominal).[7] The crew then ran an open ended string of pipe into the well

---

[6] BP, Transocean, and Halliburton reports above all agree on the volume.

[7] Transocean Daily Drilling Report 4/20/2010 - TRN-USCG_MMS-00011646

BP Macondo – Deepwater Horizon
Report for the United States of America

to a depth of 8,367 feet in preparation for the negative pressure test and subsequent
displacement of the riser to seawater.

**Well Control Response**

Most of the events after 21:31 are pieced together from witness observations and correlated to logged data[58] where possible. For this reason, the exact timing of these events, and possibly the order may be considered somewhat uncertain, but this would not materially change the conclusion that well control response fell below the standards of Good Oilfield Practice. From 21:31 onward the pumps were shut down, but it appears that the well flowed unchecked during this period. The drillpipe pressure climbs and then falls again (it should have been static and close to zero). The rise is likely due to the displacement of heavy mud in the lower part of the wellbore by lighter wellbore fluids, thus reducing the hydrostatic head holding back the formation pressure. The drillpipe pressure then starts to drop, likely as the wellbore above the bottom of the drillpipe starts to fill with lower density oil (and gas) displacing the original mud and sea water, thus decreasing the hydrostatic head above the bottom of the drillpipe. In addition, there are some short term variations in the drillpipe pressure during this time. This may have been caused by the drill crew attempting to bleed down the drillpipe pressure. At 21:42 the character of the drillpipe pressure again starts to trend upward, either due to the closure of the diverter, or as more lighter reservoir fluid enters the wellbore and/or the gas in the wellbore continues to expand, or a combination of these factors. (Since gas arrives at surface less than six minutes later, it can be assumed that by this time the wellbore and riser contained a significant amount of reservoir fluid.)

At approximately this time (21:42 - 21:44), mud was observed blowing out of the well and up to the crown.[59] The mud flow then stopped temporarily and it is therefore believed that the crew closed the diverter (and probably the annular preventer) at this point to control flow out of the well and onto the rig floor, as would be standard procedure. This is consistent with both the change in drillpipe pressure and the expected actions of the drill crew. Also at 21:42, there is an almost instantaneous increase of 15 barrels in the trip tank. It is not clear from the available data which trip tank level is increasing, but it is likely due to the combination of increased flow and/or diversion of wellbore fluid during the diverter closing process. At 21:47 the drillpipe pressure takes a sudden spike upwards, rising from about 1,200 psi to 6,000 psi in 2 minutes, until the end of data transmission (presumably the generator overspeed and blackout). At the same time (21:47) the "flow out" reading rises sharply. This indicates an increase in fluid level in the main flow line. It is unclear why this reading appears. With the flowline set to bypass to the overboard line, the flowline signal went to 0 at 21:09 and would have been expected to stay at that point, even when the diverter was actuated.

---

[58] Ex. 604 Sperry Data HAL_0048

[59] See, for example, Lee Lambert deposition – May 10, 2011 – page 585

BP Macondo – Deepwater Horizon
Report for the United States of America

Various witnesses describe mud shooting all the way up the derrick and coming out of the degasser, and subsequently flames shooting over the derrick. Based on these accounts, it appears that when the diverter was closed, the flow from the well was diverted to the mud gas separator, rather than to the port or starboard overboard diverter line. The accounts of "mud flowing up to the crown"[60] and "we had like a 240 foot derrick and it (fire) was coming out of the top of it as well. Massive fire. Extremely hot",[61] suggest that the diverter either did not close fully, or perhaps more likely, could not withstand the forces of the blowout and/or explosion and failed, opening a path to the drill floor and derrick. The diverter, like other pieces of well control equipment, is rated for static pressure, not the impact of fluid flowing out of the well at a high rate.

It is axiomatic and taught in all well control training, that the sooner an influx into the wellbore is detected and addressed, the smaller it will be and thus easier to control. Put another way, "The objective is to limit the size of the kick".[62] If the personnel on the rig had identified any of the kick indicators, the appropriate action would have been to run a flow check, followed by shutting in the well (assuming that flow was detected). Early detection would have greatly increased the chances of successfully shutting in the well.

If the personnel on the rig had re-run the negative pressure test at any point, their first actions would have been to stop the pumps and close the annular BOP. The purpose of this would have been to isolate the hydrostatic head of the riser fluid(s) from the well to allow a negative pressure test. It would have shown, at minimum, a lack of wellbore integrity, but it also would likely have indicated the presence of lighter formation fluid(s) in the hole. Much more importantly, closing the BOPs would have secured the well and prevented the situation from deteriorating while the crew performed the necessary diagnostic procedures to resolve the discrepancy in pressure (flow checks, circulating lines, etc.). The crew would then have been in a position to circulate the riser and the well/drillstring back to drilling mud and perform remedial actions as required.

Ironically, at 20:52 Vidrine (WSL) called Hafle (BP shoreside engineer) to discuss testing of the upcoming surface cement plug. When they discussed the negative pressure test during that call, Hafle was told "the crew had zero pressure on the kill line, but that they still had pressure on the drillpipe". His reply was "you can't have pressure on the drill pipe and zero pressure on the kill line in a test that is properly lined up".[63] Coincidentally, according to modeling[64] this was approximately the point where the well began to flow on its own. If either Hafle or Vidrine

---

[60] Lee Lambert deposition  – May 10, 2011 – page 585

[61] Miles (Randy) Ezell deposition April 27, 2011 – page 234 - 235

[62] Advanced Blowout and Well Control – Robert D. Grace et al – page 33

[63] Hafle interview notes – Exhibit 296 page 6 – BP-HZN-BLY00103037

[64] BP Deepwater Horizon Accident Investigation Report – Exhibit 1  – page 25

BP Macondo – Deepwater Horizon
Report for the United States of America

had appreciated the significance of the observed data at that time and rerun the pressure test, they would have inherently secured the well and presumably detected the problem before it became a disaster. Unfortunately, they took no action with regard to the negative pressure test or well control response.