# EXHIBIT 10

# VENER MARINE Ltd.,

**Marine Engineers & Naval Architects**
**170 Deerwood Crossing**
**Canton, MS 39046**
**Phone (504) 415-2974**
**Fax (601) 859-9366**

---

**Dated August 26, 2011**


RE:　　Deepwater Horizon Explosion on April 20, 2010.
　　　　FRCP Rule 26 Report of Geoff Webster


I, the undersigned, Geoff Webster of Vener Marine Ltd., have been retained by the Plaintiffs' Steering Committee (PSC) to review and analyze certain facts and issues concerning the general operation of the mobile offshore drilling unit (MODU) Deepwater Horizon (DWH) and the facts and circumstances surrounding the April 20, 2010 explosions, fire and ultimate sinking of the dynamically positioned (DP) drilling rig.  I have neither been asked to make any assumptions, nor have I presumed any facts beyond those that are evidenced by and from the reliance materials identified herein.

I have been asked to provide a report based on my experience and expertise in marine engineering, naval architecture, marine surveying, and marine safety.[1]  My formal education includes an ordinary national diploma in Marine Engineering & Naval Architecture from Highbury Tech in the United Kingdom (1966) and a Bachelor's of Science in Marine Engineering and Naval Architecture from King's College Newcastle upon Tyne (1972).  Although I am not a registered professional engineer, I have been appointed a chartered professional engineer in the United Kingdom (1973) and a Lead Auditor for the ISM / ISO (1997).  I am a fellow at the Royal Institution of Naval Architects, a fellow at the Institute of Marine Engineering, Science and Technology, and a non-exclusive surveyor to the Panama Bureau of Shipping.  In the field, I have worked as a marine superintendent (1978-82), technical superintendent, chief engineer and watch engineer.  Based on my education and work experience, my technical qualifications include, but are not limited to: surveying; ship design; ship management; classification of ships under international societies code, rules and regulations; assessment of ships under international code and flag state regulations; diesel engine operation; operation of mobile offshore drilling units; jack up drilling rigs and inland posted drilling rigs; and shipyard repairs, including drydock maintenance.  Finally, in the last four years, I have testified in the Eastern District of Louisiana, among other courts, as an expert on at least fourteen (14) occasions.

1

## I.     SUMMARY OF MAJOR OPINIONS

As a marine surveyor and naval architect, I am qualified and called upon by various vessel interests to determine a vessel's seaworthiness.  Based on my education, training and experience and my review of documents and testimony in this matter, I have concluded that the vessel DWH was unseaworthy, had been for quite some time, and Transocean had actual knowledge of the same.  In reaching such conclusions, I have formed the following major opinions:

>  (1) Transocean failed to manage and operate its deepwater drilling vessel in accordance with applicable industry regulations, or even minimal standards;

>  (2) Transocean failed to maintain its vessel and equipment, particularly its safety critical well blowout control vessel equipment in a staunch and ship shape condition; and

>  (3) Transocean failed to train its vessel crew in their assigned rig duties and responsibilities, as is required of a minimally prudent vessel owner.

## II.     INTRODUCTION

The DWH was a fifth generation dynamically positioned MODU that was built at Hyundai Shipyard in South Korea for Sedco Forex in 2000.[2]  She began operating in the Gulf of Mexico (GOM) in April 2001, under the ownership, management and control of Transocean.[3]  The MODU operated under charter to BP for most of its operating life.[4]

Transocean's MODU Marianas begin drilling the Macondo well for BP in October, 2009.[5]  The vessel was replaced by the DWH following hurricane damage to the Marianas in November 2009.[6]  The DWH arrived on site on January 31, 2010, and drilling commenced on February 6, 2010.[7]  The vessel was dynamically positioned at 28°44" north, 88°21" west in Mississippi Cannon Block 252 at all material times.[8]

On April 9, 2010, the Macondo well was drilled to a final total depth of 18,360 feet.[9]  At this point, the well was months behind schedule and millions of dollars over budget.[10]

On April 20, 2010, the DWH crew was in the process of executing BP's temporary well abandonment procedure.[11]  Following the well cement job and a positive pressure test, the drilling crew commenced negative pressure testing by displacing the synthetic oil based mud in the riser and well with saltwater.[12]  Drilling mud was simultaneously being transferred to the supply boat M/V Damon Bankston positioned alongside the DWH.[13]  Although members of the Transocean drilling crew and BP's company men observed abnormal pressure on the drillpipe, indicating a potential well control situation, the decision was made to continue temporary well abandonment and displacement of drilling mud with seawater.[14]  When the drilling crew finally reacted to the well control event that

2