# EXHIBIT 11



# Deepwater Horizon
# Accident Investigation Report

September 8, 2010

# Executive Summary

On the evening of April 20, 2010, a well control event allowed hydrocarbons to escape from the Macondo well onto Transocean's *Deepwater Horizon*, resulting in explosions and fire on the rig. Eleven people lost their lives, and 17 others were injured. The fire, which was fed by hydrocarbons from the well, continued for 36 hours until the rig sank. Hydrocarbons continued to flow from the reservoir through the wellbore and the blowout preventer (BOP) for 87 days, causing a spill of national significance.

BP Exploration & Production Inc. was the lease operator of Mississippi Canyon Block 252, which contains the Macondo well. BP formed an investigation team that was charged with gathering the facts surrounding the accident, analyzing available information to identify possible causes and making recommendations to enable prevention of similar accidents in the future.

The BP investigation team began its work immediately in the aftermath of the accident, working independently from other BP spill response activities and organizations. The ability to gather information was limited by a scarcity of physical evidence and restricted access to potentially relevant witnesses. The team had access to partial real-time data from the rig, documents from various aspects of the Macondo well's development and construction, witness interviews and testimony from public hearings. The team used the information that was made available by other companies, including Transocean, Halliburton and Cameron. Over the course of the investigation, the team involved over 50 internal and external specialists from a variety of fields: safety, operations, subsea, drilling, well control, cementing, well flow dynamic modeling, BOP systems and process hazard analysis.

This report presents an analysis of the events leading up to the accident, eight key findings related to the causal chain of events and recommendations to enable the prevention of a similar accident. The investigation team worked separately from any investigation conducted by other companies involved in the accident, and it did not review its analyses, conclusions or recommendations with any other company or investigation team. Also, at the time this report was written, other investigations, such as the U.S. Coast Guard and Bureau of Ocean Energy Management, Regulation and Enforcement Joint Investigation and the President's National Commission were ongoing. While the understanding of this accident will continue to develop with time, the information in this report can support learning and the prevention of a recurrence.

The accident on April 20, 2010, involved a well integrity failure, followed by a loss of hydrostatic control of the well. This was followed by a failure to control the flow from the well with the BOP equipment, which allowed the release and subsequent ignition of hydrocarbons. Ultimately, the BOP emergency functions failed to seal the well after the initial explosions.

During the course of the investigation, the team used fault tree analysis to define and consider various scenarios, failure modes and possible contributing factors.

Eight key findings related to the causes of the accident emerged. These findings are briefly described below. An overview of the team's analyses and key findings is provided in *Section 4. Overview of* Deepwater Horizon *Accident Analyses*, while *Section 5.* Deepwater Horizon *Accident Analyses* provides the detailed analyses. Refer to *Figure 1. Macondo Well*, for details of the well.

1 **The annulus cement barrier did not isolate the hydrocarbons.** The day before the accident, cement had been pumped down the production casing and up into the wellbore annulus to prevent hydrocarbons from entering the wellbore from the reservoir. The annulus cement that was placed across the main hydrocarbon zone was a light, nitrified foam cement slurry. This annulus cement probably experienced nitrogen breakout and migration, allowing hydrocarbons to enter the wellbore annulus. *The investigation team concluded that there were weaknesses in cement design and testing, quality assurance and risk assessment.*

2 The **shoe track barriers did not isolate the hydrocarbons**. Having entered the wellbore annulus, hydrocarbons passed down the wellbore and entered the 9 7/8 in. x 7 in. production casing through the shoe track, installed in the bottom of the casing. Flow entered into the casing rather than the casing annulus. For this to happen, both barriers in the shoe track must have failed to prevent hydrocarbon entry into the production casing. The first barrier was the cement in the shoe track, and the second was the float collar, a device at the top of the shoe track designed to prevent fluid ingress into the casing. *The investigation team concluded that hydrocarbon ingress was through the shoe track, rather than through a failure in the production casing itself or up the wellbore annulus and through the casing hanger seal assembly. The investigation team has identified potential failure modes that could explain how the shoe track cement and the float collar allowed hydrocarbon ingress into the production casing.*

3 **The negative-pressure test was accepted although well integrity had not been established.** Prior to temporarily abandoning the well, a negative-pressure test was conducted to verify the integrity of the mechanical barriers (the shoe track, production casing and casing hanger seal assembly). The test involved replacing heavy drilling mud with lighter seawater to place the well in a controlled underbalanced condition. In retrospect, pressure readings and volume bled at the time of the negative-pressure test were indications of flow-path communication with the reservoir, signifying that the integrity of these barriers had not been achieved. *The Transocean rig crew and BP well site leaders reached the incorrect view that the test was successful and that well integrity had been established.*

4 **Influx was not recognized until hydrocarbons were in the riser.** With the negative-pressure test having been accepted, the well was returned to an overbalanced condition, preventing further influx into the wellbore. Later, as part of normal operations to temporarily abandon the well, heavy drilling mud was again replaced with seawater, underbalancing the well. Over time, this allowed hydrocarbons to flow up through the production casing and passed the BOP. Indications of influx with an increase in drill pipe pressure are discernable in real-time data from approximately 40 minutes before the rig crew took action to control the well. The rig crew's first apparent well control actions occurred after hydrocarbons were rapidly flowing to the surface. *The rig crew did not recognize the influx and did not act to control the well until hydrocarbons had passed through the BOP and into the riser.*

# Drilling Operations Summary

Initial drilling of the Macondo well began with Transocean's semi-submersible *Marianas* on October 6, 2009, and continued until November 8, 2009, when *Marianas* was secured and evacuated for Hurricane Ida. *Marianas* was subsequently de-moored and removed due to hurricane damage that required dock repairs. After the repairs, the rig went off contract.

*Deepwater Horizon* was owned and operated by Transocean and had been under contract to BP in the GoM for approximately 9 years. During this time, it had drilled approximately 30 wells, two-thirds of which were exploration wells. The rig was chosen to finish the Macondo well after completing its previous project (the Kodiak appraisal well).

The MMS approved an *Application for Revised New Well* on January 14, 2010, and the Macondo well plan was updated to reflect the replacement of *Marianas* with *Deepwater Horizon*. On January 31, 2010, *Deepwater Horizon* arrived onsite. Drilling activities recommenced on February 6, 2010.

As is typical of exploratory wells in the GoM, throughout the drilling process the well encountered pore pressures and fracture gradients that differed from the design basis. This resulted in changes to the mud weights and well casing setting depths as compared with the original design.

*Deepwater Horizon* drilled out the 18 in. liner, and a 16 1/2 in. x 20 in. hole section was drilled to 12,350 ft., with indications of increasing pore pressure. A lost circulation zone was encountered, but this was remedied with lost circulation materials (LCM). The subsequent attempt to return to the previous depth of 12,350 ft. was problematic. A 16 in. casing was installed at a depth of 11,585 ft., which was approximately 915 ft. shallower than originally planned.

After running and cementing the 16 in. casing, the drilling of the 14 3/4 in. x 16 in. hole section commenced on March 7, 2010. On March 8, 2010, a well control event occurred that resulted in the drill pipe becoming stuck. The drill pipe could not be freed, and the lower part of the wellbore was abandoned. (Refer to *Analysis 5B. Hydrocarbons Entered the Well Undetected and Well Control Was Lost* of this report.)

A revised casing design was prepared to address the high formation pressure that had led to the well control event. A 9 7/8 in. drilling liner was added to reach the well's primary objective sands, and the production casing was changed from a 9 7/8 in. long string to a combination 9 7/8 in. x 7 in. long string. The MMS approved the revised well design.

The subsequent drilling bypassed the abandoned wellbore, and the 13 5/8 in. liner was run and cemented in place at 13,145 ft. The contingency 11 7/8 in. liner was set at 15,103 ft., and the new 9 7/8 in. liner was set at 17,168 ft. (Refer to Figure 3.)

Drilling of the final 8 1/2 in. x 9 7/8 in. hole section started on April 2, 2010, and continued until April 4, 2010, when the well encountered lost circulation at 18,260 ft. Lost circulation pills were pumped to the bottom of the wellbore, and the mud weight was reduced from 14.3 ppg to 14.17 ppg. This solved the lost circulation problems. Full circulation was regained on April 7, 2010, and on April 9, 2010, the well was drilled to a final depth of 18,360 ft.

*(continued)*

| Date | Time | Description | Source |
|---|---|---|---|
| April 20 | 21:26–21:30 | Drill pipe pressure declined by 400 psi at constant pump rate. | Real-time data |
| April 20 | 21:30 | [Calculated that the spacer was fully displaced from the riser.] | Real-time data<br>OLGA® model |

## Well Control Response

| Date | Time | Description | Source |
|---|---|---|---|
| April 20 | 21:31 | Pumps shut down; first pumps #3 and #4, then #1 (boost pump). | Real-time data |
| April 20 | 21:31–21:34 | Drill pipe pressure increased from 1,210 psi to 1,766 psi.<br><br>~21:33 hours, chief mate observed toolpusher and driller discussing "differential pressure." Toolpusher told chief mate that cement job may be delayed. | Real-time data<br>MBI testimony |
| April 20 | 21:36–21:38 | Over a 90-second period, drill pipe pressure decreased from 1,782 psi to 714 psi and then increased from 714 psi to 1,353 psi.<br><br>[Inferred to have been caused by opening and closing a 4 in. valve on the standpipe manifold.] | Real-time data<br>OLGA® model |
| April 20 | 21:38 | [Calculated that at approximately 21:38, hydrocarbons passed from well into riser.] | OLGA® model |
| April 20 | 21:38–21:42 | Drill pipe pressure held briefly, then decreased steadily from 1,400 psi to 338 psi. | Real-time data |
| April 20 | ~21:40–21:48 | Chief electrician de-isolated pump #2.<br><br>Chief electrician observed four personnel (including the assistant driller) completing repair of the pressure relief valve on pump #2 at the time he left the area (~21:48 hours). | MBI testimony |

(continued)

| Date | Time | Description | Source |
|---|---|---|---|
| April 20 | 21:40–21:48 | ~21:40 hours—Mud overflowed the flow-line and onto rig floor.<br><br>~21:41 hours—Mud shot up through derrick.<br><br>~21:41 hours—Diverter closed and flow routed to mud gas separator (MGS); BOP activated (believed to be lower annular preventer).<br><br>[Drill pipe pressure started increasing in response to BOP activation.]<br><br>~21:42 hours—M/V *Damon Bankston* was advised by *Deepwater Horizon* bridge to stand off 500 m because of a problem with the well. The ship began to move away.<br><br>~21:42 hours—Drill pipe pressure increased steadily from 338 psi to 1,200 psi over 5-minute period.<br><br>~21:44 hours—Mud and water exited MGS vents; mud rained down on rig and M/V *Damon Bankston* as it pulled away from rig.<br><br>~21:44 hours—Toolpusher called well site leader and stated they were "getting mud back" and that they had "diverted to the mud gas separator" and had either closed or were closing the annular preventer.<br><br>~21:45 hours—Assistant driller called the senior toolpusher to report that "The well is blowing out . . . [the toolpusher] is shutting it in now."<br><br>~21:46 hours—Gas hissing noise heard and high-pressure gas discharged from MGS vents towards deck.<br><br>~21:47 hours—First gas alarm sounded. Gas rapidly dispersed, setting off other gas alarms.<br><br>~21:47 hours—Roaring noise heard and vibration felt.<br><br>~21:47 hours—Drill pipe pressure started rapidly increasing from 1,200 psi to 5,730 psi.<br><br>[This is thought to have been the BOP sealing around pipe. Possible activation of variable bore rams (VBRs) at 21:46 hours.]<br><br>~21:48 hours—Main power generation engines started going into overspeed (#3 and #6 were online). | Real-time data<br>Interviews<br>MBI testimony |

## Explosion and Fire

| Date | Time | Description | Source |
|---|---|---|---|
| April 20 | 21:49 | Rig power lost. Sperry-Sun real-time data transmission lost.<br>First explosion occurred an estimated 5 seconds after power loss.<br>Second explosion occurred an estimated 10 seconds after first explosion. | Real-time data<br>Interviews<br>MBI testimony |
| April 20 | 21:52:57 | Mayday call made by *Deepwater Horizon*. | M/V *Damon Bankston* log |
| April 20 | ~21:52–21:57 | Subsea supervisor attempted to activate emergency disconnect sequence (EDS) for the BOP at the panel on the bridge. Lights changed on panel, but no flow was observed on the flow meter.<br>Lower marine riser package did not unlatch.<br>*Deepwater Horizon* master announced the activation of the EDS at 21:56. | MBI testimony<br>Interviews |
| April 20 | ~22:00–23:22 | Transfer of 115 personnel, including 17 injured, to M/V *Damon Bankston*.<br>11 people were determined to be missing, and search and rescue activities ensued.<br>U.S. Coast Guard arrived on-site at 23:22 hours. | MBI testimony |
| April 22 | 10:22 | *Deepwater Horizon* sank. | Unified Command |
| April 23 | 17:00 | The search for the 11 missing people was suspended. | Unified Command |

## BOP Emergency Operations

| Date | Time | Description | Source |
|---|---|---|---|
| April 21–22 | 18:00–01:15 | Remotely operated vehicle (ROV) operations were initiated.<br>ROV attempted hot stab interventions to close VBRs and blind shear rams (BSRs); ROV attempts were ineffective. | IMT reports |
| April 22 | ~02:45 | ROV simulated automatic mode function AMF in an attempt to activate BSR. Well continued to flow. | IMT reports |
| April 22 | ~07:40 | On the third attempt, ROV activated autoshear function. (BSR thought to have closed.) Well continued to flow. | IMT reports |
| April 25–May 5 | | Seventeen further attempts by ROVs using subsea accumulators to close various BOP rams and annular preventers. Well continued to flow. | IMT reports |

## 2 Annulus Cement Barrier

The annulus cement barrier failed to prevent hydrocarbons from entering the annulus after cement placement. The investigation team assessed possible failure modes and paths that led to hydrocarbon migration from the formation into the wellbore. (Refer to Figure 1.)



**Figure 1.** Hydrocarbon Zones and Potential Flow Paths.

A combination of factors could have contributed to the loss of well integrity, if hydrocarbons entered the wellbore before, during or after cement placement.

To evaluate whether hydrocarbons could have entered the wellbore before cement placement, the investigation team conducted a detailed analysis of actual downhole mud density, fluid volume pumped, and swab and surge pressures while running casing. A volumetric analysis indicated that even if hydrocarbons were present in the wellbore, they would have been circulated out of the well prior to the loss of well control. Data analysis gave no indication that hydrocarbons entered the wellbore prior to cement placement.

## 4.2 Well Control Response 21:40 Hours to 21:49 Hours

*Table 2* represents the investigation team's reconstruction of the last 9 minutes prior to the explosion. Time estimates refer to the mud and gas blowout, the rig crew actions and communications.

**Table 2.** Final 9 Minutes Prior to the Explosion.

| Time | Event |
|---|---|
| ~21:40 | Mud overflowed the flow-line and onto the rig floor. |
| | Mud shot up through the derrick. |
| ~21:41 | Diverter closed, and flow routed to mud gas separator (MGS); BOP activated (believed to be an annular preventer). |
| | (Drill pipe pressure started increasing in response to BOP activation.) |
| ~21:42 | M/V *Damon Bankston* was advised by *Deepwater Horizon* bridge to stand off 500 m because of a problem with the well. |
| | M/V *Damon Bankston* began to move away. |
| ~21:44 | Mud and water exited MGS vents; mud rained down on rig and M/V *Damon Bankston* as it pulled away from *Deepwater Horizon*. |
| | Toolpusher called well site leader and stated that they were "getting mud back, and that they had "diverted to the mud gas separator", and had either closed or were closing the annular." |
| ~21:45 | Assistant driller called the senior toolpusher to report that "the well is blowing out . . . [the toolpusher] is shutting it in now." |
| ~21:46 | Gas hissing noise heard, and high-pressure gas discharged from MGS vents towards deck. |
| ~21:47 | First gas alarm sounded. |
| | Gas rapidly dispersed, setting off other gas alarms. |
| ~21:47 | Roaring noise heard and vibration felt. |
| ~21:47 | Drill pipe pressure started rapidly increasing from 1,200 psi to 5,730 psi. (This is thought to have been the BOP sealing around pipe.) |
| | (Possible activation of one or more variable bore rams [VBRs] at 21:46 hours.) |
| ~21:48 | Main power generation engines started going into overspeed (#3 and #6 were online). |
| | Rig power lost. Sperry-Sun real-time data transmission lost. |
| ~21:49 | First explosion occurred an estimated 5 seconds after power lost. |
| | Second explosion occurred an estimated 10 seconds after first explosion. |

At 21:42 hours, the drill pipe pressure increased from 338 psi and reached 1,200 psi at 21:46 hours before rapidly increasing to 5,730 psi at 21:49 hours. According to witnesses, two phone calls were made from the rig floor at approximately 21:44 hours. The well site leader was notified that the well was being shut in. The senior toolpusher was notified of uncontrolled flow from the well. (Refer to *Appendix U. Riser Fluid Evacuation to Rig Floor.*)

**Analysis**
Based on the available information, the investigation team determined the following:

- Witnesses suggested that water and mud started to flow out of the riser onto the rig floor at approximately 21:40 hours. Mud was then expelled through the rotary table up through the derrick towards the crown block before flow was diverted to the MGS. Witnesses reported that initially, mud and then gas were discharged from an elevated point on the derrick. The two probable emission points were the 12 in. MGS vent and the 6 in. MGS vacuum breaker line. Witness accounts and construction drawings suggested that both lines were gooseneckeed; this directed flow back down onto the rig floor. Therefore, the investigation team concluded that the rig crew closed the diverter, and the flow was routed to the MGS.
- The *TWCH* allowed diversion to the MGS in certain well control situations. However, the handbook stated that "at any time, if there is a rapid expansion of gas in the riser, the diverter must be closed (if not already closed) and the flow diverted overboard." (Refer to *Appendix T.*)
- If the decision had been made to direct flow overboard rather than to the MGS, the subsequent diversion of flow overboard may have provided the rig crew more time to respond to the well control situation, and the consequences of the event would likely have been reduced.
- The investigation team determined that an annular preventer closed at approximately 21:42 hours. According to OLGA® well flow modeling, if the annular preventer had not been closed, the drill pipe pressure would have dropped to 0 psi by 21:43 hours as the remainder of the mud was ejected from the wellbore. However, because the drill pipe pressure only decreased to approximately 300 psi and then started to increase again, activation of an annular preventer likely occurred at 21:41 hours and took approximately 45 seconds to close.
- The investigation team concluded that the rig crew likely activated an annular preventer and the diverter at approximately 21:41 hours. This was the first action taken by the rig crew to respond to the well control event.
- Analysis shows that to create the pressure increase observed on the drill pipe from 21:42 hours to 21:47 hours, the annular preventer was over 99% closed (but not fully sealed) around the drill pipe. If the annular preventer was fully closed and sealed during this time period, the pressure increase would have been more immediate. (Refer to *Analysis 5D. The Blowout Preventer Did Not Seal the Well* of this section for a detailed explanation.)
- One of two possible actions would have caused the rapid pressure increase to 5,730 psi from 21:47 hours to 21:49 hours:
    - The rig crew possibly first closed an annular preventer and then closed a VBR in accordance with Transocean's protocol for handling well control events.
    - The rig crew possibly first closed an annular preventer and then increased its closing pressure to create a seal.

(Refer to Figure 17 for a summarized interpretation of these responses.)

The following eyewitness account appears to be consistent with the proposition that some of the surface equipment may have begun to fail:

> After I saw the mud shooting up, then it just quit. I took a deep breath, thinking that, "oh, they got it under control," and then all of a sudden, the degasser mud started coming out of the degasser. It's in a gooseneck, and it points back down to the deck. And it come out of it so strong and so loud that it just filled up the whole back deck with gassy smoke, and it was loud enough that it was like taking an air hose and sticking it up to your ear. And then something exploded. I'm not sure what exploded, but just looking at it, where the degasser is sitting, there's a big tank and it goes into a pipe. I'm thinking that the tank exploded.

The photograph in *Figure 5* shows that the MGS 6 in. vacuum breaker line was routed up the derrick, terminating approximately one-third of the way up the derrick. The line was goosenecked and would have vented gas directly onto the aft main deck.



**Figure 5.** Photograph of 6 in. Vacuum Breaker Line Gooseneck Vent.



Figure 13. Likely Status of BOP Rams Immediately After Autoshear Initiation.

## 4.2 Status of the Drill Pipe Across the BOP After the Explosion

When the riser kink section was cut and brought to the surface, it contained one section of 5 1/2 in. drill pipe at the upper end and two 5 1/2 in. sections at the lower end, indicating the possible presence of more than one section of pipe in the BOP. Geometric analysis was undertaken to determine the status of the drill pipe in the riser and across the BOP. The analysis of the riser kink section's content and the in situ examination of the BOP resulted in additional information that suggests there was likely only one section of drill pipe across the BOP when the autoshear was activated.

Figure 14 shows the riser kink section and its contents after it was retrieved. Figure 15 shows the configuration of the drill pipe across the BOP at various times during the accident, based on the examination of the retrieved riser kink section.



**Figure 14.** Retrieved Riser Kink Section and Its Contents.

The right-hand pipe section had a jagged, broken end with extensive wall thickness reduction. This appeared to have been caused by localized erosion on the outer drill pipe wall, which was not present on the adjacent inner wall of the riser.

The investigation team determined that this erosion may have occurred when the section of pipe was in the BOP, where it experienced extremely high flow velocities during the leaking of a ram or annular preventer, indicating that this section of drill pipe was continuous through the BOP. The approximately 22 in. long erosion zone could suggest that the erosion event took place in an annular preventer.

Assuming the erosion took place at the lower annular preventer, the right-hand pipe must have moved by approximately 25 ft. This could have happened as the rig drifted off location after power was lost. (Refer to time period [B] in Figure 15.) The metocean records indicate that the current velocity at sea level at the time of the accident could have been above 0.69 ft./sec. The investigation team did not have access to the vessel's hydrodynamic characteristics in order to perform a drift-off analysis of the rig. However, it is likely that a current of this magnitude would have caused the vessel to drift off after the power was lost at approximately 21:49 hours.



**Figure 15.** A Schematic of Drill Pipe Configuration Across the BOP Over Time.

For the drill pipe to have moved upward by 25 ft., the next tool joint down the drill string (Tool Joint "B" in Figure 15 with an outside diameter of 7 in.), would have had to pass through the middle and upper VBRs. This could indicate that the ST locks were not operated when the rig crew likely attempted to close the VBRs, and the rams allowed the pipe to move upward through the BOP.

The drill pipe likely broke off at the eroded section while moving upward through the BOP. There are eyewitness accounts stating that the top drive fell onto the rig floor (by approximately 26 ft.), possibly due to the failure of the draw works during rig evacuation. The drill pipe likely had already failed at the eroded section by this time, as it was being pulled upwards due to increasing vessel offset. It is therefore inconclusive whether downward movement of the top drive would have imposed any load on the closed VBR.

The investigation team has concluded that the left-hand pipe in the riser kink section is likely the portion of the drill pipe (from above the eroded point), which broke off and fell down the riser when the top drive fell onto the rig floor or as the rig sank and the riser collapsed. The spacing of the drill pipe tool joints in the riser kink section (Refer to Tool Joints "A" and "C" in Figure 14) relative to the end of the broken pipe suggests that the lower end of the left-hand drill pipe was approximately at the upper annular preventer elevation and did not extend further into the BOP. (Refer to time period [C] in Figure 14.)

A plausible reason for the broken pipe not penetrating further into the BOP could be due to the angle at the riser flex joint caused by vessel offset.

The in situ examination of the BOP stack revealed the presence of three pieces of pipe in the bore above the upper annular preventer (refer to time period [D] in Figure 15):

- Pipe piece 1 was a loose piece of pipe approximately 11 ft. in length located above the top of the annular preventer, which was closed prior to the cutting of the riser kink. The top of this pipe had a teardrop shape similar to the end of the left-hand pipe shown in *Figure 14* and was likely the continuation of the broken left-hand pipe.
- Pipe piece 2 had its upper end approximately 9 ft. above the upper annular packer and extended down through the upper annular preventer. This appears to be the right-hand pipe in *Figure 14*, which was likely present across the BSR at the time of the activation of the autoshear. This piece of pipe had a circular cross-section at the top end, which appeared to have been cut when the diamond wire saw was initially used in an unsuccessful attempt to remove the riser kink.
- Pipe piece 3 was approximately 9 in. long and was resting on the top of the upper annular preventer. It had a circular cross-section at one end and a squashed cross-section at the other end, similar to the end of the right-hand pipe in *Figure 14*. This piece of pipe was likely severed from pipe piece 2 when the hydraulic shears were used in the second (successful) attempt to cut off the riser kink.

The relative positions of the upper ends of pipe pieces 1 and 2, together with the length of pipe piece 3, would suggest that pipe piece 2 had moved downward by approximately 1 ft. when the riser kink was cut, coming to rest when Tool Joint "B" reached the upper VBR (believed to be closed—refer to Figure 15). The downward movement of the right-hand pipe in turn suggests that the pipe could have moved through the BSR, possibly due to erosion damage to the pipe and/or the BSR shearing blade, after the activation of the autoshear.

Based on the above analysis, the investigation team determined that there was likely one pipe across the BSR at the time of the activation of the autoshear.

# 5 Condition of *Deepwater Horizon* BOP System Prior to the Accident

To establish the overall condition of *Deepwater Horizon* BOP system prior to the accident, the investigation team's lines of inquiry focused on the following topics:

- BOP maintenance since 2004.
- BOP control system leaks reported during the Macondo well drilling operations and those discovered during ROV intervention after the accident.
- BOP testing history since *Deepwater Horizon* mobilization to the Macondo well location at the end of January 2010.
- BOP modifications made from the time of *Deepwater Horizon* commissioning in 2001.

Additional data gained from the examination of retrieved BOP control pods has also been included.