# EXHIBIT 13

```
                                                                        Date  03-MAY-2010
                              Serial Register Page                      Page  1
OCS-G32306
Current Status PRIMRY       Central Gulf of Mexico      Sale#  206      Sale Date MAR 19, 2008
        Bonus Bid      Initial Acreage      Current Acreage    Per Acre Amt.    Royalty Rate    Rental
        34003428.000   5760.000000          5760.000000        5903.37          18.75           9.50
```

**Original Lessee(s):**

BP Exploration & Production Inc.                                              100.00000 %

**Description:**

All of Block 252, Mississippi Canyon, OCS Official Protraction Diagram, NH 16-10.

01-JUN-2008   Date of lease.  Expiration date:   05/31/2018

23-FEB-2010   Record title interest is now held as follows, effective 10/01/2009:

              BP Exploration & Production Inc.                                 90.00000 %
              MOEX Offshore 2007 LLC                                           10.00000 %

23-FEB-2010   MOEX Offshore 2007 LLC designates BP Exploration & Production Inc. as operator.
              ALL OF BLOCK 252, Mississippi Canyon.

23-FEB-2010   Record title interest is now held as follows, effective 10/01/2009:

              Anadarko E&P Company LP                                          22.50000 %
              BP Exploration & Production Inc.                                 67.50000 %
              MOEX Offshore 2007 LLC                                           10.00000 %

23-FEB-2010   Anadarko E&P Company LP designates BP Exploration & Production Inc. as operator.
              ALL OF BLOCK 252, Mississippi Canyon.

23-FEB-2010   Record title interest is now held as follows, effective 10/01/2009:

              Anadarko E&P Company LP                                          22.50000 %
              Anadarko Petroleum Corporation                                    2.50000 %
              BP Exploration & Production Inc.                                 65.00000 %
              MOEX Offshore 2007 LLC                                           10.00000 %

23-FEB-2010   Anadarko Petroleum Corporation designates BP Exploration & Production Inc. as operator.
              ALL OF BLOCK 252, Mississippi Canyon .

                                                                              OCS-G32306

              * * * * * *           UNCLASSIFIED           * * * * * *

Highly Confidential                                                      IMS059-014814

```
                                                                    Date   03-MAY-2010
                              Serial Register Page                  Page   2
OCS-G32306
Current Status PRIMRY         Central Gulf of Mexico    Sale# 206   Sale Date MAR 19, 2008


28-APR-2010   Record title interest is now held as follows, effective 04/01/2010:

              Anadarko Petroleum Corporation                              25.00000 %
              BP Exploration & Production Inc.                            65.00000 %
              MOEX Offshore 2007 LLC                                      10.00000 %
```

OCS-G32306

\* \* \* \* \* \*   UNCLASSIFIED   \* \* \* \* \* \*

Highly Confidential                                                    IMS059-014815