# EXHIBIT 14

U.S. Department of the Interior  
Minerals Management Service (MMS)

OMB Control Number 1010-0141  
OMB Approval Expires 08/31/200

Form MMS 123A/123S - Electronic Version

## Application for Permit to Drill a New Well

| | | | | | | |
|---|---|---|---|---|---|---|
| Lease G32306 | Area/Block MC 252 | Well Name 001 | ST 00 | BP 00 | Well Type Exploration |
| Application Status Approved | Operator 02481 | BP Exploration & Production Inc. | | | |

Pay.gov Amount: $1,959  
Amount: Tracking ID: EWL-APD-8404  
Pay.gov Tracking ID: 24VFAUT8

### General Well Information

| API Number 608174116900 | Approval Date 05/22/2009 | Approved By Frank Patton |
|---|---|---|
| Date of Request 05/13/2009 | Req Spud Date 06/15/2009 | Kickoff Point N/A |
| Water Depth (ft.) 4992 | Drive Size (in) 36 | Mineral Code Hydrocarbon |
| RKB Elevation 89 | Drive Depth (ft.) 5361 | Subsea BOP Yes |
| Verbal Approval Date | Verbal Approval By | |

### Proposed Well Location
#### Surface Location

| LEASE (OCS) G32306 | Area/Block MC 252 | Authority Federal Lease |
|---|---|---|
| Entered NAD 27 Data | Calculated NAD 27 Departures | Calculated NAD 27 X-Y Coordinates |
| Lat: 28.73836889 | N  6857 | X  1202802.892336 |
| Lon: -88.36593389 | E  1037 | Y  10431702.916855 |
| Surface Plan | Plan Lease (OCS) G32306 | Area/Block MC 252 |

#### Bottom Location

| LEASE (OCS) G32306 | Area/Block MC 252 | |
|---|---|---|
| Entered NAD 27 Data | Calculated NAD 27 Departures | Calculated NAD 27 X-Y Coordinates |
| Lat: 28.73836889 | N  6857 | X  1202802.892336 |
| Lon: -88.36593389 | E  1037 | Y  10431702.916855 |
| Bottom Plan | Plan Lease (OCS) G32306 | Area/Block MC 252 |

Approval Comments   The APD is approved with the following cautions/conditions:  
Please use caution while drilling because of possible shallow gas at 4370 feet to 4820 feet BML.  
Please use caution while drilling because of a moderate potential shallow water flow at 1832 feet to 1944 feet, 3200 feet to 3367 feet 3760 feet to 3960 feet and 437- feet to 4600 feet BML. Please be reminded that an APM should be submitted with a final surveyed surface location plat (in NAD 83), KB, and water depth as soon as they are determined.  
If the water depth is greater than 800 meters (2,624 feet) and you plan to leave the wellhead on the seafloor after plugging and abandoning of this well, you are required to obtain MMS approval as soon as possible and no later than 5 work days prior to the start of plugging operations for the well so that MMS will have time to get concurrence from the Navy. Your

Electronically generated on 06/26/2009          Page 1   of 8

4021  
Exhibit No. _____  
Worldwide Court Reporters, Inc.

BP-HZN-SNR00000122

U.S. Department of the Interior
Minerals Management Service (MMS)

OMB Control Number 1010-0141
OMB Approval Expires 08/31/200

Form MMS 123A/123S - Electronic Version

## Application for Permit to Drill a New Well

Lease G32306  Area/Block MC 252  Well Name 001  ST 00  BP 00  Well Type Exploration
Application Status Approved  Operator 02481  BP Exploration & Production Inc.

### Well Design Information

| Interval Number 1 | | Type Casing | | | Name Conductor | | | |
|---|---|---|---|---|---|---|---|---|
| Section Number | Casing Size (in) | Casing Weight (lb/ft) | Casing Grade | Burst Rating | Collapse Ratin (psi) | Depth (ft) MD | TVD | Pore Pressure (ppg) |
| 1 | 28.000 | 218.0 | X-52 | 2437 | 952 | 6275 | 6275 | 8.6 |

| GENERAL INFORMATION | | PREVENTER INFORMATION | | TEST INFORMATION | |
|---|---|---|---|---|---|
| Hole Size (in) | 32.500 | Type | No Preventers | Annular Test (psi) | 0 |
| Mud Weight (ppg) | 8.6 | Size (in) | N/A | BOP/Diverter Test (psi) | 0 |
| Mud Type Code | Gelled Sea Water | Wellhead Rating (psi) | 0 | Test Fluid Weight (ppg) | 0.0 |
| Fracture Gradient (ppg) | 9.8 | Annular Rating (psi) | 0 | Casing/Liner Test (psi) | 0 |
| Liner Top Depth (ft) | | BOP/Diverter Rating (psi) | 0 | Formation Test (ppg) | 0.0 |
| Cement Volume (cu ft) | 2000 | | | | |

| Interval Number 2 | | Type Casing | | | Name Surface | | | |
|---|---|---|---|---|---|---|---|---|
| Section Number | Casing Size (in) | Casing Weight (lb/ft) | Casing Grade | Burst Rating | Collapse Ratin (psi) | Depth (ft) MD | TVD | Pore Pressure (ppg) |
| 1 | 22.000 | 277.0 | X-80 | 7955 | 6670 | 5161 | 5161 | 8.6 |
| 2 | 22.000 | 224.0 | X-80 | 6363 | 3876 | 8000 | 8000 | 9.3 |

| GENERAL INFORMATION | | PREVENTER INFORMATION | | TEST INFORMATION | |
|---|---|---|---|---|---|
| Hole Size (in) | 26.000 | Type | Blowout | Annular Test (psi) | 5000 |
| Mud Weight (ppg) | 9.5 | Size (in) | 18.75 | BOP/Diverter Test (psi) | 6500 |
| Mud Type Code | Water Base | Wellhead Rating (psi) | 15000 | Test Fluid Weight (ppg) | 8.6 |
| Fracture Gradient (ppg) | 11.1 | Annular Rating (psi) | 10000 | Casing/Liner Test (psi) | 3400 |
| Liner Top Depth (ft) | | BOP/Diverter Rating (psi) | 15000 | Formation Test (ppg) | 11.1 |
| Cement Volume (cu ft) | 3300 | | | | |

Electronically generated on  05/28/2009                     Page 6 of 8

BP-HZN-SNR00000127

U.S. Department of the Interior  
Minerals Management Service (MMS)

OMB Control Number 1010-0141  
OMB Approval Expires 08/31/200

Form MMS 123A/123S - Electronic Version

## Application for Permit to Drill a New Well

Lease G32306  Area/Block MC 252  Well Name 001  ST 00  BP 00  Well Type Exploration  
Application Status Approved  Operator 02481  BP Exploration & Production Inc.

| Interval Number 3 | | Type Liner | | | Name Intermediate | | | |
|---|---|---|---|---|---|---|---|---|
| Section Number | Casing Size (in) | Casing Weight (lb/ft) | Casing Grade | Burst Rating | Collapse Ratin (psi) | Depth (ft) MD TVD | | Pore Pressure (ppg) |
| 1 | 18.000 | 117.0 | P-110 | 6680 | 2110 | 9900 | 9900 | 10.4 |

| GENERAL INFORMATION | | PREVENTER INFORMATION | | TEST INFORMATION | |
|---|---|---|---|---|---|
| Hole Size (in) | 22.000 | Type | Blowout | Annular Test (psi) | 5000 |
| Mud Weight (ppg) | 10.6 | Size (in) | 18.75 | BOP/Diverter Test (psi) | 6500 |
| Mud Type Code | Synthetic Base | Wellhead Rating (psi) | 15000 | Test Fluid Weight (ppg) | 10.6 |
| Fracture Gradient (ppg) | 12.3 | Annular Rating (psi) | 10000 | Casing/Liner Test (psi) | 2800 |
| Liner Top Depth (ft) | 7600.0 | BOP/Diverter Rating (psi) | 15000 | Formation Test (ppg) | 12.3 |
| Cement Volume (cu ft) | 1040 | | | | |

| Interval Number 4 | | Type Casing | | | Name Intermediate | | | |
|---|---|---|---|---|---|---|---|---|
| Section Number | Casing Size (in) | Casing Weight (lb/ft) | Casing Grade | Burst Rating | Collapse Ratin (psi) | Depth (ft) MD TVD | | Pore Pressure (ppg) |
| 1 | 16.000 | 97.0 | P-110 | 6920 | 2340 | 12500 | 12500 | 11.6 |

| GENERAL INFORMATION | | PREVENTER INFORMATION | | TEST INFORMATION | |
|---|---|---|---|---|---|
| Hole Size (in) | 20.000 | Type | Blowout | Annular Test (psi) | 5000 |
| Mud Weight (ppg) | 11.8 | Size (in) | 18.75 | BOP/Diverter Test (psi) | 6500 |
| Mud Type Code | Synthetic Base | Wellhead Rating (psi) | 15000 | Test Fluid Weight (ppg) | 11.8 |
| Fracture Gradient (ppg) | 13.6 | Annular Rating (psi) | 10000 | Casing/Liner Test (psi) | 3100 |
| Liner Top Depth (ft) | | BOP/Diverter Rating (psi) | 15000 | Formation Test (ppg) | 13.6 |
| Cement Volume (cu ft) | 930 | | | | |

| Interval Number 5 | | Type Liner | | | Name Intermediate | | | |
|---|---|---|---|---|---|---|---|---|
| Section Number | Casing Size (in) | Casing Weight (lb/ft) | Casing Grade | Burst Rating | Collapse Ratin (psi) | Depth (ft) MD TVD | | Pore Pressure (ppg) |
| 1 | 13.625 | 88.2 | Q-125 | 10030 | 4800 | 15300 | 15300 | 12.9 |

| GENERAL INFORMATION | | PREVENTER INFORMATION | | TEST INFORMATION | |
|---|---|---|---|---|---|
| Hole Size (in) | 16.000 | Type | Blowout | Annular Test (psi) | 5000 |
| Mud Weight (ppg) | 13.1 | Size (in) | 18.75 | BOP/Diverter Test (psi) | 6500 |
| Mud Type Code | Synthetic Base | Wellhead Rating (psi) | 15000 | Test Fluid Weight (ppg) | 13.1 |
| Fracture Gradient (ppg) | 14.7 | Annular Rating (psi) | 10000 | Casing/Liner Test (psi) | 2000 |
| Liner Top Depth (ft) | 12200.0 | BOP/Diverter Rating (psi) | 15000 | Formation Test (ppg) | 14.7 |
| Cement Volume (cu ft) | 410 | | | | |

BP-HZN-SNR00000128

U.S. Department of the Interior
Minerals Management Service (MMS)

OMB Control Number 1010-0141
OMB Approval Expires 08/31/200

Form MMS 123A/123S - Electronic Version
## Application for Permit to Drill a New Well

Lease G32306   Area/Block MC 252   Well Name 001   ST 00   BP 00   Well Type Exploration
Application Status Approved   Operator 02481   BP Exploration & Production Inc.

| Interval Number 6 | | | Type | Open Hole | | Name | Open Hole | |
|---|---|---|---|---|---|---|---|---|
| Section Number | Casing Size (in) | Casing Weight (lb/ft) | Casing Grade | Burst Rating | Collapse Ratin (psi) | Depth (ft) MD / TVD | | Pore Pressure (ppg) |
| 1 | | | | | | 20200 | 20200 | 14.0 |

| GENERAL INFORMATION | | PREVENTER INFORMATION | | TEST INFORMATION | |
|---|---|---|---|---|---|
| Hole Size (in) | 14.000 | Type | Blowout | Annular Test (psi) | 5000 |
| Mud Weight (ppg) | 14.2 | Size (in) | 18.75 | BOP/Diverter Test (psi) | 6500 |
| Mud Type Code | Synthetic Base | Wellhead Rating (psi) | 15000 | Test Fluid Weight (ppg) | 0.0 |
| Fracture Gradient (ppg) | 16.1 | Annular Rating (psi) | 10000 | Casing/Liner Test (psi) | 0 |
| Liner Top Depth (ft) | | BOP/Diverter Rating (psi) | 15000 | Formation Test (ppg) | 0.0 |
| Cement Volume (cu ft) | | | | | |

PAPERWORK REDUCTION ACT OF 1995 (PRA) STATEMENT: The PRA (44 U.S.C. 3501 et seq. Requires us to inform you that we collect this information to obtain knowledge of equipment and procedures to be used in drilling operations. MMS uses the information to evaluate and approve or disapprove the adequacy of the equipment and/or procedures to safely perform the proposed drilling operation. Responses are mandatory (43 U.S.C. 1334). Proprietary data are covered under 30 CFR 250.196. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB Control Number. Public reporting burden for this form is estimated to average 27 hours per response, including the time for reviewing instructions, gathering and maintaining data, and completing and reviewing the form. Direct comments regarding the burden estimate or any other aspect of this form for the Information Collection Clearance Officer, Mail Stop 4230, Minerals Management Service, 1849

Electronically generated on 06/28/2009    Page 8 of 8

BP-HZN-SNR00000129