# EXHIBIT 19



| SALVAGE SMIT | DAILY PROGRESS REPORT | Quality Form |
|---|---|---|
| | | SSF-001 |
| | | Revision 1 |
| | | Page 1 of 5 |

| PROJECT NAME | : | DEEPWATER HORIZON | DPR NO. | : | 02 |
| PROJECT NO. | : | 10.0012 SMIT Americas | DATE | : | 22 April, 2010 Thursday |
| Contract | : | Confidential | | | |

**CONTACT INFORMATION SMIT SALVAGE**            E-mail : salvage@smit.com
15402 Vantage Parkway East, Suite 316 Houston, Texas 77032-1966, U.S.A. Phone: +1 281 372 3500. Fax: +1 281 372 3525
Waalhaven O.Z. 85, Port Number 2204, 3087 PB Rotterdam, The Netherlands. Phone: +31 10 454 99 11. Fax: +31 10 454 91 84

### AA) GENERIC

| To Client | : | Transocean | FAO | : | |
|---|---|---|---|---|---|
| E-mail Client | : | | | | |
| C.C. | : | Company SMIT Houston; Doug Martin; Ray Lord; Jim Wait Company SMIT Salvage Rotterdam; Kees van Essen; Jan van de Water; Jan Willem Duit; Peter van Olphen; Omar Doualla; Wim Stravers; Fred Staphorst | | | |
| From Salvage Master | : | Douglas Martin | | | |
| Location (coordinates) | : | Mississippi Canyon Block 252 | | | |

### BB) WEATHER ON LOCATION

| Actual weather report | 0600 | 1800 | Forecast tomorrow |
|---|---|---|---|
| Wind Direction & Speed | SE F2-3 | SE F3-4 | |
| Swell Direction & Height | calm | calm | |
| Sea state | 1-3 | 2-4 | |
| Weather type | Good Vis/clear | Good Vis/clear | |

### CC) SUMMARY OPERATIONAL ACTIVITIES

| From | To | Description activity |
|---|---|---|
| 0000 | 0015 | (21/2345 Seacor vanguard Arrival on scene) visual assessment of site conditions, FiFi vessels engaged, classification of fire and extent of hull/pontoons/top-sides engulfed in flames. Fire being fed by an uncontrolled release of oil and gas from a well head riser blow-out. Rig drifting free tethered to sea-bed only by riser. FiFi vessels engaged in combating fire are "Joe griffin", "C Enforcer", "Seacor Washington", and "Mr. Sidney" as directed upon arrival on-site by Transocean's Don Winslow. |
| 0001 | 0610 | Subsea ROV intervention operations conducted for actuation of sheer-cut (BOP) O/B the "Max Chouest". |
| 0000 | 1030 | Loading portable salvage and firefighting gear aboard utility boat Miss Addison. Smit salvage team lead by Senior salvage master DJ Osinga aboard for transport to site. Departed Fourchon and en-route to site. |
| 0015 | 0130 | Deepwater horizon observed to be listing towards aft stbd @ 22 degrees w/8' freeboard before deck edge immersion. High risk of losing rig due to impaired stability from water ingress and structural degradation from intense heat. Hull and leg structures appear primarily in-tact. Steel deformation visible about main deck & exposed peripheral equipment. Toppled crane and derrick. Vessel topsides near fully engaged in flames, burning oil periodically flowing out from between pontoon legs, and flames propelled 70+ meters above riser blow-out. Intense radiant, convective, and conductive heat transfer. Transferring control of FiFi evolution to Smit SM O/B "Seacor Vanguard". |
| 0015 | 1022 | Priority given to the cooling of legs and exposed hull structures while combating the extent and spread of visible fire. Direct water stream impingement on main deck of rig controlled to avoid exasperating list and trim situation by potential down-flooding. Seacor Vanguard directly engaging as necessary and assisting in directing FiFi cannons in visibility conditions often obscured by heavy smoke, burning oil on the water, and FiFi vessel thermal protective water spray systems. FiFi vessels maintaining position in relation to drifting rig. Clear escape routes established and maintained for vessels engaged in FiFi operations. |

SMIT SALVAGE



EXHIBIT NO. 5309

SMIT_00501



| | | Quality Form |
|---|---|---|
| **SALVAGE SMIT** | **DAILY PROGRESS REPORT** | SSF-001 |
| | | Revision 1 |
| | | Page 2 of 5 |

| | | |
|---|---|---|
| 0131 | | Deepwater Horizon reported to be 714' NE of well-head. Slow drift and occasional rotation of rig observed. Sea-Expressed reported to be controlling an ROV connected into blind-sheer. Hydraulic kick in hoses observed but no valve actuation. |
| 0150 | | Shift FiFi vessel positioning for more effective coverage or enhanced safety in radiant heat as per site conditions inclusive of heat protection of ROV boat. |
| 0230 | | Explosion observed O/B Deepwater Horizon – "Joe Griffin" temporarily disengages then re-engage FiFi operations. |
| 0245 | | Seacor Vanguard engages FiFi directed towards stern section of rig now engulfed in flames from burning oil on the water |
| 0300 | | Explosion heard O/B rig. Oil spreading on water. Reposition FiFi vessels for better superstructure, leg, and hull water impingement. |
| 0320 | | "Max Chouest" controlling second attempt @ actuating the sheer-post. Damaged ROV from "Sea Express" being retrieved. Additional subsea assets en-route on board "Ocean Intervention 3" (ETA 60-90 minutes). Suspecting future structural failures O/B from intense heat, details of heavy riser joints and stowage of heavy deck gear relayed. |
| 0345 | | "Seacor Vanguard" disengaging from direct FiFi operations for site assessment and monitoring. Reposition FiFi vessels by salvage master. |
| 0435 | | AHT "Resolve Pioneer" on scene. Standing by @ safe distance – ready to assist. Tactics and contingency planning to cut uncontrolled riser fuel flow discussed w/SMIT Senior SM Doug Martin. |
| 0610 | 1022 | Subsea efforts shift (BP and Transocean) command to "Boa Subsea" for next phase of operations utilizing ROV w/enhanced hydraulic and mechanical capabilities. |
| 0610 | | Well-head to rig reported to bear 330 degrees @ 750 feet. Moderate oil sheen visible from rig. Combustion of escaping oil appears to be near complete. Visual daylight assessments made. |
| 0700 | | "Deepwater Horizon" remains tethered to her riser, but rotation more pronounced. FiFi vessels maintaining aspect in relation to Rig and clear escape route. |
| 0745 | | Shift FiFi assets to cover ineffective stream from "Seacor Washington" (FiFi range insufficient for radiant heat conditions). Shifting to engage in safer location. |
| 0800 | | Rams from ROV attempt sheer-cut. No observed change in uncontrolled release of burning oil from riser. Hull and topside condition continues to degrade under continued intense heat condition. |
| 0900 | | FiFi vessels experiencing difficulty maintaining aspect in relation to rig rotation. FiFi vessels to remain stationary until rig rotation settles (approximately 1/4 turn). |
| 0925 | | Explosion heard O/B rig |
| 0940 | | Explosion w/flying debris reported. "Seacor Vanguard" positions to engage sterns burning oil on the water and to assist in cooling aft superstructure now observed to be sagging and buckling. |
| 1000 | | Stbd aft piperack settles into the sea. Extensive structural failure/settlement/shifting clearly audible. Vessel breaking up and settling into the sea. Warning issued to all FiFi units. |
| 1020 | 1022 | Rig steadily sinking into the sea apparently still connected to riser. Warning issued to all FiFi units. |
| 1022 | 1050 | Rig totally submerged – Status of all FiFi units confirmed as @ a safe distance. Direct FiFi operations cease. Observations for black oil persistent spill evidence commence as remaining oil burns off on the surface. |
| 1030 | 1130 | 1045 Utility boat Miss Addison notified of sinking and instructed to turn around with salvage team and portable salvage equipment to commence demobilizing. 1130 after monitoring the situation commenced demobilizing Resolve Pioneer and Seacor Vanguard. |
| 1110 | | USCG requests a 5 mile safety exclusion zone south of casualty site. |
| 1050 | 1055 | Emulsified oil remaining on surface burning off. Thick brown emulsified oil observed in area of casualty but no apparent fresh black oil. |
| 1128 | | "Seacor vanguard" released from scene – last SMIT vessel released from scene |
| 1225 | 1542 | Instructed by Transocean to return to site until completion of site assessment with "Seacor Vanguard". |
| 1542 | 0430 | "Seacor Vanguard" transit and demob. 0100 All fast A/S Intermoor facility. 0430 demob complete. |

### DD) OPERATIONS PLANNED FOR NEXT 24 HRS

| No. | Operations planned |
|---|---|
| 1. | ROV operations for site assessment and to secure well |
| 2. | Support needs of Transocean with respect to sinking followup. |

SMIT SALVAGE

| | SALVAGE SMIT | DAILY PROGRESS REPORT | Quality Form<br>SSF-001<br>Revision 1<br>Page 3 of 5 |
|---|---|---|---|
| 3. | Demobilzation of salvage team and equipment | | |
| 4. | | | |

Case 2:10-md-02179-CJB-DPC   Document 5113-23   Filed 01/09/12   Page 5 of 5

 **SALVAGE SMIT** | **DAILY PROGRESS REPORT** | Quality Form<br>SSF-001<br>Revision 1<br>Page 4 of 5

### EE) CONTRACTUAL / OPERATIONAL MILESTONES

| Date | Description Milestone |
|---|---|
| 4/21/10 | Emergency Response Salvage Contract Signed – 0600 hours |
| 4/22/10 | Deepwater Horizon Sinks 1022 hours – Engulfed in heavy fire for approximately 36 hours |
| 4/22/10 | Emergency Response Salvage contract terminated – 1800 hours |

### FF) CRAFT ON HIRE (@ 2400)

| Vessel | Company | On hire | Off Hire | Location |
|---|---|---|---|---|
| SEACOR VANGUARD | Seacor Marine Inc. | April 21 | April 23 | MC 252 |
| RESOLVE PIONEER | Resolve Marine Services | April 21 | April 23 | MC 252 |
| Miss Addison | Kevin Gros | April 21 | April 23 | Fourchon |
| MAX CHOUEST | Hired by Transocean | | Na | MC 252 |

### GG) EQUIPMENT ON HIRE (@ 2400)

| Name item | Company | On hire | Off Hire | Location |
|---|---|---|---|---|
| Emergency dewatering, air pressurisation and portable firefighting equipment from SMIT Houston warehouse. Loadout #1 | SMIT | 4/21/10 | 4/23/10 | Fourchon |

### HH) PERSONNEL

| No. | Name | Position | Company | On | Off | Location |
|---|---|---|---|---|---|---|
| 1. | Doug Martin | Senior Salvage Master | SMIT Salvage | 21 April | 22 April | Transocean Office |
| 2. | Dirk Jan Osinga | Senior Salvage Master | SMIT Salvage | 21 April | 24 April | Miss Addison |
| 3. | Jim Wait | Asst. Salvage Master | SMIT Salvage | 21 April | 23 April | Seacor Vanguard |
| 4. | Sylvia Tervoort | Asst. Salvage Master | SMIT Salvage | 21 April | 24 April | Houston |
| 5. | Joost van den Driest | Salvage Officer | SMIT Salvage | 21 April | 23 April | Seacor Vanguard |
| 6. | Alexander Gorter | Naval Architect | SMIT Salvage | 21 April | 24 April | Transocean Office |
| 7. | Paul Deijl | Salvage Superintendent | SMIT Salvage | 21 April | 24 April | Miss Addison |
| 8. | M den Boer | Salvage Foreman | SMIT Salvage | 21 April | 24 April | Miss Addison |
| 9. | Steven Boudreaux | Salvage Engineer | SMIT Salvage | 21 April | 24 April | Miss Addison |
| 10. | Kees Geurtsen | Salvage Engineer | SMIT Salvage | 21 April | 24 April | Miss Addison |
| 11. | J. Huivenaar | Salvage Engineer | SMIT Salvage | 21 April | 24 April | Miss Addison |
| 12. | Alistair Pepper | Cost Controller | SMIT Salvage | 21 April | 24 April | Transocean Office |
| 13. | Tim Williamson | Emergency coordinator | Donjon-Smit | 21 April | 23 April | Transocean Office |
| 14. | John Stennett | Fire Expert | Alfred | 21 April | 23 April | Seacor Vanguard |
| 15. | Tommy Walker | Rigger Supervisor | Intermoor | 21 April | 23 April | Seacor Vanguard |
| 16. | Tommy Walker Jr. | Riggers | Intermoor | 21 April | 23 April | Seacor Vanguard |
| 17. | Shane Maturin | Riggers | Intermoor | 21 April | 23 April | Seacor Vanguard |
| 18. | Joseph Adams | Riggers | Intermoor | 21 April | 23 April | Seacor Vanguard |
| 19. | Corey Moseley | Riggers | Intermoor | 21 April | 23 April | Seacor Vanguard |
| 20. | Hurbert Keller | Riggers | Intermoor | 21 April | 23 April | Seacor Vanguard |
| 21. | Mike Henderson | Riggers | Intermoor | 21 April | 23 April | Seacor Vanguard |

SMIT SALVAGE

SMIT_00504