# EXHIBIT 31



May 27 2011
11:12PM

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179<br><br>SECTION: J |
| This Document Relates To: All Actions | : : | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |
| ………………………………………………... | : | |

## THE BP PARTIES' RESPONSES AND OBJECTIONS TO DEFENDANT ANADARKO E&P COMPANY LP'S FIRST REQUESTS FOR ADMISSIONS

Defendants BP America Inc. ("BPA"), BP America Production Company ("BPAP") and BP Exploration & Production Inc. ("BPXP") (collectively, "the BP Parties"), by their undersigned Counsel, and, pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, hereby submit the following responses and objections to Anadarko E&P Company LP's ("Anadarko") First Set of Requests for Admissions.

## SPECIFIC RESPONSES AND OBJECTIONS

The BP Parties respond as follows to Anadarko's specific requests for admission, subject to and without waiving their general objections, each and every one of which are specifically incorporated into each individual response below.[1]

## REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**

Please admit that AE&P personnel never visited the *Marianas* or *Deepwater Horizon* rigs during the drilling of the MACONDO WELL.

---

[1] The BP Parties' general objections are set forth at pages 21 - 30.

**RESPONSE TO REQUEST FOR ADMISSION NO. 1:**

The BP Parties object to this request on the grounds that it is vague, ambiguous, and undefined with respect to, for example, the terms "personnel" and "Marinas."

Subject to their specific and general objections, the BP Parties state as follows: The BP Parties admit that they are unaware of any Anadarko employees who were on board the Marianas or Deepwater Horizon rigs during the drilling of the Macondo Well. Because Marianas and Deepwater Horizon are Transocean rigs, the BP Parties are not responsible for, and not always informed of, who is on board those vessels at any particular time. Accordingly, after a reasonable inquiry, the information the BP Parties know or can readily obtain is insufficient to enable them to admit or deny the remainder of this request. The BP Parties deny this request except to the extent expressly admitted herein.

**REQUEST FOR ADMISSION NO. 2:**

Please admit that AE&P did not participate in developing the cement design for the MACONDO WELL production casing.

**RESPONSE TO REQUEST FOR ADMISSION NO. 2:**

The BP Parties object to this request on the grounds that it is vague, ambiguous, and undefined with respect to, for example, the phrases "participate," "developing" and "cement design."

Subject to their specific and general objections, the BP Parties state as follows: The BP Parties admit that the BP Parties are not aware of any Anadarko personnel who worked on the design of the cement used for the Macondo Well production casing. Pursuant to the Macondo Prospect Offshore Deepwater Operating Agreement, however, Anadarko participated in all operations at the Macondo Well. Therefore, the BP Parties deny this request except to the extent expressly admitted herein.