# EXHIBIT 32



40008970

Sep 23 2011
11:18PM

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 : : : : | MDL No. 2179 SECTION: J |
| This Document Relates To: All Actions : : : | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |
| ……………………………………………... : | |

### THE BP PARTIES' SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANT ANADARKO PETROLEUM CORPORATION'S FIRST REQUESTS FOR ADMISSIONS

Defendants BP America Inc. ("BPA"), BP America Production Company ("BPAP") and BP Exploration & Production Inc. ("BPXP") (collectively, "the BP Parties"), by their undersigned Counsel, and, pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, hereby submit the following responses and objections to Anadarko Petroleum Corporation's ("Anadarko") First Requests for Admission.

### SPECIFIC RESPONSES AND OBJECTIONS

The BP Parties respond as follows to Anadarko's specific requests for admission, subject to and without waiving their general objections, each and every one of which are specifically incorporated into each individual response below.[1]

### REQUESTS FOR ADMISSION

### REQUEST FOR ADMISSION NO. 5:

Please admit that prior to the explosion on the *Deepwater Horizon* on April 20, 2010, YOU did not inform APC that Halliburton had run an OptiCem model for the MACONDO WELL production casing cement job that concluded the use of seven (7) centralizers would lead to a severe gas flow problem.

---

[1] The BP Parties' general objections are set forth at pages 11-19.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 24:**

Subject to and without waiver of their general objections, but in accordance with the Court's Order of September 7, 2011, stating that "BP shall amend its response to" this RFA to "conform to BP's proposed amendment," the BP Parties state as follows: The BP Parties admit that, having conducted a reasonable inquiry, the BP Parties have not identified any communication from the BP Parties to Anadarko before April 21, 2010, conveying the results of the Macondo Well negative pressure tests concerning the Macondo Well.  However, since there were numerous informal communications between technical personnel at BP and Anadarko, the BP Parties reserve the right to move to amend this response should such a communication be subsequently discovered.  The BP Parties do not admit this request except as expressly admitted herein.

**REQUEST FOR ADMISSION NO. 28:**

Please admit that YOU had sole responsibility to determine BP personnel issues with respect to MACONDO WELL design and operations.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 28:**

The BP Parties object to this request on the grounds that it is vague, ambiguous, and undefined with respect to, for example, the phrases "sole responsibility," and "BP personnel issues," and "design and operations."

Subject to and without waiver of their specific and general objections, the BP Parties state as follows:  The BP Parties admit that the BP Parties had sole responsibility, as constrained by applicable laws, rules, and regulations, to determine personnel issues with respect to BP employees involved in Macondo Well design and operations.  The BP Parties deny this request except as expressly admitted herein.