# EXHIBIT 35

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG      )      MDL NO.  2179
"DEEPWATER HORIZON" in the           )
GULF OF MEXICO,  on                  )      SECTION: J
APRIL 20, 2010                       )
                                     )      JUDGE BARBIER
                                     )
                                     )      MAG. JUDGE SHUSHAN

## *CONFIDENTIAL*

### *WorldwideVIEW*™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Michael Beirne

**VOLUME 1**

JUNE 27, 2011

## *COPY*



*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing
**For U.S. & International Services**
**800 - 745 - 1101**

15:15:45   1    Corporation and Anadarko E&P Company, LP,

15:15:50   2    that we were doing a like kind exchange for

15:15:53   3    tax purposes, and it would be -- the

15:15:57   4    interests in the MC 252 lease would be

15:16:01   5    divided between those two entities --

15:16:03   6    Anadarko entities.

15:16:07   7        Q.    (BY MS. HARVEY)  And is your

15:16:08   8    recollection that the initial division of

15:16:11   9    interest, 22.5 percent in the MC 252, was

15:16:18  10    assigned to Anadarko Exploration Company?

15:16:22  11        A.    Yes, ma'am.  I believe it's

15:16:25  12    Anadarko E&P Company, LP.

15:16:28  13        Q.    And then the remaining

15:16:31  14    2.5 percent was assigned to Anadarko

15:16:35  15    Petroleum Corporation initially?

15:16:35  16        A.    Yes, ma'am.

15:16:42  17        Q.    Was it your understanding that

15:16:43  18    Anadarko Exploration & Production Company

15:16:47  19    would then assign its interest to Anadarko

15:16:51  20    Petroleum Corporation under the terms of the

15:16:52  21    lease exchange agreement?

15:16:54  22        MS. KUCHLER:  Object to the form.

15:16:55  23        A.    Yes, ma'am, that's my

15:16:56  24    understanding.

15:17:00  25        Q.    (BY MS. HARVEY)  And do you have

15:17:02  1    an understanding of the timing of that second

15:17:04  2    assignment from Anadarko Exploration &

15:17:08  3    Production to Anadarko Petroleum Corporation?

15:17:23  4        A.    I believe it's -- this is the

15:17:24  5    assignment from AEP, Anadarko E&P

15:17:27  6    Corporation, to APC, the --

15:17:28  7        Q.    Yeah, Section 2.2.

15:17:30  8        A.    Yes, ma'am, that's what I

15:17:31  9    thought you were referring to.  It is

15:17:32  10   immediately following delivery of the

15:17:34  11   assignment from BP to AEP.  AEP will deliver

15:17:39  12   an assignment of all of its right and

15:17:41  13   interest in the BP property to Anadarko

15:17:46  14   Petroleum Corporation.  So it was

15:17:49  15   immediately --

15:17:49  16       Q.    So it was contemplated by the

15:17:51  17   parties that Anadarko Petroleum Corporation

15:17:55  18   would receive the entirety of the 25 percent

15:18:00  19   assignment from BP ultimately?

15:18:02  20       MS. KUCHLER:  Object to the form.

15:18:03  21       A.    Yes, ma'am.

15:18:04  22       Q.    (BY MS. HARVEY)  And was it

15:18:17  23   your -- after this lease exchange agreement

15:18:20  24   was -- was signed and AE&P and APC each

15:18:29  25   received their percentage of the record title

```
15:18:34   1    interest in the lease, do you recall when AEP
15:18:42   2    then assigned its percentage of APC?
15:18:45   3          A.     I don't recall the exact dates,
15:18:47   4    but I believe it was in April, around the
15:18:50   5    beginning of April 2010.
15:18:52   6          Q.     Do you recall why that
15:18:56   7    assignment didn't happen immediately as
15:18:58   8    contemplated under Section 2.2 of the lease
15:19:02   9    exchange agreement?
15:19:03  10          MS. KUCHLER:  Object to the form.
15:19:04  11          A.     No, ma'am, I'm not aware of why
15:19:09  12    it -- it did not happen immediately.
15:19:11  13          Q.     (BY MS. HARVEY)  Did you have
15:19:13  14    any discussions with your counterparts at
15:19:19  15    Anadarko about why the assignment did not
15:19:22  16    occur immediately?
15:19:25  17          A.     I may have.  I don't
15:19:27  18    specifically recall an instance, but I may
15:19:29  19    have sent a note asking them for an update on
15:19:33  20    it.
15:19:33  21          Q.     Was it your understanding
15:19:39  22    that -- or strike that.
15:19:41  23                 When you interacted with people
15:19:46  24    from Anadarko, do you know whether they were
15:19:50  25    from Anadarko Petroleum Corporation, whether
```

| | |
|---|---|
| 15:19:53 | 1 |
| 15:19:56 | 2 |
| 15:19:59 | 3 |
| 15:20:02 | 4 |
| 15:20:06 | 5 |
| 15:20:08 | 6 |
| 15:20:13 | 7 |
| 15:20:20 | 8 |
| 15:20:23 | 9 |
| 15:20:31 | 10 |
| 15:20:33 | 11 |
| 15:20:35 | 12 |
| 15:20:38 | 13 |
| 15:20:38 | 14 |
| 15:20:42 | 15 |
| 15:20:44 | 16 |
| 15:20:51 | 17 |
| 15:20:53 | 18 |
| 15:20:58 | 19 |
| 15:20:59 | 20 |
| 15:21:05 | 21 |
| 15:21:08 | 22 |
| 15:21:12 | 23 |
| 15:21:14 | 24 |
| 15:21:53 | 25 |

they were employees of that corporation?

       MS. KUCHLER:  Object to the form.

       A.    In my -- in my view, all the
employees I was dealing with were part of
Anadarko Petroleum Corporation.  They were --
in my mind, they were all the same company.

       Q.   (BY MS. HARVEY)  Okay.  Was it
your understanding that Anadarko Petroleum
Corporation would make payments on behalf of
Anadarko Exploration & Production Company
with respect to activities at the Macondo
prospect?

       MS. KUCHLER:  Object to the form.

       A.    I guess at my level, my
assumption was they were one and the same
company, and that -- whether the exact bills
would go out that way, I'm not sure.  But
that was the view, in my mind.

       Q.   (BY MS. HARVEY)  Do you recall
whether you had received a single -- a single
payment from the Anadarko entities or whether
it came as two separate payments?

       A.    I don't know.

       Q.    Okay.  And just to be clear,
when I was referring to Section 2.2, I was

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG      )      MDL NO.  2179
"DEEPWATER HORIZON" in the           )
GULF OF MEXICO,  on                  )      SECTION: J
APRIL 20, 2010                       )
                                     )      JUDGE BARBIER
                                     )
                                     )      MAG. JUDGE SHUSHAN

## CONFIDENTIAL

### *WorldwideVIEW*™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## Michael Beirne

**VOLUME 2**

JUNE 28, 2011

## *COPY*



*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing
**For U.S. & International Services**
**800 - 745 - 1101**

09:40:15   1    Anadarko, it wasn't seeking input from

09:40:18   2    Anadarko on the well design, was it?

09:40:21   3            MR. BOLES:  Object to the form.

09:40:22   4            A.      Which AFE are you -- are you --

09:40:27   5            Q.      (BY MS. KUCHLER)  The original

09:40:28   6    AFE for -- that set forth the design and

09:40:31   7    initial plan for the well.  When that was

09:40:36   8    presented by BP to Anadarko, it was for the

09:40:38   9    purpose of Anadarko funding its share of the

09:40:40  10    cost s, right?

09:40:41  11            MR. BOLES:  Object to the form.

09:40:42  12            A.      No, ma'am.  It was showed to

09:40:44  13    them several times prior to them executing

09:40:49  14    it.  So I'm not sure exactly which instance

09:40:51  15    you're referring to of when it was presented

09:40:54  16    to them.  They certainly had the ability to

09:40:56  17    provide input.

09:40:59  18            Q.      (BY MS. KUCHLER)  When BP

09:41:03  19    submitted an AFE or a supplemental AFE or

09:41:07  20    even the -- let me rephrase that.

09:41:14  21                    If you would look, please, at

09:41:16  22    Tab 19.  It's your testimony before the

09:41:18  23    marine board, Page 82.

09:41:23  24            A.      Is there a green tab that you

09:41:27  25    want me to --

**PURSUANT TO CONFIDENTIALITY ORDER**

392

| | |
|---|---|
| 09:41:28 | 1 |
| 09:41:31 | 2 |
| 09:41:32 | 3 |
| 09:41:51 | 4 |
| 09:41:53 | 5 |
| 09:41:56 | 6 |
| 09:41:57 | 7 |
| 09:41:59 | 8 |
| 09:42:02 | 9 |
| 09:42:05 | 10 |
| 09:42:08 | 11 |
| 09:42:12 | 12 |
| 09:42:17 | 13 |
| 09:42:19 | 14 |
| 09:42:22 | 15 |
| 09:42:24 | 16 |
| 09:42:28 | 17 |
| 09:42:29 | 18 |
| 09:42:30 | 19 |
| 09:42:32 | 20 |
| 09:42:34 | 21 |
| 09:42:37 | 22 |
| 09:42:42 | 23 |
| 09:42:46 | 24 |
| 09:42:52 | 25 |

Q.     It's on Page 82, and it should
have a tab on it.

A.     Oh, pages are on top.  Okay.

Q.     Question starting at Line 3 was:
Let me just pose this to you since I can't
remember exactly how you said it and you
don't remember saying it.  When BP had
submitted, say, a supplemental AFE or even
the final new AFE and had settled internally
on a well plan, it wasn't asking for input
from the NOPs about well design, was it?

And what was your answer?

A.     My answer was:  From my
perspective, no, ma'am.  It was to seek input
on whether they would want to do another
operation.  That would be a higher priority
in the operating agreement.

Q.     Do you stand by that answer
today?

A.     I'm not sure.  In -- in
reviewing this, I think the context of it was
a very specific question, based on what I'm
seeing in my answer, of when we submitted the
AFE for production casing.  That's what I
recall in -- in the context of what my answer

**PURSUANT TO CONFIDENTIALITY ORDER**

09:42:54 1    was.

09:42:58 2          Q.     Let's attach the MBI testimony

09:43:01 3    of October 6, 2010, as Exhibit 2865.

09:43:01 4          (Exhibit 2865 was marked.)

09:43:09 5          Q.     (BY MS. KUCHLER)  Now, to your

09:43:10 6    knowledge, no one from Anadarko ever visited

09:43:12 7    the DEEPWATER HORIZON while the Macondo was

09:43:15 8    being drilled; is that right?

09:43:16 9          A.     Yes, ma'am.  I do not -- I do

09:43:22 10   not have information that anybody visited

09:43:26 11   there from Anadarko.

09:43:27 12         Q.     And certainly no one from

09:43:29 13   Anadarko was stationed on the rig working on

09:43:32 14   it during the drilling of the Macondo well,

09:43:35 15   true?

09:43:36 16         A.     Not that I'm aware of, no,

09:43:38 17   ma'am.

09:43:38 18         Q.     And as the main point of contact

09:43:41 19   between BP and Anadarko, you would certainly

09:43:43 20   be in a position to be aware if Anadarko had

09:43:46 21   personnel working out on the rig while the

09:43:48 22   well was being drilled, wouldn't you?

09:43:50 23         A.     Not necessarily.  I may know.

09:43:53 24   But if I didn't know, that doesn't mean that

09:43:57 25   there wasn't somebody out there.

**PURSUANT TO CONFIDENTIALITY ORDER**