# EXHIBIT 38

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2

 3   IN RE:  OIL SPILL         )    MDL NO. 2179
     by the OIL RIG,           )
 4   DEEPWATER HORIZON in      )    SECTION "J"
     the GULF OF MEXICO,       )
 5   April 20, 2010            )    JUDGE BARBIER
                               )
 6                             )    MAG. JUDGE
                               )    SHUSHAN
 7
```

13

14                  * * * * * * * * * * * * *
                            VOLUME 2
15                  * * * * * * * * * * * * *

16
                Deposition of **ROBERT BODEK**,
17   taken at Pan-American Building, 601 Poydras
     Street, 11th Floor, New Orleans, Louisiana,
18   70130, on the 12th of April, 2011.

19   **APPEARANCES:**
20

21   Mr. Mikal C. Watts
     **WATTS, GUERRA, CRAFT, LLP**
22   Four Dominion Drive, Building Three
     Suite 100
23   San Antonio, Texas 78257
     Phone:  210-447-0500  Fax:  210-447-0501
24
              APPEARING FOR THE
25            PLAINTIFFS' STEERING COMMITTEE

**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters

1    Q.   All right.  Do you understand,
2    Mr. Bodek, that Anadarko and MOEX entered
3    into an agreement with BP whereby Anadarko
4    and MOEX were non-operating co-lessees on
5    the Macondo lease?
6         A.   That is my understanding.
7         Q.   And in your previous testimony,
8    you've used the word "partners" several
9    times to refer to Anadarko and MOEX.  By
10   partners, are you using the oil industry
11   usage to mean non-operating co-lessees?
12        A.   That was the context I believe
13   I've used it in.  Correct.
14        Q.   Are you aware of how much of the
15   lease BP owns?
16        A.   Yes, ma'am.
17        Q.   How much?
18        A.   I believe it was 65 percent.
19        Q.   Okay.  And are you aware of how
20   much Anadarko owns?
21        A.   Yes, ma'am.
22        Q.   How much?
23        A.   I believe it's 25 percent.
24        Q.   And how about MOEX?
25        A.   The remaining ten percent.

1    Q.   And have you seen the documents
2 that gives MOEX's complete name?  Are you
3 aware of what MOEX's title is?
4         MR. FIELDS:
5              Objection, form.
6    A.   I am not.
7    Q.   Okay.  Does MOEX Offshore 2007,
8 LLC, sound familiar?
9    A.   No, ma'am.
10   Q.   Okay.  We're going to take a
11 look at the operating agreement in just a
12 moment, and we'll look specifically at that
13 point.  But first I wanted to ask you to
14 confirm for me that drilling of the Macondo
15 well had already begun before Anadarko or
16 MOEX entered into the operating agreement
17 with BP.
18        MR. FIELDS:
19             Object to form.
20   Q.   Are you aware of that?
21        MR. FIELDS:
22             Sorry.  Objection, form.
23   A.   I believe that is the case, yes.
24   Q.   Let's take a look, please, at
25 the daily drilling report, which is at Tab

```
 1   I've never heard his testimony.
 2       Q.   Are you aware of any instance in
 3   which Anadarko or MOEX were consulted for
 4   any of the decisions regarding well design
 5   or operations?
 6       A.   I don't know.
 7       Q.   You don't know if you're aware,
 8   or you're not aware?
 9       A.   I'm not aware.
10       Q.   In fact, MOEX actually requested
11   detailed well design plans on multiple
12   occasions and every time their request was
13   ignored.  Were you aware of that?
14            MR. FIELDS:
15                 Objection, form.
16       A.   I don't recall.
17       Q.   Well, let's take a look at
18   documents and see if we can refresh your
19   recollection.
20                 Are you -- do you -- were
21   you aware that in early January of 2010,
22   Mr. Ishii of MOEX and Mike Beirne had lunch
23   together, and at that time, Mr. Ishii
24   requested a detailed plan from Mr. Beirne?
25            MR. FIELDS:
```

```
 1                    Objection, form.
 2          A.    I was not aware of that.
 3          Q.    Let's take a look at Tab 96 in
 4    your binder.
 5                MR. MONICO:
 6                    What was the date of that
 7    last thing you said about Mr. Beirne?
 8                MS. KUCHLER:
 9                    January of 2010.
10                MR. MONICO:
11                    Thank you, ma'am.
12          Q.    If you look at Bates Number, on
13    the second page, DWHMX00070244, do you see
14    the January 14 e-mail from Mr. Naoki Ishii
15    to Mr. Michael Beirne on Page 2?
16          A.    Yes, ma'am.
17          Q.    And Michael Beirne writes,
18    Ishii, can you send a copy (via e-mail if
19    possible) of the Will-K drilling plan we
20    discussed at lunch last week?
21                    Do you see that?
22          A.    I see that that's what this
23    document says.
24          Q.    I am trying to see if we have
25    something similar for Macondo.
```