# EXHIBIT 39

```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL        )    MDL NO. 2179
by the OIL RIG,          )
DEEPWATER HORIZON in     )    SECTION "J"
the GULF OF MEXICO,      )
April 20, 2010           )    JUDGE BARBIER
                         )
                         )    MAG. JUDGE
                         )    SHUSHAN
```

**************

VIDEOTAPED 30(b)(6) DEPOSITION OF ANADARKO
BY AND THROUGH ITS DESIGNATED REPRESENTATIVE
JERRY BYRD

**************

Deposition of Jerry Byrd, taken at
Hilton Conference Center,
333 St. Charles Avenue, St. Charles Ballroom,
New Orleans, Louisiana, 70130, on Wednesday,
July 13, 2011

```
 1  or Stuart Strife.
 2       Q    Okay.  Let's go to the next invoice for
 3  March.
 4            MS. HARVEY:  And we'll mark this
 5       Exhibit 4208.
 6  (EXHIBIT NO. 4208 WAS MARKED FOR THE RECORD.).
 7            THE WITNESS:  I'm sorry, same tab.
 8  BY MS. HARVEY:
 9       Q    Are you at March?
10       A    Yes, ma'am, I have it.
11            MR. NEGER:  This is the document
12       beginning with Bates No. -- or ending Bates
13       No. 79484?
14            MS. HARVEY:  Yes.  That is correct.
15  BY MS. HARVEY:
16       Q    And on the Bates ending 9485, is this a
17  summary of the invoice for the -- that was billed
18  by BP to Anadarko?
19       A    Yes, it's for March operations billed
20  to Anadarko Petroleum Corporation.
21       Q    And, again, this includes costs
22  associated with two different wells?
23       A    Yes.  The Cortez Bank and the Macondo
24  Well.
25       Q    Okay.  And here it says that there's a
```

```
 1  cash call receipt for 5.2 million; is that
 2  correct?
 3       A    Yes.
 4       Q    And so is that the applying -- or the
 5  accounting for the receipt that was requested
 6  back in January?
 7       A    Yeah, it's the reversal of the cash
 8  call that was billed in January of 2010.
 9       Q    So BP accrued costs at least of that
10  amount?  They were using up the entire cash call
11  request?
12            MR. NEGER:  Objection to form.
13            THE WITNESS:  Can't say that for sure.
14       Generally they're going to cash call you for
15       60 days, and then they're going to reverse
16       that within that two-month cycle.
17  BY MS. HARVEY:
18       Q    Can you -- can you clarify what it
19  means to reverse a cash all?
20       A    Yeah.  Basically you're just looking
21  for -- we got -- Anadarko Petroleum Corporation
22  was asked to pay cash advance in January of 2010
23  for $5.2 million.  We're going to be monitoring
24  those cash calls to make sure the operator is
25  giving us credit, so to speak.  The so on the
```

1  March JIB, you'll notice that they're reversing
2  the $5.2 million.  So they're giving us credit
3  for paying that.
4      Q    And the total net that you're being
5  charged under this invoice is $16,412,508.01; is
6  that correct?
7      A    That is the total bill for both wells,
8  yes.
9      Q    Okay.  And we can just verify that this
10 payment was made by flipping back to Tab 10.
11 10C.
12         MS. HARVEY:  And we'll mark this as
13     Exhibit 4209.
14  (EXHIBIT NO. 4209 WAS MARKED FOR THE RECORD.)
15         THE WITNESS:  It's the same amount,
16     yes.  The total was paid.
17 BY MS. HARVEY:
18     Q    And just to confirm, this is covering
19 Anadarko Petroleum Corporation and Anadarko
20 Exploration & Production Corporation's share --
21 or company share for expenses associated with the
22 AFE for Macondo Well drilling?
23         MR. NEGER:  Objection to form.
24         THE WITNESS.  No.  It's actually a
25     billing to Anadarko Petroleum Corporation

1        and not Anadarko E&P.
2    BY MS. HARVEY:
3        Q    Right.  But the share that is being
4    asked for, the proportion of the gross
5    expenditures -- if you turn to the last page,
6    ending 9489.  The share is listed at
7    33.33 percent; is that correct?
8        A    That's correct.
9        Q    And that share represents the share of
10   both Anadarko Petroleum Corporation and Anadarko
11   Exploration & Production?
12           MR. NEGER:  Objection to form.
13           THE WITNESS:  To me, it represents
14       Anadarko Petroleum Corporation.  That's the
15       only party that's being billed on this
16       invoice for 33 percent.
17           MS. HARVEY:  Okay.  We'll have to take
18       a break to change the tapes.
19           VIDEO SPECIALIST:  The time now is
20       10:55 a.m.  We're now off the record.  This
21       is the end of Tape 2.
22               (OFF THE RECORD.)
23           VIDEO SPECIALIST:  The time now is
24       11:04 a.m.  We're now back on the record.
25       This is the beginning of Tape 3.

```
 1  BY MS. HARVEY:
 2      Q    Okay.  To keep going through the
 3  invoices, let's start with the next one, for
 4  April.
 5      A    Okay.
 6      Q    And this is the invoice that BP sent to
 7  Anadarko Petroleum Corporation for the month of
 8  operation April 2010?
 9      A    Yes, ma'am.
10      Q    And, again --
11           MR. NEGER:  Are you going to mark this
12      one?
13           MS. HARVEY:  Yes.  Thank you.  We will
14      mark this as Exhibit 4210.
15   (EXHIBIT NO. 4210 WAS MARKED FOR THE RECORD.)
16  BY MS. HARVEY:
17      Q    And, again, this invoice appears to
18  cover costs for two different wells; is that
19  correct?
20      A    Yes.  The Cortez Bank and the Macondo
21  Well.
22      Q    And with respect to the expenditures
23  and cash call for Macondo, there is an AFE number
24  that's listed X2-008 -- I'm sorry, X2-000X8.  And
25  that's the AFE for the Macondo -- the drilling of
```

```
 1  the Macondo Well; is that correct?
 2       A    Yes, ma'am.
 3       Q    And do you know what the "C:STORMIDA"
 4  is that follows the AFE number?
 5       A    No, ma'am, I do not.
 6       Q    Okay.  And this lists several different
 7  costs -- or amounts associated with the Macondo
 8  Well.  There's a cash call request; is that
 9  correct?
10       A    There is a request for cash call, yes,
11  ma'am.
12       Q    And that's for the month of June 2010?
13       A    Yes, for $6.9 million.
14       Q    And then there's also a cash call
15  receipt; is that correct?
16       A    Yes.  The $10 million is a reversal of,
17  I believe, a February 2010 cash advance that was
18  paid.
19       Q    And then there's also an item for
20  expenditure of 4.3 million?
21       A    Yes.
22       Q    And that's for expenditures at the
23  Macondo Well?
24       A    Yes, ma'am.
25       Q    And then there's also a fourth item
```

1 amount for $80,000; is that correct?

2    A    Yes, there's a fourth amount.

3    Q    And I believe you discussed with

4 Ms. Martin earlier today costs that were

5 associated with the Macondo incident.  Is that

6 correct?

7    A    Yes.  The Macondo incident is that

8 $80,000.

9    Q    And like the earlier invoices -- if you

10 flip to the second-to-last page, ending 9502,

11 there is a page listing items associated with AFE

12 No. X2-000X8.  And that's for the Macondo Well?

13    A    Yes, ma'am.

14    Q    So those were items that BP was billing

15 Anadarko for, for the month of April?

16    A    For the Macondo Well, yes, ma'am.

17    Q    Yes.  And if you look at the total

18 net -- on the first page -- amount.  Just to

19 verify how that relates to a payment that was

20 made.  So go to Tab 10D, last -- ending with

21 Bates 230700.

22         MS. HARVEY:  And we will introduce as

23      Exhibit 4211.

24   (EXHIBIT NO. 4211 WAS MARKED FOR THE RECORD.)

25 BY MS. HARVEY:

1  Q   And if you look at the amount of the
2  check -- I'm sorry, this is a -- this is a
3  payment for the invoice -- the April invoice?
4  A   It is a payment for the April invoice
5  less the $80,000 incident cost on the last line
6  item.
7  Q   So the difference between the total net
8  that you were billed and the amount that you paid
9  was for the response cost?
10 A   Yeah.
11 Q   But you paid, in full, cost associated
12 with the drilling of the Macondo Well?
13 A   Yes, cost for the Macondo Well.
14 Q   Okay.  Let's go to Tab 9.
15     MS. HARVEY:  And we'll introduce this
16     as Exhibit 4212.
17 (EXHIBIT NO. 4212 WAS MARKED FOR THE RECORD.)
18 BY MS. HARVEY:
19 Q   And can you tell me what this is?  9A.
20 A   The first page is a -- it looks like a
21 billing from BP for the operational month of May
22 of 2010.
23 Q   And, again, this is addressed to
24 Anadarko Petroleum Corporation?
25 A   Yes, it is.

1     Q    And to your knowledge, an invoice was
2  not sent to anyone at Anadarko Exploration &
3  Production?
4     A    I have only seen invoices addressed to
5  Anadarko Petroleum Corporation.
6     Q    And this lists a cash call receipt for
7  $8.7 million; is that correct?
8     A    Yes, it does.  Credit of $8.7 million.
9     Q    And you said that this invoice, earlier
10 today, was not paid by Anadarko; is that correct?
11    A    That is correct.
12    Q    And you indicated it was because of an
13 earlier cash call -- scratch that.
14         On this -- on this bill -- on this
15 invoice -- if you'll turn to the last page,
16 ending 73383.  Can you tell me what these costs
17 are?
18    A    Based on the AFE number, these are
19 costs related to the Macondo Well.
20    Q    So these were costs that BP, although
21 -- you said earlier that sometimes you're
22 invoiced later for items that had earlier been
23 purchased by BP; is that correct?
24    A    So this is a billing for May of 2010.
25 It more than likely will represent costs, you

```
 1  know, several months prior to that.
 2       Q    And so the reason that this portion of
 3  the costs which total 6.7 million is their cost
 4  associated with the Macondo Well that you're
 5  being billed for in the month of April; is that
 6  correct?
 7       A    Yes, it is.
 8       Q    That's your net share of the cost?
 9       A    That's our 25 percent share of those
10  costs, yes.
11       Q    And it's now at 25 percent because the
12  promote is no longer in effect; is that correct?
13       A    Right.  The promote based upon 110
14  percent of the gross well cost.  And the May 2010
15  billing now reflects that 25 percent, which tells
16  me that the promote has passed, and our interest
17  has reverted back to 25 percent.
18       Q    Okay.  And you did not pay this portion
19  of the well cost for Macondo Well.  Is that
20  because you believe they had -- you had already
21  paid BP through a cash call?
22            MR. NEGER:  Objection to form.
23            THE WITNESS:  We did not pay this
24       invoice because we already had an excess
25       that was paid to BP in approximately --  it
```

```
 1        was $6 million and change that we still had
 2        outstanding that BP had not reversed yet.
 3   BY MS. HARVEY:
 4        Q    Okay.  If you go to the page just
 5   preceding that.  It's ending 73382.
 6        A    Okay.
 7        Q    And the first line here says MC252
 8   Incident; is that correct?
 9        A    Yes, it does.
10        Q    And then there are several different
11   categories of costs under that heading; is that
12   correct?
13        A    Yes, that's broken out into several
14   categories.
15        Q    And can you tell me what the very last
16   category is in that list?
17        A    Credit balance for Macondo exploration
18   well.
19        Q    And what is that -- the amount that is
20   being credited?
21        A    I believe that that is the credit
22   issued based upon when the promote paid off.  So
23   in other words, we billed you at 33 percent for X
24   dollars.  That portion paid out, your interest
25   reverted back to 25 percent.  So my
```

```
 1  interpretation of that line item is just trying
 2  to shore up those two.
 3      Q   Okay.  So that's not associated with,
 4  like, a cash call that had been issued and. . .
 5      A   Not to my knowledge.  Based on the
 6  description, no, ma'am.
 7      Q   Okay.  How did you arrive at the
 8  understanding that you had an outstanding cash
 9  call that related to the Macondo Well cost?
10          MR. NEGER:  Objection to form.
11          THE WITNESS:  We're constantly
12      reviewing our balances with operators on
13      cash calls that we pay.  And by monitoring
14      the amount of money that we already paid BP,
15      and having paid in excess of $6 million on
16      cash calls, we arrived at the determination
17      that, you know, those have not been reversed
18      yet, and so that's -- the May 2010 bill was
19      not paid because of that.
20  BY MS. HARVEY:
21      Q   But Anadarko had then paid for its
22  share of all of the costs at the Macondo Well
23  related to AFE 000X8?
24      A   We paid for all the costs billed
25  through April.  The April 2010 JIB.  Those are
```

1  paid by check to BP.  That's the last payment
2  that was made to BP on the Macondo Well.
3      Q    Right.  I'm just trying to determine
4  whether Anadarko believed it has paid BP for its
5  entire share of the cost related to the
6  Macondo -- the drilling of the Macondo Well
7  pursuant to the AFE.
8      A    Yes.
9      Q    So all of the costs listed on the page
10 with the Bates ending 73383, Anadarko's paid
11 through the cash call process, through advance
12 payments?
13     A    Right.  There was not a physical check
14 cut for the May 2010 operations.
15     Q    But it was covered by earlier payments?
16     A    Right.
17          MS. HARVEY:  Can we go off the record
18     for one minute?
19          VIDEO SPECIALIST:  The time now is
20     11:17 a.m.  We're now off the record.
21               (A BREAK WAS TAKEN.)
22          VIDEO SPECIALIST:  The time now is
23     11:18 a.m.  We are now back on the record.
24          MS. HARVEY:  Mr. Byrd, thank you for
25     your time.  United States has no further