# EXHIBIT 40

01-36979
PW

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## *CONFIDENTIAL*

### *WorldwideVIEW*™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Jame Cowie

**VOLUME 1**

JUNE 29, 2011

## *COPY*



Systems Technology for the Litigation World

Litigation Group ♦ Court Reporting ♦ Video Production ♦ Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

```
           1      Q.   Who does he work for?
           2      A.   I'm not sure.
           3      Q.   And at the time you came to the Gulf to do
           4  this peer review, he was an outside adviser?
04:33      5      A.   No.  He was a wells team leader, consultant
           6  wells team leader in the U.K.
           7                (Sneezing.)
           8                MR. REGAN:  Bless you.
           9      Q.   (BY MR. HASSINGER)  How long did that process
04:34     10  take when you and Brian came to the Gulf in 2004, 2005?
          11      A.   I believe it had been two or three days.  I
          12  can't remember specifically, but I estimate it would
          13  have been around that.
          14      Q.   Is that the only instance that you can recall
04:34     15  where you were called on by BP to share your experience
          16  and knowledge in connection with the Gulf of Mexico
          17  operation prior to Macondo?
          18      A.   I think with the Gulf of Mexico, yes, that was
          19  my experience, yes.
04:34     20      Q.   Have there been instances where you've been
          21  called to other places around the globe --
          22      A.   Yes.
          23      Q.   -- to lend your advice and expertise?
          24      A.   Yes, sir.
04:34     25      Q.   Like where?
```

**PURSUANT TO CONFIDENTIALITY ORDER**

|       |     |                                                                 |
|-------|-----|-----------------------------------------------------------------|
|       | 1   | A.   I've been to Vietnam, to Ho Chi Minh City,                 |
|       | 2   | Norway.  The vast majority would have been in Aberdeen.         |
|       | 3   | Q.   Anywhere else?                                             |
|       | 4   | A.   Not that I can remember right now.                         |
| 04:35 | 5   | Q.   Getting back to the negative pressure test,                |
|       | 6   | you identify that as the failure to properly interpret          |
|       | 7   | that and respond to that failed test appropriately,             |
|       | 8   | that's one of the causes of the disaster?                       |
|       | 9   | A.   The incorrect interpretation, yes, I believe               |
| 04:35 | 10  | it was.                                                         |
|       | 11  | Q.   What are the other causes of this disaster?                |
|       | 12  | MR. GANUCHEAU:  Objection to form.                              |
|       | 13  | MR. REGAN:  Yeah, objection to form.                            |
|       | 14  | A.   I believe there were a number of causes.  I                |
| 04:35 | 15  | mean, I believe the cement failed, allowed the fluid to         |
|       | 16  | come into the well.  The negative test didn't identify          |
|       | 17  | an issue with integrity of the well.  I believe the --          |
|       | 18  | the well flowed and wasn't recognized.  Eventually gas          |
|       | 19  | got into the riser.  The well was -- the fluids from the        |
| 04:36 | 20  | well were -- got out through the mud gas separator.             |
|       | 21  | And, also, I believe that the -- for some reason, the           |
|       | 22  | BOP didn't close in the well.                                   |
|       | 23  | Q.   (BY MR. HASSINGER)  Well, let's take it a step             |
|       | 24  | further, because I'd like to know what you think are the        |
| 04:36 | 25  | errors in judgment.  And we have the failure to properly        |

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1  interpret the negative test, that's one of them, right?
 2              MR. REGAN:  Objection; form.
 3       Q.   (BY MR. HASSINGER)  Right?
 4       A.   To correctly interpret it, yes.
 5       Q.   What are the other errors in judgment that
 6  caused this disaster?
 7       A.   What -- what do you mean by an error of
 8  judgment?
 9       Q.   I mean mistakes.  I mean what you meant in
10  that document that we looked at earlier, in the e-mail,
11  where you told your colleague that mistakes or errors in
12  judgment and the -- the -- the critical thing is not to
13  sweep them under the carpet, so to speak; to recognize
14  them and prevent them from occurring again.  That's what
15  I mean.
16       A.   Oh, okay.  I mean, I could talk to that, but
17  I -- so I'll go back to that.  That was a quote --
18       Q.   I understand.
19       A.   -- we were -- we were sharing.
20       Q.   And I bring it up just because you asked the
21  question.
22       A.   Yeah.  Okay.  I can -- to say there were
23  errors of judgment, I -- I don't believe it's my right
24  to say that.  I can talk around, you know, what I --
25  what I believe went wrong.  I mean, these are all
```

**PURSUANT TO CONFIDENTIALITY ORDER**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## CONFIDENTIAL

### WorldwideVIEW™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## Jame Cowie

**VOLUME 2**

JUNE 30, 2011

## COPY



Systems Technology for the Litigation World

Litigation Group◆Court Reporting◆Video Production◆Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

```
          1       A.   Yes, sir.
          2       Q.   So the critical factor, the first one, 5A,
          3  "Well Integrity Was Not Established or Failed," you were
          4  not on that team?
11:07     5       A.   That was engineering team.
          6       Q.   And so any questions regarding the details of
          7  the investigations or the results of the investigations
          8  would best be posed to people who were on that team?
          9       A.   That is correct.
11:08    10       Q.   Section 5B is the second critical factor.
         11  "Hydrocarbons Entered the Well Undetected and Well
         12  Control Was Lost," correct?
         13       A.   Yes, sir.
         14       Q.   Was that your team?
11:08    15       A.   It was.
         16       Q.   Okay.  Analysis 5C, "Critical Factor:
         17  Hydrocarbons Ignited on Deepwater Horizon."  Do you see
         18  that?
         19       A.   I do.
11:08    20       Q.   You were not on that team, correct?
         21       A.   That is correct.
         22       Q.   And so any questions regarding the details of
         23  the investigation or the results of that investigation
         24  are best posed to people who were on that team --
11:08    25       A.   I --
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
11:08

11:08

11:09

11:09

11:09
```

     1     Q.   -- would you agree?
     2     A.   I would.
     3     Q.   Okay.  And next is Analysis 5D, "Critical
     4  Factor:  The Blowout Preventer Did Not Seal the Well."
     5  Do you see that?
     6     A.   I do.
     7     Q.   And you were not on that team either, were
     8  you?
     9     A.   I was not.
    10     Q.   And so any questions regarding the details of
    11  the investigation or the results of that investigation
    12  are best left to folks who were on that team; would you
    13  agree?
    14     A.   I would, sir, yes.
    15     Q.   Okay.  And while we're on the BOP, real quick,
    16  you were asked some questions yesterday about acoustic
    17  activation systems for BOPs.
    18     A.   Yes.
    19     Q.   Do you recall that?
    20     A.   Yes.
    21     Q.   You wouldn't consider yourself an expert in
    22  the area of BOP acoustic activations, would you?
    23     A.   I would not.
    24     Q.   Okay.  Turn with me, if you would, to the
    25  section regarding the operations team.  I believe you'll

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1  find that on Page 79, sir.
 2       A.   I have that.
 3       Q.   It -- the second paragraph, follow with me
 4  after the three bullet points.  Analysis 5B. provides
 5  detail on how those findings -- and that's related to
 6  the findings in Section 1 -- or analysis under
 7  Section 5A?
 8       A.   Yes.
 9       Q.   All right.  Those findings relate to the
10  subsequent operations on Deepwater Horizon as the
11  integrity of the well was tested and how the influx
12  entered and moved undetected up the wellbore into the
13  riser, resulting in catastrophic explosions, loss of
14  life and loss of the rig.  Do you see that, sir?
15       A.   I do.
16       Q.   Was that the charge for your group?
17       A.   It was when I read that.
18       Q.   Okay.  Flip with me -- I want to -- I want to
19  hit a couple of sections in here real quick.  First of
20  all, you agree with the findings and the facts that are
21  set out here in Section 5B of the Bly report?
22       A.   I do.
23       Q.   Is there anything in Section 5B of the Bly
24  report that you disagree with?
25       A.   No, sir.
```

1   Q.  Is there anything generally in the Bly report
2 itself that you disagree with?
3   A.  I don't believe so, sir, no.
4   Q.  Turn to Page 85, if you would for me, sir.
5 Second full paragraph at the top. "After achieving an
6 effective seal, the rig crew opened the drill pipe to
7 bleed the pressure down to conduct and assess the
8 negative pressure test on the drill pipe. Witnesses
9 indicated that, during the bleed-down, approximately 15
10 barrels of seawater flowed from the drill pipe.
11 Calculation of expected volume, based on the decrease in
12 pressure, indicated that only approximately 3.5 barrels
13 should have flowed from the drill pipe if the well's
14 pressure integrity was intact. These calculations
15 suggest that hydrocarbons first entered the wellbore
16 during this bleed." It says refer to the appendix.
17      "Evidence that was available to the
18 investigation team suggested that neither the well site
19 leader nor the rig crew recognized this as a possible
20 early indication of the loss of well integrity."
21      Did I read that correctly, sir?
22   A.  You did, yes.
23   Q.  And that is a finding that you believe with?
24   A.  I do.
25   Q.  And the -- that was an early indication, was