# EXHIBIT 41

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3
     IN RE:  OIL SPILL      MDL NO. 2179
 4   BY THE OIL RIG
     "DEEPWATER HORIZON"    SECTION:  J
 5   IN THE GULF OF
     MEXICO, ON APRIL       JUDGE BARBIER
 6   20, 2010               MAG. JUDGE SHUSHAN

 7
```

**VOLUME II**

Deposition of **A. JOHN GUIDE**, taken in the Pan American Life Center, Bayou Room, 11th Floor, 601 Poydras Street, New Orleans, Louisiana 70130, on Tuesday, May 10, 2011.

**APPEARANCES:**

```
        COTCHETT, PITRE & MCCARTHY
        (By:  Bryan Payne, Esquire)
        San Francisco Airport Office Center
        840 Malcolm Road
        Suite 200
        Burlingame, California 94010
           (Attorneys for MDL 2185
            Securities plaintiffs subclass)
```

**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters

```
 1   decision to pump that cement; isn't that
 2   true?
 3        MR. GODWIN:
 4             Object to form.
 5        THE WITNESS:
 6             Once again, ma'am, I'm not a,
 7   not a foam cement expert so I really can't
 8   tell you, you know, the importance of all
 9   the different tests other than the ones
10   that I'm aware of.
11   EXAMINATION BY MS. KUCHLER:
12        Q.   You said something yesterday and
13   I think maybe it was just a bad choice of
14   words but I wanted to follow up with you.
15             You said that there were other
16   co-owners of the Macondo and I believe you
17   said they did have other operators who
18   invested in this well.  So I want to make
19   sure we're clear.
20             You are aware that BP was the
21   only entity designated as the operator of
22   the Macondo well; is that right?
23        MS. KARIS:
24             Object to form.
25        THE WITNESS:
```

Suggested line for Running Header
Case 2:10-md-02179-CJB-DPC   Document 5113-45   Filed 01/09/12   Page 4 of 5
774

1           Yes, ma'am, that was my
2  impression, BP was the operator.
3  EXAMINATION BY MS. KUCHLER:
4       Q.    And what was your impression as
5  to who the non-operating co-lessees were,
6  if you had any?
7       A.    I did know that, you know,
8  Anadarko and MOEX were, were non,
9  non-operators.  And the only reason I knew
10 that is because we, we are co-located with
11 the -- I'm sorry -- we were co-located with
12 the, the subsurface team who were the main
13 contact for issues with the non-operators.
14      Q.    So you didn't have any
15 communications with Anadarko or MOEX about
16 the operations of the Macondo well?
17      A.    That is correct, ma'am.
18      Q.    That was all handled through the
19 geology planning department?
20      A.    And possibly the land
21 department.  I would think the land
22 department as well.
23      Q.    So if we wanted to know what
24 information, if any, was shared with the
25 partners, you would not be the person who

Suggested line for Running Header
Case 2:10-md-02179-CJB-DPC   Document 5113-45   Filed 01/09/12   Page 5 of 5
775

1    would be able to tell us that; would you?
2         A.    That is correct.
3         Q.    And to your knowledge, no one
4    from Anadarko or MOEX ever went out to the
5    Macondo well on the rig itself at any time
6    during its drilling; is that right?
7         A.    That's right.
8         Q.    And to your knowledge, no one
9    from Anadarko or MOEX participated in any
10   of the operational decisions leading up to
11   the temporary abandonment procedure on
12   April 20th; is that right?
13        A.    That is correct.
14        Q.    You said yesterday, I think in
15   response to one of Mr. Dart's questions,
16   that you did not know how to use the BP
17   RAT, so I'd like to ask you some questions
18   about the risk management policies and
19   maybe we can short-circuit this.
20              In your role as the wells team
21   leader, did you feel like you had
22   responsibilities to fulfill BP's
23   recommended practice for risk management?
24        A.    Could you repeat the question?
25        Q.    Sure.  In your role as the