# EXHIBIT 42

01437179
PW

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## CONFIDENTIAL

### WorldwideVIEW™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



### Darrell Hollek

VOLUME 1

JUNE 22, 2011

## COPY



Systems Technology for the Litigation World

Litigation Group • Court Reporting • Video Production • Videoconferencing

**For U.S. & International Services**
800 - 745 - 1101

```
 1         A.   No, I don't know myself that -- how that
 2   relationship works.
 3         Q.   Okay.  Have you ever worked with a company
 4   called Mitsui Exploration Oil Company?
 5         A.   No, I haven't.
 6         Q.   Has Anadarko?
 7         A.   Anadarko works with Mitsui in the Marcellus,
 8   up in Pennsylvania.
 9         Q.   Okay.
10         A.   I don't know exactly what their official name
11   is up there.
12         Q.   Okay.  And do you know whether -- aside from
13   Macondo do you know whether there's any relationship
14   between Anadarko and Mitsui or MOEX in any deepwater
15   drilling exercise?
16              MS. WILMS:  Object to form.
17         A.   Not that I'm aware of.
18         Q.   (BY MR. FINEMAN)  You were aware, obviously,
19   that Anadarko was a nonoperator with respect to Macondo?
20         A.   Yes.
21         Q.   Okay.  Can you tell me what your understanding
22   of Anadarko's role as a nonoperator was?
23         A.   We're an investor, and so as that, you know,
24   we follow and track the well progress and then hopefully
25   in a success case and as a participant in the
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
         1   development and then ultimately the production.
         2        Q.   In -- in your understanding did Anadarko have
         3   any operational role with respect to Macondo?
         4        A.   No.
11:43    5        Q.   Was -- as a nonoperator was Anadarko entitled
         6   to express operation -- opinions on operations to BP?
         7             MR. BEFTA:  Objection to form.
         8        A.   Can you repeat that question?
         9        Q.   (BY MR. FINEMAN)  Sure.  As -- as a
11:44   10   nonoperator with respect to Macondo was Anadarko
        11   permitted to make suggestions about operations to BP?
        12             MR. BEFTA:  Same objection.
        13        A.   I think if we wanted to, I think we could make
        14   suggestions.  I don't think anything is stopping us from
11:44   15   making a suggestion, that I'm aware of.
        16        Q.   (BY MR. FINEMAN)  Do you know whether or not
        17   any such -- any such suggestions were ever made?
        18        A.   I don't know specifically if they were or not.
        19        Q.   Okay.  Do you know what kind of information
11:44   20   Anadarko was entitled to receive from BP?
        21             MR. BEFTA:  Object to the form.
        22        A.   I know we got some daily information, you
        23   know, summary drilling reports and things of that
        24   nature, probably some realtime data.
11:44   25        Q.   (BY MR. FINEMAN)  Okay.  And was that the kind
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
           1   of -- any of that information the kind of information
           2   you looked at?
           3        A.    No, I may look at a squib on drillings, you
           4   know high level, where they are, what the costs look
   11:45   5   like.  That about it.
           6        Q.    Do you have any specific memory of what you
           7   looked at and when?
           8        A.    No, it would have been very irregular on a
           9   non-operated property.
   11:45  10        Q.    Okay.  When you had your weekly meetings with
          11   Mr. -- with -- with the asset teams --
          12        A.    Yes.
          13        Q.    -- the asset team leaders in the January 10 to
          14   2010 time period do you recall Mr. O'Donnell presenting
   11:45  15   you with updates on where -- where Macondo was
          16   operationally?
          17        A.    Most of the updates would really be ad hoc,
          18   the casing point or something of significance, but other
          19   than that, I -- we didn't really talk much about it --
   11:45  20        Q.    Didn't talk --
          21        A.    -- or anywhere.
          22        Q.    Didn't talk much about Macondo?
          23        A.    Right.
          24        Q.    In the -- in the January 10, 2010 time -- to
   11:46  25   April 20, 2010 time period how much of your time do you
```

**PURSUANT TO CONFIDENTIALITY ORDER**