# EXHIBIT 43

01-36960
PW

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |

## CONFIDENTIAL

### WorldwideVIEW™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## Ian Little

**VOLUME 2**

JUNE 9, 2011

## COPY



**Systems Technology for the Litigation World**

Litigation Group ♦ Court Reporting ♦ Video Production ♦ Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

```
12:14

12:14

12:14

12:14

12:14
```

1  up through the annulus, how did the hydrocarbons get
2  over into the casing inside to go up through the riser
3  and then to the rig floor?
4           MR. FIELDS:  Objection --
5      Q.  (BY MR. GODWIN)  Did anybody say anything
6  about that in your presence?  And by that I mean did
7  they say, well, if they went up the annulus, the only
8  way they could get through the casing would have had to
9  been a parting or a tear in the casing that would have
10 allowed the hydrocarbon to escape and go up through the
11 riser?  Was that subject or anything like that said in
12 your presence, sir?
13          MR. FIELDS:  Objection; form.
14     A.  I don't recall that.
15     Q.  (BY MR. GODWIN)  Okay, sir.  Did you hear it
16 at any time, even after you ceased being a member of the
17 investigative team?
18          MR. RUBINSTEIN:  Objection; form.
19     A.  I can't recall, I may have, may not.  I
20 don't...
21     Q.  (BY MR. GODWIN)  You may have, may not have.
22 You're not here denying it, today, though, are you, sir?
23     A.  No.
24     Q.  Thank you, sir.  And I don't recall which you
25 said a lot of times yesterday, in terms of my questions

```
 1  I just asked, your not recalling doesn't mean it didn't
 2  happen; you just don't remember?
 3              MR. FIELDS:  Objection; form.
 4      A.   Correct.
 5      Q.   (BY MR. GODWIN)  Thank you, sir, thank you.
 6  Now, in terms of, do you have any personal knowledge of
 7  the design or execution of the cement job of the
 8  production casing string there on the Macondo?
 9      A.   You mean -- could you clarify "personal
10  knowledge"?
11      Q.   In other words, were you involved in the
12  cementing design at all?
13      A.   For the -- - casing, no.
14      Q.   Production casing.  Because you said yesterday
15  that you were involved in planning and designing of the
16  Macondo well.
17      A.   The team that plan and designed the Macondo
18  well reported to me.
19      Q.   Right, okay.
20      A.   So through the engineering team leader.
21      Q.   Okay.  Were -- did you actually review the
22  work of the -- some of the work of the -- of the
23  engineering team under your -- who was under your
24  supervision that did plan and design the Macondo well?
25      A.   I did not review detailed work.  My -- my role
```

```
             1   in the well planning process is through the stage gate
             2   process where the wells -- the engineering team present
             3   to me, and to the exploration manager, the status
             4   they're at, what work they've done, and then we endorse
    12:16    5   it or approve it to move to the next gate.
             6        Q.   Okay.
             7        A.   That's my role in the well planning process.
             8        Q.   The drill plan that -- that was prepared, was
             9   that prepared by the folks under your direction, the
    12:16   10   engineers?
            11        A.   The engineering team prepared the well plan,
            12   yes.
            13        Q.   Okay, the well plan.  And did you actually
            14   approve the well plan?
    12:16   15        A.   Yes, I approved it.
            16        Q.   After you reviewed it you approved it?
            17        A.   Yes.
            18        Q.   Okay.  Was the -- was the cementing a job a
            19   part of that well plan you reviewed and approved?
    12:16   20        A.   The cementing job would have been included in
            21   the well plan, yes.
            22        Q.   It would have been.  Do you remember what
            23   month was it that you approve the well plan?  Your best
            24   estimate is fine.
    12:16   25        A.   Well, the original well plan for Macondo would
```

```
 1  have been done before the Marianas, so I can't recall
 2  exactly when I would have approved that.
 3       Q.   That would have been back before October?
 4       A.   Before October.
 5       Q.   Okay, before October.  Okay.  And in terms of
 6  the cement job are you saying, then, that whenever you
 7  approved the well plan prior to October of 2009 that the
 8  foam cement job would have been a part of that well plan
 9  that you approved?
10       A.   I don't recall the details of what was in the
11  cement program within the well plan.
12       Q.   When was the first time that you learned -- or
13  strike that.
14            Did you learn at some point that the cementing
15  slurry that my client was going to pump into the well,
16  Halliburton, was going to be a nitri- -- nitrified
17  cement slurry, foam cement?
18       A.   Could you repeat the first part of the
19  question?
20       Q.   Yes, sir.  When did you first learn that
21  the -- that the cement that was to be pumped by
22  Halliburton into the Macondo was going -- in the
23  production casing string, when did you first learn that
24  that was to be a nitrified cement slurry?
25       A.   I don't recall the first time I heard that.
```

|        |    |                                                                    |
|--------|----|--------------------------------------------------------------------|
|        | 1  | Q. Would it have been in 2009?                                     |
|        | 2  | A. I don't recall. I don't recall the details of                   |
|        | 3  | the cement slurry that was planned for Macondo.                    |
|        | 4  | Q. Well, let's don't talk about the details. Did                   |
| 12:18  | 5  | you know that the slurry that my client was going to               |
|        | 6  | pump there on the 19th and 20th, evening of the 19th,              |
|        | 7  | morning of the 20th, did you learn at some time prior to           |
|        | 8  | when you left on April 2nd, left your post that it was             |
|        | 9  | going to be a nitrified slurry?                                    |
| 12:18  | 10 | A. I don't recall the details of the cement job                    |
|        | 11 | in the program.                                                    |
|        | 12 | Q. Okay. So you're telling the ladies and                          |
|        | 13 | gentlemen of the jury, if one is impaneled in this case,           |
|        | 14 | and Judge Barbier, that you cannot tell us here today as           |
| 12:18  | 15 | the former wells manager, you can't tell us if the                 |
|        | 16 | cement job was to be a foam cement job; is that what               |
|        | 17 | you're telling us?                                                 |
|        | 18 | A. I said I can't recall.                                          |
|        | 19 | Q. Can't recall, okay, thank you, sir. Now, now,                   |
| 12:18  | 20 | do you have any personal knowledge of the mud logging              |
|        | 21 | activities that were performed by the employees of                 |
|        | 22 | Halliburton's spare unit?                                          |
|        | 23 | A. Could you clarify "personal knowledge"?                         |
|        | 24 | Q. Knowledge that you would have had about what                    |
| 12:19  | 25 | they were doing. In other words, if not the names of               |

```
 1  but at least half.
 2       Q.  Okay.  And were you out of the country?
 3       A.  Yes.
 4       Q.  And during that period of time, did you -- did
 5  you delegate your responsibilities to Mr. Sims or to
 6  Mr. Guide?
 7       A.  I can't recall exactly who I delegated through
 8  in those other periods, but I would have delegated to
 9  someone else.
10       Q.  Okay.  And did any of those periods of time
11  last more than a week in total?
12       A.  Yes.
13       Q.  Approximately how many weeks were you away
14  in -- consecutively?
15       A.  I think the -- the longest consecutively was
16  two weeks.
17       Q.  Okay.  And were you in -- in England at that
18  time or --
19       A.  Some of it would have been in the U.K., and
20  some of it would have been on vacation, some of it --
21  yeah.  I mean, either in the U.K. or in -- on vacation.
22       Q.  Were you in North Africa as well, or
23  did you --
24       A.  I was transitioning into my new role from mid
25  December, so I was making trips --
```

```
          1        Q.   Were you physically present in North Africa?
          2             MR. RUBINSTEIN:  Can he finish his answer,
          3   counselor?
          4             MR. NEGER:  Sorry.
02:40     5        A.   I was going to Sunbury and London.  I never
          6   actually went to North Africa.
          7        Q.   (BY MR. NEGER)  Great.  Thank you.
          8             Let me shift gears for a moment.  Am I correct
          9   that you never communicated with anyone from Anadarko
02:41    10   regarding the Macondo well prior to the blowout on April
         11   the 20th?
         12        A.   I don't recall communicating directly with
         13   anyone in Anadarko.
         14        Q.   Okay.  And to your knowledge, sir, did anyone
02:41    15   from Anadarko play a role in the design of the Macondo
         16   well?
         17        A.   I'm not aware of anyone playing a role in the
         18   design.
         19        Q.   Okay.  And no one ever told you that Anadarko
02:41    20   made any decisions regarding the design of the Macondo
         21   well, did they?
         22             MR. RUBINSTEIN:  Objection to form.
         23        A.   I'm not aware that anyone from Anadarko was
         24   involved in the well design.
02:41    25        Q.   (BY MR. NEGER)  Okay.  And to your knowledge,
```

```
     1  sir, did anyone from Anadarko play any role in the
     2  operations of the Macondo well while you were there?
     3      A.   I'm not aware of anyone from Anadarko playing
     4  a role in operations of the well.
02:41 5      Q.   Are you aware of whether anyone from Anadarko
     6  was invited to participate in the selection of
     7  contractors for the well?
     8      A.   Could you clear on "selection of contracts"?
     9  I mean...
02:42 10     Q.   Right.
    11      A.   Drilling contractors?
    12      Q.   Drilling contractors, cementing contractors,
    13  equipment contractors of any sort.
    14      A.   I'm not aware that Anadarko was involved in
02:42 15 selecting the well contractors.
    16      Q.   Okay.  And no one ever told you, I assume,
    17  that Anadarko played any role in decisions regarding the
    18  operations of the well; is that right?
    19              MR. RUBINSTEIN:  Objection to form.
02:42 20             MR. FIELDS:  Objection to form.
    21      A.   Sorry, could you -- you repeat that?
    22      Q.   (BY MR. NEGER)  Sure.  Did anyone ever tell
    23  you that Anadarko played a role in decision-making
    24  concerning the operations of the well?
02:42 25     A.   I -- I don't recall anyone telling me that
```