# EXHIBIT 44

01-37484
TC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG          )        MDL NO.  2179
"DEEPWATER HORIZON" in the               )
GULF OF MEXICO,  on                      )        SECTION: J
APRIL 20, 2010                           )
                                         )        JUDGE BARBIER
                                         )
                                         )        MAG. JUDGE SHUSHAN

## *CONFIDENTIAL*

### *WorldwideVIEW*™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Jim McWhorter

**VOLUME 2**

JULY 21, 2011

## *COPY*



*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

For U.S. & International Services
800 - 745 - 1101

1    Q.  Okay.  Did -- did you maintain any

2    binders in the sense of hard copies relating to

3    any aspect of BOP maintenance work?

4    A.  I bet that is relating to data books that

10:36  5    we might not have received yet --

6    Q.  Okay.

7    A.  -- on something -- some of the bonnets

8    that we had changed out.

9    Q.  Okay.

10:37 10   A.  That might be what is required to.

11   Q.  Okay.  And I will represent to you I'm

12   asking you that question because he made some

13   reference to it, as I recall, in his deposition,

14   in all fairness.

10:37 15       When you say possibly data books that you

16   had not yet received, tell me first what you mean

17   by "data books."

18   A.  The books that have company equipment

19   after it's been remanufactured or recertified at

10:37 20   Cameron.

21   Q.  Okay.  So these would have been data

22   books that Cameron kept and then gave the TO

23   folks at least a copy of?

24   A.  Right.

10:37 25   Q.  Okay.  And was it a regular course of

**PURSUANT TO CONFIDENTIALITY ORDER**

1    business that TO would receive these data books?

2        A.  They would first go to our office, and

3    then from the office they'd come to the rig.

4        Q.  Okay.  Did you ever happen to notice

10:38 5    during any additional times that you were on the

6    rig up to April 13 whether those data books had

7    arrived?

8        A.  I don't remember, no, sir.

9        Q.  Okay.  But it's your understanding that

10:38 10    those data books, which unfortunately aren't

11    available now, the ones that were on the rig,

12    were -- were copies of information, compilations

13    of information that Cameron had --

14             MR. GANUCHEAU:  Objection; form.

10:38 15        Q.  (BY MR. FITCH)  -- correct?

16             MR. GANUCHEAU:  Objection; form.

17        A.  Yes.

18        Q.  (BY MR. FITCH)  During the various times

19    that you were on -- on the rig, beginning with --

10:38 20    with a rig move in -- in January/February, did

21    you ever see on board the rig anyone associated

22    with Anadarko?

23        A.  Not that I remember.

24        Q.  Did you personally ever have any contact

10:39 25    with anyone associated with Anadarko regarding

**PURSUANT TO CONFIDENTIALITY ORDER**

1    any aspect of the work you were doing on the rig?

2         A.  No, sir.

3         Q.  Okay.  Did you ever see any e-mails

4    between anyone else on the rig and anyone at

5    Anadarko involving any aspect of the operations

6    at Macondo?

7         A.  Not that I recall.

8         Q.  Did you ever overhear anyone on the rig

9    having telephone conversations with anyone

10   associated with Anadarko about Macondo-related

11   operations?

12        A.  No, sir.

13        Q.  And do you have any other knowledge of

14   anyone on the rig having any communications of

15   any nature at any time with Anadarko folks

16   regarding any aspect of Macondo-related

17   operations?

18        A.  No.

19        Q.  And as you can guess from those

20   questions, I'm all done.

21        A.  Okay.

22             THE VIDEOGRAPHER:  Off the record at

23   10:40 a.m.  Ending Tape 9.

24                   (Break.)

25             THE VIDEOGRAPHER:  Back on the

**PURSUANT TO CONFIDENTIALITY ORDER**