# EXHIBIT 45

EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG          )          MDL NO.  2179
"DEEPWATER HORIZON" in the               )
GULF OF MEXICO,  on                      )          SECTION: J
APRIL 20, 2010                           )
                                         )          JUDGE BARBIER
                                         )
                                         )          MAG. JUDGE SHUSHAN

## CONFIDENTIAL

## *WorldwideVIEW*™
### Interactive Deposition Digital Display

ORAL AND VIDEOTAPED DEPOSITION OF:



# Patrick O'Bryan

**VOLUME 2**

JULY 15, 2011

## *COPY*



*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

1   switch topics again.  I'd like to nail down

2   the timeline for the rig schedule for the

3   DEEPWATER HORIZON before the Macondo

4   incident.

5        A.    Okay.

6        Q.    And, first of all, I wanted to

7   clarify that Anadarko as a nonoperating party

8   wouldn't have had any input into the rig

9   schedule for the DEEPWATER HORIZON, would it?

10       A.    No.

11       Q.    Anadarko didn't have any

12  interest in either the Nile or the Kaskida

13  Wells?

14       A.    Not that I'm aware of.

15       Q.    In fact, as a nonoperating

16  party, Anadarko likely would not even have

17  been informed of what the rig's future

18  schedule was; is that fair?

19       A.    If they weren't involved in

20  those future projects, probably not.

21       Q.    Okay.  Let's take a look at Tab

22  3, please, which we will list as Exhibit

23  4242.

24            (Exhibit No. 4242 marked.)

25       Q.    (By Ms. Kuchler) The E-mail at

**PURSUANT TO CONFIDENTIALITY ORDER**

1  issuing authority to release this document

2  for draft comment.

3         MS. KUCHLER:  I think that's all I

4  have.  Thank you.

5         THE WITNESS:  You're welcome.

6         THE VIDEOGRAPHER:  We're off the record

7  at 2:25, end Tape 13.

8             (Recess - 2:25 p.m. to 2:36 p.m.)

9         MR. MCNEVIN:  I'm ready.

10        THE VIDEOGRAPHER:  All set?

11             We're on the record at 2:36,

12  start Tape 14.

13                     EXAMINATION

14  QUESTIONS BY MR. MCNEVIN:

15        Q.     Good afternoon, Dr. O'Bryan.  My

16  name is Chris McNevin.  I represent MOEX

17  Offshore and related entities.  I'm going to

18  refer to them collectively today as "MOEX,"

19  if that's okay with you.

20        A.     Sure.

21        Q.     Thanks.  Were you aware that

22  there was a Joint Operating Agreement between

23  BP, Anadarko, and MOEX Offshore as to the

24  Macondo Well?

25        A.     I believe there was a JOA in

**PURSUANT TO CONFIDENTIALITY ORDER**

768

1  place, yes.

2      Q.      Do you understand that under

3  that JOA, BP was designated the Operator of

4  the Macondo Well?

5      A.      Yes.

6      Q.      And do you understand that my

7  client, MOEX Offshore, was designated a

8  nonoperating party?

9      A.      Yes.

10     Q.      Do you understand that as

11  Operator, BP had the exclusive right and duty

12  to conduct all activities and operations

13  under the JOA?

14     A.      I'm sorry, can you --

15     MS. KARIS:  Object to form.

16     A.      -- can you repeat that, please?

17     Q.      (By Mr. McNevin) Sure.  Do you

18  understand as Operator, BP had the exclusive

19  right and duty to conduct all activities and

20  operations under the JOA?

21     MS. KARIS:  Object to form.

22     A.      Yes, BP was the Operator.

23     Q.      (By Mr. McNevin) To your

24  knowledge, my client, MOEX Offshore, did not

25  have the same right to conduct all activities

**PURSUANT TO CONFIDENTIALITY ORDER**

1 and operations under the JOA, correct?

2        MS. KARIS:  Object to form.

3        A.      I don't know that specifically,

4 because I haven't read the JOA.

5        Q.      (By Mr. McNevin) Do you know

6 what my client's rights and obligations were

7 under the JOA?

8        A.      No.  As I said, I haven't read

9 this particular Joint Operating Agreement.

10        Q.      Are you aware that as Operator,

11 BP was required to contract for and employ

12 drilling rigs, tools, machinery, equipment,

13 materials, supplies, and personnel?

14        A.      To drill the well, yes.

15        Q.      Okay.  To your knowledge, MOEX

16 did not have those same rights; is that

17 correct?

18        A.      I don't believe, but again, I

19 haven't read that J -- the Joint Operating

20 Agreement.

21        Q.      Did you have any personal

22 contact or communication with MOEX as to the

23 Macondo Well?

24        A.      No, I did not.

25        Q.      You referred to BP as a "sieve"

**PURSUANT TO CONFIDENTIALITY ORDER**