# EXHIBIT 46

0437374
TB

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG ) MDL NO. 2179
"DEEPWATER HORIZON" in the )
GULF OF MEXICO, on ) SECTION: J
APRIL 20, 2010 )
  ) JUDGE BARBIER
  )
  ) MAG. JUDGE SHUSHAN

# CONFIDENTIAL

## WorldwideVIEW™
### Interactive Deposition Digital Display

ORAL AND VIDEOTAPED DEPOSITION OF:



## Frank Patton

**VOLUME 2**

JULY 14, 2011

## COPY



Systems Technology for the Litigation World

Litigation Group ♦ Court Reporting ♦ Video Production ♦ Videoconferencing
For U.S. & International Services
800 - 745 - 1101

```
1              VIDEOGRAPHER:
2                   Time now is approximately
3     10:12 a.m., and we are now off the record.
4     This is the end of tape 10.
5                   (Off the record.)
6              VIDEOGRAPHER:
7                   This begins tape 11 of the
8     deposition of Mr. Frank Patton.  Time now
9     is approximately 10:19 a.m., and we're back
10    on the record.
11                    EXAMINATION
12    BY MR. KLIEGMAN:
13         Q.   Mr. Patton, good morning.  My
14    name is Matt Kliegman.  I'm an attorney at
15    Bingham McCutchen, and we represent
16    Anadarko in these proceedings.
17                   How are you?
18         A.   Good.  Thank you.  Good morning.
19         Q.   I have a few questions for you
20    this morning.
21                   Did you have any
22    interactions with Anadarko with respect to
23    the Macondo well?
24         A.   No, sir.
25         Q.   Did Anadarko ever submit a
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1      designation of operator with respect to --
 2      I'm sorry --
 3               MR. KLIEGMAN:
 4                   Strike that.
 5          Q.    -- with respect to the Macondo
 6      well?
 7          A.    Not that I'm aware of, no, sir.
 8          Q.    Did Anadarko submit an
 9      exploration plan with respect to the
10      Macondo well?
11          A.    Not that I'm aware of, no, sir.
12      I do not review the exploration plans.
13          Q.    Did Anadarko ever submit an APD
14      with respect to the Macondo well?
15          A.    No, sir.
16          Q.    Did Anadarko ever submit an APM
17      with respect to the Macondo well?
18          A.    No.
19          Q.    Did Anadarko ever submit a
20      weekly activity report with respect to the
21      Macondo well?
22          A.    No.
23          Q.    Okay.  I'm going to put in front
24      of you a document which has previously been
25      marked as exhibit 577.
```

```
 1           A.    Thank you.
 2           Q.    For the record, exhibit 577 is
 3     an e-mail from David A. Rich to Ian Little,
 4     dated Tuesday, March 9th.  And it is -- the
 5     e-mail itself is simply an FYI, and it's
 6     forwarding an e-mail from David Rich to
 7     Patrick Brian -- O'Bryan CC'ing Simon Todd
 8     on Tuesday, March 9th.
 9                 Have you ever seen this
10     document before, Mr. Patton?
11           A.    No, I have not.
12           Q.    Okay.  I'm just going to read
13     the first two sentences of the document for
14     you.
15                 It's the forward e-mail
16     that I'm going to read to you, and this is
17     from Mr. Rich to Mr. O'Bryan.
18                 Quote, to bring you up to
19     speed -- before I do that, for the record,
20     it's Bates stamp number BP-HZN-2179
21     MDL 00006070.  Okay.  Back to the e-mail.
22                 It reads:  Quote, to bring
23     you up to speed, took a kick last night
24     while drilling below 16-inch shoe at
25     13,305 feet, end quote.
```

**PURSUANT TO CONFIDENTIALITY ORDER**