# EXHIBIT 48

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2

 3   IN RE:  OIL SPILL         )    MDL NO. 2179
     by the OIL RIG,            )
 4   DEEPWATER HORIZON in       )    SECTION "J"
     the GULF OF MEXICO,        )
 5   April 20, 2010             )    JUDGE BARBIER
                                )
 6                              )    MAG. JUDGE
                                )    SHUSHAN
 7
```

**VOLUME 2**

        Deposition of **DAVID RAINEY**, taken at
Pan-American Building, 601 Poydras Street,
11th Floor, New Orleans, Louisiana, 70130, on
June 3, 2011.

**APPEARANCES:**

Mr. Duke Williams
Mr. Christopher Zainey
WILLIAMS LAW GROUP
909 Poydras Street, Suite 1650
New Orleans, Louisiana 70112
(985) 876-7595

1  given what you just told us.  But is it
2  important for BP to obtain operatorship in a
3  prospect like Macondo?
4         A.    Sometimes; sometimes not.
5         Q.    Was it considered important for
6  the Macondo well that BP gained operatorship
7  of the well?
8         A.    Operatorship wasn't an issue for
9  Macondo because we owned the acreage a
10 hundred percent.  We were already the
11 operator.
12        Q.    So what are the benefits of
13 being the operator versus being a
14 nonoperating investor?
15        A.    Control of schedule.  For
16 Macondo, the obvious development was a
17 tieback to Pompano, which is one of our
18 facilities.  So enabling us to tie it back to
19 Pompano.
20        Q.    Well, in addition to controlling
21 the schedule, the operator also gets to
22 direct and control the drilling operations
23 themselves; isn't that right?
24        MR. LANCASTER:  Object to form.
25        A.    Can you rephrase -- can you

```
 1   repeat the question?
 2        Q.   (BY MS. KUCHLER)  Sure.  In
 3   addition to directing the schedule, which you
 4   said was one of the reasons why it's a
 5   benefit to be the operator, the operator also
 6   gets to direct the drilling operations
 7   themselves; isn't that true?
 8        MR. LANCASTER:  Object to form.
 9        A.   They are -- they can be the
10   operator of the well if they choose to be.
11        Q.   (BY MS. KUCHLER)  And so tell me
12   what that means, that the operator can be the
13   operator of the well.
14        A.   The operator of the lease --
15        Q.   Okay.  The operator of the
16   lease?
17        A.   -- does not necessarily have to
18   be the operator of the well.  You can
19   delegate that to somebody else.
20        Q.   Okay.  In the case of Macondo,
21   was BP the operator of both the lease and the
22   Macondo well?
23        A.   That's correct.
24        Q.   And so as the operator of the
25   lease and the well, it would have been BP who
```

1   would have been in the position to direct and
2   control the drilling of the Macondo well; is
3   that a fair statement?
4        A.    In conversations with the
5   partners, yes.
6        Q.    All right.  What was your role
7   with respect to Macondo daily operations, if
8   any?
9        A.    Essentially with regard to daily
10  operations, none.  I received a daily summary
11  of the previous 24 hours of operations.
12       Q.    So did you actively participate
13  in Macondo daily operations?
14       A.    No.
15       Q.    Did you have any decision-making
16  authority over Macondo operations?
17       A.    Only to the extent of the
18  stratigraphy and the prospectivity that we
19  were testing.  But in terms of actual
20  operations, no.
21       Q.    So if I were to ask you
22  questions about specific drilling activities
23  such as conducting the negative test,
24  converting the float collar, those kinds of
25  things, you would not be able to shed any