# EXHIBIT 49

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2

 3
      IN RE:  OIL SPILL     MDL NO. 2179
 4    BY THE OIL RIG
      "DEEPWATER HORIZON"   SECTION:  J
 5    IN THE GULF OF
      MEXICO, ON APRIL      JUDGE BARBIER
 6    20, 2010              MAG. JUDGE SHUSHAN

 7
```

13

14
            Deposition of **DAVID A. RICH**, taken
15    in the Pan American Life Center, Bayou
      Room, 11th Floor, 601 Poydras Street, New
16    Orleans, Louisiana 70130, on Wednesday,
      June 1, 2011.
17

18    **APPEARANCES**:

19

20          LEGER & SHAW
            (By:  Walter J. Leger Jr., Esquire
21                and Christine E. Sevin,
                  Esquire)
22          600 Carondelet Street
            Suite 900
23          New Orleans, Louisiana  70130-3519
                (Attorneys for Plaintiff's
24               Steering Committee)

25

                    **GAUDET KAISER, L.L.C.**
                  Board-Certified Court Reporters

```
 1    think, the names.
 2    EXAMINATION BY MR. LEGER:
 3         Q.    Got you.
 4         MR. LEGER:
 5              And that document is being
 6    marked and it says -- this does have a
 7    Bates number on it.  BP HZN 2179 MDL
 8    01164126, entitled GoM drilling and
 9    completions leadership team, August 2008,
10    marked for identification as Exhibit
11    No. 2517.
12              (Whereupon, the document
13    referred to was marked as Exhibit No. 2517
14    for identification.)
15    EXAMINATION BY MR. LEGER:
16         Q.    There's another one?
17         A.    This is the Gulf of Mexico
18    exploration organization as of August 2008.
19         MR. LEGER:
20              Which will be marked for
21    identification as Exhibit No. 2518.
22              (Whereupon, the document
23    referred to was marked as Exhibit No. 2518
24    for identification.)
25         THE WITNESS:
```

1              And this is a RACI chart dated
2     11/1/2009.
3     EXAMINATION BY MR. LEGER:
4          Q.   What are you calling that?
5          A.   A RACI.
6          Q.   How do you spell that?
7          A.   R-A-C-I.
8          Q.   And what's a RACI chart?
9          A.   It's a rules and accountability
10    chart, explains who's accountable for what
11    decision making.
12         MR. LEGER:
13              Which will be marked for
14    identification as 2519.
15              (Whereupon, the document
16    referred to was marked as Exhibit No. 2519
17    for identification.)
18    EXAMINATION BY MR. LEGER:
19         Q.   Now, in the context of the
20    Macondo well on April 20, 2010, what was
21    the chain of command with respect to BP?
22         A.   Starting which way?
23         Q.   Starting at the bottom.
24         A.   Okay.  For BP it would be -- and
25    you're talking about on the rig?

1     Q.   On the rig and up; right.
2     A.   Okay.  It starts with the well
3  site leader on the rig.  It goes to the
4  wells team leader, the wells team leader to
5  the ops manager, the ops manager to the
6  wells manager, the wells manager to the D&C
7  vice-president.
8     Q.   So that's by name, that's --
9  there are several --
10    A.   Right.
11    Q.   -- well site leaders.  One well
12 team leader, Guide?
13    A.   Right.
14    Q.   And then up to Sims?
15    A.   Sims, myself.
16    Q.   You?
17    A.   Pat O'Bryan.  On April 20th it
18 was James Dupree was the SPU leader.  And
19 then he reported to Andy Inglis.
20    Q.   And where is Andy Inglis
21 located?
22    A.   What do you mean where is he
23 located?
24    Q.   Where was his office?
25    A.   I don't know.  He had, he was in

1   both Houston and London.  I don't know
2   where his official office was.
3           Q.    And how about James Dupree?
4           A.    James Dupree was officed in
5   Houston.
6           Q.    And everyone below Dupree was in
7   Houston?
8           A.    That's correct.  Except for the
9   well site leaders.
10          Q.    Except for the well site
11  leaders?
12          A.    Right.
13          Q.    How about the chain of command
14  with respect to Macondo onshore, not on the
15  rig?
16          A.    On the engineering side?
17          Q.    Yes, sir.
18          A.    We would have had drilling
19  engineers, we had an engineering team
20  leader -- you're talking about on
21  April 20th; correct?
22          Q.    Yes, sir.  On April 20th.
23          A.    An engineering team leader who
24  reported to Jon Sprague, Jon Sprague
25  reported to Pat O'Bryan, and then up.

**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters

1    Q.    And will this Exhibit No. 2515,
2    the organizational chart as of April 2010,
3    will that show the engineering teams as
4    well?
5         A.    It will show all of the teams,
6    that's correct.
7         Q.    Now, were drilling engineers
8    assigned at that time by well?
9         A.    Yes.  It was -- they were given
10   a well to work on a rig.  That's correct.
11        Q.    Did each drilling engineer have
12   one well?
13        A.    I don't know the answer to that.
14        Q.    Now, there had been a
15   reorganization with a quote, go live date,
16   end quote, on April 14th; correct?
17        A.    That's correct.
18        Q.    And I realize we're kind of
19   going backwards so I'm going to try to get
20   us at one point a little farther back and
21   then move chronologically.
22        A.    All right.
23        Q.    It might be a little bit easier
24   that way.  But basically on April 14th is
25   the date on which the organizational