# EXHIBIT 50

```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE:  OIL SPILL         )     MDL NO. 2179
     by the OIL RIG,           )
 5   DEEPWATER HORIZON in      )     SECTION "J"
     the GULF OF MEXICO,       )
 6   April 20, 2010            )     JUDGE BARBIER
                               )
 7                             )     MAG. JUDGE
                               )     SHUSHAN
 8
```



```
15            Deposition of STEVE ROBINSON,
     taken at Pan-American Building, 601 Poydras
16   Street, 11th Floor, New Orleans, Louisiana,
     70130, on the 27th of January, 2011.
17

18
     APPEARANCES:
19

20   Mr. Paul Sterbcow
     LEWIS, KULLMAN, STERBCOW & ABRAMSON
21   601 Poydras Street, Suite 2615
     New Orleans, Louisiana 70130
22   Phone:  504-588-1500

23   Mr. Ian Taylor
     LEWIS, KULLMAN, STERBCOW & ABRAMSON
24   601 Poydras Street, Suite 2615
     New Orleans, Louisiana 70130
25   Phone:  504-588-1500
```

                    **GAUDET KAISER, L.L.C.**
                  Board-Certified Court Reporters

1                    Let me go to my Chapter 3.
2     It's in there.
3                    We calculate this -- I'm on
4     Page 27, on the table entitled Well-Control
5     Response, in Section 3.
6         Q.    Okay.
7         A.    It's calculated that we -- we
8     did this with OLGA modelling -- that the
9     hydrocarbons entered the riser at 2138.
10        Q.    Okay.  Let's see.
11                   Are you familiar with any
12    of the postaccident testing that was done
13    on the float collars, or the float collar,
14    the valves?
15        A.    No, sir; not in detail.
16        Q.    Okay.  Are you familiar with any
17    of the testing that has been done to date
18    on the blowout preventer?
19        A.    Since it was recovered?
20        Q.    Right.
21        A.    No, sir.
22        Q.    Are you familiar with any of the
23    attempts utilized to try to activate the
24    blowout preventer after the spill started?
25        A.    I was aware.  I was in an