# EXHIBIT 51

01-37616
DG

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## CONFIDENTIAL

### WorldwideVIEW™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## Michael Saucier

**VOLUME 2**

JULY 28, 2011

**COPY**



Systems Technology for the Litigation World

Litigation Group ♦ Court Reporting ♦ Video Production ♦ Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

```
           1   referring to MMS or BOEMRE or whatever its
           2   iteration might have been at the time, okay?
           3        A.   Okay.
           4        Q.   You're aware that Anadarko was a co-lessee
11:18      5   of the Macondo Well; is that correct?
           6        A.   Yes.
           7        Q.   And you're aware that BP was the operator
           8   of that well, right?
           9        A.   Yes.
11:18     10        Q.   And, conversely, that Anadarko was not the
          11   operator of the well, right?
          12        A.   Yes.
          13        Q.   Prior to the incident on April 20th, 2010,
          14   did you ever speak with or have interactions with
11:18     15   anyone at Anadarko relating to the Macondo Well?
          16        A.   No.
          17        Q.   Did Anadarko ever submit an exploration
          18   plan to MMS with respect to the Macondo Well?
          19        A.   I don't know.
11:19     20        Q.   Have you ever seen any exploration plans
          21   submitted by Anadarko with respect to the Macondo
          22   Well?
          23        A.   I haven't seen one.
          24        Q.   Have you ever seen any APDs or APMs or
11:19     25   weekly activity reports that Anadarko submitted in
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
         1  connection with the Macondo Well?
         2       A.   No.
         3       Q.   Did any MMS employee ever tell you that
         4  they had received information of any kind from
11:19    5  Anadarko relating to the design or drilling or
         6  temporary abandonment of the Macondo Well?
         7       A.   From Anadarko, no.
         8       Q.   Under MMS regulations, is a non-operating
         9  leaseholder responsible for submitting APDs and
11:19   10  APRs -- I'm sorry, excuse me -- and APMs and
        11  weekly reports to MMS?
        12       A.   No.
        13       Q.   And based on your over 25 years of
        14  experience with MMS, is it standard practice that
11:20   15  a non-operating leaseholder has no involvement in
        16  submitting APMs and APDs and weekly reports to
        17  MMS?
        18       A.   Correct.
        19       Q.   And is it fair to say that MMS doesn't
11:20   20  require the non-operator to submit anything in
        21  connection with the design, the drilling, and the
        22  temporary abandonment of a well because it doesn't
        23  view those procedures as the non-operating
        24  leaseholder's responsibility?  Is that correct?
11:20   25       A.   Correct.
```

|       |                                                                 |
|-------|-----------------------------------------------------------------|
| 1     | Q.   Did you ever personally go to the                          |
| 2     | DEEPWATER HORIZON rig at the MC 252 site?                       |
| 3     | A.   Prior to April 20th?                                       |
| 4     | Q.   Prior to April 20th, yes.                                  |
| 11:20 5 | A.   No.                                                      |
| 6     | Q.   And I believe one of your 30(b)(6) topics                  |
| 7     | deals with rig visits.  Do you know whether anyone              |
| 8     | from MMS during rig visits prior to April 20th,                 |
| 9     | ever saw any Anadarko personnel onboard the                     |
| 11:21 10 | DEEPWATER HORIZON at the Macondo site?                       |
| 11    | A.   I don't know.                                              |
| 12    | Q.   To your knowledge, did anyone from                         |
| 13    | Anadarko have any input into the well design, the               |
| 14    | drilling procedures, or the vendor and equipment                |
| 11:21 15 | selection in connection with the Macondo Well?               |
| 16    | A.   Not that I'm aware of.                                     |
| 17    | Q.   MMS has procedures for granting operators                  |
| 18    | a departure from a previously approved drilling                 |
| 19    | plan, correct?                                                  |
| 11:21 20 | A.   Not specifically spelled-out procedures,                |
| 21    | but we --                                                       |
| 22    | Q.   Is there any --                                            |
| 23    | A.   -- evaluate the requests.                                  |
| 24    | Q.   So the request is submitted by the                         |
| 11:21 25 | operator, it's evaluated by MMS, and then either             |

**PURSUANT TO CONFIDENTIALITY ORDER**