# EXHIBIT 53

In Re: OIL SPILL by the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, April 20, 2010                                     Reported by:
VINCENT TABLER VOL. II         June 14, 2011              THU BUI, CCR, RPR

Page 369

```
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL       )    MDL NO. 2179
by the OIL RIG,         )
DEEPWATER HORIZON in    )    SECTION "J"
the GULF OF MEXICO,     )
April 20, 2010          )    JUDGE BARBIER
                        )
                        )    MAG.  JUDGE
                        )    SHUSHAN




                  ***********
                   VOLUME 2
                  ***********
```

          Videotaped deposition of VINCENT
TABLER, taken at Pan-American Building, 601
Poydras Street, 11th Floor, New Orleans,
Louisiana, 70130, on the 14th of June,
2011.

Case 2:10-md-02179-CJB-DPC   Document 5113-57   Filed 01/09/12   Page 3 of 4

In Re: OIL SPILL by the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, April 20, 2010
VINCENT TABLER VOL. II         June 14, 2011          THU BUI, CCR, RPR                Reported by:

Page 562

 1   any communications with anyone from
 2   Anadarko Petroleum Corporation regarding
 3   cement operations at the Macondo well?
 4        A.   No, ma'am.
 5        Q.   Did you ever have any
 6   communications with anyone from Anadarko
 7   regarding anything related to the Macondo
 8   well?
 9        A.   No, ma'am.
10        Q.   Okay.  Are you aware of anyone
11   else at Halliburton -- or anyone at
12   Halliburton who may have had communications
13   with someone at Anadarko regarding the
14   Macondo well?
15        A.   Not -- not that I'm aware of,
16   no, ma'am.
17        Q.   And you're not aware of anyone
18   from Anadarko visiting the DEEPWATER
19   HORIZON at the Macondo well prior to the
20   incident, are you?
21        A.   No, ma'am.
22        Q.   Okay.  And you're also not aware
23   of anyone from Halliburton sending any
24   cementing lab test to anyone at Anadarko,
25   are you?

In Re: OIL SPILL by the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, April 20, 2010
VINCENT TABLER VOL. II     June 14, 2011      THU BUI, CCR, RPR
Reported by:

Page 563

1   A.   No, ma'am, not that I'm aware
2   of.
3   Q.   And you don't --
4        MS. POLK:
5             Strike that.
6   Q.   And you're not aware of anyone
7   from Anadarko having any -- participating
8   in any way in any cementing design
9   decisions, are you?
10  A.   No, ma'am.
11  Q.   And you're also not aware of
12  anyone from Anadarko approving any
13  cementing design operations -- or any
14  cementing design related to the Macondo
15  well cementing operations?
16  A.   No, ma'am.
17  Q.   You offered some testimony
18  yesterday regarding the company man being
19  present -- generally, that it's -- it's not
20  unusual for a company man to be present
21  during cementing operations. Do you recall
22  that testimony?
23  A.   Yes, ma'am.
24  Q.   Okay. And you told us that --
25  in this particular case, what we're been