# EXHIBIT 54

UNITED STATES  DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL | ) | MDL NO. 2179 |
| BY THE OIL RIG | ) | |
| "DEEPWATER HORIZON" IN | ) | SECTION "J" |
| THE GULF OF MEXICO, ON | ) | |
| APRIL 20, 2010 | ) | JUDGE BARBIER |
| | ) | MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * *

VOLUME 1

* * * * * * * * * * * * * * * * *

        Deposition of Paul Tooms, Individually and as a Corporate Representative, taken at Kirkland & Ellis International, 30 St. Mary Axe, 22nd Floor, London EC3A 8AF, England, United Kingdom, on the 16th of June, 2011.

**PURSUANT TO CONFIDENTIALITY ORDER**

1    Q.   I meant -- I meant --

2    A.   Sorry, can I finish?

3    Q.   I made a mistake there.  I'm -- I'm -- I'm --

4    I'm -- I'm getting confused with the terminology.

5         You told me that the tubing, you called it

6    production tubing, that is the tube through which the

7    hydrocarbons pass from the reservoir into a container

8    so that the hydrocarbons can be sold, right?

9    A.   (Nodding.)

10   Q.   Okay.  And I suggested to you that if there

11   was the possibility of the hydrocarbons getting outside

12   of the tube, okay?

13   A.   (Nodding.)

14   Q.   And, therefore, between the tube and the

15   outside wall of the casing, they would have access to

16   the rupture disks.  And you told me "No."

17        And now I'm hearing, that in the context of

18   Macondo, one of the thoughts that you had was that the

19   hydrocarbons, because they were going outside of the

20   drill pipe and inside of the casing, they had access to

21   the rupture disks, which seems to be, to me, to be the

22   same scenario.

23   A.   No.  I -- I think I answered you accurately in

24   the earlier testimony.  We can go through it again, if

25   you -- if you -- if you wish.

**PURSUANT TO CONFIDENTIALITY ORDER**

1          But we were specifically, then, at your

2     request, talking about general production wells.

3          Q.   M-h'm.

4          A.   This is not a general production well.   This

5     was a well that was still effectively under

6     construction and had not got completion tubing in it.

7          So on this well, we did already have

8     hydrocarbons in the production casing, so -- because

9     there was no production tubing for them to be in.

10         And so, therefore, there was only a single

11    barrier left to breach before they would contact the

12    rupture disks, and I should add the casing -- the --

13    the intermediate casing that the rupture disks were

14    contained in.   And if I can add further, on a -- on a

15    normal well, other than Macondo, whether you had

16    rupture disks or not, that would be of concern, as to

17    whether the casing had the integrity to withstand

18    the -- the pressure of -- of oil.

19         Q.   M-h'm.   And so what you're telling me is that

20    if there had been a liner with a tieback, then there

21    would have been no way for the hydrocarbons to come

22    into contact with the rupture disks?

23              MS. KARIS:   Object to form.

24         A.   No.   I -- I'm not saying that at all.   If you

25    had designed the well completely differently, with a

**PURSUANT TO CONFIDENTIALITY ORDER**

1  liner and tieback, and that was intended to be your

2  production casing, then there would have been no reason

3  to have designed the next string of casing to the same

4  strength as we had in Macondo.

5         So you would have had actually, possibly, a

6  greater possibility, if the hydrocarbon had breached

7  the production casing, which the -- the tieback would

8  have become of -- of it breaching the next string of

9  casing.

10         But we're talking very hypothetically here --

11     Q.   (By Mr. Bruno) M-h'm.

12     A.   -- and that wasn't the arrangement of this

13  well.

14     Q.   Well, in the context of drilling, and maybe I

15  didn't ask the question properly, what study or

16  research did BP do to ascertain whether or not the

17  rupture disk was an appropriate device to be used

18  during drilling?

19         MS. KARIS:  Object to form.

20     A.   I think we -- the same -- the same research.

21  We -- we made sure that we were absolutely certain as

22  to the capacity of those rupture disks, the point at

23  which that they would fail, including a statistical

24  analysis --

25     Q.   (By Mr. Bruno) M-h'm.