# EXHIBIT 55

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2
     IN RE:  OIL SPILL        MDL NO. 2179
 3   BY THE OIL RIG
     "DEEPWATER HORIZON"      SECTION:  J
 4   IN THE GULF OF
     MEXICO, ON APRIL         JUDGE BARBIER
 5   20, 2010                 MAG. JUDGE SHUSHAN

 6

 7
```



```
13

14

15
             Volume 2 of 2 of the Videotaped
16   Deposition of GREGORY STEPHEN WALZ, 20742
     Castle Bend Drive, Katy, Texas, taken in
17   the Pan American Life Center, Pontchartrain
     Room, 11th Floor, 601 Poydras Street, New
18   Orleans, Louisiana 70130, on Friday, April
     22, 2011.
19
     APPEARANCES:
20
     ON BEHALF OF THE PLAINTIFFS
21   STEERING COMMITTEE

22

23   DEGRAVELLES, PALMINTIER, HOLTHAUS & FRUGE'
     By:  John W. deGravelles, Esquire
24   618 Main Street
     Baton Rouge, LA 70801-1910
25
```

**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters

```
 1    It's 2:16.  It's the beginning of tape
 2    number six.
 3    BY MS. HERTZ:
 4         Q.    Good afternoon, Mr. Walz.  My
 5    name is Diane Hertz.  I'm with the firm of
 6    Bingham McCutchen, and I represent Anadarko
 7    Petroleum Corporation and MOEX Offshore
 8    2007, LLC.
 9         A.    Okay.
10         Q.    My first question is for you:
11    Before the blowout and explosion on April
12    20, 2010, did you personally ever speak
13    with anyone from Anadarko or any entity
14    which you knew to be affiliated with
15    Anadarko regarding the Macondo well?
16         A.    No, I did not.
17         Q.    All right. And I have the same
18    question for you with respect to MOEX
19    Offshore.  Did you ever personally speak
20    with anyone from MOEX or who was acting on
21    behalf of MOEX?
22         A.    No, I did not.
23         Q.    Okay.  To the best of your
24    knowledge, no one from Anadarko or MOEX
25    played a role in the design of the Macondo
```

1  well; is that right?
2       A.    I do not know.
3       Q.    During your time in your
4  affiliation with the Macondo well, are you
5  aware of any involvement that anyone from
6  Anadarko or MOEX had with respect to the
7  design of the well?
8       A.    I don't know what conversations
9  Mr. Hafle had with -- with the -- he was
10 kind of the primary focal point for
11 interactions with -- that I saw, and I
12 don't know of any -- I don't know what
13 conversations he had or not.  I don't know.
14      Q.    Do you know if Mr. Hafle had any
15 conversations regarding the Macondo well
16 with Anadarko or MOEX?
17      A.    I don't know.
18      Q.    Okay.  Well, to the best of your
19 knowledge, no one from Anadarko or MOEX
20 played a role in the operations of the
21 Macondo well, right?
22      A.    Not to my knowledge.
23      Q.    Okay.  And are you personally
24 aware of any communications anyone had with
25 APC or MOEX regarding the Macondo?

Board-Certified Court Reporters

```
 1         A.    I don't know.
 2         Q.    Are you personally aware of any?
 3         A.    No.
 4         Q.    What was your role on Thunder
 5   Horse briefly?
 6         A.    Drilling engineering team
 7   leader.
 8         Q.    And you worked with Mr. Kaluza
 9   there?
10         A.    Yes.
11         Q.    And his level of experience you
12   said was high?
13         A.    Yes.
14         Q.    Yesterday you mentioned that
15   everyone on the drilling excellence team
16   had an expertise or specialty.  What was
17   yours?
18         A.    Well, mine was I was acting as
19   the drilling engineering team leader for
20   that group.
21         Q.    So you were a team leader on the
22   drilling excellence team as well?
23         A.    Yes.
24         Q.    I would like to ask you, please,
25   to turn to what was marked yesterday as
```

Board-Certified Court Reporters