# EXHIBIT 56

                                                                1

1          UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF LOUISIANA
2

3

   IN RE:  OIL SPILL     MDL NO. 2179
4  BY THE OIL RIG
   "DEEPWATER HORIZON"   SECTION:  J
5  IN THE GULF OF
   MEXICO ON APRIL 20,   JUDGE BARBIER
6  2010                  MAG. JUDGE SHUSHAN

7

8

9

10

11

12

13

14      Deposition of O. KIRK WARDLAW, taken
   in the Pan American Life Center, Bayou
15 Room, 11th Floor, 601 Poydras Street, New
   Orleans, Louisiana 70130, on Thursday, June
16 9, 2011.

17

18
   APPEARANCES:
19

20
       LIEFF CABRASER HEIMANN & BERNSTEIN
21     (By:  Annika K. Martin, Esquire)
       250 Hudson Street, 8th Floor
22     New York, New York 10013
          (Attorneys for MDL 2185
23         Securities Plaintiffs Subclass)

24

25

247

1  joinder of the operating agreement,
2  drilling had already commenced on the
3  Macondo well; is that correct?
4      A.    That is correct.
5      Q.    And MOEX and BP had already
6  negotiated and executed the operating
7  agreement; correct?
8      A.    That is correct.  It was already
9  executed by MOEX and BP.
10     Q.    BP didn't amend the operating
11 agreement because Anadarko requested
12 changes; correct?
13     A.    Can you repeat the question?
14     Q.    Did BP -- were any amendments to
15 the operating agreement made at the request
16 of Anadarko?
17     A.    I don't recall Anadarko making
18 any requests to -- to amend the operating
19 agreement.
20     Q.    Okay.  Please turn to page 9 of
21 the exhibit.
22           You see section 2.49 defines
23 operator?
24     A.    Yes, I see 2.49 says operator.
25     Q.    BP was the operator under this

Wardlaw, Kirk V1

248

1  operating agreement; right?
2      A.   That is correct.
3      Q.   There's only one operator and it
4  was BP; right?
5      A.   That is correct.
6      Q.   Okay.  Now, also on page 9,
7  there's a definition of participating
8  parties.  It spills on to page 10.
9           Do you see that?
10     A.   Yes, I do.
11     Q.   Okay.  Was Anadarko a
12 participating party under the agreement?
13     MR. BOLES:
14          Object as beyond the scope of
15 the 30(b)(6).
16 EXAMINATION BY MR. YAMIN:
17     Q.   Based on your understanding?
18     A.   Based on my understanding,
19 Anadarko is a participating party under the
20 operating agreement.
21     Q.   Okay.  Let's flip to page 8 real
22 quick.
23          Nonoperating party, 2.43.  A
24 party other than the operator.  Did I read
25 that correctly?

Wardlaw, Kirk V1

249

1      A.    Yes, 2.43 says a party other
2  than the operator.
3      Q.    Was Anadarko a nonoperating
4  party?
5      A.    No.  I would say that they are a
6  participating party.
7            I'm sorry.  Yes, they would --
8  they would be a nonoperating party.  Yes.
9  I'm sorry.
10     Q.    Okay.
11     A.    I'm sorry.  I misunderstood what
12 you were saying.
13     Q.    All right.  So let me just take
14 a minute here to ask you some questions
15 about your understanding of what it means
16 to be an operator under this agreement.
17           We turn to Section 5.1, which is
18 page 20.  You see Article 5, rights and
19 duties of operators?
20     A.    Yes, I see that.  I see the
21 heading, yes.
22     Q.    All right.  Section 5.1,
23 exclusive rights to operate.
24           Except as otherwise provided --
25 Section 5.1 begins -- the operator has the

Wardlaw, Kirk V1

250

1  exclusive right and duty to conduct or
2  cause to be conducted all activities or
3  operations under the agreement.
4          Did I read that correctly?
5      A.   Almost.  Under this agreement,
6  yes.
7      Q.   Okay.  You have an understanding
8  of what it means to have -- under this
9  agreement to have the exclusive right and
10 duty to conduct all activities of
11 operations?
12     MR. BOLES:
13          Object to the form and beyond
14 the scope of the 30(b)(6).
15     THE WITNESS:
16          I have an understanding from
17 what the intent of the operating agreement
18 is, that the operator has the exclusive
19 right to operate, yes.
20 EXAMINATION BY MR. YAMIN:
21     Q.   What does exclusive mean, in
22 your understanding?
23     MR. BOLES:
24          Same objections.
25     THE WITNESS:

Wardlaw, Kirk V1

251

1           Exclusive right means that the
2   operator -- the designated operator is the
3   operator that -- that operates on behalf of
4   the nonoperating parties per -- per
5   operations.
6   EXAMINATION BY MR. YAMIN:
7       Q.   So it's your understanding that
8   BP, the operator under this agreement, has
9   the exclusive rights to conduct all
10  activities or operations on the Macondo
11  well; correct?
12      MR. BOLES:
13           Same objections.
14      THE WITNESS:
15           Can you repeat the question
16  again?  I'm sorry.
17  EXAMINATION BY MR. YAMIN:
18      Q.   Is it your understanding that
19  BP, as the operator, has the exclusive
20  right under this operating agreement and
21  the duty to conduct or cause to be
22  conducted all activities or operations
23  under this operating agreement?
24      MR. BOLES:
25           Same objections.

Wardlaw, Kirk V1

252

1  EXAMINATION BY MR. YAMIN:

2      Q.    Is that what the agreement

3  provides?

4      MR. BOLES:

5           Same objections.

6      THE WITNESS:

7           Yes.  It is -- BP, as the

8  operator, to -- has the exclusive right

9  and -- right and duty to conduct or cause

10  to be conducted the activities, the

11  operations.

12  EXAMINATION BY MR. YAMIN:

13      Q.    Okay.  One of those activities

14  or operations would be drilling the well?

15           Drilling the well would be

16  included in those activities or operations

17  that BP has the exclusive right to conduct;

18  right?

19      MR. BOLES:

20           Same objections.

21      THE WITNESS:

22           On behalf of the joint account,

23  that is correct.

24  EXAMINATION BY MR. YAMIN:

25      Q.    Okay.  Cementing the production

Wardlaw, Kirk V1

1  casing would be among those activities and
2  operations that BP has the exclusive right
3  and duty to conduct under this agreement;
4  right?
5       MR. BOLES:
6            Same objections.
7       THE WITNESS:
8            As the operator, the operator
9  has the -- has -- has the exclusive right
10 to -- and requirement to drill and -- and
11 to permanent abandon -- to permanently
12 abandon the well.
13 EXAMINATION BY MR. YAMIN:
14      Q.   And to what?  I'm sorry.
15      A.   And to abandon the well.
16      Q.   Okay.  As background to the --
17 these questions that I'm going to ask you
18 about information sharing, I want to get
19 your sense based on your experience and
20 understanding of how -- what kinds of
21 information BP generates as an operator.
22 Okay.
23           Now, there are many BP employees
24 assigned to work on a rig such as the
25 Deepwater Horizon and the drilling of a

Wardlaw, Kirk V1