UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico on April 20, 2010 | * | SECTION "J" |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | |
| | * | MAGISTRATE NO. 1 |
| No. 2:10-cv-04536 | * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * * *

## ORDER

Considering Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP's Request for Oral Argument:

**IT IS HEREBY ORDERED** that the Court will hear oral argument on Anadarko's Cross-Motion for Summary Judgment as to Anadarko's Non-Liability Under the CWA.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE