UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179 SECTION "J" JUDGE BARBIER |
| This Document Relates to: | * * | |
| No. 2:10-cv-04536 | * * | MAGISTRATE NO. 1 MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * * | | |

*EX PARTE* MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS TO ANADARKO'S COMBINED MEMORANDUM OF LAW IN OPPOSITION TO UNITED STATES' SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THE LIABILITY OF BP EXPLORATION & PRODUCTION INC., THE TRANSOCEAN DEFENDANTS, AND THE ANADARKO DEFENDANTS, AND IN SUPPORT OF ANADARKO'S CROSS-MOTION FOR SUMMARY JUDGMENT AS TO ANADARKO'S NON-LIABILITY UNDER THE CWA

**NOW INTO COURT**, come Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP (together "Anadarko"), and hereby submit this *ex parte* motion for leave to file under seal Exhibits 1-8, 15-18, 20-29, and 37 to Anadarko's Combined Memorandum of Law In Opposition to Plaintiff United States' Memorandum of Law In Support of United States' Second Motion for Partial Summary Judgment as to the Liability of BP Exploration & Production Inc., the Transocean Defendants, and the Anadarko Defendants [Rec. Doc. 4836] and in Support of Anadarko's Cross-Motion for Summary Judgment as to Anadarko's Non-Liability Under the CWA ("Anadarko's Combined Memorandum").

Pursuant to Paragraph 8.B of MDL No. 2179 Pre-Trial Order #13 (Order Protecting Confidentiality), documents designated by the parties as "Confidential" or "Highly Confidential" must be filed under seal as appendices to the instrument that refers to them. Because Exhibits 1-8, 15-18, 20-29, and 37 to Anadarko's Combined Memorandum have been so designated,

A/74709393.1

Anadarko respectfully requests that the Court grant its *ex parte* Motion to file the Exhibits under seal. A proposed order accompanies this request.

**WHEREFORE**, Anadarko prays that this Court grant the requested leave to file Exhibits 1-8, 15-18, 20-29, and 37 to Anadarko's Combined Memorandum under seal.

                                        Respectfully submitted,

DATED: January 9, 2012         BINGHAM McCUTCHEN LLP

                                      /s/ *James J. Dragna*
                                      James J. Dragna
                                      jim.dragna@bingham.com
                                      Bingham McCutchen LLP
                                      355 South Grand Avenue
                                      Suite 4400
                                      Los Angeles, California 90071-3106
                                      Telephone (213) 680-6436
                                      Facsimile (213) 680-8636

                                      Ky E. Kirby
                                      ky.kirby@bingham.com
                                      David B. Salmons
                                      david.salmons@bingham.com
                                      Michael B. Wigmore
                                      michael.wigmore@bingham.com
                                      Warren Anthony Fitch
                                      tony.fitch@bingham.com
                                      Sandra P. Franco
                                      sandra.franco@bingham.com
                                      Randall M. Levine
                                      randall.levine@bingham.com
                                      2020 K Street, NW
                                      Washington, DC 20006-1806
                                      Telephone (202) 373-6000
                                      Facsimile (202) 373-6001

                                      KUCHLER POLK SCHELL
                                      WEINER & RICHESON, LLC

                                      Deborah D. Kuchler, T.A. (La. Bar No. 17013)
                                      dkuchler@kuchlerpolk.com
                                      Janika Polk (La. Bar No. 27608)

jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-0696

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on January 9, 2012.

                                                            _____/s/ *James J. Dragna*_____
                                                                   James J. Dragna