# Exhibit A

**BP'S OBJECTIONS TO THE USE OF ANTHONY HAYWARD'S DEPOSITION TESTIMONY ARISING FROM BAD FAITH QUESTIONS AND HARASSMENT**

| FROM | | TO | |
|---|---|---|---|
| Page | Line | Page | Line |
| 21 | 15 | 21 | 25 |
| 24 | 24 | 25 | 3 |
| 25 | 10 | 38 | 25 |
| 56 | 15 | 56 | 22 |
| 88 | 4 | 100 | 18 |
| 100 | 9 | 101 | 7 |
| 179 | 2 | 183 | 21 |
| 281 | 23 | 282 | 24 |