# Exhibit B

**BP'S OBJECTIONS TO THE USE OF ANTHONY HAYWARD'S DEPOSITION TESTIMONY ARISING FROM QUESTIONS SEEKING TESTIMONY AS TO BP'S LEGAL RESPONSIBILITIES**

| FROM | | TO | |
|---|---|---|---|
| Page | Line | Page | Line |
| 50 | 21 | 52 | 21 |
| 67 | 13 | 68 | 17 |
| 76 | 20 | 77 | 2 |
| 171 | 19 | 172 | 7 |
| 199 | 24 | 200 | 6 |
| 200 | 20 | 201 | 7 |
| 283 | 5 | 283 | 18 |
| 291 | 4 | 292 | 24 |
| 429 | 16 | 429 | 24 |
| 792 | 20 | 794 | 21 |