UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179 SECTION: J |
| This Document Relates To: All Actions | : : | JUDGE BARBIER MAGISTRATE JUDGE |
| …………………………………………………... | : | SHUSHAN |

**BP'S MOTION IN LIMINE TO BAR EVIDENCE
REGARDING ITS RECRUITMENT AND PROMOTION STRATEGIES**

BP hereby moves for an order excluding the first entry on Deposition Exhibit # 6254 and the associated testimony of Sir William Castell divulging sensitive business information, Castell Dep. Tr. 230:12 – 234:17, from evidence at trial. BP's Motion is further supported by BP's Memorandum in Support of its Motion in Limine to Bar Information Regarding its Recruitment and Promotion Strategies.

Dated: January 9, 2012                                   Respectfully submitted,


                                                         /s / Don K. Haycraft

                                                         Don K. Haycraft (Bar #14361)
                                                         R. Keith Jarrett (Bar #16984)
                                                         LISKOW & LEWIS
                                                         One Shell Square
                                                         701 Poydras Street, Suite 5000
                                                         New Orleans, Louisiana 70139-5099
                                                         Telephone: (504) 581-7979
                                                         Facsimile: (504) 556-4108

                                                         and

Richard C. Godfrey, P.C.
(richard.godfrey@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
Timothy A. Duffy, P.C.
(tim.duffy@kirkland.com)
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

and

Robert C. "Mike" Brock
(mbrock@cov.com)
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

*Attorneys for the BP Exploration & Production Inc. & BP America Production Company*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of January, 2012.

                                                                                 /s/  Don K. Haycraft__