UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG<br>"DEEPWATER HORIZON" in the<br>GULF OF MEXICO on<br>APRIL 20, 2010<br><br>This document relates to:<br><br>*All Cases* | § § § § § § § § § § § | MDL No. 2179<br><br>SECTION: J<br><br><br>Judge Carl J. Barbier<br>Magistrate Judge Sally Shushan |

**M-I L.L.C.'S MOTION *IN LIMINE* TO EXCLUDE
ADVERSE INFERENCES AGAINST M-I BASED ON
FIFTH AMENDMENT INVOCATIONS BY NON-M-I WITNESSES**

Defendant M-I L.L.C. ("M-I") respectfully moves this Court for an order *in limine* to exclude adverse inferences against M-I based on Fifth Amendment invocations by non-M-I witnesses. There is no basis for imputing a Fifth Amendment adverse inference to M-I. No employee of M-I invoked the Fifth Amendment privilege against self-incrimination in this case. In addition, this Court should preclude imputing Fifth Amendment adverse inferences to M-I as substantially more prejudicial than probative under Federal Rule of Evidence 403.

For these reasons, and as set forth more fully in the attached Memorandum of Law in Support of Defendant M-I L.L.C.'s Motion *in Limine*, M-I respectfully requests that this Court exclude any adverse inference against M-I based on Fifth Amendment invocations by non-M-I witnesses.

| | |
|---|---|
| January 9, 2012 | Respectfully submitted, |

**OF COUNSEL:**  
MORGAN, LEWIS & BOCKIUS LLP

MORGAN, LEWIS & BOCKIUS LLP

Derek E. Leon  
dleon@morganlewis.com  
Texas Bar No. 24002463  
5300 Wachovia Financial Center  
200 South Biscayne Boulevard  
Miami, Florida 33131  
Telephone: (305) 415-3000  
Facsimile: (305) 415-3001  

Denise Scofield  
dscofield@morganlewis.com  
Texas Bar No. 00784934  
1000 Louisiana, Suite 4000  
Houston, Texas 77002  
Telephone: (713) 890-5000  
Facsimile: (713) 890-5001  

**ATTORNEYS FOR DEFENDANT  
M-I L.L.C.**

By: /s/ *Hugh E. Tanner*  
  Hugh E. Tanner  
  htanner@morganlewis.com  
  Texas Bar No. 19637400  
  1000 Louisiana, Suite 4000  
  Houston, Texas 77002  
  Telephone: (713) 890-5000  
  Facsimile: (713) 890-5001  

**ATTORNEY FOR DEFENDANT  
M-I L.L.C.**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing M-I L.L.C.'s Motion in Limine to Exclude Any Adverse Inference Against M-I based on Fifth Amendment Invocations by Non-M-I witnesses has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of January, 2012.

                                                                /s/ *Hugh E. Tanner*
                                                                Hugh E. Tanner