# Exhibit A

# DEEPWATER HORIZON
# FIFTH AMENDMENT WITNESSES

| LAST NAME | FIRST NAME | ENTITY |
|---|---|---|
| Bertone | Stephen | Transocean |
| Fleytas | Andrea | Transocean |
| Gagliano | Jesse | Halliburton |
| Hafle | Mark | BP |
| Haire | Christopher | Halliburton |
| Harrell | Jimmy | BP |
| Holloway | Caleb | Transocean |
| Ingram | James | Transocean |
| Johnson | William | Transocean |
| Kaluza | Robert | BP |
| Kritzer | Joshua | Offshore Cleaning Systems |
| Kuchta | Curt | BP |
| Lambert | Heath | Offshore Cleaning Systems |
| Morel | Brian | BP |
| Morgan | Patrick | BP |
| Sandell | Micah | Transocean |
| Seraile | Allen | Transocean |
| Wheeler | Wyman | Transocean |
| Willis | Cathleenia | Sperry Sun |

EXHIBIT A
M-I L.L.C'S MOTION *IN LIMINE* TO EXCLUDE ADVERSE INFERENCES AGAINST M-I BASED ON FIFTH AMENDEMENT INVOCATIONS BY NON-M-I WITNESSES