UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG<br>"DEEPWATER HORIZON" in the<br>GULF OF MEXICO on<br>APRIL 20, 2010<br><br>This document relates to:<br><br>*All Cases and*<br>*No. 2-10-cv-02771* | § § § § § § § § § § | MDL No. 2179<br><br>SECTION: J<br><br><br>**Judge Carl J. Barbier**<br>**Magistrate Judge Sally Shushan** |

## M-I L.L.C.'S MOTION *IN LIMINE* TO EXCLUDE THE REPORT, WORK, FINDINGS, TESTIMONY, AND OPINIONS OF FORMER HESI EXPERT WITNESS DONALD WEINTRITT, AND ANY REFERENCES TO THE SAME

M-I L.L.C. ("M-I") hereby moves for an order excluding from trial the report, work, findings, testimony, and opinions of former HESI expert witness Donald Weintritt as well as any references to the same. M-I's Motion is further supported by M-I's Memorandum in Support of its Motion *in Limine* to Exclude the Report, Work, Findings, Testimony, and Opinions of Former HESI Expert Witness Donald Weintritt, and Any References to the Same, which is fully incorporated by reference herein.

January 9, 2012

Respectfully submitted,

| | |
|---|---|
| **OF COUNSEL:**<br>MORGAN, LEWIS & BOCKIUS LLP | MORGAN, LEWIS & BOCKIUS LLP |
| Derek E. Leon<br>dleon@morganlewis.com<br>Texas Bar No. 24002463<br>5300 Wachovia Financial Center<br>200 South Biscayne Boulevard<br>Miami, Florida  33131<br>Telephone:     (305) 415-3000<br>Facsimile:      (305) 415-3001 | By: */s/ Hugh E. Tanner*<br>       Hugh E. Tanner<br>       htanner@morganlewis.com<br>       Texas Bar No. 19637400<br>       1000 Louisiana, Suite 4000<br>       Houston, Texas  77002<br>       Telephone:     (713) 890-5000<br>       Facsimile:      (713) 890-5001 |
| Denise Scofield<br>dscofield@morganlewis.com<br>Texas Bar No. 00784934<br>1000 Louisiana, Suite 4000<br>Houston, Texas  77002<br>Telephone:     (713) 890-5000<br>Facsimile:      (713) 890-5001 | **ATTORNEY FOR DEFENDANT<br>M-I L.L.C.** |
| **ATTORNEYS FOR DEFENDANT<br>M-I L.L.C.** | |

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing M-I L.L.C.'s Motion *in Limine* to Exclude the Report, Work, Findings, Testimony, and Opinions of Former HESI Expert Witness Donald Weintritt, and Any References to the Same has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of January, 2012.

      /s/ *Hugh E. Tanner*
      Hugh E. Tanner

DB1/ 68837539.1