UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | § § § § § § | MDL No. 2179<br><br>SECTION: J |
| This document relates to:<br><br>*All Cases and*<br>*No. 2-10-cv-02771* | § § § § | Judge Carl J. Barbier<br>Magistrate Judge Sally Shushan |

**MEMORANDUM IN SUPPORT OF M-I L.L.C.'S MOTION *IN LIMINE* TO EXCLUDE THE REPORT, WORK, FINDINGS, TESTIMONY, AND OPINIONS OF FORMER HESI EXPERT WITNESS DONALD WEINTRITT, AND ANY REFERENCES TO THE SAME**

MORGAN, LEWIS & BOCKIUS LLP

**OF COUNSEL:**
MORGAN, LEWIS & BOCKIUS LLP

Derek E. Leon
dleon@morganlewis.com
Texas Bar No. 24002463
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone:      (305) 415-3000
Facsimile:       (305) 415-3001

Denise Scofield
dscofield@morganlewis.com
Texas Bar No. 00784934
1000 Louisiana, Suite 4000
Houston, Texas  77002
Telephone:      (713) 890-5000
Facsimile:       (713) 890-5001

**ATTORNEYS FOR DEFENDANT**
**M-I L.L.C.**

January 9, 2012

By: */s/ Hugh E. Tanner*
       Hugh E. Tanner
       htanner@morganlewis.com
       Texas Bar No. 19637400
       1000 Louisiana, Suite 4000
       Houston, Texas  77002
       Telephone:      (713) 890-5000
       Facsimile:       (713) 890-5001

**ATTORNEY FOR DEFENDANT**
**M-I L.L.C.**

**I.     INTRODUCTION**

With the permission of Magistrate Judge Shushan and the agreement of all parties, on Friday, January 6, 2012, Halliburton Energy Services, Inc. ("HESI") withdrew its designation of Donald Weintritt, its drilling fluids expert witness. Therefore, this Court should exclude any reference to Mr. Weintritt and/or his work, findings, testimony, and opinions from trial.

**II.    BACKGROUND**

On October 17, 2011, HESI designated Donald J. Weintritt as an expert witness on the topic of drilling fluids. HESI simultaneously filed an expert report of Mr. Weintritt. The parties deposed Mr. Weintritt on December 15 and 16, 2011. At the working group conference before Magistrate Judge Shushan on January 6, 2012, Don Godwin, HESI's counsel, withdrew Mr. Weintritt's designation and report. Jan. 6, 2012 Hearing Tr. 65:15-25. Magistrate Judge Shushan permitted HESI to do so based on an agreement of all parties.[1]

**III.   ARGUMENT**

HESI has withdrawn the designation of and corresponding report by Mr. Weintritt and all parties have stated that they have no objection to the withdrawal. Because Weintritt is no longer offered as an expert witness in this litigation, this Court should exclude any reference to Mr. Weintritt and/or his work, findings, testimony, and opinions.

**IV.    CONCLUSION**

For the foregoing reasons, this Court should grant M-I's motion *in limine* and exclude from trial the report, work, findings, testimony, and opinions of former HESI expert witness Donald Weintritt as well as any references to the same.

---

[1] At the working group conference, all parties other than Cameron stated on the record that they had no objection. Later that same afternoon, David Beck, counsel for Cameron, advised Judge Shushan that Cameron also had no objection to Weintritt being withdrawn.

Respectfully submitted,

| | |
|---|---|
| **OF COUNSEL:**<br>MORGAN, LEWIS & BOCKIUS LLP | MORGAN, LEWIS & BOCKIUS LLP |
| Derek E. Leon<br>dleon@morganlewis.com<br>Texas Bar No. 24002463<br>5300 Wachovia Financial Center<br>200 South Biscayne Boulevard<br>Miami, Florida  33131<br>Telephone: (305) 415-3000<br>Facsimile: (305) 415-3001 | By: /s/ *Hugh E. Tanner*<br>     Hugh E. Tanner<br>     htanner@morganlewis.com<br>     Texas Bar No. 19637400<br>     1000 Louisiana, Suite 4000<br>     Houston, Texas  77002<br>     Telephone: (713) 890-5000<br>     Facsimile: (713) 890-5001 |
| Denise Scofield<br>dscofield@morganlewis.com<br>Texas Bar No. 00784934<br>1000 Louisiana, Suite 4000<br>Houston, Texas  77002<br>Telephone: (713) 890-5000<br>Facsimile: (713) 890-5001 | **ATTORNEY FOR DEFENDANT<br>M-I L.L.C.** |
| **ATTORNEYS FOR DEFENDANT<br>M-I L.L.C.** | |

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Memorandum in Support of M-I L.L.C.'s Motion *In Limine* To Exclude The Report, Work, Findings, Testimony, And Opinions Of Former HESI Expert Witness Donald Weintritt, And Any References To The Same has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of January, 2012.

                                                                          /s/ *Hugh E. Tanner*
                                                                          Hugh E. Tanner