UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG<br>"DEEPWATER HORIZON" in the<br>GULF OF MEXICO on<br>APRIL 20, 2010<br><br>This document relates to:<br><br>*All Cases and*<br>*No. 2-10-cv-02771* | § § § § § § § § § § | MDL No. 2179<br><br>SECTION: J<br><br><br>**Judge Carl J. Barbier**<br>**Magistrate Judge Sally Shushan** |

## ORDER

Considering the Defendant M-I L.L.C.'s Motion *in Limine* to Exclude the Report, Work, Findings, Testimony, and Opinions of Former HESI Expert Witness Donald Weintritt, and Any References to the Same:

**IT IS HEREBY ORDERED** that M-I L.L.C.'s Motion *in Limine* to Exclude the Report, Work, Findings, Testimony, and Opinions of Former HESI Expert Witness Donald Weintritt, and Any References to the Same is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE

DB1/ 68844871.1