IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to: | * * | Honorable CARL J. BARBIER |
| *All cases* | * * | Magistrate Judge SHUSHAN |

**BP'S EX PARTE MOTION FOR LEAVE TO FILE UNDER SEAL
AN UNREDACTED SUPPLEMENTAL MEMORANDUM AND CERTAIN EXHIBITS**

**PLEASE TAKE NOTICE** that BP respectfully requests leave to file under seal an unredacted Supplemental Memorandum in Support of its Motion for Spoliation Sanctions and Exhibit 1 to the Memorandum.  Federal Rule of Civil Procedure 26(c)(1)(G) grants the Court authority to seal documents to prevent the disclosure of confidential "commercial information."  Pursuant to Pre-Trial Order No. 13, certain deposition testimony and exhibits have been designated as confidential, and filing an unredacted version of the Supplemental Memorandum and Exhibit 1 to the Memorandum under seal will allow the Court's consideration.  Pending the Court's consideration of this motion, BP has filed a redacted version of the Supplemental Memorandum.

A proposed order accompanies this request.

2

Dated: January 9, 2012                          Respectfully submitted,

/s/ Don K. Haycraft

Robert C. "Mike" Brock                          Don K. Haycraft (Bar #14361)
Covington & Burling LLP                         R. Keith Jarrett (Bar #16984)
1201 Pennsylvania Avenue, NW                    Liskow & Lewis
Washington, DC 20004-2401                       701 Poydras Street, Suite 5000
Telephone: 202-662-5985                         New Orleans, Louisiana 70139-5099
Facsimile: 202-662-6291                         Telephone: 504-581-7979
                                                Facsimile: 504-556-4108


Robert R. Gasaway                               Richard C. Godfrey, P.C.
Jeffrey Bossert Clark                           J. Andrew Langan, P.C.
Aditya Bamzai                                   Kirkland & Ellis LLP
Kirkland & Ellis LLP                            300 North LaSalle Street
655 Fifteenth Street, NW                        Chicago, IL 60654
Washington, DC 20005                            Telephone: 312-862-2000
Telephone: 202-879-5000                         Facsimile: 312-862-2200
Facsimile: 202-879-5200

*Attorneys for BP Exploration & Production Company*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of January, 2012.

                                                /s/ Don K. Haycraft
                                                Don K. Haycraft