UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br><br>*All cases* | * * * * | Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |

**BP'S EX PARTE MOTION FOR LEAVE TO
FILE SUPPLEMENTAL MEMORANDUM
IN SUPPORT OF MOTION FOR SPOLIATION SANCTIONS**

**PLEASE TAKE NOTICE** that BP will and hereby does respectfully request leave to file a nine-page Supplemental Memorandum in Support of Motion for Spoliation Sanctions.

BP asks this Court to permit it to file a brief Supplemental Memorandum so that it may address issues raised by Halliburton in its Surreply filed on January 4, 2011.  BP submits that this brief memorandum will assist the Court's consideration of the motion.

A proposed order accompanies this request.

Dated: January 9, 2012                          Respectfully submitted,

                                                                          /s/ Don K. Haycraft

Robert C. "Mike" Brock                  Don K. Haycraft (Bar #14361)
Covington & Burling LLP                 R. Keith Jarrett (Bar #16984)
1201 Pennsylvania Avenue, NW       Liskow & Lewis
Washington, DC 20004-2401           701 Poydras Street, Suite 5000
Telephone: 202-662-5985                 New Orleans, Louisiana 70139-5099
Facsimile: 202-662-6291                   Telephone: 504-581-7979
                                                        Facsimile: 504-556-4108


Robert R. Gasaway                       Richard C. Godfrey, P.C.
Jeffrey Bossert Clark                     J. Andrew Langan, P.C.
Aditya Bamzai                             Kirkland & Ellis LLP
Kirkland & Ellis LLP                      300 North LaSalle Street
655 Fifteenth Street, NW                 Chicago, IL 60654
Washington, DC 20005                  Telephone: 312-862-2000
Telephone: 202-879-5000                 Facsimile: 312-862-2200
Facsimile: 202-879-5200

***Attorneys for BP Exploration & Production Company***

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of January, 2012.

                                                               /s/ Don K. Haycraft
                                                              Don K. Haycraft