# Exhibit 1
# (Provided Under Seal)