# Exhibit 1

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE:  OIL SPILL        )     MDL NO. 2179
     by the OIL RIG,           )
 5   DEEPWATER HORIZON in     )     SECTION "J"
     the GULF OF MEXICO,       )
 6   April 20, 2010            )     JUDGE BARBIER
                               )
 7                             )     MAG. JUDGE
                               )     SHUSHAN
 8
 9
10
                       **************
11      VIDEOTAPED 30(b)(6) DEPOSITION OF ANADARKO
         BY AND THROUGH ITS DESIGNATED REPRESENTATIVE
12                      JERRY BYRD
                       **************
13
14
15        Deposition of Jerry Byrd, taken at
16            Hilton Conference Center,
17    333 St. Charles Avenue, St. Charles Ballroom,
18     New Orleans, Louisiana, 70130, on Wednesday,
19                   July 13, 2011
20
21
22
23
24
25
```

1  amount for $80,000; is that correct?
2     A    Yes, there's a fourth amount.
3     Q    And I believe you discussed with
4  Ms. Martin earlier today costs that were
5  associated with the Macondo incident.  Is that
6  correct?
7     A    Yes.  The Macondo incident is that
8  $80,000.
9     Q    And like the earlier invoices -- if you
10 flip to the second-to-last page, ending 9502,
11 there is a page listing items associated with AFE
12 No. X2-000X8.  And that's for the Macondo Well?
13    A    Yes, ma'am.
14    Q    So those were items that BP was billing
15 Anadarko for, for the month of April?
16    A    For the Macondo Well, yes, ma'am.
17    Q    Yes.  And if you look at the total
18 net -- on the first page -- amount.  Just to
19 verify how that relates to a payment that was
20 made.  So go to Tab 10D, last -- ending with
21 Bates 230700.
22        MS. HARVEY:  And we will introduce as
23    Exhibit 4211.
24  (EXHIBIT NO. 4211 WAS MARKED FOR THE RECORD.)
25 BY MS. HARVEY:

```
 1      Q    And if you look at the amount of the
 2  check -- I'm sorry, this is a -- this is a
 3  payment for the invoice -- the April invoice?
 4      A    It is a payment for the April invoice
 5  less the $80,000 incident cost on the last line
 6  item.
 7      Q    So the difference between the total net
 8  that you were billed and the amount that you paid
 9  was for the response cost?
10      A    Yeah.
11      Q    But you paid, in full, cost associated
12  with the drilling of the Macondo Well?
13      A    Yes, cost for the Macondo Well.
14      Q    Okay.  Let's go to Tab 9.
15           MS. HARVEY:  And we'll introduce this
16      as Exhibit 4212.
17   (EXHIBIT NO. 4212 WAS MARKED FOR THE RECORD.)
18  BY MS. HARVEY:
19      Q    And can you tell me what this is?  9A.
20      A    The first page is a -- it looks like a
21  billing from BP for the operational month of May
22  of 2010.
23      Q    And, again, this is addressed to
24  Anadarko Petroleum Corporation?
25      A    Yes, it is.
```

1  Q    And to your knowledge, an invoice was
2  not sent to anyone at Anadarko Exploration &
3  Production?
4  A    I have only seen invoices addressed to
5  Anadarko Petroleum Corporation.
6  Q    And this lists a cash call receipt for
7  $8.7 million; is that correct?
8  A    Yes, it does.  Credit of $8.7 million.
9  Q    And you said that this invoice, earlier
10 today, was not paid by Anadarko; is that correct?
11 A    That is correct.
12 Q    And you indicated it was because of an
13 earlier cash call -- scratch that.
14      On this -- on this bill -- on this
15 invoice -- if you'll turn to the last page,
16 ending 73383.  Can you tell me what these costs
17 are?
18 A    Based on the AFE number, these are
19 costs related to the Macondo Well.
20 Q    So these were costs that BP, although
21 -- you said earlier that sometimes you're
22 invoiced later for items that had earlier been
23 purchased by BP; is that correct?
24 A    So this is a billing for May of 2010.
25 It more than likely will represent costs, you