UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to: | * * | Honorable CARL J. BARBIER |
| *All cases* | * * | Magistrate Judge SHUSHAN |

## ORDER

**IT IS HEREBY ORDERED** that BP's Ex Parte Motion for Leave to File Supplemental Memorandum in Support of Motion for Spoliation Sanctions is granted.

The Clerk of the Court is ordered to file the memorandum attached to BP's motion into the record in the captioned case.

New Orleans, Louisiana, this 10th day of January, 2012.

_____
UNITED STATES MAGISTRATE JUDGE