IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179  SECTION J |
| This document relates to: | * * | Honorable CARL J. BARBIER |
| *All Cases* | * * | Magistrate Judge SHUSHAN |

## ORDER

Considering BP's Ex Parte Motion for Leave to File Under Seal an unredacted version of its Supplemental Memorandum in Support of Motion for Spoliation Sanctions and Exhibit 1 to the Memorandum;

IT IS ORDERED that the Motion is GRANTED and that an unredacted version of its Supplemental Memorandum and Exhibit 1 to the Memorandum will hereby be filed into the record of this matter UNDER SEAL.

New Orleans, Louisiana, this 10th day of January, 2012.

_____
UNITED STATES MAGISTRATE JUDGE