UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * MDL No. 2179 <br> * <br> * SECTION "J" <br> * JUDGE BARBIER |
| This Document Relates to: | * <br> * MAGISTRATE NO. 1 |
| No. 2:10-cv-04536 | * MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * * | |

## ORDER

CONSIDERING THE *EX PARTE* MOTION of Anadarko Petroleum Corporation and Anadarko E&P Company LP (together "Anadarko") to File Under Seal Exhibits 1-8, 15-18, 20-29, and 37 to Anadarko's Combined Memorandum of Law In Opposition to Plaintiff United States' Memorandum of Law In Support of United States' Second Motion for Partial Summary Judgment as to the Liability of BP Exploration & Production Inc., the Transocean Defendants, and the Anadarko Defendants [Rec. Doc. 4836] and in Support of Anadarko's Cross-Motion for Summary Judgment as to Anadarko's Non-Liability Under the CWA ("Anadarko's Combined Memorandum"),

IT IS HEREBY ORDERED that the motion be and hereby is GRANTED, and that Exhibits 1-8, 15-18, 20-29, and 37 to Anadarko's Combined Memorandum shall be filed under seal.

New Orleans, Louisiana this 10th day of January, 2012.

UNITED STATES DISTRICT JUDGE