UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: DEEPWATER HORIZON | * | MDL 2179 |
| | * | |
| THIS DOCUMENT RELATES TO: | * | SECTION J (JUDGE BARBIER) |
| | * | |
| CASE NOS. 2:11-CV-02521 RONALD ROSHTO ONLY | * | MAGISTRATE (JUDGE SHUSHAN) |

*********************************************************************

## ORDER

**IT IS ORDERED** that Intervenor Natalie Roshto's Motion to Intervene in **11-CV-02521** is hereby **GRANTED** and Natalie Roshto's Complaint for Intervention shall be filed into the record.

New Orleans, Louisiana, this 10th day of January, 2012.

_____
United States Magistrate Judge