UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates To:  2:11-cv-0781 | | |
| | * | MAGISTRATE SHUSHAN |

\*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

Considering the motion of Johnson Bros. Corporation of Louisiana -- F. Miller Construction, L.L.C., a Joint Venture ("Johnson Bros."), requesting leave to file its Second Amended Complaint;

IT IS ORDERED that Johnson Bros.'s motion is hereby GRANTED, allowing Johnson Bros. to file its Second Amended Complaint.

New Orleans, Louisiana, this  10th  day of  January , 2012.



United States Magistrate Judge