UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

### [Regarding Ellis Armstrong]

For the reasons presented by BP,

IT IS ORDERED that BP is not required to produce Ellis Armstrong live at the trial as an officer of BP.

New Orleans, Louisiana, this 11th day of January, 2012.

SALLY SHUSHAN
**United States Magistrate Judge**