# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, April 20, 2010 | ) ) ) ) ) ) ) ) | MDL NO. 2179<br>SECTION "J"<br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

Videotaped deposition of GREG GARRISON, taken at Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 4th of November, 2011.

time -- you've never worked for Halliburton?

A. No, sir.

Q. Okay. Great. We can set this aside.

A. Okay.

Q. Thanks.

All right. I want to start out by following up on some things that you discussed with BP's counsel. Just to step back a little bit and understand, the report that you prepared at exhibit 5937, it's my understanding that you used, with one exception, and that exception being the MAC4 slurry, that all of the other slurries you used were on samples that did not come from the Macondo rig, correct?

A. That's correct.

Q. Okay. And the MAC4 sample, however, was provided as rig sample that had been sequestered by Halliburton and given by subpoena to the U.S. Government and then provided to you, correct?

A. That's correct.

Q. Okay. Now, early -- or prior -- when you were setting up the samples or the

Q. All right. Now, you understand in your industry -- well, let me ask you, are you aware in the industry that there is a practice prior to pumping, for example, a production casing job, of obtaining samples of blend cement from the field in order to conduct the testing onshore?

MR. CHEN: Objection, form.

A. From -- you're saying -- we're talking about offshore, right?

Q. Offshore.

A. Yes.

Q. Okay. And so the industry, the operators in the industry, for example, incur time and expense to either use a helicopter or a boat every 20 to 30 days to go get a refreshed sample from the rig for purposes of coming back and testing for an operational job; is that right?

A. Yes.

Q. And would you agree with me that the reason they do that is out of concerns for representativeness of the testing?

MR. O'ROURKE: Objection.

MR. CHEN: Objection, form.

A. Yes.

Q. Okay. And just not to put too fine a point on this, the concern is that if we were going to have a production casing job and we know that there is a blend out on the rig, we would not try to replicate that blend in the lab and test it in the lab and transpose those results to what we expect to happen with the rig blend, would we?

MR. CHEN: Object to form.

MR. O'ROURKE: Objection.

A. No, we wouldn't.

Q. Okay. During the transportation process from shore out to the rig, that -- a dry blend that's taken offshore out of a bulk plant is going to be blown into a container, correct?

A. Yes.

Q. It's going to be transported, likely on a boat, out to the rig, correct?

A. Yes.

Q. It's then going to be blown again into tanks on the rig, correct?

A. Yes.

Q. And within those tanks, there's

A. Okay.

Q. And actually, let's -- let's turn the page to 38.

A. 38. Okay.

Q. Now, earlier in response to questions that were put to you by the PSC and BP, you very broadly said that none of the tests that you looked at showed indications of stability.

Is that what you testified to previously?

A. Yes.

Q. Okay. With respect to the MAC4 data on page 38, could you tell me specifically what data indicates to you that the MAC4 unset foam stability test showed that the slurry was unstable?

A. Just so we saw -- we saw foam or bubble breakout.

Q. Okay. Do you know how much?

A. Volume-wise, no.

Q. Doesn't volume matter for bubble breakout?

A. Well, yes, it does to some degree. But it's still -- foam stability is

A. Correct.

Q. So I ask you again, can you please tell me why you think that that -- that slurry is unstable?

A. In this -- in the unset -- in the unset, yes. I -- it -- this is not saying with -- with certainty that this one test is saying that it's unstable.

Q. Right. But if we were to look at just this one test, that indicates it's actually stable, right, in the unset form?

MR. CHEN: Objection, form.

A. Yes, sir.

Q. All right. Now, let's talk about -- let's talk about the set foam stability test that you conducted. And I think -- well, there isn't any data because you didn't finish the test. But I'm looking at page 39 of your report and that's exhibit 5937 still.

Now, my understanding is -- just forget about all the foam stability tests above it. I want to look at the MAC4.

A. Okay.

Q. Foam set -- foam stability test