# EXHIBIT C

1

1        UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF LOUISIANA
2

3  IN RE:  OIL SPILL        )   MDL NO. 2179
   BY THE OIL RIG           )
4  "DEEPWATER HORIZON" IN   )   SECTION "J"
   THE GULF OF MEXICO, ON   )
5  APRIL 20, 2010           )   JUDGE BARBIER
                            )   MAG. JUDGE SHUSHAN

17              * * * * * * * * * * * * * * * *
                     CRAIG ALAN GARDNER
18                       VOLUME 1
                * * * * * * * * * * * * * * * *

21      Deposition of Craig Alan Gardner, as a
   Corporate Representative of Chevron, taken at the
22 Pan-American Building, 601 Poydras Street, 11th
   Floor, New Orleans, Louisiana, 70130, on the 17th
23 day of August, 2011.
24
25

**PURSUANT TO CONFIDENTIALITY ORDER**

1  are several dry components in this -- in this
2  blend. So with lab stock, you are combining
3  those into a blend in your lab. Had it been a
4  blend, then you would have accounted for that in
5  the calculations, taken the appropriate quantity
6  or mass of the blend, and then added the liquid
7  additives to it.
8     Q. M-h'm. More specifically, do you believe
9  that your testing is a reliable indication of
10 what would have happened if you tested the rig
11 blend?
12          MR. HILL: Objection, form.
13    A. I would have to test the rig blend to
14 answer that.
15    Q. (By Mr. Chen) Oh, okay. So was the
16 purpose of your -- well, was your charge just to
17 come to conclusions -- to test and come to
18 conclusions on the -- on the lab stock?
19    A. Our charge was to test the slurry design
20 in the April 12th Report and report the results
21 that we got.
22    Q. Okay.
23          THE COURT REPORTER: Two minutes.
24    Q. (By Mr. Chen) And based on your
25 experience, is -- I mean, you've tested, in your

**PURSUANT TO CONFIDENTIALITY ORDER**

# EXHIBIT D

01-36968
EAE/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## *CONFIDENTIAL*

### *WorldwideVIEW*™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Daryl Kellingray

**VOLUME 2**

JUNE 21, 2011

## *COPY*



*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing
**For U.S. & International Services**
**800 - 745 - 1101**

**Page 554**

1  then they would have come to an independent BP
2  consult -- or BP Technical Specialist.
3      Q. Okay. And I believe you said that you guys,
4  you and Mr. Cunningham, were like Consultants within
5  the organization, that is, BP; you'd be called on, if
6  and as when needed?
7      A. Yes.
8      Q. Okay. And that -- and that as a Consultant,
9  would you have expected, then, as I understand it, if
10 the BP Drilling Engineers received Exhibit 1719, and
11 they had any questions about the OptiCem Report, you
12 would expect them first to go to Jesse Gagliano and
13 talk to him about it, correct?
14     A. That would --
15         MS. KARIS: Object to form.
16     A. -- be my normal expectation.
17     Q. (By Mr. Godwin) And then, after doing that,
18 they were not satisfied, you would expect them to go to
19 Erick Cunningham, as the Western Hemisphere Cementing
20 Expert for BP, correct?
21     A. If there was something they still remained
22 concerned by, he was the next recourse if they needed
23 additional advice.
24     Q. Okay. Are you aware of anybody on the
25 Drilling Team for BP going to Erick Cunningham, after

**Page 555**

1  receiving the April 18 OptiCem Report, and asking for
2  any advice for clarification?
3      A. I'm unaware of any conversation.
4      Q. Thank you, sir.
5          Now, are you -- do you know Mr. Greg Walz?
6      A. I know the name. I'm not sure whether I ever
7  actually met him.
8      Q. Are you aware that -- or have you heard or
9  seen, learned, that he was one of the Drilling
10 Engineers, if you will, please, on the Macondo Well?
11     A. I've certainly has seen his name in some of
12 the documents, but I -- I didn't know his role --
13     Q. Are you aware that he gave a deposition in
14 this case, and during that deposition he testified, in
15 part, that on the morning of April 19th, 2010, Jesse
16 Gagliano went to him and said, "You have the OptiCem
17 Report of last evening, the 18th. It says there's
18 going to be a severe gas flow problem, and we need to
19 discuss it." Are you aware that Mr. Walz said that he
20 and Jesse talked about that? Are you aware of that,
21 sir?
22         MS. KARIS: Object to form.
23     A. I'm unaware of any conversations that happened
24 during that time.
25     Q. (By Mr. Godwin) So you're telling us, then,

**Page 556**

1  that -- that although you've talked to Mr. Corser,
2  Mr. Brock, you've talked to Mr. Cunningham, nobody has
3  told you that following the OptiCem Report of the 18th,
4  Jesse Gagliano went with concern to Greg Walz, a
5  Drilling Engineer at BP, and said, "You've got a severe
6  gas flow problem by only running seven centralizers"?
7  Is it your testimony that nobody told you that?
8          MS. KARIS: Object to form.
9      A. I'm unaware of that.
10     Q. (By Mr. Godwin) Thank you, sir.
11         I understood you to say yesterday that in
12 terms of testing of the cement slurry, that the tests
13 should be performed on samples coming in from the rig.
14 Did I understand that correctly?
15     A. That's nor -- that's the BP contractual
16 requirement, yes.
17     Q. Okay. So then -- so then do I understand you
18 to be saying that if -- that if anybody has performed
19 any test trying to replicate Halliburton's cement
20 slurry, that if they didn't use rig samples, that they
21 wouldn't be able to test the same -- they wouldn't be
22 able to te -- test with the same accuracy that
23 Halliburton did?
24     A. There would be a level of uncertainty, yes.
25     Q. There would be a level of uncertainty. And

**Page 557**

1  does uncertainty give rise to a question about
2  reliability --
3          MS. KARIS: Object to form.
4      Q. (By Mr. Godwin) -- in terms of testing?
5          MS. KARIS: Object to form.
6      A. The practice in the industry is you would
7  always want a test with the materials you're actually
8  wanting to pump into the well, because there is always
9  the risk that some contaminations occurred or
10 something's happened to the materials offshore.
11     Q. (By Mr. Godwin) And if you, in fact, use other
12 additives to test a foam cement slurry other than those
13 actually there on the rig, you run the risk that the
14 test results are not going to be credible -- credible,
15 right?
16         MS. KARIS: Object to form.
17     A. There's always the potential that they may be
18 slightly different.
19     Q. (By Mr. Godwin) And they're not going to be
20 reliable, are they?
21         MS. KARIS: Object --
22     Q. (By Mr. Godwin) Those test results will not be
23 reliable if they're tested with materials that did not
24 come from the rig, are they?
25         MS. KARIS: Object --

**PURSUANT TO CONFIDENTIALITY ORDER**

```
                                                    558
 1      Q. (By Mr. Godwin) Are they, sir?
 2          MS. KARIS: Object to form.
 3      A. There is -- it's uncertain -- there would be
 4  uncertainty, because you would actually need to look at
 5  pilot tests. You'd look at the whole realm of tests
 6  that had been completed to assess whether the rig tests
 7  and the pilot tests align.
 8      Q. And if those tests are run on materials that
 9  did not come from the rig, they would not be reliable
10  tests -- they would not be as reliable as those that
11  were tested with rig samples, would they?
12          MS. KARIS: Object to the form.
13      A. As I said, there would be a potential
14  differences, and the scale may or may -- I don't know
15  how to predict what scale that may be.
16      Q. (By Mr. Godwin) But you would not rely upon
17  those tests to the extent that you would on -- on -- on
18  tests -- tests conducted on rig samples, would you?
19          MS. KARIS: Object to form.
20      A. As I said, we have a requirement in BP, you
21  would always test anything that goes into the well
22  using rig samples.
23      Q. (By Mr. Godwin) And it -- and the reason for
24  that is because you want the -- the test to be credible
25  and reliable, correct?
```

```
                                                    559
 1          MS. KARIS: Object --
 2      A. You --
 3          MS. KARIS: -- to form.
 4      A. -- you want the most re -- re -- you want the
 5  risk accurate materials and representative samples, so
 6  you can make slurry designs which actually are most
 7  likely to predict what's happening in the field.
 8      Q. (By Mr. Godwin) And substitute samples, not
 9  coming from the rig, would not give you the same level
10  of credibility and reliability, would they, in the
11  test --
12          MS. KARIS: Object to --
13      Q. (By Mr. Godwin) -- would they, sir?
14          MS. KARIS: Object to form.
15      A. They would actually end up in -- potentially
16  having differences. And as I said, you'd want to look
17  at what datasets you have. You'd actually look at
18  deviations from other -- other materials -- sorry,
19  other samples. In these cases, you would take pilot
20  tests which actually were for materials that go to the
21  rig. You look at those pilot test results, then look
22  at how they compared with samples that come back from
23  the rig.
24      Q. (By Mr. Godwin) And credibility and
25  reliability are important in terms of comparing test
```

```
                                                    560
 1  results from rig samples compared to substitute
 2  samples, are they not?
 3          MS. KARIS: Object to form.
 4      Q. (By Mr. Godwin) Are they not, sir?
 5          MS. KARIS: Objection, form.
 6      A. You would always want to look at all the data
 7  and actually understand where the differences are.
 8      Q. (By Mr. Godwin) And -- and there would be
 9  differences. If you're testing with rig samples, they
10  would be different results from those using substitute
11  samples, correct? "Yes" or "No."
12          MS. KARIS: Objection, form.
13      A. There was -- it's quite common that we would
14  see differences.
15      Q. (By Mr. Godwin) Thank you, sir.
16          MR. GODWIN: We'll take a break.
17          THE VIDEOGRAPHER: Off the record at
18  12:16 p.m., ending Tape 13.
19          (Recess from 12:16 p.m. to 12:26 p.m.)
20          MR. GODWIN: Ready when you guys are.
21          THE VIDEOGRAPHER: All set?
22          On the record at 12:26 p.m., beginning
23  Tape 14.
24      Q. (By Mr. Godwin) Mr. Kellingray, I've got a
25  little -- little less than a half hour left, so we'll
```

```
                                                    561
 1  be through here shortly. I want to try to cover a few
 2  points with you, get through as quickly as I can.
 3      Going back on another point, we were talking
 4  about a Cement Bond Log, and we were talking about a --
 5  a failed cement, if the cement had failed. Are you
 6  familiar with what is known as a "squeeze job"?
 7      A. Yes, I am.
 8      Q. Okay. And -- and a squeeze job, will you tell
 9  us when a squeeze job is used?
10      A. A squeeze job is to re -- conducted to either
11  repair a failed primary cement job, or it can be done
12  to repair formation or repair any leaks in a well.
13      Q. And how does a -- a company such as BP
14  determine when a squeeze job should be run on one of
15  its wells?
16      A. It would normally do where there's evidence of
17  a leak or failed integrity test. So if we actually did
18  a leakoff -- I'm going to use the example of a leakoff
19  test, when you drill outside of a previous shoe, you
20  drill ahead, you do a pressure test on the wellbore,
21  and if that doesn't have the strength or integrity you
22  expect, you'd then basically do a squeeze job.
23      Q. Okay. I'm going to hand you what's been
24  marked as the Bly Report, Page 10. Look at Page 10, if
25  we can. I want to cover this very quickly. You were
```

PURSUANT TO CONFIDENTIALITY ORDER