

DALLAS  HOUSTON

*Attorneys and Counselors*

Renaissance Tower
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041

214.939.4400
800.662.8393
214.760.7332  Fax

GodwinRonquillo.com

DONALD E. GODWIN, SHAREHOLDER
BOARD CERTIFIED - CIVIL TRIAL LAW -
TEXAS BOARD OF LEGAL SPECIALIZATION
DIRECT DIAL:      214.939.4412
DIRECT FAX:       214.939.4803
DGodwin@GodwinRonquillo.com

January 9, 2012

**BY EMAIL**

The Honorable Carl J. Barbier
United States District Judge
500 Poydras Street, Room C-268
New Orleans, Louisiana  70130

      Re:    Motion to Preclude Evidence Regarding Clawed-Back or Stricken Documents or Documents or Information Otherwise Excluded from the Scope of Appropriate Discovery in Pre-Trial Discovery Rulings

Dear Judge Barbier:

      In accordance with the Court's November 14, 2011 Order setting a briefing schedule concerning motions *in limine* [Rec. doc. 4572, ¶ 12], Halliburton Energy Services, Inc. ("HESI") moves to preclude documents excluded from the scope of appropriate discovery in pre-trial discovery rulings and submits the following non-exclusive list of documents that should be excluded.

**I.**    **Objections to and Motion to Strike all HESI Clawed-Back Documents and all Documents Containing or Referencing HESI Clawed-Back Documents**

      Pursuant to Pre-Trial Order 14, HESI clawed-back documents inadvertently produced and requested that all other parties refrain from further review, refrain from further copying or distribution and return or destroy all copies. (Rec. Doc. 655 ¶¶ 6 - 10). HESI moves to preclude any and all use of these inadvertently produced documents.[1]

      HESI also objects to any and all references to HESI's inadmissible clawed-back documents, including, but not limited to, trial testimony and exhibits, deposition testimony and deposition testimony designations, *e.g.* Exhibits 721, 4338, 5785 (unredacted version) and 972, and references to and use of the clawed-back documents within the deposition testimony, *e.g.* the deposition testimony of Thomas Roth and Roland Chemali. HESI provided a redacted version of HAL_1229969-70, which corrects Exhibit 5785.

---

[1] Nothing in this letter should be construed as a waiver of HESI's privilege claims over any clawed-back documents not listed herein.

The Honorable Carl J. Barbier
January 9, 2012
Page 2

## II.     Objections to and Motion to Strike any and all Stricken HESI Documents or Documents or Information Otherwise Excluded from the Scope of Appropriate Discovery in Pre-Trial Discovery Rulings

HESI objects to any and all references or use of stricken HESI documents or documents or information otherwise excluded from the scope of appropriate discovery in pre-trial discovery rulings.

HESI respectfully requests that the Court strike any reference to or use of HESI documents excluded in pre-trial discovery rulings.

Respectfully submitted,

Donald E. Godwin

DEG:ALB