UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, on APRIL 20, 2010 | § § § § | MDL NO. 2179 |
| THIS DOCUMENT RELATES TO: | § § | JUDGE BARBIER |
| ALL CASES | § | MAG. JUDGE SHUSHAN |

## ORDER

**IT IS ORDERED** that the January 4, 2012 ORDER Amending the Court's previous Order of December 28, 2011, establishing an account and reserve (Rec. Doc. 5022) is **VACATED**.

New Orleans, Louisiana this ____ day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE