UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | CIVIL ACTION NO. 2:10-MD-02179 |
| | SECTION:  J |
| THIS DOCUMENT RELATES TO: ALL ACTIONS (including 10-2771) | JUDGE BARBIER MAG. JUDGE SHUSHAN |

****************************************************************************

### EXPEDITATED MOTION FOR RECONSIDERATION OF THE COURT'S DECEMBER 28, 2011 ORDER AND REASONS AS TO THE PSC'S MOTION TO ESTABLISH ACCOUNT AND RESERVE FOR LITIGATION EXPENSES

NOW INTO COURT COME Claimants, Joe Winkeler and February Corporation, who have filed claims with the GCCF but have not filed a Complaint in either state or federal court and have not filed in the limitation proceeding that is currently pending before this Court and are appearing in front of this Court for the sole purpose of objecting to the Order and Reasons as to the PSC's Motion to Establish Account and Reserve for Litigation Expenses ("Order") (Doc. 5022).

Claimants and undersigned counsel respectfully request that the Court reconsider its December 28, 2011 Order and Reasons as to the PSC's Motion to Establish Account and Reserve for Litigation Expenses ("Order") (Doc. 5022) in an expedited manner.  The Order treats Claimants in an inconsistent manner in that the Court excluded state court plaintiffs from this order but did not exclude claimants who only have claims pending with the Gulf Coast Claims Facility (GCCF).  The facts pertaining to the claimants are the same.  Neither set of Claimants have filed a suit, participated in or received a benefit from this MDL.

1

Expedited consideration of this motion is necessary so that the GCCF does not apply the order in an inconsistent manner which would in essence be an unconstitutional taking from these claimants of their award which compensated them for loss revenue due to the oil spill.

For these reasons and those stated in our accompanying memorandum, Claimant respectfully request that the Court, in an expedited fashion, reconsider its December 28, 2011 Order and Reasons as to the PSC's Motion to Establish Account and Reserve for Litigation Expenses.

Date:   January 11, 2012                    Respectfully submitted,

/s/Daniel E. Becnel, Jr.
Daniel E. Becnel, Jr. (2926)
Salvadore Christina, Jr. (27198)
William Percy (01532 )
BECNEL LAW FIRM, LLC
106 W. SEVENTH STREET
P.O. DRAWER H
RESERVE, LA 70084
(985) 536-1186

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of January, 2012, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Don K. Haycraft, James P. Roy and Stephen J. Herman by operation of the Court's electronic filing system and to all counsel of record through the Lexis Nexis File & Serve.

/s/Daniel E. Becnel, Jr.
Daniel E. Becnel, Jr.