UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>CIVIL ACTION NO. 2:10-MD-02179<br><br>SECTION:  J |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS<br>(including 10-2771) | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**************************************************************************

## REQUEST FOR ORAL ARGUMENT

Claimants respectfully request oral argument on their Expedited Motion To Reconsider December 28, 2011 Order and Reasons as to the PSC's Motion to Establish Account and Reserve for Litigation Expenses. (Doc. 5022).  Claimants believe that oral argument may assist the Court in evaluating the legal and factual issues raised by the Motion.

 Respectfully submitted,

 /s/ Daniel E. Becnel, Jr.
 Daniel E. Becnel, Jr. (2926)
 Salvadore Christina, Jr. (27198)
 Will Percy (01532)
 BECNEL LAW FIRM, LLC
 106 W. SEVENTH STREET
 P.O. DRAWER H
 RESERVE, LA 70084
 (985) 536-1186

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of January, 2012, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Don K. Haycraft, James P. Roy and Stephen J. Herman by operation of the Court's electronic filing system and to all counsel of record through the Lexis Nexis File & Serve.

             */s/ Daniel E. Becnel, Jr.*