UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>CIVIL ACTION NO. 2:10-MD-02179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER<br>     MAG. JUDGE SHUSHAN |

| | |
|---|---|
| BILL'S OYSTER HOUSE, ET AL | 10-1308 |
| RODRIGUE, ET AL | 10-1325 |
| GAUTREAUX, ET AL | 10-1539 |
| HARRIS, ET AL | 10-2078 |
| MEYER, ET AL | 10-2650 |
| LOUP | 10-2764 |
| BURAS | 10-2994 |
| CRENSHAW | 10-3255 |
| THIGPEN | 10-3273 |
| WALTON | 10-4204 |
| ARMAND'S BISTRO | 10-4489 |
| COCO | 11-946 |
| DAVID BROWN, ET AL | 11-1114 |
| ANSARDI, ET AL | 11-1129 |
| MANIERI, ET AL | 11-1137 |
| AVERETTE, ET AL | 11-1138 |
| BLANCHARD, ET AL | 11-1139 |
| BENTLEY, ET AL | 11-1140 |
| BLOUIN, ET AL | 11-1219 |
| MINOR, ET AL | 11-1220 |
| BOATENG, ET AL | 11-1383 |
| **(including 10-2771)** | |

**************************************************************************

**EXPEDITATED MOTION FOR RECONSIDERATION OF THE COURT'S DECEMBER 28, 2011 ORDER AND REASONS AS TO THE PSC'S MOTION TO ESTABLISH ACCOUNT AND RESERVE FOR LITIGATION EXPENSES**

**NOW INTO COURT COME** Plaintiffs, who have filed claims with the GCCF, filed in the limitation proceeding with an objection to being represented by the PSC, and filed either in Federal Court or State Court (had case removed).

1

Plaintiffs respectfully request that the Court reconsider its December 28, 2011 Order and Reasons as to the PSC's Motion to Establish Account and Reserve for Litigation Expenses ("Order") (Doc. 5022) in an expedited manner.

| | |
|---|---|
| Date:  January 11, 2012 | Respectfully submitted, |
| | s//Daniel E. Becnel, Jr.<br>Daniel E. Becnel, Jr. (2926)<br>Salvadore Christina, Jr. (27198)<br>William Percy (01532 )<br>BECNEL LAW FIRM, LLC<br>106 W. SEVENTH STREET<br>P.O. DRAWER H<br>RESERVE, LA 70084<br>(985) 536-1186 |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of January, 2012, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Don K. Haycraft, James P. Roy and Stephen J. Herman by operation of the Court's electronic filing system and to all counsel of record through the Lexis Nexis File & Serve.

s//Daniel E. Becnel, Jr.
Daniel E. Becnel, Jr.

2