UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MASTER DOCKET NO: 10-MD-2179 |
| THIS DOCUMENT RELATES TO: 11-CV-03180 | CIVIL ACTION NO: 11-CV-03180 |
| THANH HAI, INC.; TONY NGUYEN;KHANG VAN DANG, and more than 700 persons named herein, | SECTION: "J" |
| | DIVISION: "I" |
| vs. | |
| BP AMERICA PRODUCTION COMPANY, ET AL. | |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF HYUNDAI HEAVY INDUSTRIES CO., LTD.

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Thanh Hai, Inc., Tony Nguyen, Khang Van Dang, and all other persons named as plaintiffs in the above-captioned complaint, through undersigned counsel, hereby voluntarily dismiss this action without prejudice as against Defendant Hyundai Heavy

Industries Co., Ltd. ("HHI") only.[1] HHI has not served either an answer or a motion for summary judgment in response to Plaintiffs' complaint.

    Respectfully submitted:

    BY:    /s/ Stephen S. Kreller

    THE KRELLER LAW FIRM

        Stephen S. Kreller (LA # 28840)
        4224 Canal Street
        New Orleans, LA 70119
        Telephone: 504-484-3488
        Facsimile: 888-294-6091
        Email: ssk@krellerlaw.com

    FAEGRE & BENSON

        Gerard M. Nolting
        William L. Roberts
        Craig S. Coleman
        2200 Wells Fargo Center
        90 South Seventh Street
        Minneapolis, MN 55402
        Telephone: 612-766-7000
        Facsimile: 612-766-1600
        Email: gnolting@faegre.com
        Email: wroberts@faegre.com
        Email: ccoleman@faegre.com

    LANGSTON & LOTT, P.A.

        Duncan Lott
        Casey L. Lott
        100 South Main Street
        Booneville, MS 38829
        Telephone: 662-728-9733
        Facsimile: 662-728-1992
        **ATTORNEYS FOR PLAINTIFFS**

---

[1] *See*, *e.g.*, *Plains Growers, Inc. ex rel. Florists' Mut. Ins. Co. v. Ickes-Braun Glasshouses, Inc.*, 474 F.2d 250, 254-55 (5th Cir. 1973) ("[A] plaintiff is entitled to a dismissal against one defendant under Rule 41(a), even though the action against another defendant would remain pending.").

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiffs' Notice of Voluntary Dismissal Without Prejudice of Hyundai Heavy Industries Co., Ltd. has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 10th day of January, 2012.

/s/ Stephen S. Kreller
Stephen S. Kreller (LA # 28840)