UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MASTER DOCKET NO: 10-MD-2179 |
| THIS DOCUMENT RELATES TO:  11-CV-03180 | CIVIL ACTION NO: 11-CV-03180 |
| THANH HAI, INC.; TONY NGUYEN;KHANG VAN DANG, and more than 700 persons named herein, vs. BP AMERICA PRODUCTION COMPANY, ET AL. | SECTION: "J" DIVISION: "I" |

**O R D E R**

Considering the above and foregoing,

  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT this action is dismissed without prejudice as against Defendant Hyundai Heavy Industries Co., Ltd.

  New Orleans, Louisiana this ____ day of January, 2012.

                _____
                United States Judge