UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig          MDL NO. 2179
    "Deepwater Horizon" in the Gulf
    of Mexico, on April 20, 2010           SECTION J

Applies to: *All Cases*                  JUDGE BARBIER
                                        MAGISTRATE JUDGE SHUSHAN

[Allocation of Examination Time for Ronald Crook]

Ronald Crook, a cement expert for BP, will be deposed on January 17 and 18, 2012.

|  | **Request** | **Allocation** |
|---|---|---|
| HESI | 420 minutes | 360 minutes |
| PSC | 290 minutes | 125 minutes |
| TO | 90 minutes | 75 minutes |
| Weatherford | 45 minutes | 35 minutes |
| Cameron | 30 minutes | 15 minutes |
| U.S. | 330 minutes | 300 minutes |
| Anadarko | No request | 0 minutes |
| M-I | 15 minutes | 10 minutes |
| Dril-Quip | 15 minutes | 10 minutes |
| MOEX | No request | 0 minutes |
| HESI | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | |
| BP | 30 minutes (rebuttal) | 30 minutes |
|  | **Total** | **960 minutes** |

New Orleans, Louisiana, this 12th day of January 2012.

                                                                                                                                                                                                                                                                                            _____
                                                                               SALLY SHUSHAN
                                                                                **United States Magistrate Judge**