**LexisNexis· File & Serve**

Welcome:   Valenti, Regina
Herman Herman Katz & Cotlar LLP

Resource Center | File & Serve Preferences | Sign Off

| Home | Filing & Service | Alerts | Search |

Case History | Cases Search | Daily Docket | Transaction Status | Advanced Search | Service of Process Transactions

*TIP:* Receive notifications of new Filing & Service activity that match your search criteria. Click on the Alerts tab.

Documents/Transactions Search > Results > **Transaction 40843228**

Printable Version   Transaction Report   <<Previous transaction   Next transaction>>

**Case number:** MC MDL-2179 [View Case History]            Served only (public) at 11/10/2011 5:35 PM CST
**Case name:** In re: MDL-2179 Oil Spill by the Oil Rig (Deepwater Horizon)
**Court:** LA US District Court Eastern District E-Service-Oil Spill

⊙ View all document(s) as a list    ○ View document(s) inline

⊟ **Document List (1)**      **Total Statutory Fees: $0.00**

**Main Document, 1 page    ID: 52518947**
Document History | PDF Format | Original Format

| | |
|---|---|
| **Document type:** | Order |
| **Security:** | Secure Public |
| **Statutory fee:** | $0.00 |
| **Document title:** | ORDERED that any responses to the Motion to Establish Account and Reserve for Litigation Expenses (Rec. Doc. [4507]) shall be filed no later than November 21, 2011 and shall not exceed 10 pages, at which time the Court will take the Motion under advisement. Signed by Judge Carl Barbier on 11-10-11.(Reference: all cases)(sek, ) [4553] |
| **Clerk review status/action:** | N/A |

⊟ **Parties and Recipients**   View Read Status 🛈

⊟ Sending Parties (1)

| ▲Party | Party Type | Attorney | Attorney Type | Firm |
|---|---|---|---|---|
| LexisNexis Service | Interested Party | Service, LexisNexis | Attorney in Charge | LexisNexis Service |

## Recipients (812)

1-50 of 812 recipients  <<Prev | Page 1 of 17 | Next>>

| Party | Party Type | Attorney | Firm | Delivery Status | Delivery Method | Type |
|---|---|---|---|---|---|---|
| Plaintiff | Interested Party | A Brantley Fry | Beasley Allen Crow Methvin Portis & Miles PC | 11/10/2011 5:35 PM CST | E-Service | Service |
| Plaintiff | Interested Party | A Craig Eiland | Eiland, A Craig | 11/10/2011 5:35 PM CST | E-Service | Service |
| Plaintiff | Interested Party | A Scott Tillery | Tillery & Tillery | 11/10/2011 5:35 PM CST | E-Service | Service |
| Defendant | Interested Party | Aaron Finesilver Esq | Lydecker Lee Berga & De Zayas LLC | 11/10/2011 5:35 PM CST | E-Service | Service |
| Plaintiff | Interested Party | Aaron S Joplhin Esq | Bell Legal Group | 11/10/2011 5:35 PM CST | E-Service | Service |
| Plaintiff | Interested Party | Adam M Milam | Milam & Milam LLC | 11/10/2011 5:35 PM CST | E-Service | Service |
| Plaintiff | Interested Party | Adam Quentin Voyles | Lubel Voyles LLP | 11/10/2011 5:35 PM CST | E-Service | Service |
| Plaintiff | Interested Party | Adrian A Colon Jr | BALLAY BRAUD & COLON PLC | 11/10/2011 5:35 PM CST | E-Service | Service |
| Defendant | Interested Party | Aimee Williams | Godwin Ronquillo PC-Dallas | 11/10/2011 5:35 PM CST | E-Service | Service |
| Claimant | Interested Party | Al Robert Jr | Robert, Al J Jr LLC | 11/10/2011 5:35 PM CST | E-Service | Service |
| Defendant | Interested Party | Alan M Weigel | Blank Rome LLP-New York | 11/10/2011 5:35 PM CST | E-Service | Service |
| Plaintiff | Interested Party | Albert Joseph Rebennack | Rebennack, Albert J | 11/10/2011 5:35 PM CST | E-Service | Service |
| Defendant | Interested Party | Albert Nicaud | Nicaud & Sunseri | 11/10/2011 5:35 PM CST | E-Service | Service |
| Intervenor | Interested Party | Aldric Poirier Jr | Blue Williams LLP | 11/10/2011 5:35 PM CST | E-Service | Service |
| Plaintiff | Interested Party | Alex Alvarez | Alvarez, Alex PA | 11/10/2011 5:35 PM CST | E-Service | Service |
| Defendant | Interested Party | Alexandra Fernandez | Godwin Ronquillo PC-Dallas | 11/10/2011 5:35 PM CST | E-Service | Service |
| Defendant | Interested Party | Alexia Depottere-Smith | Covington & Burling LLP-San Francisco | 11/10/2011 5:35 PM CST | E-Service | Service |
| Plaintiff | Interested Party | Alfred Benjamin Gordon III | Keefe Anchors Gordon & Moyle | 11/10/2011 5:35 PM CST | E-Service | Service |
| Plaintiff | Interested Party | Alfred Zach Butterworth | Hesse & Butterworth PLLC | 11/10/2011 5:35 PM CST | E-Service | Service |
| Defendant | Interested Party | Allan B Moore | Covington & Burling LLP-DC | 11/10/2011 5:35 PM CST | E-Service | Service |
| Plaintiff | Interested Party | Allan Kanner Esq | Kanner & Whiteley LLC | 11/10/2011 5:35 PM CST | E-Service | Service |
| Movant | Interested Party | Allan Kanner Esq | Kanner & Whiteley LLC | 11/10/2011 5:35 PM CST | E-Service | Service |
| Plaintiff | Interested Party | Alton J Hall Esq | Delise & Hall | 11/10/2011 5:35 PM CST | E-Service | Service |
| Plaintiff | Interested Party | Alysson L Mills Esq | Fishman Haygood Phelps Walmsley Willis & Swanson LLP | 11/10/2011 5:35 PM CST | E-Service | Service |
| Intervenor | Interested Party | Alysson L Mills Esq | Fishman Haygood Phelps Walmsley Willis & Swanson LLP | 11/10/2011 5:35 PM CST | E-Service | Service |
| Plaintiff | Interested Party | Amanda Slevinski | Levin Papantonio Thomas Mitchell Rafferty & Proctor PA | 11/10/2011 5:35 PM CST | E-Service | Service |
| Intervenor | Interested Party | Andrea Mahady Price | Barrasso Usdin Kupperman Freeman & Sarver LLC | 11/10/2011 5:35 PM CST | E-Service | Service |
| Plaintiff | Interested Party | Andres F Alonso | Parker Waichman Alonso LLP | 11/10/2011 5:35 PM CST | E-Service | Service |
| Plaintiff | Interested Party | Andrew A Lemmon Esq | Lemmon Law Firm LLC | 11/10/2011 5:35 PM CST | E-Service | Service |
| Plaintiff | Interested Party | Andrew F Knopf | Newsome Law Firm | 11/10/2011 5:35 PM CST | E-Service | Service |
| Plaintiff | Interested Party | Andrew Jacoby | Jones Swanson Huddell & Garrison LLC | 11/10/2011 5:35 PM CST | E-Service | Service |
| Intervenor | Interested Party | Andrew Jacoby | Jones Swanson Huddell & Garrison LLC | 11/10/2011 5:35 PM CST | E-Service | Service |
| Defendant | Interested Party | Andy J Dupre | Flanagan Partners LLP | 11/10/2011 5:35 PM CST | E-Service | Service |
| Plaintiff | Interested Party | Angel L Byrum | Orrill Cordell & Beary LLC | 11/10/2011 5:35 PM CST | E-Service | Service |
| Defendant | Interested Party | Angel Tang | Arnold & Porter LLP-Los Angeles | 11/10/2011 5:35 PM CST | E-Service | Service |
| Defendant | Interested Party | Angelle Adams | Godwin Ronquillo PC-Dallas | 11/10/2011 5:35 PM CST | E-Service | Service |
| Plaintiff | Interested Party | Annika K Martin | Lieff Cabraser Heimann & Bernstein LLP-San Francisco | 11/10/2011 5:35 PM CST | E-Service | Service |
| Plaintiff | Interested Party | Anthony G Buzbee | Buzbee Law Firm | 11/10/2011 5:35 PM CST | E-Service | Service |

| | | | | | |
|---|---|---|---|---|---|
| Claimant | Interested Party | Anthony G Buzbee | Buzbee Law Firm | 11/10/2011 5:35 PM CST  E-Service | Service |
| Interested Party | Interested Party | Anthony Irpino | Irpino Law Firm | 11/10/2011 5:35 PM CST  E-Service | Service |
| Plaintiff | Interested Party | Anthony Tarricone | Kreindler & Kreindler LLP | 11/10/2011 5:35 PM CST  E-Service | Service |
| Claimant | Interested Party | April Ladner | Hortman Harlow Bassi Robinson & Mcdaniel PLLC | 11/10/2011 5:35 PM CST  E-Service | Service |
| Plaintiff | Interested Party | Arnold Levin | Levin Fishbein Sedran & Berman | 11/10/2011 5:35 PM CST  E-Service | Service |
| Defendant | Interested Party | Arthur Anthony Lemann III | Lemann, Arthur A III & Associates Inc | 11/10/2011 5:35 PM CST  E-Service | Service |
| Plaintiff | Interested Party | Arthur Anthony Lemann III | Lemann, Arthur A III & Associates Inc | 11/10/2011 5:35 PM CST  E-Service | Service |
| Defendant | Interested Party | Arthur Anthony Lemann IV | Lemann, Arthur A III & Associates Inc | 11/10/2011 5:35 PM CST  E-Service | Service |
| Plaintiff | Interested Party | Arthur Anthony Lemann IV | Lemann, Arthur A III & Associates Inc | 11/10/2011 5:35 PM CST  E-Service | Service |
| Plaintiff | Interested Party | Arthur Mahony Murray | Murray Law Firm | 11/10/2011 5:35 PM CST  E-Service | Service |
| Movant | Interested Party | Ashley C Parrish | King & Spalding-DC | 11/10/2011 5:35 PM CST  E-Service | Service |
| Claimant | Interested Party | Barry A Roach | Roach, Larry A Inc | 11/10/2011 5:35 PM CST  E-Service | Service |

1-50 of 812 recipients   <<Prev | Page 1 of 17 | Next>>

### Additional Recipients (0)

| Document/Notice | Name | Delivery Method | Delivery Status |
|---|---|---|---|
| | | none available | |

### Sender Information

| | |
|---|---|
| Submitted by: | Greg 154203 LoProto, LexisNexis File & Serve |
| Authorizer: | LexisNexis Service, LexisNexis Service |

<<Previous transaction                    Next transaction>>



About LexisNexis | Terms & Conditions | Privacy | Customer Support - 1-888-529-7587
Copyright © 2012 LexisNexis®, a division of Reed Elsevier Inc. All rights reserved.