Click to Print

View the Read Status for Transaction ID 40843228 for the following e-served recipients and/or members of their organization. This feature is not available for tracking any US Mail or fax recipients, any courtesy email notifications, nor the Read Status of court personnel.

| Recipient Name | Recipient Organization | Date/Time Read |
|---|---|---|
| Laizer, Edwin C. | Adams & Reese LLP-New Orleans | Pending |
| Stern, Martin A. | Adams & Reese LLP-New Orleans | Pending |
| Adams, Samuel T. | Adams, Samuel T | Pending |
| Adcock, Christina M. | Alford Clausen & McDonald LLC | Pending |
| Alters, Jeremy | Alters Law Firm | Pending |
| Moore, Matthew | Alters Law Firm | Pending |
| Rash, David C. | Alters Law Firm | Pending |
| Barbara, Richard L. Esq | Alvarez & Barbara LLP | Pending |
| de las Salas, Gabriel M. Esq | Alvarez & Barbara LLP | Pending |
| Alvarez, Alex | Alvarez, Alex PA | Pending |
| Taylor, Thomas W. | Andrews Kurth LLP-Houston | Pending |
| Andry, Jonathan | Andry Law Group LLC | Pending |
| Arceneaux, Robert E. | Arceneaux, Robert E LLC | Pending |
| Arnold, Kurt B. | Arnold & Itkin LLP | Pending |
| Itkin, Cory D. | Arnold & Itkin LLP | Pending |
| Itkin, Jason A. | Arnold & Itkin LLP | Pending |
| Other Firm Members | Arnold & Itkin LLP | 11/10/2011 5:37 PM CST |
| Skrabanek, Matthew P. | Arnold & Itkin LLP | Pending |
| Wynne, Robert | Arnold & Itkin LLP | Pending |
| Israel, Brian | Arnold & Porter LLP-DC | Pending |
| Heartney, Matthew | Arnold & Porter LLP-Los Angeles | Pending |
| Tang, Angel | Arnold & Porter LLP-Los Angeles | Pending |
| Atchison, Derek | Atchison Firm PC | Pending |
| Atchison, James E. | Atchison Firm PC | Pending |
| Beebe, Donald G. | Atchison Firm PC | Pending |
| Kent, Russell S. | Attorney General Office-Florida | Pending |
| Smith, Chesterfield | Attorney General Office-Florida | Pending |
| Bradford, Brad | Aylstock Witkin Kreis & Overholtz PLLC | Pending |
| Axvig, Nathan | Azar, Franklin D & Associates PC-Aurora | Pending |
| Bagwell, David A. | Bagwell, David A | Pending |
| Jones, Lawrence L. II | Bahe Cook Cantley & Jones | Pending |
| Ward, Jasper D. | Bahe Cook Cantley & Jones | Pending |
| Sternberg, Scott | Baldwin Haspel Burke & Mayer LLC | Pending |

| Ticer, Bernard H. | Baldwin Haspel Burke & Mayer LLC | Pending |
|---|---|---|
| Braud, Stephen J. | BALLAY BRAUD & COLON PLC | Pending |
| Colon, Adrian A. Jr | BALLAY BRAUD & COLON PLC | Pending |
| Leblanc, J B. IV | Baron & Budd | Pending |
| Budd, Russell W. | Baron & Budd PC-Dallas | Pending |
| Burke, Carla | Baron & Budd PC-Dallas | Pending |
| Espino, Irma | Baron & Budd PC-Dallas | Pending |
| McCrea, Mitchell | Baron & Budd PC-Dallas | Pending |
| McDougal, Cary | Baron & Budd PC-Dallas | Pending |
| Other Firm Members | Baron & Budd PC-Dallas | 11/10/2011 5:43 PM CST |
| Sanchez, Cristina | Baron & Budd PC-Dallas | Pending |
| Sims, Thomas | Baron & Budd PC-Dallas | Pending |
| Summy, Scott | Baron & Budd PC-Dallas | Pending |
| Barrasso, J | Barrasso Usdin Kupperman Freeman & Sarver LLC | Pending |
| Joyce, J | Barrasso Usdin Kupperman Freeman & Sarver LLC | Pending |
| Kupperman, Stephen | Barrasso Usdin Kupperman Freeman & Sarver LLC | Pending |
| Price, Andrea M. | Barrasso Usdin Kupperman Freeman & Sarver LLC | Pending |
| Barrett, John W. | Barrett Law Office PA | Pending |
| McMullan, David M. | Barrett Law Office PA | Pending |
| Barrios, Dawn M. | Barrios Kingsdorf & Casteix LLP | Pending |
| Kingsdorf, Bruce S. | Barrios Kingsdorf & Casteix LLP | Pending |
| Alvarez, Mekel | Bart, Morris LLC | Pending |
| Bart, Morris | Bart, Morris LLC | Pending |
| Beasley, Jere L. | Beasley Allen Crow Methvin Portis & Miles PC | Pending |
| Boutwell, Christopher D. | Beasley Allen Crow Methvin Portis & Miles PC | Pending |
| Fry, A B. | Beasley Allen Crow Methvin Portis & Miles PC | Pending |
| Jones, Rhon E. | Beasley Allen Crow Methvin Portis & Miles PC | Pending |
| Miller, Joseph P. | Beasley Allen Crow Methvin Portis & Miles PC | Pending |
| Other Firm Members | Beasley Allen Crow Methvin Portis & Miles PC | 11/11/2011 8:04 AM CST |
| Shaul, Roman | Beasley Allen Crow Methvin Portis & Miles PC | Pending |
| Stratton, Richard D. | Beasley Allen Crow Methvin Portis & Miles PC | Pending |
| Tomlinson, John E. | Beasley Allen Crow Methvin Portis & Miles | Pending |

| | PC | |
|---|---|---|
| Beasley, Ryan Sr | Beasley, Ryan E Sr | Pending |
| Beck, David J. | Beck Redden & Secrest LLP | 11/11/2011 8:31 AM CST |
| Gannaway, Geoffrey | Beck Redden & Secrest LLP | Pending |
| Jones, David | Beck Redden & Secrest LLP | Pending |
| Other Firm Members | Beck Redden & Secrest LLP | 11/14/2011 2:28 PM CST |
| Redden, Joe W. | Beck Redden & Secrest LLP | Pending |
| Becnel, Christopher D. | Becnel Law Firm LLC-Reserve | Pending |
| Becnel, Daniel E. Jr | Becnel Law Firm LLC-Reserve | Pending |
| Becnel, Darryl | Becnel Law Firm LLC-Reserve | Pending |
| Becnel, Toni | Becnel Law Firm LLC-Reserve | Pending |
| Christina, Salvadore Jr | Becnel Law Firm LLC-Reserve | Pending |
| Moreland, Matthew B. | Becnel Law Firm LLC-Reserve | Pending |
| Becnel, Robert M. Esq | Becnel Robert M | Pending |
| Beevers, Raylyn | Beevers & Beevers LLP | Pending |
| Beevers, Wiley | Beevers & Beevers LLP | Pending |
| Mauterer, Steven | Beevers & Beevers LLP | Pending |
| Murphy, Edward J. | Beirne Maynard & Parsons LLP-Houston | Pending |
| Other Firm Members | Beirne Maynard & Parsons LLP-Houston | 11/14/2011 9:28 AM CST |
| Bell, J E. III | Bell Legal Group | Pending |
| Jophlin, Aaron S. Esq | Bell Legal Group | Pending |
| Berniard, Jeffrey P. Esq | Berniard Law Firm | Pending |
| Betzer, Bruce C. Jr | Betzer, Bruce C | Pending |
| Bezou, Jacques F. Esq | Bezou Law Firm | Pending |
| Collins, Michael Esq | Bickel & Brewer | Pending |
| Hickox, Kenneth | Bickel & Brewer | Pending |
| Pearman, Nathan D. | Bickel & Brewer | Pending |
| Renard, Jim | Bickel & Brewer | Pending |
| Bilek, Kelly C. | Bilek Law Firm LLP | Pending |
| Bilek, Thomas E. | Bilek Law Firm LLP | Pending |
| Fitch, Warren A. | Bingham McCutchen LLP - DC | Pending |
| Franco, Sandra | Bingham McCutchen LLP - DC | Pending |
| Kirby, Ky | Bingham McCutchen LLP - DC | Pending |
| Levine, Randall | Bingham McCutchen LLP - DC | Pending |
| Other Firm Members | Bingham McCutchen LLP - DC | 11/10/2011 6:05 PM CST |
| Dragna, James | Bingham McCutchen LLP-Los Angeles | Pending |

| | | |
|---|---|---|
| Weigel, Alan M. | Blank Rome LLP-New York | Pending |
| Bleau, Thomas Esq | Bleau Fox PLC | Pending |
| Fox, Martin Esq | Bleau Fox PLC | Pending |
| Rees, Samuel T. Esq | Bleau Fox PLC | 11/22/2011 2:17 PM CST |
| Buck, Thomas G. | Blue Williams LLP | Pending |
| Lacy, Virgil A. III | Blue Williams LLP | Pending |
| Poirier, Aldric Jr | Blue Williams LLP | Pending |
| Bohrer, Philip Esq | Bohrer Law Firm LLC | Pending |
| Brady, Scott E. Esq | Bohrer Law Firm LLC | Pending |
| Isaacson, William | Boies Schiller & Flexner LLP-DC | Pending |
| Warburton, Tom | Bradley Arant Boult Cummings LLP-Birmingham | Pending |
| Drinkwater, W W. | Bradley Arant Boult Cummings LLP-Jackson | Pending |
| Wilson, Jack L. | Bradley Arant Boult Cummings LLP-Jackson | Pending |
| Butler, Peter J. Esq | Breazeale Sachse & Wilson LLP | Pending |
| Foster, Murphy J. Esq | Breazeale Sachse & Wilson LLP | Pending |
| Passler, Richard G. Esq | Breazeale Sachse & Wilson LLP | Pending |
| Breit, Jeffrey A. | Breit Drescher Imprevento & Walker PC | Pending |
| Moroux, Jerome H. | Broussard & David | Pending |
| Bruno, Joseph M. Sr | BRUNO & BRUNO LLP | Pending |
| DeBarbieris, Melissa | BRUNO & BRUNO LLP | Pending |
| Hatcher, Christopher M. | BRUNO & BRUNO LLP | Pending |
| Burgess, L Clayton | Burgess, L Clayton APLC | Pending |
| Tozzi, Rik S. | Burr & Forman LLP-Atlanta | Pending |
| Adams, Caroline | Buzbee Law Firm | 11/10/2011 5:39 PM CST |
| Buzbee, Anthony G. | Buzbee Law Firm | Pending |
| Calvert, Thomas B. | Calvert, Thomas B APLC | Pending |
| Craig, Bruce A. | Carlile Craig LLP | Pending |
| Parsons, Justin W. Esq | Carr Allison | Pending |
| Finn, William | Carver Darden Koretzky Tessier Finn Blossman & Areaux LLC | Pending |
| Nizialek, Philip D. | Carver Darden Koretzky Tessier Finn Blossman & Areaux LLC | Pending |
| Other Firm Members | Carver Darden Koretzky Tessier Finn Blossman & Areaux LLC | 11/11/2011 9:12 AM CST |
| Stassi, Robert S. | Carver Darden Koretzky Tessier Finn Blossman & Areaux LLC | Pending |
| Fink, Marc | Center for Biological Diversity | Pending |
| McDill, Jessica M. | Chason & Chason PC | Pending |
| Chhabra, Rogen K. | Chhabra & Gibbs PA | Pending |

| | | |
|---|---|---|
| Gibbs, Darryl M. | Chhabra & Gibbs PA | Pending |
| LaCour, Gregory S. | Christovich & Kearney LLC | Pending |
| Marshall, H C. | Christovich & Kearney LLC | Pending |
| Tully, Kevin R. | Christovich & Kearney LLC | Pending |
| Clark, Lange | Clark, Lange PC | Pending |
| Clegg, Michael V. | Clegg, Michael V APLC | Pending |
| Christy, Walter | Coats Rose Yale Ryman & Lee PC-Houston | Pending |
| Credeur, Jacob | Coats Rose Yale Ryman & Lee PC-Houston | Pending |
| Gonzalez, Ervin A. | Colson Hicks Eidson | Pending |
| Keiser, Jeff J. Esq | Colson Hicks Eidson | Pending |
| Colvin, David L. | Colvin Law Firm | Pending |
| Coon, Brent | Coon, Brent & Associates-Beaumont | Pending |
| Juren, Jessica W. | Coon, Brent & Associates-Houston | Pending |
| Britt, Darin S. | Cossich Sumich Parsiola & Taylor LLC | Pending |
| Cossich, Christina M. | Cossich Sumich Parsiola & Taylor LLC | Pending |
| Cossich, Philip F. Jr | Cossich Sumich Parsiola & Taylor LLC | Pending |
| Kaufman, Mark | Cossich Sumich Parsiola & Taylor LLC | Pending |
| Parsiola, David A. | Cossich Sumich Parsiola & Taylor LLC | Pending |
| Sumich, Darren D. | Cossich Sumich Parsiola & Taylor LLC | Pending |
| Taylor, Brandon J. | Cossich Sumich Parsiola & Taylor LLC | Pending |
| Couhig, Robert E. | Couhig Partners LLC | Pending |
| Lemann, Jonathan | Couhig Partners LLC | Pending |
| Maher, Lisa | Couhig Partners LLC | Pending |
| Coumanis, Christ N. | Coumanis & York PC | Pending |
| Moore, Allan B. | Covington & Burling LLP-DC | Pending |
| Other Firm Members | Covington & Burling LLP-DC | 11/11/2011 8:35 AM CST |
| Wenk, Christopher | Covington & Burling LLP-DC | Pending |
| Depottere-Smith, Alexia | Covington & Burling LLP-San Francisco | Pending |
| Goodwin, David | Covington & Burling LLP-San Francisco | Pending |
| Crow, George E. | Crow, George E | Pending |
| Cunard, Rebecca A. | Cunard, Rebecca A | Pending |
| Bonner, William | Cunningham Bounds LLC | Pending |
| Cunningham, Robert T. | Cunningham Bounds LLC | Pending |
| Finkbohner, George W. III | Cunningham Bounds LLC | Pending |
| Nicholas, Steven L. | Cunningham Bounds LLC | Pending |
| Olen, Steve | Cunningham Bounds LLC | Pending |
| Tufts, Lucy E. | Cunningham Bounds LLC | Pending |
| Dampier, M S. | Dampier, M Stephen PC | Pending |
| Long, Brenda G. Esq | Daniel Coker Horton & Bell PA | Pending |
| Dart, Henry T. Esq | Dart, Henry | Pending |

| | | |
|---|---|---|
| Flattmann, Grady J. Esq | Dart, Henry | Pending |
| Other Firm Members | Dart, Henry | 1/9/2012 3:45 PM CST |
| Crump, Martin D. Esq | Davis & Crump PC | Pending |
| Barnett, Wesley W. | Davis & Norris LLP | Pending |
| Norris, Johnny | Davis & Norris LLP | Pending |
| Vail, Tyler | Davis & Norris LLP | Pending |
| Bivens, Frances E. | Davis Polk & Wardwell LLP | Pending |
| Schubert, Daniel F. | Davis Polk & Wardwell LLP | Pending |
| Toscano, David B. | Davis Polk & Wardwell LLP | Pending |
| Davis, Gary A. | Davis, Gary A & Associates | Pending |
| Whitlock, James S. | Davis, Gary A & Associates | Pending |
| Buppert, Gregory | Defenders of Wildlife | Pending |
| deGravelles, John W. Esq | deGravelles Palmintier Holthaus & Fruge LLP | Pending |
| Holthaus, Frank Esq | deGravelles Palmintier Holthaus & Fruge LLP | Pending |
| Hunter, Randolph W. Esq | deGravelles Palmintier Holthaus & Fruge LLP | Pending |
| Delise, Bobby J. Esq | Delise & Hall | Pending |
| Hall, Alton J. Esq | Delise & Hall | Pending |
| Diaz, Gerald J. Esq | Diaz Law Firm | Pending |
| Cosenza, Diane R. | Didriksen Law Firm | Pending |
| Didriksen, Caleb | Didriksen Law Firm | Pending |
| Garvey, Richard J. Jr | Didriksen Law Firm | Pending |
| Traina, Richard L. | Didriksen Law Firm | Pending |
| Diliberto, Robert J. | Diliberto & Kirin LLC | Pending |
| Kirin, Damon A. | Diliberto & Kirin LLC | Pending |
| Discon, Thomas M. Esq | DISCON LAW FIRM | Pending |
| Beckers, Michael T. | Dodson Hooks & Frederick APLC | Pending |
| Dodson, Richard J. | Dodson Hooks & Frederick APLC | Pending |
| Hooks, Kenneth H. III | Dodson Hooks & Frederick APLC | Pending |
| Mounger, H P. | Dodson Hooks & Frederick APLC | Pending |
| Colomb, Brian C. | Domengeaux Wright Roy & Edwards | Pending |
| Roy, James P. | Domengeaux Wright Roy & Edwards | Pending |
| Stevens, Elwood C. Jr | Domengeaux Wright Roy & Edwards | Pending |
| Wright, Bob F. | Domengeaux Wright Roy & Edwards | Pending |
| Dudenhefer, Frank C. Jr | Dudenhefer Law Firm LLC | Pending |
| Guidry, Kirk A. | Due Price Guidry Piedrahita & Andrews | Pending |
| Price, Donald W. | Due Price Guidry Piedrahita & Andrews | Pending |
| Dugan, James R. II | Dugan Law Firm APLC | Pending |
| Franco, David B. | Dugan Law Firm APLC | Pending |

| McGovern, Francis E. | Duke Law | Pending |
|---|---|---|
| Dumas, Walter C. | Dumas & Associates | Pending |
| Duncan, Elton F. II | Duncan & Sevin LLC | Pending |
| Morse, Harry E. | Duncan & Sevin LLC | Pending |
| Sevin, Kelley Esq | Duncan & Sevin LLC | Pending |
| Guidry, Randy M. | Durio McGoffin Stagg & Ackermann | Pending |
| Duval, Stanwood | Duval Funderburk Sundbery Lovell & Watkins | Pending |
| Richard, Kathryn | Duval Funderburk Sundbery Lovell & Watkins | Pending |
| Edmond, Roderick E. | Edmond & Lindsay LLP | Pending |
| Eiland, A C. | Eiland, A Craig | Pending |
| Emerson, John G. | Emerson Poynter LLP | Pending |
| Jennings, Christopher D. | Emerson Poynter LLP | Pending |
| Poynter, Scott E. | Emerson Poynter LLP | Pending |
| Edwards, Wanda J. | Fayard & Honeycutt | Pending |
| Fayard, Calvin C. Jr | Fayard & Honeycutt | Pending |
| Honeycutt, David B. | Fayard & Honeycutt | Pending |
| Fibich, Kenneth T. | Fibich Hampton & Leebron LLP-Houston | Pending |
| Josephson, Michael A. | Fibich Hampton & Leebron LLP-Houston | Pending |
| Bartos, Mila F. | Finkelstein Thompson LLP | Pending |
| Benick, Eugene J. | Finkelstein Thompson LLP | Pending |
| Finkelstein, Burton H. | Finkelstein Thompson LLP | Pending |
| Marcus, Karen J. | Finkelstein Thompson LLP | Pending |
| Rezvani, Tracy D. | Finkelstein Thompson LLP | Pending |
| Burge, Jason W. Esq | Fishman Haygood Phelps Walmsley Willis & Swanson LLP | Pending |
| McCardle, Lance C. Esq | Fishman Haygood Phelps Walmsley Willis & Swanson LLP | Pending |
| Mills, Alysson L. Esq | Fishman Haygood Phelps Walmsley Willis & Swanson LLP | Pending |
| Peiffer, Joseph C. Esq | Fishman Haygood Phelps Walmsley Willis & Swanson LLP | Pending |
| Swanson, James R. Esq | Fishman Haygood Phelps Walmsley Willis & Swanson LLP | Pending |
| Brady, Sean P. | Flanagan Partners LLP | Pending |
| Briscoe, Brandon C. | Flanagan Partners LLP | Pending |
| Dupre, Andy J. | Flanagan Partners LLP | Pending |
| Flanagan, Harold J. | Flanagan Partners LLP | Pending |
| Pesce, Stephen M. | Flanagan Partners LLP | Pending |
| Folkenflik, Max | Folkenflik & McGerity | Pending |
| Tardy, Thomas W. | Forman Perry Watkins Krutz & Tardy LLP-Jackson | Pending |
|  |  |  |

| | | |
|---|---|---|
| Sullivan, Norman C. Jr | Fowler Rodriguez Valdes-Fauli | Pending |
| Webster, Wade | Fowler Rodriguez Valdes-Fauli | Pending |
| Salloum, Richard | Franke & Salloum | Pending |
| Friedman, Jeffrey E. | Friedman Leak Dazzio Zulanas & Bowling PC | Pending |
| Clements, Miles P. | Frilot LLC | Pending |
| Fineran, Everett R. | Frilot LLC | Pending |
| Miller, Kerry J. | Frilot LLC | Pending |
| Mole, Joseph N. | Frilot LLC | Pending |
| Thibodeaux, Paul | Frilot LLC | Pending |
| Wallace, Campbell E. | Frilot LLC | Pending |
| Frischhertz, Lloyd N. | Frishhertz & Associates LLC | Pending |
| Frischhertz, Marc L. | Frishhertz & Associates LLC | Pending |
| Impastato, Dominick F. | Frishhertz & Associates LLC | Pending |
| Ecuyer, Michael J. | Gainsburgh Benjamin David Meunier & Warshauer LLC | Pending |
| Meunier, Gerald E. | Gainsburgh Benjamin David Meunier & Warshauer LLC | Pending |
| Woods, Justin I. | Gainsburgh Benjamin David Meunier & Warshauer LLC | Pending |
| Galante, Scott M. | Galante & Bivalacqua LLC | Pending |
| Galloway, John E. | Galloway Johnson Tompkins Burr & Smith PLC-New Orleans | Pending |
| Hassinger, Lambert J. | Galloway Johnson Tompkins Burr & Smith PLC-New Orleans | Pending |
| Bracken, Geoffrey | Gardere Wynne Sewell LLP-Dallas | Pending |
| Davis, Jeffrey S. | Gardere Wynne Sewell LLP-Dallas | Pending |
| Le, Cuong | Gardere Wynne Sewell LLP-Dallas | Pending |
| Castle, Teresa G. Esq | Garrity, Robert T Jr | Pending |
| Garrity, Robert T. Jr | Garrity, Robert T Jr | Pending |
| Darling, Thomas W. | Gaudry Ranson Higgins & Gremillion LLC | Pending |
| Higgins, Daryl | Gaudry Ranson Higgins & Gremillion LLC | Pending |
| Langlois, Wade A. III | Gaudry Ranson Higgins & Gremillion LLC | Pending |
| Sexton, Kenneth E. II | Gentle Turner & Sexton | Pending |
| Clarke, Shaun | Gerger & Clarke | Pending |
| Gibson, Charles E. | Gibson Law Firm PLLC-Ridgeland | Pending |
| Cangelosi, Michael | Gieger Laborde & Laperouse LLC | Pending |
| McAloon, Leo R. III | Gieger Laborde & Laperouse LLC | Pending |
| Girardi, Thomas V. | Girardi & Keese | Pending |
| Adams, Angelle | Godwin Ronquillo PC-Dallas | Pending |
| Bennion, Kodie | Godwin Ronquillo PC-Dallas | Pending |
| Beus, Joel | Godwin Ronquillo PC-Dallas | Pending |
| Bowman, Bruce | Godwin Ronquillo PC-Dallas | Pending |

| | | |
|---|---|---|
| Dolghih, Elisaveta | Godwin Ronquillo PC-Dallas | Pending |
| Fernandez, Alexandra | Godwin Ronquillo PC-Dallas | Pending |
| Godwin, Donald E. | Godwin Ronquillo PC-Dallas | Pending |
| Hartley, Floyd R. Jr | Godwin Ronquillo PC-Dallas | Pending |
| Hays, Susan | Godwin Ronquillo PC-Dallas | Pending |
| Hill, Gavin E. | Godwin Ronquillo PC-Dallas | Pending |
| Johanns, James | Godwin Ronquillo PC-Dallas | Pending |
| Lopez, S Kena | Godwin Ronquillo PC-Dallas | Pending |
| Love, Christopher | Godwin Ronquillo PC-Dallas | Pending |
| MacLeod, Michelle | Godwin Ronquillo PC-Dallas | Pending |
| Major, Stefanie Esq | Godwin Ronquillo PC-Dallas | Pending |
| Martinez, Jenny L. | Godwin Ronquillo PC-Dallas | Pending |
| Michael, Nicole | Godwin Ronquillo PC-Dallas | Pending |
| Other Firm Members | Godwin Ronquillo PC-Dallas | 11/11/2011 9:13 AM CST |
| Raines, Carolyn | Godwin Ronquillo PC-Dallas | Pending |
| Schwartz, Jon-Bernard | Godwin Ronquillo PC-Dallas | Pending |
| Silvas, Israel | Godwin Ronquillo PC-Dallas | Pending |
| von Sternberg, Jerry | Godwin Ronquillo PC-Dallas | Pending |
| Williams, Aimee | Godwin Ronquillo PC-Dallas | Pending |
| York, R Alan | Godwin Ronquillo PC-Dallas | Pending |
| Zwart, Daniel | Godwin Ronquillo PC-Dallas | Pending |
| Goforth, Daniel O. | Goforth Geren Easterling LLP | Pending |
| Goldberg, Kevin I. | Goldberg Finnegan & Mester LLC | Pending |
| Scurria, Brandy G. Esq | Gonzales, Brandy Legal Services LLC | Pending |
| Elias, R T. | Gordon Elias & Seely LLP | Pending |
| Gordon, Steve | Gordon Elias & Seely LLP | Pending |
| Other Firm Members | Gordon Elias & Seely LLP | 11/21/2011 12:42 PM CST |
| Seely, Jeff | Gordon Elias & Seely LLP | Pending |
| Grossman, Stuart Z. | Grossman Roth PA | Pending |
| Other Firm Members | Grossman Roth PA | 11/30/2011 9:01 AM CST |
| Aragon, Leonard | Hagens Berman Sobol Shapiro LLP | Pending |
| Hall, Jim S. | Hall, Jim S & Associates LLC | Pending |
| Rausch, Joseph W. | Hall, Jim S & Associates LLC | Pending |
| Hammond, Peirce A. II | Hammond LLC | Pending |
| Breit, Mitchell M. | Hanly Conroy Bierstein Sheridan Fisher & Hayes LLP | Pending |
| Conroy, Jayne | Hanly Conroy Bierstein Sheridan Fisher & Hayes LLP | Pending |
| | | |

| Fisher, Clinton B. | Hanly Conroy Bierstein Sheridan Fisher & Hayes LLP | Pending |
|---|---|---|
| Hanly, Paul J. | Hanly Conroy Bierstein Sheridan Fisher & Hayes LLP | Pending |
| Harrell, Shirin E. | Harrell & Nowak LLC | Pending |
| Nowak, Eric R. | Harrell & Nowak LLC | Pending |
| Harvin, Joseph B. | Harvin Law Firm PLC | Pending |
| Hazzard, Brent | Hazzard Law LLC | Pending |
| Healy, George W. IV | Healy, George W IV & Associates | Pending |
| Babington, Joseph P. | Helmsing Leach Herlong Newman & Rouse | Pending |
| Garrison, W L. | Heninger Garrison Davis LLC | Pending |
| Gresham, W L. | Heninger Garrison Davis LLC | Pending |
| Cain, Joseph E. | Herman Herman Katz & Cotlar LLP | Pending |
| Gisleson, Soren E. | Herman Herman Katz & Cotlar LLP | Pending |
| Herman, Maury A. | Herman Herman Katz & Cotlar LLP | Pending |
| Herman, Russ | Herman Herman Katz & Cotlar LLP | Pending |
| Herman, Steve | Herman Herman Katz & Cotlar LLP | Pending |
| Klick, James C. | Herman Herman Katz & Cotlar LLP | Pending |
| Other Firm Members | Herman Herman Katz & Cotlar LLP | 11/11/2011 10:10 AM CST |
| Butterworth, Alfred Z. | Hesse & Butterworth PLLC | Pending |
| Yarborough, Gary M. Jr | Hesse & Butterworth PLLC | Pending |
| Hilleren, David A. | Hilleren & Hilleren LLC | Pending |
| Hilliard, Robert C. | Hilliard & Munoz LLP | Pending |
| Favre, Ronald | Hingle, Michael & Associates LLC | Pending |
| Hingle, Michael | Hingle, Michael & Associates LLC | Pending |
| Pfleeger, Bryan | Hingle, Michael & Associates LLC | Pending |
| Holland, Eric D. | Holland Groves Schneller & Stolze LLC | Pending |
| Ladner, April | Hortman Harlow Bassi Robinson & Mcdaniel PLLC | Pending |
| Reed, Shawn C. | Howard & Reed | Pending |
| Lynch, Christopher J. | Hunter Williams & Lynch PA | Pending |
| Carter, James E. Esq | Hurt Stolz & Cromwell LLC | Pending |
| Ingram, Carroll H. | Ingram Wilkinson PLLC | Pending |
| Irpino, Anthony | Irpino Law Firm | Pending |
| Jackson, Sidney W. III | Jackson Foster & Richardson LLC | Pending |
| Richardson, Mathew B. | Jackson Foster & Richardson LLC | Pending |
| Jacobs, Darleen M. Esq | Jacobs Sarrat & Lovelace | 11/11/2011 9:15 AM CST |
| Johnson, Jonathan W. Esq | Johnson, Jonathan W LLC | Pending |
| | | |

| Bartlett, Harvey III | Jones Swanson Huddell & Garrison LLC | Pending |
|---|---|---|
| Daschbach, Emma E. | Jones Swanson Huddell & Garrison LLC | Pending |
| Garrison, Eberhard | Jones Swanson Huddell & Garrison LLC | Pending |
| Huddell, Kevin | Jones Swanson Huddell & Garrison LLC | Pending |
| Jacoby, Andrew | Jones Swanson Huddell & Garrison LLC | Pending |
| Jones, Gladstone | Jones Swanson Huddell & Garrison LLC | Pending |
| Stump, Jacqueline | Jones Swanson Huddell & Garrison LLC | Pending |
| Swanson, Lynn | Jones Swanson Huddell & Garrison LLC | Pending |
| Bertram, Richard | Jones Walker | Pending |
| Goodier, Glenn G. | Jones Walker | Pending |
| Other Firm Members | Jones Walker | 11/15/2011 11:16 AM CST |
| Russo, Gary J. | Jones Walker | Pending |
| Sannino, Lance | Jones Walker | 11/14/2011 3:49 PM CST |
| Kanner, Allan Esq | Kanner & Whiteley LLC | Pending |
| Petersen, Elizabeth B. | Kanner & Whiteley LLC | Pending |
| Pote, David A. | Kanner & Whiteley LLC | Pending |
| Anchors, Karen M. | Keefe Anchors Gordon & Moyle | Pending |
| Gordon, Alfred B. III | Keefe Anchors Gordon & Moyle | Pending |
| Moyle, Jon | Keefe Anchors Gordon & Moyle | Pending |
| Schofield, Ralph | Keefe Anchors Gordon & Moyle | Pending |
| Kennedy, Richard III | Kennedy, Richard R APLC | Pending |
| Kennedy, Richard R. | Kennedy, Richard R APLC | Pending |
| Cutter, C Brooks Esq | Kershaw Cutter & Ratinoff LLP | Pending |
| Young, Meredith P. | King & Spalding LLP-Atlanta | Pending |
| Robertson, Tracey M. | King & Spalding LLP-Houston | Pending |
| Smith, Reginald | King & Spalding LLP-Houston | Pending |
| Engel, Charles J. III | King & Spalding-DC | Pending |
| Parrish, Ashley C. | King & Spalding-DC | Pending |
| Cerniglia, Michael J. | King Krebs & Jurgens | Pending |
| King, Henry A. | King Krebs & Jurgens | Pending |
| Vincenzo, Michael L. | King Krebs & Jurgens | Pending |
| Mitchell, Natalie K. | Kinney & Ellinghausen APLC | Pending |
| Kirk, Dana G. | Kirk Law Firm | Pending |
| Bloom, Wendy L. | Kirkland & Ellis LLP-Chicago | Pending |
| Boles, Martin | Kirkland & Ellis LLP-Chicago | Pending |
| Esbrook, Christopher J. | Kirkland & Ellis LLP-Chicago | Pending |
| Godfrey, Richard C. | Kirkland & Ellis LLP-Chicago | Pending |
| Karis, Hariklia | Kirkland & Ellis LLP-Chicago | Pending |
| Langan, J A. | Kirkland & Ellis LLP-Chicago | Pending |
| Ritter, Kristopher | Kirkland & Ellis LLP-Chicago | Pending |
| | | 11/15/2011 3:54 |

| Kahao, Kristopher R. | Kleinpeter & Schwartzberg LLC | PM CST |
|---|---|---|
| Krause, David Esq | Krause Lawdog | 11/11/2011 2:59 PM CST |
| Kushlefsky, Noah H. | Kreindler & Kreindler LLP | Pending |
| Tarricone, Anthony | Kreindler & Kreindler LLP | Pending |
| Ryan, Michael J. | Krupnick Campbell et al | Pending |
| Guidry, Robert E. | Kuchler Polk Schell Weiner & Richeson LLC | Pending |
| Kuchler, Deborah D. | Kuchler Polk Schell Weiner & Richeson LLC | Pending |
| Other Firm Members | Kuchler Polk Schell Weiner & Richeson LLC | 11/11/2011 9:34 AM CST |
| Polk, Janika | Kuchler Polk Schell Weiner & Richeson LLC | Pending |
| Kuykendall, Frederick T. III | Kuykendall & Associates LLC | Pending |
| Laborde, Cliffe E. III | Laborde & Neuner | Pending |
| LaCour, Cliff A. | Laborde & Neuner | Pending |
| Mayeaux, Ben | Laborde & Neuner | Pending |
| Mestayer, Jed | Laborde & Neuner | Pending |
| Neuner, Frank Jr | Laborde & Neuner | Pending |
| Theriot, Melissa L. | Laborde & Neuner | Pending |
| Lakey, Robert F. Esq | Lakey, Robert F | Pending |
| Loehn, Thomas E. Esq | Lakey, Robert F | Pending |
| Lambert, Hugh | Lambert & Nelson PLC | Pending |
| Lambremont, John B. Sr | Lambremont, John B Sr | Pending |
| Lamothe, Frank E. | Lamothe & Hamilton | Pending |
| Lamothe, Frank E. III | Lamothe Lea Aertker, LLC | Pending |
| Herd, Charles F. | Lanier Law Firm-Houston | Pending |
| Holley, Michael R. | Lanier Law Firm-Houston | Pending |
| Lanier, W M. | Lanier Law Firm-Houston | Pending |
| Taschner, Dana B. | Lanier Law Firm-Los Angeles | Pending |
| Raiter, Shawn M. | Larson King LLP-St Paul | Pending |
| Picou, Dan | Larzelere Picou Wells Simpson Lonero LLC | Pending |
| Alexander, Mary Rose Esq | Latham & Watkins LLP Chicago | Pending |
| Heiden, Thomas J. Esq | Latham & Watkins LLP Chicago | Pending |
| Long, Garrett S. Esq | Latham & Watkins LLP Chicago | Pending |
| Spellman, Johanna M. Esq | Latham & Watkins LLP Chicago | 11/11/2011 9:47 AM CST |
| Lundberg, George A. | Latham & Watkins-Los Angeles | Pending |
| Rhine, Joel R. | Lea Rhine & Rosbrugh PLLC | Pending |
| Hayes, Edward T. | Leake & Andersson | Pending |
| Other Firm Members | Leake & Andersson | 11/17/2011 11:04 |

| | | AM CST |
|---|---|---|
| Tran, Kinh L. Esq | Lee Tran & Liang APLC | Pending |
| Leger III, Walter J. III | Leger & Shaw | Pending |
| Leger Jr, Walter J. | Leger & Shaw | Pending |
| Sevin, Christine E. | Leger & Shaw | Pending |
| Shaw, Franklin G. | Leger & Shaw | Pending |
| Lemann, Arthur A. III | Lemann, Arthur A III & Associates Inc | Pending |
| Lemann, Arthur A. IV | Lemann, Arthur A III & Associates Inc | Pending |
| Other Firm Members | Lemann, Arthur A III & Associates Inc | 11/11/2011 10:25 AM CST |
| Lemmon, Andrew A. Esq | Lemmon Law Firm LLC | Pending |
| Netting, Irma L. Esq | Lemmon Law Firm LLC | Pending |
| Levin, Arnold | Levin Fishbein Sedran & Berman | Pending |
| Barr, Brian H. | Levin Papantonio Thomas Mitchell Rafferty & Proctor PA | Pending |
| Cash, William III | Levin Papantonio Thomas Mitchell Rafferty & Proctor PA | Pending |
| Gordon, Ben | Levin Papantonio Thomas Mitchell Rafferty & Proctor PA | Pending |
| McWilliams, Ned | Levin Papantonio Thomas Mitchell Rafferty & Proctor PA | Pending |
| Other Firm Members | Levin Papantonio Thomas Mitchell Rafferty & Proctor PA | 11/14/2011 9:49 AM CST |
| Slevinski, Amanda | Levin Papantonio Thomas Mitchell Rafferty & Proctor PA | Pending |
| Sterbcow, Paul M. | Lewis Kullman Sterbcow & Abramson | Pending |
| Tein, Michael R. Esq | Lewis Tein PL | Pending |
| Alexander, Elizabeth A. | Lieff Cabraser Heimann & Bernstein LLP-San Francisco | Pending |
| Cabraser, Elizabeth J. | Lieff Cabraser Heimann & Bernstein LLP-San Francisco | Pending |
| Chalos, Mark P. | Lieff Cabraser Heimann & Bernstein LLP-San Francisco | Pending |
| Fineman, Steven | Lieff Cabraser Heimann & Bernstein LLP-San Francisco | Pending |
| Fleishman, Wendy R. | Lieff Cabraser Heimann & Bernstein LLP-San Francisco | Pending |
| Lichtman, Jason | Lieff Cabraser Heimann & Bernstein LLP-San Francisco | Pending |
| Martin, Annika K. | Lieff Cabraser Heimann & Bernstein LLP-San Francisco | Pending |
| Brooks, William H. | Lightfoot Franklin & White | Pending |
| Exnicios, Val | Liska Exnicios & Nungesser | Pending |
| | | |

| Abaunza, Donald R. Esq | Liskow & Lewis-New Orleans | Pending |
|---|---|---|
| Denegre, George Jr | Liskow & Lewis-New Orleans | Pending |
| Haycraft, Don K. Esq | Liskow & Lewis-New Orleans | Pending |
| Hinnigan, Emma Esq | Liskow & Lewis-New Orleans | Pending |
| Holtzman, Shannon S. Esq | Liskow & Lewis-New Orleans | Pending |
| Jarrett, Russell K. | Liskow & Lewis-New Orleans | Pending |
| Johnson, Greg L. Esq | Liskow & Lewis-New Orleans | Pending |
| Latham, Mark D. | Liskow & Lewis-New Orleans | Pending |
| McGuire, John R. Esq | Liskow & Lewis-New Orleans | Pending |
| Other Firm Members | Liskow & Lewis-New Orleans | 11/17/2011 9:20 AM CST |
| Reid, Devin Esq | Liskow & Lewis-New Orleans | Pending |
| Roth, Katherine S. Esq | Liskow & Lewis-New Orleans | Pending |
| Scalise, Kelly | Liskow & Lewis-New Orleans | Pending |
| Lockridge, Richard A. | Lockridge Grindal Nauen PLLP | Pending |
| Shelquist, Robert K. | Lockridge Grindal Nauen PLLP | Pending |
| Lovelace, Dewitt M. | Lovelace Law Firm PA | Pending |
| Albritton, Melvin D. | Lowe Stein Hoffman Allweiss & Hauver LLP | Pending |
| Allweiss, Michael R. | Lowe Stein Hoffman Allweiss & Hauver LLP | Pending |
| Hoffman, Jeffrey M. | Lowe Stein Hoffman Allweiss & Hauver LLP | Pending |
| Hoffman, Mitchell J. | Lowe Stein Hoffman Allweiss & Hauver LLP | Pending |
| Pollack, Serena E. | Lowe Stein Hoffman Allweiss & Hauver LLP | Pending |
| Harper, McKenna | Lubel Voyles LLP | Pending |
| Lubel, Lance | Lubel Voyles LLP | Pending |
| Other Firm Members | Lubel Voyles LLP | 11/11/2011 8:31 AM CST |
| Voyles, Adam Q. | Lubel Voyles LLP | Pending |
| Mullins, Steve | Luckey & Mullins PLLC | Pending |
| Lundy, Matthew E. | Lundy Lundy Soileau & South LLP | 11/30/2011 4:08 PM CST |
| Finesilver, Aaron Esq | Lydecker Lee Berga & De Zayas LLC | Pending |
| Lyons, Douglas | Lyons & Farrar PA | Pending |
| Maloney, Michael J. | Maloney Martin LLP | Pending |
| Campbell, Carl D. III | Maples, F Gerald PA | 11/11/2011 8:03 AM CST |
| Maples, F G. | Maples, F Gerald PA | Pending |
| Other Firm Members | Maples, F Gerald PA | 11/11/2011 8:06 AM CST |
| Larson, Linda R. Esq | Marten Law PLLC | Pending |
| Marten, Bradley M. Esq | Marten Law PLLC | Pending |
| | | |

| | | |
|---|---|---|
| Martin, Richard M. | Martin, Richard M Jr | Pending |
| Bickford, Scott R. | Martzell & Bickford | Pending |
| Centola, Lawrence J. III | Martzell & Bickford | 11/11/2011 1:51 PM CST |
| Doody, Spencer | Martzell & Bickford | Pending |
| Nazareth, Neil | Martzell & Bickford | Pending |
| Mase, Curtis J. Esq | Mase Lara Eversole PA | Pending |
| Salas, John P. Esq | Mase Lara Eversole PA | Pending |
| Mason, Gary E. Esq | Mason Law Firm LLP | Pending |
| Matusheski, Timothy Esq | Matusheski, Timothy J PLLC | Pending |
| McCorvey, Derriel C. Esq | McCorvey, Derriel C LLC | Pending |
| McCraney, W T. | McCraney & Montagnet PLLC | Pending |
| Sledge, Edward S. | McDowell Knight Roedder & Sledge LLC | Pending |
| McKay, John F. | Mckay Law Firm | Pending |
| McKay, Gail N. Esq | McKay, Gail N | Pending |
| Smith, John H. | McKernan Law Firm | Pending |
| Michles, Marcus II | Michles & Booth PA | Pending |
| Milam, Adam M. | Milam & Milam LLC | Pending |
| Brooks, Philip Jr | Montgomery Barnett Brown Read Hammond & Mintz LLP | Pending |
| O'Keefe, Patrick | Montgomery Barnett Brown Read Hammond & Mintz LLP | Pending |
| Other Firm Members | Montgomery Barnett Brown Read Hammond & Mintz LLP | 11/11/2011 9:13 AM CST |
| Other Firm Members | Morgan & Morgan PA-Fort Myers | 11/11/2011 7:32 AM CST |
| Petosa, Frank | Morgan & Morgan PA-Fort Myers | Pending |
| Collings, Christopher J. | Morgan Lewis & Bockius LLP-Miami | Pending |
| Leon, Derek E. | Morgan Lewis & Bockius LLP-Miami | Pending |
| Funderburk, John | Morgan Lewis & Bockius-Houston | Pending |
| Scofield, Denise | Morgan Lewis & Bockius-Houston | Pending |
| Tanner, Hugh | Morgan Lewis & Bockius-Houston | Pending |
| Tarter, James | Morgan Lewis & Bockius-Houston | Pending |
| Sims, Stacey L. Esq | Morris Sakalarios & Blackwell PLLC | Pending |
| Morrow, Patrick C. | Morrow Morrow Ryan & Bassett | Pending |
| Dean, Kevin R. | Motley Rice LLC-Mount Pleasant | Pending |
| Flowers, Jodi W. | Motley Rice LLC-Mount Pleasant | Pending |
| Hoyle, David | Motley Rice LLC-Mount Pleasant | Pending |
| Bruchhaus, David P. | Mudd & Bruchhaus LLC | Pending |
| Hayes, Jessica | Murray Law Firm | Pending |
| Murray Jr, Stephen B. | Murray Law Firm | Pending |
| | | |

| | | |
|---|---|---|
| Murray, Arthur M. | Murray Law Firm | Pending |
| Murray, Stephen B. | Murray Law Firm | Pending |
| Nelson, Korey A. | Murray Law Firm | Pending |
| Arsenault, Richard J. | Neblett Beard & Arsenault | 11/11/2011 8:24 AM CST |
| Whaley, John R. | Neblett Beard & Arsenault | Pending |
| Knopf, Andrew F. | Newsome Law Firm | Pending |
| Nicaud, Albert | Nicaud & Sunseri | Pending |
| Siemssen, Jeffrey | Nicaud & Sunseri | Pending |
| Other Firm Members | Office of the Attorney General State of Alabama | 11/14/2011 8:04 AM CST |
| Tambling, Robert D. | Office of the Attorney General State of Alabama | Pending |
| Beary, W C. | Orrill Cordell & Beary LLC | Pending |
| Byrum, Angel L. | Orrill Cordell & Beary LLC | Pending |
| Orrill, R R. Jr | Orrill Cordell & Beary LLC | Pending |
| Smith, David | Ouellette & Smith | Pending |
| Owen, William C. | Owen, William C LLC | Pending |
| Alonso, Andres F. | Parker Waichman Alonso LLP | Pending |
| Chaikin, Jordan L. | Parker Waichman Alonso LLP | Pending |
| Baudin, Stanley P. | Pendley Baudin & Coffin LLP | Pending |
| Coffin, Christopher L. | Pendley Baudin & Coffin LLP | Pending |
| Rockforte, Nicholas R. | Pendley Baudin & Coffin LLP | Pending |
| Penton, Ronnie G. | Penton, Ronnie G | Pending |
| Johnson, Edmond D. | Pepper Hamilton LLP-Wilmington | Pending |
| Dicharry, Richard | Phelps Dunbar-New Orleans | Pending |
| Gilly, George M. | Phelps Dunbar-New Orleans | Pending |
| Hemphill, Gary | Phelps Dunbar-New Orleans | Pending |
| McCleskey, Bob | Phelps Dunbar-New Orleans | Pending |
| Mcleod, Evans M. | Phelps Dunbar-New Orleans | Pending |
| Moran, Kyle | Phelps Dunbar-New Orleans | Pending |
| Nunes, Taryn S. | Phelps Dunbar-New Orleans | Pending |
| Other Firm Members | Phelps Dunbar-New Orleans | 11/11/2011 8:53 AM CST |
| Riviere, Bill | Phelps Dunbar-New Orleans | Pending |
| Straub, Hugh | Phelps Dunbar-New Orleans | Pending |
| Waid, Raymond | Phelps Dunbar-New Orleans | Pending |
| Pieksen, John O. Jr | Pieksen, John & Associates LLC | Pending |
| Morgan, Vincent | Pillsbury Winthrop Shaw Pittman LLP-Houston | Pending |
| Pulman, Stella | Pillsbury Winthrop Shaw Pittman LLP-Houston | Pending |
| Flanders, Edward | Pillsbury Winthrop Shaw Pittman LLP-New York | Pending |
| | | |

| McKay, Jack | Pillsbury Winthrop Shaw Pittman LLP-New York | Pending |
|---|---|---|
| Other Firm Members | Pillsbury Winthrop Shaw Pittman LLP-New York | 11/11/2011 8:51 AM CST |
| Pritchard, John F. | Pillsbury Winthrop Shaw Pittman LLP-New York | Pending |
| Pinckney, Joanne P. Esq | Pinckney Harris & Weidinger LLC | Pending |
| Hirsch, Jay F. | Pope McGlamry Kilpatrick Morrison & Norwood LLP | Pending |
| McGlamry, Michael L. | Pope McGlamry Kilpatrick Morrison & Norwood LLP | Pending |
| Engelhardt, Leah | Preis & Roy | Pending |
| Dossett, Kevin T. | Preis & Roy-Lafayette | Pending |
| Piccolo, Frank A. | Preis & Roy-Lafayette | Pending |
| Prestia, Michael G. | Prestia, Michael | Pending |
| Price, Bill Esq | Price, William B PA | Pending |
| Wilson, David P. | Provost & Umphrey-Beaumont | Pending |
| Gankendorff, Edgar D. | Provosty & Gankendorff LLC | Pending |
| Szapary, Christophe B. | Provosty & Gankendorff LLC | Pending |
| Powers, Brett | Ranier Law Firm | Pending |
| Ranier, Drew | Ranier Law Firm | Pending |
| Rebennack, Albert J. | Rebennack, Albert J | Pending |
| Reck, Gothard J. | Reck, Gothard J APLC | Pending |
| Rosenfield, David | Reed Smith LLP | Pending |
| Shugrue, John | Reed Smith LLP | Pending |
| Reich, Dennis C. | Reich & Binstock LLP | Pending |
| Reich, Robert S. Esq | Reich Album & Plunkett LLC | Pending |
| Wawrzycki, Michael T. Esq | Reich Album & Plunkett LLC | Pending |
| Roach, Barry A. | Roach, Larry A Inc | Pending |
| Robert, Al Jr | Robert, Al J Jr LLC | Pending |
| Robin, John M. | Robin, John M APLC | Pending |
| Nast, Dianne M. | Roda Nast PC | 11/11/2011 5:53 PM CST |
| Other Firm Members | Rosenbaum Mollengarden Janssen & Siracusa PLLC | 11/17/2011 8:58 AM CST |
| Siracusa, John M. | Rosenbaum Mollengarden Janssen & Siracusa PLLC | Pending |
| Saad, Elias J. | Saad, E J PC | Pending |
| Parker, Julie C. | Sacks & Weston | Pending |
| Weston, John K. | Sacks & Weston | Pending |
| Salas, Camilo K. III | Salas & Co LC | Pending |

| Salim, Robert L. | Salim, Robert L | Pending |
|---|---|---|
| Other Firm Members | Salley Hite Mercer & Resor LLC | 11/11/2011 2:14 PM CST |
| Salley, David | Salley Hite Mercer & Resor LLC | Pending |
| Stipelcovich, Stephen | Samanie, Michael J | Pending |
| Sangisetty, Ravi K. | Sangisetty & Samuels LLC | Pending |
| Chabert, Scotty E. Jr | Saunders & Chabert | Pending |
| Savoie, Rusty | Savoie, Rusty APLC | Pending |
| Shaffer, Matthew D. | Schechter McElwee Shaffer & Harris LLP | Pending |
| Rubenstein, Joshua L. | Scheuermann & Jones | Pending |
| Whitmore, David C. | Scheuermann & Jones | Pending |
| Schiffrin, Richard Esq | Schiffrin, Richard S LLC | Pending |
| Schoenberger, Kevin C. Esq | Schoenberger, Kevin C | Pending |
| Mahoney, Estelle | Schwab Law Firm | Pending |
| Fulmer, Brenda S. Esq | Searcy Denney Scarola Barnhart & Shipley PA | Pending |
| Searcy, Christian D. Esq | Searcy Denney Scarola Barnhart & Shipley PA | Pending |
| Warriner, C C. Esq | Searcy Denney Scarola Barnhart & Shipley PA | Pending |
| Buchanan, David | Seeger Weiss LLP | Pending |
| Seeger, Christopher | Seeger Weiss LLP | Pending |
| Serna, Enrique G. III | Serna & Associates PLLC | 11/21/2011 4:18 PM CST |
| Lucado, M S. Esq | Shelby Lucado Esq Oil & Gas Litigation LLC | Pending |
| McKelvin, Jodi K. | Shelby Roden LLC | 11/11/2011 1:37 PM CST |
| Roden, Robert B. | Shelby Roden LLC | Pending |
| Smith, Kenneth W. | Sheller PC | Pending |
| Chocheles, Chris | Sher Garner Cahill Richter Klein McAlister & Hilbert LLC | Pending |
| Force, Joshua S. | Sher Garner Cahill Richter Klein McAlister & Hilbert LLC | Pending |
| Garner, James M. | Sher Garner Cahill Richter Klein McAlister & Hilbert LLC | Pending |
| Gordon, Elizabeth L. | Shields Mott Lund LLP | Pending |
| Lund, Daniel III | Shields Mott Lund LLP | Pending |
| Robbins, Kristin K. | Shields Mott Lund LLP | Pending |
| Ancel, Devorah | Sierra Club | Pending |
| Huber, Eric | Sierra Club | Pending |
| Massicot, John P. | Silvestri & Massicot-New Orleans | Pending |
| Silvestri, Frank A. | Silvestri & Massicot-New Orleans | Pending |
| Singleton, Willie J. | Singleton Law Firm | Pending |
| Northington, | | |

| Hiawatha II | Smith & Fawer LLC | Pending |
|---|---|---|
| Stag, Michael G. Esq | Smith Stag LLC | Pending |
| Sonnier, Christopher | Sonnier Law Firm | Pending |
| Wannamaker, Catherine | Southern Environmental Law Center | Pending |
| Spagnoletti, Francis I. | Spagnoletti & Co | Pending |
| Hale, Bryan | Starnes Davis Florie LLP | Pending |
| Stetler, David J. | Stetler Duffy & Rotert Ltd | Pending |
| Schwambach, John | Stevenson & Murray | Pending |
| Stevenson, John W. Jr | Stevenson & Murray | Pending |
| Irvine, George R. III | Stone Granade & Crosby PC | Pending |
| Bertaut, Carmelite | Stone Pigman Walther Wittmann LLC | 11/11/2011 9:43 AM CST |
| Davidson, Jared A. | Stone Pigman Walther Wittmann LLC | Pending |
| Hall, Keith B. | Stone Pigman Walther Wittmann LLC | Pending |
| Wittmann, Phillip | Stone Pigman Walther Wittmann LLC | Pending |
| Boies, David | Straus & Boies LLP-Birmingham | Pending |
| Clingman, Rachel | Sutherland Asbill & Brennan LLP-Houston | Pending |
| Other Firm Members | Sutherland Asbill & Brennan LLP-Houston | 11/14/2011 1:51 PM CST |
| Roberts, Steven L. | Sutherland Asbill & Brennan LLP-Houston | Pending |
| Sutton, Lionel H. | Sutton Law Firm-New Orleans | Pending |
| Other Firm Members | Swetman Baxter Massenburg LLC | 11/11/2011 10:24 AM CST |
| Swetman, Glenn L. | Swetman Baxter Massenburg LLC | Pending |
| Devine, Foy R. Esq | Taylor English Duma LLP | Pending |
| Dickson, Thomas W. | Taylor English Duma LLP | Pending |
| Livesay, Deborah | Taylor English Duma LLP | Pending |
| Schultz, Gregory G. | Taylor English Duma LLP | Pending |
| Taylor, Gerald B. Jr | Taylor Law Firm LLC | Pending |
| Rowan, Edward P. | Taylor Martino Zarzaur PC | Pending |
| Taylor, Ricahrd | Taylor Martino Zarzaur PC | Pending |
| Snyder, Daniel C. | Tebbutt, Charles M PC | Pending |
| Tebbutt, Charles M. | Tebbutt, Charles M PC | Pending |
| Thompson, Charles M. | Thompson, Charles M & Associates PC | Pending |
| Other Firm Members | Thornhill Law Firm | 11/11/2011 9:02 AM CST |
| Thornhill, Tom | Thornhill Law Firm | Pending |
| Tillery, A Scott | Tillery & Tillery | Pending |
| Burns, Roberta | Torres, Sidney D III APLC | 11/17/2011 1:21 PM CST |
| | | |

| Torres, Sidney III | Torres, Sidney D III APLC | Pending |
|---|---|---|
| Byrne, George W. Jr | Ungar & Byrne APLC | Pending |
| Ungar, Evette E. | Ungar & Byrne APLC | Pending |
| Wild, Cheryl L. | Ungar & Byrne APLC | Pending |
| Flynn, Stephen G. | United States Department of Justice Civil Torts Aviation & Admiralty | Pending |
| Frost, Peter F. | United States Department of Justice Civil Torts Aviation & Admiralty | Pending |
| McClellan, Jessica L. | United States Department of Justice Civil Torts Aviation & Admiralty | Pending |
| Other Firm Members | United States Department of Justice Civil Torts Aviation & Admiralty | 11/14/2011 9:37 AM CST |
| Pfeffer, David J. | United States Department of Justice Civil Torts Aviation & Admiralty | Pending |
| Shutler, Sharon K. | United States Department of Justice Civil Torts Aviation & Admiralty | Pending |
| Sullivan, Jessica G. | United States Department of Justice Civil Torts Aviation & Admiralty | Pending |
| Underhill, R Michael | United States Department of Justice Civil Torts Aviation & Admiralty | Pending |
| Harvey, Judy | US Department of Justice/Enrd | Pending |
| Usry, Thomas A. | Usry Weeks & Matthews | Pending |
| Garbin, Vatroslav J. | Vincent, William S Jr | Pending |
| Vincent, William J. | Vincent, William S Jr | Pending |
| Vincent, William S. Jr | Vincent, William S Jr | Pending |
| Markovits, Wilbert B. | Waite Schneider Bayless & Chesley Co LPA | Pending |
| Downer, Huntington B. Jr | Waitz & Downer | Pending |
| Riviere, Mary W. | Waitz & Downer | Pending |
| Doran, James M. | Waller Lansden Dortch & Davis | Pending |
| Thomas, David A. | Walters Papillion Thomas Cullens LLC | Pending |
| Walters, Edward | Walters Papillion Thomas Cullens LLC | Pending |
| Garside, Clay | Waltzer & Wiygul | Pending |
| Other Firm Members | Waltzer & Wiygul | 11/11/2011 9:27 AM CST |
| Waltzer, Joel | Waltzer & Wiygul | Pending |
| Wiygul, Robert | Waltzer & Wiygul | Pending |
| Barrow, Chester D. Jr | Ware Jackson Lee & Chambers LLP | 11/11/2011 9:47 AM CST |
| Jackson, Don | Ware Jackson Lee & Chambers LLP | Pending |
| Waters, Deborah C. | Waters Law Firm PC | Pending |
| Other Firm Members | Watts Guerra Craft LLP | 11/14/2011 11:05 AM CST |
| Watts, Mikal C. | Watts Guerra Craft LLP | Pending |
| Grabill, Jeremy | Weil Gotshal & Manges | Pending |

| | | |
|---|---|---|
| Tsekerides, Theodore | Weil Gotshal & Manges | Pending |
| Lyle, Michael J. | Weil Gotshal & Manges LLP-DC | Pending |
| Greenwald, Robin L. Esq | Weitz & Luxenberg PC | Pending |
| LeMense, Julia A. Esq | Weitz & Luxenberg PC | Pending |
| Marshall, Curt | Weitz & Luxenberg PC | Pending |
| Whatley, Joe R. Jr | Whatley Drake & Kallas | Pending |
| White, Ben | White, Ben | Pending |
| Whittemore, Kent | Whittemore Law Group PA | Pending |
| Wilson, Joshua D. | Wiggins Childs Quinn & Pantazis | Pending |
| Rumley, David | Wigington Rumley Dunn LLP | Pending |
| Easterby, Edwin A. | Williams Kherkher Hart & Boundas LLP-Houston | Pending |
| Williamson, Jimmy | Williamson & Rusnak | Pending |
| Willis, Jennifer N. | Willis & Buckley APC | Pending |
| Williams, Conrad S. III | Willliams Law Group LLC | Pending |
| Zainey, Jay C. Jr | Willliams Law Group LLC | Pending |
| Kirsch, Thomas | Winston & Strawn LLP-Chicago | Pending |
| Rifkin, Mark | Wolf Haldenstein Adler Freeman & Herz LLP | Pending |
| Gregg, Ellen | Womble Carlyle Sandridge & Rice PLLC-Winston-Salem | Pending |
| Gurley, Michael Jr | Wood Law Firm LLC | Pending |
| Wood, E Kirk Jr | Wood Law Firm LLC | Pending |
| Woodward, Margaret | Woodward, Margaret | Pending |
| Yuspeh, Wayne W. | Yuspeh, Wayne W APLC | Pending |
| Daunoy, Yvette A. | Zatzkis McCarthy & Associates LLC | Pending |
| McCarthy, Karen D. | Zatzkis McCarthy & Associates LLC | Pending |
| Zatzkis, Lanny R. | Zatzkis McCarthy & Associates LLC | Pending |
| Ziek, Robin M. | Ziek, Robin M | Pending |