IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG       DEEPWATER HORIZON IN THE GULF OF       MEXICO, ON APRIL 20, 2010 | MSL NO. 2179

SECTION J |
| THIS DOCUMENT RELATES TO:  11-2891 | JUDGE BARBIER
MAG. JUDGE SHUSHAN |

**DEFENDANT, PATRIOT ENVIRONMENTAL SERVICES INCORPORATED'S JOINDER IN PLAINTIFF'S MOTION TO SEVER AND REMAND**

Defendant, Patriot Environmental Services Incorporated, by and through its counsel of record, Butler, Snow, O'Mara, Stevens & Cannada, PLLC, and hereby joins in Coastal Services Group LLC's Motion to Sever and Remand [DKT #5078] filed January 5, 2012.

Respectfully submitted, this the 12th day of January, 2012.

Respectfully submitted,

PATRIOT ENVIRONMENTAL SERVICES
INCORPORATED


 /s/  Patrick T. Bergin
PATRICK T. BERGIN


PATRICK T. BERGIN; MSB #9482
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
P. O. Drawer 4248
Gulfport, MS  39502
Telephone:  (228) 864-1170
Fax:  (228)868-1531
E-mail:  patrick.bergin@butlersnow.com

## CERTIFICATE OF SERVICE

I, Patrick T. Bergin, do hereby certify that I have this date electronically filed the foregoing pleading with the Clerk of the Court and served a copy of the foregoing pleading electronically to ECF participants via U.S. Mail upon non-ECF participants at their address of record.

Lee E. Young
Charles J. Mikhail
Young Law Firm, P.C.
P.O. Drawer 700
Pascagoula, MS  39568-0700

*Attorneys for the Plaintiff*

Jason D. Watkins
Forman Perry Watkins Krutz & Tardy, LLP
200 South Lamar Street
City Centre, Suite 100
Jackson, MS  39201

*Attorney for BP Exploration & Production Inc.,*
*BP Corporation North America, Inc., and BP America, Inc.*

This 12th day of January, 2012.

                                                                     /s/   *Patrick T. Bergin*
                                                             PATRICK T. BERGIN

Gulfport 613786v1