IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MSL NO. 2179<br><br>SECTION J |
| THIS DOCUMENT RELATES TO:  11-2891 | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**ORDER GRANTING JOINDER**
**IN PLAINTIFF'S MOTION TO SEVER AND REMAND**

This case is before the Court on the joinder motion of Defendant, Patriot Environmental Services Incorporated [DKT# 5164], to join in Plaintiff's Motion to Sever and Remand [DKT# 5078]. The Court, being advised of the premises, finds that Defendant's motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED** that Defendant, Patriot Environmental Services Incorporated's motion be and hereby is granted and Defendant, Patriot Environmental Services Incorporated, is joined in Plaintiff's Motion to Sever and Remand [DKT# 5078].

SO ORDERED AND ADJUDGED this the ____ day of _____, 2012.

UNITED STATES DISTRICT JUDGE