UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| **THIS PLEADING APPLIES TO:** | * | JUDGE:  BARBIER |
| | * | |
| In Re The Complaint and Petition of | * | MAGISTRATE:  SHUSHAN |
| Triton Asset Leasing GmbH, Transocean | * | |
| Holdings LLC, Transocean Offshore | * | |
| Deepwater Drilling Inc., and Transocean | * | |
| Deepwater Inc., as Owner, Managing | * | |
| Owners, Owners *Pro-Hac Vice*, and/or | * | |
| Operators of the MODU Deepwater | * | |
| Horizon, in a Cause for Exoneration from or | * | |
| Limitation of Liability | * | |
| | * | |
| Civil Action Nos.: | * | |
| 2:10-cv-2771 and 10-cv-2179 (All Cases) | * | |

## WEATHERFORD U.S., L.P. AND WEATHERFORD INTERNATIONAL, INC.'S SECOND SUPPLEMENTAL AND AMENDED EXHIBIT LIST

**NOW INTO COURT**, through undersigned counsel, comes Weatherford U.S., L.P. and Weatherford International, Inc. ("Weatherford"), who, in accordance with the Court's Order of January 10, 2012 [Rec. Doc. 5128], respectfully submits the attached MDL 2179 Weatherford Second Supplemental and Amended Exhibit List for Phase One of the February 2012 Limitation and Liability Trial.

{N2408054.1}

Pursuant to the Court's Order regarding Phase One Exhibits, the following Trial Exhibits have been added to the MDL 2179 Weatherford Second Supplemental and Amended Exhibit List:

**Trial Exhibit No. 5993; 7389; 7392; 7393; 7395; 7397; 7402; 7403; 7534; 7597; 7598; 7654; 7685; 7722; 7724; 7730; 7734; 7735; 7790; 7791; 7792; 7834; 7837; 7938; 7846; 7847; 8094; 8146; 8455; 8187; 8188; 87,195; 87,196; and 87,197.**

Additionally, the following Trial Exhibits' Bates Range and/or Subject/Description have been amended:

**Trial Exhibit No. 87,116; 87,121; and 87,122.**

As depositions and discovery are ongoing, and as permitted by the September 2, 2011 Order, Weatherford respectfully reserves the right to supplement its list should any additional relevant exhibits be discovered through such depositions and discovery between now and the time of trial.  Additionally, Weatherford reserves the right to designate or use at trial any exhibit listed or designated by any other party.

This 12th day of January, 2012.

Respectfully submitted:

*/s/  Glenn G. Goodier*
GLENN G. GOODIER (#06130)
RICHARD D. BERTRAM (#17881)
LANCE M. SANNINO (#29409)
JONES, WALKER, WAECHTER, POITEVENT,
 CARRÈRE & DENÈGRE, L.L.P.
201 St. Charles Avenue. 48th Floor
New Orleans, Louisiana  70170-5100
Telephone:     (504) 582-8174
Facsimile:      (504) 589-8174
ggoodier@joneswalker.com
rbertram@joneswalker.com
lsannino@joneswalker.com

AND

MICHAEL G. LEMOINE, T.A. (#8308)
GARY J. RUSSO (#10828)
DOUGLAS C. LONGMAN, JR. (#8719)
JONES, WALKER, WAECHTER, POITEVENT,
 CARRÈRE & DENÈGRE, L.L.P.
600 Jefferson Street, Suite 1600
Lafayette, Louisiana  70501-5100
Telephone:     (337) 593-7624
Facsimile:     (337) 593-7601
mlemoine@joneswalker.com
grusso@joneswalker.com
dlongman@joneswalker.com

*Counsel for Weatherford U.S., L.P. and*
*Weatherford International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of January, 2012, the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Court's Pretrial Order No. 12, on November 1, 2010.

*/s/  Glenn G. Goodier*