# IN RE: OIL SPILL by "Deepwater Horizon"
## DISMISSAL FORM FOR MDL 2179 PLAINTIFFS AND CLAIMANTS-IN-LIMITATION

Authorized by Order of the Court, Civil Action No. 10-md-2179 Rec. Doc. 4043
(Copies of said Order having also been filed in Civil Actions No. 10-2771 and 10-8888)



Sep 16 2011 4:09PM

| MDL 2179 and Civil Action No. 10-2771 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

### DISMISSAL FORM[1]

By submitting this form, you are moving to dismiss all claims asserted in the Short Form identified below and/or the individual Complaint identified below. If you are an attorney representing the plaintiff and/or Claimant-in-Limitation identified in the Short Form identified below and/or in the individual Complaint identified below, you must indicate whether you are moving to dismiss with or without prejudice. If you are not represented by an attorney, the Court will deem your filing of this form as a motion to dismiss without prejudice. Once filed, you or your client will no longer be part of the individual cases, class actions, or Master Complaints against BP or other Defendants in MDL 2179 or the Limitation Action against Transocean.

[✓] I am an attorney representing the individual or entity listed in the Short Form identified below and/or a plaintiff in the individual Complaint identified below.

[ ] I am not an attorney. I am individual, or a person authorized to act for a business, that filed the Short Form identified below and/or the individual Complaint identified below.

| Plaintiff / Claimant Last Name | Plaintiff / Claimant First Name | Plaintiff / Claimant Middle or Maiden Name | Suffix |
|---|---|---|---|
| CLISBY | ROBERT | E. | |

Phone Number: (228) 860-9696
E-Mail Address:
Address: 13841 FAIRWAY DRIVE
City / State / Zip: OCEAN SPRINGS, MS 39564

INDIVIDUAL CLAIM [✓]    BUSINESS CLAIM [ ]

Employer Name: SELF-EMPLOYED
Job Title / Description: VESSEL OWNER
Business Name:
Type of Business:
Address:
City / State / Zip:
Last 4 digits of Social Security Number: 1382
Last 4 digits of Tax ID Number:

Short Form filed?   YES [ ]   NO [✓]

If yes, list your Original Short Form Document Number (this is the document filing number provided to you upon filing your Short Form with the Court).

Short Form Document No.: _____ (filed in C.A. No. 10-8888).

If you filed a Complaint other than a Short Form, please provide the following information about your original case:

Original Case Caption: Distefano v. BP America Production Company et al
EDLA Civil Action No.: 2:11 cv 00054
Originating Court and Action No. (if applicable): _____

---

[1] If dismissing a Short Form, this form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-8888. While this Form is to be filed in CA No. 10-8888, by prior order of the Court (Rec. Doc. 4043, in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be a simultaneous filing in C.A. 10-2771 and MDL 2179. If dismissing only an individual Complaint, and not a Short Form, this form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in MDL 2179, Civil Action No. 10-md-2179.

1

| Claim filed with BP? | YES ☐ NO ☐ | Claim Filed with GCCF? | YES ☐ NO ☐ |
|---|---|---|---|
| If yes, list BP Claim No.: | | If yes, list Claimant Identification No.: | |

Plaintiff Profile Form served?    YES ☑    NO ☐

If yes, list your "LexisNexis® File & Serve" Number (this is the 8-digit number stamped on the Plaintiff Profile Form when it is filed on LexisNexis® File & Serve).

LexisNexis® File & Serve No.: 38170753

Attorney Name (if applicable) Bernard Ticer

Firm Name (if applicable) Baldwin Haspel Burke & Mayer

Address 1100 Poydras St., Ste.3600

City / State / Zip New Orleans, LA 70163

Phone Number (504) 569-2900

E-Mail Address bticer@bhbmlaw.com

Dismissing your claims means that you or your business will no longer be part of the individual cases, class actions, or Master Complaints against BP and other Defendants in MDL 2179 or the Limitation Action against Transocean. By dismissing your claims, you may lose rights against Transocean, and may forfeit the ability to be included in the February 2012 Trial. You may be able to file another lawsuit or Short Form in the future, but any and all such future actions or claims may be subject to substantive or procedural requirements or limitations. If you have previously dismissed (and re-filed) your claims, and seek to dismiss them again by submitting this form, you may not be able to file another lawsuit, claim or Short Form in the future in connection with the Macondo Well / Deepwater Horizon incident. You should consult a lawyer if you have previously dismissed your claims, or if you have any questions. However, a lawyer is not required to file this form and there is no filing fee.

Please check the box(es) below regarding why you wish to dismiss your claims:

☐ Resolved Claim with the GCCF (List GCCF Claimant Identification No.: _____)
☐ Pursuing Claim with the GCCF (List GCCF Claimant Identification No.: _____)
☑ Other: Vessel of Opportunity Claim

If you are an attorney, check the box identifying the form of dismissal for which you are moving on behalf of your client. If you are not an attorney, do not complete this box:

☑ Dismissal with Prejudice
☐ Dismissal without Prejudice

Attorney Signature

Date 01/11/2012