UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | § | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | § | |
| GULF OF MEXICO, on APRIL 20, 2010 | § | |
| | § | |
| THIS DOCUMENT RELATES TO: | § | JUDGE BARBIER |
| | § | |
| ALL CASES | § | MAG. JUDGE SHUSHAN |

## Non-Party LXR and Limitation Claimant Gabriel Sanchez' Supplemental Memorandum Addressing the Court's Order Establishing an Account and Reserve for Litigation Expenses

Counsel for Non–Party LXR and Limitation Claimant Gabriel Sanchez respectfully submit this supplemental memorandum to address the lack of notice issue, which was raised in their memorandum and the PSC's response.

After the PSC filed its motion, a member of the PSC informed the undersigned that the motion would not require a response until a hearing was set, and that a hearing had not been set. In further response, a member of the PSC sent the undersigned a copy of Pre-Trial Order 15, which governs the disposition of motions in this MDL.  Additionally, the undersigned's office contacted the Court in December of 2011 and was informed that no hearing had been set.

Counsel for Movants regrets the error and withdraws the portion of their Memorandum regarding the lack of notice issue.

Respectfully submitted,

**THE BUZBEE LAW FIRM**


/S/ Anthony G. Buzbee
Anthony G. Buzbee
State Bar No. 24001820
S.D. Tex. I.D. No. 22679
Caroline E. Adams
State No. 24011198
J.P. Morgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909
www.txattorneys.com

**ATTORNEYS FOR MOVANTS
LXR and GABRIEL SANCHEZ**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of January, 2011.



/S/ Anthony G. Buzbee
Anthony G. Buzbee

2