# CONFERENCE ATTENDANCE RECORD

DATE: 1-13-12   TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

DISCOVERY STATUS CONFERENCE

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Tony Fitch | Anadarko |
| Rachel Clingman | TO |
| Jeff Breit | VA. |
| Don Godwin | Halliburton |
| Alan York | " |
| Jenny Martinez | " |
| Stefanie Major | " |
| J. B. Tarter | M-I |
| Winfin Sinclair | Alabama + States' Coord. |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Corey Maze | Alabama & States' Coordinator |
| Deb Kuchler | Anadarko |
| Keith B. Hall | Cameron |
| Phillip A. Wittmann | Cameron |
| Tim Duffy | BP |
| Katie Jakola | BP |
| Ryan Bassett | BP |
| Jimmy Williamsen | TTS |
| Phil Niziolek | MOEX |
| Renee Siegert | Cameron |
| Rob Gasaway | BP |
| Anthony Irpino | PSC |
| Brian Barr | PSC |
| Dennis Barrow | Dril-Quip |
| Jim Roy | PL. Liaison |
| Steve Herman | " |
| | |

Mike Underhill

Ky Kirby

Will Baldwin

Mark Nomilinni

Robin Hanger

Mike Occhuiczo

Shawn Brady

Sylvia Simpson

Alan Weigle

Ed Flanders

Nat Chakeres

Bill Stradley - MDL 2185