IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | *<br>*<br>*<br>*<br>*<br>*<br>* | MDL NO. 2179<br><br>SECTION: J<br><br><br>JUDGE BARBIER |
| This document relates to:<br>*Lester Ansardi, et al. v. United States Maritime Service, et al.* (No. 11-2908, E.D. La)<br>. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | *<br>*<br>*<br>* | <br>MAG. JUDGE SHUSHAN |

**PLAINTIFF LESTER ANSARDI'S MOTION TO SEVER**

NOW INTO COURT, comes Plaintiff Lester Ansardi, on behalf of himself and a class of persons similarly situated, through undersigned counsel, who respectfully moves this Court for an order severing the action captioned *Lester Ansardi, et. al. v. United States Maritime Services, Inc. et. al.*, bearing docket number 11-2908, Section "J"(1), from MDL 2047.  For the reasons set forth more fully below and in the accompanying memorandum in support, Plaintiff avers that severance of this action from MDL 2047 is appropriate.

1.

On October 27, 2011, Plaintiff, on behalf of himself and a class of persons similarly situated, filed a Class Action Petition, entitled *Lester Ansardi, et al. v. United States Maritime Services, Inc. et al.* ("Petition"), which is the subject of this motion, in the Civil District Court for the Parish of Orleans, seeking damages associated with a breach of contract for payment of services rendered by Plaintiff and the putative class to Defendants.  Specifically, Plaintiff alleges that he and the class members he seeks to represent contracted their vessels and services to

1

Defendants in the aftermath of the Gulf oil spills, and that Defendants failed to pay Plaintiffs according to the terms and conditions of the contracts at issue.

2.

On November 22, 2011, Defendants United States Maritime Services, Inc. ("USMS") and United States Environmental Services, LLC ("USES") (collectively, "Defendants") filed a Notice or Removal, removing the case to the United States District Court for the Eastern District of Louisiana, docket number 11-2908, Section "J".

3.

Upon review by the clerk in the Eastern District, on November 30, 2011, this case was consolidated into MDL 2197 - *In RE: Oil Spill by the Oil Rig "DEEPWATER HORIZON" in the GULF OF MEXICO,* on April 20, 2010, unbeknownst to Plaintiff.

4.

Plaintiff appears in this matter for the sole purpose of objecting to the transfer and consolidation of the instant matter into MDL 2197 as the instant matter does not share any issues of fact and law with other related matters consolidated within MDL 2197.

WHEREFORE, premises considered and for the reasons more fully set forth in the accompanying Memorandum, Mover, Lester Ansardi, on behalf of himself and a class of persons similarly situated, prays that the instant action be severed from MDL 2197.

Dated: January 13, 2012                    Respectfully submitted,

                                                    **PENDLEY, BAUDIN & COFFIN, L.L.P.**

                                                    /s/ Christopher L. Coffin
Christopher L. Coffin, La. Bar Roll 27902
Patrick W. Pendley, La. Bar Roll 10421
Stan P. Baudin, La. Bar Roll 22937
Nicholas R. Rockforte, La. Bar Roll 31305
Elena P. Branzaru, La. Bar Roll 31061
24110 Eden Street
Post Office Drawer 71
Plaquemine, Louisiana 70765
Telephone: (225) 687-6396
Facsimile: (225) 687-6398
Email: ccoffin@pbclawfirm.com

Gary E. Mason
Donna F. Solen
Mason LLP
1625 Massachusetts Ave., NW, Ste 605
Washington, D.C. 20036
Telephone: (202) 429-2290
Email: gmason@masonlawdc.com
Email: dsolen@masonlawdc.com

Kevin I. Goldberg
Goldberg, Finnegan & Mester, LLC
1010 Wayne Ave. Suite 950
Silver Spring, MD 20910
Telephone: (301) 589-2999 x102
Facsimile: 301-589-2644
Email: kgoldberg@gfmlawllc.com

Dan A. Robin, Jr., La. Bar No. 24628
2203 Pakenham Drive
Chalmette, La 70043
Telephone: 504-279-5177
Facsimile: 504-279-5375
Email: dan@frjustice.com

*Attorneys for Plaintiff and the Putative Class*

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing document, Plaintiff's Motion to Sever, has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on this 13th day of January, 2012.

                 /s/ Christopher L. Coffin
                 Christopher L. Coffin