UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * * | MDL NO. 2179 |
| | | SECTION: J |
| | | JUDGE BARBIER |
| This document relates to: *Lester Ansardi, et al. v. United States Maritime Service, Inc., et al.* (No. 11-2908, E.D. La) | * * * | MAG. JUDGE SHUSHAN |

_____

**NOTICE OF HEARING**
_____

      **PLEASE TAKE NOTICE,** that the undersigned will bring the attached Plaintiff Lester Ansardi's Motion to Sever for hearing before the Honorable Carl J. Barbier, on the _____ day of _____ at _____, or as soon thereafter as counsel can be heard.

      Dated this 13th day of January 2012.

1

Respectfully Submitted,

**PENDLEY, BAUDIN & COFFIN, L.L.P.**

  /s/ Christopher L. Coffin_____
Christopher L. Coffin, La. Bar Roll 27902
Patrick W. Pendley, La. Bar Roll 10421
Stan P. Baudin, La. Bar Roll 22937
Nicholas R. Rockforte, La. Bar Roll 31305
Elena P. Branzaru, La. Bar Roll 31061
24110 Eden Street
Post Office Drawer 71
Plaquemine, Louisiana 70765
Telephone: (225) 687-6396
Facsimile: (225) 687-6398
Email: ccoffin@pbclawfirm.com

Gary E. Mason
Donna F. Solen
Mason LLP
1625 Massachusetts Ave., NW, Ste 605
Washington, D.C. 20036
Telephone: (202) 429-2290
Email: gmason@masonlawdc.com
Email: dsolen@masonlawdc.com

Kevin I. Goldberg
Goldberg, Finnegan & Mester, LLC
1010 Wayne Ave. Suite 950
Silver Spring, MD 20910
Telephone: (301) 589-2999 x102
Facsimile: 301-589-2644
Email: kgoldberg@gfmlawllc.com

Dan A. Robin, Jr., La. Bar No. 24628
2203 Pakenham Drive
Chalmette, La 70043
Telephone: 504-279-5177
Facsimile: 504-279-5375
Email: dan@frjustice.com

Attorneys for Plaintiff and the Putative Class