IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * * | MDL NO. 2179 |
| | * | SECTION: J |
| | * * | |
| | * | JUDGE BARBIER |
| This document relates to: | * | |
| *Lester Ansardi, et al. v. United States Maritime Service, Inc., et al.* (No. 11-2908, E.D. La) | * * * | MAG. JUDGE SHUSHAN |

_____

**ORDER**
_____

Considering the reasons set forth in Plaintiff Lester Ansardi's Motion to Sever and in the accompanying Memorandum in Support of the Motion to Sever submitted by Plaintiff Lester Ansardi and the class members he seeks to represent:

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiff Lester Ansardi's Motion to Sever be and is hereby GRANTED.

Dated this _____ day of _____, 2012.

_____
HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA