UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: No. 10-2771 | * * * * * * | MAGISTRATE NO. 1 MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

MOEX OFFSHORE AND MOEX USA'S
FINAL PHASE ONE TRIAL EXHIBIT LIST

**NOW INTO COURT**, come Defendants, MOEX Offshore 2007 LLC and MOEX USA Corporation (collectively referred to as "MOEX"), and respectfully submits their Final Phase One Trial Exhibit List in accordance with the Court's Order dated December 12, 2011 (Rec. Doc. 4901).

MOEX hereby designates all exhibits included on the attached list. MOEX further reserves the right to seek to designate or use at trial any exhibit it deems appropriate that is listed or designated by any other party.

Respectfully submitted,

s/ John F. Pritchard

John F. Pritchard
Edward Flanders
PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, NY 10036-4039
Tel. (212) 858-1000
Fax (212) 858-1500
john.pritchard@pillsburylaw.com
edward.flanders@pillsburylaw.com

Christopher McNevin
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone (213) 488-7507
Fax (213) 629-1033
chrismcnevin@pillsburylaw.com

**ATTORNEYS FOR MOEX OFFSHORE 2007 LLC**

- and -

s/ Jack McKay
Jack McKay
jack.mckay@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037-1122
Telephone (202) 663-8439
Facsimile (202) 663-8007

**COUNSEL FOR MOEX USA CORPORATION**

| **MOEX FINAL EXHIBIT LIST** |
|---|---|---|---|
| **EXHIBIT NO.** | **DATE** | **BATES RANGE** | **SUMMARY / DESCRIPTION** |
| 986** | 2011 | | "Macondo, The Gulf Oil Disaster," Chief Counsel's Report 2011, National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling, *available at* http://www.oilspillcommission.gov/chief-counsels-report |
| 1243** | 10/1/2009 | APC-HEC1-000001601 - 1840 | Macondo Prospect Offshore Deepwater Operating Agreement between BP and MOEX Offshore 2007 LLC |
| 1244** | 10/1/2009 | DWHMX00000247 - 260 | Lease Exchange Agreement between BP and MOEX Offshore 2007 LLC |
| 85001** | 10/1/2009 | DWHMX00000379 - 401 | Lease Exchange Agreement between BP and MOEX Offshore 2007 LLC: Exhibits A through D |
| 85002** | 6/1/2008 | BP-HZN02179MDL006056 24 - 30 | BP's Lease OCS-G 32306 covering MC 252 |
| 85003** | 1989 | | AAPL Form 610-1989 Model Form Operating Agreement, *available at* http://kraftbiltoilandgas.com/asccustompages/products.asp?cartID=277731467&affID=&categoryid=16&navParent=14 |
| 85004** | 1982 | | AAPL Form 610-1982 Model Form Operating Agreement, *available at* http://kraftbiltoilandgas.com/asccustompages/products.asp?cartID=277731467&affID=&categoryid=16&navParent=14 |
| 85005** | 2002 | | AAPL Model Form of Offshore Operating Agreement 710-2002, *available at* http://www.ocsadvisoryboard.org/ |
| 85006** | 2007 | | AAPL Model Form of Offshore Deepwater Operating Agreement, AAPL-810 (2007), available at http://www.ocsadvisoryboard.org/ |
| 85,007 | 6/2-6/20/09 | DWHMX00105396-402 | E-mail string between MOEX Offshore and BP regarding possible investment in the Macondo Prospect |
| 85,008 | | DWHMX00077693-720 | BP presentation regarding potential investment in Macondo Prospect |
| 85,009 | 6/23-6/26/09 | DWHMX00207045-46 | E-mail string between MOEX Offshore and BP regarding possible investment in the Macondo Prospect |
| 85,010 | 6/26/2009 | DWHMX00077354-68 | Knowledge Reservoir review of Macondo Prospect |
| 85,011 | 6/30/2009 | DWHMX00077285-327 | Knowledge Reservoir review of Macondo Prospect |
| 85,012 | 7/13/2009 | DWHMX00000750-82 | Knowledge Reservoir report on Macondo Prospect |
| 85,013 | revised 6/30/09; approved 7/21/09 | DWHMX00057213-329 | BP Regional Oil Spill Response Plan - Gulf of Mexico |

| | | | |
|---|---|---|---|
| 85,014 | 9/14/09 | DWHMX00076234 | E-mail from MOEX to BP requesting additional information regarding the Macondo Prospect |
| 85,015 | 9/14-18/09 | DWHMX00075972-74 | E-mail string between MOEX and BP regarding BP's Macondo presentation |
| 85,016 | 9/14-23/09 | DWHMX00075861-67 | E-mail string between MOEX and BP regarding MOEX's request for additional Macondo data |
| 85,017 | 10/27-28/09 | DWHMX00075055-59 | E-mail string between MOEX and BP investment in the Macondo Prospect and attaching draft AFE |
| 85,018 | 11/4/2009 | DWHMX00074101-378 | E-mail from BP to MOEX attaching Macondo safety information |
| 85,019 | 11/9/2009 | DWHMX00072865-935 | E-mail from BP to MOEX attaching detailed description of Marianas rig and equipment |
| 85,020 | 11/10/2009 | DWHMX00072734-37 | E-mail from BP to MOEX attaching AFE and two-page well plan schematic |
| 85,021 | 11/14/2009 | DWHMX00057196-212 | BP's GoMP Wells Field Compliance Worksheet/Compliance Matrix - Marianas MODU dated 11/14/09 |
| 85,022 | 11/18/2009 | DWHMX00000261-63 | Executed AFE |
| 85,023 | 11/14/2009 | DWHMX00071599 | E-mail from BP to Halliburton regarding MOEX's access to WellSpace for Macondo |
| 85,024 | 11/23-24/09 | DWHMX00167685-86 | E-mail string between BP and MOEX regarding damage to the Marianas rig resulting from Hurricane Ida |
| 85,025 | 12/14-15/09 | DWHMX00255974-75 | E-mail string between BP and MOEX regarding a Macondo rig update and revised AFE |
| 85,026 | 1/28/2010 | DWHMX00070656-57 | E-mails between BP and MOEX regarding Macondo drilling update and supplemental AFE |
| 85,027 | 2/1/2010 | DWHMX00000273-79 | Letter from BP to MOEX attaching supplemental AFE, and return fax from MOEX attaching signed supplemental AFE |
| 85,028 | 2/2/2010 | DWHMX00256877-78 | E-mail from BP to MOEX regarding MOEX's access to INSITEanywhere for Macondo |
| 85,029 | 3/4/2010 | DWHMX00070177 | E-mail from MOEX to BP regarding March invoice and Macondo drilling plan |
| 85,030 | 3/12/2010 | DWHMX 00069738 | E-mail from MOEX to BP regarding Macondo drilling and supplemental AFE |
| 85,031 | 3/15/2010 | DWHMX00069493-94 | E-mail from MOEX to BP regarding Macondo status and drilling plan |
| 85,032 | 3/17/2010 | DWHMX00069306-307 | E-mail from MOEX to BP regarding Macondo status and drilling plan |
| 85,033 | 3/21-22/10 | DWHMX00099873 | E-mail string between MOEX and BP regarding Macondo status |
| 85,034 | 3/22/2010 | DWHMX00208378 | E-mail from MOEX to BP regarding supplemental AFE |
| 85,035 | 3/26/-29/10 | DWHMX00099856-59 | E-mail string between BP and MOEX regarding supplemental AFE and attaching same |
| 85,036 | 3/30/2010 | DWHMX00000286-89 | Correspondence from MOEX to BP transmitting signed second supplemental AFE |
| 85,037 | 1/14-3/31/10 | DWHMX00068910-11 | E-mail string between MOEX and BP regarding requests for information concerning Macondo |
| 85,038 | 1/14-4/1/10 | DWHMX00068852-86 | E-mail string between MOEX and BP regarding requests for information concerning Macondo (with attachment) |
| 85,039 | 4/5/2010 | DWHMX00208387 | E-mail from MOEX to BP regarding supplemental AFE |
| 85,040 | 4/13-4/14/10 | DWHMX00068340-42 | E-mails from BP to MOEX and Anadarko regarding achievement of objective depth and supplemental AFE |

| 85,041 | 4/15/2010 | DWHMX00000293-305 | E-mail from BP to MOEX and Anadarko regarding supplemental AFE, and copies of signed AFE with transmittal letters |
| 85,042 | 4/20/2010 | DWJMX00058236-38 | E-mail from BP to MOEX and Anadarko regarding BP's recommendation to temporarily abandon the Macondo well after successfully completing the setting of the production casing |
| 85,043 | 4/21/2010 | DWHMX00263929-30 | E-mails between BP and MOEX regarding the Macondo accident |
| 85,044 | 4/24/2010 | DWHMX00263893-95 | E-mails between BP and MOEX regarding the Macondo/Horizon Incident Communications Protocol |
| 85,045 | 5/11/2010 | DWHMX00312901-903 | Letter from BP to MOEX and Anadarko regarding the Deepwater Horizon Incident |

\*  As indicated in Anadarko's motion *in limine* (which MOEX joined), MOEX's purported knowledge of, or access to information about, well design or the operations of the Deepwater Horizon on the Macondo Prospect is not relevant to any issues to be tried in Phase One of the trial.  Nevertheless, until that motion is decided, and in anticipation that other parties will attempt to introduce evidence of MOEX's knowledge or access to information, MOEX has listed exhibits related to its knowledge and/or access to information.  By listing such exhibits, MOEX does not concede that such information is relevant to any of the issues to be tried in Phase One of the trial.

\*\*  "Reliance Exhibits" considered by MOEX's industry expert, Gordon Cain.

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on January 13, 2012.

                                              s/ John F. Pritchard
                                                John F. Pritchard