

**STATE OF ALABAMA**
**OFFICE OF THE ATTORNEY GENERAL**

**LUTHER STRANGE**
ATTORNEY GENERAL

501 WASHINGTON AVENUE
P.O. BOX 300152
MONTGOMERY, AL 36130-0152
(334) 242-7300
WWW.AGO.STATE.AL.US

January 13, 2012

The Honorable Carl J. Barbier
United States Judge, Eastern District of Louisiana

**Via Email to Ben Allums, MDL Clerk**
 (cc to Liaison Counsel, Coordinating Counsel, and Counsel for the State of Louisiana)

Re:    Motion to Reconsider Hold Back Order with regards to GCCF Settlements

Dear Judge Barbier:

The State of Alabama respectfully requests this Court reconsider its initial hold back order and hold that settlements with the GCCF are not subject to the hold back.

Respectfully,

*Luther Strange*

LUTHER STRANGE
*Attorney General, State of Alabama*
*States' Coordinating Counsel, MDL 2179*