UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010<br><br>This Document Relates to All Cases | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | MDL No. 2179<br><br>SECTION "J"<br>JUDGE BARBIER<br><br>MAGISTRATE NO. 1<br>MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

**ANADARKO PETROLEUM CORPORATION AND ANADARKO E&P COMPANY LP
SECOND SUPPLEMENTAL GOOD FAITH TRIAL EXHIBIT LIST**

Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP (collectively, "Anadarko"), hereby respectfully submit their Second Supplemental Good Faith Trial Exhibit List for the Phase I trial in accordance with this Court's Order dated September 2, 2011 [Rec. Doc. 3916].

Anadarko hereby designates all exhibits included on the attached list. To the extent that depositions and discovery are ongoing, and as permitted by the September 2, 2011 Order, Anadarko respectfully reserves the right to supplement its list with such additional relevant documents as may be obtained. Anadarko further reserves the right to seek admission of any exhibit listed or used by any other party. The Excel version of this Exhibit List which is being served on the parties on this date reflects, in yellow highlighting, those exhibits that are new additions or substitutions to the list since Anadarko's last supplemental exhibit list, served on January 3, 2012.

DATED: January 13, 2012          Respectfully submitted,

                                 BINGHAM McCUTCHEN, LLP

                                 /s/ *Ky E. Kirby*

A/74722522.1

Ky E. Kirby
ky.kirby@bingham.com
Warren Anthony Fitch
tony.fitch@bingham.com
Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001
James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA 70112
Tel: (504) 592-0691
Fax: (504) 592-0696

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on January 13, 2011.



                                                                            Ky E. Kirby