**MDL 2179**
**Anadarko's Second Supplemental Phase One Trial Exhibit List**

| Trial Exhibit Number | Bates Range | Date | Description | Objections |
|---|---|---|---|---|
| TREX-00291 | TRN-HCJ-00093526-633 | 1/27/2010 | MC 252 #1, Macondo Prospect, Drilling Program, January 2010 Final | |
| TREX-00537 | BP-HZN-MBI00126982 | 4/14/2010 | E-mail chain from Brian Morel to Ronald Sepulvado re: Forward Ops | |
| TREX-00613 | HAL0050569 - HAL0050581 | 4/16/2010 - 4/20/2010 | Report: Well Space Inclusive Date Range - MC 252 #1 Macondo (4/16/2010 - 4/20/2010) | |
| TREX-00614 | HAL0050546 - HAL0050563 | Undated | INSITE Anywhere® Access Log | |
| TREX-00778 | BP-HZN-2179MDL00315197 - BP-HZN-2179MDL00315206 | 4/1/2010 | Draft document titled "Guidance for Sharing of Drilling, Completion and Interventions Information with Co-Owners" | |
| TREX-01242 | TRN-HCJ-00076343 - TRN-HCJ-00076347 | 10/6/2009 | Daily Drilling Report | |
| TREX-01243 | ANA_MDL-000030610 - ANA_MDL-000030612; APC-HEC1-000001601 - APC-HEC1-000001840 | 12/17/2009 | Ratification and Joinder of Operating Agreement Macondo Prospect between BP Exploration & Production Inc. and MOEX Offshore 2007 LLC (will include missing page which was marked as TREX 01243a) | |
| TREX-01251 | DWHMX00068852 - DWHMX00068854 | 4/1/2010 | Email chain from Naoki Ishii to Michael Beirne re: Macondo - Information Request | |
| TREX-01253 | HAL_0000456 - HAL_0000457 | 1/6/2010 | Email chain from PJ Stapp (Halliburton Central Data Hub) to Robert Bodek re: Access to MC 252 #1 (Macondo WellSpace) | |
| TREX-01257 | BP-HZN-MBI 00126338 - BP-HZN-MBI 0012639 | 4/13/2010 | E-Mail chain from Robert Bodek to Michael Bierne re: Macondo TD | |
| TREX-01488 | BP-HZN-CEC041475 - BP-HZN-CEC041596 | 9/28/2009 | Amendment No. 38 to Drilling Contract No. 980249 | |
| TREX-01919 | APC-SHS2A-000001082 - APC-SHS2A-000001084 | 8/28/2009 | Authorization for Expenditure | |
| TREX-01920 | ANA-MDL-000030713 - ANA-MDL-000030714 | 2/18/2010 | Letter from Nicholas Huch to Michael Beirne enclosing signed Supplemental AFE | |

## MDL 2179
## Anadarko's Second Supplemental Phase One Trial Exhibit List

| Trial Exhibit Number | Bates Range | Date | Description | Objections |
|---|---|---|---|---|
| TREX-01921 | ANA-MDL-000030687 - ANA-MDL-000030690 | 3/30/2010 | Letter from Nicholas Huch to Michael Beirne enclosing signed Second Supplemental AFE | |
| TREX-01922 | ANA-MDL-000030726 - ANA-MDL-000030728 | 4/15/2010 | Letter from Nicholas Huch to Aimee Patel enclosing signed AFE | |
| TREX-01942 | APC-SHS2A-000008493 - APC-SHS2A-000008523 | 10/1/2009 | Lease Exchange Agreement Between BP, APC and AEP | |
| TREX-01943 | ANA-MDL-000030613 - ANA-MDL-000030650 | 10/1/2009 | Well Participation Agreement Between BP, APC and KMG | |
| TREX-01944 | No Bates on Pages 1-9; Pages 10-11 Bates #:  ANA-MDL-000020295 - 96 | 2/11/2010 | Letter from Wendy Rodriguez to MMS re: Assignment of Record Title Interest; Designation of Operator; and Designation of Applicant | |
| TREX-02317 | ANA-MDL-000023861 - ANA-MDL-000023866 | 6/10/2010 | E-Mail from Michael Beirne to Naoki Ishii, Jim Bryan and Nick Huch re: First Amendment of Macondo Operating Agreement with attachments | |
| TREX-02320 | BP-HZN-2179MDL00003296 - BP-HZN-2179MDL00003297 | 4/14/2010 | E-Mail chain from Michael Beirne to Kemper Howe, Aimee Patel and Bryan Ritchie re: Macondo TD & Draft Sub. Op. AFE | |
| TREX-02635 | ANA-MDL-000005118 - ANA-MDL-000005119 | 4/9/2010 | E-Mail chain from Alan O'Donnell to Robert Quitzau, Paul Chandler, Derek Folger, Dawn Peyton, and Forrest Burton re: Macondo TD Reached | |
| TREX-02636 | ANA-MDL-000008106 - ANA-MDL-000008108 | 4/13/2010 | E-Mail chain from Alan O'Donnell to Robert Quitzau, Nick Huch, Tim Trautman, Paul Chandler, Forrest Burton, Bert Allbritton, and Dawn Peyton re: Macondo TD & Draft Sub. Op. AFE | |
| TREX-02638 | | 4/18/2010 | Daily Operations Report - Partners (Completion) (Report No. 4) | |
| TREX-02639 | | 4/19/2010 | Daily Operations Report - Partners (Completion) (Report No. 5) | |

**MDL 2179**
**Anadarko's Second Supplemental Phase One Trial Exhibit List**

| Trial Exhibit Number | Bates Range | Date | Description | Objections |
|---|---|---|---|---|
| TREX-02662 | BP-HZN-2179MDL00010456 | 3/11/2010 | E-Mail from Robert Bodek to Matthew Aymond, Paul Stapp, and Halliburton Central Data Hub re: Add to Macondo WellSpace | |
| TREX-02827 | BP-HZN-MBI00075003 - BP-HZN-MBI00075005 | 10/28/2009 | Email chain from Michael Beirne to Mark Hafle re: Macondo AFE and Well Plan | |
| TREX-02840 | BP-HZN-MBI00110212 | 3/12/2010 | Email chain from Michael Beirne to Mark Hafle re: Pre-Spud Drilling Plan | |
| TREX-02869 | BP-HZN-2179MDL00264942 | 9/24/2009 | Email from Mark Hafle to Michael Beirne re: Macondo AFE | |
| TREX-03239 | BP-HZN-2179MDL01833704 | 10/22/2009 | E-Mail chain from David Rainey to Kemper Howe, Kirk Wardlaw, and Jay Thorseth re: Macondo deals | |
| TREX-04204 | BP-HZN-2179MDL02752577 - BP-HZN-2179MDL02752582 | 2/2/2010 | Invoice from BP to Anadarko, Month of Operation: January 2010 | |
| TREX-04206 | BP-HZN-2179MDL02379545 - BP-HZN-2179MDL02379548 | 3/2/2010 | Invoice from BP to Anadarko, Month of Operation: February 2010 | |
| TREX-04208 | BP-HZN-2179MDL02379484 - BP-HZN-2179MDL02379489 | 4/2/2010 | Invoice from BP to Anadarko, Month of Operation: March 2010 | |
| TREX-04210 | BP-HZN-2179MDL02379499 - BP-HZN-2179MDL02379504 | 5/6/2010 | Invoice from BP to Anadarko, Month of Operation: April 2010 | |
| TREX-04212 | ANA-MDL-000073379 - ANA-MDL-000073383 | 6/2/2010 | Invoice from BP to Anadarko, Month of Operation: May 2010 | |
| TREX-04271 | BP-HZN-MBI00021460 - BP-HZN-MBI00021999 | 12/9/1998 | Drilling Contract: RBS-8D Semisubmersible Drilling Unit Vastar Resources, Inc. and R&B Falcon Drilling Co., Contract No. 980249 | |
| TREX-05309 | SMIT_00501 - SMIT_00504 | 4/22/2010 | SMIT Salvage Daily Report | |
| TREX-06215 | BP-HZN-2179MDL01616040 - BP-HZN-2179MDL01616043 | 5/16/2010 | E-mail from Tooms to touhunte@sandia.gov re: Drawings as requested on the call today with attachments | |

**MDL 2179**
**Anadarko's Second Supplemental Phase One Trial Exhibit List**

| Trial Exhibit Number | Bates Range | Date | Description | Objections |
|---|---|---|---|---|
| TREX-07823 | | 11/15/2011 | Amended Expert Report of Roger Vernon | |
| TREX-80000 | BP-HZN-MBI00142276 - BP-HZN-MBI00142284 | 4/13/2010 | MC 252 #1 (Macondo) TD Forward Plan Review: Production Casing & TA options | |
| TREX-80001 | | 5/27/2011 | Response of Triton Asset Leasing GMBH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc. to Defendant Anadarko E&P Company LP's First Set of Requests for Admissions | |
| TREX-80002 | | 5/27/2011 | Response of Triton Asset Leasing GMBH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc. to Defendant Anadarko Petroleum Corporation's First Set of Requests for Admissions | |
| TREX-80003 | | 5/27/2011 | The BP Parties' Responses and Objections to Defendant Anadarko E&P Company LP's First Requests for Admissions | |
| TREX-80004 | | 5/27/2011 | The BP Parties' Responses and Objections to Defendant Anadarko Petroleum Corporation's First Requests for Admissions | |
| TREX-80009 | | 9/23/2011 | The BP Parties' Supplemental Responses and Objections to Defendant Anadarko Petroleum Corporation's First Requests for Admissions | |
| TREX-80010 | | 6/14/2011 | Defendant Halliburton Energy Services, Inc.'s Objections and Responses to Defendant Anadarko Petroleum Corporation's Third Set of Requests for Production of Documents, First Set of Requests for Admission and Third Set of Interrogatories | |

**MDL 2179**
**Anadarko's Second Supplemental Phase One Trial Exhibit List**

| Trial Exhibit Number | Bates Range | Date | Description | Objections |
|---|---|---|---|---|
| TREX-80011 | | 8/17/2011 | Halliburton Energy Services, Inc.'s First Supplemental Responses to Anadarko Petroleum Corporation's Third Set of Requests for Production of Documents, First Set of Requests for Admission and Third Set of Interrogatories | |
| TREX-80012 | | 2/14/2011 | Defendant Halliburton Energy Services, Inc.'s Objections and Responses to Co-Defendant MOEX Offshore 2007 LLC's Interrogatories and Requests for Production | |
| TREX-80013 | | 6/23/2011 | Amended Response of Triton Asset Leasing GMBH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc. to Defendant Anadarko E&P Company LP's First Set of Requests for Admission | |
| TREX-80014 | | 6/23/2011 | Amended Response of Triton Asset Leasing GMBH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc. to Defendant Anadarko Petroleum Corporation's First Set of Requests for Admission | |
| TREX-80015 | | 5/27/2010 | Response on Behalf of Triton Asset Leasing GMBH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc. to Anadarko Petroleum Corporation's Third Set of Interrogatories and Requests for Production of Documents | |
| TREX-80016 | | 10/8/2011 | Plaintiffs' Steering Committee's Supplemental and Amended Objections and Responses to Phase One Written Discovery Requests | |

## MDL 2179
## Anadarko's Second Supplemental Phase One Trial Exhibit List

| Trial Exhibit Number | Bates Range | Date | Description | Objections |
|---|---|---|---|---|
| TREX-80017 | | 9/19/2011 | United States of America's Revised Responses to the Applicable Requests Contained Within the Various Defendants' Second Joint Discovery Requests to Plaintiffs | |
| TREX-80018 | | 4/22/2011 | Defendant Cameron International Corporation's Amended Responses to Defendant Anadarko Petroleum Corporation's Interrogatories and Requests for Production of Documents | |
| TREX-80019 | | 12/8/2010 | Defendant Cameron International Corporation's Responses to Plaintiffs' First Request for Admissions | |
| TREX-80020 | | 5/28/2011 | Dril-Quip, Inc.'s Objections, Responses and Answers to Defendant Anadarko Petroleum Corporation and Anadarko E&P Company LP's Second Interrogatories and Request for Production of Documents | |
| TREX-80021 | | 4/1/2011 | Defendant Weatherford U.S., L.P.'s Responses to Interrogatories and Requests for Production of Documents Propounded by Defendant Anadarko Petroleum Corporation | |
| TREX-80022 | BP-HZN-MBI00023746 - BP-HZN-MBI00023755 | 4/15/2010 | Application for Revised Bypass Form MMS 123A0123S | |
| TREX-80023 | | 7/15/2011 | Response on Behalf of Triton Asset Leasing GMBH, Transocean Holdings LLC, Transocean Deepwater Inc., and Transocean Offshore Deepwater Drilling Inc. to BP Parties' First Set of Requests for Admission | |
| TREX-80024 | IMS059-014814 - IMS059-014815 | 5/3/2010 | MMS Online Agency Records Serial Register Page | |