UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179 |
| | * | JUDGE BARBIER |
| Relates to: No. 10-2771 | * * | MAG. JUDGE SHUSHAN |

**********************************

## ORDER

**CONSIDERING** the plaintiffs' Motion for Leave to File Short Form Joinders In Limitation,

**IT IS ORDERED** that the motion is GRANTED. The short forms identified in EXHIBIT A attached to the motion shall be considered timely filed answers and claims in the Transocean Limitation, (Civil Action No. 10-2771), as well as joinder in the appropriate Master Complaints.

New Orleans, Louisiana, this the          day of                    , 2012.

                                                         **Honorable Carl J. Barbier**
                                                       **United States District Judge**