|    | A | B | C | D | E |
|----|---|---|---|---|---|
| 1  | LAST NAME | FIRST/MID NAME | SS # | DOC. # | DATE |
| 2  | Bourgeois | Daniel Joseph | 9133 | 108608 | 9/23/2011 |
| 3  | Demoll, Jr. | Herman James | 2910 | 108609 | 9/23/2011 |
| 4  | Digiroloma | Robert Webb | 2307 | 108645 | 9/26/2011 |
| 5  | Sylve, Jr. | James Lucien | 4808 | 108719 | 9/28/2011 |
| 6  | Sylve | Nathan | 8400 | 108955 | 9/30/2011 |
| 7  | King | Robert Dale | 7953 | 108957 | 9/30/2011 |
| 8  | Machado | Maxie | 6954 | 108958 | 9/30/2011 |
| 9  | Phillips, Jr. | Mark Evans | 7970 | 108959 | 9/30/2011 |
| 10 | Phillips | Edward J. | 9164 | 108961 | 10/3/2011 |
| 11 | Nguyen | Dat Tan | 2100 | 108967 | 10/3/2011 |
| 12 | Nguyen | Tuan | 2544 | 108968 | 10/3/2011 |
| 13 | Nguyen | Henry Thao | 1581 | 108971 | 10/4/2011 |
| 14 | Truong | Mot Trung | 8247 | 108972 | 10/4/2011 |
| 15 | Demolle | Freddy Joseph | 6677 | 109033 | 10/4/2011 |
| 16 | To | Cang Van | 3112 | 109034 | 10/4/2011 |
| 17 | Pham | Phung Ky | 8509 | 109071 | 10/5/2011 |
| 18 | Gisbon, Jr. | Joseph | 6787 | 109083 | 10/6/2011 |
| 19 | Parker | Rodney Rene | 1008 | 109084 | 10/6/2011 |
| 20 | Phillips | James Alido | 9668 | 109087 | 10/6/2011 |
| 21 | Barthelemy | Myron | 6312 | 109088 | 10/6/2011 |
| 22 | Parker, Jr. | Clement | 2967 | 109092 | 10/6/2011 |
| 23 | Barthelemy, Sr. | Dominic | 1217 | 109107 | 10/6/2011 |
| 24 | LaFrance | Cal | 1416 | 109108 | 10/6/2011 |
| 25 | LaFrance, Jr. | Carlton | 2384 | 109110 | 10/6/2011 |
| 26 | Salvant | Justin Tramaine | 2361 | 109122 | 10/6/2011 |
| 27 | Nguyen | Soc | 9066 | 109130 | 10/6/2011 |
| 28 | Gaines | Dwayne Scott | 4476 | 109140 | 10/6/2011 |
| 29 | Ancar | Claudie Rene | 3723 | 109150 | 10/10/2011 |
| 30 | Borden | Stanley John | 4107 | 109151 | 10/10/2011 |
| 31 | Duplessis, Sr. | Joseph Reed | 5234 | 109152 | 10/10/2011 |
| 32 | Lim | Koung | 1269 | 109153 | 10/10/2011 |
| 33 | Ragas | Jonathan Keith | 6582 | 109154 | 10/10/2011 |
| 34 | Swift | Glenn Gerald | 7830 | 109155 | 10/10/2011 |
| 35 | Vo | Luoc Van | 9605 | 109156 | 10/10/2011 |
| 36 | Anh Quoc Inc |  | 0666 | 109157 | 10/10/2011 |
| 37 | Ancar | Rene Jude | 1037 | 109158 | 10/10/2011 |
| 38 | Tran | Nam | 4452 | 109160 | 10/10/2011 |
| 39 | Rodrigue | Lynn Paul | 7828 | 109161 | 10/10/2011 |

EXHIBIT A

|    | A | B | C | D | E |
|----|---|---|---|---|---|
| 40 | Sylve | Paul Anthony | 2421 | 109162 | 10/10/2011 |
| 41 | Demolle, Jr. | Warren | 5912 | 109163 | 10/11/2011 |
| 42 | Alexis | Barry Steven | 8286 | 109170 | 10/11/2011 |
| 43 | Tran | Can | 0217 | 109177 | 10/12/2011 |
| 44 | Tran | Ngoc Thanh | 6953 | 109178 | 10/12/2011 |
| 45 | Ancar | William Adaire | 5160 | 109183 | 10/12/2011 |
| 46 | Luu | Loi | 3167 | 109193 | 10/13/2011 |
| 47 | Vo | Steven Ray | 9957 | 109194 | 10/13/2011 |
| 48 | LaFrance | Eddi M | 7346 | 109195 | 10/13/2011 |
| 49 | Sylve, Jr. | David James | 1362 | 109196 | 10/13/2011 |
| 50 | Tran | Minh Khanh | 3020 | 109199 | 10/14/2011 |
| 51 | Barthelemy | Gregory Joseph | 7212 | 109224 | 10/14/2011 |
| 52 | Gaines | Joseph Jefferson | 1380 | 109225 | 10/14/2011 |
| 53 | Hankins | William Stedman | 6020 | 109232 | 10/17/2011 |
| 54 | Sylve, Jr. | Norris Martin | 2700 | 109259 | 10/18/2011 |
| 55 | Nguyen | Minh Huu Anh | 7711 | 109275 | 10/19/2011 |
| 56 | Nguyen | Joe | 7215 | 109276 | 10/20/2011 |
| 57 | Nguyen | An Thuy | 3897 | 109279 | 10/20/2011 |
| 58 | LaFrance | Clement Benjamin | 7103 | 109280 | 10/21/2011 |
| 59 | Phillips | Claude Alton | 4025 | 109281 | 10/21/2011 |
| 60 | LaFrance | Chad Emery | 5411 | 109282 | 10/21/2011 |
| 61 | Nguyen | Hoa Thi | 9065 | 109283 | 10/21/2011 |
| 62 | Nguyen | John | 9992 | 109284 | 10/21/2011 |
| 63 | Nguyen | Quyen Thi | 1277 | 109285 | 10/21/2011 |
| 64 | Thompson | Shawn Christopher | 9318 | 109286 | 10/21/2011 |
| 65 | Lam | Ann Huynh | 0449 | 109292 | 10/21/2011 |
| 66 | Parker | Roderick Ellery | 3911 | 109337 | 10/27/2011 |
| 67 | To | Muoi Thi | 5971 | 109338 | 10/27/2011 |
| 68 | Ralph | Marvin Wayne | 5421 | 109339 | 10/27/2011 |
| 69 | Nguyen | Khoi | 2298 | 109403 | 10/31/2011 |
| 70 | Nguyen | Ghi Van | 4174 | 109421 | 11/1/2011 |
| 71 | Zeringue | David | 9809 | 109428 | 11/2/2011 |
| 72 | Nguyen | Thomas | 7392 | 109429 | 11/2/2011 |
| 73 | Pham | Cathy To | 7381 | 109430 | 11/2/2011 |
| 74 | Tran | Dung Trung | 6745 | 109431 | 11/3/2011 |
| 75 | Le | Nancy | 8805 | 109447 | 11/4/2011 |
| 76 | Rodriguez | Brian Anthony | 9281 | 109465 | 11/4/2011 |
| 77 | Ronquille | Joseph Michael | 2819 | 109551 | 11/9/11 |
| 78 | Vinet | Todd Anthony | 7223 | 109572 | 11/15/2011 |

EXHIBIT A
2

|     | A | B | C | D | E |
| --- | --- | --- | --- | --- | --- |
| 79 | Guidry | Maruice | 4244 | 109578 | 11/11/11 |
| 80 | Le | Hoang Van | 7320 | 109580 | 11/11/11 |
| 81 | Parker | Kenneth Joseph | 2944 | 109589 | 11/15/2011 |
| 82 | Gonzales, Sr. | Rudolph S | 1838 | 109593 | 11/16/2011 |
| 83 | Gonzales | Sylvia A | 7859 | 109594 | 11/16/2011 |
| 84 | Guerra | Guy A | 4755 | 109595 | 11/16/2011 |
| 85 | Guerra, Sr. | Ricky J. | 0298 | 109596 | 11/16/2011 |
| 86 | Jackson | Stacey G | 9545 | 109597 | 11/16/2011 |
| 87 | Latapie, Sr. | Joseph Francis | 5832 | 109598 | 11/16/2011 |
| 88 | Latapie | Travis J | 8974 | 109599 | 11/16/2011 |
| 89 | Long | Troy A | 0497 | 109600 | 11/16/2011 |
| 90 | Phillips | Harry L. | 3234 | 109601 | 11/16/2011 |
| 91 | Reeves | Georgie David | 0748 | 109607 | 11/16/2011 |
| 92 | Masoner | Jay C | 9285 | 109608 | 11/16/2011 |
| 93 | Brown, Jr. | Marshall | 7334 | 109610 | 11/16/2011 |
| 94 | Palmer | David Charles | 6716 | 109611 | 11/16/2011 |
| 95 | Brown | Eric D | 6236 | 109612 | 11/16/2011 |
| 96 | Ho | Huong | 3190 | 109613 | 11/16/2011 |
| 97 | Nguyen | Phi | 5047 | 109614 | 11/16/2011 |
| 98 | Cu | Tam | 2535 | 109615 | 11/16/2011 |
| 99 | Cu | Mai | 5683 | 109616 | 11/16/2011 |
| 100 | Nguyen | Nguyet | 2571 | 109617 | 11/16/2011 |
| 101 | Nguyen | Tiec | 8993 | 109618 | 11/16/2011 |
| 102 | Menesesses Jr. | Erwin | 6456 | 109627 | 11/16/2011 |
| 103 | Oracoy | Brad | 4276 | 109629 | 11/16/2011 |
| 104 | Mispel | Royden T | 1185 | 109630 | 11/16/2011 |
| 105 | Latapie, Jr. | Joseph Francis | 2670 | 109632 | 11/16/2011 |
| 106 | Barbee | Robert Curtis | 0000 | 109633 | 11/16/2011 |
| 107 | Tran | Long Van | 5226 | 109634 | 11/16/2011 |
| 108 | Ronquille | Blane Peter | 7713 | 109635 | 11/16/2011 |
| 109 | Nguyen | Giau Van | 3189 | 109883 | 11/23/2011 |
| 110 | To | Thone | 4590 | 109928 | 11/28/2011 |
| 111 | Alexis | Terry Benjamin | 7521 | 109929 | 11/28/2011 |
| 112 | Guerra | Robert | 5622 | 110025 | 11/30/2011 |
| 113 | Sims | Nathan | 0705 | 110065 | 12/2/2011 |
| 114 | Nguyen | Ethan Sinh | 8504 | 110084 | 12/5/2011 |
| 115 | Dinh | Nghia | 6141 | 110182 | 12/13/2011 |
| 116 | Nguyen | Bui | 8191 | 110190 | 12/14/2011 |
| 117 | Nguyen | Bui | 5472 | 110191 | 12/14/2011 |
| 118 | Nguyen | Bui | 3008 | 110192 | 12/14/2011 |

EXHIBIT A

|     | A | B | C | D | E |
|---|---|---|---|---|---|
| 119 | Gabriel | Wade Tracy | 7236 | 110197 | 12/14/2011 |
| 120 | Mackey | Paul Theodore | 9004 | 110245 | 12/19/2011 |
| 121 | Phea | Srinuon | 7022 | 110251 | 12/19/2011 |
| 122 | Phan | Jason Truong Vie | 2493 | 110257 | 12/21/2011 |
| 123 | Cross | Wilfred | 6610 | 110301 | 12/22/2011 |
| 124 | Cross | Melissa A. | 7173 | 110302 | 12/22/2011 |
| 125 | Tran | Cuong Van | 9573 | 110300 | 12/22/2011 |
| 126 | Nguyen | Ut Thi | 4073 | 110324 | 12/30/2011 |
| 127 | Huynh | Lay | 9096 | 110393 | 1/9/2012 |
| 128 | Bishop | Kelly | 9152 | 110412 | 1/9/2012 |
| 129 | Kieu | Tung | 3308 | 110394 | 1/9/2012 |
| 130 | Anderson | Darren Patrick | 4528 | 110446 | 1/11/2012 |
| 131 | Vinet | Todd Anthony | 7223 | 110584 | 1/13/2012 |
| 132 | Vinet | Todd Anthony | 7223 | 110586 | 1/13/2012 |
| 133 | Ancar, Jr. | Manuel E. | 4904 | 110596 | 1/13/2012 |
| 134 | | | | | |
| 135 | | | | | |
| 136 | | | | | |
| 137 | | | | | |
| 138 | | | | | |
| 139 | | | | | |
| 140 | | | | | |
| 141 | | | | | |
| 142 | | | | | |
| 143 | | | | | |
| 144 | | | | | |
| 145 | | | | | |
| 146 | | | | | |
| 147 | | | | | |
| 148 | | | | | |
| 149 | | | | | |
| 150 | | | | | |
| 151 | | | | | |
| 152 | | | | | |
| 153 | | | | | |
| 154 | | | | | |
| 155 | | | | | |
| 156 | | | | | |
| 157 | | | | | |
| 158 | | | | | |
| 159 | | | | | |
| 160 | | | | | |
| 161 | | | | | |
| 162 | | | | | |

EXHIBIT A