UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION "J" |
| **THIS PLEADING APPLIES TO:** | * * | JUDGE: BARBIER |
| In Re The Complaint and Petition of Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc., as Owner, Managing Owners, Owners *Pro-Hac Vice*, and/or Operators of the MODU Deepwater Horizon, in a Cause for Exoneration from or Limitation of Liability | * * * * * * * * * * * | MAGISTRATE: SHUSHAN |
| Civil Action Nos.: 2:10-cv-2771 and 10-cv-2179 (All Cases) | * * | |

## WEATHERFORD U.S., L.P. AND WEATHERFORD INTERNATIONAL, INC.'S MOTION TO WITHDRAW AND MOTION FOR LEAVE TO RE-FILE SECOND SUPPLEMENTAL AND AMENDED EXHIBIT LIST WITH REVISED COVER PLEADING

**NOW INTO COURT**, through undersigned counsel, come Weatherford U.S., L.P. and Weatherford International, Inc. ("Weatherford"), who move this Honorable Court to withdraw its Second Supplemental and Amended Exhibit List filed January 12, 2012 (Rec. Doc. 5166) and respectfully request leave of court to re-file the Second Supplemental and Amended Exhibit List with a revised cover pleading. A copy of the proposed, revised pleading, along with Exhibit List, is attached hereto.

{N2408550.1}

1

After Weatherford's Second Supplemental and Amended Exhibit List was filed, Weatherford discovered that the original cover pleading in Rec. Doc. 5166 referenced incorrect exhibit numbers on page two. The incorrect exhibit numbers have been corrected on the proposed pleading attached hereto. Weatherford therefore requests leave of Court to file the proposed pleading to accurately reflect the additions and amendments to its prior Exhibit List.

**WHEREFORE**, Weatherford respectfully requests that the Motion to Withdraw its Second Supplemental and Amended Exhibit List (Rec. Doc. 5166) be granted and that Weatherford be granted leave of Court to file the proposed pleading attached hereto.

This 13th day of January, 2012.

        Respectfully submitted:

        */s/ Glenn G. Goodier*
        GLENN G. GOODIER (#06130)
        RICHARD D. BERTRAM (#17881)
        LANCE M. SANNINO (#29409)
        JONES, WALKER, WAECHTER, POITEVENT,
          CARRÈRE & DENÈGRE, L.L.P.
        201 St. Charles Avenue. 48th Floor
        New Orleans, Louisiana 70170-5100
        Telephone:   (504) 582-8174
        Facsimile:   (504) 589-8174
        ggoodier@joneswalker.com
        rbertram@joneswalker.com
        lsannino@joneswalker.com

        AND

MICHAEL G. LEMOINE, T.A. (#8308)
GARY J. RUSSO (#10828)
DOUGLAS C. LONGMAN, JR. (#8719)
JONES, WALKER, WAECHTER, POITEVENT,
 CARRÈRE & DENÈGRE, L.L.P.
600 Jefferson Street, Suite 1600
Lafayette, Louisiana 70501-5100
Telephone:    (337) 593-7624
Facsimile:    (337) 593-7601
mlemoine@joneswalker.com
grusso@joneswalker.com
dlongman@joneswalker.com

*Counsel for Weatherford U.S., L.P. and Weatherford International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of January, 2012, the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Court's Pretrial Order No. 12, on November 1, 2010.

/s/ *Glenn G. Goodier*