UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION "J" |
| **THIS PLEADING APPLIES TO:** | * * | JUDGE: BARBIER |
| In Re The Complaint and Petition of Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc., as Owner, Managing Owners, Owners *Pro-Hac Vice*, and/or Operators of the MODU Deepwater Horizon, in a Cause for Exoneration from or Limitation of Liability | * * * * * * * * * * * | MAGISTRATE: SHUSHAN |
| Civil Action Nos.: 2:10-cv-2771 and 10-cv-2179 (All Cases) | * * | |

## ORDER

Considering the foregoing Motion to Withdraw and Motion for Leave to Re-File Second Supplemental and Amended Exhibit List with Revised Cover Pleading:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Weatherford U.S., L.P. and Weatherford International, Inc.'s Motion to Withdraw Rec. Doc. 5166 be and the same is granted and that Rec. Doc. 5166 be withdrawn from the record;

{N2408550.1}

1

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Weatherford U.S., L.P. and Weatherford International, Inc. be granted leave of Court to file the proposed Second Supplemental and Amended Exhibit List and accompanying cover pleading and the same filed into the record of these proceedings.

New Orleans, Louisiana, this _____ day of January, 2012.

_____<br>UNITED STATES DISTRICT COURT JUDGE