# Exhibit A

1

1        UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF LOUISIANA
2

3   IN RE:  OIL SPILL         )   MDL NO. 2179
    BY THE OIL RIG            )
4   "DEEPWATER HORIZON" IN    )   SECTION "J"
    THE GULF OF MEXICO, ON    )
5   APRIL 20, 2010            )   JUDGE BARBIER
                              )   MAG. JUDGE SHUSHAN

              *****************
                   VOLUME 1
              *****************

       Deposition of MICHAEL E. VIATOR, taken at the
    law offices of Godwin, Ronquillo, 1331 Lamar,
    Suite 1665, Houston, Texas, on the 2nd of
    November, 2011.

**PURSUANT TO CONFIDENTIALITY ORDER**

```
11:09

11:09

11:09

11:09

11:10
```

1    Q.    -- in the lobby of Mr. Godwin's firm?
2    A.    Yes.
3    Q.    But never before that?
4    A.    No, sir.
5    Q.    And we have not spoken to each other
6    before today?
7    A.    No, sir.
8    Q.    And have you spoken to anyone at my -- my
9    firm, Kirkland & Ellis, before?
10   A.    No, sir.
11   Q.    And have you, to your knowledge, spoken to
12   anyone, any attorneys representing BP before?
13   A.    Not to my knowledge.
14   Q.    Now, Mr. Godwin asked you some questions
15   about confidential information.
16         Do you remember that?
17   A.    Yes, sir.
18   Q.    And your understanding of confidential
19   information that you obtained while working at
20   Halliburton included all of the work that you did
21   relating to the Macondo Well No. 1, right?
22   A.    I actually consider all the work I did at
23   Halliburton, processes and jobs, to be
24   confidential to Halliburton.
25   Q.    Right.  And confidential information

**PURSUANT TO CONFIDENTIALITY ORDER**