UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | : | |
| GULF OF MEXICO, on | : | SECTION:  J |
| APRIL 20, 2010 | : | JUDGE BARBIER |
| | : | MAG. JUDGE SHUSHAN |
| **THIS APPLIES TO ALL CASES AND** | : | |
| **10-2771** | : | JURY TRIAL DEMANDED |
| | : | |

. . . . . . . . . . . . . . . . . . . . . . . . . . . .

## CAMERON INTERNATIONAL CORPORATION'S
## THIRD AMENDED PHASE ONE "GOOD FAITH" TRIAL EXHIBIT LIST

Pursuant to the Court's Order regarding the Working Group Conference on Friday, January 9, 2012 (R.Doc. 5128), Cameron International Corporation ("Cameron") respectfully submits the attached Third Amended Phase One "Good Faith" Trial Exhibit List.  As depositions and discovery are ongoing, and as permitted by the September 2, 2011 Order (R.Doc. 3916), Cameron respectfully reserves the right to supplemental its list with such additional relevant documents as it may deem appropriate given such deposition and discovery.  Cameron further reserves the right to seek to designate or use at trial any exhibits it deems appropriate that is listed or designated by any other party.

In accordance with the Court's Order regarding the Working Group Conference on Friday, January 9, 2012 (R.Doc. 5128), Cameron sets out below and in highlighted text on the attached those exhibits withdrawn from its Second Amended Phase One "Good Faith" Trial Exhibit List, and those exhibits added to its Third Amended Phase One "Good Faith" Trial Exhibit List.

1

**Exhibits Withdrawn:**

Cameron has withdrawn Exhibit 75,238.

**Exhibits Added:**

| | | | |
|---|---|---|---|
| 153 | BP-HZN-BLY00124217 - BP-HZN-BLY00124231 | 7/1/2010 | BP Incident Investigation Team - Notes of Interview with John Guide |
| 825 | | 8/8/2010 | E-mail string regarding 2010 Individual Performance Assessment |
| 1896 | BP-HNZ-2179MDL00000884, BP-HZN-2179MDL00000889 & BP-HZN-2179MDL00000903 | 8/31/2008 | Form MMS 123A/123S-Electronic Version - Application for Permit to Drill a New Well / Applications Status: Submitted / OMB Control Number 1010-0141 |
| 1992 | BP-HZN-BLY00071107 | 4/20/2010 | E-mail regarding Ops Note |
| 2477 | | 8/11/2010 | Appendix K Laboratory Analysis of Cementing Operations on the Deepwater Horizon (from CSI Technologies) |
| 3084 | | 7/1/2006 | ABS Guide for the Certification of Drilling Systems (updated November 2010) |
| 3168 | CAM_CIV_0012630 | 6/21/2007 | Cameron - Product Advisory #12114; EB 702D Update Regarding Shearing Capabilities of Cameron Shear Rams |
| 4100 | BP-HZN-CEC029828 - BP-HZN-CEC029829 | 8/24/2006 | E-mail string regarding BOP Shear Rams |
| 4311 | | | Transocean Photos - Drill Crew Activities The Upper Annular; Shear Rams (BSR) Shears Drill Pipe |
| 4602 | BP-HZN-MBI00021445 - BP-HZN-MBI00021446 | 5/14/2010 | Transocean job responsibilities descriptions for various rig personnel |
| 4816 | BP-HZN-MBI00143353 - BP-HZN-MBI00143363 | 5/10/2010 | E-mail string regarding EB702D-B9 Shearing Capabilities |
| 5353 | BP-HZN-2179MDL01918567 - BP-HZN-2179MDL01918584 | 10/20/2009 | E-mail string regarding Neil's TH Slides |
| 5357 | BP-HZN-2179MDL02158769 - BP-HZN-2179MDL02158770 | 3/22/2008 | E-mail string regarding Request |
| 6212 | BP-HZN-2179MDL01793905 - BP-HZN-2179MDL01793929 | 3/17/2010 | E-mail string regarding Top Preventer Peer Assistant Recommendations |
| 6402 | BP-HZN-2179MDL03775929 - BP-HZN-2179MDL3775930 | 4/6/2010 | E-mail string regarding Macondo Update 5am |
| 7109 | TRN-MDL-00872258 & TRN-MDL-00872268 - TRN-MDL-00872269 | 12/1/2000 | BOP Stack Size and Pressure Ratings - Well Control Manual Vol 2 Fundamentals of Well Control  BPA-D-002 |
| 7406 | BP-HZN-BLY00295766 BP-HZN-BLY00295784 | 9/28/2010 | Deepwater Horizon Incident Investigation |
| 7410 | BP-HZN-2179MDL02386139 - BP-HZN-2179MDL02386180 | | Interlink Systems, Inc. - Cameron SEM Automatic Mode Function Tests |
| 7530 | | 5/14/2010 | description of Transocean job responsibilities for various rig personnel |
| 7533 | TRN-MDL-01288347 - TRN-MDL-01288355 | 4/26/2010 | Transocean advisory regarding Bardolino well control incident 3/2010 |

383.017/492140.v1

| | | | |
|---|---|---|---|
| 7546 | TRN-MDL-00494920 - TRN-MDL-00495005 | 3/18/2003 | West Engineering Services, Inc.'s Evaluation of Secondary Intervention Methods in Well Control for U.S. Minerals Management Service |
| 7552 | | 2/25/2005 | Caza Drilling (California), Inc. v. TEG Oil & Gas USA, Inc., 2005 WL 6347949 |
| 7553 | | 11/20/2009 | Memorandum Opinion and Order in C.A. 4:08-cv-35TSL-LRA; William T. Cooley, Jr vs. Denbury Onshore, LLC and American Intrastate Insurance Company; In the US District Court for the Southern District of Mississippi, Eastern District |
| 7554 | | 8/24/2010 | Order in C.A. No. 09-6437; James Lindsay vs. Diamond Offshore Management Company; In the US District Court for the Eastern District of Louisiana |
| 7555 | | 11/2/2009 | Motion to Exclude the Expert Report and Testimony of Engineering Partners International Dr. William Arnoult and Gregg S. Perkin in C.A. 2:08-cv-05169; Bobbie Smith vs. Ideal Industries, Inc.; In the US District Court for the Eastern District of Louisiana |
| 7576 | CAM_CIV_0358025 - CAM_CIV_0358047 | 7/6/2010 | Cameron - MK III AMF Battery Technical Description |
| 7577 | CAM_CIV_0022617 & CAM_CIV_0022678 | 5/17/2004 | Assembly drawing driller control panel and Assembly drawing tool pusher remote control panel |
| 7578 | TRN-INV-01143142 - TRN-INV-01143189 | 2009 | Transocean Annual Report - 2009; Well Control Events & Statistics 2005-2009 |
| 7579 | CAM_CIV_0003123 - CAM_CIV_0003130 | 4/25/1979 | Cameron - Shearing Blind Rams -- Operation, Care and Maintenance |
| 7663 | CAM_CIV_0025645 - CAM_CIV_0025660 | 5/17/2000 | Cameron - Engineering Report Abstract; Report Number 2728 |
| 7669 | CAM_CIV_0029314 - CAM_CIV_0029315 | 5/14/2010 | E-mail string regarding AMB battery EB |
| 7693 | CAM_CIV_0029314 - CAM_CIV_0029315 | 5/14/2010 | E-mail string regarding AMB battery EB |
| 7700 | TRN-INV-01030931 - TRN-INV-01030932 | 6/14/2011 | Transocean DwH Investigation; Investigations: Blind Shear Ram Performance - Closed by Surface Control |
| 7701 | TRN-INV-01026605 - TRN-INV-01026606 | 6/16/2011 | Transocean DwH Investigation; Investigations: BOP Design Capability |
| 7702 | TRN-INV-01848703 - TRN-INV-01848706 | 7/22/2010 | E-mail regarding Sharepoint Investigation ticket 32 on Shearing, revision |
| 7703 | TRN-MDL-02971994 - TRN-MDL-02971997 | 8/8/2011 | Transocean RMS II Maintenance Plan by Manufacturer & Model; Manufacturer: Cameron; Model: 2020708-16-01/02 Mark II; Name: MUX Control POD |
| 7713 | CAM_CIV_0025645 - CAM_CIV_0025660 | 5/17/2000 | Cameron Engineering Report Abstract - Report Number 2728; Title: R&B Deepwater Horizon Project 18-3/4" 15M TL Super Shear Rams (SSRs) & Shear Blind Rams (SBRs) Shear Test |
| 7714 | CAM_CIV_0070558 - CAM_CIV_0070570 | 4/27/2000 | Cameron - 18-3/4" 15M TL BOP 7-5/8" to 3-1/2" VBR RAM; Analysis Standard; Prepared by: Raul Araujo; 13 pages |
| 7758 | TRN-HCEC-00077361 - TRN-HCEC-00077476 | 3/1/1999 | Attachment 1.2A-Pricing Format Cameron Quotation #445415, marked as Confidential Treatment Requested by Transocean Holdings, LLC |
| 7765 | CAM_CIV_0355001 - CAM_CIV_0355022 | 4/18/2006 | Cameron - BP Egypt Engineering Report Number 3304 |
| 7767 | TRN-MDL-00871267 - TRN-MDL-00871332 | 2008 | Transocean Drilling Practices Course Section 14, Key Subsea Considerations Prior to Commencement of Drilling Operations |
| 8036 | | 11/7/2011 | Expert Report - Richard Coronado, Cameron International Corporation |
| 8044 | CAM_CIV_0017555 - CAM_CIV_0017573 | 6/30/2009 | Cameron - Assembly and Test Procedure for Cameron Solenoid Valves (19 pages) |

| | | | |
|---|---|---|---|
| 8045 | | 7/1/2004 | Specification for Control Systems for Drilling Well Control Equipment and Control Systems for Diverter Equipment (effective date January 2005) |
| 8129 | CAM_CIV_0015410-CAM_CIV_0015430 | 4/18/2006 | Cameron - Engineering Report Abstract; Report Number 3304 |
| 8132 | CAM_CIV_0003123 - CAM_CIV_0003130 | 4/25/1979 | Cameron - Shearing Blind Rams -- Operation, Care and Maintenance |
| 8139 | | 3/20/2011 | Det Norske Veritas Final Report for United States Department of the Interior - Forensic Examination of Deepwater Horizon Blowout Preventer; Contract Award No; M10PX00335; Volume 1 Final Report |
| 8179 | HAL_0048974 | | Chart |
| 75,588 | | 2003 | Excerpt (p. 45) from R. Grace, Blowout and Well Control Handbook (2003) |
| 75,589 | TRN-INV-02510181 - TRN-INV-02510188 | 2/10/2003 | Transocean Orignal Equipment Manufacturer/Technical Bulletin Approval Form; Deadman/AMF Batter Upgrade, 9 Volt |
| 75,590 | TRN-INV-02608146 - TRN-INV-02608148 | 9/4/2004 | Transocean Orignal Equipment Manufacturer/Technical Bulletin Approval Form; AMF/Dead Battery Replacement |
| 75,591 | TRN-INV-01026851 - TRN-INV-01026852 | 6/13/2011 | Transocean DwH Investigation; Investigations: Determine if shearing capability prevented shearing and sealing of well |

DATE:  January 13, 2012

Respectfully submitted,

| | |
|---|---|
| */s/ David J. Beck*<br>David J. Beck, T.A.<br>　　dbeck@brsfirm.com<br>Joe W. Redden, Jr.<br>　　jredden@brsfirm.com<br>David W. Jones<br>　　djones@brsfirm.com<br>Geoffrey Gannaway<br>　　ggannaway@brsfirm.com<br><br>BECK, REDDEN & SECREST, L.L.P.<br>One Houston Center<br>1221 McKinney, Suite 4500<br>Houston, TX  77010-2010<br>713-951-3700<br>713-951-3720 (fax) | Phillip A. Wittmann, 13625<br>　　pwittman@stonepigman.com<br>Carmelite M. Bertaut, 3054<br>　　cbertaut@stonepigman.com<br>Keith B. Hall, 24444<br>　　khall@stonepigman.com<br>Jared A. Davidson, 32419<br>　　jdavidson@stonepigman.com<br><br>STONE PIGMAN WALTHER WITTMANN L.L.C.<br>546 Carondelet Street<br>New Orleans, Louisiana  70130<br>504-581-3200<br>504-581-3361 (fax)<br><br>**ATTORNEYS FOR CAMERON INTERNATIONAL CORPORATION** |

383.017/492140.v1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Cameron International Corporation's Third Amended Phase One "Good Faith" Trial Exhibit List has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th day of January, 2012.

*/s/ David J. Beck*
David J. Beck

383.017/492140.v1