UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## BP'S 1/13/2012 PHASE ONE TRIAL EXHIBIT LIST

Pursuant to the Court's January 10, 2012 Order (Rec. Doc. 5128), Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (collectively "BP") submit their 1/13/2012 Trial Exhibit List for Phase One of the February 2012 Limitation and Liability Trial (attached hereto as "Exhibit A").

This 1/13/2012 Trial Exhibit List includes Bates numbers for publicly available exhibits that BP has recently produced.

Pursuant to discussions among the parties, the 1/13/2012 Trial Exhibit List does not include Bates numbers for:

- Expert reports;
- Pleadings and written discovery;
- Deposition Exhibits;
- Documents in the KPMG Database;

- Books. Pursuant to the parties' agreement, BP has provided bibliographic information for the books currently on its exhibit list to allow any party to locate them; and

- Physical exhibits. These physical exhibits will be made available for inspection by any party that requests such an inspection.

BP reserves the right to supplement or amend its 1/13/2012 Trial Exhibit List, including: (1) to add and/or remove documents in light of other parties' pre-trial filings, exhibit lists and demonstratives, as well as the evidence and arguments presented by other parties at trial; (2) to add and/or remove documents relevant to the ongoing deposition designation process; (3) to add and/or remove documents produced by other parties (including Halliburton and Transocean) recently, or documents identified in connection with the completion of Phase One discovery; (4) to add and/or remove documents based on the ongoing Phase One expert discovery process; (5) to add and/or remove documents in connection with the outcome of rulings by the Court on motions in limine and other issues, or filings by the parties on those issues; (6) to add and/or remove documents as a consequence of the unexpected unavailability of a witness, or a witness unexpectedly testifying; (7) to add and/or remove documents in light of the parties' listing of witnesses on their January 20, 2012 witness lists; and (8) to add and/or remove documents based on the January 13, 2012 announcement that Jesse Gagliano plans to waive his Fifth Amendment rights and be deposed in the coming weeks, as well as Mr. Gagliano's deposition. BP reserves the right to offer into evidence or use for impeachment or other purposes documents included on other parties' exhibit lists or referenced by other parties' experts in their reports or at trial. BP further reserves the right to add to this list documents used for rebuttal and/or refreshing recollection.

BP has not attempted to list separately each copy of an exhibit as it was produced or used during discovery. BP reserves the right to make use of a different copy of the same document at trial if, for example, the document has been assigned a different Bates number or deposition exhibit number, or if the document is in a different electronic or native format than the version identified. BP also reserves the right to include in an exhibit other members of its document family.

In addition, BP reserves the right to use demonstrative exhibits, models, aids, charts, and graphs at trial.

By including a document on its 1/13/2012 Trial Exhibit List, BP does not agree or admit that a document or category of documents is admissible for any or all purposes. By way of example, certain exhibits are included on BP's 1/13/2012 Trial Exhibit List for impeachment purposes only, certain other exhibits are included for non-impeachment purposes, and certain exhibits are included for both purposes. BP has included certain exhibits on its 1/13/2012 Trial Exhibit List that are admissible as party admissions if offered by BP against another party, but not if offered against BP. BP has also included certain documents on a provisional basis only, subject to rulings on motions *in limine* and other pending issues before the Court. BP reserves the right to object if other parties seek to introduce into evidence exhibits that BP has identified, depending on the specifics of the document.

Dated: January 13, 2012                    Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979

3

Facsimile: (504) 556-4108

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
312-862-2000 (Tel)
312-862-2200 (Fax)

Robert C. "Mike" Brock
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
202-662-5985

*Attorneys for Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th day of January, 2012.

        /s/ Don K. Haycraft