Exhibits Removed From Transocean's
Good Faith Exhibit List

| Trial Exhibit Number | Beginning Bates Number | Ending Bates Number | Document Date | Document Description/Title |
|---|---|---|---|---|
| TREX-00025 | none | | 7/25/2011 | Deepwater - The Gulf Oil Disaster and the Future of Offshore Drilling, Report to the President: National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling (Chapter 4) |
| TREX-00091 | none | | 12/8/2010 | USDC - EDLA - MDL 2179 - In Re Oil Spill - The BP Parties' Responses and Objections to Plaintiffs' Interrogatories, Requests for Production, and Requests for Admission |
| TREX-00223 | BP-HZN-BLY00112077 | BP-HZN-BLY00112079 | 8/25/2010 | Emails between Winters & Corser, Subject: FILLS IN THE BLANKS - Script for full animation COB Thur |
| TREX-00249 | BP-HZN-2179MDL00324864 | BP-HZN-2179MDL00324916 | 5/24/2010 | CSI Technologies - BP America Production Company - OptiCem Analysis - Prepared for Warren Winters, Prepared by David Brown, with handwritten notes |
| TREX-00263 | BP-HZN-BLY00196035 | BP-HZN-BLY00196049 | 00/00/0000 | Internal BP incident investigation team report - Deepwater Horizon Accident Investigation Report - Executive Summary, Section 1, Section 4, Analysis 5A, |
| TREX-00269 TREX-47644 | BP-HZN-BLY00000194 | | 4/23/2010 | Deepwater Horizon - Accident Investigation Report - Appendix A. Transocean Deepwater Horizon Rig Incident - Investigation Into the Facts and Causation |
| TREX-00275 | BP-HZN-IIT-0008871 | BP-HZN-IIT-0008930 | 9/30/2009 | Deepwater Horizon - Follow Up Rig Audit, Marine Assurance - Audit and Out of Service Period - September 2009 |
| TREX-00294 | BP-HZN-BLY00139698 | BP-HZN-BLY00139805 | 6/17/2010 | CSI Technologies - BP America Production Company - Analysis of Cementing Operations on the Deepwater Horizon and Possible Contributing Factors to Loss of Well Control |
| TREX-00295 | BP-HZN-BLY00145194 | BP-HZN-BLY00145355 | 4/24/2010 | Notebook - BP Interviews, Notes & Diagrams |
| TREX-00348 | BP-HZN-BLY00107984 | BP-HZN-BLY00107996 | 8/20/2010 | E-mail from Jim McKay to Wendy Goodman et. al., 08/20/2010, Subject: Power point template, Attachments: animation PowerPoint rev 1.ppt |

Transocean's Exhibit C

Exhibits Removed From Transocean's

Good Faith Exhibit List

| Trial Exhibit Number | Beginning Bates Number | Ending Bates Number | Document Date | Document Description/Title |
|---|---|---|---|---|
| TREX-00350 | BP-HZN-BLY00101271 | BP-HZN-BLY00101279 | 9/4/2010 | E-mail from Jim McKay to Steve Robinson, 09/04/2010, Subject: RE: Robinson - DC slides v6 - Attachments: Robinson - Washington - Master Static and Animation Slide Pack 6 Sep2010.ppt |
| TREX-00352 | BP-HZN-BLY00095955 | BP-HZN-BLY00095956 | 7/19/2010 | E-mail from Jim McKay to Steve Robinson (Alaska), 07/19/2010, Subject: RE: Spacer Height. |
| TREX-00377 | BP-HZN-BLY00103231 | BP-HZN-BLY00103241 | 6/4/2010 | BP - Washington Briefing - Deepwater Horizon Interim Incident Investigation - June 4th, 2010 (Draft) |
| TREX-00378 | BP-HZN-BLY00111042 | | 8/26/2010 | Email from Jim McKay to Kent Corser & Tony Brock, 08/26/2010 Subject: Bottoms up (relates to interview with Brian Morel) |
| TREX-00501 | BP-HZN-BLY00172775 | BP-HZN-BLY00172822 | 00/00/2010 | BP Confidential Draft: Conclusions - Critical Factor 3 - Overall health of the DWH BOP system prior to the incident |
| TREX-00512 | none | | 1/1/2007 | The Report of the BP U.S. Refineries Independent Safety Review Panel |
| TREX-00590 | TRN-USCG_MMS-00043810 TRN-MDL-00286767 | TRN-USCG_MMS-00044107 TRN-MDL-00287064 | 3/31/2009 | Transocean - Well Control Handbook - Level: L1B, Issue #3, Revision #1 |
| TREX-00596 | BP-HZN-2179MDL00330768 BP-HZN-2179MDL00330880 | BP-HZN-2179MDL00330877 BP-HZN-2179MDL00331163 | 3/31/2009 | Transocean - Well Control Handbook - Level: L1B, Issue #3, Revision #1 - HQS-OPS-HP-01 |
| TREX-00602 | none | | 9/8/2010 | Deepwater Horizon - Accident Investigation Report - Appendix S. First Surface Indications of Well Flow and Pit Gain - pp. 1-7 |
| TREX-00604 | none | | 7/13/2010 | BP - OCS-G32306 001 ST00BP01, Mississippi Canyon Blk. 252, Macondo Bypass, Deepwater Horizon (Graph) *oversized* and illegible Per BP exhibit list: "Sperry Sun Data" |
| TREX-00620 TREX-61085 | HAL_0048974 | | 4/20/2010 | Oversized version of Sperry-Sun Data |

Exhibits Removed From Transocean's
Good Faith Exhibit List

| Trial Exhibit Number | Beginning Bates Number | Ending Bates Number | Document Date | Document Description/Title |
|---|---|---|---|---|
| TREX-00621 | BP-HZN-BLY00170202 BPD124-000814 | BP-HZN-BLY00170218 BPD124-000830 | 9/26/2010 | HALLIBURTON - BP Deepwater Horizon Investigation: Preliminary Insights (dated September 26, 2010 |
| TREX-00667 | TRN-USCG_MMS-00043810 TRN-USCG_MMS-00043816 TRN-USCG_MMS-00043819 TRN-USCG_MMS-00043822 TRN-USCG_MMS-00043862 TRN-USCG_MMS-00043864 TRN-USCG_MMS-00043888 TRN-USCG_MMS-00043941 TRN-USCG_MMS-00043951 TRN-USCG_MMS-00043994 TRN-USCG_MMS-00044006 TRN-USCG_MMS-00044014 TRN-USCG_MMS-00044116 TRN-USCG_MMS-00044118 | TRN-USCG_MMS-00043811 TRN-USCG_MMS-00043817 TRN-USCG_MMS-00043820 TRN-USCG_MMS-00043824 TRN-USCG_MMS-00043862 TRN-USCG_MMS-00043864 TRN-USCG_MMS-00043888 TRN-USCG_MMS-00043943 TRN-USCG_MMS-00043952 TRN-USCG_MMS-00043995 TRN-USCG_MMS-00044006 TRN-USCG_MMS-00044016 TRN-USCG_MMS-00044116 TRN-USCG_MMS-00044118 | 3/31/2009 | Well Control Handbook (Revision Date: March 31, 2009) Level: L1B, Manual Number: HQS-OPS-HB-01, Issue #3, Revision #1 |
| TREX-00721 | HAL_0496645 | | 9/26/2010 | Halliburton - BP Deepwater Horizon Investigation: Preliminary Inslights - Tommy Roth - John Gisclair |

Exhibits Removed From Transocean's

Good Faith Exhibit List

| Trial Exhibit Number | Beginning Bates Number | Ending Bates Number | Document Date | Document Description/Title |
|---|---|---|---|---|
| TREX-00751 | none | | 1/11/2011 | 2011 Press Release - Halliburton Comments on Final Report from the National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling |
| TREX-00780 | BP-HZN-2179MDL00340579 BPD008-000934 | BP-HZN-2179MDL00340580 BPD008-000935 | 10/6/2009 | E-Mail - From: Norman Wong (SUN) to Harry Thierens, Jonathan Sprague - Sent: Tue Oct 06 14:52:08 2009 - Subject: Deepwater Horizon Rig Audit |
| TREX-00803 | none | | 00/00/0000 | National Commission of the BP Deepwater Horizon Oil Spill and Offshore Drilling - Figure 4.4.4. Halliburton evidence of test times - pg 118 |
| TREX-00805 | HAL_0501978 | HAL_0501992 | 6/13/2010 | Beirute Consulting - Detailed Testing Protocol |
| TREX-00827 | BP-HZN-2179MDL00750446 | BP-HZN-2179MDL00750460 | 1/6/2010 | bop - Presentation slides - Pressure Testing (6 Jan 2010) |
| TREX-00916 | TRN-USCG_MMS-00044377 TRN-MDL-00287334 | | 4/23/2010 | Conference Call to Discuss DWH Events email invitation - to discuss events associated with the Deepwater Horizon Incident |
| TREX-00927 | TRN-USCG_MMS-00039487 TRN-MDL-00039463 | TRN-USCG_MMS-00039568 TRN-MDL-00039544 | 12/31/2008 | Transocean - Performance Monitoring Audit and Assessment Procedures - L1A - Procedures - Issue 3, Rev. 0 - Noncontrolled |
| TREX-00952 | BP-HZN-BLY00165701 | BP-HZN-BLY00165704 | 5/6/2010 | Transocean - Operations Department Alert - Deepwater DP Rigs Subsea Well Control Equipment Operation, Maintenance and Testing |
| TREX-00959 | TRN-USCG_MMS-00051850 TRN-MDL-00294807 | TRN-USCG_MMS-00051851 TRN-MDL-00294808 | 4/19/2010 | E-Mail - From: Canducci, Jerry (Houston) to Mike Wright (Houston) - Sent: Monday, April 19 2010 4:54 PM - Subject: FW: Corporate QHSE Incident Review - April 16, 2010 |
| TREX-00986 | none | | 2/17/2011 | Macondo - The Gulf Oil Disaster, Chief Counsel's Report - 2011 - National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling pgs 1 - 358 |
| TREX-01161 | none | | 3/20/2011 | Det Norske Veritas - Forensic Examination of Deepwater Horizon Blowout Preventer - Volume I Final Report - 6.4.1 Activation of the Blind Shear Rams |
| TREX-01178 | TRN-MDL-00039662 | | 6/25/2010 | Amended Response to June 25, 2010 Subpoena |

Exhibits Removed From Transocean's

Good Faith Exhibit List

| Trial Exhibit Number | Beginning Bates Number | Ending Bates Number | Document Date | Document Description/Title |
|---|---|---|---|---|
| TREX-01192 | TRN-HCEC-00063579 | TRN-HCEC-00063764 | 11/4/2005 | Transocean - Deepwater Horizon Rig Assessment (Oct 17 to Oct 31, 2005) - Rig No 6087 |
| TREX-01313 | none | none | 00/00/0000 | National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling - pgs 54 |
| TREX-01315 | none | | 2/17/2011 | Macondo - The Gulf Oil Disaster, Chief Counsel's Report - 2011, Chapter 4.2 - Well Design - pg 59 |
| TREX-01372 | 1097200186 | 1097200248 | 10/6/2009 | Email from Cocales, Subject: Audit Report Documents - DWH Sept 2009, attaching IMCA - Common Marine Inspection Document - Deepwater Horizon - IMCA M 149 Issue 7 |
| TREX-01373 | none | | 9/30/2009 | Deepwater Horizon - Follow Up Rig Audit, Marine Assurance - Audit and Out of Service Period - September 2009 |
| TREX-01374 | none | | 9/17/2009 | E-Mail - From: Guide, John to Paul Johnson & James Kent, Sent: Thursday, September 17, 2009 3:07 PM - Subject: FW: Deepwater Horizon Rig Audit |
| TREX-01375 | none | | 9/17/2009 | E-Mail - From: DWH, OIM (Deepwater Horizon) to DWH, Captain (Deepwater Horizon, DWH, Maint Sup, DWH, Toolpusher - Sent: Thursday, September 17 2009 9:38 PM - Subject: FW: Deepwater Horizon Rig Audit |
| TREX-01378 | none | | 10/14/2009 | E-Mail - From: Cocales, Brett to DWH, OIM; Paul Johnson; James Kent; DWH, Toolpusher; DWH Captain - Sent: Wednesday, October 14, 2009 6:16 PM |
| TREX-01380 | OI378705559 | | 11/18/2009 | E-Mail - From: Johnson, Paul (Houston) to John Guide et al. - Sent: Wednesday, November 18, 2009 4:29 PM - Subject: FW: Updated BP audits |
| TREX-01381 | none | | 12/29/2009 | Observations, recommendations, audit team advised completion, asset acceptance or change |
| TREX-01384 | none | | 11/11/2009 | Spreadsheet - Rev Date 11-11-09 - Ref / Observation / Recommendation / Audit Team Advised Completion / Asset Acceptance or Change / Resp. Dept. |

Exhibits Removed From Transocean's

Good Faith Exhibit List

| Trial Exhibit Number | Beginning Bates Number | Ending Bates Number | Document Date | Document Description/Title |
|---|---|---|---|---|
| TREX-01454 | TRN-USCG_MMS-00043810 TRN-MDL-00286767 | TRN-USCG_MMS-00044205 TRN-MDL-00287162 | 3/31/2008 | Transocean - Well Control Equipment - Closing Units and Accumulator Requirements |
| TREX-01518 | none | | 3/23/2011 | USDC - EDLA - MDL 2179 - In Re Oil Spill - Agreed 30(b)(6) Deposition Notice of Transocean Defendants (with 30(b)(5) Document Requests) |
| TREX-01523 | TRN-USCG_MMS-00042595 TRN-MDL-00273270 | TRN-USCG_MMS-00042596 TRN-MDL-00273271 | 4/5/2010 | Transocean - Well Operations Group Advisory |
| TREX-01735 | none | | 11/8/2010 | NATIONAL OIL SPILL COMMITTEE MEETING CONDUCTED ON MONDAY NOVEMBER 8, 2010 |
| TREX-01760 | TRN-MDL-00870381 | TRN-MDL-00870389 | 12/23/2009 | PowerPoint 711 Well Control Incident |
| TREX-01838 | none | | 4/20/2010 | United States Coast Guard - Report of Investigation into the Deepwater Horizon - Volume 1 |
| TREX-01993 | none | none | 9/8/2010 | Deepwater Horizon - Accident Investigation Report |
| TREX-02031 | none | | 00/00/0000 | Fifth Amendment Privilege Statement |
| TREX-02032 | none | | 8/24/2010 | The Transcript of The Joint United States Coast Guard, The Bureau of Ocean Energy Management - Tuesday, August 24, 2010 - USCG Hearing Day 2 |
| TREX-02074 | MODUSI 01 0 000567 | MODUSI 01 0 000678 | 4/1/2010 | Rig Condition Assessment - Deepwater Horizon - Prepared for Transocean - By ModuSpec |
| TREX-02135 | none | | 4/18/2011 | USDC - EDLA - MDL 2179 - In Re Oil Spill - Notice of Video Deposition Pursuant to the Federal Rules of Civil Procedure |
| TREX-02193 | TRN-MDL-01158985 | TRN-MDL-01158986 | 11/3/2008 | E-Mail from Steve Newman to Larry McMahan w daily report from Nautilus |

Exhibits Removed From Transocean's
Good Faith Exhibit List

| Trial Exhibit Number | Beginning Bates Number | Ending Bates Number | Document Date | Document Description/Title |
|---|---|---|---|---|
| TREX-02195 | TRN-MDL-01240070 | TRN-MDL-01240172 | 5/23/2009 | Email from McMahan to Saltiel, Subject: Drillers Training Pack, attaching Transocean - Fast Track Program - Driller; Driller - eOJT Assessor's Guide & Driller OJT Module |
| TREX-02330 | none | | 6/1/2007 | AAPL Model Form of Offshore Deepwater Operating Agreement |
| TREX-02339 | TRN-MDL-00767366 | | 8/4/2007 | Transocean - SedcoForex - Deepwater Horizon - Liebherr Crane - Daily Check List |
| TREX-02340 | TRN-MDL-00767715 | | 2/26/2010 | BP - North Sea (UK) - Crane Block Equipment Dropped Object HiPo presentation slide |
| TREX-02383 | none | | 5/11/2011 | United States District Court - Eastern District of Louisiana - Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179 - The BP Parties' Fourth Amended Responses and Objections to Plaintiffs' Agreed 30(b)(6) Deposition Notice with 30(b)(5) Document Requests |
| TREX-02421 | none | | 9/27/2010 | Transcript from National Oil Spill Commission Meeting - Conducted on Monday, September 27, 2010 - pp. 61-132 |
| TREX-02887 | DWHMX00079792 | DWHMX00079821 | 11/9/2009 | MOEX Offshore 2007 LLC - Energy Package Policy - Policy Number : WRS09-0001483310 - 9th November 2009 to date of total / or complete abandonment or completion of the well |
| TREX-02914 | BP-HZN-2179MDL01443369 | BP-HZN-2179MDL01443372 | 10/9/2009 | Email from Eaton to Suttles, Daly & reed, Subject: OpCo risk review, attaching Annex 1 - Risk Framework - HSE Impact Levels & Business Impact Levels charts |
| TREX-02924 | BP-HZN-2179MDL01843843 | BP-HZN-2179MDL01843861 | 5/5/2009 | E-Mail - From: Perez, Robert E Sent: Tue May 05 15:55:11 2009 - Subject: CAPM Updated for Kevin Lacy.ppt |

Exhibits Removed From Transocean's
Good Faith Exhibit List

| Trial Exhibit Number | Beginning Bates Number | Ending Bates Number | Document Date | Document Description/Title |
|---|---|---|---|---|
| TREX-03019 | APC-SHS1-007 | APC-SHS1-008 | 7/9/2010 | BP - Letter from Wardiaw to Bryan & Reeves, Re: Failure to pay Joint Interest bills issued pursuant to Macondo Prospect Deepwater Operating Agreement and Incorporated Exhibits dated October 1, 2009 (the "Operating Agreement") |
| TREX-03045 | none | | 1/11/2011 | Chapter Five 5 - "You're in it now, up to your neck!" - Response and Containment - National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling (starting on pg.130). |
| TREX-03049 | none | | 1/1/2011 | Deepwater Horizon Accident Investigation - Internal Report - Section 6: Investigation Recommendations - |
| TREX-03051 | BP-HZN-CEC 018952 | | 5/12/2010 | U.S. House of Representatives - Committee on Energy and Commerce - Opening Statement of Rep. Henry A. Waxman, Inquiry into the Deepwater Horizon Gulf Coast Oil Spill, Subcommittee on Oversight and Investigations. |
| TREX-03077 | MODUSI 01 0 000087 MODUSI 01 0 000011 MODUSI 01 0 000091 MODUSI 01 0 000047 MODUSI 01 0 000051 MODUSI 01 0 000052 MODUSI 01 0 000054 | MODUSI 01 0000088 | 4/1/2010 | ModuSpec - Rig Condition Assessment - Deepwater Horizon - Order No. US21467.1 (Assorted pages of 112) |
| TREX-03085 | ABSDWH011033 ABSDWH010977 | | 4/27/2005 | Letter dated April 27, 2006 from John Keeton at Transocean to Mr. John D. Forsyth, Re: discontinuation of the Certificate of Drilling Systems (CDS) classification. |
| TREX-03268 | TRN-MDL-01008161 | TRN-MDL-01008281 | 4/21/2010 | Email from Ambrose to Tranter & McKechnie, attaching Rig Condition Assessment - Deepwater & Transocean - Maintenance Department - Deepwater Horizon Rig Hardwear Assessment Report |
| TREX-03300 | BP-HZN-BLY00000276 | BP-HZN-BLY00000303 | 7/22/2010 | Deepwater Horizon - Accident Investigation Report - Appendix M. Summary Report Global Analysis of Macondo 9 7/8-in x 7-in Production Casing 4992 ft Water Depth, GoM (for Macondo Well Investigation) (from Stress Engineering |

Exhibits Removed From Transocean's

Good Faith Exhibit List

| Trial Exhibit Number | Beginning Bates Number | Ending Bates Number | Document Date | Document Description/Title |
|---|---|---|---|---|
| TREX-03326 | TRN-MDL-01323431 | TRN-MDL-01323432 | 1/28/2010 | Email from DWH, Asst Driller to DWH. Toolpusher, Subject: Negative Test While Displacing, with attachment |
| TREX-03367 | none | | 6/30/2011 | Letter from J. Andrew Langan to Steve Herman, James P. Roy, Mike Underhill & Luther Strange, dated June 30, 2011; Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico April 20, 2010, MDL 2179 |
| TREX-03400 | TRN-MDL-00519065 | TRN-MDL-00519127 | 1/24/2005 | DEEPWATER HORIZON Technical Rig Audit, January 2005, 63 pages, Prepared by Kevan Davies, Rig Audit Group |
| TREX-03459 | none | | 7/22/2010 | Mr. Naoki Ishii, President, MOEX Offshore 2007 LLC, Statement Prepared for the Hearing on "The Gulf of Mexico Oil Spill: Ensuring a Financially Responsible Recovery (Part II)" - Subcommittee on Federal Financial Management, Government Information, Federal Services and International Security of the U.S. Senate Committee on Homeland Security and Governmental Affairs, July 22, 2010 |
| TREX-03460 | APC-SHS1-007 | APC-SHS1-008 | 7/9/2010 | BP - Letter from Wardiaw to Bryan & Reeves, Re: Failure to pay Joint Interest bills issued pursuant to Macondo Prospect Deepwater Operating Agreement and Incorporated Exhibits dated October 1, 2009 (the "Operating Agreement") |
| TREX-03461 | BP-HZN-2179MDL00079331 | BP-HZN-2179MDL00079332 | 7/12/2010 | July 12, 2010, Letter and Facsimile from Naoki Ishii to Kemper Howe; Subject: Re: Macondo Prospect Invoice Nos 052010007002712 dated June 2, 2010 |
| TREX-03646 | BP-HZN-BLY00061382 | BP-HZN-BLY00061383 | 5/6/2010 | Handwritten Interview Notes - Interview with Christopher Haire (Halliburton) |
| TREX-03648 | BP-HZN-BLY00061401 | BP-HZN-BLY00061402 | 00/00/0000 | Jim Cowie Notes - handwritten notes - Re Christopher Haire, Halliburton |
| TREX-03815 | none | | 1/1/2007 | The Report of the BP U.S. Refineries Independent Safety Review Panel |

Exhibits Removed From Transocean's

Good Faith Exhibit List

| Trial Exhibit Number | Beginning Bates Number | Ending Bates Number | Document Date | Document Description/Title |
|---|---|---|---|---|
| TREX-04050 | IMS021-023359 | IMS021-023360 | 5/24/2010 | E-mail from Rita Lewis to David Trocquet & Philip McLean, dated May 24, 2010; Subject: RE: Request for Information to Support the Secretary & Director's Testimony on May 26; Attachments: Horizon Missed Inspections |
| TREX-04061 | IMS018-001016 | IMS017-013125 | 10/20/2010 | E-mail from Sam Sankar to David Trocquet, dated October 20, 2010; Subject: RE: Request for Interview |
| TREX-04148 | none | | 00/00/2008 | BP - D&C - Major Hazard and Risk Management presentation - Leadership Action |
| TREX-04150 | none | | 00/00/0000 | BP - D&C BowTie Review and Roll-out BowTies - Well Kick Resulting in Loss of Containment presentation slide |
| TREX-04154 | BP-HZN-2179MDL01796757 | BP-HZN-2179MDL01796795 | 5/22/2009 | Email from Jassal to Thierens, Subject: Risk Management Documents |
| TREX-04186 | BP-HZN-2179MDL02872483 BPD252-120810 | BP-HZN-2179MDL02872521 BPD252-120848 | 7/31/2008 | BP- Guidance on Practice for Major Hazard and Risk Register Development - DWGOM-GP 76-0099 - DWGOM Site Technical Practices |
| TREX-04240 | none | | 8/29/2010 | BP Dynamic Simulations Deepwater Horizon Incident, Page: 13:59, Rev: Final, Date: Aug 29; two pages (not clear if 2010 or 2011?) |
| TREX-04373 | TRN-HCEC-00064450 TRN-MDL-00106187 | TRN-HCEC-00064498 TRN-MDL-00106235 | 4/21/2010 | Sworn Statement of Paul James Meinhart, III - In Re: The Deepwater Horizon - Rough Draft |
| TREX-04412 | BP-HZN-2179MDL00208114 | BP-HZN-2179MDL00208115 | 8/18/2009 | Emails between Hafle, Fleece, Southworth, Adams, Boudreaux, Parker, Vidrine & Sankar, RE: Macondo BOP layout plans |
| TREX-04429 | BP-HZN-2179MDL03113846 | BP-HZN-2179MDL03113848 | 00/00/0000 | Curtis W. Jackson Resume |
| TREX-04432 | BP-HZN-2179MDL03107285 | | 7/19/2004 | Emails between Robinson, Ward, Jackson & Skelton; RE: Dispensation on BOP Stack |
| TREX-04437 | BP-HZN-2179MDL00132563 | BP-HZN-2179MDL00132809 | 6/1/2008 | BP - GoM HSSE - Safe Practices Manual - 2008 |

Exhibits Removed From Transocean's

Good Faith Exhibit List

| Trial Exhibit Number | Beginning Bates Number | Ending Bates Number | Document Date | Document Description/Title |
|---|---|---|---|---|
| TREX-04448 | none | | 5/28/2010 | Hafle - 5/28/2010 - USCG/MMS Marine Board of Investigation into the Marine Casualty, Explosion, Fire, Pollution, and Sinking of the Mobile Offshore Drilling Unit Deepwater Horizon with Loss of Life in the Gulf of Mexico - 21-22 April, Friday May 28, 2010 |
| TREX-04471 | none | | 10/5/2010 | Transcript of the Testimony of The Joint United States Coast Guard/Bureau of Ocean Energy Management Investigation, dated October 5, 2010 |
| TREX-04748 | none | | 00/00/0000 | 30 C.F.R. Section 250.440-51 RE: Blowout Preventer System Requirement Regulations |
| TREX-04788 | TRN-INV-02844193 | TRN-INV-02844200 | 9/23/2010 | September 22-23, 2010 E-mail string between Rodney Manning, Bob Walsh, Subject: Overdue or deferred maintenance items, attaching Job Plan Reports, Job Deferral Summary, marked as CONFIDENTIAL |
| TREX-04789 | TRN-INV-02842739 | TRN-INV-02842741 | 3/1/2011 | Emails between Fougere & Walsh; Re: IMCA |
| TREX-04792 | TRN-INV-02845086 | TRN-INV-02845088 | 00/00/0000 | DEEPWATER HORIZON Transocean Internal Incident Investigation, Diverting Equipment Capacity, Draft for review and comment by Bob Walsh, marked CONFIDENTIAL |
| TREX-04822 | TRN-INV-01030549 | TRN-INV-01030550 | 9/27/2010 | Printout from dwhi.deepwater.com, Transocean DWH Investigation, Investigations: Driller's BOP Control Panel Purge System, marked CONFIDENTIAL |
| TREX-04856 | BP-HZN-BLY00124059 | BP-HZN-BLY00124061 | 7/22/2010 | Email from K. Corser to B. Thorn, et al. re CSI peer review comments |
| TREX-04888 | Beirute 30(b)(6) 01600 | Beirute 30(b)(6) 01602 | 7/22/2010 | MC 252 # Macondo, BP Peer Review of CSI Cementing Analysis; Reviewers: R. Beirute, A. Hibbert, I. McPherson |
| TREX-04951 | TRN-INV-01840838 | | 12/8/2010 | E-mail from Mr. Farr to Mr. Newman and Adrian Rose - dated December 08, 2010 - Subject: Gisclair's Testimony at CG/BOE Enquiry |
| TREX-04954 | TRN-INV-00005095 | TRN-INV-00005102 | 8/10/2010 | Interviewing Form, dated August 10, 2010 - Interviewee: Sarah Kathleen Williams, Senior DPO, Transocean |

Exhibits Removed From Transocean's
Good Faith Exhibit List

| Trial Exhibit Number | Beginning Bates Number | Ending Bates Number | Document Date | Document Description/Title |
|---|---|---|---|---|
| TREX-05188 | HAL_0606676 | HAL_0606677 | 6/28/2010 | Email from R. Sweatman to T. Roth re conversation with Jeff Moss of ExxonMobil - foam cement |
| TREX-05214 | HAL_1073095 HDR092-000239 | HAL_1073096 HDR092-000240 | 9/28/2010 | Email from Roth to Gagliano, Ravi & Badalamenti, Subject: Data Confirmation, attaching Halliburton - BP Deepwater Horizon Investigation: Preliminary Insights presentation |
| TREX-05356 | BP-HZN-2179MDL01967324 | BP-HZN-2179MDL01967325 | 6/11/2009 | Emails between Frazelle, Gray, Tink & Smit, Re: Safety Concerns about the Marianas |
| TREX-05374 | none | | 9/22/2011 | 30 C.F.R. Section 250.421 |
| TREX-06002 | none | | 3/23/2005 | BP - Leading from the top in BP - Steve Flynn, Vice President, HSSE, BP Group Safety & Operations presentation |
| TREX-06062 | BP-HZN-2179MDL01124483 | BP-HZN-2179MDL01124486 | 7/16/2010 | Tony Hayward Townhall - GoM Response Update - Jule 16, 2010 |
| TREX-06063 | BP-HZN-BLY00076345 | BP-HZN-BLY00076346 | 9/8/2010 | Email from Employee Communications, Subject: A message from Tony Hayward & Bob Dudley - Internal Investigation published |
| TREX-06137 | none | | 3/21/2011 | THE BP PARTIES' RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIFTH SET OF REQUESTS FOR PROJECTION in MDL Case No. 2179, signed by Bill Kirton (BP) and notarized on 3/21/11, 19 pages (court doc.) |
| TREX-06140 | BP-HZN-2179MDL00340579 | BP-HZN-2179MDL00340580 | 10/6/2009 | October 6, 2009 E-mail from Norman Wong to Harry Thierens, Jonathan Sprague, Subject: Deepwater Horizon Rig Audit, marked as CONFIDENTIAL, Bates numbers cut off on copy; two pages |
| TREX-06141 | BP-HZN-BLY00356689 | BP-HZN-BLY00356691 | 7/12/2010 | July/September 2010 E-mail string among Norman Wong, Ian Little, John Guide, Troy Endicott, Marshall Perez, Neil Cramond, Subject: Horizon Rig Audit Updates and path forward |
| TREX-06142 | BP-HZN-BLY00360479 | | 7/12/2010 | 07/12/2010 handwritten notes by Mr. Wong - Rig Audit of DWH Sept.13-17 |

Exhibits Removed From Transocean's

Good Faith Exhibit List

| Trial Exhibit Number | Beginning Bates Number | Ending Bates Number | Document Date | Document Description/Title |
|---|---|---|---|---|
| TREX-06158 | BP-HZN-BLY00368496 | BP-HZN-BLY00368501 | 5/22/2010 | 05/22/2010 email from Norman Wong to Graham McNellie, Jim O'Brien, Subj: BOP Maint, w/attachments |
| TREX-06167 | BP-HZN-BLY00323218 | BP-HZN-BLY00323219 | 10/6/2009 | Email from Cocales, Subject: Audit Report Documents - DWH Sept 2009 |
| TREX-06168 | BP-HZN-2179MDL00209289 | BP-HZN-2179MDL00209292 | 9/17/2009 | September 16-17, 2009 E-mail string among Nicholas Lirette, Brett Cocales, Charley Jay, William Bullard, Brian Wrobel, Wayne Fletcher, Ralph Watson, Subjects: It will all get sorted, We do not provide daily cost detail, Kodiac Appraisal Well Questions, Morning Report for Kodiac 2, |
| TREX-06169 | none | | 7/1/2004 | 30 C.F.R. Section 250.433 |
| TREX-06177 | none | | 7/1/2010 | 30 CFR Section 250.107 (revision date) |
| TREX-06300 | none | | 1/11/2011 | National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling, pp. 122-127 |
| TREX-06315 | none | | 00/00/0000 | Retained by Steven Roberts - Highly Confidential |
| TREX-07265 | none | | 8/29/2010 | Deepwater Horizon - Accident Investigation Report - Appendix W. Report- Dynamic Simulations Deepwater Horizon Incident BP (from ae add energy) |
| TREX-08028 | none | | 1/11/2011 | Deep Water, The Gulf Oil Disaster and the Future of Offshore Drilling, Report to the President - National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling |
| TREX-50095 | TRN-MDL-03863104 | TRN-MDL-03863152 | 5/24/2010 | Power Point Presentation: Interim Incident Investigation Power Point Presented to the Presidential Commission |
| TREX-50123 TREX-36673 | BP-HZN-2179MDL00452491 | BP-HZN-2179MDL00452492 | 4/30/2010 | J Lobule email to Morel, Hafle, Walz etal Re: Background LCM |
| TREX-50127 | none | | 00/00/0000 | DWH Specification Sheets provided on Transocean's website |
| TREX-50374 | none | | 00/00/0000 | Talas Engineering Report |

Exhibits Removed From Transocean's
Good Faith Exhibit List

| Trial Exhibit Number | Beginning Bates Number | Ending Bates Number | Document Date | Document Description/Title |
|---|---|---|---|---|
| TREX-50449 | 1268401370 | | 12/3/2008 | Transocean Well Control Training manual - Introduction to Well Control |
| TREX-50884 | none | | 1/1/1998 | SPE 39315 - Technical Paper: Determination of Temperatures for Cementing in Wells Drilled in Deep Water, by D.G. Calvert & T.J. Griffith, Jr. |
| TREX-50885 | none | | 9/3/1991 | SPE 23073 - Retardation of Cement Slurries to 250 degrees F, by J. Bensted |
| TREX-50886 | none | | 00/00/0000 | DS Field Data Handbook, TSL-0538 (no image) |
| TREX-51206 | BP-HZN-BLY00090941 | BP-HZN-BLY00090945 | 7/28/2010 | BP Incident Investigation Team - Notes of interview with Brett Cocales |