### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG     "DEEPWATER HORIZON" IN THE     GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179 |
| Relates to: *All Cases* | * * | SECTION J |
| (Including Nos. 10-2771,     10-4536, 10-4182 and 10-4183) | * * * | JUDGE BARBIER |
| | | MAG. JUDGE SHUSHAN |

**********************************************

### SUBMISSION OF PLAINTIFFS' COMBINED PHASE ONE EXHIBIT LIST

**NOW INTO COURT** come Plaintiffs, thru Plaintiffs' Liaison Counsel, Coordinating Counsel for State Interests, and Coordinating Counsel for the Interests of the United States, and respectfully submit the Plaintiffs' Combined Exhibit List for the Phase One Limitation and Liability Trial as EXHIBIT A.

Plaintiffs further reserve the right to offer any Exhibit listed or offered by any other party.

Respectfully submitted,

JAMES PARKERSON ROY, *Plaintiffs' Liaison Counsel*
STEPHEN J. HERMAN, *Plaintiffs' Liaison Counsel*
R. MICHAEL UNDERHILL, *Coordinating Counsel for the Interests of the U.S.*
HON. LUTHER J. STRANGE, III, *Coordinating Counsel for the Interests of the States*

| | |
|---|---|
| /s/   Stephen J. Herman | /s/ James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No. 11511 |
| **HERMAN HERMAN KATZ & COTLAR LLP** | **DOMENGEAUX WRIGHT ROY & EDWARDS LLC** |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhkc.com | E-Mail: jimr@wrightroy.com |
| *Plaintiffs Liaison Counsel* | *Plaintiffs Liaison Counsel* |

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that this Submission, along with the Exhibit List, will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, this 13th day of January, 2012.

/s/  James Parkerson Roy and Stephen J. Herman