**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179  SECTION:  J  JUDGE BARBIER |
| Applies to:   All Cases | § § § | MAG. JUDGE SHUSHAN |

_____

## HESI'S FOURTH AMENDED GOOD FAITH TRIAL EXHIBIT LIST: PHASE ONE

Attached as Exhibit A is Halliburton Energy Services, Inc.'s ("HESI") Fourth Amended Good Faith Trial Exhibit List for Phase One of the trial beginning on February 27, 2012.  HESI reserves the right to amend or supplement its Fourth Amended Good Faith Trial Exhibit List as necessary, in order to add documents required for deposition designations, for expert or other discovery, or due to the unavailability of fact witnesses, as well as to remove or add documents in connection with court rulings on motions in limine.  HESI reserves its right to add exhibits after the deposition of Ron Crook and/or any depositions that take place after January 13, 2012, and after a review of documents produced to the MDL by other parties in the litigation after January 10, 2012.  HESI also reserves the right to add exhibits necessary after examining other parties' exhibit lists.  In addition, HESI reserves the right to add exhibits as impeachment or rebuttal evidence or to refresh a witness' recollection.

HESI reserves the right to use an identical document with a different bates number or to add attachments or parent documents to exhibits.  The inclusion of an exhibit on this Fourth Amended Good Faith Trial Exhibit List does not mean that HESI agrees to the exhibit's admission for all purposes, as some exhibits are offered as party admissions only against others,

or as possible impeachment materials.  HESI reserves the right to object as appropriate to other parties introducing these exhibits into evidence.  HESI filed Motions in Limine that will impact the admissibility of certain exhibits included on HESI's Fourth Amended Good Faith Trial Exhibit List, including its Motion to Exclude Testimony, Documents, and Other Evidence Reflecting Any Expert Opinion(s) of Fred Sabins or CSI Technologies, Inc.  HESI reserves the right to remove certain exhibits from its exhibit list after the Court rules on the Motions in Limine.

Dated:  January 13, 2012        Respectfully Submitted,

**GODWIN RONQUILLO PC**

**By:** /s/ *Donald E. Godwin*
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
dgodwin@GodwinRonquillo.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
bbowman@GodwinRonquillo.com
Jenny L. Martinez
State Bar No. 24013109
jmartinez@GodwinRonquillo.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
fhartley@GodwinRonquillo.com
Gavin E. Hill
State Bar No.  00796756
ghill@GodwinRonquillo.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

and

R. Alan York
AYork@GodwinRonquillo.com
Jerry C. von Sternberg
JVonSternberg@GodwinRonquillo.com
Misty Hataway-Coné
MCone@GodwinRonquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone:  713.595.8300
Facsimile:  713.425.7594

**ATTORNEYS FOR DEFENDANT HALLIBURTON ENERGY SERVICES, INC.**


## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing *Halliburton Energy Services, Inc.'s Fourth Amended Good Faith Trial Exhibit List* was filed electronically with the Clerk of the Court using the CM/ECF system and that notice of this filing will be sent to all counsel through the CM/ECF system on this 13th day of January, 2012.

                                        /s/ Donald E. Godwin
                                        Donald E. Godwin