UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the Oil Rig | * | MDL  2:10-MD-02179 |
| DEEPWATER HORIZON in the | * | |
| GULF OF MEXICO on | * | |
| APRIL 20, 2010 | * | |
| | * | SECTION "J" |
| | * | JUDGE CARL J. BARBIER |
| RELATED TO | * | |
| | * | MAG. 1 |
| This Document Relates to:  2:11-cv-01051 | * | |
| GUY J. ADAMS, ET AL. | * | |
| | * | CIVIL JURY CASE |
| _____ | * | |

## MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, comes JMN Specialties, Inc. ("JMN") which moves for summary judgment in this matter as it is not among the defendants identified by plaintiffs as having sold chemical dispersants sprayed in the Gulf of Mexico. Mover shows that it did not supply or provide chemical dispersants and is not properly among the class of defendants made part of this class action.  The reasons in support of this motion are more fully described in the attached Memorandum in Support of Motion for Summary Judgment.

WHEREFORE, after due proceedings be had, JMN Specialties, Inc. prays that it be

granted summary judgment, dismissing all claims in this matter at plaintiffs' cost with prejudice.

Respectfully submitted:

BLUE WILLIAMS, L.L.P.

*s/JOHN C. HENRY*

_____

THOMAS G. BUCK   T.A.        Bar No. 14107
JOHN C. HENRY                    Bar No.  18948
BRETT W. TWEEDEL             Bar No. 30100
DAVID B. PARNELL, JR.        Bar No. 27031
3421 North Causeway Boulevard, Suite 900
Metairie, LA  70002
JCH Direct Telephone (504) 830-4934
JCH Direct Facsimile (504) 849-3026
Attorneys for JMN Specialties, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing MOTION FOR SUMMARY

JUDGMEN has been served on All Counsel by electronically uploading the same to LexisNexis

File & Serve in accordance with Pre-Trial Order No. 12, and that the foregoing was

electronically filed with the Clerk of Court of the United States District Court for the Eastern

District of Louisiana by using CM/ECF System, which will send a notice of electronic filing in

accordance with the procedures established in MDL 2179, on this 16th day of January, 2012.

.

*JOHN C. HENRY*

_____

JOHN C. HENRY