UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the Oil Rig DEEPWATER HORIZON in the GULF OF MEXICO on APRIL 20, 2010 | * * * * * * * | MDL 2:10-MD-02179 |
| | * * | SECTION "J" JUDGE CARL J. BARBIER |
| RELATED TO | * * | MAG. 1 |
| This Document Relates to: 2:11-cv-01051 GUY J. ADAMS, ET AL. | * * * * | CIVIL JURY CASE |

**STATEMENT OF UNCONTESTED MATERIAL FACT
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

NOW INTO COURT, through undersigned counsel, comes JMN Specialties, Inc. (hereinafter referred to as "JMN) which submits the following Statement of Uncontested Material Facts in support of its Motion for Summary Judgment.

1) This matter involves a class action claim brought against multiple defendants including JMN Specialties, Inc. (hereinafter referred to as "JMN") claiming damages allegedly due to the fact that "millions of gallons of chemical dispersants were sprayed over the Gulf of Mexico and coastal zones" to combat the spreading oil from the BP Oil Spill which commenced on or about April 20, 2010.  (See plaintiffs' Class Action Petition for Damages, Doc. 1-1).

2) Plaintiffs additionally allege that among the manufacturers of the "chemical dispersants" was JMN Specialties, Inc. (*Id.*)

1

3) Three degreasers were sold to BP by JMN following the BP Oil Spill, which degreasers were identified as products DG-955, Aqua Clean and Cytosol.  (Exhibit "A")

4) The DG-955 and Aqua Clean are water based while the Cytosol is a vegetable oil based product.  All of the products are non-hazardous chemicals, non-toxic, biodegradable and contain no EPA hazardous ingredients.  (Exhibit "A").

5) The products were used by BP and its contract service providers "to clean onshore once equipment was returned from use offshore." *Id.*

6) The DG-955 and Aqua Clean were used onshore only and not sold for offshore use while the Cytosol was only used to clean the hull of boats. *Id.*   See Exhibit "A",

7) None of the JMN Specialties products were sold as oil dispersants.

8) The JMN products were not used as dispersants of oil following the BP Oil Spill, nor have they ever been used as such.  See Exhibit "A", para. 12.

                       Respectfully submitted:

                       BLUE WILLIAMS, L.L.P.

                       *s/JOHN C. HENRY*
                       _____
                       THOMAS G. BUCK   T.A.      Bar No. 14107
                       JOHN C. HENRY                   Bar No.  18948
                       BRETT W. TWEEDEL              Bar No. 30100
                       DAVID B. PARNELL, JR.       Bar No. 27031
                       3421 North Causeway Boulevard, Suite 900
                       Metairie, LA  70002
                       JCH Direct Telephone (504) 830-4934
                       JCH Direct Facsimile (504) 849-3026
                       Attorneys for JMN Specialties, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing STATEMENT OF UNCONTESTED MATERIAL FACT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 16th day of January, 2012.

.

*JOHN C. HENRY*
_____
JOHN C. HENRY