UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the Oil Rig DEEPWATER HORIZON in the GULF OF MEXICO on APRIL 20, 2010 | *<br>*<br>*<br>*<br>*<br>* | MDL  2:10-MD-02179<br><br><br><br>SECTION "J"<br>JUDGE CARL J. BARBIER |
| RELATED TO | * | |
| | * | MAG. 1 |
| This Document Relates to:  2:11-cv-01051 GUY J. ADAMS, ET AL. | *<br>*<br>*<br>* | <br><br>CIVIL JURY CASE |
| _____ | * | |

**NOTICE OF SUBMISSION OF MOTION FOR SUMMARY JUDGMENT**

**PLEASE TAKE NOTICE** that JMN Specialties, Inc. has filed a Motion for Summary Judgment in the above referenced matter.

Unless otherwise ordered by the Court, pursuant to Local Rule 7.2, JMN Specialties, Inc.'s motion will be submitted to the Honorable Carl J. Barbier, United States District Judge, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130 on the 15th day of February, 2012 at 9:00 o'clock a.m.

Respectfully submitted:

BLUE WILLIAMS, L.L.P.

*s/ JOHN C. HENRY*

_____
THOMAS G. BUCK   T.A.      Bar No. 14107
JOHN C. HENRY                    Bar No.  18948
BRETT W. TWEEDEL             Bar No. 30100
DAVID B. PARNELL, JR.        Bar No. 27031
3421 North Causeway Boulevard, Suite 900
Metairie, LA  70002
JCH Direct Telephone (504) 830-4934
JCH Direct Facsimile (504) 849-3026
Attorneys for JMN Specialties, Inc.

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing NOTICE OF SUBMISSION OF MOTION FOR SUMMARY JUDGMENT has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 16th day of January, 2012.

.

*JOHN C. HENRY*
_____
JOHN C. HENRY