UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179 SECTION: J |
| | § | JUDGE BARBIER |
| Applies to: All Cases   2:10-cv-02771 | § § § § | MAG. JUDGE SHUSHAN |

HESI'S *EX PARTE* MOTION FOR LEAVE TO FILE REPLY IN SUPPORT
OF ITS REQUEST FOR CLARIFICATION (REC. DOC. 5047)

Halliburton Energy Services, Inc. ("HESI") files this *Ex Parte* Motion for Leave to File a Reply in support of HESI's Request for Clarification of Order Disqualifying Viator, Sabins, and CSI (Rec. Doc. 5047), and in support of the same, respectfully shows as follows:

On January 3, 2012, HESI filed its Request for Clarification of Order Disqualifying Viator, Sabins, and CSI  (Doc No. 5047) ("HESI's Request").  Thereafter, on January 13, 2012, the BP Entities filed their Opposition to HESI's Request ("BP's Opposition").  HESI seeks leave to file a short reply to BP's Opposition, which is attached hereto as Exhibit 1.

       Respectfully Submitted,

       **GODWIN RONQUILLO PC**

       **By:**  /s/  *Donald E. Godwin*
       Donald E. Godwin
       *Attorney-in-charge*
       State Bar No. 08056500
       dgodwin@GodwinRonquillo.com
       Bruce W. Bowman, Jr.
       State Bar No. 02752000
       bbowman@GodwinRonquillo.com
       Jenny L. Martinez
       State Bar No. 24013109
       jmartinez@GodwinRonquillo.com
       Floyd R. Hartley, Jr.
       State Bar No. 00798242
       fhartley@GodwinRonquillo.com
       Gavin E. Hill
       State Bar No.  00796756
       ghill@GodwinRonquillo.com
       Renaissance Tower
       1201 Elm, Suite 1700
       Dallas, Texas 75270-2041
       Telephone: (214) 939-4400
       Facsimile: (214) 760-7332

       and

       R. Alan York
       State Bar No. 22167500
       AYork@GodwinRonquillo.com
       Jerry C. von Sternberg
       State Bar No. 20618150
       JVonSternberg@GodwinRonquillo.com
       Misty Hataway-Coné
       State Bar No. 24032277
       MCone@GodwinRonquillo.com
       1331 Lamar, Suite 1665
       Houston, Texas 77010
       Telephone:  713.595.8300
       Facsimile:  713.425.7594

       **ATTORNEYS FOR DEFENDANT**
       **HALLIBURTON ENERGY SERVICES, INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of Defendant Halliburton Energy Services, Inc.'s Ex Parte Motion for Leave to File Reply In Support of Its Request for Clarification (Rec. Doc. 5047) was filed electronically with the Clerk of the Court using the CM/ECF system and that notice of this filing will be sent to all counsel through the CM/ECF system on this 16th day of January, 2012.

      /s/ *Donald E. Godwin*
      Donald E. Godwin