EXHIBIT 2

In Support of

United States' Reply to Defendants' Oppositions to
United States' Second Motion for Partial Summary Judgment and
United States' Response to Cross-Motions for Summary Judgment



# Deepwater Horizon
# Accident Investigation Report

September 8, 2010

# Section 4. Overview of *Deepwater Horizon* Accident Analyses

## Introduction

This section provides an overview of the detailed analyses undertaken by the investigation team. The investigation team considers the findings and conclusions from the detailed analyses a strong foundation for the recommendations in *Section 6. Investigation Recommendations* of this report.

A complex and interlinked series of mechanical failures, human judgments, engineering design, operational implementation and team interactions came together to allow the initiation and escalation of the *Deepwater Horizon* accident. Multiple companies, work teams and circumstances were involved over time.

The investigation pursued four primary lines of inquiry, based on the initial review of the accident events. For the accident and its aftermath to have occurred, the following critical factors had to have been in place:

- Well integrity was not established or failed.
- Hydrocarbons entered the well undetected and well control was lost.
- Hydrocarbons ignited on *Deepwater Horizon*.
- The blowout preventer (BOP) did not seal the well.

The investigation of this complex accident became four linked investigations into the facts and causes underlying these critical factors. (Refer to *Section 5.* Deepwater Horizon *Accident Analyses* of this report.) Using fault tree analysis, various scenarios, failure modes and possible contributing factors were considered. Eight key findings emerged:

1. The annulus cement barrier did not isolate the hydrocarbons.
2. The shoe track barriers did not isolate the hydrocarbons.
3. The negative-pressure test was accepted although well integrity had not been established.
4. Influx was not recognized until hydrocarbons were in the riser.
5. Well control response actions failed to regain control of the well.
6. Diversion to the mud gas separator resulted in gas venting onto the rig.
7. The fire and gas system did not prevent hydrocarbon ignition.
8. The BOP emergency mode did not seal the well.