EXHIBIT 6

In Support of

United States' Reply to Defendants' Oppositions to
United States' Second Motion for Partial Summary Judgment and
United States' Response to Cross-Motions for Summary Judgment

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL NO. 2179 SECTION J |
| THIS DOCUMENT RELATES TO: | : : | JUDGE BARBIER |
| 2:10-CV-04536 | : | MAGISTRATE JUDGE SHUSHAN |

.....................................................................................................................

DECLARATION OF LT. ALYSSA JOHNSON

I, Lieutenant Alyssa Johnson, hereby declare and state as follows:

1. I am employed in the U.S. Coast Guard, currently stationed in the National Response enter as the Operations Officer. I make and submit this declaration based on my personal knowledge of the information available to me from the files maintained by my office in this matter.

2. The National Response Center is a national asset serving as a federal point of contact for reporting oil spills, hazardous materials incidents and chemical, biological, radiological and ecological releases into the environment anywhere in the United States or its territories. As mandated by Congress, it is hosted by U.S. Coast Guard and operated by a multi-agency supported staff, on a continual basis 24 hours a day 365 days a year. It serves as a communication center for the National Response Team (NRT), which is composed of 15 different federal entities that have varying interests in policy making issues, developing response

mechanism and providing expertise for the environmental safety, security and mitigation as well as emergency response operations of national and international interests.

The NRC maintains records of all incidents reports made since 1982.

3.  As part of my official duties in the National Response Center, I oversee the maintenance and processing of these records.  These records are maintained in the ordinary course of the National Response Center's business.  I have first-hand knowledge regarding the document indentified below and marked as Exhibit 1.

4.  Exhibit 1 is a true and accurate copy of Incident Report # 937721, which was taken on April 21, 2010 at 11:52 am.  The Report identifies a caller reporting an observation of a sheen 2 miles by .5 miles at the location Mississippi Canyon Block 252.  The sheen is reported to be from Incident Report #937680, a fire on an offshore drilling rig.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ____13____ day of January, 2012, in Washington, DC.

_____
LT Alyssa Johnson
U.S. Coast Guard
National Response Center
Operations Officer

[PENDING MOTION TO FILE EXHIBIT 1 to
DECL. OF LT. ALYSSA JOHNSON UNDER SEAL]

      The United States has moved to attach Exhibit 1 to the Declaration of Lieutenant Alyssa Johnson as a sealed appendix per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal as an appendix to the instrument that refers to them.