EXHIBIT 7

In Support of

United States' Reply to Defendants' Oppositions to
United States' Second Motion for Partial Summary Judgment and
United States' Response to Cross-Motions for Summary Judgment

**U.S. Department of Homeland Security**
**United States Coast Guard**

DIRECTOR
NATIONAL POLLUTION FUNDS CENTER

US COAST GUARD STOP 7100
4200 WILSON BLVD STE 1000
ARLINGTON VA 20598-7100
Staff Symbol: Ca
Phone:
Toll-Free: 1-800-358-2897 Ext. 36831
FAX: 202-493-6937
Email:

April 28, 2010

CERTIFIED MAIL: 7008 3230 0001 9575 2563

Transocean Holdings Incorporated
PO Box 2765
Houston, TX 77252-2765

RE: DEEPWATER HORIZON
FPN: N10036

Dear Sir:

On or about April 21, 2010 an incident under the Oil Pollution Act of 1990 (OPA), 33 USC § § 2701 et. seq., occurred approximately 45 miles offshore from Louisiana on Mississippi Canyon Block 252 in the Gulf of Mexico. The incident involved an explosion and fires on the Mobile Offshore Drilling Unit (MODU) Deepwater Horizon, which subsequently sank. Our information indicates that the resulting oil discharges include discharges from the MODU on or above the surface of the water as well as ongoing discharges of oil from the well head. This notice designates the MODU as a source of an oil discharge pursuant to 33 USC §2714(a) and notifies Transocean Holdings Incorporated, a responsible party, of its responsibility to advertise for claims. By copy of this letter, we are also notifying your guarantor, QBE Underwriting Ltd, Lloyds Syndicate 1036, of this designation and its responsibility for advertising.

Unless you deny designation pursuant to 33 USC §2714(b) you must publicly advertise this designation and the procedures by which claims may be presented to you. The advertisement must begin within 15 days of the date of this letter and must continue for no less than 30 days. Enclosure (1) outlines the required content of this advertisement and enclosure (2) is a sample advertisement. You may choose to follow this sample but are not required to do so as long as your advertisement contains the required information. Your advertisement must be disseminated in such a manner that all potential claimants are notified. To accomplish this, we require that you advertise in the newspaper(s) having general circulation in the area(s) where claimants may be affected. We also require that you post notices in marinas, marine supply stores, bait and tackle shops located in the areas impacted by the incident. You must also provide direct notification where individuals have been identified as receiving damages from your spill. You may propose other methods of advertisement and notification, but they may be used only when approved in advance by the National Pollution Funds Center. The advertisement must note that a claimant may present a claim for interim short-term damages representing less than the full amount to which the claimant ultimately may be entitled. And that payment of such claim shall not preclude recovery for damages not reflected in the paid or settled partial claim. Because of the potential magnitude of this incident additional advertising may be required.

You are directed to inform us of the specifics of your advertising, including the name of any newspaper or other publication in which the advertisement is run, the geographical area covered by the publication, and how often the advertisement will appear, as appropriate. Send us copies of the advertisement and advise us in writing that you have begun advertising within 20 days of receipt of this letter. If we do not receive these documents, we will assume that you did not comply. If you do not comply with these requirements, the National Pollution Funds Center will advertise for claims. If we advertise, you will be charged for our costs, as well as for the costs of any administration, adjudication, and payment of claims.

You may deny this designation within 5 days of receipt of this Notice of Designation. Your denial must be in writing, identify this Notice of Designation, give the reasons for the denial, include a copy of all supporting

Subj: DEEPWATER HORIZON

April 28, 2010

documents, and must be submitted to ████████ at the above address. If you deny this designation, the National Pollution Funds Center will advertise for claims. If we advertise, you may be charged for our costs,

If you have any questions you may contact me at ████████ or you may contact ████████ at (████████

                                      Sincerely,

                                        U.S. Coast Guard
                                        Claims Division

cc:      QBE Underwriting, Ltd., Lloyds Syndicate 1036, Mssrs ████ and ████ Inc., 750 Seventh Avenue, New York, NY 10019-6829, USA.

Enclosure:  (1) Content of Advertisement
              (2) Sample Advertisement

**U.S. Department of Homeland Security**
**United States Coast Guard**

DIRECTOR
NATIONAL POLLUTION FUNDS CENTER

US COAST GUARD STOP 7100
4200 WILSON BLVD STE 1000
ARLINGTON VA 20598-7100
Staff Symbol: Ca
Phone: ▌
Toll-Free: 1-800-358-2897 Ext. 36831
FAX: 202-493-6937
Email: ▌

April 28, 2010

**CERTIFIED MAIL:** 7008 3230 0001 9575 2532 (BP Corporation North America, Inc)

BP Exploration & Production Inc.
200 Westlake Park Boulevard
Houston, TX 77079

RE: DEEPWATER HORIZON
FPN: N10036

Dear Sir:

On or about April 21, 2010 an incident under the Oil Pollution Act of 1990, 33 USC § § 2701 et. seq., occurred approximately 45 miles offshore from Louisiana on Mississippi Canyon Block 252 in the Gulf of Mexico. The incident involved an explosion and fires on the Mobile Offshore Drilling Unit (MODU) Deepwater Horizon, which subsequently sank. Our information indicates that the resulting oil discharges include discharges from the MODU on or above the surface of the water as well as ongoing discharges of oil from the well head. This notice designates the offshore facility as a source of an oil discharge pursuant to 33 USC § 2714 (a) and notifies BP Exploration & Production Inc., a responsible party, of its responsibility to advertise for claims. By copy of this letter, we are also notifying your guarantor, BP Corporation North America Inc., of this designation and its responsibility for advertising.

Unless you deny designation pursuant to 33 USC § 2714 (b) you must publicly advertise this designation and the procedures by which claims may be presented to you. The advertisement must begin within 15 days of the date of this letter and must continue for no less than 30 days. Enclosure (1) outlines the required content of this advertisement and enclosure (2) is a sample advertisement. You may choose to follow this sample but are not required to do so as long as your advertisement contains the required information. Your advertisement must be disseminated in such a manner that all potential claimants are notified. To accomplish this, we require that you advertise in the newspaper(s) having general circulation in the area(s) where claimants may be affected. We also require that you post notices in marinas, marine supply stores, bait and tackle shops located in the areas impacted by the incident. You must also provide direct notification where individuals have been identified as receiving damages from your spill. You may propose other methods of advertisement and notification, but they may be used only when approved in advance by the National Pollution Funds Center. The advertisement must note that a claimant may present a claim for interim short-term damages representing less than the full amount to which the claimant ultimately may be entitled. And that payment of such claim shall not preclude recovery for damages not reflected in the paid or settled partial claim. Because of the potential magnitude of this incident additional advertising may be required.

You are directed to inform us of the specifics of your advertising, including the name of any newspaper(s) or other publication(s) in which the advertisements run, the geographical area covered by the publications, and how often the advertisement will appear, as appropriate. Send us copies of the advertisement and advise us in writing that you have begun advertising within 20 days of receipt of this letter. If we do not receive these documents, we will assume that you did not comply. If you do not comply with these requirements, the National Pollution Funds Center will advertise for claims. If we advertise, you will be charged for our costs, as well as for the costs of any administration, adjudication, and payment of claims.

Subj: DEEPWATER HORIZON

April 28, 2010

You may deny this designation within 5 days of receipt of this Notice of Designation. Your denial must be in writing, identify this Notice of Designation, give the reasons for the denial, include a copy of all supporting documents, and must be submitted to ▮▮▮ at the above address. If you deny this designation, the National Pollution Funds Center will advertise for claims. If we advertise, you may be charged for our costs.

If you have any questions you may contact me at ▮▮▮ or you may contact ▮▮▮ at (▮▮▮

Sincerely,

U.S. Coast Guard
Claims Division

cc:       BP Corporation North America, Inc., 501 Westlake Park Boulevard, Houston, TX 77079

Enclosure: (1) Content of Advertisement
           (2) Sample Advertisement

## Content of Advertisement

Each advertisement/notification is to contain the following information or to indicate where this information may be contained:

1. Location, date and time of the incident.

2. Geographical area affected.

3. Quantity of oil involved.

4. Name or other description of the designated source.

5. Name of the responsible party (you).

6. Name, address, telephone number, office hours, and workdays of the person or persons to whom claims are to be presented and from whom claim information can be obtained.

7. The procedures by which a claim may be presented, including a statement that indicates that claimant may present a claim for interim short-term damages representing less than the full amount to which the claimant ultimately may be entitled. Payment of such claim shall not preclude recovery for damages not reflected in the paid or settled partial claim.

8. Notification that if you deny or do not resolve a claim within 90 days after the date of submission, the claimant may then submit the claim to the National Pollution Funds Center (ca), 4200 Wilson Boulevard, Suite 1000, Arlington, VA 22203-1804, for our consideration. We will then evaluate the claim and take appropriate action.

9. Unless noted below, the advertisement/notification must be in English.

## Sample Advertisement

### PUBLIC NOTICE

In accordance with the Oil Pollution Act of 1990 (33 USC § 2714(c)), an offshore oil well located in the Mississippi Canyon Block area in the Gulf of Mexico has been named as the source of an oil discharge that commenced on or about April 21, 2010. This spill impacted the Mississippi Canyon Block 252 area, and as the lessee of the area where the well was located, BP Exploration & Production Inc. is accepting claims for certain uncompensated damages and removal costs.

Removal costs and damages which may be compensated include removal costs; damage to natural resources; damage to or loss of real or personal property; loss of subsistence use of natural resources; loss of government revenues; loss of profits and earnings capacity; and increased cost of public services.

Claims should be in writing, signed by the claimant, for a specified amount; and should include all evidence to support the damages. Claims presented may include claims for interim short-term damages representing less than the full amount to which the claimant ultimately may be entitled. It should be noted that payment of such claim shall not preclude recovery for damages not reflected in the paid or settled partial claims. Claims should be mailed to the following address:

    [Address to which claims should be sent]

Office hours are from 9:00 AM to 5:00 PM EST, Monday through Friday, except holidays. Claimants may call [telephone number for claims] for information.

Any claims which are denied or which are not resolved within 90 days after the date of submission to our claims representative may be submitted to the National Pollution Funds Center (ca), 4200 Wilson Blvd., Suite 1000, Arlington, VA 22203-1804 for consideration.

## Content of Advertisement

Each advertisement/notification is to contain the following information or to indicate where this information may be contained:

1. Location, date and time of the incident.

2. Geographical area affected.

3. Quantity of oil involved.

4. Name or other description of the designated source.

5. Name of the responsible party (you).

6. Name, address, telephone number, office hours, and workdays of the person or persons to whom claims are to be presented and from whom claim information can be obtained.

7. The procedures by which a claim may be presented, including a statement that indicates that claimant may present a claim for interim short-term damages representing less than the full amount to which the claimant ultimately may be entitled. Payment of such claim shall not preclude recovery for damages not reflected in the paid or settled partial claim.

8. Notification that if you deny or do not resolve a claim within 90 days after the date of submission, the claimant may then submit the claim to the National Pollution Funds Center (ca), 4200 Wilson Boulevard, Suite 1000, Arlington, VA 22203-1804, for our consideration. We will then evaluate the claim and take appropriate action.

9. Unless noted below, the advertisement/notification must be in English.

# Sample Advertisement

PUBLIC NOTICE

In accordance with the Oil Pollution Act of 1990 (33 USC § 2714(c)), an offshore oil well located in the Mississippi Canyon Block area in the Gulf of Mexico has been named as the source of an oil discharge that commenced on or about April 21, 2010. This spill impacted the Mississippi Canyon Block 252 area, and as the lessee of the area where the well was located, BP Exploration & Production Inc. is accepting claims for certain uncompensated damages and removal costs.

Removal costs and damages which may be compensated include removal costs; damage to natural resources; damage to or loss of real or personal property; loss of subsistence use of natural resources; loss of government revenues; loss of profits and earnings capacity; and increased cost of public services.

Claims should be in writing, signed by the claimant, for a specified amount; and should include all evidence to support the damages. Claims presented may include claims for interim short-term damages representing less than the full amount to which the claimant ultimately may be entitled. It should be noted that payment of such claim shall not preclude recovery for damages not reflected in the paid or settled partial claims. Claims should be mailed to the following address:

   [Address to which claims should be sent]

Office hours are from 9:00 AM to 5:00 PM EST, Monday through Friday, except holidays. Claimants may call [telephone number for claims] for information.

Any claims which are denied or which are not resolved within 90 days after the date of submission to our claims representative may be submitted to the National Pollution Funds Center (ca), 4200 Wilson Blvd., Suite 1000, Arlington, VA 22203-1804 for consideration.

# bp



James H. Dupree
President

BP Exploration and Production Inc.

200 WestLake Park Boulevard (77079)
Post Office Box 3092
Houston TX 77253-3092

Direct: 281 366-5519
Fax:    281 366-4300

VIA CERTIFIED MAIL #70091680000063880219

May 3, 2010

███████████
U.S. Coast Guard
████ Claims Division
US Coast Guard Stop 7100
4200 Wilson Boulevard, Ste. 1000
Arlington, VA 10598-7100

Re:  DEEPWATER HORIZON
     FPN: N10036

Dear ████████:

This letter is in response to your letter of April 28, 2010, designating BP Exploration & Production Inc. ("BP Exploration") as a responsible party for the oil spill arising from the sinking of the DEEPWATER HORIZON. BP Exploration acknowledges that it is a "responsible party" under the Oil Pollution Act (OPA), 33 U.S.C. § 2701, *et seq.*, and accepts its designation as a responsible party pursuant to your letter of April 28, 2010. As such, BP Exploration is fully committed to undertaking the oil spill response actions required pursuant to OPA.

This incident was the result of an accident on the mobile offshore drilling unit DEEPWATER HORIZON, which was entirely owned and operated by Transocean. BP Exploration understands that the Coast Guard has similarly designated Transocean as a responsible party in this matter. BP Exploration accepts its designation by the Coast Guard as a responsible party in this matter with a full reservation of rights with respect to any and all other parties.

Please contact the undersigned at ████████████ if you have any questions or comments about this.

Yours very truly,

████████████████

## Nicoletti Hornig & Sweeney

JOHN A.V. NICOLETTI
JAMES F. SWEENEY
DAVID R. HORNIG *
FRANK M. MARCIGLIANO
MICHAEL J. CARCICH
BARBARA A. SHEEHAN
NOOSHIN NAMAZI †
ROBERT A. NOVAK
TERRY L. STOLTZ
MICHAEL F. MCGOWAN
VINCENT A. SUBA
SAMUEL C. COLUZZI †
GUERRIC S.D.L. RUSSELL †
LINDA D. LIN ◊

VAL WAMSER †
KEVIN J.B. O'MALLEY
WILLIAM M. FENNELL
SCOTT D. CLAUSEN †
NATHANIEL L. EICHLER †
FARA KITTON †
JAMES E. MORRIS ∆†
DAVID E. SIGMON †

* ALSO ADMITTED IN TEXAS
† ALSO ADMITTED IN NEW JERSEY
◊ ALSO ADMITTED IN CALIFORNIA
∆ ALSO ADMITTED IN MARYLAND

WALL STREET PLAZA
88 PINE STREET
SEVENTH FLOOR
NEW YORK, NY 10005-1801
TELEPHONE 212-220-3830
TELECOPIER 212-220-3780
E-MAIL: general@nicolettihornig.com
WEBSITE: www.nicolettihornig.com

MICHAEL MARKS COHEN
OF COUNSEL

NEW JERSEY OFFICE:
505 MAIN STREET, SUITE 218
HACKENSACK, NEW JERSEY 07601-5928
TELEPHONE 201-343-0970
TELECOPIER 201-343-5882

May 3, 2010

**VIA REGULAR MAIL & E-MAIL**

[redacted] Claims Division
National Pollution Fund Center
United States Coast Guard
4200 Wilson Blvd. Ste. 1000
Arlington, VA 20598-7100

Re:   DEEPWATER HORIZON
      Your FPN: N10036
      Our File:

Dear [redacted]:

Further to our conversation this morning, we confirm that on April 29, 2010, Transocean Holdings LLC, misidentified in your letter as Transocean Holdings, Inc. ("Transocean") received your letter of April 28, 2010 advising that Transocean had been designated a Responsible Party under the Oil Pollution Act of 1990, 33 U.S.C. §§ 2701 et seq. ("OPA"), in connection with discharge of oil after the explosion and fire aboard the Mobile Offshore Drilling Unit ("MODU") DEEPWATER HORIZON that occurred approximately 45 miles offshore from Louisiana on the Mississippi Canyon Block 252 in the Gulf of Mexico.

Transocean is cooperating with the Coast Guard and will continue to do so. Transocean understands that BP received a similar notification letter and is in communication with BP concerning the required advertisement of the claims process to be established under OPA. More details about the advertising will be provided in due course.

May 3, 2010
Page 2

OPA designates Transocean, as the owner of the MODU DEEPWATER HORIZON, as a responsible party for any oil discharge that occurs on or above the surface of the water. 33 U.S.C. § 2704(b). However, your letter also references "ongoing discharges from the well head" which are occurring nearly a mile under the surface of the water. To the extent your letter of April 28, 2010 is intended to designate Transocean as a responsible party for any underwater discharges of oil from the well head, Tranocean denies your designation of it as the responsible party. Furthermore, while Transocean will continue to fulfill all of its obligations as a designated Responsible Party under OPA, it reserves all of its rights and defenses under OPA.

If you have any questions or require any additional assistance from Transocean, please contact ▮▮▮▮▮ or the undersigned.

Very truly yours,

NICOLETTI HORNIG & SWEENEY

By: ▮▮▮▮▮