EXHIBIT 10

In Support of

United States' Reply to Defendants' Oppositions to
United States' Second Motion for Partial Summary Judgment and
United States' Response to Cross-Motions for Summary Judgment

From: Huch, Nick
Sent: Wed Apr 14 18:54:22 2010
To: Beirne, Michael
Cc: Naoki Ishii
Subject: RE: Macondo TD & Draft Sub. Op. AFE
Importance: Normal

This email will evidence Anadarko's approval to conclude the drilling of the MC 252 No. 1 BP01 Well (Macondo) at it's current TD of 18,360' MD even though the well has not reached any of the "Objective Depth" criteria defined in the Well Participation Agreement between BP and Anadarko/Kerr-McGee and in Well AFE attached as Exhibit "B" to said Agreement.  However, in the event BP concludes that it is safe and prudent to continue drilling to original Objective Depth, Anadarko would not oppose to BP doing so.

Nick Huch
Gulf of Mexico - Land
Anadarko Petroleum Corporation
1201 Lake Robbins Drive
The Woodlands, TX  77380
Email: nick.huch@anadarko.com
Phone: 832-636-3018   Fax: 832-636-0177


From: Beirne, Michael [mailto:Michael.Beirne@bp.com]
Sent: Tuesday, April 13, 2010 11:02 AM
To: Huch, Nick; Naoki Ishii
Subject: Macondo TD & Draft Sub. Op. AFE

Gentlemen:
Due to safety concerns and wellbore integrity issues, BP, as operator, has deemed the Macondo exploratory well as achieving Objective Depth at 18,360' MD.  Having both loss zones, and comparatively over-pressured sands in the open hole provided for little to no margin to continue drilling.  Currently, we are in the process of evaluating the well in accordance with the approved well plan and AFE.
It is anticipated that we will conclude the evaluation program as early as tomorrow evening at such time we will issue a subsequent operation AFE to set 9 7/8" production casing.  To avoid unnecessary rig standby time awaiting an election, we are attaching a copy of the subsequent operation AFE for your review and would appreciate your feedback ASAP.  Please note there may be some slight changes to the official AFE once it is issued (e.g., start date, end date, proposed TD); but the cost estimate will be the same.
Please let me know if you have any questions or concerns.
<<Document.pdf>>
Best regards,
**Michael J. Beirne**
Offshore Land Negotiator
**BP Exploration & Production Inc.**
Gulf of Mexico
200 WestLake Park Blvd.
Houston, TX 77079



EXHIBIT # 1256
WIT:

Confidential

BP-HZN-MBI00178357

Direct 281-366-1634
Mobile 713-553-6060
Fax 281-366-7569
michael.beirne@bp.com

Nothing contained in this communication, or in any other written or oral communications with BP Exploration & Production Inc. or its affiliates (collectively "BP") concerning the matters addressed above, shall create an obligation on BP to conclude a transaction covering such matters. Unless and until a written agreement covering the matters addressed above is executed by BP's authorized representative having express authority to bind BP to a transaction of such size and nature, BP has no obligation (legal or otherwise) concerning such matters. You should not rely on this communication or any other written or oral communications with BP as the basis for taking any action, foregoing any opportunity or incurring any costs, in anticipation of concluding a transaction with BP.

Anadarko Confidentiality Notice: This electronic transmission and any attached documents or other writings are intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. If you have received this communication in error, please immediately notify sender by return e-mail and destroy the communication. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication or any attachments by anyone other than the named recipient is strictly prohibited.

Confidential

BP-HZN-MBI00178358