EXHIBIT 11

In Support of

United States' Reply to Defendants' Oppositions to
United States' Second Motion for Partial Summary Judgment and
United States' Response to Cross-Motions for Summary Judgment

| | |
|---|---|
| To: | Jacobs, Joe[Joe.Jacobs@anadarko.com]; Botevyle, Peter[Peter.Botevyle@anadarko.com] |
| From: | Trautman, Tim |
| Location | *ALR-09003 CONF (18) |
| Sent: | Mon 4/12/2010 3:47:11 PM |
| Importance: | Normal |
| Sensitivity: | None |
| Subject: | FW: Macondo |
| Categories: | urn:content-classes:calendarmessage |

When: Monday, April 12, 2010 12:30 PM-1:00 PM (GMT-06:00) Central Time (US & Canada).
Where: *ALR-09003 CONF (18)

\*~\*~\*~\*~\*~\*~\*~\*~\*

| | |
|---|---|
| From: | Chandler, Paul |
| Sent: | Monday, April 12, 2010 10:22 AM |
| To: | Trautman, Tim; Burton, Forrest; O'Donnell, Alan; Peyton, Dawn; Raney, Glenn; Quitzau, Robert; Chandler, Paul |
| Subject: | Macondo |
| When: | Monday, April 12, 2010 12:30 PM-1:00 PM (GMT-06:00) Central Time (US & Canada). |
| Where: | *ALR-09003 CONF (18) |

When: Monday, April 12, 2010 12:30 PM-1:00 PM (GMT-06:00) Central Time (US & Canada).
Where: *ALR-09003 CONF (18)

\*~\*~\*~\*~\*~\*~\*~\*~\*

This is a meeting to discuss our options for possibly drilling deeper beyond our current TD for the Macondo well.



EXHIBIT # 1592
WIT: Chandler

CONFIDENTIAL                                                                ANA-MDL-000007964