EXHIBIT 13

In Support of

United States' Reply to Defendants' Oppositions to
United States' Second Motion for Partial Summary Judgment and
United States' Response to Cross-Motions for Summary Judgment

**To:**        Botevyle, Peter[Peter.Botevyle@anadarko.com]
**From:**      Folger, Derek
**Sent:**      Mon 4/5/2010 8:36:09 PM
**Importance:** Normal
**Sensitivity:** None
**Subject:**   FW: Macondo Update
**Categories:** urn:content-classes:message

Latest at Macondo. Paul Chandler is heading up the well on the development side while I'm watching it on Exploration side. Bob Quitzau is our Operations Geologist and Bobby Bodek is the geologist at BP.

---

**From:**     Chandler, Paul
**Sent:**     Monday, April 05, 2010 3:24 PM
**To:**       Quitzau, Robert; Folger, Derek; O'Donnell, Alan; Peyton, Dawn
**Cc:**       O'Donnell, Alan; Trautman, Tim
**Subject:**  RE: Macondo Update

I believe they saw an indication of a pressure increase between the M55 sand and the top of the Oligocene in the Isabella / Ghost rider wells. Their comment about maybe being in the M55 sand already was probably in regards to their latest Paleo data which identified the S. Het. nanno fossil above the M56 sand, which would suggest the sand is stratigraphically older than we thought. I'm not buying it yet because our log correlation with the Isabella well is so strong to this point, but it is possible. At any rate we won't know for sure until we drill out a little more section. Thanks for the update Bob -- this helps a lot.


Paul

---

**From:**     Quitzau, Robert
**Sent:**     Monday, April 05, 2010 2:55 PM
**To:**       Quitzau, Robert; Chandler, Paul; Folger, Derek; O'Donnell, Alan; Peyton, Dawn
**Subject:**  RE: Macondo Update

Bobby Bodek w BP just called in response to the questions below.

He says that they have pulled up into the casing shoe and they are circulating with 14.3 ppg mud. They plan to spot an LCM treatment into the well. Then they will pull out of the hole. They believe that their undereamer was worn out in the big sand. The Geotap tool is also non functional. So they definitely need to trip to replace both of these tools.

Their hope would be to go back in the hole with a new bha and continue drilling some distance.

He said they are thinking that it is possible that they are through the M56 and may be through the M55. They are worried about drilling into a pressure ramp that has shown up elsewhere. So it is possible that after they drill and ream a short distance below the current sand that they would rig up and run wireline to get good data on the big pay sand before drilling into more risks.

If they drill far enough to determine they are getting into higher pressure, they may set their 7-3/4" liner (or 7-5/8" liner) and then consider drilling deeper.



EXHIBIT # 2630
WIT: Quitzau

CONFIDENTIAL                                    ANA-MDL-000002157

He says they will look at the POH resistivity data to determine where the losses / ballooning is occurring. Their thoughts are that the recent problems were due to ballooning and not higher pore pressure. They are still scratching their heads about the 12.58 ppg Geotap pore pressure gradient reading from the upper lobe of the big pay sand (18,059' MD). This seems low and they are not sure if this is correct.

If the ballooning is confirmed in the sand at 17,761' MD, some consideration may be given to running an expandable liner prior to drilling into pressure. This is just an idea at this point and not a definitive direction.

Operationally I agree with their plan to POH, replace the equipment, how they are dealing with the mud losses and keeping the mud wt at 14.3 ppg if possible. The big question of whether or not we are through the M55 is for you to answer.

Based on our good correlation with offset wells, do we expect a big pressure ramp below the M55?

Bob

| | |
|---|---|
| **From:** | Quitzau, Robert |
| **Sent:** | Monday, April 05, 2010 1:57 PM |
| **To:** | Chandler, Paul; Folger, Derek; O'Donnell, Alan |
| **Subject:** | FW: Macondo Update |

This just sent to BP.

I am working on gaining access to Insite Anywhere

| | |
|---|---|
| **From:** | Quitzau, Robert |
| **Sent:** | Monday, April 05, 2010 1:57 PM |
| **To:** | Robert Bodek (Robert.Bodek@bp.com) |
| **Subject:** | Macondo Update |

Robert,
Can you give me an update on the Macondo well.

Are you still planning on POH before drilling ahead?
If so, will you be evaluating the memory resistivity data on the trip out of the hole to try to confirm where the loss zone is? (Will you trip slowly to get better data?)

The morning report indicates a successful Geotap reading of 12.58 ppg @ 18,089' MD. Is this correct?

Is there any consideration to reducing the mud wt to 14.3 ppg?

Thanks,

Bob Quitzau

Drilling Consultant - Anadarko Petroleum Corporation
office   832-636-1551
mobile 281-380-1298

CONFIDENTIAL

ANA-MDL-000002158