EXHIBIT 15

In Support of

United States' Reply to Defendants' Oppositions to
United States' Second Motion for Partial Summary Judgment and
United States' Response to Cross-Motions for Summary Judgment

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

# CONFIDENTIAL

### WorldwideVIEW™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## Michael Beirne

**VOLUME 1**

JUNE 27, 2011

## COPY



Systems Technology for the Litigation World

Litigation Group ♦ Court Reporting ♦ Video Production ♦ Videoconferencing
For U.S. & International Services
800 - 745 - 1101

```
14:31:34   1    particular operation?
14:31:36   2         A.    Yes, ma'am, to the extent of how
14:31:38   3    it can be proposed and portions of what need
14:31:42   4    to be included, yes, ma'am.
14:31:45   5         Q.    So at the time that Anadarko and
14:31:50   6    MOEX signed on to the agreement, there was
14:31:52   7    already a well plan that had been proposed by
14:31:56   8    BP; is that correct?
14:31:58   9         MS. KUCHLER:  Object to the form.
14:31:59  10         A.    When you say "well plan," are
14:32:01  11    you referring to what was attached to the --
14:32:03  12         Q.    (BY MS. HARVEY)  Yes.
14:32:04  13         A.    -- original AFE?  To that
14:32:07  14    extent, yes, ma'am.
14:32:08  15         Q.    So when they signed on to the
14:32:09  16    agreement, they were also approving of that
14:32:11  17    well plan; is that correct?
14:32:12  18         MS. KUCHLER:  Object to the form.
14:32:13  19         MR. FLANDERS:  Objection; form.
14:32:15  20         A.    Yes, ma'am.  In executing the
14:32:18  21    agreements to come into the well, including
14:32:20  22    the initial AFE, it included that well plan
14:32:23  23    that was attached.
14:32:26  24         Q.    (BY MS. HARVEY)  If prior to the
14:32:29  25    drilling of the well a party wanted to
```

```
14:32:32   1      suggest a revision to that well plan, could
14:32:35   2      it have done so?
14:32:38   3              MS. KUCHLER:  Object to the form.
14:32:39   4          A.      I'm sorry --
14:32:40   5              MR. FLANDERS:  Objection.
14:32:42   6          A.      -- what was that again?  I'm
14:32:45   7      sorry.
14:32:45   8          Q.      (BY MS. HARVEY)  Under this
14:32:45   9      agreement could a party propose a revision to
14:32:49  10      the well plan?
14:32:51  11          A.      Under this agreement a party,
14:32:53  12      yes, ma'am, can propose a revision.
14:32:55  13          Q.      To your knowledge, did Anadarko
14:32:59  14      propose any revisions to the well plan?
14:33:02  15          A.      Not to my knowledge, no, ma'am.
14:33:04  16          Q.      Did MOEX?
14:33:05  17              MR. FLANDERS:  Objection; form.
14:33:07  18          A.      Not to my -- not to my knowledge
14:33:09  19      did they propose any --
14:33:11  20          Q.      (BY MS. HARVEY)  Okay.
14:33:11  21          A.      -- revisions.
14:33:13  22          Q.      Let's go to Page 50, which is
14:33:20  23      still in the same article, Exploratory
14:33:24  24      Operations.
14:33:29  25              And does -- this provision, is
```