EXHIBIT 16

In Support of

United States' Reply to Defendants' Oppositions to
United States' Second Motion for Partial Summary Judgment and
United States' Response to Cross-Motions for Summary Judgment

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
 3    IN RE:  OIL SPILL        )    MDL NO. 2179
      by the OIL RIG,          )
 4    DEEPWATER HORIZON in     )    SECTION "J"
      the GULF OF MEXICO,      )
 5    April 20, 2010           )    JUDGE BARBIER
                               )
 6                             )    MAG. JUDGE
                               )    SHUSHAN
 7
 8                   VOLUME 2
 9
10
11
12
13
14
15
16
17
         Deposition of MICHAEL BEIRNE, taken at
18    Pan-American Building, 601 Poydras Street,
      11th Floor, New Orleans, Louisiana, 70130, on
19    June 28, 2011.
20
21
22
23
24
25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
09:40:15   1    Anadarko, it wasn't seeking input from
09:40:18   2    Anadarko on the well design, was it?
09:40:21   3              MR. BOLES:  Object to the form.
09:40:22   4         A.    Which AFE are you -- are you --
09:40:27   5         Q.    (BY MS. KUCHLER)  The original
09:40:28   6    AFE for -- that set forth the design and
09:40:31   7    initial plan for the well.  When that was
09:40:36   8    presented by BP to Anadarko, it was for the
09:40:38   9    purpose of Anadarko funding its share of the
09:40:40  10    cost s, right?
09:40:41  11              MR. BOLES:  Object to the form.
09:40:42  12         A.    No, ma'am.  It was showed to
09:40:44  13    them several times prior to them executing
09:40:49  14    it.  So I'm not sure exactly which instance
09:40:51  15    you're referring to of when it was presented
09:40:54  16    to them.  They certainly had the ability to
09:40:56  17    provide input.
09:40:59  18         Q.    (BY MS. KUCHLER)  When BP
09:41:03  19    submitted an AFE or a supplemental AFE or
09:41:07  20    even the -- let me rephrase that.
09:41:14  21              If you would look, please, at
09:41:16  22    Tab 19.  It's your testimony before the
09:41:18  23    marine board, Page 82.
09:41:23  24         A.    Is there a green tab that you
09:41:27  25    want me to --
```

**PURSUANT TO CONFIDENTIALITY ORDER**