EXHIBIT 17

In Support of

United States' Reply to Defendants' Oppositions to
United States' Second Motion for Partial Summary Judgment and
United States' Response to Cross-Motions for Summary Judgment

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2

 3
     IN RE:  OIL SPILL       MDL NO. 2179
 4   BY THE OIL RIG
     "DEEPWATER HORIZON"     SECTION:  J
 5   IN THE GULF OF
     MEXICO, ON APRIL        JUDGE BARBIER
 6   20, 2010                MAG. JUDGE SHUSHAN

 7
```

13

14
            Deposition of **PAUL A. CHANDLER**,
15   taken in the Pan American Life Center,
     Bayou Room, 11th Floor, 601 Poydras Street,
16   New Orleans, Louisiana 70130, on Wednesday,
     May 4, 2011.
17

18
     **APPEARANCES**:
19

20        LIEFF CABRASER HEIMANN & BERNSTEIN,
          LLP
21        (By:  Steven E. Fineman, Esquire and
                Annika K. Martin, Esquire)
22        250 Hudson Street
          8th Floor
23        New York, New York  10013-1413
             (Plaintiff's Steering Committee)
24

25

                  **GAUDET KAISER, L.L.C.**
               Board-Certified Court Reporters

Suggested line for Running Header
Case 2:10-md-02179-CJB-DPC   Document 5214-17   Filed 01/16/12   Page 3 of 7
105

1              It was generally up to the
2     individual user.  The operations group
3     would be the official download where they
4     would collect that data.  But generally,
5     the work flow was on a user specific type
6     basis.
7     EXAMINATION BY MR. FINEMAN:
8          Q.    Did Anadarko, to your knowledge,
9     have a central file room or space where all
10    of the downloads from WellSpace were kept?
11         A.    I believe that's correct.
12         Q.    And do you know who the
13    custodian of that file was?
14         A.    I don't know specifically.
15         Q.    All right.  But would it be
16    within the operations group?
17         A.    I don't know that specifically,
18    either.
19         Q.    Okay.  Do you know whether
20    Anadarko prepared any internal reports or
21    memoranda concerning the contents of
22    WellSpace data review?
23         A.    I'm not aware of it, no.
24         Q.    What were your personal
25    practices concerning downloading

Suggested line for Running Header
Case 2:10-md-02179-CJB-DPC Document 5214-17 Filed 01/16/12 Page 4 of 7
106

1       information from WellSpace?
2            A.    I would download data as I
3       needed it, as it became available.  I would
4       put that in a shared file that our asset
5       team could access.
6                  And that's where the data was
7       kept for our asset team.
8            Q.    Is asset team the same as
9       development?
10           A.    It is in this case, yes.
11           Q.    Okay.  But in this case?
12           A.    Right.  Asset team could be a
13      team used to assess development projects.
14      It could even be in regard to exploration
15      projects.  In this case, it was an
16      exploration project.
17           Q.    Okay.  How did you decide
18      whether or not you'd check WellSpace to see
19      if there was anything there that you wanted
20      to download?
21           A.    It would depend on what was
22      going on at the well at the time.
23      Generally I would check WellSpace for
24      information.
25                 If we were, if we were drilling,

Suggested line for Running Header
Case 2:10-md-02179-CJB-DPC   Document 5214-17   Filed 01/16/12   Page 5 of 7
107

```
 1   I would probably check it once a day to get
 2   information.  As we got closer to our
 3   primary objective, I would check it more
 4   often.
 5            If I knew that we weren't
 6   drilling for whatever reason, I might not
 7   check it that day.
 8       Q.   Okay.  Do you have records of,
 9   yourself, of the -- all the material that
10   you downloaded from WellSpace?
11            MS. WILMS:
12                 Object to form.
13   EXAMINATION BY MR. FINEMAN:
14       Q.   I think you might have answered
15   this question already.
16       A.   Yeah.  We have files set up for
17   our asset team that has the data that we
18   downloaded from WellSpace.
19       Q.   Okay.  Were you satisfied,
20   personally, that is, were you satisfied
21   with the information that you could obtain
22   via WellSpace?
23            MS. WILMS:
24                 Object to form.
25            THE WITNESS:
```

Suggested line for Running Header
Case 2:10-md-02179-CJB-DPC   Document 5214-17   Filed 01/16/12   Page 6 of 7
123

1      Q.   Okay.  Did Anadarko have a
2 policy about when Anadarko personnel should
3 be looking at the INSITE Anywhere® feed?
4      MS. WILMS:
5           Object to the form.
6      THE WITNESS:
7           Not a specific policy.  It was
8 assumed that we would look at as it needed
9 to be looked at.
10 EXAMINATION BY MR. FINEMAN:
11     Q.   How would you know when it
12 needed to be looked at?
13     A.   It would depend on what was
14 going on on the well.  If the well wasn't
15 drilling there wouldn't be a great need to
16 look at it.  But as the well was drilling,
17 of course there's a need to look at it in
18 regards to understanding how fast the
19 well's drilling, how quickly we might reach
20 our TD.
21          And then ultimately once we got
22 to our main pay zone, our reservoir, it was
23 assumed that the geologist, myself
24 specifically, would be looking at INSITE
25 Anywhere® to get a first look at what the

Suggested line for Running Header
Case 2:10-md-02179-CJB-DPC   Document 5214-17   Filed 01/16/12   Page 7 of 7
124

```
 1   reservoir rock would look like.
 2        Q.    Okay.  And did you do that?
 3        A.    I did.
 4        Q.    And specifically, what were you
 5   looking for?
 6        A.    I was looking for the presence
 7   of pay, I was looking for the presence of
 8   the reservoir rock that we had predicted, I
 9   was looking to see what the thickness of
10   that rock would be, I was looking to see if
11   there would be an indication of whether it
12   was hydrocarbon filled or water filled.
13              I was looking to see where
14   structurally this formation would be seen
15   to see how it fit our current mapping.
16        Q.    And you could see all that out
17   of, through the information obtained
18   through INSITE Anywhere®?
19        A.    I could see all that through
20   INSITE Anywhere®.  You couldn't do detailed
21   log analysis on it, but you could answer
22   basic questions about the reservoir through
23   INSITE Anywhere®.
24        Q.    And were you logged on to INSITE
25   Anywhere® on April 19th or 20th?
```

**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters