EXHIBIT 18

In Support of

United States' Reply to Defendants' Oppositions to
United States' Second Motion for Partial Summary Judgment and
United States' Response to Cross-Motions for Summary Judgment

```
 1           UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
 2

 3
     IN RE:  OIL SPILL       MDL NO. 2179
 4   BY THE OIL RIG
     "DEEPWATER HORIZON"     SECTION:  J
 5   IN THE GULF OF
     MEXICO, ON APRIL        JUDGE BARBIER
 6   20, 2010                MAG. JUDGE SHUSHAN

 7




13

14
             Deposition of NICHOLAS G. HUCH,
15   taken in the Pan American Life Center,
     Bayou Room, 11th Floor, 601 Poydras Street,
16   New Orleans, Louisiana 70130, on Monday,
     May 16, 2011.
17

18
     APPEARANCES:
19

20
             LIEFF CABRASER HEIMANN & BERNSTEIN,
21           LLP
             (By:  Steven E. Fineman, Esquire and
22                 Annika K. Martin, Esquire)
             250 Hudson Street, 8th Floor
23           New York, New York  10013
                 (Attorneys for Plaintiff's
24                Steering Committee)

25
```

**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters

Suggested line for Running Header
Case 2:10-md-02179-CJB-DPC   Document 5214-18   Filed 01/16/12   Page 3 of 5
140

1    Q.   Okay.  I presume by this point
2    you were either still finalizing the
3    transaction documents or waiting for
4    approval to execute them; is that true?  By
5    December 17, 2009?
6         MR. BEFFA:
7              Object to the form.
8         THE WITNESS:
9              I'm sorry, I'm just reading.
10   EXAMINATION BY MR. FINEMAN:
11   Q.   I'm sorry, it's my fault.  I'm
12   going to ask you a question other than
13   what's on the document.
14   A.   I'm sorry.
15   Q.   That's okay.  So by December 17,
16   2009, do you recall were you pretty much
17   finished with the transaction documents or
18   are you still negotiating?
19   A.   I don't recall if we were
20   finished.  We might have had some small
21   little tweaks to do yet.
22   Q.   So this e-mail from you to
23   Mr. Beirne, I think what you're saying here
24   is that -- you say a piece of business we
25   still probably need to include in the well

Suggested line for Running Header
Case 2:10-md-02179-CJB-DPC   Document 5214-18   Filed 01/16/12   Page 4 of 5
146

1    Q.   Okay.
2         MR. FINEMAN:
3              Can I have 24, please?  This is
4    2315, Huch.  I'm sorry, 2315, APC SHS2A
5    000000958, 959.
6              (Whereupon, the document
7    referred to was marked as Exhibit No. 2315
8    for identification.)
9    EXAMINATION BY MR. FINEMAN:
10        Q.   These e-mails are dated
11   December 1, 2009, December 30, 2009 and
12   January 4, 2010.
13        A.   Uh huh.
14        Q.   And it looks like communication
15   between you and Mr. Beirne where you're
16   still finalizing the documents and getting
17   them ready for execution in early
18   January 2010?
19        A.   No.  They were already signed by
20   then.
21        Q.   They're already signed by that
22   point?
23        A.   Yes.
24        Q.   Okay.  I mean, I know they're
25   dated December 17th.  They're dated as

**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters

1    something signed the 17th but you think
2    they were actually signed at the end of
3    December?
4         A.    Yes.
5         Q.    Do you think they were signed by
6    Anadarko in December and then by BP in
7    January?  Is that what happened?
8         A.    I don't recall that, who signed
9    them first.
10        Q.    Okay.  Well, the e-mail from
11   Beirne to you is dated January 4 and it
12   says thanks, Nick, I will be back in the
13   office Wednesday and will get Kemper to
14   execute everything and send it over.
15        A.    Obviously it appears that
16   Anadarko signed it first.
17        Q.    And then BP executed the
18   documents in early January?
19        A.    Yes.
20        Q.    I'm going to show you what's
21   been marked previously as 1942.  Take a
22   quick gander at that.
23        MR. NEGER:
24             The definition?
25        MR. FINEMAN:

**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters