EXHIBIT 19

In Support of

United States' Reply to Defendants' Oppositions to
United States' Second Motion for Partial Summary Judgment and
United States' Response to Cross-Motions for Summary Judgment

```
 1               UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3
     IN RE:  OIL SPILL           MDL NO. 2179
 4   BY THE OIL RIG
     "DEEPWATER HORIZON"         SECTION:  J
 5   IN THE GULF OF
     MEXICO, ON                  JUDGE BARBIER
 6   APRIL 20, 2010              MAG. JUDGE SHUSHAN

 7

 8

 9
```

**VOLUME 1**

Deposition of **ROBERT QUITZAU**, 1910 Driscoll Street, Houston, Texas 77019, taken in the Ponchartrain Room, 601 Poydras Street, New Orleans, Louisiana 70130, on Wednesday, May 25th, 2011.

```
 1   ANA-MDL-000000117 to 118.  It's Tab 3.  Do
 2   you recall receiving this e-mail in or about
 3   March 11, 2010?
 4        A.     I don't recall exactly receiving
 5   it, but I trust that I did.
 6        Q.     And this is an e-mail to you
 7   from Halliburton Central Data Hub, correct?
 8        A.     Correct.
 9        Q.     It's advising you that you've
10   been granted access to MC252 No. 1 Macondo
11   WellSpace?
12        A.     That's correct.
13        Q.     And is that consistent with your
14   memory that you obtained access to Macondo
15   WellSpace in or around March 11?
16        A.     Yes.
17        Q.     So I think earlier you testified
18   a little bit about the kinds of information
19   that Anadarko downloaded or could download
20   from WellSpace.  Can you tell me again the
21   kinds of documents that were available, at
22   least that Anadarko was looking at?
23        A.     Daily operating reports, mudlog
24   reports, pore pressure frac gradient
25   reports.  There were various forms of logs
```

```
 1    that people could download.
 2          Q.    Wireline information?
 3          A.    Wireline logs and LWD logs.
 4          Q.    Geological reports?
 5          A.    Geological reports.
 6          Q.    Shallow hazard reports?
 7          A.    Shallow hazard reports.
 8          Q.    What is a pore pressure frac
 9    report?
10          A.    BP posted, I guess they call it
11    pp/fg and there was something else behind
12    the title that summarizes their assessment
13    of the pore pressures and fracture gradients
14    that their various experts are monitoring
15    and tracking as they drill the well.
16          Q.    How did Anadarko use the
17    information that it obtained from WellSpace?
18        MS. WILMS:
19             Object to form.
20        THE WITNESS:
21             Are you asking how I did or
22    Anadarko?
23    EXAMINATION BY MR. FINEMAN:
24          Q.    Right now I'm asking you how
25    Anadarko did.  I'm going to come to you
```

1  specifically.  Right now I'm asking you
2  questions in your capacity as a 30(b)(6)
3  witness.
4       A.    Various members used it in all
5  different ways.  Predominantly, they would
6  use it to view the formation evaluation that
7  BP had contributed or to track the daily
8  operating steps, you know, what happened
9  during the drilling of the previous time
10 period.
11      MS. WILMS:
12           Just for the record, this is one
13 of the topics that another gentleman was
14 designated on as well.
15      MR. FINEMAN:
16           Sure.
17 EXAMINATION BY MR. FINEMAN:
18      Q.    Were there policies or practices
19 for Anadarko's review of information
20 obtained via WellSpace?
21      A.    I'm not aware of any policies or
22 practices.
23      Q.    So was there a written policy or
24 a policy manual with respect to information
25 that was to be looked at from WellSpace?

```
 1        A.      I'm not aware of any manual.
 2        Q.      Were specific Anadarko personnel
 3   tasked with downloading and reviewing
 4   specific types of information or reports?
 5        A.      Yes.
 6        Q.      Can you describe that for me?
 7        A.      Different members of different
 8   groups would download various reports for
 9   storage in their file systems, for their
10   well file.
11        Q.      Was there -- were specific
12   personnel expected to look at certain things
13   in WellSpace because of their expertise?
14        MS. WILMS:
15              Object to form.
16        THE WITNESS:
17              I don't know the answer to that.
18   EXAMINATION BY MR. FINEMAN:
19        Q.      Who is John Kamm?
20        A.      John Kamm is the Anadarko
21   operations geologist.
22        Q.      We've already talked about
23   Mr. Chandler.  Who is Sarah Chapman?
24        A.      Sarah Chapman, I recall, was
25   also an operations geologist.
```

```
 1         Q.    Mr. Folger, Derek Folger, do you
 2   recall what his title was?
 3         A.    I don't recall his title.
 4         Q.    Do you know Bert Allbritton?
 5         A.    I know Bert Allbritton.
 6         Q.    And what was her title?
 7         A.    I don't know her title.
 8         Q.    Do you know what her discipline
 9   was?
10         A.    I want to say she was in
11   reservoir engineering.
12         Q.    You don't know for sure?
13         A.    I don't know for sure.
14         Q.    How about Forrest Burton, do you
15   know him?
16         A.    I know his name, yes.
17         Q.    Do you know what he did at
18   Anadarko?
19         A.    I do not.
20         Q.    Do you know -- do you have any
21   information about any of those individuals'
22   practices with respect to reviewing
23   information from WellSpace?
24         A.    I have some information, yes.
25         Q.    What information do you have?
```

```
 1        A.    We spoke to them prior to -- in
 2   preparation for this and some of those
 3   individuals would download information to
 4   fill out their -- to put in the well files
 5   that their groups maintained.
 6        Q.    Let me see if I understand what
 7   you just said.  You spoke with some of those
 8   individuals, you personally?
 9        A.    Yes.  We had a meeting with
10   counsel and some of those members to prepare
11   for this meeting.
12        Q.    To prepare for this deposition?
13        A.    Yes.
14        Q.    Okay.  And who participated,
15   which ones of those individuals participated
16   in that discussion?
17        A.    John Kamm, Bert Allbritton, I
18   believe Derek Folger was in there.
19        Q.    You were all there together?
20        A.    There were several meetings at
21   different times.  Alan O'Donnell.
22        Q.    Alan O'Donnell was the asset
23   manager, correct?
24        A.    Right.
25        Q.    Sam Algranti?
```

```
 1         A.    Sam Algranti, yes.
 2         Q.    He was there, too?
 3         A.    Yes.
 4         Q.    Brian O'Neill?
 5         A.    Brian O'Neill, yes.
 6         Q.    And was counsel present at all
 7   those meetings?
 8         A.    Yes.
 9         Q.    And without telling me what
10   counsel said or you said to counsel, what
11   was the general subject matter of those
12   meetings?
13         A.    The general subject matter of
14   those meetings was what information was
15   downloaded near the event.
16         Q.    Okay.  Near the event meaning
17   April 16, April 20?
18         A.    I don't recall the exact dates,
19   but up to the 20th.
20         Q.    All right.  So sitting here
21   right now as a 30(b)(6) witness for Anadarko,
22   what can you tell me about the kinds of
23   information that these people are
24   downloading approximate to the event?
25         A.    As I said, they would download
```

```
 1  various files, for example, a geological
 2  report could get loaded into a well file for
 3  a record.  One person was providing a status
 4  update report, so they downloaded some
 5  information to provide that report just on a
 6  one-time occurrence.  Some downloaded actual
 7  log data to conduct analysis on the
 8  productive zone.  Those were the ones that I
 9  can think of right now.
10       Q.     What is a well file?
11       A.     A well file would be an
12  electronic folder in a common drive on the
13  Anadarko network where a group would store
14  files for the wells that they cover.
15       Q.     And was that information shared
16  within the company?
17       A.     It's available to be shared
18  within the company.
19       Q.     I want you to try for a minute
20  to separate out, if you can, what you learned
21  during this deposition preparation meeting
22  or meetings and what you knew at the time,
23  before April 20th.  Before April 20th, did
24  you know what other people were downloading
25  from WellSpace?
```

```
 1            A.     No.
 2            Q.     Did you know about anybody's
 3   WellSpace activity other than your own?
 4            A.     No.
 5            Q.     Was there any method or
 6   practice -- strike that.
 7            Did people who were downloading
 8   information from WellSpace circulate
 9   information or provide what they were
10   observing to others at Anadarko?
11         MS. WILMS:
12             Object to form.
13         THE WITNESS:
14             I don't know the answer to that.
15   EXAMINATION BY MR. FINEMAN:
16            Q.     During the daily drilling
17   meetings that you attended, you testified
18   already that you reported to the group based,
19   at least in part on information that you had
20   reviewed that you had downloaded from
21   WellSpace; correct?
22            A.     That's correct.
23            Q.     Was there anybody else
24   presenting at those meetings who had reviewed
25   information downloaded from WellSpace?
```

```
 1        A.     For Macondo?
 2        Q.     Yes, sir.
 3        A.     No.
 4        Q.     And do you recall discussing
 5   with anybody else at Anadarko information
 6   that they had observed from the --
 7   information downloaded from WellSpace?
 8        MS. WILMS:
 9             Object to form.
10        THE WITNESS:
11             I don't recall any discussions
12   like that.
13   EXAMINATION BY MR. FINEMAN:
14        Q.     Do you have any memory of
15   discussing -- discussing any information
16   downloaded by Bert Allbritton?
17        A.     Can you repeat the question?
18        Q.     Sure.  Do you have any memory of
19   discussing with Bert Allbritton information
20   that she downloaded from WellSpace?
21        A.     I don't have any memory of that.
22        Q.     All right.  If you didn't
23   personally download a daily report, an
24   operations' report from WellSpace, did you
25   otherwise obtain it from any other source?
```

```
 1          MS. WILMS:
 2               Object to form.
 3          THE WITNESS:
 4               I don't recall obtaining reports
 5   from any other source.
 6   EXAMINATION BY MR. FINEMAN:
 7        Q.    So if you read a daily report,
 8   it was because you downloaded it yourself?
 9        A.    That's generally correct.
10        Q.    How is it not completely
11   correct?
12        A.    It's completely correct.
13        Q.    Okay.  Were there specific days
14   of the week or times during a day when
15   Anadarko personnel were expected to be
16   reviewing information posted in WellSpace?
17          MS. WILMS:
18               Object to form.
19          THE WITNESS:
20               Can you repeat the question?
21   EXAMINATION BY MR. FINEMAN:
22        Q.    Were there specific days of the
23   week or times during a day when Anadarko
24   personnel were expected to be reviewing
25   information posted in WellSpace?
```

1          A.     I can only speak for myself and
2    that --
3          Q.     Go ahead.
4          A.     -- and that would be to prepare
5    for our morning meeting which occurs at
6    7:30 a.m. every weekday.
7          Q.     So you would -- if you
8    downloaded something from WellSpace, you
9    would do it first thing in the morning?
10         A.     I would download -- right, prior
11   to that meeting and that was -- that's what
12   would be expected.  And there are other
13   times when I could also download.
14         Q.     But you don't have any
15   information about the practices of others at
16   Anadarko?
17         A.     I don't.
18         Q.     During your predeposition
19   meeting, did you learn of the individual
20   practices of the other people who were
21   downloading information from WellSpace?
22         A.     I did not.
23         Q.     Was there a central location at
24   Anadarko for storing or maintaining
25   information downloaded from WellSpace?

```
 1          A.    There are well files, as I
 2   described, on the common drive that
 3   different groups would contribute
 4   information from WellSpace to.
 5          Q.    Those were individual files,
 6   right?  There wasn't a single source?
 7          A.    There's not a single source that
 8   I'm aware of.
 9          Q.    Has Anadarko adopted any new
10   policies or procedures for downloading and
11   reviewing information from WellSpace since
12   April 20, 2010?
13        MS. WILMS:
14             Object to form.
15        THE WITNESS:
16             I'm not aware of any new
17   practices.
18   EXAMINATION BY MR. FINEMAN:
19          Q.    You started to testify a minute
20   ago about some of your personal practices
21   with respect to downloading information from
22   WellSpace.  And you mentioned that you would
23   do so in the mornings prior to your morning
24   meeting; correct?
25          A.    Correct.
```

```
 1         Q.      I think you also referred to the
 2   notion that you could download at other
 3   times, too, if you chose to?
 4         A.      That's correct.
 5         Q.      Did you have any other personal
 6   practices for when you would download
 7   something from WellSpace?
 8         A.      Besides the morning, there was
 9   no regular set times that I would download.
10         Q.      Did you have any personal
11   practices with respect to taking notes or
12   preparing memoranda based on what you
13   reviewed?
14         A.      Nothing standard.
15         Q.      I think you mentioned a while
16   ago, earlier today, that you would
17   periodically take notes for purposes of your
18   morning presentation and then frequently toss
19   those notes.
20         A.      Correct.
21         Q.      If you had any of those notes
22   remaining, they would be in your files?
23         A.      Any notes remaining, I made
24   available to counsel and they're keeping
25   track of that data.
```