EXHIBIT 20

In Support of

United States' Reply to Defendants' Oppositions to
United States' Second Motion for Partial Summary Judgment and
United States' Response to Cross-Motions for Summary Judgment

EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179  SECTION: J  JUDGE BARBIER  MAG. JUDGE SHUSHAN |

# CONFIDENTIAL

## WorldwideVIEW™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## Michael Keith Williams
*Damages*

**VOLUME 1**

JULY 20, 2011

# COPY



Systems Technology for the Litigation World

Litigation Group • Court Reporting • Video Production • Videoconferencing
For U.S. & International Services
800 - 745 - 1101

1  us.  So it's very chaotic.
2       And I told them two when I backed them
3  up, I said, "Look, when the hole opens up, one at
4  a time, Andrea, you're going to go.  Paul, you're
5  going to go.  I'm going to come in behind you.
6  I'll be the last one in.  I'll pull the cord.
7  Everything's great."  All right?  The hole opens
8  up.  Within seconds I grab Andrea, told her to
9  go.  She makes a step or two.  The life raft
10 deployed without us.
11      Q.  What did you do then?
12      A.  I wanted to cry.  I mean, I didn't know
13 what to do then.  I explained to Andrea that
14 we're either going to stay here and burn up or
15 we're going to have to jump.  I didn't at that
16 time feel comfortable able enough with her and
17 Paul and myself trying to launch one of the other
18 two remaining life rafts.  It took nine people
19 all this time to get one launched, and even it
20 wasn't done properly.  There was -- in my mind
21 three of us weren't going to get another one of
22 these things launched properly in time to save
23 ourselves.
24      So I looked at her and said, "Look, we're
25 either going to jump, or we're going to burn up."

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1  She said she couldn't jump.  I told her she
 2  didn't have a choice.  By that time Paul, the
 3  Motorman, had already cleared the handrail.  We
 4  seen him go over.  And it then became real
 5  apparent to me that the life raft is going to be
 6  straight down, and I was really concerned with
 7  Paul's safety and the people in that life raft
 8  that he may, in fact, land on the life raft as
 9  he's falling.
10          So I turned and looked at Andrea, and I
11  said, "Look, we can't jump or we can't just step
12  off the end of the rig here.  If we do, we're
13  going to hit the raft.  You're going to have to
14  run and jump or we're going to have to go
15  somewhere else and jump.  We can't -- we can't
16  land on the raft."
17          That was the last thing I remember saying
18  to her, the last time I remember seeing her.  I
19  went down the -- the walkway a little bit, where
20  I -- I felt like I was clear.  I backed myself
21  up.  I took three or four steps, and I pushed off
22  the end of the rig as hard as I could push, and I
23  hit the water.
24     Q.   What happened once you were in the water?
25     A.   Instant burning all over.  I felt like I
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1  was on fire.  There -- there was a sludge of
2  something floating on the water that -- that was
3  burning me all over.  Once I -- I realized I
4  wasn't actually on fire, I began to try to clear
5  my eyes of the oil and the debris so that I could
6  see what was going on.  What little bit that I
7  could see, that I could focus on, was that the
8  fire looked like it was on the surface of the
9  water underneath the rig.
10         I got real nervous then thinking that,
11 you know, if there's anything flammable on the
12 top of this water -- this oil, this grease, the
13 diesel fuel, whatever it is -- the fire's coming
14 to me and I'm going to burn up anyway.  So I --
15 I -- I did the only thing I knew to do.  I just
16 started swimming backwards.
17         I -- I made a -- a plan in my head that I
18 was going to keep the heat of the fire on my face
19 so that I knew I was pushing the right direction,
20 that I was pushing away from -- from the fire
21 instead of towards it.  That -- that was the only
22 thing I could come up with.  I couldn't take more
23 than about a quarter of a breath.  I had severe
24 pain in my right -- my right side.  My left elbow
25 was completely locked up, and my left ankle was,

**PURSUANT TO CONFIDENTIALITY ORDER**

1  I mean, in excruciating pain the whole time I was
2  kicking.
3      Q.   Then what happened?
4      A.   I -- I thought I died.  I remember
5  feeling no pain.  I remember feeling no heat, no
6  nothing.  And then a big -- another explosion or
7  something brought me out of that, and all the
8  heat and all the pain came back again.  I
9  thought, "Well, all right.  Got to keep
10 swimming."  So I -- I started to back stroke
11 again.
12          I -- I don't know at that point where a
13 noise came from, but I heard somebody saying,
14 "Come here, over here.  Come over here."  I
15 didn't know what it was, didn't know who it was.
16 And as I -- I just started to try to -- to swim
17 towards the noise.
18          And apparently I -- I must have blacked
19 out again, because when the guy grabs me and --
20 and -- someone grabbed a hold of me, and he said,
21 "I told you to keep swimming."  And apparently
22 I -- I thought I was swimming, but I wasn't.
23 Apparently I wasn't moving, or at least not to
24 his satisfaction, but he grabbed my life jacket
25 and flipped me into a -- a small boat.

**PURSUANT TO CONFIDENTIALITY ORDER**

1  Q. What happened next?

2  A. Next, he put the boat in forward and was
3  heading towards the rig instead of a way from it,
4  and I asked him what he was doing. He said, "I
5  see -- I see people in the water." I -- I told
6  him, you know, "Look, I'm in bad, bad shape. Can
7  you take me to -- away from this thing and dump
8  me off, put me -- or whatever, and then come
9  back?" The last thing I wanted to do now, being
10 covered in oil and grease and whatever, was to go
11 back towards fire.
12      But he went forward anyway. And the next
13 person that was in the water was Andrea. They
14 grabbed her, flipped her into the boat. We
15 started backing out. Next thing I know, we're
16 going back forward again. And I asked the guy
17 again, you know, "What are you doing?" He said,
18 "Well, I see a life raft, and I see people in the
19 water, strobe lights from their life jackets."
20      So we pulled back literally under the rig
21 to attach a line to this life raft. There were
22 people outside the raft trying to swim with the
23 raft. They weren't making any progress. If
24 anything, they were going the wrong way because
25 the wind was blowing towards the fire and not