UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | : | MDL No. 2179 |
| "Deepwater Horizon" | : | |
| in the Gulf of Mexico, | : | SECTION: J |
| on April 20, 2010 | : | |
| | : | |
| This Document Relates to: | : | JUDGE BARBIER |
| 2:10-cv-04536 | : | MAGISTRATE SHUSHAN |
| | : | |

**<u>*EX PARTE* MOTION TO FILE UNDER SEAL EXHIBITS TO
UNITED STATES' COMBINED MEMORANDUM IN SUPPORT OF
SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT AND
IN OPPOSITION TO CROSS-MOTIONS FOR SUMMARY JUDGMENT</u>**

The United States hereby submits this *ex parte* motion to file under seal Exhibit 5, an attachment to Exhibit 6 (Exhibit 1 thereto)), Exhibit 8 and and Exhibit 9 to the United States' Combined Memorandum In Support of United States' Second Motion for Partial Summary Judgment and in Opposition to Cross-Motions for Summary Judgment.

Pursuant to Paragraph 8.B of MDL No. 2179 Pre-Trial Order #13 (Order Protecting Confidentiality), documents designated by the parties as "Confidential" or "Highly Confidential" must be filed under seal as appendices to the instrument that refers to them.  Because Exhibit 5, an attachment to Exhibit 6 (Exhibit 1 thereto), Exhibit 8 and and Exhibit 9 to the United States' Combined Memorandum have been so designated, the United States' respectfully requests that the Court grant its Motion to file the Exhibits under seal.

A proposed order accompanies this request.

Respectfully submitted,

*/s/ Steven O'Rourke*  
STEVEN O'ROURKE  
Senior Attorney  
Environmental Enforcement Section  
U.S. Department of Justice  
P.O. Box 7611  
Washington, D.C. 20044  
Telephone: 202-514-2779  
Facsimile: 202-514-2583  
E-mail: steve.o'rourke@usdoj.gov  

*/s/ R. Michael Underhill*  
R. MICHAEL UNDERHILL, T.A.  
Attorney in Charge, West Coast Office  
Torts Branch, Civil Division  
U.S. Department of Justice  
7-5395 Federal Bldg., Box 36028  
450 Golden Gate Avenue  
San Francisco, CA 94102-3463  
Telephone: 415-436-6648  
Facsimile: 415-436-6632  
E-mail: mike.underhill@usdoj.gov

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that the above and foregoing has been served on all counsel by electronically uploading the same to Lexis-Nexis File & Serve in accordance with Pretrial Order #12, and the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2719, on this 16th day of January, 2012.

                                                    */s/ Steven O'Rourke*
                                                    Steven O'Rourke