UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| Applies to:  All Cases<br>                    2:10-cv-02771 | § § § § | MAG. JUDGE SHUSHAN |

## HESI'S *EX PARTE* MOTION FOR LEAVE TO FILE FIFTH AMENDED GOOD FAITH EXHIBIT LIST

Halliburton Energy Services, Inc. ("HESI") files this *Ex Parte* Motion for Leave to File its Fifth Amended Exhibit List, and in support of the same, respectfully shows as follows:

On January 13, 2012, HESI filed its Fourth Amended Good Faith Exhibit List (the "List") (Rec. Doc. 5210). After this filing, HESI discovered a processing error that resulted in the omission of numerous exhibits from the List. HESI requests leave to file its Fifth Amended Good Faith Exhibit List, which is attached hereto as Exhibit 1, to add such exhibits. HESI previously identified and served the parties with the omitted exhibits as part of HESI's "depo cut" process pursuant to the Court's Orders dated October 4, 2011 (Rec. Doc. 4217), November 15, 2011 (Rec. Doc. 4593), and December 9, 2011 (Rec. Doc. 4841). Because the omitted exhibits have been identified and produced, no party is prejudiced by their omission from the List or by their addition to HESI's Fifth Amended Exhibit List. HESI reserves its right to further amend its Good Faith Exhibit List to add exhibits identified in depo cuts that are not yet due.

Respectfully Submitted,

**GODWIN RONQUILLO PC**

**By:** /s/ Donald E. Godwin
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
dgodwin@GodwinRonquillo.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
bbowman@GodwinRonquillo.com
Jenny L. Martinez
State Bar No. 24013109
jmartinez@GodwinRonquillo.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
fhartley@GodwinRonquillo.com
Gavin E. Hill
State Bar No.  00796756
ghill@GodwinRonquillo.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

and

R. Alan York
State Bar No. 22167500
AYork@GodwinRonquillo.com
Jerry C. von Sternberg
State Bar No. 20618150
JVonSternberg@GodwinRonquillo.com
Misty Hataway-Coné
State Bar No. 24032277
MCone@GodwinRonquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone:  713.595.8300
Facsimile:  713.425.7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendant Halliburton Energy Services, Inc.'s Ex Parte Motion for Leave to File Fifth Amended Exhibit List was filed electronically with the Clerk of the Court using the CM/ECF system and that notice of this filing will be sent to all counsel through the CM/ECF system on this 16th day of January, 2012.

/s/ *Donald E. Godwin*
Donald E. Godwin