UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>Applies to:   All Cases | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | MDL No. 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## ORDER GRANTING HESI'S MOTION FOR LEAVE TO FILE FIFTH AMENDED EXHIBIT LIST

On this day the Court heard and considered Halliburton Energy Services, Inc.'s Motion for Leave to File its Fifth Amended Good Faith Exhibit List.  The Court, after reviewing the Motion, finds that good cause has been shown, and that Halliburton Energy Services, Inc.'s Motion should be and is in all things GRANTED.

IT IS HEREBY ORDERED that Halliburton Energy Services, Inc. is permitted to file its Fifth Amended Good Faith Exhibit List to be included in the record.

Signed on the _____ day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE