UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Halliburton's Request for Clarification (Rec. doc. 5047)]**

On January 3, 2012, Halliburton filed its request for clarification of order disqualifying Viator, Sabins, and CSI (Rec. doc. 4838). For the reasons presented by BP in its opposition (Rec. doc. 5205),

IT IS ORDERED that Halliburton's request for clarification (Rec. doc. 5047) is DENIED.

New Orleans, Louisiana, this 17th day of January, 2012.

                                              SALLY SHUSHAN
                                              **United States Magistrate Judge**