UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179  SECTION: J  JUDGE BARBIER |
| Applies to:  All Cases             2:10-cv-02771 | § § § § | MAG. JUDGE SHUSHAN |

**ORDER**

Considering Defendant Halliburton Energy Services, Inc.'s *Ex Parte* Motion for Leave to File a Reply in Support of HESI's Request for Clarification of Order Disqualifying Viator, Sabins, and CSI (Rec. Doc. 5047);

**IT IS ORDERED** that the Motion is GRANTED and that Defendant Halliburton Energy Services, Inc.'s Reply in Support of HESI's Request for Clarification of Order Disqualifying Viator, Sabins, and CSI (Rec. Doc. 5047); is hereby granted, and that Halliburton Energy Services, Inc.'s Reply in Support of HESI's Request for Clarification will hereby be filed into the record of this matter.

New Orleans, Louisiana, this __17th__ day of January, 2012.



United States Magistrate Judge