

Stephen S. Kreller
ssk@krellerlaw.com

January 17, 2012

Hon. Loretta G. Whyte, Clerk of Court
U. S. District Court for the
Eastern District of Louisiana
500 Poydras Street, Room C151
New Orleans, Louisiana 70130

    Re:    Hong Van Truong, et al. v. BP American Production Company, et al.
             U.S.D.C. for E.D. of LA, Case No. 2:11-cv-02766

Dear Hon. Whyte:

    I am writing to respectfully request that summons on the First Amended Complaint be issued to the following defendants:

1. **BP AMERICAN PRODUCTION COMPANY**
   Through its registered agent for service of process:
   CT Corporation System
   5615 Corporate Boulevard, Suite 400B
   Baton Rouge, Louisiana 70808

2. **BP EXPLORATION AND PRODUCTION COMPANY**
   Through its registered agent for service of process:
   CT Corporation System
   5615 Corporate Boulevard, Suite 400B
   Baton Rouge, Louisiana 70808

3. **DRC EMERGENCY SERVICES, LLC**
   Via Long-Arm Statute
   Through its registered agent for service of process:
   Mr. Robert Isakson
   740 Museum Drive
   Mobile, Alabama 36608

    If you have any questions and/or need additional information, please do not hesitate to contact me at (504) 484-3488.

4224 Canal Street / New Orleans. LA 70119 / 504.484.3488
800.488.3053 / Fax: 888.294.6091 / www.krellerlaw.com

Licensed in Alabama, Georgia, Louisiana and New York

Hon. Loretta G. Whyte, Clerk of Court
January 17, 2012
Page 2 of 2

    With kindest regards, I am

                                  Very truly yours,

                                  Stephen S. Kreller

Enclosures