UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL-2179 SECTION "J" |
| THIS DOCUMENT RELATES TO: | § § | JUDGE BARBIER MAG. JUDGE SHUSHAN |
| 10-cv-3059 and 11-cv-0516 | § | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**JOINT MOTION FOR ENTRY OF PROPOSED AGREED ORDER**

The State of Louisiana, the State of Alabama, and the Plaintiffs' Steering Committee respectfully move for entry of an agreed order in the form attached as Exhibit "A".

The proposed order moots the Petition for Writ of Mandamus currently pending in the U.S. Fifth Circuit Court of Appeals, *In re State of Louisiana,* No. 12-30022.

The parties have no objection to the proposed agreed order being entered in separate orders or merged into other orders.

JAMES D. "BUDDY" CALDWELL
LOUISIANA ATTORNEY GENERAL

James Trey Phillips
First Assistant Attorney General
Megan K. Terrell
Assistant Attorney General
Section Chief –Environmental
State of Louisiana
P.O. Box 94005
Baton Rouge, LA 70804-9005
Telephone: (225) 326-6708

KANNER & WHITELEY, LLC

/s/ Allan Kanner
Allan Kanner
Elizabeth B. Petersen
David A. Pote
Douglas R. Kraus
701 Camp Street
New Orleans, LA 70130
Telephone: (504) 524-5777
**Special Counsel for Plaintiff**
**Attorney General, State of Louisiana**

1

USRY, WEEKS, &
MATTHEWS, APLC

/s/ T. Allen Usry
T. Allen Usry
1615 Poydras St.
Suite 12
New Orleans, LA 70112
Telephone: (504) 592-4641
**Special Counsel for Plaintiff**
**Attorney General, State of Louisiana**

LUTHER J. STRANGE
ALABAMA ATTORNEY GENERAL

/s/ Luther Strange
Hon. Luther J. Strange
Attorney General
Corey L. Maze
Special Deputy Attorney General
Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130
Phone: (334) 242-7300
Fax: (334) 242-4891
E-Mail: lstrange@ago.state.al.us
E-Mail: cmaze@ago.state.al.us
**Coordinating Counsel for State Interests**

 /s/ James Parkerson Roy
James Parkerson Roy, La. Bar No. 11511
DOMENGEAUX WRIGHT ROY
    & EDWARDS LLC
556 Jefferson Street, Suite 500
Lafayette, Louisiana 70501
Telephone: (337) 233-3033
Fax No. (337) 233-2796
E-Mail: jimr@wrightroy.com
**Plaintiffs' Liaison Counsel**

/s/ Stephen J. Herman
Stephen J. Herman, La. Bar No. 23129
HERMAN HERMAN KATZ & COTLAR LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax No. (504) 569-6024
E-Mail: sherman@hhkc.com
**Plaintiffs' Liaison Counsel**

**CERTIFICATE OF SERVICE**

We hereby certify that the above and foregoing Motion has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17<u>th</u>  day of <u>January</u>, <u>2012</u>.

/s/ Stephen J. Herman and James Parkerson Roy