UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL-2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES TO:<br><br>*10-cv-3059 and 11-cv-0516* | § § § § | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

*****************************************************************************

PROPOSED AGREED ORDER
[AMENDING IN PART THE COURT'S PREVIOUS ORDER OF DECEMBER 28, 2011, AND THE AMENDING ORDER OF JANUARY 4, 2012, ESTABLISHING ACCOUNT AND RESERVE (REC. DOC. 4507 AND 5022)]

This Court Orders as follows:

1. The 4 % holdback applicable to settlements, judgments or other payments to the States of Louisiana and Alabama shall not apply to (1) any State recoveries of whatever type that have previously been paid, prior to entry date of this Order, or are to be paid after entry of this Order pursuant to written agreements previously executed between the States of Louisiana and/or Alabama (as the sole party or as one of multiple parties) and any defendant, prior to the entry date of this Order, and (2) any State's recovery (or benefit) for response costs, increased agency costs related to response, natural resource damages ("NRD"), NRD assessment, any other costs incurred through participation in the NRD assessment process, any State or Federal penalties (*e.g.* Clean Water Act penalties) (with the exception of penalties sought by District Attorneys under La. R.S. 56:40.1, *et seq.*), any State or Federal Oil Spill Trust Funding pollution removal payments, supplemental

2

environmental projects and any other similar non-monetary recovery. All other monetary settlements, judgments or other payments to the States of Alabama and/or Louisiana are subject to the 4% holdback.

2. The Court amends PTO 26, para. A to add the following sentence: The Court appoints Louisiana Attorney General James D. "Buddy" Caldwell as Co-Coordinating Counsel for the State Interests.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
CARL J. BARBIER
United States District Judge