```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA
 2

 3   ********************************************************************

 4   IN RE:  OIL SPILL BY THE
     OIL RIG DEEPWATER HORIZON
 5   IN THE GULF OF MEXICO ON
     APRIL 20, 2010
 6
                             CIVIL ACTION NO. 10-MD-2179 "J"
 7                           NEW ORLEANS, LOUISIANA
                             FRIDAY, JANUARY 13, 2012, 9:30 A.M.
 8

 9   THIS DOCUMENT RELATES TO
     ALL ACTIONS
10
     ********************************************************************
11

12        TRANSCRIPT OF DISCOVERY STATUS CONFERENCE PROCEEDINGS
            HEARD BEFORE THE HONORABLE SALLY SHUSHAN
13                 UNITED STATES MAGISTRATE JUDGE

14

15   APPEARANCES:

16

17   FOR THE PLAINTIFFS'
     LIAISON COUNSEL:         DOMENGEAUX WRIGHT ROY & EDWARDS
18                            BY:  JAMES P. ROY, ESQUIRE
                              P. O. BOX 3668
19                            556 JEFFERSON STREET
                              LAFAYETTE, LA  70502
20

21                            HERMAN HERMAN KATZ & COTLAR
                              BY:  STEPHEN J. HERMAN, ESQUIRE
22                            820 O'KEEFE AVENUE
                              NEW ORLEANS, LA  70113
23

24   FOR THE PLAINTIFFS:     IRPINO LAW FIRM
                              BY:  ANTHONY IRPINO, ESQUIRE
25                            2216 MAGAZINE STREET
                              NEW ORLEANS, LA  70130
```

09:23AM

```
 1  APPEARANCES CONTINUED:

 2

 3                      WILLIAMSON & RUSNAK
                        BY:  JIMMY WILLIAMSON, ESQUIRE
 4                      4310 YOAKUM BOULEVARD
                        HOUSTON, TX  77006
 5

 6
                        LEVIN PAPANTONIO THOMAS MITCHELL
 7                      RAFFERTY & PROCTOR
                        BY:  BRIAN H. BARR, ESQUIRE
 8                      316 SOUTH BAYLEN STREET, SUITE 600
                        PENSACOLA, FL  32502
 9

10
                        LEWIS, KULLMAN, STERBCOW & ABRAMSON
11                      BY:  PAUL M. STERBCOW, ESQUIRE
                        PAN AMERICAN LIFE BUILDING
12                      601 POYDRAS STREET, SUITE 2615
                        NEW ORLEANS, LA  70130
13

14
                        BREIT DRESCHER IMPREVENTO & WALKER
15                      BY:  JEFFREY A. BREIT, ESQUIRE
                        1000 DOMINION TOWER
16                      999 WATERSIDE DRIVE
                        NORFOLK, VA  23510
17

18  FOR THE FEDERAL
    GOVERNMENT INTERESTS:   U.S. DEPARTMENT OF JUSTICE
19                      TORTS BRANCH, CIVIL DIVISION
                        BY:  R. MICHAEL UNDERHILL, ESQUIRE
20                           A. NATHANIEL CHAKERES, ESQUIRE
                        450 GOLDEN GATE AVENUE
21                      7TH FLOOR, ROOM 5395
                        SAN FRANCISCO, CA  94102
22

23
    FOR STATE INTERESTS:    ALABAMA ATTORNEY GENERAL'S OFFICE
24                      BY:  COREY L. MAZE, ESQUIRE
                             WINFIELD J. SINCLAIR, ESQUIRE
25                      500 DEXTER AVENUE
                        MONTGOMERY, AL  36130
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR THE STATE OF
     LOUISIANA:                  KANNER & WHITELEY
 4                               BY:  DOUGLAS R. KRAUS, ESQUIRE
                                 701 CAMP STREET
 5                               NEW ORLEANS, LA  70130

 6

 7   FOR BP AMERICA INC.,
     BP AMERICA PRODUCTION
 8   COMPANY, BP COMPANY
     NORTH AMERICA INC.,
 9   BP CORPORATION NORTH
     AMERICA INC.,
10   BP EXPLORATION &
     PRODUCTION INC.,
11   BP HOLDINGS NORTH
     AMERICA LIMITED,
12   BP PRODUCTS NORTH
     AMERICA INC.:              LISKOW & LEWIS
13                              BY:  DON K. HAYCRAFT, ESQUIRE
                                ONE SHELL SQUARE
14                              701 POYDRAS STREET
                                SUITE 5000
15                              NEW ORLEANS, LA  70139

16
                                KIRKLAND & ELLIS
17                              BY:  J. ANDREW LANGAN, ESQUIRE
                                     RICHARD C. GODFREY, ESQUIRE
18                                   MARK J. NOMELLINI, ESQUIRE
                                     TIMOTHY E. DUFFY, ESQUIRE
19                                   RYAN S. BABIUCH, ESQUIRE
                                     A. KATRINE "KATIE" JAKOLA, ESQUIRE
20                              300 N. LASALLE
                                CHICAGO, IL  60654
21

22
                                KIRKLAND & ELLIS
23                              BY:  ROBERT R. GASAWAY, ESQUIRE
                                     MICHAEL C. OCCHUIZZO, ESQUIRE
24                              655 FIFTEENTH STREET, N.W.
                                WASHINGTON, DC  20005
25
```

```
 1   APPEARANCES CONTINUED:

 2


 3   FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
 4   OFFSHORE DEEPWATER
     DRILLING INC., AND
 5   TRANSOCEAN DEEPWATER
     INC.:                     FRILOT
 6                             BY:  KERRY J. MILLER, ESQUIRE
                               ENERGY CENTRE, 36TH FLOOR
 7                             1100 POYDRAS STREET
                               NEW ORLEANS, LA  70163
 8

 9                             SUTHERLAND ASBILL & BRENNAN
10                             BY:  RACHEL G. CLINGMAN, ESQUIRE
                               1001 FANNIN STREET, SUITE 3700
11                             HOUSTON, TX  77002

12

13   FOR CAMERON INTERNATIONAL
     CORPORATION:              STONE PIGMAN WALTHER WITTMANN
14                             BY:  PHILLIP A. WITTMANN, ESQUIRE
                                    RENEE M. SIEGERT, ESQUIRE
15                                  KEITH B. HALL, ESQUIRE
                               546 CARONDELET STREET
16                             NEW ORLEANS, LA  70130

17

18   FOR HALLIBURTON
     ENERGY SERVICES, INC.:    GODWIN RONQUILLO
19                             BY:  DONALD E. GODWIN, ESQUIRE
                                    JENNY L. MARTINEZ, ESQUIRE
20                                  STEFANIE K. MAJOR, ESQUIRE
                               RENAISSANCE TOWER
21                             1201 ELM STREET, SUITE 1700
                               DALLAS, TX  75270
22

23                             GODWIN RONQUILLO
                               BY:  R. ALAN YORK, ESQUIRE
24                             1331 LAMAR, SUITE 1665
                               HOUSTON, TX  77010
25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR ANADARKO
     PETROLEUM CORPORATION,
 4   ANADARKO E&P COMPANY,
     LP:                          KUCHLER POLK SCHELL
 5                                WEINER & RICHESON
                                  BY:  DEBORAH D. KUCHLER, ESQUIRE
 6                                1615 POYDRAS STREET, SUITE 1300
                                  NEW ORLEANS, LA  70112
 7

 8
                                  BINGHAM MCCUTCHEN
 9                                BY:  WARREN A. FITCH, ESQUIRE
                                       KY E. KIRBY, ESQUIRE
10                                2020 K STREET, NW
                                  WASHINGTON, DC  20006
11

12
     FOR MOEX OFFSHORE
13   2007 LLC:                    CARVER DARDEN KORETZKY TESSIER
                                  FINN BLOSSMAN & AREAUX
14                                BY:  PHILLIP D. NIZIALEK, ESQUIRE
                                  1100 POYDRAS STREET, SUITE 3100
15                                NEW ORLEANS, LA  70163

16

17                                PILLSBURY WINTHROP SHAW PITTMAN
                                  BY:  EDWARD FLANDERS, ESQUIRE
18                                1540 BROADWAY
                                  NEW YORK, NY  10036
19

20

21   FOR M-I L.L.C.:              MORGAN, LEWIS & BOCKIUS
                                  BY:  JAMES B. TARTER, ESQUIRE
22                                1000 LOUISIANA STREET, SUITE 4000
                                  HOUSTON, TX  77002
23

24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR O'BRIEN'S RESPONSE
     MANAGEMENT, INC.,
 4   SEACOR HOLDINGS, INC.,
     SEACOR OFFSHORE LLC,
 5   SEACOR MARINE, LLC,
     SEACOR WORLDWIDE, INC.,
 6   SEACOR MARINE, INC.,
     SEACOR MARINE
 7   INTERNATIONAL, INC.,
     AND SIEMENS FINANCIAL,
 8   INC.:                     WEIL GOTSHAL & MANGES
                               BY:  SYLVIA E. SIMSON, ESQUIRE
 9                             767 FIFTH AVENUE
                               NEW YORK, NY  10153
10

11
     FOR DRIL-QUIP,
12   INC.:                     WARE, JACKSON, LEE & CHAMBERS
                               BY:  C. DENNIS BARROW, JR., ESQUIRE
13                             2929 ALLEN PARKWAY, 42ND FLOOR
                               HOUSTON, TX  77019
14

15   FOR MARINE SPILL
     RESPONSE CORPORATION:     BLANK ROME
16                             BY:  ALAN M. WEIGEL, ESQUIRE
                               THE CHRYSLER BUILDING
17                             405 LEXINGTON AVENUE
                               NEW YORK, NY  10174
18

19   FOR WEATHERFORD U.S.,
20   L.P.:                     JONES WALKER
                               BY:  WILLIAM C. BALDWIN, ESQUIRE
21                             PLACE ST. CHARLES
                               201 ST. CHARLES AVENUE
22                             NEW ORLEANS, LA 70170

23

24

25
```

```
 1  APPEARANCES CONTINUED:

 2

 3  FOR DRC EMERGENCY
    SERVICES, LLC:          FLANAGAN PARTNERS
 4                          BY:  STEPHEN M. PESCE, ESQUIRE
                                 ANDY J. DUPRE, ESQUIRE
 5                               SEAN P. BRADY, ESQUIRE
                            201 ST. CHARLES AVENUE, SUITE 2405
 6                          NEW ORLEANS, LA  70170

 7

 8  FOR MDL 2185:           MITHOFF LAW FIRM
                            BY:  WILLIAM STRADLEY, ESQUIRE
 9                          3450 ONE ALLEN CENTER
                            500 DALLAS STREET
10                          HOUSTON, TX  77002

11

12  ALSO PRESENT VIA TELEPHONE:  ROBIN HANGER, ESQUIRE

13

14  OFFICIAL COURT REPORTER:     CATHY PEPPER, CRR, RMR, CCR
                                 CERTIFIED REALTIME REPORTER
15                               500 POYDRAS STREET, ROOM HB406
                                 NEW ORLEANS, LA  70130
16                               (504) 589-7779
                                 Cathy_Pepper@laed.uscourts.gov
17
    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
18  PRODUCED BY COMPUTER.

19

20

21

22

23

24

25
```

1                               **I N D E X**

2

3    AGENDA ITEMS                                             PAGE

4

5    BOP AND CAPPING STACK...................................  15

6    19TH IS THE DATE THAT THE U. S. IS GOING TO GO OUT AND    15

7    TAKE THEIR PICTURES OF THE DRILL PIPE SEGMENTS.........

8    PROPOSED ALLOCATION OF THE LAST OF CAPTAIN ENGLEBERT'S    16

9    BILLING STATEMENTS.....................................

10   IF YOU'VE NOT PAID YOUR PRIOR ALLOTMENTS, PLEASE GO       16

11   AHEAD AND PROCESS THOSE................................

12   PRODUCTION OF THE COAST GUARD DOCUMENTS................   16

13   PRODUCED TO THE PARTIES DOCUMENTS RESPONSIVE TO RFP'S     17

14   63 THROUGH 65, WHICH GENERALLY WERE RELATED TO THE

15   SEARCH AND RESCUE EFFORTS..............................

16   PARTIES WOULD LIKE TO RECONVENE THE 30(B)(6) RELATED      17

17   TO THOSE SEARCH TERMS..................................

18   SENDING OUT AN ADDITIONAL RELATIVELY SMALL PRODUCTION     17

19   AS TO LIEUTENANT HOUCK'S CUSTODIAL FILES...............

20   REMAINDER OF THE COAST GUARD PRODUCTION................   17

21   DOING OUR BEST TO PRODUCE BY JANUARY 31ST THE CENTRAL     17

22   SPILL ARCHIVE DOCUMENTS IN JUSTICE FOR DECEMBER 31ST...

23   EXPECT A NEED TO SPEAK WITH THE COURT AND THE PARTIES     18

24   ABOUT THE SCHEDULE FOR REMAINING INFORMATION...........

25   EOP PRIVILEGE LOG......................................   18

1   JANUARY 31ST DEADLINE..................................   18

2   NOAA, DOI AND ACE.....................................   18

3   ZANTAZ................................................   18

4   EXTENSION FOR PRIVILEGE LOGS ONE TO SIX...............   19

5   PRIVILEGE LOGS ONE TO SIX.............................   19

6   ZANTAZ PROTOCOL.......................................   20

7   ISSUE OF THE SCOPE OF THE UNITED STATES' 30(B)(6)       21

8   DEPOSITION OBLIGATIONS................................

9   FLAG THAT.............................................   22

10  NAILING DOWN EXACTLY WHAT THAT LANGUAGE WITH RESPECT    22

11  TO THE UNITED STATES' 30(B)(6) TOPICS IS FOR NEXT WEEK.

12  PERHAPS SCHEDULING PARTICULAR 30(B)(6)'S STARTING WITH  22

13  SOME THIRD PARTIES AFTER THE 23RD, AND THEN THE

14  UNITED STATES MARCH 1.................................

15  ON THE 30(B)(6) PROCESS, THE PSC WANTS TO BE INCLUDED   24

16  IN THE DISCUSSION ON SCHEDULING.......................

17  PHASE TWO 30(B)(6) SCHEDULING.........................   25

18  NOTICES...............................................   25

19  CUDD WELL CONTROL AND WILD WELL CONTROL...............   25

20  WILD WELL.............................................   25

21  NO SECOND BITE ISSUE..................................   25

22  CUDD WELL CONTROL.....................................   25

23  THEY HAVE NO INVOLVEMENT..............................   25

24  PSC IS INTERESTED IN STARTING PHASE TWO DISCOVERY AS    26

25  QUICKLY AS POSSIBLE...................................

1  DNV SUBPOENA..........................................  27

2  LANGUAGE IS ACCEPTABLE................................  27

3  DISPUTE THAT WE HAVE WITH THE NOTICE TO BP............  27

4  LOOK BACK ISSUE.......................................  27

5  PROPOSED NEW LANGUAGE FROM THE PSC....................  27

6  VOLUME OF THE SPILL OR UNCONTROLLED FLOW..............  28

7  HOW FAR BACK DO WE GO.................................  28

8  SUGGEST 2004 AS A GOOD COMPROMISE.....................  28

9  MOEX AND HALLIBURTON..................................  29

10 DIFFERENT ON THAT LOOK BACK DATE......................  29

11 PHASE TWO STIPULATIONS................................  30

12 OUR OBJECTIONS........................................  30

13 TWO CATEGORIES........................................  30

14 DRAFTSMANSHIP ISSUE...................................  30

15 SECOND CATEGORY.......................................  31

16 THEY ARE CONCLUSIONS..................................  31

17 LEGAL CONCLUSION OBJECTION TO THOSE...................  31

18 SUPPOSED TO GET COMMENTS BY JANUARY 9TH...............  32

19 THIS MORNING, TO'S COMMENTS ARRIVE....................  32

20 SPILL PREPAREDNESS BEING RAISED IN PHASE ONE..........  35

21 PSC IS THINKING ABOUT REVISING TWO-PAGERS.............  35

22 PASS THAT TODAY.......................................  35

23 MOTIONS IN LIMINE ARE IN JUDGE BARBIER'S COURT........  36

24 NOT ANY ADDITIONAL FILING IS NEEDED BY BP.............  36

25 PULLING DOWN EXPERTS..................................  37

1   REQUEST FOR USE OF THE OPINION OF DONALD WEINTRITT.....   37

2   SUBJECT TO YOUR HONOR'S APPROVAL, CAMERON WILL PULL      38

3   DOWN ITS CEMENT EXPERT IN ALL RESPECTS, MR. FRIGAARD...

4   HALLIBURTON WILL, IN TURN, PULL DOWN A CERTAIN PORTION   38

5   OF OUR EXPERT, MR. STEVICK............................

6   PULL DOWN IN ITS ENTIRETY THAT PART DEALING WITH THE     38

7   BOP DESIGN IN MR. STEVICK'S REPORT AND TESTIMONY.......

8   TO THE EXTENT THE PSC NEEDS TO TAKE A POSITION, WE       38

9   OBJECT TO ANYTHING THEY ARE TRYING TO DO WITH RESPECT

10  TO WITHDRAWING EXPERTS................................

11  REFRAMING EXPERT OPINIONS.............................   39

12  PROCEDURAL POINT......................................   39

13  COURT-ORDERED DEADLINE ABOUT *DAUBERT* MOTIONS...........   39

14  *DAUBERT* MOTIONS WILL BE EXTENDED UNTIL TUESDAY, THE      41

15  24TH .................................................

16  BRIEFING SCHEDULE, WE WILL ADJUST THAT, AS WELL........   41

17  DEADLINE TO FILE RESPONSES TO THE LETTER BRIEFS THAT     41

18  WERE FILED ON WEDNESDAY BY BP AND CAMERON.............

19  THAT'S FINE...........................................   42

20  TO THE EXTENT THAT *DAUBERT* MOTION DEADLINES HAVE BEEN    43

21  EXTENDED ON ANY MOTION THAT WILL BE FILED AGAINST A

22  PLAINTIFFS' EXPERT, WE OBJECT TO THE EXTENSION........

23  WITH THE ASSERTION THAT NONE OF THE PLAINTIFFS'         43

24  EXPERTS WILL BE TAKEN DOWN............................

25  KEEP THE *DAUBERT* DATE FOR THE PLAINTIFFS' EXPERTS......   43

1   WILL CALL AND MAY CALL................................   44

2   EVERYBODY GETS ONE WILL-CALL WITNESS...................   45

3   PRETRIAL SUBMISSIONS ARE SUBJECT TO MODIFICATION FOR    46

4   GOOD CAUSE SHOWN.......................................

5   THAT APPLIES TO WITNESS LISTS.........................   46

6   MAY-CALL WITNESS COULD NOT BE COMPELLED BY THE OTHER    46

7   PARTIES...............................................

8   *DAUBERT* SCHEDULING...................................   47

9   EXTEND THE ENTIRE DEADLINE............................   48

10  JESSE GAGLIANO WILL WAIVE HIS FIFTH AMENDMENT           49

11  PRIVILEGE.............................................

12  MR. GAGLIANO WILL MAKE HIMSELF AVAILABLE FOR A          49

13  DEPOSITION IN THIS CASE...............................

14  MR. GAGLIANO WILL ALSO WAIVE ANY FIFTH AMENDMENT        49

15  PRIVILEGE WITH REGARD TO TESTIFYING AT TRIAL..........

16  MONDAY, THE 30TH, AND TUESDAY, THE 31ST...............   52

17  SEND AN E-MAIL NOW TO MR. BERMAN......................   53

18  FACT WITNESS FOR PHASE ONE UNDER DEFAULT ALLOCATIONS... 53

19  EXPERT WITNESS, GLEN BENGE, WHO IS OUR CEMENT EXPERT.   54

20  THE PSC HAS CROSS-DESIGNATED GLEN, AS WELL............

21  DON'T WANT TO HAVE TO DO A REBUTTAL REPORT FOR          55

22  MR. CROOK WHENEVER WE FIND OUT WHAT HE'S GOING TO SAY

23  IN DEPOSITION.........................................

24  MR. GAGLIANO'S DEPOSITION COULD CHANGE GLEN'S           55

25  POSITION, HIS OPINION.................................

```
 1   MOTION THAT THOSE LAWYERS, SINGULARLY, THE LAWYERS,        56
 2   NOT THE LAW FIRMS, WHO WERE INVOLVED WITH MR. SABINS,
 3   CSI AND MR. VIATOR, BE DISQUALIFIED FROM PARTICIPATING
 4   IN ANY WAY IN MR. CROOK'S DEPOSITION EITHER BY WAY OF
 5   PREPARING HIM AND/OR BEING AT THE DEPOSITION..........
 6   WITNESSES TESTIFYING LIVE.............................   57
 7   MR. NEWMAN............................................   57
 8   EXPERT BINDER ISSUE...................................   58
 9   MR. CROOK'S DEPOSITION................................   61
10   PHASE ONE STIPULATIONS................................   62
11   RESPONDERS AND THE PSC ON PHASE THREE STIPULATIONS AND   63
12   DISCOVERY ISSUES......................................
13   DEMONSTRATIVES........................................   63
14   FEBRUARY 1ST IS THE CURRENT DEADLINE..................   64
15   EXCHANGE OF DEMONSTRATIVES............................   64
16   EXTENSION TO THE 15TH OF FEBRUARY.....................   65
17   *NO STEALING OF THUNDER RULE*.........................   66
18   OBJECTIONS DUE THE 22ND...............................   68
19   PHYSICAL DEMONSTRATIVES...............................   68
20   MADE AVAILABLE FOR INSPECTION BY THE 15TH.............   69
21   OPINION ON HEARSAY AND THE BUSINESS RECORDS EXCEPTION   69
22   AND E-MAIL STRINGS....................................
23   EXHIBIT OBJECTION PROCESS.............................   69
24   DATE THAT THE OBJECTIONS ARE GOING TO BE DUE..........   69
25   ORIGINALLY A JANUARY 20TH DATE ON THE CALENDAR........   69
```

1  COURT'S E-MAIL STRINGS ORDER SPOKE OF A JANUARY 30TH      69
2  DATE..................................................
3  RATHER THAN IMPOSE THE 20TH ON YOU, GIVE YOU FURTHER      70
4  TIME TO LOOK AT THE ISSUE AND SEE IF WE CAN WORK
5  THROUGH IT............................................
6  THE NEXT WGC MEETING IS SCHEDULED FOR THURSDAY,          70
7  JANUARY 19, 2012, FOLLOWING JUDGE BARBIE'S STATUS
8  CONFERENCE............................................
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1                    **P-R-O-C-E-E-D-I-N-G-S**

2              FRIDAY, JANUARY 13, 2012

3            M O R N I N G   S E S S I O N

4              (COURT CALLED TO ORDER)

5

6

7        THE COURT:  Good morning, everybody.

8              Phone participants, can you hear us?

9        MS. HANGER:  We can, Your Honor.

10        THE COURT:  Thank you.  Good morning.

11              All right, guys.  Now, remember, last week we said

12  it was going to be a fast meeting, and it deteriorated

13  dramatically.  So let's see if we can't make it a fast meeting

14  today, and I'm going for 45 minutes.  What do you think?

15        MS. KUCHLER:  Cha-ching.

16        THE COURT:  Cha-ching, cha-ching.  Or crunk, crunk.

17        MS. KUCHLER:  I hope we hear a lot of crunking tomorrow

18  night.

19        THE COURT:  That's right, crunk.

20              Let's see what we want to do today.

21              BOP and capping stack, the 19th is the date that

22  the U. S. is going to go out and take their pictures of the drill

23  pipe segments.

24              Everybody knows that if you want to go out there,

25  whether you want to take pictures or not, but want to attend,

09:38AM 1    please contact Captain Englebert.

09:38AM 2             I have not -- oh, I'm sorry.  Go ahead, Jimmy.

09:38AM 3        MR. WILLIAMSON:  I'm sorry.  Jimmy Williamson with the

09:38AM 4    PSC.

09:38AM 5             I just want to make sure I understand.  We can take

09:38AM 6    pictures, also; is that --

09:38AM 7        THE COURT:  That is correct.

09:38AM 8        MR. WILLIAMSON:  Thank you, Your Honor.

09:38AM 9        THE COURT:  As long as the captain has room for you in

09:38AM 10   her group, you may attend, and you may take pictures.

09:38AM 11       MR. WILLIAMSON:  Thank you, Your Honor.

09:38AM 12       THE COURT:  But if you don't want to take pictures and

09:38AM 13   just want to attend, that's okay.

09:39AM 14            All right.  We didn't get any objections to the

09:39AM 15   proposed allocation of the last of Captain Englebert's billing

09:39AM 16   statements; so, if you all will please process that.

09:39AM 17            If you've not paid your prior allotments, please go

09:39AM 18   ahead and process those.

09:39AM 19            Anything else on that issue?

09:39AM 20            Okay.  Sarah, let's get an update from you.  How

09:39AM 21   are we doing with production of the Coast Guard documents?

09:39AM 22       MS. HANGER:  Good morning, Your Honor.  This is

09:39AM 23   Robin Hanger with the DOJ.  I'm working --

09:39AM 24       THE COURT:  Oh.  Good morning, Robin.

09:39AM 25       MS. HANGER:  Hello.

09:39AM 1          I'm working with Sarah, who cannot be here today
09:39AM 2   because, again, she's off saving the world.
09:39AM 3          I will admit, I do not have her extraordinarily
09:39AM 4   vast knowledge, but I'm going to do my best to update the Court
09:39AM 5   and the parties.
09:39AM 6          THE COURT:  Well, let me just say that nobody has her --
09:39AM 7          MS. HANGER:  We produced to the parties documents
09:40AM 8   responsive to RFPs 63 through 65, which generally were related to
09:40AM 9   the search and rescue efforts.  Some documents were withheld that
09:40AM 10  hit on the privileged search terms, and they are currently being
09:40AM 11  reviewed.  We'll produce any remaining documents as soon as
09:40AM 12  possible.
09:40AM 13         I know that some parties would like to reconvene
09:40AM 14  the 30(b)(6) related to those search terms, and, after this phone
09:40AM 15  call, I will coordinate with the parties regarding a new
09:40AM 16  deposition date; likely, either today or at the beginning of next
09:40AM 17  week, once everyone has had a chance to kind of digest the
09:40AM 18  documents they are getting at this point.
09:40AM 19         Also, this morning we're sending out an additional
09:40AM 20  relatively small production as to Lieutenant Houck's custodial
09:40AM 21  files which have just been identified by the Coast Guard.  The
09:40AM 22  Coast Guard is working diligently to get them all out as soon as
09:40AM 23  possible, and those will be going out this morning.
09:41AM 24         As to the remainder of the Coast Guard production,
09:41AM 25  we, of course, have an ongoing effort and are doing our best to

09:41AM 1    produce by January 31st the central spill archive documents in

09:41AM 2    Justice for December 31st.  You know, we do hope to get those

09:41AM 3    done at this point.  We're moving forward quickly.  It appears to

09:41AM 4    be on track, but you never know.  It's up to the nature of what's

09:41AM 5    going on.

09:41AM 6              In the near future, we expect a need to speak with

09:41AM 7    the Court and the parties about the schedule for remaining

09:41AM 8    information, you know -- after December 31st; but, for now, that

09:41AM 9    could probably wait.

09:41AM 10             Switching gears, I guess I'll go to the EOP

09:41AM 11   privilege log.  We are, again, striving with everything we've got

09:41AM 12   to meet the January 31st deadline.  To be honest, we're worried,

09:41AM 13   but we're trucking along.

09:41AM 14             That is the same for NOAA, DOI and ACE.  We're

09:42AM 15   still shooting for the January 31 deadline.  So we're doing our

09:42AM 16   best.

09:42AM 17             THE COURT:  Good.

09:42AM 18             MS. HANGER:  I think the last topic is Zantaz.  I

09:42AM 19   believe Sarah met with BP, and there is a proposed course of

09:42AM 20   action.  BP is drafting a proposed order.  We will review it.

09:42AM 21   Once it is agreed upon, we'll submit it to the Court.

09:42AM 22             In the meantime, we're processing the e-mails from

09:42AM 23   Zantaz and have regular scheduled updates with BP as we proceed.

09:42AM 24             THE COURT:  Good.

09:42AM 25             Rob, anything to add?

09:42AM  1          MR. GASAWAY:  No.  I appreciate that summary.

09:42AM  2          Robin, this is Rob Gasaway with BP.  Did you say

09:42AM  3   you were going to convene a meet and confer or discussion on the

09:42AM  4   Houck deposition today or Monday?

09:42AM  5          MS. HANGER:  Yes, absolutely.

09:42AM  6          Well, why I was going to wait is, I know you guys

09:42AM  7   recently got the documents, so I wanted to wait and see, you

09:43AM  8   know, if you wanted to run searches, see what you gleaned from

09:43AM  9   the documents.

09:43AM  10          We can start the discussion at any time.  I just

09:43AM  11   thought I would -- I didn't know if you would want to start the

09:43AM  12   discussion today or start it early next week.  It's up to you.

09:43AM  13          MR. GASAWAY:  Thanks very much for that clarification,

09:43AM  14   and we'll get back to you on that issue.

09:43AM  15          Your Honor, if it's okay, I was just going to run

09:43AM  16   down a few of the items that we talked about last week and give

09:43AM  17   you a status with them.

09:43AM  18          THE COURT:  Let's go ahead.

09:43AM  19          MR. GASAWAY:  Privilege logs, you'll remember right

09:43AM  20   before the end of the year we wrote to Your Honor about an

09:43AM  21   extension for privilege logs one to six.

09:43AM  22          THE COURT:  Yes.

09:43AM  23          MR. GASAWAY:  We had further correspondence with the

09:43AM  24   United States on that this week.  That correspondence was

09:43AM  25   helpful, I think, in clarifying the positions of the parties.

09:43AM 1        The upshot of that is, is we're deciding not to

09:43AM 2   bring any issues before the Court on those privilege logs right

09:43AM 3   now.  We've reserved our position.  They understand it.

09:43AM 4        Ms. Hanger has given us a long list of issues to

09:44AM 5   work on, and we just, candidly, think there are more important

09:44AM 6   issues right now.  So I think we both know where each party

09:44AM 7   stands, but there is no action needed on those privilege logs.

09:44AM 8        I will say that we are getting quite extensive

09:44AM 9   privilege logs from the United States.  One that we're looking at

09:44AM 10  right now ran to not eight thousand entries, but eight thousand

09:44AM 11  pages of entries.  So we're trying to wrap our brains around

09:44AM 12  privilege logs of that length and decide if follow-up to that is

09:44AM 13  needed; but, that's not for today.

09:44AM 14       THE COURT:  Okay.

09:44AM 15       MR. GASAWAY:  The second point that we would encourage

09:44AM 16  expeditious consideration of, Ms. Hanger mentioned.  That's the

09:44AM 17  Zantaz protocol.

09:44AM 18       I think she's absolutely right.  The meet and

09:44AM 19  confer on that went very well.  The proposed protocol is in the

09:44AM 20  United States' inbox, Sarah's inbox in particular, as of

09:44AM 21  yesterday -- or late yesterday.

09:44AM 22       Our proposal there is to have an additional order

09:44AM 23  of the Court that would say specifically what each party is going

09:45AM 24  to do, provides for clawback and those other things.

09:45AM 25       Obviously, this is a somewhat synthetic process

09:45AM 1    here between a couple of parties, so we think another order of

09:45AM 2    the Court is appropriate.

09:45AM 3            We think the parties are on the same page, and we should

09:45AM 4    be able to get that order to you, we would hope, early next week,

09:45AM 5    you know, Tuesday.  Obviously, the DOJ will have to look at that.

09:45AM 6            Robin, I don't know if you think we could move that

09:45AM 7    expeditiously on the Zantaz order?  Is that realistic?

09:45AM 8            MS. HANGER:  By the beginning of next week?  I mean,

09:45AM 9    let's push it until Wednesday, and I think we can talk back and

09:45AM 10   forth and probably get there.

09:45AM 11           MR. GASAWAY:  That would be great.  I know the original

09:45AM 12   order from Her Honor contemplated a conference call after we had

09:45AM 13   met and conferred.  I think we're going to exceed expectations on

09:45AM 14   that in the sense that we'll have met and conferred and hopefully

09:45AM 15   have an order ready for you to go; but, if we need a conference

09:46AM 16   call, we would certainly be ready by Wednesday.

09:46AM 17           THE COURT:  No problem.  If you don't need a conference

09:46AM 18   call, I'm okay with that; but, if you do, I'm also okay with

09:46AM 19   that, so it's not a problem.

09:46AM 20           MR. GASAWAY:  I think we're doing well.

09:46AM 21           THE COURT:  Great.

09:46AM 22           MR. GASAWAY:  The third thing I wanted to go back for --

09:46AM 23   I don't know if Mr. Chakeres is on the phone -- we talked about

09:46AM 24   the issue of the scope of the United States' 30(b)(6) deposition

09:46AM 25   obligations.

09:46AM  1          THE COURT:  Correct.

09:46AM  2          MR. GASAWAY:  I think we had a good meet and confer on

09:46AM  3  that on Tuesday.

09:46AM  4          We're going to be sending a revised draft notice

09:46AM  5  over to them.  Obviously, we've talked about 30(b)(6)'s of the

09:46AM  6  United States starting March 1, and so we need to nail down what

09:46AM  7  those topics are.

09:46AM  8          I would just flag that for Your Honor, is nailing down

09:46AM  9  exactly what that language with respect to the United States'

09:46AM 10  30(b)(6) topics is for next week.

09:46AM 11          THE COURT:  Good.

09:46AM 12          MR. GASAWAY:  Then the final thing, Your Honor, we had

09:46AM 13  talked about perhaps scheduling particular 30(b)(6)'s starting

09:46AM 14  with some third parties after the 23rd, and then the

09:46AM 15  United States March 1.

09:47AM 16          We sent a letter over to Ms. Himmelhoch last night

09:47AM 17  making some suggestions, both about written discovery and about

09:47AM 18  some 30(b)(6)'s that we can do based on written discovery that we

09:47AM 19  have in the can or that we're fairly certain we're going to get

09:47AM 20  in the can, stretching not only in February, but in March.

09:47AM 21          Obviously, it's too early to discuss it in this

09:47AM 22  forum, but I just want to let you know that we've already started

09:47AM 23  the scheduling discussion with the United States, even though we

09:47AM 24  don't have the full scope of the order nailed down, just because

09:47AM 25  February 23rd and March 1st are going to get here before any of

09:47AM 1   us know it.

09:47AM 2           THE COURT:  Yes, it is.

09:47AM 3           MR. CHAKERES:  Your Honor, this is Nat Chakeres for the

09:47AM 4   United States.

09:47AM 5           I think everything that Mr. Gasaway just stated

09:47AM 6   comports with our understanding, as well.

09:47AM 7           We did have a productive meet and confer on the

09:47AM 8   30(b)(6) topics for the United States.  There are a few

09:47AM 9   outstanding issues.  Some revisions are tasked to BP to draft,

09:48AM 10  and they are going to be getting it to us today; and, some

09:48AM 11  proposals that we're suggesting, we're going to be getting to BP

09:48AM 12  today.

09:48AM 13          We are planning on having a meet and confer early

09:48AM 14  next week; and, hopefully, any outstanding issues, if there are

09:48AM 15  any outstanding issues, will be crystallized by then, and we'll

09:48AM 16  be able to get the actual scope nailed down.

09:48AM 17          We're also reviewing Mr. Gasaway's proposal as to

09:48AM 18  scheduling and timing.

09:48AM 19          THE COURT:  All right.  Thank you for the update.  I

09:48AM 20  appreciate that.  Very helpful.

09:48AM 21          MR. GASAWAY:  Thank you, Your Honor.

09:48AM 22          THE COURT:  All right, guys.

09:48AM 23          Mr. Barr, how is the baby?

09:48AM 24          MR. NOMELLINI:  Yes, Your Honor.

09:48AM 25          UNIDENTIFIED SPEAKER:  Different Barr.

09:48AM 1        THE COURT:  Different Barr, right?  What Barr is that?

09:48AM 2        MR. NOMELLINI:  Oh, Your Honor, excuse me, I thought you

09:48AM 3   said Mark.

09:48AM 4        THE COURT:  Oh, no, Mark.  Oh, no, no, no, Mark.  I was

09:48AM 5   saying hello to Brian Barr.

09:49AM 6        MR. NOMELLINI:  Well, hello anyway, Your Honor.

09:49AM 7        THE COURT:  Back to you, Mark.

09:49AM 8        MR. BARR:  Your Honor, Brian Barr for the PSC.

09:49AM 9        The baby is great, sleeping three hours at a time.

09:49AM 10        THE COURT:  Kind of like me.

09:49AM 11        MR. BARR:  I just wanted to add, on the 30(b)(6)

09:49AM 12   process, the PSC wants to be included in the discussion on

09:49AM 13   scheduling.  We obviously have significant interests on that.

09:49AM 14   This is the first I'm hearing of a discussion going on with BP

09:49AM 15   and the United States on scheduling.

09:49AM 16        We have some of our own thoughts on how scheduling

09:49AM 17   should go forward.  We do believe that it's time to start getting

09:49AM 18   some things scheduled.  We're a month out.  There are certainly

09:49AM 19   some 30(b)(6) topics we dispute; but, there are others that are

09:49AM 20   agreed upon by everybody, so we can start scheduling those.

09:49AM 21        So I just wanted to state that because we need to

09:49AM 22   start moving forward.

09:49AM 23        THE COURT:  Why don't you do this, Brian, if you don't

09:49AM 24   mind.  Why don't you just put a brief e-mail or letter out to the

09:49AM 25   U. S. and BP on what thoughts you've got currently, and they will

09:50AM 1    fold you into their loop.

09:50AM 2              MR. BARR:  We'll do that.  Thank you, Your Honor.

09:50AM 3              THE COURT:  Good.

09:50AM 4              MR. FITCH:  Judge, good morning, Tony Fitch.

09:50AM 5              THE COURT:  Good morning, Tony.

09:50AM 6              MR. FITCH:  With respect to Phase Two 30(b)(6)

09:50AM 7    scheduling, you'll recall that originally various attorneys were

09:50AM 8    assigned to get notices together for various parties.  I somehow

09:50AM 9    ended up or was volunteered for a couple, Cudd Well Control and

09:50AM 10   Wild Well Control.  I'm working with Brian on those.

09:50AM 11             I have gone ahead and served each of those parties.

09:50AM 12   One accepted service; one has a policy of demanding formal

09:50AM 13   service.  So that's been done.  I need to notify -- and I

09:50AM 14   arbitrarily picked some dates, maybe 13, 14, 15, 16, or something

09:50AM 15   like that.

09:50AM 16             Anadarko really does not have a strong interest in

09:50AM 17   those depositions.  Both of those parties, Brian, have pushed

09:50AM 18   back in various ways.  Laurie Mintz (spelled phonetically)

09:50AM 19   represents Wild Well.  I have a normal letter from her arguing

09:51AM 20   that her client has been deposed already, so it's the no second

09:51AM 21   bite issue.

09:51AM 22             From Cudd Well Control, I have a communication with

09:51AM 23   their in-house general counsel arguing that other than trying to

09:51AM 24   get the business originally, which Wild Well got, that they have

09:51AM 25   no involvement.

09:51AM 1        Both of those need to be discussed; and, I think

09:51AM 2  it's better for PSC to do so, given my client's basic lack of

09:51AM 3  interest in those two depositions.

09:51AM 4        THE COURT:  Would you get those objections over to

09:51AM 5  Brian?

09:51AM 6        MR. FITCH:  We will do it right after.

09:51AM 7        MR. WILLIAMSON:  To add to Brian's comment, Your Honor,

09:51AM 8  since the PSC is -- as Brian just said, the PSC is interested in

09:51AM 9  starting Phase Two discovery as quickly as possible, consistent

09:51AM 10 with the Court's objectives, that I think the way I understand

09:51AM 11 this process works, that means if we're going to start on

09:51AM 12 February 23rd, which is what we're hopeful for, that means we're

09:51AM 13 going to have to start with you before February 23rd, and figure

09:52AM 14 out who is on the schedule for the week of February 23rd or the

09:52AM 15 week subsequent, etcetera; because, given the various parties

09:52AM 16 with the various scheduling issues, the Court's assistance is

09:52AM 17 invaluable in scheduling.

09:52AM 18        What that means is, realistically, we have got to

09:52AM 19 get on your docket with regard to saying these are the people who

09:52AM 20 are going forward before February 23rd.

09:52AM 21        THE COURT:  I hear you, and I'm cognizant of that.

09:52AM 22 We'll do our general scheduling.  Corey may or may not continue

09:52AM 23 in his capacity as our court designated calendar man.

09:52AM 24        But you all have some work to do before you bring

09:52AM 25 it to me, which is, of course, tell me who they are, tell me

09:52AM  1    available dates for the witnesses, and then we can take it from
09:52AM  2    there.
09:52AM  3              MR. WILLIAMSON:  Thank you, Judge.
09:52AM  4              THE COURT:  Fair enough.  Thank you, Jimmy.
09:52AM  5              MR. DUFFY:  Good morning, Your Honor.  Tim Duffy for BP.
09:52AM  6              THE COURT:  Good morning, Tim.
09:53AM  7              MR. DUFFY:  While we're on the subject of 30(b)(6),
09:53AM  8    Mr. Williamson sent an e-mail this morning about the DNV
09:53AM  9    subpoena.
09:53AM 10              THE COURT:  I saw it.  I haven't read it yet, but I saw
09:53AM 11    it.
09:53AM 12              MR. DUFFY:  The good news is that language is acceptable
09:53AM 13    to us; so, done.
09:53AM 14              THE COURT:  I'm going to delete the e-mail.
09:53AM 15              MR. DUFFY:  Well, I wouldn't do that because that would
09:53AM 16    be destruction of evidence.
09:53AM 17              Mr. Langan sent in a letter on a dispute that we
09:53AM 18    have with the notice to BP.  I assume that the PSC will respond
09:53AM 19    to that, but just that's one open issue.
09:53AM 20              THE COURT:  Okay.
09:53AM 21              MR. DUFFY:  I thought, if you wanted to discuss the
09:53AM 22    look back issue, which is sort of the other outstanding item from
09:53AM 23    30(b)(6), we can do that now, as well.
09:53AM 24              THE COURT:  Let's do that.
09:53AM 25              MR. DUFFY:  Again, we received proposed new language

09:53AM 1   from the PSC this week; and, I think it is a great improvement,

09:53AM 2   and we're almost there.  I just have two particulars with it.

09:53AM 3           I think it means to ask for instances where there

09:53AM 4   was more than -- where the volume of the spill or uncontrolled

09:53AM 5   flow was more than 20 barrels of oil.  We'd suggest that be moved

09:54AM 6   to 50.

09:54AM 7           That's sort of a common benchmark, as we sort of

09:54AM 8   pulled through old records.  It's a dividing line that the

09:54AM 9   industry tends to use, so we propose that that limit be set to

09:54AM 10  50.

09:54AM 11          Then, we still have the issue of how far back do we

09:54AM 12  go.  We had said 2008, they had said 2000.  It's not that we

09:54AM 13  expect there is a large amount of instances that are going to

09:54AM 14  fall into this category; it's having to go back and look.  Every

09:54AM 15  year farther we go back and look, it's simply harder to do.

09:54AM 16          So, in the spirit of compromise, I'd suggest 2004

09:54AM 17  as a good compromise.  That still gives us seven years from

09:54AM 18  today.  So if we can go to 2004 and 50 gallons -- I'm sorry,

09:54AM 19  50 barrels, we're happy to live with that language.

09:54AM 20          THE COURT:  Good.  Thank you, Tim.

09:54AM 21          Brian.

09:54AM 22      MR. BARR:  Your Honor, Brian Barr for the PSC.

09:54AM 23          One, that's the first I'm hearing it, so I

09:55AM 24  appreciate the concessions.  Let us chew on that and see what

09:55AM 25  comes out.  I don't think it's wholly unreasonable, but let me

09:55AM   1  confer with a few people to make sure we're okay with that.

09:55AM   2          THE COURT:  I'm inclined to sell it to the lowest

09:55AM   3  bidder.

09:55AM   4          MR. BARR:  Understood.

09:55AM   5          MR. FITCH:  At least one other party will want to

09:55AM   6  briefly --

09:55AM   7          COURT REPORTER:  I can't hear you.

09:55AM   8          THE COURT:  Nobody can hear him.

09:55AM   9          MR. FITCH:  Tony Fitch.

09:55AM  10          At least one other party would like, at least

09:55AM  11  briefly, to be part of those discussions.

09:55AM  12          MR. DUFFY:  This is an issue, I think, that cuts -- it's

09:55AM  13  in almost everyone's notice, this same language.  So I'm speaking

09:55AM  14  for BP.  Obviously, if other defendants have a different view,

09:55AM  15  you know, happy to hear it.

09:55AM  16          THE COURT:  Got you.

09:55AM  17          Alan, good morning.

09:55AM  18          MR. YORK:  Good morning.  Alan York for Halliburton.

09:55AM  19          Just to keep this ball in the air, when we

09:55AM  20  originally had this discussion, Jimmy, when Brian wasn't here,

09:55AM  21  recognized that the PSC may be willing to carve out, I think,

09:56AM  22  MOEX and Halliburton as different on that look back date, and to

09:56AM  23  use an '08 look back date because we're not operators in the

09:56AM  24  Gulf.  So I just wanted to keep that ball in the air.

09:56AM  25          MR. WILLIAMSON:  Brian doesn't know.  MOEX, at that

09:56AM 1   time, made a representation that they are not operating.  I did

09:56AM 2   make the distinction that there is a difference between operators

09:56AM 3   and nonoperators.  We stick with that.

09:56AM 4        Kind of like Brian, Brian and I will chew on this

09:56AM 5   the moment we get a chance, on what BP was so gracious to offer.

09:56AM 6        THE COURT:  Good.  Thank you.  I appreciate it.

09:56AM 7        All right.  So back we go.  Phase Two stipulations,

09:56AM 8   I looked very carefully at the PSC's comments to the proposed

09:56AM 9   Phase Two stipulations.

09:56AM 10       It looks to me like some of your modifications are

09:57AM 11  doable; and, it looks to me like some of the ones that you want

09:57AM 12  to conduct discovery on are kind of iffy to me.

09:57AM 13       I take it you all, Jimmy, have looked at the

09:57AM 14  documents that are being cited for the proposition that one of

09:57AM 15  the government agencies approved the action.  So, for instance,

09:57AM 16  the top hat, there is a citation to a document, which I presume

09:57AM 17  is a memo that says, we approve the top hat.

09:57AM 18       MR. WILLIAMSON:  Yes, with one small exception.  Some of

09:57AM 19  the --

09:57AM 20       Jimmy Williamson for the PSC.

09:57AM 21       Our objections, Your Honor, fall very, very broadly

09:57AM 22  in two categories.

09:57AM 23       One is a draftsmanship issue, just to make sure --

09:57AM 24  some of the facts, we want to kind of make sure the language is

09:57AM 25  precise enough so that we're not stipulating to things that are

09:58AM  1   not factually correct.

09:58AM  2              Number two -- one of our factual check and review

09:58AM  3   problems is some of the stipulations deal with things that the

09:58AM  4   plaintiffs, of course, and the plaintiffs' attorneys have nothing

09:58AM  5   to do with.  In other words, a meeting that occurred on X date

09:58AM  6   with X people that we weren't part of or weren't party to, and we

09:58AM  7   don't have anybody who was there, so we're kind of having to make

09:58AM  8   sure we do that.  Those are kind of what I call *factual check and*

09:58AM  9   *review stuff* -- [Reporter's Note:  Telephone beeping over

09:58AM 10   speaking.]

09:58AM 11              On a more substantive level -- and, by the way, out

09:58AM 12   of our 27, I want to say 15 or 16 fall in that category, which,

09:58AM 13   in my opinion, can be solved by draftsmanship.

09:58AM 14              The second category is a little more problematic,

09:58AM 15   substantially more problematic from our point of view, which is

09:58AM 16   that they are conclusions.  What someone is trying to do is they

09:58AM 17   are not trying to stipulate to facts, they are trying to advance

09:58AM 18   the liability ball down the field in their favor.

09:59AM 19              We vigorously oppose -- while we appreciate their

09:59AM 20   advocacy and their creativeness and creativity, we pretty

09:59AM 21   vigorously oppose using the stipulation process to move the

09:59AM 22   football up and down the field.

09:59AM 23              So those, I think -- and we have, in fact,

09:59AM 24   articulated a legal conclusion objection to those.  I want to say

09:59AM 25   that's 10 or 11.  I was just looking at them just a few seconds

09:59AM 1    ago.

09:59AM 2            THE COURT:  Right.  Yes.

09:59AM 3            MR. WILLIAMSON:  We pretty vigorously oppose those.

09:59AM 4    It's not the fact that we oppose, it's using words like "approve"

09:59AM 5    and "determine" and "all" and "sequencing" and "immediately."

09:59AM 6            Now, those just are not going to be -- we don't

09:59AM 7    mind the stipulating to facts --

09:59AM 8            THE COURT:  Correct.

09:59AM 9            MR. WILLIAMSON:  -- but those aren't facts.  Those are

09:59AM 10   moving the football.

09:59AM 11           THE COURT:  I'm assuming that your edits are going to be

09:59AM 12   largely acceptable to the U. S. and BP?

09:59AM 13           MR. LANGAN:  Your Honor, I believe we sent --

09:59AM 14               Andy Langan for BP.

09:59AM 15           -- we sent a letter back, I think, last night

10:00AM 16   responding.  That's fine, but I think we sent -- they copied you

10:00AM 17   on their letter.  I think we copied you on our letter, as well.

10:00AM 18   So we have responded to the PSC.

10:00AM 19           Now, I will tell you, last week you said that we

10:00AM 20   were supposed to get comments by January 9th.  This morning, TO's

10:00AM 21   comments arrive.

10:00AM 22           THE COURT:  I know, can you believe?

10:00AM 23           MR. LANGAN:  No.  Shocking.  But --

10:00AM 24           MR. MILLER:  Shame on me.

10:00AM 25           MR. LANGAN:  So do we even have to pay any attention to

10:00AM 1    that?  I mean, the deadline has been missed, so --

10:00AM 2        THE COURT:  I haven't seen their comments.  How

10:00AM 3    extensive are they?

10:00AM 4        MR. MILLER:  We had a false start.  I'll take the fault

10:00AM 5    for that.

10:00AM 6        We sent some comments in earlier on, on the 9th, I

10:00AM 7    think; then, had some additional comments to make, and so those

10:00AM 8    were made, I think, a couple of hours ago.

10:00AM 9        I think it really relates to -- and we'd love

10:00AM 10    nothing better than not to be involved in Phase Two; but, there

10:00AM 11    was some review of the underlying source documents, an extensive

10:01AM 12    review that Mr. Underhill had passed out right before Christmas,

10:01AM 13    and there is some concern as to -- and I think this is what Jimmy

10:01AM 14    was saying -- as to whether the source documents go as far as BP

10:01AM 15    and the U. S. say that they do.

10:01AM 16        Now, I think if we can engage a process quickly and

10:01AM 17    find out that, you know, there are no gaps and we are really not

10:01AM 18    involved in those aspects, I think we'll go away; but, that was

10:01AM 19    the nature of the comments that came in this morning.

10:01AM 20        THE COURT:  Well, we're all hopeful that you'll go away,

10:01AM 21    but --

10:01AM 22        MR. MILLER:  Not as much as we are, Judge.

10:01AM 23        THE COURT:  Let me get back, Jimmy, just give you a few

10:01AM 24    comments.

10:01AM 25        Then, I have not seen your comments back, Andy;

10:01AM  1    but, for instance, you object to statements on proposed

10:01AM  2    Stipulation Number 1 about the law that is applicable.  I think

10:01AM  3    it says something like, the cleanup and the spill were governed

10:02AM  4    by provisions of the Oil Pollution Act, etcetera.  Perhaps you

10:02AM  5    could do something like, we stipulate that the law governing

10:02AM  6    these types of events are.

10:02AM  7            But, in any event, I think that what we should

10:02AM  8    probably do, Andy, is let me go through yours, as well.  I assume

10:02AM  9    we can reach agreement on most of your edits, and I see some

10:02AM 10    things that we should be able to do with some of the others.

10:02AM 11            MR. LANGAN:  That sounds great to us.

10:02AM 12            Your Honor, I would just offer this.  You have a

10:02AM 13    lot on your plate, but -- some partners of mine are pretty

10:02AM 14    intimately involved in the details here -- it could be on the

10:02AM 15    phone, maybe a call.

10:02AM 16            MR. MILLER:  Andy, I think you're right, I mean, at

10:02AM 17    least in so far as we made comments.  Maybe a quick meet and

10:02AM 18    confer -- this is very detail-oriented stuff, some of the

10:02AM 19    details -- may be the right way to go, without you or me or Andy

10:03AM 20    even being involved, is what I would suggest.

10:03AM 21            THE COURT:  That's fine.  Why don't you all circulate

10:03AM 22    dates next week that you all could have a call and see if you

10:03AM 23    could, one, get Transocean to go away and, two, satisfy

10:03AM 24    Mr. Williamson a little further.

10:03AM 25            MR. WILLIAMSON:  In fairness to Mr. Barr, Mr. Barr has

10:03AM 1   done all of the hard work, so he's done a lot of the work on

10:03AM 2   this; but, yes, we'll be happy to do that, and I think it's a

10:03AM 3   great suggestion.

10:03AM 4        MR. LANGAN:  So the next step is a call among the

10:03AM 5   parties, without Your Honor.

10:03AM 6        THE COURT:  I'll be happy to participate if you want

10:03AM 7   that.  I'll be happy to stay off the call if that's the

10:03AM 8   preference.  You all just let me know.

10:03AM 9        MR. LANGAN:  Why don't we try to set something up, and

10:03AM 10   I'll talk to my colleagues about whether we think we want to

10:03AM 11   involve Your Honor right now, or maybe try to take it one more

10:03AM 12   step before we do.

10:03AM 13        THE COURT:  Okay.

10:03AM 14        MR. LANGAN:  Thank you, Your Honor.

10:03AM 15        THE COURT:  Thank you.  I appreciate it, Andy.

10:03AM 16        MR. MILLER:  I think one more step would be the right

10:03AM 17   way to go.

10:03AM 18        THE COURT:  We've got the issue of spill preparedness

10:03AM 19   being raised in Phase One.  I saw some communication where the

10:04AM 20   PSC is thinking about revising two-pagers.  Does everybody agree

10:04AM 21   that we can pass that today?

10:04AM 22        MR. LANGAN:  Yes, Your Honor.  Just one process point.

10:04AM 23   We did file a motion in limine on this.

10:04AM 24        THE COURT:  I saw that.

10:04AM 25        MR. LANGAN:  I guess that goes to Judge Barbier; but, I

10:04AM 1   guess one question we have is, your working group order, which
10:04AM 2   came out after we filed our motion, suggests that we're supposed
10:04AM 3   to file something on the 23rd.
10:04AM 4          THE COURT:  You've already filed a motion to exclude
10:04AM 5   Phase Two evidence.
10:04AM 6          MR. LANGAN:  That's correct.  I guess one thought I have
10:04AM 7   is, generally speaking, the motions in limine are in
10:04AM 8   Judge Barbier's court, which is absolutely fine.
10:04AM 9               On the other hand, some of this relates to steps we
10:04AM 10  need to take to prepare ourselves.  So how do you want to --
10:04AM 11         THE COURT:  I'll try to put that on the front burner for
10:04AM 12  a decision, and see if we can't move that to the front.
10:04AM 13         MR. LANGAN:  But no additional filing from us is needed?
10:05AM 14         THE COURT:  Not any additional filing is needed by BP.
10:05AM 15         MR. LANGAN:  All right.  Thank you, Your Honor.
10:05AM 16         THE COURT:  Jimmy, I know you all are considering the
10:05AM 17  two-pagers, and that's fine.  You don't have to take them down if
10:05AM 18  you don't want to; but, if you do, great.
10:05AM 19         MR. WILLIAMSON:  Yeah, Judge, I guess we're in the
10:05AM 20  process of considering that.
10:05AM 21              Of course, I don't think we've -- to my knowledge,
10:05AM 22  we haven't filed our response to the motion in limine yet --
10:05AM 23         THE COURT:  You haven't.
10:05AM 24         MR. WILLIAMSON:  -- but we do intend to.
10:05AM 25         THE COURT:  Exactly.  So that's still pending.

10:05AM 1          MR. WILLIAMSON:  Yes.

10:05AM 2          THE COURT:  Let's talk about the issue of pulling down

10:05AM 3     experts.  That is set for briefing, response briefing on Monday.

10:05AM 4     I hope that we will get to that very promptly thereafter.  That

10:05AM 5     also impacts, I believe, the request for use of the opinion of

10:06AM 6     Donald Weintritt; is that right?

10:06AM 7          MR. LANGAN:  He's been pulled down.

10:06AM 8          THE COURT:  He's been pulled down, but we have got

10:06AM 9     somebody who contests it?

10:06AM 10         MR. GODWIN:  Cameron wanted to reserve the right to

10:06AM 11    check on it, Judge.

10:06AM 12         THE COURT:  That's right, and it's been taken care of.

10:06AM 13         MR. GODWIN:  David Beck sent in that afternoon that he

10:06AM 14    was fine with it, so he has been pulled down.

10:06AM 15         THE COURT:  We've only discussed that 50 times.

10:06AM 16         MR. GODWIN:  To that end, Judge, I've got another

10:06AM 17    agreement that --

10:06AM 18         THE COURT:  Come on up to the podium, Don.

10:06AM 19         MR. GODWIN:  Okay, Your Honor.

10:06AM 20         THE COURT:  Let's hear what you've got to say on that

10:06AM 21    one.

10:06AM 22         MR. GODWIN:  Good morning, Judge.

10:06AM 23         THE COURT:  Good morning, Don.

10:06AM 24         MR. GODWIN:  Don Godwin for Halliburton.

10:06AM 25              Judge, David Beck and I -- David, on behalf of

10:06AM 1   Cameron, and I reached an agreement this week that, subject to

10:06AM 2   Your Honor's approval, of course, Cameron will pull down its

10:06AM 3   cement expert in all respects, Mr. Frigaard, F-R-I-G-A-A-R-D.

10:06AM 4   That will be pulled out in its entirety.

10:07AM 5           Halliburton will, in turn, Your Honor, pull down a

10:07AM 6   certain portion of our expert, Mr. Stevick.  I believe that's

10:07AM 7   S-T-E-V-I-C-K.

10:07AM 8           The portion that we're going to pull down in its

10:07AM 9   entirety is that part dealing with the BOP design in

10:07AM 10  Mr. Stevick's report and testimony.

10:07AM 11          So we'll pull down, Halliburton will, Stevick as it

10:07AM 12  relates to BOP design only, and Cameron will pull down in all

10:07AM 13  respects Mr. Frigaard.

10:07AM 14          Phil is here, and if he is aware of a different

10:07AM 15  position, he'll let us know; but, that is what David told me.

10:07AM 16          MR. WITTMANN:  That's my understanding, too, Your Honor.

10:07AM 17          Phil Wittmann for Cameron.

10:07AM 18          THE COURT:  All right, Phil.  Thank you.

10:07AM 19          MR. GODWIN:  Thank you, Phil.

10:07AM 20          Thank you, Judge.

10:07AM 21          MR. STERBCOW:  To the extent the PSC needs to take a

10:07AM 22  position, we object to anything they are trying to do with

10:07AM 23  respect to withdrawing experts.

10:07AM 24          THE COURT:  Thank you.  That was so helpful.

10:07AM 25          MR. GODWIN:  I thought he was going to be constructive

10:07AM  1    today, Judge.

10:08AM  2            MR. LANGAN:  Your Honor, I didn't know if you were going

10:08AM  3    to move on from the issue of sort of reframing expert opinions,

10:08AM  4    but I had one procedural point on this, and that is this.

10:08AM  5            There is a court-ordered deadline about *Daubert*

10:08AM  6    motions, which we intend to meet; but, one thought that occurred

10:08AM  7    to us was that, to the extent this issue about narrowing and

10:08AM  8    pulling down and taking down experts affects experts that parties

10:08AM  9    may otherwise move under *Daubert* against, we thought perhaps,

10:08AM 10    just as to those, if we could extend the *Daubert* deadline until,

10:08AM 11    let's say, January 24th, it might save a bunch of paper, if

10:08AM 12    Your Honor and Judge Barbier decide it's okay to reduce experts.

10:08AM 13            So you see what I'm saying?

10:08AM 14            THE COURT:  I'm not sure, Andy.  Let's give an example.

10:08AM 15            So, for instance, Don has just pulled down

10:08AM 16    Mr. Frigaard.

10:08AM 17            MR. LANGAN:  Right.

10:08AM 18            THE COURT:  How would this affect that?

10:08AM 19            MR. LANGAN:  Somebody might be getting ready to write a

10:08AM 20    *Daubert* motion relating to Mr. Frigaard.

10:09AM 21            THE COURT:  I see what you're saying.

10:09AM 22            MR. LANGAN:  The point is, if the expert is going to be

10:09AM 23    pulled down, that's one less *Daubert* motion to write.

10:09AM 24            THE COURT:  I see what you're saying.

10:09AM 25            Here is the question.  Here is the question.  As I

10:09AM  1    see it, the will-call list, which is due next Friday, will

10:09AM  2    include will-call experts.

10:09AM  3            MR. LANGAN:  Right.

10:09AM  4            THE COURT:  Now, shouldn't that clarify for us who will

10:09AM  5    be called as experts at trial, so that *Daubert* motions may be

10:09AM  6    filed as to those witnesses?

10:09AM  7            MR. LANGAN:  But I think the *Daubert* deadline is

10:09AM  8    Tuesday.

10:09AM  9            THE COURT:  Oops.

10:09AM 10            MR. LANGAN:  Thus, our suggestion that for experts that

10:09AM 11    might be affected by pull-down, we extend it.

10:09AM 12            THE COURT:  I think that's fine.

10:09AM 13            MR. LANGAN:  January 24th is what we had in mind.

10:09AM 14            THE COURT:  I didn't realize that it was --

10:09AM 15            MR. LANGAN:  It's coming right up.

10:09AM 16            MR. MILLER:  So, Andy, your suggestion would be that no

10:10AM 17    *Daubert* motions are filed on Tuesday; we wait and see what

10:10AM 18    experts are pulled down next Friday, and then file the *Daubert*

10:10AM 19    motions the following Tuesday?  Is that it?

10:10AM 20            MR. LANGAN:  I object to this leading question.  My

10:10AM 21    suggest was slightly more modest.

10:10AM 22            My suggestion was the *Daubert* motion deadline

10:10AM 23    stays; but, for experts that might be affected by pull-down --

10:10AM 24            MR. MILLER:  How do we know, Andy?  How do we know who

10:10AM 25    is going to be withdrawn?  If the indication of who is withdrawn

10:10AM 1   is their absence from the will-call list --

10:10AM 2          MR. LANGAN:  So Mr. Miller, Your Honor, is apparently

10:10AM 3   proposing a general extension.

10:10AM 4          THE COURT:  I think that's what he's proposing.  I think

10:10AM 5   that sounds right, because until we see the will-call list, we

10:10AM 6   won't know who may have been pulled down.

10:10AM 7          MR. LANGAN:  We can adopt Transocean's proposal.

10:10AM 8          THE COURT:  Look at that.

10:10AM 9          MR. MILLER:  Thank you, Andy.

10:10AM 10         THE COURT:  Thank you, Andy.

10:10AM 11             So let's all agree that the *Daubert* motions will be

10:10AM 12   extended until Tuesday, the -- what?

10:11AM 13         MR. YORK:  24.

10:11AM 14         THE COURT:  -- 24th.

10:11AM 15         MR. LANGAN:  There is a briefing schedule that will

10:11AM 16   cascade off that, that will also be need to be adjusted.

10:11AM 17         THE COURT:  Yes.  We will adjust that, as well.

10:11AM 18         MR. LANGAN:  Thank you.

10:11AM 19         THE COURT:  Okay, Andy, thank you.

10:11AM 20             Good morning, Alan.

10:11AM 21         MR. YORK:  Good morning, Your Honor.

10:11AM 22             Two quick, very quick clean-up questions.

10:11AM 23             You had mentioned that Monday was the deadline to

10:11AM 24   file responses to the letter briefs that were filed on Wednesday

10:11AM 25   by BP and Cameron regarding --

10:11AM 1          THE COURT:  Monday is a holiday.  Is that what you're

10:11AM 2 getting ready to tell us?

10:11AM 3          MR. YORK:  Yes.  The PSC had asked for the responses to

10:11AM 4 the motions in limine to be moved from Monday to Tuesday, since

10:11AM 5 it's a holiday.  We were going to see if we could just move all

10:11AM 6 of that for all parties to Tuesday, instead of Monday.

10:11AM 7          THE COURT:  That's fine.  You're not taking the day off,

10:11AM 8 though.

10:11AM 9          MR. YORK:  I can assure you, if you need me, I'll be at

10:11AM 10 my office, Your Honor.

10:11AM 11          THE COURT:  Thank you.

10:11AM 12          MR. TARTER:  Good morning, Your Honor.  J. B. Tarter for

10:11AM 13 M-I.  Just a quick clean-up.

10:11AM 14               There is still no opposition to Mr. Weintritt being

10:11AM 15 withdrawn?

10:11AM 16          THE COURT:  He's a gone pecan.  [Reporter's Note:  He's

10:11AM 17 a GAWN PEE-KAWN (spelled phonetically).]

10:11AM 18          MR. TARTER:  I just wanted to verify.  Thank you,

10:11AM 19 Your Honor.

10:11AM 20          THE COURT:  For those of you from the north, I take it

10:12AM 21 you don't know that phrase.

10:12AM 22          MR. LANGAN:  Your Honor, you may be getting ready to

10:12AM 23 reach this, and I don't want to get ahead of you, but could we

10:12AM 24 talk a little bit about will call, may call at some point?

10:12AM 25          THE COURT:  Guess what's next on my agenda?

10:12AM 1          MR. STERBCOW:  Your Honor, before we leave the expert

10:12AM 2   issue --

10:12AM 3          THE COURT:  You're going to object again?

10:12AM 4          MR. STERBCOW:  Yes.

10:12AM 5             Paul Sterbcow on behalf of the PSC.

10:12AM 6             To the extent that *Daubert* motion deadlines have

10:12AM 7   been extended on any motion that will be filed against a

10:12AM 8   plaintiffs' expert, we object to the extension.

10:12AM 9          THE COURT:  Well, are you not pulling any down?

10:12AM 10         MR. STERBCOW:  No.

10:12AM 11         THE COURT:  Let's talk about that.

10:12AM 12            Andy, any comment on that?

10:12AM 13         MR. LANGAN:  Well, I think it should be -- if we're

10:12AM 14  going to go the Transocean route, which we support, it seems like

10:12AM 15  it ought to be a general extension, especially since

10:12AM 16  Judge Barbier has said he's going to take these up when the

10:12AM 17  expert hits the stand.  I'm not sure what the rush is.

10:12AM 18         MR. WILLIAMSON:  Judge, if they are going to file

10:12AM 19  *Daubert* motions, which we believe will have no merit, we would

10:12AM 20  like to rebut those meritless motions as quickly as possible.

10:13AM 21         THE COURT:  With the assertion that none of the

10:13AM 22  plaintiffs' experts will be taken down, they will all appear on

10:13AM 23  the will-call list, let's go ahead and keep the *Daubert* date for

10:13AM 24  the plaintiffs' experts.

10:13AM 25         MR. WILLIAMSON:  Thank you, Your Honor.

10:13AM 1          THE COURT:  You're very welcome.

10:13AM 2               Everybody else gets the extension.

10:13AM 3               Andy, you wanted to talk about will call and may

10:13AM 4    call.

10:13AM 5          MR. LANGAN:  Just this.  When we were together last,

10:13AM 6    Transocean made a proposal about should we have a limited number

10:13AM 7    of may-call witnesses.  I know Your Honor has been giving that a

10:13AM 8    lot of thought.  I think that's what prompted the extension to

10:13AM 9    the 13th.

10:13AM 10         THE COURT:  It is.

10:13AM 11         MR. LANGAN:  We're okay with a limited may call process.

10:13AM 12   I think they talked about up to five.  That would be fine with

10:13AM 13   us.

10:13AM 14              I think all we were saying last week was we had a

10:14AM 15   different understanding about what the Court expected; but,

10:14AM 16   frankly, if the Court is going to go a different direction, we're

10:14AM 17   comfortable with what --

10:14AM 18         THE COURT:  Well, I went back and looked at

10:14AM 19   Judge Barbier's standing pretrial language.  It does not call for

10:14AM 20   may-call witnesses.  I'm reluctant to get into a lot of back and

10:14AM 21   forth positioning on who is going to come and who is not going to

10:14AM 22   come.

10:14AM 23              My gut is five is too many because that would --

10:14AM 24   with seven parties, seven big parties, that's 35 witnesses that

10:14AM 25   we've got to hem and haw about.

10:14AM 1          What I was going to propose is that everybody gets

10:14AM 2   one will-call witness.

10:14AM 3          MR. LANGAN:  You mean may call.

10:14AM 4          THE COURT:  I'm sorry, may call.  That gives them a

10:14AM 5   little room.  If you've got somebody that you're not sure you're

10:14AM 6   going to be able to bring in live, it could be a former employee,

10:14AM 7   but if you could bring them in, you would have them on the

10:15AM 8   will-call list, that kind of thing.

10:15AM 9          Can the defense group live with that?

10:15AM 10         MR. GODWIN:  Halliburton can support it, Your Honor.

10:15AM 11         MR. LANGAN:  How about two?

10:15AM 12         THE COURT:  Who?

10:15AM 13         MR. LANGAN:  Two.

10:15AM 14         THE COURT:  Boy, you're pushing it today, Andy.

10:15AM 15         MR. LANGAN:  I mean, two is closer to one than five.

10:15AM 16         THE COURT:  It certainly is.  Five is clearly, in my

10:15AM 17  mind, too many.

10:15AM 18         MR. LANGAN:  Right.

10:15AM 19         THE COURT:  That puts too many witnesses out there and

10:15AM 20  in play for people to wonder about.

10:15AM 21         MR. GODWIN:  Judge, I think one is enough.  I mean, a

10:15AM 22  case of this magnitude, the parties know who they are going to

10:15AM 23  have and not.  They are going to make certain that they limit the

10:15AM 24  potential for any may-call witnesses; and, it just allows parties

10:15AM 25  to potentially play games with these witnesses.

10:15AM 1      THE COURT:  Here is the other thing, Andy, that I think

10:15AM 2  may help you.  All of the pretrial submissions are subject to

10:15AM 3  modification for good cause shown.

10:16AM 4      MR. LANGAN:  Right.

10:16AM 5      THE COURT:  I want to be clear that that applies to

10:16AM 6  witness lists.

10:16AM 7      MR. LANGAN:  Right.

10:16AM 8      THE COURT:  So that if something happens, and, you know,

10:16AM 9  there is good cause for coming in and asking either me or

10:16AM 10  Judge Barbier to modify a list, that certainly is always on the

10:16AM 11  table.

10:16AM 12      MR. LANGAN:  I appreciate that.

10:16AM 13      THE COURT:  So, subject to that, I'm inclined to say one

10:16AM 14  may call.

10:16AM 15      MR. LANGAN:  Understood.  Thank you, Your Honor.

10:16AM 16          Just to make sure I understand for clarity, a

10:16AM 17  may-call witness could not be compelled by the other parties to

10:16AM 18  appear --

10:16AM 19      THE COURT:  Right.

10:16AM 20      MR. LANGAN:  -- in their rebuttal or something if you

10:16AM 21  decide -- and that's the whole point.

10:16AM 22      THE COURT:  That's the whole point of may call.

10:16AM 23      MR. MILLER:  Your Honor, we're fine with one may call

10:16AM 24  and, also, as you put it, the normal good cause situation, if it

10:16AM 25  causes us to make amendment to a pretrial list as to witnesses.

10:16AM 1          MR. GODWIN:  Halliburton's fine with that, as well,

10:17AM 2     Judge.

10:17AM 3          MR. DUFFY:  Your Honor, if I could.  Tim Duffy.

10:17AM 4          THE COURT:  Sure, Tim.

10:17AM 5          MR. DUFFY:  I hate to go back, but I need to go back to

10:17AM 6     this *Daubert* scheduling because I'm the one coordinating all

10:17AM 7     these, and I know it's going to be a problem.

10:17AM 8          THE COURT:  I just gave you a heart attack.

10:17AM 9          MR. DUFFY:  Rather than having two -- I mean, we're

10:17AM 10    happy to file all our motions on Tuesday.  That's the day we have

10:17AM 11    been planning for, for a long time.

10:17AM 12         But, if we're going to put things off so the number

10:17AM 13    of witnesses can be reduced, with people pulling people off the

10:17AM 14    table, I think that's fine; but, I think there needs to be one

10:17AM 15    schedule.  Otherwise, you're going to have *Daubert* motions for

10:17AM 16    some parties going out before other ones are due.  You're going

10:17AM 17    to get in the briefs of, you know, people seeing their arguments

10:17AM 18    and turning them back on each other.

10:17AM 19         I just don't think it's fair.  I think they should

10:17AM 20    all be due on the same day, you know, regardless.  So we're happy

10:17AM 21    to do it on the 17th or the 24th.

10:17AM 22         THE COURT:  Like Don's issue on rebuttal reports?

10:17AM 23         MR. DUFFY:  Exactly.

10:17AM 24         THE COURT:  Is that correct?

10:17AM 25         MR. GODWIN:  Right, Judge.

10:17AM  1          MR. WILLIAMSON:  Judge, we want to stand on it because

10:17AM  2  I've kind of been told by my chiefs not to try to argue today the

10:17AM  3  merits of the, quote, expert witness pull-down.

10:18AM  4          So I don't want to splash over and start halfway

10:18AM  5  arguing that because we -- because I cannot state to you how

10:18AM  6  vigorously my chiefs and us disagree with this whole expert

10:18AM  7  witness pull-down.

10:18AM  8          Obviously, we'll have our brief in, in accordance

10:18AM  9  with the Court's schedule; but, given that's our position, we

10:18AM 10  therefore definitely do not want to move *Daubert*.

10:18AM 11          I'm not fussing with the Court about what the

10:18AM 12  Court's done with respect to the defendants; but, we would,

10:18AM 13  respectfully, like to stick with the schedule we set and the

10:18AM 14  order that you referenced a couple minutes ago.

10:18AM 15          THE COURT:  Jimmy, I guess, since Judge Barbier is not

10:18AM 16  going to look at these for the foreseeable future, he's got lots

10:18AM 17  on his plate for in limine, and I think Tim raises a valid issue

10:19AM 18  about showing his hand as to other motions he might be filing

10:19AM 19  against defendants, I'm going to extend the entire deadline.

10:19AM 20          I don't think that harms you guys because I don't

10:19AM 21  think Judge Barbier is going to look at the motions in the near

10:19AM 22  future anyway, meaning in the next couple of weeks.

10:19AM 23          MR. WILLIAMSON:  We understand the Court's ruling.

10:19AM 24          THE COURT:  Okay.  Thank you.

10:19AM 25          MR. GODWIN:  Judge, before we leave that subject, may

| | |
|---|---|
| 10:19AM | 1 |

I --

10:19AM 2          THE COURT:  Sure, Don, come on up.

10:19AM 3          MR. GODWIN:  -- approach, Judge?  Thank you, Your Honor.

10:19AM 4          Judge, with regard to the will-call list, I would

10:19AM 5 like to inform this morning that the attorney for Jesse Gagliano,

10:19AM 6 Mr. Josh Berman, informed me yesterday that Jesse will waive his

10:19AM 7 Fifth Amendment privilege, Your Honor, and will make himself

10:19AM 8 available for a deposition in this case, preferably, due to the

10:19AM 9 scheduling of Mr. Berman, during the first two weeks of February.

10:19AM 10          I'm prepared today to pick out two dates.  He's

10:20AM 11 given me pretty much his calendar for those two weeks.

10:20AM 12          Mr. Gagliano will also waive any Fifth Amendment

10:20AM 13 privilege with regard to testifying at trial, Judge, in this MDL

10:20AM 14 matter.  So if we want to pick out two dates -- is it going to be

10:20AM 15 a two-day deposition or one?

10:20AM 16          THE COURT:  I'm assuming it's a two-day deposition.

10:20AM 17          MR. WILLIAMSON:  Yes.  I'm sorry, I didn't mean to

10:20AM 18 interrupt.

10:20AM 19          MR. GODWIN:  That's what it has been on others.

10:20AM 20          I'm prepared, if the Court wants to pick out two

10:20AM 21 days now and tell Mr. Berman.  Unless there is something critical

10:20AM 22 with regard to one or both days, my guess is that that will be

10:20AM 23 fine; but, the first two weeks, he told me, were pretty much

10:20AM 24 clear for him and his client.

10:20AM 25          MR. WILLIAMSON:  As the Court knows, we were vigilant

10:20AM 1    about trying to get Mr. Gagliano.  Thank you very much for the

10:20AM 2    announcement.  It's the first we've heard of it.

10:20AM 3           MR. GODWIN:  I just learned of it yesterday.

10:20AM 4           MR. WILLIAMSON:  I'm sure that's true.

10:20AM 5           MR. GODWIN:  Yes.

10:20AM 6           MR. WILLIAMSON:  But, having said that, given that

10:20AM 7    Mr. Gagliano was a person who was involved on Macondo for events

10:21AM 8    that were literally happening on April 19 and 20, we want his

10:21AM 9    deposition -- we appreciate the offer, we want his deposition as

10:21AM 10   soon as possible, and we are available seven days a week to take

10:21AM 11   it.

10:21AM 12          You're right, he is a fact witness, should be

10:21AM 13   governed by the two-day rule, with the allocations -- the default

10:21AM 14   allocations; but, we can do it on the weekends.

10:21AM 15          The PSC hereby offers to do it on weekends or

10:21AM 16   whenever.  We would like to get that deposition taken in January,

10:21AM 17   literally as quickly as possible.  The PSC will be ready to take

10:21AM 18   his deposition literally whenever he can be produced.

10:21AM 19          MR. GODWIN:  Judge, while I appreciate what Jimmy is

10:21AM 20   saying, I did just learn yesterday of Mr. Gagliano's

10:21AM 21   availability.  Of course, we all know that he and all the other

10:21AM 22   folks that, with various parties, have taken the Fifth have that

10:21AM 23   right to do so.

10:21AM 24          Mr. Berman informed me the moment, he said, that

10:21AM 25   Mr. Gagliano approved it, which was yesterday, as well.  There

10:22AM 1   has been no delay whatsoever.

10:22AM 2              Due to things going on in January, and due to --

10:22AM 3   you know, we've got next week a very, very important witness.

10:22AM 4   There is a court holiday on Monday.  We've got Tuesday and

10:22AM 5   Wednesday with Mr. Ron Crook.  With things going on and deadlines

10:22AM 6   to be met, we feel that the first two weeks of February -- that

10:22AM 7   first week of February is certainly not but a week longer than

10:22AM 8   when Jimmy says he would like to have it in the month of January.

10:22AM 9              But, again, Judge, Mr. Berman, who is going to be

10:22AM 10  here defending the depo for Mr. Gagliano, has commitments in

10:22AM 11  January that he says necessitate he be in Washington, DC and

10:22AM 12  New York, where he offices for that period.

10:22AM 13             So we're prepared that first week of February or

10:22AM 14  second week, whatever the Court deems appropriate, to

10:22AM 15  designate -- to find two days here today.

10:22AM 16             THE COURT:  Jimmy, go ahead.

10:22AM 17             MR. WILLIAMSON:  I apologize, I don't mean to interrupt

10:22AM 18  the Court, but I want to make sure the Court understands.

10:23AM 19             Mr. Gagliano's testimony could potentially -- I'm

10:23AM 20  sure the Court remembers, he --

10:23AM 21             THE COURT:  I know who Mr. Gagliano is.

10:23AM 22             MR. WILLIAMSON:  -- was part of the Halliburton team.

10:23AM 23             THE COURT:  Yes.

10:23AM 24             MR. WILLIAMSON:  His testimony touches directly on

10:23AM 25  cement that's in the rat hole.  It touches directly on top of

10:23AM 1    cement.  It touches directly on the cement bond log.  It touches

10:23AM 2    directly on the fluid column.  It could potentially impact

10:23AM 3    whether the flowback was through the annulus or the production

10:23AM 4    casing.

10:23AM 5            His testimony deals with the composition of the

10:23AM 6    cement, which has been -- so his testimony has the potential to

10:23AM 7    impact a number of not just fact witnesses or factual

10:23AM 8    determinations that the Court will be called upon, but I'm sure

10:23AM 9    there are several experts in the case who would at least want to

10:23AM 10   make sure they correctly understand his factual testimony in the

10:23AM 11   context of their opinions.

10:23AM 12           By the way, and we agree to double track it and

10:23AM 13   triple track it.  If we can do it on our side, we know

10:23AM 14   Mr. Godwin, in particular, has a number of talented and capable

10:24AM 15   lawyers, so they are capable of double track and triple tracking,

10:24AM 16   also.

10:24AM 17           THE COURT:  Jimmy, do you think you all could live with

10:24AM 18   Monday, the 30th, and Tuesday, the 31st?

10:24AM 19           MR. WILLIAMSON:  We'll live with it, Your Honor, if the

10:24AM 20   Court orders that.

10:24AM 21           THE COURT:  It's still January.

10:24AM 22           MR. WILLIAMSON:  Thank you, Your Honor.

10:24AM 23           THE COURT:  Don, would you check that?  That's the first

10:24AM 24   week of February.

10:24AM 25           MR. GODWIN:  That's fine with me.  So January 30th --

10:24AM 1    that seems to me like splitting the baby, Judge.

10:24AM 2           THE COURT:  It's almost the first -- it runs into the

10:24AM 3    first week in February.

10:24AM 4           MR. GODWIN:  I understand.  January 30 and --

10:24AM 5           THE COURT:  -- and 31.  That's a Monday, Tuesday.

10:24AM 6           MR. GODWIN:  -- and 31.  Okay.

10:24AM 7              That's fine with me, Judge.  So I'll send an e-mail

10:24AM 8    now to Mr. Berman, and see if I can get a response before I

10:24AM 9    leave.  If not, I'll call him promptly after the conference and

10:24AM 10   get back to you.

10:24AM 11          THE COURT:  Perfect.

10:24AM 12          MR. WILLIAMSON:  Do I -- I apologize.

10:24AM 13          MR. GODWIN:  That's okay, Jimmy.

10:24AM 14          THE COURT:  Go ahead.

10:24AM 15          MR. WILLIAMSON:  Do I understand that, in terms of our

10:24AM 16   preparations, he will be treated as a fact witness for Phase One

10:25AM 17   under default allocations, unless someone --

10:25AM 18          THE COURT:  That's how I would like to handle it, unless

10:25AM 19   somebody comes to me and says the default allocations should not

10:25AM 20   apply.

10:25AM 21          MR. WILLIAMSON:  Right.  We think it should.  Do we have

10:25AM 22   agreement that it applies?

10:25AM 23          MR. LANGAN:  We'll want to take a close look at this.

10:25AM 24   We might have a question or two.

10:25AM 25          MR. WILLIAMSON:  Thank you, Your Honor.

| | |
|---|---|
| 10:25AM 1 | MR. GODWIN:  Thank you, Judge. |
| 10:25AM 2 | THE COURT:  But subject to my review of it, I think it's |
| 10:25AM 3 | two days, default allocations. |
| 10:25AM 4 | MR. GODWIN:  Thank you, Judge. |
| 10:25AM 5 | MR. LANGAN:  Your Honor -- |
| 10:25AM 6 | MR. UNDERHILL:  Your Honor, this is Mike.  May I speak |
| 10:25AM 7 | for a second? |
| 10:25AM 8 | MR. LANGAN:  -- we'll make a proposal on time allocation |
| 10:25AM 9 | for BP on that.  I mean, a lot of things have changed since that |
| 10:25AM 10 | default allocation.  There's been resolutions and stuff. |
| 10:25AM 11 | THE COURT:  True.  That's true. |
| 10:25AM 12 | Underhill, was that you? |
| 10:25AM 13 | MR. UNDERHILL:  That was me, Your Honor, at least what |
| 10:25AM 14 | voice I have left. |
| 10:25AM 15 | I apologize for not being there.  I was going to |
| 10:25AM 16 | say it was my wife's birthday that required me to be here; but, |
| 10:25AM 17 | if I was there, I could probably take out the entire |
| 10:25AM 18 | *Deepwater Horizon* case just by passing on the bug I've got to |
| 10:25AM 19 | everybody. |
| 10:25AM 20 | Your Honor, to pick up on the issue regarding both |
| 10:26AM 21 | Mr. Crooks, BP's expert, and also the deposition of |
| 10:26AM 22 | Jesse Gagliano, this sort of fits in with this.  We're stuck |
| 10:26AM 23 | between a rock and a hard place on the issue of our expert |
| 10:26AM 24 | witness, Glen Benge, who is our cement expert.  The PSC has |
| 10:26AM 25 | cross-designated Glen, as well. |

10:26AM 1          We're now just -- you know the day count,

10:26AM 2   Your Honor.  You keep count of how many days before trial.

10:26AM 3          THE COURT:  44.

10:26AM 4          MR. UNDERHILL:  44, but who is counting.

10:26AM 5          Here is the problem.  We really don't want to have

10:26AM 6   to do a rebuttal report for Mr. Crooks whenever we find out what

10:26AM 7   he's going to say in deposition.  I think I can read the tea

10:26AM 8   leaves, but there is still a motion by Halliburton that would

10:26AM 9   affect whether he can testify.

10:26AM 10          Secondly, if we have Mr. Gagliano's deposition,

10:26AM 11   whenever it is, at the end of January, first of February, that,

10:27AM 12   again, could change Glen's position, his opinion.

10:27AM 13          We really don't feel that any of this is our doing.

10:27AM 14   It's none of our fault that we should have to provide one,

10:27AM 15   possibly even two rebuttal reports, and then have to put Glen up

10:27AM 16   again for yet another deposition, when he's done his reports and

10:27AM 17   he's given his deposition in good faith.

10:27AM 18          The problem we have is there's a motion in limine

10:27AM 19   filed by BP that says that if an expert doesn't have an opinion

10:27AM 20   that's contained within the four corners of the report, he can't

10:27AM 21   testify at trial.

10:27AM 22          We're being caught in a Catch 22 through no fault

10:27AM 23   of our own.  My suggestion and request is that we be relieved of

10:27AM 24   the obligation, if it is that, to file yet one or possibly even

10:27AM 25   two rebuttal reports to respond to Crooks and then, later,

10:27AM  1    Gagliano, and have to put Glen up for a deposition.

10:28AM  2              Perhaps, we don't have to decide this today, but we

10:28AM  3    feel very strongly that we're being prejudiced through no fault,

10:28AM  4    no action of our own.

10:28AM  5         THE COURT:  I'm with you, Mike, and I'm glad you raised

10:28AM  6    the point.  I don't think we decide it today, but it is something

10:28AM  7    that we should focus on.

10:28AM  8              By the way, it's Mr. Crook, single.  There is not

10:28AM  9    more than one crook.

10:28AM 10         MR. STERBCOW:  I don't know about that.

10:28AM 11         MR. UNDERHILL:  Your Honor, finally -- you may be

10:28AM 12    getting to this -- we received an e-mail from Ben yesterday

10:28AM 13    regarding the binders to be provided to you and Judge Barbier.

10:28AM 14    Are you going to address that now, or is that a subject --

10:28AM 15         THE COURT:  I am going to address that.

10:28AM 16         MR. UNDERHILL:  Thank you, Judge.

10:28AM 17         MR. GODWIN:  Judge, before we move off the subject of

10:28AM 18    Mr. Crook's, singular, deposition, I would like to clarify one

10:28AM 19    thing that Mike said -- or correct it.

10:28AM 20              Halliburton is not asking that Mr. Crook not be

10:28AM 21    allowed to testify.  We have not asked for that at all.  What

10:29AM 22    we've asked for in a motion is that those lawyers, singularly,

10:29AM 23    the lawyers, not the law firms, who were involved with

10:29AM 24    Mr. Sabins, CSI and Mr. Viator, be disqualified from

10:29AM 25    participating in any way in Mr. Crook's deposition --

10:29AM  1          THE COURT:  Right.

10:29AM  2          MR. GODWIN:  -- either by way of preparing him and/or

10:29AM  3  being at the deposition.  We're pursuing that motion and awaiting

10:29AM  4  a response from Your Honor on that when you think appropriate.

10:29AM  5          But, as for Mr. Crook, if we have any questions

10:29AM  6  after his deposition that it should be stricken and he should be

10:29AM  7  stricken, we'll bring that motion on a timely and prompt basis.

10:29AM  8          Thank you, Judge.

10:29AM  9          THE COURT:  Okay, thanks.

10:29AM 10          Let's move on then to the issue -- I'm sorry.

10:29AM 11  Andy, did you have something on that?

10:29AM 12          MR. LANGAN:  Your Honor, just one last witness issue, if

10:29AM 13  I could.

10:29AM 14          THE COURT:  Sure.

10:29AM 15          MR. LANGAN:  So, back in August -- this is the first

10:29AM 16  time we started talking about witnesses testifying live.  You had

10:29AM 17  an order on August 30th that said, tell us of witnesses who have

10:30AM 18  been deposed you expect to bring live.  The parties did that,

10:30AM 19  okay.  That order was limited to witnesses that had been deposed

10:30AM 20  by the time of the order, which was August 30th.  Then, we were

10:30AM 21  supposed to make that list by September 20th, which we did.

10:30AM 22          Mr. Newman was deposed on September 30th.  I just

10:30AM 23  wanted you to know, and I've told Kerry this, that we're going to

10:30AM 24  list Mr. Newman on our witness list.  So, not nearly as dramatic

10:30AM 25  as Mr. Gagliano --

10:30AM  1          THE COURT:  Not even close.

10:30AM  2          MR. LANGAN:  -- but I did want to let Your Honor know

10:30AM  3   that.

10:30AM  4          THE COURT:  Good.  Thank you, Andy.  I appreciate that.

10:30AM  5          MR. MILLER:  Andy, we'll get with you and talk about it.

10:30AM  6   Are you making reference to the Rule 45 process we went through

10:30AM  7   in the fall?

10:30AM  8          MR. LANGAN:  Well, in part.  He's an officer.

10:30AM  9          MR. MILLER:  He may be an officer of the parent company.

10:30AM 10   But I'm not quite sure what you were referencing to in terms of

10:30AM 11   live witnesses.

10:30AM 12          MR. LANGAN:  There was a prior order of the Court in

10:30AM 13   which people disclosed who they intended to bring live that had

10:31AM 14   been deposed.

10:31AM 15          MR. MILLER:  That's not that -- I thought that involved,

10:31AM 16   Andy, the Rule 45 process, subject to subpoena.

10:31AM 17              I don't remember the process you're talking about

10:31AM 18   other than the Rule 45 process, I guess, is --

10:31AM 19          THE COURT:  We would have to look back, but why don't we

10:31AM 20   do that offline.

10:31AM 21          MR. LANGAN:  Okay.

10:31AM 22          MR. MILLER:  Okay.

10:31AM 23          THE COURT:  All right, guys.  Let's move on to the

10:31AM 24   expert binder issue.

10:31AM 25              Everybody is preparing their expert binders.  The

10:31AM  1    issue came up as to what is substantive exhibits versus

10:31AM  2    nonsubstantive exhibits.

10:31AM  3                    I should never try to get into that.  My apologies.

10:31AM  4               Why don't you all submit all exhibits

10:31AM  5    electronically.  You may put them on a CD, you may hyperlink

10:31AM  6    them, you may do anything you want with your exhibits.  Let's not

10:31AM  7    pars whether they are substantive or nonsubstantive.  How about

10:32AM  8    that?

10:32AM  9               Just give Judge Barbier access to the exhibits that

10:32AM 10    go with the expert reports, and don't put them in the binders.

10:32AM 11               Alan --

10:32AM 12          MR. UNDERHILL:  Your Honor, Mike Underhill.

10:32AM 13               Could I ask for one more clarification?

10:32AM 14          THE COURT:  Sure, Mike, go ahead.

10:32AM 15          MR. UNDERHILL:  This is so you folks, the bench, don't

10:32AM 16    get inundated.

10:32AM 17               What we would like to do is hyperlink -- and we're

10:32AM 18    already doing this -- hyperlinking the substantive exhibits that

10:32AM 19    are actually cited in the given expert's report.

10:32AM 20               There are literally hundreds, hundreds of reliance

10:32AM 21    exhibits that were listed in the exhibit list, but which aren't

10:32AM 22    cited in the report.

10:32AM 23               What we propose is that we hyperlink the exhibits

10:32AM 24    that are actually cited in the report; and, on a CD-ROM, we will

10:32AM 25    contain the other reliance exhibits, should the Court want to

10:32AM 1   look at it, which I doubt will be the case because they would

10:33AM 2   have to set aside a few months to do so.  So, hopefully, that's

10:33AM 3   acceptable.

10:33AM 4            That way, the Court will be able to see the actual

10:33AM 5   exhibits that are cited in the report; but, the other will be

10:33AM 6   there if the Court wants to look.

10:33AM 7            THE COURT:  That's great, Mike.  Thank you.

10:33AM 8            Alan.

10:33AM 9        MR. YORK:  Alan York for Halliburton.

10:33AM 10           Just a very quick clarification.  I think I've got

10:33AM 11  it right, but what we had instructed our team and the way they

10:33AM 12  are in the process of preparing the notebooks was the reports,

10:33AM 13  and only if it was a specific exhibit that we really thought

10:33AM 14  important that the judge look at, include that in paper; but,

10:33AM 15  everything else was going to be electronic.  What I'm hearing is

10:33AM 16  you would rather have stripped down, just the reports, all

10:33AM 17  exhibits electronic.

10:33AM 18       THE COURT:  I think that's right, Alan, because some

10:33AM 19  parties seem to think that every exhibit is very important, and

10:33AM 20  we were getting ready to fill Judge Barbier's office with

10:33AM 21  binders, is what I saw coming down the road.

10:33AM 22           So, rather than leave it to anybody's discretion,

10:33AM 23  and I trust you to just put in one or two that you thought were

10:34AM 24  really important, other parties were not going to be as

10:34AM 25  judicious.

10:34AM 1       MR. YORK:  I understand.  We will so instruct our team.

10:34AM 2       While I'm up here, just one last clean-up issue.

10:34AM 3  This may just be a placeholder.

10:34AM 4       On Mr. Crook's deposition, singular, Andy, we had

10:34AM 5  never talked about dates for production of reliance -- of the

10:34AM 6  reliance exhibit list or of the nonpublicly-available

10:34AM 7  consideration materials.  We're happy to talk to you about that

10:34AM 8  offline.

10:34AM 9       MR. LANGAN:  It's already been done.

10:34AM 10      MR. YORK:  Okay.  I wasn't sure.  If that's already been

10:34AM 11  done, then no problem.

10:34AM 12      THE COURT:  My 45-minute conference is no longer

10:34AM 13  45 minutes.

10:34AM 14      MR. LANGAN:  It was worth it for Jesse.

10:34AM 15      THE COURT:  There you go.

10:34AM 16      MR. GODWIN:  The surprise factor.

10:34AM 17      THE COURT:  Although we can't blame it on Jesse or Don.

10:34AM 18  That was a very quick update.

10:34AM 19      MR. LANGAN:  We can blame Don.

10:34AM 20      THE COURT:  We could blame Don.  We could.  You're

10:35AM 21  right.

10:35AM 22      MR. GODWIN:  I enjoyed seeing Andy's face when I

10:35AM 23  announced that, Judge.

10:35AM 24      THE COURT:  I didn't get to see it.  Did you get it on

10:35AM 25  video?

10:35AM 1          MR. GODWIN:  No.

10:35AM 2          THE COURT:  Okay, guys.

10:35AM 3          MR. WITTMANN:  Your Honor, with the Court's permission,

10:35AM 4  I would like to go to San Francisco for the Saints game.  My

10:35AM 5  partner, Keith Hall, is here to take over.  If I may be excused,

10:35AM 6  I would like to depart.

10:35AM 7          THE COURT:  You may be excused only if you give us the

10:35AM 8  Who Dat chant.

10:35AM 9          MR. WITTMANN:  Who Dat, Who Dat, Who Dat say they're

10:35AM 10 gonna beat them Saints!

10:35AM 11         THE COURT:  All right.  See you, Phil.

10:35AM 12         MR. WITTMANN:  Thank you, Judge.

10:35AM 13         THE COURT:  You're welcome.

10:35AM 14             I hate to even ask the question, but does anybody

10:35AM 15 want to update me on Phase One stipulations?  I think Mr. Duffy

10:35AM 16 does.

10:35AM 17         MR. DUFFY:  I'm going to take credit for that.

10:35AM 18         MR. MILLER:  He gets the award this week.

10:35AM 19         MR. DUFFY:  That's why I came in person, Your Honor, so

10:36AM 20 I could get all the credit.

10:36AM 21             I think we've got a decent process and at least a

10:36AM 22 decent number of stipulations, so we'll see what happens.

10:36AM 23             We've already had some talk among some of the

10:36AM 24 defendants about a few corrections and additions; but, hopefully,

10:36AM 25 we can manage that and just keep making progress.

10:36AM 1          THE COURT:  Plotting away.

10:36AM 2          MR. DUFFY:  Yes.

10:36AM 3          THE COURT:  Thank you, Tim.

10:36AM 4          MR. DUFFY:  Sure.

10:36AM 5          THE COURT:  Is there anything to report by the

10:36AM 6    responders and the PSC on Phase Three stipulations and discovery

10:36AM 7    issues?

10:36AM 8          MS. SIMSON:  Your Honor, this is Sylvia Simson.  I work

10:36AM 9    with Ted and Mike Lyle.

10:36AM 10          THE COURT:  Oh, good.

10:36AM 11          MS. SIMSON:  They couldn't be on the call today, but we

10:36AM 12    just wanted to let you know that we have had preliminary

10:36AM 13    discussions with Mr. Herman on the B3 discovery issues; and, Mike

10:36AM 14    and Ted will attend the conference in person next week and hope

10:36AM 15    to discuss this with Your Honor in greater detail at that time.

10:36AM 16          THE COURT:  Good.  Thank you.

10:36AM 17          Does anybody want to talk about the -- oh, we did

10:37AM 18    the look back.  Never mind.

10:37AM 19          Has anybody got anything that I have not covered?

10:37AM 20    If you do, let's cover it.  If you don't, I would like to go

10:37AM 21    ahead and go off the record, and we can discuss trial planning

10:37AM 22    issues.

10:37AM 23          MR. LANGAN:  Demonstratives.

10:37AM 24          THE COURT:  Demonstratives.

10:37AM 25          MR. LANGAN:  Demonstratives.

10:37AM 1          So -- actually, Phil and David Beck raised this

10:37AM 2   with me.   February 1st is the current deadline.

10:37AM 3          THE COURT:  Yes.

10:37AM 4          MR. LANGAN:  I think there is some sentiment on our side

10:37AM 5   of the table as to whether or not we ought to be looking at a

10:37AM 6   short extension of that.

10:37AM 7          It's a fair amount of work.  People are working on

10:37AM 8   animations and all that kind of stuff.  I know Cameron feels this

10:37AM 9   way.

10:37AM 10         So we were wondering if the Court would entertain

10:37AM 11  that.

10:37AM 12         I also want to talk a little bit about what an

10:37AM 13  exchange of demonstratives is going to mean in a practical sense.

10:37AM 14         THE COURT:  Well, I think, in a practical sense, it's

10:37AM 15  probably electronic.  If you've got an animation that can be

10:38AM 16  given, it can be sent electronically -- and I assume all the

10:38AM 17  demonstratives can be sent electronically.

10:38AM 18         No?  Alan, tell us about that.

10:38AM 19         MR. YORK:  Well, Your Honor --

10:38AM 20         THE COURT:  You're going to use poster board?

10:38AM 21         MR. YORK:  No, but it's possible, for example -- and I

10:38AM 22  don't know that this is the case -- but it's possible that we may

10:38AM 23  have board examples of varying kinds of cement and things like

10:38AM 24  that, that are demonstrative, that we can't -- I don't know how

10:38AM 25  we exchange those.

10:38AM  1          THE COURT:  Then I understand that BP is bringing the

10:38AM  2  BOP.

10:38AM  3          MR. YORK:  Piece by piece.

10:38AM  4          MR. LANGAN:  It fits in our bunker.

10:38AM  5          THE COURT:  So we have physical demonstratives, and then

10:38AM  6  we have electronic demonstratives.

10:38AM  7              So, issue number one, what are you looking for, a

10:39AM  8  week's extension?

10:39AM  9          MR. LANGAN:  I think -- I think two weeks is something

10:39AM 10  that we've talked about with Cameron as an idea to float here.

10:39AM 11              To the 15th of February was the idea, but, again --

10:39AM 12          MR. STERBCOW:  Your Honor, Paul Sterbcow for the PSC.

10:39AM 13  We have no objection.

10:39AM 14          MR. GODWIN:  Halliburton has no objection, Judge, to the

10:39AM 15  15th.

10:39AM 16          THE COURT:  Paul, that's the first time today you

10:39AM 17  haven't objected to something.

10:39AM 18          MR. STERBCOW:  It's the first time they've said anything

10:39AM 19  reasonable today.

10:39AM 20          MR. LANGAN:  So it sounds like there is momentum for

10:39AM 21  that, if the Court please.

10:39AM 22              I also wanted to raise a couple other thoughts

10:39AM 23  about this.  Sharing them electronically is something I think we

10:39AM 24  would embrace.  I think that's a good idea, to the extent they

10:39AM 25  can be.  I just wanted to throw out one thing that -- about that,

10:39AM  1   and that is, if you do send stuff electronically, that gives the

10:39AM  2   other side the opportunity to sort of play with it, which, you

10:39AM  3   know, can be fine; but, I think we ought to have an understanding

10:39AM  4   of what I will call the *no stealing of thunder rule*.

10:39AM  5            So, in other words, if the PSC puts together a

10:40AM  6   fancy animation or Transocean does or we do, and they share it

10:40AM  7   electronically, I think that the creator gets the first dibs on

10:40AM  8   showing it in court.

10:40AM  9            In other words, if we share an animation, we don't

10:40AM 10   want to see our animation in the plaintiffs' opening statement,

10:40AM 11   and we wouldn't do that to them.  There ought to be an

10:40AM 12   understanding of no stealing of thunder.

10:40AM 13            MR. ROY:  What if theirs is more accurate?

10:40AM 14            MR. LANGAN:  So, I mean, I think that's -- that's why

10:40AM 15   there might be hesitation by some.  Like, your idea of

10:40AM 16   transparency and sharing and sending them electronically is,

10:40AM 17   like, okay, we'll do that, but it's our work product.  It's our

10:40AM 18   stuff.  It's our intellectual property, if you will.  There

10:40AM 19   should be no stealing of thunder.

10:40AM 20            MR. WILLIAMSON:  It's probably impossible to respond

10:40AM 21   until we know what the demonstratives are.  So we would prefer

10:41AM 22   to -- that may be fine.  We would prefer to -- we would prefer to

10:41AM 23   defer that rule --

10:41AM 24            THE COURT:  Until you see their fabulous --

10:41AM 25            MR. WILLIAMSON:  -- until we see whether we want to use

10:41AM  1    their stuff or not.

10:41AM  2              THE COURT:  No, no, no, no, Jimmy.

10:41AM  3              I tend to agree with Andy, that this is going to be

10:41AM  4    an open process where everybody gets to see what everybody else

10:41AM  5    is going to use.  Andy, I think, is right, that his animation is

10:41AM  6    his animation.

10:41AM  7              Andy, what if they want to do -- well, no, they

10:41AM  8    will have shown you their demonstrative.  We're doing

10:41AM  9    simultaneous exchange.

10:41AM 10              MR. LANGAN:  Right.

10:41AM 11              THE COURT:  I think that's right.  That is, that

10:41AM 12    everybody is simultaneously showing each other their

10:41AM 13    demonstrative exhibits.  They will be shown in each of the

10:41AM 14    parties' case in chief.

10:42AM 15              MR. LANGAN:  Absent some agreement to the contrary, but

10:42AM 16    that's the default rule.

10:42AM 17              MR. WILLIAMSON:  We understand the Court's comments, of

10:42AM 18    course.  We'll discuss it.  If we have an issue, we'll bring it

10:42AM 19    back up.

10:42AM 20              MR. LANGAN:  Your Honor, just to reinforce the point, if

10:42AM 21    we're not going to have that understanding, then what the parties

10:42AM 22    are going to be doing is things like, okay, we'll give you a few

10:42AM 23    snapshots, we'll send you a couple of PDFs to give you an idea of

10:42AM 24    what we're doing, so you can't steal our thunder.

10:42AM 25              I don't think anybody wants that.  I think we want

10:42AM 1    to have transparency; but, you can't have transparency unless

10:42AM 2    there is trust.

10:42AM 3            THE COURT:  I think that's right.  Otherwise, you'll get

10:42AM 4    a PDF version of what it is they are going to animate.

10:42AM 5            MR. MILLER:  Andy, under your proposal, when would

10:42AM 6    objections be due?  I think currently it's the 8th?

10:42AM 7            MR. LANGAN:  It's a week later, right?

10:42AM 8            MR. MILLER:  So it would be the 22nd?

10:42AM 9            MR. LANGAN:  I guess so.  I mean, that's a good point,

10:42AM 10   Kerry.

10:42AM 11           THE COURT:  I think that's right.

10:42AM 12               Anything else?  Oh, we did want to talk about

10:43AM 13   physical demonstratives.

10:43AM 14               So you're going to have a bunch of piles of

10:43AM 15   concrete, for example.  Alan, do you plan on bringing that

10:43AM 16   concrete to New Orleans for people to review, look at, touch?

10:43AM 17           MR. GODWIN:  We're likely not going to be bringing piles

10:43AM 18   of concrete, Judge.

10:43AM 19           MR. YORK:  Your Honor, what I have in mind -- and,

10:43AM 20   again, I don't know for sure that this is going to be used, but I

10:43AM 21   know, for example, in some of the prior hearings, examples of

10:43AM 22   traditional cement, a small pillar, and a foam cement, so that

10:43AM 23   people can see, touch, feel, feel the weight differences, that

10:43AM 24   have been used.

10:43AM 25               I don't know that those are going to be used; but,

10:43AM 1    I can see that as something that would be a nonelectronic version

10:43AM 2    of a demonstrative exhibit that we might be using.

10:43AM 3            THE COURT:  I tell you what I think we should do.  If

10:44AM 4    anybody has any physical evidence like that, why don't you send a

10:44AM 5    photograph and a description, and we can agree that they will be

10:44AM 6    made available for inspection here in the courthouse, if you

10:44AM 7    want, to anyone who wants to come look at them.

10:44AM 8            MR. YORK:  I think we'll be on the fourth floor, jury

10:44AM 9    room.

10:44AM 10           THE COURT:  You'll be in the fourth floor jury room.

10:44AM 11   They can be made available for inspection by the 15th, right?

10:44AM 12           Anything else that we need to do on our regular

10:44AM 13   agenda?

10:44AM 14           MR. NOMELLINI:  Your Honor, this is Mark Nomellini.

10:44AM 15           The Court issued a very thorough opinion on hearsay

10:44AM 16   and the business records exception and e-mail strings.

10:44AM 17           THE COURT:  Yes.

10:44AM 18           MR. NOMELLINI:  We want to make sure that we're fully

10:45AM 19   taking that into account with respect to the exhibit objection

10:45AM 20   process.  The latest exhibit lists are going to be exchanged

10:45AM 21   today.

10:45AM 22           I just wanted to get some clarity in terms of, you

10:45AM 23   know, the date that the objections are going to be due.  There

10:45AM 24   was originally a January 20th date on the calendar, and I think

10:45AM 25   that the Court's e-mail strings order spoke of a January 30th

10:45AM 1    date.

10:45AM 2        THE COURT:  Right.  I talked to Judge Barbier about

10:45AM 3    that, and I want to give the parties an opportunity to meet

10:45AM 4    confer with regard to this issue, which is a tough issue; and,

10:45AM 5    rather than impose the 20th on you, give you further time to look

10:45AM 6    at the issue and see if we can work through it.

10:45AM 7        MR. NOMELLINI:  Very much, very much appreciate that,

10:45AM 8    Judge.

10:46AM 9        You know, it's possible, and we'll do our best, but

10:46AM 10   there are, you know, many tens of thousands of exhibits.  We'll

10:46AM 11   do our best to incorporate the Court's very thorough thinking on

10:46AM 12   this by the 30th.

10:46AM 13       If possible, we may come back and seek more time,

10:46AM 14   but we'll do everything we can to stick to the 30th.

10:46AM 15       THE COURT:  Well, if there is a problem, Mark, let us

10:46AM 16   know, and we certainly will consider whatever reasonable request

10:46AM 17   you might have.

10:46AM 18       MR. NOMELLINI:  Thank you, Judge.

10:46AM 19       THE COURT:  You're welcome.

10:46AM 20       Anything else before we let the court personnel go?

21           [Reporter's Note:  The next WGC meeting is scheduled for

22           Thursday, January 19, 2012, following Judge Barbie's status

23           conference.]

24           (WHEREUPON, at 10:46 a.m., the proceedings were

25           concluded.)

1                          REPORTER'S CERTIFICATE

2

3        I, Cathy Pepper, Certified Realtime Reporter, Registered

4   Merit Reporter, Registered Professional Reporter, Certified Court

5   Reporter for the State of Louisiana, Official Court Reporter for

6   the United States District Court, Eastern District of Louisiana,

7   do hereby certify that the foregoing is a true and correct

8   transcript, to the best of my ability and understanding, from the

9   record of the proceedings in the above-entitled and numbered

10  matter.

11

16                              Cathy Pepper, CCR, RMR, CRR
                                Certified Realtime Reporter
17                              Official Court Reporter
                                United States District Court
18                              (504) 589-7779
                                Cathy_Pepper@laed.uscourts.gov
19

20

21

22

23

24

25

'

**'08** [1] - 29:23

## 1

**1** [3] - 22:6, 22:15, 34:2
**1**................................
. [1] - 9:14
**10** [1] - 31:25
**10-MD-2179** [1] - 1:6
**1000** [2] - 2:15, 5:22
**1001** [1] - 4:10
**10036** [1] - 5:18
**10153** [1] - 6:9
**10174** [1] - 6:17
**10:46** [1] - 70:24
**11** [1] - 31:25
**1100** [2] - 4:7, 5:14
**1201** [1] - 4:21
**13** [3] - 1:7, 15:2, 25:14
**1300** [1] - 5:6
**1331** [1] - 4:24
**13th** [1] - 44:9
**14** [1] - 25:14
**15** [4] - 8:5, 8:6, 25:14, 31:12
**1540** [1] - 5:18
**15th** [3] - 65:11, 65:15, 69:11
**15TH** [1] - 13:16
**15TH**.............. [1] - 13:20
**16** [5] - 8:8, 8:10, 8:12, 25:14, 31:12
**1615** [1] - 5:6
**1665** [1] - 4:24
**17** [5] - 8:13, 8:16, 8:18, 8:20, 8:21
**1700** [1] - 4:21
**17th** [1] - 47:21
**18** [5] - 8:23, 8:25, 9:1, 9:2, 9:3
**19** [5] - 9:4, 9:5, 14:7, 50:8, 70:22
**19TH** [1] - 8:6
**19th** [1] - 15:21
**1ST** [1] - 13:14
**1st** [2] - 22:25, 64:2

## 2

**20** [4] - 1:5, 9:6, 28:5, 50:8
**2000** [1] - 28:12

**20005** [1] - 3:24
**20006** [1] - 5:10
**2004** [3] - 10:8, 28:16, 28:18
**2007** [1] - 5:13
**2008** [1] - 28:12
**201** [2] - 6:21, 7:5
**2010** [1] - 1:5
**2012** [4] - 1:7, 14:7, 15:2, 70:22
**2020** [1] - 5:10
**20th** [3] - 57:21, 69:24, 70:5
**20TH** [2] - 13:25, 14:3
**21** [1] - 9:7
**2185** [1] - 7:8
**22** [4] - 9:9, 9:10, 9:12, 55:22
**2216** [1] - 1:25
**22nd** [1] - 68:8
**22ND**.........................
...... [1] - 13:18
**23510** [1] - 2:16
**23RD** [1] - 9:13
**23rd** [7] - 22:14, 22:25, 26:12, 26:13, 26:14, 26:20, 36:3
**24** [2] - 9:15, 41:13
**2405** [1] - 7:5
**24TH** [1] - 11:15
**24th** [4] - 39:11, 40:13, 41:14, 47:21
**25** [7] - 9:17, 9:18, 9:19, 9:20, 9:21, 9:22, 9:23
**26** [1] - 9:24
**2615** [1] - 2:12
**27** [6] - 10:1, 10:2, 10:3, 10:4, 10:5, 31:12
**28** [3] - 10:6, 10:7, 10:8
**29** [2] - 10:9, 10:10
**2929** [1] - 6:13

## 3

**30** [5] - 10:11, 10:12, 10:13, 10:14, 53:4
**30(b)(6** [9] - 17:14, 21:24, 22:10, 23:8, 24:11, 24:19, 25:6, 27:7, 27:23
**30(B)(6** [5] - 8:16, 9:7, 9:11, 9:15, 9:17
**30(b)(6)'s** [3] - 22:5, 22:13, 22:18
**30(B)(6)'S** [1] - 9:12
**300** [1] - 3:20

**30TH** [2] - 12:16, 14:1
**30th** [8] - 52:18, 52:25, 57:17, 57:20, 57:22, 69:25, 70:12, 70:14
**31** [6] - 10:15, 10:16, 10:17, 18:15, 53:5, 53:6
**3100** [1] - 5:14
**316** [1] - 2:8
**31st** [5] - 18:1, 18:2, 18:8, 18:12, 52:18
**31ST** [2] - 8:21, 9:1
**31ST..** [1] - 8:22
**31ST**.............. [1] - 12:16
**32** [2] - 10:18, 10:19
**32502** [1] - 2:8
**3450** [1] - 7:9
**35** [4] - 10:20, 10:21, 10:22, 44:24
**36** [2] - 10:23, 10:24
**36130** [1] - 2:25
**3668** [1] - 1:18
**36TH** [1] - 4:6
**37** [2] - 10:25, 11:1
**3700** [1] - 4:10
**38** [4] - 11:2, 11:4, 11:6, 11:8
**39** [3] - 11:11, 11:12, 11:13

## 4

**4000** [1] - 5:22
**405** [1] - 6:17
**41** [3] - 11:14, 11:16, 11:17
**42** [1] - 11:19
**42ND** [1] - 6:13
**43** [3] - 11:20, 11:23, 11:25
**4310** [1] - 2:4
**44** [3] - 12:1, 55:3, 55:4
**45** [6] - 12:2, 15:14, 58:6, 58:16, 58:18, 61:13
**45-minute** [1] - 61:12
**450** [1] - 2:20
**46** [3] - 12:3, 12:5, 12:6
**47** [1] - 12:8
**48** [1] - 12:9
**49** [3] - 12:10, 12:12, 12:14

## 5

**50** [5] - 28:6, 28:10, 28:18, 28:19, 37:15
**500** [3] - 2:25, 7:9, 7:15
**5000** [1] - 3:14
**504** [2] - 7:16, 71:18
**52** [1] - 12:16
**53** [2] - 12:17, 12:18
**5395** [1] - 2:21
**54** [1] - 12:19
**546** [1] - 4:15
**55** [2] - 12:21, 12:24
**556** [1] - 1:19
**56** [1] - 13:1
**57** [2] - 13:6, 13:7
**58** [1] - 13:8
**589-7779** [2] - 7:16, 71:18

## 6

**600** [1] - 2:8
**601** [1] - 2:12
**60654** [1] - 3:20
**61** [1] - 13:9
**62** [1] - 13:10
**63** [4] - 8:14, 13:11, 13:13, 17:8
**64** [2] - 13:14, 13:15
**65** [3] - 8:14, 13:16, 17:8
**655** [1] - 3:24
**66** [1] - 13:17
**68** [2] - 13:18, 13:19
**69** [6] - 13:20, 13:21, 13:23, 13:24, 13:25, 14:1

## 7

**70** [2] - 14:3, 14:6
**701** [2] - 3:4, 3:14
**70112** [1] - 5:6
**70113** [1] - 1:22
**70130** [5] - 1:25, 2:12, 3:5, 4:16, 7:15
**70139** [1] - 3:15
**70163** [2] - 4:7, 5:15
**70170** [2] - 6:22, 7:6
**70502** [1] - 1:19
**75270** [1] - 4:21
**767** [1] - 6:9
**77002** [2] - 4:11, 5:22, 7:10
**77006** [1] - 2:4

**77010** [1] - 4:24
**77019** [1] - 6:13
**7TH** [1] - 2:21

## 8

**820** [1] - 1:22
**8th** [1] - 68:6

## 9

**94102** [1] - 2:21
**999** [1] - 2:16
**9:30** [1] - 1:7
**9th** [2] - 32:20, 33:6
**9TH**.............. [1] - 10:18

## A

**a.m** [1] - 70:24
**A.M** [1] - 1:7
**ability** [1] - 71:8
**able** [5] - 21:4, 23:16, 34:10, 45:6, 60:4
**ABOUT** [3] - 8:24, 10:21, 11:13
**above-entitled** [1] - 71:9
**ABRAMSON** [1] - 2:10
**absence** [1] - 41:1
**absent** [1] - 67:15
**absolutely** [3] - 19:5, 20:18, 36:8
**acceptable** [3] - 27:12, 32:12, 60:3
**ACCEPTABLE**..........
..................... [1] - 10:2
**accepted** [1] - 25:12
**access** [1] - 59:9
**accordance** [1] - 48:8
**account** [1] - 69:19
**accurate** [1] - 66:13
**ACE** [1] - 18:14
**ACE**...........................
.......... [1] - 9:2
**Act** [1] - 34:4
**action** [4] - 18:20, 20:7, 30:15, 56:4
**ACTION** [1] - 1:6
**ACTIONS** [1] - 1:9
**actual** [2] - 23:16, 60:4
**add** [3] - 18:25, 24:11, 26:7
**ADDITIONAL** [2] - 8:18, 10:24
**additional** [5] - 17:19,

20:22, 33:7, 36:13, 36:14
**additions** [1] - 62:24
**address** [2] - 56:14, 56:15
**ADJUST** [1] - 11:16
**adjust** [1] - 41:17
**adjusted** [1] - 41:16
**admit** [1] - 17:3
**adopt** [1] - 41:7
**advance** [1] - 31:17
**advocacy** [1] - 31:20
**affect** [2] - 39:18, 55:9
**affected** [2] - 40:11, 40:23
**affects** [1] - 39:8
**AFTER** [1] - 9:13
**afternoon** [1] - 37:13
**AGAINST** [1] - 11:21
**agencies** [1] - 30:15
**AGENDA** [1] - 8:3
**agenda** [2] - 42:25, 69:13
**ago** [3] - 32:1, 33:8, 48:14
**agree** [5] - 35:20, 41:11, 52:12, 67:3, 69:5
**agreed** [2] - 18:21, 24:20
**agreement** [5] - 34:9, 37:17, 38:1, 53:22, 67:15
**ahead** [10] - 16:2, 16:18, 19:18, 25:11, 42:23, 43:23, 51:16, 53:14, 59:14, 63:21
**AHEAD** [1] - 8:11
**air** [2] - 29:19, 29:24
**AL** [1] - 2:25
**ALABAMA** [1] - 2:23
**Alan** [9] - 29:17, 29:18, 41:20, 59:11, 60:8, 60:9, 60:18, 64:18, 68:15
**ALAN** [2] - 4:23, 6:16
**ALL** [2] - 1:9, 11:3
**ALLEN** [2] - 6:13, 7:9
**ALLOCATION** [1] - 8:8
**allocation** [3] - 16:15, 54:8, 54:10
**allocations** [5] - 50:13, 50:14, 53:17, 53:19, 54:3
**ALLOCATIONS..** [1] - 12:18
**ALLOTMENTS** [1] - 8:10
**allotments** [1] - 16:17
**allowed** [1] - 56:21

**allows** [1] - 45:24
**almost** [3] - 28:2, 29:13, 53:2
**ALSO** [2] - 7:12, 12:14
**AMENDMENT** [2] - 12:10, 12:14
**amendment** [1] - 46:25
**Amendment** [2] - 49:7, 49:12
**AMERICA** [5] - 3:7, 3:7, 3:8, 3:9, 3:11, 3:12
**AMERICAN** [1] - 2:11
**amount** [2] - 28:13, 64:7
**AN** [2] - 8:18, 12:17
**ANADARKO** [2] - 5:3, 5:4
**Anadarko** [1] - 25:16
**AND** [21] - 4:4, 6:7, 8:5, 8:6, 8:11, 8:15, 8:23, 9:2, 9:13, 9:19, 10:9, 11:7, 11:18, 12:1, 12:16, 13:3, 13:11, 13:21, 13:22, 14:4
**AND/OR** [1] - 13:5
**ANDREW** [1] - 3:17
**Andy** [25] - 32:14, 33:25, 34:8, 34:16, 34:19, 35:15, 39:14, 40:16, 40:24, 41:9, 41:10, 41:19, 43:12, 44:3, 45:14, 46:1, 57:11, 58:4, 58:5, 58:16, 61:4, 67:3, 67:5, 67:7, 68:5
**ANDY** [1] - 7:4
**Andy's** [1] - 61:22
**animate** [1] - 68:4
**animation** [6] - 64:15, 66:6, 66:9, 66:10, 67:5, 67:6
**animations** [1] - 64:8
**announced** [1] - 61:23
**announcement** [1] - 50:2
**annulus** [1] - 52:3
**ANTHONY** [1] - 1:24
**ANY** [4] - 10:24, 11:21, 12:14, 13:4
**ANYTHING** [1] - 11:9
**anyway** [2] - 24:6, 48:22
**apologies** [1] - 59:3
**apologize** [3] - 51:17, 53:12, 54:15
**appear** [2] - 43:22, 46:18

**APPEARANCES** [7] - 1:15, 2:1, 3:1, 4:1, 5:1, 6:1, 7:1
**ATTORNEY** [1] - 2:23
**attorneys** [2] - 25:7, 25:5
**August** [3] - 57:15, 57:17, 57:20
**availability** [1] - 50:21
**available** [6] - 27:1, 49:8, 50:10, 61:6, 69:6, 69:11
**AVAILABLE** [2] - 12:12, 13:20
**AVENUE** [7] - 1:22, 2:20, 2:25, 6:9, 6:17, 6:21, 7:5
**awaiting** [1] - 57:3
**award** [1] - 62:18
**aware** [1] - 38:14

**B**

**B3** [1] - 63:13
**BABIUCH** [1] - 3:19
**baby** [3] - 23:23, 24:9, 53:1
**BACK** [3] - 10:4, 10:7, 10:10
**BALDWIN** [1] - 6:20
**ball** [3] - 29:19, 29:24, 31:18
**Barbie's** [1] - 70:22
**BARBIE'S** [1] - 14:7
**Barbier** [9] - 35:25, 39:12, 43:16, 46:10, 48:15, 48:21, 56:13, 59:9, 70:2
**BARBIER'S** [1] - 10:23
**Barbier's** [3] - 36:8, 44:19, 60:20
**BARR** [6] - 2:7, 24:8, 24:11, 25:2, 28:22, 29:4
**Barr** [9] - 23:23, 23:25, 24:1, 24:5, 24:8, 28:22, 34:25
**barrels** [2] - 28:5, 28:19
**BARROW** [1] - 6:12
**based** [1] - 22:18
**basic** [1] - 26:2
**basis** [1] - 57:7
**BAYLEN** [1] - 2:8
**BE** [7] - 9:15, 11:14, 11:21, 11:24, 12:6, 13:3, 13:24
**beat** [1] - 62:10
**Beck** [3] - 37:13, 37:25, 64:1
**BEEN** [1] - 11:20

**attorney** [1] - 49:5
**ATTORNEY** [1] - 2:23
**beeping** [1] - 31:9
**BEFORE** [1] - 1:12
**beginning** [2] - 17:16, 21:8
**behalf** [2] - 37:25, 43:5
**BEING** [2] - 10:20, 13:5
**Ben** [1] - 56:12
**bench** [1] - 59:15
**benchmark** [1] - 28:7
**Benge** [1] - 54:24
**BENGE** [1] - 12:19
**Berman** [6] - 49:6, 49:9, 49:21, 50:24, 51:9, 53:8
**BERMAN..................** ... [1] - 12:17
**best** [6] - 17:4, 17:25, 18:16, 70:9, 70:11, 71:8
**BEST** [1] - 8:21
**better** [2] - 26:2, 33:10
**between** [3] - 21:1, 30:2, 54:23
**bidder** [1] - 29:3
**big** [1] - 44:24
**billing** [1] - 16:15
**BILLING** [1] - 8:9
**BINDER** [1] - 13:8
**binder** [1] - 58:24
**binders** [4] - 56:13, 58:25, 59:10, 60:21
**BINGHAM** [1] - 5:8
**birthday** [1] - 54:16
**bit** [2] - 42:24, 64:12
**BITE** [1] - 9:21
**bite** [1] - 25:21
**blame** [3] - 61:17, 61:19, 61:20
**BLANK** [1] - 6:15
**BLOSSMAN** [1] - 5:13
**board** [2] - 64:20, 64:23
**BOCKIUS** [1] - 5:21
**bond** [1] - 52:1
**BOP** [6] - 8:5, 11:7, 15:21, 38:9, 38:12, 65:2
**BOULEVARD** [1] - 2:4
**BOX** [1] - 6:19
**boy** [1] - 45:14
**BP** [28] - 3:7, 3:7, 3:8, 3:9, 3:10, 3:11, 3:12, 11:18, 18:19, 18:20, 18:23, 19:2, 23:9, 23:11, 24:14, 24:25, 27:5, 27:18, 29:14, 30:5, 32:12, 32:14, 33:14, 36:14, 41:25,

54:9, 55:19, 65:1
BP's [1] - 54:21
BP............. [1] - 10:3
BP............. [1] - 10:24
BRADY [1] - 7:5
brains [1] - 20:11
BRANCH [1] - 2:19
BREIT [2] - 2:14, 2:15
BRENNAN [1] - 4:9
Brian [13] - 24:5, 24:8, 24:23, 25:10, 25:17, 26:5, 26:8, 28:21, 28:22, 29:20, 29:25, 30:4
BRIAN [1] - 2:7
Brian's [1] - 26:7
brief [2] - 24:24, 48:8
BRIEFING [1] - 11:16
briefing [3] - 37:3, 41:15
briefly [1] - 29:6, 29:11
briefs [2] - 41:24, 47:17
BRIEFS [1] - 11:17
bring [8] - 20:2, 26:24, 45:6, 45:7, 57:7, 57:18, 58:13, 67:18
bringing [3] - 65:1, 68:15, 68:17
broadly [1] - 30:21
BROADWAY [1] - 5:18
bug [1] - 54:18
BUILDING [2] - 2:11, 6:16
bunch [2] - 39:11, 68:14
bunker [1] - 65:4
burner [1] - 36:11
business [2] - 25:24, 69:16
BUSINESS [1] - 13:21
BY [39] - 1:4, 1:18, 1:21, 1:24, 2:3, 2:7, 2:11, 2:15, 2:19, 2:24, 3:4, 3:13, 3:17, 3:23, 4:6, 4:10, 4:14, 4:19, 4:23, 5:5, 5:9, 5:14, 5:17, 5:21, 6:8, 6:12, 6:16, 6:20, 7:4, 7:8, 7:17, 7:18, 8:21, 10:18, 10:24, 11:18, 12:6, 13:4, 13:20

C

CA [1] - 2:21
calendar [3] - 26:23, 49:11, 69:24

CALENDAR........ [1] - 13:25
CALL [3] - 12:1, 12:2, 12:6
CALL........................
........ [1] - 12:1
CALLED [1] - 15:4
Cameron [8] - 37:10, 38:1, 38:2, 38:12, 38:17, 41:25, 64:8, 65:10
CAMERON [2] - 4:13, 11:2
CAMERON............. [1] - 11:18
CAMP [1] - 3:4
CAN [1] - 14:4
candidly [1] - 20:5
cannot [2] - 17:1, 48:5
capable [2] - 52:14, 52:15
capacity [1] - 26:23
CAPPING [1] - 8:5
capping [1] - 15:21
CAPTAIN [1] - 8:8
Captain [2] - 16:1, 16:15
captain [1] - 16:9
care [3] - 37:12
carefully [1] - 30:8
CARONDELET [1] - 4:15
carve [1] - 29:21
CARVER [1] - 5:13
cascade [1] - 41:16
case [7] - 45:22, 49:8, 52:9, 54:18, 60:1, 64:22, 67:14
CASE........................
...... [1] - 12:13
casing [1] - 52:4
Catch [1] - 55:22
categories [1] - 30:22
CATEGORIES............
............................ [1]
- 10:13
category [3] - 28:14, 31:12, 31:14
CATEGORY..............
........................ [1] -
10:15
CATHY [1] - 7:14
Cathy [2] - 71:3, 71:16
cathy_Pepper@laed.
uscourts.gov [1] -
7:16
Cathy_Pepper@laed
.uscourts.gov [1] -
71:18

caught [1] - 55:22
CAUSE [1] - 12:4
causes [1] - 46:25
CCR [2] - 7:14, 71:16
CD [2] - 59:5, 59:24
CD-ROM [1] - 59:24
cement [9] - 38:3, 51:25, 52:1, 52:6, 54:24, 64:23, 68:22
CEMENT [2] - 11:3, 12:19
CENTER [1] - 7:9
CENTRAL [1] - 8:21
central [1] - 18:1
CENTRE [1] - 4:6
CERTAIN [1] - 11:4
certain [3] - 22:19, 38:6, 45:23
certainly [6] - 21:16, 24:18, 45:16, 46:10, 51:7, 70:16
CERTIFICATE [1] -
71:1
CERTIFIED [1] - 7:14
Certified [2] - 71:3, 71:4
certified [1] - 71:16
certify [1] - 71:7
cha [3] - 15:15, 15:16
cha-ching [3] - 15:15, 15:16
CHAKERES [2] - 2:20, 23:3
Chakeres [2] - 21:23, 23:3
CHAMBERS [1] - 6:12
chance [2] - 17:17, 30:5
change [1] - 55:12
CHANGE [1] - 12:24
changed [1] - 54:9
chant [1] - 62:8
CHARLES [3] - 6:21, 6:21, 7:5
check [4] - 31:2, 31:8, 37:11, 52:23
chew [2] - 28:24, 30:4
CHICAGO [1] - 3:20
chief [1] - 67:14
chiefs [2] - 48:2, 48:6
ching [3] - 15:15, 15:16
Christmas [1] - 33:12
CHRYSLER [1] - 6:16
circulate [1] - 34:21
citation [1] - 30:16
cited [5] - 30:14, 59:19, 59:22, 59:24, 60:5

CIVIL [2] - 1:6, 2:19
clarification [3] -
19:13, 59:13, 60:10
clarify [2] - 40:4, 56:18
clarifying [1] - 19:25
clarity [2] - 46:16, 69:22
clawback [1] - 20:24
clean [3] - 41:22, 42:13, 61:2
clean-up [3] - 41:22, 42:13, 61:2
cleanup [1] - 34:3
clear [2] - 46:5, 49:24
clearly [1] - 45:16
client [2] - 25:20, 49:24
client's [1] - 26:2
CLINGMAN [1] - 4:10
close [2] - 53:23, 58:1
closer [1] - 45:15
Coast [4] - 16:21, 17:21, 17:22, 17:24
COAST [2] - 8:12, 8:20
cognizant [1] - 26:21
colleagues [1] - 35:10
column [1] - 52:2
comfortable [1] -
44:17
coming [3] - 40:15, 46:9, 60:21
comment [2] - 26:7, 43:12
COMMENTS [2] -
10:18, 10:19
comments [11] - 30:8, 32:20, 32:21, 33:2, 33:6, 33:7, 33:19, 33:24, 33:25, 34:17, 67:17
commitments [1] -
51:10
common [1] - 28:7
communication [2] -
25:22, 35:19
COMPANY [3] - 3:8, 5:4
company [1] - 58:9
COMPELLED [1] -
12:6
compelled [1] - 46:17
comports [1] - 23:6
composition [1] - 52:5
compromise [2] -
28:16, 28:17
COMPROMISE.........
............. [1] - 10:8
COMPUTER [1] - 7:18
concern [1] - 33:13

concessions [1] -
28:24
concluded [1] - 70:25
CONCLUSION [1] -
10:17
conclusion [1] - 31:24
conclusions [1] -
31:16
CONCLUSIONS........
........................ [1] -
10:16
concrete [3] - 68:15, 68:16, 68:18
conduct [1] - 30:12
confer [8] - 19:3, 20:19, 22:2, 23:7, 23:13, 29:1, 34:18, 70:4
CONFERENCE [1] -
1:12
conference [7] -
21:12, 21:15, 21:17, 53:9, 61:12, 63:14, 70:23
CONFERENCE.........
...........................
.. [1] - 14:8
conferred [2] - 21:13, 21:14
consider [1] - 70:16
consideration [2] -
20:16, 61:7
considering [2] -
36:16, 36:20
consistent [1] - 26:9
constructive [1] -
38:25
contact [1] - 16:1
contain [1] - 59:25
contained [1] - 55:20
contemplated [1] -
21:12
contests [1] - 37:9
context [1] - 52:11
continue [1] - 26:22
CONTINUED [6] - 2:1, 3:1, 4:1, 5:1, 6:1, 7:1
contrary [1] - 67:15
Control [1] - 25:9, 25:10, 25:22
CONTROL [1] - 9:19
CONTROL.................
[1] - 9:19
CONTROL.................
....................... [1] -
9:22
convene [1] - 19:3
coordinate [1] - 17:15
coordinating [1] -
47:6

copied [2] - 32:16, 32:17
COREY [1] - 2:24
Corey [1] - 26:22
corners [1] - 55:20
CORPORATION [4] - 3:9, 4:13, 5:3, 6:15
correct [8] - 16:7, 22:1, 31:1, 32:8, 36:6, 47:24, 56:19, 71:7
corrections [1] - 62:24
correctly [1] - 52:10
correspondence [2] - 19:23, 19:24
COTLAR [1] - 1:21
COULD [2] - 12:6, 12:24
COUNSEL [1] - 1:17
counsel [1] - 25:23
count [2] - 55:1, 55:2
counting [1] - 55:4
couple [7] - 21:1, 25:9, 33:8, 48:14, 48:22, 65:22, 67:23
course [8] - 17:25, 18:19, 26:25, 31:4, 36:21, 38:2, 50:21, 67:18
Court [29] - 17:4, 18:7, 18:21, 20:2, 20:23, 21:2, 44:15, 44:16, 48:11, 49:20, 49:25, 51:14, 51:18, 51:20, 52:8, 52:20, 58:12, 59:25, 60:4, 60:6, 64:10, 65:21, 69:15, 71:4, 71:5, 71:6, 71:17, 71:17
court [6] - 26:23, 36:8, 39:5, 51:4, 66:8, 70:20
COURT [179] - 1:1, 7:14, 8:23, 11:13, 15:4, 15:7, 15:10, 15:16, 15:19, 16:7, 16:9, 16:12, 16:24, 17:6, 18:17, 18:24, 19:18, 19:22, 20:14, 21:17, 21:21, 22:1, 22:11, 23:2, 23:19, 23:22, 24:1, 24:4, 24:7, 24:10, 24:23, 25:3, 25:5, 26:4, 26:21, 27:4, 27:6, 27:10, 27:14, 27:20, 27:24, 28:20, 29:2, 29:7, 29:8, 29:16, 30:6, 32:2, 32:8, 32:11, 32:22, 33:2,

33:20, 33:23, 34:21, 35:6, 35:13, 35:15, 35:18, 35:24, 36:4, 36:11, 36:14, 36:16, 36:23, 36:25, 37:2, 37:8, 37:12, 37:15, 37:18, 37:20, 37:23, 38:18, 38:24, 39:14, 39:18, 39:21, 39:24, 40:4, 40:9, 40:12, 40:14, 41:4, 41:8, 41:10, 41:14, 41:17, 41:19, 42:1, 42:7, 42:11, 42:16, 42:20, 42:25, 43:3, 43:9, 43:11, 43:21, 44:1, 44:10, 44:18, 45:4, 45:12, 45:14, 45:16, 45:19, 46:1, 46:5, 46:8, 46:13, 46:19, 46:22, 47:4, 47:8, 47:22, 47:24, 48:15, 48:24, 49:2, 49:16, 51:16, 51:21, 51:23, 52:17, 52:21, 52:23, 53:2, 53:5, 53:11, 53:14, 53:18, 54:2, 54:11, 55:3, 56:5, 56:15, 57:1, 57:9, 57:14, 58:1, 58:4, 58:19, 58:23, 59:14, 60:7, 60:18, 61:12, 61:15, 61:17, 61:20, 61:24, 62:2, 62:7, 62:11, 62:13, 63:1, 63:3, 63:5, 63:10, 63:16, 63:24, 64:3, 64:14, 64:20, 65:1, 65:5, 65:16, 66:24, 67:2, 67:11, 68:3, 68:11, 69:3, 69:10, 69:17, 70:2, 70:15, 70:19
COURT'S [1] - 14:1
Court's [9] - 26:10, 26:16, 48:9, 48:12, 48:23, 62:3, 67:17, 69:25, 70:11
court-ordered [1] - 39:5
COURT-ORDERED [1] - 11:13
COURT......... [1] - 10:23
courthouse [1] - 69:6
cover [1] - 63:20
covered [1] - 63:19
creativeness [1] - 31:20
creativity [1] - 31:20

creator [1] - 66:7
credit [2] - 62:17, 62:20
critical [1] - 49:21
CROOK [1] - 12:22
crook [4] - 56:8, 56:9, 56:20, 57:5
Crook [1] - 51:5
crook's [2] - 56:18, 61:4
CROOK'S [2] - 13:4, 13:9
Crook's [1] - 56:25
crooks [2] - 54:21, 55:6
Crooks [1] - 55:25
CROSS [1] - 12:20
cross [1] - 54:25
CROSS-DESIGNATED [1] - 12:20
cross-designated [1] - 54:25
CRR [2] - 7:14, 71:16
crunk [3] - 15:16, 15:19
crunking [1] - 15:17
crystallized [1] - 23:15
CSI [2] - 13:3, 56:24
Cudd [2] - 25:9, 25:22
CUDD [2] - 9:19, 9:22
current [1] - 64:2
CURRENT [1] - 13:14
CUSTODIAL [1] - 8:7
custodial [1] - 17:20
cuts [1] - 29:12

**D**

DALLAS [1] - 4:21, 7:9
DARDEN [1] - 5:13
Dat [4] - 62:8, 62:9
date [9] - 15:21, 17:16, 29:22, 29:23, 31:5, 43:23, 69:23, 69:24, 70:1
DATE [4] - 8:6, 11:25, 13:24, 13:25
DATE...................... [1] - 10:10
DATE..................... [1] - 14:2
dates [6] - 25:14, 27:1, 34:22, 49:10, 49:14, 61:5
Daubert [17] - 39:5, 39:9, 39:10, 39:20, 39:23, 40:5, 40:7,

40:17, 40:18, 40:22, 41:11, 43:6, 43:19, 43:23, 47:6, 47:15, 48:10
DAUBERT [5] - 11:13, 11:14, 11:20, 11:25, 12:8
David [5] - 37:13, 37:25, 38:15, 64:1
days [6] - 49:21, 49:22, 50:10, 51:15, 54:3, 55:2
DC [3] - 3:24, 5:10, 51:11
deadline [10] - 18:12, 18:15, 33:1, 39:5, 39:10, 40:7, 40:22, 41:23, 48:19, 64:2
DEADLINE [2] - 11:13, 11:17
DEADLINE................. .. [1] - 13:14
DEADLINE................ ............. [1] - 12:9
DEADLINE................ ................... [1] - 9:1
deadlines [2] - 43:6, 51:5
DEADLINES [1] - 11:20
deal [1] - 31:3
DEALING [1] - 11:6
dealing [1] - 38:9
deals [1] - 52:5
DEBORAH [1] - 5:5
December [2] - 18:2, 18:8
DECEMBER [1] - 8:22
decent [2] - 62:21, 62:22
decide [5] - 20:12, 39:12, 46:21, 56:2, 56:6
deciding [1] - 20:1
decision [1] - 36:12
deems [1] - 51:14
DEEPWATER [3] - 1:4, 4:4, 4:5
Deepwater [1] - 54:18
DEFAULT [1] - 12:18
default [6] - 50:13, 53:17, 53:19, 54:3, 54:10, 67:16
defendants [4] - 29:14, 48:12, 48:19, 62:24
defending [1] - 51:10
defense [1] - 45:9
defer [1] - 66:23
definitely [1] - 48:10

delay [1] - 51:1
delete [1] - 27:14
demanding [1] - 25:12
demonstrative [4] - 64:24, 67:8, 67:13, 69:2
demonstratives [8] - 63:23, 63:24, 64:13, 64:17, 65:5, 65:6, 66:21, 68:13
Demonstratives [1] - 63:25
DEMONSTRATIVES.. ......................... [1] - 13:15
DEMONSTRATIVES.. ............................ [1] - 13:19
DEMONSTRATIVES.. ............................ [1] - 13:13
DENNIS [1] - 6:12
depart [1] - 62:6
DEPARTMENT [1] - 2:18
depo [1] - 51:10
deposed [5] - 25:20, 57:18, 57:19, 57:22, 58:14
DEPOSITION [4] - 9:8, 12:13, 12:24, 13:4
deposition [21] - 17:16, 19:4, 21:24, 49:8, 49:15, 49:16, 50:9, 50:16, 50:18, 54:21, 55:7, 55:10, 55:16, 55:17, 56:1, 56:18, 56:25, 57:3, 57:6, 61:4
DEPOSITION.......... [1] - 13:5
DEPOSITION............. .................... [1] - 13:9
DEPOSITION............. ............................ [1] - 12:23
depositions [2] - 25:17, 26:3
description [1] - 69:5
DESIGN [1] - 11:7
design [2] - 38:9, 38:12
designate [1] - 51:15
designated [2] - 26:23, 54:25
DESIGNATED [1] - 12:20
destruction [1] - 27:16

**detail** [2] - 34:18, 63:15
**detail-oriented** [1] - 34:18
**details** [2] - 34:14, 34:19
**deteriorated** [1] - 15:12
**determinations** [1] - 52:8
**determine** [1] - 32:5
**DEXTER** [1] - 2:25
**dibs** [1] - 66:7
**difference** [1] - 30:2
**differences** [1] - 68:23
**DIFFERENT** [1] - 10:10
**different** [6] - 23:25, 29:14, 29:22, 38:14, 44:15, 44:16
**Different** [1] - 24:1
**digest** [1] - 17:17
**diligently** [1] - 17:22
**direction** [1] - 44:16
**directly** [4] - 51:24, 51:25, 52:1, 52:2
**disagree** [1] - 48:6
**disclosed** [1] - 58:13
**discovery** [6] - 22:17, 22:18, 26:9, 30:12, 63:6, 63:13
**DISCOVERY** [3] - 1:12, 9:24, 13:12
**discretion** [1] - 60:22
**discuss** [5] - 22:21, 27:21, 63:15, 63:21, 67:18
**discussed** [2] - 26:1, 37:15
**discussion** [7] - 19:3, 19:10, 19:12, 22:23, 24:12, 24:14, 29:20
**DISCUSSION** [1] - 9:16
**discussions** [2] - 29:11, 63:13
**DISPUTE** [1] - 10:3
**dispute** [2] - 24:19, 27:17
**disqualified** [1] - 56:24
**DISQUALIFIED** [1] - 13:3
**distinction** [1] - 30:2
**District** [3] - 71:6, 71:17
**DISTRICT** [2] - 1:1, 1:1
**dividing** [1] - 28:8
**DIVISION** [1] - 2:19
**DNV** [2] - 10:1, 27:8

**DO** [3] - 10:7, 11:9, 12:21
**doable** [1] - 30:11
**docket** [1] - 26:19
**DOCUMENT** [1] - 1:9
**document** [1] - 30:16
**documents** [11] - 16:21, 17:7, 17:9, 17:11, 17:18, 18:1, 19:7, 19:9, 30:14, 33:11, 33:14
**DOCUMENTS** [2] - 8:13, 8:22
**DOCUMENTS............ ...** [1] - 8:12
**DOI** [2] - 9:2, 18:14
**DOING** [1] - 8:21
**DOJ** [2] - 16:23, 21:5
**DOMENGEAUX** [1] - 1:17
**DOMINION** [1] - 2:15
**DON** [1] - 3:13
**Don** [9] - 37:18, 37:23, 37:24, 39:15, 49:2, 52:23, 61:17, 61:19, 61:20
**Don's** [1] - 47:22
**DON'T** [1] - 12:21
**DONALD** [2] - 4:19, 11:1
**Donald** [1] - 37:6
**done** [9] - 18:3, 25:13, 27:13, 35:1, 48:12, 55:16, 61:9, 61:11
**double** [2] - 52:12, 52:15
**doubt** [1] - 60:1
**DOUGLAS** [1] - 3:4
**down** [31] - 19:16, 22:6, 22:8, 22:24, 26:8, 31:18, 31:22, 36:17, 37:2, 37:7, 37:8, 37:14, 38:2, 38:5, 38:8, 38:11, 38:12, 39:8, 39:15, 39:23, 40:11, 40:18, 40:23, 41:6, 43:9, 43:22, 48:3, 48:7, 60:16, 60:21
**DOWN** [5] - 9:10, 10:25, 11:3, 11:4, 11:6
**DOWN...................... .....** [1] - 11:24
**draft** [2] - 22:4, 23:9
**drafting** [1] - 18:20
**DRAFTSMANSHIP** [1] - 10:14
**draftsmanship** [2] - 30:23, 31:13

**dramatic** [1] - 57:24
**dramatically** [1] - 15:13
**DRC** [1] - 7:3
**DRESCHER** [1] - 2:14
**DRIL** [1] - 6:11
**DRIL-QUIP** [1] - 6:11
**drill** [1] - 15:22
**DRILL** [1] - 8:7
**DRILLING** [1] - 4:4
**DRIVE** [1] - 7:6
**due** [8] - 40:1, 47:16, 47:20, 49:8, 51:2, 68:6, 69:23
**DUE** [1] - 13:18
**DUE.........** [1] - 13:24
**Duffy** [3] - 27:5, 47:3, 62:15
**DUFFY** [16] - 3:18, 27:5, 27:7, 27:12, 27:15, 27:21, 27:25, 29:12, 47:3, 47:5, 47:9, 47:23, 62:17, 62:19, 63:2, 63:4
**DUPRE** [1] - 7:4
**during** [1] - 49:9

# E

**E&P** [1] - 5:4
**e-mail** [7] - 24:24, 27:8, 27:14, 53:7, 56:12, 69:16, 69:25
**E-MAIL** [3] - 12:17, 13:22, 14:1
**e-mails** [1] - 18:22
**early** [4] - 19:12, 21:4, 22:21, 23:13
**EASTERN** [1] - 1:1
**Eastern** [1] - 71:6
**edits** [2] - 32:11, 34:9
**EDWARD** [1] - 5:17
**EDWARDS** [1] - 1:17
**effort** [1] - 17:25
**efforts** [1] - 17:9
**EFFORTS.................. ...........** [1] - 8:15
**eight** [2] - 20:10
**EITHER** [1] - 13:4
**either** [3] - 17:16, 46:9, 57:2
**electronic** [4] - 60:15, 60:17, 64:15, 65:6
**electronically** [7] - 59:5, 64:16, 64:17, 65:23, 66:1, 66:7, 66:16
**ELLIS** [2] - 3:16, 3:22
**ELM** [1] - 4:21

**embrace** [1] - 65:24
**EMERGENCY** [1] - 7:3
**employee** [1] - 45:6
**encourage** [1] - 20:15
**end** [3] - 19:20, 37:16, 55:11
**ended** [1] - 25:9
**ENERGY** [2] - 4:6, 4:18
**engage** [1] - 33:16
**Englebert** [1] - 16:1
**ENGLEBERT'S** [1] - 8:8
**Englebert's** [1] - 16:15
**enjoyed** [1] - 61:22
**entertain** [1] - 64:10
**entire** [2] - 48:19, 54:17
**ENTIRE** [1] - 12:9
**ENTIRETY** [1] - 11:6
**entirety** [2] - 38:4, 38:9
**entitled** [1] - 71:9
**entries** [2] - 20:10, 20:11
**EOP** [2] - 8:25, 18:10
**especially** [1] - 43:15
**ESQUIRE** [45] - 1:18, 1:21, 1:24, 2:3, 2:7, 2:11, 2:15, 2:19, 2:20, 2:24, 2:24, 3:4, 3:13, 3:17, 3:17, 3:18, 3:18, 3:19, 3:19, 3:23, 3:23, 4:6, 4:10, 4:14, 4:14, 4:15, 4:19, 4:19, 4:20, 4:23, 5:5, 5:9, 5:9, 5:14, 5:17, 5:21, 6:8, 6:12, 6:16, 6:20, 7:4, 7:4, 7:5, 7:8, 7:12
**etcetera** [2] - 26:15, 34:4
**event** [1] - 34:7
**events** [2] - 34:6, 50:7
**EVERYBODY** [1] - 12:2
**evidence** [3] - 27:16, 36:5, 69:4
**exactly** [3] - 22:9, 36:25, 47:23
**EXACTLY** [1] - 9:10
**example** [4] - 39:14, 64:21, 68:15, 68:21
**examples** [2] - 64:23, 68:21
**exceed** [1] - 21:13
**exception** [2] - 30:18, 69:16
**EXCEPTION** [1] -

13:21
**exchange** [3] - 64:13, 64:25, 67:9
**EXCHANGE** [1] - 13:15
**exchanged** [1] - 69:20
**exclude** [1] - 36:4
**excuse** [1] - 24:2
**excused** [2] - 62:5, 62:7
**EXHIBIT** [1] - 13:23
**exhibit** [7] - 59:21, 60:13, 60:19, 61:6, 69:2, 69:19, 69:20
**exhibits** [13] - 59:1, 59:2, 59:4, 59:6, 59:9, 59:18, 59:21, 59:23, 59:25, 60:5, 60:17, 67:13, 70:10
**EXPECT** [1] - 8:23
**expect** [3] - 18:6, 28:13, 57:18
**expectations** [1] - 21:13
**expected** [1] - 44:15
**expeditious** [1] - 20:16
**expeditiously** [1] - 21:7
**expert** [16] - 38:3, 38:6, 39:3, 39:22, 43:1, 43:8, 43:17, 48:3, 48:6, 54:21, 54:23, 54:24, 55:19, 58:24, 58:25, 59:10
**EXPERT** [7] - 11:3, 11:5, 11:11, 11:22, 12:19, 13:8
**expert's** [1] - 59:19
**experts** [13] - 37:3, 38:23, 39:8, 39:12, 40:2, 40:5, 40:10, 40:18, 40:23, 43:22, 43:24, 52:9
**EXPERTS** [1] - 11:24
**EXPERTS.....** [1] - 11:25
**EXPERTS.................. .............** [1] - 11:10
**EXPERTS.................. .............** [1] - 10:25
**EXPLORATION** [1] - 3:10
**EXTEND** [1] - 12:9
**extend** [3] - 39:10, 40:11, 48:19
**extended** [2] - 41:12, 43:7
**EXTENDED** [2] - 11:14, 11:21

**extension** [8] - 19:21, 41:3, 43:8, 43:15, 44:2, 44:8, 64:6, 65:8
**EXTENSION** [2] - 9:4, 13:16
**EXTENSION........** [1] - 11:22
**extensive** [3] - 20:8, 33:3, 33:11
**EXTENT** [2] - 11:8, 11:20
**extent** [4] - 38:21, 39:7, 43:6, 65:24
**extraordinarily** [1] - 17:3

## F

**F-R-I-G-A-A-R-D** [1] - 38:3
**fabulous** [1] - 66:24
**face** [1] - 61:22
**fact** [5] - 31:23, 32:4, 50:12, 52:7, 53:16
**FACT** [1] - 12:18
**factor** [1] - 61:16
**facts** [4] - 30:24, 31:17, 32:7, 32:9
**factual** [4] - 31:2, 31:8, 52:7, 52:10
**factually** [1] - 31:1
**fair** [3] - 27:4, 47:19, 64:7
**fairly** [1] - 22:19
**fairness** [1] - 34:25
**faith** [1] - 55:17
**fall** [4] - 28:14, 30:21, 31:12, 58:7
**false** [1] - 33:4
**fancy** [1] - 66:6
**FANNIN** [1] - 4:10
**FAR** [1] - 10:7
**far** [3] - 28:11, 33:14, 34:17
**fast** [2] - 15:12, 15:13
**fault** [4] - 33:4, 55:14, 55:22, 56:3
**favor** [1] - 31:18
**FEBRUARY** [1] - 13:14
**February** [15] - 22:20, 22:25, 26:12, 26:13, 26:14, 26:20, 49:9, 51:6, 51:7, 51:13, 52:24, 53:3, 55:11, 64:2, 65:11
**FEBRUARY...............
......** [1] - 13:16

**FEDERAL** [1] - 2:18
**few** [8] - 19:16, 23:8, 29:1, 31:25, 33:23, 60:2, 62:24, 67:22
**field** [2] - 31:18, 31:22
**FIFTEENTH** [1] - 3:24
**Fifth** [3] - 49:7, 49:12, 50:22
**FIFTH** [3] - 6:9, 12:10, 12:14
**figure** [1] - 26:13
**FILE** [1] - 11:17
**file** [7] - 35:23, 36:3, 40:18, 41:24, 43:18, 47:10, 55:24
**FILED** [2] - 11:18, 11:21
**filed** [8] - 36:2, 36:4, 36:22, 40:6, 40:17, 41:24, 43:7, 55:19
**files** [1] - 17:21
**FILES...............** [1] - 8:19
**FILING** [1] - 10:24
**filing** [3] - 36:13, 36:14, 48:18
**fill** [1] - 60:20
**final** [1] - 22:12
**finally** [1] - 56:11
**FINANCIAL** [1] - 6:7
**FIND** [1] - 12:22
**fine** [16] - 32:16, 34:21, 36:8, 36:17, 37:14, 40:12, 42:7, 44:12, 46:23, 47:1, 47:14, 49:23, 52:25, 53:7, 66:3, 66:22
**FINE..........................
.................** [1] - 11:19
**FINN** [1] - 5:13
**FIRM** [2] - 1:24, 7:8
**FIRMS** [1] - 13:2
**firms** [1] - 56:23
**first** [16] - 24:14, 28:23, 49:9, 49:23, 50:2, 51:6, 51:7, 51:13, 52:23, 53:2, 53:3, 55:11, 57:15, 65:16, 65:18, 66:7
**Fitch** [2] - 25:4, 29:9
**FITCH** [6] - 5:9, 25:4, 25:6, 26:6, 29:5, 29:9
**fits** [2] - 54:22, 65:4
**five** [4] - 44:12, 44:23, 45:15, 45:16
**FL** [1] - 2:8
**flag** [1] - 22:8
**FLAG** [1] - 9:9
**FLANAGAN** [1] - 7:3

**FLANDERS** [1] - 5:17
**float** [1] - 65:10
**FLOOR** [3] - 2:21, 4:6, 6:13
**floor** [2] - 69:8, 69:10
**flow** [1] - 28:5
**FLOW..............** [1] - 10:6
**flowback** [1] - 52:3
**fluid** [1] - 52:2
**foam** [1] - 68:22
**focus** [1] - 56:7
**fold** [1] - 25:1
**folks** [2] - 50:22, 59:15
**follow** [1] - 20:12
**follow-up** [1] - 20:12
**FOLLOWING** [1] - 14:7
**following** [2] - 40:19, 70:22
**football** [2] - 31:22, 32:10
**FOR** [30] - 1:17, 1:24, 2:18, 2:23, 3:3, 3:7, 4:3, 4:13, 4:18, 5:3, 5:12, 5:21, 6:3, 6:11, 6:15, 6:19, 7:3, 7:8, 8:22, 8:24, 9:4, 9:11, 11:1, 11:25, 12:3, 12:12, 12:18, 12:21, 13:20, 14:6
**foregoing** [1] - 71:7
**foreseeable** [1] - 48:16
**formal** [1] - 25:12
**former** [1] - 45:6
**forth** [2] - 21:10, 44:21
**forum** [1] - 22:22
**forward** [4] - 18:3, 24:17, 24:22, 26:20
**four** [1] - 55:20
**fourth** [2] - 69:8, 69:10
**FRANCISCO** [1] - 2:7
**Francisco** [1] - 62:4
**frankly** [1] - 44:16
**FRIDAY** [2] - 1:7, 15:2
**Friday** [2] - 40:1, 40:18
**Frigaard** [4] - 38:3, 38:13, 39:16, 39:20
**FRIGAARD..** [1] - 11:3
**FRILOT** [1] - 4:5
**FROM** [2] - 10:5, 13:3
**front** [2] - 36:11, 36:12
**full** [1] - 22:24
**fully** [1] - 69:18
**FURTHER** [1] - 14:3
**fussing** [1] - 48:11
**future** [1] - 18:6,

48:16, 48:22

## G

**Gagliano** [10] - 49:5, 49:12, 50:1, 50:7, 50:25, 51:10, 51:21, 54:22, 56:1, 57:25
**GAGLIANO** [3] - 12:10, 12:12, 12:14
**Gagliano's** [3] - 50:20, 51:19, 55:10
**GAGLIANO'S** [1] - 12:24
**gallons** [1] - 28:18
**game** [1] - 62:4
**games** [1] - 45:25
**gaps** [1] - 33:17
**Gasaway** [2] - 19:2, 23:5
**GASAWAY** [12] - 3:23, 19:1, 19:13, 19:19, 19:23, 20:15, 21:11, 21:20, 21:22, 22:2, 22:12, 23:21
**Gasaway's** [1] - 23:17
**GATE** [1] - 2:20
**GAWN** [1] - 42:17
**gears** [1] - 18:10
**general** [4] - 25:23, 26:22, 41:3, 43:15
**GENERAL'S** [1] - 6:7
**generally** [2] - 17:8, 36:7
**GENERALLY** [1] - 8:14
**GET** [1] - 10:18
**GETS** [1] - 12:2
**GIVE** [1] - 14:3
**given** [9] - 20:4, 26:2, 26:15, 48:9, 49:11, 50:6, 55:17, 59:19, 64:16
**glad** [1] - 56:5
**gleaned** [1] - 19:8
**Glen** [4] - 54:24, 54:25, 55:15, 56:1
**GLEN** [2] - 12:19, 12:20
**Glen's** [1] - 55:12
**GLEN'S** [1] - 12:24
**GO** [2] - 8:6, 8:10
**GO..............................
....** [1] - 10:7
**GODFREY** [1] - 3:17
**GODWIN** [34] - 4:18, 4:19, 4:23, 37:10, 37:13, 37:16, 37:19, 37:22, 37:24, 38:19,

38:25, 45:10, 45:21, 47:1, 47:25, 48:25, 49:3, 49:19, 50:3, 50:5, 50:19, 52:25, 53:4, 53:6, 53:13, 54:1, 54:4, 56:17, 57:2, 61:16, 61:22, 62:1, 65:14, 68:17
**Godwin** [2] - 37:24, 52:14
**GOING** [3] - 8:6, 12:22, 13:24
**GOLDEN** [1] - 2:20
**gonna** [1] - 62:10
**GOOD** [2] - 10:8, 12:4
**GOTSHAL** [1] - 6:8
**governed** [2] - 34:3, 50:13
**governing** [1] - 34:5
**government** [1] - 30:15
**GOVERNMENT** [1] - 2:18
**gracious** [1] - 30:5
**great** [8] - 21:11, 21:21, 24:9, 28:1, 34:11, 35:3, 36:18, 60:7
**greater** [1] - 63:15
**group** [3] - 16:10, 36:1, 45:9
**GUARD** [2] - 8:12, 8:20
**Guard** [4] - 16:21, 17:21, 17:22, 17:24
**guess** [10] - 18:10, 35:25, 36:1, 36:6, 36:19, 42:25, 48:15, 49:22, 58:18, 68:9
**GULF** [1] - 1:5
**Gulf** [1] - 29:24
**gut** [1] - 44:23
**guys** [6] - 15:11, 19:6, 23:22, 48:20, 58:23, 62:2

## H

**halfway** [1] - 48:4
**Hall** [1] - 62:5
**HALL** [1] - 4:15
**Halliburton** [11] - 29:18, 29:22, 37:24, 38:5, 38:11, 45:10, 51:22, 55:8, 56:20, 60:9, 65:14
**HALLIBURTON** [2] - 4:18, 11:4
**Halliburton's** [1] -

47:1
**HALLIBURTON.........**
........................ [1] -
10:9
**hand** [2] - 36:9, 48:18
**handle** [1] - 53:18
**Hanger** [1] - 16:23
**hanger** [2] - 20:4, 20:16
**HANGER** [8] - 7:12, 15:9, 16:22, 16:25, 17:7, 18:18, 19:5, 21:8
**happy** [8] - 28:19, 29:15, 35:2, 35:6, 35:7, 47:10, 47:20, 61:7
**hard** [2] - 35:1, 54:23
**harder** [1] - 28:15
**harms** [1] - 48:20
**HAS** [1] - 12:20
**hat** [2] - 30:16, 30:17
**hate** [2] - 47:5, 62:14
**HAVE** [4] - 9:23, 10:3, 11:20, 12:21
**haw** [1] - 44:25
**HAYCRAFT** [1] - 3:13
**HB406** [1] - 7:15
**HE'S** [1] - 12:22
**hear** [7] - 15:8, 15:17, 26:21, 29:7, 29:8, 29:15, 37:20
**HEARD** [1] - 1:12
**heard** [1] - 50:2
**hearing** [3] - 24:14, 28:23, 60:15
**hearings** [1] - 68:21
**HEARSAY** [1] - 13:21
**hearsay** [1] - 69:15
**heart** [1] - 47:8
**hello** [3] - 16:25, 24:5, 24:6
**help** [1] - 46:2
**helpful** [3] - 19:25, 23:20, 38:24
**hem** [1] - 44:25
**hereby** [2] - 50:15, 71:7
**HERMAN** [3] - 1:21, 1:21
**Herman** [1] - 63:13
**hesitation** [1] - 66:15
**HIM** [1] - 13:5
**Himmelhoch** [1] - 22:16
**himself** [1] - 49:7
**HIMSELF** [1] - 12:12
**HIS** [2] - 12:10, 12:25
**hit** [1] - 17:10

**hits** [1] - 43:17
**HOLDINGS** [3] - 3:11, 4:3, 6:4
**hole** [1] - 51:25
**holiday** [3] - 42:1, 42:5, 51:4
**honest** [1] - 18:12
**Honor** [69] - 15:9, 16:8, 16:11, 16:22, 19:15, 19:20, 21:12, 22:8, 22:12, 23:3, 23:21, 23:24, 24:2, 24:6, 24:8, 25:2, 26:7, 27:5, 28:22, 30:21, 32:13, 34:12, 35:5, 35:11, 35:14, 35:22, 36:15, 37:19, 38:5, 38:16, 39:2, 39:12, 41:2, 41:21, 42:10, 42:12, 42:19, 42:22, 43:1, 43:25, 44:7, 45:10, 46:15, 46:23, 47:3, 49:3, 49:7, 52:19, 52:22, 53:25, 54:5, 54:6, 54:13, 54:20, 55:2, 56:11, 57:4, 57:12, 58:2, 59:12, 62:3, 62:19, 63:8, 63:15, 64:19, 65:12, 67:20, 68:19, 69:14
**HONOR'S** [1] - 11:2
**Honor's** [1] - 38:2
**HONORABLE** [1] - 1:12
**hope** [5] - 15:17, 18:2, 21:4, 37:4, 63:14
**hopeful** [2] - 26:12, 33:20
**hopefully** [4] - 21:14, 23:14, 60:2, 62:24
**Horizon** [1] - 54:18
**HORIZON** [1] - 1:4
**Houck** [1] - 19:4
**Houck's** [1] - 17:20
**HOUCK'S** [1] - 8:19
**hours** [2] - 24:9, 33:8
**house** [1] - 25:23
**HOUSTON** [6] - 2:4, 4:11, 4:24, 5:22, 6:13, 7:10
**HOW** [1] - 10:7
**hundreds** [2] - 59:20
**hyperlink** [3] - 59:5, 59:17, 59:23
**hyperlinking** [1] - 59:18

**I**

**idea** [5] - 65:10, 65:11, 65:24, 66:15, 67:23
**identified** [1] - 17:21
**IF** [2] - 8:10, 14:4
**iffy** [1] - 30:12
**IL** [1] - 3:20
**immediately** [1] - 32:5
**impact** [2] - 52:2, 52:7
**impacts** [1] - 37:5
**important** [7] - 20:5, 51:3, 60:14, 60:19, 60:24
**impose** [1] - 70:5
**IMPOSE** [1] - 14:3
**impossible** [1] - 66:20
**IMPREVENTO** [1] - 2:14
**improvement** [1] - 28:1
**IN** [16] - 1:4, 1:5, 8:22, 9:16, 9:24, 10:20, 10:23, 11:3, 11:4, 11:6, 11:7, 12:13, 12:23, 13:4
**in-house** [1] - 25:23
**inbox** [2] - 20:20
**INC** [15] - 3:7, 3:8, 3:9, 3:10, 3:12, 4:4, 4:5, 4:18, 6:3, 6:4, 6:5, 6:6, 6:7, 6:8, 6:12
**inclined** [1] - 29:2, 46:13
**include** [2] - 40:2, 60:14
**included** [1] - 24:12
**INCLUDED** [1] - 9:15
**incorporate** [1] - 70:11
**indication** [1] - 40:25
**industry** [1] - 28:9
**inform** [1] - 49:5
**information** [1] - 18:8
**INFORMATION.........**
[1] - 8:24
**informed** [2] - 49:6, 50:24
**inspection** [2] - 69:6, 69:11
**INSPECTION** [1] -
13:20
**instance** [3] - 30:15, 34:1, 39:15
**instances** [2] - 28:3, 28:13
**instead** [1] - 42:6
**instruct** [1] - 61:1
**instructed** [1] - 60:11

**intellectual** [1] - 66:18
**intend** [2] - 36:24, 39:6
**intended** [1] - 58:13
**interest** [2] - 25:16, 26:3
**INTERESTED** [1] -
9:24
**interested** [1] - 26:8
**interests** [1] - 24:13
**INTERESTS** [2] - 2:18, 2:23
**INTERNATIONAL** [2] -
4:13, 6:7
**interrupt** [2] - 49:18, 51:17
**intimately** [1] - 34:14
**inundated** [1] - 59:16
**invaluable** [1] - 26:17
**involve** [1] - 35:11
**INVOLVED** [1] - 13:2
**involved** [7] - 33:10, 33:18, 34:14, 34:20, 50:7, 56:23, 58:15
**involvement** [1] -
25:25
**INVOLVEMENT.........**
...................... [1] -
9:23
**IRPINO** [1] - 1:24, 1:24
**IS** [10] - 8:6, 9:11, 9:24, 10:2, 10:21, 10:24, 12:19, 13:14, 14:6
**ISSUE** [2] - 9:7, 14:4
**issue** [28] - 16:19, 19:14, 21:24, 25:21, 27:19, 27:22, 28:11, 29:12, 30:23, 35:18, 37:2, 39:3, 39:7, 43:2, 47:22, 48:17, 54:20, 54:23, 57:10, 57:12, 58:24, 59:1, 61:2, 65:7, 67:18, 70:4, 70:6
**ISSUE..............**
............ [1] - 9:21
**ISSUE..............**
............ [2] - 10:14, 13:8
**ISSUE..............**
............... [1] - 10:4
**issued** [1] - 69:15
**issues** [10] - 20:2, 20:4, 20:6, 23:9, 23:14, 23:15, 26:16, 63:7, 63:13, 63:22
**ISSUES..............**
........ [1] - 13:12
**IT..............**

............ [1] - 14:5
**item** [1] - 27:22
**ITEMS** [1] - 8:3
**items** [1] - 19:16
**ITS** [2] - 11:3, 11:6

**J**

**JACKSON** [1] - 6:12
**JAKOLA** [1] - 3:19
**JAMES** [2] - 1:18, 5:21
**January** [8] - 18:1, 18:12, 18:15, 32:20, 39:11, 40:13, 50:16, 51:2, 51:8, 51:11, 52:21, 52:25, 53:4, 55:11, 69:24, 69:25, 70:22
**JANUARY** [8] - 1:7, 8:21, 9:1, 10:18, 13:25, 14:1, 14:7, 15:2
**JEFFERSON** [1] -
1:19
**JEFFREY** [1] - 2:15
**JENNY** [1] - 4:19
**Jesse** [5] - 49:5, 49:6, 54:22, 61:14, 61:17
**JESSE** [1] - 2:10
**Jimmy** [16] - 16:2, 16:3, 27:4, 29:20, 30:13, 30:20, 33:13, 33:23, 36:16, 48:15, 50:19, 51:8, 51:16, 52:17, 53:13, 67:2
**JIMMY** [1] - 2:3
**JONES** [1] - 6:20
**Josh** [1] - 49:6
**JR** [1] - 6:12
**judge** [8] - 37:25, 43:18, 45:21, 48:1, 48:25, 50:19, 56:17, 60:14
**Judge** [40] - 25:4, 27:3, 33:22, 35:25, 36:8, 36:19, 37:11, 37:16, 37:22, 38:20, 39:1, 39:12, 43:16, 44:19, 46:10, 47:2, 47:25, 48:15, 48:21, 49:3, 49:4, 49:13, 51:9, 53:1, 53:7, 54:1, 54:4, 56:13, 56:16, 57:8, 59:9, 60:20, 61:23, 62:12, 65:14, 68:18, 70:2, 70:8, 70:18, 70:22
**JUDGE** [3] - 1:13, 10:23, 14:7

**judicious** [1] - 60:25
**jury** [2] - 69:8, 69:10
**Justice** [1] - 18:2
**JUSTICE** [2] - 2:18, 8:22

# K

**KANNER** [1] - 3:3
**KATIE** [1] - 3:19
**KATRINE** [1] - 3:19
**KATZ** [1] - 1:21
**KAWN** [1] - 42:17
**keep** [5] - 29:19, 29:24, 43:23, 55:2, 62:25
**KEEP** [1] - 11:25
**KEITH** [1] - 4:15
**Keith** [1] - 62:5
**Kerry** [2] - 57:23, 68:10
**KERRY** [1] - 4:6
**kind** [10] - 17:17, 24:10, 30:4, 30:12, 30:24, 31:7, 31:8, 45:8, 48:2, 64:8
**kinds** [1] - 64:23
**KIRBY** [1] - 5:9
**KIRKLAND** [2] - 3:16, 3:22
**knowledge** [2] - 17:4, 36:21
**knows** [2] - 15:24, 49:25
**KORETZKY** [1] - 5:13
**KRAUS** [1] - 3:4
**KUCHLER** [4] - 5:4, 5:5, 15:15, 15:17
**KULLMAN** [1] - 2:10
**KY** [1] - 5:9

# L

**L.L.C** [1] - 5:21
**L.P** [1] - 6:20
**LA** [13] - 1:19, 1:22, 1:25, 2:12, 3:5, 3:15, 4:7, 4:16, 5:6, 5:15, 6:22, 7:6, 7:15
**lack** [1] - 26:2
**LAFAYETTE** [1] - 1:19
**LAMAR** [1] - 4:24
**Langan** [2] - 27:17, 32:14
**LANGAN** [66] - 3:17, 32:13, 32:23, 32:25, 34:11, 35:4, 35:9, 35:14, 35:22, 35:25,

36:6, 36:13, 36:15, 37:7, 39:2, 39:17, 39:19, 39:22, 40:3, 40:7, 40:10, 40:13, 40:15, 40:20, 41:2, 41:7, 41:15, 41:18, 42:22, 43:13, 44:5, 44:11, 45:3, 45:11, 45:13, 45:15, 45:18, 46:4, 46:7, 46:12, 46:15, 46:20, 53:23, 54:5, 54:8, 57:12, 57:15, 58:2, 58:8, 58:12, 58:21, 61:9, 61:14, 61:19, 63:23, 63:25, 64:4, 65:4, 65:9, 65:20, 66:14, 67:10, 67:15, 67:20, 68:7, 68:9
**language** [7] - 22:9, 27:12, 27:25, 28:19, 29:13, 30:24, 44:19
**LANGUAGE** [3] - 9:10, 10:2, 10:5
**large** [1] - 28:13
**largely** [1] - 32:12
**LASALLE** [1] - 3:20
**last** [11] - 15:11, 16:15, 18:18, 19:16, 22:16, 32:15, 32:19, 44:5, 44:14, 57:12, 61:2
**LAST** [1] - 8:8
**late** [1] - 20:21
**latest** [1] - 69:20
**Laurie** [1] - 25:18
**law** [3] - 34:2, 34:5, 56:23
**LAW** [3] - 1:24, 7:8, 13:2
**lawyers** [3] - 52:15, 56:22, 56:23
**LAWYERS** [2] - 13:1
**leading** [1] - 40:20
**learn** [1] - 50:20
**learned** [1] - 50:3
**least** [7] - 29:5, 29:10, 34:17, 52:9, 54:13, 62:21
**leave** [4] - 43:1, 48:25, 53:9, 60:22
**leaves** [1] - 55:8
**LEE** [1] - 6:12
**left** [1] - 54:14
**LEGAL** [1] - 10:17
**legal** [1] - 31:24
**length** [1] - 20:12
**less** [1] - 39:23
**LETTER** [1] - 11:17
**letter** [8] - 22:16,

24:24, 25:19, 27:17, 32:15, 32:17, 41:24
**level** [1] - 31:11
**LEVIN** [1] - 2:6
**LEWIS** [3] - 2:10, 3:12, 5:21
**LEXINGTON** [1] - 6:17
**liability** [1] - 31:18
**LIAISON** [1] - 1:17
**Lieutenant** [1] - 17:20
**LIEUTENANT** [1] - 8:19
**LIFE** [1] - 2:11
**LIKE** [1] - 8:16
**likely** [2] - 17:16, 68:17
**limine** [6] - 35:23, 36:7, 36:22, 42:4, 48:17, 55:18
**LIMINE** [1] - 10:23
**limit** [2] - 28:9, 45:23
**LIMITED** [1] - 3:11
**limited** [3] - 44:6, 44:11, 57:19
**line** [1] - 28:8
**LISKOW** [1] - 3:12
**list** [14] - 20:4, 40:1, 41:1, 41:5, 43:23, 45:8, 46:10, 46:25, 49:4, 57:21, 57:24, 59:21, 61:6
**listed** [1] - 59:21
**lists** [2] - 46:6, 69:20
**LISTS**............................
......... [1] - 12:5
**literally** [4] - 50:8, 50:17, 50:18, 59:20
**live** [9] - 28:19, 45:6, 45:9, 52:17, 52:19, 57:16, 57:18, 58:11, 58:13
**LIVE**............................
... [1] - 13:6
**LLC** [5] - 4:3, 5:13, 6:4, 6:5, 7:3
**log** [2] - 18:11, 52:1
**LOG**............................
.......... [1] - 8:25
**logs** [6] - 19:19, 19:21, 20:2, 20:7, 20:9, 20:12
**LOGS** [2] - 9:4, 9:5
**look** [18] - 21:5, 27:22, 28:14, 28:15, 29:22, 29:23, 41:8, 48:16, 48:21, 53:23, 58:19, 60:1, 60:6, 60:14, 63:18, 68:16, 69:7, 70:5
**LOOK** [3] - 10:4,

10:10, 14:4
**looked** [3] - 30:8, 30:13, 44:18
**looking** [4] - 20:9, 31:25, 64:5, 65:7
**looks** [2] - 30:10, 30:11
**loop** [1] - 25:1
**Louisiana** [2] - 71:5, 71:6
**LOUISIANA** [4] - 1:1, 1:7, 3:3, 5:22
**love** [1] - 33:9
**lowest** [1] - 29:2
**LP** [1] - 5:4
**Lyle** [1] - 63:9

# M

**M-I** [1] - 42:13
**Macondo** [1] - 50:7
**MADE** [1] - 13:20
**MAGAZINE** [1] - 1:25
**MAGISTRATE** [1] - 1:13
**magnitude** [1] - 45:22
**mail** [7] - 24:24, 27:8, 27:14, 53:7, 56:12, 69:16, 69:25
**MAIL** [3] - 12:17, 13:22, 14:1
**mails** [1] - 18:22
**MAJOR** [1] - 4:20
**MAKE** [1] - 12:12
**man** [1] - 26:23
**manage** [1] - 62:25
**MANAGEMENT** [1] - 6:3
**MANGES** [1] - 6:8
**MARCH** [1] - 9:14
**March** [4] - 22:6, 22:15, 22:20, 22:25
**MARINE** [4] - 6:5, 6:6, 6:6, 6:15
**MARK** [1] - 3:18
**Mark** [6] - 24:3, 24:4, 24:7, 69:14, 70:15
**MARTINEZ** [1] - 4:19
**materials** [1] - 61:7
**matter** [2] - 49:14, 71:10
**MAY** [2] - 12:1, 12:6
**may-call** [4] - 44:7, 44:20, 45:24, 46:17
**MAY-CALL** [1] - 12:6
**MAZE** [1] - 2:24
**MCCUTCHEN** [1] - 5:6
**MDL** [2] - 7:8, 49:13
**mean** [13] - 21:8, 33:1,

34:16, 45:3, 45:15, 45:21, 47:9, 49:17, 51:17, 54:9, 64:13, 66:14, 68:9
**meaning** [1] - 48:22
**means** [4] - 26:11, 26:12, 26:18, 28:3
**meantime** [1] - 18:22
**MECHANICAL** [1] - 7:17
**meet** [9] - 18:12, 19:3, 20:18, 22:2, 23:7, 23:13, 34:17, 39:6, 70:3
**MEETING** [1] - 14:6
**meeting** [4] - 15:12, 15:13, 31:5, 70:21
**memo** [1] - 30:17
**mentioned** [2] - 20:16, 41:23
**Merit** [1] - 71:4
**merit** [1] - 43:19
**meritless** [1] - 43:20
**merits** [1] - 48:3
**met** [4] - 18:19, 21:13, 21:14, 51:6
**MEXICO** [1] - 1:5
**MI** [1] - 5:21
**MICHAEL** [2] - 2:19, 3:23
**might** [9] - 39:11, 39:19, 40:11, 40:23, 48:18, 53:24, 66:15, 69:2, 70:17
**Mike** [8] - 54:6, 56:5, 56:19, 59:12, 59:14, 60:7, 63:9, 63:13
**Miller** [1] - 41:2
**MILLER** [17] - 4:6, 32:24, 33:4, 33:22, 34:16, 35:16, 40:16, 40:24, 41:9, 46:23, 58:5, 58:9, 58:15, 58:22, 62:18, 68:5, 68:8
**mind** [6] - 24:24, 32:7, 40:13, 45:17, 63:18, 68:19
**mine** [1] - 34:13
**Mintz** [1] - 25:18
**minutes** [3] - 15:14, 48:14, 61:13
**missed** [1] - 33:1
**MITCHELL** [1] - 2:6
**MITHOFF** [1] - 7:8
**modest** [1] - 40:21
**modification** [1] - 46:3
**MODIFICATION** [1] - 12:3
**modifications** [1] -

30:10
**modify** [1] - 46:10
**MOEX** [4] - 5:12, 10:9, 29:22, 29:25
**moment** [2] - 30:5, 50:24
**momentum** [1] - 65:20
**MONDAY** [1] - 12:16
**Monday** [9] - 19:4, 37:3, 41:23, 42:1, 42:4, 42:6, 51:4, 52:18, 53:5
**MONTGOMERY** [1] - 2:25
**month** [2] - 24:18, 51:8
**months** [1] - 60:2
**MORGAN** [1] - 5:21
**MORNING** [1] - 10:19
**morning** [21] - 15:7, 15:10, 16:22, 16:24, 17:19, 17:23, 25:4, 25:5, 27:5, 27:6, 27:8, 29:17, 29:18, 32:20, 33:19, 37:22, 37:23, 41:20, 41:21, 42:12, 49:5
**most** [1] - 34:9
**motion** [14] - 35:23, 36:2, 36:4, 36:22, 39:20, 39:23, 40:22, 43:6, 43:7, 55:8, 55:18, 56:22, 57:3, 57:7
**MOTION** [3] - 11:20, 11:21, 13:1
**motions** [13] - 36:7, 39:6, 40:5, 40:17, 40:19, 41:11, 42:4, 43:19, 43:20, 47:10, 47:15, 48:18, 48:21
**MOTIONS** [2] - 10:23, 11:14
**MOTIONS..........** [1] - 11:13
**move** [10] - 21:6, 31:21, 36:12, 39:3, 39:9, 42:5, 48:10, 56:17, 57:10, 58:23
**moved** [2] - 28:5, 42:4
**moving** [3] - 18:3, 24:22, 32:10
**MR** [236] - 11:3, 11:5, 11:7, 12:12, 12:14, 12:17, 12:22, 12:24, 13:2, 13:3, 13:4, 13:7, 13:9, 16:3, 16:8, 16:11, 19:1, 19:13, 19:19, 19:23, 20:15, 21:11, 21:20,

21:22, 22:2, 22:12, 23:3, 23:21, 23:24, 24:2, 24:6, 24:8, 24:11, 25:2, 25:4, 25:6, 26:6, 26:7, 27:3, 27:5, 27:7, 27:12, 27:15, 27:21, 27:25, 28:22, 29:4, 29:5, 29:9, 29:12, 29:18, 29:25, 30:18, 32:3, 32:9, 32:13, 32:23, 32:24, 32:25, 33:4, 33:22, 34:11, 34:16, 34:25, 35:4, 35:9, 35:14, 35:16, 35:22, 35:25, 36:6, 36:13, 36:15, 36:19, 36:24, 37:1, 37:7, 37:10, 37:13, 37:16, 37:19, 37:22, 37:24, 38:16, 38:19, 38:21, 38:25, 39:2, 39:17, 39:19, 39:22, 40:3, 40:7, 40:10, 40:13, 40:15, 40:16, 40:20, 40:24, 41:2, 41:7, 41:9, 41:13, 41:15, 41:18, 41:21, 42:3, 42:9, 42:12, 42:18, 42:22, 43:1, 43:4, 43:10, 43:13, 43:18, 43:25, 44:5, 44:11, 45:3, 45:10, 45:11, 45:13, 45:15, 45:18, 45:21, 46:4, 46:7, 46:12, 46:15, 46:20, 46:23, 47:1, 47:3, 47:5, 47:9, 47:23, 47:25, 48:1, 48:23, 48:25, 49:3, 49:17, 49:19, 49:25, 50:3, 50:4, 50:5, 50:6, 50:19, 51:17, 51:22, 51:24, 52:19, 52:22, 52:25, 53:4, 53:6, 53:12, 53:13, 53:15, 53:21, 53:23, 53:25, 54:1, 54:4, 54:5, 54:6, 54:8, 54:13, 55:4, 56:10, 56:11, 56:16, 56:17, 57:2, 57:12, 57:15, 58:2, 58:5, 58:8, 58:9, 58:12, 58:15, 58:21, 58:22, 59:12, 59:15, 60:9, 61:1, 61:9, 61:10, 61:14, 61:16, 61:19, 61:22, 62:1, 62:3, 62:9, 62:12, 62:17, 62:18, 62:19, 63:2, 63:4, 63:23,

63:25, 64:4, 64:19, 64:21, 65:3, 65:4, 65:9, 65:12, 65:14, 65:18, 65:20, 66:13, 66:14, 66:20, 66:25, 67:10, 67:15, 67:17, 67:20, 68:5, 68:7, 68:8, 68:9, 68:17, 68:19, 69:8, 69:14, 69:18, 70:7, 70:18
**MS** [11] - 15:9, 15:15, 15:17, 16:22, 16:25, 17:7, 18:18, 19:5, 21:8, 63:8, 63:11

## N

**N.W** [1] - 3:24
**nail** [1] - 22:6
**nailed** [2] - 22:24, 23:16
**NAILING** [1] - 9:10
**nailing** [1] - 22:8
**narrowing** [1] - 39:7
**Nat** [1] - 23:3
**NATHANIEL** [1] - 2:20
**nature** [1] - 18:4, 33:19
**near** [2] - 18:6, 48:21
**nearly** [1] - 57:24
**necessitate** [1] - 51:11
**NEED** [1] - 8:23
**need** [12] - 18:6, 21:15, 21:17, 22:6, 24:21, 25:13, 26:1, 36:10, 41:16, 42:9, 47:5, 69:12
**needed** [4] - 20:7, 20:13, 36:13, 36:14
**NEEDED** [1] - 10:24
**needs** [2] - 38:21, 47:14
**NEEDS** [1] - 11:8
**never** [4] - 18:4, 59:3, 61:5, 63:18
**New** [2] - 51:12, 68:16
**NEW** [17] - 1:7, 1:22, 1:25, 2:12, 3:5, 3:15, 4:7, 4:16, 5:6, 5:15, 5:18, 6:9, 6:17, 6:22, 7:6, 7:15, 10:5
**new** [2] - 17:15, 27:25
**Newman** [2] - 57:22, 57:24
**NEWMAN.................
............................** [1] - 13:7
**news** [1] - 27:12
**NEXT** [2] - 9:11, 14:6

**next** [15] - 17:16, 19:12, 21:4, 21:8, 22:10, 23:14, 34:22, 35:4, 40:1, 40:18, 42:25, 48:22, 51:3, 63:14, 70:21
**night** [3] - 15:18, 22:16, 32:15
**NIZIALEK** [1] - 5:14
**NO** [4] - 1:6, 9:21, 9:23, 13:17
**NOAA** [2] - 9:2, 18:14
**nobody** [2] - 17:6, 29:8
**NOMELLINI** [8] - 3:18, 23:24, 24:2, 24:6, 69:14, 69:18, 70:7, 70:18
**Nomellini** [1] - 69:14
**NONE** [1] - 11:23
**none** [2] - 43:21, 55:14
**nonelectronic** [1] - 69:1
**nonoperators** [1] - 30:3
**nonpublicly** [1] - 61:6
**nonpublicly-available** [1] - 61:6
**nonsubstantive** [2] - 59:2, 59:7
**NORFOLK** [1] - 2:16
**normal** [2] - 25:19, 46:24
**north** [1] - 42:20
**NORTH** [4] - 3:8, 3:9, 3:11, 3:12
**NOT** [4] - 8:10, 10:24, 12:6, 13:2
**Note** [3] - 31:9, 42:16, 70:21
**notebooks** [1] - 60:12
**nothing** [2] - 31:4, 33:10
**notice** [3] - 22:4, 27:18, 29:13
**NOTICE** [1] - 10:3
**notices** [1] - 25:8
**NOTICES.................
............................** [1] - 9:18
**notify** [1] - 25:13
**NOW** [1] - 12:17
**Number** [2] - 31:2, 34:2
**number** [6] - 44:6, 47:12, 52:7, 52:14, 62:22, 65:7
**numbered** [1] - 71:9
**NW** [1] - 5:10

**NY** [3] - 5:18, 6:9, 6:17

## O

**O'BRIEN'S** [1] - 6:3
**O'KEEFE** [1] - 1:22
**OBJECT** [2] - 11:9, 11:22
**object** [5] - 34:1, 38:22, 40:20, 43:3, 43:8
**objected** [1] - 65:17
**OBJECTION** [2] - 10:17, 13:23
**objection** [4] - 31:24, 65:13, 65:14, 69:19
**objections** [5] - 16:14, 26:4, 30:21, 68:6, 69:23
**OBJECTIONS** [2] - 13:18, 13:24
**OBJECTIONS..........
............................** [1] - 10:12
**objectives** [1] - 26:10
**obligation** [1] - 55:24
**obligations** [1] - 21:25
**OBLIGATIONS..........
.................** [1] - 9:8
**obviously** [7] - 20:25, 21:5, 22:5, 22:21, 24:13, 29:14, 48:8
**OCCHIUZZO** [1] - 3:23
**occurred** [2] - 31:5, 39:6
**OF** [22] - 1:1, 1:5, 1:12, 2:18, 3:3, 8:7, 8:8, 8:12, 8:20, 9:7, 10:6, 11:1, 11:5, 11:23, 13:4, 13:15, 13:16, 13:17, 14:1
**offer** [3] - 30:5, 34:12, 50:9
**offers** [1] - 50:15
**office** [2] - 42:10, 60:20
**OFFICE** [1] - 2:23
**officer** [2] - 58:8, 58:9
**offices** [1] - 51:12
**Official** [2] - 71:5, 71:17
**OFFICIAL** [1] - 7:14
**offline** [2] - 58:20, 61:8
**OFFSHORE** [3] - 4:4, 5:12, 6:4
**oil** [1] - 28:5
**Oil** [1] - 34:4

**OIL** [2] - 1:4, 1:4
**old** [1] - 28:8
**ON** [10] - 1:5, 9:15, 9:16, 10:10, 11:18, 11:21, 13:11, 13:21, 13:25, 14:3
**once** [2] - 17:17, 18:21
**ONE** [7] - 3:13, 7:9, 9:4, 9:5, 12:2, 12:18, 13:10
**one** [41] - 19:21, 20:9, 25:12, 27:19, 28:23, 29:5, 29:10, 30:14, 30:18, 30:23, 31:2, 34:23, 35:11, 35:16, 35:22, 36:1, 36:6, 37:21, 39:4, 39:6, 39:23, 45:2, 45:15, 45:21, 46:13, 46:23, 47:6, 47:14, 49:15, 49:22, 55:14, 55:24, 56:9, 56:18, 57:12, 59:13, 60:23, 61:2, 65:7, 65:25
**One** [3] - 35:19, 53:16, 62:15
**ONE.........** [1] - 10:20
**ones** [2] - 30:11, 47:16
**ongoing** [1] - 17:25
**oops** [1] - 40:9
**open** [2] - 27:19, 67:4
**opening** [1] - 66:10
**operating** [1] - 30:1
**operators** [2] - 29:23, 30:2
**opinion** [5] - 31:13, 37:5, 55:12, 55:19, 69:15
**OPINION** [2] - 11:1, 13:21
**OPINION...............
............** [1] - 12:25
**opinions** [2] - 39:3, 52:11
**OPINIONS..............
...........** [1] - 11:11
**opportunity** [2] - 66:2, 70:3
**oppose** [4] - 31:19, 31:21, 32:3, 32:4
**opposition** [1] - 42:14
**OR** [1] - 10:6
**ORDER** [2] - 14:1, 15:4
**order** [15] - 18:20, 20:22, 21:1, 21:4, 21:7, 21:12, 21:15, 22:24, 36:1, 48:14, 57:17, 57:19, 57:20, 58:12, 69:25

**ordered** [1] - 39:5
**ORDERED** [1] - 11:13
**orders** [1] - 52:20
**oriented** [1] - 34:18
**original** [1] - 21:11
**originally** [4] - 25:7, 25:24, 29:20, 69:24
**ORIGINALLY** [1] - 13:25
**Orleans** [1] - 68:16
**ORLEANS** [13] - 1:7, 1:22, 1:25, 2:12, 3:5, 3:15, 4:7, 4:16, 5:6, 5:15, 6:22, 7:6, 7:15
**OTHER** [1] - 12:6
**otherwise** [3] - 39:9, 47:15, 68:3
**ought** [4] - 43:15, 64:5, 66:3, 66:11
**OUR** [4] - 8:21, 10:12, 11:5, 12:19
**ourselves** [1] - 36:10
**OUT** [3] - 8:6, 8:18, 12:22
**outstanding** [4] - 23:9, 23:14, 23:15, 27:22
**own** [3] - 24:16, 55:23, 56:4

**P**

**page** [1] - 21:3
**PAGE** [1] - 8:3
**pagers** [2] - 35:20, 36:17
**PAGERS............** [1] - 10:21
**pages** [1] - 20:11
**paid** [1] - 16:17
**PAID** [1] - 8:10
**PAN** [1] - 2:11
**PAPANTONIO** [1] - 2:6
**paper** [2] - 39:11, 60:14
**parent** [1] - 58:9
**PARKWAY** [1] - 6:13
**pars** [1] - 59:7
**part** [5] - 29:11, 31:6, 38:9, 51:22, 58:8
**PART** [1] - 11:6
**participants** [1] - 15:8
**participate** [1] - 35:6
**participating** [1] - 56:25
**PARTICIPATING** [1] - 13:3
**particular** [3] - 20:20,

22:13, 52:14
**PARTICULAR** [1] - 9:12
**particulars** [1] - 28:2
**PARTIES** [4] - 8:13, 8:16, 8:23, 9:13
**parties** [28] - 17:5, 17:7, 17:13, 17:15, 18:7, 19:25, 21:1, 21:3, 22:14, 25:8, 25:11, 25:17, 26:15, 35:5, 39:8, 42:6, 44:24, 45:22, 45:24, 46:17, 47:16, 50:22, 57:18, 60:19, 60:24, 67:21, 70:3
**parties'** [1] - 67:14
**PARTIES................
...........................** [1] - 12:7
**partner** [1] - 62:5
**PARTNERS** [1] - 7:3
**partners** [1] - 34:13
**party** [5] - 20:6, 20:23, 29:5, 29:10, 31:6
**pass** [1] - 35:21
**PASS** [1] - 10:22
**passed** [1] - 33:12
**passing** [1] - 54:18
**Paul** [3] - 43:5, 65:12, 65:16
**PAUL** [1] - 2:11
**pay** [1] - 32:25
**PDF** [1] - 68:4
**PDFs** [1] - 67:23
**pecan** [1] - 42:16
**PEE** [1] - 42:17
**PEE-KAWN** [1] - 42:17
**pending** [1] - 36:25
**PENSACOLA** [1] - 2:8
**people** [11] - 26:19, 29:1, 31:6, 45:20, 47:13, 47:17, 58:13, 64:7, 68:16, 68:23
**Pepper** [2] - 71:3, 71:16
**PEPPER** [1] - 7:14
**perfect** [1] - 53:11
**perhaps** [4] - 22:13, 34:4, 39:9, 56:2
**PERHAPS** [1] - 9:12
**period** [1] - 51:12
**permission** [1] - 62:3
**person** [3] - 50:7, 62:19, 63:14
**personnel** [1] - 70:20
**PESCE** [1] - 7:4
**PETROLEUM** [1] - 5:3
**PHASE** [7] - 9:17, 9:24, 10:11, 10:20,

12:18, 13:10, 13:11
**Phase** [10] - 25:6, 26:9, 30:7, 30:9, 33:10, 35:19, 36:5, 53:16, 62:15, 63:6
**Phil** [6] - 38:14, 38:17, 38:18, 38:19, 62:11, 64:1
**PHILLIP** [2] - 4:14, 5:14
**phone** [4] - 15:8, 17:14, 21:23, 34:15
**phonetically** [1] - 25:18
**phonetically)** [1] - 42:17
**photograph** [1] - 69:5
**phrase** [1] - 42:21
**PHYSICAL** [1] - 13:19
**physical** [3] - 65:5, 68:13, 69:4
**pick** [4] - 49:10, 49:14, 49:20, 54:20
**picked** [1] - 25:14
**pictures** [5] - 15:22, 15:25, 16:6, 16:10, 16:12
**PICTURES** [1] - 8:7
**piece** [1] - 65:3
**PIGMAN** [1] - 4:13
**piles** [2] - 68:14, 68:17
**pillar** [1] - 68:22
**PILLSBURY** [1] - 5:17
**PIPE** [1] - 8:7
**pipe** [1] - 15:23
**PITTMAN** [1] - 5:17
**place** [1] - 54:23
**PLACE** [1] - 6:21
**placeholder** [1] - 61:3
**PLAINTIFFS** [1] - 1:24
**plaintiffs** [1] - 31:4
**PLAINTIFFS'** [4] - 1:17, 11:22, 11:23, 11:25
**plaintiffs'** [5] - 31:4, 43:8, 43:22, 43:24, 66:10
**plan** [1] - 68:15
**planning** [3] - 23:13, 47:11, 63:21
**plate** [2] - 34:13, 48:17
**play** [3] - 45:20, 45:25, 66:2
**PLEASE** [1] - 8:10
**plotting** [1] - 63:1
**podium** [1] - 37:18
**point** [13] - 17:18, 18:3, 20:15, 31:15, 35:22, 39:4, 39:22, 42:24, 46:21, 46:22,

56:6, 67:20, 68:9
**POINT........................
..............** [1] - 11:12
**policy** [1] - 25:12
**POLK** [1] - 5:4
**Pollution** [1] - 34:4
**PORTION** [1] - 11:4
**portion** [2] - 38:6, 38:8
**position** [5] - 20:3, 38:15, 38:22, 48:9, 55:12
**POSITION** [2] - 11:8, 12:25
**positioning** [1] - 44:21
**positions** [1] - 19:25
**possible** [10] - 17:12, 17:23, 26:9, 43:20, 50:10, 50:17, 64:21, 64:22, 70:9, 70:13
**POSSIBLE...............
..................** [1] - 9:25
**possibly** [2] - 55:15, 55:24
**poster** [1] - 64:20
**potential** [2] - 45:24, 52:6
**potentially** [3] - 45:25, 51:19, 52:2
**POYDRAS** [6] - 2:12, 3:14, 4:7, 5:6, 5:14, 7:15
**practical** [2] - 64:13, 64:14
**precise** [1] - 30:25
**prefer** [3] - 66:21, 66:22
**preferably** [1] - 49:8
**preference** [1] - 35:8
**prejudiced** [1] - 56:3
**preliminary** [1] - 63:12
**preparations** [1] - 53:16
**prepare** [1] - 36:10
**prepared** [3] - 49:10, 49:20, 51:13
**preparedness** [1] - 35:18
**PREPAREDNESS** [1] - 10:20
**preparing** [3] - 57:2, 58:25, 60:12
**PREPARING** [1] - 13:5
**PRESENT** [1] - 7:12
**presume** [1] - 30:16
**PRETRIAL** [1] - 12:3
**pretrial** [3] - 44:19, 46:2, 46:25
**pretty** [5] - 31:20, 32:3, 34:13, 49:11,

49:23
**PRIOR** [1] - 8:10
**Privilege** [1] - 19:19
**privilege** [8] - 18:11, 19:21, 20:2, 20:7, 20:9, 20:12, 49:7, 49:13
**PRIVILEGE** [4] - 8:25, 9:4, 9:5, 12:15
**PRIVILEGE...............
..................................**
[1] - 12:11
**privileged** [1] - 17:10
**problem** [7] - 21:17, 21:19, 47:7, 55:5, 55:18, 61:11, 70:15
**problematic** [2] - 31:14, 31:15
**problems** [1] - 31:3
**procedural** [1] - 39:4
**PROCEDURAL** [1] - 11:12
**proceed** [1] - 18:23
**PROCEEDINGS** [3] - 1:12, 7:17, 15:1
**proceedings** [2] - 70:24, 71:9
**PROCESS** [2] - 8:11, 9:15
**process** [18] - 16:16, 16:18, 20:25, 24:12, 26:11, 31:21, 33:16, 35:22, 36:20, 44:11, 58:6, 58:16, 58:17, 58:18, 60:12, 62:21, 67:4, 69:20
**PROCESS................
............** [1] - 13:23
**processing** [1] - 18:22
**PROCTOR** [1] - 2:7
**PRODUCE** [1] - 8:21
**produce** [2] - 17:11, 18:1
**PRODUCED** [2] - 7:18, 8:13
**produced** [2] - 17:7, 50:18
**product** [1] - 66:17
**PRODUCTION** [4] - 3:7, 3:10, 8:12, 8:18
**production** [5] - 16:21, 17:20, 17:24, 52:3, 61:5
**PRODUCTION..........
....** [1] - 8:20
**productive** [1] - 23:7
**PRODUCTS** [1] - 3:12
**Professional** [1] - 71:4
**progress** [1] - 62:25

**prompt** [1] - 57:7
**prompted** [1] - 44:8
**promptly** [2] - 37:4, 53:9
**property** [1] - 66:18
**proposal** [6] - 20:22, 23:17, 41:7, 44:6, 54:8, 68:5
**proposals** [1] - 23:11
**propose** [3] - 28:9, 45:1, 59:23
**PROPOSED** [2] - 8:8, 10:5
**proposed** [7] - 16:15, 18:19, 18:20, 20:19, 27:25, 30:8, 34:1
**proposing** [1] - 41:3, 41:4
**proposition** [1] - 30:14
**protocol** [2] - 20:17, 20:19
**PROTOCOL..............
.......................** [1] - 9:6
**provide** [1] - 55:14
**provided** [1] - 56:13
**provides** [1] - 20:24
**provisions** [1] - 34:4
**PSC** [28] - 9:15, 9:24, 10:21, 11:8, 12:20, 13:11, 16:4, 24:8, 24:12, 26:2, 26:8, 27:18, 28:1, 28:22, 29:21, 30:20, 32:18, 35:20, 38:21, 42:3, 43:5, 50:15, 50:17, 54:24, 63:6, 65:12, 66:5
**PSC's** [1] - 30:8
**PSC...................** [1] - 10:5
**PULL** [3] - 11:2, 11:4, 11:6
**pull** [9] - 38:2, 38:5, 38:8, 38:11, 38:12, 40:11, 40:23, 48:3, 48:7
**pull-down** [4] - 40:11, 40:23, 48:3, 48:7
**pulled** [9] - 28:8, 37:7, 37:8, 37:14, 38:4, 39:15, 39:23, 40:18, 41:6
**pulling** [4] - 37:2, 39:8, 43:9, 47:13
**PULLING** [1] - 10:25
**pursuing** [1] - 57:3
**push** [1] - 21:9
**pushed** [1] - 25:17

**pushing** [1] - 45:14
**put** [9] - 24:24, 36:11, 46:24, 47:12, 55:15, 56:1, 59:5, 59:10, 60:23
**puts** [2] - 45:19, 66:5

## Q

**questions** [2] - 41:22, 57:5
**quick** [6] - 34:17, 41:22, 42:13, 60:10, 61:18
**QUICKLY** [1] - 9:25
**quickly** [5] - 18:3, 26:9, 33:16, 43:20, 50:17
**QUIP** [1] - 6:11
**quite** [2] - 20:8, 58:10
**quote** [1] - 48:3

## R

**RACHEL** [1] - 4:10
**RAFFERTY** [1] - 2:7
**raise** [1] - 65:22
**RAISED** [1] - 10:20
**raised** [3] - 35:19, 56:5, 64:1
**raises** [1] - 48:17
**ran** [1] - 20:10
**rat** [1] - 51:25
**rather** [4] - 47:9, 60:16, 60:22, 70:5
**RATHER** [1] - 14:3
**RE** [1] - 1:4
**reach** [2] - 34:9, 42:23
**reached** [1] - 38:1
**read** [2] - 27:10, 55:7
**ready** [7] - 21:15, 21:16, 39:19, 42:2, 42:22, 50:17, 60:20
**realistic** [1] - 21:7
**realistically** [1] - 26:18
**realize** [1] - 40:14
**really** [7] - 25:16, 33:9, 33:17, 55:5, 55:13, 60:13, 60:24
**Realtime** [2] - 71:3, 71:16
**REALTIME** [1] - 7:14
**reasonable** [2] - 65:19, 70:16
**rebut** [1] - 43:20
**REBUTTAL** [1] - 12:21
**rebuttal** [5] - 46:20, 47:22, 55:6, 55:15,

55:25
**received** [2] - 27:25, 56:12
**recently** [1] - 19:7
**recognized** [1] - 29:21
**RECONVENE** [1] - 8:16
**reconvene** [1] - 17:13
**record** [2] - 63:21, 71:9
**RECORDED** [1] - 7:17
**records** [2] - 28:8, 69:16
**RECORDS** [1] - 13:21
**reduce** [1] - 39:12
**reduced** [1] - 47:13
**reference** [1] - 58:6
**referenced** [1] - 48:14
**referencing** [1] - 58:10
**REFRAMING** [1] - 11:11
**reframing** [1] - 39:3
**REGARD** [1] - 12:15
**regard** [5] - 26:19, 49:4, 49:13, 49:22, 70:4
**regarding** [4] - 17:15, 41:25, 54:20, 56:13
**regardless** [1] - 47:20
**Registered** [2] - 71:3, 71:4
**regular** [2] - 18:23, 69:12
**reinforce** [1] - 67:20
**related** [2] - 17:8, 17:14
**RELATED** [2] - 8:14, 8:16
**RELATES** [1] - 1:9
**relates** [3] - 33:9, 36:9, 38:12
**relating** [1] - 39:20
**RELATIVELY** [1] - 8:18
**relatively** [1] - 17:20
**reliance** [4] - 59:20, 59:25, 61:5, 61:6
**relieved** [1] - 55:23
**reluctant** [1] - 44:20
**remainder** [1] - 17:24
**REMAINDER** [1] - 8:20
**REMAINING** [1] - 8:24
**remaining** [2] - 17:11, 18:7
**remember** [3] - 15:11, 19:19, 58:17
**remembers** [1] - 51:20
**RENAISSANCE** [1] - 4:20

**RENEE** [1] - 4:14
**report** [8] - 38:10, 55:6, 55:20, 59:19, 59:22, 59:24, 60:5, 63:5
**REPORT** [2] - 11:7, 12:21
**Reporter** [7] - 71:3, 71:4, 71:5, 71:16, 71:17
**REPORTER** [3] - 7:14, 7:14, 29:7
**Reporter's** [3] - 31:9, 42:16, 70:21
**REPORTER'S** [1] - 71:1
**reports** [7] - 47:22, 55:15, 55:16, 55:25, 59:10, 60:12, 60:16
**representation** [1] - 30:1
**represents** [1] - 25:19
**request** [3] - 37:5, 55:23, 70:16
**REQUEST** [1] - 11:1
**required** [1] - 54:16
**RESCUE** [1] - 8:15
**rescue** [1] - 17:9
**reserve** [1] - 37:10
**reserved** [1] - 20:3
**resolutions** [1] - 54:10
**RESPECT** [2] - 9:10, 11:9
**respect** [5] - 22:9, 25:6, 38:23, 48:12, 69:19
**respectfully** [1] - 48:13
**RESPECTS** [1] - 11:3
**respects** [2] - 38:3, 38:13
**respond** [3] - 27:18, 55:25, 66:20
**responded** [1] - 32:18
**responders** [1] - 63:6
**RESPONDERS** [1] - 13:11
**responding** [1] - 32:16
**RESPONSE** [2] - 6:3, 6:15
**response** [4] - 36:22, 37:3, 53:8, 57:4
**responses** [2] - 41:24, 42:3
**RESPONSES** [1] - 11:17
**responsive** [1] - 17:8
**RESPONSIVE** [1] - 8:13

review [7] - 18:20, 31:2, 31:9, 33:11, 33:12, 54:2, 68:16
reviewed [1] - 17:11
reviewing [1] - 23:17
revised [1] - 22:4
revising [1] - 35:20
REVISING [1] - 10:21
revisions [1] - 23:9
RFP'S [1] - 8:13
RFPs [1] - 17:8
RICHARD [1] - 3:17
RICHESON [1] - 5:5
RIG [1] - 1:4
RMR [2] - 7:14, 71:16
road [1] - 60:21
Rob [2] - 18:25, 19:2
ROBERT [1] - 3:23
Robin [4] - 16:23, 16:24, 19:2, 21:6
ROBIN [1] - 7:12
rock [1] - 54:23
ROM [1] - 59:24
ROME [1] - 6:15
Ron [1] - 51:5
RONQUILLO [2] - 4:18, 4:23
room [4] - 16:9, 45:5, 69:9, 69:10
ROOM [2] - 2:21, 7:15
route [1] - 43:14
ROY [3] - 1:17, 1:18, 66:13
Rule [3] - 58:6, 58:16, 58:18
rule [4] - 50:13, 66:4, 66:23, 67:16
RULE........................ .. [1] - 13:17
ruling [1] - 48:23
run [2] - 19:8, 19:15
runs [1] - 53:2
rush [1] - 43:17
RUSNAK [1] - 2:3
RYAN [1] - 3:19

## S

S-T-E-V-I-C-K [1] - 38:7
SABINS [1] - 13:2
Sabins [1] - 56:24
Saints [2] - 62:4, 62:10
SALLY [1] - 1:12
SAN [1] - 2:21
San [1] - 62:4
Sarah [3] - 16:20, 17:1, 18:19

Sarah's [1] - 20:20
satisfy [1] - 34:23
save [1] - 39:11
saving [1] - 17:2
saw [5] - 27:10, 35:19, 35:24, 60:21
SAY [1] - 12:22
schedule [6] - 18:7, 26:14, 41:15, 47:15, 48:9, 48:13
SCHEDULE [2] - 8:24, 11:16
SCHEDULED [1] - 14:6
scheduled [3] - 18:23, 24:18, 70:21
scheduling [13] - 22:13, 22:23, 23:18, 24:13, 24:15, 24:16, 24:20, 25:7, 26:16, 26:17, 26:22, 47:6, 49:9
SCHEDULING [1] - 9:12
SCHEDULING.......... .......... [1] - 9:16
SCHEDULING.......... .............. [1] - 9:17
SCHEDULING.......... ....................... [1] - 12:8
SCHELL [1] - 5:4
SCOPE [1] - 9:7
scope [3] - 21:24, 22:24, 23:16
SEACOR [6] - 6:4, 6:4, 6:5, 6:5, 6:6, 6:6
SEAN [1] - 7:5
SEARCH [2] - 8:15, 8:17
search [3] - 17:9, 17:10, 17:14
searches [1] - 19:8
SECOND [2] - 9:21, 10:15
second [5] - 20:15, 25:20, 31:14, 51:14, 54:7
secondly [1] - 55:10
seconds [1] - 31:25
SEE [1] - 14:4
see [27] - 15:13, 15:20, 19:7, 19:8, 28:24, 34:9, 34:22, 36:12, 39:13, 39:21, 39:24, 40:1, 40:17, 41:5, 42:5, 53:8, 60:4, 61:24, 62:11, 62:22, 66:10, 66:24, 66:25, 67:4, 68:23, 69:1,

70:6
seeing [2] - 47:17, 61:22
seek [1] - 70:13
seem [1] - 60:19
segments [1] - 15:23
SEGMENTS........ [1] - 8:7
sell [1] - 29:2
send [4] - 53:7, 66:1, 67:23, 69:4
SEND [1] - 12:17
sending [3] - 17:19, 22:4, 66:16
SENDING [1] - 8:18
sense [3] - 21:14, 64:13, 64:14
sent [10] - 22:16, 27:8, 27:17, 32:13, 32:15, 32:16, 33:6, 37:13, 64:16, 64:17
sentiment [1] - 64:4
September [2] - 57:21, 57:22
sequencing [1] - 32:5
served [1] - 25:11
service [2] - 25:12, 25:13
SERVICES [2] - 4:18, 7:3
set [5] - 28:9, 35:9, 37:3, 48:13, 60:2
seven [4] - 28:17, 44:24, 50:10
several [1] - 52:9
shame [1] - 32:24
share [2] - 66:6, 66:9
sharing [2] - 65:23, 66:16
SHAW [1] - 5:17
SHELL [1] - 3:13
shocking [1] - 32:23
shooting [1] - 18:15
short [1] - 44:6
showing [3] - 48:18, 66:8, 67:12
shown [4] - 46:3, 67:8, 67:13
SHOWN.................... .................. [1] - 12:4
SHUSHAN [1] - 1:12
side [3] - 52:13, 64:4, 66:2
SIEGERT [1] - 4:14
SIEMENS [1] - 6:7
significant [1] - 24:13
simply [1] - 28:15
Simson [1] - 63:8
SIMSON [3] - 6:8,

63:8, 63:11
simultaneous [1] - 67:9
simultaneously [1] - 67:12
SINCLAIR [1] - 2:24
single [1] - 56:8
singular [2] - 56:18, 61:4
SINGULARLY [1] - 13:1
singularly [1] - 56:22
situation [1] - 46:24
six [1] - 19:21
SIX.............. [1] - 9:4
SIX............................ [1] - 9:5
sleeping [1] - 24:9
slightly [1] - 40:21
small [3] - 17:20, 30:18, 68:22
SMALL [1] - 8:18
snapshots [1] - 67:23
solved [1] - 31:13
SOME [1] - 9:13
someone [2] - 31:16, 53:17
somewhat [1] - 20:25
soon [3] - 17:11, 17:22, 50:10
sorry [6] - 16:2, 16:3, 28:18, 45:4, 49:17, 57:10
sort [6] - 27:22, 28:7, 39:3, 54:22, 66:2
sounds [3] - 34:11, 41:5, 65:20
source [2] - 33:11, 33:14
SOUTH [1] - 2:8
SPEAK [1] - 8:23
SPEAKER [1] - 23:25
speaking [3] - 29:13, 31:10, 36:7
specific [1] - 60:13
specifically [1] - 20:23
spelled [2] - 25:18, 42:17
SPILL [5] - 1:4, 6:15, 8:22, 10:6, 10:20
spill [4] - 18:1, 28:4, 34:3, 35:18
spirit [1] - 28:16
splash [1] - 48:4
splitting [1] - 53:1
SPOKE [1] - 14:1
SQUARE [1] - 3:13
ST [3] - 6:21, 6:21, 7:5
stack [1] - 15:21

STACK.................... .......... [1] - 8:5
stand [2] - 43:17, 48:1
standing [1] - 44:19
stands [1] - 20:7
start [10] - 19:10, 19:11, 19:12, 24:17, 24:20, 24:22, 26:11, 26:13, 33:4, 48:4
started [2] - 22:22, 57:16
starting [3] - 22:6, 22:13, 26:9
STARTING [2] - 9:12, 9:24
State [1] - 71:5
state [2] - 24:21, 48:5
STATE [2] - 2:23, 3:3
statement [1] - 66:10
statements [2] - 16:16, 34:1
STATEMENTS.......... ....................... [1] - 8:9
States [10] - 19:24, 20:9, 22:6, 22:15, 22:23, 23:4, 23:8, 24:15, 71:6, 71:17
STATES [3] - 1:1, 1:13, 9:14
STATES' [2] - 9:7, 9:11
States' [3] - 20:20, 21:24, 22:9
STATUS [2] - 1:12, 14:7
status [2] - 19:17, 70:22
stay [1] - 35:7
stays [1] - 40:23
steal [1] - 67:24
STEALING [1] - 13:17
stealing [2] - 66:4, 66:12, 66:19
STEFANIE [1] - 4:20
STENOGRAPHY [1] - 7:17
step [1] - 35:4, 35:12, 35:16
STEPHEN [2] - 1:21, 7:4
steps [1] - 36:9
Sterbcow [2] - 43:5, 65:12
STERBCOW [9] - 2:10, 2:11, 38:21, 43:1, 43:4, 43:10, 56:10, 65:12, 65:18
Stevick [2] - 38:6, 38:11

**STEVICK'S** [1] - 11:7
**Stevick's** [1] - 38:10
**STEVICK..................
.........** [1] - 11:5
**stick** [3] - 30:3, 48:13,
70:14
**still** [7] - 18:15, 28:11,
28:17, 36:25, 42:14,
52:21, 55:8
**stipulate** [2] - 31:17,
34:5
**stipulating** [2] - 30:25,
32:7
**Stipulation** [1] - 34:2
**stipulation** [1] - 31:21
**STIPULATIONS** [1] -
13:11
**stipulations** [6] - 30:7,
30:9, 31:3, 62:15,
62:22, 63:6
**STIPULATIONS.........
.....................** [2] -
10:11, 13:10
**STONE** [1] - 4:13
**STRADLEY** [1] - 7:8
**STREET** [17] - 1:19,
1:25, 2:8, 2:12, 3:4,
3:14, 3:24, 4:7, 4:10,
4:15, 4:21, 5:6, 5:10,
5:14, 5:22, 7:9, 7:15
**stretching** [1] - 22:20
**stricken** [2] - 57:6,
57:7
**strings** [2] - 69:16,
69:25
**STRINGS** [1] - 14:1
**STRINGS..................
................** [1] - 13:22
**stripped** [1] - 60:16
**striving** [1] - 18:11
**strong** [1] - 25:16
**strongly** [1] - 56:3
**stuck** [1] - 54:22
**stuff** [7] - 31:9, 34:18,
54:10, 64:8, 66:1,
66:18, 67:1
**SUBJECT** [2] - 11:2,
12:3
**subject** [9] - 27:7,
38:1, 46:2, 46:13,
48:25, 54:2, 56:14,
56:17, 58:16
**SUBMISSIONS** [1] -
12:3
**submissions** [1] -
46:2
**submit** [2] - 18:21,
59:4
**subpoena** [2] - 27:9,
58:16

**SUBPOENA..............
............................** [1]
- 10:1
**subsequent** [1] -
26:15
**substantially** [1] -
31:15
**substantive** [4] -
31:11, 59:1, 59:7,
59:18
**suggest** [4] - 28:5,
28:16, 34:20, 40:21
**SUGGEST** [1] - 10:8
**suggesting** [1] - 23:11
**suggestion** [5] - 35:3,
40:10, 40:16, 40:22,
55:23
**suggestions** [1] -
22:17
**suggests** [1] - 36:2
**SUITE** [10] - 2:8, 2:12,
3:14, 4:10, 4:21,
4:24, 5:6, 5:14, 5:22,
7:5
**summary** [1] - 19:1
**support** [2] - 43:14,
45:10
**SUPPOSED** [1] -
10:18
**supposed** [3] - 32:20,
36:2, 57:21
**surprise** [1] - 61:16
**SUTHERLAND** [1] -
4:9
**switching** [1] - 18:10
**Sylvia** [1] - 63:8
**SYLVIA** [1] - 6:8
**synthetic** [1] - 20:25

**T**

**table** [3] - 46:11,
47:14, 64:5
**TAKE** [2] - 8:7, 11:8
**TAKEN** [1] - 11:24
**talented** [1] - 52:14
**Tarter** [1] - 42:12
**TARTER** [3] - 5:21,
42:12, 42:18
**tasked** [1] - 23:9
**tea** [1] - 55:7
**team** [3] - 51:22,
60:11, 61:1
**Ted** [2] - 63:9, 63:14
**Telephone** [1] - 31:9
**TELEPHONE** [1] -
7:12
**tend** [1] - 67:3
**tends** [1] - 28:9

**tens** [1] - 70:10
**terms** [5] - 17:10,
17:14, 53:15, 58:10,
69:22
**TERMS.....................
.............** [1] - 8:17
**TESSIER** [1] - 5:13
**testify** [3] - 55:9,
55:21, 56:21
**testifying** [2] - 49:13,
57:16
**TESTIFYING** [2] -
12:15, 13:6
**testimony** [6] - 38:10,
51:19, 51:24, 52:5,
52:6, 52:10
**TESTIMONY......** [1] -
11:7
**THAN** [1] - 14:3
**THAT** [14] - 8:6, 9:10,
10:3, 10:10, 10:22,
11:6, 11:16, 11:17,
11:20, 11:21, 11:23,
12:5, 13:1, 13:24
**THAT'S** [1] - 11:19
**THAT.......................
...................** [1] - 9:9
**THE** [236] - 1:4, 1:5,
1:12, 1:17, 1:24,
2:18, 3:3, 6:16, 8:6,
8:7, 8:8, 8:12, 8:13,
8:14, 8:16, 8:20,
8:21, 8:23, 8:24, 9:7,
9:11, 9:13, 9:15,
9:16, 10:3, 10:5,
10:6, 11:1, 11:6,
11:8, 11:14, 11:17,
11:20, 11:22, 11:23,
11:25, 12:6, 12:9,
12:16, 12:20, 13:1,
13:2, 13:5, 13:11,
13:14, 13:16, 13:18,
13:20, 13:21, 13:24,
13:25, 14:3, 14:4,
14:6, 15:7, 15:10,
15:16, 15:19, 16:7,
16:9, 16:12, 16:24,
17:6, 18:17, 18:24,
19:18, 19:22, 20:14,
21:17, 21:21, 22:1,
22:11, 23:2, 23:19,
23:22, 24:1, 24:4,
24:7, 24:10, 24:23,
25:3, 25:5, 26:4,
26:21, 27:4, 27:6,
27:10, 27:14, 27:20,
27:24, 28:20, 29:2,
29:8, 29:16, 30:6,
32:2, 32:8, 32:11,
32:22, 33:2, 33:20,

33:23, 34:21, 35:6,
35:13, 35:15, 35:18,
35:24, 36:4, 36:11,
36:14, 36:16, 36:23,
36:25, 37:2, 37:8,
37:12, 37:15, 37:18,
37:20, 37:23, 38:18,
38:24, 39:14, 39:18,
39:21, 39:24, 40:4,
40:9, 40:12, 40:14,
41:4, 41:8, 41:10,
41:14, 41:17, 41:19,
42:1, 42:7, 42:11,
42:16, 42:20, 42:25,
43:3, 43:9, 43:11,
43:21, 44:1, 44:10,
44:18, 45:4, 45:12,
45:14, 45:16, 45:19,
46:1, 46:5, 46:8,
46:13, 46:19, 46:22,
47:4, 47:8, 47:22,
47:24, 48:15, 48:24,
49:2, 49:16, 51:16,
51:21, 51:23, 52:17,
52:21, 52:23, 53:2,
53:5, 53:11, 53:14,
53:18, 54:2, 54:11,
55:3, 56:5, 56:15,
57:1, 57:9, 57:14,
58:1, 58:4, 58:19,
58:23, 59:14, 60:7,
60:18, 61:12, 61:15,
61:17, 61:20, 61:24,
62:2, 62:7, 62:11,
62:13, 63:1, 63:3,
63:5, 63:10, 63:16,
63:24, 64:3, 64:14,
64:20, 65:1, 65:5,
65:16, 66:24, 67:2,
67:11, 68:3, 68:11,
69:3, 69:10, 69:17,
70:2, 70:15, 70:19
**THEIR** [1] - 8:7
**theirs** [1] - 66:13
**THEN** [1] - 9:13
**thereafter** [1] - 37:4
**therefore** [1] - 48:10
**THEY** [3] - 9:23, 10:16,
11:9
**they've** [1] - 65:18
**thinking** [2] - 35:20,
70:11
**THINKING** [1] - 10:21
**third** [2] - 21:22, 22:14
**THIRD** [1] - 9:13
**THIS** [3] - 1:9, 10:19,
12:13
**THOMAS** [1] - 2:6
**thorough** [2] - 69:15,
70:11

**THOSE** [2] - 8:17, 13:1
**THOSE..................
** [1]
- 10:17
**THOSE......................
.........** [1] - 8:11
**thoughts** [3] - 24:16,
24:25, 65:22
**thousand** [2] - 20:10
**thousands** [1] - 70:10
**Three** [1] - 63:6
**three** [1] - 24:9
**THREE** [1] - 13:11
**THROUGH** [2] - 8:14,
14:5
**throw** [1] - 65:25
**THUNDER** [1] - 13:17
**thunder** [4] - 66:4,
66:12, 66:19, 67:24
**THURSDAY** [1] - 14:6
**Thursday** [1] - 70:22
**Tim** [7] - 27:5, 27:6,
28:20, 47:3, 47:4,
48:17, 63:3
**TIME** [1] - 14:4
**timely** [1] - 57:7
**timing** [1] - 23:18
**TIMOTHY** [1] - 3:18
**TO** [38] - 1:9, 8:6, 8:13,
8:14, 8:16, 8:17,
8:19, 8:21, 8:23, 9:4,
9:5, 9:11, 9:15, 10:3,
10:17, 10:18, 11:2,
11:8, 11:9, 11:10,
11:17, 11:20, 11:22,
12:3, 12:5, 12:15,
12:17, 12:21, 12:22,
13:16, 13:24, 14:4,
15:4
**TO'S** [1] - 10:19
**TO's** [1] - 32:20
**today** [22] - 15:14,
15:20, 17:1, 17:16,
19:4, 19:12, 20:13,
23:10, 23:12, 28:18,
35:21, 39:1, 45:14,
48:2, 49:10, 51:15,
56:2, 56:6, 63:11,
65:16, 65:19, 69:21
**TODAY.......................
................** [1] - 10:22
**together** [3] - 25:8,
44:5, 66:5
**tomorrow** [1] - 15:17
**Tony** [3] - 25:4, 25:5,
29:9
**top** [3] - 30:16, 30:17,
51:25
**topic** [1] - 18:18
**TOPICS** [1] - 9:11
**topics** [4] - 22:7,

22:10, 23:8, 24:19
**TORTS** [1] - 2:19
**touch** [2] - 68:16, 68:23
**touches** [4] - 51:24, 51:25, 52:1
**tough** [1] - 70:4
**TOWER** [2] - 2:15, 4:20
**track** [4] - 18:4, 52:12, 52:13, 52:15
**tracking** [1] - 52:15
**traditional** [1] - 68:22
**TRANSCRIPT** [2] - 1:12, 7:17
**transcript** [1] - 71:8
**Transocean** [4] - 34:23, 43:14, 44:6, 66:6
**TRANSOCEAN** [3] - 4:3, 4:3, 4:5
**Transocean's** [1] - 41:7
**transparency** [3] - 66:16, 68:1
**treated** [1] - 53:16
**trial** [5] - 40:5, 49:13, 55:2, 55:21, 63:21
**TRIAL.........** [1] - 12:15
**triple** [2] - 52:13, 52:15
**trucking** [1] - 18:13
**true** [4] - 50:4, 54:11, 71:7
**trust** [2] - 60:23, 68:2
**try** [5] - 35:9, 35:11, 36:11, 48:2, 59:3
**TRYING** [1] - 11:9
**trying** [7] - 20:11, 25:23, 31:16, 31:17, 38:22, 50:1
**Tuesday** [12] - 21:5, 22:3, 40:8, 40:17, 40:19, 41:12, 42:4, 42:6, 47:10, 51:4, 52:18, 53:5
**TUESDAY** [2] - 11:14, 12:16
**turn** [1] - 38:5
**TURN** [1] - 11:4
**turning** [1] - 47:18
**Two** [6] - 25:6, 26:9, 30:7, 30:9, 33:10, 36:5
**TWO** [5] - 9:17, 9:24, 10:11, 10:13, 10:21
**two** [29] - 26:3, 28:2, 30:22, 31:2, 34:23, 35:20, 36:17, 41:22,

45:11, 45:13, 45:15, 47:9, 49:9, 49:10, 49:11, 49:14, 49:15, 49:16, 49:20, 49:23, 50:13, 51:6, 51:15, 53:24, 54:3, 55:15, 55:25, 60:23, 65:9
**two-day** [3] - 49:15, 49:16, 50:13
**two-pagers** [2] - 35:20, 36:17
**TWO-PAGERS.........**
... [1] - 10:21
**TX** [7] - 2:4, 4:11, 4:21, 4:24, 5:22, 6:13, 7:10
**types** [1] - 34:6

## U

**U.S** [2] - 2:18, 6:19
**UNCONTROLLED** [1] - 10:6
**uncontrolled** [1] - 28:4
**UNDER** [1] - 12:18
**under** [3] - 39:9, 53:17, 68:5
**Underhill** [3] - 33:12, 54:12, 59:12
**UNDERHILL** [8] - 2:19, 54:6, 54:13, 55:4, 56:11, 56:16, 59:12, 59:15
**underlying** [1] - 33:11
**understood** [2] - 29:4, 46:15
**UNIDENTIFIED** [1] - 23:25
**UNITED** [5] - 1:1, 1:13, 9:7, 9:11, 9:14
**United** [13] - 19:24, 20:9, 20:20, 21:24, 22:6, 22:9, 22:15, 22:23, 23:4, 23:8, 24:15, 71:6, 71:17
**unless** [4] - 49:21, 53:17, 53:18, 68:1
**unreasonable** [1] - 28:25
**UNTIL** [1] - 11:14
**up** [20] - 18:4, 19:12, 20:12, 25:9, 31:22, 35:9, 37:18, 40:15, 41:22, 42:13, 43:16, 44:12, 49:2, 54:20, 55:15, 56:1, 59:1, 61:2, 67:19
**update** [5] - 16:20,

17:4, 23:19, 61:18, 62:15
**updates** [1] - 18:23
**upshot** [1] - 20:1
**USE** [1] - 11:1

## V

**VA** [1] - 2:16
**valid** [1] - 48:17
**various** [6] - 25:7, 25:8, 25:18, 26:15, 26:16, 50:22
**varying** [1] - 64:23
**vast** [1] - 17:4
**verify** [1] - 42:18
**version** [2] - 68:4, 69:1
**versus** [1] - 59:1
**VIA** [1] - 7:12
**Viator** [1] - 56:24
**VIATOR** [1] - 13:3
**video** [1] - 61:25
**view** [2] - 29:14, 31:15
**vigilant** [1] - 49:25
**vigorously** [4] - 31:19, 31:21, 32:3, 48:6
**voice** [1] - 54:14
**VOLUME** [1] - 10:6
**volume** [1] - 28:4
**volunteered** [1] - 25:9

## W

**wait** [4] - 18:9, 19:6, 19:7, 40:17
**waive** [2] - 49:6, 49:12
**WAIVE** [2] - 12:10, 12:14
**WALKER** [2] - 2:14, 6:20
**WALTHER** [1] - 4:13
**WANT** [1] - 12:21
**wants** [5] - 24:12, 49:20, 60:6, 67:25, 69:7
**WANTS** [1] - 9:15
**WARE** [1] - 6:12
**WARREN** [1] - 5:9
**WASHINGTON** [2] - 3:24, 5:10
**Washington** [1] - 51:11
**WATERSIDE** [1] - 2:16
**WAY** [2] - 13:4
**ways** [1] - 25:18
**WE** [7] - 10:3, 10:7, 11:8, 11:16, 11:22,

12:22, 14:4
**WEATHERFORD** [1] - 6:19
**Wednesday** [4] - 21:9, 21:16, 41:24, 51:5
**WEDNESDAY** [1] - 11:18
**WEEK** [1] - 9:11
**week** [27] - 15:11, 17:17, 19:12, 19:16, 19:24, 21:4, 21:8, 22:10, 23:14, 26:14, 26:15, 28:1, 32:19, 34:22, 38:1, 44:14, 50:10, 51:3, 51:7, 51:13, 51:14, 52:24, 53:3, 62:18, 63:14, 68:7
**week's** [1] - 65:8
**weekends** [2] - 50:14, 50:15
**weeks** [6] - 48:22, 49:9, 49:11, 49:23, 51:6, 65:9
**WEIGEL** [1] - 6:16
**weight** [1] - 68:23
**WEIL** [1] - 6:8
**WEINER** [1] - 5:5
**Weintritt** [2] - 37:6, 42:14
**WEINTRITT....** [1] - 11:1
**welcome** [3] - 44:1, 62:13, 70:19
**WELL** [3] - 9:19, 9:22
**WELL........** [1] - 11:16
**WELL...........** [1] - 12:20
**WELL....................**
....................... [1] - 9:20
**WERE** [3] - 8:14, 11:18, 13:2
**WGC** [2] - 14:6, 70:21
**WHAT** [2] - 9:10, 12:22
**whatsoever** [1] - 51:1
**WHENEVER** [1] - 12:22
**WHEREUPON** [1] - 70:24
**WHICH** [1] - 8:14
**WHITELEY** [1] - 3:3
**WHO** [2] - 12:19, 13:2
**whole** [3] - 46:21, 46:22, 48:6
**wholly** [1] - 28:25
**wife's** [1] - 54:16
**Wild** [3] - 25:10, 25:19, 25:24

**WILD** [2] - 9:19, 9:20
**WILL** [11] - 11:2, 11:4, 11:14, 11:16, 11:21, 11:24, 12:1, 12:2, 12:10, 12:12, 12:14
**will-call** [8] - 40:1, 40:2, 41:1, 41:5, 43:23, 45:2, 45:8, 49:4
**WILL-CALL** [1] - 12:2
**WILLIAM** [2] - 6:20, 7:8
**Williamson** [4] - 16:3, 27:8, 30:20, 34:24
**WILLIAMSON** [35] - 2:3, 2:3, 16:3, 16:8, 16:11, 26:7, 27:3, 29:25, 30:18, 32:3, 32:9, 34:25, 36:19, 36:24, 37:1, 43:18, 43:25, 48:1, 48:23, 49:17, 49:25, 50:4, 50:6, 51:17, 51:22, 51:24, 52:19, 52:22, 53:12, 53:15, 53:21, 53:25, 66:20, 66:25, 67:17
**willing** [1] - 29:21
**WINFIELD** [1] - 2:24
**WINTHROP** [1] - 5:17
**WITH** [9] - 8:23, 9:10, 9:12, 10:3, 11:6, 11:9, 11:23, 12:15, 13:2
**withdrawing** [1] - 38:23
**WITHDRAWING** [1] - 11:10
**withdrawn** [3] - 40:25, 42:15
**withheld** [1] - 17:9
**WITNESS** [4] - 12:5, 12:6, 12:18, 12:19
**witness** [11] - 45:2, 46:6, 46:17, 48:3, 48:7, 50:12, 51:3, 53:16, 54:24, 57:12, 57:24
**WITNESS..................**
[1] - 12:2
**WITNESSES** [1] - 13:6
**witnesses** [15] - 27:1, 40:6, 44:7, 44:20, 44:24, 45:19, 45:24, 45:25, 46:25, 47:13, 52:7, 57:16, 57:17, 57:19, 58:11
**Wittmann** [1] - 38:17
**WITTMANN** [6] - 4:13, 4:14, 38:16, 62:3,

62:9, 62:12
**wonder** [1] - 45:20
**wondering** [1] - 64:10
**words** [4] - 31:5, 32:4,
66:5, 66:9
**WORK** [1] - 14:4
**works** [1] - 26:11
**world** [1] - 17:2
**WORLDWIDE** [1] - 6:5
**worried** [1] - 18:12
**worth** [1] - 61:14
**WOULD** [1] - 8:16
**wrap** [1] - 20:11
**WRIGHT** [1] - 1:17
**write** [2] - 39:19, 39:23
**written** [2] - 22:17,
22:18
**wrote** [1] - 19:20

## Y

**year** [2] - 19:20, 28:15
**years** [1] - 28:17
**yesterday** [7] - 20:21,
49:6, 50:3, 50:20,
50:25, 56:12
**YOAKUM** [1] - 2:4
**YORK** [17] - 4:23,
5:18, 6:9, 6:17,
29:18, 41:13, 41:21,
42:3, 42:9, 60:9,
61:1, 61:10, 64:19,
64:21, 65:3, 68:19,
69:8
**York** [3] - 29:18,
51:12, 60:9
**YOU** [2] - 14:3
**YOU'VE** [1] - 8:10
**YOUR** [2] - 8:10, 11:2

## Z

**Zantaz** [4] - 18:18,
18:23, 20:17, 21:7
**ZANTAZ** [1] - 9:6
**ZANTAZ....................
.............................** [1]
- 9:3