UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179 SECTION: J |
| Relates to:   Docket No. 10-8888 Juan Jackson Document No. 49429 | * * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## MOTION

Pursuant to Civil LR 83.2.11, Plaintiff Juan Jackson hereby moves the Court for an order permitting the withdrawal of his counsel of record, Stephen M. Smith, Attorney at Law and the appearance of substitute counsel, W. James Singleton of The Singleton Law Firm, on his behalf in this action. Juan Jackson respectfully submits that said substitution of counsel is in the interest of justice.

Stephen M. Smith and The Singleton Law Firm consent to such withdrawal and substitution of counsel.

Accordingly, Juan Jackson respectfully requests that the Court enter an order reflecting this change, and that all necessary changes be made to the Court's records and EFC, and that all future communications regarding this case be directed to the following:

W. JAMES SINGLETON (LA Bar Roll No. 17801)
THE SINGLETON LAW FIRM
1628 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 522-8755
Facsimile:  (504) 522-8757
Email: wjsingleton@singletonlaw.com

WHEREFORE, Juan Jackson respectfully requests this Court enter its Order permitting withdrawal and substitution of counsel for Juan Jackson, and update the Court's ECF system for

this case by removing Stephen M. Smith, Attorney at Law, as counsel of record and substitution in his place W. James Singleton of The Singleton Law Firm as counsel of record for Juan Jackson.

                    STEPHEN M. SMITH, ATTORNEY AT LAW

Dated: January 18, 201          By: /s/ Stephen Smith
                                            STEPHEN SMITH

                    THE SINGLETON LAW FIRM

Dated: January 18, 2012        By: /s/ W. James Singleton
                                            W. JAMES SINGLETON

                    JUAN JACKSON

Dated: January 18, 2012        By: /s/ Juan Jackson
                                            JUAN JACKSON