**EXHIBIT A, DEPOSITION EXCERPTS OF [WITNESS NAME UNDER SEAL]:**

**FILED AS PART OF THE**
**UNITED STATES' RESPONSE TO BP'S MOTION IN LIMINE TO PRECLUDE**
**EVIDENCE REGARDING BP EMPLOYEE COMPENSATION INFORMATION**
**[DOCKET 5115]**

**DOCUMENT FILED UNDER SEAL**