# Annual Report and Form 20-F 2010

bp.com/annualreport



## What's inside?

**5  Business review**
- 6  Chairman's letter
- 8  Board of directors
- 10  Group chief executive's letter
- 12  Progress in 2010
- 14  Group overview
- 34  Gulf of Mexico oil spill
- 40  Exploration and Production
- 55  Refining and Marketing
- 61  Other businesses and corporate
- 63  Liquidity and capital resources
- 68  Corporate responsibility
- 76  Research and technology
- 78  Regulation of the group's business
- 81  Certain definitions

**83  Directors and senior management**
- 84  Directors and senior management
- 87  Directors' interests

**89  Corporate governance**
- 90  Board performance report
- 105  Corporate governance practices
- 106  Code of ethics
- 106  Controls and procedures
- 107  Principal accountants' fees and services
- 108  Memorandum and Articles of Association

**111  Directors' remuneration report**
- 112  Part 1 Summary
- 114  Part 2 Executive directors' remuneration
- 120  Part 3 Non-executive directors' remuneration

**123  Additional information for shareholders**
- 124  Critical accounting policies
- 127  Property, plants and equipment
- 127  Share ownership
- 128  Major shareholders and related party transactions
- 129  Dividends
- 130  Legal proceedings
- 133  Relationships with suppliers and contractors
- 134  Share prices and listings
- 135  Material contracts
- 135  Exchange controls
- 135  Taxation
- 137  Documents on display
- 137  Purchases of equity securities by the issuer and affiliated purchasers
- 138  Fees and charges payable by a holder of ADSs
- 138  Fees and payments made by the Depositary to the issuer
- 139  Called-up share capital
- 139  Administration
- 139  Annual general meeting
- 140  Exhibits

**141  Financial statements**
- 142  Consolidated financial statements of the BP group
- 150  Notes on financial statements
- 228  Supplementary information on oil and natural gas (unaudited)
- PC1  Parent company financial statements of BP p.l.c.



6033

Exhibit No. _____
Worldwide Court Reporters, Inc.

# Directors' remuneration report

## Part 1 Summary

**Dr DeAnne S Julius**
Chairman, Remuneration Committee
2 March 2011

Remuneration decisions for 2010 were dominated by the scale and impact of the accident in the Gulf of Mexico.
     The remuneration committee shared the group chief executive's view that no bonuses should be paid on group-level results. Thus Mr Dudley received no bonus for the year. There is also no vesting of the 2008-2010 share element for any executive director.
     Dr Hayward and Mr Inglis, who left BP during the course of the year, received their contractual entitlements of one year's salary on termination, together with other limited entitlements. Outstanding share element awards were preserved on a pro rata basis, with vesting being conditional on meeting applicable performance targets. Neither was awarded any annual bonus for 2010.
     While the tragedy of lost lives and environmental damage remains foremost in everyone's minds, the committee also wished to fairly acknowledge the good business results in many parts of BP, delivered in the most testing of times. Mr Conn and Dr Grote met or exceeded their specific segment/functional targets for the year and were awarded 30% of their overall 'on-target' bonuses, including the deferred element. This reflected no payout on the portion related to group results (as with all executive directors) and was limited to 'on-target' for the portion related to their strong segment/functional results. A third of their bonus is deferred into shares on a mandatory basis, matched, and will vest in three years subject to meeting a safety and environmental hurdle during the period. Both individuals may elect to defer an additional third into shares on the same basis as the mandatory deferral. Both will receive salary increases in 2011 as noted in the table opposite.
     Full details of executive director remuneration are set out in the table below.

For 2011 the overall policy for executive directors will remain largely unchanged, as summarized opposite. However, the committee will take a more active role in the oversight of pay policy and practice below the board. Together with the group chief executive, the committee will be reviewing the overall policy for senior executives to ensure that it promotes long-term sustainable success for shareholders as well as rewarding appropriately the many talented people leading the company.
     Finally, as I retire after five years as remuneration committee chairman and 10 years on the board, I would like to thank the shareholders both for their challenge and their support as the company has navigated through difficult, as well as successful, times.

### Summary of remuneration of executive directors in 2010 (information subject to audit)

| | Annual remuneration | | | | | | | | Long-term remuneration (EDIP) | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | | 2010 deferred annual bonus | | Share element of EDIP | | |
| | | | | | | | | | | | 2008-2010 plan (vested in Feb 2011) | | 2010-2012 plan |
| | Salary[a] (thousand) | | Annual cash performance bonus (thousand) | | Non-cash benefits and other emoluments (thousand) | | Total (thousand) | | Mandatory deferral[b] | Potential voluntary deferral[c] | Actual shares vested | Value (thousand) | Potential maximum performance shares[d] |
| | 2009 | **2010** | 2009 | **2010** | 2009 | **2010** | 2009 | **2010** | | | | | |
| R W Dudley[e] | $750 | **$1,175** | $1,125 | **0** | $304[f] | **$564[f]** | $2,179 | **$1,739** | 0 | 0 | 0 | 0 | 581,084 |
| I C Conn | £690 | **£690** | £1,104 | **£104** | £46 | **£34** | £1,840 | **£828** | £104 | £104 | 0 | 0 | 656,813 |
| Dr B E Grote[e] | $1,380 | **$1,380** | $2,070 | **$207** | $8 | **$10** | $3,458 | **$1,597** | $207 | $207 | 0 | 0 | 801,894 |
| **Directors leaving the board in 2010** | | | | | | | | | | | | | |
| Dr A B Hayward[g] | £1,045 | **£958** | £2,090 | **0** | £23 | **£95** | £3,158 | **£1,053** | 0 | 0 | 0 | 0 | 303,948 |
| A G Inglis[h] | £690 | **£575** | £1,311 | **0** | £216[f] | **£168[f i]** | £2,217 | **£743** | 0 | 0 | 0 | 0 | 218,938 |

Amounts shown are in the currency received by executive directors. Annual bonuses are shown in the year they were earned.

[a] Figures show the total salary received during the calendar year. The last salary increase was in July 2008 other than on promotion of Mr Dudley to group chief executive.
[b] This amount will be converted to deferred shares at the three-day average share price following the full-year results announcement (£4.84, $46.68). Deferred shares will be matched one-for-one and both deferred and matched shares are subject to a safety and environmental hurdle over the three-year deferral period.
[c] Executive directors have the choice to have this portion either paid in cash or deferred voluntarily into shares on the same basis as the mandatory deferral.
[d] Maximum potential shares that could vest at the end of the three-year period depending on performance – reduced pro-rata for Dr Hayward and Mr Inglis to reflect actual service during performance period.
[e] Mr Dudley and Dr Grote hold shares in the form of ADSs. The above number reflects calculated equivalent in ordinary shares.
[f] This amount includes costs of London accommodation and any tax liability thereon that ceased at the end of 2010 following Mr Dudley's appointment as group chief executive and Mr Inglis's retirement from the board.
[g] Dr Hayward left the board on 30 November 2010. In addition to the above he was awarded compensation for loss of office equal to one year's salary (£1,045,000) and a further £30,000 in respect of UK statutory compensation rights.
[h] Mr Inglis left the board on 31 October 2010. In addition to the above he was awarded compensation for loss of office equal to one year's salary (£690,000) and a further £200,000 to cover various repatriation and relocation costs in accordance with his international assignment arrangements.
[i] In addition to this amount, under a tax equalization arrangement, BP discharged a US tax liability arising from the participation by Mr Inglis in the UK pension scheme amounting to $1,260,000.

**Summary of future remuneration components**

| | |
|---|---|
| Salary | • Mr Dudley's salary remains at $1,700,000. Both Mr Conn and Dr Grote, who last received salary increases in July 2008, will have their salaries increased effective 1 April 2011. Mr Conn's new salary will be £730,000 (from £690,000) and Dr Grote's will be $1,442,000 (from $1,380,000). |
| Bonus | • On-target bonus of 150% of salary and maximum of 225% of salary based on performance relative to targets set at start of year relating to financial and operational metrics. |
| Deferred bonus and match | • One-third of actual bonus awarded as deferred shares with three-year deferral, with ability to voluntarily defer an additional one-third.<br>• All deferred shares matched one-for-one, both subject to an assessment of safety and environmental performance over the three-year period. |
| Performance shares | • Award of shares of up to 5.5 times salary for group chief executive and 4 times for other executive directors.<br>• Vesting after three years based on performance relative to other oil majors and strategic imperatives.<br>• Three-year retention period after vesting before release of shares. |
| Pension | • Final salary scheme appropriate to home country of executive. |

**Historical TSR performance**



This graph shows the growth in value of a hypothetical £100 holding in BP p.l.c. ordinary shares over five years, relative to the FTSE 100 Index (of which the company is a constituent). The values of the hypothetical £100 holdings at the end of the five-year period were £87.46 and £126.25 respectively.

**Remuneration of non-executive directors in 2010[a]**

| | 2009 | 2010 |
|---|---|---|
| | | £ thousand |
| P Anderson[b] | – | **118** |
| F Bowman[c] | – | **17** |
| A Burgmans | 93 | **90** |
| C B Carroll | 90 | **90** |
| Sir William Castell | 115 | **147** |
| G David[d] | 118 | **135** |
| I Davis[e] | – | **69** |
| D J Flint | 85 | **108** |
| Dr D S Julius | 105 | **100** |
| B Nelson[f] | – | **17** |
| C-H Svanberg[g] | 30 | **750** |
| **Directors leaving the board in 2010** | | |
| E B Davis, Jr[h] | 105 | **33** |
| Sir Ian Prosser[i] | 165 | **52** |

[a] This information has been subject to audit.
[b] Appointed on 1 February 2010.
[c] Appointed on 8 November 2010.
[d] Also received £28,000 for serving as a member of BP's technology advisory council.
[e] Appointed on 2 April 2010.
[f] Appointed on 8 November 2010.
[g] Also received a relocation allowance of £90,000.
[h] Also received a superannuation gratuity of £21,000.
[i] Also received a superannuation gratuity of £43,945.

No share or share option awards were made to any non-executive director in respect of service on the board during 2010.
 Non-executive directors have letters of appointment which recognize that, subject to the Articles of Association, their service is at the discretion of shareholders. All directors stand for re-election at each AGM.