IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 SECTION: J |
| THIS DOCUMENT RELATES TO: 10-2771 | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

**DEFENDANT DRIL-QUIP, INC.'S *EX PARTE* MOTION FOR LEAVE TO FILE ITS FIRST AMENDED FINAL GOOD FAITH TRIAL EXHIBIT LIST**

Defendant, Dril-Quip, Inc. ("Dril-Quip"), files this *Ex Parte* Motion for Leave to File a First Amended Final Good Faith Trial Exhibit List and respectfully shows:

Federal Rule of Civil Procedure 16(b)(4) allows a scheduling modification for good cause and with the judge's consent. Pursuant to Rule 16(b)(4), Dril-Quip seeks leave to file a First Amended Final Good Faith Trial Exhibit List, which is attached as Exhibit A. On January 13, 2012, Dril-Quip filed a Final Good Faith Trial Exhibit List (Rec. Doc. 5203). Dril-Quip subsequently discovered that the following physical evidence had inadvertently not been included on the Final Good Faith Trial Exhibit List: the casing hanger, seal assembly, pieces of the seal assembly's elastomeric seal, the lead impression blocks used on September 9, 2010 to identify the position of the casing hanger and seal assembly in the Macondo Well, and production casing joint 96, which was cut so that the casing hanger and seal assembly could be removed from the Macondo Well. This physical evidence is vitally important to the defense of Dril-Quip, the supplier of the casing hanger and seal assembly in the Macondo Well on April 20, 2010. In contrast, the inclusion of such evidence will impose no prejudice on any other Party. No prejudice will result from including the physical evidence on Dril-Quip's trial exhibit list

because the Parties have photos of this evidence, these photos were previously marked as exhibits or were on Dril-Quip's previous and current trial exhibit lists, and the evidence is mentioned in numerous investigative reports and several expert reports. Moreover, the physical evidence has been inspected by most, if not all, of the Parties.

Dril-Quip, further, requests leave to add exhibits 537, 841, and 908. These documents were accidently deleted from Dril-Quip's Final Good Faith Trial Exhibit List filed on January 13, 2012. No prejudice will result from the inclusion of exhibits 537, 841, and 908 because the documents were produced to all the Parties, were used in several depositions, and appeared on previous versions of Dril-Quip's trial exhibit list.

For the foregoing reasons, Dril-Quip respectfully requests that the Court grant Dril-Quip leave to file its First Amended Final Good Faith Trial Exhibit List.

Date:   January 17, 2012

Respectfully submitted,

**WARE, JACKSON, LEE & CHAMBERS, LLP**

 /s/ C. Dennis Barrow, Jr
Don Jackson
Texas Bar No. 10476000
Fed ID No. 6915
C. Dennis Barrow, Jr.
Texas Bar No. 00796169
Fed ID No. 20624
America Tower
2929 Allen Parkway, 42nd Floor
Houston, TX 77019
Phone :  (713) 659-6400
Fax    :  (713) 659-6262

*Attorneys for Defendant, Dril-Quip, Inc.*

**CERTIFICATE OF SERVICE**

    I certify that the above and foregoing document will be served on all counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of January, 2012.

                                        /s/ C. Dennis Barrow, Jr.
                                        C. Dennis Barrow, Jr.