IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "*DEEPWATER HORIZON*" in the GULF OF MEXICO, on April 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| **THIS PLEADING APPLIES TO:**<br>10-2771 | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

# ORDER

CONSIDERING THE *EX PARTE* MOTION of Dril-Quip for Leave to File a First Amended Final Good Faith Trial Exhibit List,

IT IS HEREBY ORDERED that the motion be and hereby is GRANTED, that Dril-Quip is permitted to file its First Amended Final Good Faith Trial Exhibit List.

New Orleans, Louisiana, this ____ day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE