```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3   IN RE:  OIL SPILL      )  MDL NO. 2179
     BY THE OIL RIG         )
 4   "DEEPWATER HORIZON" IN )  SECTION "J"
     THE GULF OF MEXICO, ON )
 5   APRIL 20, 2010         )  JUDGE BARBIER
                            )  MAG. JUDGE SHUSHAN
 6

 7

 8

 9

10

11

12

13

14

15

16

17              ****************
                    VOLUME 1
18              ****************

19

20
            Deposition of David L. Bolado, taken at
21   the Pan-American Building, 601 Poydras Street,
     11th Floor, New Orleans, Louisiana, 70130, on the
22   22nd day of December, 2011.

23

24

25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1  about the job?
2     A.  That, in combination with the huge
3  database we have for those exact same designs.
4     Q.  Those exact same designs, but also those
5  additives that are Halliburton additives that you
6  have experience with?
7     A.  Again, if -- I don't know if we would do
8  it if -- if it was additives that -- that we have
9  experience with, but it was a blend that we do
10 not commonly use.
11    Q.  Okay.  But you'll agree with me that even
12 if it's not rig blend, it provides information
13 about the cement job?
14    A.  Potentially.
15    Q.  It's not irrelevant.  It provides some
16 information?
17    A.  It -- it could, or -- or it may not.
18    Q.  Do you know?
19    A.  It would depend on each test to test, as
20 you run them.  So I've seen tests where we run
21 pilot tests and we've got rig blend tests that
22 are significantly different, and it's a good
23 thing we got rig blend tests.  I've seen pilot
24 tests where they match up fairly close.
25         So, again, it could or it may or may not.

**PURSUANT TO CONFIDENTIALITY ORDER**

1  Q. Okay. But if the test results are close
2  between the pilot testing and the rig blend
3  testing, then that gives you comfort that the
4  blends are relatively the same?
5  A. If you get the same results, then you
6  would probably start to feel that they're fairly
7  close.
8  Q. Okay. Now, compatibility testing was not
9  performed on the cement pumped at the Macondo
10 Well, correct?
11 A. I do not recall seeing it. It -- it may
12 have been. Again, I did not study the test.
13 Q. Okay. Let me point you to the second
14 page, first full paragraph of that E-mail, the
15 Quirk E-mail.
16 A. Second page?
17 Q. Second page, first full paragraph. And
18 I'll read it out loud: "Spacer, Mud and Slurry
19 Compatibility testing will probably be the most
20 labor intensive part of what we'll face moving
21 forward. Having to test compatibilities with the
22 various ratios of mud, cement and spacer can tie
23 up the lab techs and atmospheric consistometers
24 for a few hours at a time. Currently, Shelf and
25 Deepwater perform compatibility tests on only 10%

**PURSUANT TO CONFIDENTIALITY ORDER**