Case 2:10-md-02179-CJB-DPC   Document 5244-2   Filed 01/17/12   Page 1 of 10

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 <br><br> SECTION: J <br><br> JUDGE BARBIER <br><br> MAG. JUDGE SHUSHAN |

# CONFIDENTIAL

## *WorldwideVIEW*™
### Interactive Deposition Digital Display

ORAL AND VIDEOTAPED DEPOSITION OF:



## Ron Faul

**VOLUME 1**

JUNE 29, 2011

## COPY



Systems Technology for the Litigation World

Litigation Group ♦ Court Reporting ♦ Video Production ♦ Videoconferencing

**For U.S. & International Services
800 - 745 - 1101**

```
 1      that software was not the same as that
 2      which Halliburton uses in its labs; is
 3      that correct?
 4           A.   Yeah, I'm not --
 5                MR. CHEN:  Objection, form.
 6           A.   I'm not sure what features would
 7      be different.
 8           Q.   (BY MR. THORNHILL)  Have you
 9      looked at the off-the-shelf version that
10      Halliburton sells and compared it to what
11      Halliburton uses in its labs?
12           A.   I have not.
13           Q.   All right.
14           A.   And we -- you know, that wouldn't
15      be in the lab as well; it would be the
16      engineering design software.
17           Q.   Okay.  All right.  I gotcha.
18                Now, tell me -- tell me a
19      little bit about what you had Mr. Quirk
20      do.  Did you call him on the phone or did
21      you send him an e-mail and say, I want you
22      to do some tests?
23           A.   Okay.  I called him on the phone
24      and asked him to get lab stock
25      materials --
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1   Q. Uh-huh.
2   A. -- and repeat the test that was on
3   the final BP Macondo production liner,
4   production casing report, repeat the
5   stability test specifically.
6   Q. Yeah. Yeah. Now -- now, you did
7   that, as I understand it, because somebody
8   in Duncan had told you that they had
9   attempted a duplication of the test, and
10  they found that the cement settled, right?
11  A. Yes.
12  Q. All right. So when you called
13  Mr. Quirk, it was probably within a week
14  or two after the blowout had started,
15  right?
16  A. It would have been in May
17  sometime.
18  Q. In May?
19  A. Yes.
20  Q. The blowout's April 20, so in
21  early May you were calling and saying --
22  A. Probably --
23  Q. -- let's --
24  A. Probably a little later in May.
25  Q. Now --

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1           A.   After the 15th.
 2           Q.   Okay.  You had from Duncan a
 3      report that the cement was settling,
 4      and -- I got that right, correct, you --
 5      that they -- they told you the cement
 6      samples that they tested that they thought
 7      were samples similar to the Macondo job,
 8      they -- they were settling, right?
 9           A.   Yes.  He called me and said that
10      the sample he mixed up was showing some
11      signs of settling.
12           Q.   Had you guys sent up to Duncan
13      some of the samples that you had on hand
14      at that time so that they could perform
15      the tests?
16           A.   We had sent up lab stock.
17           Q.   That'd be some of the same samples
18      you and I just went over in tab 60, right?
19           A.   No.  Tab 60, I believe, was
20      samples from the Macondo well specific to
21      the Macondo well, and those were isolated.
22      So lab stock would have been samples in
23      the lab that -- that had -- we -- we
24      didn't touch the -- those were under lock
25      and key.
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1  Q.  Okay.  Now, when you say lab
2  stock, though, for Duncan to test the
3  cement blends similar to what was used in
4  the Macondo production casing job, you
5  know, the 7-inch job --
6  A.  Yes.
7  Q.  -- they would have needed to have
8  blended into the cement essentially the
9  same materials that were blended into the
10 cement for the Macondo 7-inch production
11 job?
12 A.  We could have sent them samples of
13 Lafarge cement and samples of materials
14 from the lot numbers that we had in the
15 lab, but we didn't send them any of the
16 material from the -- from the rig --
17 Q.  Okay.
18 A.  -- Macondo.
19 Q.  Okay.  All right.  So you sent
20 them the cement -- the Lafarge cement.
21 Did --
22 A.  Yeah.
23 Q.  -- you take that out of the bin
24 down in Port Fourchon?
25 A.  I don't know where they got it.

**PURSUANT TO CONFIDENTIALITY ORDER**

1  Q.  Okay.  So apparently you had
2  Mr. Quirk conduct some foam stability
3  contaminated with synthetic oil-based mud?
4  A.  Yes.
5  Q.  Did he have available to him the
6  materials from the rig to conduct those
7  tests?
8  A.  He did not -- he had available,
9  but he didn't use those materials.
10  Q.  Okay.  Did he use any of the
11  synthetic oil-based mud from the -- from
12  the rig?
13  A.  No.
14  Q.  So where did he get his materials
15  to use for testing?
16  A.  We had some synthetic oil-based
17  mud in the lab.
18  Q.  Okay.  Did you know it to be the
19  same mud that was provided by -- is it
20  M-I SWACO for this job?
21  A.  I don't know that it was the same
22  mud at all.  It was just a similar mud
23  that was in the lab, synthetic oil-based
24  mud.
25  Q.  Was it of a particular weight,

**PURSUANT TO CONFIDENTIALITY ORDER**

1    A.  That's right.  I -- from time to
2  time when I want some information about
3  what might happen, I call Tim and -- or
4  call the la -- in this case I called Tim,
5  and just asked him to do a test for me,
6  I'd like to get this information.
7    Q.  Right.
8    A.  It's not associated with a
9  customer.  It's a Halliburton internal for
10  information purposes only.
11    Q.  Okay.  All right.  And -- and so
12  is it fair for me to say you weren't
13  really trying to test the same recipe of
14  cement and additives that had been tested
15  in Duncan?
16    A.  In this case, that would be
17  correct.
18    Q.  In other words, you weren't trying
19  to say, look, Duncan, you tested it and
20  the cement you tested in Duncan had
21  settling, it appeared to have problems,
22  now I'm going to test it with Tim Quirk
23  and we're going to show that it didn't
24  settle?  You didn't -- that wasn't your
25  objective; is that correct?

**PURSUANT TO CONFIDENTIALITY ORDER**

1    to somebody at Halliburton about
2    anything -- doesn't matter who's there --
3    that's fair game.  So that's what I want
4    to know about.
5              Did anybody at Halliburton
6    tell you that there was testing or did you
7    participate in any testing -- do you know
8    of any testing of any kind that was
9    conducted by anybody that would show
10   issues with respect to the stability of
11   the foam cement job on the production
12   casing?
13        A.   There were -- to my knowledge,
14   there were no additional tests done in
15   relation to foam stability.
16        Q.   Were there any tests regarding
17   anything else regarding the cement on this
18   job?
19        A.   Yes.  One -- an individual in
20   Halliburton, Anthony Badalamente requested
21   a static gel strength test, again, using
22   lab stock materials, retarders, everything
23   that would have been in the lab.  He
24   requested those results -- those --
25   testing.  I was not aware of it until --

1    until I got the results of it.  He -- once
2    he got the results of the test, he sent me
3    a copy of the lab test.
4         Q.  All right.  And do you have those
5    lab test results on your hard drive?
6         A.  Yes, I do.
7         Q.  And I'm assuming you turned over
8    those results?
9         A.  They have been turned over, that's
10   correct.
11        Q.  Okay.  And who performed those
12   tests for him, the gel strength tests?
13        A.  The -- the lab in Broussard
14   performed it.  The correspondence was with
15   Tim Quirk.  So I don't know who actually
16   did perform the test, but --
17        Q.  Okay.  Other than having received
18   the information on your hard drive, looked
19   at it briefly, and then turned it over to
20   counsel, did you involve yourself with the
21   details of the analysis in the gel
22   strength test?
23        A.  No, I didn't.
24        Q.  Did you discuss the analysis of
25   the gel strength test with anyone?

**PURSUANT TO CONFIDENTIALITY ORDER**

1  set cement.
2       Q.  Mr. Quirk also testified that
3  he -- he did some observations of the --
4  the stability, I mean, of the foam itself,
5  that there was a Teflon inserted cell and
6  PVC pipe and I believe he testified at his
7  deposition that he also looked at those
8  results.
9             Did he discuss those
10 observations with you?
11      A.  That Teflon pipe would have been
12 the set cement foam stability test.
13 That's the way that you run it.
14      Q.  Okay.
15      A.  And again, he could have given me
16 those results.  I was satisfied that it
17 was stable, his words, and -- but I don't
18 remember the numbers or what he gave me
19 or -- beyond that he was satisfied with it
20 and I was satisfied with it.
21      Q.  So you learned from Mr. Quirk that
22 this -- the test is stable because he said
23 it looked good, and you take his word for
24 it.  What do you do with that information?
25 At that point when you received the

**PURSUANT TO CONFIDENTIALITY ORDER**