```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3   IN RE:  OIL SPILL         )   MDL NO. 2179
     by the OIL RIG,           )
 4   DEEPWATER HORIZON in      )   SECTION "J"
     the GULF OF MEXICO,       )
 5   April 20, 2010            )   JUDGE BARBIER
                               )
 6                             )   MAG.  JUDGE
                               )   SHUSHAN
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22            Videotaped deposition of GREG
     GARRISON, taken at Pan-American Building, 601
23   Poydras Street, 11th Floor, New Orleans,
     Louisiana, 70130, on the 4th of November,
24   2011.
25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1    tell.  But, yeah, there -- we -- we observed,
 2    you know, loss of volume.
 3         Q.    And you were there when they
 4    opened this up and took a picture?
 5         A.    That's correct.
 6         Q.    And the cubes are filled to the
 7    top when you begin the test?
 8         A.    Yes.
 9         Q.    And so a loss in volume, what
10    does that mean?
11         A.    It -- it depicts an instability
12    of the -- of the slurry.
13         Q.    And you personally,
14    Mr. Garrison, observed that?
15         A.    Yes.  I observed the pouring,
16    the mixing and also the -- the pulling of the
17    samples.
18         Q.    Now, what is the purpose of --
19    counsel earlier this morning asked you about
20    the compressive strength testing that was
21    done on these samples, correct?  Do you
22    recall?
23         A.    Yes.
24         Q.    Now, you ran the compressive --
25    the UCA testing at 3,000 psi?
```

```
 1            A.     Yes.
 2            Q.     And you testified that was your
 3     direction from the JIT?
 4            A.     No, it was not.
 5            Q.     Okay.  Why did you run it at
 6     3,000 psi?
 7            A.     It's -- when -- when we were
 8     supplied with the protocol, there was --
 9     there was no directive on pressure.  So -- so
10     based on no directive, we follow API
11     procedures.
12            Q.     Uh-huh.  Now, the API -- and
13     that's a table in API, right?
14            A.     Well, it's just that all UCAs
15     are ran at 3,000 psi as a standard working
16     pressure.
17            Q.     Right.  So we're talking about
18     API 10B-2.
19            A.     Yes.
20            Q.     And it has a table in there
21     for -- that lists standard pressures and
22     temperatures to test compressive strength?
23            A.     Yes.
24            Q.     Now, does API tell you that if
25     you have more information about the well, the
```

**PURSUANT TO CONFIDENTIALITY ORDER**