UNITED STATES DISTRICT COURT
      EASTERN DISTRICT OF LOUISIANA

```
IN RE:  OIL SPILL       )  MDL NO. 2179
BY THE OIL RIG          )
"DEEPWATER HORIZON" IN  )  SECTION "J"
THE GULF OF MEXICO, ON  )
APRIL 20, 2010          )  JUDGE BARBIER
                        )  MAG. JUDGE SHUSHAN
```

      \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
          VOLUME 2
      \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

    Deposition of Samuel Jason Lewis, Ph.D., taken at the Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 6th day of December, 2011.

PURSUANT TO CONFIDENTIALITY ORDER

Page 403

```
 1      Q.   What do you mean "not specifically"?
 2      A.   Again, it certainly would have been an
 3  extra data point.  I would have been -- I mean,
 4  any data is potentially useful.  But I'd have to
 5  have the rig samples to be able to compare
 6  directly back to the Macondo blend itself, and
 7  the -- and to be able to compare and contrast
 8  against the results that I was provided from the
 9  lab.
10      Q.   You do research testing all the time,
11  don't you?
12      A.   Yes.
13      Q.   And you use the results of that research
14  testing to inform -- to inform your Desk
15  Engineers regarding how you think various
16  additives and various formulations are going to
17  perform in the field; is that right?
18      A.   From a trend standpoint, yes.
19      Q.   Okay.  And that use -- that data is -- is
20  useful to you and to those Desk Engineers in
21  determining how those cement formulations will
22  perform in the field, correct?
23      A.   Yes.
24      Q.   And those tests you're doing aren't done
25  on the rig sample, are they?
```

1      A.   No.

2      Q.   Okay.  But they're more than simply data

3  points, aren't they?

4      A.   No, I wouldn't say so.  I mean --

5      Q.   "No"?  Why not?

6      A.   Because that's exactly what they are, is

7  data points.

8      Q.   But those data points help inform the

9  opinions that you give your Desk Engineers and

10 other technical -- technical personnel at

11 Halliburton to make decisions with regard to how

12 cement formulations will perform in the field; is

13 that right?

14     A.   Okay.  Sure, yeah.

15     Q.   Okay.  Directing you back to Page 45 of

16 your Report --

17     A.   Okay.

18     Q.   -- looking at subsection C again, the

19 last paragraph there, you say:  "I also note that

20 the JIT Report concluded, with high confidence,

21 that the annulus cement was set at the time BP

22 lost well control.  'The Panel, however, found

23 that there was strong evidence that the cement

24 had set prior to the time that the rig crew

25 performed the negative pressure test.'"