1

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3   IN RE:  OIL SPILL      )  MDL NO. 2179
     BY THE OIL RIG         )
 4   "DEEPWATER HORIZON" IN )  SECTION "J"
     THE GULF OF MEXICO, ON )
 5   APRIL 20, 2010         )  JUDGE BARBIER
                            )  MAG. JUDGE SHUSHAN
 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20              Deposition of RICKEY LYNN
21   MORGAN, taken at Pan-American Building,
22   601 Poydras Street, 11th Floor, New Orleans,
23   Louisiana, 70130, on the 17th day of October,
24   2011.
25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
        1   were lab samples that you tested?
        2           A.      Yes, ma'am.
        3           Q.      And even though they were lab
        4   stock samples, you relied on the results of
10:44   5   these tests to perform whatever these -- they
        6   were used -- these results were used for in
        7   the relief well operations?
        8           A.      Yes, ma'am.
        9           Q.      And you were confident that
10:44  10   these test results would be representative?
       11           A.      Could be.  Should be.
       12           Q.      Enough for you to rely on
       13   them --
       14           A.      Exactly.
10:44  15           Q.      Okay, you can put that e-mail
       16   away.  Sorry, give me a minute to make sense
       17   of my chicken scratch.
       18                   Okay.  I'm going to ask you to
       19   turn to tab 4 of the binder.  Do you
10:45  20   recognize this document, sir?
       21           A.      Yes, ma'am.
       22           Q.      And these were documents that
       23   were in your files?
       24           A.      Yes, ma'am.
10:45  25           Q.      And, for the record, this is
```

**PURSUANT TO CONFIDENTIALITY ORDER**