```
 1           UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
 2
     IN RE:  OIL SPILL      MDL NO. 2179
 3   BY THE OIL RIG
     "DEEPWATER HORIZON"    SECTION:  J
 4   IN THE GULF OF
     MEXICO, ON APRIL       JUDGE BARBIER
 5   20, 2010               MAG. JUDGE SHUSHAN
```

15

16              Videotaped deposition of **TIMOTHY L. QUIRK,** 202 Founder Street, Lafayette, Louisiana 70508, taken in the Pan American

17  Life Center, Bayou Room, 11th Floor, 601 Poydras Street, New Orleans, Louisiana

18  70130, on Monday, March 21, 2011.

19  **APPEARANCES:**

20  ON BEHALF OF THE PLAINTIFFS
    STEERING COMMITTEE

21

22

23  CUNNINGHAM BOUNDS, LLC
    By:  Robert T. Cunningham, Esquire
24  1601 Dauphin Street
    Mobile, Alabama 36604
25

**GAUDET, KAISER, L.L.C.**
Board-Certified Court Reporters

1   of this blowout?
2       A.    Yes.
3       Q.    Who contacted you?
4       A.    Ronnie Faul.
5       Q.    Okay.  And what did Mr. Faul
6   say?
7       A.    He just asked me to -- to foam
8   the, you know, foam the slurry and -- and
9   take a look at using lab stock additives.
10  And --
11      Q.    And did he give you a reason why
12  he wanted you to foam the slurry using lab
13  stock additives?
14      A.    He said that -- that they had
15  performed a test in -- in Duncan, Oklahoma
16  and that he wanted me to mix the slurry up
17  and see if, you know, see how it compared
18  to what they were seeing up there.
19      Q.    Okay.
20      A.    Mix it and -- and perform
21  stability.  This was, you know, a foam
22  stability test and looking at different
23  concentrations of mud contamination with
24  the -- and the effects on cement --
25      Q.    Okay.  All right.

Board-Certified Court Reporters