| Sample # | Date Received | Materials Received | Use | Location |
|---|---|---|---|---|
| B-138-10 | 10-6-10 | 1x1 quart SCR-100L (#H843204)<br>1x1 quart EZ-FLO<br>1x1 quart Zone Sealant 2000<br>1x1 quart SA-541<br>1x1 quart SCAir-3000<br>1x1 quart DAir-3000L<br>1x1 quart SEM-8<br>1x1 quart Dual Spacer Surfactant A<br>1x1 quart Dual Spacer Surfactant B<br>2x1 quart KCl (Potassium Chloride)<br>1x1 gallon Tuned Spacer III<br>3x5 gallon Tuned H<br>2x5 gallon Fresh Water<br>1x5 gallon SSA-1 (Silica Flour)<br>1x5 gallon SSA-2 (Coarse Silica or Okla #1)<br>1x5 gallon Barite | BP Deep Water Horizon | Cab 5 |
| B-139-10 | 10-6-10 CP | 1x 2 gallon 11.55 ppg Reliant SBM | Exhibit | QB |
| B-140-10 | 10/12/10 QP | 1x 5 gallon 14.19 Reliant Mud | Ref Deep Water Horizon | Cab Deep Water Horizon |
| B-141-10 | 10/12/10 QP | 1x2 gal MICROSAND<br>2x1 qt LATEX 3000 | Angola | QB |
| B-142-10 | 10/14/10 Rec'd | 1x5 gallon Barlow Class H Neat (Seawater slurry)<br>1x1 qt LD3D, 1x1 qt SA-541, 1x1 qt D-Air 3000L, 1x1 qt BA-77<br>1x2 gallon D132 | Seahawk 2622 Job info 06/13 | IIC |
| B-143-10 | 10/14/10 QP | 1x5 gallon FOP-6925-09 | Angola | QC |

4561
Exhibit No. _____
Worldwide Court
Reporters, Inc.

CVX80311 00000885

Annotation (callout to items in Materials Received): Barite, SSA-1, SSA-2, Zonese(?), Fresh Water Additives

| Sample # | Date Received | Materials Received | Use | Location |
|---|---|---|---|---|
| B-14446 | 10-15-10 | 3x5 gallon Zonese(?)H *<br>2x5 gallon Fresh Water<br>1x5 gallon SSA-A (Core silica or OKMA #1)<br>1x5 gallon SSA-1 (Silica Flour) *<br>1x5 gallon Barite *<br>1x5 gallon Tuned Spacer III *<br>1x1 quart Dual Spacer Surfactant A *<br>1x1 quart Dual Spacer Surfactant B *<br>2x1 quart KCl (Potassium Chloride)<br>1x1 quart SEM-8 *<br>1x1 quart Zone Sealant 2000 *<br>1x1 quart D'Air 3000L<br>1x1 quart SCR-100L (#H843220s)<br>1x1 quart EZ-FLO *<br>1x1 quart D'Air 3000 *<br>1x1 quart SA-541 * | DP Deep Water Horizon | 16 D<br>17 D<br>18 D |
| B-1445-10 | 10-25-10 | 1x1 gallon (Brazos "A")<br>1x1 qr Bx-B<br>1x1 qr 0177<br>1x1 qr 0177<br>1x1 qr 040 | Recent Calumet(?) | 15 C |
| B-1446-10 | 10-25-10 | 1x5 gallon Basins<br>16 gallon Drill water xxxx 1/2<br>(samples) LTN 1172<br>(illegible) 0.60/1173 | Gloss Loads | 2 C + D |
| B-1447-10 | 10-29-10 | 1x5 gallon Class H Cement<br>1x5 gallon Drill Water<br>1x5 gallon Oil Base Mud (11.1 lbs)<br>1x1 quart SS-2<br>1x1 quart HS-2<br>1x1 quart SSL<br>1x1 quart CD-32L<br>1x1 quart ASA 301L<br>1x1 quart BA-4L<br>1x1 quart FP-13L<br>1x1 quart R-8L<br>1x1 pint NaOH (SzH) | Ensco 68 | 5 C |

CVX80311 00000886