UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL NO. 2179 SECTION J |
| THIS DOCUMENT RELATES TO: | : : | JUDGE BARBIER |
| 2:10-CV-02771 | : : | MAGISTRATE JUDGE SHUSHAN |

**UNITED STATES' RESPONSE TO
HESI's MOTION TO EXCLUDE EVIDENCE RELATING TO TESTING OF CEMENT
BLENDS USING NON-RIG SAMPLES [DOC. # 5138]**

Exhibit 7722, cited on p. 4, filed under seal