UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179 SECTION "J" JUDGE BARBIER |
| This Document Relates to: *All Cases* | * * * * | MAGISTRATE NO. 1 MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANTS ANDARKO PETROLEUM CORPORATION'S AND ANADARKO E&P COMPANY LP'S MOTION *IN LIMINE* TO STRIKE AND PRECLUDE FROM TRIAL CERTAIN SECTIONS OF THE REBUTTAL EXPERT REPORT OF JAMES P. LANG AND <u>CERTAIN OPINIONS OF JAMES P. LANG</u>**

Anadarko Petroleum Corporation ("APC") and Anadarko E&P Company LP ("AE&P") (collectively, "Anadarko") respectfully submit this Motion *in Limine* to strike and preclude from trial certain sections of the Rebuttal Expert Report of James P. Lang and certain opinions of James P. Lang. As set out more fully in the Memorandum in Support filed herewith, Mr. Lang does not confine his report to contradicting or opposing the expert reports of Roger Vernon and Gordon Cain. Sections improperly characterized as rebuttal testimony must be stricken from his report and precluded from being offered at trial.

Wherefore, Anadarko respectfully requests that the Court strike from the Rebuttal Expert Report of James P. Lang and preclude from the Phase I trial scheduled to commence in February 2012, all portions of Mr. Lang's report that do not contradict or oppose opinions contained in the Vernon and Cain reports.

Respectfully submitted,

DATED: Jan. 17, 2012                    BINGHAM McCUTCHEN LLP

/s/ *Ky E. Kirby*
Ky E. Kirby
ky.kirby@bingham.com
David B. Salmons
david.salmons@bingham.com
Michael B. Wigmore
michael.wigmore@bingham.com
Warren Anthony Fitch
tony.fitch@bingham.com
Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-0696

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on October 17, 2011.

DATED:  Jan. 17, 2012

/s/ *Ky E. Kirby*
Ky E. Kirby