UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico on April 20, 2010 | * | SECTION "J" |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | |
| *All Cases* | * | |
| | * | MAGISTRATE NO. 1 |
| | * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * *

## ORDER

Considering Anadarko Petroleum Corporation's and Anadarko E&P Company LP's Motion *in Limine* to strike and preclude from trial certain sections of the Rebuttal Expert Report of James P. Lang and certain opinions of James P. Lang:

**IT IS HEREBY ORDERED** that Anadarko Petroleum Corporation's and Anadarko E&P Company LP's Motion *in Limine* is granted in full.

New Orleans, Louisiana, this ____ day of January ___, 2012.

_____
UNITED STATES DISTRICT JUDGE