# EXHIBIT B



# DEEPWATER HORIZON

## AMENDED EXPERT REPORT
## ROGER VERNON

Vernon Associates Ltd
3 Moorwinstow Croft
Sheffield, UK

October 17, 2011

As amended November 15, 2011

my expert opinions in relation to the incident, based upon my own expertise and in light of drilling industry standards and practices. I reserve the right to update my report if more information becomes available.

## II. BP'S ULTIMATE RESPONSIBILITY AS THE OPERATOR

8. BP, as Operator at Macondo, had exclusive authority for all decision-making on the well. BP's responsibilities as the Operator and the extent of BP's exclusive control over drilling are typical of those found in the deepwater drilling industry. In order for BP to establish a clear chain of command, non-operating investors, such as Anadarko, had no right to interfere in BP's operations and had no control over any of BP's operational decisions. Nor were the Non-Operating Parties ("NOPs") consulted by BP when it was making those decisions.

### A. Operator's Role

9. The Macondo well was financed and operated by a group of companies ("Parties"); working under an Operating Agreement ("OA") dated October 1, 2009.[1] The Parties to the OA included BP Exploration & Production Inc. (65%), MOEX Offshore 2007 LLC (10%), Anadarko E&P Company LP (22.5%) and Anadarko Petroleum Corporation (2.5%) ("Anadarko"). Anadarko E&P Company LP later assigned its interest to Anadarko pursuant to an assignment executed April 15, 2010 (effective April 1, 2010).[2]

10. Under the OA, BP was designated as the Macondo well's Operator.[3] All other parties, including Anadarko, were designated NOPs.[4]

11. Thus, under the terms of the OA, BP was responsible for all activities and operations without any right of interference on the part of the NOPs.[5] BP was responsible for all

---

[1] Depo. Ex. 1243, ANA-MDL-000030610, Ratification and Joinder of Operating Agreement, Macondo Prospect.
[2] Depo. Ex. 2317, ANA-MDL-000023862 (Assignment of AEP's 22.5% interest in the Macondo lease to Anadarko, approved April 28, 2010 and effective April 1, 2010).
[3] Depo. Ex. 1243, ANA-MD-000030610, Ratification and Joinder of Operating Agreement, Macondo Prospect at Article 4.1.
[4] Same at Article 2.43 (defining Non-Operating Party).
[5] Depo. Ex. 1243, ANA-MD-000030610, Ratification and Joinder of Operating Agreement, Macondo Prospect at Article 5.1; O'Bryan Depo. at 768:17-22 (BP had the right and duty to carry out all operations under the OA); Wardlaw Depo. at 247:20-253:15, 256:21-257:9 (BP as the operator has the right and duty to conduct operations including drilling the well and temporary abandonment); Wardlaw Depo. at 260:15-261:17 (BP

2

decisions on the well and clearly sought to retain control for all decision-making.[6] In particular, BP was responsible for all down-hole operations and decisions about how to conduct operations and evaluate those operations.

12. Moreover, evidence demonstrates that BP was the ultimate decision-maker with respect to planning and critical decisions leading up to April 20.[7] Consistent with industry standards, BP was responsible for well design.[8] Anadarko had no role in designing or planning the Macondo well.[9] Indeed, Anadarko did not enter the deal until after the pre-drill planning and design phase.[10] BP established the time table for drilling; Anadarko also, as is typical, had no role in that decision.[11] And BP, as Operator, was responsible for the day-to-day activities and decisions executed by personnel on the rig.[12] BP's engineering group put the drilling procedures together.[13] BP was responsible for directing Transocean's actions with regard to drilling the well, while Transocean

---

was not subject to the NOPs' control, was not the NOPs' agent, and had the right to hire contractors and employees); Beirne Depo. at 32:4-11, 382:21-383:19 (Being a co-owner does not constitute being a co-operator; BP was the operator of Macondo. The OA clearly gives BP as operator the exclusive right and duty to operate the well); Rainey Depo. at 394:20-23 (BP was operator of lease and operator of Macondo well operations).

[6] Depo. Ex. 3239, BP-HZN-2179MDL01833704, Oct. 22, 2009 Email chain re deals with Anadarko and Mitsui (Mike Daly (BP) says "Supportive of both deals. Need to be sure to retain clear control in Macondo."); Depo. Ex. 2320, BP-HZN-2179MDL00003296, Apr. 14, 2010 Email chain (Michael Beirne (BP) notifies Anadarko that it's calling TD at 18,360' MD. Nick Huch (Anadarko) responds that Anadarko approves and defers to BP. Beirne forwards internally, stating "FYI. I did not ask for approval but they gave it anyway.").

[7] M. Sepulvado Depo. at 85:5-86:1 (BP is the ultimate decision-maker on Macondo); Lacy Depo. at 519:25-520:11 (The Operator "has the ultimate responsibility to make the final decision" when a contractor raises a safety concern or issue aboard a rig; it is not uncommon for an Operator to make a decision counter to advice or over disagreement.); Cameron Depo. at 283:10-17 (The ultimate operational decisions on the rig are made by the BP company man).

[8] Walz Depo. at 153:17-154:6, 571:24-572:7 (Walz admits he is ultimately responsibility for the design of the Macondo Well as the engineering team leader and was accountable for assuring the well plans were in compliance with BP's standards); Walz Depo. at 348:7-13 ("All the design work [on the well] was done by Mr. Hafle and Mr. Morel").

[9] Little Depo. at 529:7-530:4 (Little is unaware of Anadarko playing a role in the design or decisions concerning the design of Macondo); Bodek Depo. at 673:2-9 (Bodek is not aware of any instance in which Anadarko was consulted regarding any of the well design decisions).

[10] Bodek Depo. at 653:13-23 (Drilling of Macondo had already begun prior to Anadarko entering into the OA with BP).

[11] Bodek Depo. at 762:25-763:13 (Bodek has no evidence Anadarko had any involvement in scheduling the rig's future engagements, or that BP consulted Anadarko regarding rig scheduling).

[12] T. Brock Depo. at 47:5-7 ("John Guide, as the well's team leader, was responsible for day-to-day operations on the well itself."); K. Wardlaw Depo. at 247:20-253:15 (As the sole operator, BP had the exclusive right and duty to conduct operations, including drilling the well and temporary abandonment).

[13] M. Sepulvado Depo. at 91:19-92:1.

provided the rig, the personnel to operate the rig and personnel to drill the well.[14] As is customary, Anadarko had no role in selecting the rig or rig personnel.[15]

13. BP was also responsible for developing the plan and providing the contractors with operational procedures. As is standard in the industry, Anadarko had no role in drafting, disseminating, or ensuring the existence of or compliance with specific procedures or protocol.

14. As is customary in the industry, Anadarko had no pre-incident contact with contractors regarding operational planning and decision-making.[16]

15. While Transocean was responsible for rig maintenance and asset maintenance, including maintenance on the BOP, BP was responsible for conducting rig and asset audits.[17] As is customary, Anadarko did not receive rig audits.

16. Evidence clearly demonstrates that BP was designated as Operator for the Macondo well. As such BP had the exclusive right and duty to conduct all operations under the OA in a workmanlike manner. In my opinion, BP's Operator responsibilities at Macondo were typical of operator responsibilities found in the deepwater drilling industry. Stated differently: under the OA, BP's exclusive control and responsibilities over the drilling at the Macondo well comported with industry practices.

### B. NOP's Role

---

[14] Sannan Depo. at 40:17-41:14, 389:20-397:16, 409:22-410:9, 465:9-466:2.

[15] Wardlaw Depo. at 303:8-306:6 (BP did not have an obligation to confer with Anadarko or get Anadarko's approval to hire contractors); Little Depo. at 530:5-15 (Little is unaware of Anadarko being involved in selecting contractors).

[16] P. Anderson Depo. (Halliburton) at 387:18-389:5; Millsap Depo. (ModuSpec) at 330:13-19; Hay Depo. (Transocean) at 98:1-17; LeNormand Depo. (Cameron) at 152:16-154:3; Emanuel Depo. (Schlumberger) at 192:4-9.

[17] Rodriguez Depo. at 68:3-14, 70:3-71:7, 103:3-104:4 (There were certain standards, rules, procedures and policies that govern how the audit and audit follow-up will be conducted. According to section 5.9 of BP's GP 10-40, BP is responsible for an audit follow-up to confirm compliance with recommendations. The wells team leader, in this case John Guide, was responsible for this follow-up.); Thierens Depo. at 47:21-48:6 ("it was the Well's Team Leader's responsibility to deal with the audit issues"); Canducci Depo. at 151:10-152:17 (Between March 17, 2010 and April 20, 2010, the follow-up audit identified 117 hours of maintenance work that needed to be done on the BOP, but the BOP was never pulled out of the water to perform the required maintenance. The decision to complete the well before the BOP maintenance was completed was made with BP's knowledge.); Canducci Depo. at 666:21-667:14, 672:11-21 (BP had the right not to use the Deepwater Horizon until the audit deficiencies were remedied, but they chose to proceed with operations. BP made similar decisions after its prior audits.).