# Steve Herman

| | |
|---|---|
| **From:** | Kavanaugh, Brian P. [bkavanaugh@kirkland.com] |
| **Sent:** | Monday, December 05, 2011 10:47 PM |
| **To:** | Sally_Shushan@laed.uscourts.gov |
| **Cc:** | Mike_OKeefe@laed.uscourts.gov; Steve Herman; James Roy; Mike.Underhill@usdoj.gov; 'dsc2179@liskow.com' |
| **Subject:** | MDL 2179 - Additional Phase One Deposition Designations |

Dear Judge Shushan –

Per Your Honor's instructions, the parties other than the PSC have identified the following additional deponents to be added to the schedule for deposition designations to be submitted in connection with the Phase I trial. I can report as well that BP, Transocean, Halliburton, Cameron, Anadarko, MOEX, MI Swaco, Dril Quip, the PSC and the DOJ are all in agreement with the order of priority reflected in the list below:

Lirette, Brent (Weatherford 30(b)(6) Rep.)
Bryan, Jim (Anadarko 30(b)(6) Rep.)
Kenney; Gary (DNV (Det Norske Veritas) 30(b)(6) Rep.)
Lambert, Lee
Quirk, Tim
Vargo, Richard (Halliburton 30(b)(6) Rep.)
Billon, Brad (MI-SWACO 30(b)(6) Rep. )
Boughton, Geoff
Clark, Skip (Halliburton 30(b)(6) Rep. )
Haynie, William
Ishii, Naoki (MOEX 30(b)(6))
Katsounar, Andreas (Stress Eng'g. 30(b)(6) Rep)
McKay, David
Neal, Robert
O'Donnell, Allan (Anadarko 30(b)(6) Rep.)
Ravi, Kris
Wardlaw, Kirk (BP 30(b)(6) Rep. )
Young, Ken (Stress Eng'g. 30(b)(6) Rep)
Anderson, Paul
Bement, James
Bhalla, Kenneth (Stress Eng'g. 30(b)(6) Rep)
Bjerager, Peter (DNV (Det Norske Veritas) 30(b)(6) Rep.)
Brown, David (CSI 30(b)(6) Rep.)
Chandler, Paul (Anadarko 30(b)(6) Rep.)
Chemali, Ronald
Emmerson, Antony
Florence, E
Foster, Steve (Anadarko 30(b)(6) Rep.)
Garrison, Greg
Guidry, Eric (Randy Smith Training Solutions 30(b)(6) Rep. )
Hart, Derek
Huch, Nick
Johnson, Steven
Keaton, J
Kronenberger, Kurt
Martinez, Victor

1

Meche, Gregory
Milsap, Kris
Neal, Eric
Odenwald, Jay
Odom, Michael
Peyton, Dawn
Smith, Daryl (Nexen Inc. 30(b)(6) Rep.)
Thompson, Neil (DNV (Det Norske Veritas) 30(b)(6) Rep. )
Turlak, R
Vinson, Graham "Pinky" (BP 30(b)(6) Rep.)
Watson, Nick
Williams, Michael
Bondurant, Charles
Byrd, Jerry (Anadarko 30(b)(6) Rep.)
Douglas, Martin
Emmanuel, Victor
Fleece, Trent
Hurta, Gary (Dril-Quip 30(b)(6) Rep.)
Johnson, Bill
Johnson, Dustin
Kritzer, Joshua
Lambert, Heath
Liu, Xuemei (BP 30(b)(6) Rep. )
McDonald, Capt. John
Morgan, Patrick
Prestidge, Jim
Price, Vincent
Rodante, Thomas (Baker Risk  30(b)(6) Rep. )
Sutton, Steve (U.S. 30(b)(6) Rep.)
Sweatman, Ronald
Taylor, Carl
Walsh, Bob
Winter, David (Vector Magnetics LLC 30(b)(6) Rep. )


**Brian P. Kavanaugh**| **KIRKLAND & ELLIS LLP**
300 North LaSalle | Chicago, Illinois  60654
☎ +1 312.862.2015 | F +1 312.862.2200 | brian.kavanaugh@kirkland.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*