UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179  SECTION J |
| This document relates to: | * * | Honorable CARL J. BARBIER |
| *All cases* | * * | Magistrate Judge SHUSHAN |

**BP EXPLORATION AND PRODUCTION INC'S EX PARTE MOTION FOR LEAVE TO FILE MEMORANDUM IN RESPONSE TO ANADARKO'S CROSS-MOTION FOR SUMMARY JUDGMENT [DOC. # 5113] AND TRANSOCEAN'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT [DOC. # 5103] AND SURREPLY MEMORANDUM IN RESPONSE TO UNITED STATES' REPLY IN SUPPORT OF SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT [DOC. # 4820]**

**PLEASE TAKE NOTICE** that BP respectfully requests leave to file a memorandum in opposition to the cross-motions of Anadarko and Transocean with respect to Clean Water Act liability. Although the Court has not entered an Order granting BP permission to file such a memorandum, both Anadarko and Transocean seek summary judgment in the context of a coordinated multidistrict litigation, and it is possible that the Court's disposition of the cross-motions may affect BP's own liability, if only as a matter of the law of OPA contribution. Although BP believes that it is entitled to submit a memorandum in opposition to any cross-motions seeking summary judgment as a matter of right pursuant to Rule 7.5 of the Local Civil Rules for the Eastern District of Louisiana, it submits this cover motion for leave to file its memorandum out of an abundance of caution.

Approximately three pages of the memorandum address arguments raised in the United States' reply in support of its motion. To the extent that these pages might be considered a

surreply in opposition to the United States' motion, BP seeks the Court's leave to include these pages.

Finally, BP submits that the memorandum, which falls within the 25-page limit imposed by Local Rule 7.7, will be useful to the Court.  A proposed Order accompanies this request.

Dated:     January 17, 2012                          Respectfully submitted,

|  |  |
|---|---|
|  | /s/ Don K. Haycraft |
| Robert R. Gasaway | Don K. Haycraft (Bar #14361) |
| Jeffrey Bossert Clark | R. Keith Jarrett (Bar #16984) |
| Aditya Bamzai | LISKOW & LEWIS |
| Kirkland & Ellis LLP | 701 Poydras Street, Suite 5000 |
| 655 Fifteenth Street, N.W. | New Orleans, Louisiana 70139-5099 |
| Washington, D.C. 20005 | Telephone:  504 -581-7979 |
| Telephone:  202- 879-5000 | Facsimile:  504 -556-4108 |
| Facsimile:  202- 879-5200 |  |
|  | Richard C. Godfrey, P.C. |
| Joel M. Gross | J. Andrew Langan, P.C. |
| Brian Israel | Kirkland & Ellis LLP |
| Allison Rumsey | 300 North LaSalle Street |
| Arnold & Porter LLP | Chicago, IL 60654 |
| 555 Twelfth Street, NW | Telephone:  312- 862-2000 |
| Washington, DC  20004-1206 | Facsimile:  312- 862-2200 |
| E-Mail:  Joel.Gross@aporter.com |  |
| Telephone:  202- 942-5000 | Robert C. "Mike" Brock |
| Facsimile:  202- 942-5999 | Covington & Burling LLP |
|  | 1201 Pennsylvania Avenue, NW |
|  | Washington, DC 20004-2401 |
|  | Telephone:  202-662-5985 |
|  | Facsimile:  202-662-6291 |

*Attorneys for BP Exploration & Production Inc.*

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of January, 2012.

                                                  /s/ Don K. Haycraft
                                                  Don K. Haycraft