UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br><br>*All cases* | * * * | Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |

## ORDER

**IT IS HEREBY ORDERED** that BP Exploration and Production's Ex Parte Motion for Leave to File Memorandum in Response to Andarko's Cross-Motion for Summary Judgment [Doc. # 5113] and Transocean's Cross-Motion for Partial Summary Judgment [Doc. # 5103] and Surreply Memorandum in Response to United States' Reply in Support of Second Motion for Partial Summary Judgment [Doc. # 4820] is granted.

The Clerk of the Court is ordered to file the memorandum attached to BP's motion into the record in the captioned case.

New Orleans, Louisiana, this ___ day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE