# Exhibit 2
# (Provided Under Seal)