# Exhibit 3
# (Provided Under Seal)