# Exhibit 7

```
 1           UNITED STATES DISTRICT COURT

 2           EASTERN DISTRICT OF LOUISIANA

 3

 4    IN RE:  OIL SPILL BY    MDL NO. 2179
      THE OIL RIG
 5    "DEEPWATER HORIZON"     SECTION:  J
      IN THE GULF OF
 6    MEXICO, ON APRIL 20,    JUDGE BARBIER
      2010                    MAG. JUDGE SHUSHAN
 7
```

**VOLUME 1**

17        30 (b)(6) and 30(b)(5) Deposition of

18   **TRANSOCEAN**, through its designated

19   representative, **MILES RANDAL EZELL**, and **MILES**

20   **RANDAL EZELL**, individually, 32 Ezell Road,

21   Purvis, Mississippi 39475, taken in the

22   Pan-American Life Center, Bayou Room 1 and 2,

23   11th Floor, 601 Poydras Street, New Orleans,

24   Louisiana 70130, Louisiana 70130, on

25   Wednesday, April 27, 2011.

```
 1  watched TV and I got a telephone call at 10
 2  minutes to 10:00 from the rig floor.
 3       Q.   Who called you?
 4       A.   Steve Curtis.
 5       Q.   And what did he say?
 6       A.   He said, "The well is coming in.
 7  Well, first he said we have a situation.  The
 8  well is coming in.  We got mud blowing to the
 9  crown."
10            And I remember thinking, oh, my
11  God, and I asked, did they have it shut in?
12            And Curtis told me that Jason
13  was shutting it in.  He said, "Jason is
14  shutting it in now," and he made a remark
15  that "we can't see out of our windows," and
16  he said, "Randy, we need your help."
17            And I told him I would be right
18  there, and that's the last communications
19  that we had.
20       Q.   And what did you do?
21       A.   Jumped out of bed, put my
22  coveralls on, grabbed a pair of socks, opened
23  the door to my cabin.  I was going to go to
24  get my hard hat and boots.  Stepped across a
25  short hallway to where my office was, right
```

1  straight across from my room, and as soon as
2  I stepped into the threshold of the office,
3  that's when the massive explosion hit, and it
4  blew me into the wall about 20 feet away,
5  total darkness.  Living quarters imploded and
6  full of smoke, rubble everywhere.  I was
7  covered in a lot of debris.  That's
8  basically --
9           Q.    What were you hearing?
10          A.    At first, I wasn't hearing
11 anything due to the concussion.  It was like
12 a ringing or a hissing kind of noise.  It
13 took a few minutes before I could actually
14 regain some of my hearing.
15                After I got the debris off of
16 me, I remembered trying to figure out where I
17 was at and what had happened.  I mean, it's
18 hard to explain how something like that, you
19 would react with an explosion of that
20 magnitude, but I was addled, to say the
21 least.
22                I ended up making my way out
23 into the hall, and I thought that was air
24 initially, but it was methane in the hallway
25 and I remember thinking, thank God I know

1  where I'm at because once I knew I was in the
2  hallway, I knew how to navigate, and I
3  crawled a few -- I don't know, body lengths
4  and put my hand on a person, and it was Wyman
5  Wheeler and, of course, he wanted me to get
6  the debris off of him, but it was pitch
7  black.  I couldn't see anything.
8           I told him I couldn't even make
9  out where his head was.
10          And then flashlights came down a
11 long hallway, and it was the electrical
12 supervisor and the electrician that had been
13 on the tour that night, and I sent the
14 electrician to go get a stretcher.  Me and
15 the electrical supervisor took the debris off
16 the toolpusher.
17          While we were doing that, we
18 heard another voice, heard a man say, "Lord,
19 help me, somebody please help me."
20          We looked toward where the
21 maintenance office had been and it was -- we
22 saw feet sticking out of the debris, and it
23 was one of our asset managers, Buddy Trahan,
24 and we uncovered him, removed the debris, and
25 we saw that the extent of his injuries --

1  we're not physicians, but we saw that his
2  injuries were worse than what we deemed Wyman
3  had, so he was put on the first stretcher.
4           And I told the electricians to
5  go ahead and take Buddy out, that I was going
6  to try to pick Wyman up and see if I could
7  walk out with him.
8           And they left me a flashlight,
9  and I took a couple of steps with Wyman and
10 he said, "Put me down, I can't go."
11          And I said, "We've got to get
12 out of here.  We're going to die if he stay
13 here."
14          And he said, "I don't care, save
15 yourself, but I can't go."
16          So I set him down, and I said,
17 "I'm not leaving you," and I stayed with him
18 until they came back with a stretcher.  I
19 didn't want him to be in the dark by hisself.
20          And they came back with a
21 stretcher, and we all three exited out the
22 front of the rig, and when we got to the
23 front, we saw the lifeboats were gone, but we
24 saw the captain and some of his crew members
25 from the bridge and assorted other people.

1  We had a maintenance supervisor there as
2  well.  They had elected to stay because they
3  knew we had a wounded man, and they helped to
4  deploy a life raft, and, to make a long story
5  short, we evacuated in a life raft.
6       Q.   And do you recall who was in
7  that life raft?
8       A.   The only faces that I can
9  remember is the chief mate, David Young, Stan
10 Garden, electrical supervisor, Wyman Wheeler,
11 myself, one of the DPO operators got into
12 position, operators, and I believe, but I'm
13 not certain, mechanical -- I mean the
14 maintenance supervisor was also there.
15      Q.   When you first made it out so
16 that you could see the drill floor, where the
17 drill floor was, can you describe the fire
18 that you saw?
19      A.   Yeah.  I mean, up until the time
20 when I came out to the forward part of the
21 rig, I knew we had an intense explosion, but
22 I did not know that the rig was on fire.  And
23 I don't know if there's enough words to
24 describe a fire of that nature, but it was
25 fire coming from 50, 75 feet all the way

1   around the exterior of the derrick, and it
2   was encroaching on the main decks by that
3   point, and we had like a 240-foot derrick and
4   it was coming out of the top of it as well.
5   Massive fire, extremely hot.  Couldn't hardly
6   even breathe because of the heat.
7            Q.      How long was it from the time
8   that the second explosion took place while
9   you were still in the accommodation and the
10  time you made it outside to see the fire,
11  approximately?
12           A.      You know, I never looked at my
13  watch, but I've been told after the fact that
14  it was probably somewhere in the neighborhood
15  of 20 minutes before all of us got out of the
16  living quarters.  I mean, I never looked at
17  my watch again.  After I called the rig
18  floor, I didn't look -- I don't even think I
19  looked until I was on the DAMON BANKSTON
20  maybe an hour later or something, you know.
21           Q.      And is that where you ultimately
22  evacuated to the DAMON BANKSTON?
23           A.      Yes, sir, that is where I was
24  evacuated to.
25           Q.      How long did you stay on the