# Exhibit 8

```
                                                                    1

 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
 3   IN RE:  OIL SPILL    )   MDL NO. 2179
     BY THE OIL RIG       )
 4   "DEEPWATER HORIZON" IN )  SECTION "J"
     THE GULF OF MEXICO, ON )
 5   APRIL 20, 2010       )   JUDGE BARBIER
                          )   MAG. JUDGE SHUSHAN
 6
 7
 8
 9
10
11
12
13
14
15
16
17              *****************
                    VOLUME 1
18              *****************
19
20
          Deposition of David William Young, taken
21   at the Pan-American Building, 601 Poydras Street,
     11th Floor, New Orleans, Louisiana, 70130, on the
22   22nd day of September, 2011.
23
24
25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1       A.   Yeah, I would say.
 2       Q.   Okay.  And how -- you -- you went back to
 3  the Bridge several occasions, correct?
 4       A.   Yes, I was -- throughout the events after
 5  the blowout, I was in and out of the Bridge quite
 6  a few times.
 7       Q.   Okay.  When you -- you state here:
 8  "Allen saw the water coming through the
 9  rotary..."  You didn't notice the water.  That's
10  what you told me a minute ago, right?
11       A.   Right.
12       Q.   Okay.  And then:  "Approximately one
13  minute later" you "...heard gas emitting...,"
14  correct?
15       A.   Yes.
16       Q.   So approximately one minute after Allen
17  saw water coming through the rotary, you heard
18  gas, correct?
19       A.   H'm.
20            MR. JOHNSON:  Objection, form.
21       A.   Yeah, I don't know if this is -- I mean
22  this is the first I've seen this.  I -- it -- it
23  wouldn't have been that long.  I mean -- so -- it
24  was immediate.  I mean, it was -- it was all at
25  the same time.
```

```
 1          I would -- I left at the same time that
 2   he would have -- I would imagine he would have
 3   seen it, so --
 4       Q.  (By Mr. Lundy) Okay.  Then you went up to
 5   the Bridge; is that -- is that correct?
 6       A.  Yes, I went to the Bridge.
 7       Q.  All right.  Then there was some type of
 8   explosion that you heard?
 9       A.  Uh --
10       Q.  Well, what did you hear when you went
11   back up to the Bridge?
12       A.  When I was on the Bridge, the initial --
13   the first thing I saw was the -- whatever was
14   coming out of the well, the mud and -- and gas or
15   whatever it was coming through the center of the
16   rig.
17          It was basically covering the rig,
18   everything that was coming out of there.  And
19   then it basically ignited, and there was the
20   explosion.
21       Q.  Okay.  Do you think the -- that's what
22   you heard was the gas and the mud coming out of
23   the rig?
24       A.  Yes.
25       Q.  Okay.  And then you heard the engines
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1  going to go down and get some rest.
 2      Q.   And the Captain said okay to that, I
 3  assume?
 4      A.   Yes.
 5      Q.   And then you went down to the Subsea's
 6  Office; is that correct?
 7      A.   Yes.
 8      Q.   And that's when you heard the high
 9  pressure sound that you thought might be a
10  tension or releasing; is that correct?
11      A.   Yes.
12      Q.   And from there you went back up to the
13  Bridge, correct?
14      A.   Yes.
15      Q.   And it took you about a minute to get to
16  the Bridge, correct?
17      A.   I don't know if it took me a minute, but
18  it was very quickly.  It wasn't --
19      Q.   Okay.
20      A.   It may not have been that long.
21      Q.   So you hurried up to the Bridge.  Is that
22  fair?
23      A.   Yes.
24      Q.   All right.  And when you got to the
25  Bridge, tell -- tell me again who was there.
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1  A.  It was Yancy Keplinger, Andrea Fleytas,
2 the Captain, and Daun Winslow, I believe, and I
3 believe that the two Company -- the BP Executives
4 were up there.  And the Captain, Yancy, and
5 Andrea were the -- the three that I know for sure
6 were up there.  The others were there when I
7 left.  So I'm not sure if they were there when I
8 got back.
9  Q.  Okay.  And it was at this time when you
10 were on the Bridge that you heard the explosions,
11 correct, or an explosion at least?
12  A.  Yes.
13  Q.  How long had you been on the Bridge
14 before you heard an explosion?
15  A.  Not very long.  It was fairly quickly,
16 you know.
17  Q.  Can you give me your best estimate?
18  A.  I would say minutes or less.
19  Q.  Under five minutes?
20  A.  Yes.
21  Q.  And what did you do while you were on the
22 Bridge?
23  A.  Initially I looked out the starboard side
24 and saw the -- the gas and the mud, or whatever
25 was coming out of the wellbore.  And then it was

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1  pretty much immediately after that that it
 2  ignited, and I grabbed -- at some point I grabbed
 3  my radio -- I don't know if I grabbed my radio
 4  before the fire or after -- but I was
 5  anticipating going to Emergency Stations.  And I
 6  headed out the door on the starboard side of the
 7  Bridge and went to my Emergency Station.  And I
 8  hit the general alarm button on my way out the
 9  door.
10       Q.  Okay.  And when you hit the general alarm
11  button, did the general alarm sound?
12       A.  To the best of my knowledge, it did.
13  With the amount of noise that we had, it was hard
14  to differentiate what -- what I was listening to.
15       Q.  And was that the first time that the
16  general alarm sounded?
17       A.  I'm not sure if -- if I actually was the
18  person that functioned the general alarm.  I know
19  that the DPOs were at the console also working at
20  doing the same thing.  So I'm not sure if I'm the
21  actual one that started it or they did, but that
22  would have been the first event.
23       Q.  Is that the first time you heard the
24  general alarm?
25       A.  Again, I -- I can't say for sure that I
```

1     A.   I believe I learned that later --

2     Q.   Oh.

3     A.   -- that was in my statement.

4     Q.   So in the -- in the -- in the Subsea

5  Office itself, you heard the noise.  Did you and

6  Chris or Allen discuss what that noise was?

7     A.   The only thing I said is I thought it was

8  the tensioners.  I -- I said to Chris that I

9  thought that was his stuff is basically how I put

10 it.  I thought it was the tensioners bleeding

11 off.

12    Q.   What reaction, if any, did you get from

13 either of them?

14    A.   Chris left.  I'm not sure which direction

15 he headed, and I went to the rig fl -- or went to

16 the Bridge.

17    Q.   You went back to the Bridge?

18    A.   Yes.

19    Q.   Did you connect having just been in the

20 Driller's Shack, where Jason and Dewey were

21 discussing or told you about a differential

22 pressure issue -- you understood that was a

23 differential pressure issue within the well,

24 right?

25    A.   I didn't -- I honestly didn't know what

Case 2:10-md-02179-CJB-DPC   Document 5262-10   Filed 01/17/12   Page 9 of 10

222

```
 1  they were talking about.
 2      Q.  Okay.  And then when you were in the
 3  Subsea Office and heard the -- the pressure noise
 4  that was out of the ordinary, did you connect the
 5  two events or discussions?
 6      A.  I did not.
 7      Q.  Okay.  And then you went back to the
 8  Bridge?
 9      A.  I did.
10      Q.  Why did you go back to the Bridge, as
11  opposed to going to get some rest?
12      A.  Because the noise was out of the
13  ordinary.
14      Q.  Okay.  At some point did you see mud
15  raining down?
16      A.  I did.
17      Q.  Did you see mud shooting up through the
18  middle of the drill floor up into the derrick?
19      A.  Yes.
20      Q.  Okay.  Where were you when you first
21  sensed either mud coming down or mud shooting up
22  through the drill floor?
23      A.  I was on the Bridge looking out of the
24  starboard windows.
25      Q.  Okay.  And this was -- this would be
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1  before you pushed the emergency button -- or the
2  general alarm, excuse me?
3      A.  Yes.
4      Q.  And this is before any explosions, right?
5      A.  Yes.
6      Q.  And also before any explosions, you heard
7  either one or more engines over -- what sounded
8  like an overrunning -- overspeeding engine?
9      A.  Yes.
10     Q.  Do you -- did you -- do you remember
11 today -- well, let me strike that.
12         On April the 20th in the evening, did you
13 know which engines were online?
14     A.  I did not know which engines were online.
15     Q.  Okay.  Would -- would it be typical
16 during a -- in a DP over a well latched onto a
17 well situation to have one engine supplying power
18 and the other engine being ready to come on -- to
19 be ready to generate electricity, if needed; in
20 other words, to have two engines out of the six
21 running at any one time?
22     A.  It was very common to have more than one
23 engine running at a time.
24     Q.  Was it very common to have two running at
25 the same time?

**PURSUANT TO CONFIDENTIALITY ORDER**