# Exhibit 10
# (Provided Under Seal)