# Exhibit 11
# (Provided Under Seal)