# Exhibit 12
# (Provided Under Seal)