# Exhibit 13
# (Provided Under Seal)