IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br><br>*All cases* | * * * * | Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |

BP EXPLORATION AND PRODUCTION INC.'S EX PARTE MOTION FOR LEAVE
TO FILE UNDER SEAL AN UNREDACTED MEMORANDUM IN RESPONSE TO
ANADARKO'S CROSS-MOTION FOR SUMMARY JUDGMENT [DOC. # 5113]
AND TRANSOCEAN'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT
[DOC. # 5103] AND SURREPLY MEMORANDUM IN RESPONSE TO
UNITED STATES' REPLY IN SUPPORT OF SECOND MOTION FOR
PARTIAL SUMMARY JUDGMENT [DOC. # 5214], AND ASSOCIATED RESPONSES
TO THE TRANSOCEAN DEFENDANTS' ASSERTIONS OF FACT

**PLEASE TAKE NOTICE** that BP Exploration and Production Inc. respectfully requests leave to file under seal an unredacted Memorandum in Response to Anadarko's Cross-Motion for Summary Judgment [Doc. # 5113] and Transocean's Cross-Motion for Partial Summary Judgment [Doc. # 5103] and Surreply Memorandum in Response to United States' Reply in Support of Second Motion for Partial Summary Judgment [Doc. # 5214], as well as an associated list of unredacted Responses to the Transocean Defendants' Assertions of Fact. Federal Rule of Civil Procedure 26(c)(1)(G) grants the Court authority to seal documents to prevent the disclosure of confidential "commercial information." Pursuant to Pre-Trial Order No. 13, certain deposition testimony and exhibits have been designated as confidential and filing Exhibits 1, 2, 3, 4, 5, 6, 9, 10, 11, 12, and 13 under seal will allow the Court's consideration. Pending the Court's consideration of this motion, BP Exploration and Production Inc. has filed redacted versions of the Memorandum, list of Responses, and these Exhibits.

A proposed order accompanies this request.

Date:  January 17, 2012                    Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

*Attorneys for BP Exploration & Production Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of January, 2012.

                                                               /s/ Don K. Haycraft
                                                               Don K. Haycraft