# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * <br> * <br> * <br> * <br> * | MDL NO. 2179 <br><br> SECTION J |
| This document relates to: | * <br> * | Honorable CARL J. BARBIER |
| *All Cases* | * <br> * | Magistrate Judge SHUSHAN |

## ORDER

Considering BP Exploration and Production Inc.'s Ex Parte Motion for Leave to File Under Seal an Unredacted Memorandum in Response to Anadarko's Cross-Motion for Summary Judgment [Doc. # 5113] and Transocean's Cross-Motion for Partial Summary Judgment [Doc. # 5103] and Surreply Memorandum in Response to United States' Reply in Support of Second Motion for Partial Summary Judgment [Doc. # 5214], and Associated Responses To The Transocean Defendants' Assertions of Fact, and Exhibits 1, 2, 3, 4, 5, 6, 9, 10, 11, 12, and 13;

IT IS ORDERED that the Motion is GRANTED and that an unredacted version of its Memorandum, Associated Responses, and Exhibits 1, 2, 3, 4, 5, 6, 9, 10, 11, 12, and 13 will hereby be filed into the record of this matter UNDER SEAL.

New Orleans, Louisiana, this ___ day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE