01-38818
PW/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE |

SHUSHAN

## *CONFIDENTIAL*

### WorldwideVIEW™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## Gregg S. Perkin, P.E.
### VOLUME 2

NOVEMBER 29, 2011

## *COPY*



Systems Technology for the Litigation World

Litigation Group ⬧ Court Reporting ⬧ Video Production ⬧ Videoconferencing

**For U.S. & International Services**
800 - 745 - 1101

|  |  |
|---|---|
| 1 | Q. (BY MR. WILLIAMSON) Okay. So |
| 2 | BP knows about DVS. Transocean knows about |
| 3 | DVS many years before Macondo blows up, |
| 4 | correct? |
| 04:30  5 | A. Correct. |
| 6 | MS. KARIS: Objection; form. |
| 7 | MR. BAAY: Objection; form. |
| 8 | Q. (BY MR. WILLIAMSON) Do you know |
| 9 | of any reason why BP and Transocean wouldn't |
| 04:30 10 | put that kind of equipment on a well that's |
| 11 | capable of delivering 11,000 psi to the |
| 12 | wellhead? |
| 13 | MR. BAAY: Object to form. |
| 14 | A. I don't know why they wouldn't |
| 04:31 15 | do that. |
| 16 | Q. (BY MR. WILLIAMSON) Okay. And, |
| 17 | by the way, while I'm on that, did, in |
| 18 | fact -- if you -- have you looked at the |
| 19 | daily drilling reports for the Macondo well? |
| 04:31 20 | A. I have. |
| 21 | Q. And there was 5-and-a-half-inch |
| 22 | pipe, drill pipe across the BOP on |
| 23 | April 20th, 2010, correct? |
| 24 | A. Yes. |
| 04:31 25 | Q. Okay. But did they drill the |

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1  well -- an 18,000-foot well in the Gulf of
 2  Mexico that had 15,000 psi downhole pressure,
 3  did they drill the well with
 4  5-and-a-half-inch drill pipe?
 5      A.   No, I believe they drilled with
 6  6-and-5/8s.
 7      Q.   Was that 6-and-5/8s, if you
 8  apply Cameron's formula set forth in
 9  Engineering Bulletin 702D, Exhibit 1199, if
10  you apply that formula to the pipe that they
11  drilled this well with, can you predict that
12  the BOP will cut that pipe?
13      A.   You can.
14      Q.   Okay.  And will it?
15      A.   No.
16      Q.   Who -- how would you
17  characterize -- and I don't want a legal
18  deal, but I'm just talking about in terms of
19  good oil field practice.  How would you
20  characterize a drilling contractor and an oil
21  company that drill a well in the Gulf of
22  Mexico with non-shearable pipe across the BOP
23  for 60 days?
24          MR. BAAY:  Object to form.
25          MS. KARIS:  Objection; form.
```

```
 1          A.     I would say --
 2          Q.     (BY MR. WILLIAMSON)  Is that
 3  good oil field practice?
 4          A.     It's not -- it's not -- it's not
 5  good oil field practice.  It's reckless.
 6          Q.     Okay.  The -- next, the tandem
 7  boosters, tell me what tandem boosters do.
 8          A.     They actually multiply the force
 9  that's going to be applied across the BSRs.
10          Q.     Okay.  Because you have two
11  pistons pushing instead of one?
12          A.     Basically, yes.
13          Q.     Is that new technology, is it
14  novel technology, is it experimental
15  technology as of April 20th, 2010?
16          A.     No, it's existing technology.
17  Been around awhile.
18          Q.     Okay.  The -- speaking of that,
19  do you have any other experts in this case --
20  have you looked at some of the expert reports
21  that are in this case?
22          A.     Yes.
23          Q.     Okay.  For example, let's take
24  the concept that you've reached an opinion in
25  your report that there was erosion in
```

**PURSUANT TO CONFIDENTIALITY ORDER**