UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL No. 2179 |
| "DEEPWATER HORIZON" IN THE GULF | : | |
| OF MEXICO, ON APRIL 20, 2010 | : | SECTION J |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE BARBIER |
| | : | |
| 2:10-CV-02771 | : | MAGISTRATE JUDGE SHUSHAN |
| | : | |

.......................................................................................................................................................

**UNITED STATES' RESPONSE TO BP'S MOTION IN LIMINE TO BAR EVIDENCE
REGARDING ITS RECRUITMENT AND PROMOTION STRATEGIES [DOC. # 5119]**

Dep. Ex. 6254 Filed Under Seal