**bp**

Contact us | Reports and publications | BP worldwide | Home

Search: _____ Go

**About BP** | **Products and services** | **Sustainability** | **Investors** | **Press** | **Careers** | **Gulf of Mexico restoration**

You are here: ▸ BP Global ▸ Careers ▸ Working at BP ▸ Where you can work ▸ Singapore ▸ Developing a hub for talent

◂ Singapore

- Developing a hub for talent
- BP People
- Our commitment to employees

## Developing a hub for talent



Our business is diverse. Our industry brings energy to markets from some of the most difficult places in the world and people are our ultimate resource. Managing talent is an enduring core strategy given that capability and having an effective, efficient, engaged workforce goes right to the heart of our competitive advantage.

### Learning & development - an integral part of working at BP

At BP, we take a long-term approach to implementing the right employee engagement and development strategies, and ensuring continuity in the competencies and skills needed in our industry. We focus on ensuring we are well-placed in terms of capability and have the right people in the right place, doing the right thing, at the right time and aim to create an overall corporate culture and work environment in which our talent will flourish.

There are many possibilities within the BP organization for talented individuals regardless of their backgrounds, and we offer a flexible approach to career planning with support and coaching available to build relevant skills.. Every employee is encouraged to take an active part in shaping their career and will receive support from their line manager in developing a Personal Development Plan.

### Leading the BP way

Starting at the top, we encourage the right leadership behaviors across our Group. A common model clearly sets out the qualities and behaviours needed by leaders and includes a new performance management process which is targeted on measuring and rewarding the outcomes that individual leaders achieve, not only in the form of financial and operational targets, but also in exhibiting behaviours which we are working to promote, such as better listening and greater personal accountability.

### Talent the BP way

We also maintain our offer of a powerful learning culture and continue to provide development programmes for all levels and ages of our organisation - not just technical and business courses, but also programmes that help our employees to leverage on creativity, manage business transformation and develop personal resilience. This is done with a view to retain good people and build our pipeline of professional talent at all levels. Exceptional individuals are identified and selected for accelerated development programmes for suitable individuals to take on senior leadership roles.

Maintaining the talent pipeline is particularly important today as the energy industry faces an impending shortage and increased competition for many of our professional disciplines with the number of experienced workers retiring exceeding that of new graduate entrants. We believe that BP Singapore is and



▸ View jobs in Singapore
▸ Search all BP jobs
▸ Log in to your account



▸ About BP
▸ What we do
▸ Our history

**Why BP?**
▸ Some reasons to join us

can continue to maintain its position as a successful knowledge based centre and a hub for talent.

▲ back to top
© 1996-2012 BP p.l.c.

Site Index | Legal Notice | Privacy Statement