

DONALD E. GODWIN
BOARD CERTIFIED - CIVIL TRIAL LAW -
TEXAS BOARD OF LEGAL SPECIALIZATION
DIRECT DIAL:     214.939.4412
DIRECT FAX:      214.939.4803
DGodwin@GodwinRonquillo.com

DALLAS   HOUSTON

*Attorneys and Counselors*

Renaissance Tower
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
214.939.4400
800.662.8393
214.760.7332   Fax

GodwinRonquillo.com

January 17, 2012

Magistrate Judge Sally Shushan
U.S. District Court
Eastern District of Louisiana
500 Poydras Street
Room B345
New Orleans, LA  70130

      Re:    *In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*; MDL No. 2179, United States Court Eastern District of Louisiana

Dear Judge Shushan:

    As discussed at the Court's status conference on Friday, January 13, 2012, Halliburton files this statement regarding the prior briefing filed by BP and Cameron regarding the use of withdrawn expert reports.  Halliburton agrees with the position set out by BP and Cameron that non-sponsoring parties should not be allowed to "pick up" withdrawn expert reports in order to support their cases in chief.  However, Halliburton also agrees with BP's footnote 4, distinguishing between this stated position and the ability of a party to use an expert's report to impeach that testifying expert witness at trial.  Subject to this Court's ruling, Halliburton specifically reserves its right to rely upon submitted expert reports for impeachment purposes.

    As always, thank you for your attention to this matter

                                  Sincerely yours,

                                  Donald E. Godwin

DEG:fmh

1831399 v1-24010/0002 CORR