## IN RE: DEEPWATER HORIZON LITIGATION
## MDL NO. 2179

JAMES PARKERSON ROY                          STEPHEN J. HERMAN
Domengeaux Wright Roy & Edwards LLC          Herman, Herman Katz & Cotlar, LLP
556 Jefferson St. Suite 500                  820 O'Keefe Ave.
Lafayette, LA 70501                          New Orleans, LA 70113
Telephone: (337) 233-3033                    Telephone: (504) 581-4892
Direct: (337) 593-4190                       Direct: (504) 680-0554
Fax: (337) 233-2796                          Fax: (504) 561-6024

January 17, 2012

*VIA* E-MAIL

The Honorable Sally Shushan
United States Magistrate Judge
500 Poydras Street, Room B-345
New Orleans, Louisiana 70130
E-Mail: Sally_Shushan@laed.uscourts.gov

Re: BP Objection to Counsel-Created "Exhibits" (Demonstratives)

Dear Judge Shushan:

On January 11, 2012, BP submitted a letter brief moving for the evidentiary exclusion of seven "counsel-created" "exhibits".[1] Quite frankly, this request is a waste of the Court's time and resources. The PSC notified counsel for BP prior to its submission of the January 11 letter that the PSC did not intend to proffer the seven exhibits for admission into evidence.[2] The PSC instead indicated that it would simply use the seven exhibits for demonstrative purposes. This should have resolved any remaining dispute; after all, BP acknowledges in its letter that the exhibits "are demonstratives." Jan. 11, 2012 BP Ltr. at 2. Counsel for BP, however, insisted on submitting the letter brief anyway. The issue is moot. The PSC does not intend to formally move any of the seven exhibits into evidence. The exhibits are simply provided, as demonstrative aides, in conjunction with the corresponding deposition designations, to assist the Court in understanding the witness' testimony.

---

[1] The exhibits in question are TREX-02905, TREX-03497, TREX-03498, TREX-03818, TREX-03821, TREX-03862, and TREX-03869.

[2] The parties have exchanged several letters on this topic. Although the PSC initially took the position that the exhibits at issue could be formally admitted into evidence, it revised that position during the course of the parties' correspondence.

As always, the PSC appreciates the Court's time and consideration in this matter.

Respectfully submitted,

JAMES PARKERSON ROY
STEPHEN J. HERMAN
*Plaintiffs' Liaison Counsel*

cc: DEFENSE LIAISON COUNSEL (*via* E-Mail)
    Mike Underhill, Esq. (*via* E-Mail)
    Hon. Luther Strange (*via* E-Mail)
    Ben Allums (*via* E-Mail)
    Mike O'Keefe (*via* E-Mail)