**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re: Oil Spill by the Oil Rig       **MDL NO. 2179**
     "Deepwater Horizon" in the Gulf
     of Mexico, on April 20, 2010      **SECTION J**

Applies to: *All Cases*           **JUDGE BARBIER**
           **MAGISTRATE JUDGE SHUSHAN**

<u>ORDER</u>

**[Working Group[1] Conference on Friday, January 13, 2012]**

**NOTES TO CELL PHONE PARTICIPANTS:**  Please do not put your phone on hold during the conference as it causes an annoying beeping sound for everyone else.  If you cannot participate for part of the conference, put your phone on mute.  Likewise for those who type during the conference.

1.      <u>**BOP and Capping Stack.**</u>

On **Thursday, January 19**, the U.S. will take trial exhibit photos of the drill pipe segments at Michoud**.**  The parties were reminded that anyone else who wanted to take photos or attend must contact Captain Englebert.

If the parties have not paid their allocated portion of Captain Englebert's statements, they should do so as promptly as possible.

2.      <u>**Discovery from the U.S.**</u>

A.      <u>Document production from USCG and Rule 30(b)(6) deposition.</u>

The U.S. reported that most of the search and rescue documents were produced.  The remaining documents will be produced after the completion of the privilege review.  Additional documents were produced from Lt. Cmdr. Houck's custodial file.  The U.S. will try to produce the

---

[1] The discovery "Working Group" shall be comprised of: one or two representatives of the PSC; one representative from each of the defendants; and coordinating counsel for the United States and coordinating counsel for the States.  (Rec. Doc. 1099).

USCG's central spill archive documents by the January 31, 2012 deadline.  It will coordinate with the parties on the reconvening of the Rule 30(b)(6) deposition.

       B.     <u>EOP Privilege Log</u>.

The U.S. will try to meet the January 31 deadline.

       C.     <u>Zantaz Server</u>.

BP and the U.S. will present a proposed order to be presented by Wednesday, January 18.

       D.     <u>BP's Motions to Compel</u>.

BP reported that it will not bring motions to compel on U.S. privilege logs at this time, but reserves its right to do so.

       E.     <u>Scope of Rule 30(b)(6) Depositions for U.S.</u>

BP reported that it will try to reach agreement with the U.S. on the topics within a week.

**3.     <u>Scheduling Rule 30(b)(6) Depositions.</u>**

BP reported that discussions with the U.S. are ongoing for the scheduling of Rule 30(b)(6) depositions beginning on March 1, 2012.  The PSC will communicate to BP and the U.S. concerning the scheduling.  Anadarko's communications with third parties concerning Rule 30(b)(6) depositions will be forwarded to the PSC.  The Court will work with the parties on the scheduling of the depositions.

**4.     <u>Rule 30(b)(6) re "look back."</u>**

BP requested that: (1) the volume of the spill or uncontrolled flow be more than 50 barrels of oil rather than the 20 barrels requested by the PSC; and (2) 2004 be the look back limit.  The PSC will consider the requests.  MOEX and Halliburton reminded the parties that they requested a separate look back date of 2008 because they were not operators in the Gulf.

5.     **Phase Two Stipulations**.

There was discussion about the objections by the PSC and Transocean to the proposed stipulations.  The parties will schedule a further meet-and-confer during the week of January 16. Any issues remaining after this meet-and-confer will be addressed with the Court in a telephone conference to be scheduled.

6.     **Phase One Deposition Summaries**.

On January 9, 2011, BP filed a motion to exclude Phase Two evidence from the Phase One trial (Rec. doc. 5109).  The PSC's opposition is due on **Tuesday, January 17**, and BP's reply is due on **Monday, January 23.**  The Court will ask Judge Barbier to expedite a ruling on this motion.  BP is not required to file a further motion *in limine* on this issue on January 23.

7.     **Motions *in Limine***.

The deadline for oppositions to the motions in limine filed on January 9, 2011 is **Tuesday, January 17**, and the deadline for replies is **Monday, January 23.**

**Monday, January 23,** is the deadline for any remaining motions *in limine*.

8.     **Phase One Experts**.

The agreement to withdraw Donald Weintritt as an expert was confirmed.  Halliburton and Cameron reported agreement to withdraw Cameron's cement expert, Ian Frigaard, and a portion of the report from Halliburton's expert, Glen Stevick, relating to BOP design.  The PSC objects.

The deadlines for Daubert motions were changed.  The following deadlines apply to Daubert motions concerning the experts for all parties.

Filing                    **Tuesday, January 24**

Oppositions               **Tuesday, February 14**

Replies                          **Monday, February 20**

All exhibits shall be submitted electronically for the expert binders to be submitted to Judge Barbier.  The binders shall not include paper copies of any exhibits.  It is acceptable for the parties to provide a hyperlink for any exhibit cited in the report and a CD-ROM with the other reliance exhibits.

An allocation order for the deposition Ronald Crook was issued.  The deposition is set for **January 17 and 18** in New Orleans.  BP confirmed that it has produced the reliance exhibits for Crook.  By **Monday, January 30,** Halliburton and the U.S. shall file any rebuttal reports.

**Tuesday, January 17**, is the deadline for a party to notify the Court that it wants to take the deposition of Larry Lockard.  BP shall respond by **Wednesday, January 18.**

Cameron submitted its letter brief on the issues raised by a party's decision to withdraw or amend an expert report.  Any responses shall be submitted by **Tuesday, January 17.**

**9.      Phase One Fact Witnesses**.

Each party may list one person as a may call witness.  The party is not required to produce that person at the trial.  The witness lists may be amended for good cause.

BP reported that it will request that Transocean produce a person to testify live at the trial as an officer who was not deposed until September 30.  This was after the deadline for designating persons who the parties contended should be produced live at the trial.  BP and Transocean shall confer on this issue and report at the conference on January 19.

**10.     Jesse Gagliano**.

Halliburton reported that Gagliano will waive his Fifth Amendment privilege and testify. It asked to schedule his deposition for two days in February.  An allocation order will be issued.

4

The U.S. responded that because of the importance of Gagliano's testimony on cement issues there may be issues concerning amendments to the reports of its cement expert.

11. **B3 Stipulations**.

BP reported that the parties are working on the Phase One stipulations.

12. **B3 Stipulations and Discovery Issues**.

At the last conference it was reported that the responders and the PSC were to meet and confer on the issue of discovery responses by non-PSC attorneys for plaintiffs and the need for such discovery before the responders renew their preemption immunity motions to dismiss. This matter was passed until January 19.

13. **Demonstratives Exhibits**.

The deadline for the exchange of demonstratives is **Wednesday, February 15.** The deadline for oppositions to demonstratives is **Wednesday, February 22** (the day after Mardi Gras). The party who originates a demonstrative retains the exclusive use of the demonstrative until the party uses it in its case-in-chief. Thereafter any party may use the demonstrative. Electronic demonstratives shall be exchanged electronically. Photographs and descriptions shall be exchanged on any other demonstratives. Such demonstratives shall be made available for physical inspection if any party requests it.

14. **Phase One Exhibits**.

The deadline for objections to final exhibit lists is **Friday, January 20.** The deadline for the parties to submit briefs on email strings (Rec. doc. 5142) is **Friday, January 30.**

15.   **Trial Planning**.

**Any questions/issues concerning office space**.  The contact with GSA is Ken Livingston - kenneth.livingston@gsa.gov; (504) 589-6094, x-109.

The parties shall provide the Court with a list of attorneys and witnesses that can be provided to the Marshal in an effort to facilitate access to the courthouse during Phase One.

16.   **Information Technology**.

The dry run which was scheduled for **February 23 and 24, the Thursday and Friday,** has been rescheduled for **Thursday and Friday, February 16 and 17,** to allow sufficient time to correct any problems.  This will be a full dry run with use of exhibits and coordination with court reporters.

17.   **Conference Schedule**.

| | |
|---|---|
| Wednesday, January 18, 2012 | Mike's On the Avenue - PSC and BP hosting. |
| Thursday, January 19, 2012 | After Judge Barbier's status conference - WGC meeting |
| Friday, January 27, 2012 at 9:30 a.m. | WGC meeting (Phase One matters will be covered first. Phase One counsel are encouraged to participate by telephone. Phase Two matters will follow).[2] |
| Friday, February 3, 2012 at 9:30 a.m. | Pretrial Conference with Judge Barbier in Courtroom. After the pretrial conference there will be a WGC meeting |
| Friday, February 10, 2012 at 9:30 a.m. | WGC meeting - Phase One followed by Phase Two. |
| Friday, February 17, 2012 at 9:30 a.m. | WGC meeting - Phase One followed by Phase Two. |

[2] Phase Two counsel need not appear in person but may also choose telephone participation as to all future conferences.

Friday, February 24, 2012 at 9:30 a.m.        WGC meeting - Phase Two.

New Orleans, Louisiana, this 18th day of January, 2012.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**