**DEADLINES** [Revised-January 18, 2012]

01-18-2012   Ronald Crook deposition in New Orleans.

01-19-2012   Status Conferences - Judge Barbier and Magistrate Judge Shushan.

01-20-2012   Group Ten deposition bundles to Judge Barbier.

Deadline for objections to final exhibit lists

Parties shall exchange final witness lists.  Except for good cause shown, the parties will not be permitted to add witnesses after this date.

Witness List Requirements.

1. The final witness lists need not include subject matter descriptions if the witness has been deposed either as a fact witness or as an expert witness.[1] If a deposition bundle has been submitted to Judge Barbier for a witness, the witness shall be identified by reference to:

    a. The number on the PSC's prioritized witness deposition cut list ("PPL").  For example, if W. Winters of BP is listed as a witness there will be reference to (PPL #89); or

    b. The number on the amended order (Rec. doc. 4841) for the defendants' prioritized witness list ("DPL").  For example if Kris Ravi is listed as a witness there will be a reference to (DPL #16).

2. If the witness has been deposed as an expert witness, the witness shall be identified as an expert with the date of the expert's deposition provided.

3. The parties shall indicate in good faith those witnesses who will be called in the absence of reasonable notice to opposing counsel to the contrary.

4. The parties may identify one person as a may call witness.

01-23-2012   Deadline for all motions *in limine* and final pre-trial motions for matters relating to Phase One, including motions for summary judgment.

Deadline for replies for motions *in limine* filed on January 9.

---

[1] If the witness has not previously been deposed his address and a description of the projected testimony will be provided.

01-24-2012     *Daubert* Motions deadline for Phase One Trial

01-25-2012     Deadline for submissions for pre-trial conference on 2-3-11.

Each party shall submit a **pre-trial statement.** It shall be doubled spaced and it shall be no longer than 10 pages. The statement shall contain any matter the party deems pertinent for Judge Barbier's consideration before the trial. It may contain summaries of material facts or lists of contested facts or issues of law. The parties shall not submit a formal pre-trial order.

01-27-2012     Conference with Magistrate Judge Shushan.

Group Eleven deposition bundles to Judge Barbier.

01-30-2012     Deadline for rebuttal reports (if any) from Halliburton and U.S. on Ronald Crook.

Deadline for briefs on email strings (see Rec. doc. 5142).

01-31-2012     Submit final pre-trial stipulations, witness and exhibit lists.

02-03-2012     Final Pre-Trial Conference for Phase One.

Conference with Magistrate Judge Shushan following PTC.

Group Twelve deposition bundles to Judge Barbier.

02-06-2012     Deadline for oppositions to all motions filed on January 23, 2012.

02-07-2012     Deposition of Nick Gagliano

02-08-2012     Deposition of Nick Gagliano

02-10-2012     Group Thirteen deposition bundles to Judge Barbier.

Conference with Magistrate Judge Shushan - Phase One followed by Phase Two.

02-13-2012     Replies in support of all motions filed on January 23, 2012.

02-14-2012     Oppositions to *Daubert* Motions.

02-15-2012     Exchange **all** demonstratives.

02-16-2012     Resolve all technology issues in courtroom and related space.

2

02-17-2012    Resolve all technology issues in courtroom and related space.

                Group Fourteen deposition bundles to Judge Barbier.

                Conference with Magistrate Judge Shushan - Phase One followed by Phase Two

02-20-2012    Replies to *Daubert* Motions.

02-21-2012    MARDI GRAS

02-22-2012    Oppositions to **all** demonstratives

02-24-2012    Conference with Magistrate Judge Shushan - Phase Two

02-27-2012    Phase One Trial.