IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "*DEEPWATER HORIZON*" in the GULF OF MEXICO, on April 20, 2010 | : : : : : : : : | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO: ALL CASES AND NO. 10-2771 | | |

.

### DRIL-QUIP, INC. AND M-I, L.L.C.' *EX PARTE* JOINT MOTION FOR LEAVE TO DISMISS CROSS-CLAIMS WITH PREJUDICE

Defendant, Cross-Claim Plaintiff and Cross-Claim Defendant, Dril-Quip, Inc. ("Dril-Quip"), and Defendant, Cross-Claim Plaintiff and Cross-Claim Defendant, M-I, L.L.C. ("M-I"), file this joint motion for leave to dismiss their Cross-Claims against each other with prejudice and respectfully show the Court as follows:

Dril-Quip filed cross-claims against M-I on May 20, 2011, and M-I filed amended cross-claims against Dril-Quip on May 24, 2011. Rec. Doc. Nos. 2467and 2531.  Dril-Quip moved to dismiss M-I's cross-claims on June 20, 2011, and M-I filed an answer to Dril-Quip's cross-claims on June 20, 2011.  Rec. Doc. Nos. 2884 and 2908.  Dril-Quip filed a motion for summary judgment on December 23, 2011.  Rec. Doc. No. 4997.  Dril-Quip and M-I have since reached an agreement to dismiss, with prejudice, their claims against each other.

Dril-Quip and M-I seek an order from the Court dismissing Dril-Quip's cross-claims against M-I and M-I's cross-claims against Dril-Quip with prejudice.

This motion is filed in good faith and not for the purpose of delaying the proceedings. Granting this motion will not prejudice any of the parties.

For these reasons, Dril-Quip and M-I request the Court grant their motion for leave and sign the attached order dismissing their cross-claims against one another.

January 18, 2011

Respectfully submitted,

**WARE, JACKSON, LEE & CHAMBERS, LLP**

BY: /s/ Don Jackson
  Don Jackson
  Texas Bar No. 10476000
  Fed ID No. 6915
  C. Dennis Barrow, Jr.
  Texas Bar No. 00796169
  Fed ID No. 20624
  America Tower
  2929 Allen Parkway, 42nd Floor
  Houston, TX 77019
  Phone : (713) 659-6400
  Fax   : (713) 659-6262

  **ATTORNEYS FOR DEFENDANT
  DRIL-QUIP, INC.**

AND

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Hugh E. Tanner
  Hugh E. Tanner
  htanner@morganlewis.com
  Texas Bar No. 19637400
  1000 Louisiana, Suite 4000
  Houston, Texas 77002
  Telephone:  (713) 890-5000
  Facsimile:  (713) 890-5001

  **ATTORNEY FOR DEFENDANT
  M-I L.L.C.**

**CERTIFICATE OF SERVICE**

I certify that the above and foregoing document will be served on all counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of January 2012.

/s/ Don Jackson
Don Jackson

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL NO. 2179 |
| "*DEEPWATER HORIZON*" in the | : | |
| GULF OF MEXICO, on April 20, 2010 | : | SECTION: J |
| | : | |
| | : | JUDGE BARBIER |
| | : | |
| THIS DOCUMENT RELATES TO: | : | MAG. JUDGE SHUSHAN |
| ALL CASES AND NO. 10-2771 | : | |

## ORDER

The Court, having considered the Joint Motion for Leave to Dismiss Cross-Claims with Prejudice filed by Defendant, Cross-Claim Plaintiff and Cross-Claim Defendant, Dril-Quip, Inc. ("Dril-Quip"), and Defendant, Cross-Claim Plaintiff and Cross-Claim Defendant, M-I, L.L.C. ("M-I"), finds that the Motion is well taken and should be, and is, **GRANTED.**

It is, therefore, **ORDERED** that Dril-Quip and M-I's Joint Motion for Leave is **GRANTED**; and, it is further **ORDERED** that:

Dril-Quip's cross-claims against M-I are **DISMISSED WITH PREJUDICE**, and

M-I's cross-claims against Dril-Quip are **DISMISSED WITH PREJUDICE**,

All Parties to bear their own costs.

It is so **ORDERED**.

_____
JUDGE PRESIDING