UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE GULF | : | |
| OF MEXICO, ON APRIL 20, 2010 | : | SECTION J |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE BARBIER |
| | : | |
| 2:10-CV-02771 | : | MAGISTRATE JUDGE SHUSHAN |
| | : | |

.............................................................................................................................

**[PROPOSED] ORDER**

CONSIDERING the *ex parte* motion of the United States to file under seal, it is hereby

ORDERED that the motion be GRANTED.  The following documents shall be filed under seal:

* Attachment 1 to Docket # 5241 (United States' Response re: 5115 Motion in Limine To Preclude Evidence Regarding BP Employee Compensation Information).

* The unredacted version of the Memorandum filed in Docket # 5241.

* Attachment 9 to Docket # 5244 (United States' Response re: 5138 Motion To Exclude Evidence Relating to Testing of Cement Blends Using Non-Rig Samples).

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE