UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| *All cases* | * | |
| | * | MAGISTRATE SHUSHAN |

## PRETRIAL ORDER #48

### [Amending Pretrial Order # 26]

Before the Court is the Joint Motion for Entry of Proposed Agreed Order (Rec. Doc. 5230).

**IT IS ORDERED** that Pretrial Order No. 26 (Rec. Doc. 1074) is **AMENDED** to add the following sentence to paragraph A:

"The Court appoints Louisiana Attorney General James D. "Buddy" Caldwell as Co-Coordinating Counsel for the State Interests."

The remainder of the Joint Motion will be addressed in a separate Order.

New Orleans, Louisiana, this 18th day of January, 2012.

_____
United States District Judge