UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL NO. 2179 SECTION J |
| THIS DOCUMENT RELATES TO: | : : | JUDGE BARBIER |
| 2:10-CV-02771 | : : | MAGISTRATE JUDGE SHUSHAN |

## ORDER

CONSIDERING the *ex parte* motion of the United States to seal Docket # 5239, it is hereby ORDERED that the motion be, and hereby is, GRANTED. The unredacted documents in Docket # 5239 are hereby sealed. The redacted documents will be added in their place.

New Orleans, Louisiana this 18th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE