UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | : | MDL No. 2179 |
| "Deepwater Horizon" | : | |
| in the Gulf of Mexico, | : | SECTION: J |
| on April 20, 2010 | : | |
| | : | |
| This Document Relates to: | : | JUDGE BARBIER |
| No. 2:10-cv-04536 | : | MAGISTRATE SHUSHAN |
| | : | |

## ORDER

CONSIDERING THE *EX PARTE* MOTION of the United States to File Under Seal Exhibits to the United States' Combined Memorandum in Support of Second Motion of the United States' for Partial Summary Judgment as to Liability and in Opposition to Cross-Motions for Summary Judgment.

IT IS HEREBY ORDERED that the Motion be and hereby is GRANTED, and that Exhibits 5, an attachment to Exhibit 6 (Exhibit 1 thereto)), Exhibit 8 and Exhibit 9 to the United States' Combined Memorandum shall be filed under seal.

New Orleans, Louisiana this 18th day of January, 2012.

_____
United States District Judge