UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179 SECTION "J" JUDGE BARBIER |
| This Document Relates to: 10-cv-04536 | * * * | MAGISTRATE NO. 1 MAGISTRATE SHUSHAN |

* * * * * * * * * * * *

## ORDER

Considering Anadarko's Motion for Leave to File a Reply:

**IT IS HEREBY ORDERED** that Anadarko is granted leave to file a Reply in Support of Anadarko's Motion for Summary Judgment as to Anadarko's Non-Liability Under the CWA.

New Orleans, Louisiana this 18th day of January, 2012.

_____
United States District Judge