UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br><br>*All cases* | * * * * | Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |

## ORDER

**IT IS HEREBY ORDERED** that BP Exploration and Production's Ex Parte Motion for Leave to File Memorandum in Response to Andarko's Cross-Motion for Summary Judgment [Doc. # 5113] and Transocean's Cross-Motion for Partial Summary Judgment [Doc. # 5103] and Surreply Memorandum in Response to United States' Reply in Support of Second Motion for Partial Summary Judgment [Doc. # 4820] is granted.

The Clerk of the Court is ordered to file the memorandum attached to BP's motion into the record in the captioned case.

New Orleans, Louisiana this 18th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE