# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| | : MDL NO. 2179 |
| IN RE: OIL SPILL by the OIL RIG | : |
| "DEEPWATER HORIZON" in the | : |
| GULF OF MEXICO, on | : |
| APRIL 20, 2010 | : SECTION: J |
| | : |
| Applies to: No. 10-4536 | : |
| | : JUDGE BARBIER |
| | : MAG. JUDGE SHUSHAN |

...........................................................................................................................................................

### MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF

NOW INTO COURT comes the Plaintiffs' Steering Committee, who respectfully moves for leave to file an *amicus curiae* brief in support of the United States' Motion for Partial Summary Judgment as to the Liability of the Anadarko Defendants [Doc 2587] and Second Motion for Partial Summary Judgment as to the Liability of BP Exploration and Production, Inc., the Transocean Defendants, and the Anadarko Defendants [Doc 4836].

The Plaintiffs have a strong and compelling interest in the issue of whether joint and several liability will govern Defendants' responsibility in this action. The PSC respectfully disagrees with various arguments made by respondents to the United States' motions that the Oil Pollution Act allows for a divisibility of fault. In order to ensure that the Court has a complete view of the applicable law and arguments, the PSC respectfully seeks leave of this Honorable Court to submit a memorandum of authorities.

This <u>18th</u> day of <u>January,</u> <u>2012.</u>

Respectfully submitted,

<u>/s/   Stephen J. Herman</u>
**Stephen J. Herman**, La. Bar No. 23129
**HERMAN HERMAN KATZ &COTLAR LLP**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax No. (504) 569-6024
E-Mail: <u>sherman@hhkc.com</u>
*Plaintiffs Liaison Counsel*

<u>/s/ James Parkerson Roy</u>
**James Parkerson Roy**, La. Bar No.11511
**DOMENGEAUX WRIGHT ROY &EDWARDS LLC**
556 Jefferson Street, Suite 500
Lafayette, Louisiana 70501
Telephone: (337) 233-3033
Fax No. (337) 233-2796
E-Mail: <u>jimr@wrightroy.com</u>
*Plaintiffs Liaison Counsel*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that this redacted Motion has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this <u>18th</u> day of <u>January,</u> <u>2012.</u>

<u>s/  James Parkerson Roy and Stephen J. Herman</u>