UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : MDL NO. 2179 : : : : SECTION: J : |
| Applies to: No. 10-4536 | : : JUDGE BARBIER : MAG. JUDGE SHUSHAN |

## ORDER

CONSIDERING the Motion for Leave to File an *Amicus* Brief:

IT IS ORDERED that Plaintiffs, by and through Co-Liaison Counsel and the Plaintiffs' Steering Committee, be and are hereby granted leave to file an *amicus* brief regarding issues raised in the Motions for Partial Summary Judgment in the *United States* case.

SIGNED this ___ day of January, 2012.

_____
Hon. Carl J. Barbier