# Exhibit 1
# (Provided Under Seal)

# Exhibit 2
# (Provided Under Seal)

# Exhibit 3
# (Provided Under Seal)

# Exhibit 4
# (Provided Under Seal)

# Exhibit 5
# (Provided Under Seal)

# Exhibit 6
# (Provided Under Seal)