# Exhibit 9
# (Provided Under Seal)

# Exhibit 10
# (Provided Under Seal)

# Exhibit 11
# (Provided Under Seal)

# Exhibit 12
# (Provided Under Seal)

# Exhibit 13
# (Provided Under Seal)