UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG** | : | **MDL NO. 2179** |
| **"DEEPWATER HORIZON" IN THE GULF** | : | |
| **OF MEXICO, ON APRIL 20, 2010** | : | **SECTION J** |
| | : | |
| **THIS DOCUMENT RELATES TO:** | : | **JUDGE BARBIER** |
| | : | |
| **2:10-CV-02771** | : | **MAGISTRATE JUDGE SHUSHAN** |
| | : | |

...........................................................................................................................

      The attached William Castell deposition excerpts (unredacted) were filed in both Docket # 5239 (Attachment 2) and Docket # 5267 (Attachment 4).  This document is the redacted version of that deposition excerpt.

01-36971
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

# CONFIDENTIAL

### WorldwideVIEW™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# William Castell

**VOLUME 1**

JUNE 22, 2011

# COPY



**Systems Technology for the Litigation World**

Litigation Group ♦ Court Reporting ♦ Video Production ♦ Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

1     A.    Correct.
2     Q.    Now, I note in there "Safety" fairly
3  self-explanatory.  Your -- your -- your Committee deals
4  with safety, and that would include safety on BP rigs,
5  would it not?
6     A.    All activities, including BP rigs.
7     Q.    And -- and I should -- since there were some
8  discussion today about between BP-owned rigs and rigs
9  that were operated by a drilling contractor, such as
10 Transocean, would the safety part of the Committee --
11 that is, the SEEAC Committee -- would that also include
12 safety aboard rigs such as the DEEPWATER HORIZON which
13 was not owned by BP?
14    A.    The issue becomes more complex in -- in
15 contractor's work.  The -- I can't hold the GORC or the
16 President of the Company accountable for the line
17 delivery of safety on a third-party contracting rig.
18 So there is a distinction between what we can do.  But
19 we do audit rigs when they come onboard.  We give a
20 rigorous audit to risks -- to rigs when they are first
21 licensed, released, and then we routinely audit rigs of
22 third parties and give them our Audit Report and seek
23 the closeout of weaknesses that we found.
24    Q.    Thank you very much.
25          And let's -- let's take the DEEPWATER HORIZON

**PURSUANT TO CONFIDENTIALITY ORDER**

1    Q.   And since -- since we're focusing, just for
2  the moment at least, on BP's Operations Center in
3  Houston, the place where men like Mr. Guide worked, the
4  Wells Team Leader, go through some of the things you
5  just mentioned.  When you say that you -- and I think
6  you meant your Committee -- are looking at the systems,
7  processes, culture, and leadership that it should
8  assure reasonably the safe operation of BP, how does
9  that relate to, let's say, a Well Team Leader does with
10 respect to a rig; that is, a Well Team Leader that
11 works in its Houston Operations office?  What does he
12 got to do with culture, safety culture, in this case?
13             MR. BROCK:  Object to form.
14    A.   Everyone is touched by the Management
15 leadership on safety and the importance of safety.  So
16 making sure you remind people.  You'd think everyone
17 would understand it, but you need to remind people that
18 they're working with hydrocarbons which are basically
19 dangerous.  So we make sure that the tone is set at the
20 top by the President is one which puts safety first
21 above all other considerations.  And that is a culture
22 that we want to see cascaded through the company.
23             We want to provide the training to the company
24 so that people who are given responsible Management
25 jobs have the necessary skills to make sure that they

**PURSUANT TO CONFIDENTIALITY ORDER**

1   A.   I think in any role I've had in industry --
2 and it applies in this assurance role -- you're always
3 looking to improve what you're responsible for.  So
4 continuous improvement in the operations of BP and in
5 the safe operations of BP is an absolute given in terms
6 of what we're committed to try and achieve.
7   Q.   And is it the responsibility of the
8 Committee -- strike that.
9       I don't see the word "financial" or "finance"
10 in the name of your Committee.  "Safety,"
11 "Environment," "Ethics," I don't see the word
12 "finance."  And I think you testified in response to
13 Mr. Cunningham's questions that there was a document he
14 showed you where your Committee was responsible, if I
15 wrote down correctly, nonfinancial risks; is that
16 correct?
17   A.   Correct, sir.
18   Q.   So is it the charter, the role of your
19 Committee, to examine or be responsible for finances
20 and financial risks of the company?
21   A.   No, sir.
22   Q.   And, conversely, is the Committee purposely
23 set up to try to exclude those considerations, who
24 likely other people probably look after those things in
25 the company, but instead, so your company can focus

1  exclusively on safety, on ethics, on the environment?
2  Is that the way it's set up?
3           MR. BROCK:  Object to form.
4     A.   Well, you can't exclude finance, because it
5  allows you to control resource.  But the way we
6  establish ourselves, I mean, part of my job is when I'm
7  on site visits is to make sure that those directly
8  accountable for a site feel in no way that they are
9  compromised in seeking out safety because of some
10 financial consideration.
11          So as far as I'm concerned, it's absolutely
12 essential that a Line Manager feels that he can deliver
13 safety first, and there isn't a financial compromise
14 that gets in his way.
15    Q.   Thank you.  And to round out the -- the title
16 of the Committee, ethics I -- speaks for itself.
17 Your -- your Committee has some type of a role in terms
18 of, I take it, corporate ethics; is that what we're
19 talking about here?
20    A.   The company has a Code of Conduct, sir, we
21 monitor the -- the level of sign-up to the Code of
22 Conduct.  We monitor the exclusions that people have
23 posted on the Code of Conduct which they have to sign
24 up to.  We look at that by organizational division and
25 by geography and consider how we are reacting to the

**PURSUANT TO CONFIDENTIALITY ORDER**

1  exclusions that people have posted.
2     Q.   Okay.
3     A.   So we're -- we have -- we have a real focus on
4  open speak, which is to make sure that we can get
5  transparency of communication in the organization, and
6  on occasion, we have independent ombudsmen who are
7  monitoring for us the employees' opportunity to make
8  suggestions and often complaints, which we fully
9  investigate.  So we take ethics very seriously, and
10 we're dealing with difficult parts of the world in
11 terms of how we make those ethics stick.
12    Q.   And the -- the word "Environment" in your
13 Committee's name speaks for itself.  It has some type
14 of responsibility for assurance of environmental --
15 environmental matters; is that correct?
16    A.   Yes, sir.
17    Q.   A moment -- or a few minutes ago, I can't find
18 it in the transcript here, but you -- you stated that
19 it's recognized, certainly by you, that a well such as
20 the Macondo has the potential for danger.  I mean,
21 it's -- you're dealing with hydrocarbons.  I think you
22 said actually you're dealing with hydrocarbons,
23 correct?
24    A.   The entire industry is dealing with
25 hydrocarbons, sir.

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1      Q.   Which -- which --
 2      A.   Which are naturally explosive substances.
 3      Q.   Thank you.  And so if -- if you put a fuel
 4 source such as hydrocarbons together with another fuel,
 5 oxygen, and you supply combustion -- a combustion
 6 source, a spark, a fire, you can have, in fact, what we
 7 had here in the DEEPWATER HORIZON, an explosion, fire,
 8 and blowout, correct?
 9      A.   You can have a fire, sir, yes.
10      Q.   Let's see if I've got this right, that the
11 role of your Committee, the SEEAC Committee, is to
12 provide a corporate voice, a watchdog, if you will, for
13 the Board to try to make sure that they, through the
14 Management and on down through the Line Management
15 structure, are performing in a way that's consistent
16 with the company's safety values, ethical values, and
17 environmental values; is that correct?
18           MR. BROCK:  Object to form.
19      A.   I believe that's correct, sir.
20      Q.   (By Mr. Underhill) Could we turn, please -- in
21 fact, I'll hand you an exhibit.  Mr. Cunningham went
22 through this with you in -- in a bit of detail.  This
23 is Exhibit 6250, which are the Meeting Minutes between
24 BP and Hermes Investment Group on 23rd, September 2010.
25 And in the --
```

**PURSUANT TO CONFIDENTIALITY ORDER**



19   Q.   Who is Paul Anderson?
20   A.   Paul Anderson is a NonExecutive Director of
21 BP.
22   Q.   And is he also a member of the SEEAC
23 Committee?
24   A.   Paul Anderson is a member of the SEEAC
25 Committee.

**PURSUANT TO CONFIDENTIALITY ORDER**

1    Q.   Does the Committee have Vice Chairs,
2  Secretaries, positions like that?
3    A.   No.  There's a Chairman of the Committee, and
4  a Secretary to the Committee.



**PURSUANT TO CONFIDENTIALITY ORDER**







```
 1    [REDACTED]
 2    [REDACTED]
 3    [REDACTED]
 4    [REDACTED]
 5    [REDACTED]
 6    [REDACTED]
 7    [REDACTED]
 8    [REDACTED]
 9    [REDACTED]
10    [REDACTED]
11    [REDACTED]
12    [REDACTED]
13    [REDACTED]
14    [REDACTED]
15    [REDACTED]
16    [REDACTED]
17    [REDACTED]
```

18    Q.   The next paragraph, at least the next
19   nonredacted paragraph, No. 3, quote:  Tony Burgmans" --
20   B-u-r-g-m-a-n-s -- "called me to encourage me that we
21   needed a full scope cultural review of the underlying
22   causes of the Horizon tragedy.  He pointed out that
23   Mark Bly had indicated that he was taking a narrow
24   review of what happened and not the" systemic "causes
25   of the incident.  There was no mention of governance

**PURSUANT TO CONFIDENTIALITY ORDER**