UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010<br><br>This Document applies to:<br>2:10-cv-04536 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## ORDER

After considering Transocean's Motion for Leave to File Reply Memorandum in Support of Cross-Motion for Partial Summary Judgment that the Transocean Defendants are not Liable Under OPA or the Clean Water Act with Respect to the Underwater Discharge of Oil from the Macondo well (Dkt. 5103) and, being satisfied of good cause shown:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Transocean's Motion for Leave to File Reply Memorandum in Support of Cross-Motion for Partial Summary Judgment that the Transocean Defendants are not Liable Under OPA or the Clean Water Act with Respect to the Underwater Discharge of Oil from the Macondo well (Dkt. 5103) is **GRANTED**.

New Orleans, Louisiana, this _____ day of January, 2012.

_____
THE HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE