# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | § § § § § § | MDL No. 2179<br><br>SECTION: J |
| This document relates to:<br><br>*All Cases and*<br>*No. 2-10-cv-02771* | § § § § | Judge Carl J. Barbier<br>Magistrate Judge Sally Shushan |

### M-I L.L.C.'S REPLY IN SUPPORT OF ITS MOTION *IN LIMINE* TO EXCLUDE THE REPORT, WORK, FINDINGS, TESTIMONY, AND OPINIONS OF FORMER HESI EXPERT WITNESS DONALD WEINTRITT, AND ANY REFERENCES TO THE SAME

**OF COUNSEL:**
MORGAN, LEWIS & BOCKIUS LLP

Derek E. Leon
dleon@morganlewis.com
Texas Bar No. 24002463
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone:     (305) 415-3000
Facsimile:      (305) 415-3001

Denise Scofield
dscofield@morganlewis.com
Texas Bar No. 00784934
1000 Louisiana, Suite 4000
Houston, Texas  77002
Telephone:     (713) 890-5000
Facsimile:      (713) 890-5001

**ATTORNEYS FOR DEFENDANT**
**M-I L.L.C.**

January 18, 2012

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Hugh E. Tanner*
       Hugh E. Tanner
       htanner@morganlewis.com
       Texas Bar No. 19637400
       1000 Louisiana, Suite 4000
       Houston, Texas  77002
       Telephone:     (713) 890-5000
       Facsimile:      (713) 890-5001

**ATTORNEY FOR DEFENDANT**
**M-I L.L.C.**

**I.     INTRODUCTION**

This Court should grant the unique, specific, and unopposed relief sought by M-I L.L.C. ("M-I")'s motion. M-I L.L.C.'s Motion To Exclude All References To The Report, Work, Findings, Testimony, And Opinions Of Former HESI Expert Witness Donald Weintritt (Dkt. No. 5121). The concerns expressed by the PSC as to Cameron's and BP's expert witnesses do not apply to Mr. Weintritt because all parties have stated that they had no objection to Mr. Weintritt being withdrawn from the litigation.

**II.    ARGUMENT**

The PSC is the only party that filed a response to M-I's motion. Opposition To Defendants' Motions To Exclude "Withdrawn" Expert Opinions (Dkt. No. 5261). The PSC explicitly states that it does not oppose Mr. Weintritt being withdrawn, then goes on to respond to Cameron's argument for withdrawing expert witnesses when there is opposition. PSC Resp. 1 ("The PSC did not object, and for that matter still does not object to the withdrawal of Mr. Weintritt.").

M-I takes no position on the dispute between Cameron and BP on the one hand and the PSC on the other. M-I simply seeks the limited relief that in the specific situation where the sponsoring party withdraws an expert witness, and all other parties state they have no objection to that withdrawal, the Court should effectuate that unopposed withdrawal.[1] This is entirely independent of the dispute between Cameron and the PSC on what this Court should do when the withdrawal of an expert is opposed.

---

[1] During the working group conference on January 13, 2012, Magistrate Judge Shushan repeated that there was no objection to Mr. Weintritt being withdrawn. Jan. 13, 2012 Hearing Tr. 42:12-19.

### III. CONCLUSION

Because no party objects to Mr. Weintritt being withdrawn, this Court should grant M-I's motion.

Respectfully submitted,

| | |
|---|---|
| **OF COUNSEL:**<br>MORGAN, LEWIS & BOCKIUS LLP | MORGAN, LEWIS & BOCKIUS LLP |
| Derek E. Leon<br>dleon@morganlewis.com<br>Texas Bar No. 24002463<br>5300 Wachovia Financial Center<br>200 South Biscayne Boulevard<br>Miami, Florida  33131<br>Telephone:     (305) 415-3000<br>Facsimile:      (305) 415-3001 | By: /s/ *Hugh E. Tanner*<br>         Hugh E. Tanner<br>         htanner@morganlewis.com<br>         Texas Bar No. 19637400<br>         1000 Louisiana, Suite 4000<br>         Houston, Texas  77002<br>         Telephone:     (713) 890-5000<br>         Facsimile:      (713) 890-5001 |
| Denise Scofield<br>dscofield@morganlewis.com<br>Texas Bar No. 00784934<br>1000 Louisiana, Suite 4000<br>Houston, Texas  77002<br>Telephone:     (713) 890-5000<br>Facsimile:      (713) 890-5001 | **ATTORNEY FOR DEFENDANT**<br>**M-I L.L.C.** |
| **ATTORNEYS FOR DEFENDANT**<br>**M-I L.L.C.** | |

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing M-I L.L.C.'s Reply In Support Of Its Motion *In Limine* To Exclude The Report, Work, Findings, Testimony, And Opinions Of Former HESI Expert Witness Donald Weintritt, And Any References To The Same has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of January, 2012.

                                                    /s/ *Hugh E. Tanner*
                                                  Hugh E. Tanner