UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : : | MDL NO. 2179 SECTION J |
| THIS DOCUMENT RELATES TO: | : : | JUDGE BARBIER |
| 2:10-CV-02771 | : : | MAGISTRATE JUDGE SHUSHAN |

**ORDER**

CONSIDERING the *ex parte* motion of the United States to redact certain deposition excerpts of William Castell and to make additional redactions to the memorandum filed in Docket # 5241,

IT IS HEREBY ORDERED that the motion be, and hereby is, GRANTED. The following unredacted documents will be sealed and the redacted documents will be added in their place:

Docket # 5239 (Attachment 2);
Docket # 5240 (Attachment 1);
Docket # 5267 (Attachment 4);

IT IS FURTHER ORDERED that the redacted memorandum filed as part of Docket # 5241 ("RESPONSE/MEMORANDUM in Opposition filed by United States of America in response to Docket 5115, "MOTION in Limine to Preclude Evidence Regarding BP Employee Compensation Information") shall be sealed, and an additionally redacted memorandum shall be filed in its place.

Signed at New Orleans, Louisiana, this  19th  day of  January , 2012.

_____
United States Magistrate Judge