UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL NO. 2179<br>SECTION J |
| THIS DOCUMENT RELATES TO: | : : | JUDGE BARBIER |
| 2:10-CV-02771 | : : | MAGISTRATE JUDGE SHUSHAN |

### ORDER

CONSIDERING the *ex parte* motion of the United States to file under seal, it is hereby

ORDERED that the motion be GRANTED.  The following documents shall be filed under seal:

* Attachment 1 to Docket # 5241 (United States' Response re: 5115 Motion in Limine To Preclude Evidence Regarding BP Employee Compensation Information).

* The unredacted version of the Memorandum filed in Docket # 5241.

* Attachment 9 to Docket # 5244 (United States' Response re: 5138 Motion To Exclude Evidence Relating to Testing of Cement Blends Using Non-Rig Samples).

New Orleans, Louisiana this 18th day of January, 2012.

UNITED STATES DISTRICT JUDGE