UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico on April 20, 2010 | * | SECTION: J |
| | * | |
| This Document Relates to: | * | JUDGE BARBIER |
| All Cases and Cause No. 2:10-CV-02771 | * | |
| | * | MAGISTRATE NO. 1 |
| | * | |
| | * | MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

**UNOPPOSED MOTION OF DEFENDANTS MOEX OFFSHORE 2007 LLC AND MOEX USA CORPORATION TO AMEND THEIR ANSWERS TO FIRST AMENDED MASTER COMPLAINT FOR THE B(1) BUNDLE**

**NOW INTO COURT** come Defendants MOEX Offshore 2007 LLC ("Offshore") and MOEX USA Corporation ("MOEX USA"), pursuant to Federal Rule of Civil Procedure 15(a)(2), and respectfully move for leave to amend their Answers (Docket #s 4109 and 4110, respectively) to the First Amended Master Complaint, Cross-Claim and Third-Party Complaint for Private Economic Losses in Accordance with PTO No. 11 [CMO No. 1] Section III(B1) (the "B1 Complaint").  The amendments would add two defenses to the Answers of Offshore and MOEX USA to the B1 Complaint, which were included in their Answers to other complaints filed in this Multidistrict Litigation.  Copies of the proposed Amended Answers are being filed herewith.  The additional defenses appear in the proposed Amended Answers as Offshore's Fourth and Fifth Defenses and MOEX USA's Sixth and Seventh Defenses.  Plaintiffs' counsel have consented to the proposed amendment.

**WHEREFORE**, Offshore prays that this Court grant leave to Offshore and MOEX USA to amend their Answers to the B1 Complaint.

Dated: January 19, 2012

        Respectfully submitted,

        s/ John F. Pritchard_____

        John F. Pritchard
        Edward Flanders
        PILLSBURY WINTHROP SHAW PITTMAN LLP
        1540 Broadway
        New York, NY 10036-4039
        Tel. (212) 858-1000
        Fax (212) 858-1500
        john.pritchard@pillsburylaw.com
        edward.flanders@pillsburylaw.com

        Christopher McNevin
        PILLSBURY WINTHROP SHAW PITTMAN LLP
        725 South Figueroa Street, Suite 2800
        Los Angeles, CA 90017-5406
        Telephone (213) 488-7507
        Fax (213) 629-1033
        chrismcnevin@pillsburylaw.com

        **ATTORNEYS FOR MOEX OFFSHORE 2007 LLC**

        s/ Jack McKay_____
        Jack McKay
        jack.mckay@pillsburylaw.com
        PILLSBURY WINTHROP SHAW PITTMAN LLP
        2300 N Street, N.W.
        Washington, D.C. 20037-1122
        Telephone (202) 663-8439
        Facsimile (202) 663-8007

        **ATTORNEYS FOR MOEX USA CORPORATION**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on January 19, 2012.

                                                s/ John F. Pritchard
                                                John F. Pritchard