UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | MDL No. 2179 |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico on April 20, 2010** | * | SECTION: J |
| | * | |
| **This Document Relates to:** | * | JUDGE BARBIER |
| **All Cases and Cause No. 2:10-CV-02771** | * | |
| | * | MAGISTRATE NO. 1 |
| | * | |
| | * | MAGISTRATE SHUSHAN |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the Unopposed Motion of Defendants MOEX Offshore 2007 LLC and MOEX USA Corporation to amend their respective Answers to the First Amended Master Complaint, Cross-Claim and Third-Party Complaint for Private Economic Losses in Accordance with PTO No. 11 [CMO No. 1] Section III(B1) (the "B1 Complaint"):

**IT IS HEREBY ORDERED** that the motion is granted, and MOEX Offshore 2007 LLC and MOEX USA Corporation have leave to file Amended Answers to the B1 Complaint.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE