UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                MDL NO. 2179
       "Deepwater Horizon" in the Gulf
       of Mexico, on April 20, 2010              SECTION J

Applies to: *All Cases*                          JUDGE BARBIER
                                                        MAGISTRATE JUDGE
                                                        SHUSHAN

**ORDER**

**[Regarding the Protocol for Production of Documents from the U.S.'s Zantaz Archive]**

On December 29, 2011, this Court issued an Order regarding BP's Motion to Compel the U.S. to Produce Documents from Zantaz Server (the "Zantaz Order") (Rec. doc. 5028). The United States and BP have met and conferred regarding how to comply with the Zantaz Order, and have agreed to the following protocol (the "Zantaz Protocol"). To the extent any terms of this Zantaz Protocol conflict with the Zantaz Order, the terms of this agreed-upon Zantaz Protocol supersede the Zantaz Order. Accordingly, it is ordered as follows:

1. **Confidentiality Agreement.**

    a. BP's contractors and the United States have entered into a confidentiality agreement pursuant to which BP's contractors will not disclose to BP either non-responsive documents, privileged documents, or the U.S.'s privilege search terms (the "Potentially Privileged Information"). BP's contractors will treat the Potentially Privileged Information as Highly Confidential under PTO #13 and PTO #36.

2. **Meet And Confer**

    a. Representatives from both BP and the U.S., including the vendors and/or consultants most knowledgeable in the systems and processes used to select, export, process, search, and produce email from the Zantaz archive will participate in a Meet and Confer to discuss the process, schedule, and format of

the production as well as to address any questions or potential issues that may arise during the process. This Meet and Confer process shall be repeated once a week (Wednesdays at 2:00 p.m. EST), or as often as is necessary, to ensure the efficient and accurate export, processing, searching, and production of the U.S.'s Zantaz archive data.

3. **Clawback Procedures**

   a. The U.S., the U.S.'s contractors, BP, and BP's contractors will attempt in good faith in the Meet and Confers to resolve any potential issues with respect to the way Edox conducts its searches in order for Edox to mirror as closely as possible the way in which the U.S. conducts its production process. However, the U.S. and BP acknowledge that the potential for error in running the search terms can never be eliminated, and BP and the U.S. therefore expressly agree that the provisions of PTO #14 are in full force and effect for any documents produced under this protocol by Edox, and that the U.S. will not be prejudiced in any clawback effort by virtue of Edox's production of such documents.

4. **Export From Zantaz**

   a. The U.S. will export email and attachments for the 61 ordered custodians from the Zantaz email archive on a rolling basis as described below.
   b. The email will be exported in a native email format and include a unique control number for each message exported.
   c. The email exports will be prioritized by the custodian order requested by BP.
   d. The email exports will only be limited by the agreed upon date criteria.
   e. No additional culling or de-duplication will be performed.

5. **Transfer To BP's Contractor Edox**

   a. The U.S. will ship the exported email to Edox on hard drives with a label that correlates to a detailed shipping manifest.
   b. Each shipment will be accompanied by a manifest detailing the included media, custodians, associated email message counts, and any additional information agreed to during the Meet and Confer process.

6. **Import**

   a. Upon receipt of each export from the Zantaz archive, Edox will verify receipt of the designated media, custodial files included, and associated message counts.

   b. Edox will import the email into a project specific database for purposes of searching, culling, export, and production ("Zantaz Import Database"). Per the confidentiality agreement, Edox will not permit BP access to any documents housed within the Zantaz Import Database.
   c. Edox will notify BP of any errors that occur during the import process. Only quantity, severity, error summary and statistical information will be provided to BP and thus no Potentially Privileged Information will be shared with BP.
   d. If the errors require resolution by the U.S., Edox will immediately notify BP, which will in turn notify the U.S. of such issues as they arise. Such issues will be discussed and resolved during the Meet and Confers as appropriate.

7. **Search**

   a. Edox has already provided the coded privileged and responsive search terms to the U.S. for review and approval. The U.S. shall immediately notify BP if they identify any issues with the specific coding or application of the search terms. Any issues identified by the U.S. with respect to Edox's coding of the privilege and responsive search terms shall be discussed and resolved during the Meet and Confers.
   b. Edox will run the responsive and privileged search terms across all email and attachments imported into the Zantaz Import Database.
   c. Emails and attachments will be treated as a set or "family group". A responsive or privileged search hit on any member of a set (email or attachment) will designate the entire set as responsive or privileged respectively.
   d. All emails with a responsive and a privileged search hit (or from a custodian specified by the United States to Edox) will be designated as "Responsive And Potentially Privileged". All emails with a responsive search hit, but without a privileged search hit will be designated as "Responsive And Non-Privileged". The remaining emails will be designated as "Non-Responsive".
   e. Edox will generate a report of all Zantaz email, segregated by custodian, summarizing the count of total emails, the count of Non-Responsive emails, the count of Responsive And Non-Privileged emails, and the count of Responsive And Potentially Privileged emails. This report will be shared with both BP and the U.S. to ensure the proper accounting of all email throughout the entire process.

8. **Production Of Responsive And Non-Privileged Email Messages**

    a. Edox will convert the Responsive And Non-Privileged emails and corresponding attachments to TIFF image or as otherwise provided for under PTO #16, assign bates labels, and brand all images with a CONFIDENTIAL label.
    b. Edox will produce the Responsive And Non-Privileged TIFF images with a metadata load file to the MDL. Native files will be produced for the designated file types specified in PTO #16.

9. **Export Of Responsive And Potentially Privileged Email Messages For Privileged Review By The U.S.**

    a. Edox will convert the Responsive And Potentially Privileged emails and corresponding attachments to TIFF image or as otherwise provided for under PTO #16, assign bates labels, and brand all images with a CONFIDENTIAL label.
    b. Edox will export the Responsive And Potentially Privileged TIFF images with a metadata load file to the U.S. to perform a privilege review. Native files will be exported for the designated file types specified in PTO #16.

10. **Review Of Responsive And Potentially Privileged Documents**

    a. The U.S. will manually review the Responsive And Potentially Privileged documents, and will produce to the MDL any such documents that are found to be not privileged as a result of such review. Responsive And Potentially Privileged documents withheld from production on the basis of a claim of privilege will be included on a privilege log or as otherwise provided by PTO #14.

11. **Timeline**

    a. **Export from Zantaz**. Autonomy (the owner of the Zantaz system) has represented the export from Zantaz will take two weeks and will be completed on or about January 25, though Autonomy will not guarantee that delivery time.
    b. **Search And Production Of Responsive And Non-Privileged Documents/Export of Responsive And Potentially Privileged Documents**. Based on Edox's prior coding of the responsive and privilege search terms (and on a rolling export from Zantaz), we anticipate that it will take approximately 14-21 days to conduct and validate the search terms and prepare the Responsive, Non-Privileged documents for production and the Responsive, Potentially Privileged documents for export to the U.S. (depending on data volume and the resolution of issues such as encrypted documents).

    c. **Review Of Responsive And Potentially Privileged Documents**. Edox will provide the U.S. with the Responsive And Potentially Privileged documents on a rolling basis so that the U.S. may begin its privilege review. Once the universe of Responsive And Potentially Privileged documents is identified, the parties will meet and confer to put together a reasonable deadline for the completion of the review, production, and privilege logs of these documents.

**12. Cost**

    a. Each party shall bear its own costs associated with carrying out its responsibilities under this protocol. For example:
  i. The U.S. will bear the costs associated with: (1) the export from Zantaz (¶¶4 and 5); and (2) the review (and production, where appropriate) of the Responsive And Potentially Privileged documents (¶10).
  ii. BP will bear the costs associated with: (1) importing the Zantaz documents (¶ 6); (2) searching and identifying the documents (¶ 7); (3) Tiffing, bates labeling, confidentiality branding, and production of Responsive And Non- Privileged documents (¶ 8); and (4) Tiffing, bates labeling, confidentiality branding, and export to the United States of the Responsive And Potentially Privileged documents (¶ 9).
  iii. Each party will bear its own cost with respect to: (1) finalizing the confidentiality agreement (¶1); (2) participating in the meet and confer process (¶2); and (3) putting in place and carrying out clawback procedures (¶3).

**13. No Waiver**

    a. The provision of the Zantaz export by the U.S. to Edox does not constitute a waiver under F.R.C.P. 502.

New Orleans, Louisiana, this 19th day of January, 2012.

                                                 **SALLY SHUSHAN**
                                                 **United States Magistrate Judge**