

40614583

Oct 28 2011
2:25PM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This Document Relates to: | |
| | Judge Barbier |
| RONNIE DANIELS, Individually and on behalf of all others similarly situated v. CAMERON INT'L CORP., No. 10-cv-2679 | Mag. Judge Shushan |

**PLAINTIFF'S NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE OF
<u>HYUNDAI HEAVY INDUSTRIES CO., LTD.</u>**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ronnie Daniels, through undersigned counsel, hereby voluntarily dismisses this action without prejudice as against Defendant Hyundai Heavy Industries Co., Ltd. ("HHI") only.[1]  HHI has not served either an answer or a motion for summary judgment in response to Plaintiff's complaint.

**CHHABRA & GIBBS, P.A.**

By:   /s Darryl M. Gibbs
         Darryl M. Gibbs
         Rogen K. Chabbra

120 North Congress Street, Suite 200
Jackson, Mississippi  39201
P: (601) 948-8005
F: (601) 948-8010

---

[1] *See, e.g.*, *Plains Growers, Inc. ex rel. Florists' Mut. Ins. Co. v. Ickes-Braun Glasshouses, Inc.*, 474 F.2d 250, 254-55 (5th Cir. 1973) ("[A] plaintiff is entitled to a dismissal against one defendant under Rule 41(a), even though the action against another defendant would remain pending.").

## CERTIFICATE OF SERVICE

  I hereby certify that the above and foregoing Plaintiff's Notice of Voluntary Dismissal Without Prejudice has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, which will send a notice in accordance with the procedures established in MDL 2179, on this the 28th day of October, 2011.

                   /s Darryl M. Gibbs_____