MINUTE ENTRY
SHUSHAN, M.J.
JANUARY 19 , 2012

**MJSTAR: 1:03**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE | CIVIL ACTION |
| OIL RIG "DEEPWATER HORIZON" | |
| IN THE GULF OF MEXICO, ON APRIL 20, 2010 | NUMBER: 10-MDL-2179 |
| | SECTION: "J" (1) |

MAGISTRATE JUDGE SALLY SHUSHAN PRESIDING

THURSDAY, JANUARY 19, 2012 AT 11:37 A.M. - 12:40 P.M.

CASE MANAGER: Carmilla Rose

COURT REPORTER: Cathy Pepper


A discovery status conference was held this date before Magistrate Judge Sally Shushan.



PRESENT: See attached sign-in sheets for attorneys who participated in person and via telephone.