# CONFERENCE ATTENDANCE RECORD

DATE: 1-19-12           TIME: 10:30

## CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

## DOCKET NUMBER & SECTION: MDL 2179

**DISCOVERY STATUS CONFERENCE**

☛ **PRINT LEGIBLY**

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Carmelite Bertaut | Cameron |
| Don Godwin | Halliburton |
| Bruce Bowman | " |
| Alan York | " |
| Stefanie Major | " |
| Jenny Martine | " |
| Denise Scofield | MI |
| J. B. Turter | M-I |
| Pat O'Keefe | NRC - O'Briens |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
| --- | --- |
| Ted Tsekerides | O'Brien's NRC |
| Mike Lyle | " |
| Skip McAlun | Dynamic |
| Rachel Clingman | TO |
| Robert Cunningham | PSC |
| Tony Fitch | Anadarko |
| Don Haycraft | BP |
| David Beck | Cameron |
| Edwin Preis | TO |
| Leslie S. Garthwaite | BP |
| Jeff Breit | PSC |
| Brian Barr | PSC |
| James P. Roy | PSC |
| Doug Kraus | La. |
| Ky Kirby | Anadarko |
| Deb Kuchler | " |
| Scott Cernich | US |

# CONFERENCE ATTENDANCE RECORD

**DATE:** _____    **TIME:** _____

**CASE NAME:** _____

**DOCKET NUMBER & SECTION:** _____

**STATUS    PRELIMINARY    PRE-TRIAL    SETTLEMENT**

☞ **PRINT LEGIBLY**

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Steve O'Rourke | U.S. |
| Duke Williams | PSC |
| Winfield Sinclair | Alabama |
| Barry Fields | BP |
| Steve Herman | PSC |
|  |  |
|  |  |
|  |  |
|  |  |