Robin Hanger

Gary Jonesi

Allen Weigle

Sean Brady