## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

<table>
<tr><td>

**In re:  Oil Spill by the Oil Rig
            "Deepwater Horizon" in the Gulf
            of Mexico, on April 20, 2010**

**This Document Relates to:  *All Cases***

**(Including No. 10-2771)**

</td><td>

**MDL No. 2179**

**SECTION: J**

**JUDGE BARBIER**

**MAGISTRATE SHUSHAN**

</td></tr>
</table>

## MOTION FOR LEAVE TO FILE
## SUPPLEMENTAL OPPOSITION TO BP'S MOTION
## TO EXCLUDE PHASE TWO EVIDENCE FROM THE PHASE ONE TRIAL

**NOW INTO COURT**, through Plaintiffs' Co-Liaison Counsel, come Plaintiffs, who respectfully move for leave to file a Supplemental Opposition to BP's Motion *in Limine* to Exclude Phase Two Evidence from the Phase One Trial [Doc 5109]:

I.

As noted by the plaintiffs' in their original Opposition,[1] Plaintiffs have reviewed the two-page summaries of Lynch, Frazelle, Campbell and Dupree in light of the Court's comments during the January 6th Discovery Conference,[2]  and have now submitted slightly revised two-page summaries – which Plaintiffs would like to present to the Court in further response to BP's Motion.

---

[1] *See* Doc 5257, at p.3.

[2] TRANSCRIPT (1/6/2012), p.30;  *see also, generally,* TRANSCRIPT (1/6/2012), pp.36-50.

**WHEREFORE** Plaintiffs respectfully pray for leave to file a Supplemental Opposition to BP's Motion to Exclude Phase Two Evidence During the Phase One Trial.

This 19<u>th</u> day of <u>January</u>, <u>2012</u>.


Respectfully submitted,


<u>    /s/   Stephen J. Herman    </u>
**Stephen J. Herman**, La. Bar No. 23129
**HERMAN HERMAN KATZ & COTLAR LLP**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax No. (504) 569-6024
E-Mail: sherman@hhkc.com
*Plaintiffs Liaison Counsel*

<u>    /s/ James Parkerson Roy    </u>
**James Parkerson Roy**, La. Bar No.11511
**DOMENGEAUX WRIGHT ROY & EDWARDS LLC**
556 Jefferson Street, Suite 500
Lafayette, Louisiana 70501
Telephone: (337) 233-3033
Fax No. (337) 233-2796
E-Mail: jimr@wrightroy.com
*Plaintiffs Liaison Counsel*


## <u>CERTIFICATE OF SERVICE</u>

WE HEREBY CERTIFY that the above and foregoing Motion has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19<u>th</u> day of <u>January</u>, <u>2012</u>.


<u>s/  James Parkerson Roy and Stephen J. Herman</u>