UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010

This Document Relates to: *All Cases*

(Including No. 10-2771)

MDL No. 2179

SECTION: J

JUDGE BARBIER

MAGISTRATE SHUSHAN

## SUPPLEMENTAL OPPOSITION TO BP'S MOTION
## TO EXCLUDE PHASE TWO EVIDENCE FROM THE PHASE ONE TRIAL

Plaintiffs respectfully submit the following supplemental memorandum in opposition to BP's Motion *in Limine* to Exclude Phase Two Evidence from the Phase One Trial [Doc 5109]:

**MAY IT PLEASE THE COURT:**

As noted in the plaintiffs' original Opposition,[1] Plaintiffs have reviewed the two-page summaries of Lynch, Frazelle, Campbell and Dupree in light of the Court's comments during the January 6th Discovery Conference,[2] and have now submitted slightly revised two-page summaries.[3]

---

[1] *See* Doc 5257, at p.3.

[2] TRANSCRIPT (1/6/2012), p.30; *see also, generally,* TRANSCRIPT (1/6/2012), pp.36-50.

[3] *See* EXHIBITS A, B, C and D, (attached hereto).

1

Plaintiffs respectfully submit that these two-pages summaries are, on the whole, primarily related to Phase One determinations, and, to the extent that they might contain references to testimony most directly related to Phase Two issues, Plaintiffs would respectfully suggest that: **(i)** such evidence is *also* relevant to Phase One issues, and **(ii)** the submission of such evidence in Phase One promotes efficiency and judicial economy.

### Conclusion

For the above and foregoing reasons, and for the reasons previously provided, Plaintiffs respectfully request that BP's Motion *in Limine* to exclude Phase Two evidence be denied.

This 19th day of January, 2012.

Respectfully submitted,

|   |   |
|---|---|
| /s/   Stephen J. Herman | /s/ James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No.11511 |
| HERMAN HERMAN KATZ & COTLAR LLP | DOMENGEAUX WRIGHT ROY & EDWARDS LLC |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhkc.com | E-Mail: jimr@wrightroy.com |
| *Plaintiffs Liaison Counsel* | *Plaintiffs Liaison Counsel* |

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Brief has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of January, 2012.

s/  James Parkerson Roy and Stephen J. Herman