<u>*PSC Two Page Summary of*</u>  **PATRICK CAMPBELL**     (7/12-13/2011)          [49]

<u>*Employer:*</u>   **Wild Well Control**                                        <u>*Title:*</u>  **CEO**

<u>*Key Relevance:*</u>  **Independent expert in well-control confirms deficiencies in equipment and failures in planning prior to the explosion.**

---

Campbell was CEO of Wild Well Control ("WWC") which, prior to the explosion, provided well control training and certification to thousands of oil filed workers including BP Well Site Leaders (11). WWC did a 2007 risk analysis of the *Deepwater Horizon* ("DWH") BOP (46-47), was consulted after the March 8 kick (42), and, shortly after blowout, WWC participated in efforts to control and cap the well (93). His Phase One deposition testimony establishes the following:

**In 2007, BP Rejected Options Presented by WWC that Would Have Made DWH's BOP Safer.**

- In 2007, BP requested WWC to do a risk assessment of the DWH BOP (45-57), the main purpose of which was to cut non-productive time ("NPT") (48). WWC presented several options to BP as a result of that risk assessment, including upgrading their test ram to a functional bi-directional ram (51, Vol. II, 105-106 175-177), and adding another cavity in the BOP stack to house an additional Blind Shear Ram or other kind of ram (175-177). BP did not accept either option.

- Changing the test ram to a bi-directional ram would have made it a functioning well control ram (rather than merely a test ram), added redundancy, increased safety, while still reducing the NPT (53). There would have been no disadvantage (57).

**BP and Transocean's Conduct Prior to the April 20 Blowout was Contrary to WWC's Recommended Practices.**

- At least by the time of the March 8th kick, BP considered the Macondo well to be a "critical well" or "challenging well" (255-256).

- One should make sure that the final cement is set before doing positive pressure test; if the test is done too early, it can cause channeling in the cement (208-209).

- The importance of handling a kick in a rapid and efficient manner "cannot be overstated" (Vol. II, 123-124). Should not have a kick flowing for 33 minutes with an ingress of 35-40 barrels before action is taken (344-345).

- Campbell's classes teach that cement bond logs are the proper way to determine whether a cement job has been successful (Vol. II, 97-98).

- There should be a safety factor of at least 20% in the minimum shearing capacity of a BOP - *i.e.,* your available shearing pressure should exceed by 20% its ability to shear the pipe which will be used in the job (171). Where calculated shear pressures are in excess of 2,700 psi, these calculations should be verified by actual shear tests (Vol. II, 169-170).

**Prior to Drilling at Macondo, Technology Was Available to BP Which, Had It Been Requested and Ready for Use on April 20th, Could Have Been Employed to Control the Spill More Rapidly.**

- There were no ROV's readily available for use at the time of the 4/20/11 explosion (156).

- Capping stacks and pollution domes were accepted technology long before 2010 (33-34, 147).

- WWC could and would have created stacks/domes capable of dealing with the Macondo blowout had BP requested WWC to do it, but BP did not make such a request prior to the events of April 20 (147).