<u>PSC *Two Page Summary of*   JAMES DUPREE     (6/16-17/2011)        [51]</u>

<u>Employer:</u>  BP          <u>Title</u>:  Former Strategic Performance Unit ("SPU") Leader for the Gulf of Mexico ("GoM")

<u>Key Relevance:</u>  BP's lack of leadership in the GoM and failure to prepare for a blowout

---

Dupree became the SPU leader for the GoM in January 2010 (16, 19). His direct reports included the VP of Drilling and Completions, VP of Health Safety and Environment, VP of Resource, VP of Operations, VP of Thunderhorse, and a Human Resources Manager (57-58); approximately 1,800 employees worked under him in the GoM (21, 29-30). His current position with BP is Regional President for the GoM (70). His testimony establishes the following:

**The Head of Leadership in the GoM at the Time of the Macondo Disaster Had no Real Deepwater Drilling Experience.**

- Dupree was never a driller, well site leader, or wells team leader (381-382). He has never worked on deepwater drilling rigs (382).

- He has never performed or interpreted negative pressure tests in deepwater (408).

- He did not know any of BP's well team leaders or well site leaders and did not know the job responsibilities of the well site leaders (65, 75, 425).

- He did not know which BP employee was accountable for safety on the *Deepwater Horizon* at the time of the disaster (442-443).

**BP was Totally Unprepared to Stop the Flow of Hydrocarbons from a Deepwater Blowout.**

- Besides the BOP, BP had no other tool ready to stop the flow of hydrocarbons (372-373, 376-377, 640-642), even though such technology existed prior to the Macondo disaster (114-115, 376, 641).

**BP's Claims That it Has Focused More on Safety After the Incident Are Belied by the Regional President's Apparent Lack of Interest in Lessons Learned from the Disaster**

- Changes have been made in BP's protocols for how to deal with deepwater drilling (158).

- BP is looking into whether its employees' training in well control response is adequate (152-153).

- BP claims to focus employee performance ratings on safety (137-138).

- BP claims to have third party independent testing of cement slurries (149).

- BP claims to have third party verification of deepwater BOPs (159).

- BP claims to have two blind shear rams on every BOP (396-397).

- Even though BP claims to be focusing more on safety, its leadership has failed to learn from the Macondo disaster.  Dupree has not educated himself on the causes of the disaster.  He was not given access to all the information about the causes of the disaster, and he has not requested any additional information other than what is contained in the Bly Report.  He also has not read the entire Presidential Commission Report or the Chief Counsel's Report (454-456).