*PSC Two Page Summary of* **ANDREW FRAZELLE** *(9/26-27/2011)* [76]

*Employer:* **BP** *Title:* **Wells Operations Manager**

*Key Relevance:* **BP's inability to establish regulatory compliance prior to the blowout.**

Frazelle is a Wells Operations Manager who has worked for BP for 28 years (12) and was tendered as a 30(b)(6) Representative to address BP's applications to the MMS regarding changes in the temporary abandonment procedure (10) as well as regulatory compliance relating to the BOP (78).   His testimony establishes:

**BP Is Not Able to Explain Submissions to MMS regarding Changes to the Temporary Abandonment Procedure.**

- BP, through its corporate representative, cannot explain the reason for changes to the April 12th Plan (21), nor whether the April 14th E-Mail [TREX-01997] was intended to further revise the Plan (43-44).

**BP Is Not Able to Establish Compliance with Regulations regarding the BOP.**

- Not very familiar with the Federal Regulations prior to prep for 30(b)(6) Depo (79-80).

- Can't establish training of Well Site Leaders as to applicable Federal Regulations (82).

- Cannot address compliance with Sub-Part 250.416(e) (155-157; TREX-05351).

- Cannot address Regulatory definition of Maximum Anticipated Surface Pressure ("MASP") (96-97, 97-98; TREX-05352).  Cannot establish independent assurance that the BOP can maintain well control, despite acknowledgment that the Regulation applies to BP (98, 100-102; TREX-06169).  Cannot establish BP policy to evaluate MASP in connection with the ability of the blind shear rams to stop flow on each well (105-107). BP claims it relies on Transocean, but cannot identify the person responsible for verifying that Transocean has complied with Regs (111-112, 121).

- Despite the BP Group Practice (126; TREX-00215), and although a 100% gas column is the worst case scenario, BP calculates MASP based on only 50% gas and 50% drilling mud (130-131).

**Training of Well Site Leaders Was Inadequate.**

- Well control training programs were inadequate;  yet, as of the date of the deposition, no new well control training programs had been put into place (165-169; TREX-05355).

**Gulf of Mexico was Under an "Every Dollar Counts" Initiative and Had a Deteriorating Safety Record.**

- At the time of the Macondo blowout, the Gulf of Mexico ("GoM") Unit was operating under an Every Dollar Counts Efficiency Program (175-176; TREX-05353).

- At the same time, the GoM was going through "a deteriorating safety record" (179).

- Examples of BP efforts to save money in the face of safety concerns include:

  o "Schedule driven to try to save BP $15,000,000 and complete the well before hurricane season" (182-187; TREX-05356).

  o Decision not to replace or repair the lower annular on BOP where BP is overbudget on the drilling of a well (191-203; TREX-05357).

- BP knew it was "way out of the norm" to run a BOP with a damaged lower annular (203-207; TREX-05358).

**BP Did Not Adequately Prepare for a Deepwater Blowout.**

- Prior to April 20, BP was preparing a "Well Control Response Guide" which called for the availability of a capping stack in the event of a blowout, but failed to take steps to actually have built or otherwise obtain prior to the explosion (218–223; TREX-02386).