<u>*PSC Two Page Summary of*</u>    **RICHARD LYNCH**    **(5/19-20/2011)**       **[65]**

<u>*Employer:*</u>  BP                <u>*Title*</u>:  Vice-President of Drilling and Completions
                                                  for the Central Developments Organization

<u>*Key Relevance:*</u>   **BP Refused to Properly Plan for the Prevention of and Response to a Macondo-type Blowout.**

---

Prior to the Macondo blowout, Lynch was the Vice President of Drilling & Completions for BP's Central Developments Organization (11-13). Following the blowout, he led BP's source control efforts (95, 226, 327-328, 488-450). His Phase One testimony establishes the following:

**BP Refused to Put a Process Safety Management System in Place to Prevent the Macondo Blowout.**

- BP's senior management should have learned from the Texas City explosion and should have put procedures in place to avoid future incidents, such as the Macondo blowout (815-816).

- Specifically, BP's senior management should have put in place programs to improve equipment management, personnel management, and work culture (828).

- The Macondo blowout resulted, in part, from a failure of equipment, personnel, and work culture (425-430, 834).

- Despite the Texas City explosion, BP did not have policies and procedures in place to verify that personnel involved in the Macondo well were making safety-minded decisions (839-841).

**BP Refused to Properly Plan for a Macondo-type Blowout.**

- Prior to the Macondo blowout, BP filed an Oil Spill Response Plan with the Federal Government (78-80; TREX-02346; TREX-00768). The purpose of the plan was to show that BP had the equipment in place in to respond to an oil spill (143-144, 149-150).

- In its plan, BP represented that it had the "personnel, equipment, and material in sufficient quantities . . . to respond effectively to . . . the worst-case discharge scenarios" (191; TREX-02346 at 266).

- BP's Oil Spill Response Plan described a "worst-case discharge scenario" as 300,000 barrels per day (166-168; TREX-00768 at 99).

- BP did not have the equipment available to cap the Macondo well at the time of the blowout (201, 205-206, 208-210, 251-252).

- BP "destroyed a damn ecosystem" (187).