UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:  *All Cases*<br><br>(Including No. 10-2771) | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## ORDER

CONSIDERING Plaintiffs' Motion for Leave:

IT IS ORDERED that Plaintiffs be and are hereby granted leave to file a Supplemental Opposition to BP's Motion *in Limine* to Exclude Phase Two Evidence from the Phase One Trial.

SIGNED this ___ day of January, 2012.

                                                  Hon. Carl J. Barbier
                                                  U.S. District Court Judge

1