# Final Phase I Witness List: Submission by Anadarko

## I. Deponents Whom Anadarko Will Call

| Witness Number | Witness Name | Presenting Party | Live (L) or Deposition (D) | Subject Matter |
|---|---|---|---|---|
| PPL #1 | Hayward, Tony | BP | D | N/A |
| PPL #2 | Lacy, Kevin | BP | D | N/A |
| PPL #3 | Castell, William | BP | D | N/A |
| PPL #6 | O'Bryan, Patrick (30(b)(6)) | BP | D | N/A |
| PPL #7 | Bodek, Robert | BP | D | N/A |
| PPL #8 | Guillot, Walter | BP | D | N/A |
| PPL #9 | Sims, David | BP | D | N/A |
| PPL #10 | Thierens, Harry (30(b)(6)) | BP | D | N/A |
| PPL #11 | Kellingray, Daryl | BP | D | N/A |
| PPL #12 | Guide, John | BP | D | N/A |
| PPL #13 | Bly, Mark | BP | D | N/A |
| PPL #14 | Robinson, Steve | BP | D | N/A |
| PPL #15 | Lucas, Matt | BP | D | N/A |
| PPL #16 | Baxter, John (30(b)(6)) | BP | D | N/A |
| PPL #17 | Inglis, Andy | BP | D | N/A |
| PPL #18 | Hafle, Mark | BP | D | N/A |
| PPL #19 | Keith, Joseph | Halliburton | D | N/A |
| PPL #20 | Morel, Brian | BP | D | N/A |
| PPL #21 | Johnson, Paul | TO | D | N/A |
| PPL #22 | Kaluza, Robert | BP | D | N/A |
| PPL #23 | Patton, Frank | MMS | D | N/A |
| PPL #24 | Wong, Norman (30(b)(6)) | BP | D | N/A |
| PPL #25 | Cocales, Brett | BP | D | N/A |
| PPL #26 | Walz, Gregory | BP | D | N/A |
| PPL #27 | Sprague, Jonathan[1] | BP | D | N/A |
| PPL #28 | Flynn, Steve | BP | D | N/A |
| PPL #29, 126 | Little, Ian (30(b)(6))[2] | BP | D | N/A |
| PPL #30 | Canducci, Gerald | TO | D | N/A |
| PPL #31 | Suttles, Doug | BP | D | N/A |
| PPL #34 | Winslow, Daun | TO | D | N/A |
| PPL #35 | Paine, Kate | Quadril | D | N/A |
| PPL #36 | Chaisson, Nathaniel | Halliburton | D | N/A |
| PPL #39 | Faul, Ronald | Halliburton | D | N/A |

---

[1] Jonathan Sprague is identified in his capacity as a fact witness.
[2] Ian Little is identified in his capacity as both a fact and a 30(b)(6) witness.

| Witness Number | Witness Name | Presenting Party | Live (L) or Deposition (D) | Subject Matter |
|---|---|---|---|---|
| PPL #40 | Roth, Thomas | Halliburton | D | N/A |
| PPL #41 | Tabler, Vincent | Halliburton | D | N/A |
| PPL #42 | McWhorter, Jim Owen | TO | D | N/A |
| PPL #44 | Erwin, Jack Carter | Cameron | D | N/A |
| PPL #45 | Stringfellow, William | TO | D | N/A |
| PPL #50 | Breazeale, Martin | BP | D | N/A |
| PPL #54 | Skripnikova, Galina | BP | D | N/A |
| PPL #57 | Wall, David | BP | D | N/A |
| PPL #60 | Fleytas, Andrea | TO | D | N/A |
| PPL #62 | Martin, Brian | BP | D | N/A |
| PPL #66 | Hay, Mark | TO | D | N/A |
| PPL #67 | Rich, David (30(b)(6)) | BP | D | N/A |
| PPL #69 | Cunningham, Erick | BP | D | N/A |
| PPL #70 | Gisclair, John (30(b)(6)) | Halliburton | D | N/A |
| PPL #73 | LeBleu, John | BP | D | N/A |
| PPL #78 | Cramond, Neil | BP | D | N/A |
| PPL #79 | Holloway, Caleb | TO | D | N/A |
| PPL #81 | Mansfield, James | TO | D | N/A |
| PPL #83 | Rainey, David | BP | D | N/A |
| PPL #84 | Smith, Pharr | TO | D | N/A |
| PPL #90 | Corser, Kent | BP | D | N/A |
| PPL #93 | McKay, Jim | BP | D | N/A |
| PPL #97 | Farr, Daniel | TO | D | N/A |
| PPL #98 | Ambrose, Billy Dean (30(b)(6)) | TO | D | N/A |
| PPL #103 | Gardner, Craig (30(b)(6)) | Chevron | D | N/A |
| PPL #105 | Serio, Michael | Halliburton | D | N/A |
| PPL #107 | LeNormand, William | Cameron | D | N/A |
| PPL #108 | McWhorter, David (30(b)(6)) | Cameron | D | N/A |
| PPL #115 | Sannan, Stuart | TO | D | N/A |
| PPL #119 | Sepulvado, Murry | BP | D | N/A |
| PPL #122 | Quitzau, Robert (30(b)(6)) | Anadarko | D | N/A |
| PPL #123 | Hollek, Darrell (30(b)(6)) | Anadarko | D | N/A |
| PPL #124 | Beirne, Michael | BP | D | N/A |
| PPL #142 | Lindner, Leo | MI-SWACO | D | N/A |
| PPL #149 | Trocquet, David (30(b)(6)) | MMS | D | N/A |
| PPL #153 | Strife, Stuart | Anadarko | D | N/A |

| Witness Number | Witness Name | Presenting Party | Live (L) or Deposition (D) | Subject Matter |
|---|---|---|---|---|
| PPL #156 | Douglas, Scherie | BP | D | N/A |
| PPL #158 | Maxie, Doyle | MI-SWACO | D | N/A |
| PPL #161 | Richard, Benjamin | Halliburton | D | N/A |
| PPL #164 | Powell, Heather | BP | D | N/A |
| DPL #2 | Bryan, Jim | Anadarko | D | N/A |
| DPL #6 | Vargo, Richard (30(b)(6)) | Halliburton | D | N/A |
| DPL #7 | Billon, Brad (30(b)(6)) | MI-SWACO | D | N/A |
| DPL #15 | O'Donnell, Alan | Anadarko | D | N/A |
| DPL #17 | Wardlaw, Kirk (30(b)(6)) | BP | D | N/A |
| DPL #24 | Chandler, Paul | Anadarko | D | N/A |
| DPL #38 | Millsap, Kristofer (30(b)(6)) | ModuSpec | D | N/A |
| Expert Witness | Vernon, Roger (Deposition Date: 12/13/2011) | Anadarko | L | N/A |

## II. Deponents Whom Anadarko May Call

| Witness Number | Witness Name | Presenting Party | Live (L) or Deposition (D) | Subject Matter |
|---|---|---|---|---|
| PPL #122 | Robert Quitzau | Anadarko | L | N/A |