MINUTE ENTRY
BARBIER, J.
Jan. 19, 2012
JS-10: 115 minutes.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : : : | MDL NO. 2179<br><br>SECTION: J<br><br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. . .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

**COURTROOM DEPUTY:**  **COURT REPORTER:**
**STEPHANIE KALL**  **CATHY PEPPER**

FRIDAY, JANUARY 19, 2012 9:30 A.M.
JUDGE CARL J. BARBIER PRESIDING

## STATUS CONFERENCE

Plaintiffs' Liaison Counsel, Defense Liaison Counsel, and Government Coordinating Counsel introduced themselves to the Court. The matters listed below were discussed:

The Court briefly discussed recently-issued Orders.

BP Counsel Andy Langan reported on the status of recent conditional transfer orders and number of active cases within the MDL.

BP Counsel Andy Langan reported on the status of cases before various state courts.

BP Counsel Andy Langan and Investors' Counsel Bill Stradley reported on the status of MDL 2185 before Judge Ellison in the Southern District of Texas.

1

**BP Counsel Don Haycraft provided an update on the continued progress of written and deposition discovery.**

**Plaintiffs' Counsel Steve Herman reported on the Vessels of Opportunity ("VoO") cases.**

**BP Counsel Allan Moore, Transocean Excess Insurers' Counsel George Gilly, Ranger Insurance Counsel Mike Maloney, and Transocean Counsel John Elsely reported on the Insurance Declaratory Judgment Actions, Case Nos. 11-274 and 11-275. Parties have submitted proposed Rule 54(b) Partial Final Judgments relative to the Court's Order and Reasons of November 15, 2011.**

**BP Counsel Rob Gasaway reported on issues relating to the custody, preservation, and inspection of the blowout preventer and the capping stack.**

Mike Underhill, Coordinating Counsel for the Federal Government, reported on the status of testing of certain cement and rock samples.

The Court discussed the Motions in Limine respecting evidentiary issues.

The Court discussed the Center for Biological Diversity's Renewed Motion for Clarification of "D1" Order (Rec. Doc. 4371). Plaintiffs' Counsel Steve Herman and BP Counsel Andy Langan will report their positions to the Court on this Motion within 7 days.

Luther Strange, Coordinating Counsel for State Interests, reported on the status of the audit of the GCCF.

The Court heard oral argument on three Motions for Partial Summary Judgment regarding liability under OPA and the CWA (Rec. Docs. 4836, 5113, 5103). Steve O'Rourke argued on behalf of the United States. David Salmons argued on behalf of Anadarko. Andy Langan argued on behalf of BP. Kerry Miller argued on behalf of Transocean. The Motions were taken UNDER ADVISEMENT.

The Court thanked counsel for their continued cooperation, both with each other and the Court.

The Status Conference ended at 11:25.

The Pretrial Conference is scheduled for Friday, February 3, 2012, at 9:30 a.m.

ATTORNEYS: See attached list.

2