# Attendance Record

## MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

### Status Conference–January 19, 2012

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Daniel McCowey | 337-291-2431 | R. Brundom |
| John de Gravelles | 225 344-3735 | PSC |
| Frank Petosa | 95K/318-0268 | PSC |
| Stephen B. Murray, Sr. | 5045258100 | PL's |
| Jay Ray | (601) 607-3450 | Miss. Smith |
| Erika Heyer | 919-89-79-5 | PSC |
| Jessica Vasi | 5012363414 | PSC |
| (illegible) | 601 613-1617 | PSC |
| T. McGee | 504-261-5660 | PSC |
| A.T. Rowe | 504-599-8000 | USFS |
| (illegible) Barrios | 524-3300 | " |
| Scott Cernich | 202-514-0056 | U.S. |
| Wade Langlois | 504-362-2166 | Jeff Parish |
| Sean Brady | 504-569-0235 | DRC |
| CARLA BURKE | 214.521.3605 | PSC |
| (illegible) Canfield | 504 940 7294 | CNS |
| Joel Waltzer | 504 340 6300 | Wisner |
| Clay Garside | 254 4400 | plaintiffs |

# Attendance Record

## MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

### Status Conference–January 19, 2012

### PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Edwin Rogers | 337-237-6062 | TO |
| Parker Miller | 4512937 | PC |
| Chris Bartwell | 3342014805 | PSC |
| Laurin Jacobsen | (504) 595-6191 | Delacroix |
| Leslie Garthwite | 3128627431 | BP |
| Robin Greenwald | 212-558-5802 | PSC |
| Tony Fitch | 202 3736685 | Anadarko |
| Tripp Segars | 803-981-0440 | Poole |
| Brandon Jones | 228-326-7649 | " |
| Joe Hassinger | 525-6802 | State of LA |
| D Treadaway | 504-481-9652 | PSC |
| Mueller | 810-5778845 | PSC |
| Ervin A Gonzales | 305 476-7400 | PSC |
| Alon Gauner | 5245777 | State of LA |
| John Andry | 525-5535 | " |
| T. DEMINTIER | 225 4685228 | PSC |
| Ed Sherman | 865-5979 | SS |

| | | |
|---|---|---|
| Steve Herman | (561) 453-7462 | PSC |
| Andy Langer | 312 862 2061 | BP |
| Don Haycraft | | BP |
| Mike Brock | | BP |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–January 19, 2012

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Ted Tsekerides | 212-310-8218 | O'Brien NRC |
| Mik Lyle | " | " |
| Ky Kirby | 202-313-6795 | Anadarko |
| Deb Kuchler | | " |
| Michael Lyle | 202-682-7157 | O'Brien NRC |