IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL NO. 2179 |
| "*DEEPWATER HORIZON*" in the | : | |
| GULF OF MEXICO, on April 20, 2010 | : | SECTION: J |
| | : | |
| | : | JUDGE BARBIER |
| | : | |
| THIS DOCUMENT RELATES TO: | : | MAG. JUDGE SHUSHAN |
| ALL CASES AND NO. 10-2771 | : | |

## ORDER

The Court, having considered the Joint Motion for Leave to Dismiss Cross-Claims with Prejudice filed by Defendant, Cross-Claim Plaintiff and Cross-Claim Defendant, Dril-Quip, Inc. ("Dril-Quip"), and Defendant, Cross-Claim Plaintiff and Cross-Claim Defendant, M-I, L.L.C. ("M-I"), finds that the Motion is well taken and should be, and is, **GRANTED.**

It is, therefore, **ORDERED** that Dril-Quip and M-I's Joint Motion for Leave is **GRANTED**; and, it is further **ORDERED** that:

Dril-Quip's cross-claims against M-I are **DISMISSED WITH PREJUDICE**, and

M-I's cross-claims against Dril-Quip are **DISMISSED WITH PREJUDICE**,

All Parties to bear their own costs.

It is so **ORDERED**.  New Orleans, Louisiana this 20th day of January, 2012.

_____
United States District Judge