UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION "J" |
| Applies to:<br>*All Cases* | * * * | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## ORDER

Before the Court is Dril-Quip, Inc.'s Motion for Summary Judgment Against All Claims (Rec. Doc. 4997), any responses to which were due by January 18, 2012 (Rec. Doc. 5053). No responses have been filed; the Motion is unopposed. Moreover, the Court has reviewed the Motion, and, for reasons stated in Dril-Quip Inc.'s Memorandum in Support, finds there is no evidence showing that any equipment manufactured by Dril-Quip, Inc. played any role in causing or contributing to the blowout. Dril-Quip, Inc. has met its burden under Federal Rule 56.

Accordingly,

**IT IS ORDERED** that the Motion (Rec. Doc. 4997) is **GRANTED** and all claims asserted against Dril-Quip, Inc. are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that Dril-Quip Inc.'s pending Motions to Dismiss, including those appearing at Rec. Docs. 1554, 1902, 2896, 2914, 3253, and 3254, are **DENIED AS MOOT.**

New Orleans, Louisiana, this 20th day of January, 2012.

_____
United States District Judge