UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to: *All Cases*<br><br>(Including No. 10-2771) | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

### MOTION FOR LEAVE TO FILE JOINDER IN AND SUPPLEMENT TO BP'S MOTION FOR SPOLIATION SANCTIONS

NOW INTO COURT, through Plaintiffs' Co-Liaison Counsel, come Plaintiffs, who respectfully move for leave to file a joinder in and supplement to BP's Motion for Spoliation Sanctions [Doc 4799]:

I.

BP filed a Motion for Spoliation Sanctions and accompanying memorandum in support thereof on December 5, 2011.

II.

Halliburton Energy Services, Inc. (hereinafter "Halliburton) filed a Response in Opposition to Motion for Spoliation Sanctions on December 19, 2011.

III.

Plaintiffs have reviewed the positions of the aforementioned parties and seek to file a concise memorandum adopting the positions and arguments of BP in this instance, and to submit further relevant testimony adduced in this matter only recently and after the aforementioned filings were made by BP and Halliburton.

**WHEREFORE** Plaintiffs respectfully pray for leave to file a Joinder in and Supplement to BP's Motion for Spoliation Sanctions.

This 20th day of January, 2012.

Respectfully submitted,

| | |
|---|---|
| /s/   Stephen J. Herman | /s/ James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No.11511 |
| **HERMAN HERMAN KATZ & COTLAR LLP** | **DOMENGEAUX WRIGHT ROY & EDWARDS LLC** |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhkc.com | E-Mail: jimr@wrightroy.com |
| *Plaintiffs Liaison Counsel* | *Plaintiffs Liaison Counsel* |

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Motion has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of January , 2012.

s/  James Parkerson Roy and Stephen J. Herman