Case 2:10-md-02179-CJB-DPC   Document 5308-2   Filed 01/20/12   Page 1 of 7

01-39395
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## CONFIDENTIAL

### WorldwideVIEW ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## Ronald James Crook
**VOLUME 1**

JANUARY 17, 2012

### COPY



Systems Technology for the Litigation World

Litigation Group • Court Reporting • Video Production • Videoconferencing
For U.S. & International Services
800 - 745 - 1101



EXHIBIT "A"

```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL      )   MDL NO. 2179
BY THE OIL RIG         )
"DEEPWATER HORIZON" IN )   SECTION "J"
THE GULF OF MEXICO, ON )
APRIL 20, 2010         )   JUDGE BARBIER
                       )   MAG. JUDGE SHUSHAN
```

****************
VOLUME 1
****************

    Deposition of Ronald James Crook, taken at the Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 17th day of January, 2012.

PURSUANT TO CONFIDENTIALITY ORDER

```
 1            MR. CHEN:  Objection, form.
 2            MR. GODWIN:  Thank you.  I'll pass
 3  the witness.
 4            THE VIDEOGRAPHER:  The time is
 5  3:38 p.m.  We're off the record.
 6            MR. GODWIN:  Thank you.
 7            THE WITNESS:  M-h'm.
 8       (Recess from 3:38 p.m. to 3:48 p.m.)
 9            MR. BREIT:  I'm ready.
10            THE VIDEOGRAPHER:  All set?
11       The time is 3:48 p.m.  We're back on the
12  record.
13                    EXAMINATION
14  QUESTIONS BY MR. BREIT:
15     Q.  Mr. Crook, as I advised you, my name is
16  Jeffrey Breit, and I am representing the
17  Plaintiffs Steering Committee today for some --
18  series of questions with regard to your Report.
19       And I'd like to pick up, if I could, on a
20  question that Mr. Godwin asked you at the end,
21  and it had to do with your investigations and
22  your experience with Halliburton.
23       First of all, were you familiar with Ron
24  Faul at Halliburton while you were still there?
25     A.  Yes, sir.
```

```
 1      Q.  And was he responsible for the Technical
 2  Staff at Halliburton while you were there, or is
 3  that something that happened after you left?
 4      A.  Whenever I had a question about technical
 5  issues in the Gulf of Mexico, Ronnie Faul is the
 6  first person I called.
 7      Q.  And did Ronnie Faul, as far as you know,
 8  while you were at Halliburton, assist in any of
 9  the post-cement failure investigations that you
10  were familiar with?
11      A.  The first person I called anytime there
12  was a job failure would be Ronnie Faul, yes, sir.
13      Q.  And that would -- cement failure accident
14  investigation, so far as you know, that would be
15  something that he would be familiar with, how to
16  do it, when to do it, what kind of information to
17  gather, in order to make a decision as to what
18  may have happened that caused the cement failure?
19      A.  All I can say is that Mr. Faul was
20  competent in -- in helping me answer and resolve
21  issues according to job failures.
22      Q.  Now, when you investigated job failures
23  at Halliburton for cement job failures, would
24  there normally be a discussion after a failure
25  with the Operator so that there could be an
```

1  understanding of what went wrong?
2      A.  There would be, yes, sir.
3      Q.  That would be customary and expected
4  during any kind of investigation of a cement
5  failure?
6              MR. GODWIN:  Objection, form.
7      Q.  (By Mr. Breit) You can go ahead and
8  answer.
9      A.  Yes, sir.
10     Q.  Under normal circumstances, after there
11 was a cement failure and an investigation was
12 undertaken by Halliburton, there would be
13 generally some discussion about what happened
14 after test data was looked at?
15     A.  After I conducted my series of tests, and
16 analyzed it, or after our Team did, excuse me,
17 there would be transmittal of that data to a -- a
18 person like Ronnie Faul, and I would -- for final
19 res -- re -- resolution.
20     Q.  Now, normally you indicated that when
21 there was an accident investigation after a
22 cement failure, there would be some transmittal
23 of some data of some indication as to what went
24 wrong.  Is that what happened while you were at
25 Halliburton?

1  A. Yes, sir.
2  Q. Do you know -- let me strike that.
3     Would it be customary after a cement
4  failure for the people at Halliburton, such as
5  yourself and Ronnie Faul, to do Lab Tests on the
6  lab stock for the cement that had failed?
7  A. Yes, sir.
8  Q. And that would be something you would
9  expect to be -- be done at Halliburton, to do
10 testing of the lab stock if there was not rig
11 stock available?
12 A. Yes, sir.
13 Q. Now, can you think of any reason why
14 Ronnie Faul would have done an investigation of
15 the cement failure in the Macondo Well, and there
16 not be available any kind of recorded data?
17          MR. CHEN:  (Indicating.)
18          MR. GODWIN:  Object, form.
19          THE VIDEOGRAPHER:  (Indicating.)
20          MR. BREIT:  Sorry.  I've never been
21 accused of being quiet.
22 A. Re -- repeat the question, please.
23 Q. (By Mr. Breit) Can you think of any
24 reason why Ronnie Faul would have done the
25 investigation of the Macondo cement after

```
 1  April 20th of 2010, and there not be available
 2  any recorded data anywhere?
 3           MR. GODWIN:  Object, form.
 4      A.  No, sir.
 5      Q.  (By Mr. Breit) And if I were to advise
 6  you that Ronnie Faul indicated that he did do an
 7  examination of lab's slurry that was similar to
 8  the slurry that was used in the Macondo Well, you
 9  would have expected some data to have been taken
10  and to be written down, wouldn't you?
11           MR. GODWIN:  Object, form.
12      A.  Yes, sir.
13      Q.  (By Mr. Breit) And you can't think of any
14  reason why that type of data would somehow no
15  longer be available?
16           MR. GODWIN:  Object, form.
17      A.  No, sir.
18      Q.  (By Mr. Breit) Now, while you were at
19  Halliburton, you -- the people at Halliburton and
20  yourselves considered yourselves Experts and
21  Specialists in the field of cement?
22      A.  Yes, sir.
23      Q.  And you would have expected the
24  contractors, such as BP, to rely on your
25  expertise and your advice at Halliburton when you
```