UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to: *All Cases*<br><br>(Including No. 10-2771) | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## ORDER

CONSIDERING the Plaintiffs' Motion for Leave:

IT IS ORDERED that Plaintiffs be and are hereby granted leave to file a to File Joinder in and Supplement to BP's Motion for Spoliation Sanctions.

SIGNED this ___ day of January, 2012.

_____
**Hon. Car J. Barbier**
**U.S. District Court Judge**