UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : | MDL NO. 2179  SECTION:  J  JUDGE BARBIER |
| **THIS PLEADING APPLIES TO:** No. 10-2771 | : : : | MAG. JUDGE SHUSHAN |

. .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .

**CAMERON INTERNATIONAL CORPORATION 'S**
**PHASE I TRIAL WITNESS LIST**

In addition to witnesses identified by other parties, Defendant Cameron International Corporation ("Cameron") respectfully submits the following list of witnesses who will be called to testify at the trial of this matter set for February 27, 2012.

1. David McWhorter – PPL 108

2. Clifton Knight (expert) – Deposed 12/19/11

3. David L. O'Donnell (expert) – Deposed 12/7/11

4. Lindell V. McGuire (expert) – Deposed 12/5/11 – 12/6/11

5. Mark Bly – PPL 13

6. Lamar McKay – PPL 168

7. Larry McMahan – PPL 134

8. Bill Ambrose – PPL 98

9. Tommy Roth – PPL 40

10. Joe Keith – PPL 19

11. Nathaniel Chaisson – PPL 36

12. Tim Quirk – DPL 5

1082280v.1

1

In addition, Cameron may call Richard Coronado as a witness at trial.

Cameron reserves its right to amend the above lists, because discovery in this matter is ongoing and the issues to be tried at the February 27, 2012 trial have not yet been resolved.

Respectfully submitted,

| | |
|---|---|
| David J. Beck, T.A.<br>    dbeck@brsfirm.com<br>Joe W. Redden, Jr.<br>    jredden@brsfirm.com<br>David W. Jones<br>    djones@brsfirm.com<br>Geoffrey Gannaway<br>    ggannaway@brsfirm.com<br><br>BECK, REDDEN & SECREST, L.L.P.<br>One Houston Center<br>1221 Mckinney, Suite 4500<br>Houston, TX  77010-2010<br>713-951-3700<br>713-951-3720 (fax) | /s/ Phillip A. Wittmann<br>Phillip A. Wittmann, 13625<br>    pwittman@stonepigman.com<br>Carmelite M. Bertaut, 3054<br>    cbertaut@stonepigman.com<br>Keith B. Hall, 24444<br>    khall@stonepigman.com<br>Jared Davidson, 32419<br>    jdavidson@stonepigman.com<br><br>STONE PIGMAN WALTHER WITTMANN L.L.C.<br>546 Carondelet Street<br>New Orleans, Louisiana  70130<br>504-581-3200<br>504-581-3361 (fax)<br><br>**ATTORNEYS FOR CAMERON INTERNATIONAL CORPORATION** |

1082280v.1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Trial Witness List of Defendant Cameron International Corporation has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of January, 2012.

*/s/ Phillip A. Wittmann*

1082280v.1