IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| THIS DOCUMENT RELATES TO:<br>10-2771 | MAGISTRATE JUDGE SHUSHAN |

## DRIL-QUIP's PHASE 1 WILL CALL TRIAL WITNESS LIST

NOW INTO COURT, through undersigned counsel, comes Defendant, Dril-Quip, Inc. ("Dril-Quip"), and respectfully submits the following Will Call Trial Witness List for Phase One of the February 2012 Limitation and Liability Trial.

Dril-Quip will call as live witnesses at the Phase 1 trial:

1. Gary Hurta
   Dril-Quip, Inc.
   13550 Hempstead Hwy.
   Houston, Texas 77040-5849

   Mr. Hurta was deposed on May 26, 2011 as a 30(b)(6) witness for Dril-Quip (DPL 54) and was designated as a non-retained expert witness for Dril-Quip pursuant to Fed. R. Civ. P. 26(a)(2)(C). Mr. Hurta is expected to testify about the design, manufacturing, and performance of the subsea wellhead equipment furnished by Dril-Quip to BP for installation in the MC252 #1Macondo Well ("Macondo Well") and about the services Dril-Quip provides in association with the Macondo Well subsea wellhead equipment.

2. John Baker
   P.O. Box 6
   Verbena, Alabama 36091

Mr. Baker a retained expert report for Dril-Quip and was deposed on December 22, 2011. Mr. Baker is expected to testify about Dril-Quip's equipment and services provided in connection with the Macondo Well and the flow path of hydrocarbons from the geologic formations of the Macondo Well to the surface.

Dril-Quip reserves the right to elicit testimony at trial from witnesses that other parties have requested be presented live or that other parties present live and to call witnesses whom other parties have requested be presented live should those requests by other parties be withdrawn. Dril-Quip also reserves the right to call rebuttal witnesses, whose testimony cannot be predicted at this time. Dril-Quip reserves the right to amend or supplement its Trial Witness List as necessary due to the unavailability of witnesses, in connection with Court rulings, or for good cause.

Date: January 20, 2012

Respectfully submitted,

**WARE, JACKSON, LEE & CHAMBERS, LLP**

 /s/ C. Dennis Barrow, Jr
Don Jackson
Texas Bar No. 10476000
Fed ID No. 6915
C. Dennis Barrow, Jr.
Texas Bar No. 00796169
Fed ID No. 20624
America Tower
2929 Allen Parkway, 42nd Floor
Houston, TX 77019
Phone : (713) 659-6400
Fax    : (713) 659-6262

*Attorneys for Defendant, Dril-Quip, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that the above and foregoing document will be served on all counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of January, 2012.

/s/ C. Dennis Barrow, Jr.
C. Dennis Barrow, Jr.