AO 88 (Rev.06/09) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 2:10-md-02179-CJB-SS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*  Calvin Barnhill

was received by me on *(date)*  1/19/2012 .

☒ I served the subpoena by delivering a copy to the named person as follows: PERSONNEL SERVICE TO CALVIN BARNHILL

on *(date)*  1/19/12 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  1/20/12

_____
Server's signature

WALTER KIMEL
Printed name and title

424 REALTY DR STE C GRETNA, LA 70056
Server's address

Additional information regarding attempted service, etc: