UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>THIS DOCUMENT APPLIES TO:<br>*ALL CASES* | MDL No. 2179<br><br>SECTION "J" (1)<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## TRANSOCEAN'S PHASE ONE EXHIBIT OBJECTIONS

**NOW INTO COURT**, through undersigned counsel, come Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling, Inc., and Transocean Deepwater Inc. (collectively "Transocean"), who submit Transocean's Phase One Exhibit Objections. Transocean raises the below general objections and sets forth specific objections in the attached Exhibit A:

(1) Transocean reserves the right to object to all exhibits that have not been produced or sufficiently identified on the parties' exhibit lists.

(2) Transocean reserves the right to object at trial to all photographic, demonstrative and/or physical exhibits.

(3) Transocean objects to the introduction and/or use of any exhibit solely related to Phase Two issues.

(4) Transocean objects pursuant to 42 U.S.C. § 6308 to the introduction and/or use of all exhibits related to the Marine Board Investigation.

(5)   Transocean objects pursuant to 42 U.S.C. § 7412 to the introduction and/or use of all exhibits related to any U.S. Chemical Safety Board investigation and/or report.

(6)   Transocean objects to the introduction and/or use of all governmental reports, including all testimony, attachments, figures, pictures and documents related thereto.

(7)   Transocean objects to the introduction and/or use of all exhibits that set forth full or partial deposition testimony, page-line deposition designations, or deposition narrative summaries.

(8)   Transocean objects to the introduction and/or use of all third-party investigation reports and all testimony, attachments, figures, pictures, and documents related thereto.  Transocean specifically does not object to the introduction and/or use of the DNV report, including all attachments, figures, pictures, and other documents related thereto, given its status as a Court authorized investigation.

(9)   Transocean objects to the introduction and/or use of all exhibits that set forth full or partial expert reports, including all attachments, figures, pictures, graphs, and related documents attached thereto or included therein.

(10)   Transocean objects to the introduction and/or use of all exhibits that are substantially similar to or a complete or partial duplicate of exhibits that Transocean has specifically objected to.

(11)   Transocean reserves the right to supplement this list with objections to deposition exhibits not due to inData at this time.

(12)   Because discovery is ongoing, Transocean reserves the right to add exhibit objections subsequent to this filing.

(13) By objecting to certain exhibits, Transocean does not waive the right to introduce such exhibits at trial. For example, Transocean has included certain exhibits on its Exhibit List that are hearsay if offered against Transocean, but admissible as party admissions if offered against another party.

(14) To the extent that Transocean objects to a specific exhibit, Transocean also objects to all subsections of that exhibit. For example, Transocean has objected to TREX-00001. The PSC has divided TREX-00001 into 121 different exhibits. Those exhibits are TREX-00001.1 to TREX-00001.121. By objecting to TREX-00001, Transocean also objects to TREX-00001.1 through TREX-00001.121.

(15) To the extent that Transocean objects to a specific exhibit, Transocean also objects to all "cured" versions of that exhibit. For example, Transocean has objected to TREX-3505. The PSC has cured authenticity objections made by other parties by listing eight new exhibits on its exhibit list in place of TREX-3505. Those eight new exhibits are TREX-3505.a to TREX-3505.h. By objecting to TREX-3505, Transocean also objects to TREX 3505.a through TREX-3505.h.

Respectfully submitted this 20th day of January, 2012,

By:    /s/ Steven L. Roberts
Steven L. Roberts (Texas, No. 17019300)
Rachel Giesber Clingman (Texas, No. 00784125)
Kent C. Sullivan (Texas, No. 19487300)
Teri L. Donaldson (Florida, No. 784310)
Sutherland Asbill & Brennan LLP
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 470-6100
Email: steven.roberts@sutherland.com,
rachel.clingman@sutherland.com,
kent.sullivan@sutherland.com,
teri.donaldson@sutherland.com

By:    /s/ Kerry J. Miller
Kerry J. Miller (Louisiana, No. 24562)
Frilot L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8169
Facsimile: (504) 599-8154
Email: kmiller@frilot.com
Facsimile: (713) 654-1301

-and-

By:    /s/ Edwin G. Preis, Jr.
Edwin G. Preis, Jr. (Louisiana, No. 10703)
Edward F. Kohnke, IV (LA, No. 07824)
Preis & Roy PLC
102 Versailles Boulevard, Suite 400
Lafayette, Louisiana 70501
Telephone: (337) 237-6062
Facsimile: (337) 237-9129
-and-
601 Poydras Street, Suite 1700
New Orleans, Louisiana 70130
Telephone: (504) 581-6062
Facsimile: (504) 522-9129
Email: egp@preisroy.com,
efk@preisroy.com

**Of Counsel:**

Daniel O. Goforth (Texas, No. 08064000)
Goforth Geren Easterling LLP
4900 Woodway, Suite 750
Houston, Texas 77056
Telephone: (713) 650-0022
Facsimile: (713) 650-1669
Email: dangoforth@goforthlaw.com

John M. Elsley (Texas, No. 0591950)
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone: (713) 224-8380
Facsimile: (713) 225-9945
Email: john.elsley@roystonlaw.com

4

Brad D. Brian (California, No. 79001)
Allen M. Katz (California, No. 054933)
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5180, (213) 683-4018
Email: brad.brian@mto.com
allen.katz@mto.com

*Counsel for Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc. and Transocean Deepwater Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2012, I electronically filed the foregoing with the Court's CM/ECF system and service on all counsel by using the LexisNexis File & Serve, in accordance with Pretrial Order No. 12 which will send a notice of filing to all counsel accepting electronic notice.

/s/ Kerry J. Miller

5