UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig  "Deepwater Horizon" in the  Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179  SECTION "J" |
| **THIS PLEADING APPLIES TO:** | * * | JUDGE: BARBIER |
| In Re The Complaint and Petition of  Triton Asset Leasing GmbH, Transocean  Holdings LLC, Transocean Offshore  Deepwater Drilling Inc., and Transocean  Deepwater Inc., as Owner, Managing  Owners, Owners *Pro-Hac Vice*, and/or  Operators of the MODU Deepwater  Horizon, in a Cause for Exoneration from or  Limitation of Liability | * * * * * * * * * * | MAGISTRATE: SHUSHAN |
| Civil Action Nos.:  2:10-cv-2771 and 10-md-2179 (All Cases) | * * | |

### WEATHERFORD U.S., L.P. AND WEATHERFORD INTERNATIONAL, INC.'S PHASE ONE WILL CALL / MAY CALL WITNESS LIST

**NOW INTO COURT**, through undersigned counsel, come Weatherford U.S., L.P. and Weatherford International, Inc. (collectively, "Weatherford"), who, in accordance with the Court's Order and Deadlines (Rec. Docs. 5272, 5272-1), submit this Final Witness List for Phase One:

{N2405341.1}

**I.     WILL CALL[1]**

1. Brent Lirette
   Weatherford U.S., L.P.
   **Expert testimony**
   Deposed December 22, 2011
   DPL #1

2. Gregory M. McCormack
   Tartan Enterprises
   **Expert testimony**
   Deposed December 16, 2011

3. David G. Calvert
   **Expert testimony**
   Deposed December 19, 2011

4. Marion Woolie
   **Expert testimony**
   Deposed December 21, 2011

**II.    MAY CALL**

1. Bryan R. Clawson
   Weatherford U.S., L.P.
   PPL #77

Weatherford further reserves the right to call any other witnesses listed or designated by any other party.

---

[1] Weatherford files this Witness List with the understanding that the Court requests and expects a final list of live witnesses to be presented at trial. To the extent that this Witness List is to include witnesses for whom Weatherford will introduce deposition testimony at trial (*see e.g.*, Final Phase I Witness List: Submission by Anadarko, Rec. Doc. 5303-1), Weatherford specifically incorporates and adopts *in extenso* its designated witnesses for deposition designations as submitted to the Court pursuant to Court Orders, Rec. Docs. 4217, 4593, and 4841; and Weatherford reserves the right to use these designated depositions at trial.

Respectfully submitted:

*/s/ Glenn G. Goodier*
GLENN G. GOODIER (#06130)
RICHARD D. BERTRAM (#17881)
LANCE M. SANNINO (#29409)
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre, L.L.P.
201 St. Charles Avenue. 48th Floor
New Orleans, Louisiana  70170-5100
Telephone: (504) 582-8174
Facsimile: (504) 589-8174
E-mail: ggoodier@joneswalker.com;
 rbertram@joneswalker.com;
 lsannino@jonewalker.com

MICHAEL G. LEMOINE, T.A. (#8308)
GARY J. RUSSO (#10828)
DOUGLAS C. LONGMAN, JR. (#8719)
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre, L.L.P.
600 Jefferson Street, Suite 1600
Lafayette, , Louisiana  70501-5100
Telephone: (337) 262-9024
E-mail: mlemoine@joneswalker.com;
 grusso@joneswalker.com;
 dlongman@joneswalker.com
*Counsel for Weatherford U.S., L.P. and*
*Weatherford International, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2012, the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Court's Pretrial Order No. 12, on November 1, 2010.

*/s/ Glenn G. Goodier*

{N2405341.1}

3