**PLAINTIFFS' JOINT TRIAL WITNESSES (Calling Live)**

* PSC May Call
** US May Call
*** PSC/US May Call

| LAST NAME | FIRST NAME | PARTY | TITLE | DEPOSITION DATE |
|---|---|---|---|---|
| Bea | Bob | PSC | Expert | November 14-15, 2011 |
| Gale* | William | PSC | Expert | November 16, 2011 |
| Hurst | Andrew | PSC | Expert | November 14, 2011 |
| Perkin | Greg | PSC | Expert | November 28-29, 2011 |
| Pritchard | David | PSC | Expert | November 14-15, 2011 |
| Webster | Edward Geoff | PSC | Expert | November 18, 2011 |
| Benge | Glen | USA | Expert | November 17-18, 2011 |
| Davis | Rory | USA | Expert | November 16-17, 2011 |
| Heenan | Richard | USA | Expert | November 21, 2011 |
| Huffman | Alan | USA | Expert | November 16-17, 2011 |
| Lang | James | USA | Expert | January 11, 2012 |
| Doughty** | D.H. | USA | Expert | January 6, 2012 |
| Novak** | Patrick | USA | Expert | November 22, 2011 |
| Robinson** | J. Neil | USA | Expert | November 18, 2011 |
| Merala** | Raymond | USA | Expert | November 21, 2011 |
| Unknown*** | | USA | Records Custodian | N/A |
| Ezell | Randy | Transocean | Senior Toolpusher | April 27-28, 2011 |
| Harrell | Jimmy | Transocean | Offshore Installation Mgr | July 12, 2011 |
| Williams | Mike | Transocean | Chief Electronics Technician | July 20, 2011 |
| Winslow | Daun | Transocean | Operations Mgr | April 20-21, 2011 |
| Young | David | Transocean | Chief Mate | September 22, 2011 |
| Unknown*** | | Transocean | Records Custodian | N/A |
| Chaisson | Nathan | Halliburton | Lead Cementer | March 16-17, 2011 |
| Keith | Joe | Halliburton | Surface Data Logger | March 28, 2011 |
| Unknown*** | | Halliburton | Records Custodian | N/A |

**PLAINTIFFS' JOINT TRIAL WITNESSES (Calling Live)**

\* PSC May Call
\*\* US May Call
\*\*\* PSC/US May Call

| Bly | Mark | BP | Exec VP President-Safety & Operational Risk/Lead Investigator | February 17-18, 2011 |
|---|---|---|---|---|
| McKay | Lamar | BP | Chairman & President of BP America | November 3, 2011 |
| Sepulvado | Ronnie | BP | Well Site Leader | March 10-11, 2011 |
| Vidrine[FN1] | Don | BP | Well Site Leader | N/A |
| Unknown\*\*\* | | BP | Records Custodian | N/A |
| Lindner | Leo | MI-SWACO | Sr. Drilling Fluid Specialist | September 14-15, 2011 |
| Unknown\*\*\* | | Cameron | Records Custodian | N/A |
| Unknown\*\*\* | | Anadarko | Records Custodian | N/A |
| Unknown\*\*\* | | MOEX | Records Custodian | N/A |
| [1]  Don Vidrine is expected to testify regarding the events which occurred on the Deepwater Horizon during his hitch as a Well Site Leader.  Mr. Vidrine's address is c/o his attorney, Robert N. Habans, Jr., 10843 N. Oak Hills Parkway, Baton Rouge, LA 70810. | | | | |
| The PSC, the States, and the United States may call any Defendant's trial representative(s) during the Plaintiffs' case (names currently unknown). | | | | |