| GROUP | RANK # | LAST NAME | FIRST NAME | EMPLOYER/ PARTY | TITLE | DEPOSITION DATE |
|---|---|---|---|---|---|---|
| 1 | PPL #1 | Hayward | Tony | BP | Former CEO | June 6-8, 2011 |
| 1 | PPL #2 | Lacy | Kevin | BP | VP Drilling & Comp of GoM | June 1-2, 2011 |
| 1 | PPL #3 | Castell | Sir William | BP | Chairman-Safety, Ethics & Environment Assurance Committee | June 22-23, 2011 |
| 1 | PPL #4 | Armstrong | Ellis | BP | 30(b)(6)-CFO for Explor & Production | July 13, 2011 |
| 1 | PPL #5 | Grounds | Cheryl | BP | Chief Engineer, Process Safety | May 4, 2011 |
| 1 | PPL #6 | O'Bryan | Patrick | BP | 30(b)(6) and Fact-VP Drilling | July 14-15, 2011 |
| 1 | PPL #7 | Bodek | Robert | BP | Operations Geologist in GoM Exploration | April 11-12, 2011 |
| 1 | PPL #8 | Guillot | Walter | BP | Investigator | February 8, 2011 |
| 1 | PPL #9 | Sims | David | BP | Drilling & Cement Operations Mgr | April 6-7, 2011 |
| 1 | PPL #10 | Thierens | Harry | BP | VP of Operations | June 9-10, 2011 |
| 1 | PPL #11 | Kellingray | Daryl | BP | Global Cementing Expert | June 20-21, 2011 |
| 1 | PPL #12 | Guide | John | BP | Wells Team Leader | May 9-10, 2011 |
| 1 | PPL #13 | Bly | Mark | BP | Exec VP President-Safety & Operational Risk/Lead Investigator | February 17-18, 2011 |
| 1 | PPL#14 | Robinson | Steve | BP | VP of Drilling & Completions/ Investigator | January 27, 2011 |
| 1 | PPL #15 | Lucas | Matt | BP | Investigator | February 24-25, 2011 |
| 2 | PPL #16 | Baxter | John | BP | 30(b)(6)- Group Head of Engineering & Process Safety | June 21-22, 2011 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | PPL #17 | Inglis | Andy | BP | Managing Director-CEO | July 21-22, 2011 |
| 2 | PPL #18 | Hafle | Mark | BP | Senior Drilling Engineer | July 22, 2011 |
| 2 | PPL #19 | Keith | Joe | Halliburton | Surface Data Logger | March 28, 2011 |
| 2 | PPL #20 | Morel | Brian | BP | Drilling Engineer | July 21, 2011 |
| 2 | PPL #21 | Johnson | Paul | Transocean | Rig Manager-Performance | March 28-29, 2011 |
| 2 | PPL #22 | Kaluza | Robert | BP | Well Site Leader | July 11, 2011 |
| 2 | PPL #23 | Patton | Frank | MMS | Drilling Engineer (NOLA District) | July 13-14, 2011 |
| 2 | PPL #24 | Wong | Norman | BPplc | 30(b)(6) - Manager of Rig Audit Group | June 13-14, 2011 |
| 2 | PPL #25 | Cocales | Brett | BP | Operations Engineer | April 25-26, 2011 |
| 2 | PPL #26 | Walz | Greg | BP | Drilling Engineer Team Leader | April 21-22, 2011 |
| 2 | PPL #27 | Sprague | John | BP | Drilling Engineer Mgr | March 21-22, 2011<br>April 28, 2011 |
| 2 | PPL #28 | Flynn | Steve | BP | Head of Health, Safety & Security | June 29, 2011 |
| 2 | PPL #29 | Little | Ian | BP | Wells Manager | June 9-10, 2011<br>June 30, 2011 |
| 2 | PPL #30 | Canducci | Jerry | Transocean | ISM Manager | March 23-24, 2011 |
| 3 | PPL #31 | Suttles | Doug | BP | Chief Operating Officer | May 19-20, 2011 |
| 3 | PPL #32 | Skelton | Cindi | BP | VP of Safety & Operational Risk | May 25-26, 2011 |
| 3 | PPL #33 | Jackson | Curtis | BP | HSE Director of GoM | July 21, 2011 |

| 3 | PPL #34 | Winslow | Daun | Transocean | Operations Manager | April 20-21, 2011 |
| --- | --- | --- | --- | --- | --- | --- |
| 3 | PPL #35 | Paine | Kate | Quadril | Self-Employed Independent Contractor | April 18-19, 2011 |
| 3 | PPL #36 | Chaisson | Nathan | Halliburton | Lead Cementer | March 16-17, 2011 |
| 3 | PPL #37 | Cowie | Jim | BP | 30(b)(6) - VP of Wells, North Sea | June 29-30, 2011 |
| 3 | PPL #38 | Dubois | Richard | Halliburton | Cement Lab Manager, Halliburton GoM Fluid Lab | July 19, 2011 |
| 3 | PPL #39 | Faul | Ronnie | Halliburton | Technology Mgr, GoM, Cementing | June 29-30, 2011 |
| 3 | PPL #40 | Roth | Thomas | Halliburton | VP - New Business Ventures (Marketing) | July 25-26, 2011 |
| 3 | PPL #41 | Tabler | Vincent | Halliburton | Service Supervisor 3 | June 13-14, 2011 |
| 3 | PPL #42 | McWhorter | Jim | Transocean | Subsea Supervisor | July 20-21, 2011 |
| 3 | PPL #43 | Byrd | Mike | BP | 30(b)(6) - Mgr of Global Agmt w/ FMC | July 13-14, 2011 |
| 3 | PPL #44 | Erwin | Carter | Cameron | Mgr of After-Market Operations | June 6-7, 2011 |
| 3 | PPL #45 | Stringfellow | William | Transocean | Subsea Superintendent | April 11-12, 2011 |
| 4 | PPL #46 | Shaughnessy | John | BP | Former Well Control Technical Authority, GoM | September 27, 2011 |
| 4 | PPL #47 | Pleasant | Chris | Transocean | Subsea Supervisor | March 14-15, 2011 |
| 4 | PPL #48 | Whitby | Melvyn | Cameron | Director of Research & Development for Drilling Systems | July 18-19, 2011 |
| 4 | PPL #49 | Campbell | Patrick | Wild Well Control | CEO | July 12-13, 2011 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | PPL #50 | Breazeale | Martin | BP | Well Site Leader Future Program Mgr | May 16-17, 2011 |
| 4 | PPL #51 | Dupree | James | BP | GoM SPU Leader | June 16-17, 2011 |
| 4 | PPL #52 | DeFranco | Samuel | BP | Segment Technical Engineering Authority | April 12, 2011 |
| 4 | PPL #53 | Jassal | Kal | BP | 30(b)(6) Rep- Integrity Engineer | July 21, 2011 |
| 4 | PPL #54 | Skripnikova | Galina | BP | Petrophysicist-GoM | July 7-8, 2011 |
| 4 | PPL #55 | Bellow | Jonathan | BP | Deepwater Operations Geologist | May 2-3, 2011 |
| 4 | PPL #56 | Yilmaz | Barbara | BP | Technology VP for Drilling & Completions | July 26, 2011 |
| 4 | PPL #57 | Wall | David | BP | VP of Risk Learning Health & Safety | June 27, 2011 |
| 4 | PPL #58 | Ezell | Randy | Transocean | Senior Toolpusher | April 27-28, 2011 |
| 4 | PPL #59 | Daigle | Keith | BP | GoM Wells Operations Advisor | July 19-20, 2011 |
| 4 | PPL #60 | Fleytas | Andrea | Transocean | Dynamic Positioning Operator | July 25, 2011 |
| 5 | PPL #61 | Gagliano | Jesse | Halliburton | Technical Sales Advisor | May 11, 2011 (2nd depo set Feb 3-4, 2012) |
| 5 | PPL #62 | Martin | Brian | BP | Investigator | February 21, 2011 |
| 5 | PPL #63 | Haire | Christopher | Halliburton | Service Supervisor | July 8, 2011 |
| 5 | PPL #64 | Harrell | Jimmy | Transocean | Offshore Installation Mgr | July 12, 2011 |
| 5 | PPL #65 | Lynch | Richard | BP | VP of Drilling & Completions | May 19-20, 2011 |
| 5 | PPL #66 | Hay | Mark David | Transocean | Senior Subsea on Discoverer Spirit | June 29-30, 2011 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | PPL #67 | Rich | David | BP | 30(b)(6) - Wells Director | June 1-2, 2011 |
| 5 | PPL #68 | Burgess | Micah | Transocean | Driller | April 20, 2011 |
| 5 | PPL #69 | Cunningham | Erick | BP | Western Hemisphere Cementing Specialist | March 23-24, 2011 |
| 5 | PPL #70 | Gisclair | John | Halliburton | 30(b)(6) Rep-Inside Support Service Coordinator for GoM | March 14-15, 2011 |
| 5 | PPL #71 | Hackney | David | Transocean | Master | July 25, 2011 |
| 5 | PPL #72 | Kuchta | Curtis | Transocean | DWH Captain | July 14, 2011 |
| 5 | PPL #73 | LeBleu | John | BP | Mud Specialist | April 4-5, 2011 |
| 5 | PPL #74 | Mogford | John | BP | Exec VP | June 28-29, 2011 |
| 5 | PPL #75 | Rose | Adrian | Transocean | Special Project VP | April 25-26, 2011 |
| 5 | PPL #76 | Frazelle | Andrew | BP | 30(b)(6) Rep - Regulatory Compliance | September 26-27, 2011 |
| 5 | PPL #77 | Clawson | Bryan | Weatherford | 30(b)(6) Rep-Technical Sales Rep | June 6-7, 2011 |
| 5 | PPL #78 | Cramond | Neil | BP | Area Operations Mgr | April 25-26, 2011 |
| 5 | PPL #79 | Holloway | Caleb | Transocean | Floor Hand | May 19, 2011 |
| 5 | PPL #80 | Kent | James | Transocean | 30(b)(6)-Rig Manager, Asset | June 21-22, 2011 |
| 6 | PPL #81 | Mansfield | James Brent | Transocean | First Asst. Engineer | May 12, 2011 |
| 6 | PPL #82 | Mazella | Mark | BP | 30(b)(6)-Segment Engineering Technical Authority for Well Control | May 24, 2011 |
| 6 | PPL #83 | Rainey | David | BP | VP of Exploration for GoM | June 2-3, 2011 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | PPL #84 | Smith | Pharr | Transocean | VP of Engineering and Technical | June 27-28, 2011 |
| 6 | PPL #85 | Tooms | Paul | BP | 30(b)(6)-VP for Engineering | June 16-17, 2011 |
| 6 | PPL #86 | Wetherbee | James | BP | Auditor on Safety & Operations | January 26, 2011 |
| 6 | PPL #87 | Willis | Cathleenia | Halliburton | Surface Data Logger | June 20, 2011 |
| 6 | PPL #88 | Winters | Warren | BP | Drilling Technology Engineer | February 14-15, 2011 |
| 6 | PPL #89 | Abbassian | Fereidoun | BP | 30(b)(6) | May 3-4, 2011 |
| 6 | PPL #90 | Corser | Kent | BP | Directo of North American Gas | February 10-11, 2011 |
| 6 | PPL #91 | Cowlam | Gillian | BP | Process Safety Technical Authority/Engineer | June 7, 2011 |
| 6 | PPL #92 | Brock | Tony | BP | Head of Safety and Operational Risk - Development Division | August 30, 2011 |
| 6 | PPL #93 | McKay | Jim | BP | Investigator | February 23-24, 2011 |
| 6 | PPL #94 | Anderson | Rex | BP | Investigator | January 19, 2011 |
| 6 | PPL#95 | Fontenot | Kevin | BP | Safety Superintendent/Investigator | January 20, 2011 |
| 6 | PPL #96 | Roller | Perrin | Upstream Forensics | 3rd Party Contractor for Transocean Investigation | August 25, 2011 |
| 6 | PPL #97 | Farr | Daniel | TO | Lead on Transocean Investigation | August 24-25, 2011 *(also see expert depo, Jan 13, 2012)* |
| 6 | PPL #98 | Ambrose | Bill | TO | 30(b)(6) Rep – Managing Director for North America Division | July 18-19, 2011 |

| 6 | PPL #99 | Burns | Tim | BP | Drilling Engineering Team Leader | July 22, 2011 |
|---|---|---|---|---|---|---|
| 6 | PPL #100 | Albertin | Martin | BP | Geophysical Adviser | July 12-13, 2011 |
| 7 | PPL #101 | Alberty | Mark | BP | Senior Advisor | July 25-26, 2011 |
| 7 | PPL #102 | Gray | Kelly | Halliburton | Senior SDL Field Specialist – Insite Specialist | April 14-15, 2011 |
| 7 | PPL #103 | Gardner | Craig | Chevron | Team Leader for Cement Team for National Oil Spill Commission | August 17, 2011 |
| 7 | PPL #104 | Probert | Tim | Halliburton | 30(b)(6) | May 9-10, 2011 |
| 7 | PPL #105 | Serio | Michael | Halliburton | Lead Technical Professional | April 28-29, 2011 |
| 7 | PPL #106 | Albers | Shane | BP | Challenger Subsea Engineer | March 28, 2011 |
| 7 | PPL #107 | LeNormand | William | Cameron | Senior Field Service Technician | June 20-21, 2011 |
| 7 | PPL #108 | McWhorter | David | Cameron | 30(b)(6) - VP of Engineering and Quality for Drilling Systems Division | July 7-8, 2011 |
| 7 | PPL #109 | Cameron | David | Transocean | Well Construction Supervisor | June 13, 2011 |
| 7 | PPL #110 | Schneider | Alan | ModuSpec | 30(b)(6) Rep –Technical Supervisor | June 23, 2011 |
| 7 | PPL #111 | Sierdsma | Peter | ModuSpec | 30(b)(6) Corporate Rep | February 2, 2011<br>February 16, 2011 |
| 7 | PPL #112 | Bertone | Stephen | Transocean | Chief Engineer, Maintenance Supervisor | July 27, 2011 |
| 7 | PPL #113 | Brown | Douglas | Transocean | Chief Mechanic | May 3, 2011 |
| 7 | PPL #114 | Hadaway | Troy James | Transocean | Rig Safety Training Coordinator | July 12-13, 2011 |

| 7 | PPL #115 | Sannan | Bill | Transocean | Manager-North America | July 27-28, 2011 |
|---|---|---|---|---|---|---|
| 7 | PPL #116 | Keeton | Jonathan | Transocean | Rig Manager-Performance | August 17-18, 2011 |
| 7 | PPL #117 | Lee | Phillip Earl | BP | Well Site Leader | June 1-2, 2011 |
| 7 | PPL #118 | Seraile | Allen | Transocean | Assistant Driller | July 25, 2011 |
| 8 | PPL #119 | Sepulvado | Murry | BP | Well Site Leader | May 11-12, 2011 |
| 8 | PPL #120 | Durkan | Alaric | Kongsberg | 30(b)(6) Rep | April 5, 2011 |
| 8 | PPL #121 | Simonsen | Jan | Kongsberg | 30(b)(6) Rep | April 4, 2011 |
| 8 | PPL #122 | Quitzau | Robert | Anadarko | 30(b)(6) Rep – Drilling Engineering | May 25-26, 2011 |
| 8 | PPL #123 | Hollek | Darrell | Anadarko | 30(b)(6) Rep – VP of Operations and Development in GoM | June 22, 2011 |
| 8 | PPL #124 | Beirne | Michael | BP | Offshore Land Negotiator | June 27-28, 2011 |
| 8 | PPL #125 | Emilsen | Haug | Add Energy | 30(b)(6) Rep – VP, Software and Technology | June 23-24, 2011 *(also see expert depo, Dec 8, 2011)* |
| 8 | PPL #126 | Little | Ian | BP | 30(b)(6) Rep – Wells Manager | June 9-10, 2011<br>June 30, 2011 |
| 8 | PPL #127 | Sprague | John | BP | 30(b)(6) Rep | March 21-22, 2011<br>April 28, 2011 |
| 8 | PPL #128 | Sabins | Fred | CSI | 30(b)(6) | May 24-25, 2011<br>June 13, 2011 |
| 8 | PPL #129 | Skidmore | Ross | BP | Subsea Well Supervisor | May 18, 2011 |
| 8 | PPL #130 | Rodriguez | Angel | BP | Marine Advisor | July 29, 2011 |
| 8 | PPL #131 | Saucier | Michael | MMS | 30(b)(6) Rep – Regional Supervisor, Field Operations | July 27-28, 2011 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | PPL #132 | Breland | Craig | Transocean | Crane Operator | May 18, 2011 |
| 8 | PPL #133 | Ingram | James | Transocean | Senior Materials Coordinator | July 27, 2011 |
| 8 | PPL #134 | McMahan | Larry | Transocean | 30(b)(6) Rep – VP of Performance | June 29-30, 2011 |
| 8 | PPL #135 | Meinhart | Paul | Transocean | Motorman | July 28, 2011 |
| 9 | PPL #136 | Sandell | Micah | Transocean | Crane Operator | July 7, 2011 |
| 9 | PPL #137 | Tiano | Robert | Transocean | Rig Manager-Asset | August 25, 2011 |
| 9 | PPL #138 | Sepulvado | Ronnie | BP | Well Site Leader | March 10-11, 2011 |
| 9 | PPL #139 | Wheeler | Wyman | Transocean | Toolpusher | August 25, 2011 |
| 9 | PPL #140 | Beirute | Robert | BP | Chemical Engr - Consultant | August 29-30, 2011 |
| 9 | PPL #141 | Keplinger | Yancy | Transocean | Sr. Dynamic Pos Officer | September 12, 2011 |
| 9 | PPL #142 | Lindner | Leo | M-I Swaco | Sr. Drilling Fluid Specialist | September 14-15, 2011 |
| 9 | PPL #143 | Gaude | Ed | Cameron | Dir of Engineering | September 19, 2011 |
| 9 | PPL #144 | Thorseth | James | BP | GOM Exploration Mgr | September 20, 2011 |
| 9 | PPL #145 | Daly | Michael | BP | Exec VP-Exp | September 21-22, 2011 |
| 9 | PPL #146 | Domangue | Bryan | US/DOI | 30(b)(6) BOEMRE | September 21, 2011 |
| 9 | PPL #147 | Young | David | Transocean | Chief Mate | September 22, 2011 |
| 9 | PPL #148 | Lacy | Stuart | BP | Wellsite Geologist | September 23, 2011 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | PPL #149 | Trocquet | Dave | US/DOI | 30(b)(6) BOEMRE | September 23, 2011 |
| 9 | PPL #150 | Trahan | Buddy | Transocean | Operations Manager - Asset | September 28, 2011 |
| 10 | PPL #151 | Newman | Steve | Transocean | President & CEO | September 30, 2011 |
| 10 | PPL #152 | Moore | Jimmy | Transocean | Consult for Expert working with Chevron | October 4, 2011 |
| 10 | PPL #153 | Strife | Stuart | Anadarko | VP of Explor for GOM | October 5, 2011 |
| 10 | PPL #154 | Stelly | Phyllis | Halliburton | Principal Lab Tech | October 7, 2011 |
| 10 | PPL #155 | Nguyen | Quang Dan | HALCO | Field Engr | October 10, 2011 |
| 10 | PPL #156 | Douglass | Scherie | BP | Regulatory Adv | October 11, 2011 |
| 10 | PPL #157 | Barron | Daniel | Transocean | Floor Hand | November 8, 2011 |
| 10 | PPL #158 | Maxie | Doyle | MI SWACO | Project Engineer 3 | November 4, 2011 |
| 10 | PPL #159 | Miller | Richard | BP | Casing and Tubing Spec | October 12, 2011 |
| 10 | PPL #160 | N/A | N/A | N/A | N/A | N/A |
| 10 | PPL #161 | Richard | Benjamin | HALCO | Lab Tech | October 14, 2011 |
| 10 | PPL #162 | Morgan | Rickey | HALCO | Princip Technologist | October 17, 2011 |
| 10 | PPL #163 | Sanders | Sarah | HALCO | IT Security Rep | October 18, 2011 |
| 10 | PPL #164 | Powell | Heather | BP | Regs Consultant | November 7, 2011 |
| 10 | PPL #165 | Shaw | Neil | BP | Senior VP - Global Projects Organization | October 26, 2011 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | PPL #166 | Braniff | Barry | Transocean | Wells Operation Mgr | October 27, 2011 |
| 10 | PPL #167 | Dugas | Roger | HALCO | Sales Mgr Cementing GOM | October 20, 2011 |
| 10 | PPL #168 | McKay | Lamar | BP | Chairman and President of BP America | November 3, 2011 |
| 11 | DPL #1 | Lirette | Brent | Weatherford | 30(b)(6) Rep<br>Engineering Manager | June 6, 2011<br>*(also see expert depo, Dec 22, 2011)* |
| 11 | DPL #2 | Bryan | Jim | Anadarko | 30(b)(6) Rep | May 6, 2011 |
| 11 | DPL #4 | Lambert | Lee | BP | Wells Site Leader | May 9-10, 2011 |
| 11 | DPL #5 | Quirk | Timothy | Halliburton | 30(b)(6) Rep<br>GoM Lab Manager | March 21-22, 2011 |
| 11 | DPL #6 | Vargo | Richard | Halliburton | 30(b)(6) Rep<br>GoM PSL Mgr. Cementing | March 30-31, 2011 |
| 11 | DPL #8 | Boughton | Geoff | Transocean | SME (Subject Matter Expert) for Subsea Systems and Equipment | July 20-21, 2011 |
| 11 | DPL #11 | Ishii | Naoki | MOEX | 30(b)(6) Rep - President | June 29-30, 2011 |
| 11 | DPL #15 | O'Donnell | Alan | Anadarko | 30(b)(6) Rep | December 7, 2011 |
| 11 | DPL #17 | Wardlaw | Kirk | Transocean | 30(b)(6) Rep - Senior Negotiator | June 9, 2011 |
| 12 | DPL #23 | Brown | David | CSI | Cementing Operation Manager | June 14, 2011 |
| 12 | DPL #24 | Chandler | Paul | Anadarko | 30(b)(6) Rep | May 4, 2011 |
| 12 | DPL #27 | Florence | Robert | Transocean | Field Service Support Supervisor | October 5, 2011 |
| 12 | DPL #28 | Foster | Steve | Anadarko | Assistant Treasurer, Risk Management | April 27, 2011 |
| 12 | DPL #32 | Huch | Nick | Anadarko | 30(b)(6) Rep - Project Land Advisor | May 16, 2011 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | DPL #48 | Williams | Mike | Transocean | Chief Electronics Technician | July 20, 2011 |
| 13 | DPL #50 | Byrd | Jerry | Anadarko | 30(b)(6) Rep<br>Manager of Joint Interest Accounts | July 13, 2011 |
| | | Bea | Robert | PSC | Expert | November 14-15, 2011 |
| | | Pritchard | David | PSC | Expert | November 14-15, 2011 |
| | | Hurst | Andrew | PSC | Expert | November 14, 2011 |
| | | Gale | William | PSC | Expert | November 16, 2011 |
| | | Webster | Edward "Geoff" | PSC | Expert | November 18, 2011 |
| | | Perkin | Greg | PSC | Expert | November 28-29, 2011 |
| | | Davis | Rory | US | Expert | November 16-17, 2011 |
| | | Huffman | Alan | US | Expert | November 16-17, 2011 |
| | | Benge | Glen | US | Expert | November 17-18, 2011 |
| | | Robinson | John Neil | US | Expert | November 18, 2011 |
| | | Heenan | Richard | US | Expert | November 21, 2011 |
| | | Merala | Raymond | US | Expert | November 21, 2011 |
| | | Novak | Patrick | US | Expert | November 22, 2011 |
| | | Doughty | D.H. | US | Expert | January 6, 2012 |
| | | Lang | James | US | Expert | January 11, 2012 |
| | | Roberts | John | Transocean | Expert | November 28, 2011 |
| | | Barnhill | Calvin | Transocean | Expert | November 29-30, 2011 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  | Childs | Eric | Transocean | Expert | December 1-2, 2011 |
|  |  | Scates | Robert | Transocean | Expert | December 1, 2011 |
|  |  | Wolfe | Jeff | Transocean | Expert | December 1, 2011 |
|  |  | Farr | Daniel | Transocean | Expert | January 13, 2012 |
|  |  | Batte | J.R. | BP | Expert | December 5, 2011 |
|  |  | Burch | Morris | BP | Expert | December 5, 2011 |
|  |  | Azar | J.J. | BP | Expert | December 5-6, 2011 |
|  |  | Emilsen | Haug | BP | Expert | December 8, 2011 |
|  |  | Quoyeser | Joseph | BP | Expert | December 8, 2011 |
|  |  | Grace | Robert | BP | Expert | December 12, 2011 |
|  |  | Shanks | Earl | BP | Expert | December 12-13, 2011 |
|  |  | Mitchell | Andrew | BP | Expert | December 14, 2011 |
|  |  | Sutcliffe | Kathleen | BP | Expert | December 15, 2011 |
|  |  | Dias | Paul | BP | Expert | December 16, 2011 |
|  |  | Wecker | William | BP | Expert | December 19, 2011 |
|  |  | Bourgoyne | Adam | BP | Expert | December 21-22, 2011 |
|  |  | Zatarain | Arthur | BP | Expert | December 21, 2011 |
|  |  | Lewis | David | BP | Expert | December 22, 2011 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Schoennagel | Chuck | BP | Expert | December 22, 2011 |
| | | Colson | Leif | BP | Expert | January 11, 2012 |
| | | Vinson | Graham | BP | Expert | January 11, 2012 |
| | | Lee | Richard | BP | Expert | January 12, 2012 |
| | | Crook | Ronald | BP | Expert | January 17-18, 2012 |
| | | Hughett | John | Halliburton | Expert | December 7-8, 2011 |
| | | Stevick | Glen | Halliburton | Expert | December 14-15, 2011 |
| | | Beck | Frederick | Halliburton | Expert | December 15-16, 2011 |
| | | Weintritt | Donald | Halliburton | Expert | December 15-16, 2011 |
| | | Hudson | Patrick | Halliburton | Expert | December 19-20, 2011 |
| | | Strickland | Richard | Halliburton | Expert | December 20-21, 2011 |
| | | Bolado | David | Halliburton | Expert | December 22-23, 2011 |
| | | Lewis | Sam | Halliburton | Expert | December 5-6, 2011 |
| | | McGuire | Lindell | Cameron | Expert | December 5, 2011 |
| | | Friggard | Ian | Cameron | Expert | December 7-8, 2011 |
| | | Abel | Leo William | Cameron | Expert | December 12-13, 2011 |
| | | Knight | Cliff | Cameron | Expert | December 19, 2011 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Coronado | Richard | Cameron | Expert | December 5-6, 2011 |
| | | O'Donnell | David | Cameron | Expert | December 7, 2011 |
| | | McCormack | Gregory | Weatherford | Expert | December 16, 2011 |
| | | Calvert | David | Weatherford | Expert | December 19, 2011 |
| | | Woolie | Marion | Weatherford | Expert | December 21, 2011 |
| | | Lirette | Brent | Weatherford | Expert | December 22, 2011 |
| | | Vernon | Roger | Anadarko | Expert | December 13, 2011 |
| | | Cain | Gordon | MOEX | Expert | December 19, 2011 |
| | | Medley | George | MI | Expert | December 7-8, 2011 |
| | | Chenevert | Martin | MI | Expert | January 5, 2012 |
| | | Friedheim | Jim | MI | Expert | January 5, 2012 |
| | | Barker | John | DrilQuip | Expert | December 22, 2012 |
| | The PSC, the States, and the United States, whether collectively or individually, reserve the right to call any percipient or expert witness identified and/or sought to be called admitted by any other party, and further reserve the right to call such witnesses as may be necessary for purposes of impeachment or rebuttal or for such other purposes as may be allowed by the Court. | | | | | |