UNITED STATES DISTRICT OF COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179 SECTION: J JUDGE BARBIER |
| Applies to: ALL CASES AND 2:10-cv-2771 | § § § § § | MAG. JUDGE SHUSHAN |

**HALLIBURTON ENERGY SERVICES, INC.'S PHASE ONE
GOOD FAITH LIVE TRIAL WITNESS LIST**

In compliance with various orders of the Court, most recently the Working Group Conference Order from Friday January 13, 2012, Halliburton Energy Services, Inc. ("HESI") provides the Court and counsel with the following list of witnesses that HESI plans to call live at trial:[1]

| Witness Name | Fact/Expert | Priority List Number[2] | Deposition Date(s) |
|---|---|---|---|
| John Gisclair (HESI) | Fact | PPL #70 | March 14-15, 2011 |
| Kurt Kronenberger (HESI) | Fact | DPL #35 | August 2, 2011 |
| Joe Keith (HESI) | Fact | PPL #19 | March 28, 2011 |
| Richard Vargo (HESI) | Fact | DPL #6 | March 30-31, 2011 |

---

[1] HESI files this Good Faith Live Trial Witness List with the understanding that the Court has asked the parties for a final list of live witnesses to be presented at trial, and not for all deposition testimony to be presented. To the extent that this Witness List is to include witnesses to be presented by deposition only, HESI specifically incorporates and adopts the list of witnesses for whom it has presented deposition designations during the deposition designation process and reserves the right to use these designated depositions at trial.

[2] HESI has used the PSC Priority List dated November 7, 2011 for its PPL references, and Record Document 4841 for its DPL references.

| Witness Name | Fact/Expert | Priority List Number[2] | Deposition Date(s) |
|---|---|---|---|
| Jesse Gagliano (HESI) | Fact | PPL #61 | May 11, 2011[3] |
| Nate Chaisson (HESI) | Fact | PPL #36 | March 16-17, 2011 |
| Vince Tabler (HESI) | Fact | PPL #41 | June 13-14, 2011 |
| Paul Anderson (HESI) | Fact | DPL #19 | April 27-28, 2011 |
| Tim Quirk (HESI) | Fact | DPL #5 | March 21-22, 2011 |
| Richard Dubois (HESI) | Fact | PPL #38 | July 19, 2011 |
| Sarah Sanders (HESI) | Fact | PPL #163 | October 18, 2011 |
| Roland Chemali (HESI) | Fact | DPL #25 | November 3, 2011 |
| Sam Lewis | HESI Expert | NA | December 5-6, 2011 |
| David Bolado | HESI Expert | NA | December 22-23, 2011 |
| John Hughett | HESI Expert | NA | December 7-8, 2011 |
| Gene Beck | HESI Expert | NA | December 15-16, 2011 |
| Patrick Hudson | HESI Expert | NA | December 19-20, 2011 |
| Glen Stevick | HESI Expert | NA | December 14-15, 2011 |
| Richard Strickland | HESI Expert | NA | December 20-21, 2011 |
| Anticipated Rebuttal Expert to BP Expert Ron Crook | HESI Expert | NA | NA[4] |
| Ronald Crook | BP Expert | NA | January 17-18, 2012 |

---

[3] Jesse Gagliano was deposed as a Fifth Amendment witness on May 11, 2011. Mr. Gagliano has since waived his Fifth Amendment privilege and is scheduled to be deposed on February 7 and 8, 2012.

[4] HESI will identify its rebuttal expert witness to BP's newly identified expert witness, Ron Crook, on January 30, 2012. It is anticipated that the deposition of this rebuttal expert will occur shortly thereafter.

| *Witness Name* | *Fact/Expert* | *Priority List Number[2]* | *Deposition Date(s)* |
|---|---|---|---|
| Darrell Hollek (Anadarko) | Fact | PPL #123 | June 22, 2011 |
| Mark Bly (BP) | Fact | PPL #13 | February 17-18, 2011 |
| Lamar McKay (BP) | Fact | PPL #168 | November 3-4, 2011 |
| Naoki Ishii (MOEX) | Fact | DPL #11 | June 29-30, 2011 |
| Brad Billon (MI) | Fact | DPL #7 | June 23-24, 2011 |
| Larry McMahan (TO) | Fact | PPL #134 | June 29-30, 2011 |
| Bill Ambrose (TO) | Fact | PPL #98 | July 18-19, 2011 |
| Gary Hurta (Dril-Quip) | Fact | DPL #54 | May 26, 2011 |

HESI also identifies the following witness that it "may call" as a live witness at trial:

| *Witness Name* | *Fact/Expert* | *Priority List Number* | *Deposition Date(s)* |
|---|---|---|---|
| Tim Probert (HESI) | Fact | PPL #104 | May 9-10, 2011 |

HESI reserves the right to call as a live witness any fact and/or expert witness identified in any other party's live witness list, as well as any party's corporate representative appearing live at trial.  HESI further reserves the right to call additional live witnesses, not included in the above list, for good cause shown.

Respectfully Submitted,

**GODWIN RONQUILLO PC**

**By:**  /s/  *Donald E. Godwin*
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
DGodwin@GodwinRonquillo.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
BBowman@GodwinRonquillo.com
Jenny L. Martinez
State Bar No. 24013109
JMartinez@GodwinRonquillo.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
FHartley@GodwinRonquillo.com
Gavin E. Hill
State Bar No.  00796756
GHill@GodwinRonquillo.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

and

R. Alan York
State Bar No. 22167500
AYork@GodwinRonquillo.com
Jerry C. von Sternberg
State Bar No.  20618150
JVonSternberg@GodwinRonquillo.com
Misty Hataway-Coné
State Bar No.  24032277
MCone@GodwinRonquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone:  713.595.8300
Facsimile:  713.425.7594

**ATTORNEYS FOR DEFENDANT HALLIBURTON ENERGY SERVICES, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Halliburton Energy Services, Inc.'s Phase One Good Faith Live Trial Witness List has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 20th day of January, 2012.

/s/ Donald E. Godwin
Donald E. Godwin