UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## BP'S GOOD FAITH PHASE 1 TRIAL WITNESS LISTS

Pursuant to paragraph 17.B of the December 20, 2011 Working Group Conference Order (Doc. 4966), paragraph 9 of the January 18, 2012 Working Group Conference Order (Doc. 5272), and related discussions occurring during Working Group Conferences before Magistrate Judge Shushan, BP p.l.c., BP Exploration & Production Inc., and BP America Production Company (collectively, the "BP Parties") submit the following Good Faith Phase 1 "Will Call" and "May Call" Trial Witness Lists.[1]  The BP Parties reserves their rights to amend or supplement the following lists, as necessary, if good cause arises.  The BP Parties also reserve the right to call any witness listed as a "will call" witness by any other party.

---

[1] The BP Parties provide the following "will call" and "may call" witness lists in addition to all deposition designations related to the Phase 1 trial that the BP Parties have submitted or will submit to the Court.

2

## I. "Will Call" Fact Witness List

| NAME | Party | DEPOSITION DATE | PPL | DPL |
|---|---|---|---|---|
| Chaisson, Nathaniel | Halliburton | 03/16/11 - 03/17/11 | 36 | |
| Guide, John Alexander | BP | 05/09/11 - 05/10/11 | 12 | |
| Keith, Joseph | Halliburton | 3/28/2011 | 19 | |
| Lambert, Conward Lee | BP | 05/09/11 - 05/10/11 | | 4 |
| Lindner, III, Leo Thomas | MI-SWACO | 09/14/11 - 09/15/11 | 142 | |
| McMahan, Larry | Transocean | 06/29/11-06/230/11 | 134 | |
| Newman, Steven | Transocean | 9/30/2011 | 151 | |
| O'Bryan, Patrick | BP | 07/14/11 - 07/15/11 | 6 | |
| Quirk, Timothy | Halliburton | 03/21/11 - 03/22/11 | | 5 |
| Roth, Tommy | Halliburton | 07/25/11 - 07/26/11 | 40 | |
| Sabins, Fred[2] | CSI | 05/24/11 - 05/25/11; 6/13/11 | 128 | |
| Sepulvado, Ronald | BP | 03/10/11 - 03/11/11 | 138 | |
| Shaw, Neil | BP | 10/26/2011 | 165 | |
| Wong, Norman | BP | 06/13/11 - 06/14/11 | 24 | |

---

[2] This designation is made subject to the Court's ruling on the motion in limine related to the potential trial testimony of Mr. Sabins.

## II. "Will Call" List of BP Expert Witnesses

| NAME | Party | DEPOSITION DATE | PPL | DPL |
|---|---|---|---|---|
| Azar, J.J. | BP | 12/05/11 - 12/06/11 | | |
| Batte, J.R. | BP | 12/5/2011 | | |
| Bourgoyne Jr., Adam Ted | BP | 12/21/2011 - 12/22/2011 | | |
| Burch, Morris | BP | 12/5/2011 | | |
| Corser, Kent [In-house Expert] | BP | 02/10/11 - 02/11/11 | 90 | |
| Colson, Leif | BP | 1/11/2012 | | |
| Cowie, Jim [In-house Expert] | BP | 06/29/11 - 06/30/11 | 37 | |
| Crook, Ron | BP | 01/17/2012 - 01/21/2012 | | |
| Dias, Paul | BP | 12/16/2011 | | |
| Emilsen, Morten Haug | BP | 06/23/11 - 06/24/11; 12/08/11 | 125 | |
| Grace, Robert | BP | 12/12/2011 | | |
| Lee, Richard | BP | 1/12/2012 | | |
| Lewis, David B. | BP | 12/22/11 - 12/23/11 | | |
| Mitchell, Captain Andrew | BP | 12/14/2011 | | |
| Quoyeser, Joseph | BP | 12/8/2011 | | |
| Robinson, Steve [In-house Expert] | BP | 1/27/2011 | 14 | |
| Schoennagel, Chuck | BP | 12/22/11 - 12/23/11 | | |
| Shanks, Earl | BP | 12/12/11 - 12/13/11 | | |
| Sutcliffe, Kathleen | BP | 12/15/2011 | | |
| Wecker, William | BP | 12/19/2011 | | |
| Vinson, Graham ("Pinky")[3] [In-house Expert] | BP | 06/23/11 - 06/24/11; 1/11/2012 | | 45 |
| Zatarain, Arthur | BP | 12/21/11 - 12/22/11 | | |

---

[3] The BP Parties will be calling Graham ("Pinky") Vinson as both a fact and expert witness.

3

III.     "May Call" Witness List

| NAME | Party | DEPOSITION DATE | PPL | DPL |
|---|---|---|---|---|
| Walz, Gregory | BP | 04/21/11 - 094/22/11 | 26 | |

Dated: January 20, 2012

Respectfully submitted,

By: /s/ Don K. Haycraft

Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139-5099
Telephone:  (504) 581-7979
Facsimile:  (504) 556-4108

Richard C. Godfrey, P.C.
(richard.godfrey@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, Illinois  60654
Telephone: (312) 862-2000

Robert C. "Mike" Brock
(mbrock@cov.com)
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

***Attorneys for BP p.l.c., BP Exploration & Production Inc. &
BP America Production Company***

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of January, 2012.

                                                  /s/ Don K. Haycraft