UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" In the GULF OF MEXICO on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| Applies to: *All Cases* | * | MAG. JUDGE SHUSHAN |

**GOOD FAITH WITNESS LIST ON BEHALF OF PETITIONERS IN LIMITATION, TRITON ASSET LEASING GMBH, TRANSOCEAN HOLDINGS LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC. AND TRANSOCEAN DEEPWATER INC.**

NOW INTO COURT, through undersigned counsel, come Petitioners in Limitation, TRITON ASSET LEASING GMBH, TRANSOCEAN HOLDINGS LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC. and TRANSOCEAN DEEPWATER INC. (collectively, "Transocean"), who submit the following good faith witness list for Phase One of the February 2012 Limitation and Liability Trial.

Transocean reserves any and all rights, including the right to (1) call as a live witness during the Phase One trial any witness listed as a live "will call" witness on any other party's Witness List; (2) request that Judge Barbier allow Transocean to call additional witnesses not named herein as necessary for impeachment or rebuttal, and (3) call witnesses to establish a foundation, if needed, for Transocean business records.

**I.   In Person Witnesses**

Transocean will call the following witnesses to testify in person during the Phase One trial:

1

|    | Witness            | Deposition Bundle /Subject Matter of Testimony            |
|----|--------------------|-----------------------------------------------------------|
| 1  | Barnhill, Calvin   | TO well control expert (deposed 11/29-30/2011)            |
| 2  | Bea, Robert        | PSC process safety expert (deposed 11/14-15/2011)         |
| 3  | Childs, Greg       | TO BOP expert (deposed 12/1-2/2011)                       |
| 4  | Ezell, Randy       | PPL #58                                                   |
| 5  | Scates, Robert     | TO gas dispersion modeling expert (deposed 12/1/2011)     |
| 6  | Sepulvado, Murray  | PPL #119                                                  |
| 7  | Sepulvado, Ronald W. | PPL #138                                                |
| 8  | Winslow, Daun      | PPL #34                                                   |
| 9  | Wolfe, Jeff        | TO seaworthiness expert (deposed 12/1-2/2011)             |
| 10 | Young, David       | PPL #147                                                  |

Transocean may call the following witness to testify in person during the Phase One trial:

|    | Witness          | Deposition Bundle /Subject Matter of Testimony |
|----|------------------|------------------------------------------------|
| 11 | Newman, Steven[1] | PPL #151                                      |

If they have recovered from their current disability or no longer assert their Fifth Amendment rights at the time of the Phase One trial, Transocean will call to testify either in person or by deposition, the following witnesses[2]:

|    | Witness         | Deposition Bundle /Subject Matter of Testimony                              |
|----|-----------------|------------------------------------------------------------------------------|
| 12 | Hafle, Mark     | PPL #18                                                                      |
| 13 | Kaluza, Robert  | PPL #22                                                                      |
| 14 | Morel, Brian    | PPL #20                                                                      |
| 15 | Vidrine, Don    | Temporary abandonment of the Macondo well, including negative pressure tests |

---

[1] Transocean's decision to call Mr. Newman may be affected by resolution of BP's request to call Mr. Newman as a live witness.

[2] Transocean reserves the right to name additional Fifth Amendment witnesses following resolution of pending motions in limine and objections regarding JIT testimony.

**II.    Witnesses Presented by Deposition Designations**

Transocean has presented testimony by way of affirmative and/or counter deposition designations through the page/line designation process from the following witnesses:

**BP**

1. Abbassian, Feredian (PPL #89)
2. Albers, Shane Edward (PPL #106)
3. Albertin, Martin (PPL #100)
4. Alberty, Mark (PPL #101)
5. Anderson, Rex (PPL #94)
6. Armstrong, Ellis (PPL #4)
7. Baxter, John (PPL #16)
8. Bellow, Jonathan (PPL #55)
9. Bly, Mark (PPL #13)
10. Bodek, Robert (PPL #7)
11. Bondurant, Charles (DPL #49)
12. Breazeale, Martin (PPL #50)
13. Brock, Anthony (PPL #92)
14. Burns, Tim (PPL #99)
15. Byrd, Michael (PPL #43)
16. Castell, Sir William (PPL #3)
17. Cocales, Brett William (PPL #25)
18. Corser, Kent (PPL #90)
19. Cowlam, Gill (PPL #91)
20. Cowie, Jim (PPL #37)
21. Cramond, Neil (PPL #78)
22. Cunningham, Erick (PPL #69)
23. Daigle, Keith (PPL #59)
24. Daly, Mike (PPL #145)
25. DeFranco, Samual (PPL #52)
26. Douglas, Scherie (PPL #156)
27. Dupree, James (PPL #51)
28. Emmerson, Anthony (DPL #26)
29. Fleece, Trent (DPL #53)
30. Flynn, Steve (PPL #28)
31. Fontenot, Kevin (PPL #95)
32. Frazelle, Andrew E. (PPL #76)
33. Grounds, Cheryl (PPL #5)
34. Guide, Alexander John (PPL #12)
35. Guillot, Walter (PPL #8)
36. Hayward, Tony (PPL #1)
37. Inglis, Andy (PPL #17)
38. Jackson, Curtis (PPL #33)

39. Jassal, Kal (PPL #53)
40. Kaluza, Robert (PPL #22)
41. Kellingray, Daryl (PPL #11)
42. Lacy, Kevin (PPL #2)
43. Lacy, Stuart (PPL #148)
44. Lambert, Conrad Lee (DPL #4)
45. LeBleu, John (PPL #73)
46. Lee, Earl (PPL #117)
47. Little, Ian (PPL #29, 126)
48. Lucas, Matt (PPL #15)
49. Lynch, Richard (PPL #65)
50. Martin, Brian (PPL #62)
51. Mazella, Mark (PPL #82)
52. McKay, Jim (PPL #93)
53. McKay, Lamar (PPL #168)
54. Miller, Richard A. (PPL #159)
55. Mogford, John (PPL #74)
56. Morel, Brian (PPL #20)
57. Nguyen, Quang (PPL #155)
58. O'Bryan, Patrick (PPL #6)
59. Paine, Kate (PPL #35)
60. Powell, Heather (PPL #164)
61. Price, Vincent (DPL #63)
62. Rainey, David (PPL #83)
63. Rich, David (PPL #67)
64. Robinson, Steve W. (PPL #14)
65. Rodriguez, Angel (PPL #130)
66. Shaughnessy, John (PPL #46)
67. Shaw, Neil (PPL #165)
68. Sims, David (PPL #9)
69. Skelton, Cindy (PPL #32)
70. Skidmore, Ross Randy (PPL #129)
71. Skripnikova, Galina (PPL #54)
72. Sprague, John (PPL #27, 127)
73. Suttles, Doug (PPL #31)
74. Thierens, Harry (PPL #10)
75. Thorseth, Jay (PPL #144)
76. Tooms, Paul (PPL #85)
77. Vinson, Graham (DPL #46)
78. Wall, Dave (PPL #57)
79. Walz, Gregory (PPL #26)
80. Wardlaw, Kirk (DPL #17)
81. Wetherbee, Jim (PPL #86)
82. Winters, Warren (PPL #88)
83. Wong, Norman (PPL #24)
84. Yilmaz, Barbara (PPL #56)

### HALLIBURTON / SPERRY SUN

85. Anderson, Paul (DPL #19)
86. Bement, James (DPL #20)
87. Chaisson, Nathaniel James (PPL #36)
88. Chemali, Roland (DPL #25)
89. Clark, Skip (DPL #9)
90. Dubois, Richard (PPL #38)
91. Dugas, Roger (PPL #167)
92. Faul, Ron (PPL #39)
93. Gagliano, Jesse Marc (PPL #61)[3]
94. Gisclair, John (PPL #70)
95. Gray, Kelly (PPL #102)
96. Haire, Christopher (PPL #63)
97. Keith, Joseph (PPL #19)
98. Kronenberger, Kurt (DPL #35)
99. Morgan, Rick (PPL #162)
100. Nguyen, Quang (PPL #155)
101. Prestidge, Jim (DPL #62)
102. Probert, Tim (PPL #104)
103. Quirk, Tim (DPL #5)
104. Ravi, Krishna (DPL #16)
105. Richard, Benjamin (PPL #161)
106. Roth, Tommy (PPL #40)
107. Sanders, Sarah (PPL #163)
108. Serio, Mike (PPL #105)
109. Stelly, Phyllis (PPL #154)
110. Sweatman, Ronald (DPL #66)
111. Tabler, Vincent (PPL #41)
112. Vargo, Richard (DPL #6)
113. Willis, Cathleenia (PPL #87)

### CAMERON

114. Erwin, Carter (PPL #44)
115. Gaude, Ed (PPL #143)
116. LeNormand, William (PPL #107)
117. McWhorter, David (PPL #108)
118. Whitby, Melvin (PPL #48)

### MI SWACO

119. Billon, Brad (DPL #7)

---

[3] Transocean understands that Mr. Gagliano will be deposed on February 3-4, 2012. Transocean reserves the right to submit page/line designations from Mr. Gagliano's upcoming deposition.

5

120. Johnson, Steven (DPL #33)
121. Lindner, Leo (PPL #142)
122. Maxie, Doyle (PPL #158)
123. Meche, Gregory (DPL #37)

### **WEATHERFORD**

124. Clawson, Bryan (PPL #77)
125. Lirette, Brent (DPL #1)

### **ANADARKO/MOEX**

126. Bryan, Jim (DPL #2)
127. Byrd, Jerry (DPL #50)
128. Chandler, Paul (DPL #24)
129. Foster, Steve (DPL #28)
130. Hollek, Darrell (PPL #123)
131. Huch, Nick (DPL #32)
132. Ishii, Naoki (DPL #11)
133. O'Donnell, Alan (DPL #15)
134. Peyton, Dawn (DPL #42)
135. Quitzau, Robert (PPL #122)

### **MMS**

136. Domangue, Bryan (PPL #146)
137. Neal, Eric (DPL #39)
138. Neal, Robert G. (DPL #14)
139. Patton, Frank (PPL #23)
140. Saucier, Michael (PPL #131)
141. Trocquet, David (PPL #149)

### **COAST GUARD**

142. Odom, Lt. Commander Michael (DPL #41)
143. Sutton, Steve (DPL #65)

### **DNV**

144. Bjerager, Peter (DPL #22)
145. Kenney, Gary (DPL #3)
146. McKay, David (DPL #13)
147. Thompson, Neil (DPL #44)

### ABS

148.    Haynie, William (DPL #10)

### DRIL-QUIP

149.    Hurta, Gary (DPL #54)

### OCS

150.    Kritzer, Joshua C. (DPL #57)
151.    Lambert, Heath J. (DPL #58)

### SCHLUMBERGER

152.    Emanuel, Victor (DPL #52)

### TRANSOCEAN

153.    Ambrose, Bill (PPL #98)
154.    Barron, Daniel Clark (PPL #157)
155.    Boughton, Geoff (DPL #8)
156.    Braniff, Barry (PPL #166)
157.    Breland, Craig Michael (PPL #132)
158.    Brown, Douglas (PPL #113)
159.    Burgess, Brandon Micah (PPL #68)
160.    Cameron, David (PPL #109)
161.    Canducci, Jerry (PPL #30)
162.    Ezell, Miles Randall (PPL #58)
163.    Farr, Daniel (PPL #97) (8/24-25/2011 deposition)
164.    Florence, Ewan (DPL #27)
165.    Hackney, David (PPL #71)
166.    Hadaway, Troy James (PPL #114)
167.    Hart, Derek (DPL #31)
168.    Hay, Mark (PPL #66)
169.    Holloway, Caleb (PPL #79)
170.    Ingram, James (PPL #133)
171.    Johnson, Dustin (DPL #56)
172.    Johnson, Paul (PPL #21)
173.    Johnson, William (DPL #55)
174.    Keeton, Jonathan (PPL #116)
175.    Kent, James (PPL #80)
176.    MacDonald, John (DPL #60)
177.    Mansfield, Brent (PPL #81)
178.    McMahan, Larry (PPL #134)
179.    McWhorter, Jim Owen (PPL #42)

180. Meinhart, Paul (PPL #135)
181. Moore, Jimmy (PPL #152)
182. Morgan, Patrick (DPL #61)
183. Newman, Steven (PPL #151)
184. Odenwald, Jay (DPL #40)
185. Pleasant, Christopher (PPL #47)
186. Roller, Perrin (PPL #96)
187. Rose, Adrian (PPL #75)
188. Sannan, Bill (PPL #115)
189. Smith, Pharr (PPL #84)
190. Stringfellow, Billy (PPL #45)
191. Taylor, Carl (DPL #67)
192. Tiano, Robert (PPL #137)
193. Trahan, Buddy (PPL #150)
194. Turlak, Rob (DPL #45)
195. Walsh, Robert (DPL #68)
196. Watson, Nick (DPL #47)
197. Wheeler, Wyman (PPL #139)
198. Williams, Mike (DPL #48)
199. Winslow, Daun (PPL #34)
200. Young, David (PPL #147)

## **SMIT SALVAGE AMERICAS**

201. Martin, Doug (DPL #51)

## **KONGSBERG**

202. Durkan, Alaric (Kongsberg) (PPL #120)
203. Simonsen, Jan (Kongsberg) (PPL #121)

## **MODUSPEC**

204. Martinez, Victor (DPL #36)
205. Milsap, Kris (DPL #38)
206. Schneider, Allen (PPL #110)
207. Sierdsma, Peter (PPL #111)

## **CSI TECHNOLOGIES**

208. Sabins, Fred (PPL #128)
209. Brown, David (DPL #23)

## **CHEVRON**

210. Gardner, Craig (Chevron) (PPL #103)

### ADD ENERGY

211. Emilsen, Haug (PPL #125)

### BAKER RISK

212. Rodante, Thomas (DPL #64)

### VECTOR MAGNETICS

213. Winter, David (DPL # 69)

### RANDY SMITH TRAINING

214. Guidry, Eric (DPL #30)

### WILD WELL CONTROL

215. Campbell, Pat (PPL #49)

### STRESS ENGINEERING

216. Bhalla, Kenneth (DPL #21)
217. Katsounas, Andreas (DPL #12)
218. Young, Ken (DPL #18)

### OILFIELD TESTING & CONSULTING

219. Garrison, Greg (DPL #29)

### BEIRUTE CONSULTING

220. Beirute, Robert (PPL #140)

### NEXEN

221. Smith, Daryl (DPL #43)

Transocean reserves the right to present testimony by way of deposition designations from additional witnesses not named herein for impeachment purposes.

### III. Fifth Amendment Witnesses

Witnesses who invoked their Fifth Amendment rights in whole or in part are subject to pretrial motions, including motions in limine. As the Court issues rulings with respect to such motions, Transocean reserves the right to make additional testimony designations and/or amendments to this Witness List.

Respectfully submitted,

By: /s/ Steven L. Roberts
Steven L. Roberts (Texas, No. 17019300)
Rachel Giesber Clingman (Texas, No. 00784125)
Kent C. Sullivan (Texas, No. 19487300)
Sutherland Asbill & Brennan LLP
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 470-6100
Facsimile: (713) 654-1301
Email: steven.roberts@sutherland.com,
rachel.clingman@sutherland.com,
kent.sullivan@sutherland.com

By: /s/ Kerry J. Miller
Kerry J. Miller (Louisiana, No. 24562)
Frilot, L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8169
Facsimile: (504) 599-8154
Email: kmiller@frilot.com

-and-

By: /s/ Edwin G. Preis, Jr.
Edwin G. Preis, Jr. (Louisiana, No. 10703)
Preis & Roy PLC
102 Versailles Boulevard, Suite 400
Lafayette, Louisiana 70501
Telephone: (337) 237-6062
Facsimile: (337) 237-9129

-and-

601 Poydras Street, Suite 1700
New Orleans, Louisiana 70130
Telephone: (504) 581-6062
Facsimile: (504) 522-9129
Email: egp@preisroy.com

10

Of Counsel:

Daniel O. Goforth (Texas, No. 08064000)
Goforth Geren Easterling LLP
4900 Woodway, Suite 750
Houston, Texas 77056
Telephone: (713) 650-0022
Facsimile: (713) 650-1669
Email: dangoforth@goforthlaw.com

John M. Elsley (Texas, No. 0591950)
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone: (713) 224-8380
Facsimile: (713) 225-9945
Email: john.elsley@roystonlaw.com

Brad D. Brian (California, No. 79001)
Allen M. Katz (California, No. 054933)
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5180, (213) 683-4018
Email: brad.brian@mto.com, allen.katz@mto.com

*Counsel for Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc. and Transocean Deepwater Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2012, I electronically filed the foregoing with the Court's CM/ECF system and service on all counsel by using the LexisNexis File & Serve, in accordance with Pretrial Order No. 12 which will send a notice of filing to all counsel accepting electronic notice.

/s/  Kerry J. Miller