UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J |
| Applies to: *All Cases.* | * * | JUDGE BARBIER MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * *

**DEFENDANT CAMERON INTERNATIONAL CORPORATION'S
OBJECTIONS TO PHASE ONE TRIAL EXHIBIT LISTS**

Pursuant to the Court's Order dated January 18, 2012 [R.Doc. No. 5272] and the Federal Rules of Civil Procedure, Defendant, Cameron International Corporation ("Cameron"), files its Objections to the documents set forth in the parties' Phase One Trial Exhibit Lists.

Cameron raises the below general objections and sets forth specific objections in the attached Exhibit A:

(1)  Cameron reserves the right to object to all exhibits that have not been produced or sufficiently identified on the parties' exhibit lists.

(2)  Cameron reserves the right to object at trial to all photographic, demonstrative and/or physical exhibits.

(3)  Cameron objects to the introduction and/or use of any exhibit solely related to Phase Two issues.

(4)  Cameron objects pursuant to 46 U.S.C. § 6308 to the introduction and/or use of all exhibits related to the Marine Board Investigation and/or report(s).

(5)  Cameron objects to the introduction and/or use of all exhibits related to any U.S. Chemical Safety Board investigation and/or report.

- 1 -

- 2 -

(6) Cameron objects to the introduction and/or use of all exhibits that set forth full or partial deposition testimony, page-line deposition designations, or deposition narrative summaries.

(7) Cameron objects to the introduction and/or use of all third-party investigation reports and all testimony, attachments, figures, pictures, and documents related thereto.

(8) Cameron objects to the introduction and/or use of all exhibits that set forth full or partial expert reports, including all attachments, figures, pictures, graphs, and related documents attached thereto or included therein.

(9) Cameron objects to the introduction and/or use of all exhibits that are substantially similar to or a complete or partial duplicate of exhibits that Cameron has specifically objected to.

(10) Cameron reserves the right to supplement this list with objections to deposition exhibits not due to inData at this time.

(11) Because discovery is ongoing, Cameron reserves the right to add exhibit objections subsequent to this filing.

(12) By objecting to certain exhibits, Cameron does not waive the right to introduce such exhibits at trial.

(13) To the extent that Cameron objects to a specific exhibit, Cameron also objects to all subsections of that exhibit.

(14) To the extent that Cameron objects to a specific exhibit, Cameron also objects to all "cured" versions of that exhibit.

Respectfully submitted,


*/s/ David J. Beck*
David J. Beck, T.A.
  *dbeck@brsfirm.com*
Joe W. Redden, Jr.
  *jredden@brsfirm.com*
David W. Jones
  *djones@brsfirm.com*
Geoffrey Gannaway
  *ggannaway@brsfirm.com*
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, TX 77010
Phone: (713) 951-3700
Fax: (713) 951-3720

Phillip A. Wittmann, 13625
  *pwittmann@stonepigman.com*
Carmelite M. Bertaut, 3054
  *cbertaut@stonepigman.com*
Keith B. Hall, 24444
  *khall@stonepigman.com*
Jared Davidson, 32419
  *jdavidson@stonepigman.com*
STONE PIGMAN WALTHER
WITTMANN L.L.C.
456 Carondelet Street
New Orleans, Louisiana 70130
Phone: (504) 581-3200
Fax: (504) 581-3361

*Attorneys for Cameron International Corporation*

- 4 -

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Defendant Cameron International Corporation's Objections to Phase One Trial Exhibit Lists was served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with Clerk of Court of the United State District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2179, on this the 20th day of January, 2012.

                                                                                */s/ David J. Beck*