## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG | § | |
| "DEEPWATER HORIZON" in the | § | **MDL No. 2179** |
| GULF OF MEXICO on | § | |
| APRIL 20, 2010 | § | **SECTION: J** |
| | § | |
| **This document relates to:** | § | **Judge Carl J. Barbier** |
| | § | **Magistrate Judge Sally Shushan** |
| ***All Cases and No. 10-2771*** | § | |
| | § | |
| | § | |
| | § | |
| | § | |

## THIRD PARTY DEFENDANT M-I L.L.C.'S ANSWER AND AFFIRMATIVE DEFENSES TO VOLUNTARY MASTER COMPLAINT, CROSS-CLAIM, AND THIRD-PARTY COMPLAINT FOR LOCAL GOVERNMENTAL ENTITIES IN ACCORDANCE WITH PTO NO. 11 [CMO NO. 1] SECTION III (C) ["C BUNDLE"]

Subject to and without waiving any rights or defenses in its motion to dismiss under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), M-I L.L.C. ("M-I"), for its answer and affirmative defenses to the Voluntary Master Complaint, Cross-Claim, and Third-Party Complaint for Local Governmental Entities Bundle C Plaintiffs, states as follows.

1.      Paragraph 164 contains background information to which no response is required.

To the extent that a response is necessary, upon information and belief, M-I admits the allegations of Paragraph 164.

2.      Paragraph 165 contains background information to which no response is required.

To the extent that a response is necessary, upon information and belief, M-I admits the allegations of Paragraph 165.

3.      Paragraph 166 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 166 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

4.      M-I denies the allegations of Paragraph 167, insofar as they are directed at M-I.

5.      M-I denies the allegations of Paragraph 168, insofar as they are directed at M-I.

6.      M-I denies the allegations of Paragraph 169, insofar as they are directed at M-I.

7.      M-I denies the allegations of Paragraph 170 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

8.      The allegations of Paragraph 171 do not require a response as they are not allegations of fact.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 171 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

9.      The allegations of Paragraph 172 do not require a response as they are not allegations of fact.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 172 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

10.     The allegations of Paragraph 173 do not require a response as they are not allegations of fact.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 173 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

11.     The allegations of Paragraph 174 do not require a response as they are not allegations of fact.  To the extent that a response is necessary, M-I denies the allegations of

Paragraph 174 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

12.     The allegations of Paragraph 175 do not require a response as they are not allegations of fact.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 175 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

13.     The allegations of Paragraph 176 do not require a response as they are not allegations of fact.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 176 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

14.     The allegations of Paragraph 177 do not require a response as they are not allegations of fact.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 177 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

15.     M-I admits that Plaintiffs are local government entities or officials, including cities, towns, counties, villages, parishes, municipalities, special districts, school boards, sheriffs, district attorneys, public boards, institutions, departments, commissions, districts, corporations, agencies, authorities, and any agencies or subdivisions of any of these, and other local public or governmental bodies of any kind which are not state agencies, in Florida, Alabama, Mississippi, Louisiana and Texas who allege they have suffered damage, destruction, or diminution in value of property, loss of tax revenue, income and/or use, and/or costs of response, removal, clean-up, restoration and/or remediation and/or other damages, losses, and/or costs as a result of the spill.

M-I denies the remaining allegations of Paragraph 178, insofar as they are directed at M-I, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

16.     The allegations of Paragraph 179 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 179 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

17.     The allegations of Paragraph 180 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 180 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

18.     The allegations of Paragraph 181 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 181 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

19.     The allegations of Paragraph 182 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 182 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

20.     The allegations of Paragraph 183 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 183 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

21.     The allegations of Paragraph 184 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 184 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

22.     The allegations of Paragraph 185 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 185 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

23.     The allegations of Paragraph 186 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 186 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

24.     The allegations of Paragraph 187 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 187 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

25.     The allegations of Paragraph 188 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 188 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

26.     The allegations of Paragraph 189 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of

Paragraph 189 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

27.     The allegations of Paragraph 190 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 190 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

28.     The allegations of Paragraph 191 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 191 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

29.     The allegations of Paragraph 192 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 192 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

30.     The allegations of Paragraph 193 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 193 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

31.     The allegations of Paragraph 194 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 194 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

32.     The allegations of Paragraph 195 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 195 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

33.     The allegations of Paragraph 196 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 196 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

34.     M-I denies that it is "also known as M-I SWACO" and that its principal place of business is in Wilmington, Delaware.  M-I admits that it provided drilling fluids, attendant services, and a recommended drilling fluids program for the well based upon information provided by the operator and subject to operator approval.  M-I denies the remaining allegations of Paragraph 197.

35.     M-I denies the allegations of Paragraph 198, insofar as they are directed at M-I.

36.     The allegations of Paragraph 199 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 199 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

37.     The allegations of Paragraph 200 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 200 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

38.     M-I denies the allegations of Paragraph 201, insofar as they are directed at M-I.

39.    The allegations of Paragraph 202 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 202 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

40.    The allegations of Paragraph 203 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 203 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

41.    The allegations of Paragraph 204 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 204 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

42.    The allegations of Paragraph 205 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 205 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

43.    The allegations of Paragraph 206 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 206 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

44.    The allegations of Paragraph 207 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of

Paragraph 207 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

45.    The allegations of Paragraph 208 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 208 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

46.    The allegations of Paragraph 209 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 209 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

47.    The allegations of Paragraph 210 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 210 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

48.    The allegations of Paragraph 211 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 211 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

49.    The allegations of Paragraph 212 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 212 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

50.    The allegations of Paragraph 213 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 213 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

51.    The allegations of Paragraph 214 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 214 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

52.    The allegations of Paragraph 215 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 215 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

53.    The allegations of Paragraph 216 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 216 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

54.    The allegations of Paragraph 217 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 217 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

55.    The allegations of Paragraph 218 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of

Paragraph 218 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

56.     The allegations of Paragraph 219 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 219 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

57.     The allegations of Paragraph 220 do not require a response as they are not allegations of fact.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 220 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

58.     M-I admits that this Court has subject-matter jurisdiction over the claims in this case.

59.     M-I admits that the claims presented herein are admiralty or maritime claims within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.  The remaining allegations of Paragraph 222 do not require a response as they are not allegations of fact.  To the extent that a response is necessary, upon information and belief, M-I admits the remaining allegations of Paragraph 222.

60.     M-I admits that this Court has subject-matter jurisdiction over the claims in this case.

61.     M-I admits that this Court has subject-matter jurisdiction over the claims in this case.

62.     M-I admits that this Court has subject-matter jurisdiction over the claims in this case.

63.     M-I admits that venue is proper in this district.

64.     M-I denies the allegations of Paragraph 227, insofar as they are directed at M-I.

65.     Paragraph 228 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 228 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

66.     Paragraph 229 contains background information and allegations which are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 229 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

67.     Paragraph 230 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 230, insofar as they are directed at M-I.

68.     Paragraph 231 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 231 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

69.     Paragraph 232 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 232 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

70.     Paragraph 233 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 233 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

71.     Paragraph 234 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 234 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

72.     Paragraph 235 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 235 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

73.     Paragraph 236 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 236 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

74.     Paragraph 237 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 237 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

75.     Paragraph 238 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 238 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

76.     Paragraph 239 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 239 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

77.     Paragraph 240 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 240 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

78.     Paragraph 241 contains background information to which no response is required. To the extent that a response is necessary, upon information and belief, M-I admits the allegations of Paragraph 241.

79.     Paragraph 242 contains background information to which no response is required. To the extent that a response is necessary, upon information and belief, M-I admits the allegations of Paragraph 242.

80.     The allegations of Paragraph 243 do not require a response as they are not allegations of fact.  To the extent that a response is necessary, upon information and belief, M-I admits the allegations of Paragraph 243.

81.     The allegations of Paragraph 244 do not require a response as they are not allegations of fact.  To the extent that a response is necessary, upon information and belief, M-I admits the allegations of Paragraph 244.

82.     The allegations of Paragraph 245 do not require a response as they are not allegations of fact.  To the extent that a response is necessary, upon information and belief, M-I admits the allegations of Paragraph 245.

83.     The allegations of Paragraph 246 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 246 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

84.     The allegations of Paragraph 247 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 247 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

85.     Paragraph 248 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 248 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

86.     Paragraph 249 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 249 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

87.     Paragraph 250 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 250 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

88.     Paragraph 251 contains background information and allegations which are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 251 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

89.     Paragraph 252 contains background information and allegations which are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 252 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

90.     Paragraph 253 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 253 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

91.     Paragraph 254 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 254 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

92.     Paragraph 255 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 255 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

93.     Paragraph 256 contains background information and allegations which are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 256 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

94.     M-I denies the allegations of Paragraph 257, insofar as they are directed at M-I.

95.     M-I denies the allegations of Paragraph 258, insofar as they are directed at M-I.

96.     M-I denies the allegations of Paragraph 259, insofar as they are directed at M-I.

97.     M-I denies the allegations of Paragraph 260, insofar as they are directed at M-I.

98.     Paragraph 261 contains background information and allegations which are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 261 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

99.     Paragraph 262 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 262 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

100.    M-I denies the allegations of Paragraph 263, insofar as they are directed at M-I.

101.    Paragraph 264 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 264 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

102.    Paragraph 265 contains background information and allegations which are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 265 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

103.    M-I denies the allegations of Paragraph 266, insofar as they are directed at M-I.

104.    Paragraph 267 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 267 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

105.    M-I denies the allegations of Paragraph 268, insofar as they are directed at M-I.

106.    Paragraph 269 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 269, insofar as they are directed at M-I.

107.    M-I denies the allegations of Paragraph 270, insofar as they are directed at M-I.

108.    M-I denies the allegations of Paragraph 271, insofar as they are directed at M-I.

109.    M-I denies the allegations of Paragraph 272 insofar as they are directed at M-I.

110.    Paragraph 273 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 273, insofar as they are directed at M-I.

111.    M-I denies the allegations of Paragraph 274, insofar as they are directed at M-I.

112.    Paragraph 275 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 275, insofar as they are directed at M-I.

113.     Paragraph 276 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 276, insofar as they are directed at M-I.

114.     M-I denies the allegations of Paragraph 277, insofar as they are directed at M-I.

115.     Paragraph 278 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 278 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

116.     Paragraph 279 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 279 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

117.     Paragraph 280 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 280 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

118.     Paragraph 281 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 281, insofar as they are directed at M-I.

119.     Paragraph 282 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 282 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

120.     Paragraph 283 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 283 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

121.    The allegations of Paragraph 284 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 284 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

122.    M-I denies the allegations of Paragraph 285, insofar as they are directed at M-I.

123.    M-I denies the allegations of Paragraph 286, insofar as they are directed at M-I.

124.    Paragraph 287 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 287 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

125.    Paragraph 288 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 288 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

126.    Paragraph 289 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 289 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

127.    Paragraph 290 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 290 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

128.    Paragraph 291 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 291 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

129.    M-I denies the allegations of Paragraph 292, insofar as they are directed at M-I.

130.     Paragraph 293 contains background information to which no response is required. To the extent that a response is necessary, M-I admits the allegations of Paragraph 293.

131.     Paragraph 294 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 294 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

132.     The allegations of Paragraph 295 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 295 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

133.     Paragraph 296 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 296, insofar as they are directed at M-I.

134.     Paragraph 297 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 297 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

135.     The allegations of Paragraph 298 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 298 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

136.     Paragraph 299 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 299 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

137.    The allegations of Paragraph 300 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 300 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

138.    Paragraph 301 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 301, insofar as they are related to M-I.

139.    Paragraph 302 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 302, insofar as they are directed at M-I.

140.    Paragraph 303 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 303, insofar as they are directed at M-I.

141.    Paragraph 304 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 304, insofar as they are directed at M-I.

142.    Paragraph 305 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 305, insofar as they are directed at M-I.

143.    M-I denies the allegations of Paragraph 306, insofar as they are directed at M-I.

144.    Paragraph 307 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 307 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

145.     Paragraph 308 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 308 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

146.     Paragraph 309 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 309 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

147.     Paragraph 310 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 310 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

148.     Paragraph 311 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 311 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

149.     Paragraph 312 contains background information and allegations which are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 312 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

150.     Paragraph 313 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 313 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

151.     Paragraph 314 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 314 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

152.     Paragraph 315 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 315 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

153.     The allegations of Paragraph 316 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 316 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

154.     Paragraph 317 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 317, including all subparts, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

155.     The allegations of Paragraph 318 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 318 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

156.     Paragraph 319 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 319 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

157.     Paragraph 320 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 320 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

158.    Paragraph 321 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 321 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

159.    Paragraph 322 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 322 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

160.    Paragraph 323 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 323 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

161.    The allegations of Paragraph 324 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 324 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

162.    The allegations of Paragraph 325 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 325 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

163.    The allegations of Paragraph 326 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 326 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

164.    The allegations of Paragraph 327 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of

Paragraph 327 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

165.    Paragraph 328 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 328 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

166.    The allegations of Paragraph 329 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 329 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

167.    Paragraph 330 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 330 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

168.    The allegations of Paragraph 331 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 331 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

169.    Paragraph 332 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 332 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

170.    The allegations of Paragraph 333 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 333 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

171.    M-I denies the allegations of Paragraph 334, insofar as they are directed at M-I.

172.    The allegations of Paragraph 335 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 335 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

173.    M-I admits that on the morning of April 20th, Leo Lindner was told of the depth of the displacement.  M-I denies the remaining allegations of Paragraph 336.

174.    M-I admits that Leo Lindner typed a displacement procedure according to BP's specifications and that he distributed the procedure to the company man and others on the rig. M-I denies the remaining allegations of Paragraph 337.

175.    Paragraph 338 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 338 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

176.    Paragraph 339 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 339 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

177.    M-I admits that the displacement of drilling fluid to seawater had to be suspended to allow the operator and crew to conduct a negative pressure test, per BP's specifications.  M-I denies the remaining allegations of Paragraph 340.

178.    M-I denies the allegations of Paragraph 341, insofar as they are directed at M-I.

179.    Paragraph 342 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 342 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

180.    Paragraph 343 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 343, insofar as they are directed at M-I.

181.    Paragraph 344 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 344 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

182.    Paragraph 345 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 345 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

183.    Paragraph 346 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 346 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

184.    The allegations of Paragraph 347 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 347 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

185.    Paragraph 348 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 348 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

186.    M-I denies the allegations of Paragraph 349, insofar as they are directed at M-I.

187.    M-I denies the allegations of Paragraph 350, insofar as they are directed at M-I.

188.    Paragraph 351 contains background information to which no response is required. To the extent that a response is necessary, M-I admits the allegations of Paragraph 351.

27

189.    M-I denies the allegations of Paragraph 352, insofar as they are directed at M-I.

190.    M-I admits that approximately 425-450 barrels of spacer material were used during the mud displacement process.  M-I denies the remaining allegations of Paragraph 353.

191.    M-I denies the allegations of Paragraph 354.

192.    M-I denies the allegations of Paragraph 355 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

193.    Paragraph 356 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 356 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

194.    M-I denies the allegations of Paragraph 357, insofar as they are directed at M-I.

195.    Paragraph 358 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 358 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

196.    Paragraph 359 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 359, insofar as they are directed at M-I.

197.    Paragraph 360 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 360 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

198.    Paragraph 361 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 361 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

199.    Paragraph 362 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 362 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

200.    Paragraph 363 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 363 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

201.    Paragraph 364 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 364 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

202.    Paragraph 365 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 365 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

203.    M-I denies the allegations of Paragraph 366, insofar as they are directed at M-I.

204.    Paragraph 367 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 367 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

205.    Paragraph 368 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 368 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

206.    Paragraph 369 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 369 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

207.    Paragraph 370 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 370 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

208.    Paragraph 371 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 371 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

209.    Paragraph 372 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 372 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

210.    Paragraph 373 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 373 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

211.    M-I denies the allegations of Paragraph 374, insofar as they are directed at M-I.

212.    Paragraph 375 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 375 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

213.    Paragraph 376 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 376 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

214.    Paragraph 377 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 377 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

215.    Paragraph 378 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 378 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

216.    Paragraph 379 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 379 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

217.    Paragraph 380 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 380 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

218.    Paragraph 381 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 381 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

219.    Paragraph 382 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 382 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

220.    Paragraph 383 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 383 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

221.    Paragraph 384 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 384 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

222.    Paragraph 385 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 385 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

223.    Paragraph 386 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 386 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

224.    Paragraph 387 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 387 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

225.    Paragraph 388 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 388 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

226.    Paragraph 389 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 389 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

227.    Paragraph 390 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 390, insofar as they are directed at M-I.

228.    Paragraph 391 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 391, insofar as they are directed at M-I.

229.    Paragraph 392 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 392, insofar as they are directed at M-I.

230.    Paragraph 393 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 393 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

231.    Paragraph 394 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 394 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

232.    Paragraph 395 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 395 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

233.    Paragraph 396 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 396 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

234.    Paragraph 397 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 397 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

235.    Paragraph 398 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 398 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

236.    M-I denies the allegations of Paragraph 399, insofar as they are directed at M-I.

237.    M-I denies the allegations of Paragraph 400, insofar as they are directed at M-I.

238.    M-I denies the allegations of Paragraph 401, insofar as they are directed at M-I.

239.    Paragraph 402 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 402 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

240.    The allegations of Paragraph 403 do not require a response as they are not allegations of fact.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 403 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

241.    M-I denies the allegations of Paragraph 404, insofar as they are directed at M-I.

242.    M-I denies the allegations of Paragraph 405, insofar as they are directed at M-I.

243.    Paragraph 406 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 406 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

244.    Paragraph 407 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 407, insofar as they are directed at M-I.

245.    Paragraph 408 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 408, insofar as they are directed at M-I.

246.    Paragraph 409 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 409 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

247.    M-I denies the allegations of Paragraph 410, insofar as they are directed at M-I.

248.   M-I denies the allegations of Paragraph 411, insofar as they are directed at M-I.

249.   M-I denies the allegations of Paragraph 412, insofar as they are directed at M-I.

250.   M-I denies the allegations of Paragraph 413, insofar as they are directed at M-I.

251.   The allegations of Paragraph 414 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 414 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

252.   M-I denies the allegations of Paragraph 415, insofar as they are directed at M-I.

253.   M-I denies the allegations of Paragraph 416, insofar as they are directed at M-I.

254.   Paragraph 417 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 417 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

255.   The allegations of Paragraph 418 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 418 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

256.   Paragraph 419 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 419 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

257.   Paragraph 420 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 420 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

258.     Paragraph 421 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 421 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

259.     Paragraph 422 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 422 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

260.     Paragraph 423 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 423 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

261.     Paragraph 424 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 424 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

262.     Paragraph 425 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 425 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

263.     Paragraph 426 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 426 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

264.     Paragraph 427 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 427 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

265.   Paragraph 428 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 428 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

266.   M-I denies the allegations of Paragraph 429, insofar as they are directed at M-I.

267.   Paragraph 430 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 430, insofar as they are directed at M-I.

268.   Paragraph 431 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 431, insofar as they are directed at M-I.

269.   Paragraph 432 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 432 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

270.   Paragraph 433 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 433, insofar as they are directed at M-I.

271.   Paragraph 434 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 434 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

272.   M-I denies the allegations of Paragraph 435, insofar as they are directed at M-I.

273.   M-I denies the allegations of Paragraph 436, insofar as they are directed at M-I.

274.   The allegations of Paragraph 437 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of

Paragraph 437 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

275.    The allegations of Paragraph 438 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 438 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

276.    The allegations of Paragraph 439 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 439 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

277.    The allegations of Paragraph 440 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 440 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

278.    The allegations of Paragraph 441 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 441 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

279.    The allegations of Paragraph 442 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 442 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

280.    The allegations of Paragraph 443 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 443 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

281.    The allegations of Paragraph 444 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 444 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

282.    M-I denies the allegations of Paragraph 445, insofar as they are directed at M-I.

283.    M-I denies the allegations of Paragraph 446, insofar as they are directed at M-I.

284.    Paragraph 447 contains background information to which no response is required. To the extent that a response is necessary, upon information and belief, M-I admits the allegations of Paragraph 447.

285.    Paragraph 448 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 448 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

286.    Paragraph 449 contains background information and allegations which are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 449 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

287.    Paragraph 450 contains background information and allegations which are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary,

M-I denies the allegations of Paragraph 450 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

288.    Paragraph 451 contains background information and allegations which are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 451 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

289.    Paragraph 452 contains background information and allegations which are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 452 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

290.    Paragraph 453 contains background information and allegations which are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 453 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

291.    Paragraph 454 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 454 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

292.    The allegations of Paragraph 455 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 455 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

293.     Paragraph 456 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 456 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

294.     Paragraph 457 contains background information and allegations which are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 457 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

295.     Paragraph 458 contains background information and allegations which are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 458 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

296.     M-I denies the allegations of Paragraph 459, insofar as they are directed at M-I, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

297.     M-I denies the allegations of Paragraph 460, insofar as they are directed at M-I, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

298.     M-I denies the allegations of Paragraph 461, insofar as they are directed at M-I, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

299.     M-I denies the allegations of Paragraph 462, insofar as they are directed at M-I, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

300.     Paragraph 463 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 463 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

301.     M-I denies the allegations of Paragraph 464, insofar as they are directed at M-I, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

302.     Paragraph 465 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 465 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

303.     Paragraph 466 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 466 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

304.     M-I denies the allegations of Paragraph 467, insofar as they are directed at M-I, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

305.     Paragraph 468 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 468 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

306.     M-I denies the allegations of Paragraph 469, insofar as they are directed at M-I, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

307.    M-I denies the allegations of Paragraph 470, insofar as they are directed at M-I, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

308.    M-I denies the allegations of Paragraph 471, insofar as they are directed at M-I, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

309.    M-I denies the allegations of Paragraph 472, insofar as they are directed at M-I, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

310.    M-I denies the allegations of Paragraph 473, insofar as they are directed at M-I, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

311.    Paragraph 474 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 474 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

312.    Paragraph 475 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 475 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

313.    Paragraph 476 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 476 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

314.     Paragraph 477 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 477 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

315.     Paragraph 478 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 478 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

316.     The allegations of Paragraph 479 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 479 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

317.     Paragraph 480 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 480 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

318.     Paragraph 481 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 481 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

319.     Paragraph 482 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 482 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

320.     The allegations of Paragraph 483 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 483 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

321.   M-I denies the allegations of Paragraph 484, insofar as they are directed at M-I, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

322.   M-I denies the allegations of Paragraph 485, insofar as they are directed at M-I, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

323.   M-I denies the allegations of Paragraph 486, insofar as they are directed at M-I, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

324.   M-I denies the allegations of Paragraph 487, insofar as they are directed at M-I, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

325.   The allegations of Paragraph 488 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 488 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

326.   The allegations of Paragraph 489 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 489 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

327.   M-I denies the allegations of Paragraph 490, insofar as they are directed at M-I, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

328.   M-I admits that on May 28, 2010, the United States Department of the Interior Minerals Management Service issued a six-month moratorium on all new and existing deepwater drilling in the Gulf of Mexico.  M-I denies the remaining allegations of Paragraph 491, insofar as they are directed at M-I, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

329.   Paragraph 492 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 492 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

330.   Paragraph 493 contains background information to which no response is required. To the extent that a response is necessary, M-I admits the allegations of Paragraph 493.

331.   Paragraph 494 contains background information to which no response is required. To the extent that a response is necessary, M-I admits the allegations of Paragraph 494

332.   Paragraph 495 contains background information to which no response is required. To the extent that a response is necessary, upon information and belief, M-I admits the allegations of Paragraph 495.

333.   Paragraph 496 contains background information to which no response is required. To the extent that a response is necessary, upon information and belief, M-I admits the allegations of Paragraph 496.

334.   Paragraph 497 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 497 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

335.     Paragraph 498 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 498 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

336.     Paragraph 499 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 499 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

337.     Paragraph 500 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 500 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

338.     Paragraph 501 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 501 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

339.     Paragraph 502 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 502 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

340.     Paragraph 503 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 503 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

341.     Paragraph 504 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 504 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

342.    Paragraph 505 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 505 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

343.    Paragraph 506 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 506 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

344.    Paragraph 507 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 507 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

345.    Paragraph 508 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 508 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

346.    M-I denies the allegations of Paragraph 509, insofar as they are directed at M-I, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

347.    M-I denies the allegations of Paragraph 510, insofar as they are directed at M-I, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

348.    M-I denies the allegations of Paragraph 511, insofar as they are directed at M-I, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

349.    M-I denies the allegations of Paragraph 512, insofar as they are directed at M-I, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

350.    M-I denies the allegations of Paragraph 513, insofar as they are directed at M-I, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

351.    M-I denies the allegations of Paragraph 514, insofar as they are directed at M-I, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

352.    M-I denies the allegations of Paragraph 515, insofar as they are directed at M-I, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

353.    The allegations of Paragraph 516 do not require a response as they are not allegations of fact.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 516 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

354.    The allegations of Paragraph 517 do not require a response as they are not allegations of fact.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 517.

355.    The allegations of Paragraph 518 do not require a response as they are not allegations of fact.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 518.

356.    Paragraph 519 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 519.

357.    M-I denies the allegations of Paragraph 520.

358.    Paragraph 521 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 521.

359.    Paragraph 522 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 522.

360.    Paragraph 523 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 523, including all subparts.

361.    Paragraph 524 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 524.

362.    Paragraph 525 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 525.

363.    Paragraph 526 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 526.

364.    Paragraph 527 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 527.

365.    Paragraph 528 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 528.

366.    Paragraph 529 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 529.

367.     Paragraph 530 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 530.

368.     Paragraph 531 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 531.

369.     Paragraph 532 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 532.

370.     Paragraph 533 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 533.

371.     Paragraph 534 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 534.

372.     Paragraph 535 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 535.

373.     Paragraph 536 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 536.

374.     Paragraph 537 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 537.

375.     Paragraph 538 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 538.

376.     Paragraph 539 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 539.

377.     Paragraph 540 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 540.

378.     Paragraph 541 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 541.

379.     M-I repeats and realleges its answers to Paragraphs 164-541.

380.     M-I admits that it provided drilling fluids, attendant services, and a recommended drilling fluids program for the well based upon information provided by the operator and subject to operator approval.  M-I denies the remaining allegations of Paragraph 543.

381.     M-I denies the allegations of Paragraph 544, insofar as they are directed at M-I.

382.     The allegations of Paragraph 545 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 545 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

383.     The allegations of Paragraph 546 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 546 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

384.     Paragraph 547 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 547, insofar as they are directed at M-I.

385.     M-I denies the allegations of Paragraph 548 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

386.     M-I denies the allegations of paragraph 549, insofar as they are directed at M-I.

387.     M-I denies the allegations of Paragraph 550, insofar as they are directed at M-I.

388.     M-I denies the allegations of Paragraph 551, insofar as they are directed at M-I.

389.    M-I denies the allegations of Paragraph 552, insofar as they are directed at M-I.

390.    M-I denies the allegations of Paragraph 553, insofar as they are directed at M-I.

391.    M-I denies the allegations of Paragraph 554, insofar as they are directed at M-I.

392.    M-I denies the allegations of Paragraph 555, insofar as they are directed at M-I.

393.    M-I denies the allegations of Paragraph 556, insofar as they are directed at M-I.

394.    M-I denies the allegations of Paragraph 557, insofar as they are directed at M-I.

395.    M-I denies the allegations of Paragraph 558, insofar as they are directed at M-I.

396.    M-I denies the allegations of Paragraph 559, insofar as they are directed at M-I, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

397.    The allegations of Paragraph 560 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 560 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

398.    The allegations of Paragraph 561 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 561 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

399.    The allegations of Paragraph 562 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 562 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

400.    M-I denies the allegations of Paragraph 563, insofar as they are directed at M-I.

401.    M-I denies the allegations of Paragraph 564, insofar as they are directed at M-I.

402.    The allegations of Paragraph 565 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 565 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

403.    The allegations of Paragraph 566 are not directed at M-I, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 566, including all subparts, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

404.    The allegations of Paragraph 567 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 567 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

405.    The allegations of Paragraph 568 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 568 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

406.    The allegations of Paragraph 569 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 569 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

407.    The allegations of Paragraph 570 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of

Paragraph 570 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

408.    M-I admits that it provided drilling fluids, attendant services, and a recommended drilling fluids program for the well based upon information provided by the operator and subject to operator approval. M-I denies the remaining allegations of Paragraph 571.

409.    Paragraph 572 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 572.

410.    Paragraph 573 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 573.

411.    The allegations of Paragraph 574 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 574 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

412.    The allegations of Paragraph 575 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 575 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

413.    The allegations of Paragraph 576 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 576 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

414.    The allegations of Paragraph 577 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of

Paragraph 577 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

415.   The allegations of Paragraph 578 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 578 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

416.   The allegations of Paragraph 579 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 579 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

417.   The allegations of Paragraph 580 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 580 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

418.   M-I denies the allegations of Paragraph 581, insofar as they are directed at M-I.

419.   M-I denies the allegations of Paragraph 582, including all subparts, insofar as they are directed at M-I.

420.   M-I denies the allegations of Paragraph 583, insofar as they are directed at M-I.

421.   M-I denies the allegations of Paragraph 584, insofar as they are directed at M-I.

422.   M-I denies the allegations of Paragraph 585, insofar as they are directed at M-I.

423.   M-I repeats and realleges its answers to Paragraphs 164-585.

424.   M-I denies the allegations of Paragraph 587, insofar as they are directed at M-I.

425.   M-I denies the allegations of Paragraph 588, insofar as they are directed at M-I.

426.    M-I denies the allegations of Paragraph 589, insofar as they are directed at M-I.

427.    The allegations of Paragraph 590 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 590 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

428.    The allegations of Paragraph 591 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 591 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

429.    The allegations of Paragraph 592 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 592 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

430.    M-I denies the allegations of Paragraph 593.

431.    The allegations of Paragraph 594 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 594 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

432.    M-I denies the allegations of Paragraph 595.

433.    M-I repeats and realleges its answers to Paragraphs 164-595.

434.    The allegations of Paragraph 597 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of

Paragraph 597 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

435.    The allegations of Paragraph 598 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 598 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

436.    The allegations of Paragraph 599 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 599 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

437.    The allegations of Paragraph 600 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 600 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

438.    The allegations of Paragraph 601 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 601 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

439.    The allegations of Paragraph 602 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 602 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

440.   The allegations of Paragraph 603 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 603 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

441.   The allegations of Paragraph 604 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 604 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

442.   The allegations of Paragraph 605 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 605 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

443.   The allegations of Paragraph 606 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 606 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

444.   The allegations of Paragraph 607 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 607 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

445.   The allegations of Paragraph 608 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of

Paragraph 608 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

446.    The allegations of Paragraph 609 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 609 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

447.    The allegations of Paragraph 610 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 610, including all subparts, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

448.    The allegations of Paragraph 611 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 611 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

449.    The allegations of Paragraph 612 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 612 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

450.    The allegations of Paragraph 613 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 613 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

451.   The allegations of Paragraph 614 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 614 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

452.   The allegations of Paragraph 615 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 615 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

453.   The allegations of Paragraph 616 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 616 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

454.   The allegations of Paragraph 617 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 617 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

455.   M-I repeats and realleges its answers to Paragraphs 164-617.

456.   The allegations of Paragraph 619 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 619 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

457.   The allegations of Paragraph 620 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of

Paragraph 620 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

458.    The allegations of Paragraph 621 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 621 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

459.    The allegations of Paragraph 622 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 622 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

460.    The allegations of Paragraph 623 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 623 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

461.    The allegations of Paragraph 624 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 624 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

462.    The allegations of Paragraph 625 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 625 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

463.   The allegations of Paragraph 626 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 626 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

464.   The allegations of Paragraph 627 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 627 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

465.   The allegations of Paragraph 628 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 628 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

466.   The allegations of Paragraph 629 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 629 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

467.   The allegations of Paragraph 630 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 630 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

468.   The allegations of Paragraph 631 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of

Paragraph 631 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

469.   The allegations of Paragraph 632 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 632 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

470.   The allegations of Paragraph 633 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 633 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

471.   The allegations of Paragraph 634 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 634 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

472.   The allegations of Paragraph 635 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 635 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

473.   The allegations of Paragraph 636 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 636 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

474.    The allegations of Paragraph 637 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 637 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

475.    The allegations of Paragraph 638 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 638 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

476.    The allegations of Paragraph 639 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 639 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

477.    M-I repeats and realleges its answers to Paragraphs 164-639.

478.    The allegations of Paragraph 641 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 641 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

479.    The allegations of Paragraph 642 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 642 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

480.    The allegations of Paragraph 643 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of

Paragraph 643 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

481.    The allegations of Paragraph 644 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 644 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

482.    The allegations of Paragraph 645 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 645 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

483.    The allegations of Paragraph 646 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 646 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

484.    The allegations of Paragraph 647 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 647 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

485.    The allegations of Paragraph 648 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 648 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

486.     The allegations of Paragraph 649 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 649 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

487.     The allegations of Paragraph 650 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 650 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

488.     The allegations of Paragraph 651 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 651 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

489.     The allegations of Paragraph 652 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 652 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

490.     The allegations of Paragraph 653 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 653 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

491.     The allegations of Paragraph 654 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of

Paragraph 654 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

492.    The allegations of Paragraph 655 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 655 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

493.    The allegations of Paragraph 656 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 656 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

494.    The allegations of Paragraph 657 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 657 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

495.    The allegations of Paragraph 658 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 658 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

496.    M-I repeats and realleges its answers to Paragraphs 164-658.

497.    The allegations of Paragraph 660 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 660 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

498.    The allegations of Paragraph 661 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 661 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

499.    The allegations of Paragraph 662 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 662 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

500.    The allegations of Paragraph 663 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 663 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

501.    The allegations of Paragraph 664 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 664 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

502.    The allegations of Paragraph 665 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 665 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

503.    The allegations of Paragraph 666 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of

Paragraph 666 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

504.    The allegations of Paragraph 667 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 667 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

505.    The allegations of Paragraph 668 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 668 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

506.    The allegations of Paragraph 669 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 669 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

507.    M-I repeats and realleges its answers to Paragraphs 164-669.

508.    No response is required to the allegations of Paragraph 671 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 671, insofar as they are directed at M-I.

509.    No response is required to the allegations of Paragraph 672 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.  Alternatively, Paragraph 672 contains legal conclusions, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 672.

510.    No response is required to the allegations of Paragraph 673 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 673, insofar as they are directed at M-I.

511.    No response is required to the allegations of Paragraph 674 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 674, insofar as they are directed at M-I.

512.    No response is required to the allegations of Paragraph 675 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 675, insofar as they are directed at M-I.

513.    No response is required to the allegations of Paragraph 676 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 676, insofar as they are directed at M-I.

514.    No response is required to the allegations of Paragraph 677 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 677, insofar as they are directed at M-I.

515.    M-I repeats and realleges its answers to Paragraphs 164-677.

516.    No response is required to the allegations of Paragraph 679 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 679, insofar as they are directed at M-I.

517.    No response is required to the allegations of Paragraph 680 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.  Alternatively, Paragraph 680 contains legal conclusions, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 680.

518.     No response is required to the allegations of Paragraph 681 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims. To the extent that a response is necessary, M-I denies the allegations of Paragraph 681, insofar as they are directed at M-I.

519.     No response is required to the allegations of Paragraph 682 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims. To the extent that a response is necessary, M-I denies the allegations of Paragraph 682, insofar as they are directed at M-I.

520.     No response is required to the allegations of Paragraph 683 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims. To the extent that a response is necessary, M-I denies the allegations of Paragraph 683, insofar as they are directed at M-I.

521.     No response is required to the allegations of Paragraph 684 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims. To the extent that a response is necessary, M-I denies the allegations of Paragraph 684, insofar as they are directed at M-I.

522.     M-I repeats and realleges its answers to Paragraphs 164-684.

523.     No response is required to the allegations of Paragraph 686 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims. To the extent that a response is necessary, M-I denies the allegations of Paragraph 686, insofar as they are related to M-I.

524.     No response is required to the allegations of Paragraph 687 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims. To the extent that a response is necessary, M-I denies the allegations of Paragraph 687, insofar as they are related to M-I.

525.     No response is required to the allegations of Paragraph 688 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims. To the extent that a response is necessary, M-I denies the allegations of Paragraph 688, insofar as they are related to M-I.

526.     No response is required to the allegations of Paragraph 689 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 689, insofar as they are directed at M-I.

527.     No response is required to the allegations of Paragraph 690 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 690, insofar as they are related to M-I.

528.     M-I repeats and realleges its answers to Paragraphs 164-690.

529.     No response is required to the allegations of Paragraph 692 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 692 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 692 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

530.     No response is required to the allegations of Paragraph 693 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 693 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 693 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

531.     No response is required to the allegations of Paragraph 694 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 694 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 694 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

532.     No response is required to the allegations of Paragraph 695 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.   Alternatively, the allegations of Paragraph 695 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 695 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

533.     No response is required to the allegations of Paragraph 696 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.   Alternatively, the allegations of Paragraph 696 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 696 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

534.     No response is required to the allegations of Paragraph 697 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.   Alternatively, the allegations of Paragraph 697 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 697 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

535.     No response is required to the allegations of Paragraph 698 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.   Alternatively, the allegations of Paragraph 698 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 698 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

536.     No response is required to the allegations of Paragraph 699 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.   Alternatively, the allegations of Paragraph 699 are not directed at M-I, and therefore no response is required.  To

the extent that a response is necessary, M-I denies the allegations of Paragraph 699 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

537.   No response is required to the allegations of Paragraph 700 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.   Alternatively, the allegations of Paragraph 700 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 700 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

538.   No response is required to the allegations of Paragraph 701 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.   Alternatively, the allegations of Paragraph 701 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 701 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

539.   No response is required to the allegations of Paragraph 702 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.   Alternatively, the allegations of Paragraph 702 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 702 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

540.   No response is required to the allegations of Paragraph 703 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.   Alternatively, the allegations of Paragraph 703 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 703 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

541.    No response is required to the allegations of Paragraph 704 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 704 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 704 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

542.    No response is required to the allegations of Paragraph 705 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 705 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 705 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

543.    No response is required to the allegations of Paragraph 706 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 706 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 706 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

544.    No response is required to the allegations of Paragraph 707 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 707 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 707 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

545.    No response is required to the allegations of Paragraph 708 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 708 are not directed at M-I, and therefore no response is required.  To

the extent that a response is necessary, M-I denies the allegations of Paragraph 708 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

546.    No response is required to the allegations of Paragraph 709 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.    Alternatively, the allegations of Paragraph 709 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 709 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

547.    No response is required to the allegations of Paragraph 710 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.    Alternatively, the allegations of Paragraph 710 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 710 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

548.    M-I repeats and realleges its answers to Paragraphs 164-710.

549.    No response is required to the allegations of Paragraph 712 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.    Alternatively, the allegations of Paragraph 712 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 712 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

550.    No response is required to the allegations of Paragraph 713 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.    Alternatively, the allegations of Paragraph 713 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 713 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

551.    No response is required to the allegations of Paragraph 714 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.   Alternatively, the allegations of Paragraph 714 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 714 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

552.    No response is required to the allegations of Paragraph 715 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.   Alternatively, the allegations of Paragraph 715 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 715 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

553.    No response is required to the allegations of Paragraph 716 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.   Alternatively, the allegations of Paragraph 716 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 716 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

554.    No response is required to the allegations of Paragraph 717 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.   Alternatively, the allegations of Paragraph 717 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 717 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

555.    No response is required to the allegations of Paragraph 718 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.   Alternatively, the allegations of Paragraph 718 are not directed at M-I, and therefore no response is required.  To

the extent that a response is necessary, M-I denies the allegations of Paragraph 718 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

556.     No response is required to the allegations of Paragraph 719 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.   Alternatively, the allegations of Paragraph 719 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 719 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

557.     No response is required to the allegations of Paragraph 720 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.   Alternatively, the allegations of Paragraph 720 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 720 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

558.     No response is required to the allegations of Paragraph 721 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.   Alternatively, the allegations of Paragraph 721 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 721 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

559.     No response is required to the allegations of Paragraph 722 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.   Alternatively, the allegations of Paragraph 722 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 722 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

560.     No response is required to the allegations of Paragraph 723 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 723 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 723 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

561.     No response is required to the allegations of Paragraph 724 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 724 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 724 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

562.     No response is required to the allegations of Paragraph 725 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 725 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 725 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

563.     No response is required to the allegations of Paragraph 726 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 726 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 726 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

564.     M-I repeats and realleges its answers to Paragraphs 164-726.

565.     No response is required to the allegations of Paragraph 728 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.   Alternatively, the

allegations of Paragraph 728 do not require a response as they are not allegations of fact. To the extent that a response is necessary, upon information and belief, M-I admits the allegations of Paragraph 728.

566.    No response is required to the allegations of Paragraph 729 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims. Alternatively, the allegations of Paragraph 729 do not require a response as they are not allegations of fact. To the extent that a response is necessary, M-I denies the allegations of Paragraph 729 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

567.    No response is required to the allegations of Paragraph 730 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims. Alternatively, the allegations of Paragraph 730 do not require a response as they are not allegations of fact. To the extent that a response is necessary, upon information and belief, M-I admits the allegations of Paragraph 730.

568.    No response is required to the allegations of Paragraph 731 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims. To the extent a response is necessary, M-I denies the allegations of Paragraph 731, insofar as they are directed at M-I.

569.    No response is required to the allegations of Paragraph 732 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims. To the extent a response is necessary, M-I denies the allegations of Paragraph 732, insofar as they are directed at M-I.

570.    No response is required to the allegations of Paragraph 733 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims. To the extent a response is necessary, M-I denies the allegations of Paragraph 733, insofar as they are directed at M-I.

571.    No response is required to the allegations of Paragraph 734 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.  To the extent a response is necessary, M-I denies the allegations of Paragraph 734, insofar as they are directed at M-I.

572.    No response is required to the allegations of Paragraph 735 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.  To the extent a response is necessary, M-I denies the allegations of Paragraph 735, insofar as they are directed at M-I.

573.    No response is required to the allegations of Paragraph 736 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.  To the extent a response is necessary, M-I denies the allegations of Paragraph 736, insofar as they are directed at M-I.

574.    No response is required to the allegations of Paragraph 737 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.  To the extent a response is necessary, M-I denies the allegations of Paragraph 737 insofar as they are directed at M-I.

575.    M-I repeats and realleges its answers to Paragraphs 164-737.

576.    No response is required to the allegations of Paragraph 739 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 739 do not require a response as they are not allegations of fact.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 739 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

577.    No response is required to the allegations of Paragraph 740 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 740 do not require a response as they are not allegations of fact.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 740 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

578.   No response is required to the allegations of Paragraph 741 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.  To the extent a response is necessary, M-I denies the allegations of Paragraph 741, insofar as they are directed at M-I.

579.   No response is required to the allegations of Paragraph 742 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.  To the extent a response is necessary, M-I denies the allegations of Paragraph 742, insofar as they are directed at M-I.

580.   No response is required to the allegations of Paragraph 743 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.  To the extent a response is necessary, M-I denies the allegations of Paragraph 743, insofar as they are directed at M-I.

581.   No response is required to the allegations of Paragraph 744 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.  To the extent a response is necessary, M-I denies the allegations of Paragraph 744, insofar as they are directed at M-I.

582.   No response is required to the allegations of Paragraph 745 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.  To the extent a response is necessary, M-I denies the allegations of Paragraph 745, insofar as they are directed at M-I.

583.   No response is required to the allegations of Paragraph 746 pursuant to the Court's Order of December 9, 2011 dismissing all state law claims.  To the extent a response is necessary, M-I denies the allegations of Paragraph 746, insofar as they are directed at M-I.

584.   M-I repeats and realleges its answers to Paragraphs 164-746.

585.   The allegations of Paragraph 748 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 748 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

586.    The allegations of Paragraph 749 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 749 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

587.    The allegations of Paragraph 750 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 750 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

588.    The allegations of Paragraph 751 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 751 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

589.    The allegations of Paragraph 752 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 752 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

590.    The allegations of Paragraph 753 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 753 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

591.    The allegations of Paragraph 754 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of

Paragraph 754 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

592.    The allegations of Paragraph 755 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 755 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

593.    The allegations of Paragraph 756 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 756 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

594.    The allegations of Paragraph 757 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 757 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

595.    The allegations of Paragraph 758 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 758 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

596.    The allegations of Paragraph 759 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 759 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

597.    The allegations of Paragraph 760 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 760 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

598.    The allegations of Paragraph 761 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 761 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

599.    The allegations of Paragraph 762 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 762 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

600.    The allegations of Paragraph 763 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 763 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

601.    The allegations of Paragraph 764 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 764 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

602.    The allegations of Paragraph 765 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of

Paragraph 765 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

603.    The allegations of Paragraph 766 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 766, including all subparts, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

604.    The allegations of Paragraph 767 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 767 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

605.    The allegations of Paragraph 768 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 768 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

606.    No response is required to the allegations of Paragraph 769 pursuant to the Court's Order of December 9, 2011 dismissing the claim for declaratory relief.  Alternatively, Paragraph 769 contains legal conclusions, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 769.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

The allegations of the Master Complaint, Cross-claim, and Third-Party Complaint for Local Governmental Entities fail to state a claim upon which relief can be granted.

### SECOND DEFENSE

The events giving rise to the injuries and damage alleged by Plaintiffs were not the result of any negligence, fault, or want of due care on the part of M-I or those for whom M-I may be responsible.

### THIRD DEFENSE

Neither M-I nor its employees, agents, and/or other representatives, or anyone for whom it was responsible, was in any manner negligent or guilty of any acts or omissions or breach of duty in connection with the blowout, explosions, fire, and oil spill occurring on or about April 20, 2010 involving the Macondo well site at Mississippi Canyon Block 252 and the MODU *Deepwater Horizon* and/or any damages, personal injuries or deaths allegedly sustained by any other party arising out of the blowout, explosions, fire, and oil spill occurring on or about April 20, 2010 made the basis of these proceedings.

### FOURTH DEFENSE

At all materials times, parties outside of M-I's control were responsible for the safe operation of the MODU *Deepwater Horizon*.  Therefore, M-I is neither liable nor responsible in law or in fact for any acts, omissions, breach of duty or unseaworthy condition(s) attributable to any cross-defendant and/or the MODU *Deepwater Horizon*.

**FIFTH DEFENSE**

The superseding and/or intervening negligence and/or breach of duty of parties other than M-I was the proximate cause of the blowout, explosions, fire, and oil spill occurring on or about April 20, 2010 made the basis of these proceedings.

**SIXTH DEFENSE**

M-I reserves the right to rely on any and all further defenses that become available or appear during discovery proceedings in this action and specifically reserves the right to amend this Answer for purposes of asserting additional defenses.

WHEREFORE, M-I prays that judgment be entered in favor of M-I and against Plaintiffs on their cross-claims and third-party claims against M-I, and for such further relief as may be just and proper.

January 23, 2012

MORGAN, LEWIS & BOCKIUS LLP

**OF COUNSEL:**
MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Hugh E. Tanner*
    Hugh E. Tanner

Derek E. Leon
dleon@morganlewis.com
Texas Bar No. 24002463
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone:     (305) 415-3000
Facsimile:      (305) 415-3001

htanner@morganlewis.com
Texas Bar No. 19637400
1000 Louisiana, Suite 4000
Houston, Texas  77002
Telephone:     (713) 890-5000
Facsimile:      (713) 890-5001

**ATTORNEY FOR DEFENDANT
M-I L.L.C.**

Denise Scofield
dscofield@morganlewis.com
Texas Bar No. 00784934
1000 Louisiana, Suite 4000
Houston, Texas  77002
Telephone:     (713) 890-5000
Facsimile:      (713) 890-5001

**ATTORNEYS FOR DEFENDANT
M-I L.L.C.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Answer and Affirmative Defenses of M-I L.L.C. to Cross-Claims and Third-Party Claims of Bundle C Plaintiffs has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the Court's CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179, on this 23rd day of January, 2012.

<em>/s/ Hugh E. Tanner</em><br>Hugh E. Tanner