IN RE: DEEPWATER HORIZON LITIGATION
MDL NO. 2179

| | |
|---|---|
| JAMES PARKERSON ROY | STEPHEN J. HERMAN |
| Domengeaux Wright Roy & Edwards LLC | Herman, Herman Katz & Cotlar, LLP |
| 556 Jefferson St. Suite 500 | 820 O'Keefe Ave. |
| Lafayette, LA 70501 | New Orleans, LA 70113 |
| Telephone: (337) 233-3033 | Telephone: (504) 581-4892 |
| Direct: (337) 593-4190 | Direct: (504) 680-0554 |
| Fax: (337) 233-2796 | Fax: (504) 561-6024 |

January 20, 2012

*VIA* E-MAIL

The Honorable Carl J. Barbier
United States District Judge
500 Poydras Street, Room C-268
New Orleans, Louisiana 70130
E-Mail: ben_allums@laed.uscourts.gov

      Re:   HESI Motion to Exclude testimony, documents, and other evidence reflecting any expert opinion(s) of Fred Sabins or CSI Technologies, Inc. regarding the Macondo well

Dear Judge Barbier:

      Plaintiffs construed Halliburton's Letter Brief of January 9th as limited to the exclusion of any testimony "reflecting *expert opinion(s)*" of Mr. Sabins - directed chiefly toward the exclusion of Appendix K to the Bly Report.[1]

      BP apparently interpreted Halliburton's motion to also seek the exclusion of *factual* testimony.[2]

      To the extent Halliburton is seeking to exclude factual testimony, Plaintiffs strongly object, and would respectfully adopt BP's Opposition [Doc 5250], at pp.2-3.

---

[1] *See* PLAINTIFFS' LETTER BRIEF, dated January 17, 2012.

[2] *See* BP'S OPPOSITION [Doc 5250].

1

For the above and foregoing reasons, and for the reasons stated in Plaintiffs' Letter Briefs of January 17th, the PSC respectfully requests that the Court deny HESI's requests to exclude Appendix K of the Bly Report and/or the factual testimony of Mr. Sabins from admission during the Phase I trial.

                                        Respectfully submitted,

                                        JAMES PARKERSON ROY
                                        STEPHEN J. HERMAN
                                        *Plaintiffs' Liaison Counsel*

cc: Hon. Sally Shushan (*via* E-Mail)
    DEFENSE LIAISON COUNSEL  (*via* E-Mail)
    Mike Underhill, Esq. (*via* E-Mail)
    Hon. Luther Strange (*via* E-Mail)
    Mike O'Keefe (*via* E-Mail)