UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Regarding the PSC's Challenge to BP's Clawback Request]**

On January 12, 2012, the PSC submitted a letter for *in camera* review. It challenges the clawback of a BP document. On January 18, 2012, BP submitted a letter in response for *in camera* review. For the reasons presented by BP, the PSC's challenge is DENIED.

Any appeal of this order shall be presented by **Monday, January 30, 2012**.

New Orleans, Louisiana, this 23rd day of January, 2012.

                                                              SALLY SHUSHAN
                                                              **United States Magistrate Judge**