UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Regarding PSC's Motion for Leave to Join BP's Spoliation Motion (Rec. doc. 5308)]**

On January 20, 2012, the motion of BP for spoliation sanctions against Halliburton was granted in part and denied in part. Rec. doc. 5307. Shortly after the order was entered, the PSC moved for leave to join in and supplement BP's motion for spoliation sanctions.

IT IS ORDERED that the PSC's motion for leave join in and supplement BP's motion for spoliation sanctions (Rec. doc. 5308) is DENIED.

New Orleans, Louisiana, this 23rd day of January, 2012.

SALLY SHUSHAN
United States Magistrate Judge