UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig           MDL NO. 2179
      "Deepwater Horizon" in the Gulf
      of Mexico, on April 20, 2010         SECTION J

Applies to: *All Cases*                     JUDGE BARBIER
                                                         MAGISTRATE JUDGE SHUSHAN

## ORDER

**[Regarding Allocation for Jesse Gagliano Depositions on February 7 and 8]**

|  | Request | Default | Allocation |
|---|---|---|---|
| PSC | 290 minutes | 290 minutes | 240 minutes |
| United States | 120 minutes | 110 minutes | 110 minutes |
| States | 90 minutes | 90 minutes | 30 minutes |
| Transocean | 150 minutes | 75 minutes | 130 minutes |
| Cameron | 60 minutes | 75 minutes | 15 minutes |
| Weatherford | 60 minutes | 15 minutes | 15 minutes |
| Anadarko | 15 minutes | 45 minutes | 15 minutes |
| M-I Swaco | 20 minutes | 15 minutes | 20 minutes |
| BP | 360 minutes | 95 minutes | 270 minutes |
| Halliburton | 70 minutes | 75 minutes | 70 minutes |
| Total |  |  | **915 minutes** |

       The parties shall be permitted to cede time among themselves. MOEX did not request time, and Dril-Quip's motion for summary judgment was granted. The examination shall be conducted in the order provided above. The order is issued without prejudice to the issue of whether Gagliano will be permitted to withdraw his invocation of his Fifth Amendment right.

Any appeal of this order must be filed by no later than **Thursday, January 26, 2012.**

New Orleans, Louisiana, this 23rd day of January, 2012.

**Sally Shushan**
**United States Magistrate Judge**