**DEADLINES** [Revised-January 21, 2012]

| | |
|---|---|
| 01-23-2012 | Deadline for all motions *in limine* and final pre-trial motions for matters relating to Phase One, including motions for summary judgment. |
| | Deadline for replies for motions *in limine* filed on January 9. |
| | Deadline for Anadarko and MOEX for objections to final exhibit lists |
| 01-24-2012 | *Daubert* Motions deadline for Phase One Trial (memoranda limited to 10 pages) |
| 01-25-2012 | Deadline for letter brief for parties contending that Gagliano should not be permitted to testify. |
| | Deadline for BP's letter brief on Steve Newman. |
| 01-26-2012 | Deadline for various reports from parties regarding Reconvening U.S. Rule 30(b)(6) deposition and Phase Two discovery (see order for January 20 working group conference) |
| 01-27-2012 | Conference with Magistrate Judge Shushan. |
| | Group Eleven deposition bundles to Judge Barbier. |
| 01-30-2012 | Deadline for rebuttal reports (if any) from Halliburton and U.S. on Ronald Crook. |
| | Deadline for briefs on email strings (see Rec. doc. 5142). |
| | Deadline for oppositions on Gagliano. |
| | Deadline for Transocean's opposition on Steve Newman. |
| 01-31-2012 | Submit final pre-trial stipulations, witness and exhibit lists. |
| | US report on status of document production for Phase Two, including privilege logs. |
| 02-02-2102 | Deadline for replies on Gagliano. |
| | Deadline for BP reply on Steve Newman. |
| 02-03-2012 | Final Pre-Trial Conference for Phase One. |
| | Conference with Magistrate Judge Shushan following PTC. |
| | Group Twelve deposition bundles to Judge Barbier. |

02-06-2012     Deadline for oppositions to all motions filed on January 23, 2012.

Deadline for parties to provide list of attorneys and witnesses for use by U.S. Marshal.

02-07-2012     Deposition of Jesse Gagliano

02-08-2012     Deposition of Jesse Gagliano

Each party shall submit a **pre-trial statement.** It shall be doubled spaced and it shall be no longer than 10 pages. The statement shall contain any matter the party deems pertinent for Judge Barbier's consideration before the trial. It may contain summaries of material facts or lists of contested facts or issues of law. The parties shall not submit a formal pre-trial order.

02-10-2012     Group Thirteen deposition bundles to Judge Barbier.

Conference with Magistrate Judge Shushan - Phase One followed by Phase Two.

02-13-2012     Replies in support of all motions filed on January 23, 2012.

02-14-2012     Oppositions to *Daubert* Motions (memoranda limited to 10 pages).

02-15-2012     Exchange **<u>all</u>** demonstratives.

02-16-2012     Resolve all technology issues in courtroom and related space.

02-17-2012     Resolve all technology issues in courtroom and related space.

Group Fourteen deposition bundles to Judge Barbier.

Conference with Magistrate Judge Shushan - Phase One followed by Phase Two

02-20-2012     Replies to *Daubert* Motions (replies limited to three (3) pages).

02-21-2012     MARDI GRAS

02-22-2012     Oppositions to **<u>all</u>** demonstratives

02-24-2012     Conference with Magistrate Judge Shushan - Phase Two

02-27-2012     Phase One Trial.

Q:\Deep Water Horizon\Order re Time Line Revised\Time Line (Phase One) -Revised 01-17-12.wpd