UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | **MDL NO. 2179** **SECTION J** |
| **Applies to:** *All Cases* | **JUDGE BARBIER** **MAGISTRATE JUDGE SHUSHAN** |

## ORDER

### [Regarding Witness Lists]

On January 20, 2012, witnesses lists were filed by the following: (1) all plaintiffs (Rec. doc. 5314; (2) Transocean (Rec. doc. 5318); (3) BP (Rec. doc. 5317); (4) Halliburton (Rec. doc. 5315); (5) Cameron (Rec. doc. 5309); (6) Anadarko (Rec. doc. 5303); (7) Weatherford (Rec. doc. 5313); and (8) Dril-Quip (Rec. doc. 5310).

The plaintiffs' list includes expert and fact witnesses, including may call witnesses identified as custodians of records. Transocean's lists includes expert and fact witnesses. It also includes witnesses presented by deposition designations. The list from Anadarko is similar to Transocean's list. BP listed will call fact and expert witnesses and a single may call witness. The lists from Halliburton and Cameron are similar to BP's list. Weatherford submitted a short list. Dril-Quip, whose motion for summary judgment was granted (Rec. doc. 5306), listed two witnesses.

By **Friday, January 27, 2012**, the PSC shall prepare a single list of the <u>expert</u> witnesses for all parties in alphabetical order.[1] The list shall indicate: (1) the party presenting the expert; (2) whether the expert is a will call expert; or (3) whether the expert is a may call expert.[2]

By **Friday, January 27, 2012**, BP shall prepare a single list of the live <u>fact</u> witnesses for all

---

[1] If a party listed witnesses who will be called by deposition, they should not be on this listing.

[2] The plaintiffs' list is the only list to identify may call experts.

parties in alphabetical order. The list shall indicate: (1) whether the person is a will call witness; (2) whether the person is a may call witness; (3) the person's employer at the time of the incident; (4) the party or parties who have stated that they will (or may) call the person; and (5) whether the person was deposed.

The single list to be prepared by BP will include Jesse Gagliano without prejudice to BP's objection to Gagliano's withdrawal of his invocation of the Fifth Amendment.

The single list to be prepared by BP will not include Mark Hafle, Robert Kaluza and Brian Morel, who have invoked the Fifth Amendment. Transocean listed them as will call witnesses in the event they no longer assert their Fifth Amendment rights. The single list to be prepared by BP will not include Don Vidrine, who has not been able to testify because of medical restrictions. He was listed by all plaintiffs and Transocean as a will call witness if he recovers and is able to testify.

The depositions bundles for the persons who will (or may) be called as live fact witnesses will be pulled from those to be read by Judge Barbier.

New Orleans, Louisiana, this 23rd day of January, 2012.

**SALLY SHUSHAN**
**United States Magistrate Judge**

2