IN RE:
OIL SPILL BY THE OIL RIG MDL
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20,
2010

Docket No. 2179

---

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

---

The motion of Jerome H. Moroux and Broussard & David states as follows:

1.

Jerome H. Moroux and Broussard & David no longer represent Plaintiff, EDDIE BILL BROWN, in the above captioned matter and thus formally wish to withdraw as Plaintiff's counsel of record.

2.

Plaintiff's last known address is 173 Cherokee St., Charenton, LA 70523.

3.

On or about, October 15, 2011 plaintiff contacted Jerome H. Moroux and advised that he had sought other counsel for representation in the above captioned matter.

4.

In order to comply with Rule 9.13c(4), on or about October 28, 2011, Jerome H. Moroux forwarded correspondence to Plaintiff acknowledging at the above referenced address. Jerome H. Moroux also forwarded Mr. Brown's file to Mr. Brown's new counsel.

5.

Movers certify that they have complied with Rule 9.13(a) of the Rules for Civil Proceedings in District Courts and Rule 1.16 of the Rules of Professional Conduct, Louisiana

State Bar Association, Articles of Incorporation, Article 16 and hereby move this Court to accept this Motion to Withdraw.

        Respectfully submitted,

        BROUSSARD & DAVID, L.L.C.

        /s *Jerome H. Moroux*
        _____

        JEROME H. MOROUX (No. 32666)
        600 Jefferson Street
        Chase Tower - Suite 700
        Post Office Box 3524
        Lafayette, Louisiana 70502-3524
        (337) 233-2323 - Telephone
        (337) 233-2353 - Fax

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been forwarded to all known counsel of record.  Lafayette, Louisiana, this day of January, 2012.

        /s/*Jerome H. Moroux*
        _____
        JEROME H. MOROUX