UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig | MDL NO. 2179 |
| "Deepwater Horizon" in the | SECTION: J |
| Gulf of Mexico, on | JUDGE BARBIER |
| April 20, 2010 | MAG. JUDGE SHUSHAN |

This Document Relates to: 10-2771

___

**ORDER**
___

CONSIDERING THE FOREGOING Motion to Withdraw as Counsel of Record as to Eddie Bill Brown;

IT IS ORDERED that Jerome H. Moroux and Broussard & David be allowed to withdraw as counsel of record for EDDIE BILL BROWN in the above captioned matter.

THUS DONE AND SIGNED at New Orleans, Louisiana, on the _____ day of _____ 2012.

_____
Judge, U.S. District Court