UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL NO. 2179<br><br>SECTION: J |
| This Document Relates To: *ALL CASES* and *2:10-cv-2771* | § § § § § § | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## M-I L.L.C.'S PHASE ONE TRIAL WITNESS LIST

In addition to witnesses identified by other parties, Defendant M-I L.L.C. ("M-I"), through undersigned counsel, respectfully submits its Phase One Trial Witness List.

M-I reserves the right to amend its Phase One Trial Witness list because discovery in this matter is ongoing and the issues to be tried at the February 27, 2012 trial have not yet been resolved.

Dated:  January 20, 2012

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

**OF COUNSEL:**
MORGAN, LEWIS & BOCKIUS LLP    By: __/s/ *Hugh E. Tanner*_____

    Hugh E. Tanner

Derek E. Leon    htanner@morganlewis.com
dleon@morganlewis.com    Texas Bar No. 19637400
Texas Bar No. 24002463    1000 Louisiana, Suite 4000
5300 Wachovia Financial Center    Houston, Texas  77002
200 South Biscayne Boulevard    Telephone:    (713) 890-5000
Miami, Florida  33131-2339    Facsimile:    (713) 890-5001
Telephone:    305-415-3000
Facsimile:    305-415-3001    **ATTORNEYS FOR DEFENDANT**
    **M-I L.L.C.**

Denise Scofield
dscofield@morganlewis.com
Texas Bar No. 00784934
1000 Louisiana, Suite 4000
Houston, Texas  77002
Telephone:    (713) 890-5000
Facsimile:    (713) 890-5001

**ATTORNEYS FOR DEFENDANT**
**M-I L.L.C.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Defendant M-I L.L.C.'s Phase One Trial Witness List* has been served on All Counsel on this 20th day of January, 2012.

*/s/ Hugh E. Tanner*
Hugh E. Tanner