M-I L.L.C.'s Phase One Trial Witness List
MDL 2179

| Witness | Party | Witness List No. | Fact or Expert | Date of Deposition (Expert Witness only) | Will Call | May Call |
|---|---|---|---|---|---|---|
| Billon, Brad | M-I | | Fact | N/A | Yes | |
| Chenevert, Martin | M-I | | Expert | January 5, 2012 | Yes | |
| Friedheim, James | M-I | | Expert | January 5, 2012 | Yes | |
| Lindner, Leo | M-I | PPL 142 | Fact | N/A | | Yes |
| Meche, Gregory | M-I | | Fact | N/A | Yes | |
| Medley, George | M-I | | Expert | December 7-8, 2011 | Yes | |
| Sepulvado, Murry | BP | PPL 119 | Fact | N/A | Yes | |
| Sepulvado, Ronnie | BP | PPL 138 | Fact | N/A | Yes | |