09:32AM

```
 1                    UNITED STATES DISTRICT COURT

 2                    EASTERN DISTRICT OF LOUISIANA

 3
      ******************************************************************
 4
      IN RE: OIL SPILL BY THE OIL
 5    RIG DEEPWATER HORIZON IN
      THE GULF OF MEXICO ON
 6    APRIL 20, 2010

 7                              CIVIL ACTION NO. 10-MD-2179 "J"
                                NEW ORLEANS, LOUISIANA
 8                              THURSDAY, JANUARY 19, 2012, 9:30 A.M.

 9
      THIS DOCUMENT RELATES TO
10    ALL CASES

11    ******************************************************************

12

13            TRANSCRIPT OF MONTHLY STATUS CONFERENCE PROCEEDINGS
                 HEARD BEFORE THE HONORABLE CARL J. BARBIER
14                     UNITED STATES DISTRICT JUDGE

15

16    APPEARANCES:

17

18    FOR THE PLAINTIFFS'
      LIAISON COUNSEL:           DOMENGEAUX WRIGHT ROY & EDWARDS
19                               BY:  JAMES P. ROY, ESQUIRE
                                 P. O. BOX 3668
20                               556 JEFFERSON STREET
                                 LAFAYETTE, LA  70502
21

22
                                 HERMAN HERMAN KATZ & COTLAR
23                               BY:  STEPHEN J. HERMAN, ESQUIRE
                                 820 O'KEEFE AVENUE
24                               NEW ORLEANS, LA  70113

25
```

```
 1  APPEARANCES CONTINUED:

 2

 3  FOR THE PLAINTIFFS:        BREIT DRESCHER IMPREVENTO & WALKER
                               BY:  JEFFREY A. BREIT, ESQUIRE
 4                             1000 DOMINION TOWER
                               999 WATERSIDE DRIVE
 5                             NORFOLK, VA   23510

 6

 7                             LEVIN PAPANTONIO THOMAS MITCHELL
                               RAFFERTY & PROCTOR
 8                             BY:  BRIAN H. BARR, ESQUIRE
                               316 SOUTH BAYLEN STREET, SUITE 600
 9                             PENSACOLA, FL   32502

10

11                             CUNNINGHAM BOUNDS
                               BY:  ROBERT T. CUNNINGHAM, ESQUIRE
12                             1601 DAUPHIN STREET
                               MOBILE, AL   36604
13

14
                               LEWIS, KULLMAN , STERBCOW & ABRAMSON
15                             BY:  PAUL M. STERBCOW, ESQUIRE
                               PAN AMERICAN LIFE BUILDING
16                             601 POYDRAS STREET, SUITE 2615
                               NEW ORLEANS LA   70130
17

18
                               LIEFF CABRASER HEIMANN & BERNSTEIN
19                             BY:  ELIZABETH J. CABRASER, ESQUIRE
                               275 BATTERY STREET, 29TH FLOOR
20                             SAN FRANCISCO, CA   94111

21

22                             WILLIAMSON & RUSNAK
                               BY:  JIMMY WILLIAMSON, ESQUIRE
23                             4310 YOAKUM BOULEVARD
                               HOUSTON, TX   77006
24

25
```

```
1    APPEARANCES CONTINUED:

2

3
                          WATTS GUERRA CRAFT
4                         BY:  MIKAL C. WATTS, ESQUIRE
                          4 DOMINION DRIVE
5                         BUILDING 3, SUITE 100
                          SAN ANTONIO, TX  78257
6

7
                          WEITZ & LUXENBERG
8                         BY:  ROBIN L. GREENWALD, ESQUIRE
                          700 BROADWAY
9                         NEW YORK CITY, NY  10003

10

11                        MORGAN & MORGAN
                          BY:  ALPHONSO M. ESPY, ESQUIRE
12                             FRANK M. PETOSA, ESQUIRE
                          188 EAST CAPITOL STREET, SUITE 777
13                        JACKSON, MS  39201

14

15                        MARTÍNEZ, GONZALES, KALBAC & KANE
                          BY:  ERVIN A. GONZALEZ, ESQUIRE
16                        255 ALHAMBRA CIRCLE, PENTHOUSE
                          CORAL GABLES, FL  33134
17

18
                          COSSICH SUMICH PARSIOLA & TAYLOR
19                        BY:  PHILIP F. COSSICH, JR., ESQUIRE
                          8397 HIGHWAY 23, SUITE 100
20                        BELLE CHASSE, LA  70037

21

22                        DEGRAVELLES PALMINTIER HOLTHAUS & FRUGE
                          BY:  MICHAEL C. PALMINTIER, ESQUIRE
23                        618 MAIN STREET
                          BATON ROUGE, LA  70801
24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3                         BEASLEY ALLEN CROW METHVIN
                          PORTIS & MILES
 4                        BY:  RHON E. JONES, ESQUIRE
                          POST OFFICE BOX 4160
 5                        MONTGOMERY, AL  36013

 6

 7                        FAYARD & HONEYCUTT
                          BY:  CALVIN C. FAYARD, JR., ESQUIRE
 8                        519 FLORIDA AVENUE SW
                          DENHAM SPRINGS, LA 70726
 9

10
                          LUNDY, LUNDY, SOILEAU & SOUTH
11                        BY:  MATTHEW E. LUNDY, ESQUIRE
                          501 BROAD STREET
12                        LAKE CHARLES, LA  70601

13

14                        WILLIAMS LAW GROUP
                          BY:  CONRAD S. P. WILLIAMS, ESQUIRE
15                        435 CORPORATE DRIVE, SUITE 101
                          HOUMA, LA  70360
16

17

18                        BARON & BUDD
                          BY:  SCOTT SUMMY, ESQUIRE
                               CARLA M. BURKE, ESQUIRE
19                        3102 OAK LAWN AVENUE, SUITE 1100
                          DALLAS, TX  75219
20

21

22                        LEGER & SHAW
                          BY:  WALTER J. LEGER, JR., ESQUIRE
                          600 CARONDELET STREET, 9TH FLOOR
23                        NEW ORLEANS, LA  70130

24

25
```

```
 1  APPEARANCES CONTINUED:

 2

 3                              BARRIOS KINGSDORF & CASTEIX
                                BY:  DAWN M. BARRIOS, ESQUIRE
 4                              701 POYDRAS STREET, SUITE 3650
                                NEW ORLEANS LA 70139
 5

 6                              MOTLEY RICE
 7                              BY:  JOSEPH D. RICE, ESQUIRE
                                28 BRIDGESIDE BOULEVARD
 8                              MOUNT PLEASANT, SC 29464

 9

10                              LUNDY, LUNDY, SOILEAU & SOUTH
                                BY:  MATTHEW E. LUNDY, ESQUIRE
11                              501 BROAD STREET
                                LAKE CHARLES, LA  70601
12

13
    FOR THE SIERRA CLUB
14  AND GULF RESTORATION
    NETWORK:                    WALTZER & WIYGUL
15                              BY:  CLAY J. GARSIDE, ESQUIRE
                                3715 WESTBANK EXPRESSWAY, SUITE 13
16                              HARVEY, LA  70058

17

18  FOR STATE INTERESTS:        ALABAMA ATTORNEY GENERAL'S OFFICE
                                BY:  LUTHER STRANGE, ESQUIRE
19                                   COREY L. MAZE, ESQUIRE
                                500 DEXTER AVENUE
20                              MONTGOMERY, AL  36130

21

22  FOR THE STATE OF
    LOUISIANA:                  STATE OF LOUISIANA
23                              BY:  JAMES D. CALDWELL, ATTORNEY GENERAL
                                POST OFFICE BOX 94005
24                              BATON ROUGE, LA  70804

25
```

```
 1  APPEARANCES CONTINUED:

 2

 3                               KANNER & WHITELEY
                                 BY:  ALLAN KANNER, ESQUIRE
 4                               701 CAMP STREET
                                 NEW ORLEANS, LA  70130
 5

 6
    FOR THE PARISH OF
 7  JEFFERSON AND THE
    STATE OF LOUISIANA
 8  AND ITS MUNICIPALITIES,
    POLITICAL SUBDIVISIONS
 9  AND SERVICE DISTRICTS:  GAUDRY RANSON HIGGINS & GREMILLION
                            BY:  WADE A LANGLOIS, ESQUIRE
10                               DARYL A. HIGGINS, ESQUIRE
                            OAKWOOD CORPORATE CENTER
11                          401 WHITNEY AVENUE, SUITE 500
                            GRETNA, LA  70056
12

13
    FOR THE FEDERAL
14  GOVERNMENT INTERESTS:   U.S. DEPARTMENT OF JUSTICE
                            TORTS BRANCH, CIVIL DIVISION
15                          BY:  R. MICHAEL UNDERHILL, ESQUIRE
                            450 GOLDEN GATE AVENUE
16                          7TH FLOOR, ROOM 5395
                            SAN FRANCISCO, CA  94102
17

18
    FOR THE UNITED STATES
19  OF AMERICA:             ENVIRONMENTAL ENFORCEMENT SECTION
                            U.S. DEPARTMENT OF JUSTICE
20                          BY:  STEVEN O'ROURKE, ESQUIRE
                                 SCOTT CERNICH, ESQUIRE
21                          P.O. BOX 7611
                            WASHINGTON, DC  20044
22

23

24

25
```

```
 1   APPEARANCES CONTINUED:

 2


 3   FOR BP AMERICA INC.,
     BP AMERICA PRODUCTION
 4   COMPANY, BP COMPANY
     NORTH AMERICA INC.,
 5   BP CORPORATION NORTH
     AMERICA INC.,
 6   BP EXPLORATION &
     PRODUCTION INC.,
 7   BP HOLDINGS NORTH
     AMERICA LIMITED,
 8   BP PRODUCTS NORTH
     AMERICA INC.:           LISKOW & LEWIS
 9                           BY:  DON K. HAYCRAFT, ESQUIRE
                             ONE SHELL SQUARE
10                           701 POYDRAS STREET
                             SUITE 5000
11                           NEW ORLEANS, LA  70139

12

13                           KIRKLAND & ELLIS
                             BY:  J. ANDREW LANGAN, ESQUIRE
14                                RYAN S. BABIUCH, ESQUIRE
                             300 N. LASALLE
15                           CHICAGO, IL  60654

16

17                           KIRKLAND & ELLIS
                             BY:  ROBERT R. GASAWAY, ESQUIRE
18                           655 FIFTEENTH STREET, N.W.
                             WASHINGTON, DC  20005
19

20

21   FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
22   OFFSHORE DEEPWATER
     DRILLING INC., AND
23   TRANSOCEAN DEEPWATER
     INC.:                   FRILOT
24                           BY:  KERRY J. MILLER, ESQUIRE
                             ENERGY CENTRE, 36TH FLOOR
25                           1100 POYDRAS STREET
                             NEW ORLEANS, LA  70163
```

```
 1  APPEARANCES CONTINUED:

 2

 3                          SUTHERLAND ASBILL & BRENNAN
                            BY:  STEVEN L. ROBERTS, ESQUIRE
 4                               RACHEL G. CLINGMAN, ESQUIRE
                            1001 FANNIN STREET, SUITE 3700
 5                          HOUSTON, TX  77002

 6

 7                          ROYSTON RAYZOR VICKERY & WILLIAMS
                            BY:  JOHN M. ELSLEY, ESQUIRE
 8                          PENNZOIL PLACE
                            711 LOUISIANA STREET, SUITE 500
 9                          HOUSTON, TX  77002

10                          GOFORTH LEWIS
                            BY:  DANIEL O. GOFORTH, ESQUIRE
11                          4900 WOODWAY, SUITE 750
                            HOUSTON, TX 77056
12

13
    FOR CAMERON INTERNATIONAL
14  CORPORATION:            STONE PIGMAN WALTHER WITTMANN
                            BY:  PHILLIP A. WITTMANN, ESQUIRE
15                               CARMELITE M. BERTAUT, ESQUIRE
                            546 CARONDELET STREET
16                          NEW ORLEANS, LA 70130

17

18                          BECK REDDEN & SECREST
                            BY:  DAVID J. BECK, ESQUIRE
19                          ONE HOUSTON CENTER
                            1221 MCKINNEY STREET, SUITE 4500
20                          HOUSTON, TX  77010

21

22  FOR HALLIBURTON
    ENERGY SERVICES, INC.:  GODWIN RONQUILLO
23                          BY:  DONALD E. GODWIN, ESQUIRE
                                 JENNY L. MARTINEZ, ESQUIRE
24                               STEFANIE K. MAJOR, ESQUIRE
                                 BRUCE W. BOWMAN, JR., ESQUIRE
25                          1201 ELM STREET, SUITE 1700
                            DALLAS, TX  75270
```

```
 1   APPEARANCES CONTINUED:

 2

 3                            GODWIN RONQUILLO
                             BY:  R. ALAN YORK, ESQUIRE
 4                           1331 LAMAR, SUITE 1665
                             HOUSTON, TX  77010
 5

 6
     FOR ANADARKO
 7   PETROLEUM CORPORATION,
     ANADARKO E&P COMPANY
 8   LP:                     KUCHLER POLK SCHELL
                             WEINER & RICHESON
 9                           BY:  DEBORAH D. KUCHLER, ESQUIRE
                             1615 POYDRAS STREET, SUITE 1300
10                           NEW ORLEANS, LA  70112

11

12                           BINGHAM MCCUTCHEN
                             BY:  JAMES J. DRAGNA, ESQUIRE
13                           355 SOUTH GRAND AVENUE, SUITE 4400
                             LOS ANGELES, CA  90071
14

15

16                           BINGHAM MCCUTCHEN
                             BY:  WARREN A. FITCH, ESQUIRE
17                                KY E. KIRBY, ESQUIRE
                                  DAVID B. SALMONS, ESQUIRE
18                                RANDALL M. LEVINE, ESQUIRE
                             2020 K STREET, NW
19                           WASHINGTON, DC  20006

20

21   FOR MOEX OFFSHORE
     2007 LLC:               PILLSBURY WINTHROP SHAW PITTMAN
22                           BY:  EDWARD FLANDERS, ESQUIRE
                             1540 BROADWAY
23                           NEW YORK, NY  10036

24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3                           CARVER DARDEN KORETZKY TESSIER
                             FINN BLOSSMAN & AREAUX
 4                           BY:  PHILLIP D. NIZIALEK, ESQUIRE
                             1100 POYDRAS STREET, SUITE 3100
 5                           NEW ORLEANS, LA  70163

 6

 7   FOR M-I L.L.C.:         MORGAN, LEWIS & BOCKIUS
                             BY:  HUGH E. TANNER, ESQUIRE
 8                                DENISE SCOFIELD, ESQUIRE
                             1000 LOUISIANA STREET, SUITE 4000
 9                           HOUSTON, TX  77002

10

11   FOR TRANSOCEAN
     EXCESS UNDERWRITERS:    PHELPS DUNBAR
12                           BY:  GEORGE M. GILLY, ESQUIRE
                             CANAL PLACE
13                           365 CANAL STREET, SUITE 2000
                             NEW ORLEANS, LA  70130
14

15
     FOR O'BRIEN'S RESPONSE
16   MANAGEMENT, INC.,
     SEACOR HOLDINGS, INC.,
17   SEACOR OFFSHORE LLC,
     SEACOR MARINE, LLC,
18   SEACOR WORLDWIDE, INC.,
     SEACOR MARINE, INC.,
19   SEACOR MARINE
     INTERNATIONAL, INC.,
20   AND SIEMENS FINANCIAL,
     INC.:                   WEIL GOTSHAL & MANGES
21                           BY:  MICHAEL J. LYLE, ESQUIRE
                             1300 I ST., NW, SUITE 900
22                           WASHINGTON, DC  20005

23
                             WEIL GOTSHAL & MANGES
24                           BY:  THEODORE E. TSEKERIDES, ESQUIRE
                             767 FIFTH AVENUE
25                           NEW YORK, NY  10153
```

09:53AM

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR DRIL-QUIP,
     INC.:                    WARE, JACKSON, LEE & CHAMBERS
 4                            BY:  DON JACKSON, ESQUIRE
                                   C. DENNIS BARROW, JR., ESQUIRE
 5                            2929 ALLEN PARKWAY, 42ND FLOOR
                              HOUSTON, TX  77019
 6

 7

 8   FOR WEATHERFORD U.S.,
     L.P.:                    JONES WALKER
                              BY:  GLENN G. GOODIER, ESQUIRE
 9                            600 JEFFERSON STREET, SUITE 1600
                              LAFAYETTE, LA 70501
10

11

12   FOR MDL 2185:            MITHOFF LAW FIRM
                              BY:  WILLIAM STRADLEY, ESQUIRE
13                            3450 ONE ALLEN CENTER
                              500 DALLAS STREET
14                            HOUSTON, TX  77002

15

16   ALSO PRESENT:            [PLEASE SEE SIGN-IN SHEETS FILED IN THE
                              RECORD]
17

18

19   OFFICIAL COURT REPORTER:   CATHY PEPPER, CRR, RMR, CCR
                                CERTIFIED REALTIME REPORTER
20                              500 POYDRAS STREET, ROOM HB406
                                NEW ORLEANS, LA  70130
21                              (504) 589-7779
                                Cathy_Pepper@laed.uscourts.gov
22

23   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.
24

25
```

1                               **I N D E X**

2

3     AGENDA ITEMS                                              PAGE

4

5     CONDITIONAL TRANSFER ORDERS...........................   20

6     PANEL HAS ISSUED TWO MORE CONDITIONAL TRANSFER ORDERS    20

7     TRANSFERRING TEN MORE CASES TO MDL 2179...............

8     CURRENTLY 533 ACTIVE CASES............................   20

9     UNRESOLVED TRANSFER DISPUTES WILL BE TAKEN UP BY THE     20

10    PANEL AT ITS JANUARY 26TH SETTING, WITHOUT ORAL

11    ARGUMENT..............................................

12    STATUS OF THE STATE CASES.............................   21

13    40 CASES RELATING TO THE INCIDENT AND ITS AFTERMATH IN   21

14    VARIOUS STATE COURTS..................................

15    ROBERT YOUNG SET FOR TRIAL ON JUNE 4TH IN HARRIS        21

16    COUNTY BEFORE JUDGE RONDON............................

17    MDL 2185..............................................   22

18    SECURITIES CASES......................................   22

19    MOTION TO DISMISS THERE HAS BEEN ARGUED, IS UNDER       22

20    SUBMISSION, WAITING FOR DECISION......................

21    DERIVATIVE CASES......................................   22

22    NOTICE OF APPEAL TO THE FIFTH CIRCUIT.................   22

23    ERISA CASE............................................   22

24    MOTION TO DISMISS DUE TO BE ARGUED TOMORROW,            22

25    JANUARY 20TH..........................................

 1  DIVIDEND SUSPENSION CASE DUE TO BE ARGUED ON           22
 2  FEBRUARY 10TH.........................................
 3  REPORT ON WRITTEN AND DEPOSITION DISCOVERY............  24
 4  END OF THE ROAD OF DEPOSITION DISCOVERY, EXPERT AND    24
 5  FACT WITNESSES, IN PHASE ONE..........................
 6  WRITTEN DISCOVERY DEPARTMENT..........................  24
 7  PHASE TWO IS WELL UNDER WAY...........................  25
 8  VESSELS OF OPPORTUNITY CASES..........................  25
 9  MEDIATION ON THE SIX TEST OR FOCUS CASES IS           26
10  FEBRUARY 13...........................................
11  INSURANCE CASES.......................................  27
12  PARTIES AGREE THAT A RULE 54(B) PARTIAL FINAL JUDGMENT  28
13  SHOULD BE ENTERED IN RESPECT TO THE INSURANCE ACTIONS..
14  IT WILL TAKE THE FORM OF A 54(B) PARTIAL FINAL        38
15  JUDGMENT.  I'VE JUST GOT TO DECIDE ON THE PRECISE
16  LANGUAGE OF IT........................................
17  BOP AND CAPPING STACK TESTING STATUS..................  38
18  PHYSICAL EVIDENCE PROCESS AT MICHOUD AND THE TESTING  38
19  PROCESS CONTINUES TO OPERATE WITHOUT CONTROVERSY.......
20  EXHIBITS ARE BEING TAKEN BY THE UNITED STATES FOR     39
21  PURPOSES OF THE PHASE ONE TRIAL AND FOR PURPOSES OF
22  THE PHASE TWO TRIAL...................................
23  ON THE CEMENT TESTING, WE'VE COMPLETED TESTING.........  40
24  CEMENT OR ROCK SAMPLES WERE DEEMED NOT TO BE          40
25  ASSOCIATED WITH THE PRODUCTION CASING ON THE ..........

1   MACONDO WELL........................................

2   MOTIONS IN LIMINE......................................   45

3   PENDING MOTION BY THE CENTER FOR BIOLOGICAL DIVERSITY..   46

4   RENEWED MOTION FOR CLARIFICATION OF D1 ORDER...........   46

5   RECORD DOCUMENT 4371..................................   47

6   STATUS CONFERENCE IS CONCLUDED........................   48

7   FINAL PRETRIAL CONFERENCE SCHEDULED FOR FEBRUARY 3RD...   48

8   AUDIT STATUS..........................................   48

9   AUDIT OF THE GCCF.....................................   48

10   AUDITOR HAS BEEN SELECTED.............................   49

11   BDO APPOINTED ON DECEMBER 21ST........................   49

12   EXPECTING A REPORT BY THE END OF MARCH................   49

13

14

15

16

17

18

19

20

21

22

23

24

25

**P-R-O-C-E-E-D-I-N-G-S**

THURSDAY, JANUARY 19, 2012

M O R N I N G   S E S S I O N

(COURT CALLED TO ORDER)

09:32AM 7       THE DEPUTY CLERK:  All rise.

09:32AM 8       THE COURT:  Good morning, everyone.

09:32AM 9       VOICES:  Good morning, Your Honor.

09:33AM 10      THE COURT:  Please be seated.

09:33AM 11        All right.  Stephanie, you may call the case,

09:33AM 12  please.

09:33AM 13      THE DEPUTY CLERK:  Multi-District Litigation 10-2179,

09:33AM 14  In Re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the

09:33AM 15  Gulf of Mexico on April 20, 2010.

09:33AM 16      THE COURT:  All right.  Counsel, we're here for our

09:33AM 17  regular monthly status conference.  I'm going to ask liaison and

09:33AM 18  coordinating counsel to please identify yourselves for the

09:33AM 19  record.

09:33AM 20       We also have, again, folks who are listening in on

09:33AM 21  the phone.  They are able to listen but not speak.  So, if

09:33AM 22  everyone would make sure when you're speaking you speak into a

09:33AM 23  microphone, so our court reporter can pick you up, of course, but

09:33AM 24  also so the folks on the phone can hear everyone.

09:34AM 25       All right, Stephanie.

09:34AM 1          MR. ROY:  Good morning, Your Honor.  Jim Roy, co-liaison

09:34AM 2    for the plaintiffs.

09:34AM 3          MR. HERMAN:  Good morning, Your Honor.  Steve Herman for

09:34AM 4    the plaintiffs.

09:34AM 5          MR. STRANGE:  Good morning, Your Honor.  Luther Strange,

09:34AM 6    coordinating counsel for the states.

09:34AM 7          MR. CALDWELL:  Your Honor, Buddy Caldwell, coordinating

09:34AM 8    counsel for Louisiana.

09:34AM 9          THE COURT:  Good morning.

09:34AM 10         MR. UNDERHILL:  Good morning, Your Honor.

09:34AM 11   Mike Underhill on behalf of the United States.

09:34AM 12         MR. BARR:  Good morning, Your Honor.  Brian Barr for the

09:34AM 13   PSC.

09:34AM 14         MR. FAYARD:  Good morning, Your Honor.  Calvin Fayard

09:34AM 15   for the PSC.

09:34AM 16         MR. SUMMY:  Good morning, Your Honor.  Scott Summy for

09:34AM 17   the PSC.

09:34AM 18         MR. STERBCOW:  Good morning, Your Honor.  Paul Sterbcow,

09:34AM 19   PSC.

09:34AM 20         MR. WATTS:  Good morning, Judge.  Mikal Watts for the

09:34AM 21   PSC.

09:34AM 22         MR. LUNDY:  Good morning, Your Honor.  Matt Lundy, PSC.

09:34AM 23         MR. COSSICH:  Good morning, Your Honor.  Phil Cossich,

09:34AM 24   PSC.

09:34AM 25         MR. ESPY:  Your Honor, good morning.  Mike Espy, PSC.

09:35AM  1      MR. PALMINTIER:  Good morning, Judge.  Mike Palmintier,

09:35AM  2  PSC.

09:35AM  3      MR. RICE:  Good morning, Your Honor.  Joe Rice for the

09:35AM  4  PSC.

09:35AM  5      MR. SHATTUCK:  Good morning, Your Honor.

09:35AM  6  Cooper Shattuck for the Governor, State of Alabama.

09:35AM  7      MR. JONES:  Good morning, Your Honor.  Rhon Jones, PSC,

09:35AM  8  and a representative of Auburn University, trying my dead level

09:35AM  9  best to stay far away from those hats that are on the counsel

09:35AM 10  table.

09:35AM 11      MR. WILLIAMS:  Good morning, Your Honor.  Duke Williams,

09:35AM 12  PSC.

09:35AM 13      MR. BREIT:  Good morning, Your Honor.  Jeffrey Breit,

09:35AM 14  PSC.

09:35AM 15      THE COURT:  So Mr. Breit is no longer hiding behind

09:35AM 16  General Strange, right?

09:35AM 17      MR. BREIT:  Attorney General Caldwell does not realize

09:35AM 18  he will not be able to see for the rest of the proceedings.

09:35AM 19      THE COURT:  Mr. Breit, he's a little brighter than you

09:35AM 20  because he's moved over enough where we can see each other.

09:36AM 21      MS. CABRASER:  Good morning, Your Honor.

09:36AM 22  Elizabeth Cabraser, PSC.

09:36AM 23      MR. O'ROURKE:  Steve O'Rourke for the United States.

09:36AM 24      MR. GONZALEZ:  Good morning, Judge.  Ervin Gonzalez,

09:36AM 25  PSC.

09:36AM 1          MR. CUNNINGHAM:  Robert Cunningham, PSC.  Good morning,
09:36AM 2   Your Honor.
09:36AM 3          THE COURT:  Good morning.
09:36AM 4          MR. GREENWALD:  Good morning, Your Honor.
09:36AM 5   Robin Greenwald, PSC.
09:36AM 6          MR. TSEKERIDES:  Good morning, Your Honor.
09:36AM 7   Ted Tsekerides, liaison counsel for the responder defendants.
09:36AM 8          MR. LYLE:  Good morning, your Honor.  Michael Lyle,
09:36AM 9   liaison counsel for the responder defendants.
09:36AM 10         MR. GASAWAY:  Good morning, Your Honor.  Rob Gasaway,
09:36AM 11  BP.
09:36AM 12         MR. BARROW:  Good morning, Your Honor.  Dennis Barrow
09:36AM 13  representing Dril-Quip.
09:36AM 14         MR. GOFORTH:  Good morning, Your Honor.  Danny Goforth
09:36AM 15  representing Transocean.
09:36AM 16         MR. JACKSON:  Don Jackson for Dril-Quip.
09:36AM 17         MR. TANNER:  Your Honor, Hugh Tanner for M-I.
09:36AM 18         MS. SCOFIELD:  Good morning, Your Honor.
09:36AM 19  Denise Scofield for M-I.
09:36AM 20         MR. GOODIER:  Glenn Goodier, Weatherford.
09:36AM 21         MR. LEVINE:  Good morning, Your Honor.  Randall Levine
09:36AM 22  for Anadarko.
09:36AM 23         MR. SALMONS:  Good morning, Your Honor.  David Salmons
09:37AM 24  for Anadarko.
09:37AM 25         MS. KUCHLER:  Deb Kuchler, Anadarko.

09:37AM 1          MS. CLINGMAN:  Good morning, Judge.  Rachel Clingman,

09:37AM 2    Transocean.

09:37AM 3          MR. ROBERTS:  Steve Roberts, Transocean.

09:37AM 4          MR. MILLER:  Good morning, Judge.  Kerry Miller,

09:37AM 5    Transocean.

09:37AM 6          MR. BOWMAN:  Bruce Bowman, Halliburton.

09:37AM 7          MS. MARTINEZ:  Good morning, Judge.  Jenny Martinez for

09:37AM 8    Halliburton.

09:37AM 9          MR. GODWIN:  Good morning, Your Honor.  Don Godwin for

09:37AM 10   Halliburton.

09:37AM 11         MR. YORK:  Good morning, Judge.  Alan York for

09:37AM 12   Halliburton.

09:37AM 13         MS. KIRBY:  Good morning, Judge.  Ky Kirby for Anadarko.

09:37AM 14         MR. DRAGNA:  Good morning, Judge.  Jim Dragna for

09:37AM 15   Anadarko.

09:37AM 16         MR. WITTMANN:  Good morning, Judge.  Phil Wittmann for

09:37AM 17   Cameron International.

09:37AM 18         MR. BECK:  David Beck for Cameron, Your Honor.

09:37AM 19         MR. HAYCRAFT:  Don Haycraft, BP.

09:37AM 20         MR. LANGAN:  Andy Langan for BP, Your Honor.

09:37AM 21         THE COURT:  I think we missed somebody, Stephanie, in

09:37AM 22   the back.

09:37AM 23         MR. FLANDERS:  Good morning, Judge.  Ed Flanders, MOEX.

09:38AM 24         THE COURT:  Good morning to all of you.

09:38AM 25              All right.  It appears that we should have a

09:38AM 1   relatively short status conference here this morning, and then

09:38AM 2   we'll move right into the oral arguments on the United States'

09:38AM 3   motion for partial summary judgment.

09:38AM 4           Since we were here last, the Court issued several

09:38AM 5   orders, which are up on the screen.

09:38AM 6           We welcome General Caldwell, welcome as

09:38AM 7   co-coordinating counsel for the states.

09:38AM 8           What I would like to do now is to call on

09:38AM 9   Mr. Langan.  Are you going to make these reports on the

09:38AM 10  Conditional Transfer Orders?

09:38AM 11      MR. LANGAN:  Good morning, Your Honor.

09:38AM 12          Since December 13th, our last report, the Panel has

09:38AM 13  issued two more conditional transfer orders transferring ten more

09:38AM 14  cases to MDL 2179.

09:38AM 15          By our count, there are currently 533 active cases

09:39AM 16  that haven't been dismissed that are pending before this Court.

09:39AM 17  That's an estimate.

09:39AM 18          In terms of unresolved transfer disputes, we

09:39AM 19  believe that there are three, one relating to Conditional

09:39AM 20  Transfer Order 35, another as to 37, and another as to

09:39AM 21  Conditional Transfer Order 38.

09:39AM 22          The briefing on those are done, and they will be

09:39AM 23  taken up by the Panel at its January 26th setting, without oral

09:39AM 24  argument.

09:39AM 25          So that's our report on the state of JPML activity.

09:39AM 1        THE COURT:  Are there any category of cases, other than

09:39AM 2   the ones that we have talked about in the past, that are not

09:39AM 3   being transferred here, that you're aware of, by the Panel?

09:39AM 4        MR. LANGAN:  No, Your Honor.  I think, generally, what

09:39AM 5   gets transferred here are day of incident injury cases, economic

09:39AM 6   loss cases, Vessels of Opportunity cases, and those are basically

09:39AM 7   captured.

09:39AM 8        We know that some of the employment cases have not

09:40AM 9   been, and some of the contract disputes have not been, and some

09:40AM 10  of the inventor intellectual property cases have not been.

09:40AM 11       THE COURT:  Status of the state cases.

09:40AM 12       MR. LANGAN:  Your Honor, at the current time, we think

09:40AM 13  there are about 40 cases relating to the incident and its

09:40AM 14  aftermath in various state courts.

09:40AM 15       As we set forth in our written report, about 24 of

09:40AM 16  these involve personal injuries, including two of those 24 being

09:40AM 17  April 20, 2010, personal injury cases.

09:40AM 18       I did want to note that one of those day of

09:40AM 19  incident personal injury cases, the Robert Young case, is set for

09:40AM 20  trial on June 4th in Harris County before Judge Rondon,

09:40AM 21  R-O-N-D-O-N.  Unless the case settles, I guess the case will go

09:40AM 22  to trial at that time.

09:40AM 23       There may come a time in which we'll seek

09:40AM 24  Your Honor's assistance in sort of managing the overlap there.

09:40AM 25       THE COURT:  Yes.  I have had conversations with

09:40AM 1    Judge Rondon about that case; not anything recently, but I'm

09:41AM 2    aware of it.  He's aware of implications, perhaps, how it may

09:41AM 3    implicate our case.  But, if I need to speak to him again, just

09:41AM 4    let me know.

09:41AM 5              MR. LANGAN:  Thank you.  Very good.

09:41AM 6              THE COURT:  Does anybody else in the room need to speak

09:41AM 7    to the state cases, issues relating to the state cases?

09:41AM 8                   Okay, MDL 2185.

09:41AM 9              MR. LANGAN:  Your Honor, little change since our last

09:41AM 10   report.

09:41AM 11                  As Your Honor knows, there are essentially four

09:41AM 12   buckets of cases there.  The securities cases in 2185 before

09:41AM 13   Judge Ellison, the motion to dismiss there has been argued, is

09:41AM 14   under submission, waiting for decision.

09:41AM 15                  The derivative cases were previously dismissed.

09:41AM 16   The one development there is one of the plaintiffs in the

09:41AM 17   derivative case has filed a notice of appeal to the

09:41AM 18   Fifth Circuit, so perhaps that case is going up on appeal.

09:42AM 19                  Then, in the ERISA case, the motion to dismiss,

09:42AM 20   which has been briefed, is due to be argued tomorrow,

09:42AM 21   January 20th.

09:42AM 22                  Then, finally, the dividend suspension case is due

09:42AM 23   to be argued on February 10th.

09:42AM 24                  All four of those matters are pending before

09:42AM 25   Judge Ellison in the Southern District of Texas.

09:42AM 1    THE COURT:  In 2185, is discovery still stayed?

09:42AM 2    MR. LANGAN:  The same situation.  We've provided and

09:42AM 3 made available discovery that BP has produced.  They've been

09:42AM 4 invited to attend depositions.  But, otherwise, generally

09:42AM 5 speaking, they are settling the pleadings, and discovery has not

09:42AM 6 really proceeded.

09:42AM 7    THE COURT:  All right.  Thank you.

09:42AM 8     Does anyone else need to speak to any issues

09:42AM 9 relating to MDL 2185, Judge Ellison's case?

09:42AM 10    MR. STRADLEY:  Your Honor, I really don't have anything

09:42AM 11 more to offer.

09:42AM 12    THE COURT:  Come up so you can identify yourself,

09:42AM 13 please, first.

09:42AM 14    MR. STRADLEY:  Bill Stradley for 2185 individual

09:42AM 15 investors.

09:42AM 16     I don't have anything to add to what counsel said.

09:43AM 17 He's correct on all counts.  We're just waiting for court action

09:43AM 18 to occur or for the development of the case itself.

09:43AM 19    THE COURT:  Which set of those cases are you involved

09:43AM 20 in?

09:43AM 21    MR. STRADLEY:  Individual investors.

09:43AM 22    THE COURT:  That would be the securities case?

09:43AM 23    MR. STRADLEY:  Yes, sir.

09:43AM 24    THE COURT:  So your case is the one that Judge Ellison

09:43AM 25 has not ruled on the Rule 12 motions yet?

09:43AM 1         MR. STRADLEY:  That's correct.

09:43AM 2         THE COURT:  Thank you, Mr. Stradley.

09:43AM 3         MR. STRADLEY:  Yes, sir.

09:43AM 4         THE COURT:  All right.  The report on written and

09:43AM 5 deposition discovery.

09:43AM 6         MR. HAYCRAFT:  Yes.  Good morning, Your Honor.

09:43AM 7 Don Haycraft for BP.

09:43AM 8            I'm happy to report that we're pretty much at the

09:43AM 9 end of the road of deposition discovery, expert and fact

09:43AM 10 witnesses, in Phase One.  As our report states, 303 depositions

09:43AM 11 have now been taken in the last 11 months.

09:44AM 12         THE COURT:  Does that include the expert depositions?

09:44AM 13         MR. HAYCRAFT:  Yes, Your Honor.

09:44AM 14            Over the month of December and into January, we

09:44AM 15 have been very busy with expert depositions.

09:44AM 16            A very laborious task that Your Honor is aware of

09:44AM 17 is, out of those 300-plus depositions, a great number of them are

09:44AM 18 being designated and submitted to Your Honor pretrial.  A great

09:44AM 19 deal of labor on all parties' behalf is going into those

09:44AM 20 deposition designations, which I think are probably state of the

09:44AM 21 art in the federal court as far as the methodology by which they

09:44AM 22 are being submitted.

09:44AM 23            In the written discovery department, more than

09:44AM 24 72 million pages of documents have now been produced by all the

09:44AM 25 parties.  More than 7700 exhibits have been marked at the

09:44AM 1    300-plus depositions.

09:44AM 2              Phase Two is well under way.  Written discovery is

09:44AM 3    well under way.  Deposition discovery is beginning toward the end

09:45AM 4    of next month.

09:45AM 5              Of course, as we state each month, all of this is

09:45AM 6    occurring under the watchful guidance and helpful assistance each

09:45AM 7    Friday with Judge Shushan; not only on Fridays, but throughout

09:45AM 8    the week in telephone conferences.  This vast project has been

09:45AM 9    made possible by her hard work.

09:45AM 10             THE COURT:  All right.

09:45AM 11             MR. HAYCRAFT:  That's all I have.  Thank you.

09:45AM 12             THE COURT:  Thank you very much.

09:45AM 13             The Court continues to be impressed and very

09:45AM 14   pleased with what counsel have done and what Judge Shushan has

09:45AM 15   done in managing the mounds of discovery in this case in such a

09:45AM 16   short -- I believe discovery only started just about a year

09:45AM 17   ago --

09:45AM 18             MR. HAYCRAFT:  January 26th.

09:45AM 19             THE COURT:  -- you started taking depositions.

09:45AM 20             So, again, it has been an outstanding effort on all

09:46AM 21   parties, and I appreciate that.

09:46AM 22             Does anyone else need to speak to any issues

09:46AM 23   regarding discovery or depositions, Phase One, Phase Two?

09:46AM 24             Vessels of Opportunity cases, where do we stand on

09:46AM 25   those?

09:46AM 1     MR. HERMAN:  Good morning, Your Honor.  Steve Herman for

09:46AM 2 the plaintiffs.

09:46AM 3          We have a mediation on the six test or focus cases.

09:46AM 4 I think it's February 13th.  So the parties are preparing for

09:46AM 5 that mediation.  Hopefully, that will give us some guidance as to

09:46AM 6 how, perhaps, other Vessel of Opportunity contract cases can get

09:46AM 7 resolved.

09:46AM 8     THE COURT:  That's in front of Mr. Selig in Houston?

09:46AM 9     MR. HERMAN:  Exactly.  Yes, Your Honor.

09:46AM 10     THE COURT:  Is it going to occur in Houston or here?

09:46AM 11     MR. HERMAN:  I think we're traveling to Houston to meet

09:46AM 12 with Mr. Selig to discuss some preliminary issues.  That's been

09:46AM 13 done once, and I think they're going back to meet with him again

09:46AM 14 in two weeks.  But I think that the actual mediation is going to

09:46AM 15 take place in New Orleans.

09:46AM 16     THE COURT:  As I understand it, the six test cases,

09:47AM 17 you're going to mediate those together; is that the idea?

09:47AM 18     MR. HERMAN:  Yes, they are going to be mediated

09:47AM 19 together.  Then, hopefully, that will kind of provide a

09:47AM 20 bellwether or a guidance or a formula, for lack of a better word.

09:47AM 21     THE COURT:  What's the number or estimated number of

09:47AM 22 Vessel of Opportunity, or VoO, cases that we have?

09:47AM 23     MR. HERMAN:  I believe, around 1700 PPFs were filed in

09:47AM 24 the MDL, were served on the MDL.

09:47AM 25     THE COURT:  Personal profile forms.

09:47AM 1          MR. HERMAN:  Exactly.  There was a specific VoO PPF

09:47AM 2    separate from the general PPF.

09:47AM 3               I think that additional VoO cases were filed in the

09:47AM 4    MDL since that deadline.  I don't know if those counsel are

09:47AM 5    planning to also serve VoO PPF's; but, I imagine that if the

09:47AM 6    mediation is successful, they'll want to participate.  If it's

09:47AM 7    not, then we'll see how that works out.

09:47AM 8          THE COURT:  All right.  Thank you.

09:47AM 9          MR. HERMAN:  Thank you.

09:47AM 10         THE COURT:  Does anyone else want to speak or say

09:47AM 11   anything on Vessels of Opportunity?

09:47AM 12              All right.  The insurance cases.

09:48AM 13         MR. MOORE:  Good morning, Your Honor.  Allan Moore for

09:48AM 14   BP.

09:48AM 15         THE COURT:  Good morning.

09:48AM 16         MR. MOORE:  On the insurance cases, there are two

09:48AM 17   issues --

09:48AM 18         THE COURT:  Let the other counsel who are going to speak

09:48AM 19   to this make their appearances.

09:48AM 20         MR. ELSLEY:  Good morning, Your Honor.  John Elsley for

09:48AM 21   Transocean.

09:48AM 22         MR. GILLY:  Good morning, Judge.  George Gilly for

09:48AM 23   Transocean's excess underwriters.

09:48AM 24         MR. MALONEY:  Morning, Judge.  I'm Mike Maloney for

09:48AM 25   Ranger Insurance Limited.

09:48AM 1        THE COURT:  Thank you.

09:48AM 2        MR. MOORE:  Thank you, Your Honor.

09:48AM 3              There are two issues.  The main one, Your Honor, is

09:48AM 4    the parties agree that a Rule 54(b) partial final judgment should

09:48AM 5    be entered in respect to the insurance actions.

09:48AM 6              Those are the two declaratory judgment actions that

09:48AM 7    Your Honor ruled on in its November order.  There is a

09:48AM 8    disagreement in regard to the scope and form of the order, and

09:48AM 9    we've submitted competing submissions on that.

09:49AM 10             We think --

09:49AM 11       THE COURT:  I've got to comment that I'm surprised how

09:49AM 12   much -- I would say ink has been spilled, but you don't do it in

09:49AM 13   ink anymore -- how many bits have been wasted, whatever the

09:49AM 14   analogous term would be now that it's done electronically, how

09:49AM 15   much ink has been spilled or trees have been killed on what I

09:49AM 16   think is a pretty simple issue; but, this is a brief that I got

09:49AM 17   on one little issue.  It's about an inch thick.

09:49AM 18             I have to confess, I'm having a little bit of

09:49AM 19   trouble getting to the heart of the dispute.

09:49AM 20             Is there a dispute, first of all, as to whether the

09:49AM 21   two member cases we're talking about, the two insurance cases,

09:49AM 22   whether they are completely over, based on my prior order; or, is

09:49AM 23   there an issue that there is something left in those two cases or

09:49AM 24   not?

09:49AM 25       MR. MOORE:  Your Honor, we agree with you that there is

09:50AM 1   too much ink that has been spilled.  We think this is a very

09:50AM 2   simple point.

09:50AM 3           We think you decided in your order all of the

09:50AM 4   claims in the insurer complaints.  Everybody has always agreed

09:50AM 5   that there should be a 54(b) partial final judgment.  So partial

09:50AM 6   final judgment, it's on all the claims in the insurer complaints

09:50AM 7   in these two actions, because that's what was before the Court

09:50AM 8   and that's what you addressed.

09:50AM 9           THE COURT:  Here is my question.  Excuse me.  Stop right

09:50AM 10  there.  If you are telling me that all the claims in those two

09:50AM 11  cases have been resolved, why is this styled as a 54(b) partial

09:50AM 12  final judgment, and not just a final judgment?

09:50AM 13          MR. MOORE:  Because what it doesn't address, Your Honor,

09:50AM 14  are the counterclaims, and it doesn't address complaints in

09:50AM 15  intervention.

09:50AM 16          The counterclaims that BP has are partly mirror

09:50AM 17  image; and, so, to the extent that the Court addressed the scope

09:50AM 18  of coverage issue with respect to the same insurance policies,

09:50AM 19  they are encompassed by virtue of the fact that the Court has

09:50AM 20  ruled on the insurer claims.

09:51AM 21          But BP has counterclaims, Your Honor, under totally

09:51AM 22  separate insurance policies.  There is a marine package policy,

09:51AM 23  which has entirely different coverages and different limits.

09:51AM 24  There is a --

09:51AM 25          THE COURT:  But if those policies are not the subject of

09:51AM 1    these two lawsuits, how would that be implicated or affected if I

09:51AM 2    just entered a final judgment dismissing these two cases?

09:51AM 3         MR. MOORE:  Because they are in this lawsuit.  They are

09:51AM 4    in the lawsuit by way of counterclaim, not by way of --

09:51AM 5         THE COURT:  Counterclaim to these two lawsuits?

09:51AM 6         MR. MOORE:  Precisely, Your Honor.  So what you would be

09:51AM 7    doing is entering --

09:51AM 8         THE COURT:  So what you're wanting me to do is to grant

09:51AM 9    judgment in favor of the insurers on their declaratory judgment

09:51AM 10   actions, but preserve, because we have not ruled, you say, on

09:51AM 11   your counterclaims.

09:51AM 12        MR. MOORE:  That's precisely right.  I don't want you to

09:51AM 13   do that, Your Honor, but I think that that is the proper impact

09:51AM 14   of what you have done and think that's what you should do.

09:52AM 15            That's why, in what we've proposed to you, we have

09:52AM 16   a first paragraph that simply says, for the reasons that you've

09:52AM 17   already stated -- we don't have to restate the reasons; you

09:52AM 18   already did it in a 42-page Order and Reasons -- that judgment on

09:52AM 19   the insurer complaints, that's paragraph one of what we propose.

09:52AM 20   Paragraph two of what we propose says it doesn't deal with

09:52AM 21   counterclaims, and it doesn't deal with other cases in the MDL.

09:52AM 22            It's that simple, Your Honor.  We don't want to

09:52AM 23   create -- just one final point on this.  We don't want to create,

09:52AM 24   Your Honor, collateral issues on appeal.  We don't think that

09:52AM 25   serves anybody's purpose.

09:52AM 1          The Rules of Civil Procedure are what they are.

09:52AM 2    These were the claims that were before the Court.  The Court

09:52AM 3    ruled on them.  This very important scope of coverage ruling that

09:52AM 4    you issued, Your Honor, is what should be the issue that goes up

09:52AM 5    on appeal, and 54(b) would do that.

09:52AM 6          There is a complaint in intervention by Transocean.

09:52AM 7    That was not the subject of what we moved on.  We don't want the

09:53AM 8    insurance actions getting in the way of underlying issues and

09:53AM 9    other things that may be going on in the MDL.

09:53AM 10         So we think it's pretty clear what you ruled.  We

09:53AM 11   don't think anybody needs to restate it.  We think we should just

09:53AM 12   enter a partial final judgment on the insurer claims and the

09:53AM 13   insurer complaints on the pleadings.  Thank you.

09:53AM 14       THE COURT:  Well, you're also asking for an alternative

09:53AM 15   1292(b) certification, right?

09:53AM 16       MR. MOORE:  We are, Your Honor; but, I'm happy for you

09:53AM 17   to strike that if you're comfortable with a 54(b).

09:53AM 18         We proposed that, Your Honor, in the event that you

09:53AM 19   thought that that was a preferable way to go, if somehow there is

09:53AM 20   some discomfort over the 54(b); but, everybody agrees that a

09:53AM 21   54(b) partial final judgment should be appropriate.  We think,

09:53AM 22   Your Honor, if you were comfortable with the first and second

09:53AM 23   paragraphs of our very short proposed order, you could strike the

09:53AM 24   third.

09:53AM 25       THE COURT:  It seems to me it will make more sense,

09:53AM 1    whatever the form of the order takes, to cast it as a 54(b) final

09:54AM 2    judgment, because, if I do it as a 1292, then you've got another

09:54AM 3    hurdle to get over in that the Circuit has to accept the appeal.

09:54AM 4         MR. MOORE:  I agree with that, Your Honor.  Thank you.

09:54AM 5         THE COURT:  All right.

09:54AM 6         MR. GILLY:  Good morning, Your Honor.  George Gilly for

09:54AM 7    Transocean's excess underwriters.

09:54AM 8              I think -- no, I know that you know what you did

09:54AM 9    when you wrote 42 pages on this.  You decided the whole case.

09:54AM 10   You decided the claims.

09:54AM 11             BP would have you have an appeal just on the

09:54AM 12   issues, and that wouldn't get to the finality that we all want,

09:54AM 13   we all say we want, but this is the best way to move forward.

09:54AM 14             With respect to BP's counterclaims, they're all

09:54AM 15   derivative claims.  If BP is not an unlimited additional insured,

09:54AM 16   as you've ruled, and also given that underwriters have always

09:54AM 17   said that BP is a limited additional insured with respect to the

09:54AM 18   Transocean employee claims and so forth, the counterclaims can

09:54AM 19   have no basis.

09:55AM 20             The counterclaims for breach of contract, that's

09:55AM 21   one, if we are doing everything that was required, there can be

09:55AM 22   no breach, and there can be no subrogation and can be no

09:55AM 23   indemnity.  Those are nonissues.

09:55AM 24             You've decided the whole case, Your Honor.  The

09:55AM 25   whole case should go up, whether it's by 54(b) or whatever means,

09:55AM 1   and we shouldn't allow BP to distract from your ruling and to

09:55AM 2   narrow it just to very limited issues.

09:55AM 3          With respect to the marine package policy, frankly,

09:55AM 4   or whatever policy they want to claim about, you've already

09:55AM 5   looked at the situation and said that you have to look at the

09:55AM 6   drilling contract to decide what the scope of additional insured

09:55AM 7   status is in any policy.  So how can it make any difference that

09:55AM 8   they can talk about XYZ policy, marine package policy or

09:55AM 9   whatever.

09:55AM 10         By the way, the wording in the marine package

09:55AM 11  policy is the same as in the insurance policies you've already

09:56AM 12  seen.

09:56AM 13         I think I'll turn it over to John in connection

09:56AM 14  with the intervention.

09:56AM 15         THE COURT:  All right.  Thank you.

09:56AM 16         MR. ELSLEY:  Your Honor, John Elsley for Transocean.

09:56AM 17         Just very briefly, we reiterate what Mr. Gilly

09:56AM 18  said.  We agree completely with what he said.

09:56AM 19         One additional point, though, is that BP would act

09:56AM 20  as if Transocean is not even a party to this case.  As the Court

09:56AM 21  will recall, we filed a motion for intervention.  That was

09:56AM 22  granted.  BP filed a motion to strike our complaint in

09:56AM 23  intervention, and the Court denied that, finding that we had

09:56AM 24  standing.

09:56AM 25         If the Court, in fact, enters a final judgment, of

09:56AM 1  course, we, Transocean, believe the final judgment should be in

09:56AM 2  our favor, in addition to the insurers' favor, excess as well as

09:56AM 3  Ranger.

09:56AM 4          Our complaint seeks the same -- basically virtually

09:56AM 5  identical declarations as does Ranger and excess underwriters,

09:57AM 6  and there is simply no reason to separate Transocean out from the

09:57AM 7  Court's final judgment as if we were not even a party to this

09:57AM 8  case.

09:57AM 9          So if, in fact, the Court's Order and Reasons deals

09:57AM 10 with the declarations that BP has sought and that the

09:57AM 11 underwriters have sought, which it does completely, it also deals

09:57AM 12 identically with the same declarations that Transocean's

09:57AM 13 complaint in intervention seeks.  Thank you.

09:57AM 14         THE COURT:  All right.  Thank you.

09:57AM 15         MR. MALONEY:  Mike Maloney, Judge.  I'm representing

09:57AM 16 Ranger Insurance.  We have the first 50 million in the insurance

09:57AM 17 coverage.

09:57AM 18         It looks like we've got a consensus that Rule 54(b)

09:57AM 19 is the way to go.  The issue is then, what is the form of the

09:57AM 20 order.

09:57AM 21         You know what you decided.  You necessarily decided

09:57AM 22 the interpretation of the indemnity provisions in the drilling

09:57AM 23 contract as a matter of law.

09:57AM 24         The order that BP seeks, seeks not only to ignore

09:57AM 25 that, but actually to deny it.  They want you to enter an order

09:58AM 1    saying that, "the legal issues of insurance coverage presented in

09:58AM 2    the referenced plaintiff insurers' complaint did not decide the

09:58AM 3    proper interpretation of the indemnities."

09:58AM 4           You decided that.  The order ought not deny that.

09:58AM 5    Those issues ought to go up.

09:58AM 6           Now, there may be other issues that you're

09:58AM 7    presently dealing with regarding whether or not those indemnities

09:58AM 8    are enforceable because of gross negligence or otherwise; but, as

09:58AM 9    a matter of law, your order did decide them, and that ought to be

09:58AM 10   something that goes up with the order.

09:58AM 11          Thank you, Judge.

09:58AM 12      THE COURT:  Thank you, Mr. Maloney.

09:58AM 13          Do you want to respond briefly?

09:58AM 14      MR. MOORE:  Very briefly, Your Honor.

09:58AM 15          I think the Court knows that the indemnity issues

09:58AM 16   are separate.  You had totally separate summary judgment

09:58AM 17   proceedings on that.  That's not in the insurance actions.

09:58AM 18          With respect to Mr. Gilly's point, with all due

09:58AM 19   respect, he hasn't read our proposed order.  The order says, "The

09:58AM 20   Court now holds, with effect from the date of this order, that by

09:58AM 21   its terms the Court's Order and Reasons not only denied BP's

09:59AM 22   motion, but also granted judgment on the pleadings against the BP

09:59AM 23   parties and in favor of the plaintiff insurers on the plaintiff

09:59AM 24   insurers' complaints."

09:59AM 25          That what's we've moved on, that's what the Court

09:59AM 1   addressed, and that's what the Court did.  It decided the issue,

09:59AM 2   the very specific scope of coverage issue presented in those

09:59AM 3   claims in those complaints.  It didn't decide any counterclaims,

09:59AM 4   Your Honor.

09:59AM 5        THE COURT:  Sounds like maybe what they object to is the

09:59AM 6   rest of your language.

09:59AM 7        MR. MOORE:  Well, they do, Your Honor.  They object to

09:59AM 8   the clarification that you're not deciding, that you did not

09:59AM 9   decide counterclaims.

09:59AM 10       THE COURT:  Well, if I say what I'm deciding, why do I

09:59AM 11  need to say what I'm not deciding?

09:59AM 12       MR. MOORE:  Because, Your Honor, precisely because of

09:59AM 13  what they are presenting to the Court.  They are trying to

09:59AM 14  suggest, Your Honor, that your Order and Reasons decided

09:59AM 15  counterclaims that weren't briefed before Your Honor, and claims

09:59AM 16  that weren't briefed.

09:59AM 17          My concern, Your Honor, BP's concern is that --

10:00AM 18       THE COURT:  Is your concern that that order would decide

10:00AM 19  the pending indemnity issues?

10:00AM 20       MR. MOORE:  That appears to be --

10:00AM 21       THE COURT:  I don't think they are suggesting that.

10:00AM 22       MR. MOORE:  Well, Your Honor, if you look at their

10:00AM 23  proposed order --

10:00AM 24       THE COURT:  I think what it said was it construed the

10:00AM 25  language in the indemnity provisions in the drilling contract

10:00AM 1    insofar as the requirement to provide additional insured status

10:00AM 2    to BP.

10:00AM 3              I don't think that necessarily controls what the

10:00AM 4    result is going to be on the pending indemnity motions.

10:00AM 5         MR. MOORE:  We'll accept the Court's representation on

10:00AM 6    that, Your Honor.

10:00AM 7         THE COURT:  Okay.

10:00AM 8         MR. GILLY:  Your Honor, may I add one thing?

10:00AM 9         THE COURT:  Sure.

10:00AM 10        MR. GILLY:  It may be out of order, but I'll take --

10:00AM 11        THE COURT:  Let me just add, the reason I said that -- I

10:00AM 12   mean, it's pretty obvious -- I think the issues raised in the

10:00AM 13   indemnity motion go beyond the pure, just the language in the

10:01AM 14   contract, if they raise issues of whether indemnity under

10:01AM 15   maritime law is enforceable if there is gross negligence on the

10:01AM 16   part of the indemnitee, and/or whether it's against public policy

10:01AM 17   somehow.  So I think those are issues that certainly weren't part

10:01AM 18   of the insurance order.

10:01AM 19        MR. GILLY:  Your Honor, you certainly understand what

10:01AM 20   you ruled on better than any of us do.

10:01AM 21              I want to add something, Your Honor.  I've taken an

10:01AM 22   in-house position starting next month.  This is my last time

10:01AM 23   here, so I can't be accused of brown-nosing, okay.

10:01AM 24        THE COURT:  Going in-house where?

10:01AM 25        MR. GILLY:  At an oil company.

```
10:01AM  1            THE COURT:  It's not BP, right?

10:01AM  2            MR. GILLY:  It's not.  No, I assure you.

10:01AM  3            What I want to say is that what you and

10:01AM  4   Sally Shushan have done in the way of handling this case is

10:01AM  5   incredible.  You two are an absolute credit to the judiciary, and

10:02AM  6   you deserve all the honor you can for handling this.  It's been

10:02AM  7   very impressive, and thank you.

10:02AM  8            THE COURT:  Thank you, Mr. Gilly.

10:02AM  9            I'm going to take another look at the wording, and

10:02AM 10   I'll issue -- it will take the form of a 54(b) partial final

10:02AM 11   judgment.  I've just got to decide on the precise language of it.

10:02AM 12            MR. MOORE:  Thank you, Your Honor.

10:02AM 13            THE COURT:  Thank you, everybody.

10:02AM 14            MR. MOORE:  Appreciate your time.

10:02AM 15            THE COURT:  Your comments have been helpful.  I do

10:02AM 16   understand the issue, okay.

10:02AM 17            MR. MOORE:  Thank you, Your Honor.

10:02AM 18            THE COURT:  All right.  We're on Item Number 8 on the

10:02AM 19   agenda, BOP and Capping Stack Testing Status.

10:02AM 20            MR. GASAWAY:  Good morning, Your Honor.

10:02AM 21            THE COURT:  Good morning.

10:02AM 22            MR. GASAWAY:  Rob Gasaway for BP.

10:02AM 23            Very briefly, the physical evidence process at

10:02AM 24   Michoud and the testing process continues to operate without

10:02AM 25   controversy.
```

10:02AM 1          Exhibits are being taken by the United States, I

10:03AM 2  guess, this afternoon for purposes of the Phase One trial and for

10:03AM 3  purposes of the Phase Two trial.

10:03AM 4          There is a whole protocol of testing that's going

10:03AM 5  on cooperatively between the United States and BP this whole

10:03AM 6  week, looking at both the rams of the capping stack, as well as

10:03AM 7  the choke and kill line.

10:03AM 8          All of that is operating smoothly under the

10:03AM 9  auspices of this Court's Special Master Englebert and, of course,

10:03AM 10 Judge Shushan and Your Honor.

10:03AM 11         THE COURT:  Are there any issues with regard to the

10:03AM 12 capping stack?  That's going smoothly?

10:03AM 13         MR. GASAWAY:  It's going smoothly.

10:03AM 14         THE COURT:  You were talking about the BOP, primarily?

10:03AM 15         MR. GASAWAY:  The BOP is still out there.  I think that

10:03AM 16 all of the testing has been completed on that.  Obviously, the

10:03AM 17 expert reports pertaining to the BOP have been submitted and

10:03AM 18 those depositions have been taken.

10:03AM 19         So, in terms of the examination of the physical

10:03AM 20 evidence, we're sort of more into Phase Two mode now, with the

10:03AM 21 exception that the United States is out there taking pictures of

10:03AM 22 drill segments.  I'm sure Your Honor will see those in the

10:03AM 23 upcoming Phase One trial.

10:03AM 24         THE COURT:  Very well.  Thank you.

10:04AM 25         MR. GASAWAY:  Thank you, Your Honor.

10:04AM 1          THE COURT:  Does anyone else want to speak to those

10:04AM 2    issues?

10:04AM 3               Mr. Underhill.

10:04AM 4          MR. UNDERHILL:  Thank you.  Mike Underhill on behalf of

10:04AM 5    the United States.

10:04AM 6               Your Honor, to close the chapter on the cement

10:04AM 7    testing, we've completed testing.  The data has been distributed

10:04AM 8    to all the parties.

10:04AM 9               To give away the punch line at the end of the

10:04AM 10   mystery, the cement or rock samples, whatever they were, were

10:04AM 11   deemed not to be associated with the production casing on the

10:04AM 12   Macondo well, which, for those not familiar with the case, means

10:04AM 13   that they are largely irrelevant to what we might have to try in

10:04AM 14   this Court.  So the facts are what they are.

10:04AM 15              If you don't have any questions, Your Honor, I

10:04AM 16   would say that I would like to quash the rumor that Andy Langan

10:04AM 17   and BP wanted me to wear a San Francisco 49ers hat on the theory

10:04AM 18   that I would get mugged on the way to court.  It's not true.

10:04AM 19   Andy never said such thing, and, rumors to the contrary, he would

10:05AM 20   never wish that upon me.

10:05AM 21              Mike Brock, either.  I don't think, at least.

10:05AM 22              But I want to say, though, to people in

10:05AM 23   New Orleans, that my friends who watched that game, if there was

10:05AM 24   one team that we thought would beat us, it was New Orleans; and,

10:05AM 25   if there was a team that did beat us that we would be rooting

10:05AM 1    for, it was going to be New Orleans because we recognize how much

10:05AM 2    the team meant to the City following Katrina.

10:05AM 3            You know, having spent a fair part of my life

10:05AM 4    recently here the last couple of years, I've grown to love the

10:05AM 5    team and the City, too.  So I hope there are no hard feelings.

10:05AM 6            THE COURT:  That sounds like a prediction that the 49ers

10:05AM 7    are going to win the Super Bowl, right?

10:05AM 8            MR. UNDERHILL:  Well, actually, I don't think any sane

10:05AM 9    man would have said that the 49ers would beat the Saints.

10:05AM 10   Whether I'm sane or not, I never thought that.  We expected

10:05AM 11   Drew Brees to throw two touchdowns in the last two minutes; we

10:05AM 12   just weren't expecting Alex Smith to score two times either.

10:06AM 13           Nobody is going to discount some of your local

10:06AM 14   boys, like one of the Manning folks for the Giants.  So, we're in

10:06AM 15   for it.

10:06AM 16           THE COURT:  Great.  Thanks.

10:06AM 17           Which reminds me that I forgot to do something at

10:06AM 18   the very beginning.  So we can interrupt the proceedings now,

10:06AM 19   because I forgot that General Strange has a presentation that he

10:06AM 20   would like to make.  Or a motion, I'm not sure what form this

10:06AM 21   takes, but let's do that right now.

10:06AM 22           MR. STRANGE:  Well, we had the formal ceremony last

10:06AM 23   night, Your Honor, and we enjoyed it very much.

10:06AM 24           I would like to recall for the Court that I was

10:06AM 25   wearing a yellow and gold -- purple and gold, I mean, tie,

10:06AM 1   Mr. Roy's tie, last fall; but, now it's my pleasure to present to

10:06AM 2   him one of the very special Bear Bryant houndstooth hats.  I've

10:06AM 3   got one for Mr. Fayard, too, Your Honor.

10:06AM 4           So I appreciate this opportunity to formally

10:06AM 5   present these to these guys.

10:06AM 6           THE COURT:  Absolutely, yes.

10:06AM 7           MR. STRANGE:  May they wear them in good health.

10:06AM 8           THE COURT:  Does that include a motion to dispense with

10:06AM 9   the local rule against wearing hats in court?

10:07AM 10          MR. STRANGE:  Yes.

10:07AM 11          THE COURT:  That motion is granted.

10:07AM 12          MR. STRANGE:  Thank you, Your Honor.

10:07AM 13                  (Applause.)

10:07AM 14          THE COURT:  For the folks that are listening on the

10:07AM 15  phone, Mr. Roy and Mr. Fayard have been presented with

10:07AM 16  Bear Bryant style Alabama houndstooth hats.

10:07AM 17          I guess that's the formal term for them?

10:07AM 18          MR. STRANGE:  Yes, sir.

10:07AM 19          MR. ROY:  They have been called other things.

10:07AM 20          But, to our colleagues from Alabama, and in support

10:07AM 21  of Alabama, we just want to thank you for the level of

10:07AM 22  professionalism with which you have caused us --

10:07AM 23          THE COURT:  Humiliated you.

10:07AM 24          MR. ROY:  -- to suffer the humiliation.  We're doing it

10:07AM 25  as gracefully as we can.

10:07AM 1        We read that these hats are made in China out of a

10:07AM 2  special material that mysteriously will cause these hats to

10:07AM 3  disappear in about three hours.

10:07AM 4        That being said, we can now confess, now that the

10:08AM 5  gift has been made to us, that our deepest fear was that we were

10:08AM 6  going to be presented with red tutus, which I want you to know we

10:08AM 7  would have refused to wear.

10:08AM 8        One last thing.  That being said, our team over

10:08AM 9  here will be prepared on the 27th to go past the 50 yard line.

10:08AM 10     THE COURT:  Turn around and show everybody your Alabama

10:08AM 11  tie, too, red tie.

10:08AM 12     MR. FAYARD:  Your Honor, we are still trying to find the

10:08AM 13  50 yard line, unfortunately.  However, hopefully next year, if we

10:08AM 14  are before you, these hats will be purple and gold at that time.

10:08AM 15        But, in the interim, Mr. Roy and our Louisiana

10:08AM 16  brethren from the PSC has a little presentation to

10:08AM 17  General Strange, if you don't mind standing up.

10:08AM 18        We found this in the French Carter last night.  It

10:08AM 19  was the closest thing that we could get to crimson.

10:09AM 20     MR. STRANGE:  What part of the French Quarter did you

10:09AM 21  find that in?  On the street?

10:09AM 22     MR. FAYARD:  Not on the sand.

10:09AM 23        So we would like to present this to him.  It's

10:09AM 24  absolutely worthless here in our state, in New Orleans and

10:09AM 25  Baton Rouge; but, just so that he has no problem on his

10:09AM  1   declaration that public officials sometimes have to make, it does

10:09AM  2   have a $60 price tag that it would probably draw that much money

10:09AM  3   in Tuscaloosa.  Next year, we'll present you one of these in

10:09AM  4   purple and gold.

10:09AM  5           MR. STRANGE:  It's priceless.  Thank you, thank you.

10:09AM  6               Thank you, Your Honor.

10:09AM  7           THE COURT:  You're welcome.

10:09AM  8               Now, I want to note for the record, too, that

10:09AM  9   General Strange, although he's the Attorney General of Alabama,

10:09AM 10   and General Caldwell, who now is trying to hide behind

10:09AM 11   General Strange, are both Tulane guys, one basketball and one

10:09AM 12   football.

10:09AM 13               Right, Mr. Caldwell?

10:09AM 14           MR. CALDWELL:  Right.

10:10AM 15           THE COURT:  So I don't know where Mr. Caldwell's

10:10AM 16   loyalties lie.  He doesn't want to disclose it, I don't think,

10:10AM 17   publicly in the LSU/Alabama issue.

10:10AM 18               But, General Strange, you're back to your Tulane

10:10AM 19   colors this morning with your tie, right?

10:10AM 20           MR. STRANGE:  Yes, sir, Your Honor.

10:10AM 21           THE COURT:  Then, Mr. Brock over there, sitting in the

10:10AM 22   jury box, for some reason has an LSU-looking tie on.  You know,

10:10AM 23   it looks like purple and gold from here, Mr. Brock.

10:10AM 24           MR. BROCK:  Yes, sir.  I'm not going in-house any time

10:10AM 25   soon, so I thought I would play both sides.

10:10AM 1      THE COURT:  I found out that Mr. Brock played offensive

10:10AM 2  line under Bear Bryant, so we have quite an interesting set of

10:10AM 3  characters here.

10:10AM 4      MR. FAYARD:  We were speechless, also, Judge.

10:10AM 5      THE COURT:  What's that?

10:10AM 6      MR. FAYARD:  We were speechless, also.

10:10AM 7      THE COURT:  Yes.

10:10AM 8      Okay, let's get back to more serious matters.

10:10AM 9      We did talk about cement testing.

10:11AM 10     Motions in limine, I don't know if anybody has

10:11AM 11  anything to say about that.

10:11AM 12     I'll just state that the Court has received a

10:11AM 13  number of motions in limine.  We have ruled on one set, which

10:11AM 14  dealt with e-mail strings, and we're looking at the others.

10:11AM 15     As I told counsel in the liaison meeting this

10:11AM 16  morning, I'll certainly give it my best effort to rule on as many

10:11AM 17  of these as I can in advance of trial; but, I cannot promise that

10:11AM 18  I will be able to rule on all of these in advance of trial.

10:11AM 19     Since this is not a jury trial, I do not consider

10:11AM 20  this critical that all of these issues be ruled on before the

10:11AM 21  trial starts; but, we'll give it our best effort.

10:11AM 22     Does anyone have anything to add to the motions in

10:11AM 23  limine agenda item?

10:11AM 24     Item number 11, this is a matter that, for some

10:12AM 25  reason, has sort of been overlooked, and it's just something

10:12AM 1   that's on the Court's docket that I want to take care of.

10:12AM 2            There is a pending motion by the Center for

10:12AM 3   Biological Diversity.  It's what's called a renewed motion for

10:12AM 4   clarification of D1 order.  This is the order where we

10:12AM 5   dismissed -- I think it's two cases --

10:12AM 6            Right, Ben?

10:12AM 7            -- two member cases.

10:12AM 8       THE CLERK:  Their renewed motion is respecting two

10:12AM 9   individual cases that they brought.  The order addresses the D1

10:12AM 10  master complaint.

10:12AM 11      THE COURT:  Right, right.

10:12AM 12           But they have asked that we clarify that it's a

10:12AM 13  final judgment as to their two member cases only, again, so that

10:12AM 14  we can enter a final judgment and they can take an appeal.

10:12AM 15           I asked in the liaison meeting whether anybody had

10:12AM 16  any opposition to that.  Mr. Herman, I think you wanted to just

10:13AM 17  say something briefly about that?

10:13AM 18      MR. HERMAN:  Yes, Your Honor.  Steve Herman for the

10:13AM 19  plaintiffs.

10:13AM 20           We'll take a look at it and get back to the Court.

10:13AM 21  I don't think we're going to have any problem with an appeal of

10:13AM 22  specific cases that have been dismissed.

10:13AM 23           Our only concern was it's our understanding that

10:13AM 24  the Court's rulings so far on the master complaints on the

10:13AM 25  Rule 12 motions, I guess, we would kind of perceive them and take

10:13AM 1   the position, I guess, that none of those are really final

10:13AM 2   judgments because they don't resolve all the issues between and

10:13AM 3   among all of the parties.

10:13AM 4           We just wanted to make sure that there is no appeal

10:13AM 5   delays that are running for any of the plaintiffs out there.

10:13AM 6   That's really our only concern.

10:13AM 7           But I think, if it's narrowly tailored just to two

10:13AM 8   actions, we're not going to have any problem with it; but, I'm

10:13AM 9   happy to look at it and get back to the Court.

10:13AM 10          THE COURT:  So what I'd ask you to do, then, is to look

10:13AM 11  at the proposed order that's attached to that motion.  Their

10:13AM 12  motion is Record Document 4371.  If you'd look at their proposed

10:13AM 13  order and get back to Ben, and let us know.  If you have any

10:14AM 14  additional language you want to suggest or propose, we'll

10:14AM 15  entertain that; or, if you have no objection, we'll just enter

10:14AM 16  that order, okay?

10:14AM 17          MR. HERMAN:  Yes, Your Honor.

10:14AM 18          THE COURT:  Does anyone else have anything to say on

10:14AM 19  that?

10:14AM 20              Mr. Langan.

10:14AM 21          MR. LANGAN:  Andy Langan for BP.

10:14AM 22          We'll likewise take a look, but I conceptually

10:14AM 23  don't see a problem here.

10:14AM 24          THE COURT:  Could you all get back to us on that, say,

10:14AM 25  within the next seven days?

10:14AM 1          MR. LANGAN:  Absolutely.

10:14AM 2          MR. HERMAN:  Yes, Your Honor.

10:14AM 3          THE COURT:  Thank you.

10:14AM 4              Next, we'll move on to oral arguments on the

10:14AM 5   United States' Second Motion for Partial Summary Judgment.

10:14AM 6              Just in the event there are people who do not wish

10:14AM 7   to stay around for those oral arguments, essentially our status

10:14AM 8   conference is concluded.

10:14AM 9              We do have a final pretrial conference scheduled

10:14AM 10  for February 3rd.  It's up there as a status conference.  It's

10:14AM 11  not really a status conference per se.  I'm not even sure if

10:15AM 12  we're going to do that in court or in chambers.

10:15AM 13             It's a final pretrial conference to discuss

10:15AM 14  logistical issues related to the trial and any cleanup issues.

10:15AM 15  Anything that we need to take care of, we could address at that

10:15AM 16  pretrial conference.

10:15AM 17         MR. STRANGE:  Your Honor, I forgot to mention the audit

10:15AM 18  status.

10:15AM 19         THE COURT:  Oh, yes, I'm glad.

10:15AM 20         MR. STRANGE:  Would you like me to address that before

10:15AM 21  we conclude?

10:15AM 22         THE COURT:  Yes.  This pertains to the audit that the

10:15AM 23  DOJ is working on getting done, right?

10:15AM 24         MR. STRANGE:  Yes, Your Honor.

10:15AM 25         THE COURT:  Audit of the GCCF.

10:15AM 1          MR. STRANGE:  It is.

10:15AM 2                 Luther Strange, coordinating counsel from Alabama.

10:15AM 3                 Your Honor, as you well know, the AG's from around

10:15AM 4    the Gulf region, the Court and others have expressed great

10:15AM 5    concern about the process, Mr. Feinberg's process.  One of our

10:15AM 6    efforts was to institute an audit.

10:15AM 7                 We have been working very carefully with the

10:15AM 8    Department of Justice.  Mr. Perrelli is in charge of that

10:15AM 9    process, the DOJ is, but I wanted to inform the Court that an

10:15AM 10   auditor has been selected.  It's a company called BDO.  They were

10:16AM 11   appointed on December 21st.

10:16AM 12                Their task is to complete their audit within three

10:16AM 13   months, so we're expecting a report by the end of March.

10:16AM 14                That's being spearheaded through the Department of

10:16AM 15   Justice; but, we're working very closely with them.  Of course,

10:16AM 16   the criteria have been expressed by the Court and by our group,

10:16AM 17   that is, we want to make sure there is a criteria we can

10:16AM 18   understand, there is transparency, and so forth.

10:16AM 19                So we look forward to that report at the end of

10:16AM 20   March.

10:16AM 21          THE COURT:  As I understand it, everybody that was

10:16AM 22   interested in that has now had the ability to give their input

10:16AM 23   into the issues regarding things such as the scope of the audit

10:16AM 24   and so forth, right?

10:16AM 25          MR. STRANGE:  That's correct, Your Honor.  There was

10:16AM  1    significant input by all the parties.  I think the scope's

10:16AM  2    defined.  We know there is some tension between how broad the

10:16AM  3    audit could be and in the time period we needed it in --

10:16AM  4            THE COURT:  Right.

10:16AM  5            MR. STRANGE:  -- but I think everybody is comfortable

10:16AM  6    with what's been devised.

10:16AM  7            THE COURT:  Great.  That's good news.

10:16AM  8            Anyone else need to say anything or would like to

10:17AM  9    say anything on the audit?

      10            (WHEREUPON, at 10:17 a.m., the proceedings were

      11    concluded.)

      12                        *   *   *

      13                   REPORTER'S CERTIFICATE

      14        I, Cathy Pepper, Certified Realtime Reporter, Registered
        Merit Reporter, Registered Professional Reporter, Certified Court
      15    Reporter for the State of Louisiana, Official Court Reporter for
        the United States District Court, Eastern District of Louisiana,
      16    do hereby certify that the foregoing is a true and correct
        transcript, to the best of my ability and understanding, from the
      17    record of the proceedings in the above-entitled and numbered
        matter.

      18

                                    Cathy Pepper, CCR, RMR, CRR
      23                            Certified Realtime Reporter
                                    Official Court Reporter
      24                            United States District Court
                                    (504) 589-7779
      25                            Cathy_Pepper@laed.uscourts.gov

## $

**$60** [1] - 44:2

## 1

**10-2179** [1] - 15:13
**10-MD-2179** [1] - 1:7
**100** [2] - 3:5, 3:19
**1000** [2] - 2:4, 10:8
**10003** [1] - 3:9
**1001** [1] - 8:4
**10036** [1] - 9:23
**101** [1] - 4:15
**10153** [1] - 10:25
**10:17** [1] - 50:10
**10th** [1] - 22:23
**10TH............................**
**................... [1] -** 13:2
**11** [2] - 24:11, 45:24
**1100** [3] - 4:19, 7:25,
   10:4
**12** [2] - 23:25, 46:25
**1201** [1] - 8:25
**1221** [1] - 8:19
**1292** [1] - 32:2
**1292(b** [1] - 31:15
**13** [1] - 5:15
**13.....................................**
**................... [1] -** 13:10
**1300** [2] - 9:9, 10:21
**1331** [1] - 9:4
**13th** [2] - 20:12, 26:4
**1540** [1] - 9:22
**1600** [1] - 11:9
**1601** [1] - 2:12
**1615** [1] - 9:9
**1665** [1] - 9:4
**1700** [2] - 8:25, 26:23
**188** [1] - 3:12
**19** [2] - 1:8, 15:2

## 2

**20** [7] - 1:6, 12:5, 12:6,
   12:8, 12:9, 15:15,
   21:17
**2000** [1] - 10:13
**20005** [2] - 7:18, 10:22
**20006** [1] - 9:19
**20044** [1] - 6:21
**2007** [1] - 9:21
**2010** [3] - 1:6, 15:15,
   21:17
**2012** [1] - 1:8, 15:2
**2020** [1] - 9:18
**20th** [1] - 22:21

## 20TH............................
**................... [1] -** 12:25
**21** [3] - 12:12, 12:13,
   12:15
**2179** [1] - 20:14
**2179................ [1] -**
   12:7
**2185** [6] - 11:12, 22:8,
   22:12, 23:1, 23:9,
   23:14
**2185............................**
**................... [1] -**
   12:17
**21st** [1] - 49:11
**21ST............................**
   [1] - 14:11
**22** [8] - 12:17, 12:18,
   12:19, 12:21, 12:22,
   12:23, 12:24, 13:1
**23** [1] - 3:19
**23510** [1] - 2:5
**24** [5] - 13:3, 13:4,
   13:6, 21:15, 21:16
**25** [2] - 13:7, 13:8
**255** [1] - 3:16
**26** [1] - 13:9
**2615** [1] - 2:16
**26th** [2] - 20:23, 25:18
**26TH** [1] - 12:10
**27** [1] - 13:11
**275** [1] - 2:19
**27th** [1] - 43:9
**28** [2] - 5:7, 13:12
**2929** [1] - 11:5
**29464** [1] - 5:8
**29TH** [1] - 2:19

## 3

**3** [1] - 3:5
**300** [1] - 7:14
**300-plus** [2] - 24:17,
   25:1
**303** [1] - 24:10
**3100** [1] - 10:4
**3102** [1] - 4:19
**316** [1] - 2:8
**32502** [1] - 2:9
**33134** [1] - 3:16
**3450** [1] - 11:13
**35** [1] - 20:20
**355** [1] - 9:13
**36013** [1] - 4:5
**36130** [1] - 5:20
**365** [1] - 10:13
**3650** [1] - 5:4
**36604** [1] - 2:12
**3668** [1] - 1:19
**36TH** [1] - 7:24

## 37 [1] - 20:20
**3700** [1] - 8:4
**3715** [1] - 5:15
**38** [4] - 13:14, 13:17,
   13:18, 20:21
**39** [1] - 13:20
**39201** [1] - 3:13
**3rd** [1] - 48:10
**3RD..** [1] - 14:7

## 4

**4** [1] - 3:4
**40** [4] - 12:13, 13:23,
   13:24, 21:13
**4000** [1] - 10:8
**401** [1] - 6:11
**4160** [1] - 4:4
**42** [1] - 32:9
**42-page** [1] - 30:18
**42ND** [1] - 11:5
**4310** [1] - 2:23
**435** [1] - 4:15
**4371** [1] - 47:12
**4371............................**
**........ [1] -** 14:5
**4400** [1] - 9:13
**45** [1] - 14:2
**450** [1] - 6:15
**4500** [1] - 8:19
**46** [2] - 14:3, 14:4
**47** [1] - 14:5
**48** [4] - 14:6, 14:7,
   14:8, 14:9
**49** [3] - 14:10, 14:11,
   14:12
**4900** [1] - 8:11
**49ers** [3] - 40:17, 41:6,
   41:9
**4th** [1] - 21:20
**4TH** [1] - 12:15

## 5

**50** [3] - 34:16, 43:9,
   43:13
**500** [5] - 5:19, 6:11,
   8:8, 11:13, 11:20
**5000** [1] - 7:10
**501** [2] - 4:11, 5:11
**504** [2] - 11:21, 50:24
**519** [1] - 4:8
**533** [2] - 12:8, 20:15
**5395** [1] - 6:16
**54(b** [10] - 28:4, 29:5,
   29:11, 31:5, 31:20,
   31:21, 32:1, 32:25,
   34:18, 38:10

## 54(B [2] - 13:12, 13:14
**54(b)** [1] - 31:17
**546** [1] - 8:15
**556** [1] - 1:20
**589-7779** [2] - 11:21,
   50:24

## 6

**600** [3] - 2:8, 4:22,
   11:9
**601** [1] - 2:16
**60654** [1] - 7:15
**618** [1] - 3:23
**655** [1] - 7:18

## 7

**700** [1] - 3:8
**70037** [1] - 3:20
**70056** [1] - 6:11
**70058** [1] - 5:16
**701** [3] - 5:4, 6:4, 7:10
**70112** [1] - 9:10
**70113** [1] - 1:24
**70130** [6] - 2:16, 4:23,
   6:4, 8:16, 10:13,
   11:20
**70139** [2] - 5:4, 7:11
**70163** [2] - 7:25, 10:5
**70360** [1] - 4:15
**70501** [1] - 11:9
**70502** [1] - 1:20
**70601** [2] - 4:12, 5:11
**70726** [1] - 4:8
**70801** [1] - 3:23
**70804** [1] - 5:24
**711** [1] - 8:8
**72** [1] - 24:24
**750** [1] - 8:11
**75219** [1] - 4:19
**75270** [1] - 8:25
**7611** [1] - 6:21
**767** [1] - 10:24
**7700** [1] - 24:25
**77002** [4] - 8:5, 8:8,
   10:9, 11:14
**77006** [1] - 2:23
**77010** [2] - 8:20, 9:4
**77019** [1] - 11:5
**77056** [1] - 8:11
**777** [1] - 3:12
**78257** [1] - 3:5
**7TH** [1] - 6:16

## 8

**8** [1] - 38:18
**820** [1] - 1:23
**8397** [1] - 3:19

## 9

**900** [1] - 10:21
**90071** [1] - 9:13
**94005** [1] - 5:23
**94102** [1] - 6:16
**94111** [1] - 2:20
**999** [1] - 2:4
**9:30** [1] - 1:8
**9TH** [1] - 4:22

## A

**A.M** [1] - 1:8
**a.m.,the** [1] - 50:10
**ability** [2] - 49:22,
   50:16
**able** [3] - 15:21, 17:18,
   45:18
**above-entitled** [1] -
   50:17
**ABRAMSON** [1] - 2:14
**absolute** [1] - 38:5
**absolutely** [3] - 42:6,
   43:24, 48:1
**accept** [2] - 32:3, 37:5
**accused** [1] - 37:23
**act** [1] - 33:19
**action** [1] - 23:17
**ACTION** [1] - 1:7
**actions** [7] - 28:5,
   28:6, 29:7, 30:10,
   31:8, 35:17, 47:8
**ACTIONS.** [1] - 13:13
**ACTIVE** [1] - 12:8
**active** [1] - 20:15
**activity** [1] - 20:25
**actual** [1] - 26:14
**add** [5] - 23:16, 37:8,
   37:11, 37:21, 45:22
**addition** [1] - 34:2
**additional** [7] - 27:3,
   32:15, 32:17, 33:6,
   33:19, 37:1, 47:14
**address** [4] - 29:13,
   29:14, 48:15, 48:20
**addressed** [3] - 29:8,
   29:17, 36:1
**addresses** [1] - 46:9
**advance** [2] - 45:17,
   45:18

**affected** [1] - 30:1
**aftermath** [1] - 21:14
**AFTERMATH** [1] - 12:13
**afternoon** [1] - 39:2
**AG's** [1] - 49:3
**AGENDA** [1] - 12:3
**agenda** [2] - 38:19, 45:23
**ago** [1] - 25:17
**agree** [4] - 28:4, 28:25, 32:4, 33:18
**AGREE** [1] - 13:12
**agreed** [1] - 29:4
**agrees** [1] - 31:20
**AL** [3] - 2:12, 4:5, 5:20
**ALABAMA** [1] - 5:18
**Alabama** [7] - 17:6, 42:16, 42:20, 42:21, 43:10, 44:9, 49:2
**ALAN** [1] - 9:3
**Alan** [1] - 19:11
**Alex** [1] - 41:12
**ALHAMBRA** [1] - 3:16
**ALL** [1] - 1:10
**ALLAN** [1] - 6:3
**Allan** [1] - 27:13
**ALLEN** [4] - 4:3, 11:5, 11:13
**allow** [1] - 33:1
**ALPHONSO** [1] - 3:11
**ALSO** [1] - 11:16
**alternative** [1] - 31:14
**AMERICA** [7] - 6:19, 7:3, 7:3, 7:4, 7:5, 7:7, 7:8
**AMERICAN** [1] - 2:15
**Anadarko** [5] - 18:22, 18:24, 18:25, 19:13, 19:15
**ANADARKO** [2] - 9:6, 9:7
**analogous** [1] - 28:14
**AND** [12] - 5:14, 6:7, 6:8, 6:9, 7:22, 10:20, 12:13, 13:3, 13:4, 13:17, 13:18, 13:21
**ANDREW** [1] - 7:13
**Andy** [4] - 19:20, 40:16, 40:19, 47:21
**ANGELES** [1] - 9:13
**ANTONIO** [1] - 3:5
**appeal** [9] - 22:17, 22:18, 30:24, 31:5, 32:3, 32:11, 46:14, 46:21, 47:4
**APPEAL** [1] - 12:22
**APPEARANCES** [11] - 1:16, 2:1, 3:1, 4:1, 5:1, 6:1, 7:1, 8:1,

9:1, 10:1, 11:1
**appearances** [1] - 27:19
**applause** [1] - 42:13
**APPOINTED** [1] - 14:11
**appointed** [1] - 49:11
**appreciate** [3] - 25:21, 38:14, 42:4
**appropriate** [1] - 31:21
**APRIL** [1] - 1:6
**April** [2] - 15:15, 21:17
**ARE** [1] - 13:20
**AREAUX** [1] - 10:3
**argued** [3] - 22:13, 22:20, 22:23
**ARGUED** [3] - 12:19, 12:24, 13:1
**argument** [1] - 20:24
**ARGUMENT.............. ................................ ................** [1] - 12:11
**arguments** [3] - 20:2, 48:4, 48:7
**art** [1] - 24:21
**ASBILL** [1] - 8:3
**assistance** [2] - 21:24, 25:6
**associated** [1] - 40:11
**ASSOCIATED** [1] - 13:25
**assure** [1] - 38:2
**AT** [2] - 12:10, 13:18
**attached** [1] - 47:11
**attend** [1] - 23:4
**ATTORNEY** [2] - 5:18, 5:23
**Attorney** [2] - 17:17, 44:9
**Auburn** [1] - 17:8
**audit** [7] - 48:17, 48:22, 49:6, 49:12, 49:23, 50:3, 50:9
**AUDIT** [2] - 14:8, 14:9
**Audit** [1] - 48:25
**AUDITOR** [1] - 14:10
**auditor** [1] - 49:10
**auspices** [1] - 39:9
**available** [1] - 23:3
**AVENUE** [8] - 1:23, 4:8, 4:19, 5:19, 6:11, 6:15, 9:13, 10:24
**aware** [4] - 21:3, 22:2, 24:16

**B**

**BABIUCH** [1] - 7:14

**BARBIER** [1] - 1:13
**BARON** [1] - 4:17
**Barr** [1] - 16:12
**BARR** [2] - 2:8, 16:12
**BARRIOS** [2] - 5:3, 5:3
**BARROW** [2] - 11:4, 18:12
**Barrow** [1] - 18:12
**based** [1] - 28:22
**basis** [1] - 32:19
**basketball** [1] - 44:11
**BATON** [2] - 3:23, 5:24
**Baton** [1] - 43:25
**BATTERY** [1] - 2:19
**BAYLEN** [1] - 2:8
**BDO** [2] - 14:11, 49:10
**BE** [5] - 12:9, 12:24, 13:1, 13:13, 13:24
**Bear** [3] - 42:2, 42:16, 45:2
**BEASLEY** [1] - 4:3
**beat** [3] - 40:24, 40:25, 41:9
**Beck** [1] - 19:18
**BECK** [3] - 8:18, 8:18, 19:18
**BEEN** [2] - 12:19, 14:10
**BEFORE** [2] - 1:13, 12:16
**beginning** [2] - 25:3, 41:18
**behalf** [3] - 16:11, 24:19, 40:4
**behind** [2] - 17:15, 44:10
**BEING** [1] - 13:20
**BELLE** [1] - 3:20
**bellwether** [1] - 26:20
**Ben** [2] - 46:6, 47:13
**BERNSTEIN** [1] - 2:18
**BERTAUT** [1] - 8:15
**best** [5] - 17:9, 32:13, 45:16, 45:21, 50:16
**better** [2] - 26:20, 37:20
**between** [3] - 39:5, 47:2, 50:2
**beyond** [1] - 37:13
**Bill** [1] - 23:14
**BINGHAM** [2] - 9:12, 9:16
**Biological** [1] - 46:3
**BIOLOGICAL** [1] - 14:3
**bit** [1] - 28:18
**bits** [1] - 28:13

**BLOSSMAN** [1] - 10:3
**BLVD** [1] - 5:7
**BOCKIUS** [1] - 10:7
**BOP** [5] - 13:17, 38:19, 39:14, 39:15, 39:17
**BOULEVARD** [1] - 2:23
**BOUNDS** [1] - 2:11
**Bowl** [1] - 41:7
**BOWMAN** [2] - 8:24, 19:6
**Bowman** [1] - 19:6
**box** [1] - 44:22
**BOX** [4] - 1:19, 4:4, 5:23, 6:21
**boys** [1] - 41:14
**BP** [30] - 7:3, 7:3, 7:4, 7:5, 7:6, 7:7, 7:8, 18:11, 19:19, 19:20, 23:3, 24:7, 27:14, 29:16, 29:21, 32:11, 32:15, 32:17, 33:1, 33:19, 33:22, 34:10, 34:24, 35:22, 37:2, 38:1, 38:22, 39:5, 40:17, 47:21
**BP's** [3] - 32:14, 35:21, 36:17
**BRANCH** [1] - 6:14
**breach** [2] - 32:20, 32:22
**Brees** [1] - 41:11
**Breit** [3] - 17:13, 17:15, 17:19
**BREIT** [4] - 2:3, 2:3, 17:13, 17:17
**BRENNAN** [1] - 8:3
**brethren** [1] - 43:16
**BRIAN** [1] - 2:8
**Brian** [1] - 16:12
**BRIDGESIDE** [1] - 5:7
**brief** [1] - 28:16
**briefed** [3] - 22:20, 36:15, 36:16
**briefing** [1] - 20:22
**briefly** [5] - 33:17, 35:13, 35:14, 38:23, 46:17
**brighter** [1] - 17:19
**broad** [1] - 50:2
**BROAD** [2] - 4:11, 5:11
**BROADWAY** [2] - 3:8, 9:22
**Brock** [4] - 40:21, 44:21, 44:23, 45:1
**BROCK** [1] - 44:24
**brought** [1] - 46:9
**brown** [1] - 37:23

**brown-nosing** [1] - 37:23
**Bruce** [1] - 19:6
**BRUCE** [1] - 8:24
**Bryant** [3] - 42:2, 42:16, 45:2
**buckets** [1] - 22:12
**BUDD** [1] - 4:17
**Buddy** [1] - 16:7
**BUILDING** [2] - 2:15, 3:5
**BURKE** [1] - 4:18
**busy** [1] - 24:15
**BY** [60] - 1:4, 1:19, 1:23, 2:3, 2:8, 2:11, 2:15, 2:19, 2:22, 3:4, 3:8, 3:11, 3:15, 3:19, 3:22, 4:4, 4:7, 4:11, 4:14, 4:18, 4:22, 5:3, 5:7, 5:10, 5:15, 5:18, 5:23, 6:3, 6:9, 6:15, 6:20, 7:9, 7:13, 7:17, 7:24, 8:3, 8:7, 8:10, 8:14, 8:18, 8:23, 9:3, 9:9, 9:12, 9:16, 9:22, 10:4, 10:7, 10:12, 10:21, 10:24, 11:4, 11:8, 11:12, 11:23, 11:23, 12:9, 13:20, 14:3, 14:12

**C**

**CA** [3] - 2:20, 6:16, 9:13
**Cabraser** [1] - 17:22
**CABRASER** [3] - 2:18, 2:19, 17:21
**Caldwell** [5] - 16:7, 17:17, 20:6, 44:10, 44:13
**CALDWELL** [5] - 5:23, 16:7, 44:14
**Caldwell's** [1] - 44:15
**CALLED** [1] - 15:4
**CALVIN** [1] - 4:7
**Calvin** [1] - 16:14
**CAMERON** [1] - 8:13
**Cameron** [2] - 19:17, 19:18
**CAMP** [1] - 6:4
**CANAL** [2] - 10:12, 10:13
**cannot** [1] - 45:17
**CAPITOL** [1] - 3:12
**CAPPING** [1] - 13:17
**Capping** [1] - 38:19
**capping** [1] - 39:6, 39:12

captured [1] - 21:7
care [2] - 46:1, 48:15
carefully [1] - 49:7
CARL [1] - 1:13
CARLA [1] - 4:18
CARMELITE [1] - 8:15
CARONDELET [2] - 4:22, 8:15
Carter [1] - 43:18
CARVER [1] - 10:3
CASE [1] - 13:1
case [22] - 15:11, 21:19, 21:21, 22:1, 22:3, 22:17, 22:18, 22:19, 22:22, 23:9, 23:18, 23:22, 23:24, 25:15, 32:9, 32:24, 32:25, 33:20, 34:8, 38:4, 40:12
CASE...........................
..................... [1] - 12:23
cases [37] - 20:14, 20:15, 21:1, 21:5, 21:6, 21:8, 21:10, 21:11, 21:13, 21:17, 21:19, 22:7, 22:12, 22:15, 23:19, 25:24, 26:3, 26:6, 26:16, 26:22, 27:3, 27:12, 27:16, 28:21, 28:23, 29:11, 30:2, 30:21, 46:5, 46:7, 46:9, 46:13, 46:22
CASES [4] - 1:10, 12:7, 12:13, 13:9
CASES.....................
...... [1] - 13:8
CASES.....................
......... [1] - 12:8
CASES.....................
......... [1] - 12:12
CASES.....................
................. [2] - 12:18, 12:21
CASES.....................
................. [1] - 13:11
casing [1] - 40:11
CASING [1] - 13:25
cast [1] - 32:1
CASTEIX [1] - 5:3
category [1] - 21:1
Cathy [2] - 50:14, 50:22
CATHY [1] - 11:19
Cathy_Pepper@laed .uscourts.gov [1] - 50:25
cathy_Pepper@laed. uscourts.gov [1] -

11:21
caused [1] - 42:22
CCR [2] - 11:19, 50:22
CEMENT [2] - 13:23, 13:24
cement [3] - 40:6, 40:10, 45:9
Center [1] - 46:2
CENTER [4] - 6:10, 8:19, 11:13, 14:3
CENTRE [1] - 7:24
ceremony [1] - 41:22
CERNICH [1] - 6:20
certainly [3] - 37:17, 37:19, 45:16
CERTIFICATE [1] - 50:13
certification [1] - 31:15
certified [1] - 50:23
CERTIFIED [1] - 11:19
Certified [2] - 50:14, 50:14
certify [1] - 50:16
CHAMBERS [1] - 11:3
chambers [1] - 48:12
change [1] - 22:9
chapter [1] - 40:6
characters [1] - 45:3
charge [1] - 49:8
CHARLES [2] - 4:12, 5:11
CHASSE [1] - 3:20
CHICAGO [1] - 7:15
China [1] - 43:1
choke [1] - 39:7
CIRCLE [1] - 3:16
Circuit [2] - 22:18, 32:3
CIRCUIT.................
[1] - 12:22
CITY [1] - 3:9
City [2] - 41:2, 41:5
Civil [1] - 31:1
CIVIL [2] - 1:7, 6:14
claim [1] - 33:4
claims [11] - 29:4, 29:6, 29:10, 29:20, 31:2, 31:12, 32:10, 32:15, 32:18, 36:3, 36:15
clarification [2] - 36:8, 46:4
CLARIFICATION [1] - 14:4
clarify [1] - 46:12
CLAY [1] - 5:15
cleanup [1] - 48:14
clear [1] - 31:10

CLERK [3] - 15:7, 15:13, 46:8
Clingman [1] - 19:1
CLINGMAN [2] - 8:4, 19:1
close [1] - 40:6
closely [1] - 49:15
closest [1] - 43:19
CLUB [1] - 5:13
co [2] - 16:1, 20:7
co-coordinating [1] - 20:7
co-liaison [1] - 16:1
collateral [1] - 30:24
colleagues [1] - 42:20
colors [1] - 44:19
comfortable [3] - 31:17, 31:22, 50:5
comment [1] - 28:11
comments [1] - 38:15
COMPANY [3] - 7:4, 9:7
company [2] - 37:25, 49:10
competing [1] - 28:9
complaint [6] - 31:6, 33:22, 34:4, 34:13, 35:2, 46:10
complaints [8] - 29:4, 29:6, 29:14, 30:19, 31:13, 35:24, 36:3, 46:24
complete [1] - 49:12
completed [2] - 39:16, 40:7
COMPLETED [1] - 13:23
completely [3] - 28:22, 33:18, 34:11
COMPUTER [1] - 11:23
conceptually [1] - 47:22
concern [6] - 36:17, 36:18, 46:23, 47:6, 49:5
conclude [1] - 48:21
concluded [2] - 48:8, 50:11
CONCLUDED............
................ [1] - 14:6
conditional [1] - 20:13
Conditional [3] - 20:10, 20:19, 20:21
CONDITIONAL [2] - 12:5, 12:6
CONFERENCE [3] - 1:13, 14:6, 14:7
conference [8] - 15:17, 20:1, 48:8,

48:9, 48:10, 48:11, 48:13, 48:16
conferences [1] - 25:8
confess [2] - 28:18, 43:4
connection [1] - 33:13
CONRAD [1] - 4:14
consensus [1] - 34:18
consider [1] - 45:19
construed [1] - 36:24
CONTINUED [10] - 2:1, 3:1, 4:1, 5:1, 6:1, 7:1, 8:1, 9:1, 10:1, 11:1
CONTINUES [1] - 13:19
continues [2] - 25:13, 38:24
contract [7] - 21:9, 26:6, 32:20, 33:6, 34:23, 36:25, 37:14
contrary [1] - 40:19
controls [1] - 37:3
controversy [1] - 38:25
CONTROVERSY......
- 13:19
conversations [1] - 21:25
Cooper [1] - 17:6
cooperatively [1] - 39:5
coordinating [5] - 15:18, 16:6, 16:7, 20:7, 49:2
CORAL [1] - 3:16
COREY [1] - 5:19
CORPORATE [2] - 4:15, 6:10
CORPORATION [3] - 7:5, 8:14, 9:7
correct [4] - 23:17, 24:1, 49:25, 50:16
COSSICH [3] - 3:18, 3:19, 16:23
Cossich [1] - 16:23
COTLAR [1] - 1:22
COUNSEL [1] - 1:18
counsel [14] - 15:16, 15:18, 16:6, 16:8, 17:9, 18:7, 18:9, 20:7, 23:16, 25:14, 27:4, 27:18, 45:15, 49:2
count [1] - 20:15
counterclaim [2] - 30:4, 30:5
counterclaims [11] - 29:14, 29:16, 29:21, 30:11, 30:21, 32:14,

32:18, 32:20, 36:3, 36:9, 36:15
counts [1] - 23:17
COUNTY [1] - 12:16
County [1] - 21:20
couple [1] - 41:4
course [5] - 15:23, 25:5, 34:1, 39:9, 49:15
Court [29] - 20:4, 20:16, 25:13, 29:7, 29:17, 29:19, 31:2, 33:20, 33:23, 33:25, 35:15, 35:20, 35:25, 36:1, 36:13, 40:14, 41:24, 45:12, 46:20, 47:9, 49:4, 49:9, 49:16, 50:14, 50:15, 50:15, 50:23, 50:24
COURT [93] - 1:1, 11:19, 15:4, 15:8, 15:10, 15:16, 16:9, 17:15, 17:19, 18:3, 19:21, 19:24, 21:1, 21:11, 21:25, 22:6, 23:1, 23:7, 23:12, 23:19, 23:22, 23:24, 24:2, 24:4, 24:12, 25:10, 25:12, 25:19, 26:8, 26:10, 26:16, 26:21, 26:25, 27:8, 27:10, 27:15, 27:18, 28:1, 28:11, 29:9, 29:25, 30:5, 30:8, 31:14, 31:25, 32:5, 33:15, 34:14, 35:12, 36:5, 36:10, 36:18, 36:21, 36:24, 37:7, 37:9, 37:11, 37:24, 38:1, 38:8, 38:13, 38:15, 38:18, 38:21, 39:11, 39:14, 39:24, 40:1, 41:6, 41:16, 42:6, 42:8, 42:11, 42:14, 42:23, 43:10, 44:7, 44:15, 44:21, 45:1, 45:5, 45:7, 46:11, 47:10, 47:18, 47:24, 48:3, 48:19, 48:22, 48:25, 49:21, 50:4, 50:7
court [6] - 15:23, 23:17, 24:21, 40:18, 42:9, 48:12
Court's [7] - 34:7, 34:9, 35:21, 37:5, 39:9, 46:1, 46:24
courts [1] - 21:14
COURTS...................
............. [1] - 12:14

coverage [5] - 29:18, 31:3, 34:17, 35:1, 36:2

coverages [1] - 29:23

CRAFT [1] - 3:3

create [2] - 30:23

credit [1] - 38:5

crimson [1] - 43:19

criteria [2] - 49:16, 49:17

critical [1] - 45:20

CROW [1] - 4:3

CRR [2] - 11:19, 50:22

CUNNINGHAM [3] - 2:11, 2:11, 18:1

Cunningham [1] - 18:1

current [1] - 21:12

CURRENTLY [1] - 12:8

## D

D1 [3] - 14:4, 46:4, 46:9

DALLAS [3] - 4:19, 8:25, 11:13

DANIEL [1] - 8:10

Danny [1] - 18:14

DARDEN [1] - 10:3

DARYL [1] - 6:10

data [1] - 40:7

date [1] - 35:20

DAUPHIN [1] - 2:12

DAVID [2] - 8:18, 9:17

David [2] - 18:23, 19:18

DAWN [1] - 5:3

days [1] - 47:25

DC [4] - 6:21, 7:18, 9:19, 10:22

dead [1] - 17:8

deadline [1] - 27:4

deal [3] - 24:19, 30:20, 30:21

dealing [1] - 35:7

deals [2] - 34:9, 34:11

dealt [1] - 45:14

Deb [1] - 18:25

DEBORAH [1] - 9:9

DECEMBER [1] - 14:11

December [3] - 20:12, 24:14, 49:11

decide [7] - 33:6, 35:2, 35:9, 36:3, 36:9, 36:18, 38:11

DECIDE [1] - 13:15

decided [9] - 29:3,

32:9, 32:10, 32:24, 34:21, 35:4, 36:1, 36:14

deciding [3] - 36:8, 36:10, 36:11

decision [1] - 22:14

DECISION................ ..... [1] - 12:20

declaration [1] - 44:1

declarations [3] - 34:5, 34:10, 34:12

declaratory [2] - 28:6, 30:9

deemed [1] - 40:11

DEEMED [1] - 13:24

deepest [1] - 43:5

DEEPWATER [3] - 1:5, 7:22, 7:23

Deepwater [1] - 15:14

defendants [2] - 18:7, 18:9

defined [1] - 50:2

DEGRAVELLES [1] - 3:22

delays [1] - 47:5

DENHAM [1] - 4:8

denied [1] - 33:23, 35:21

DENISE [1] - 10:8

Denise [1] - 18:19

DENNIS [1] - 11:4

Dennis [1] - 18:12

deny [2] - 34:25, 35:4

Department [2] - 49:8, 49:14

department [1] - 24:23

DEPARTMENT [2] - 6:14, 6:19

DEPARTMENT.......... ................ [1] - 13:6

DEPOSITION [2] - 13:3, 13:4

deposition [4] - 24:5, 24:9, 24:20, 25:3

depositions [9] - 23:4, 24:10, 24:12, 24:15, 24:17, 25:1, 25:19, 25:23, 39:18

DEPUTY [2] - 15:7, 15:13

derivative [3] - 22:15, 22:17, 32:15

DERIVATIVE [1] - 12:21

deserve [1] - 38:6

designated [1] - 24:18

designations [1] - 24:20

development [2] - 22:16, 23:18

devised [1] - 50:6

DEXTER [1] - 5:19

difference [1] - 33:7

different [2] - 29:23

disagreement [1] - 28:8

disappear [1] - 43:3

disclose [1] - 44:16

discomfort [1] - 31:20

discount [1] - 41:13

DISCOVERY [2] - 13:4, 13:6

discovery [11] - 23:1, 23:3, 23:5, 24:5, 24:9, 24:23, 25:2, 25:3, 25:15, 25:16, 25:23

DISCOVERY............ - 13:3

discuss [2] - 26:12, 48:13

dismiss [2] - 22:13, 22:19

DISMISS [2] - 12:19, 12:24

dismissed [4] - 20:16, 22:15, 46:5, 46:22

dismissing [1] - 30:2

dispense [1] - 42:8

dispute [2] - 28:19, 28:20

DISPUTES [1] - 12:9

disputes [2] - 20:18, 21:9

distract [1] - 33:1

distributed [1] - 40:7

District [5] - 15:13, 22:25, 50:15, 50:24

DISTRICT [3] - 1:1, 1:2, 1:14

DISTRICTS [1] - 6:9

Diversity [1] - 46:3

DIVERSITY. [1] - 14:3

dividend [1] - 22:22

DIVIDEND [1] - 13:1

DIVISION [1] - 6:14

docket [1] - 46:1

DOCUMENT [2] - 1:9, 14:5

Document [1] - 47:12

documents [1] - 24:24

DOJ [2] - 48:23, 49:9

DOMENGEAUX [1] - 1:18

DOMINION [2] - 2:4, 2:4

DON [2] - 7:9, 11:4

Don [4] - 18:16, 19:9, 19:19, 24:7

DONALD [1] - 8:23

done [8] - 20:22, 25:14, 25:15, 26:13, 28:14, 30:14, 38:4, 48:23

Dragna [1] - 19:14

DRAGNA [2] - 9:12, 19:14

draw [1] - 44:2

DRESCHER [1] - 2:3

Drew [1] - 41:11

DRIL [1] - 11:3

Dril [2] - 18:13, 18:16

DRIL-QUIP [1] - 11:3

Dril-Quip [2] - 18:13, 18:16

drill [1] - 39:22

DRILLING [1] - 7:22

drilling [3] - 33:6, 34:22, 36:25

DRIVE [3] - 2:4, 3:4, 4:15

DUE [2] - 12:24, 13:1

due [3] - 22:20, 22:22, 35:18

Duke [1] - 17:11

DUNBAR [1] - 10:11

## E

E&P [1] - 9:7

e-mail [1] - 45:14

EAST [1] - 3:12

EASTERN [1] - 1:2

Eastern [1] - 50:15

economic [1] - 21:5

Ed [1] - 19:23

EDWARD [1] - 9:22

EDWARDS [1] - 1:18

effect [1] - 35:20

effort [3] - 25:20, 45:16, 45:21

efforts [1] - 49:6

either [2] - 40:21, 41:12

electronically [1] - 28:14

ELIZABETH [1] - 2:19

Elizabeth [1] - 17:22

ELLIS [2] - 7:13, 7:17

Ellison [3] - 22:13, 22:25, 23:24

Ellison's [1] - 23:9

ELM [1] - 8:25

Elsley [2] - 27:20, 33:16

ELSLEY [3] - 8:7, 27:20, 33:16

employee [1] - 32:18

employment [1] - 21:8

encompassed [1] - 29:19

END [2] - 13:4, 14:12

end [5] - 24:9, 25:3, 40:9, 49:13, 49:19

ENERGY [2] - 7:24, 8:22

enforceable [2] - 35:8, 37:15

ENFORCEMENT [1] - 6:19

Englebert [1] - 39:9

enjoyed [1] - 41:23

enter [4] - 31:12, 34:25, 46:14, 47:15

ENTERED [1] - 13:13

entered [2] - 28:5, 30:2

entering [1] - 30:7

enters [1] - 33:25

entertain [1] - 47:15

entirely [1] - 29:23

entitled [1] - 50:17

ENVIRONMENTAL [1] - 6:19

ERISA [2] - 12:23, 22:19

ERVIN [1] - 3:15

Ervin [1] - 17:24

Espy [1] - 16:25

ESPY [2] - 3:11, 16:25

ESQUIRE [68] - 1:19, 1:23, 2:3, 2:8, 2:11, 2:15, 2:19, 2:22, 3:4, 3:8, 3:11, 3:12, 3:15, 3:19, 3:22, 4:4, 4:7, 4:11, 4:14, 4:18, 4:18, 4:22, 5:3, 5:7, 5:10, 5:15, 5:18, 5:19, 6:3, 6:9, 6:10, 6:15, 6:20, 6:20, 7:9, 7:13, 7:14, 7:17, 7:24, 8:3, 8:4, 8:7, 8:10, 8:14, 8:15, 8:18, 8:23, 8:23, 8:24, 8:24, 9:3, 9:9, 9:12, 9:16, 9:17, 9:17, 9:18, 9:22, 10:4, 10:7, 10:8, 10:12, 10:21, 10:24, 11:4, 11:4, 11:8, 11:12

essentially [2] - 22:11, 48:7

estimate [1] - 20:17

estimated [1] - 26:21

event [2] - 31:18, 48:6

evidence [2] - 38:23, 39:20

**EVIDENCE** [1] - 13:18
**exactly** [2] - 26:9, 27:1
**examination** [1] - 39:19
**exception** [1] - 39:21
**excess** [4] - 27:23, 32:7, 34:2, 34:5
**EXCESS** [1] - 10:11
**excuse** [1] - 29:9
**EXHIBITS** [1] - 13:20
**exhibits** [2] - 24:25, 39:1
**expected** [1] - 41:10
**EXPECTING** [1] - 14:12
**expecting** [2] - 41:12, 49:13
**EXPERT** [1] - 13:4
**expert** [4] - 24:9, 24:12, 24:15, 39:17
**EXPLORATION** [1] - 7:6
**expressed** [2] - 49:4, 49:16
**EXPRESSWAY** [1] - 5:15
**extent** [1] - 29:17

## F

**FACT** [1] - 13:5
**fact** [4] - 24:9, 29:19, 33:25, 34:9
**facts** [1] - 40:14
**fair** [1] - 41:3
**fall** [1] - 42:1
**familiar** [1] - 40:12
**FANNIN** [1] - 8:4
**far** [3] - 17:9, 24:21, 46:24
**favor** [4] - 30:9, 34:2, 35:23
**FAYARD** [7] - 4:7, 4:7, 16:14, 43:12, 43:22, 45:4, 45:6
**Fayard** [3] - 16:14, 42:3, 42:15
**fear** [1] - 43:5
**February** [3] - 22:23, 26:4, 48:10
**FEBRUARY** [3] - 13:2, 13:10, 14:7
**federal** [1] - 24:21
**FEDERAL** [1] - 6:13
**feelings** [1] - 41:5
**Feinberg's** [1] - 49:5
**FIFTEENTH** [1] - 7:18
**FIFTH** [2] - 10:24, 12:22

**Fifth** [1] - 22:18
**FILED** [1] - 11:16
**filed** [5] - 22:17, 26:23, 27:3, 33:21, 33:22
**FINAL** [3] - 13:12, 13:14, 14:7
**final** [19] - 28:4, 29:5, 29:6, 29:12, 30:2, 30:23, 31:12, 31:21, 32:1, 33:25, 34:1, 34:7, 38:10, 46:13, 46:14, 47:1, 48:9, 48:13
**finality** [1] - 32:12
**finally** [1] - 22:22
**FINANCIAL** [1] - 10:20
**FINN** [1] - 10:3
**FIRM** [1] - 11:12
**first** [5] - 23:13, 28:20, 30:16, 31:22, 34:16
**FITCH** [1] - 9:16
**FL** [2] - 2:9, 3:16
**FLANDERS** [2] - 9:22, 19:23
**Flanders** [1] - 19:23
**FLOOR** [5] - 2:19, 4:22, 6:16, 7:24, 11:5
**FLORIDA** [1] - 4:8
**focus** [1] - 26:3
**FOCUS** [1] - 13:9
**folks** [4] - 15:20, 15:24, 41:14, 42:14
**following** [1] - 41:2
**football** [1] - 44:12
**FOR** [27] - 1:18, 2:3, 5:13, 5:18, 5:22, 6:6, 6:13, 6:18, 7:3, 7:21, 8:13, 8:22, 9:6, 9:21, 10:7, 10:11, 10:15, 11:3, 11:7, 11:12, 12:15, 12:20, 13:20, 13:21, 14:3, 14:4, 14:7
**foregoing** [1] - 50:16
**forgot** [3] - 41:17, 41:19, 48:17
**FORM** [1] - 13:14
**form** [5] - 28:8, 32:1, 34:19, 38:10, 41:20
**formal** [2] - 41:22, 42:17
**formally** [1] - 42:4
**forms** [1] - 26:25
**formula** [1] - 26:20
**forth** [4] - 21:15, 32:18, 49:18, 49:24
**forward** [2] - 32:13, 49:19
**four** [2] - 22:11, 22:24

**Francisco** [1] - 40:17
**FRANCISCO** [2] - 2:20, 6:16
**FRANK** [1] - 3:12
**frankly** [1] - 33:3
**French** [2] - 43:18, 43:20
**Friday** [1] - 25:7
**Fridays** [1] - 25:7
**friends** [1] - 40:23
**FRILOT** [1] - 7:23
**front** [1] - 26:8
**FRUGE** [1] - 3:22

## G

**GABLES** [1] - 3:16
**game** [1] - 40:23
**GARSIDE** [1] - 5:15
**Gasaway** [2] - 18:10, 38:22
**GASAWAY** [7] - 7:17, 18:10, 38:20, 38:22, 39:13, 39:15, 39:25
**GATE** [1] - 6:15
**GAUDRY** [1] - 6:9
**GCCF** [1] - 48:25
**GCCF...................... ..............** [1] - 14:9
**GENERAL** [1] - 5:23
**general** [1] - 27:2
**General** [10] - 17:16, 17:17, 20:6, 41:19, 43:17, 44:9, 44:10, 44:11, 44:18
**GENERAL'S** [1] - 5:18
**generally** [2] - 21:4, 23:4
**GEORGE** [1] - 10:12
**George** [2] - 27:22, 32:6
**Giants** [1] - 41:14
**gift** [1] - 43:5
**Gilly** [4] - 27:22, 32:6, 33:17, 38:8
**GILLY** [8] - 10:12, 27:22, 32:6, 37:8, 37:10, 37:19, 37:25, 38:2
**Gilly's** [1] - 35:18
**given** [1] - 32:16
**glad** [1] - 48:19
**Glenn** [1] - 18:20
**GLENN** [1] - 11:8
**GODWIN** [4] - 8:22, 8:23, 9:3, 19:9
**Godwin** [1] - 19:9
**GOFORTH** [3] - 8:10, 8:10, 18:14

**Goforth** [1] - 18:14
**gold** [5] - 41:25, 43:14, 44:4, 44:23
**GOLDEN** [1] - 6:15
**GONZALES** [1] - 3:15
**Gonzalez** [1] - 17:24
**GONZALEZ** [2] - 3:15, 17:24
**GOODIER** [2] - 11:8, 18:20
**Goodier** [1] - 18:20
**GOT** [1] - 13:15
**GOTSHAL** [2] - 10:20, 10:23
**GOVERNMENT** [1] - 6:14
**Governor** [1] - 17:6
**gracefully** [1] - 42:25
**GRAND** [1] - 9:13
**grant** [1] - 30:8
**granted** [3] - 33:22, 35:22, 42:11
**great** [5] - 24:17, 24:18, 41:16, 49:4, 50:7
**Greenwald** [1] - 18:5
**GREENWALD** [2] - 3:8, 18:4
**GREMILLION** [1] - 6:9
**GRETNA** [1] - 6:11
**gross** [2] - 35:8, 37:15
**group** [1] - 49:16
**GROUP** [1] - 4:14
**grown** [1] - 41:4
**GUERRA** [1] - 3:3
**guess** [5] - 21:21, 39:2, 42:17, 46:25, 47:1
**guidance** [3] - 25:6, 26:5, 26:20
**Gulf** [2] - 15:15, 49:4
**GULF** [2] - 1:5, 5:14
**guys** [2] - 42:5, 44:11

## H

**Halliburton** [4] - 19:6, 19:8, 19:10, 19:12
**HALLIBURTON** [1] - 8:22
**handling** [2] - 38:4, 38:6
**happy** [1] - 24:8, 31:16, 47:9
**hard** [2] - 25:9, 41:5
**HARRIS** [1] - 12:15
**Harris** [1] - 21:20
**HARVEY** [1] - 5:16
**HAS** [3] - 12:6, 12:19,

14:10
**hat** [1] - 40:17
**hats** [7] - 17:9, 42:2, 42:9, 42:16, 43:1, 43:2, 43:14
**Haycraft** [2] - 19:19, 24:7
**HAYCRAFT** [6] - 7:9, 19:19, 24:6, 24:13, 25:11, 25:18
**HB406** [1] - 11:20
**health** [1] - 42:7
**hear** [1] - 15:24
**HEARD** [1] - 1:13
**heart** [1] - 28:19
**HEIMANN** [1] - 2:18
**helpful** [2] - 25:6, 38:15
**hereby** [1] - 50:16
**HERMAN** [14] - 1:22, 1:23, 16:3, 26:1, 26:9, 26:11, 26:18, 26:23, 27:1, 27:9, 46:18, 47:17, 48:2
**Herman** [4] - 16:3, 26:1, 46:16, 46:18
**hide** [1] - 44:10
**hiding** [1] - 17:15
**HIGGINS** [2] - 6:9, 6:10
**HIGHWAY** [1] - 3:19
**HOLDINGS** [3] - 7:7, 7:21, 10:16
**holds** [1] - 35:20
**HOLTHAUS** [1] - 3:22
**HONEYCUTT** [1] - 4:7
**honor** [1] - 38:6
**Honor** [98] - 15:9, 16:1, 16:3, 16:5, 16:7, 16:10, 16:12, 16:14, 16:16, 16:18, 16:22, 16:23, 16:25, 17:3, 17:5, 17:7, 17:11, 17:13, 17:21, 18:2, 18:4, 18:6, 18:8, 18:10, 18:12, 18:14, 18:17, 18:18, 18:21, 18:23, 19:9, 19:18, 19:20, 20:11, 21:4, 21:12, 22:9, 22:11, 23:10, 24:6, 24:13, 24:16, 24:18, 26:1, 26:9, 27:13, 27:20, 28:2, 28:3, 28:7, 28:25, 29:13, 29:21, 30:6, 30:13, 30:22, 30:24, 31:4, 31:16, 31:18, 31:22, 32:4, 32:6, 32:24, 33:16, 35:14, 36:4,

36:7, 36:12, 36:14,
36:15, 36:17, 36:22,
37:6, 37:8, 37:19,
37:21, 38:12, 38:17,
38:20, 39:10, 39:22,
39:25, 40:6, 40:15,
41:23, 42:3, 42:12,
43:12, 44:6, 44:20,
46:18, 47:17, 48:2,
48:17, 48:24, 49:3,
49:25
**Honor's** [1] - 21:24
**HONORABLE** [1] -
1:13
**hope** [1] - 41:5
**hopefully** [1] - 26:5,
26:19, 43:13
**Horizon** [1] - 15:14
**HORIZON** [1] - 1:5
**HOUMA** [1] - 4:15
**houndstooth** [2] -
42:2, 42:16
**hours** [1] - 43:3
**house** [1] - 37:22,
37:24, 44:24
**HOUSTON** [10] - 2:23,
8:5, 8:8, 8:11, 8:19,
8:20, 9:4, 10:9, 11:5,
11:14
**Houston** [3] - 26:8,
26:10, 26:11
**Hugh** [1] - 18:17
**HUGH** [1] - 10:7
**Humiliated** [1] - 42:23
**humiliation** [1] - 42:24
**hurdle** [1] - 32:3

**I**

**I'VE** [1] - 13:15
**idea** [1] - 26:17
**identical** [1] - 34:5
**identically** [1] - 34:12
**identify** [2] - 15:18,
23:12
**ignore** [1] - 34:24
**IL** [1] - 7:15
**image** [1] - 29:17
**imagine** [1] - 27:5
**impact** [1] - 30:13
**implicate** [1] - 22:3
**implicated** [1] - 30:1
**implications** [1] - 22:2
**important** [1] - 31:3
**impressed** [1] - 25:13
**impressive** [1] - 38:7
**IMPREVENTO** [1] -
2:3
**IN** [9] - 1:4, 1:5, 11:16,

12:13, 12:15, 13:5,
13:13, 14:2
**in-house** [3] - 37:22,
37:24, 44:24
**INC** [15] - 7:3, 7:4, 7:5,
7:6, 7:8, 7:22, 7:23,
8:22, 10:16, 10:16,
10:18, 10:18, 10:19,
10:20, 11:3
**inch** [1] - 28:17
**incident** [3] - 21:5,
21:13, 21:19
**INCIDENT** [1] - 12:13
**include** [2] - 24:12,
42:8
**including** [1] - 21:16
**incredible** [1] - 38:5
**indemnitee** [1] - 37:16
**indemnities** [2] - 35:3,
35:7
**indemnity** [8] - 32:23,
34:22, 35:15, 36:19,
36:25, 37:4, 37:13,
37:14
**individual** [3] - 23:14,
23:21, 46:9
**inform** [1] - 49:9
**injuries** [1] - 21:16
**injury** [3] - 21:5,
21:17, 21:19
**ink** [4] - 28:12, 28:13,
28:15, 29:1
**input** [2] - 49:22, 50:1
**insofar** [1] - 37:1
**institute** [1] - 49:6
**INSURANCE** [2] -
13:11, 13:13
**insurance** [12] - 27:12,
27:16, 28:5, 28:21,
29:18, 29:22, 31:8,
33:11, 34:16, 35:1,
35:17, 37:18
**Insurance** [2] - 27:25,
34:16
**insured** [4] - 32:15,
32:17, 33:6, 37:1
**insurer** [6] - 29:4,
29:6, 29:20, 30:19,
31:12, 31:13
**insurers** [2] - 30:9,
35:23
**insurers'** [3] - 34:2,
35:2, 35:24
**intellectual** [1] - 21:10
**interested** [1] - 49:22
**interesting** [1] - 45:2
**INTERESTS** [2] - 5:18,
6:14
**interim** [1] - 43:15
**INTERNATIONAL** [2] -

8:13, 10:19
**International** [1] -
19:17
**interpretation** [2] -
34:22, 35:3
**interrupt** [1] - 41:18
**intervention** [6] -
29:15, 31:6, 33:14,
33:21, 33:23, 34:13
**inventor** [1] - 21:10
**investors** [2] - 23:15,
23:21
**invited** [1] - 23:4
**involve** [1] - 21:16
**involved** [1] - 23:19
**irrelevant** [1] - 40:13
**IS** [2] - 12:19, 13:7,
13:9, 14:6
**issue** [1] - 28:16,
28:17, 28:23, 29:18,
31:4, 34:19, 36:1,
36:2, 38:10, 38:16,
44:17
**ISSUED** [1] - 12:6
**issued** [3] - 20:4,
20:13, 31:4
**issues** [25] - 22:7,
23:8, 25:22, 26:12,
22:17, 28:3, 30:24,
31:8, 32:12, 33:2,
35:1, 35:5, 35:6,
35:15, 36:19, 37:12,
37:14, 37:17, 39:11,
40:2, 45:20, 47:2,
48:14, 49:23
**IT** [1] - 13:14
**IT**.............................
.......... [1] - 13:16
**Item** [2] - 38:18, 45:24
**item** [1] - 45:23
**ITEMS** [1] - 12:3
**ITS** [3] - 6:8, 12:10,
12:13
**itself** [1] - 23:18

**J**

**Jackson** [1] - 18:16
**JACKSON** [4] - 3:13,
11:3, 11:4, 18:16
**JAMES** [3] - 1:19,
5:23, 9:12
**January** [4] - 20:23,
22:21, 24:14, 25:18
**JANUARY** [4] - 1:8,
12:10, 12:25, 15:2
**JEFFERSON** [3] -
1:20, 6:7, 11:9
**Jeffrey** [1] - 17:13

**JEFFREY** [1] - 2:3
**Jenny** [1] - 19:7
**JENNY** [1] - 8:23
**Jim** [2] - 16:1, 19:14
**JIMMY** [1] - 2:22
**Joe** [1] - 17:3
**John** [3] - 27:20,
33:13, 33:16
**JOHN** [1] - 8:7
**JONES** [3] - 4:4, 11:8,
17:7
**Jones** [1] - 17:7
**JOSEPH** [1] - 5:7
**JPML** [1] - 20:25
**JR** [5] - 3:19, 4:7,
4:22, 8:24, 11:4
**Judge** [25] - 16:20,
17:1, 17:24, 19:1,
19:4, 19:7, 19:11,
19:13, 19:14, 19:16,
19:23, 21:20, 22:1,
22:13, 22:25, 23:9,
23:24, 25:7, 25:14,
27:22, 27:24, 34:15,
35:11, 39:10, 45:4
**JUDGE** [2] - 1:14,
12:16
**JUDGMENT** [2] -
13:12, 13:15
**judgment** [22] - 20:3,
28:4, 28:6, 29:5,
29:6, 29:12, 30:2,
30:9, 30:18, 31:12,
31:21, 32:2, 33:25,
34:1, 34:7, 35:16,
35:22, 38:11, 46:13,
46:14
**Judgment** [1] - 48:5
**judgments** [1] - 47:2
**judiciary** [1] - 38:5
**JUNE** [1] - 12:15
**June** [1] - 21:20
**jury** [2] - 44:22, 45:19
**JUST** [1] - 13:15
**JUSTICE** [2] - 6:14,
6:19
**Justice** [2] - 49:8,
49:15

**K**

**KALBAC** [1] - 3:15
**KANE** [1] - 3:15
**KANNER** [2] - 6:3, 6:3
**Katrina** [1] - 41:2
**KATZ** [1] - 1:22
**KERRY** [1] - 7:24
**Kerry** [1] - 19:4
**kill** [1] - 39:7

**killed** [1] - 28:15
**kind** [2] - 26:19, 46:25
**KINGSDORF** [1] - 5:3
**Kirby** [1] - 19:13
**KIRBY** [2] - 9:17,
19:13
**KIRKLAND** [2] - 7:13,
7:17
**knows** [2] - 22:11,
35:15
**KORETZKY** [1] - 10:3
**Kuchler** [1] - 18:25
**KUCHLER** [3] - 9:8,
9:9, 18:25
**KULLMAN** [1] - 2:14
**KY** [1] - 9:17
**Ky** [1] - 19:13

**L**

**L.L.C** [1] - 10:7
**L.P** [1] - 11:8
**LA** [23] - 1:20, 1:24,
2:16, 3:20, 3:23, 4:8,
4:12, 4:15, 4:23, 5:4,
5:11, 5:16, 5:24, 6:4,
6:11, 7:11, 7:25,
8:16, 9:10, 10:5,
10:13, 11:9, 11:20
**labor** [1] - 24:19
**laborious** [1] - 24:16
**lack** [1] - 26:20
**LAFAYETTE** [2] -
1:20, 11:9
**LAKE** [2] - 4:12, 5:11
**LAMAR** [1] - 9:4
**LANGAN** [10] - 7:13,
19:20, 20:11, 21:4,
21:12, 22:5, 22:9,
23:2, 47:21, 48:1
**Langan** [1] - 19:20,
20:9, 40:16, 47:20,
47:21
**LANGLOIS** [1] - 6:9
**LANGUAGE** [1] -
13:16
**language** [5] - 36:6,
36:25, 37:13, 38:11,
47:14
**largely** [1] - 40:13
**LASALLE** [1] - 7:14
**last** [11] - 20:4, 20:12,
22:9, 24:11, 37:22,
41:4, 41:11, 41:22,
42:1, 43:8, 43:18
**law** [3] - 34:23, 35:9,
37:15
**LAW** [2] - 4:14, 11:12
**LAWN** [1] - 4:19

**lawsuit** [2] - 30:3, 30:4
**lawsuits** [2] - 30:1, 30:5
**least** [1] - 40:21
**LEE** [1] - 11:3
**left** [1] - 28:23
**legal** [1] - 35:1
**LEGER** [2] - 4:21, 4:22
**level** [2] - 17:8, 42:21
**LEVIN** [1] - 2:7
**LEVINE** [2] - 9:18, 18:21
**Levine** [1] - 18:21
**LEWIS** [4] - 2:14, 7:8, 8:10, 10:7
**LIAISON** [1] - 1:18
**liaison** [6] - 15:17, 16:1, 18:7, 18:9, 45:15, 46:15
**lie** [1] - 44:16
**LIEFF** [1] - 2:18
**LIFE** [1] - 2:15
**life** [1] - 41:3
**likewise** [1] - 47:22
**limine** [3] - 45:10, 45:13, 45:23
**LIMINE..................... ............** [1] - 14:2
**Limited** [1] - 27:25
**limited** [2] - 32:17, 33:2
**LIMITED** [1] - 7:7
**limits** [1] - 29:23
**line** [5] - 39:7, 40:9, 43:9, 43:13, 45:2
**LISKOW** [1] - 7:8
**listen** [1] - 15:21
**listening** [2] - 15:20, 42:14
**Litigation** [1] - 15:13
**LLC** [4] - 7:21, 9:21, 10:17, 10:17
**local** [2] - 41:13, 42:9
**logistical** [1] - 48:14
**look** [9] - 33:5, 36:22, 38:9, 46:20, 47:9, 47:10, 47:12, 47:22, 49:19
**looked** [1] - 33:5
**looking** [3] - 39:6, 44:22, 45:14
**looks** [2] - 34:18, 44:23
**LOS** [1] - 9:13
**loss** [1] - 21:6
**Louisiana** [4] - 16:8, 43:15, 50:15, 50:15
**LOUISIANA** [7] - 1:2, 1:7, 5:22, 6:7, 8:8,

10:8
**love** [1] - 41:4
**loyalties** [1] - 44:16
**LP** [1] - 9:8
**LSU** [1] - 44:22
**LSU-looking** [1] - 44:22
**LSU/Alabama** [1] - 44:17
**LUNDY** [7] - 4:10, 4:11, 5:10, 5:10, 16:22
**Lundy** [1] - 16:22
**LUTHER** [1] - 5:18
**Luther** [2] - 16:5, 49:2
**LUXENBERG** [1] - 3:7
**LYLE** [2] - 10:21, 18:8
**Lyle** [1] - 18:8

**M**

**M-I** [2] - 18:17, 18:19
**MACONDO** [1] - 14:1
**Macondo** [1] - 40:12
**mail** [1] - 45:14
**main** [1] - 28:3
**MAIN** [1] - 3:23
**MAJOR** [1] - 8:24
**MALONEY** [2] - 27:24, 34:15
**Maloney** [3] - 27:24, 34:15, 35:12
**man** [1] - 41:9
**MANAGEMENT** [1] - 10:16
**managing** [2] - 21:24, 25:15
**MANGES** [2] - 10:20, 10:23
**Manning** [1] - 41:14
**March** [2] - 49:13, 49:20
**MARCH................** [1] - 14:12
**marine** [4] - 29:22, 33:3, 33:8, 33:10
**MARINE** [3] - 10:17, 10:18, 10:19
**maritime** [1] - 37:15
**marked** [1] - 24:25
**Martinez** [1] - 19:7
**MARTINEZ** [2] - 8:23, 19:7
**MARTÍNEZ** [1] - 3:15
**master** [2] - 46:10, 46:24
**Master** [1] - 39:9
**material** [1] - 43:2
**Matt** [1] - 16:22

**matter** [4] - 34:23, 35:9, 45:24, 50:17
**matters** [2] - 22:24, 45:8
**MATTHEW** [2] - 4:11, 5:10
**MAZE** [1] - 5:19
**MCCUTCHEN** [2] - 9:12, 9:16
**MCKINNEY** [1] - 8:19
**MDL** [11] - 11:12, 12:7, 12:17, 20:14, 22:8, 23:9, 26:24, 27:4, 30:21, 31:9
**mean** [2] - 37:12, 41:25
**means** [2] - 32:25, 40:12
**meant** [1] - 41:2
**MECHANICAL** [1] - 11:23
**mediate** [1] - 26:17
**mediated** [1] - 26:18
**MEDIATION** [1] - 13:9
**mediation** [4] - 26:3, 26:5, 26:14, 27:6
**meet** [2] - 26:11, 26:13
**meeting** [2] - 45:15, 46:15
**member** [3] - 28:21, 46:7, 46:13
**mention** [1] - 48:17
**Merit** [1] - 50:14
**methodology** [1] - 24:21
**METHVIN** [1] - 4:3
**Mexico** [1] - 15:15
**MEXICO** [1] - 1:5
**MI** [1] - 10:7
**MICHAEL** [3] - 3:22, 6:15, 10:21
**Michael** [1] - 18:8
**Michoud** [1] - 38:24
**MICHOUD** [1] - 13:18
**microphone** [1] - 15:23
**might** [1] - 40:13
**MIKAL** [1] - 3:4
**Mikal** [1] - 16:20
**Mike** [7] - 16:11, 16:25, 17:1, 27:24, 34:15, 40:4, 40:21
**MILES** [1] - 4:3
**MILLER** [2] - 7:24, 19:4
**Miller** [1] - 19:4
**million** [2] - 24:24, 34:16
**mind** [1] - 43:17
**minutes** [1] - 41:11

**mirror** [1] - 29:16
**missed** [1] - 19:21
**MITCHELL** [1] - 2:7
**MITHOFF** [1] - 11:12
**MOBILE** [1] - 2:12
**mode** [1] - 29:16
**MOEX** [2] - 9:21, 19:23
**money** [1] - 44:2
**MONTGOMERY** [2] - 4:5, 5:20
**month** [4] - 24:14, 25:4, 25:5, 37:22
**MONTHLY** [1] - 1:13
**monthly** [1] - 15:17
**months** [2] - 24:11, 49:13
**MOORE** [19] - 27:13, 27:16, 28:2, 28:25, 29:13, 30:3, 30:6, 30:12, 31:16, 32:4, 35:14, 36:7, 36:12, 36:20, 36:22, 37:5, 38:12, 38:14, 38:17
**Moore** [1] - 27:13
**MORE** [2] - 12:6, 12:7
**MORGAN** [3] - 3:11, 10:7
**morning** [58] - 15:8, 15:9, 16:1, 16:3, 16:5, 16:9, 16:10, 16:12, 16:14, 16:16, 16:18, 16:20, 16:22, 16:23, 16:25, 17:1, 17:3, 17:5, 17:7, 17:11, 17:13, 17:21, 17:24, 18:1, 18:3, 18:4, 18:6, 18:8, 18:10, 18:12, 18:14, 18:16, 18:18, 18:21, 18:23, 19:1, 19:3, 19:4, 19:6, 19:9, 19:11, 19:14, 19:16, 19:18, 19:19, 19:20, 19:23, 20:11, 21:4, 21:12, 22:5, 22:9, 23:2, 23:10, 23:14, 23:21, 23:23, 24:1, 24:3, 24:6, 24:13, 25:11, 25:18, 26:1, 26:9, 26:11, 26:18, 26:23, 27:1, 27:9, 27:13, 27:16, 27:20, 27:22, 27:24, 28:2, 28:25, 29:13, 30:3, 30:6, 30:12, 31:16, 32:4, 32:6, 33:16, 34:15, 35:14, 36:7, 36:12, 36:20, 36:22, 37:5, 37:8, 37:10, 37:19, 37:25, 38:2, 38:12, 38:14, 38:17, 38:20, 38:22, 39:13, 39:15, 39:25, 40:4, 41:8, 41:22, 42:7, 42:10, 42:18, 42:19, 42:24, 43:12, 43:20, 43:22, 44:5, 44:14, 44:20, 44:24, 45:4, 45:6, 46:18, 47:17, 47:21, 48:1, 48:2, 48:17, 48:20, 48:24, 49:1, 49:25, 50:5
**MS** [7] - 3:13, 17:21, 18:18, 18:25, 19:1, 19:7, 19:13
**mugged** [1] - 40:18
**multi** [1] - 15:13
**multi-District** [1] - 15:13

46:25
**Motions** [1] - 45:10
**MOTLEY** [1] - 5:6
**mounds** [1] - 25:15
**MOUNT** [1] - 5:8
**move** [3] - 20:2, 32:13, 48:4
**moved** [3] - 17:20, 31:7, 35:25
**MR** [130] - 16:1, 16:3, 16:5, 16:7, 16:10, 16:12, 16:14, 16:16, 16:18, 16:20, 16:22, 16:23, 16:25, 17:1, 17:3, 17:5, 17:7, 17:11, 17:13, 17:17, 17:23, 17:24, 18:1, 18:4, 18:8, 18:10, 18:12, 18:14, 18:16, 18:17, 18:20, 18:21, 18:23, 19:3, 19:4, 19:6, 19:9, 19:11, 19:14, 19:16, 19:18, 19:19, 19:20, 19:23, 20:11, 21:4, 21:12, 22:5, 22:9, 23:2, 23:10, 23:14, 23:21, 23:23, 24:1, 24:3, 24:6, 24:13, 25:11, 25:18, 26:1, 26:9, 26:11, 26:18, 26:23, 27:1, 27:9, 27:13, 27:16, 27:20, 27:22, 27:24, 28:2, 28:25, 29:13, 30:3, 30:6, 30:12, 31:16, 32:4, 32:6, 33:16, 34:15, 35:14, 36:7, 36:12, 36:20, 36:22, 37:5, 37:8, 37:10, 37:19, 37:25, 38:2, 38:12, 38:14, 38:17, 38:20, 38:22, 39:13, 39:15, 39:25, 40:4, 41:8, 41:22, 42:7, 42:10, 42:18, 42:19, 42:24, 43:12, 43:20, 43:22, 44:5, 44:14, 44:20, 44:24, 45:4, 45:6, 46:18, 47:17, 47:21, 48:1, 48:2, 48:17, 48:20, 48:24, 49:1, 49:25, 50:5

**MUNICIPALITIES** [1] - 6:8
**mysteriously** [1] - 43:2
**mystery** [1] - 40:10

## N

**N.W** [1] - 7:18
**narrow** [1] - 33:2
**narrowly** [1] - 47:7
**necessarily** [2] - 34:21, 37:3
**need** [7] - 22:3, 22:6, 23:8, 25:22, 36:11, 48:15, 50:8
**needed** [1] - 50:3
**needs** [1] - 31:11
**negligence** [2] - 35:8, 37:15
**NETWORK** [1] - 5:14
**never** [3] - 40:19, 40:20, 41:10
**NEW** [16] - 1:7, 1:24, 2:16, 3:9, 4:23, 5:4, 6:4, 7:11, 7:25, 8:16, 9:10, 9:23, 10:5, 10:13, 10:25, 11:20
**New** [5] - 26:15, 40:23, 40:24, 41:1, 43:24
**news** [1] - 50:7
**next** [6] - 25:4, 37:22, 43:13, 44:3, 47:25, 48:4
**night** [2] - 41:23, 43:18
**NIZIALEK** [1] - 10:4
**NO** [1] - 1:7
**nobody** [1] - 41:13
**none** [1] - 47:1
**nonissues** [1] - 32:23
**NORFOLK** [1] - 2:5
**NORTH** [4] - 7:4, 7:5, 7:7, 7:8
**nosing** [1] - 37:23
**NOT** [1] - 13:24
**note** [2] - 21:18, 44:8
**notice** [1] - 22:17
**NOTICE** [1] - 12:22
**November** [1] - 28:7
**Number** [1] - 38:18
**number** [5] - 24:17, 26:21, 45:13, 45:24
**numbered** [1] - 50:17
**NW** [2] - 9:18, 10:21
**NY** [3] - 3:9, 9:23, 10:25

## O

**O'BRIEN'S** [1] - 10:15
**O'KEEFE** [1] - 1:23
**O'ROURKE** [2] - 6:20, 17:23
**O'Rourke** [1] - 17:23
**OAK** [1] - 4:19
**OAKWOOD** [1] - 6:10
**object** [2] - 36:5, 36:7
**objection** [1] - 47:15
**obvious** [1] - 37:12
**obviously** [1] - 39:16
**occur** [2] - 23:18, 26:10
**occurring** [1] - 25:6
**OF** [22] - 1:2, 1:5, 1:13, 5:22, 5:22, 6:6, 6:7, 6:14, 6:19, 6:19, 12:12, 12:22, 13:4, 13:8, 13:14, 13:16, 13:21, 14:4, 14:9, 14:12
**offensive** [1] - 45:1
**offer** [1] - 23:11
**OFFICE** [3] - 4:4, 5:18, 5:23
**OFFICIAL** [1] - 11:19
**Official** [2] - 50:15, 50:23
**officials** [1] - 44:1
**OFFSHORE** [3] - 7:22, 9:21, 10:17
**oil** [2] - 15:14, 37:25
**OIL** [2] - 1:4
**Oil** [1] - 15:14
**ON** [9] - 1:5, 12:15, 13:1, 13:3, 13:9, 13:15, 13:23, 13:25, 14:11
**once** [1] - 26:13
**One** [4] - 24:10, 25:23, 39:2, 39:23
**ONE** [4] - 7:9, 8:19, 11:13, 13:21
**one** [22] - 20:19, 21:18, 22:16, 23:24, 28:3, 28:17, 30:19, 30:23, 32:21, 33:19, 37:8, 40:24, 41:14, 42:2, 42:3, 43:8, 44:3, 44:11, 45:13, 49:5
**ONE..........................** [1] - 13:5
**ones** [1] - 21:2
**operate** [1] - 38:24
**OPERATE** [1] - 13:19
**operating** [1] - 39:8

**Opportunity** [5] - 21:6, 25:24, 26:6, 26:22, 27:11
**opportunity** [1] - 42:4
**OPPORTUNITY** [1] - 13:8
**opposition** [1] - 46:16
**OR** [2] - 13:9, 13:24
**ORAL** [1] - 12:10
**oral** [4] - 20:2, 20:23, 48:4, 48:7
**ORDER** [1] - 15:4
**Order** [6] - 20:20, 20:21, 30:18, 34:9, 35:21, 36:14
**order** [25] - 28:7, 28:8, 28:22, 29:3, 31:23, 32:1, 34:20, 34:24, 34:25, 35:4, 35:9, 35:10, 35:19, 35:20, 36:18, 36:23, 37:10, 37:18, 46:4, 46:9, 47:11, 47:13, 47:16
**ORDER..........** [1] - 14:4
**ORDERS** [1] - 12:6
**orders** [2] - 20:5, 20:13
**Orders** [1] - 20:10
**ORDERS...................
........** [1] - 12:5
**Orleans** [5] - 26:15, 40:23, 40:24, 41:1, 43:24
**ORLEANS** [13] - 1:7, 1:24, 2:16, 4:23, 5:4, 6:4, 7:11, 7:25, 8:16, 9:10, 10:5, 10:13, 11:20
**otherwise** [2] - 23:4, 35:8
**ought** [3] - 35:4, 35:5, 35:9
**outstanding** [1] - 25:20
**overlap** [1] - 21:24
**overlooked** [1] - 45:25

## P

**P.O** [1] - 6:21
**package** [4] - 29:22, 33:3, 33:8, 33:10
**PAGE** [1] - 12:3
**pages** [2] - 24:24, 32:9
**PALMINTIER** [3] - 3:22, 3:22, 17:1
**Palmintier** [1] - 17:1
**PAN** [1] - 2:15

**PANEL** [2] - 12:6, 12:10
**Panel** [3] - 20:12, 20:23, 21:3
**PAPANTONIO** [1] - 2:7
**paragraph** [3] - 30:16, 30:19, 30:20
**paragraphs** [1] - 31:23
**PARISH** [1] - 6:6
**PARKWAY** [1] - 11:5
**PARSIOLA** [1] - 3:18
**part** [4] - 37:16, 37:17, 41:3, 43:20
**PARTIAL** [2] - 13:12, 13:14
**partial** [8] - 20:3, 28:4, 29:5, 29:11, 31:12, 31:21, 38:10
**Partial** [1] - 48:5
**participate** [1] - 27:6
**parties** [8] - 24:25, 25:21, 26:4, 28:4, 35:23, 40:8, 47:3, 50:1
**PARTIES** [1] - 13:12
**parties'** [1] - 24:19
**partly** [1] - 29:16
**party** [2] - 33:20, 34:7
**past** [2] - 21:2, 43:9
**PAUL** [1] - 2:15
**Paul** [1] - 16:18
**PENDING** [1] - 14:3
**pending** [5] - 20:16, 22:24, 36:19, 37:4, 46:2
**PENNZOIL** [1] - 8:7
**PENSACOLA** [1] - 2:9
**PENTHOUSE** [1] - 3:16
**people** [2] - 40:22, 48:6
**PEPPER** [1] - 11:19
**Pepper** [2] - 50:14, 50:22
**per** [1] - 48:11
**perceive** [1] - 46:25
**perhaps** [3] - 22:2, 22:18, 26:6
**period** [1] - 50:3
**Perrelli** [1] - 49:8
**personal** [4] - 21:16, 21:17, 21:19, 26:25
**pertaining** [1] - 49:8
**pertains** [1] - 48:22
**PETOSA** [1] - 3:12
**PETROLEUM** [1] - 9:7
**PHASE** [4] - 13:5, 13:7, 13:21, 13:22

**Phase** [8] - 24:10, 25:2, 25:23, 39:2, 39:3, 39:20, 39:23
**PHELPS** [1] - 10:11
**Phil** [2] - 16:23, 19:16
**PHILIP** [1] - 3:19
**PHILLIP** [2] - 8:14, 10:4
**phone** [3] - 15:21, 15:24, 42:15
**physical** [2] - 38:23, 39:19
**PHYSICAL** [1] - 13:18
**pick** [1] - 15:23
**pictures** [1] - 39:21
**PIGMAN** [1] - 8:14
**PILLSBURY** [1] - 9:21
**PITTMAN** [1] - 9:21
**PLACE** [2] - 8:7, 10:12
**place** [1] - 26:15
**plaintiff** [2] - 35:2, 35:23
**PLAINTIFFS** [1] - 2:3
**plaintiffs** [6] - 16:2, 16:4, 22:16, 26:2, 46:19, 47:5
**PLAINTIFFS'** [1] - 1:18
**planning** [1] - 27:5
**play** [1] - 44:25
**played** [1] - 45:1
**pleadings** [3] - 23:5, 31:13, 35:22
**PLEASANT** [1] - 5:8
**PLEASE** [1] - 11:16
**pleased** [1] - 25:14
**pleasure** [1] - 42:1
**point** [4] - 29:2, 30:23, 33:19, 35:18
**policies** [4] - 29:18, 29:22, 29:25, 33:11
**policy** [8] - 29:22, 33:3, 33:4, 33:7, 33:8, 33:11, 37:16
**POLITICAL** [1] - 6:8
**POLK** [1] - 9:8
**PORTIS** [1] - 4:3
**position** [2] - 37:22, 47:1
**possible** [1] - 25:9
**POST** [2] - 4:4, 5:23
**POYDRAS** [7] - 2:16, 5:4, 7:10, 7:25, 9:9, 10:4, 11:20
**PPF** [2] - 27:1, 27:2
**PPF's** [1] - 27:5
**PPFs** [1] - 26:23
**PRECISE** [1] - 13:15
**precise** [1] - 38:11

precisely [3] - 30:6, 30:12, 36:12
prediction [1] - 41:6
preferable [1] - 31:19
preliminary [1] - 26:12
prepared [1] - 43:9
preparing [1] - 26:4
PRESENT [1] - 11:16
present [4] - 42:1, 42:5, 43:23, 44:3
presentation [2] - 41:19, 43:16
presented [4] - 35:1, 36:2, 42:15, 43:6
presenting [1] - 36:13
presently [1] - 35:7
preserve [1] - 30:10
PRETRIAL [1] - 14:7
pretrial [4] - 24:18, 48:9, 48:13, 48:16
pretty [4] - 24:8, 28:16, 31:10, 37:12
previously [1] - 22:15
price [1] - 44:2
priceless [1] - 44:5
primarily [1] - 39:14
problem [4] - 43:25, 46:21, 47:8, 47:23
Procedure [1] - 31:1
proceeded [1] - 23:6
PROCEEDINGS [3] - 1:13, 11:23, 15:1
proceedings [5] - 17:18, 35:17, 41:18, 50:10, 50:17
PROCESS [2] - 13:18, 13:19
process [5] - 38:23, 38:24, 49:5, 49:9
PROCTOR [1] - 2:7
produced [2] - 23:3, 24:24
PRODUCED [1] - 11:23
production [1] - 40:11
PRODUCTION [3] - 7:3, 7:6, 13:25
PRODUCTS [1] - 7:8
Professional [1] - 50:14
professionalism [1] - 42:22
profile [1] - 26:25
project [1] - 25:8
promise [1] - 45:17
proper [2] - 30:13, 35:3
property [1] - 21:10
propose [1] - 30:19,

30:20, 47:14
proposed [7] - 30:15, 31:18, 31:23, 35:19, 36:23, 47:11, 47:12
protocol [1] - 39:4
provide [2] - 26:19, 37:1
provided [1] - 23:2
provisions [2] - 34:22, 36:25
PSC [18] - 16:13, 16:15, 16:17, 16:19, 16:21, 16:22, 16:24, 16:25, 17:2, 17:4, 17:7, 17:12, 17:14, 17:22, 17:25, 18:1, 18:5, 43:16
public [2] - 37:16, 44:1
publicly [1] - 44:17
punch [1] - 40:9
pure [1] - 37:13
purple [4] - 41:25, 43:14, 44:4, 44:23
purpose [1] - 30:25
purposes [2] - 39:2, 39:3
PURPOSES [2] - 13:21

## Q

Quarter [1] - 43:20
quash [1] - 40:16
questions [1] - 40:15
QUIP [1] - 11:3
Quip [2] - 18:13, 18:16
quite [1] - 45:2

## R

R-O-N-D-O-N [1] - 21:21
Rachel [1] - 19:1
RACHEL [1] - 8:4
RAFFERTY [1] - 2:7
raise [1] - 37:14
raised [1] - 37:12
rams [1] - 39:6
RANDALL [1] - 9:18
Randall [1] - 18:21
Ranger [4] - 27:25, 34:3, 34:5, 34:16
RANSON [1] - 6:9
RAYZOR [1] - 8:6
Re [1] - 15:14
RE [1] - 1:4
read [2] - 35:19, 43:1

realize [1] - 17:17
really [5] - 23:6, 23:10, 47:1, 47:6, 48:11
REALTIME [1] - 11:19
Realtime [2] - 50:14, 50:23
reason [4] - 34:6, 37:11, 44:22, 45:25
reasons [2] - 30:16, 30:17
Reasons [4] - 30:18, 34:9, 35:21, 36:14
received [1] - 45:12
recently [2] - 22:1, 41:4
recognize [1] - 41:1
RECORD [2] - 11:16, 14:5
record [3] - 15:19, 44:8, 50:17
Record [1] - 47:12
RECORDED [1] - 11:23
red [2] - 43:6, 43:11
REDDEN [1] - 8:18
referenced [1] - 35:2
refused [1] - 43:7
regard [2] - 28:8, 39:11
regarding [3] - 25:23, 35:7, 49:23
region [1] - 49:4
Registered [2] - 50:14, 50:14
regular [1] - 15:17
reiterate [1] - 33:17
related [1] - 48:14
RELATES [1] - 1:9
RELATING [1] - 12:13
relating [4] - 20:19, 21:13, 22:7, 23:9
relatively [1] - 20:1
reminds [1] - 41:17
RENEWED [1] - 14:4
renewed [2] - 46:3, 46:8
REPORT [2] - 13:3, 14:12
report [9] - 20:12, 20:25, 21:15, 22:10, 24:4, 24:8, 24:10, 49:13, 49:19
REPORTER [2] - 11:19, 11:19
Reporter [7] - 50:14, 50:14, 50:15, 50:23, 50:23
reporter [1] - 15:23
REPORTER'S [1] - 50:13

reports [2] - 20:9, 39:17
representation [1] - 37:5
representative [1] - 17:8
representing [3] - 18:13, 18:15, 34:15
required [1] - 32:21
requirement [1] - 37:1
resolve [1] - 47:2
resolved [2] - 26:7, 29:11
respect [7] - 28:5, 29:18, 32:14, 32:17, 33:3, 35:18, 35:19
RESPECT [1] - 13:13
respecting [1] - 46:8
respond [1] - 35:13
responder [2] - 18:7, 18:9
RESPONSE [1] - 10:15
rest [2] - 17:18, 36:6
restate [2] - 30:17, 31:11
RESTORATION [1] - 5:14
result [1] - 37:4
RHON [1] - 4:4
Rhon [1] - 17:7
RICE [3] - 5:6, 5:7, 17:3
Rice [1] - 17:3
RICHESON [1] - 9:8
RIG [1] - 1:5
Rig [1] - 15:14
rise [1] - 15:7
RMR [2] - 11:19, 50:22
road [1] - 24:9
ROAD [1] - 13:4
Rob [2] - 18:10, 38:22
ROBERT [3] - 2:11, 7:17, 12:15
Robert [2] - 18:1, 21:19
ROBERTS [2] - 8:3, 19:3
Roberts [1] - 19:3
Robin [1] - 18:5
ROBIN [1] - 3:8
rock [1] - 40:10
ROCK [1] - 13:24
Rondon [2] - 21:20, 22:1
RONDON.......... [1] - 12:16
RONQUILLO [2] - 8:22, 9:3

room [1] - 22:6
ROOM [2] - 6:16, 11:20
rooting [1] - 40:25
ROUGE [2] - 3:23, 5:24
Rouge [1] - 43:25
Roy [3] - 16:1, 42:15, 43:15
ROY [5] - 1:18, 1:19, 16:1, 42:19, 42:24
Roy's [1] - 42:1
ROYSTON [1] - 8:6
RULE [1] - 13:12
Rule [4] - 23:25, 28:4, 34:18, 46:25
rule [3] - 42:9, 45:16, 45:18
ruled [10] - 23:25, 28:7, 29:20, 30:10, 31:3, 31:10, 32:16, 37:20, 45:13, 45:20
Rules [1] - 31:1
ruling [2] - 31:3, 33:1
rulings [1] - 46:24
rumor [1] - 40:16
rumors [1] - 40:19
running [1] - 47:5
RUSNAK [1] - 2:22
RYAN [1] - 7:14

## S

Saints [1] - 41:9
Sally [1] - 38:4
Salmons [1] - 18:23
SALMONS [2] - 9:17, 18:23
samples [1] - 40:10
SAMPLES [1] - 13:24
SAN [3] - 2:20, 3:5, 6:16
San [1] - 40:17
sand [1] - 43:22
sane [2] - 41:8, 41:10
SC [1] - 5:8
SCHEDULED [1] - 14:7
scheduled [1] - 48:9
SCHELL [1] - 9:8
Scofield [1] - 18:19
SCOFIELD [2] - 10:8, 18:18
scope [6] - 28:8, 29:17, 31:3, 33:6, 36:2, 49:23
scope's [1] - 50:1
score [1] - 41:12
SCOTT [2] - 4:18, 6:20

**Scott** [1] - 16:16
**screen** [1] - 20:5
**se** [1] - 48:11
**SEACOR** [6] - 10:16,
10:17, 10:17, 10:18,
10:18, 10:19
**seated** [1] - 15:10
**Second** [1] - 48:5
**second** [1] - 31:22
**SECREST** [1] - 8:18
**SECTION** [1] - 6:19
**SECURITIES** [1] -
12:18
**securities** [2] - 22:12,
23:22
**SEE** [1] - 11:16
**see** [5] - 17:18, 17:20,
27:7, 39:22, 47:23
**seek** [1] - 21:23
**seeks** [4] - 34:4,
34:13, 34:24
**segments** [1] - 39:22
**selected** [1] - 49:10
**SELECTED**................
............. [1] - 14:10
**Selig** [2] - 26:8, 26:12
**sense** [1] - 31:25
**separate** [5] - 27:2,
29:22, 34:6, 35:16
**serious** [1] - 45:8
**serve** [1] - 27:5
**served** [1] - 26:24
**serves** [1] - 30:25
**SERVICE** [1] - 6:9
**SERVICES** [1] - 8:22
**set** [5] - 21:15, 21:19,
23:19, 45:2, 45:13
**SET** [1] - 12:15
**setting** [1] - 20:23
**SETTING** [1] - 12:10
**settles** [1] - 21:21
**settling** [1] - 23:5
**seven** [1] - 47:25
**several** [1] - 20:4
**SHATTUCK** [1] - 17:5
**Shattuck** [1] - 17:6
**SHAW** [2] - 4:21, 9:21
**SHEETS** [1] - 11:16
**SHELL** [1] - 7:9
**short** [3] - 20:1, 25:16,
31:23
**SHOULD** [1] - 13:13
**show** [1] - 43:10
**Shushan** [4] - 25:7,
25:14, 38:4, 39:10
**sides** [1] - 44:25
**SIEMENS** [1] - 10:20
**SIERRA** [1] - 5:13
**SIGN** [1] - 11:16

**SIGN-IN** [1] - 11:16
**significant** [1] - 50:1
**simple** [3] - 28:16,
29:2, 30:22
**simply** [2] - 30:16,
34:6
**sitting** [1] - 44:21
**situation** [2] - 23:2,
33:5
**SIX** [1] - 13:9
**six** [2] - 26:3, 26:16
**Smith** [1] - 41:12
**smoothly** [3] - 39:8,
39:12, 39:13
**SOILEAU** [2] - 4:10,
5:10
**sometimes** [1] - 44:1
**soon** [1] - 44:25
**sort** [3] - 21:24, 39:20,
45:25
**sought** [2] - 34:10,
34:11
**sounds** [2] - 36:5,
41:6
**SOUTH** [4] - 2:8, 4:10,
5:10, 9:13
**Southern** [1] - 22:25
**speaking** [2] - 15:22,
23:5
**spearheaded** [1] -
49:14
**special** [2] - 42:2, 43:2
**Special** [1] - 39:9
**specific** [3] - 27:1,
36:2, 46:22
**speechless** [2] - 45:4,
45:6
**spent** [1] - 41:3
**Spill** [1] - 15:14
**SPILL** [1] - 1:4
**spilled** [3] - 28:12,
28:15, 29:1
**SPRINGS** [1] - 4:8
**SQUARE** [1] - 7:9
**ST** [1] - 10:21
**STACK** [1] - 13:17
**Stack** [1] - 38:19
**stack** [2] - 39:6, 39:12
**stand** [1] - 25:24
**standing** [2] - 33:24,
43:17
**started** [2] - 25:16,
25:19
**starting** [1] - 37:22
**starts** [1] - 45:21
**State** [2] - 17:6, 50:15
**state** [9] - 20:25,
21:11, 21:14, 22:7,
24:20, 25:5, 43:24,

45:12
**STATE** [6] - 5:18,
5:22, 5:22, 6:7,
12:12, 12:14
**STATES** [4] - 1:1,
1:14, 6:18, 13:20
**states** [3] - 16:6, 20:7,
24:10
**States** [8] - 16:11,
17:23, 39:1, 39:5,
39:21, 40:5, 50:15,
50:24
**States'** [2] - 20:2, 48:5
**Status** [1] - 38:19
**status** [9] - 15:17,
20:1, 21:11, 33:7,
37:1, 48:7, 48:10,
48:11, 48:18
**STATUS** [3] - 1:13,
12:12, 14:6
**STATUS**...................
.............. - 13:17
**STATUS**...................
....................... [1] -
14:8
**stay** [2] - 17:9, 48:7
**stayed** [1] - 23:1
**STEFANIE** [1] - 8:24
**STENOGRAPHY** [1] -
11:23
**Stephanie** [3] - 15:11,
15:25, 19:21
**STEPHEN** [1] - 1:23
**Sterbcow** [1] - 16:18
**STERBCOW** [3] -
2:14, 2:15, 16:18
**Steve** [5] - 16:3, 17:23,
19:3, 26:1, 46:18
**STEVEN** [2] - 6:20, 8:3
**still** [3] - 23:1, 39:15,
43:12
**STONE** [1] - 8:14
**stop** [1] - 29:9
**Stradley** [2] - 23:14,
24:2
**STRADLEY** [7] -
11:12, 23:10, 23:14,
23:21, 23:23, 24:1,
24:3
**Strange** [8] - 16:5,
17:16, 41:19, 43:17,
44:9, 44:11, 44:18,
49:2
**STRANGE** [16] - 5:18,
16:5, 41:22, 42:7,
42:10, 42:12, 42:18,
43:20, 44:5, 44:20,
48:17, 48:20, 48:24,
49:1, 49:25, 50:5
**street** [1] - 43:21

**STREET** [28] - 1:20,
2:8, 2:12, 2:16, 2:19,
3:12, 3:23, 4:11,
4:22, 5:4, 5:11, 6:4,
7:10, 7:18, 7:25, 8:4,
8:8, 8:15, 8:19, 8:25,
9:9, 9:18, 10:4, 10:8,
10:13, 11:9, 11:13,
11:20
**strike** [3] - 31:17,
31:23, 33:22
**strings** [1] - 45:14
**style** [1] - 42:16
**styled** [1] - 29:11
**SUBDIVISIONS** [1] -
6:8
**subject** [2] - 29:25,
31:7
**SUBMISSION** [1] -
12:20
**submission** [1] -
22:14
**submissions** [1] -
28:9
**submitted** [4] - 24:18,
24:22, 28:9, 39:17
**subrogation** [1] -
32:22
**successful** [1] - 27:6
**suffer** [1] - 42:24
**suggest** [2] - 36:14,
47:14
**suggesting** [1] - 36:21
**SUITE** [24] - 2:8, 2:16,
3:5, 3:12, 3:19, 4:15,
4:19, 5:4, 5:15, 6:11,
7:10, 8:4, 8:8, 8:11,
8:19, 8:25, 9:4, 9:9,
9:13, 10:4, 10:8,
10:13, 10:21, 11:9
**SUMICH** [1] - 3:18
**summary** [2] - 20:3,
35:16
**Summary** [1] - 48:5
**SUMMY** [2] - 4:18,
16:16
**Summy** [1] - 16:16
**Super** [1] - 41:7
**support** [1] - 42:20
**surprised** [1] - 28:11
**suspension** [1] -
22:22
**SUSPENSION** [1] -
13:1
**SUTHERLAND** [1] -
8:3
**SW** [1] - 4:8

## T

**table** [1] - 17:10
**tag** [1] - 44:2
**tailored** [1] - 47:7
**TAKE** [1] - 13:14
**TAKEN** [2] - 12:9,
13:20
**TANNER** [2] - 10:7,
18:17
**Tanner** [1] - 18:17
**task** [2] - 24:16, 49:12
**TAYLOR** [1] - 3:18
**team** [5] - 40:24,
40:25, 41:2, 41:5,
43:8
**Ted** [1] - 18:7
**telephone** [1] - 25:8
**TEN** [1] - 12:7
**ten** [1] - 20:13
**tension** [1] - 50:2
**term** [2] - 28:14, 42:17
**terms** [3] - 20:18,
35:21, 39:19
**TESSIER** [1] - 10:3
**test** [2] - 26:3, 26:16
**TEST** [1] - 13:9
**Testing** [1] - 38:19
**TESTING** [3] - 13:17,
13:18, 13:23
**testing** [6] - 38:24,
39:4, 39:16, 40:7,
45:9
**TESTING**........ [1] -
13:23
**Texas** [1] - 22:25
**THAT** [1] - 13:12
**THE** [124] - 1:4, 1:5,
1:13, 1:18, 2:3, 5:13,
5:22, 6:6, 6:7, 6:13,
6:18, 11:16, 12:9,
12:12, 12:13, 12:22,
13:4, 13:9, 13:13,
13:14, 13:15, 13:18,
13:20, 13:21, 13:22,
13:23, 13:25, 14:3,
14:9, 14:12, 15:7,
15:8, 15:10, 15:13,
15:16, 16:9, 17:15,
17:19, 18:3, 19:21,
19:24, 21:1, 21:11,
21:25, 22:6, 23:1,
23:7, 23:12, 23:19,
23:22, 23:24, 24:2,
24:4, 24:12, 25:10,
25:12, 25:19, 26:8,
26:10, 26:16, 26:21,
26:25, 27:8, 27:10,
27:15, 27:18, 28:1,

28:11, 29:9, 29:25, 30:5, 30:8, 31:14, 31:25, 32:5, 33:15, 34:14, 35:12, 36:5, 36:10, 36:18, 36:21, 36:24, 37:7, 37:9, 37:11, 37:24, 38:1, 38:8, 38:13, 38:15, 38:18, 38:21, 39:11, 39:14, 39:24, 40:1, 41:6, 41:16, 42:6, 42:8, 42:11, 42:14, 42:23, 43:10, 44:7, 44:15, 44:21, 45:1, 45:5, 45:7, 46:8, 46:11, 47:10, 47:18, 47:24, 48:3, 48:19, 48:22, 48:25, 49:21, 50:4, 50:7
**THEODORE** [1] - 10:24
**theory** [1] - 40:17
**THERE** [1] - 12:19
**they've** [1] - 23:3
**thick** [1] - 28:17
**third** [1] - 31:24
**THIS** [1] - 1:9
**THOMAS** [1] - 2:7
**three** [3] - 20:19, 43:3, 49:12
**throughout** [1] - 25:7
**throw** [1] - 41:11
**THURSDAY** [2] - 1:8, 15:2
**tie** [6] - 41:25, 42:1, 43:11, 44:19, 44:22
**TO** [13] - 1:9, 12:7, 12:13, 12:19, 12:22, 12:24, 13:1, 13:13, 13:15, 13:19, 13:24, 15:4
**together** [2] - 26:17, 26:19
**tomorrow** [1] - 22:20
**TOMORROW** [1] - 12:24
**TORTS** [1] - 6:14
**totally** [2] - 29:21, 35:16
**touchdowns** [1] - 41:11
**toward** [1] - 25:3
**TOWER** [1] - 2:4
**transcript** [1] - 50:16
**TRANSCRIPT** [2] - 1:13, 11:23
**transfer** [2] - 20:13, 20:18
**TRANSFER** [3] - 12:5, 12:6, 12:9

**Transfer** [3] - 20:10, 20:20, 20:21
**transferred** [2] - 21:3, 21:5
**TRANSFERRING** [1] - 12:7
**transferring** [1] - 20:13
**Transocean** [11] - 18:15, 19:2, 19:3, 19:5, 27:21, 31:6, 32:18, 33:16, 33:20, 34:1, 34:6
**TRANSOCEAN** [4] - 7:21, 7:21, 7:23, 10:11
**Transocean's** [3] - 27:23, 32:7, 34:12
**transparency** [1] - 49:18
**traveling** [1] - 26:11
**trees** [1] - 28:15
**trial** [10] - 21:20, 21:22, 39:2, 39:3, 39:23, 45:17, 45:18, 45:19, 45:21, 48:14
**TRIAL** [2] - 12:15, 13:21
**TRIAL**.......................
........... [1] - 13:22
**trouble** [1] - 28:19
**true** [2] - 40:18, 50:16
**try** [1] - 40:13
**trying** [4] - 17:8, 36:13, 43:12, 44:10
**TSEKERIDES** [2] - 10:24, 18:6
**Tsekerides** [1] - 18:7
**Tulane** [2] - 44:11, 44:18
**turn** [2] - 33:13, 43:10
**Tuscaloosa** [1] - 44:3
**tutus** [1] - 43:6
**Two** [4] - 25:2, 25:23, 39:3, 39:20
**TWO** [3] - 12:6, 13:7, 13:22
**two** [24] - 20:13, 21:16, 26:14, 27:16, 28:3, 28:6, 28:21, 28:23, 29:7, 29:10, 30:1, 30:2, 30:5, 30:20, 38:5, 41:11, 41:12, 46:5, 46:7, 46:8, 46:13, 47:7
**TX** [12] - 2:23, 3:5, 4:19, 8:5, 8:8, 8:11, 8:20, 8:25, 9:4, 10:9, 11:5, 11:14

### U

**U.S** [3] - 6:14, 6:19, 11:7
**UNDER** [2] - 12:19, 13:7
**under** [8] - 22:14, 25:2, 25:3, 25:6, 29:21, 37:14, 39:8, 45:2
**UNDERHILL** [4] - 6:15, 16:10, 40:4, 41:8
**Underhill** [3] - 16:11, 40:3, 40:4
**underlying** [1] - 31:8
**underwriters** [5] - 27:23, 32:7, 32:16, 34:5, 34:11
**UNDERWRITERS** [1] - 10:11
**unfortunately** [1] - 43:13
**UNITED** [4] - 1:1, 1:14, 6:18, 13:20
**United** [10] - 16:11, 17:23, 20:2, 39:1, 39:5, 39:21, 40:5, 48:5, 50:15, 50:24
**University** [1] - 17:8
**unless** [1] - 21:21
**unlimited** [1] - 32:15
**unresolved** [1] - 20:18
**UNRESOLVED** [1] - 12:9
**up** [11] - 15:23, 20:5, 20:23, 22:18, 23:12, 31:4, 32:25, 35:5, 35:10, 43:17, 48:10
**UP** [1] - 12:9
**upcoming** [1] - 39:23

### V

**VA** [1] - 2:5
**various** [1] - 21:14
**VARIOUS** [1] - 12:14
**vast** [1] - 25:8
**Vessel** [2] - 26:6, 26:22
**VESSELS** [1] - 13:8
**Vessels** [3] - 21:6, 25:24, 27:11
**VICKERY** [1] - 8:6
**virtually** [1] - 34:4
**virtue** [1] - 29:19
**VOICES** [1] - 15:9
**VoO** [4] - 26:22, 27:1,

27:3, 27:5

### W

**WADE** [1] - 6:9
**waiting** [2] - 22:14, 23:17
**WAITING** [1] - 12:20
**WALKER** [2] - 2:3, 11:8
**WALTER** [1] - 4:22
**WALTHER** [1] - 8:14
**WALTZER** [1] - 5:14
**WARE** [1] - 11:3
**WARREN** [1] - 9:16
**WASHINGTON** [4] - 6:21, 7:18, 9:19, 10:22
**wasted** [1] - 28:13
**watched** [1] - 40:23
**watchful** [1] - 25:6
**WATERSIDE** [1] - 2:4
**WATTS** [3] - 3:3, 3:4, 16:20
**Watts** [1] - 16:20
**WAY**..........................
. [1] - 13:7
**WE'VE** [1] - 13:23
**wear** [3] - 40:17, 42:7, 43:7
**wearing** [2] - 41:25, 42:9
**WEATHERFORD** [1] - 11:7
**Weatherford** [1] - 18:20
**week** [2] - 25:8, 39:6
**weeks** [1] - 26:14
**WEIL** [1] - 10:20, 10:23
**WEINER** [1] - 9:8
**WEITZ** [1] - 3:7
**welcome** [3] - 20:6, 44:7
**WELL** [1] - 13:7
**WELL**.........................
..................... [1] - 14:1
**WERE** [1] - 13:24
**WESTBANK** [1] - 5:15
**WHEREUPON** [1] - 50:10
**WHITELEY** [1] - 6:3
**WHITNEY** [1] - 6:11
**whole** [5] - 32:9, 32:24, 32:25, 39:4, 39:5
**WILL** [2] - 12:9, 13:14
**WILLIAM** [1] - 11:12
**Williams** [1] - 17:11

**WILLIAMS** [4] - 4:14, 4:14, 8:6, 17:11
**WILLIAMSON** [2] - 2:22, 2:22
**win** [1] - 41:7
**WINTHROP** [1] - 9:21
**wish** [2] - 40:20, 48:6
**WITH** [1] - 13:25
**WITHOUT** [2] - 12:10, 13:19
**witnesses** [1] - 24:10
**WITNESSES** [1] - 13:5
**Wittmann** [1] - 19:16
**WITTMANN** [3] - 8:14, 8:14, 19:16
**WIYGUL** [1] - 5:14
**WOODWAY** [1] - 8:11
**word** [1] - 26:20
**wording** [2] - 33:10, 38:9
**works** [1] - 27:7
**WORLDWIDE** [1] - 10:18
**worthless** [1] - 43:24
**WRIGHT** [1] - 1:18
**written** [4] - 21:15, 24:4, 24:23, 25:2
**WRITTEN** [2] - 13:3, 13:6
**wrote** [1] - 32:9

### X

**XYZ** [1] - 33:8

### Y

**yard** [2] - 43:9, 43:13
**year** [3] - 25:16, 43:13, 44:3
**years** [1] - 41:4
**yellow** [1] - 41:25
**YOAKUM** [1] - 2:23
**York** [1] - 19:11
**YORK** [5] - 3:9, 9:3, 9:23, 10:25, 19:11
**Young** [1] - 21:19
**YOUNG** [1] - 12:15
**yourself** [1] - 23:12
**yourselves** [1] - 15:18