UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to:<br>All Cases | * * * * * * * | JUDGE BARBIER<br><br>MAGISTRATE NO. 1<br><br>MAGISTRATE SHUSHAN |

* * * * * * * * * * * *

**DEFEDANTS MOEX OFFSHORE 2007 LLC AND MOEX USA CORPORATION'S JANUARY 23, 2012 OBJECTIONS TO PHASE ONE TRIAL EXHIBITS**

Pursuant to the Court's January 23, 2012 Order (Rec. Doc. 5327-1), Defendants MOEX Offshore 2007 LLC ("MOEX Offshore") and MOEX USA Corporation ("MOEX USA") submit their January 23, 2012 Objections to the trial exhibits set forth in the parties' Phase One Trial Exhibit Lists.

MOEX Offshore and MOEX USA reserve the right to (1) add, remove, or modify their objections; (2) add and/or remove objections based on objections by other parties; (3) add and/or remove objections based on any party's motions in limine or ruling by the Court; (4) add objections as to foundation (including foundation as to the business records exception to the hearsay rule), depending on what foundation is established at trial; (5) add and/or remove objections in light of other parties' pre-trial filings, exhibit lists, physical exhibits, photographs, and demonstratives, as well as the evidence and arguments presented by other parties at trial; (6) add and/or remove objections based on the ongoing deposition designation process; (7) add and/or remove objections based on documents produced by other parties recently, or documents

identified in connection with the completion of Phase One discovery; (8) add and/or remove objections based on the ongoing Phase One expert discovery process; (9) add and/or remove documents in light of the parties' listing of witnesses on their January 20, 2012 witness lists; (10) add and/or remove documents based on the January 13, 2012 announcement that Jesse Gagliano plans to waive his Fifth Amendment rights and be deposed in the coming weeks, as well as Mr. Gagliano's deposition; (11) object to any exhibit related only to Phase II or III issues; (12) object to any exhibit whose admission is barred by statute or regulation, such as certain exhibits relating to the Marine Board or U.S. Chemical Safety Board investigations; (13) object to exhibits that set forth full or partial deposition testimony, page and line deposition designations, or deposition narrative summaries; (14) object to any exhibit that any party has insufficiently or incorrectly identified on its exhibit list, or that it has not yet produced; (15) object to the introduction and/or use of all third-party investigation reports and all testimony, attachments, figures, pictures, and documents related thereto; (16) object to the introduction and/or use of all exhibits that set forth full or partial expert reports, including all attachments, figures, pictures, graphs, and related documents attached thereto or included therein; (17) object to the introduction and/or use of all exhibits that are substantially similar to or a complete or partial duplicate of exhibits that MOEX Offshore and MOEX USA have specifically objected to; (18) object to deposition exhibits not due to inData at this time; and (19) introduce at trial any exhibit to which MOEX Offshore and MOEX USA have objected.

  Any objection on this list to any particular exhibit acts as an objection to all other exhibits that are duplicative or substantially similar but have different trial exhibit numbers.  If a party has divided or will divide an exhibit into subsections, MOEX Offshore and MOEX USA make the same objections to those subsections as they did to the original exhibit.

Dated: January 23, 2012

Respectfully submitted,

s/ John F. Pritchard_____

John F. Pritchard
Edward Flanders
PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, NY 10036-4039
Tel. (212) 858-1000
Fax (212) 858-1500
john.pritchard@pillsburylaw.com
edward.flanders@pillsburylaw.com

Christopher McNevin
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone (213) 488-7507
Fax (213) 629-1033
chrismcnevin@pillsburylaw.com

**ATTORNEYS FOR MOEX OFFSHORE 2007 LLC**

s/\_\_\_\_Jack McKay_____
Jack McKay
jack.mckay@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037-1122
Telephone (202) 663-8439
Facsimile (202) 663-8007

**ATTORNEYS FOR MOEX USA CORPORATION**

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on January 23, 2012.

                                                                   s/ _John F. Pritchard_ ____
                                                                    John F. Pritchard

MOEX OFFSHORE 2007 LLC AND MOEX USA CORPORATION'S
JANUARY 23, 2012 OBJECTIONS TO PHASE ONE TRIAL EXHIBITS

| TREX No. | Bates Range | Title/Description[1] | Basis |
|---|---|---|---|
| 1246 | DWHMX00068855-86 | DRILLING OPERATIONS PROGRAM, WILL K. PROSPECT, HIGH ISLAND BLOCK A-119M OCS-G 26519 WELL #1 | Hearsay (FRE 802) |
| 2785 | DWHMX00299997-99 | SUBJECT: LDS & LIT PROCEDURES FOR MACONDO | Hearsay (FRE 802) |
| 2793 | DWHMX00069734-37 | DRIL-QUIP- RUNNING THE DUMMY HANGER AND THE SECOND POSITION CASING HANGER, CASING, AND SEAL ASSEMBLY | Hearsay (FRE 802) |
| 2873 | DWHMX00106430-34 | E-MAIL STRING AMONG TOKIO KACHI AND YOJI MURACHI, JUNE 3, 2009 | Hearsay (FRE 802) |
| 2883A | DWHMX00070145-46 | MACONDO COST OVERRUN POSSIBILITY (ENGLISH TRANSLATION) | Hearsay (FRE 802) |
| 2883 | DWHMX00070145-46 | MACONDO COST OVERRUN POSSIBILITY (IN JAPANESE) | Hearsay (FRE 802) |
| 2884 | DWHMX00427688-95 | E-MAIL FROM YUTAKA TSUJI TO KAZUHITO OSETO, ET AL., 4/21/2010, SUBJECT: MACONDO DAILY REPORT (4/19) WITH ATTACHMENT | Hearsay (FRE 802) |
| 2897A | DWHMX00299997-99 | EMAIL FROM SHINJIRO NAITO TO YUTAKA TSUJI AND NAOKI ISHII RE: MACONDO UPDATE | Hearsay (FRE 802) |
| 2897 | DWHMX00354938-41 | EMAIL FROM SHINJIRO NAITO TO YUTAKA TSUJI AND NAOKI ISHII RE: MACONDO UPDATE | Hearsay (FRE 802) |
| 2898A | DWHMX00069734-37 | E-MAIL STRING (IN ENGLISH) FROM NAOKI ISHII TO SHINJIRO NAITO, ET AL.; SUBJECT: RE: [MACONDO] BP | Hearsay (FRE 802) |
| 2899A | DWHMX00069531 | MACONDO DRILLING PROGRAM (IN ENGLISH) | Hearsay (FRE 802) |
| 2899 | DWHMX00069531 | MACONDO DRILLING PROGRAM (IN JAPANESE) | Hearsay (FRE 802) |
| 2900 | DWHMX00069104-06 | E-MAIL- FROM: ISHII, NAOKI- SUBJECT: RE: MACONDO POTENTIAL SUPPLEMENTAL AFE | Hearsay (FRE 802) |

---

[1] The titles and descriptions listed herein are those provided by one of the offering parties indentifying the document on its exhibit list. MOEX Offshore and MOEX USA neither adopt nor endorse these titles and/or descriptions.

1

**MOEX OFFSHORE 2007 LLC AND MOEX USA CORPORATION'S**
**JANUARY 23, 2012 OBJECTIONS TO PHASE ONE TRIAL EXHIBITS**

| TREX No. | Bates Range | Title/Description[1] | Basis |
|---|---|---|---|
| 2903 | DWHMX00068722 DWHMX00068723 | E-MAIL: RE: MACONDO | Hearsay (FRE 802) |
| 2903a | DWHMX00068722-23 | RE: MACONDO | Hearsay (FRE 802) |
| 3017 | DWHMX00077645 DWHMX00077646 | E-MAIL: RE: MACONDO DATA ROOM ON JUNE 19 | Hearsay (FRE 802) |
| 3143 | DWHMX00058462-65 | MDL 2179:R.DOC.1757, NASA ATTACHMENT #1 CHECKME DOWNLOAD COMPARISON: YELLOW POD SEM A VS YELLOW POD SEM B | Hearsay (FRE 802) |
| 3155 | DWHMX00058406-08 | DEEPWATER HORIZON HAZID (REV C) TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC. | Hearsay (FRE 802) |
| 3458 | DWHMX00069549-51 | E-MAIL STRING AMONG KAZUHITO OSETO, SHINJIRO NAITO, ET AL.; MARCH 14, 2010; SUBJECT: RE: [MACONDO] BP | Hearsay (FRE 802) |
| 3462 | DWHMX00288015-17 | E-MAIL STRING AMONG NAOKI ISHII, IMASARU NAKAMIZU, ET AL.; DATED JULY 28, 2010; SUBJECT: RE: REGARDING BP BLOWOUT CAUSE | Hearsay (FRE 802) |
| 3463 | DWHMX00268190 | DOCUMENT ABOUT THE BP BLOWOUT CAUSES (NO. 3) A SAMPLING OF PROBLEMS AND INQUIRES; JULY 15, 2010, HIDAKA HIDEAKI, SODECO, HOUSTON | Hearsay (FRE 802) |
| 3836 | DWHMX00306258-59 | 10 9 08 GROUP OPERATIONS RISK COMMITTEE MINUTES | Hearsay (FRE 802) |
| 5603 | DWHMX00321293-301 | Borehole Profile - Hostile Litho Density Tool - Caliper Log | Hearsay (FRE 802) |
| 5608 | DWHMX00321342-85 | Combinable Magnetic Resonance Gamma Ray report | Hearsay (FRE 802) |
| 5609 | DWHMX00336438-51 | Oil Based Micro-Imager Dipmeter Image Log | Hearsay (FRE 802) |
| 5610 | DWHMX00335673-80 | Borehole Profile Hostile Litho Density Tool - Caliper Log | Hearsay (FRE 802) |
| 5611 | DWHMX00314705-07 | Data Report of Well OCS-G 32306 001 ST00BP01 | Hearsay (FRE 802) |
| 33199 | DWHMX00072809-16 | DNV PHOTO | Hearsay (FRE 802) |
| 33200 | DWHMX00072828-35 | DNV PHOTO | Hearsay (FRE 802) |
| 33201 | DWHMX00073106-11 | DNV PHOTO | Hearsay (FRE 802) |

2

**MOEX OFFSHORE 2007 LLC AND MOEX USA CORPORATION'S**
**JANUARY 23, 2012 OBJECTIONS TO PHASE ONE TRIAL EXHIBITS**

| TREX No. | Bates Range | Title/Description[1] | Basis |
|---|---|---|---|
| 33202 | DWHMX00073454-59 | DNV PHOTO | Hearsay (FRE 802) |
| 33203 | DWHMX00074092-96 | DNV PHOTO | Hearsay (FRE 802) |
| 33204 | DWHMX00074661-66 | DNV PHOTO | Hearsay (FRE 802) |
| 33205 | DWHMX00074667-72 | DNV PHOTO | Hearsay (FRE 802) |
| 33206 | DWHMX00074673-77 | FBI PHOTO | Hearsay (FRE 802) |
| 33208 | DWHMX00075452 | FBI PHOTO | Hearsay (FRE 802) |
| 33210 | DWHMX00264052 | DNV PHOTO | Hearsay (FRE 802) |
| 33211 | DWHMX00264053-55 | DNV PHOTO | Hearsay (FRE 802) |
| 33229 | DWHMX00068830 | SPREADSHEET | Hearsay (FRE 802) |
| 33252 | DWHMX00068890-91 | 5 14 2010 EMAIL, SUBJECT: RE: AMF BATTERY EB | Hearsay (FRE 802) |
| 33253 | DWHMX00069102-03 | DISCOVER ENTERPRISE DEADMAN (AMF) TEST PROCEDURE | Hearsay (FRE 802) |
| 33254 | DWHMX00069968 | 6 7 2010 EMAIL, SUBJECT: EXTERNAL DOCUMENT REQUEST 7 JUNE 2010 CAMERON | Hearsay (FRE 802) |
| 34015 | DWHMX00075580 DWHMX00075580 | OCTOBER 13, 2009 EMAIL FROM MR. TSURUTA OF MOECO TO MR. RAINEY AND MR. WARDLAW OF BP REGARDING POTENTIAL MACONDO DEAL | Hearsay (FRE 802) |
| 36389 | DWHMX00058056 | RE: INVESTMENT IN 2007 LLC APPLICATION | Hearsay (FRE 802) |
| 36389a | DWHMX00058056-57 | RE: INVESTMENT IN 2007 LLC APPLICATION | Hearsay (FRE 802) |
| 36390 | DWHMX00058068-75 | RE: MEETING REQUEST | Hearsay (FRE 802) |
| 36390a | DWHMX00058068-75 | RE: MEETING REQUEST | Hearsay (FRE 802) |
| 36391 | DWHMX00058104 | EMAIL - SUBJECT: RE: MACONDO TA LETTER AGREEMENT | Hearsay (FRE 802) |
| 36392 | DWHMX00058110 | RE: MEETING REQUEST | Hearsay (FRE 802) |
| 36392a | DWHMX00058110 | RE: MEETING REQUEST | Hearsay (FRE 802) |
| 36393 | DWHMX00058117 | EMAIL - SUBJECT: RE: MEETING REQUEST | Hearsay (FRE 802) |
| 36394 | DWHMX00058222 | EMAIL - SUBJECT: RE: MACONDO TD & DRAFT SUB. OP. AFE | Hearsay (FRE 802) |
| 36395 | DWHMX00058239 | MM NORTH AMERICAN OPERATIONS TELEPHONE | Hearsay (FRE 802) |

3

**MOEX OFFSHORE 2007 LLC AND MOEX USA CORPORATION'S
JANUARY 23, 2012 OBJECTIONS TO PHASE ONE TRIAL EXHIBITS**

| TREX No. | Bates Range | Title/Description[1] | Basis |
|---|---|---|---|
| | | CONFERENCE TO BE HELD ON APRIL 21 | |
| 36395a | DWHMX00058239-40 | MM NORTH AMERICAN OPERATIONS TELEPHONE CONFERENCE TO BE HELD ON APRIL 21 | Hearsay (FRE 802) |
| 36396 | DWHMX00058244 | RE: MOEX OFFSHORE 2007 LLC SUBSIDIARY INFORMATION | Hearsay (FRE 802) |
| 36396a | DWHMX00058244-246 | RE: MOEX OFFSHORE 2007 LLC SUBSIDIARY INFORMATION | Hearsay (FRE 802) |
| 36397 | DWHMX00058250 | EMAIL - SUBJECT: RE: MACONDO TD & DRAFT SUB. OP. AFE | Hearsay (FRE 802) |
| 36398 | DWHMX00058253 | FW: MACONDO INVOICES; ATTACHED MOEX R1 | Hearsay (FRE 802) |
| 36398a | DWHMX00058253-55 | FW: MACONDO INVOICES; ATTACHED MOEX R1 | Hearsay (FRE 802) |
| 36399 | DWHMX00058309 | MONTHLY REPORT APRIL 2010 | Hearsay (FRE 802) |
| 36399a | DWHMX00058309 | MONTHLY REPORT APRIL 2010 | Hearsay (FRE 802) |
| 36400 | DWHMX00058313 | RE: MACONDO INVOICES | Hearsay (FRE 802) |
| 36400a | DWHMX00058313-14 | RE: MACONDO INVOICES | Hearsay (FRE 802) |
| 36401 | DWHMX00058380 | GRADUATION TRIP | Hearsay (FRE 802) |
| 36401a | DWHMX00058380-81 | GRADUATION TRIP | Hearsay (FRE 802) |
| 36402 | DWHMX00058382 | MACONDO RESPONSE TO MITSUI & CO. | Hearsay (FRE 802) |
| 36402a | DWHMX00058382 | MACONDO RESPONSE TO MITSUI & CO. | Hearsay (FRE 802) |
| 36404 | DWHMX00058456 | EMAIL - SUBJECT: RE: MACONDO | Hearsay (FRE 802) |
| 36406 | DWHMX00068377 | EMAIL - SUBJECT: MACONDO TD & DRAFT SUB. OP. AFE (RE-SEND) | Hearsay (FRE 802) |
| 36407 | DWHMX00068416 | EMAIL - SUBJECT: RE: MACONDO TD & DRAFT SUB. OP. AFE | Hearsay (FRE 802) |
| 36408 | DWHMX00068479 | RE: MONTHLY REPORT MARCH 2010 | Hearsay (FRE 802) |
| 36408a | DWHMX00068479-80 | RE: MONTHLY REPORT MARCH 2010 | Hearsay (FRE 802) |
| 36409 | DWHMX00068540 | CONSULTATION MACONDO CASH CALL | Hearsay (FRE 802) |
| 36409a | DWHMX00068540-41 | CONSULTATION MACONDO CASH CALL | Hearsay (FRE 802) |
| 36410 | DWHMX00068543 | RE MARCH 2010 MONTHLY REPORT | Hearsay (FRE 802) |

500968295v1

**MOEX OFFSHORE 2007 LLC AND MOEX USA CORPORATION'S
JANUARY 23, 2012 OBJECTIONS TO PHASE ONE TRIAL EXHIBITS**

| TREX No. | Bates Range | Title/Description[1] | Basis |
|---|---|---|---|
| 36410a | DWHMX00068543-44 | RE MARCH 2010 MONTHLY REPORT | Hearsay (FRE 802) |
| 36411 | DWHMX00068549-50 | RE: MACONDO UPDATE | Hearsay (FRE 802) |
| 36411a | DWHMX00068549-50 | RE: MACONDO UPDATE | Hearsay (FRE 802) |
| 36412 | DWHMX00068551 | RE: BP MARCH OFFSHORE CASH CALL | Hearsay (FRE 802) |
| 36412a | DWHMX00068551 | RE: BP MARCH OFFSHORE CASH CALL | Hearsay (FRE 802) |
| 36413 | DWHMX00068552 | EMAIL - SUBJECT: RE: MACONDO UPDATE | Hearsay (FRE 802) |
| 36414 | DWHMX00068560 | EMAIL - SUBJECT: RE: MACONDO MDT PRESSURE/FLUID SAMPLING | Hearsay (FRE 802) |
| 36415 | DWHMX00068562 | EMAIL - SUBJECT: RE: MACONDO | Hearsay (FRE 802) |
| 36416 | DWHMX00068565 | EMAIL - SUBJECT: RE: MACONDO | Hearsay (FRE 802) |
| 36417 | DWHMX00068571 | RE: MACONDO WIRELINE LOGS | Hearsay (FRE 802) |
| 36417a | DWHMX00068571-72 | RE: MACONDO WIRELINE LOGS | Hearsay (FRE 802) |
| 36418 | DWHMX00068608 | MACONDO CURRENT SITUATION | Hearsay (FRE 802) |
| 36418a | DWHMX00068608-10 | MACONDO CURRENT SITUATION | Hearsay (FRE 802) |
| 36421 | DWHMX00068708 | 4/14 NORTH AMERICAN OPERATIONS/TELEPHONE CONFERENCE TOPICS | Hearsay (FRE 802) |
| 36421a | DWHMX00068708-10 | 4/14 NORTH AMERICAN OPERATIONS/TELEPHONE CONFERENCE TOPICS | Hearsay (FRE 802) |
| 36422 | DWHMX00068727 | EMAIL TO TSUJI, YUTAKA - SUBJECT: RE: MACONDO UPDATE | Hearsay (FRE 802) |
| 36423 | DWHMX00068747 | RE: MACONDO DAILY REPORT | Hearsay (FRE 802) |
| 36423a | DWHMX00068747-48 | RE: MACONDO DAILY REPORT | Hearsay (FRE 802) |
| 36424 | DWHMX00068792 | RE: MACONDO QUICK LOOK | Hearsay (FRE 802) |
| 36424a | DWHMX00068792-93 | RE: MACONDO QUICK LOOK | Hearsay (FRE 802) |
| 36425 | DWHMX00068835 | RE: CURRENT STATUS OF MACONDO | Hearsay (FRE 802) |
| 36425a | DWHMX00068835-37 | RE: CURRENT STATUS OF MACONDO | Hearsay (FRE 802) |
| 36426 | DWHMX00068841 | MACONDO UPDATE | Hearsay (FRE 802) |
| 36426a | DWHMX00068841-42 | MACONDO UPDATE | Hearsay (FRE 802) |
| 36427 | DWHMX00068843 | MACONDO UPDATE | Hearsay (FRE 802) |

5

**MOEX OFFSHORE 2007 LLC AND MOEX USA CORPORATION'S
JANUARY 23, 2012 OBJECTIONS TO PHASE ONE TRIAL EXHIBITS**

| TREX No. | Bates Range | Title/Description[1] | Basis |
|---|---|---|---|
| 36427a | DWHMX00068843 | MACONDO UPDATE | Hearsay (FRE 802) |
| 36428 | DWHMX00068844 | MACONDO UPDATE | Hearsay (FRE 802) |
| 36428a | DWHMX00068844 | MACONDO UPDATE | Hearsay (FRE 802) |
| 36429 | DWHMX00068903 | EMAIL TO TSUJI, YUTAKA - SUBJECT: RE: MACONDO UPDATE | Hearsay (FRE 802) |
| 36429a | DWHMX00068903 | MACONDO DRILLING OPERATIONS SUMMARY LISTED IN MONTHLY REPORT | Hearsay (FRE 802) |
| 36430 | DWHMX00069005 | EMAIL TO TSUJI, YUTAKA - SUBJECT: FW: MACONDO SUPPLEMENTAL AFE | Hearsay (FRE 802) |
| 36430a | DWHMX00069005-06 | FW: MACONDO SUPPLEMENTAL AFE | Hearsay (FRE 802) |
| 36431 | DWHMX00069013 | EMAIL TO TSUJI, YUTAKA - SUBJECT: RE: MACONDO SUPPLEMENTAL AFE | Hearsay (FRE 802) |
| 36432a | DWHMX00069014 | REFERENCE ITEMS RE: MACONDO POTENTIAL SUPPLEMENTAL AFE | Hearsay (FRE 802) |
| 36432 | DWHMX00069014 | REFERENCE ITEMS RE: MACONDO POTENTIAL SUPPLEMENTAL AFE | Hearsay (FRE 802) |
| 36433 | DWHMX00069019 | RE: TITLE | Hearsay (FRE 802) |
| 36433a | DWHMX00069019 | RE: TITLE | Hearsay (FRE 802) |
| 36434 | DWHMX00069034 | MACONDO SUPPLEMENTAL AFE NO2 APPROVAL ACQUISITION | Hearsay (FRE 802) |
| 36434a | DWHMX00069034 | MACONDO SUPPLEMENTAL AFE NO2 APPROVAL ACQUISITION | Hearsay (FRE 802) |
| 36436 | DWHMX00069069 | MACONDO PAYMENT PROCEDURE | Hearsay (FRE 802) |
| 36436a | DWHMX00069069-70 | MACONDO PAYMENT PROCEDURE | Hearsay (FRE 802) |
| 36437 | DWHMX00069107 | EMAIL TO NAITO, SHINJIRO - SUBJECT: RE: MACONDO UPDATE | Hearsay (FRE 802) |
| 36438 | DWHMX00069155 | MACONDO SITUATION LATEST | Hearsay (FRE 802) |
| 36438a | DWHMX00069155 | MACONDO SITUATION LATEST | Hearsay (FRE 802) |
| 36439a | DWHMX00069348 | CURRENT STATE OF MACONDO AND FUTURE PLANS | Hearsay (FRE 802) |

6

**MOEX OFFSHORE 2007 LLC AND MOEX USA CORPORATION'S
JANUARY 23, 2012 OBJECTIONS TO PHASE ONE TRIAL EXHIBITS**

| TREX No. | Bates Range | Title/Description[1] | Basis |
|---|---|---|---|
| 36439 | DWHMX00069348 | EMAIL TO TSUJI, YUTAKA - SUBJECT: FW: CURRENT STATE OF MACONDO AND FUTURE PLANS | Hearsay (FRE 802) |
| 36440 | DWHMX00069520 | EMAIL TO NAITO, SHINJIRO - SUBJECT: RE: MACONDO BP | Hearsay (FRE 802) |
| 36441 | DWHMX00069721 | RE: MACONDO EXCAVATION COST PAYMENTS IN THE FISCAL YEAR | Hearsay (FRE 802) |
| 36441a | DWHMX00069721-23 | RE: MACONDO EXCAVATION COST PAYMENTS IN THE FISCAL YEAR | Hearsay (FRE 802) |
| 36442 | DWHMX00069730 | COST OVERRUN POSSIBILITY | Hearsay (FRE 802) |
| 36442a | DWHMX00069730-31 | COST OVERRUN POSSIBILITY | Hearsay (FRE 802) |
| 36444 | DWHMX00070147 | JOGMEC ADOPTION | Hearsay (FRE 802) |
| 36444a | DWHMX00070147 | JOGMEC ADOPTION | Hearsay (FRE 802) |
| 36445 | DWHMX00070178 | MACONDO EXCAVATION COST PAYMENTS IN THE FISCAL YEAR | Hearsay (FRE 802) |
| 36445a | DWHMX00070178-79 | MACONDO EXCAVATION COST PAYMENTS IN THE FISCAL YEAR | Hearsay (FRE 802) |
| 36446 | DWHMX00070180 | NEW BUSINESS SUPERVISOR CONFIRMATION | Hearsay (FRE 802) |
| 36446a | DWHMX00070180-82 | NEW BUSINESS SUPERVISOR CONFIRMATION | Hearsay (FRE 802) |
| 36448 | DWHMX00070197 | MACONDO CURRENT SITUATION | Hearsay (FRE 802) |
| 36448a | DWHMX00070197 | MACONDO CURRENT SITUATION | Hearsay (FRE 802) |
| 36449 | DWHMX00070209 | GOM DEEPWATER-COLONIAL PROSPECT OIL | Hearsay (FRE 802) |
| 36449a | DWHMX00070209-11 | GOM DEEPWATER-COLONIAL PROSPECT OIL | Hearsay (FRE 802) |
| 36450 | DWHMX00070222 | CONFIRMATION ITEMS | Hearsay (FRE 802) |
| 36450a | DWHMX00070222 | CONFIRMATION ITEMS | Hearsay (FRE 802) |
| 36452 | DWHMX00068890 | EMAIL - SUBJECT: MM NORTH AMERICA OPERATIONS TELEPHONE CONFERENCE TOPICS | Hearsay (FRE 802) |
| 36453 | DWHMX00069102 | EMAIL - SUBJECT: RE: MACONDO UPDATE | Hearsay (FRE 802) |
| 36454 | DWHMX00069968 | EMAIL TO OSETO, KAZUHITO - SUBJECT: MACONDO DAILY REPORT (3/7) | Hearsay (FRE 802) |

**MOEX OFFSHORE 2007 LLC AND MOEX USA CORPORATION'S**
**JANUARY 23, 2012 OBJECTIONS TO PHASE ONE TRIAL EXHIBITS**

| TREX No. | Bates Range | Title/Description[1] | Basis |
|---|---|---|---|
| 36455 | DWHMX00263946 | EMAIL - SUBJECT: FW: BP GOM | Hearsay (FRE 802) |
| 36456 | DWHMX00263982 | RE: MACONDO DAILY REPORT 4/5 | Hearsay (FRE 802) |
| 36456a | DWHMX00263982-83 | RE: MACONDO DAILY REPORT 4/5 | Hearsay (FRE 802) |
| 36458 | DWHMX00268332 | EMAIL: SUBJECT: FW: MACONDO ADDITIONAL QUESTIONS | Hearsay (FRE 802) |
| 36467 | DWHMX00288079 | HALLIBURTON WELLSPACE SCREEN SHOT SHOWING A LIST OF WELLSPACE CATALOGS FOR MACONDO; YAMAMOTO KYOKO IS LOGGED IN AS USER | Hearsay (FRE 802) |
| 36469 | DWHMX00288878 | EMAIL - SUBJECT: RE: BP CASH CALL INVOICE | Hearsay (FRE 802) |
| 36470 | DWHMX00289193 | EMAIL - SUBJECT: FW: BP GOM | Hearsay (FRE 802) |
| 36477 | DWHMX00289843 | EMAIL - SUBJECT: FW: MACONDO TD & DRAFT SUB. OP. AFE | Hearsay (FRE 802) |
| 36481 | DWHMX00299729-32 | EMAIL - SUBJECT: FW: MOEX WIRE (RE: BP CASH CALL PAYMENTS) | Hearsay (FRE 802) |
| 36482 | DWHMX00299888 DWHMX00299960 | EMAIL - SUBJECT: RE: HORIZON CONTRACT | Hearsay (FRE 802) |
| 36483 | DWHMX00299958-60 | EMAIL: SUBJECT: RE: MACONDO RIG UPDATE AND REVISED AFE | Hearsay (FRE 802) |
| 36486 | DWHMX00315472 | DRAFT LEASE EXCHANGE AGREEMENT | Hearsay (FRE 802) |
| 36487 | DWHMX00348733 | DRAFT OF LEASE EXCHANGE AGREEMENT EXHIBIT A - DESCRIPTION OF ASSIGNED LEASES | Hearsay (FRE 802) |
| 62616 | DWHMX00378558 | Document: Pencor On Site Sampling Summary | Hearsay (FRE 802) |
| 62951 | DWHMX00378558 | Manual: Global Laboratory Best Practices: Volume Two | Hearsay (FRE 802) |
| 62959 | DWHMX00378125 | Log: Geology Composite Log from 17250' to 18350' | Hearsay (FRE 802) |