UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION "J" |
| **THIS PLEADING APPLIES TO:** | * * | JUDGE:  BARBIER |
| In Re The Complaint and Petition of Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc., as Owner, Managing Owners, Owners *Pro-Hac Vice*, and/or Operators of the MODU Deepwater Horizon, in a Cause for Exoneration from or Limitation of Liability | * * * * * * * * * * * | MAGISTRATE:  SHUSHAN |
| Civil Action No.: 2:10-md-2179 and 10-cv-4536 | * * | |

### WEATHERFORD U.S., L.P. AND WEATHERFORD INTERNATIONAL, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO RULE 12(c) OF THE FEDERAL RULES OF CIVIL PROCEDURE

**NOW INTO COURT**, through undersigned counsel, come Cross-Defendants and Third-Party Defendants, Weatherford U.S., L.P. and Weatherford International, Inc. (collectively "Weatherford"), who respectfully move this Court pursuant to Rule 12(c) of the Federal Rules of Civil Procedure for a judgment on the pleadings in favor of Weatherford dismissing the claims

{N2410961.1}

1

for contribution and indemnity by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling, Inc., and Transocean Deepwater Inc. (collectively "Transocean") for Clean Water Act ("CWA") civil penalties.

As grounds for this motion and as explained in further detail in the accompanying supporting memorandum, Transocean's contribution and indemnity claims against Weatherford are contrary to the terms of the CWA and well-established legal principles.  First, the undisputed record evidence shows that Weatherford was not an owner, operator, or person in charge of any vessel, onshore facility, or offshore facility from which oil was discharged, and therefore, Weatherford can have no liability for CWA penalties in the first instance and Transocean's attempts to assert contribution and indemnity claims under the circumstances are impermissible. Additionally, because there is no right to contribution and indemnity under the CWA penalty provisions, either express or implied, Transocean's claims against Weatherford seeking such relief are subject to dismissal as a matter of law.  Finally, Transocean's attempts to shift liability for CWA penalties to Weatherford by way of contribution and indemnity are contrary to public policy and should not be sanctioned by the Court.  For these reasons, judgment should be granted in Weatherford's favor and Transocean's claims for contribution and indemnity against Weatherford for CWA penalties should be dismissed.

**WHEREFORE**, the premises considered, Weatherford respectfully requests that this Court grant the instant motion and issue an order granting judgment in favor of Weatherford and dismissing Transocean's claims for contribution and indemnity against Weatherford for CWA penalties.

Respectfully submitted:

*/s/ Glenn G. Goodier*
GLENN G. GOODIER (#06130)
RICHARD D. BERTRAM (#17881)
LANCE M. SANNINO (#29409)
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.
201 St. Charles Avenue. 48th Floor
New Orleans, Louisiana  70170-5100
Telephone:    (504) 582-8174
Facsimile:    (504) 589-8174
E-mail:       ggoodier@joneswalker.com;
              rbertram@joneswalker.com;
              lsannino@joneswalker.com

MICHAEL G. LEMOINE, T.A. (#8308)
GARY J. RUSSO (#10828)
DOUGLAS C. LONGMAN, JR. (#8719)
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.
600 Jefferson Street, Suite 1600
Lafayette, , Louisiana  70501-5100
Telephone:    (337) 262-9024
E-mail:       mlemoine@joneswalker.com;
              grusso@joneswalker.com;
              dlongman@joneswalker.com
*Counsel for Weatherford U.S., L.P. and Weatherford International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2012, the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Court's Pretrial Order No. 12, on November 1, 2010.

*/s/ Glenn G. Goodier*

{N2410961.1}