UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION "J" |
| **THIS PLEADING APPLIES TO:** | * * | JUDGE:  BARBIER |
| In Re The Complaint and Petition of Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc., as Owner, Managing Owners, Owners *Pro-Hac Vice*, and/or Operators of the MODU Deepwater Horizon, in a Cause for Exoneration from or Limitation of Liability | * * * * * * * * * * * | MAGISTRATE:  SHUSHAN |
| Civil Action Nos.: 2:10-md-2179 and 10-cv-4536 | * * | |

## ORDER

Considering the Motion for Judgment on the Pleadings Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure filed on behalf of Weatherford U.S., L.P. and Weatherford International, Inc. (collectively "Weatherford");

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Weatherford's Motion be and the same is hereby **GRANTED** and that there be judgment in favor of

{N2410961.1}

1

Weatherford, dismissing, with prejudice, Transocean's claims for contribution and indemnity against Weatherford for CWA penalties.

New Orleans, Louisiana, this ____ day of January, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE

{N2410961.1}