UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| **THIS PLEADING APPLIES TO:** | * | JUDGE:  BARBIER |
| | * | |
| In Re The Complaint and Petition of | * | MAGISTRATE:  SHUSHAN |

In Re The Complaint and Petition of
Triton Asset Leasing GmbH, Transocean
Holdings LLC, Transocean Offshore
Deepwater Drilling Inc., and Transocean
Deepwater Inc., as Owner, Managing
Owners, Owners *Pro-Hac Vice*, and/or
Operators of the MODU Deepwater
Horizon, in a Cause for Exoneration from or
Limitation of Liability

Civil Action Nos.:
2:10-cv-2771 and 2:10-md-2179

### WEATHERFORD U.S., L.P. AND WEATHERFORD INTERNATIONAL, INC.'S *EX PARTE* MOTION TO FILE UNDER SEAL MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS AND, ALTERNATIVELY, MOTION FOR PARTIAL SUMMARY JUDGMENT ON PUNITIVE DAMAGES

**NOW INTO COURT**, through undersigned counsel, come Weatherford U.S., L.P. and

Weatherford International, Inc. (collectively "Weatherford"), who respectfully move to file

under seal Weatherford's Motion for Summary Judgment on All Claims and, Alternatively,

Motion for Partial Summary Judgment on Punitive Damages.

{N2411293.1}

1

Pursuant to Pre-Trial Order No. 13, documents and/or deposition testimony designated by the parties as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" must be filed under seal as appendices to the instrument that refers to them.  Weatherford's Motion for Summary Judgment, accompanying Memorandum in Support, and Exhibits thereto are replete with references, quotations, and inclusion of materials designated as confidential and/or highly confidential; and Weatherford submits that its entire Motion and supporting documents should be filed under seal to ensure compliance with Pre-Trial Order No. 13.   Accordingly, Weatherford respectfully requests that the Court grant its Motion to file under seal.

A proposed order accompanies this request.

Respectfully submitted:

*/s/  Glenn G. Goodier*
GLENN G. GOODIER (#06130)
RICHARD D. BERTRAM (#17881)
LANCE M. SANNINO (#29409)
JONES, WALKER, WAECHTER, POITEVENT,
 CARRÈRE & DENÈGRE, L.L.P.
201 St. Charles Avenue. 48th Floor
New Orleans, Louisiana  70170-5100
Telephone:     (504) 582-8174
Facsimile:     (504) 589-8174
ggoodier@joneswalker.com
rbertram@joneswalker.com
lsannino@joneswalker.com

MICHAEL G. LEMOINE, T.A. (#8308)
GARY J. RUSSO (#10828)
DOUGLAS C. LONGMAN, JR. (#8719)
JONES, WALKER, WAECHTER, POITEVENT,
  CARRÈRE & DENÈGRE, L.L.P.
600 Jefferson Street, Suite 1600
Lafayette, Louisiana  70501-5100
Telephone:     (337) 262-9024
mlemoine@joneswalker.com
grusso@joneswalker.com
dlongman@joneswalker.com
*Counsel for Weatherford U.S., L.P. and*
*Weatherford International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of January, 2012, the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Court's Pretrial Order No. 12, on November 1, 2010.

*/s/  Glenn G. Goodier*