UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION "J" |
| **THIS PLEADING APPLIES TO:** | * | JUDGE:  BARBIER |
| In Re The Complaint and Petition of Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc., as Owner, Managing Owners, Owners *Pro-Hac Vice*, and/or Operators of the MODU Deepwater Horizon, in a Cause for Exoneration from or Limitation of Liability | * * | MAGISTRATE:  SHUSHAN |

Civil Action Nos.:
2:10-cv-2771 and 2:10-md-2179

# ORDER

Considering the foregoing *Ex Parte* Motion of Weatherford U.S., L.P. and Weatherford International, Inc. (collectively "Weatherford") to File Under Seal their Motion for Summary Judgment on All Claims and, Alternatively, Motion for Partial Summary Judgment on Punitive Damages;

**IT IS HEREBY ORDERED** that said Motion be and hereby is **GRANTED** and that Weatherford's Motion for Summary Judgment on All Claims and, Alternatively, Motion for

{N2411293.1}

1

2

Partial Summary Judgment on Punitive Damages, including the Memorandum in Support and all Exhibits attached thereto, shall be filed under seal.

    New Orleans, Louisiana, this ____ day of January, 2012.

                                                                           _____
                                                                           UNITED STATES DISTRICT JUDGE