UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig  "*Deepwater Horizon*" in the Gulf of Mexico, on April 20, 2010 | *<br>*<br>*<br>* | MDL No. 2179<br><br>SECTION:  J |
| Applies to:  *All Cases*. | *<br>* | JUDGE BARBIER<br>MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * | * | |

### DEFENDANT ANADARKO PETROLEUM CORPORATION'S AND ANADARKO E&P COMPANY'S 1/23/2012 OBJECTIONS TO TRIAL EXHIBIT LISTS

Pursuant to the Court's January 18, 2012 Order (Rec. Doc. 5272), Defendants Anadarko Petroleum Corporation and Anadarko E&P Company (collectively "Anadarko") submit their January 23, 2012 objections to the trial exhibit lists filed by the parties (attached hereto as "Exhibit A").

Anadarko reserves the right to add, remove, or modify its objections, including with respect to exhibits appearing for the first time on the parties' January 13, 2012 trial exhibit lists. Parties other than Anadarko added several thousand new exhibits on their January 13, 2012 trial exhibit lists. Additionally, parties such as the PSC and the United States do not appear to have complied with the Court's January 10, 2012 Order (Rec. Doc. 5128) requiring identification of all exhibits that were added to or removed from the earlier good faith exhibit lists. When compared to prior lists, numerous documents appear to have been added by the PSC and the United States but no notice was provided to the parties to indicate that these documents were new and had been added to the January 13, 2012 trial exhibit list. Moreover, many of the new documents had bates numbers and/or descriptions that did not match the exhibit numbers identified by the Plaintiffs.

A/74732445.2

Accordingly, until all parties submit lists that comply with the Court's January 10, 2012 order and identify the thousands of new exhibits added as part of the parties' January 13, 2012 lists, as required by the Court's January 10, 2012 order, Anadarko objects on that basis and reserves the right to add further objections to these exhibits.

Any objection on this list to any particular exhibit acts as an objection to all other exhibits that are duplicative or substantially similar but have different trial exhibit numbers. If a party divides or subdivides an exhibit into subsections, Anadarko makes the same objections to those subsections as it did to the original exhibit. To the extent that Anadarko objects to a specific exhibit, Anadarko also objects to all "cured" versions of that exhibit.

Anadarko reserves the right: (1) to add and/or remove objections based on objections by other parties; (2) to add and/or remove objections based on any party's motions in limine or rulings by the Court; (3) to add objections as to foundation (including foundation as to the business records exception to the hearsay rule), depending on what foundation is established at trial; (4) to add and/or remove objections in light of other parties' pre-trial filings, exhibit lists, physical exhibits, photographs, and demonstratives, as well as the evidence and arguments presented by other parties at trial; (5) to add and/or remove objections based on the ongoing deposition designation process; (6) to add and/or remove objections based on documents produced by other parties (including BP, Halliburton and Transocean) recently, or documents identified in connection with the completion of Phase I discovery; (7) to add and/or remove objections based on the ongoing Phase I expert discovery process; (8) to add and/or remove documents in light of the parties' listing of witnesses on their January 20, 2012 witness lists; (9) to add and/or remove documents based on the January 13, 2012 announcement that Jesse Gagliano plans to waive his Fifth Amendment Rights and be deposed in the upcoming weeks, as

well as Mr. Gagliano's deposition; (10) to object to any exhibit related only to Phase II or III issues; (11) to object to any exhibit whose admission is barred by statute or regulation, such as certain exhibits relating to the Marine Board or U.S. Chemical Safety Board investigations; (12) to object to documents addressed in Anadarko's motions in limine; (13) to object to exhibits that set forth full or partial deposition testimony, page and line deposition designations; or deposition narrative summaries; (14) to object to any exhibit that any party has insufficiently or incorrectly identified on its exhibit list, or that it has not yet produced; (15) to introduce at trial any exhibit to which Anadarko has objected (e.g., a document may be offered as an admission against another party but may be hearsay with regard to Anadarko); (16) to object at trial to all photographic, demonstrative and/or physical exhibits; (17) to object to the introduction and/or use of all third-party investigation reports and all testimony, attachments, figures, pictures, and documents related thereto; (18) to object to the introduction and/or use of all exhibits that set forth full or partial expert reports, including all attachments, figures, pictures, graphs, and related documents attached thereto or included therein; and (19) to supplement this list with objections to deposition exhibits not due to inData at this time.  By objection to certain exhibits, Anadarko does not waive the right to introduce such exhibits at trial.

Dated: January 23, 2012                                    Respectfully submitted,

   /s/ Ky E. Kirby

Ky E. Kirby
Ky.Kirby@bingham.com
Warren Anthony Fitch
Tony.Fitch@bingham.com
Michael B. Wigmore
Michael.Wigmore@bingham.com
BINGHAM MCCUTCHEN LLP
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
Jim.Dragna@bingham.com
BINGHAM MCCUTCHEN LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

Deborah D. Kuchler (La. Bar No. 17013)
Janika Polk (La. Bar No. 27608)
Robert Guidry (La. Bar No. 28064)
KUCHLER POLK SCHELL
WEINER & RICHESON, LLC
1615 Poydras Street, Suite 1300
New Orleans, LA 70112

**ATTORNEYS FOR ANADARKO PETROLEUM CORPORATION AND ANADARKO E&P COMPANY LP**

4

A/74732445.2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Defendant Anadarko Petroleum Corporation's and Anadarko E&P Company's 1/23/2012 Objections to Trial Exhibit Lists has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on this 23rd day of January, 2012.

_____/s/ Ky E. Kirby_____