UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 <br><br> SECTION "J" |
| **THIS PLEADING APPLIES TO:** | * * | JUDGE:  BARBIER |
| In Re The Complaint and Petition of Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc., as Owner, Managing Owners, Owners *Pro-Hac Vice*, and/or Operators of the MODU Deepwater Horizon, in a Cause for Exoneration from or Limitation of Liability | * * * * * * * * * * * | MAGISTRATE:  SHUSHAN |
| Civil Action No.: 2:10-cv-2771 and 10-md-2179 | * * | |

### WEATHERFORD U.S., L.P. AND WEATHERFORD INTERNATIONAL, INC.'S *EX PARTE* MOTION FOR LEAVE TO FILE MOTION AND MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS AND, ALTERNATIVELY, MOTION FOR PARTIAL SUMMARY JUDGMENT ON PUNITIVE DAMAGES IN EXCESS OF PAGE LIMIT

**NOW INTO COURT**, through undersigned counsel, come Weatherford U.S., L.P. and Weatherford International, Inc. (collectively "Weatherford"), who respectfully request that the Court enlarge the page limit to allow Weatherford to file its Motion and Memorandum in

{N2411281.1}

Support of Motion for Summary Judgment on All Claims and, Alternatively, Motion for Partial Summary Judgment on Punitive Damages. In a separate Motion, Weatherford has sought leave to file the Motion and Memorandum in Support of Motion for Summary Judgment on All Claims and, Alternatively, Motion for Partial Summary Judgment on Punitive Damages under seal. (*See* Rec. Doc. 5347).

Local Rule 7.7 of the Eastern District of Louisiana imposes a twenty-five page limit for a memorandum supporting a motion. Weatherford's Memorandum, excluding tables and signature block, is 44 pages in length. Multiple plaintiffs have filed multiple claims against Weatherford in this massive litigation, and this Motion seeks to have all claims against Weatherford dismissed. In order to adequately address those claims, to cite to certain portions of the very large record to support its Motion, and to provide adequate citation to the applicable law to assist the Court in its deliberation, it was necessary to exceed the page limitation.

Accordingly, Weatherford requests this page limit extension to allow it to adequately present the facts and law in support of its Motion.

A proposed Order accompanies this request.

                                          Respectfully submitted:

                                          */s/ Glenn G. Goodier*
                                          GLENN G. GOODIER (#06130)
                                          RICHARD D. BERTRAM (#17881)
                                          LANCE M. SANNINO (#29409)
                                          Jones, Walker, Waechter, Poitevent,
                                            Carrère & Denègre, L.L.P.
                                          201 St. Charles Avenue. 48th Floor
                                          New Orleans, Louisiana  70170-5100
                                          Telephone:   (504) 582-8174
                                          Facsimile:   (504) 589-8174
                                          E-mail:         ggoodier@joneswalker.com;
                                                                 rbertram@joneswalker.com;
                                                                 lsannino@joneswalker.com

MICHAEL G. LEMOINE, T.A. (#8308)
GARY J. RUSSO (#10828)
DOUGLAS C. LONGMAN, JR. (#8719)
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre, L.L.P.
600 Jefferson Street, Suite 1600
Lafayette, , Louisiana  70501-5100
Telephone: (337) 262-9024
E-mail: mlemoine@joneswalker.com;
grusso@joneswalker.com;
dlongman@joneswalker.com
*Counsel for Weatherford U.S., L.P. and Weatherford International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2012, the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Court's Pretrial Order No. 12, on November 1, 2010.

/s/ Glenn G. Goodier

{N2411281.1}

3