UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179 SECTION: J | |
| This Document Relates To: All Actions | : : | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN | |
| …………………………………………………... | : | | |

**BP'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION
IN LIMINE TO EXCLUDE PRIVILEGED COMMUNICATIONS
RELATING TO THE SCOPE OF BP'S INTERNAL INVESTIGATION**

BP appreciates the acknowledgements by the PSC and the United States that they agree that certain portions of the testimony of Mr. Lucas's testimony are privileged and should be stricken from the record. For whatever reason, the deposition designations on file with the Court (and to some extent the two-page summaries – though some of the citations lack line numbers and it is therefore difficult to tell), still refer to some of this testimony, which is why BP filed its motion.

BP respectfully suggests that, so there is no further confusion on this issue, the Court enter an Order granting BP's motion expressly excluding the following testimony. This table is taken from BP's November 11, 2011 letter to Judge Shushan, and reflects testimony that the PSC and the United States have now confirmed they agreed should not be used or referred to at trial.

| Agreed Stricken Lucas Testimony ||
|---|---|
| 351:3-4 | 375:16-18 |
| 351:8-9 | 375:19-24 |
| 351:19-352:10 | 376:18-377:1 |
| 356:3-7 | 379:11-382:16 |
| 356:19-357:6 | 384:13-16 |
| 358:6-360:13 | 384:20-21 |
| 360:22-24 | 596:19-597:10 |
| 361:3-362:24 | 598:5-599:10 |
| 363:10-19 | 610:15-611:24 |
| 363:23-364:9 | 613:12-21 |
| 369:10-373:7 | 627:12-628:6 |
| 373:11-12 | |

Dated: January 23, 2012

Respectfully submitted,

/s / Don K. Haycraft

Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

Richard C. Godfrey, P.C.
(richard.godfrey@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
Timothy A. Duffy, P.C.
(tim.duffy@kirkland.com)
Kirkland & Ellis LLP
300 North LaSalle Street

Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

and

Robert C. "Mike" Brock
(mbrock@cov.com)
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

*Attorneys for the BP Exploration & Production Inc. & BP America Production Company*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd day of January, 2012.

/s/ Don K. Haycraft__