UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179 SECTION: J |
| This Document Relates To: All Actions | : : | JUDGE BARBIER MAGISTRATE JUDGE |
| …………………………………………………... | : | SHUSHAN |

**BP'S MOTION *IN LIMINE* TO PRECLUDE USING
ANY EXTRINSIC EVIDENCE TO INTERPRET INDEMNITIES**

BP hereby moves for an order precluding the use of any purported extrinsic evidence to interpret indemnities during Phase I of the trial. BP's Motion is further supported by BP's Memorandum In Support Of Motion *In Limine* To Preclude Using Any Extrinsic Evidence To Interpret Indemnities, which is fully incorporated by reference herein.

Dated: January 23, 2012                                Respectfully submitted,

                                                                          /s / Don K. Haycraft

                                                                          Don K. Haycraft (Bar #14361)
                                                                          R. Keith Jarrett (Bar #16984)
                                                                          LISKOW & LEWIS
                                                                          One Shell Square
                                                                          701 Poydras Street, Suite 5000
                                                                          New Orleans, Louisiana 70139-5099
                                                                          Telephone: (504) 581-7979
                                                                          Facsimile: (504) 556-4108

                                                                          and

Richard C. Godfrey, P.C.
(richard.godfrey@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
Timothy A. Duffy, P.C.
(tim.duffy@kirkland.com)
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

and

Robert C. "Mike" Brock
(mbrock@cov.com)
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

*Attorneys for BP p.l.c., BP Exploration & Production Inc., and BP America Production Company*

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd day of January, 2012.

                                              /s/  Don K. Haycraft__