# Exhibit A

**TRIAL EXHIBITS TRANSOCEAN APPARENTLY INTENDS TO USE
AS EXTRINSIC EVIDENCE TO INTERPRET INDEMNITIES**

| Trial Exhibit Number | Beginning Bates Number | Ending Bates Number | Document Date | Document Description |
|---|---|---|---|---|
| TREX-50436 | BP-HZN-2179MDL02883043 | BP-HZN-2179MDL02883198 | 3/9/2009 | Contract for Gulf of Mexico Strategic Performance Unit Offshore Well Services between BP Exploration and Production, Inc. and M-I L.L.C., BPM-09-00209 (executed by Wilbert Long, Jr. and Joseph Bacho) |
| TREX-50437 | BP-HZN-2179MDL02846809 | BP-HZN-2179MDL02846848 | 4/30/2010 | BP-Well Ops/Helix Offshore Day work Contract - Article 1012(c) |
| TREX-50438 | BP-HZN-2179MDL02882284 | BP-HZN-2179MDL02882768 | 5/15/2009 | Contract for Gulf of Mexico Strategic Performance Unit Offshore Well Services between BP Exploration and Production and Schlumberger Technology Corp, BPM-09-00247 |
| TREX-50439 TREX-87191 | WFT-MDL-00000930 | WFT-MDL-00001160 | 5/11/2004 | Contract for Well Services between BP America Production Company and Weatherford International, Inc., BPM-04-00186, Gulf of Mexico Operations |
| TREX-50440 | BP-HZN-2179MDL03289015 | BP-HZN-2179MDL03289402 | 1/24/2008 | Drilling Contract between BP Exploration & Production Inc., and for Provision and Operation of a Mobile Offshore Drilling Unit, Contract No. BPM-08-00186 |
| TREX-50441 | BP-HZN-2179MDL03288575 | BP-HZN-2179MDL03288575 | 3/28/2008 | Drilling Contract between BP Exploration & Production Inc. and for Provision and Operation of a Mobile Offshore Drilling Unit, Contract No. BPM-08-0892 |
| TREX-50442 | BP-HZN-2179MDL03241612 | BP-HZN-2179MDL03241615 | 8/31/2010 | Amendment No. 14 to Drilling Rig Operation and Maintenance Services Contract between BP America Production Company and Gulf of Mexico Deepwater Projects Contract No. BPA-02-06141 |
| TREX-50443 | BP-HZN-2179MDL03241488 | BP-HZN-2179MDL03241554 | 11/11/2002 | Drilling Rig Operation and Maintenance Services Contract between BP America Production Company and Gulf of Mexico Deepwater Projects Contract No. BPA-02-06141 |
| TREX-50444 | BP-HZN-2179MDL03198916 | BP-HZN-2179MDL03198935 | 5/20/2011 | Settlement Agreement Between BP and MOEX |
| TREX-50445 | BP-HZN-2179MDL03241693 | BP-HZN-2179MDL03241714 | 6/20/2011 | Settlement Agreement Between BP and Weatherford |
| TREX-50446 | None | none | 00/00/2003 | International Association of Drilling Contractors (IADC) Offshore Day work Drilling Contract -U.S. (Revised April 2003) |

| | | | | |
|---|---|---|---|---|
| TREX-50447 | none | none | 6/1/2007 | American Association of Professional Landmen (AAPL) Model Form of Offshore Deepwater Operating Agreement, AAPL-810 (2007) |
| TREX-50448 | none | none | 00/00/0000 | OCS Advisory Board - Members |
| TREX-50449 | BP-HZN-2179MDL00243441 | BP-HZN-2179MDL00243442 | 3/1/2010 | Driller's Circulation Method |
| TREX-50450 | none | none | 11/23/2005 | Long Term Development Unit Contract between BP America Production Company and GlobalSantaFe Drilling Company for the Development Driller II, Atlantis Deepwater Development, Contract No. BPM-03-00556 |
| TREX-50451 | none | none | 7/21/2011 | Amendment No. 13 to BP American Production Company Offshore Drilling/Work over/Completion Contract (with Transocean for the Discoverer Enterprise) |
| TREX-50452 | none | none | 2/27/2006 | BP American Production Company Offshore Drilling/Work over/Completion Contract (with Transocean for the Discoverer Enterprise) -Article 12.8 cited in MSJ |
| TREX-50453 | none | none | 6/11/2007 | Angola New build, Provision and Operation of a Mobile Offshore Drilling Unit, Contract Number CON-ANG-31-5477 (Luanda) |
| TREX-50454 | none | none | 7/25/2007 | BP Trinidad and Tobago LLC and GlobalSantaFe, Provision and Operation of a Mobile Offshore Drilling Unit Constellation I, Contract No. DRCS-S-3715 |
| TREX-50455 | none | none | 2/11/2010 | Contract No. PHPC-DC-09-0006 between Pharaonic Petroleum Company and GlobalSantaFe Services (Egypt) LLC (Transocean) for the Provision and Operation of Jack-Up Drilling Unit |
| TREX-50456 | none | none | 00/00/2011 | Plaintiff Halliburton Energy Services, Inc.'s Original Petition v. BP Exploration & Production, Inc., BP America Production Co., and BP p.l.c., 2011-52580, Court 234 |
| TREX-50457 | none | none | 5/10/2010 | Letter Dated May 10, 2010, from Keith McDole (Transocean counsel) to Richard Godfrey (BP counsel) |
| TREX-50458 | none | none | 6/25/2010 | Letter Dated June 25, 2010, from Richard Godfrey (counsel for BP) to Keith McDole (counsel for Transocean) |
| TREX-50460 | none | none | 7/13/2011 | Transocean Fleet Update Report (July 13, 2011) |
| TREX-50461 | none | none | 2/11/2010 | Outstanding Invoices Issued to BP by Transocean 2/11/10 - 6/30/11 |
| TREX-50462 | none | none | 12/15/2010 | Letter Dated December 15, 2010, from Sam Youssef (BP, PSCM Specialist, Drilling Rigs) to Roddie MacKenzie (Transocean, Marketing Manager -North America) |

2

| TREX-50463 | BP-HZN-2179MDL03015557 | BP-HZN-2179MDL03015606 | 4/20/2007 | Master Service Contract between BP America Production Company and Contract No. BPM-07-01217 |
|---|---|---|---|---|
| TREX-50464 | BP-HZN-2179MDL03292008 | BP-HZN-2179MDL03292045 | 4/6/2009 | Master Consulting Services Contract between BP America Production Company and Contract No. BPM-09-01304 |
| TREX-50465 | none | none | 2/25/2011 | Letter Dated February 25, 2011, from Bob Talbott (BP, Chief Procurement Officer, Gulf Coast Restoration) to Transocean Offshore DW DRLG Inc. |
| TREX-50466 | BP-HZN-2179MDL03292103 | BP-HZN-2179MDL03292108 | 7/1/2009 | Exhibit C to Master Consulting Services Contract between BP America Production Company and Contract No. BPM-09-01304 |
| TREX-50467 | BP-HZN-2179MDL03291954 | BP-HZN-2179MDL03292005 | 7/1/2010 | Master Service Contract between BP America Production Company and Contract NO. BPM-10-04020 |
| TREX-50468 | none | none | 5/12/2010 | Letter Dated May 12, 2010, from Paul King (Director, INDECS) to the Honorable Robert Menendez (U.S. Senator) |
| TREX-50469 | none | none | 5/10/2010 | Letter Dated May 10, 2010, from Benjamin D. Wilcox (Executive Vice President and Director Marine and Energy, Alliant) to the Honorable Robert Menendez (U.S. Senator) |
| TREX-50470 | none | none | 5/11/2010 | Letter Dated May 11, 2010, from John Lloyd (Chairman and CEO, Lloyd & Partners) to the Honorable Robert Menendez (U.S. Senator) |
| TREX-50471 | none | none | 00/00/2011 | Standard Steamship Owners' Protection & Indemnity Assoc. (Bermuda) Rules 3.6.5 (2011-12) |
| TREX-50472 | none | none | 00/00/2010 | UK Club Protection and Indemnity Rules, Rule 2, Section 22 E (Feb. 20, 2010) |
| TREX-50473 | BP-HZN-2179MDL04585671 | BP-HZN-2179MDL04585703 | 10/16/2011 | Settlement Agreement Between BP and Anadarko |