# Exhibit C



# CONTRACT FOR
# GULF OF MEXICO
# STRATEGIC PERFORMANCE UNIT
# OFFSHORE WELL SERVICES

BETWEEN

## BP EXPLORATION AND PRODUCTION, INC.

AND

## HALLIBURTON ENERGY SERVICES, INC.

**BPM-09-00255**

HIGHLY CONFIDENTIAL

Section 1 – Agreement

| | | |
|---|---|---|
| | Section 5 | Integrity Management |
| | Section 6 | Quality Assurance and Quality Control |
| | Section 7 | Health, Safety, Security, and the Environment (including applicable Appendices) |

- Appendix 1: Getting HSE Right (GHSER)
- Appendix 2: BP's Golden Rules for Safety
- Appendix 3: Substance Abuse Policy
- Appendix 4: Scope Specific HSSE Issues
- Appendix 5: Minimum HSSE Requirements

Section 8    Code of Conduct

2) The Sections shall be read as one document, the contents of which, in the event of ambiguity or contradiction between Sections, shall be given precedence in the order listed, with the exception that the Special Local Conditions of Contract as stated in Appendix 1 to Section 2 – Special Conditions of Contract shall take precedence over the General Conditions of Contract.

3) In accordance with the terms and conditions of the CONTRACT, CONTRACTOR shall perform and complete the WORK and COMPANY shall pay the CONTRACT PRICE.

4) The EFFECTIVE DATE OF THE CONTRACT shall be April 15, 2009. Notwithstanding the EFFECTIVE DATE of the CONTRACT, the WORK is scheduled to commence on the date specified in each individual WORK ORDER issued pursuant to the provisions of Section 3 ("COMMENCEMENT DATE") and shall continue until completed to the reasonable satisfaction of COMPANY. Subject to the terms and conditions contained in Section 2 – General Conditions of Contract, the CONTRACT duration shall be for a term of three (3) years from the EFFECTIVE DATE OF THE CONTRACT. COMPANY shall have the option to extend this CONTRACT for up to two (2) consecutive one year options following the expiration of the three (3) year term.

5) This CONTRACT constitutes the entire agreement between the PARTIES hereto with respect to the WORK and supersedes all prior negotiations, representations, or agreements related to the CONTRACT, either written or oral. No amendments to the CONTRACT shall be effective unless evidenced in writing and signed by the PARTIES to the CONTRACT.

The authorized representatives of the PARTIES have executed the CONTRACT in duplicate upon the dates indicated below:

For COMPANY

Name: WILBERT LONE JR

Title: CPO

Date: 4/15/09

For CONTRACTOR

Name: DAVID S. KING

Title: DIVISION PRESIDENT

Date: 4/16/09