UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | § § § § § § | MDL No. 2179<br><br>SECTION: J |
| This document relates to:<br><br>*All Cases* | § § § § | Judge Carl J. Barbier<br>Magistrate Judge Sally Shushan |

**M-I L.L.C.'S MOTION *IN LIMINE* TO EXCLUDE
ANY REFERENCE TO M-I'S RELATED ENTITIES OR
M-I'S OR ITS RELATED ENTITIES' SIZE OR FINANCIAL STATUS**

Defendant M-I L.L.C. ("M-I") respectfully moves this Court for an order *in limine* to exclude any reference to M-I's related entities or M-I's or its related entities' size or financial status. Under Federal Rules of Evidence 401 and 402, any reference to entities related to M-I—entities that are not defendants in this action—is irrelevant to the liability determinations to be made by this Court. Evidence and argument related to these entities are also unduly prejudicial under Federal Rule of Evidence 403 because they imply—wrongly—that a Schlumberger entity could be held liable in this action. In addition, any reference to M-I's or a related entity's size or financial status is irrelevant to liability and also highly prejudical under Rule 403.

For these reasons, and as set forth more fully in the attached Memorandum In Support, M-I respectfully requests that this Court exclude any reference to M-I's related entities or M-I's or its related entities' size or financial status.

January 23, 2012                                    Respectfully submitted,

**OF COUNSEL:**                                     MORGAN, LEWIS & BOCKIUS LLP
MORGAN, LEWIS & BOCKIUS LLP

Derek E. Leon                                       By: /s/ *Hugh E. Tanner*
dleon@morganlewis.com                                   Hugh E. Tanner
Texas Bar No. 24002463                                  htanner@morganlewis.com
5300 Wachovia Financial Center                          Texas Bar No. 19637400
200 South Biscayne Boulevard                            1000 Louisiana, Suite 4000
Miami, Florida  33131                                   Houston, Texas  77002
Telephone:    (305) 415-3000                            Telephone:    (713) 890-5000
Facsimile:    (305) 415-3001                            Facsimile:    (713) 890-5001

Denise Scofield
dscofield@morganlewis.com                           **ATTORNEY FOR DEFENDANT**
Texas Bar No. 00784934                              **M-I L.L.C.**
1000 Louisiana, Suite 4000
Houston, Texas  77002
Telephone:    (713) 890-5000
Facsimile:    (713) 890-5001

**ATTORNEYS FOR DEFENDANT**
**M-I L.L.C.**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing M-I L.L.C.'s Motion *In Limine* To Exclude Any Reference To M-I's Related Entities Or M-I's Or Its Related Entities' Size Or Financial Status has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd day of January, 2012.

      /s/ *Hugh E. Tanner*
      Hugh E. Tanner

DB1/ 68921211.1