UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG<br>"DEEPWATER HORIZON" in the<br>GULF OF MEXICO on<br>APRIL 20, 2010<br><br>This document relates to:<br><br>*All Cases* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | MDL No. 2179<br><br>SECTION: J<br><br><br>**Judge Carl J. Barbier**<br>**Magistrate Judge Sally Shushan** |

# ORDER

Considering the Defendant M-I L.L.C.'s Motion *In Limine* To Exclude Any Reference To M-I's Related Entities Or M-I's Or Its Related Entities' Size Or Financial Status and all responses and replies thereto:

**IT IS HEREBY ORDERED** that M-I L.L.C.'s Motion *in Limine* to Exclude Any Reference to M-I's Related Entities or M-I's or Its Related Entities' Size or Financial Status is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE