UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | § § § § § § | MDL No. 2179<br><br>SECTION: J |
| This document relates to: | § § | Judge Carl J. Barbier<br>Magistrate Judge Sally Shushan |
| *All Cases and*<br>*No. 2-10-cv-02771* | § § | |

**STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF M-I L.L.C.'S MOTION FOR SUMMARY JUDGMENT ON PUNITIVE DAMAGES, GROSS NEGLIGENCE, AND WILLFUL MISCONDUCT CLAIMS**

M-I L.L.C. hereby submits this Statement of Undisputed Material Facts in support of M-I's Motion for Summary Judgment on Punitive Damages, Gross Negligence, and Willful Misconduct Claims pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1.

1. M-I was the drilling fluids contractor onboard the *Deepwater Horizon*. June 23, 2011, 30(b)(6) Deposition of Brad Billon, 27:3–30:7.

2. There have been over 300 depositions, 60 experts, and tens of millions of pages of documents produced.

3. Six M-I employees have been deposed in this litigation.

4. There is no evidence that any action or inaction by M-I met the standards for punitive damages, gross negligence, or willful misconduct.

| | |
|---|---|
| **OF COUNSEL:**<br>MORGAN, LEWIS & BOCKIUS LLP | MORGAN, LEWIS & BOCKIUS LLP |
| Derek E. Leon<br>dleon@morganlewis.com<br>Texas Bar No. 24002463<br>5300 Wachovia Financial Center<br>200 South Biscayne Boulevard<br>Miami, Florida  33131<br>Telephone:     (305) 415-3000<br>Facsimile:     (305) 415-3001 | By: /s/ *Hugh E. Tanner*<br>       Hugh E. Tanner<br>       htanner@morganlewis.com<br>       Texas Bar No. 19637400<br>       1000 Louisiana, Suite 4000<br>       Houston, Texas  77002<br>       Telephone:     (713) 890-5000<br>       Facsimile:     (713) 890-5001 |
| Denise Scofield<br>dscofield@morganlewis.com<br>Texas Bar No. 00784934<br>1000 Louisiana, Suite 4000<br>Houston, Texas  77002<br>Telephone:     (713) 890-5000<br>Facsimile:     (713) 890-5001 | **ATTORNEY FOR DEFENDANT<br>M-I L.L.C.** |
| **ATTORNEYS FOR DEFENDANT<br>M-I L.L.C.** | |

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Statement Of Undisputed Material Facts In Support Of M-I L.L.C.'s Motion For Summary Judgment On Punitive Damages, Gross Negligence, And Willful Misconduct Claims has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd day of January, 2012.

                                                                                  /s/ *Hugh E. Tanner*
                                                                                  Hugh E. Tanner