UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | § § § § § § | MDL No. 2179<br><br>SECTION: J |
| This document relates to:<br><br>*All Cases and<br>No. 2-10-cv-02771* | § § § § | Judge Carl J. Barbier<br>Magistrate Judge Sally Shushan |

**M-I L.L.C.'S MOTION TO JOIN IN AND ADOPT THE ARGUMENTS
MADE IN THE WEATHERFORD ENTITIES' MOTION FOR
JUDGMENT ON THE PLEADINGS PURSUANT TO RULE 12(C)
OF THE FEDERAL RULES OF CIVIL PROCEDURE AND M-I L.L.C.'S MOTION FOR
JUDGMENT ON THE PLEADINGS PURSUANT TO FEDERAL RULE OF CIVIL
PROCEDURE 12(C)**

M-I L.L.C. ("M-I") hereby moves for judgment on the pleadings against Transocean's claims against M-I for contribution and subrogation for Clean Water Act penalties for which Transocean might be liable. M-I L.L.C. ("M-I") hereby also moves to join in and adopt the arguments made in Weatherford U.S., L.P. And Weatherford International, Inc.'s Motion For Judgment On The Pleadings Pursuant To Rule 12(c) Of The Federal Rules Of Civil Procedure, Dkt. No. 5344. These arguments apply equally to M-I as a defendant in this litigation, as M-I is not an "owner, operator, or person in charge of any vessel, onshore facility, or offshore facility from which oil" was discharged. 33 U.S.C. § 1321(b)(7)(A). As explained fully in Weatherford's briefing on this matter, Dkt. No. 5344, which M-I adopts and joins in, M-I is entitled to judgment on those claims.

January 23, 2012

                                                  Respectfully submitted,

| **OF COUNSEL:**<br>MORGAN, LEWIS & BOCKIUS LLP | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| Derek E. Leon<br>dleon@morganlewis.com<br>Texas Bar No. 24002463<br>5300 Wachovia Financial Center<br>200 South Biscayne Boulevard<br>Miami, Florida  33131<br>Telephone:     (305) 415-3000<br>Facsimile:      (305) 415-3001 | By: */s/ Hugh E. Tanner*<br>    Hugh E. Tanner<br>    htanner@morganlewis.com<br>    Texas Bar No. 19637400<br>    1000 Louisiana, Suite 4000<br>    Houston, Texas  77002<br>    Telephone:     (713) 890-5000<br>    Facsimile:      (713) 890-5001 |
| Denise Scofield<br>dscofield@morganlewis.com<br>Texas Bar No. 00784934<br>1000 Louisiana, Suite 4000<br>Houston, Texas  77002<br>Telephone:     (713) 890-5000<br>Facsimile:      (713) 890-5001 | **ATTORNEY FOR DEFENDANT<br>M-I L.L.C.** |
| **ATTORNEYS FOR DEFENDANT<br>M-I L.L.C.** | |

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing motion has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd day of January, 2012.

      /s/ *Hugh E. Tanner*
      Hugh E. Tanner