UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | § § § § § § | MDL No. 2179<br><br>SECTION: J |
| This document relates to:<br><br>*All Cases and*<br>*No. 2-10-cv-02771* | § § § § | Judge Carl J. Barbier<br>Magistrate Judge Sally Shushan |

## ORDER

Considering the Defendant M-I L.L.C.'s Motion To Join In And Adopt The Arguments Made In The Weatherford Entities' Motion For Judgment On The Pleadings Pursuant To Rule 12(C) Of The Federal Rules Of Civil Procedure and M-I L.L.C.'s Motion For Judgment On The Pleadings Pursuant to Federal Rule Of Civil Procedure 12(c) and Weatherford's Underlying Motion, and any responses and replies thereto:

**IT IS HEREBY ORDERED** that M-I L.L.C.'s Motion To Join In And Adopt The Arguments Made In The Weatherford Entities' Motion For Judgment On The Pleadings Pursuant To Rule 12(C) Of The Federal Rules Of Civil Procedure is GRANTED.

**IT IS HEREBY FURTHER ORDERED** that M-I L.L.C.'s Motion for Judgment on the Pleadings is GRANTED.  Transocean's claim against M-I for contribution or subrogation for penalties under the Clean Water Act are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE