

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to: No. 10-2771 | * * * * * | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * | | |

## MOEX OFFSHORE AND MOEX USA'S
## PHASE ONE TRIAL WITNESS LIST

**NOW INTO COURT**, come Defendants, MOEX Offshore 2007 LLC and MOEX USA Corporation (collectively referred to as "MOEX"), and respectfully submit their Phase One Trial Witness List in accordance with the Court's Order dated December 20, 2011 (Rec. Doc. 4966).

MOEX will call the following witnesses at trial:

➢ Naoki Ishii,

- o DPL #11,

- o 9 Greenway Plaza, Suite 1220; Houston, TX; 77046; and

➢ Gordon R. Cain,

- o Expert Witness—deposition taken December 19, 2011,

- o 321 Oak Drive; Mandeville, LA.

MOEX further reserves the right to call any other witnesses listed or designated by any other party.

500964036v2

Dated: January 20, 2012

        Respectfully submitted,

        s/  John F. Pritchard

        John F. Pritchard
        Edward Flanders
        PILLSBURY WINTHROP SHAW PITTMAN LLP
        1540 Broadway
        New York, NY 10036-4039
        Tel. (212) 858-1000
        Fax (212) 858-1500
        john.pritchard@pillsburylaw.com
        edward.flanders@pillsburylaw.com

        Christopher McNevin
        PILLSBURY WINTHROP SHAW PITTMAN LLP
        725 South Figueroa Street, Suite 2800
        Los Angeles, CA 90017-5406
        Telephone (213) 488-7507
        Fax (213) 629-1033
        chrismcnevin@pillsburylaw.com

        **ATTORNEYS FOR MOEX OFFSHORE 2007 LLC**

        - and -

        s/ Jack McKay
        Jack McKay
        jack.mckay@pillsburylaw.com
        PILLSBURY WINTHROP SHAW PITTMAN LLP
        2300 N Street, N.W.
        Washington, D.C. 20037-1122
        Telephone (202) 663-8439
        Facsimile (202) 663-8007

        **COUNSEL FOR MOEX USA CORPORATION**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on January 20, 2012.

                                                  s/ John F. Pritchard
                                                  John F. Pritchard