UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig<br>    "Deepwater Horizon" in the Gulf<br>    of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding BP's Objections to Documents Prepared by Counsel (Rec. doc. 5220)]**

The January 10, 2012 order reported that the authenticity issues between the PSC and BP were reduced to seven counsel-created documents. They were referred to as "exhibits." Rec. doc. 5128. BP and the PSC submitted letter briefs on the issue. Rec. docs. 5220 and 5271. BP objects to admitting the documents into evidence for several reasons, including the fact that at least six of them are "demonstratives." The PSC responds that it will not proffer the seven documents for admission into evidence. Instead it will use them for demonstrative purposes.

February 15 is the deadline for the exchange of all demonstratives. February 22 is the deadline for oppositions to all demonstratives. Rec. doc. 5327 (attachment). If BP objects to the PSC's proposed use of the documents as demonstratives, it must object by February 22.

BP's objection to the use of the seven counsel-created documents as exhibits (Rec. doc. 5220) is DISMISSED as MOOT.

New Orleans, Louisiana, this 24th day of January, 2012.

SALLY SHUSHAN
United States Magistrate Judge