

Stephen S. Kreller
ssk@krellerlaw.com

January 23, 2011

Hon. Loretta G. Whyte, Clerk of Court
U. S. District Court for the
Eastern District of Louisiana
500 Poydras Street, Room C151
New Orleans, Louisiana 70130

    Re:    Thanh Hai, Inc., et al. v. BP American Production Company, et al.
             U.S.D.C. for E.D. of LA, Case No. 2:11-cv-03180

Dear Hon. Whyte:

    I am writing to respectfully request that summons on the Complaint be issued to the following defendants:

1. **TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.**
   Through its registered agent for service of process:
   Capital Corporate Services, Inc.
   800 Brazos, Suite 400
   Austin, Texas 78701

2. **TRANSOCEAN LTD.**
   Through its registered agent for service of process:
   Capital Corporate Services, Inc.
   800 Brazos, Suite 400
   Austin, Texas 78701

    If you have any questions and/or need additional information, please do not hesitate to contact me at (504) 484-3488.

    With kindest regards, I am

                                              Very truly yours,

                                              Stephen S. Kreller

Attachments