IN RE:  DEEPWATER HORIZON
MDL 2179

| | |
|---|---|
| **JAMES PARKERSON ROY** | **STEPHEN J. HERMAN** |
| **Domengeaux Wright Roy & Edwards LLC** | **Herman, Herman, Katz & Cotlar LLP** |
| **556 Jefferson Street, Suite 500** | **820 O'Keefe Avenue** |
| **Lafayette, LA  70501** | **New Orleans, LA  70113** |
| **E-Mail:  jimr@wrightroy.com** | **E-Mail:  sherman@hhkc.com** |
| **Telephone:  (337)233-3033** | **Telephone:  (504)581-4892** |
| **Fax No. (337)233-2796** | **Fax No. (504)561-6024** |

_____

January 20, 2012

*VIA* E-MAIL

Mr. J. Andrew Langan
KIRKLAND & ELLIS LLP
300 North Lasalle Street
Chicago, IL  60654-3406
E-Mail: *Andrew.langan@kirkland.com*

Re:  BP Officers Appearing Pursuant to *Subpoena* Live at Trial

Dear Andy,

Consistent with Judge Barbier's usual trial procedure, as well as prior discussions and court orders regarding executive witnesses the Plaintiffs intend to call (and BP has agreed to produce) live at trial, the PSC, joined by Mr. Underhill for the United States and Attorney General Strange, write to advise that we will call the following two executives, both of whom are under *subpoena* (see attached returns):

- H. Lamar McKay – Executive Vice President, Chairman and President of BP America, Inc.

- Mark Bly – BP Executive Vice President - Safety and Operational Risk

Plaintiffs intend to call and cross-examine both of these adverse witnesses during the first week of trial beginning February 27, 2012.

Mr. McKay should be instructed to be present and ready to testify immediately upon completion of the opening statements.  Mr. McKay will be the first witness we intend to call, and we would expect that between the PSC examination, other parties' examination and BP's examination of him, that Mr. McKay will be on the stand for the first two days that trial testimony is taken.

Mr. Bly may be put on one-day call and should be prepared to testify later that week and/or the beginning of the second week.

Should this order of witnesses change, we will advise as soon as possible.  As we are sure both of these BP executives are very busy men, and because the trial commences the week following Mardi Gras, we felt as a courtesy we should give you this heads-up now so you can begin to make arrangements for them both.

We trust you will coordinate these witnesses' appearances, but if you prefer, we will contact them directly to assure compliance with their *subpoenas*.

We have been authorized by Mike Underhill, Coordinating Counsel for the United States, and Attorney General Strange of the State of Alabama, that they join in this letter and make the same request.

As always, we appreciate your time and cooperation in this matter.

    Sincerely,

    STEPHEN J. HERMAN
    JAMES PARKERSON ROY
    *Plaintiffs' Liaison Counsel*

Enclosures

cc:  Hon. Carl J. Barbier
     Hon. Sally Shushan
     DEFENSE LIAISON COUNSEL
     Mike Underhill, Esq.
     Hon. Luther Strange
     Hon. James D. "Buddy" Caldwell