# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

January 18, 2012

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 12-30022    In Re: State of Louisiana
     USDC No. 2:10-MD-2179
     USDC No. 2:10-CV-2771
```

The court has taken the following action in this case: GRANTED unopposed motion to withdraw the petition for writ of mandamus.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Misty Fontenot*
Misty L. Fontenot, Deputy Clerk
504-310-7716

```
Honorable Carl J. Barbier
Ms. Mary Rose Alexander
Mr. David J. Beck
Ms. Carmelite M. Bertaut
Ms. Frances E. Bivens
Mr. James David Caldwell
Mr. Robert R Gasaway
Mr. Donald Everett Godwin
Mr. Daniel O. Goforth
Mr. Glenn G. Goodier
Mr. Don Keller Haycraft
Mr. Stephen Jay Herman
Mr. Don Jackson
Mr. Russell Keith Jarrett
Mr. Allan L Kanner
Mr. Ky E. Kirby
Ms. Deborah D Kuchler
Mr. James Andrew Langan
Mr. Michael J. Lyle
Ms. Jenny LaNell Martinez
Mr. Kerry J. Miller
Ms. Elizabeth B. Petersen
Mr. David Allen Pote
Mr. James Parkerson Roy
Ms. Allison Michelle Shipp
Mr. Paul Maury Sterbcow
Mr. Hugh Earl Tanner
Mrs. Megan Kathleen Terrell
Mr. Paul C Thibodeaux
Mr. Theodore E. Tsekerides
Mr. Alan M. Weigel
Ms. Loretta Whyte
Mr. Phillip A. Wittmann
Mr. Robert Alan York
```

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  JAN 18 2012
LORETTA G. WHYTE
CLERK

A true copy
Attest:  JAN 18 2011
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____ Deputy
New Orleans, Louisiana