**Wolters Kluwer** | **CT Corporation**
Corporate Legal Services

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctcorporation.com

2012 JAN 23 PM 12: 33

January 20, 2012

Stephen S. Kreller
The Kreller Law Firm
4224 Canal Street,
New Orleans, LA 70119

Re: Thanh Hai, Inc., et al., Pltfs. vs. BP America Production Company, et al. including M-I, LLC, Dfts.

Case No. 211CV03180J1

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the agent for an entity by the name of M-I L.L.C.. Currently, the state lists Capitol Services, Inc. as the agent for this entity.

Accordingly, we are returning the documents received from you.

Very truly yours,

Scott LaScala
Section Head Process

Log# 519829283

FedEx Tracking# 793138733677

cc: Louisiana Eastern District, United States District Court
 C-151 U.S. Courthouse,
 500 Poydras Street,
 New Orleans, LA 70130-3367

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.



**Wolters Kluwer**
Corporate Legal Services

CT Corporation
1209 Orange Street
Wilmington, DE 19801