

**THE**
**Kreller**
LAW FIRM

Stephen S. Kreller
ssk@krellerlaw.com

January 23, 2012

Hon. Loretta G. Whyte, Clerk of Court
U. S. District Court for the
Eastern District of Louisiana
500 Poydras Street, Room C151
New Orleans, Louisiana 70130

      Re:   Thanh Hai, Inc., et al. v. BP American Production Company, et al.
             U.S.D.C. for E.D. of LA, Case No. 2:11-cv-03180

Dear Hon. Whyte:

      I am writing to respectfully request that summons on the Complaint be issued to the following defendants:

1. **M-I, LLC**
   Through its registered agent for service of process:
   Capitol Services, Inc.
   1675 South State Street, Suite B
   Dover, DE 19901

      If you have any questions and/or need additional information, please do not hesitate to contact me at (504) 484-3488.

      With kindest regards, I am

                                  Very truly yours,

                                  Stephen S. Kreller

Attachments

4224 Canal Street / New Orleans, LA 70119 / 504.484.3488
800.488.3053 / Fax: 888.294.6091 / www.krellerlaw.com

Licensed in Alabama, Georgia, Louisiana and New York