UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RORY DEGEYTER, HILLARD DOUCET AND SHAWN POLKEY | * * * | MDL NO. 2179 |
| | * | SECTION J |
| VERSUS | * * | JUDGE BARBIER |
| DANOS AND CUROLE STAFFING, L.L.C., BP AMERICA PRODUCTION COMPANY AND BP EXPLORATION & PRODUCTION INC. | * * * * * | MAGISTRATE JUDGE SHUSHAN |

THIS DOCUMENT RELATES TO
2:12-CV-00067

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### CERTIFICATE OF COMPLIANCE WITH 28 U.S.C. § 1447(b)

NOW INTO COURT, through undersigned counsel, come BP America Production Company and BP Exploration & Production Inc. ("BP"), who file this Certificate of Compliance with 28 U.S.C. § 1447(b), as required by this Court's Order of January 12, 2012.

1.

The parties remaining in this action are:

Rory Degeyter, Hillard Doucet and Shawn Polkey

    Counsel of Record:
    André P. LaPlace
    2762 Continental Drive, Suite 103
    Baton Rouge, LA 70808
    Telephone: (225) 924-6898

Danos and Curole Staffing, L.L.C.

    Counsel of Record:
    Harold J. Flanagan, Stephen M. Pesce,
    Sean P. Brady, Brandon C. Briscoe,
    and Andy Dupre
    201 St. Charles Avenue, Suite 2405
    New Orleans, Louisiana 70170
    Telephone: (504) 569-0235

BP America Production Company and BP Exploration & Production Inc.

    Counsel of Record:
    Don K. Haycraft
    R. Keith Jarrett
    Emma J. Hinnigan
    Devin C. Reid
    Liskow & Lewis
    701 Poydras Street, Suite 5000
    New Orleans, Louisiana 70139
    Telephone: (504) 581-7979

2.

Copies of all pleadings filed by the above-referenced parties in state court are attached hereto as Exhibit "A."

3.

Copies of the returns on service of process of Plaintiffs' Petition for Damages are attached hereto as Exhibit "B."

Respectfully submitted,

/s/ Emma J. Hinnigan
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
Emma J. Hinnigan (Bar #31783)
Devin C. Reid (Bar #32645)
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

***Attorneys for BP America Production Company and BP Exploration & Production Inc.***

-4-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing pleading has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 24th day of January, 2012.

/s/   Emma J. Hinnigan
Emma J. Hinnigan

1078788_1