D267328

# CITATION

| | |
|---|---|
| RORY DEGEYTER, ET AL | SEVENTEENTH JUDICIAL DISTRICT |
| VS | PARISH OF LAFOURCHE |
| DANOS AND CUROLE STAFFING LLC, ET AL | STATE OF LOUISIANA |

DOCKET NUMBER: C-119140

TO: BP EXPLORATION & PRODUCTION INC
THRU ITS AGENT: CT CORPORATION SYSTEM
5615 CORPORATE BLVD, SUITE 400B
BATON ROUGE, LA 70808
residing in the PARISH OF EAST BATON ROUGE, STATE OF LOUISIANA

You are hereby cited to comply with the demand contained in the Petition for Damages a certified copy of which accompanies this citation. Alternatively, you should file an answer or other pleading to said Petition for Damages in the office of the Clerk of the Seventeenth Judicial District Court, in Thibodaux, Louisiana, within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS the Honorable Judges of said Court.

Granted under the impress of my seal of office and my official signature at Thibodaux, Louisiana, December 21, 2011.

VERNON H. RODRIGUE
CLERK OF COURT

_____
Deputy Clerk of Court

ANDRE P. LAPLACE
ATTORNEY AT LAW
2762 CONTINENTAL DRIVE, SUITE 103
BATON ROUGE, LA 70808

FILED JAN - 3 2012
CLERK OF COURT

DEC 28 2011
I made service on the named party through the CT Corporation by leaving a copy of this document to the domiciliary service

☐ LYNETTE BASS  ☐ JULIE CHISM
☐ LISA UTTECH  ☐ RODERICK THOMAS

PERSONAL SERVICE
On _____
Day of _____, 20___
Service: _____
Mileage: _____

On _____
Leaving the same with _____
Parish of East Baton Rouge, Louisiana
On the _____ day of
_____, 20___
Service: _____
Mileage: _____

Dty. Sheriff EAST BATON ROUGE Parish

Dty. Sheriff EAST BATON ROUGE Parish

NOTICE OF SERVICE
I hereby certify that this Notice of Service was mailed by me to the requesting party.
Date: Jan. 3, 2012
_____
Deputy Clerk of Court

EXHIBIT B

D267310

## CITATION

RORY DEGEYTER, ET AL      SEVENTEENTH JUDICIAL DISTRICT

VS      PARISH OF LAFOURCHE

DANOS AND CUROLE STAFFING LLC,      STATE OF LOUISIANA
ET AL
DOCKET NUMBER: C-119140

TO:    BP AMERICA PRODUCTION COMPANY
        THRU ITS AGENT: CT CORPORATION SYSTEM
        5615 CORPORATE BLVD, SUITE 400B
        BATON ROUGE, LA 70808
        residing in the PARISH OF EAST BATON ROUGE, STATE OF LOUISIANA

You are hereby cited to comply with the demand contained in the Petition for Damages a certified copy of which accompanies this citation. Alternatively, you should file an answer or other pleading to said Petition for Damages in the office of the Clerk of the Seventeenth Judicial District Court, in Thibodaux, Louisiana, within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

     WITNESS the Honorable Judges of said Court.

Granted under the impress of my seal of office and my official signature at Thibodaux, Louisiana, December 21, 2011.

VERNON H. RODRIGUE
CLERK OF COURT

_____
Deputy Clerk of Court

ANDRE P. LAPLACE
ATTORNEY AT LAW
2762 CONTINENTAL DRIVE, SUITE 103
BATON ROUGE, LA 70808

FILED
JAN - 3 2012
CLERK OF COURT

PERSONAL SERVICE
On _____
Day of _____, 20___
Service: _____
Mileage: _____

DEC 28 2011
I made service on the named party through the
CT Corporation
by leaving a copy of this document to
☐ DOMINIQUE UTTECH   ☐ LYNETTE BASS   ☐ JULIE CHISM
☐ MONICA THOMAS   ☐ RODERICK
On _____
Leaving the same with _____ Parish of East Baton Rouge, Louisiana
by _____ Sheriff,
On the _____ day of
_____, 20____
Service: _____
Mileage: _____

Dty. Sheriff EAST BATON ROUGE      Dty. Sheriff EAST BATON ROUGE Parish

NOTICE OF SERVICE
I hereby certify that this Notice of Service was mailed by me to the requesting party.
JAN 3, 2012
_____
Dy. Clerk of Court

# RETURN



## CITATION

| | |
|---|---|
| RORY DEGEYTER, ET AL | SEVENTEENTH JUDICIAL DISTRICT |
| VS | PARISH OF LAFOURCHE |
| DANOS AND CUROLE STAFFING LLC, ET AL | STATE OF LOUISIANA |

DOCKET NUMBER: C-119140

TO:   DANOS AND CUROLE STAFFING LLC
      THRU ITS AGENT: JANELL LEDET
      13083 HWY 308
      LAROSE, LA 70373
      residing in the PARISH OF LAFOURCHE, STATE OF LOUISIANA

You are hereby cited to comply with the demand contained in the Petition for Damages a certified copy of which accompanies this citation. Alternatively, you should file an answer or other pleading to said Petition for Damages in the office of the Clerk of the Seventeenth Judicial District Court, in Thibodaux, Louisiana, within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS the Honorable Judges of said Court.

Granted under the impress of my seal of office and my official signature at Thibodaux, Louisiana, December 21, 2011.

                                        VERNON H. RODRIGUE
                                        CLERK OF COURT

                                        _____
                                        Deputy Clerk of Court

ANDRE P. LAPLACE
ATTORNEY AT LAW
2762 CONTINENTAL DRIVE, SUITE 103
BATON ROUGE, LA 70808

**FILED**
JAN -3 2012
_____
CLERK OF COURT

(29)119140-1--CI/CV
PERS
JANELL LEDET at
13083 HIGHWAY 308, LAROSE
Service Date & Time: 12/27/2011 1:26 PM

275 - Chiasson, Curtis, Lafourche Parish Deputy

DOMICILIARY SERVICE

_____ by
ng the same with _____
___ day of
_____, 20___
Mileage: _____

Dy. Sheriff LAFOURCHE Parish

**NOTICE OF SERVICE**
I hereby certify that this Notice of Service was mailed by me to the requesting party.
Date: Jan -3 2012
_____
Deputy Clerk of Court