UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION "J" |
| **THIS PLEADING APPLIES TO:** | * * | JUDGE: BARBIER |
| In Re The Complaint and Petition of Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc., as Owner, Managing Owners, Owners *Pro-Hac Vice*, and/or Operators of the MODU Deepwater Horizon, in a Cause for Exoneration from or Limitation of Liability | * * * * * * * * * * * | MAGISTRATE: SHUSHAN |
| Civil Action Nos.: 2:10-cv-2771 and 2:10-md-2179 | * * | |

### WEATHERFORD U.S., L.P. AND WEATHERFORD INTERNATIONAL, INC.'S *EX PARTE* MOTION TO FILE UNDER SEAL MOTION *IN LIMINE* TO EXCLUDE EXPERT TESTIMONY RELATING TO THE PURPORTED DISTURBANCE OF THE CEMENT AT THE BOTTOM OF THE MACONDO WELL

**NOW INTO COURT**, through undersigned counsel, come Weatherford U.S., L.P. and Weatherford International, Inc. (collectively "Weatherford"), who respectfully move to file under seal Weatherford's Motion *in Limine* to Exclude Expert Testimony Relating to the Purported Disturbance of the Cement at the Bottom of the Macondo Well.

{N2412818.1}

1

Pursuant to Pre-Trial Order No. 13, documents and/or deposition testimony designated by the parties as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" must be filed under seal as appendices to the instrument that refers to them. Weatherford's Motion *in Limine*, accompanying Memorandum in Support, and Exhibits thereto are replete with references, quotations, and inclusion of materials designated as confidential and/or highly confidential; and Weatherford submits that its entire Motion and supporting documents should be filed under seal to ensure compliance with Pre-Trial Order No. 13. Accordingly, Weatherford respectfully requests that the Court grant its Motion to file under seal.

A proposed order accompanies this request.

Respectfully submitted:

*/s/ Glenn G. Goodier*
GLENN G. GOODIER (#06130)
RICHARD D. BERTRAM (#17881)
LANCE M. SANNINO (#29409)
JONES, WALKER, WAECHTER, POITEVENT,
 CARRÈRE & DENÈGRE, L.L.P.
201 St. Charles Avenue. 48th Floor
New Orleans, Louisiana  70170-5100
Telephone:    (504) 582-8174
Facsimile:    (504) 589-8174
ggoodier@joneswalker.com
rbertram@joneswalker.com
lsannino@joneswalker.com

        MICHAEL G. LEMOINE, T.A. (#8308)
        GARY J. RUSSO (#10828)
        DOUGLAS C. LONGMAN, JR. (#8719)
        JONES, WALKER, WAECHTER, POITEVENT,
         CARRÈRE & DENÈGRE, L.L.P.
        600 Jefferson Street, Suite 1600
        Lafayette, Louisiana  70501-5100
        Telephone:     (337) 262-9024
        mlemoine@joneswalker.com
        grusso@joneswalker.com
        dlongman@joneswalker.com
        *Counsel for Weatherford U.S., L.P. and*
        *Weatherford International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of January, 2012, the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Court's Pretrial Order No. 12, on November 1, 2010.

        */s/  Glenn G. Goodier*