UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION "J"<br>JUDGE BARBIER |
| This Document Relates to:<br>All Cases | * * * | MAGISTRATE NO. 1<br>MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

### *EX PARTE* MOTION FOR LEAVE TO FILE UNDER SEAL MOTION TO EXCLUDE THE EXPERT TESTIMONY AND REPORT OF JAMES P. LANG, MEMORANDUM IN SUPPORT OF MOTION TO EXCLUDE THE EXPERT TESTIMONY AND REPORT OF JAMES P. LANG, AND EXHIBITS THERETO

**NOW INTO COURT**, come Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP (together "Anadarko"), and hereby submit this *ex parte* motion for leave to file under seal its *Daubert* Motion to Exclude the Expert Testimony and Report of James P. Lang, its Memorandum in Support of Motion to Exclude the Expert Testimony and Report of James P. Lang, and the Exhibits thereto.

Pursuant to Paragraph 8.B of MDL No. 2179 Pre-Trial Order #13 (Order Protecting Confidentiality), documents designated by the parties as "Confidential" or "Highly Confidential" must be filed under seal as appendices to the instrument that refers to them. Because Anadarko's Motion, Memorandum, and Exhibits include significant amounts of materials designated as confidential and/or highly confidential, Anadarko respectfully requests that the Court grant its *ex parte* Motion to file the above-referenced documents under seal. A proposed order accompanies this request.

**WHEREFORE**, Anadarko prays that this Court grant the requested leave to file under seal its Motion to Exclude the Expert Testimony and Report of James P. Lang, its Memorandum

A/74733096.1

in Support of Motion to Exclude the Expert Testimony and Report of James P. Lang, and the Exhibits thereto.

                                                                            Respectfully Submitted,

DATED:  January 24, 2012                 BINGHAM McCUTCHEN LLP

                                                                   /s/ *Ky E. Kirby*
                                                                   Ky E. Kirby
                                                                   ky.kirby@bingham.com
                                                                   David B. Salmons
                                                                   david.salmons@bingham.com

Michael B. Wigmore
michael.wigmore@bingham.com
Warren Anthony Fitch
tony.fitch@bingham.com
Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-0696

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on October 17, 2011.

DATED:  January 24, 2012

                                              /s/ *Ky E. Kirby*
                                              Ky E. Kirby