UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179 SECTION "J" JUDGE BARBIER |
| This Document Relates to: All Cases | * * * * | MAGISTRATE NO. 1 MAGISTRATE SHUSHAN |

* * * * * * * * * * * * *

## ORDER

CONSIDERING THE *EX PARTE* MOTION of Anadarko Petroleum Corporation and Anadarko E&P Company LP (together "Anadarko") for leave to file its Motion to Exclude the Expert Testimony and Report of James P. Lang, its Memorandum in Support of Motion to Exclude the Expert Testimony and Report of James P. Lang, and the Exhibits thereto, and good cause being shown,

IT IS HEREBY ORDERED that the *Ex Parte* Motion be and hereby is GRANTED, and that leave to filed a redacted memorandum is GRANTED, and Exhibits \_\_\_\_\_ to the Memorandum shall be filed under seal.

New Orleans, Louisiana, this \_\_\_ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE

A/74733101.1