# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION "J"<br>JUDGE BARBIER |
| This Document Relates to:<br>All Cases | * * * | <br>MAGISTRATE NO. 1<br>MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP's Request for Oral Argument:

**IT IS HEREBY ORDERED** that the Court will hear oral argument on Anadarko's Motion to Exclude the Expert Testimony and Report of James P. Lang.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE

A/74733083.1