UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | § § § § § § | MDL No. 2179<br><br>SECTION: J |
| This document relates to: | § § | **Judge Carl J. Barbier**<br>**Magistrate Judge Sally Shushan** |
| *All Cases and*<br>*No. 2-10-cv-02771* | § § | |

**M-I L.L.C.'S *EX PARTE* MOTION TO FILE UNDER SEAL
THREE *DAUBERT* MOTIONS AND ACCOMPANYING EXHIBITS**

M-I L.L.C. ("M-I") respectfully moves to file under seal its *Daubert* motions for L. William Abel, Calvin Barnhill, and Robert Bea & William Gale.  Pursuant to Pre-Trial Order No. 13, the motions, memoranda in support, and exhibits contain material designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL."  Accordingly, M-I respectfully requests that the Court grants its motion to file under seal.

January 24, 2012

Respectfully submitted,

| | |
|---|---|
| **OF COUNSEL:**<br>MORGAN, LEWIS & BOCKIUS LLP | MORGAN, LEWIS & BOCKIUS LLP |
| Derek E. Leon<br>dleon@morganlewis.com<br>Texas Bar No. 24002463<br>5300 Wachovia Financial Center<br>200 South Biscayne Boulevard<br>Miami, Florida  33131<br>Telephone:     (305) 415-3000<br>Facsimile:      (305) 415-3001 | By: */s/ Hugh E. Tanner*<br>        Hugh E. Tanner<br>        htanner@morganlewis.com<br>        Texas Bar No. 19637400<br>        1000 Louisiana, Suite 4000<br>        Houston, Texas  77002<br>        Telephone:     (713) 890-5000<br>        Facsimile:      (713) 890-5001 |
| Denise Scofield<br>dscofield@morganlewis.com<br>Texas Bar No. 00784934<br>1000 Louisiana, Suite 4000<br>Houston, Texas  77002<br>Telephone:     (713) 890-5000<br>Facsimile:      (713) 890-5001 | **ATTORNEY FOR DEFENDANT<br>M-I L.L.C.** |
| **ATTORNEYS FOR DEFENDANT<br>M-I L.L.C.** | |

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing M-I L.L.C.'s *Ex Parte* Motion To File Under Seal Three *Daubert* Motions And Accompanying Exhibits has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 24th day of January, 2012.

    /s/ *Hugh E. Tanner*
Hugh E. Tanner