UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | § § § § § § | MDL No. 2179<br><br>SECTION: J |
| This document relates to:<br><br>*All Cases and*<br>*No. 2-10-cv-02771* | § § § § | Judge Carl J. Barbier<br>Magistrate Judge Sally Shushan |

## ORDER

Considering the Defendant M-I L.L.C.'s *Ex Parte* Motion To File Under Seal Three *Daubert* Motions And Accompanying Exhibits:

**IT IS HEREBY ORDERED** that M-I L.L.C.'s *Ex Parte* Motion To File Under Seal Three *Daubert* Motions And Accompanying Exhibits is GRANTED.  M-I's motions to exclude certain opinions by L. William Abel, Calvin Barnhill, and Robert Bea & William Gale are hereby filed under seal.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE