UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to: All Cases | * * * * | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

### EX PARTE MOTION OF DEFENDANTS MOEX OFFSHORE 2007 LLC AND MOEX USA CORPORATION TO FILE UNDER SEAL MOTION TO EXCLUDE THE EXPERT REPORT AND TESTIMONY OF JAMES P. LANG

**NOW INTO COURT** come Defendants MOEX Offshore 2007 LLC and MOEX USA Corporation, who respectfully move this Honorable Court to file under seal the Memorandum of Law In Support of Defendants MOEX Offshore 2007 LLC and MOEX USA Corporation's Motion to Exclude the Expert Report and Testimony of James P. Lang.

Pursuant to Pre-Trial Order No. 13, documents and/or deposition testimony designated by the parties as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" must be filed under seal as appendices to the instrument that refers to them.  MOEX Offshore 2007 LLC and MOEX USA Corporation's Memorandum of Law and Exhibits thereto include materials designated as confidential and/or highly confidential, as well as references to and quotations of such materials; and MOEX Offshore 2007 LLC and MOEX USA Corporation submit that their entire Memorandum of Law and Exhibits should be filed under seal to ensure compliance with Pre-Trial Order No. 13.

**WHEREFORE**, Defendants MOEX Offshore 2007 LLC and MOEX USA Corporation pray that this Court grant their Motion to file under seal.

A proposed order accompanies this request.

Dated:  January 24, 2012

        Respectfully submitted,

        s/  John F. Pritchard_____

        John F. Pritchard
        Edward Flanders
        PILLSBURY WINTHROP SHAW PITTMAN LLP
        1540 Broadway
        New York, NY 10036-4039
        Tel. (212) 858-1000
        Fax (212) 858-1500
        john.pritchard@pillsburylaw.com
        edward.flanders@pillsburylaw.com

        Christopher McNevin
        PILLSBURY WINTHROP SHAW PITTMAN LLP
        725 South Figueroa Street, Suite 2800
        Los Angeles, CA 90017-5406
        Telephone (213) 488-7507
        Fax (213) 629-1033
        chrismcnevin@pillsburylaw.com

        **ATTORNEYS FOR MOEX OFFSHORE 2007 LLC**


        s/     *Jack McKay*_____
        Jack McKay
        jack.mckay@pillsburylaw.com
        PILLSBURY WINTHROP SHAW PITTMAN LLP
        2300 N Street, N.W.
        Washington, D.C. 20037-1122
        Telephone (202) 663-8439
        Facsimile (202) 663-8007

        **COUNSEL FOR MOEX USA CORPORATION**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on January 24, 2012.

                                          s/ John F. Pritchard
                                          John F. Pritchard