**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | § | MDL No. 2179 |
| "DEEPWATER HORIZON" in the | § | |
| GULF OF MEXICO, | § | SECTION: J |
| on APRIL 20, 2010 | § | |
| | § | JUDGE BARBIER |
| Applies to: | § | |
| | § | MAG. JUDGE SHUSHAN |
| ALL CASES AND | § | |
| 2:10-CV-2771 | § | |

**ORDER GRANTING HALLIBURTON ENERGY SERVICES INC.'S EX PARTE
CONSENT MOTION FOR LEAVE TO FILE *DAUBERT* RELATED DOCUMENTS
UNDER SEAL**

On this day the Court heard and considered Halliburton Energy Services, Inc.'s Ex Parte

Consent Motion for Leave to File *Daubert* Related Documents Under Seal (the "Motion").

The Court, after reviewing the Motion, finds that good cause has been shown, and that

Halliburton Energy Services, Inc.'s Motion should be and is in all things GRANTED.

IT IS HEREBY ORDERED that Halliburton Energy Services, Inc. is permitted to file

under seal its Motion to Exclude Testimony of Expert Witnesses and to Strike Expert Reports

and its Memorandum in Support of its Motion to Exclude Testimony of Expert Witnesses and to

Strike Expert Reports (as referenced in the Motion), to be included the record.

Signed on the _____ day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE