UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" in | : | |
| the GULF OF MEXICO, on | : | SECTION:  J |
| APRIL 20, 2010 | : | JUDGE BARBIER |
| | : | MAG. JUDGE SHUSHAN |
| | : | |
| | : | JURY TRIAL DEMANDED |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**CAMERON INTERNATIONAL CORPORATION'S EX PARTE MOTION
FOR LEAVE TO FILE UNDER SEAL UNREDACTED *DAUBERT* MOTIONS AND
MEMORANDA IN SUPPORT WITH EXHIBITS**

Cameron International Corporation respectfully requests leave to file under seal unredacted (1) Motion and Memorandum in Support of Motion to Exclude All BOP Ram Design Opinions Offered by PSC's BOP Expert, Gregg S. Perkin (with exhibits); (2) Motion and Memorandum in Support of Motion to Exclude BOP Shear Ram Design Opinions Offered by the United States' Expert, Talas Engineering, Inc. (with exhibits); (3) Motion and Memorandum in Support of Motion to Exclude Withdrawn BOP Shear Ram Design Opinions Previously Offered by BP's Expert, Forrest Earl Shanks (with exhibits); (4) Motion and Memorandum in Support of Motion to Exclude Withdrawn BOP Control System Design Opinions Previously Offered by BP's Expert, Arthur Zatarain (with exhibits); and (5) Motion and Memorandum in Support of Motion to Exclude Withdrawn Shear Ram Design Opinions Previously Offered by Halliburton's BOP Expert, Glen Stevick.  Federal Rule of Civil Procedure 26(c)(1)(G) grants the Court authority to seal documents to prevent the disclosure of confidential "commercial information." Pursuant to Pre-Trial Order No. 13, certain deposition testimony, exhibits, and expert reports

have been designated as confidential. Filing the above-referenced motions, memoranda in support thereof, and exhibits under seal will facilitate the Court's consideration of these motions.

A proposed order accompanies this request.

Respectfully submitted,


*/s/ David J. Beck* _____

| | |
|---|---|
| David J. Beck, T.A. | Phillip A. Wittmann, 13625 |
|   *dbeck@brsfirm.com* | *pwittmann@stonepigman.com* |
| Joe W. Redden, Jr. | Carmelite S. Bertaut, 3054 |
|   *jredden@brsfirm.com* |   *cbertaut@stonepigman.com* |
| David W. Jones | Keith B. Hall, 24444 |
|   *djones@brsfirm.com* |   *khall@stonepigman.com* |
| Geoffrey Gannaway | Jared Davidson, 32419 |
|   *ggannaway@brsfirm.com* |   *jdavidson@stonepigman.com* |
| BECK, REDDEN & SECREST, L.L.P. | STONE PIGMAN WALTHER |
| One Houston Center | WITTMANN L.L.C. |
| 1221 McKinney St., Suite 4500 | 456 Carondelet Street |
| Houston, TX 77010 | New Orleans, Louisiana  70130 |
| Phone: (713) 951-3700 | Phone: (504) 581-3200 |
| Fax: (713) 951-3720 | Fax: (504) 581-3361 |

*Attorneys for Cameron International Corporation*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 24th day of January, 2012.

                                            */s/ David J. Beck* _____
                                            David J. Beck