**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" in | : | |
| the GULF OF MEXICO, on | : | SECTION:  J |
| APRIL 20, 2010 | : | JUDGE BARBIER |
| | : | MAG. JUDGE SHUSHAN |
| | : | |
| | : | JURY TRIAL DEMANDED |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## ORDER

Considering Cameron International Corporation's Ex Parte Motion for Leave to Under Seal (1) Motion and Memorandum in Support of Motion to Exclude All BOP Ram Design Opinions Offered by PSC's BOP Expert, Gregg S. Perkin (with exhibits); (2) Motion and Memorandum in Support of Motion to Exclude BOP Shear Ram Design Opinions Offered by the United States' Expert, Talas Engineering, Inc. (with exhibits); (3) Motion and Memorandum in Support of Motion to Exclude Withdrawn BOP Shear Ram Design Opinions Previously Offered by BP's Expert, Forrest Earl Shanks (with exhibits); (4) Motion and Memorandum in Support of Motion to Exclude Withdrawn BOP Control System Design Opinions Previously Offered by BP's Expert, Arthur Zatarain (with exhibits); and (5) Motion and Memorandum in Support of Motion to Exclude Withdrawn Shear Ram Design Opinions Previously Offered by Halliburton's BOP Expert, Glen Stevick;

IT IS ORDERED that the Motion is GRANTED and that an unredacted version of the above-listed Motions, Memoranda in Support, and Exhibits will hereby be filed into the record of this matter UNDER SEAL.

New Orleans, Louisiana, this ____ day of January , 2012.

_____
UNITED STATES DISTRICT JUDGE