UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179  SECTION: J |
| This Document Relates To: All Actions | : : | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |
| ………………………………………………….. | : | |

**BP'S EX PARTE MOTION FOR LEAVE TO FILE UNDER
SEAL UNREDACTED MOTIONS AND MEMORANDA**

Pursuant to the Court's instruction, BP respectfully requests leave to file the following motions and supporting memoranda under seal:

1. BP's Motion to Exclude Certain Opinions and Testimony of Dr. Robert Bea and Dr. William Gale and BP's Memorandum in Support thereof.

2. BP's Motion to Limit the Testimony of Dr. Frederick "Gene" Beck and BP's Memorandum in Support thereof.

3. BP's Motion to Limit the Testimony of Glen Benge and BP's Memorandum in Support thereof.

4. BP's Motion to Limit the Testimony of Daniel Bolado and BP's Memorandum in Support thereof.

5. BP's Motion to Exclude Certain Opinions and Testimony of Mr. Greg Childs and BP's Memorandum in Support thereof.

6. BP's Motion to Exclude Certain Opinions and Testimony of Dr. Rory R. Davis and Others and BP's Memorandum in Support thereof.

7. BP's Motion to Exclude the Opinions and Testimony of Dr. Patrick Hudson and BP's Memorandum in Support thereof.

8. BP's Motion to Exclude the Reports and Testimony of Dr. Alan R. Huffman and BP's Memorandum in Support thereof.

9. BP's Motion to Limit the Testimony of John Hughett and BP's Memorandum in Support thereof.

10. BP's Motion to Exclude the Report and Testimony of Dr. Andrew Hurst and BP's Memorandum in Support thereof.

11. BP's Motion to Limit to the Testimony of Dr. Samuel Lewis and BP's Memorandum in Support thereof.

12. BP's Motion to Exclude Certain Opinions and Testimony of David O'Donnell and BP's Memorandum in Support thereof.

13. BP's Motion to Exclude Certain Opinions and Testimony of Gregg Perkin, BP's Memorandum in Support thereof, and related Exhibits.

14. BP's Motion to Exclude the Report and Testimony of David Pritchard and BP's Memorandum in Support thereof.

15. BP's Motion to Exclude Certain Opinions and Testimony of Dr. Glen Stevick and BP's Memorandum in Support thereof.

16. BP's Motion to Limit the Testimony of Dr. Richard Strickland and BP's Memorandum in Support thereof.

17. BP's Motion to Preclude Unreliable Opinions on the Failure of the Primary Cement Job and BP's Memorandum in Support thereof.

Federal Rule of Civil Procedure 26(c)(1)(G) grants the Court authority to seal documents to prevent the disclosure of confidential "commercial information." Pursuant to Pre-Trial Order No. 13, certain deposition testimony and exhibits have been designated as confidential or highly

confidential.  BP submits that the above Motions and supporting documents should be filed under seal to ensure compliance with Pre-Trial Order No. 13.  Accordingly, BP respectfully requests that the Court grant its Motion to file under seal.  Pending the Court's consideration of this motion, the BP Parties have e-mailed to the Court copies of the above listed Motions and Memoranda.

A proposed order accompanies this request.

Dated: January 24, 2012						Respectfully submitted,


/s / Don K. Haycraft

Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

Richard C. Godfrey, P.C.
(richard.godfrey@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
Timothy A. Duffy, P.C.
(tim.duffy@kirkland.com)
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

and

Robert C. "Mike" Brock
(mbrock@cov.com)
Covington & Burling LLP

1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

*Attorneys for the BP Exploration & Production Inc. & BP America Production Company*

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 24th day of January, 2012.

                                                /s/ Don K. Haycraft
                                                Don K. Haycraft