UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179<br><br>SECTION: J |
| This Document Relates To: All Actions | : : | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |
| ………………………………………………….. | : | |

## ORDER

Considering the foregoing *Ex Parte* Motion of BP Exploration & Production Inc. and BP America Production Company for Leave to File Under Seal Unredacted Motions and Memoranda;

**IT IS HEREBY ORDERED** that said Motion be and hereby is GRANTED and that the Motions, Memoranda, and Exhibits listed in said Motion shall be filed under seal.

New Orleans, Louisiana, this ___ day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE