UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL NO. 2179 |
| | : | SECTION J |
| | : | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : | JUDGE BARBIER |
| | : | |
| 2:10-CV-02771 | : | MAGISTRATE JUDGE SHUSHAN |

**ORDER REGARDING UNITED STATES' MOTION TO
EXCLUDE ERIC GREGORY CHILDS AS AN EXPERT**

AND NOW upon review of the United States' Motion to Exclude Eric Gregory Childs as an expert and any opposition thereto, it is hereby ORDERED that the United States' Motion is GRANTED.

IT IS SO ORDERED this _____ day of January, 2012, at New Orleans, Louisiana.

_____
THE HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE