OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LA  70130

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO.  2179<br><br>SECTION:  "J" |
| THIS DOCUMENT RELATES TO:<br><br>EDLA CIV. A. NO. 11-3068 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN<br><br>DATE:  January 25, 2012 |

Dear Sir:

    Please ISSUE summons on the COMPLAINT to the following:

    BP America Production Company
    Through its agent for service of process:
    CT Corporation System
    5615 Corporate Boulevard, Suite 400-B
    Baton Rouge, Louisiana  70808

    Respectfully yours,

    FRILOT, L.L.C.

    /s/ *T. Patrick O'Leary*
    Miles P. Clements (La. 4814), T.A.
    T. Patrick O'Leary (La. 30655)
    1100 Poydras Street, Suite 3700
    New Orleans, LA 70163-3600
    Telephone:     (504) 599-8004
    Facsimile:      (504) 599-8114
    mclements@frilot.com
    poleary@frilot.com
    **Counsel for Michael Cure, CINDY C., LLC, Crew Boat, LLC, JOEY C., LLC, MICHAEL C., LLC, SUZIE C., LLC and SUZIE Q., LLC**