UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:   Oil Spill by the Oil Rig<br>"Deepwater Horizon" in the<br>Gulf of Mexico, on April 20, 2010 | *<br>*<br>*<br>* | MDL No. 2179<br><br>SECTION "J" |
| **THIS PLEADING APPLIES TO:** | * | JUDGE: BARBIER |
| | * | |
| In Re The Complaint and Petition of<br>Triton Asset Leasing GmbH, Transocean<br>Holdings LLC, Transocean Offshore<br>Deepwater Drilling Inc., and Transocean<br>Deepwater Inc., as Owner, Managing<br>Owners, Owners *Pro-Hac Vice*, and/or<br>Operators of the MODU Deepwater<br>Horizon, in a Cause for Exoneration from or<br>Limitation of Liability | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | MAGISTRATE: SHUSHAN |
| Civil Action Nos.:<br>2:10-cv-2771 and 2:10-md-2179 | *<br>* | |

### **WEATHERFORD U.S., L.P. AND WEATHERFORD INTERNATIONAL, INC.'S MOTION *IN LIMINE* TO EXCLUDE EXPERT TESTIMONY RELATING TO THE PURPORTED DISTURBANCE OF THE CEMENT AT THE BOTTOM OF THE MACONDO WELL**

Defendants, Weatherford U.S., L.P. and Weatherford International, Inc. (collectively "Weatherford"), move this Court for an *in limine* Order excluding certain testimony by Halliburton Energy Services, Inc.'s experts Mr. John Hughett, Mr. David Bolado and Dr. Frederick "Gene" Beck.

In accordance with *Daubert v. Merell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), Weatherford moves for an order excluding the unsupported speculation of Halliburton's experts that operations in the riser and upper wellbore, in conjunction with the purported lack of an effective float collar seal, delayed the set time of the annulus and shoe track cement at the bottom of the well. As set forth in the accompanying memorandum, the speculative testimony of

{N2406164.1}

Mr. Hughett, Mr. Bolado and Dr. Beck related to the purported movement and delay in set time of the bottomhole cement should be excluded because it fails the *Daubert* test.

WHEREFORE, Weatherford respectfully requests that this Court grant its Motion *in Limine* and enter an Order excluding the scientifically unreliable opinions of Mr. John Hughett, Mr. David Bolado, and Dr. Frederick "Gene" Beck.

Respectfully submitted:

*/s/ Glenn G. Goodier*
GLENN G. GOODIER (#06130)
RICHARD D. BERTRAM (#17881)
LANCE M. SANNINO (#29409)
JONES, WALKER, WAECHTER, POITEVENT,
 CARRÈRE & DENÈGRE, L.L.P.
201 St. Charles Avenue. 48th Floor
New Orleans, Louisiana  70170-5100
Telephone:     (504) 582-8174
Facsimile:     (504) 589-8174
ggoodier@joneswalker.com
rbertram@joneswalker.com
lsannino@joneswalker.com

MICHAEL G. LEMOINE, T.A. (#8308)
GARY J. RUSSO (#10828)
DOUGLAS C. LONGMAN, JR. (#8719)
JONES, WALKER, WAECHTER, POITEVENT,
 CARRÈRE & DENÈGRE, L.L.P.
600 Jefferson Street, Suite 1600
Lafayette, Louisiana  70501-5100
Telephone:     (337) 593-7624
mlemoine@joneswalker.com
grusso@joneswalker.com
dlongman@joneswalker.com

*Counsel for Weatherford U.S., L.P. and Weatherford International, Inc.*

{N2406164.1}

CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of January, 2012, the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Court's Pretrial Order No. 12, on November 1, 2010.


*/s/ Glenn G. Goodier*

{N2406164.1}