UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION "J" |
| **THIS PLEADING APPLIES TO:** | * * | JUDGE: BARBIER |
| In Re The Complaint and Petition of Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc., as Owner, Managing Owners, Owners *Pro-Hac Vice*, and/or Operators of the MODU Deepwater Horizon, in a Cause for Exoneration from or Limitation of Liability | * * * * * * * * * * | MAGISTRATE: SHUSHAN |
| Civil Action Nos.: 2:10-cv-2771 and 2:10-md-2179 | * * | |

**ORDER**

Considering the foregoing Motion *in Limine* to Exclude Expert Testimony Relating to the Purported Disturbance of the Cement at the Bottom of the Macondo Well filed by Weatherford U.S., L.P. and Weatherford International, Inc.;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that said Motion be and is hereby **GRANTED** and that the testimony of Mr. John Hughett, Mr. David Bolado, and Dr. Frederick Beck related to the purported movement and delay in set time of the bottomhole cement in the Macondo Well is hereby excluded from the trial of this matter.

New Orleans, Louisiana, this _____ day of January, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE

{N2405793.3}