UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Anadarko's Motion for Leave to File Under Seal (Rec. doc. 5382)]**

Considering the *ex parte* motion of Anadarko Petroleum Corporation and Anadarko E&P Company LP (together "Anadarko") for leave to file its Motion to Exclude the Expert Testimony and Report of James P. Lang, supporting memorandum, and the exhibits thereto,

IT IS ORDERED that Anadarko's *ex parte* motion (Rec. doc. 5382) is GRANTED and its Motion to Exclude the Expert Testimony and Report of James P. Lang, supporting memorandum and exhibits thereto shall be filed under seal.

New Orleans, Louisiana, this 25th day of January, 2012.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**