

42111397
Jan 24 2012
8:10PM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico on April 20, 2010 | * | SECTION "J" |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | |
| All Cases | * | MAGISTRATE NO. 1 |
| | * | MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * | | |

### MOTION OF ANADARKO PETROLEUM CORPORATION AND ANADARKO E&P COMPANY LP TO EXCLUDE THE EXPERT TESTIMONY AND REPORT OF JAMES P. LANG

NOW INTO COURT, come Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP (together "Anadarko"), and respectfully submit their Motion to Exclude the expert testimony and report of the United States' rebuttal expert James P. Lang. As set forth more fully in the accompanying Memorandum of Law, Mr. Lang's testimony and report should be excluded in their entirety under Federal Rules of Evidence 402 and 702, and the Supreme Court's ruling in *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), because (i) Mr. Lang lacks the requisite specialized knowledge to render expert opinions on the subject matters addressed in his report; (ii) his opinions are not reliable; and (iii) his opinions are not relevant to any disputed issue of fact to be addressed in the Limitation of Liability trial.

WHEREFORE, Anadarko respectfully requests that the Court grant its Motion to Exclude the Expert Testimony and Report of James P. Lang.

Respectfully Submitted,

DATED: January 24, 2012              BINGHAM McCUTCHEN LLP

/s/ *Ky E. Kirby*_____
Ky E. Kirby
ky.kirby@bingham.com
David B. Salmons

A/74733068.1

david.salmons@bingham.com
Michael B. Wigmore
michael.wigmore@bingham.com
Warren Anthony Fitch
tony.fitch@bingham.com
Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-0696

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on October 17, 2011.

DATED: January 24, 2012

/s/ *Ky E. Kirby*
Ky E. Kirby