

42111397

Jan 24 2012
8:10PM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico on April 20, 2010 | * | SECTION "J" |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | |
| All Cases | * | MAGISTRATE NO. 1 |
| | * | MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * | | |

### ORDER

Considering the Motion of Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP (together "Anadarko") to Exclude the Expert Testimony and Report of James P. Lang pursuant to Federal Rules of Evidence 402 and 702, and the Supreme Court's ruling in *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and good cause being shown, the Motion is hereby GRANTED.

IT IS FURTHER ORDERED THAT the expert testimony and rebuttal expert report of James P. Lang are excluded.

SO ORDERED.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE

A/74733079.1