UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | § § § § § § | MDL No. 2179<br><br>SECTION: J |
| This document relates to:<br><br>*All Cases and*<br>*No. 2-10-cv-02771* | § § § § | **Judge Carl J. Barbier**<br>**Magistrate Judge Sally Shushan** |

## ORDER

Considering the Defendant M-I L.L.C.'s Motion To Exclude L. William Abel's Opinions Regarding The Spacer, and any responses and replies thereto:

**IT IS HEREBY ORDERED** that M-I L.L.C.'s Motion To Exclude L. William Abel's Opinions Regarding The Spacer is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE