UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG<br>"DEEPWATER HORIZON" in the<br>GULF OF MEXICO on<br>APRIL 20, 2010 | §<br>§<br>§<br>§<br>§<br>§ | MDL No. 2179<br><br>SECTION: J |
| This document relates to:<br><br>*All Cases and*<br>*No. 2-10-cv-02771* | §<br>§<br>§<br>§ | Judge Carl J. Barbier<br>Magistrate Judge Sally Shushan |

**M-I L.L.C.'S MOTION TO EXCLUDE CALVIN BARNHILL'S OPINIONS REGARDING THE RELATIONSHIP BETWEEN THE SPACER AND THE NEGATIVE PRESSURE TEST**

M-I L.L.C. ("M-I") respectfully moves to exclude the opinions of Calvin Barnhill regarding the relationship between the spacer and the negative pressure test. As explained in the attached memorandum, under the standards of Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharms.*, 509 U.S. 579 (1993), his opinions on the relationship between the spacer and the negative pressure test are wholly unreliable and should be excluded.

| | |
|---|---|
| January 24, 2012 | Respectfully submitted, |
| **OF COUNSEL:** | MORGAN, LEWIS & BOCKIUS LLP |
| MORGAN, LEWIS & BOCKIUS LLP | |
| Derek E. Leon | By: */s/ Hugh E. Tanner* |
| dleon@morganlewis.com | Hugh E. Tanner |
| Texas Bar No. 24002463 | htanner@morganlewis.com |
| 5300 Wachovia Financial Center | Texas Bar No. 19637400 |
| 200 South Biscayne Boulevard | 1000 Louisiana, Suite 4000 |
| Miami, Florida 33131 | Houston, Texas 77002 |
| Telephone: (305) 415-3000 | Telephone: (713) 890-5000 |
| Facsimile: (305) 415-3001 | Facsimile: (713) 890-5001 |
| Denise Scofield | |
| dscofield@morganlewis.com | **ATTORNEY FOR DEFENDANT** |
| Texas Bar No. 00784934 | **M-I L.L.C.** |
| 1000 Louisiana, Suite 4000 | |
| Houston, Texas 77002 | |
| Telephone: (713) 890-5000 | |
| Facsimile: (713) 890-5001 | |
| **ATTORNEYS FOR DEFENDANT** | |
| **M-I L.L.C.** | |

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing M-I L.L.C.'s Motion To Exclude Calvin Barnhill's Opinions Regarding The Relationship Between The Spacer And The Negative Pressure Test has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 24th day of January, 2012.

    /s/ *Hugh E. Tanner*
    Hugh E. Tanner