**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG | § | MDL No. 2179 |
| "DEEPWATER HORIZON" in the | § | |
| GULF OF MEXICO on | § | SECTION: J |
| APRIL 20, 2010 | § | |
| | § | |
| | § | |
| This document relates to: | § | Judge Carl J. Barbier |
| | § | Magistrate Judge Sally Shushan |
| *All Cases and* | § | |
| *No. 2-10-cv-02771* | § | |

## ORDER

Considering the Defendant M-I L.L.C.'s Motion To Exclude Robert Bea And William Gale's Opinions Regarding The Spacer, and any responses and replies thereto;

**IT IS HEREBY ORDERED** that M-I L.L.C.'s Motion To Exclude Robert Bea And William Gale's Opinions Regarding The Spacer is GRANTED.


New Orleans, Louisiana, this _____ day of _____, 2012.


_____
UNITED STATES DISTRICT JUDGE