UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico on April 20, 2010** | * | **SECTION: J** |
| | * | |
| **This Document Relates to:** | * | **JUDGE BARBIER** |
| **All Cases** | * | |
| | * | **MAGISTRATE SHUSHAN** |

* * * * * * * * * * * *

## ORDER

Considering the Ex Parte Motion of Defendants MOEX Offshore 2007 LLC and MOEX USA Corporation to File Under Seal the Memorandum of Law In Support of Defendants MOEX Offshore 2007 LLC and MOEX USA Corporation's Motion to Exclude the Expert Report and Testimony of James P. Lang and Exhibits thereto:

**IT IS HEREBY ORDERED** that the Motion is GRANTED and that the Memorandum of Law and Exhibits shall be filed under seal.

New Orleans, Louisiana, this 25th day of January, 2012.



United States Magistrate Judge