# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico on April 20, 2010 | * | SECTION: J |
| | * | |
| This Document Relates to: | * | JUDGE BARBIER |
| All Cases | * | |
| | * | MAGISTRATE SHUSHAN |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION OF DEFENDANTS MOEX OFFSHORE 2007 LLC AND MOEX USA CORPORATION TO EXCLUDE THE EXPERT REPORT AND TESTIMONY OF JAMES P. LANG

**NOW INTO COURT** come Defendants MOEX Offshore 2007 LLC and MOEX USA Corporation, pursuant to Federal Rule of Evidence 702, and move this Honorable Court to exclude the expert report and testimony of James P. Lang, for reasons more fully set forth in the Memorandum of Law In Support of Defendants MOEX Offshore 2007 LLC and MOEX USA Corporation's Motion to Exclude the Expert Report and Testimony of James P. Lang, filed concurrently herewith.

**WHEREFORE**, Defendants MOEX Offshore 2007 LLC and MOEX USA Corporation pray that this Court exclude the expert report and testimony of James P. Lang.

Dated:  January 24, 2012

Respectfully submitted,

s/  John F. Pritchard

John F. Pritchard
Edward Flanders
PILLSBURY WINTHROP SHAW PITTMAN LLP

1540 Broadway
New York, NY 10036-4039
Tel. (212) 858-1000
Fax (212) 858-1500
john.pritchard@pillsburylaw.com
edward.flanders@pillsburylaw.com

Christopher McNevin
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone (213) 488-7507
Fax (213) 629-1033
chrismcnevin@pillsburylaw.com

**ATTORNEYS FOR MOEX OFFSHORE 2007 LLC**


s/      *Jack McKay*
Jack McKay
jack.mckay@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037-1122
Telephone (202) 663-8439
Facsimile (202) 663-8007

**COUNSEL FOR MOEX USA CORPORATION**