UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | MDL No. 2179 |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico on April 20, 2010** | * | SECTION: J |
| | * | |
| **This Document Relates to:** | * | JUDGE BARBIER |
| **All Cases** | * | |
| | * | MAGISTRATE SHUSHAN |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Motion of Defendants MOEX Offshore 2007 LLC and MOEX USA Corporation to Exclude the Expert Report and Testimony of James P. Lang:

**IT IS HEREBY ORDERED** that the expert report and testimony of James P. Lang are excluded from evidence.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE