UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § § § | MDL No. 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |
| Applies to:<br><br>ALL CASES AND 2:10-CV-2771 | | |

**ORDER GRANTING HALLIBURTON ENERGY SERVICES INC.'S EX PARTE CONSENT MOTION FOR LEAVE TO FILE *DAUBERT* RELATED DOCUMENTS UNDER SEAL**

On this day the Court heard and considered Halliburton Energy Services, Inc.'s Ex Parte Consent Motion for Leave to File *Daubert* Related Documents Under Seal (the "Motion").

The Court, after reviewing the Motion, finds that good cause has been shown, and that Halliburton Energy Services, Inc.'s Motion should be and is in all things GRANTED.

IT IS HEREBY ORDERED that Halliburton Energy Services, Inc. is permitted to file under seal its Motion to Exclude Testimony of Expert Witnesses and to Strike Expert Reports and its Memorandum in Support of its Motion to Exclude Testimony of Expert Witnesses and to Strike Expert Reports (as referenced in the Motion), to be included the record.

Signed on the 25th day of January, 2012.

_____
United States Magistrate Judge

1843564 v1-24010/0002 PLEADINGS