UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § § § | MDL No. 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |
| Applies to:<br><br>ALL CASES AND 2:10-CV-2771 | | |

**HESI'S MOTION TO EXCLUDE
TESTIMONY OF EXPERT WITNESSES AND TO STRIKE EXPERT REPORTS**

**NOW INTO COURT**, comes Halliburton Energy Services, Inc. ("HESI") and, pursuant to FED. R. EVID. 104(a), 702 and *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579, 589 (1993), respectfully files this Motion to Exclude Testimony of Expert Witnesses and to Strike Expert Reports and respectfully shows the Court as follows:

**I.     Basis For Motion**

HESI moves to exclude the testimony and strike the reports of several "expert" witnesses tendered by the BP Defendants.  The witnesses at issue include William Wecker, Kathleen Sutcliffe, Chuck Schoennagel, J.J. Azar, and Morton H. Emilsen.  For the reasons set forth in greater detail in its accompanying Memorandum in Support of Its Motion To Exclude Testimony of Expert Witnesses and To Strike Expert Reports, a review of the testimony and reports at issue reveals that BP cannot carry its burden of establishing that these witnesses meet the standards for admissibility under *Daubert* and Federal Rules of Evidence 104(a) and 702.  *See Curtis v. M&S Petroleum, Inc.*, 174 F.3d 661, 670-71 (5th Cir. 1999); *Moore v. Ashland Chem. Inc.*, 151 F.3d 269, 276 (5th Cir. 1998).

## II. Relief Requested

HESI requests that upon final hearing, this Court grant its Motion to Exclude Testimony of Expert Witnesses and to Strike Expert Reports; that the Court strike the expert reports and exclude the testimony of William Wecker, Kathleen Sutcliffe, Chuck Schoennagel, J.J. Azar and Morten Emilsen, and that the Court award Halliburton Energy Services, Inc. such other and further relief to which it may be entitled.

Dated: January 24, 2012

Respectfully Submitted,

**GODWIN RONQUILLO PC**

**By:** /s/ *Donald E. Godwin*
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
DGodwin@GodwinRonquillo.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
BBowman@GodwinRonquillo.com
Jenny L. Martinez
State Bar No. 24013109
JMartinez@GodwinRonquillo.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
FHartley@GodwinRonquillo.com
Gavin E. Hill
State Bar No. 00796756
GHill@GodwinRonquillo.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

and

R. Alan York
State Bar No. 22167500
AYork@GodwinRonquillo.com
Jerry C. von Sternberg
State Bar No. 20618150
JVonSternberg@GodwinRonquillo.com
Misty Hataway-Coné
State Bar No. 24032277
MCone@GodwinRonquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Halliburton Energy Services, Inc.'s Motion to Exclude Testimony of Expert Witnesses and to Strike Expert Reports has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 24th day of January, 2012.

                                                /s/ *Donald E. Godwin*
                                                Donald E. Godwin