UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

### [Regarding Daubert Motions]

The deadline for filing Daubert motions was Monday, January 24, 2012. In order to facilitate compliance with Pretrial Order no. 13 (regarding protecting confidentiality) and the timely filing of the motions, they were temporarily filed under sealed. For the same reasons, oppositions and replies to the Daubert motions also may be filed temporarily under seal. The decision to file these motions and memoranda under seal will be reconsidered prior to the trial beginning on February 27, 2012.

New Orleans, Louisiana, this 25th day of January, 2012.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**