

Transocean

Transocean Proxy Statement and 2010 Annual Report

## Executive Officers of the Registrant

We have included the following information, presented as of February 15, 2011, on our executive officers in Part I of this report in reliance on General Instruction (3) to Form 10-K. The officers of the Company are elected annually by the board of directors. There is no family relationship between any of the executive officers named below.

| Officer | Office | Age as of February 15, 2011 |
| --- | --- | --- |
| Steven L. Newman | President and Chief Executive Officer | 46 |
| Arnaud A.Y. Bobillier | Executive Vice President, Asset and Performance | 55 |
| John H. Briscoe | Vice President and Controller | 53 |
| Nick Deeming | Senior Vice President, General Counsel and Assistant Corporate Secretary | 56 |
| Ricardo H. Rosa | Senior Vice President and Chief Financial Officer | 54 |
| Ihab Toma | Executive Vice President, Global Business | 48 |

Steven L. Newman is President and Chief Executive Officer and a member of the board of directors of the Company. Before being named as Chief Executive Officer in March 2010, Mr. Newman served as President and Chief Operating Officer from May 2008 to November 2009 and subsequently as President. Mr. Newman's prior senior management roles included Executive Vice President, Performance (November 2007 to May 2008), Executive Vice President and Chief Operating Officer (October 2006 to November 2007), Senior Vice President of Human Resources and Information Process Solutions (May 2006 to October 2006), Senior Vice President of Human Resources, Information Process Solutions and Treasury (March 2005 to May 2006), and Vice President of Performance and Technology (August 2003 to March 2005). He also has served as Regional Manager for the Asia and Australia Region and in international field and operations management positions, including Project Engineer, Rig Manager, Division Manager, Region Marketing Manager and Region Operations Manager. Mr. Newman joined the Company in 1994 in the Corporate Planning Department. Mr. Newman received his Bachelor of Science degree in Petroleum Engineering in 1989 from the Colorado School of Mines and his MBA in 1992 from the Harvard University Graduate School of Business. Mr. Newman is also a member of the Society of Petroleum Engineers.

Arnaud A.Y. Bobillier is Executive Vice President, Asset and Performance of the Company. Before being named to his current position in August 2010, Mr. Bobillier served as Executive Vice President, Assets of the Company (March 2008 to August 2010), Senior Vice President of the Company's Europe and Africa Unit, which covers offshore drilling operations in 15 countries (January 2008 to March 2008), Vice President of the Company's Europe and Africa unit (May 2005 to January 2008) and Regional Manager for the Europe and Africa Region (January 2004 to May 2005). From September 2001 to January 2004, Mr. Bobillier served as Regional Manager for the Company's West Africa Region. He began his career with a predecessor company in 1980 and has served in various management positions in several countries, including the U.S., France, Saudi Arabia, Indonesia, Congo, Brazil, South Africa and China. Mr. Bobillier received his engineering degree in fluid mechanics and thermodynamics in 1980 from the Ecole Superieure des Techniques de l'Ingenieur de Nancy, France.

John H. Briscoe is Vice President and Controller of the Company. Before being named to his current position in October 2007, Mr. Briscoe served as Vice President, Audit and Advisory Services (June 2007 to October 2007), Director of Investor Relations and Communications (January 2007 to June 2007) and Finance Director for the Company's North and South America Unit (June 2005 to January 2007). Prior to joining the Company in June 2005, Mr. Briscoe served as Ferrellgas Inc.'s Vice President of Accounting (July 2003 to June 2005), Vice President of Administration (June 2002 to July 2003) and Division Controller (June 1997 to June 2002). Prior to working for Ferrellgas, Mr. Briscoe served as Controller for Latin America for Dresser Industries Inc., which has subsequently been acquired by Halliburton, Inc. Mr. Briscoe started his career with seven years in public accounting beginning with the firm of KPMG and ending with Ernst & Young as an Audit Manager. Mr. Briscoe is a certified public accountant and received his Bachelor's degree in Business Administration—Accounting in 1981 from the University of Texas.

Nick Deeming is Senior Vice President, General Counsel and Assistant Corporate Secretary of the Company. Before being named to this position in February 2011, Mr. Deeming most recently served as Group General Counsel and Secretary of Christie's International Plc, from 2007 to 2010. Prior to Christie's, from 2001 to 2007, Mr. Deeming served as the Chief Legal Officer of Linde Group AG, formerly BOC Group Plc. Prior to that, from 1999 to 2001, he served as the Chief Legal Officer of Sema Group Plc; from 1990 to 1998, the Group Legal Director of PPP Healthcare Group Plc; from 1986 to 1990, the Group Legal Director of the financial services group Target Group Plc and from 1983 to 1986, the Head of Legal Services of Burmah Oil Exploration. Mr. Deeming received his law degree in 1977 from Guildhall University, subsequently qualified as a solicitor in 1981 and received his MBA in 1996 from Cranfield University.

Annex 1
Subsidiaries of Transocean Ltd.
as of December 31, 2010

| Name | Jurisdiction | Registered Office | Share Capital | | Interest |
|---|---|---|---|---|---|
| 15375 Memorial Corporation | Delaware | Wilmington | USD | 1,000 | 100.00% |
| Aguas Profundas, Limitada | Angola | Luanda | USD | 100,200 | 100.00% |
| Angola Deepwater Drilling Company (Offshore Services) Ltd. | Cayman Islands | George Town | USD | 0.01 | 65.00% |
| Angola Deepwater Drilling Company (Operations) Ltd | Cayman Islands | George Town | USD | 0.01 | 65.00% |
| Angola Deepwater Drilling Company Ltd | Cayman Islands | George Town | USD | 1.00 | 65.00% |
| AngoSantaFe - Prestacao de Servicos Petroliferos, Limitada | Angola | Luanda | AOA | 17,220,000 | 49.00% |
| Applied Drilling Technology Inc. | Texas | Dallas | USD | 1,000 | 100.00% |
| Arcade Drilling AS | Norway | Stavanger | NOK | 216,065,250 | 100.00% |
| Ashgrove Carriers Ltd. | Liberia | Montserrado | USD | 100 | 50.00% |
| Asie Sonat Offshore Sdn Bhd | Malaysia | Kuala Lumpur | MYR | 100,000 | 49.00% |
| Blegra Asset Holdings Limited | Cyprus | Limassol | CYP | 1,000 | 100.00% |
| Blegra Asset Management Limited | Cyprus | Limassol | CYP | 1,000 | 100.00% |
| Blegra Financing Limited | Cyprus | Limassol | CYP | 1,000 | 100.00% |
| Blegra Holdings Limited | Cyprus | Limassol | CYP | 1,000 | 100.00% |
| Campeche Drilling Services Inc. | Delaware | Wilmington | USD | 1,000 | 100.00% |
| Challenger Minerals (Accra) Inc. | Cayman Islands | Grand Cayman | USD | 1,000 | 100.00% |
| Challenger Minerals (Celtic Sea) Limited | British Virgin Islands | Tortola | USD | 1.00 | 100.00% |
| Challenger Minerals (Ghana) Limited | Ghana | North Labone | GHC | 57,500 | 100.00% |
| Challenger Minerals (Nigeria) Limited | Nigeria | Lagos | NGN | 10,000,000 | 100.00% |
| Challenger Minerals (North Sea) Limited | Scotland | Aberdeen | GBP | 3,870,351 | 100.00% |
| Challenger Minerals Inc. | California | Los Angeles | USD | 5,101,000 | 100.00% |
| Cliffs Drilling do Brasil Servicos de Petroleo S/C Ltda. | Brazil | Macae | BRL | 208,669 | 100.00% |
| Covent Garden - Servicos e Marketing, Sociedade Unipessoal Lda | Portugal | Madeira | EUR | 208,524,320.20 | 100.00% |
| Deepwater Drilling II L.L.C. | Delaware | Wilmington | - | No shares issued | 100.00% |
| Deepwater Drilling L.L.C. | Delaware | Wilmington | - | No shares issued | 100.00% |
| Deepwater Pacific 1 Inc. | British Virgin Islands | Tortola | USD | 500 | 50.00% |
| Deepwater Pacific 2 Inc. | British Virgin Islands | Tortola | USD | 500 | 50.00% |
| Eaton Industries of Houston, Inc. | Texas | Dallas | USD | 419 | 100.00% |
| Elder Trading Co. | Liberia | Montserrado | USD | 100 | 50.00% |
| Entities Holdings, Inc. | Delaware | Wilmington | USD | 10,000 | 100.00% |
| Falcon Atlantic Ltd. | Cayman Islands | Grand Cayman | USD | 100 | 100.00% |
| Fortress Energy Services LLC | Oman | Muttrah | OMR | 250,000 | 49.00% |
| Global Dolphin Drilling Company Limited | India | Mumbai | INR | 500,000 | 40.00% |
| Global Marine Inc. | Delaware | Wilmington | USD | 10 | 100.00% |
| Global Mining Resources, Inc. | Philippines | Makati | PHP | 50,012 | 40.00% |
| Global Offshore Drilling Limited | Nigeria | Lagos | NGN | 500,000 | 100.00% |
| GlobalSantaFe (Africa) Inc. | Cayman Islands | Grand Cayman | USD | 1,000 | 100.00% |
| GlobalSantaFe (Labuan) Inc. | Malaysia | Jalan Kemajuan | USD | 1 | 100.00% |
| GlobalSantaFe (Norge) AS | Norway | Sandnes | NOK | 100,000 | 100.00% |
| GlobalSantaFe Arctic Ltd. | Nova Scotia | Halifax | USD | 18,633 | 100.00% |
| GlobalSantaFe B.V. | Netherlands | Amsterdam | EUR | 18,200 | 100.00% |
| GlobalSantaFe Beaufort Sea Inc. | Delaware | Wilmington | USD | 1,000 | 100.00% |
| GlobalSantaFe C.R. Luigs Limited | England | London | GBP | 1,000 | 100.00% |
| GlobalSantaFe Campeche Holdings LLC | Delaware | Wilmington | USD | 1,000 | 100.00% |
| GlobalSantaFe Caribbean Inc. | California | Los Angeles | USD | 25,000 | 100.00% |

| Name | Jurisdiction | Registered Office | Share Capital | | Interest |
|---|---|---|---|---|---|
| GlobalSantaFe Communications, Inc. | Delaware | Wilmington | USD | 1,000 | 100.00% |
| GlobalSantaFe Corporate Services Inc. | Delaware | Wilmington | USD | 1,000 | 100.00% |
| GlobalSantaFe de Venezuela Inc. | Delaware | Wilmington | USD | 10,000 | 100.00% |
| GlobalSantaFe Deepwater Drilling LLC | Delaware | Wilmington | USD | 1,000 | 100.00% |
| GlobalSantaFe Denmark Holdings ApS | Denmark | Copenhagen | DKK | 125,000 | 100.00% |
| GlobalSantaFe Development Inc. | California | Los Angeles | USD | 1,000 | 100.00% |
| GlobalSantaFe do Brasil Ltda. | Brazil | Rio de Janeiro | BRL | 6,356,380 | 100.00% |
| GlobalSantaFe Drilling (N.A.) N.V. | Netherlands Antilles | Curacao | USD | 6,452 | 100.00% |
| GlobalSantaFe Drilling (South Atlantic) Inc. | British Virgin Islands | Tortola | USD | 25,001 | 100.00% |
| GlobalSantaFe Drilling Company | Delaware | Wilmington | USD | 100 | 100.00% |
| GlobalSantaFe Drilling Company (Canada) Limited | Nova Scotia | Halifax | CAD | 10,000 | 100.00% |
| GlobalSantaFe Drilling Company (North Sea) Limited | England | London | GBP | 200 | 100.00% |
| GlobalSantaFe Drilling Company (Overseas) Limited | England | London | GBP | 100 | 100.00% |
| GlobalSantaFe Drilling Mexico, S. de R.L. de C.V. | Mexico | Mexico City | MXN | 3,000 | 100.00% |
| GlobalSantaFe Drilling Operations Inc. | Cayman Islands | Grand Cayman | USD | 1,006 | 100.00% |
| GlobalSantaFe Drilling Services (North Sea) Limited | England | London | GBP | 100 | 100.00% |
| GlobalSantaFe Drilling Trinidad LLC | Delaware | Wilmington | USD | 1,000 | 100.00% |
| GlobalSantaFe Drilling Venezuela, C.A. | Venezuela | Caracas | VEB | 12,230,000,000 | 100.00% |
| GlobalSantaFe Financial Services (Luxembourg) S.a.r.l. | Luxembourg | Munsbach | USD | 17,962,000 | 100.00% |
| GlobalSantaFe GOM Services Inc. | British Virgin Islands | Tortola | USD | 1,000 | 100.00% |
| GlobalSantaFe Group Financing Limited Liability Company | Hungary | Budapest | USD | 15,000 | 100.00% |
| GlobalSantaFe Holding Company (North Sea) Limited | England | London | GBP | 300 | 100.00% |
| GlobalSantaFe Hungary Services Limited Liability Company | Hungary | Budapest | USD | 96,000 | 100.00% |
| GlobalSantaFe International Drilling Corporation | Bahamas | Nassau | USD | 154 | 100.00% |
| GlobalSantaFe International Drilling Inc. | British Virgin Islands | Tortola | USD | 11 | 100.00% |
| GlobalSantaFe International Services Inc. | Panama | Panama City | USD | 439,200 | 100.00% |
| GlobalSantaFe Leasing Corporation | Bahamas | Nassau | USD | 10 | 100.00% |
| GlobalSantaFe Leasing Limited | British Virgin Islands | Tortola | USD | 1 | 100.00% |
| GlobalSantaFe Mexico Holdings LLC | Delaware | Wilmington | USD | 1,000 | 100.00% |
| GlobalSantaFe Nederland B.V. | Netherlands | Amsterdam | EUR | 19,000 | 100.00% |
| GlobalSantaFe Offshore Services Inc. | Cayman Islands | Grand Cayman | USD | 1,000 | 100.00% |
| GlobalSantaFe Operations (Australia) Pty Ltd | Australia | Lane Cove | AUD | 1 | 100.00% |
| GlobalSantaFe Operations (BVI) Inc. | British Virgin Islands | Tortola | USD | 31 | 100.00% |
| GlobalSantaFe Operations (Mexico) LLC | Delaware | Wilmington | USD | 1,000 | 100.00% |
| GlobalSantaFe Operations Inc. | Cayman Islands | Grand Cayman | USD | 16.53 | 100.00% |
| GlobalSantaFe Overseas Limited | Bahamas | Nassau | USD | 10 | 100.00% |
| GlobalSantaFe Saudi Arabia Ltd. | British Virgin Islands | Tortola | USD | 1 | 100.00% |
| GlobalSantaFe Services (BVI) Inc. | British Virgin Islands | Tortola | USD | 477 | 100.00% |
| GlobalSantaFe Services (Egypt) LLC | Egypt | Alexandria | USD | 1,000,000 | 100.00% |
| GlobalSantaFe Services Netherlands B.V. | Netherlands | Amsterdam | EUR | 30,800 | 100.00% |
| GlobalSantaFe Servicios de Venezuela, C.A. | Venezuela | Caracas | VEB | 95,759,000 | 100.00% |
| GlobalSantaFe South America LLC | Delaware | Wilmington | USD | 1,000 | 100.00% |
| GlobalSantaFe Southeast Asia Drilling Pte. Ltd. | Singapore | Singapore | USD | 1 | 100.00% |
| GlobalSantaFe Tampico, S. de R.L. de C.V. | Mexico | Mexico City | MXN | 3,000 | 100.00% |
| GlobalSantaFe Technical Services Egypt LLC | Egypt | Cairo | EGP | 250,000 | 100.00% |
| GlobalSantaFe Techserv (North Sea) Limited | England | London | GBP | 100 | 100.00% |
| GlobalSantaFe U.S. Drilling Inc. | Delaware | Wilmington | USD | 1,000 | 100.00% |
| GlobalSantaFe U.S. Holdings Inc. | Delaware | Wilmington | USD | 1 | 100.00% |
| GlobalSantaFe West Africa Drilling Limited | Bahamas | Nassau | USD | 333,500,010 | 100.00% |
| GSF Caymans Holdings Inc. | Cayman Islands | Grand Cayman | USD | 10 | 100.00% |
| GSF Leasing Services GmbH | Switzerland | Steinhausen | CHF | 962,670,000 | 100.00% |

| Name | Jurisdiction | Registered Office | Share Capital | | Interest |
|---|---|---|---|---|---|
| Hellerup Finance International | Ireland | Dublin | USD | 1,000,000 | 100.00% |
| Intermarine Services (International) Limited | Bahamas | Nassau | USD | 10 | 100.00% |
| Intermarine Services Inc. | Texas | Dallas | USD | 1,000 | 100.00% |
| Intermarine Servicos Petroliferos Ltda. | Brazil | Rio de Janerio | BRL | 22,438,500 | 100.00% |
| International Chandlers, Inc. | Texas | Dallas | USD | 1,000 | 100.00% |
| Laterite Mining Inc. | Philippines | Makati | PHP | 100,001 | 40.00% |
| Minerales Submarinos Mexicanos S.A. | Mexico | Mexico City | - | - | 19.50% |
| Modi-Santa Fe India Limited | India | New Delhi | INR | 1,000,000 | 40.00% |
| MSF Offshore Services India Private Limited | India | New Delhi | INR | 200 | 100.00% |
| Nickel Development Inc. | Philippines | Makati | PHP | 100,000 | 40.00% |
| NRB Drilling Services Limited | Nigeria | Lagos | NGN | 100,000 | 60.00% |
| Offshore Holdings Limited | Cayman Islands | Grand Cayman | USD | 1 | 100.00% |
| Oilfield Services, Inc | Cayman Islands | Grand Cayman | USD | 2 | 100.00% |
| Overseas Drilling Limited | Cayman Islands | George Town | USD | 3,000 | 50.00% |
| P.T. Hitek Nusantara Offshore Drilling | Indonesia | Jakarta Selatan | USD | 4,000,000 | 80.00% |
| P.T. Santa Fe Supraco Indonesia | Indonesia | Jakarta Selatan | USD | 8,300,000 | 95.00% |
| Platform Capital N.V. | Netherlands Antilles | Curacao | USD | 249,600,734 | 100.00% |
| Platform Financial N.V. | Netherlands Antilles | Curacao | USD | 6,215 | 100.00% |
| PT Transocean Indonesia | Indonesia | Jakarta Selatan | USD | 331,000 | 100.00% |
| R&B Falcon (A) Pty Ltd | Western Australia | Perth | USD | 2 | 100.00% |
| R&B Falcon (Caledonia) Limited | England | London | USD | 140 | 100.00% |
| R&B Falcon (Ireland) Limited | Ireland | Dublin | EUR | 2.54 | 100.00% |
| R&B Falcon (M) Sdn. Bhd. | Malaysia | Kuala Lumpur | MYR | 220,000 | 49.00% |
| R&B Falcon (U.K.) Limited | England | London | USD | 153 | 100.00% |
| R&B Falcon B.V. | Netherlands | Rotterdam | EUR | 18,000 | 100.00% |
| R&B Falcon Deepwater (UK) Limited | England | London | GBP | 1 | 100.00% |
| R&B Falcon Drilling (International & Deepwater) Inc. LLC | Delaware | Dover | USD | 1,000 | 100.00% |
| R&B Falcon Drilling Co. LLC | Oklahoma | Oklahoma City | USD | 1,000 | 100.00% |
| R&B Falcon Drilling Limited LLC | Oklahoma | Oklahoma City | USD | 1,000 | 100.00% |
| R&B Falcon Exploration Co., LLC | Oklahoma | Oklahoma City | USD | 1,000 | 100.00% |
| R&B Falcon International Energy Services B.V. | Netherlands | Rotterdam | EUR | 135,000 | 100.00% |
| R&B Falcon Offshore Limited, LLC | Oklahoma | Oklahoma City | USD | 1,000 | 100.00% |
| R&B Falcon, Inc. LLC | Oklahoma | Oklahoma City | USD | 1,000 | 100.00% |
| Ranger Insurance Limited | Cayman Islands | Grand Cayman | USD | 1 | 100.00% |
| RB Mediterranean Ltd. | Cayman Islands | Grand Cayman | USD | 1,000 | 100.00% |
| RBF (Nigeria) Limited | Nigeria | Lagos | NGN | 1,250,000 | 100.00% |
| RBF Drilling Co. LLC | Oklahoma | Oklahoma City | USD | 1,000 | 100.00% |
| RBF Drilling Services, Inc. LLC | Oklahoma | Oklahoma City | USD | 1,000 | 100.00% |
| RBF Exploration LLC | Delaware | Dover | USD | 1,000 | 100.00% |
| RBF Finance Co. | Delaware | Dover | USD | 3 | 100.00% |
| RBF Rig Corporation, LLC | Oklahoma | Oklahoma City | USD | 1,000 | 100.00% |
| Reading & Bates Coal Co., LLC | Nevada | Carson City | USD | 1,000 | 100.00% |
| Reading & Bates Demaga Perfuraçoes Ltda. | Brazil | Rio de Janeiro | BRL | 22,000 | 100.00% |
| Resource Rig Supply Inc. | Delaware | Wilmington | USD | 5,000 | 100.00% |
| Safemal Drilling Sdn. Bhd. | Malaysia | Miri Sarawak | MYR | 750,000 | 100.00% |
| Santa Fe Braun Inc. | Delaware | Wilmington | USD | 500,000 | 100.00% |
| Santa Fe Construction Company | Delaware | Wilmington | USD | 5,000 | 100.00% |
| Santa Fe Drilling (Nigeria) Limited | Nigeria | Lagos | NGN | 150,000 | 60.00% |
| Santa Fe Drilling Company (U.K.) Limited | England | London | GBP | 10,000 | 100.00% |
| Santa Fe Drilling Company of Venezuela, C.A. | California | Los Angeles | USD | 100,000 | 100.00% |
| Saudi Drilling Company Limited | Saudi Arabia | Dhahran | SAR | 1,500,000 | 100.00% |

| Name | Jurisdiction | Registered Office | Share Capital | | Interest |
|---|---|---|---|---:|---:|
| SDS Offshore Limited | England | London | USD | 1,766 | 100.00% |
| Sedco Forex Holdings Limited | British Virgin Islands | Tortola | USD | 1,000 | 100.00% |
| Sedco Forex International Drilling, Inc. | Panama | Panama City | USD | 10,000 | 100.00% |
| Sedco Forex International Services, S.A. | Panama | Panama City | USD | 500 | 100.00% |
| Sedco Forex International, Inc. | Panama | Panama City | USD | 1,000 | 100.00% |
| Sedco Forex of Nigeria Limited | Nigeria | Lagos | NGN | 10,000,000 | 92.47% |
| Sedco Forex Technology, Inc. | Panama | Panama City | USD | 10,000 | 100.00% |
| Sedneth Panama, S.A. | Panama | Panama City | USD | 80,000 | 100.00% |
| Sefora Maritime Limited | British Virgin Islands | Tortola | USD | 3,500,000 | 100.00% |
| Services Petroliers Transocean | France | Courbevoie | FRF | 300,000 | 100.00% |
| Servicios Petroleros Santa Fe, S.A. | Venezuela | Caracas | VEB | 5,000,000 | 49.00% |
| Shore Services, LLC | Texas | Austin | USD | 1,000.00 | 100.00% |
| Sonat Brasocean Serviços de Perfurações Ltda. | Brazil | Rio de Janeiro | BRL | 3,525 | 100.00% |
| Sonat Offshore do Brasil Perfurações Maritimas Ltda. | Brazil | Rio de Janeiro | BRL | 225,348.98 | 100.00% |
| Sonat Offshore S.A. | Panama | Panama City | USD | 1,000 | 100.00% |
| T. I. International Mexico S. de R.L. de C.V. | Mexico | Colonia Juarez | MXN | 3,000 | 100.00% |
| TODDI Holdings LLC | Delaware | Wilmington | USD | 1 | 100.00% |
| TOIVL Holdings Limited | Cayman Islands | Grand Cayman | USD | 0.01 | 100.00% |
| Transocean (Mediterranean & Red Sea) Drilling Limited | Cayman Islands | Grand Cayman | USD | 1,000 | 100.00% |
| Transocean 1 AS | Norway | Stavanger | USD | 247,222 | 100.00% |
| Transocean Africa Drilling Limited | Cayman Islands | Grand Cayman | USD | 0.01 | 100.00% |
| Transocean Alaskan Ventures Inc. | Delaware | Wilmington | USD | 1,000 | 100.00% |
| Transocean Arctic Limited | Cayman Islands | Grand Cayman | USD | 0.01 | 100.00% |
| Transocean Asia Services Sdn Bhd | Malaysia | Kuala Lumpur | MYR | 500,000 | 100.00% |
| Transocean Benefit Services Srl | Barbados | St. Michael | USD | 1,000 | 100.00% |
| Transocean Brasil Ltda. | Brazil | Macae | BRL | 407,653,729 | 100.00% |
| Transocean Britannia Limited | Cayman Islands | Grand Cayman | USD | 1 | 100.00% |
| Transocean Canada Co. | Nova Scotia | Halifax | USD | 1,000 | 100.00% |
| Transocean Canada Drilling Services Ltd. | Nova Scotia | Halifax | USD | 10 | 100.00% |
| Transocean Construction Management Ltd. | Cayman Islands | Grand Cayman | USD | 0.01 | 100.00% |
| Transocean Cunningham LLC | Delaware | Dover | USD | 1,000 | 100.00% |
| Transocean Deepwater Frontier Limited | Cayman Islands | Grand Cayman | USD | 1,000 | 100.00% |
| Transocean Deepwater Holdings Limited | Cayman Islands | Grand Cayman | USD | 1,000 | 100.00% |
| Transocean Deepwater Inc. | Delaware | Dover | USD | 10 | 100.00% |
| Transocean Deepwater Nautilus Limited | Cayman Islands | Grand Cayman | USD | 1,000 | 100.00% |
| Transocean Deepwater Pathfinder Limited | Cayman Islands | Grand Cayman | USD | 1,000 | 100.00% |
| Transocean Discoverer 534 LLC | Delaware | Dover | USD | 1,000 | 100.00% |
| Transocean Drilling (Nigeria) Ltd. | Nigeria | Lagos | NGN | 2,500,000 | 100.00% |
| Transocean Drilling (U.S.A.) Inc. | Texas | Austin | USD | 10,000 | 100.00% |
| Transocean Drilling Israel Ltd. | Cayman Islands | Grand Cayman | USD | 1 | 100.00% |
| Transocean Drilling Limited | Scotland | Aberdeen | USD | 179,729 | 100.00% |
| Transocean Drilling Offshore S.a.r.l. | Luxembourg | Luxembourg | USD | 20,000 | 100.00% |
| Transocean Drilling Resources Limited | Cayman Islands | Grand Cayman | USD | 1 | 100.00% |
| Transocean Drilling Sdn. Bhd. | Malaysia | Kuala Lumpur | MYR | 350,000 | 40.00% |
| Transocean Drilling Services (India) Private Limited | India | Mumbai | INR | 40,000,000 | 100.00% |
| Transocean Drilling Services Inc. | Delaware | Wilmington | USD | 1,000 | 100.00% |
| Transocean Drilling Turkey Limited | Cayman Islands | Grand Cayman | USD | 1 | 100.00% |
| Transocean Drilling U.K. Limited | Scotland | Aberdeen | GBP | 1,220 | 100.00% |
| Transocean Eastern Pte. Ltd. | Singapore | Singapore | SGD | 500,000 | 100.00% |
| Transocean Enterprise Inc. | Delaware | Wilmington | USD | 1,000 | 100.00% |
| Transocean EURpe Holdings Limited | Cayman Islands | Grand Cayman | USD | 1,000 | 100.00% |

| Name | Jurisdiction | Registered Office | Share Capital | | Interest |
|---|---|---|---|---|---|
| Transocean EURpe Ventures Holdings Limited | Cayman Islands | Grand Cayman | USD | 1,000 | 100.00% |
| Transocean Finance Limited | Cayman Islands | Grand Cayman | USD | 1,000 | 100.00% |
| Transocean Financing GmbH | Switzerland | Steinhausen | CHF | 495,869,700 | 100.00% |
| Transocean Galloway Limited | Cayman Islands | Grand Cayman | USD | 1 | 100.00% |
| Transocean Holdings LLC | Delaware | Wilmington | USD | 10,000 | 100.00% |
| Transocean Hungary Holdings LLC | Hungary | Budapest | USD | 3,000 | 100.00% |
| Transocean Inc. | Cayman Islands | Grand Cayman | USD | 3,192,886.32 | 100.00% |
| Transocean Inc. Luxembourg Asset Management S.C.S. | Luxembourg | Luxembourg | USD | 1,000 | 100.00% |
| Transocean India Limited | Cayman Islands | Grand Cayman | USD | 0.01 | 100.00% |
| Transocean International Drilling Inc. | Delaware | Dover | USD | 10 | 100.00% |
| Transocean International Drilling Limited | Cayman Islands | Grand Cayman | USD | 1,192 | 100.00% |
| Transocean International Drilling Services Limited | Cayman Islands | Grand Cayman | USD | 1 | 100.00% |
| Transocean International Holdings Limited | Cayman Islands | Grand Cayman | USD | 0.01 | 100.00% |
| Transocean International Resources, Limited | British Virgin Islands | Tortola | USD | 10,000 | 100.00% |
| Transocean Investimentos Ltda. | Brazil | Rio de Janeiro | BRL | 4,000,000 | 100.00% |
| Transocean Investments S.a.r.l. | Luxembourg | Luxembourg | EUR | 12,500 | 100.00% |
| Transocean Jupiter LLC | Delaware | Dover | USD | 1,000 | 100.00% |
| Transocean Labrador Limited | Cayman Islands | Grand Cayman | USD | 1 | 100.00% |
| Transocean LR34 LLC | Delaware | Dover | USD | 1,000 | 100.00% |
| Transocean Management Inc. | Delaware | Dover | USD | 10 | 100.00% |
| Transocean Management Ltd. | Switzerland | Vernier | CHF | 100,000 | 100.00% |
| Transocean Marine Limited | Cayman Islands | Grand Cayman | USD | 0.01 | 100.00% |
| Transocean Mediterranean LLC | Delaware | Dover | USD | 1,000 | 100.00% |
| Transocean Nautilus Limited | Cayman Islands | Grand Cayman | USD | 1,000 | 100.00% |
| Transocean North Sea Limited | Bahamas | Nassau | USD | 10 | 100.00% |
| Transocean Offshore (Cayman) Inc. | Cayman Islands | Grand Cayman | USD | 1,000 | 100.00% |
| Transocean Offshore (North Sea) Ltd. | Cayman Islands | Grand Cayman | USD | 100 | 100.00% |
| Transocean Offshore (U.K.) Inc. | Delaware | Wilmington | USD | 1,000 | 100.00% |
| Transocean Offshore Canada Services Ltd. | Nova Scotia | Halifax | USD | 10 | 100.00% |
| Transocean Offshore Caribbean Sea, L.L.C. | Delaware | Wilmington | USD | 1,000 | 100.00% |
| Transocean Offshore D.V. Inc. | Delaware | Wilmington | USD | 10 | 100.00% |
| Transocean Offshore Deepwater Drilling Inc. | Delaware | Wilmington | USD | 10 | 100.00% |
| Transocean Offshore Deepwater Holdings Limited | Cayman Islands | Grand Cayman | USD | 1,000 | 100.00% |
| Transocean Offshore Drilling Holdings Limited | Cayman Islands | Grand Cayman | USD | 1 | 100.00% |
| Transocean Offshore Drilling Limited | England | London | USD | 3,921,572 | 100.00% |
| Transocean Offshore Drilling Services LLC | Delaware | Dover | USD | 1,000 | 100.00% |
| Transocean Offshore EURpe Limited | Cayman Islands | Grand Cayman | USD | 2,384.50 | 100.00% |
| Transocean Offshore Holdings Limited | Cayman Islands | Grand Cayman | USD | 1,000 | 100.00% |
| Transocean Offshore International Limited | Cayman Islands | Grand Cayman | USD | 2,500 | 100.00% |
| Transocean Offshore International Ventures Limited | Cayman Islands | Grand Cayman | USD | 591,504,000 | 100.00% |
| Transocean Offshore Limited | Cayman Islands | Grand Cayman | USD | 3.36 | 100.00% |
| Transocean Offshore Management Services Limited | Cayman Islands | Grand Cayman | USD | 1 | 100.00% |
| Transocean Offshore Nigeria Limited | Nigeria | Lagos | NGN | 1,250,000 | 100.00% |
| Transocean Offshore Norway Inc. | Delaware | Wilmington | USD | 1,000 | 100.00% |
| Transocean Offshore PR Limited | Cayman Islands | Grand Cayman | USD | 1 | 100.00% |
| Transocean Offshore Resources Limited | Cayman Islands | Grand Cayman | USD | 1 | 100.00% |
| Transocean Offshore Resources Limited II | Cayman Islands | Grand Cayman | USD | 1 | 100.00% |
| Transocean Offshore Services Ltd. | Cayman Islands | Grand Cayman | USD | 1 | 100.00% |
| Transocean Offshore USA Inc. | Delaware | Wilmington | USD | 10,000 | 100.00% |
| Transocean Offshore Ventures Inc. | Delaware | Wilmington | USD | 10,000 | 100.00% |
| Transocean Onshore Support Services Limited | Scotland | Aberdeen | GBP | 1 | 100.00% |

| Name | Jurisdiction | Registered Office | Share Capital | | Interest |
|---|---|---|---|---|---|
| Transocean Pacific Drilling Holdings Limited | Cayman Islands | Grand Cayman | USD | 10 | 100.00% |
| Transocean Pacific Drilling Inc. | British Virgin Islands | Tortola | USD | 500 | 50.00% |
| Transocean Payroll Services SRL | Barbados | St. Michael | USD | 1,000 | 100.00% |
| Transocean Perfuracoes Ltda. | Brazil | Macae | BRL | 1,000 | 100.00% |
| Transocean Rig Services Offshore LLC | Delaware | Wilmington | USD | 1,000 | 100.00% |
| Transocean Sedco Forex Ventures Limited | Cayman Islands | Grand Cayman | USD | 1,000 | 100.00% |
| Transocean Services AS | Norway | Slavanger | USD | 15,584 | 100.00% |
| Transocean Services Offshore LLC | Delaware | Dover | USD | 1,000 | 100.00% |
| Transocean Services UK Limited | England | London | USD | 11,418,435 | 100.00% |
| Transocean Seven Seas LLC | Delaware | Dover | USD | 1,000 | 100.00% |
| Transocean Support Services Limited | Cayman Islands | Grand Cayman | USD | 1,000 | 100.00% |
| Transocean Support Services Nigeria Limited | Nigeria | Lagos | NGN | 10,000,000 | 75.00% |
| Transocean Support Services Private Limited | India | Mumbai | INR | 100,000 | 100.00% |
| Transocean Technical Services Inc. | Panama | Panama City | USD | 10,000 | 100.00% |
| Transocean Treasury Services SRL | Barbados | St. Michael | USD | 1,000 | 100.00% |
| Transocean UK Limited | England | London | GBP | 1 | 100.00% |
| Transocean Worldwide Inc. | Cayman Islands | Grand Cayman | USD | 0.01 | 100.00% |
| Triton Asset Leasing GmbH | Switzerland | Steinhausen | CHF | 1,164,300,000 | 100.00% |
| Triton Drilling Limited | Cayman Islands | Grand Cayman | USD | 40,000 | 100.00% |
| Triton Drilling Mexico LLC | Delaware | Dover | USD | 1,000 | 100.00% |
| Triton Financing LLC | Hungary | Budapest | USD | 15,000 | 100.00% |
| Triton Holdings Limited | British Virgin Islands | Tortola | USD | 10,000 | 100.00% |
| Triton Hungary Asset Management LLC | Hungary | Budapest | USD | 15,000 | 100.00% |
| Triton Hungary Investments 1 Limited Liability Company | Hungary | Budapest | USD | 81,692 | 100.00% |
| Triton Industries, Inc. | Panama | Panama City | USD | 1,000 | 100.00% |
| Triton Management Services LLC | Hungary | Budapest | HUF | 3,000,000 | 100.00% |
| Triton Nautilus Asset Leasing GmbH | Switzerland | Steinhausen | CHF | 358,590,000 | 100.00% |
| Triton Nautilus Asset Management LLC | Hungary | Budapest | USD | 19,447 | 100.00% |
| Triton Offshore Leasing Services Limited | Malaysia | Jalan Kemajuan | USD | 10,000 | 100.00% |
| Triton Pacific Limited | England | London | GBP | 1 | 100.00% |
| TSSA - Servicos De Apoio, Lda. | Angola | Luanda | AOA | 95,000 | 65.00% |
| Turnkey Ventures de Mexico Inc. | Delaware | Wilmington | USD | 1,000 | 100.00% |
| Wilrig Offshore (UK) Limited | England | London | USD | 76,560 | 100.00% |

## BOARD OF DIRECTORS

**ROBERT E. ROSE**
*Chairman*
*Transocean Ltd.*

**J. MICHAEL TALBERT**
*Vice Chairman*
*Transocean Ltd.*

**W. RICHARD ANDERSON**
*Chief Financial Officer*
*Eurasia Drilling Company Limited*

**THOMAS W. CASON**
*Former Senior Vice President and Chief Financial Officer*
*Baker Hughes Incorporated*

**VICTOR E. GRIJALVA**
*Retired Vice Chairman of the Board*
*Schlumberger Limited*

**MARTIN B. MCNAMARA**
*Former Partner,*
*Gibson, Dunn & Crutcher, LLP*

**EDWARD R. MULLER**
*Chairman and Chief Executive Officer*
*GenOn Energy Inc.*

**STEVEN L. NEWMAN**
*President and Chief Executive Officer*
*Transocean Ltd.*

**ROBERT M. SPRAGUE**
*Retired Executive*
*Royal Dutch/Shell*

**IAN C. STRACHAN**
*Former Chairman*
*Instinet Group Incorporated*

## EXECUTIVE OFFICERS

**STEVEN L. NEWMAN**
*President and Chief Executive Officer*

**ARNAUD A.Y. BOBILLIER**
*Executive Vice President, Asset and Performance*

**JOHN H. BRISCOE**
*Vice President and Controller*

**NICK DEEMING**
*Senior Vice President, General Counsel and Assistant Corporate Secretary*

**RICARDO H. ROSA**
*Senior Vice President and Chief Financial Officer*

**IHAB TOMA**
*Executive Vice President, Global Business*

## CORPORATE INFORMATION

### Registered Address
Transocean Ltd.
Turmstrasse 30
CH-6300
Zug, Switzerland
Phone: +41 22 930 9000

### BNY Mellon Shareowner Services
P.O. Box 358015
Pittsburgh, PA 15252-8015
Or 480 Washington Boulevard, Jersey City, NJ 07310-1900
+1 877 397 7229
+1 201 680 6578 (for callers outside the United States)

Internet address: www.bnymellon.com/shareowner/isd
E-mail Address: shrrelations@bnymellon.com

### Direct Purchase Plan
The Bank of New York Mellon, the Transfer Agent for Transocean Ltd., offers a Direct Purchase and Sale Plan for the shares of Transocean Ltd. called BuyDirect. For more information on BuyDirect, including a complete enrollment package, please contact the Bank of New York at +1 877 397 7229 or +1 201 680 6578 for callers outside the United States.

### Independent Registered Public Accounting Firm
Ernst & Young LLP
Houston, Texas

### Swiss Auditor
Ernst & Young Ltd.
Zurich, Switzerland

### Stock Exchange Listing
Transocean Ltd. shares are listed on the New York Stock Exchange (NYSE) under the symbol RIG and on the SIX Swiss Exchange under the symbol RIGN.

|  | NYSE Stock Price 2010 High | 2010 Low | 2009 High | 2009 Low |
|---|---|---|---|---|
| First quarter | $94.88 | $76.96 | $67.17 | $46.11 |
| Second Quarter | 92.67 | 41.88 | 85.57 | 56.75 |
| Third quarter | 65.98 | 44.30 | 87.22 | 65.04 |
| Fourth quarter | 73.94 | 61.60 | 94.44 | 78.71 |

### Performance Graph[1]
The graph below compares the cumulative total shareholder return of our shares, the Standard & Poor's ("S&P") 500 Stock Index and the Simmons & Company International Upstream Index over our last five fiscal years. The graph assumes that $100 was invested in our shares and the two indices on December 30, 2005, and that all dividends, together with the $33.03 per share paid in connection with the reclassification of our shares in November 2007, were reinvested on the date of payment.

### Indexed Cumulative Total Shareholder Return
DECEMBER 30, 2005 - DECEMBER 31, 2010



|  | Dec-05 | Dec-06 | Dec-07 | Dec-08 | Dec-09 | Dec-10 |
|---|---|---|---|---|---|---|
| RIG | $100.00 | $116.07 | $193.68 | $63.93 | $112.03 | $94.05 |
| Simmons | $100.00 | $155.34 | $220.38 | $70.17 | $127.37 | $195.33 |
| S&P | $100.00 | $115.80 | $122.20 | $77.00 | $97.30 | $112.00 |

[1] The above Performance Graph and related information shall not be deemed "soliciting material" or to be "filed" with the SEC, nor shall such information be incorporated by reference into any future filing under the Securities Act of 1933 or Securities Exchange Act of 1934, each as amended, except to the extent that we specifically incorporate it by reference into such filing.

### Financial Information
Financial analysts and shareholders desiring information about Transocean Ltd. should call the Investor Relations and Corporate Communications Department at +1 713 232 7507. Information may also be obtained by visiting the company's website at http://www.deepwater.com.

### NYSE Annual CEO Certification and Sarbanes-Oxley Section 302 Certifications
We submitted the annual chief executive officer certification to the NYSE as required under the corporate governance rules of the NYSE. We also filed as an exhibit to our 2010 Annual Report on Form 10-K the chief executive officer certifications required under Section 302 of the Sarbanes-Oxley Act of 2002.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>Applies to: *All* Cases | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SUSHAN |

## SPECIAL APPEARANCE BY TRANSOCEAN LTD. AND TRANSOCEAN INC. AND AGREED STIPULATION FOR STANDSTILL OF JURISDICTIONAL DISCOVERY

Transocean Ltd. ("TO LTD.") and Transocean Inc. ("TO INC") make special appearances before this Court with full reservation of rights, and by so appearing do not waive personal jurisdiction.

On January 28, 2011, the Court issued an agreed stipulation and scheduling order for jurisdictional discovery regarding TO LTD [Docket No. 1080], setting certain deadlines. Pursuant to that order, TO LTD filed a motion to dismiss for lack of personal jurisdiction, and Plaintiff's Steering Committee ("PSC") has served written discovery requests. On March 25, 2011, the Court issued an amended stipulation to extend certain deadlines for jurisdictional discovery for TO LTD. [Docket No. 1750.] On April 8, 2011, TO LTD served written responses to the written discovery requests propounded by the PSC. Thereafter, the PSC and counsel for TO LTD discussed the issues and agreed that it would be in the interests of judicial economy and the best allocation of resources if further discovery and briefing on the issue of

1

12332396.1

EXHIBIT A

personal jurisdiction with respect to TO LTD be deferred until after the conclusion of the 2012 Limitation/Liability and Test Case Trial.

On April 20, 2011, Defendant/Third-Party Plaintiff BP Exploration & Production Inc. ("BPXP") filed a cross-claim and third-party complaint against Transocean entities, including TO LTD and TO INC. [Docket No. 2075.] BPXP on the one hand and TO LTD and TO INC on the other have also agreed that deferral of discovery and briefing of the issues of personal jurisdiction with respect to TO LTD and TO INC would be in the interests of judicial economy and prudent allocation of resources.

WHEREFORE, in the interests of judicial economy and to assist in a quicker resolution of the underlying issues in MDL 2179, PSC, TO LTD, TO INC, and BPXP hereby stipulate and agree that:

1. Without any waiver of jurisdiction and for the sole purpose of cases consolidated in MDL No. 2179, TO LTD and TO INC will allow counsel to accept service of process in those MDL cases in which PSC or BPXP have named TO LTD or TO INC as a party or defendant.

2. All jurisdictional discovery and briefing regarding TO LTD or TO INC is stayed until the conclusion of the 2012 Limitation/Liability and Test Case Trial, or further order of this Court.

3. Except as this stipulation extends deadlines, the standstill is without prejudice as to PSC's rights to discovery as set forth in the prior stipulations on jurisdictional discovery regarding TO LTD.

4. The standstill is also without prejudice to the right of BPXP to seek jurisdictional discovery as to TO LTD and TO INC.

2

12332396.1

5. The standstill is without prejudice to the parties' conduct of discovery on the corporate structure of the Transocean entities during the phase of discovery currently in progress through July 31, 2011.

6. The PSC and BPXP reserve the right, in the event that personal jurisdiction over TO LTD and/or TO INC is established, to conduct additional discovery regarding the liability, if any, of TO LTD and/or TO INC.

The foregoing is stipulated and agreed to by:

Stephen L. Herman
La. Bar No. 2319
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone: (504) 581-4892
Fax No: (504) 569-6024
E-Mail: Sherman@hhkc.com

*Co-Liaison Counsel for Plaintiff*

Kerry J. Miller
La. Bar. No. 24562
Frilot LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Telephone: (504) 599-8000
Fax No. (504) 599-8100
E-Mail: kmiller@frilot.com

*Attorneys for Transocean Ltd. and Transocean Inc.*

Don K. Haycraft
La. Bar No. 14361
Liskow & Lewis
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139

*Attorneys for BP Exploration & Production, Inc.*

3

12332396.1

IT IS SO ORDERED this 6th day of MAY, 2011, in New Orleans, Louisiana.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE