UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL NO. 2179 |
|     "DEEPWATER HORIZON" in | : | |
|     the GULF OF MEXICO, on | : | SECTION:  J |
|     APRIL 20, 2010 | : | JUDGE BARBIER |
| | : | MAG. JUDGE SHUSHAN |
| | : | |
| | : | JURY TRIAL DEMANDED |

. .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .

## CAMERON INTERNATIONAL CORPORATION'S MOTION
## TO EXCLUDE BOP SHEAR RAM DESIGN OPINIONS OFFERED BY
## THE UNITED STATES' EXPERT, TALAS ENGINEERING

Cameron International Corporation hereby moves for an order precluding the United States' team of experts from Talas Engineering, Inc., Rory R. Davis, Patrick R. Novak, J. Neil Robinson, and Raymond Merala, from offering opinions on alternative blind shear ram designs, "foreseeable conditions" during well control events, and the probability that the blind shear rams could seal the Macondo well under certain assumed conditions.  Cameron's Motion is further supported by the Memorandum in Support of Cameron's Motion to Exclude BOP Shear Ram Design Opinions Offered by the United States' Expert, Talas Engineering, which is fully incorporated by reference herein.

Respectfully submitted,

/s/ David J. Beck _____

| | |
|---|---|
| David J. Beck, T.A. | Phillip A. Wittmann, 13625 |
| *dbeck@brsfirm.com* | *pwittmann@stonepigman.com* |
| Joe W. Redden, Jr. | Carmelite S. Bertaut, 3054 |
| *jredden@brsfirm.com* | *cbertaut@stonepigman.com* |
| David W. Jones | Keith B. Hall, 24444 |
| *djones@brsfirm.com* | *khall@stonepigman.com* |
| Geoffrey Gannaway | Jared Davidson, 32419 |
| *ggannaway@brsfirm.com* | *jdavidson@stonepigman.com* |
| BECK, REDDEN & SECREST, L.L.P. | STONE PIGMAN WALTHER |
| One Houston Center | WITTMANN L.L.C. |
| 1221 McKinney St., Suite 4500 | 456 Carondelet Street |
| Houston, TX 77010 | New Orleans, Louisiana  70130 |
| Phone: (713) 951-3700 | Phone: (504) 581-3200 |
| Fax: (713) 951-3720 | Fax: (504) 581-3361 |

*Attorneys for Cameron International Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 24th day of January, 2012.

/s/ David J. Beck _____
David J. Beck