IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | § | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | § | |
| GULF OF MEXICO, on APRIL 20, 2010 | § | SECTION: J |
| | § | |
| | § | |
| | § | JUDGE BARBIER |
| This document relates to: | § | |
| *Joshua Kritzer, et al. v. Transocean, Ltd.,* | § | |
| *et al* | § | |
| (No. 2:10-cv-04427, E.D. La) | § | MAG. JUDGE SHUSHAN |

## ORDER

The Court has considered Denise Arnold's Motion to Dismiss With Prejudice and is of the opinion that her motion is meritorious.  It is therefore **GRANTED.**

**IT IS THEREFORE ORDERED, ADJUDGED,** and **DECREED** that all actions brought by Denise Arnold are hereby dismissed with prejudice.  All parties shall bear their own costs.

**IT IS SO ORDERED** this _____ day of _____, 2012, at New Orleans, Louisiana.

_____
**THE HONORABLE CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**