IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § | MDL NO. 2179<br>SECTION: J<br><br>JUDGE BARBIER |
| This document relates to:<br>*Roshto v. BP Exploration & Production, et al*<br>(No. 2:11-cv-2521, E.D. La) | § § § | <br><br>MAG. JUDGE SHUSHAN |

## Plaintiff Ronald Roshto's Motion to Dismiss With Prejudice

Plaintiff Ronald Roshto moves to dismiss with prejudice the action that he has brought against Defendants (Cause No. 2:11-cv-2521). This motion is brought pursuant to Federal Rule of Civil Procedure 41(a)(2). A proposed order dismissing this action is attached for the Court's convenience.

## Conclusion

The Court should grant this motion and dismiss this case with prejudice.

Respectfully Submitted,

**ARNOLD & ITKIN LLP**

*/s/ Jason A. Itkin*
_____
Kurt B. Arnold, Texas Bar No. 24036150
Jason A. Itkin, Texas Bar No. 24032461
Cory D. Itkin, Texas Bar No. 24050808
M. Paul Skrabanek, Texas Bar No. 24063005
Michael E. Pierce, Texas Bar No. 24039117
1401 McKinney Street, Suite 2550
Houston, Texas 77010
Telephone: (713) 222-3800
Facsimile: (713) 222-3850
karnold@arnolditkin.com
jitkin@arnolditkin.com
citkin@arnolditkin.com

pskrabanek@arnolditkin.com
mpierce@arnolditkin.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on January 25, 2012.

                              */s/ Jason A. Itkin*
                              _____
                              Jason A. Itkin