UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179<br>SECTION: J |
| This Document Relates To: All Actions | : : : | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering the foregoing *Ex Parte* Motion of BP Exploration & Production Inc. and BP America Production Company for Leave to File Under Seal Unredacted Motions and Memoranda;

**IT IS HEREBY ORDERED** that said Motion be and hereby is GRANTED and that the Motions, Memoranda, and Exhibits listed in said Motion shall be filed under seal.

New Orleans, Louisiana, this 25th day of January, 2012.

_____
United States Magistrate Judge