**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater | : | MDL No. 2179 |
| Horizon" in the Gulf of Mexico, on | : | |
| April 20, 2010 | : | SECTION: J |
| | : | |
| This Document Relates To: All Actions | : | JUDGE BARBIER |
| | : | MAGISTRATE JUDGE |
| …………………………………………... | : | SHUSHAN |

**BP'S MOTION TO LIMIT THE TESTIMONY OF GLEN BENGE**

BP hereby moves for an order to limit the testimony of Glen Benge.  BP's Motion is

further supported by BP's Memorandum in Support of its Motion to Limit the Testimony of Glen

Benge, which is fully incorporated by reference herein.

Dated: January 24, 2012                          Respectfully submitted,

                                                 /s / Don K. Haycraft

                                                 Don K. Haycraft (Bar #14361)
                                                 R. Keith Jarrett (Bar #16984)
                                                 LISKOW & LEWIS
                                                 One Shell Square
                                                 701 Poydras Street, Suite 5000
                                                 New Orleans, Louisiana 70139-5099
                                                 Telephone: (504) 581-7979
                                                 Facsimile: (504) 556-4108

                                                 and

                                                 Richard C. Godfrey, P.C.
                                                 (richard.godfrey@kirkland.com)
                                                 J. Andrew Langan, P.C.
                                                 (andrew.langan@kirkland.com)
                                                 Timothy A. Duffy, P.C.
                                                 (tim.duffy@kirkland.com)

Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

and

Robert C. "Mike" Brock
(mbrock@cov.com)
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

*Attorneys for the BP Exploration & Production Inc. & BP America Production Company*

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 24th day of January, 2012.

                                /s/  Don K. Haycraft__