# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179<br><br>SECTION: J |
| This Document Relates To: All Actions | : : | JUDGE BARBIER<br>MAGISTRATE JUDGE |
| ………………………………………………... | : | SHUSHAN |

## BP'S MOTION TO LIMIT THE
## TESTIMONY OF DR. SAMUEL LEWIS

BP hereby moves for an order to limit the testimony of Dr. Samuel Lewis.  BP's Motion is further supported by BP's Memorandum in Support of its Motion to Limit the Testimony of Dr. Samuel Lewis, which is fully incorporated by reference herein.

Dated: January 24, 2012

Respectfully submitted,

/s / Don K. Haycraft

Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

Richard C. Godfrey, P.C.
(richard.godfrey@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
Timothy A. Duffy, P.C.
(tim.duffy@kirkland.com)
Kirkland & Ellis LLP

        300 North LaSalle Street  
        Chicago, IL 60654  
        Telephone: (312) 862-2000  
        Facsimile: (312) 862-2200  

        and  

        Robert C. "Mike" Brock  
        (mbrock@cov.com)  
        Covington & Burling LLP  
        1201 Pennsylvania Avenue, NW  
        Washington, DC 20004-2401  
        Telephone: (202) 662-5985  

*Attorneys for the BP Exploration & Production Inc. & BP America Production Company*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 24th day of January, 2012.

                                                                         /s/  Don K. Haycraft__