AO 88 (Rev. 06/09) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 ) | |
| _____ ) *Plaintiff* | |
| v. ) | Civil Action No. 2:10-md-02179-CJB-SS |
| BP, et al ) | |
| _____ ) *Defendant* | |

### SUBPOENA TO APPEAR AND TESTIFY
### AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Calvin Barnhill

   YOU ARE COMMANDED to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: U.S. District Court - Eastern District of Louisiana 500 Poydras Street New Orleans, LA 70130 | Courtroom No.: Judge Barbier - Room C268 |
|---|---|
| | Date and Time: 02/27/2012 at 9:00 a.m. through the completion of Phase I proceedings. |

   You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:


   The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Fed. R. Civ. P. 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: __01/19/2012__

              *CLERK OF COURT*                                    OR     _____/s/_____
           _____                                   *Attorney's signature*
           *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*     __Paul Thibodeaux of__
_____Frilot LLC_____ , who issues or requests this subpoena, are:
Counsel Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc. and Transocean Deepwater Inc., 1100 Poydras Street, Suite 3700, New Orleans, LA 70163, pthibodeaux@frilot.com, (504) 813-2170.

AO 88 (Rev.06/09) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 2:10-md-02179-CJB-SS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* Calvin Barnhill

was received by me on *(date)* 1/19/2012.

☒ I served the subpoena by delivering a copy to the named person as follows: PERSONNEL SERVICE TO CALVIN BARNHILL

on *(date)* 1/19/12 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1/20/12

_____
Server's signature

WALTER KIMEL
*Printed name and title*

424 REALTY DR STE C GRETNA, LA 70056
*Server's address*

Additional information regarding attempted service, etc: