From:  Steve Herman <SHERMAN@hhkc.com>
To:  "Lyle, Michael" <michael.lyle@weil.com>
Cc:  Jim Roy <jimr@wrightroy.com>, Jim Klick <JKLICK@hhkc.com>, Robin Greenwald <rgreenwald@weitzlux.com>, "dsc2179@liskow.com" <dsc2179@liskow.com>, Alan Weigel <aweigel@BlankRome.com>, Ben Mayeaux <BMayeaux@LN-Law.com>, Darrell Cherry <dcherry@dkslaw.com>, Frank Neuner <FNeuner@LN-Law.com>, George Crow <georgecrow@earthlink.net>, "Gregory S. LaCour" <GSLaCour@christovich.com>, "H. Carter Marshall" <hcmarshall@christovich.com>, Harold Flanagan <hflanagan@flanaganpartners.com>, Jed Mestayer <JMestayer@LN-Law.com>, John Galloway <JGalloway@gjtbs.com>, Kevin Tully <KRTully@christovich.com>, Marc Yellin <myellin@dkslaw.com>, Michael Cangelosi <mcangelosi@glllaw.com>, Patrick O'Keefe <pokeefe@monbar.com>, Philip Brooks <pbrooks@monbar.com>, Sean Brady <sbrady@flanaganpartners.com>, Skip McAloon <lmcaloon@glllaw.com>, Stephen Pesce <spesce@flanaganpartners.com>, Luther Strange <luther.strange@ago.state.al.us>, Corey Maze <cmaze@ago.state.al.us>, "Buddy Caldwell (TaylorC@ag.state.la.us)" <TaylorC@ag.state.la.us>, "Trey Phillips (PhillipsT@ag.state.la.us)" <PhillipsT@ag.state.la.us>, Mike Underhill <Mike.Underhill@usdoj.gov>, Sarah Himmelhoch <Sarah.Himmelhoch@usdoj.gov>, Aristide Chakeres <Aristide.Chakeres@usdoj.gov>, "Mike_OKeefe@laed.uscourts.gov" <Mike_OKeefe@laed.uscourts.gov>, "Tsekerides, Theodore" <theodore.tsekerides@weil.com>, "'Grabill, Jeremy'" <jeremy.grabill@weil.com>, "Sally_Shushan@laed.uscourts.gov" <Sally_Shushan@laed.uscourts.gov>
Date:  01/25/2012 04:52 PM
Subject:  MDL 2179 - Letter from Clean-Up Responder Defendants

Dear Judge Shushan,

The B3 Responder Defendants' position completely disregards the entire history of how written discovery viz-a-vis the plaintiffs has occurred (in accord with the Court's express directives and approval) in Phase One, and, to this point, in Phase Two;  the circumstances under which this "Limited" B3 Discovery Track was originally commenced; and the diversion of limited time and resources to assist the defendants in an enormous and unnecessary fishing expedition, as we rapidly approach the February trial date.

Given the current circumstances, (*e.g.* the resolution of the State Court post-spill exposure cases that were set for trial, and the delays in Phase Two discovery), we believe that the motions, and associated limited discovery period, can and should be deferred.

Alternatively, as the Plaintiffs initially suggested:  Allow the B3 Responder Defendants to file their motions, and, in the event that we deem it necessary and appropriate (and possible) to solicit and obtain affidavits or other documents in response to such motions which have not already been produced, then the Reply period would be extended to allow the B3 Responder Defendants to take limited depositions or other appropriate discovery surrounding such facts or allegations.

If they are correct that there is no genuine issue of material fact with respect to their preemption defense or right to derivative immunity, then this is all a moot issue anyway.

Respectfully submitted,
Plaintiffs' Liaison Counsel


**From:** Grabill, Jeremy [mailto:jeremy.grabill@weil.com]
**Sent:** Wednesday, January 25, 2012 2:23 PM
**Subject:** MDL 2179 - Letter from Clean-Up Responder Defendants

Dear Judge Shushan,

Pursuant to your instruction at the end of last week's Working Group conference, attached please find a letter from my colleague Michael Lyle regarding an issue that has arisen in connection with the Court-ordered limited B3 discovery. To the extent that this issue is not already on the agenda for this Friday's Working Group conference, we would respectfully request that it be added.

Respectfully submitted,

Jeremy Grabill



**Jeremy T. Grabill**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
jeremy.grabill@weil.com
+1 212 310 8717 Direct
+1 212 310 8007 Fax

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.


CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.