UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * | CIVIL ACTION NO. 2:10-MDL-02179 |
| This Document Relates to: 10-8888 | * * * | SECTION "J" JUDGE BARBIER |
| | * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR CLAIMANTS

Now into Court, come counsel of record Martins I. Imudia, Martins I Imudia & Associates, Terrence J. Lestelle, Andrea S. Lestelle, Jeffery B. Struckhoff and Richard M. Morgain, Lestelle & Lestelle, A Professional Law Corporation, who hereby request that they be permitted to withdraw as counsel of record for the following clients in this action in accordance with LR 83.2.11:

| Name | Address | Document No | Telephone No |
|---|---|---|---|
| Bernadine Dwyer | 3301 Hyman Place, New Orleans, LA 70131 | 52555 | (504) 610-3132 |
| Okon Eduok | 7931 Chef Menteur Hwy. New Orleans, LA 70126 | 52579 | (504) 355-7091 |
| Kevin Hughes | 600 Deerfield Road, Terrytown, LA 70056 | 48204 | (504) 377-0539 |
| Walner Marceus | 420 Commerce Street Gretna, LA 70056 | 71046 | (504) 333-9711 |
| Saint Louis Oxy | 733 Carrollwood Vill. Dr., Gretna, LA 70056 | 49514 | (504) 251-2736 |
| Carl Porter | 12345 I-10 Service Road New Orleans, LA 70128 | 52869 | (504) 939-4484 |

Clients have received letters notifying them of deadlines and pending court appearances in the above-entitled action(s).

                                        Respectfully Submitted,

                                       _s/ Martins I. Imudia_____
                                       Martins I. Imudia-24809
                                       Martins I. Imudia & Associates, APLC
                                       3105 David Drive
                                       Metairie, Louisiana 70003
                                       Telephone:  (504) 885-0015
                                              and
                                       Terrence J. Lestelle-8540
                                       Andrea S. Lestelle-8539
                                       Jeffrey B. Struckhoff-30173
                                       Richard M. Morgain-32603
                                       Lestelle & Lestelle, APLC
                                       3421 N. Causeway Boulevard,
                                       Suite 602
                                       Metairie, Louisiana 70002
                                       Telephone: 504-828-1224

                                       **ATTORNEYS FOR PLAINTIFF**


## CERTIFICATE OF SERVICE

     I hereby certify that on this  _26th_  day of  _January 2012_, a copy of the foregoing has been served upon client and counsel of record in this action by electronic service through the Court's CM/ECF.

                                        _s/ Martins I. Imudia_____
                                        Martins I. Imudia