# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois  60654

| | | |
|---|---|---|
| J. Andrew Langan, P.C.<br>To Call Writer Directly:<br>(312) 862-2064<br>andrew.langan@kirkland.com | (312) 862-2000<br><br>www.kirkland.com | Facsimile:<br>(312) 862-2200 |

January 25, 2012

**VIA E-MAIL**

The Honorable Sally Shushan
United States Magistrate Judge
United States District Court
500 Poydras Street
New Orleans, LA  70130

   Re: In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico
     on April 20, 2010, MDL No. 2179

Dear Judge Shushan:

  BP joins Cameron's request for clarification of the Court's Order regarding the use of withdrawn expert opinions and reports at trial where the expert is listed on the retaining party's witness list.  (1/25/12 D. Beck Letter; Rec. Doc. 5327 at 5-6)  BP agrees with Cameron that Parts 2 and 3 of the Court's Order should be clarified to provide that expert reports and opinions that have been withdrawn may be admissible solely for use as proper impeachment or in cross-examination of the retaining party's expert.

  A party should not be permitted to introduce in its case-in-chief another party's expert's withdrawn report or opinions.  As described in Cameron's letter, such a rule would allow a party to circumvent threshold requirements of admissibility and permit the admission of improper hearsay, in contravention of Federal Rules of Evidence 104, 702, and 802.  In addition, allowing a party to offer withdrawn opinions of another party's expert in its case-in-chief would undermine the retaining party's ability to control the presentment of its case, prejudice the retaining party, allow improper free-riding, prolong the trial, and discourage future settlements.

  BP respectfully joins Cameron's request for clarification of the Court's Order with respect to a party's ability to introduce into evidence expert opinions or reports that have been withdrawn where that expert was included on the retaining party's witness list.  Such opinions and reports should be admissible only for use as proper impeachment or in cross-examination of the retaining party's expert.

## KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
January 25, 2012
Page 2

                                            Respectfully submitted,

                                            /s/  J. Andrew Langan, P.C.

cc:	Plaintiffs' Liaison Counsel
	Defense Liaison Counsel
	Mike Underhill
	Hon. Attorney General Luther Strange
	Corey Maze