

SCOTT C. BARNES
BRIAN H. BARR
M. ROBERT BLANCHARD
BRANDON L. BOGLE
VIRGINIA M. BUCHANAN
WILLIAM F. CASH III
RACHAEL R. GILMER
KRISTIAN KRASZEWSKI
KIMBERLY R. LAMBERT
FREDRIC G. LEVIN
MARTIN H. LEVIN

ROBERT M. LOEHR
KATHERINE McFARLAND
NEIL E. McWILLIAMS, JR.
Wm. JEMISON MIMS, JR.
CLAY MITCHELL
R. LARRY MORRIS
K. LEA MORRIS
PETER J. MOUGEY
DANIEL A. NIGH
TIMOTHY M. O'BRIEN
MIKE PAPANTONIO

ROBERT E. PRICE
MARK J. PROCTOR
TROY A. RAFFERTY
MATTHEW D. SCHULTZ
AMANDA R. SLEVINSKI
W. CAMERON STEPHENSON
LEO A. THOMAS
BRETT VIGODSKY
AARON L. WATSON

OF COUNSEL:
ROBERT F. KENNEDY, JR.
(LICENSED ONLY IN NEW YORK)

BEN W. GORDON, JR.

LEFFERTS L. MABIE, JR. (1925-1996)
D.L. MIDDLEBROOKS (1926-1997)
DAVID H. LEVIN (1928-2002)
STANLEY B. LEVIN (1938-2009)

January 26, 2012

**VIA ELECTRONIC MAIL**
The Honorable Sally Shushan
United States District Court
Eastern District of Lousiana
500 Poydras Street, Room B-345
New Orleans, Louisiana  70130

  Re:  MDL Phase 2 Discovery – Rule 30(b)(6) Notices

Dear Judge Shushan:

  From the PSC's perspective, the parties have worked diligently to resolve all of the various issues with the draft 30(b)(6) notices.  The PSC was responsible for preparing and serving (to the extent service was required) the following notices:

1) BP
2) Anadarko
3) Halliburton
4) Cameron
5) Exxon
6) Schlumberger
7) Stress Engineering
8) Oceaneering

  The PSC believes all issues regarding the 30(b)(6) notice to BP have been resolved other than two.  The first issue is BP's objection to Topic 1 which has been addressed by both parties in letters to the Court.  The other issue is the PSC's request for a records custodian who can testify on issues pertaining to whether documents are business records of BP and the authenticity of documents produced by BP.

  As to Halliburton, the PSC believes that all issues have been resolved with counsel, and we are awaiting client approval.  For Anadarko, the PSC believes the majority of issues are resolved, but there remain a few that will require action from the Court.  Our intent is to serve the request upon Anadarko (through counsel), and Anadarko will state its objection.  At that point, the issue will be ripe for the Court, and we can proceed. Handling in this manner will allow the parties to proceed forward on the issues for which

there is no objection.  Finally, as to Cameron, the PSC has reached an agreement as to the topics and scope of the proposed notice.

      As to third parties, the PSC has received objections from Wild Well Control and Cudd Well Control (through Anadarko) and are working on resolving those objections. We have served the remaining third party notices and have not heard from counsel for those entities.

                                                            Respectfully,

                                                            Brian H. Barr

OFFICE:  316 S. BAYLEN STREET  ·  SUITE 600  ·  PENSACOLA, FL 32502
CORRESPONDENCE:  P.O. BOX 12308  ·  PENSACOLA, FL 32591     CONTACT:  (850) 435-7000  ·  (850) 435-7020 FAX  ·  WWW.LEVINLAW.COM