UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

LAW OFFICE OF JIM DAVIS and
JIM DAVIS, INDIVIDUALLY                                       PLAINTIFFS

VERSUS                                         CIVIL ACTION NO: 11-2450

TRANSOCEAN, LTD., TRANSOCEAN
OFFSHORE DEEPWATER DRILLING,
INC., TRANSOCEAN DEEPWATER, INC.,
TRITON ASSET LEASING GMBH, TRITON
HUNGARY ASSET MANAGEMENT KFT,
TRANSOCEAN HOLDING, LLC, BP, PLC,
BP PRODUCTS OF NORTH AMERICA, INC.,
BP EXPLORATION & PRODUCTION, INC.,
HALLIBURTON ENERGY SERVICES, INC.,
SPERRY DRILLING SERVICES, WEATHERFORD
U.S. LLP, CAMERON INTERNATIONAL
CORPORATION d/b/a CAMERON SYSTEMS
CORPORATION , MI, LLC a/k/a MI SWACO,
ANADARKO PETROLEUM CORPORATION CO.,
ANADARKO E&P COMPANY, LP, MOEX OFFSHORE
2007 LLC, MOEX USA CORPORATION, AND
MITSUI OIL EXPLORATION CO., LTD.                              DEFENDANTS

IN RE: OIL SPILL BY THE OIL RIG "DEEP HORIZON" IN THE GULF OF
MEXICO ON APRIL 20, 2010 (MDL # 2179)

**MOTION FOR EXTENSION OF TIME TO PERFECT SERVICE**

COME NOW Plaintiffs, LAW OFFICE OF JIM DAVIS and JIM DAVIS, individually, *pro se,* and move the Court for a thirty (30) day extension of time in which to perfect service on Defendants in this cause and in support of said motion would show unto the Court as follows, to-wit:

1. On September 28, 2011, Plaintiffs filed their Complaint, and Summonses were issued on September 30, 2011.

2. When the issued Summonses were returned to the office of the Plaintiffs they were received and subsequently mis-filed by a temporary staff assistant instead of

being served on the Defendants.

3. Plaintiff JIM DAVIS is a practicing criminal defense attorney in the State of Mississippi with a routinely heavy trial schedule, and at the time the issued Summonses were sent to his office he was involved in an appeal to the 5th Circuit Court of Appeals and an appeal to the Mississippi Supreme Court, in addition to his usual caseload. Plaintiff failed to note that his Defendants had not been served until the Summonses were found in the wrong file this past weekend during a review of less-active files.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs, LAW OFFICE OF JIM DAVIS and JIM DAVIS, individually, request a thirty (30) day extension of time in which to perfect service on Defendants herein.

RESPECTFULLY SUBMITTED this 23rd day of January, 2012.

                                                LAW OFFICE OF JIM DAVIS and JIM
                                                DAVIS, Individually, Plaintiffs

By: *[signature]*
JIM DAVIS, *Pro Se*
MSB #5830
1904 24th Avenue
P.O. Box 1839
Gulfport, MS 39502
Phone: 228-864-1588
Fax: 228-863-5008