# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LAW OFFICE OF JIM DAVIS and JIM DAVIS, INDIVIDUALLY** | **PLAINTIFFS** |
| **VERSUS** | **CIVIL ACTION NO: 11-2450** |
| **TRANSOCEAN, LTD., Et Al,** | **DEFENDANTS** |

### IN RE: OIL SPILL BY THE OIL RIG "DEEP HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 (MDL # 2179)

### ORDER GRANTING MOTION FOR EXTENSION OF TIME TO PERFECT SERVICE

THIS DAY this cause came on motion of the Plaintiffs for a thirty (30) day extension of time in which to perfect service in this matter and the Court, having considered same, does find that said motion is well-taken and should be sustained.

IT IS HEREBY ORDERED that Plaintiffs are allowed thirty (30) days from the date of this Order to perfect service on the Defendants herein.

New Orleans, Louisiana, this ___ day of _____, 20___.

_____
United States District Judge

___ Fee _____
___ Process _____
_x_ Dktd _____
_v_ CtRmDep _____
___ Doc. No. _____