UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| *All cases* | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

Before the Court is the Weatherford entities' Motion for Leave to file a Memorandum in excess of page limits (Rec. Doc. 5349), which relates to its Motion for Summary Judgment on all Claims (*See* Rec. Doc. 5347).  Before ruling on the Motion for Leave, the Court requests statements from any party that intends to oppose the Motion for Summary Judgment on all Claims.  Therefore,

**IT IS ORDERED** that, by Wednesday, February 1, 2012, any party that intends to oppose Weatherford's Motion for Summary Judgment shall submit to the Court a short letter stating its intent to do so.[1]  If the Court does not receive any such letters, Weatherford's Motion for Summary Judgment will be considered unopposed.  If it appears there are parties that intend to oppose Weatherford's Motion for Summary Judgment, then the Court will rule upon the Ex Parte Motion for Leave to file a Memorandum in excess of page limits.

New Orleans, Louisiana, this 26th day of January, 2012.

United States District Judge

---

[1] For clarity, this letter should merely state that a party genuinely intends to oppose Weatherford's Motion for Summary Judgment.  The letter need not address the merits of Weatherford's Motion for Summary Judgment.