AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

Eastern      DISTRICT OF      Louisiana

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] USDC EDLA 10-md-2179

TO: Nathaniel J. Chaisson
107 Fitzgerald Street
Lafayette, LA 70501-1803

☑ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| Eastern District of Louisiana<br>500 Poydras Street<br>New Orleans, LA 70130 | Judge Barbier - Room C268 |
| | DATE AND TIME |
| | 2/27/2012 9:00 am |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| U.S. Government Coordinating Counsel | 1/24/2012 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
R. Michael Underhill, U.S. Department of Justice
400 Poydras Street 9th Floor New Orleans, LA 70130 (504) 299-3040

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 12/06) Subpoena in a Civil Case

| | | PROOF OF SERVICE | |
|---|---|---|---|
| | DATE | PLACE | |
| SERVED | 107 Fitzgerald ST 1/26/12 | Lafayette LA 107 Fitzgerald Laf LA | |
| SERVED ON (PRINT NAME) | | MANNER OF SERVICE | |
| NAthaniel J. Chaisson | | X Personal | |
| SERVED BY (PRINT NAME) | | TITLE | |
| Luis Padilla | | Process Server | |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 1/26/12

SIGNATURE OF SERVER

400 Pershing Hwy
ADDRESS OF SERVER
Sunset LA 70584

Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), as amended on December 1, 2006:

[Rule 45 text illegible]

11/08/2008 16:08 3375625833 LOUIE PADILLA PAGE 02/02