UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * | CIVIL ACTION NO. 2:10-MDL-02179 |
| This Document Relates to: 10-8888 | * * * | SECTION "J" JUDGE BARBIER |
| | * * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR CLAIMANTS

Now into Court, come counsel of record Martins I. Imudia, Martins I Imudia & Associates, Terrence J. Lestelle, Andrea S. Lestelle, Jeffery B. Struckhoff and Richard M. Morgain, Lestelle & Lestelle, A Professional Law Corporation, who hereby request that they be permitted to withdraw as counsel of record for the following clients in this action in accordance with LR 83.2.11:

| Name | Address | Document No | Telephone No |
|---|---|---|---|
| Franchette Carzo | 1748 Timberlane Estate, Harvey, LA 70058 | 52617 | (504) 818-8620 |
| Yves Senatus | 606 Commerce Street Gretna, LA 70056 | 52948 | (504) 864-9469 |

Clients have received letters notifying them of deadlines and pending court appearances in the above-entitled action(s).

Respectfully Submitted,

 s/ Martins I. Imudia
Martins I. Imudia-24809
Martins I. Imudia & Associates, APLC
3105 David Drive
Metairie, Louisiana  70003
Telephone:  (504) 885-0015
        and
Terrence J. Lestelle-8540

>Andrea S. Lestelle-8539
>Jeffrey B. Struckhoff-30173
>Richard M. Morgain-32603
>Lestelle & Lestelle, APLC
>3421 N. Causeway Boulevard,
>Suite 602
>Metairie, Louisiana 70002
>Telephone: 504-828-1224

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    I hereby certify that on this  26th  day of  January 2012, a copy of the foregoing has been served upon client and counsel of record in this action by electronic service through the Court's CM/ECF.

>  s/ Martins I. Imudia
> Martins I. Imudia