UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL NO. 2179 SECTION: J JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO ALL ACTIONS | * * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**BP'S OBJECTIONS TO AND APPEAL FROM
MAGISTRATE JUDGE'S ORDER REGARDING
BP'S MOTION FOR SPOLIATION SANCTIONS [REC. DOC. 5307]**

Pursuant to 28 U.S.C. § 636(b)(1)(A), BP Exploration & Production Inc. objects to and appeals from the Magistrate Judge's Order entered January 20, 2012 [Rec. Doc. 5307] granting in part and denying in part BP's Motion for Spoliation Sanctions [Rec. Doc. 4799]. As more fully set forth in the accompanying Memorandum, BP argues that the Order is clearly erroneous and contrary to law to the extent that it concludes that BP has not demonstrated prejudice from Halliburton's destruction of the results of its own post-incident, non-privileged cement testing, and to the extent that it denies BP's request for spoliation sanctions pursuant to Fed. R. Civ. P. 37(b) and this Court's inherent authority over the civil discovery process.

Dated:  January 26, 2012                              Respectfully submitted,

/s/ Don K. Haycraft

| | |
|---|---|
| Robert C. "Mike" Brock | Don K. Haycraft (Bar #14361) |
| Covington & Burling LLP | R. Keith Jarrett (Bar #16984) |
| 1201 Pennsylvania Avenue, NW | Liskow & Lewis |
| Washington, DC 20004-2401 | 701 Poydras Street, Suite 5000 |
| Telephone:  202-662-5985 | New Orleans, Louisiana 70139-5099 |
| Facsimile:  202-662-6291 | Telephone:  504-581-7979 |
| | Facsimile:  504-556-4108 |
| | |
| Robert R. Gasaway | Richard C. Godfrey, P.C. |
| Jeffrey Bossert Clark | J. Andrew Langan, P.C. |
| Aditya Bamzai | Kirkland & Ellis LLP |
| Kirkland & Ellis LLP | 300 North LaSalle Street |
| 655 Fifteenth Street, NW | Chicago, IL 60654 |
| Washington, DC 20005 | Telephone:  312-862-2000 |
| Telephone:  202-879-5000 | Facsimile:  312-862-2200 |
| Facsimile:  202-879-5200 | |

***Attorneys for BP Exploration & Production Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 26th day of January, 2012.

/s/ Don K. Haycraft
Don K. Haycraft