UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | CIVIL ACTION NO. 2:10-MD-02179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: All Cases (including 10-2771) | JUDGE BARBIER MAG. JUDGE SHUSHAN |

PLAINTIFFS' MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b)

Plaintiffs and Claimants, who have claims due to the "Deepwater Horizon Oil Spill" respectfully move this Court to certify for interlocutory review this Court's January 18, 2012 Order [Doc. #5274] to the extent that the Court's order directs the GCCF to deposit 6% into the registry of the Court of the claimant's settlement due to the claimant filing a claim in the limitation proceedings or that claimants' attorney may have other cases filed in this MDL.

For the reasons more fully set forth in the attached Memorandum In Support Of Motion For Certification Of Interlocutory Appeal Under 28 U.S.C. § 1292(b), it is respectfully submitted that the Court's January 18, 2012 Order [Doc. #5274] "involves a controlling question of law as to which there is substantial ground for difference of opinion and . . . an immediate appeal from the order may materially advance the ultimate termination of the litigation." 28 U.S.C. § 1292(b).

Date: January 26, 2012                               Respectfully submitted,

                                                     /s/ Daniel E. Becnel, Jr.
                                                     Daniel E. Becnel, Jr. (2926)
                                                     Salvadore Christina, Jr. (27198)
                                                     Will Percy (01532)
                                                     BECNEL LAW FIRM, LLC
                                                     106 W. SEVENTH ST.
                                                     P.O. DRAWER H
                                                     RESERVE, LA 70084

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL2179, on this 26th day of January, 2012.


                              /s/ Daniel E. Becnel, Jr.
                              Daniel E. Becnel, Jr.