UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010. | : MDL NO. 2179<br>:<br>: SECTION J<br>:<br>: |
| | | : JUDGE BARBIER |
| This document relates to: 10-CV-3093 | | : MAG. JUDGE SHUSHAN |

## MOTION FOR LEAVE TO WITHDRAW

COMES NOW the undersigned attorney, and respectfully moves the Court for leave to withdraw as attorney for Patricia J. Donoghue only, in the instant cause, and as grounds therefor, submits the following:

1. Professional considerations require termination of the representation of Patricia J. Donoghue.

2. Attorneys' withdrawal would not cause material adverse effect on the interests of Patricia J. Donoghue if this Court granted her sixty (60) days to obtain new counsel or prepare to proceed pro se.

WHEREFORE, Jack De La Piedra prays that this Court will enter an Order allowing withdrawal of Jack De Le Piedra and McKenzie, Hall & De La Piedra, P.A., as counsel for Patricia J. Donoghue and allow Patricia J. Donoghue sixty (60) days to retain alternate counsel.

Respectfully submitted on this 27th day of JANUARY, 2012.

_____
Patricia J. Donoghue

_____
Jack E. De La Piedra
Florida Bar No. 0020852
**McKenzie, Hall & De La Piedra, P.A.**
905 East Hatton Street
Pensacola, Florida 32503-3931
Telephone: (850) 432-2856
Facsimile: (850) 202-2012
Email: jd@mckenzielawfirm.com
Attorney for Patricia J. Donoghue

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Leave to Withdraw has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and upon Patricia J. Donoghue, 29440 Forrestal Avenue, Big Pine Key, Florida 33043, by placing a copy of the same in the U. S. Mail, properly addressed and First Class Postage prepaid on this 27th day of JANUARY, 2012.

Jack E. De La Piedra
Florida Bar No. 0020852
**McKenzie, Hall & De La Piedra, P.A.**
905 East Hatton Street
Pensacola, Florida 32503-3931
Telephone:   (850) 432-2856
Facsimile:   (850) 202-2012
Email: jd@mckenzielawfirm.com
Attorney for Patricia J. Donoghue