UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig | MDL NO. 2179 |
| "Deepwater Horizon" in the | SECTION: J |
| Gulf of Mexico, on | JUDGE BARBIER |
| April 20, 2010 | MAG. JUDGE SHUSHAN |

This Document Relates to: 10-2771

### ORDER

CONSIDERING THE FOREGOING Motion to Withdraw as Counsel of Record as to Eddie Bill Brown;

IT IS ORDERED that Jerome H. Moroux and Broussard & David be allowed to withdraw as counsel of record for EDDIE BILL BROWN in the above captioned matter.

THUS DONE AND SIGNED at New Orleans, Louisiana this 27th day of January, 2012.

_____
United States District Judge