UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | CIVIL ACTION NO. 2:10-MDL-02179 SECTION "J" |
| This Document Relates to: 10-8888 | * * * | JUDGE BARBIER MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record for

Bernadine Dwyer (52555);

Okon Eduok (52579);

Kevin Hughes (48204);

Walner Marceus (71046);

Saint Louis Oxy (49514); and

Carl Porter (52869).

**IT IS ORDERED** that Martins I. Imudia, Martins I Imudia & Associates, Terrence J. Lestelle, Andrea S. Lestelle, Jeffery B. Struckhoff, and Richard M. Morgain, Lestelle & Lestelle, A Professional Law Corporation, are hereby withdrawn as counsel of record for

Bernadine Dwyer (52555);

Okon Eduok (52579);

Kevin Hughes (48204);

Walner Marceus (71046);

Saint Louis Oxy (49514); and

Carl Porter (52869).

New Orleans, Louisiana, this 27th day of January , 2012.

_____
**U.S. DISTRICT COURT JUDGE**