IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 SECTION: J |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

**DRIL-QUIP, INC.'S MOTION FOR CONFIRMATION OF
NON-APPLICABILITY OF PRESERVATION OF EVIDENCE
OBLIGATIONS AS TO CERTAIN NON-EVIDENTIARY ITEMS**

Dril-Quip, Inc. ("Dril-Quip") respectfully moves this Court for an Order in the form submitted herewith confirming the non-applicability of Dril-Quip's preservation-of-evidence obligations set for the in Pretrial Order No. 1 to certain non-evidentiary items of equipment.

This Motion is similar to the motions brought by BP America, Inc., BP America Production Company, and BP Exploration & Production Inc. (collectively "BP") that produced this Court's Orders on November 19, 2010, January 28, 2011, February 25, 2011 and July 8, 2011. *See* Record Doc. Nos. 780, 1081, 1379, and 3195. The July 8, 2011 Order governs the disposition of BP systems and equipment components that were formerly associated with BP's spill response, but nonetheless lacked evidentiary value. Dril-Quip now respectfully brings this Motion to govern the following Dril-Quip equipment and tools that were formerly associated with BP's spill response, but nonetheless lack evidentiary value:

(1) Equipment/Shipping Baskets used to return tools and equipment staged for and used in Macondo relief operations;

(2) Dril-Quip rental tools and customer supplied interface equipment used in connection with Macondo relief operations;

(3) Unused Dril-Quip rental tools and BP supplied interface equipment staged for potential use in Macondo relief operations.

For the reasons more fully set forth in the attached Memorandum in Support, Dril-Quip respectfully submits that its Motion should be granted so that Dril-Quip may reuse, recycle, or otherwise dispose of these equipment and tools – all of which lack significant evidentiary value. Dril-Quip proposes in its Motion that, out of an abundance of caution all such items shall be photographed and made available for inspection by each party to this litigation for a period of no less than five (5) business days prior to reuse, recycling, or other disposition by Dril-Quip. Accordingly, Dril-Quip respectfully requests that this Court enter an Order in the form submitted herewith.

Date:   January 27, 2012

                                  Respectfully submitted,

                                  **WARE, JACKSON, LEE & CHAMBERS, LLP**

                                  BY:  /s/ C. Dennis Barrow, Jr.
                                      Don Jackson
                                      Texas Bar No. 10476000
                                      Fed ID No. 6915
                                      C. Dennis Barrow, Jr.
                                      Texas Bar No. 00796169
                                      Fed ID No. 20624
                                      2929 Allen Parkway, 42nd Floor
                                      Houston, TX 77019
                                      Phone: (713) 659-6400
                                      Fax:(713) 659-6262
                                      Counsel for Defendant, Dril-Quip, Inc.

3

**CERTIFICATE OF SERVICE**

      I certify that the above and foregoing document will be served on all counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this January 27, 2012.

      /s/ C. Dennis Barrow, Jr._____
      C. Dennis Barrow, Jr.