IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |

**DRIL-QUIP, INC.'S MEMORANDUM IN SUPPORT OF MOTION
FOR CONFIRMATION OF NON-APPLICABILITY OF PRESERVATION
OF EVIDENCE OBLIGATIONS AS TO CERTAIN NON-EVIDENTIARY ITEMS**

Dril-Quip, Inc. ("Dril-Quip") submits this Memorandum in Support of Dril-Quip's Motion, which respectfully seeks confirmation of the non-applicability of Pretrial Order No. 1's preservation-of-evidence obligations as applied to certain equipment items lacking evidentiary value.

On November, 19, 2010, January 28, 2011, February 25, 2011 and July 8, 2011, this Court entered Orders granting BP America Inc., BP America Production Company, and BP Exploration & Production Inc.'s, (collectively, "BP's") First, Second, Third, and Fourth Motions for Confirmation of Non-Applicability of Preservation of Evidence Obligations as to Certain Subpoenaed Items and Certain Non-Evidentiary Items (Document Nos. 780, 1081, 1379, and 3195) (the "First BP Confirmation Order," the "Second BP Confirmation Order," the "Third BP Confirmation Order," the "Fourth BP Confirmation Order," and together, the "BP Confirmation Orders"). Dril-Quip agrees that the BP Confirmation Orders prescribed a common sense procedure for the disposition of equipment bereft of evidentiary value. The items covered by the BP Confirmation Orders include items and specific systems that were deployed for use in the

Macondo response and items and systems that were staged for deployment but never actually deployed for the Macondo response.

The procedure set out in the Confirmation Orders has proven effective in permitting disposition of non-evidentiary equipment without prejudice to any party. Specifically, the procedures permitted under the Confirmation Orders authorizes the routine release of equipment items, provided that MDL parties are notified regarding the contemplated release; the items are photographed; and the items are made available for inspection by MDL parties for five (5) business days prior to release.

Accordingly, Dril-Quip hereby moves for an Order permitting the release of equipment lacking evidentiary value.  Dril-Quip proposes using the "disclose, photograph, inspect" regime established by previous orders of the Court.  This Motion seeks the release of the following items and systems: (1) Equipment/Shipping Baskets used to return tools and equipment to Dril-Quip from Macondo relief operations; (2) Dril-Quip rental tools and customer supplied interface equipment used in connection with Macondo relief operations, and (3) unused Dril-Quip rental tools and customer supplied interface equipment staged for potential use in Macondo relief operations.

In advance of this filing, Dril-Quip shared drafts of this Motion with the appropriate liaison counsel, including counsel for the United States and the States, and no party has opposed entry of the proposed Order releasing these items.  Dril-Quip will make these items available for inspection beginning the week of January 23, 2012, and Dril-Quip will continue to make these items available for five days after entry of the proposed Order.  Dril-Quip produced photos of these items during the week of January 23, 2012.

# ARGUMENT

Dril-Quip has gone to substantial lengths and incurred significant costs to retain physical items of equipment relating to the *Deepwater Horizon* incident and associated response efforts. As this Court has recognized in granting other parties' similar motions, a substantial amount of the material that has been retained by the parties has little or no evidentiary value, and Dril-Quip's interests, as well as the interests of others, can best be served by permitting Dril-Quip to put those items to other uses. The specific tools and customer supplied interface equipment that are the subject of this Motion are described as follows:

| ITEM | QUANTITY | DESCRIPTION/FUNCTION | RENTAL NO. | PART NO. | SERIAL NO. | CUSTOMER PROPERTY NO. | STATUS |
|---|---|---|---|---|---|---|---|
| 1 | 1 | **4' X 50' Equipment Basket** - Used in return/storage of Items 1 – 7 (Rented by Dril-Quip from Workover Equipment Co.) | WE 7897 | N/A | N/A | N/A | Used |
| 2 | 1 | **Shipping Basket** – Used in return/storage of Items 9 - 12 (Note: Owned by Dril-Quip) | R87-1212 | 2-9800818-02 | N/A | N/A | Used |
| 3 | 1 | **Lead Impression Tool** - Used to establish the elevation of the casing hanger in the wellhead. | R97-1299 | 420155-02 | 00180604-01 | N/A | Used downhole |
| 4 | 1 | **Cross-Over** - Used to interface thread on Dril-Quip tool to thread on Customer drill pipe. | AC 18295 | N/A | N/A | N/A | Used downhole |
| 5 | 1 | **Test Sub** – Used on Lead Impression Tool and Lock Down Sleeve Running Tool to prevent pulling a wet string. | R98-1614 | 2-402385-02 | 00148120-01 | N/A | Used downhole |
| 6 | 1 | **Height Gage Tool** – Used to confirm/transfer measurement from Lead Impression Tool to Lock Down Sleeve | R98-1643 | 2-403523-02 | 00129492-01 | N/A | Used on rig floor |
| 7 | 1 | **Lead Impression Tool** - Used to establish the elevation of the casing hanger in the wellhead. | R97-1207 | 420155-02 | 00178489-01 | N/A | Unused back-up |

3

| 8 | 1 | **Lock Down Sleeve** – Used to lock the 18-3/4" casing hanger and wellhead seal assembly in the wellhead | N/A | 2-405419-02 | Y8493-01 | CP8723-01 | Unused back-up |
|---|---|---|---|---|---|---|---|
| 9 | 1 | **Lock Down Sleeve** – Used to lock the 18-3/4" casing hanger and wellhead seal assembly in the wellhead | N/A | 2-405419-02 | Y8493-02 | CP8724-01 | Unused back-up |
| 10 | 1 | **Lock Down Sleeve Seal Assembly** – Used to seal the lock down sleeve to the casing hanger | N/A | 2-403326-02 | 00160643-04 | N/A | Unused back-up |
| 11 | 1 | **Lock Down Sleeve Seal Assembly** – Used to seal the lock down sleeve to the casing hanger | N/A | 2-403326-02 | Y9431-11 | N/A | Unused back-up |
| 12 | 1 | **Cross-Over** – Used to interface thread on Dril-Quip tool to thread on Customer drill pipe. | AC 18388 | N/A | N/A | N/A | Not used |

Out of an abundance of caution, Dril-Quip has photographed the items described in this Motion and made those photographs available to all parties to MDL 2179. Moreover, Dril-Quip has made all of these items available for inspection, and plans to make these items available for an additional inspection period at a secure location for a period of five business days after the entry of the proposed Order in the event that any interested parties wish to request additional inspections.

Dril-Quip respectfully requests, that if no party raises an objection to the release and reuse of such item(s) before the close of the five day inspection period, then the items shall be confirmed and consented-to as falling outside the scope of Dril-Quip's preservation of evidence obligations set forth in Paragraph 14 of Pretrial Order No. 1. If, for whatever reason, a party requests a further hold of a specific item during the five day period, then Dril-Quip and the party will work to resolve the issue as to the specific item at issue, with the assistance as necessary of this Court.

Date:   January 27, 2012

                                        Respectfully submitted,

                                        **WARE, JACKSON, LEE & CHAMBERS, LLP**

                                        BY:   /s/ C. Dennis Barrow, Jr.
                                               Don Jackson
                                               Texas Bar No. 10476000
                                               Fed ID No. 6915
                                               C. Dennis Barrow, Jr.
                                               Texas Bar No. 00796169
                                               Fed ID No. 20624
                                               2929 Allen Parkway, 42nd Floor
                                               Houston, TX 77019
                                               Phone: (713) 659-6400
                                               Fax:(713) 659-6262
                                               Counsel for Defendant, Dril-Quip, Inc.

## CERTIFICATE OF SERVICE

     I certify that the above and foregoing document will be served on all counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this January 27, 2012.

                                               /s/ C. Dennis Barrow, Jr.
                                               C. Dennis Barrow, Jr.