IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |

## PROPOSED ORDER

CONSIDERING THE FOREGOING Motion for Confirmation of Non-Applicability of Preservation of Evidence Obligations as to Certain Non-Evidentiary Items filed by Dril-Quip, Inc.;

IT IS ORDERED that the motion is GRANTED;

IT IS FURTHER ORDERED that Dril-Quip may recycle, reuse or otherwise dispose of each item described below provided that (i) Dril-Quip has made or shall make all such items available for inspection by any party to this litigation at a secure location for a period of no fewer than five (5) business days following entry of this Order; (ii) Dril-Quip has caused or shall cause photographs of all such items to be taken and made available to all parties to this litigation; and (iii) in the event that a party to the litigation notifies Dril-Quip in writing or by e-mail that the party objects to confirming the non-applicability of Dril-Quip's preservation-of-evidence obligations as to a specific item on or before January 27, 2012, Dril-Quip shall retain the item at a secure location pending resolution of the issue by the parties and/or this Court.

The items/equipment subject to this order are described as follows:

| ITEM | QUANTITY | DESCRIPTION/FUNCTION | RENTAL NO. | PART NO. | SERIAL NO. | CUSTOMER PROPERTY NO. | STATUS |
|---|---|---|---|---|---|---|---|
| 1 | 1 | **4' X 50' Equipment Basket** - Used in return/storage of Items 1 – 7 (Rented by Dril-Quip from Workover Equipment Co.) | WE 7897 | N/A | N/A | N/A | Used |
| 2 | 1 | **Shipping Basket** – Used in return/storage of Items 9 - 12 (Note: Owned by Dril-Quip) | R87-1212 | 2-9800818-02 | N/A | N/A | Used |
| 3 | 1 | **Lead Impression Tool** - Used to establish the elevation of the casing hanger in the wellhead. | R97-1299 | 420155-02 | 00180604-01 | N/A | Used downhole |
| 4 | 1 | **Cross-Over** - Used to interface thread on Dril-Quip tool to thread on Customer drill pipe. | AC 18295 | N/A | N/A | N/A | Used downhole |
| 5 | 1 | **Test Sub** – Used on Lead Impression Tool and Lock Down Sleeve Running Tool to prevent pulling a wet string. | R98-1614 | 2-402385-02 | 00148120-01 | N/A | Used downhole |
| 6 | 1 | **Height Gage Tool** – Used to confirm/transfer measurement from Lead Impression Tool to Lock Down Sleeve | R98-1643 | 2-403523-02 | 00129492-01 | N/A | Used on rig floor |
| 7 | 1 | **Lead Impression Tool** - Used to establish the elevation of the casing hanger in the wellhead. | R97-1207 | 420155-02 | 00178489-01 | N/A | Unused back-up |
| 8 | 1 | **Lock Down Sleeve** – Used to lock the 18-3/4" casing hanger and wellhead seal assembly in the wellhead | N/A | 2-405419-02 | Y8493-01 | CP8723-01 | Unused back-up |
| 9 | 1 | **Lock Down Sleeve** – Used to lock the 18-3/4" casing hanger and wellhead seal assembly in the wellhead | N/A | 2-405419-02 | Y8493-02 | CP8724-01 | Unused back-up |
| 10 | 1 | **Lock Down Sleeve Seal Assembly** – Used to seal the lock down sleeve to the casing hanger | N/A | 2-403326-02 | 00160643-04 | N/A | Unused back-up |

2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11 | | **Lock Down Sleeve Seal Assembly** – Used to seal the lock down sleeve to the casing hanger | N/A | 2-403326-02 | Y9431-11 | N/A | Unused back-up |
| 12 | 1 | **Cross-Over** – Used to interface thread on Dril-Quip tool to thread on Customer drill pipe. | AC 18388 | N/A | N/A | N/A | Not used |

THUS DONE AND SIGNED, this \_\_\_\_\_ day of _____, 2012, at New Orleans, Louisiana.

_____
**HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE**

3