IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § | MDL NO. 2179 SECTION: J JUDGE BARBIER |
| This document relates to: *Roshto v. BP Exploration & Production, et al* (No. 2:11-cv-2521, E.D. La) | § § § | MAG. JUDGE SHUSHAN |

## ORDER

The Court has considered Ronald Roshto's Motion to Dismiss With Prejudice and is of the opinion that her motion is meritorious. It is therefore **GRANTED.**

**IT IS THEREFORE ORDERED, ADJUDGED,** and **DECREED** that all actions brought by Ronald Roshto are hereby dismissed with prejudice. All parties shall bear their own costs.

New Orleans, Louisiana this 27th day of January, 2012.

_____
United States District Judge