UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
|    "Deepwater Horizon" in the Gulf | * | |
|    of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| *All cases* | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

IT IS ORDERED that any response briefs to BP's Objections to and Appeal from Magistrate Judge's Order Regarding BP's Motion for Spoliation Sanctions (Rec. Doc. 5454) shall be filed no later than Tuesday, January 31, 2012 at 5:00 p.m., and shall not exceed 3 pages.

New Orleans, Louisiana, this 27th day of January, 2012.

_____
United States District Judge