# CONFERENCE ATTENDANCE RECORD

DATE: 1-27-12   TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

(DISCOVERY STATUS CONFERENCE)

☞ **PRINT LEGIBLY**

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Don Godwin | Halliburton |
| Alan York | " |
| Jenny Martinez | " |
| Stefanie Major | " |
| Jeff Breit | PSC |
| L. Cunningham | PSC |
| Tony Fitch | Anadarko |
| Deb Kuchler | Anadarko |
| Corey May | Alabama |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Rachel Clingman | TO |
| Steve Roberts | TO |
| David Baay | TO |
| Brian Barr | PSC |
| Andy Langan | BP |
| Don Haycraft | BP |
| Deke Williams | PSC |
| Steve Herman | PSC |
| Mike Underhill | US |
| Phil Nizialek | MOEX |
| Carmelite Bertaut | Cameron |
| Phil Wittmann | Cameron |
| Gordon Young | USA |
| Doug Kraus | Louisiana |
| Becky Mowbray | Times-Picayune |
| Jim Roy | PSC |
| Will Bladen | WFT |

# CONFERENCE ATTENDANCE RECORD

DATE:_____    TIME:_____

CASE NAME:_____

DOCKET NUMBER & SECTION:_____

STATUS    PRELIMINARY    PRE-TRIAL    SETTLEMENT

# ☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Wayne Zeringue | WFT |
| ANTHONY IRPINO | PSC |
| Jimmy Williams | PSC |
| Rob Gasaway | BP |
| | |
| | |
| | |
| | |
| | |

David Beck for Cameron

Ky Kirby for Anadarko

Ted Skerities for O'Brien

Derick Benson for BP

Robin Hanger for DOJ

Todd Mariani for DOJ

Bill Stradley - 2185

Sarah Hemmelhock

Mark Nomilini

Ed Flanders