UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico on April 20, 2010 | * | SECTION "J" |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | |
| All Cases | * | MAGISTRATE NO. 1 |
| | * | MAGISTRATE SHUSHAN |
| *   *   *   *   *   *   *   *   *   *   *   * | | |

**OBJECTIONS OF ANADARKO PETROLEUM CORPORATION AND ANADARKO
E&P COMPANY LP TO PHASE ONE TRIAL WITNESS LISTS**

NOW INTO COURT, come Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP (together "Anadarko"), and respectfully submit their Objections to certain witnesses listed in the Phase One Trial Witness Lists of the other parties and, more specifically, to the trial witness lists of Halliburton Energy Services, Inc. ("HESI") [Rec. Doc. 5315], the Plaintiffs [Rec. Doc. 5314-1] and Transocean [Rec. Doc. 5318].

**Objections to HESI Trial Witness List**

Anadarko objects to HESI's designation of Anadarko employee Darrell Hollek as a Phase One Trial fact witness. HESI Witness List at 3. HESI's cross-claims against Anadarko for negligence, contribution and indemnity have all been dismissed in their entirety [Rec. Doc. 4642]. Moreover, this Court has held that Anadarko had no right of operational control over the activities on the leasehold, had no duty to intervene, was not negligent, and Anadarko therefore cannot be allocated any measure of fault. *E.g.,* B1 Order [Rec. Doc. 2830] at 27-29. Accordingly, and for the reasons set forth in Anadarko's pending Motion *in Limine* to Exclude Evidence Regarding the Anadarko Entities' Knowledge of or Access to Information about Well Design and/or Operations on the Macondo Prospect from the Limitation of Liability Trial

("Anadarko's Knowledge Motion *in Limine*") [Rec. Doc. 4319], Mr. Hollek's testimony is not relevant to any issue of fact to be addressed in Phase One.

### Objections to Plaintiffs' Combined Trial Witness List

Anadarko objects to the Plaintiffs' designation of James P. Lang as an expert witness for the United States, for all the reasons set forth in Anadarko's pending Motion to Exclude the Expert Testimony and Report of James P. Lang (under seal) [Rec. Doc. 5397], Anadarko's pending Knowledge Motion *in Limine* [Rec. Doc. 4319], and Anadarko's pending Motion *in Limine* to Strike and Preclude from Trial Certain Sections of the Rebuttal Expert Report of James P. Lang and Certain Opinions of James P. Lang [Rec. Doc. 5245].

Anadarko also objects to the Plaintiffs' designation of an unnamed Anadarko "records custodian" as a "may call" witness for the United States. Plaintiffs' Witness List at 2. No particular Anadarko records are specified, and it is therefore not possible to determine if the United States' designation relates to relevant evidence pertinent to issues to be addressed in Phase One. The United States' designation of an unknown Anadarko witness to testify about unspecified records is therefore impermissibly vague, ambiguous, and prejudicial to Anadarko.

### Objections to Transocean's Trial Witness List

Anadarko objects to those witnesses that appear on Transocean's Trial Witness List as "Witnesses Presented by Deposition Designations", Transocean Witness List at 3-4, to the extent that such witnesses are being presented, if at all, to provide testimony or other evidence that is the subject of Anadarko's pending Knowledge Motion *in Limine* (Rec. Doc. 4319) or that otherwise is for the purpose of revisiting this Court's prior rulings that Anadarko had no right of operational control over the activities on the leasehold, had no duty to intervene, was not negligent, and that Anadarko therefore cannot be allocated any measure of fault. *E.g.,* B1 Order

[Rec. Doc. 2830] at 27-29.  Anadarko further reserves, and does not waive, its objections to such deponent's testimony that it submitted in response to Transocean's designations.

                Respectfully submitted,

DATED:  January 27, 2012        BINGHAM McCUTCHEN LLP

/s/ *Ky E. Kirby*
Ky E. Kirby
ky.kirby@bingham.com
David B. Salmons
david.salmons@bingham.com
Michael B. Wigmore
michael.wigmore@bingham.com
Warren Anthony Fitch
tony.fitch@bingham.com
Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-0696

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on January 27, 2012.

DATED:  January 27, 2012

                                                  /s/ *Ky E. Kirby*
                                                     Ky E. Kirby