UNITED STATES DISTRICT OF COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179 SECTION: J JUDGE BARBIER |
| Applies to: ALL CASES AND 2:10-cv-2771 | § § § § | MAG. JUDGE SHUSHAN |

**HALLIBURTON ENERGY SERVICES, INC.'S OBJECTIONS TO OTHER PARTIES' LIVE WITNESS LISTS**

Pursuant to several prior Court Orders, most recently this Court's Working Group Conference Order and List of Deadlines (Dkt. 5327), Halliburton Energy Services, Inc. ("HESI") files the following objections to witnesses listed by other parties as those they anticipate calling live at trial:

| *Witness Name* | *Listing Party* | *Objection* |
|---|---|---|
| Fred Sabins (Fact – Will Call) | BP | HESI incorporates by reference its objections to the admissibility of any testimony from Fred Sabins as set out in its Motion in Limine to Exclude Testimony, Documents, and Other Evidence Reflecting Any Expert Opinion(s) of Fed Sabins or CSI Technologies, Inc. (Dkt. 5142) |
| William Wecker (Expert – Will Call) | BP | HESI incorporates by reference its objections to the admissibility of expert testimony from William Wecker as set out in its Motion to Exclude Testimony of Expert Witnesses and to Strike Expert Reports (Dkt. 5406) (sealed). |

| *Witness Name* | *Listing Party* | *Objection* |
|---|---|---|
| Kathleen Sutcliffe (Expert – Will Call) | BP | HESI incorporates by reference its objections to the admissibility of expert testimony from Kathleen Sutcliffe as set out in its Motion to Exclude Testimony of Expert Witnesses and to Strike Expert Reports (Dkt. 5406) (sealed). |
| Chuck Schoennagel (Expert – Will Call) | BP | HESI incorporates by reference its objections to the admissibility of expert testimony from Chuck Schoennagel as set out in its Motion to Exclude Testimony of Expert Witnesses and to Strike Expert Reports (Dkt. 5406) (sealed). |
| J. J. Azar (Expert – Will Call) | BP | HESI incorporates by reference its objections to the admissibility of expert testimony from J. J. Azar as set out in its Motion to Exclude Testimony of Expert Witnesses and to Strike Expert Reports (Dkt. 5406) (sealed). |
| Morten Haug Emilsen (Expert – Will Call) | BP | HESI incorporates by reference its objections to the admissibility of expert testimony from Morton Haug Emilsen as set out in its Motion to Exclude Testimony of Expert Witnesses and to Strike Expert Reports (Dkt. 5406) (sealed). |
| Unknown HESI Records Custodian (Fact – May Call) | PSC/USA | Subject to continuing efforts to amicably resolve document admissibility issues, HESI objects to the appearance of a documents custodian as a live witness. Further, without any indication as to the documents sought to be admitted through such a custodian, the request for such a witness is impermissibly vague and ambiguous. |
| Tommy Roth (Fact – Will Call) | BP, Cameron | HESI has previously agreed that Mr. Roth is subject to the Court's subpoena power, and lists him here only to note again that Mr. Roth has personal counsel who may or may not raise an objection to Mr. Roth's appearance at trial. |

HESI reserves the right to tender any other timely and appropriate objections to a live witness at trial at the time that witness is called. HESI further reserves the right to tender any further and additional objections to live trial witnesses for good cause shown.

Respectfully Submitted,

**GODWIN RONQUILLO PC**

**By:** /s/ *Donald E. Godwin*
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
DGodwin@GodwinRonquillo.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
BBowman@GodwinRonquillo.com
Jenny L. Martinez
State Bar No. 24013109
JMartinez@GodwinRonquillo.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
FHartley@GodwinRonquillo.com
Gavin E. Hill
State Bar No. 00796756
GHill@GodwinRonquillo.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

and

R. Alan York
State Bar No. 22167500
AYork@GodwinRonquillo.com
Jerry C. von Sternberg
State Bar No. 20618150
JVonSternberg@GodwinRonquillo.com
Misty Hataway-Coné
State Bar No. 24032277
MCone@GodwinRonquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Halliburton Energy Services, Inc.'s Objections to Other Parties' Live Witness Lists has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 27th day of January, 2012.

/s/ Donald E. Godwin
Donald E. Godwin