UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig　　　　　　　　MDL NO. 2179
　　　　"Deepwater Horizon" in the Gulf
　　　　of Mexico, on April 20, 2010　　　　　SECTION J

Applies to: *All Cases*　　　　　　　　　　　JUDGE BARBIER
　　　　　　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE SHUSHAN

**ORDER**

**[Regarding Daubert Motions]**

The Daubert motions, supporting memoranda, opposing memoranda and reply memoranda shall be unsealed and/or filed unsealed. Redacted memoranda shall be not be filed. All exhibits filed with the Daubert motions and memoranda related to the motions shall remain sealed or be filed under seal pending further order of the Court. Pursuant to this order, the following motions and memoranda are unsealed. The exhibits in support of the motions shall remain under seal.[1]

Rec. doc. 5391 (U.S. motion - Eric Gregory Childs), Rec. doc. 5396 (Weatherford motion - John Hughett, David Bolado and Gene Beck), Rec. doc. 5398 (Anadarko motion - James Lang), Rec. doc. 5400 (M-I motion - William Abel), Rec. doc. 5401 (M-I motion - Calvin Barnhill), Rec. doc. 5402 (M-I motion - Robert Bea and William Gale), Rec. doc. 5404 (MOEX motion - James Lang), Rec. doc. 5406 (Halliburton motion - William Wecker, Kathleen Sutcliffe, Chuck Schoennagel, J.J. Azar, and Morten Emilsen), Rec. doc. 5411 (Cameron motion - Gregg Perkin), Rec. doc. 5412 (Cameron motion - Talas Engineering), Rec. doc. 5413 (Cameron motion - Earl Shanks), Rec. doc. 5414 (Cameron motion - Arthur Zatarain), Rec. doc. 5415 (Cameron motion - Glen Stevick), Rec. doc. 5419 (BP motion - Robert Bea and William Gale), Rec. doc. 5420 (BP motion - Gene Beck),

---

[1] If the exhibits are used at trial they will not be treated as "confidential" or "highly confidential" except by order of the Court.

Rec. doc. 5421 (BP motion - Gene Benge), Rec. doc. 5422 (BP motion - Daniel Bolado), Rec. doc. 5423 (BP motion - Greg Childs), Rec. doc. 5424 (BP motion - Rory Davis), Rec. doc. 5425 (BP motion - Patrick Hudson), Rec. doc. 5426 (BP motion - Alan Huffman), Rec. doc. 5427 (BP motion - John Hughett), Rec. doc. 5428 (BP motion - Andrew Hurst), Rec. doc. 5429 (BP motion - Samuel Lewis), Rec. doc. 5430 (BP motion - David O'Donnell), Rec. doc. 5431 (BP motion - Greg Perkin), Rec. doc. 5432 (BP motion - David Pritchard), Rec. doc. 5433 (BP motion - Glen Stevick), Rec. doc. 5434 (BP motion - Richard Strickland), and Rec. doc. 5435 (BP motion - unreliable opinions on the failure of the primary cement job).

New Orleans, Louisiana, this 30th day of January, 2012.

**SALLY SHUSHAN**
**United States Magistrate Judge**