# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | CIVIL ACTION |
| "DEEPWATER HORIZON" IN THE | * | NO. 2:10-MDL-02179 |
| GULF OF MEXICO, ON APRIL 20, 2010 | * | |
| | * | SECTION "J" |
| This Document Relates to: 10-8888 | * | |
| | * | JUDGE BARBIER |
| | * | |
| | * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record for

Micheline Joseph (48568),

Nelson Virgil (49761), and

Austin Fleurigene (48188).

**IT IS ORDERED** that Martins I. Imudia, Martins I Imudia & Associates, Terrence J. Lestelle, Andrea S. Lestelle, Jeffery B. Struckhoff, and Richard M. Morgain, Lestelle & Lestelle, A Professional Law Corporation, are hereby withdrawn as counsel of record for

Micheline Joseph (48568)

Nelson Virgil (49761), and

Austin Fleurigene (48188)

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
**U.S. DISTRICT COURT JUDGE**