UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * CIVIL ACTION<br>* NO. 2:10-MDL-02179<br>*<br>* SECTION "J" |
| This Document Relates to: 10-8888 | * JUDGE BARBIER<br>*<br>* MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR CLAIMANTS

Now into Court, come counsel of record Martins I. Imudia, Martins I Imudia & Associates, Terrence J. Lestelle, Andrea S. Lestelle, Jeffery B. Struckhoff and Richard M. Morgain, Lestelle & Lestelle, A Professional Law Corporation, who hereby request that they be permitted to withdraw as counsel of record for the following clients in this action in accordance with LR 83.2.11:

| Name | Address | Document No | Telephone No |
|---|---|---|---|
| Micheline Joseph | 3443 Wall Blvd., New Orleans, LA 70114 | 48568 | (504) 250-3445 |
| Nelson Virgil | 528 Oakwood Drive Gretna, LA 70056 | 49761 | (504) 931-8439 |
| Austin Fleurigene | 2148 Esplanade Place Gretna, LA 70056 | 48188 | (504) 281-7732 |

Clients have received letters notifying them of deadlines and pending court appearances in the above-entitled action(s).

    Respectfully Submitted,

    _s/ Martins I. Imudia_____
    Martins I. Imudia-24809
    Martins I. Imudia & Associates, APLC
    3105 David Drive
    Metairie, Louisiana  70003
    Telephone:  (504) 885-0015

        and
Terrence J. Lestelle-8540
Andrea S. Lestelle-8539
Jeffrey B. Struckhoff-30173
Richard M. Morgain-32603
Lestelle & Lestelle, APLC
3421 N. Causeway Boulevard, Suite 602
Metairie, Louisiana 70002
Telephone: 504-828-1224

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    I hereby certify that on this __30th__ day of __January 2012__, a copy of the foregoing has been served upon client and counsel of record in this action by electronic service through the Court's CM/ECF.

    s/ Martins I. Imudia
    Martins I. Imudia