

January 27, 2012

Re:   MDL No. 2179
      In Re:  Oil Spill by the Oil Rig "Deepwater Horizon"
      In the Gulf of Mexico on April 20, 2010

Honorable Sally Shushan
Magistrate Judge
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room B-345
New Orleans, Louisiana 70130

Dear Judge Shushan:

Cameron submits this supplement to my letter dated January 25, 2012 regarding the use at trial of withdrawn expert opinions and the Court's Orders on this subject, R. Docs. 5327 and 5369.  As set out in the previous letter, Cameron respectfully requests clarification of these Orders to reflect that withdrawn expert opinions may only be used as rebuttal or impeachment evidence against the retaining party, and that the admissibility of withdrawn expert reports or portions thereof continue to be subject to the Federal Rules of Evidence and *Daubert*.

Cameron has submitted *Daubert* motions on several withdrawn or amended expert reports or opinions, including reports issued by BP's experts Arthur Zatarain and Forrest Earl Shanks, as well as Halliburton's Glen Stevick.  In the motions, Cameron submits that these withdrawn or amended opinions fail to meet the reliability standards set forth in *Daubert*, and that these experts lack the qualifications necessary to opine on their respective topics.

Because the *Daubert* motions should be considered on their merits, Cameron respectfully submits that the Court should include the requested limitation on the use of withdrawn or amended expert reports.

Finally, as these issues continue to be considered by the Court, we would respectfully request a modest extension of the deadline to file any appeal from the clarification of the Court's Orders.

David J. Beck
dbeck@brsfirm.com

One Houston Center
1221 McKinney Street, Suite 4500 ~ Houston, Texas 77010
Telephone 713.951.3700 ~ Facsimile 713.951.3720
www.brsfirm.com

Honorable Sally Shushan
January 27, 2012
Page 2


       Cameron appreciates the Court's thoughtful and careful consideration of these important trial issues.


Sincerely yours,

David J. Beck

cc:    Liaison Counsel
       States' Coordinating Counsel

383.00017/488048.v1