

| | CT Corporation | 302 777 0220 tel |
|---|---|---|
| Wolters Kluwer Corporate Legal Services | 1209 Orange Street Wilmington, DE 19801 | 800 677 3394 toll free www.ctcorporation.com |



January 23, 2012

Stephen S. Kreller
The Kreller Law Firm
4224 Canal Street,
New Orleans, LA 70119

MDL 2179

Re: Thanh Hai, Inc., et al., Pltfs. vs. BP America Production Company, et al. including Mitsui Oil Exploration Co., Ltd., Dfts.

Case No. 211CV03180CJBSS

Dear Sir/Madam:

We are herewith returning the Letter, Summonses, Proof(s) of Service, Cover Sheet, Instructions, Complaint which we received regarding the above captioned matter.

Mitsui Oil Exploration Co., Ltd. is not listed on our records or on the records of the State of DE.

Very truly yours,

Scott LaScala
Section Head Process

Log# 519843105

FedEx Tracking# 797977341418

cc: Eastern District of Louisiana - U.S. District Court
    500 Poydras Street, Room C-151,
    New Orleans, LA 70130

**Wolters Kluwer**
Corporate Legal Services

**CT Corporation**
1209 Orange Street
Wilmington, DE 19801

7013043367