UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179<br>SECTION: J |
| This Document Relates to:<br>All Cases and Cause No. 2:10-CV-02771 | * * * * * * | JUDGE BARBIER<br>MAGISTRATE NO. 1<br>MAGISTRATE SHUSHAN |

* * * * * * * * * * * *

### ORDER

Considering the Unopposed Motion of Defendants MOEX Offshore 2007 LLC and MOEX USA Corporation to amend their respective Answers to the First Amended Master Complaint, Cross-Claim and Third-Party Complaint for Private Economic Losses in Accordance with PTO No. 11 [CMO No. 1] Section III(B1) (the "B1 Complaint"):

**IT IS HEREBY ORDERED** that the motion is granted, and MOEX Offshore 2007 LLC and MOEX USA Corporation have leave to file Amended Answers to the B1 Complaint.

New Orleans, Louisiana this 27th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE