# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | **SECTION: J** |
| | * | |
| | * | **JUDGE BARBIER** |
| **This Document Applies to:** | * | |
| 11-2766, 11-2909, 11-2908, 11-2319, 11- | * | **MAG. JUDGE SHUSHAN** |
| 2549, 11-2515, 11-2501, 11-2319 | * | |

## ORDER

Before the Court are several Motions for Extension of Time, which request "an extension of time to file Responsive Pleadings until after the stay orders from this Court . . . are lifted." (Rec. Docs. 5039, 5042, 5043, 5054, 5056, 5057, 5096, 5099, 5100). As counsel's memoranda correctly notes, member cases consolidated with this Multi-district Litigation are presently stayed. (*See* Pretrial Order 25 ¶ 8, Rec. Doc. 983; Case Management Order re Vessel of Opportunity Program Contract Matters ¶ 1, Rec. Doc. 3207). Consequently, unless the Court establishes a scheduling order, there is no deadline for filing an answer or other responsive pleading in a member case (although parties are free to answer or otherwise respond to a complaint, should they choose). The instant motions are unnecessary. Accordingly,

**IT IS ORDERED** that the Motions for Extension of Time to File Responsive Pleadings (Rec. Doc. 5039, 5042, 5043, 5054, 5056, 5057, 5096, 5099, 5100) are **DENIED AS MOOT**.

New Orleans, Louisiana, this 27th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE