UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

LAW OFFICE OF JIM DAVIS and
JIM DAVIS, INDIVIDUALLY                                    PLAINTIFFS

VERSUS                                                     CIVIL ACTION NO: 11-2450

TRANSOCEAN, LTD., Et Al,                                   DEFENDANTS

IN RE: OIL SPILL BY THE OIL RIG "DEEP HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 (MDL # 2179)

### ORDER GRANTING
### MOTION FOR EXTENSION OF TIME TO PERFECT SERVICE

THIS DAY this cause came on motion of the Plaintiffs for a thirty (30) day extension of time in which to perfect service in this matter and the Court, having considered same, does find that said motion is well-taken and should be sustained.

IT IS HEREBY ORDERED that Plaintiffs are allowed thirty (30) days from the date of this Order to perfect service on the Defendants herein.

New Orleans, Louisiana, this 30th day of January, 2012.

_____
United States District Judge

___ Fee _____
___ Process _____
 x  Dktd _____
 v  CtRmDep _____
___ Doc. No _____