UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| **This Document Applies to:** | * | JUDGE BARBIER |
| *10-2454 and 10-1768* | * | |
| | * | MAGISTRATE SHUSHAN |

## JUDGMENT

By agreement of the parties, final judgment is hereby entered with respect to *Center for Biological Diversity v. BP, et al.*, Nos. 2:10-cv-02454 and 2:10-cv-01768, for the reasons stated in the Court's Order Dismissing the Bundle D1 Master Complaint (Rec. Doc. 2784) as that Order relates to D1 Member cases Nos. 2:10-cv-02454 and 2:10-cv-01768.

New Orleans, Louisiana, this 31st day of January, 2012.

_____
United States District Judge