UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| **This Document Applies to:** | * | JUDGE BARBIER |
| *All Cases* | * | |
| | * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

**IT IS ORDERED** that the Pretrial Conference previously scheduled for Friday, February 3rd, at 9:30 a.m. has been **RESCHEDULED** for Friday, February 3rd, at **8:30 a.m.**

This Pretrial Conference is <u>not</u> a public hearing in court, but intended as a chambers conference with <u>only trial counsel</u> to discuss logistical or other issues relating to the trial scheduled to commence on February 27, 2012.

New Orleans, Louisiana, this 31st day of January, 2012.

_____
United States District Judge