**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re: Oil Spill by the Oil Rig            MDL NO. 2179
    "Deepwater Horizon" in the Gulf
    of Mexico, on April 20, 2010            SECTION J

Applies to: *All Cases*            JUDGE BARBIER
                          MAGISTRATE JUDGE SHUSHAN

<u>ORDER</u>

**[Regarding BP's Motion *in Limine* to Preclude Evidence Regarding**
**BP Employee Compensation Information (Rec. doc. 5115)]**

BP filed a motion *in limine* to preclude evidence regarding BP employee compensation information.  Rec. doc. 5115.  The U.S. and the PSC submitted oppositions.  Rec. docs. 5241 and 5256.  BP submitted a reply 5356.

For the reasons presented by the U.S. and the PSC, the motion is denied with respect to the fact of employee compensation.  Accordingly, the fact that a bonus was fifty percent of the salary may be offered where the information is relevant to the PSC's allegation that BP made cost-cutting an incentive through its Variable Pay Program and a result was that process safety was minimized.  The fact of a consulting agreement or other similar information may be relevant to other issues.

For the reasons presented by BP, the motion is granted as to the actual amounts promised or paid to individual BP employees and consultants as salary, bonuses or other compensation.

IT IS ORDERED that BP's motion *in limine* to preclude evidence regarding BP employee compensation information (Rec. doc. 5115) is GRANTED in PART and DENIED in PART as provided herein.

New Orleans, Louisiana, this 31ˢᵗ day of January, 2012.

**CARL J. BARBIER**
**United States District Judge**