

DALLAS  HOUSTON

*Attorneys and Counselors*

Renaissance Tower
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
214.939.4400
800.662.8393
214.760.7332  Fax

GodwinRonquillo.com

DONALD E. GODWIN - SHAREHOLDER
BOARD CERTIFIED - CIVIL TRIAL LAW -
TEXAS BOARD OF LEGAL SPECIALIZATION
DIRECT DIAL:     214.939.4412
DIRECT FAX:      214.939.4803
DGodwin@GodwinRonquillo.com

January 30, 2012

Magistrate Judge Sally Shushan
U.S. District Court
Eastern District of Louisiana
500 Poydras Street
Room B345
New Orleans, LA  70130

Re:     *In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on
        April 20, 2010*; MDL No. 2179, United States District Court, Eastern District of
        Louisiana

Dear Judge Shushan:

In accordance with the parties' discussion with the Court at Friday's status conference, Halliburton submits its position statement regarding the three points set out in this Court's January 24, 2012 Order Regarding Withdrawn Experts (Dkt. 5369).

Halliburton agrees with this Court's first point that "If a retaining party withdraws an expert and that expert is not listed on the retaining party's final witness list, neither the retaining party nor any other party may call that expert to testify at trial or introduce that expert's opinions and report into evidence."

Regarding the Court's second and third points, Halliburton reiterates its position as set forth in its January 18, 2012 letter to the Court (Dkt. 5269) that opinions withdrawn by expert witnesses called live at trial should be admissible for purposes of cross-examination and/or impeachment.  Otherwise, for the reasons set forth in prior position statements and briefs filed with the Court, such opinions should not be admissible, especially without meeting all applicable evidentiary requirements.

January 30, 2012
Page 2

Sincerely yours,

Donald E. Godwin

DEG:fmh