**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** | **MDL NO. 2179** |
|     **"Deepwater Horizon" in the Gulf** | |
|     **of Mexico, on April 20, 2010** | **SECTION J** |
| **Applies to:** *All Cases* | **JUDGE BARBIER** |
| | **MAGISTRATE JUDGE SHUSHAN** |

## ORDER

**[Regarding BP's Motion *in Limine* to Exclude Privileged Communications
Relating to the Scope of BP's Internal Investigation (Rec. doc. 5117)]**

BP filed a motion *in limine* to exclude privileged communications relating to the scope of BP's internal investigations. Rec. doc. 5117. The U.S. and PSC filed oppositions. Rec. docs. 5240 and 5255. BP filed a reply. Rec. doc. 5357.

On May 17, 2011, Judge Shushan denied the PSC's request for what was described as the "Baxter" investigation because it was protected from disclosure by the attorney-client privilege and work-product doctrine. Rec. doc. 2396 at 3. On November 7, 2011, BP requested that certain portions of the deposition testimony of Matthew Lucas be redacted. Rec. doc. 4536. On November 11, 2011, BP reported that the issues raised in its November 7, 2011 letter were resolved. The parties agreed that certain portions of Lucas' testimony would be redacted. Rec. doc. 4562.

The U.S. and the PSC contend that BP's motion was resolved by the November 11 agreement. BP replies that the deposition designations for Lucas still refer to some of the testimony that was to be stricken. It requests that the Court grant its motion only to the extent of the agreement in the November 11 letter.

In accord with the November 11 agreement, the following testimony from the deposition of Matthew Lucas is excluded and shall not be offered into evidence:

351:3-4                                                375:16-18

| | |
|---|---|
| 351:8-9 | 375:19-24 |
| 351:19-352:10 | 376:18-377:1 |
| 356:3-7 | 379:11-382:16 |
| 356:19-357:6 | 384:13-16 |
| 358:6-360:13 | 384:20-21 |
| 360:22-24 | 596:19-597:10 |
| 361:3-362:24 | 598:5-599:10 |
| 363:10-19 | 610:15-611:24 |
| 363:23-364:9 | 613:12-21 |
| 369:10-373:7 | 627:12-628:6 |
| 373:11-12 | |

IT IS ORDERED that BP's motion *in limine* to exclude privileged communications relating to the scope of BP's internal investigations (Rec. doc. 5117) is GRANTED in PART and DENIED in PART as provided herein.

New Orleans, Louisiana, this 31st day of January, 2012.

CARL J. BARBIER
United States District Judge