UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding BP's Motion *in Limine* to Preclude the Use of Deposition Testimony Arising from Improper and Objectionable Questioning (Rec. doc. 5118)]**

BP filed a motion *in limine* to preclude the use of deposition testimony arising from improper and objectionable questioning. Rec. doc. 5118. The U.S. and PSC filed oppositions. Rec. docs. 5238 and 5258. BP filed a reply. Rec. doc. 5354.

The motion is primarily concerned with the examination of Tony Hayward. For the reasons presented by the U.S. and the PSC, the motion is denied in part. The motion is granted to the extent that the Court's review of the deposition designations for Mr. Hayward determines that any part of his testimony is inadmissible.

IT IS ORDERED that BP's motion *in limine* to preclude the use of deposition testimony arising from improper and objectionable questioning (Rec. doc. 5118) is GRANTED in PART and DENIED in PART as provided herein.

New Orleans, Louisiana, this 31st day of January, 2012.

_____
CARL J. BARBIER
United States District Judge