UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**ORDER**

**[Regarding BP's Motion *in Limine* to Bar Evidence Regarding Its Recruitment and Promotion Strategies (Rec. doc. 5119)]**

BP filed a motion *in limine* to bar evidence regarding its recruitment and promotion strategies. Rec. doc. 5119. The U.S. and PSC filed oppositions. Rec. docs. 5239 and 5253. BP filed a reply. Rec. doc. 5358.

BP seeks an order excluding an entry on a document prepared by Sir William Castell and portions of five pages of his deposition testimony. It contends that the testimony discloses highly sensitive information about BP's recruitment and promotion efforts. The information concerns two different approaches to recruitment and promotion policies. The testimony is of a general rather than specific nature. For the reasons presented by the U.S. and the PSC,

IT IS ORDERED that BP's motion *in limine* to bar evidence regarding its recruitment and promotion strategies (Rec. doc. 5119) is DENIED.

New Orleans, Louisiana, this 31st day of January, 2012.

CARL J. BARBIER
United States District Judge