**MINUTE ENTRY**
**SHUSHAN, M.J.**
**JANUARY 30, 2012**

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                    **MDL NO. 2179**
      "Deepwater Horizon" in the Gulf
      of Mexico, on April 20, 2010         **SECTION J**

Applies to: *All Cases*                            **JUDGE BARBIER**
                                           **MAGISTRATE JUDGE SHUSHAN**

A telephone conference was held this date.

Participating:        Brian Barr for PSC;
                          Grant Davis Denny, Greg Phillips, and John Owens for Transocean;
                          Sean Fleming for Halliburton;
                          Tony Fitch for Anadarko;
                          Mike Occhuizzo and Derek Bentsen for BP;
                          Sharon Shutler and Dave Pfeffer for U.S.;
                          Briena Strippoli for Dept of Justice; and
                          Alex Roberts for Cameron.

There was discussion regarding Phase Two stipulations.  The next telephone conference is scheduled for **Monday, February 6, 2012 at 2:00 p.m.**  The dial information will be distributed by email to all liaison counsel and coordinating counsel.

**SALLY SHUSHAN**
**United States Magistrate Judge**

MJSTAR 02:20