UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010. | : MDL NO. 2179<br>:<br>: SECTION J<br>:<br>:<br>: JUDGE BARBIER |
| This document relates to: 10-CV-3093 | | : MAG. JUDGE SHUSHAN |

## ORDER ON MOTION FOR LEAVE TO WITHDRAW

This cause coming before the Court on Plaintiff's Motion for Leave to Withdraw, and the Court having considered the same, is of the opinion that the same should be, and is hereby **GRANTED.**

It is therefore **ORDERED and ADJUDGED** as follows:

1. Jack E. De La Piedra, Esquire is hereby granted leave to withdraw as attorney for Patricia J. Donoghue; and

2. Patricia J. Donoghue is hereby granted sixty (60) days from the date of this Order to obtain new counsel or prepare to proceed pro se.

Done in chambers, at New Orleans, Louisiana this 31st day of January, 2012.

_____
United States District Judge