UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG : MDL NO. 2179
"DEEPWATER HORIZON" in the :
GULF OF MEXICO, on :
APRIL 20, 2010 : SECTION: J
 :
Applies to: No. 10-4536 :
 : JUDGE BARBIER
 : MAG. JUDGE SHUSHAN

## ORDER

CONSIDERING the Motion for Leave to File an *Amicus* Brief:

IT IS ORDERED that Plaintiffs, by and through Co-Liaison Counsel and the Plaintiffs' Steering Committee, be and are hereby granted leave to file an *amicus* brief regarding issues raised in the Motions for Partial Summary Judgment in the *United States* case.

New Orleans, Louisiana this 31st day of January, 2012.

_____
United States District Judge