UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § § § § | MDL No. 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |
| Applies to: | | |
| *All Cases* and 10-2771 | | |

**HALLIBURTON ENERGY SERVICES, INC.'S NOTICE OF WITHDRAWAL OF ITS MOTION TO EXCLUDE TESTIMONY AND EXPERT REPORT OF MORTEN HAUG EMILSEN**

Defendant Halliburton Energy Services, Inc. ("HESI") files this Notice of Withdrawal of its previously filed motion to exclude the testimony and expert report of Morten Haug Emilsen, included as part of HESI's Motion to Exclude Testimony of Expert Witnesses and to Strike Expert Reports (Dkt. No. 5406) ("Motion to Exclude") and its Memorandum in Support thereof (Dkt. No. 5406-1) ("Memorandum").  HESI withdraws its Motion to Exclude and Memorandum only as it pertains to Morten Haug Emilsen.  The remaining portions of HESI's Motion to Exclude and Memorandum should remain on the docket for the Court's consideration.

Dated:  January 31, 2012.

- 1 -

Respectfully submitted,

**GODWIN RONQUILLO PC**

**By:** /s/ *Donald E. Godwin*
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
DGodwin@GodwinRonquillo.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
BBowman@GodwinRonquillo.com
Jenny L. Martinez
State Bar No. 24013109
JMartinez@GodwinRonquillo.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
FHartley@GodwinRonquillo.com
Gavin E. Hill
State Bar No.  00796756
GHill@GodwinRonquillo.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

and

R. Alan York
State Bar No. 22167500
AYork@GodwinRonquillo.com
Jerry C. von Sternberg
State Bar No.  20618150
JVonSternberg@GodwinRonquillo.com
Misty Hataway-Coné
State Bar No.  24032277
MCone@GodwinRonquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone:  713.595.8300
Facsimile:  713.425.7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Halliburton Energy Services, Inc.'s Notice of Withdrawal of its Motion to Exclude Testimony and Expert Report of Morten Haug Emilsen has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 31st day of January, 2012.

/s/ Donald E. Godwin
Donald E. Godwin