UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION: J |
| Relates to:  Docket No. 10-8888<br>Juan Jackson<br>Document No. 49429 | * * * | JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## ORDER

Having reviewed and considered Plaintiff Juan Jackson's Motion for Order Permitting Withdrawal and Substitution of Counsel, and good cause appearing, the Court hereby orders that Stephen M. Smith, Attorney at Law, be permitted to withdraw as counsel of record, and W. James Singleton of The Singleton Law Firm may appear as substitute counsel of record for Juan Jackson. The Court's ECF system shall be updated to reflect these changes.

IT IS SO ORDERED.

New Orleans, Louisiana this 31st day of January, 2012.

_____
United States District Judge