AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| LAW OFFICE OF JIM DAVIS and JIM DAVIS, INDIVIDUALLY <br> *Plaintiff* <br> v. <br> TRANSOCEAN, LTD., ET AL <br> *Defendant* | ) ) ) ) ) ) ) ) | Civil Action No. **11-2450** <br><br> **SECT. J MAG. 1** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MI, LLC a/k/a MI Swaco
5950 North Course Drive
Houston, TX  77072
through the Louisiana Long Arm Statute, LS-R.S. 13:3201
pursuant t Section 3204 of Title 13

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jim Davis
Law Office of Jim Davis
P.O. Box 1839
Gulfport, MS  39502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   Loretta G. Whyte

Date: Sep 30 2011

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 11-2450

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MI, LLC a/k/a MI Swaco

was received by me on *(date)* 10/02/2011 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Service was perfected via Express Mail, Return Receipt Requested, on January 24, 2012. Copy of said Receipt is attached hereto.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 01/31/2012

*Server's signature*

Jim Davis, Attorney at Law
*Printed name and title*

1904 24th Avenue
P.O. Box 1839
Gulfport, MS 39502
*Server's address*

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature ☐ Agent ☐ Addressee<br>X _signature_<br>B. Received by (Printed Name)   C. Date of Delivery 1·24<br>D. Is delivery address different from item 1? ☐ Yes  ■ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br>MI, LLC, a/k/a MI Swaco<br>5950 North Course Drive<br>Houston, TX  77072 | |
| | 3. Service Type<br>■ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |