**LexisNexis· File & Serve**   Welcome: Kaufman, Mark
Cossich Sumich Parsiola & Taylor LLC

Resource Center | File & Serve Preferences | Sign Off

| Home | Filing & Service | Alerts | Search |
| Case History | Cases Search | Daily Docket | Transaction Status | Advanced Search | Service of Process Transactions |

Home > Transaction 41697585

Printable Version   Transaction Report   <<Previous transaction   Next transaction>>

**Case number:** MC MDL-2179 [View Case History]
**Case name:** In re: MDL-2179 Oil Spill by the Oil Rig (Deepwater Horizon)
**Court:** LA US District Court Eastern District E-Service-Oil Spill

Served only (public) at 1/5/2012 10:16 AM CST

⦿ View all document(s) as a list   ○ View document(s) inline

⊟ **Document List (1)**   **Total Statutory Fees: $0.00**
Main Document, 2 pages   **ID: 53691863**
Document History | PDF Format | Original Format

**Document type:** Notice of Appeal          **Clerk review status/action:** N/A
**Security:** Secure Public
**Statutory fee:** $0.00
**Document title:** Notice of Appeal by the Cameron Parish District Attorney

⊟ **Parties and Recipients**   View Read Status
⊟ **Sending Parties (1)**

| △ Party | Party Type | Attorney | Attorney Type | Firm |
|---|---|---|---|---|
| Plaintiff | Interested Party | Cossich Jr, Philip F | Attorney in Charge | Cossich Sumich Parsiola & Taylor LLC |

⊟ **Recipients (839)**

451-500 of 839 recipients  <<Prev | Page 10 of 17 | Next>>

| Party | Party Type | Attorney | △ Firm | Delivery Status | Delivery Method | Type |
|---|---|---|---|---|---|---|
| Interested Party | Interested Party | Michael J Cerniglia | King Krebs & Jurgens | 1/5/2012 10:16 AM CST | E-Service | Service |
| Interested Party | Interested Party | Michael L Vincenzo | King Krebs & Jurgens | 1/5/2012 10:16 AM CST | E-Service | Service |
| Plaintiff | Interested Party | Natalie K Mitchell | Kinney & Ellinghausen APLC | 1/5/2012 10:16 AM CST | E-Service | Service |
| Plaintiff | Interested Party | Dana Gareth Kirk | Kirk Law Firm | 1/5/2012 10:16 AM CST | E-Service | Service |
| Defendant | Interested Party | Richard C Godfrey | Kirkland & Ellis LLP-Chicago | 1/5/2012 10:16 AM CST | E-Service | Service |
| Defendant | Interested Party | Wendy L Bloom | Kirkland & Ellis LLP-Chicago | 1/5/2012 10:16 AM CST | E-Service | Service |
| Defendant | Interested Party | J Andrew Langan | Kirkland & Ellis LLP-Chicago | 1/5/2012 10:16 AM CST | E-Service | Service |
| Defendant | Interested Party | Christopher J Esbrook | Kirkland & Ellis LLP-Chicago | 1/5/2012 10:16 AM CST | E-Service | Service |
| Defendant | Interested Party | Hariklia Karis | Kirkland & Ellis LLP-Chicago | 1/5/2012 10:16 AM CST | E-Service | Service |
| Defendant | Interested Party | Martin Boles | Kirkland & Ellis LLP-Chicago | 1/5/2012 10:16 AM CST | E-Service | Service |
| Defendant | Interested Party | Kristopher Ritter | Kirkland & Ellis LLP-Chicago | 1/5/2012 10:16 AM CST | E-Service | Service |
| Plaintiff | Interested Party | Kristopher R Kahao | Kleinpeter & Schwartzberg LLC | 1/5/2012 10:16 AM CST | E-Service | Service |
| Plaintiff | Interested Party | David Krause Esq | Krause Lawdog | 1/5/2012 10:16 AM CST | E-Service | Service |

**EXHIBIT 2**

https://w3.fileandserve.lexisnexis.com/SearchReport/FilingSearch.aspx?t=4&s=5&go=

| | | | | | | |
|---|---|---|---|---|---|---|
| Plaintiff | Interested Party | Arthur Anthony Lemann IV | Lemann, Arthur A III & Associates Inc | 1/5/2012 10:16 AM CST | E-Service | Service |
| Plaintiff | Interested Party | Irma L Netting Esq | Lemmon Law Firm LLC | 1/5/2012 10:16 AM CST | E-Service | Service |
| Plaintiff | Interested Party | Andrew A Lemmon Esq | Lemmon Law Firm LLC | 1/5/2012 10:16 AM CST | E-Service | Service |
| Plaintiff | Interested Party | Arnold Levin | Levin Fishbein Sedran & Berman | 1/5/2012 10:16 AM CST | E-Service | Service |
| Plaintiff | Interested Party | Brian H Barr | Levin Papantonio Thomas Mitchell Rafferty & Proctor PA | 1/5/2012 10:16 AM CST | E-Service | Service |
| Plaintiff | Interested Party | Amanda Sievinski | Levin Papantonio Thomas Mitchell Rafferty & Proctor PA | 1/5/2012 10:16 AM CST | E-Service | Service |
| Plaintiff | Interested Party | Ben Gordon | Levin Papantonio Thomas Mitchell Rafferty & Proctor PA | 1/5/2012 10:16 AM CST | E-Service | Service |
| Plaintiff | Interested Party | William Cash III | Levin Papantonio Thomas Mitchell Rafferty & Proctor PA | 1/5/2012 10:16 AM CST | E-Service | Service |
| Plaintiff | Interested Party | Ned McWilliams | Levin Papantonio Thomas Mitchell Rafferty & Proctor PA | 1/5/2012 10:16 AM CST | E-Service | Service |
| Plaintiff | Interested Party | Paul M Sterbcow | Lewis Kullman Sterbcow & Abramson | 1/5/2012 10:16 AM CST | E-Service | Service |
| Claimant | Interested Party | Paul M Sterbcow | Lewis Kullman Sterbcow & Abramson | 1/5/2012 10:16 AM CST | E-Service | Service |
| Plaintiff | Interested Party | Michael Ross Tein Esq | Lewis Tein PL | 1/5/2012 10:16 AM CST | E-Service | Service |
| Claimant | Interested Party | Michael Ross Tein Esq | Lewis Tein PL | 1/5/2012 10:16 AM CST | E-Service | Service |
| Interested Party | Interested Party | LexisNexis Service | LexisNexis Service | 1/5/2012 10:16 AM CST | E-Service | Service |
| LexisNexis Service | Interested Party | LexisNexis Service | LexisNexis Service | 1/5/2012 10:16 AM CST | E-Service | Service |
| Plaintiff | Interested Party | Elizabeth J Cabraser | Lieff Cabraser Heimann & Bernstein LLP-San Francisco | 1/5/2012 10:16 AM CST | E-Service | Service |
| Plaintiff | Interested Party | Steven Fineman | Lieff Cabraser Heimann & Bernstein LLP-San Francisco | 1/5/2012 10:16 AM CST | E-Service | Service |
| Plaintiff | Interested Party | Wendy R Fleishman | Lieff Cabraser Heimann & Bernstein LLP-San Francisco | 1/5/2012 10:16 AM CST | E-Service | Service |
| Plaintiff | Interested Party | Mark P Chalos | Lieff Cabraser Heimann & Bernstein LLP-San Francisco | 1/5/2012 10:16 AM CST | E-Service | Service |
| Plaintiff | Interested Party | Annika K Martin | Lieff Cabraser Heimann & Bernstein LLP-San Francisco | 1/5/2012 10:16 AM CST | E-Service | Service |
| Plaintiff | Interested Party | Elizabeth A Alexander | Lieff Cabraser Heimann & Bernstein LLP-San Francisco | 1/5/2012 10:16 AM CST | E-Service | Service |
| Plaintiff | Interested Party | Jason Lichtman | Lieff Cabraser Heimann & Bernstein LLP-San Francisco | 1/5/2012 10:16 AM CST | E-Service | Service |
| Defendant | Interested Party | William H Brooks | Lightfoot Franklin & White | 1/5/2012 10:16 AM CST | E-Service | Service |
| Plaintiff | Interested Party | Val Exnicios | Liska Exnicios & Nungesser | 1/5/2012 10:16 AM CST | E-Service | Service |
| Defendant | Interested Party | George Denegre Jr | Liskow & Lewis-New Orleans | 1/5/2012 10:16 AM CST | E-Service | Service |
| Defendant | Interested Party | Devin Reid Esq | Liskow & Lewis-New Orleans | 1/5/2012 10:16 AM CST | E-Service | Service |
| Defendant | Interested Party | John R McGuire Esq | Liskow & Lewis-New Orleans | 1/5/2012 10:16 AM CST | E-Service | Service |
| Defendant | Interested Party | Mark D Latham | Liskow & Lewis-New Orleans | 1/5/2012 10:16 AM CST | E-Service | Service |
| Defendant | Interested Party | Greg L Johnson Esq | Liskow & Lewis-New Orleans | 1/5/2012 10:16 AM CST | E-Service | Service |
| Defendant | Interested Party | Russell Keith Jarrett | Liskow & Lewis-New Orleans | 1/5/2012 10:16 AM CST | E-Service | Service |
| Defendant | Interested Party | Emma Hinnigan Esq | Liskow & Lewis-New Orleans | 1/5/2012 10:16 AM CST | E-Service | Service |
| Plaintiff | Interested Party | Emma Hinnigan Esq | Liskow & Lewis-New Orleans | 1/5/2012 10:16 AM CST | E-Service | Service |
| Defendant | Interested Party | Don K Haycraft Esq | Liskow & Lewis-New Orleans | 1/5/2012 10:16 AM CST | E-Service | Service |
| Defendant | Interested Party | Donald R Abaunza Esq | Liskow & Lewis-New Orleans | 1/5/2012 10:16 AM CST | E-Service | Service |
| Defendant | Interested Party | Kelly Scalise | Liskow & Lewis-New Orleans | 1/5/2012 10:16 AM CST | E-Service | Service |

| Defendant | Interested Party | Shannon S Holtzman Esq | Liskow & Lewis-New Orleans | 1/5/2012 10:16 AM CST | E-Service | Service |
| Defendant | Interested Party | Katherine S Roth Esq | Liskow & Lewis-New Orleans | 1/5/2012 10:16 AM CST | E-Service | Service |

501-550 of 839 recipients  <<Prev | Page 11 of 17 | Next>>

⊟ **Additional Recipients (0)**

| Document/Notice | Name | Delivery Method | Delivery Status |
| | | none available | |

⊟ **Sender Information**

Submitted by:   Darin S Britt, Cossich Sumich Parsiola & Taylor LLC

Authorizer:   Philip F Cossich, Cossich Sumich Parsiola & Taylor LLC

<<Previous transaction    Next transaction>>

 LexisNexis | About LexisNexis | Terms & Conditions | Privacy | Customer Support - 1-888-529-7587
Copyright © 2012 LexisNexis®, a division of Reed Elsevier Inc. All rights reserved.