UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG * | | MDL 2179 |
| "DEEPWATER HORIZON" in the * | | |
| GULF OF MEXICO, on APRIL 20, 2010 * | | SECTION J/1 |
| * | | |
| This document relates to: * | | JUDGE CARL J. BARBIER |
| * | | |
| CIVIL ACTION NUMBER: 11-cv-1480 * | | MAJ. JUDGE SALLY SHUSHAN |
| * * * * * * * * * * * * * * * * * | | |

### AFFIDAVIT OF DARIN S. BRITT

Before me, the undersigned Notary Public, personally came and appeared:

### DARIN S. BRITT

who, after indentifying himself to me and being duly sworn, did depose and say:

1. I am an associate attorney working for the firm of Cossich, Sumich, Parsiola & Taylor, L.L.C.

2. I was instructed on January 5, 2012 to file a Notice of Appeal on behalf of Cecil J. Sanner, the Cameron Parish District Attorney, appealing the District Court's Order and Reasons (Rec. Doc. No. 8, MDL 2179 Rec. Doc. No. 5029) granting judgment against Mr. Sanner.

3. I had the permission of Mr. Philip F. Cossich Jr. to file the Notice of Appeal in his name.

4. I have used and am familiar with the United States District Court for the Eastern District of Louisiana's Case Management/Electronic Case Filing ("CM/ECF") System.

5. I had not previously filed any pleadings or documents in MDL 2179.



EXHIBIT 3

6. It was my understanding that the "LexisNexis File & Serve" system filed documents with the Court in addition to serving the parties to the suit, and served as a substitute for the CM/ECF System for MDL 2179.

7. I input the Notice of Appeal into the "LexisNexis File & Serve" system on January 5, 2012, believing that inputting a filing into the system constituted filing a pleading with the Court.

8. I did not become aware of the mistake and that the Notice of Appeal was not filed with the Court until January 31, 2012.

_____
DARIN S. BRITT

Sworn To and Subscribed before me this

31 day of January, 2012

_____
NOTARY PUBLIC

Mark E. Kaufman
Notary Public
Parish of East Baton Rouge
State of Louisiana
My Commission is for Life
LA Bar Roll No. 32526