# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| **In re:  Oil Spill by the Oil Rig** | * | **MDL No. 2179** | |
| **"Deepwater Horizon" in the** | * | | |
| **Gulf of Mexico, on April 20, 2010** | * | **SECTION:  J** | |
| | * | | |
| **Applies to:**  *All Cases in Pleading* | * | **JUDGE BARBIER** | |
| *Bundle Section III.B(3).* | * | | |
| | * | **MAGISTRATE SHUSHAN** | |
| * * * * * * * * * * * * * * * * * * * | * | | |

### NALCO COMPANY, NALCO HOLDINGS LLC, NALCO FINANCE HOLDINGS LLC AND NALCO HOLDING COMPANY'S RENEWED MOTION TO DISMISS <u>FIRST AMENDED MASTER COMPLAINT "B3 BUNDLE"</u>

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Nalco Company

("Nalco"), Nalco Holdings LLC, Nalco Finance Holdings LLC and Nalco Holding Company

(the "Nalco Entities"), by their attorneys, hereby respectfully submit their renewed motion to

dismiss Plaintiffs' First Amended Master Complaint "B3 Bundle" (the "B3 Master Complaint")

on the grounds that it fails to state a claim on which relief may be granted.[1]

The claims asserted against the Nalco Entities in the B3 Master Complaint are preempted

by the Clean Water Act ("CWA") and the National Contingency Plan ("NCP").  The crux of

Plaintiffs' claims against Nalco is that Nalco's dispersants were too dangerous to have been used

during the response to the oil spill resulting from the explosion of the *Deepwater Horizon*

---

[1]     The original B3 Master Complaint asserted claims against the Nalco Entities.  (Master Compl. In Accordance With PTO No. 11 [Case Management Order No. 1] Section III.B(3) ["B3 Bundle"] (Rec. Doc. 1812).)  On March 29, 2011, Plaintiffs filed their First Amended B3 Master Complaint, which does not name Nalco Holdings LLC, Nalco Finance Holdings LLC or Nalco Holding Company as defendants. (*See* B3 Master Compl. at *passim* (Rec. Doc. 1805-1).)  Because Plaintiffs no longer seek to recover from these Defendants, the claims against these Defendants should be dismissed.  *See Black v. N. Panola Sch. Dist.*, 461 F.3d 584, 588 n.1 (5th Cir. 2006); *Romero v. Becken*, 256 F.3d 349, 354 n.2 (5th Cir. 2001); *David v. Assumption Parish Police Jury*, No. 02-765, 2003 WL 57039, at *8 (E.D. La. Jan. 6, 2003).

drilling rig.  Under the mandatory scheme set forth in the CWA and NCP, however, the Federal

Government was required to decide whether to use dispersants, which dispersant could be used,

how dispersant could be used, where dispersant could be used and in what volumes dispersant

could be used safely.  Because Plaintiffs' claims conflict with the mandatory response scheme

set forth in the CWA and NCP, Plaintiffs' claims are barred as a matter of law under well-

established principles of conflict preemption.  Further, after a period of targeted discovery on

Nalco's preemption argument, the record facts unequivocally demonstrate that the Federal

Government did in fact make each decision about which Plaintiffs complain.

WHEREFORE, for the reasons more fully set forth in the attached Memorandum in

Support, the Nalco Entities respectfully request the Court to enter an Order dismissing the B3

Master Complaint.


Dated:  January 31, 2012                          Respectfully submitted,

                                                  By: /s/ Thomas J. Heiden
                                                  Thomas J. Heiden (IL # 6281563)
                                                  (thomas.heiden@lw.com)
                                                  Mary Rose Alexander (IL # 6205313)
                                                  (mary.rose.alexander@lw.com)
                                                  LATHAM & WATKINS LLP
                                                  233 South Wacker Dr.
                                                  Suite 5800
                                                  Chicago, IL 60606-6401
                                                  Phone: (312) 876-7700
                                                  Facsimile: (312) 993-9767

                                                  *Attorneys for Nalco Company, Nalco Holdings
                                                  LLC, Nalco Finance Holdings LLC and Nalco
                                                  Holding Company*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing NALCO COMPANY, NALCO HOLDINGS LLC, NALCO FINANCE HOLDINGS LLC AND NALCO HOLDING COMPANY'S RENEWED MOTION TO DISMISS FIRST AMENDED MASTER COMPLAINT "B3 BUNDLE" has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 31st day of January, 2012.

/s/ Thomas J. Heiden
Thomas J. Heiden (IL # 6281563)
(thomas.heiden@lw.com)
Mary Rose Alexander (IL # 6205313)
(mary.rose.alexander@lw.com)
LATHAM & WATKINS LLP
233 South Wacker Dr.
Suite 5800
Chicago, IL 60606-6401
Phone: (312) 876-7700
Facsimile: (312) 993-9767

*Attorneys for Nalco Company, Nalco Holdings LLC, Nalco Finance Holdings LLC and Nalco Holding Company*