UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| Applies to: *All Cases in Pleading* | * | JUDGE BARBIER |
| *Bundle Section III.B(3).* | * | |
| | * | MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * * * * * * | * | |

NALCO COMPANY, NALCO HOLDINGS LLC, NALCO FINANCE
HOLDINGS LLC AND NALCO HOLDING COMPANY'S
MEMORANDUM IN SUPPORT OF THEIR RENEWED MOTION TO DISMISS
<u>FIRST AMENDED MASTER COMPLAINT "B3 BUNDLE"</u>

# Exhibit Index

| Exhibit | Description |
|---|---|
| A | Letter from Paul F. Zukunft, Rear Admiral, USCG, FOSC, to The Nalco Company and Providers of Surfactant Supplies to the Nalco Company (July 12, 2010) |
| B | Stipulations of the United States of America (Nov. 18, 2011) |
| C | Letter from Elizabeth Walpac, Nalco Canada, to Leigh DeHaven, USEPA (May 6, 2006) |
| D | Letter from Marjorie A. Walsh, Exxon Chemical Company, to John Cunningham, USEPA (Mar. 10, 1994) |
| E | Annex X Technical Product Bulletin No. 8, Oil & Special Materials Control Division (Sept. 29, 1978) |
| F | Letter from T.W. Allen, Admiral, USCG National Incident Commander, to Hon. Chairman Edward J. Markey (Aug. 20, 2010) |
| G | USEPA, National Contingency Plan Product Schedule (May 3, 2010) |
| H | RRT VI FOSC Dispersant Pre-Approval Guidelines and Checklist (Jan. 24, 2001) |

| | |
|---|---|
| I | Use of Dispersants in Region IV (1996) |
| J | Deposition Transcript of D. Suttles (excerpts) |
| K | Deposition Transcript of Richard Morrison (excerpts) |
| L | Deposition Transcript of David Rainey (excerpts) |
| M | Deposition Transcript of Andrew Inglis (excerpts) |
| N | Joint Stipulations of Fact Between the Clean-Up Responder Defendants and the United States of America (Jan. 31, 2012) |
| O | Email from James Watson, FOSC, to Richard Brannon and Thad Allen (June 14, 2010) |
| P | NIC Deepwater Horizon Response Situation Report (May 14, 2010) |
| Q | Dispersant Pre-Approval Initial Call Checklist and FOSC Dispersant Use Checklist |
| R | United States' Second Response to BP's Second Set of Discovery Requests to the United States of America (Aug. 29, 2011) (excerpts) |
| S-1 | Incident Action Plan for Period 2 (4/22/2010 – 4/23/2010) (excerpts) |
| S-2 | Incident Action Plan for Period 3 (4/23/2010 – 4/24/2010) (excerpts) |
| S-3 | Incident Action Plan for Period 4 (4/24/2010 – 4/25/2010) (excerpts) |
| S-4 | Incident Action Plan for Period 5 (4/25/2010 – 4/26/2010) (excerpts) |
| S-5 | Incident Action Plan for Period 6 (4/26/2010 – 4/27/2010) (excerpts) |
| S-6 | Incident Action Plan for Period 7 (4/27/2010 – 4/28/2010) (excerpts) |
| S-7 | Incident Action Plan for Period 8 (4/28/2010 – 4/29/2010) (excerpts) |
| S-8 | Incident Action Plan for Period 9 (4/29/2010 – 4/30/2010) (excerpts) |
| S-9 | Incident Action Plan for Period 10 (4/30/2010 – 5/1/2010) (excerpts) |
| S-10 | Incident Action Plan for Period 11 (5/1/2010 – 5/2/2010) (excerpts) |
| S-11 | Incident Action Plan for Period 12 (5/2/2010 – 5/3/2010) (excerpts) |
| S-12 | Incident Action Plan for Period 13 (5/3/2010 – 5/4/2010) (excerpts) |
| S-13 | Incident Action Plan for Period 14 (5/4/2010 – 5/5/2010) (excerpts) |
| S-14 | Incident Action Plan for Period 15 (5/5/2010 – 5/6/2010) (excerpts) |
| S-15 | Incident Action Plan for Period 16 (5/6/2010 – 5/7/2010) (excerpts) |
| S-16 | Incident Action Plan for Period 17 (5/7/2010 – 5/8/2010) (excerpts) |
| S-17 | Incident Action Plan for Period 18 (5/8/2010 – 5/9/2010) (excerpts) |
| S-18 | Incident Action Plan for Period 19 (5/9/2010 – 5/10/2010) (excerpts) |
| S-19 | Incident Action Plan for Period 20 (5/10/2010 – 5/11/2010) (excerpts) |

| | |
|---|---|
| S-20 | Incident Action Plan for Period 21 (5/11/2010 – 5/12/2010) (excerpts) |
| S-21 | Incident Action Plan for Period 22 (5/12/2010 – 5/13/2010) (excerpts) |
| S-22 | Incident Action Plan for Period 23 (5/13/2010 – 5/14/2010) (excerpts) |
| S-23 | Incident Action Plan for Period 24 (5/14/2010 – 5/15/2010) (excerpts) |
| S-24 | Incident Action Plan for Period 25 (5/15/2010 – 5/16/2010) (excerpts) |
| S-25 | Incident Action Plan for Period 26 (5/16/2010 – 5/17/2010) (excerpts) |
| S-26 | Incident Action Plan for Period 27 (5/17/2010 – 5/18/2010) (excerpts) |
| S-27 | Incident Action Plan for Period 28 (5/18/2010 – 5/19/2010) (excerpts) |
| S-28 | Incident Action Plan for Period 29 (5/19/2010 – 5/20/2010) (excerpts) |
| S-29 | Incident Action Plan for Period 30 (5/20/2010 – 5/21/2010) (excerpts) |
| S-30 | Incident Action Plan for Period 31 (5/21/2010 – 5/22/2010) (excerpts) |
| S-31 | Incident Action Plan for Period 32 (5/22/2010 – 5/23/2010) (excerpts) |
| S-32 | Incident Action Plan for Period 33 (5/23/2010 – 5/24/2010) (excerpts) |
| S-33 | Incident Action Plan for Period 34 (5/24/2010 – 5/25/2010) (excerpts) |
| S-34 | Incident Action Plan for Period 35 (5/25/2010 – 5/26/2010) (excerpts) |
| S-35 | Incident Action Plan for Period 36 (5/26/2010 – 5/27/2010) (excerpts) |
| S-36 | Incident Action Plan for Period 37 (5/27/2010 – 5/28/2010) (excerpts) |
| T | Interim Report of the Aerial Dispersant Group (Aug. 12, 2010) |
| U | USEPA, Dispersant Monitoring and Assessment Directive – Addendum 3 (May 26, 2010) |
| V | FOSC Approval Letters (May – July, 2010) |
| W | Deposition Transcript of Dr. Manian Ramesh (excerpts) |
| X | Letter from Houma Unified Command to Rear Admiral James Watson, FOSC (June 10, 2010) |
| Y | Letter from Houma Unified Command to Rear Admiral James Watson, FOSC (June 11, 2010) |
| Z | Email from Jim Klick to Magistrate Judge Shushan (Oct. 24, 2011) |