# Exhibit A

| | | |
|---|---|---|
| **U.S. Department of Homeland Security**  **United States Coast Guard** | Federal On-Scene Coordinator Unified Area Command | Unified Area Command 1250 Poydras Street New Orleans, LA 70113 |

5080
July 12 2010

To: The Nalco Company and Providers of Surfactant Supplies to the Nalco Company

Ladies and Gentlemen:

This is a follow-on to my May 9, 2010 letter. We again write to you in a time of great national need. On April 20, 2010, an incident on the mobile offshore drilling unit Deepwater Horizon resulted in an oil spill in the Gulf of Mexico which has since been designated a "spill of national significance." The Coast Guard supports the efforts of BP Exploration & Production Inc. (BP EPI) to contain and eliminate this oil spill and minimize and prevent its effects, both at sea and onshore.

Given the circumstances of the oil spill, including its size and proximity to the shoreline of the United States, chemical dispersants are essential to the oil spill response and clean-up effort. At this time, the supply of dispersant available to BP EPI remains extremely limited. The Nalco Company, a dispersant manufacturer, is manufacturing additional dispersant for BP EPI to use in the Deepwater Horizon response but cannot produce at full capacity due to a shortage of surfactant supplies and will soon deplete what remaining surfactant supply it has. If BP EPI cannot source additional dispersant very soon, its current supply of dispersant will be exhausted. The consequences of such a dispersant exhaustion will be widespread, and we write to you today to ask for your continued assistance in helping all of us avoid those consequences.

Specifically, we are asking Nalco Company and companies that provide the Nalco Company with surfactant supplies to continue to assist by making available, to the greatest extent possible, dispersant and the surfactant material to this response and clean-up effort. We understand that dispersant and surfactant material may be in short supply or otherwise already designated for contracts with other companies. We appreciate the commercial realities involved and respectfully ask that, as suppliers, you make whatever efforts you can to allot surfactant supply to the Nalco Company's production so that it can manufacture dispersant for BP EPI's oil spill response, knowing that whatever efforts you are undertaking in this regard are of invaluable benefit to this country.

We ask that suppliers of materials contact Nalco directly to arrange reasonable terms for your surfactant supply.

Please do not hesitate to contact us should you have any questions. We thank you for your time and consideration of this request.

Sincerely,

*[signature]*

PAUL F. ZUKUNFT
Rear Admiral, U.S. Coast Guard
Federal On-Scene Coordinator