# Exhibit B

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 <br><br> SECTION: J |
| Applies to: *All Cases in Pleading Bundle Section III.B(3).* | * * * | JUDGE BARBIER <br><br> MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * *

## STIPULATIONS OF FACT

The United States of America stipulates to the following facts:

1. Before COREXIT EC9500A and EC9527A were added to the National Contingency Plan ("NCP") Product Schedule, the United States required effectiveness testing to be conducted on these dispersants as specified in 40 C.F.R. § 300.915(a)(7).

2. Before COREXIT EC9500A and EC9527A were added to the NCP Product Schedule, the United States required toxicity testing to be conducted on these dispersants as specified in 40 C.F.R. § 300.915(a)(8).

3. Before COREXIT EC9500A and EC9527A were added to the NCP Product Schedule, the United States required the submission of each dispersant's components as specified in 40 C.F.R. § 300.915(a)(10)-(11).

4. Products on the NCP Product Schedule as of April 20, 2010, including COREXIT EC9500A and EC9527A, were pre-authorized for use in responding to oil spills under specified circumstances under the regional dispersant pre-authorization plans for Regions IV and VI.

5. Under the Clean Water Act ("CWA"), the Oil Pollution Act ("OPA"), and the NCP, the Federal On-Scene Coordinator ("FOSC") had authority to approve the use of dispersants that were pre-authorized under the regional dispersant pre-authorization plans for Regions IV and VI, including COREXIT EC9500A and EC9527A, when the specified circumstances set forth in those plans were present.

6. For spill situations that are not addressed by the applicable regional dispersant pre-authorization plans, the FOSC may approve the use of dispersants listed on the NCP Product Schedule, including COREXIT EC9500A and EC9527A, under specific circumstances set forth in the NCP at 40 C.F.R. § 300.910.

7. Pursuant to the CWA, OPA, and the NCP, the Commander of the Coast Guard's Marine Safety Unit at Morgan City, Louisiana, was the first FOSC to direct the response to the oil spill that resulted from the April 20, 2010 explosion of the mobile offshore drilling unit *Deepwater Horizon* (the "Oil Spill Response").

8. On April 23, 2010, United States Coast Guard Rear Admiral Mary Landry was named the FOSC and in that capacity, pursuant to the CWA, OPA and NCP, directed the Oil Spill response.

9. On June 1, 2010, United States Coast Guard Rear Admiral James Watson assumed the FOSC position from Rear Admiral Landry and in that capacity, pursuant to the CWA, OPA and NCP, directed the Oil Spill Response.

10. On July 12, 2010, United States Coast Guard Rear Admiral Paul Zunkunft assumed the FOSC position from Rear Admiral Watson and in that capacity, pursuant to the CWA, OPA and NCP, directed the Oil Spill Response.

11. At various times during the Oil Spill Response, the FOSC, with the appropriate concurrence of and/or consultation with other state and federal agency officials pursuant to 40 C.F.R. § 300.910 and the applicable regional dispersant pre-authorization plans, authorized the application of COREXIT EC9500A and EC9527A to the surface of the waters of the Gulf of Mexico.

12. At various times during the Oil Spill response, the FOSC, with the appropriate concurrence of and/or consultation with other state and federal agency representatives pursuant to 40 C.F.R. § 300.910, authorized the subsea application of COREXIT EC9500A to the waters of the Gulf of Mexico.

13. The authorizations described in Stipulations 11 and 12 included limits on where, when, and in what quantity the dispersants could be applied.

14. In authorizing the subsea application of COREXIT EC9500A, the FOSC acted pursuant to the OPA, the CWA, including 33 U.S.C. § 1321(d)(2), and the NCP, including 40 C.F.R. §§ 300.120, 300.135, and 300.910.

15. In authorizing the application of COREXIT EC9500A and EC9527A to the surface of the Gulf of Mexico, the FOSC acted pursuant to the OPA, the CWA, including 33 U.S.C. § 1321(d)(2), and the NCP, including 40 C.F.R. §§ 300.120, 300.135, and 300.910.

Dated: November 18, 2011

IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources
  Division

TONY WEST
Assistant Attorney General
Civil Division

2

JAMES NICOLL
Senior Counsel
NANCY FLICKINGER
Senior Attorney
SARAH HIMMELHOCH
Senior Litigation Counsel
DEANNA CHANG
SCOTT CERNICH
ABIGAIL ANDRE
JUDY HARVEY
MATT LEOPOLD
Trial Attorneys
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044-7611

  /s/ A. Nathaniel Chakeres
STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section
A. NATHANIEL CHAKERES
Trial Attorney
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-514-2779/202-616-6537
Facsimile: 202-514-2583
E-mail: steve.o'rourke@usdoj.gov
          aristide.chakeres@usdoj.gov

JIM LETTEN
United States Attorney
SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, Ste. B-210
New Orleans, LA 70130

PETER F. FROST
Director, Torts Branch, Civil Division
Admiralty and Aviation
STEPHEN G. FLYNN
Assistant Director
MICHELLE DELEMARRE
SHARON SHUTLER
JESSICA SULLIVAN
JESSICA MCCLELLAN
DAVID PFEFFER
MALINDA LAWRENCE
Trial Attorneys
Torts Branch, Civil Division
P.O. Box 14271
Washington, D.C. 20044-4271

R. MICHAEL UNDERHILL, T.A.
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., Box 36028
450 Golden Gate Avenue
San Francisco, CA 94102-3463
Telephone: 415-436-6648
Facsimile: 415-436-6632
E-mail: mike.underhill@usdoj.gov

Attorneys for the UNITED STATES OF AMERICA