# Exhibit G

# ENVIRONMENTAL PROTECTION AGENCY

# NATIONAL CONTINGENCY PLAN

# PRODUCT SCHEDULE

## MAY 2010
## (5/03/2010)



Prepared by:

U.S. Environmental Protection Agency
Office of Emergency Management (OEM)
Regulation and Policy Development Division
Ariel Rios Building
1200 Pennsylvania Avenue, NW (Room 6450EE, Mail Code 5104A)
Washington, DC  20460

For Information Contact:

Leigh DeHaven or William Nichols via the
NCP Information Line, at (202) 260-2342

*Disclaimer: [Product Name] is on the U.S. Environmental Protection Agency's NCP Product Schedule. This listing does NOT mean that EPA approves, recommends, licenses, certifies, or authorizes the use of [Product Name] on an oil discharge. The listing means only that data have been submitted to EPA as required by subpart J of the National Contingency Plan, Section 300.915. (Source: 40 CFR §300.920 (e)).*

EPA017-038264

Abbreviations of Product Types:

| | |
|---|---|
| D | Dispersant |
| SW | Surface Washing Agent |
| S | Surface Collecting Agent |
| B | Bioremediation Agent |
| MC | Microbiological Culture |
| EA | Enzyme Additive |
| NA | Nutrient Additive |
| M | Miscellaneous Oil Spill Control Agent |

## PRODUCTS THAT HAVE BEEN REMOVED FROM THE NCP PRODUCT SCHEDULE:

### DISPERSANTS
ANTECO OIL SPILL DISPERSANT
BIOGENESIS BG-CLEAN 401
COLD CLEAN 500
COREXIT 8667
COREXIT 9550
COREXIT 9554
DISPERSANT 11
EC.O ATLAN'TOL AT7
ECO/+
ENERGY III
ENERSPERSE 700
ENERSPERSE 1100
FINASOL OSR-7
FORMULA 98
GOLD CREW DISPERSANT
HAZCLEAN-ER
INIPOL IP 90
INPROVE COLLOIDAL
M.C. #1 DISPERSANT
MAGNOTOX
MICRO-BLAZE OUT
NAXCHEM DISPERSANT K
NK-3
NURTURE BIO-EMULSIFIER
OFC D-609
OIL SPILL ELIMINATOR
OSD/LT OIL SPILL DISPERSANT
PETROMEND MP-900-W
PETROTECH PTI-25
PETROTECH II
PROFORM-POLLUTION
SDS-300
SEA MASTER NS-555
SEACARE ECOSPERSE
SEACARE OSD
SLICKGONE NS
SLIK-A-WAY
TOXIGON-2000
VALUE 100
VECLEAN OIL DISPERSANT
WELLAID 3316
WITCOMUL 4016
WITCOMUL 4078

WITCOMUL 3234
WITCOMUL 3235
YCC BLUECLEAN

### SURFACE WASHING AGENTS
CRUDEX (SW-5)
DE-SOLV-IT (SW-11)
EDF EMULSA FIRE (SW-6)
FM-186-2SW (SW-29), Voluntary Removal
GRANCONTROL-O (SW-14)
JANSOLV-60 (SW-3)
OMNI-CLEAN OSD (SW-13)
PETRO TITE M.M.E. (SW-7)
RUFFNEK (SW-4)
SX-100 (SW-27), Voluntary Removal

### SURFACE COLLECTING AGENT
COREXIT OC-5 (S-1)
OIL COMPRESS/BINDER (S-2)
OIL HERDER (S-3)
OIL SPILL REMOVER (S-4)

### BIOREMEDIATION AGENT
ABR BI-CHEM PETROLEUM BLEND (B-20)
ADVANCED BIO CULTURES L-103 (B-25)
ADVANCED BIO CULTURES L-104 (B-26)
AE-BIOSEA PROCESS (B-15)
BACTOZYME (B-9)
BIOGEE HC (B-35)
BIO-ZYME 1000-HC (B-11)
BIOMAX (B-49)
BR (B-37)
DBC PLUS TYPE R-5 (B-8)
DBC PLUS TYPE L (B-7)
EEC BIOLOGICAL MEDIA (B-14)
EN-2000 CONCENTRATE (B-27)
ENZYT (LIQUID/CRYSTAL) (B-52)
HYDROBAC (B-1)
KBC 100 (B-46)
LRC-1 (B-50)

LRC-4 (B-51)
MAX BAC CUSTOMBLEN (B-13)
MEDINA MICROBIAL ACTIVATOR (B-44)
MICROPRO D (B-22)
MICROPRO NOW BAC (B-21)
MICROPRO SUPER CEE (B-23)
MICROPRO G (B-24)
MUNOX 212 (B-17)
MUNOX 512 (B-18)
MUNOX 112 (B-16)
NO-SCUM (B-2)
NUTRI-BIO 1000 (B-30)
PES-31 (B-39)
PETROBAC (B-3)
PETRODEG-100 (B-5)
PETRODEG-200 (B-6)
PETROVORE (B-47)
PHENOBAC (B-4)
PRP (B-29)
PUTIDOIL (B-40)
WOODACE BRIQUETTES (B-12)
WST BIOBLEND H-JM (B-31)
WST BIOBLEND M-B4W (B-32)
WST BIOBLEND M-B4C (B-34)
WST BIOBLEND M-5 (B-38)
WST BIOBLEND M-4 (B-33)

### MISCELLANEOUS OIL SPILL CONTROL AGENTS
ENVIRO-BOND 403 (M-11)
LIQUID OIL BOND-200 (M-3)
NOCHAR'S A610/A650 (M-9)
OIL BOND-100 (M-2)
OMNI-ZORB #8000 (M-16)
OMNI-ZORB #4000 (M-15)
OMNI-ZORB #2000 (M-14)
RE-ENTRY KNI (M-5)
RE-ENTRY D SOLVENT (M-8)
SEE-JELL (M-1)
SPILCAT (M-13)
WASTE-SET AGGLOMERATE (M-21)

*Listing maintained per requirements of the revised Subpart J, Federal Register, Volume 59, Number 17, September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
MAY 2010

EPA017-038265

Currently Listed Products by Category:

| | |
|---|---|
| Dispersants | 14 |
| **Surface Washing Agents** | **26** |
| Surface Collecting Agents | 0 |
| Bioremediation Agents | 15 |
| Biological Additives (10) | |
| --Microbiological Cultures (9) | |
| --Enzyme Additives (1) | |
| Nutrient Additives (5) | |
| Miscellaneous Oil Spill Control Agents | <u>10</u> |
| | |
| **Total** | **65** |

| | |
|---|---|
| <u>Note changes to the Schedule:</u> | JD-109 (D-6), JD-2000™ (D-7), and RAPIDGRAB 2000™ (M-24) updated contact information |
| <u>Note new listings to the Schedule:</u> | Re-listing of COREXIT® EC7664A (SW-1) |
| <u>Note new deletions from the Schedule:</u> | None for this update |
| <u>Note no longer manufactured:</u> | INIPOL EAP (B-10) and PRISTINE SEA II (B-54) |
| <u>Note contact information not verified as 12/08/08:</u> | NEOS AB3000 (D-2); MARE CLEAN (D-3); INIPOL EAP (B-10); BET BIOPETRO (B-48); PRISTINE SEA II (B-54); and LAND AND SEA RESTORATION PRODUCT 001 (VELITE) (B-55) |

**All changes and additions to the NCP Product Schedule are indicated in bold.**


**Updated: 5/03/2010**

*Listing maintained per requirements of the
revised Subpart J, Federal Register, Volume 59,
Number 17, September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
MAY 2010

EPA017-038266

| BULLETIN NUMBER | PRODUCT TYPE LISTED | PRODUCT NAME | SUBMITTER | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|---|---|
| | | DISPERSANTS | | |
| D-1 | D | COREXIT® EC9527A (formerly COREXIT 9527) | Nalco Energy Services, L.P. P.O. Box 87 Sugar Land, TX  77487-0087 CUSTOMER SERVICES: PHONE: (800) 333-3714 PRODUCT MANAGEMENT: OFFICE: (281) 263-7336 MOBILE: (281) 202-8126 E-MAIL: kapreston@nalco.com (Ms. Kathryn Preston) | 03/10/78 12/18/95* |
| D-2 | D | NEOS AB3000 (Hydrocarbon Solvent Based) *EPA HAS NOT RECEIVED UPDATED INFORMATION FOR THIS PRODUCT AS OF 12/01/08* | NEOS Company Limited Daisan Kendai Building 1-2, 3-chome Isobedori Chuo-ku, Kobe, Japan  651-0084 PHONE: (81) 78-331-9384 FAX: (81) 78-272-4649 (Mr. T. Ishii, Manager) | 04/22/85 01/26/96* |
| D-3 | D | MARE CLEAN 200 (formerly MARE CLEAN 505) *EPA HAS NOT RECEIVED UPDATED INFORMATION FOR THIS PRODUCT AS OF 12/01/08* | Taiho Industries Co., Ltd. 21-44, 2-chome, Takanawa Minatoku, Tokyo, Japan PHONE: (81) 33-445-8111 FAX: (81) 33-443-6333 (Mr. Y. Abe) | 02/23/88 01/26/96* |
| D-4 | D | COREXIT® EC9500A (formerly COREXIT 9500) | Nalco Energy Services, L.P. P.O. Box 87 Sugar Land, TX  77487-0087 CUSTOMER SERVICES: PHONE: (800) 333-3714 PRODUCT MANAGEMENT: OFFICE: (281) 263-7336 MOBILE: (281) 202-8126 E-MAIL: kapreston@nalco.com (Ms. Kathryn Preston) | 04/13/94 12/18/95* |
| D-5 | D | DISPERSIT SPC 1000™ (aka, SEACARE E.P.A. (ECOSPERSE™ POLLUTION ABATEMENT)) | U.S. Polychemical Corp. 584 Chestnut Ridge Road Chestnut Ridge, NY 10977 PHONE: (845) 356-5530 FAX: (845) 356-6656 E-MAIL: bruceg@uspoly.com (Mr. Bruce Gebhardt) | 04/22/99 |

*Listing maintained per requirements of the revised Subpart J, Federal Register, Volume 59, Number 17, September 15, 1994

U.S. Environmental Protection Agency NCP Product Schedule MAY 2010

EPA017-038267

| BULLETIN NUMBER | PRODUCT TYPE LISTED | PRODUCT NAME | SUBMITTER | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|---|---|
| | | | DISPERSANTS (continued) | |
| D-6 | D | JD-109 | GlobeMark Resources Ltd. **1205 Pine Heights Drive Atlanta, GA 30324** MOBILE: (254) 231-2251 E-MAIL: joannie@globemarkresouces.com **WEB SITE: http://www.globemarkresources.com** (Ms. Joannie Docter) E-MAIL: mikeclmail@gmail.com (Mr. Mike Peterson) | 09/20/00 |
| D-7 | D | JD-2000™ | GlobeMark Resources Ltd. **1205 Pine Heights Drive Atlanta, GA 30324** MOBILE: (254) 231-2251 E-MAIL: joannie@globemarkresouces.com **WEB SITE: http://www.globemarkresources.com** (Ms. Joannie Docter) E-MAIL: mikeclmail@gmail.com (Mr. Mike Peterson) | 08/06/01 |
| D-8 | D | NOKOMIS 3-F4 | Mar-Len Supply, Inc. 23159 Kidder Street Hayward, CA 94545 PHONE: (510) 782-3555 FAX: (510) 782-2032 (Mr. Frank Winter) | 03/04/02 |
| D-9 | D | BIODISPERS (formerly PETROBIODISPERS) | Petrobiotech LLC P.O. Box 813 Newport, NH 03773 PHONE: (203) 966-4573 FAX: (561) 966-0920 (Mr. Frances Sullivan) | 06/28/02 |
| D-10 | D | SEA BRAT #4 | Alabaster Corp. 6921 Olson Lane Pasadena, TX 77505 PHONE: (281) 487-5482 (800) 609-2728 FAX: (281) 487-9014 E-MAIL: alabastercorp@aol.com (Mr. Charles A. Sheffield) | 11/26/02 |

*Listing maintained per requirements of the revised Subpart J, Federal Register, Volume 59, Number 17, September 15, 1994

U.S. Environmental Protection Agency NCP Product Schedule MAY 2010

EPA017-038268

| BULLETIN NUMBER | PRODUCT TYPE LISTED | PRODUCT NAME | SUBMITTER | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|---|---|
| | | | DISPERSANTS (continued) | |
| D-11 | D | FINASOL® OSR 52 (aka, SEACARE ECOSPERSE 52) | TOTAL FLUIDES 51, Esplande de Général de Gaulle 92907 Paris La Défense France PHONE: +33-141-356-101 U.S.: (713) 483-5712 24-HOUR EMERGENCY NUMBER: +33-1-41-35-65-00 E-MAIL: abdallah.bouhlassi@total.com WEB SITE: www.totalspecialfluids.com (Mr. Abdallah Bouhlassi) | 01/30/03 |
| D-12 | D | SAF-RON GOLD (aka, SF-GOLD DISPERSANT) | Sustainable Environmental Technologies, Inc. P.O. Box 30516 Mesa, AZ 85275 CUSTOMER SERVICES: PHONE: (877) 853-2947 / (800) 347-8950 FAX: (877) 853-2947 / (480) 461-8798 24-HOUR EMERGENCY NUMBER: PHONE: (877) 853-2947 E-MAIL: info@sustainable-corp.com bruce@sustainable-corp.com WEB SITE: www.sustainable-copr.com www.saf-ron.com (Mr. Bruce Richards) | 01/03/05 |
| D-13 | D | ZI-400 (aka, ZI-400 OIL SPILL DISPERSANT) | Z.I. Chemicals 8605 Santa Monica Boulevard, #38201 Los Angeles, CA 90069 PHONE: (818) 827-1301 E-MAIL: sales@zichemicals.com WEB SITE: www.zichemicals.com (Mr. Barnaby Zelman) | 06/16/05 |
| D-14 | D | NOKOMIS 3-AA | Mar-Len Supply, Inc. 23159 Kidder Street Hayward, CA 94545 PHONE: (510) 782-3555 FAX: (510) 782-2032 (Mr. Frank Winter) | 07/31/08 |

*Listing maintained per requirements of the revised Subpart J, Federal Register, Volume 59, Number 17, September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
MAY 2010

EPA017-038269

| BULLETIN NUMBER | PRODUCT TYPE LISTED | PRODUCT NAME | SUBMITTER | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|---|---|
| | | SURFACE WASHING AGENTS | | |
| SW-1 (formerly D-4) | SW | COREXIT® EC7664A (formerly COREXIT 7664) | Nalco Energy Services, L.P. P.O. Box 87 Sugar Land, TX 77487-0087 CUSTOMER SERVICES: PHONE: (800) 333-3714 PRODUCT MANAGEMENT: OFFICE: (281) 263-7336 MOBILE: (281) 202-8126 E-MAIL: kapreston@nalco.com (Ms. Kathryn Preston) | 11/01/78 **05/02/10*** |
| SW-2 (formerly D-20) | SW | TOPSALL #30 (Oil and Petroleum Cleaning Agent) (aka, SUPERALL #38) | Stutton North Corporation P.O. Box 724 Mandeville, LA 70470 PHONE: (985) 626-3900 FAX: (985) 674-0476 (Mr. David Anton)  Superall Products LLP 22215 Tuwa Road Tomball, TX 77375 PHONE: (281) 351-4800 FAX: (281) 351-4855 (Mr. Sammy Roberts) | 01/07/85 08/21/95* |
| SW-9 (formerly D-37) | SW | CN-110 | Chemex, Incorporated 107-B Balboa Drive Broussard, LA 70518 PHONE: (337) 837-9148 FAX: (337) 837-2648 E-MAIL: chemex@msn.com (Mr. Gale Campbell) | 05/25/89 04/16/96* |
| SW-10 (formerly D-38) | SW | COREXIT® EC9580A (formerly COREXIT 9580 SHORELINE CLEANER) | Nalco Energy Services, L.P. P.O. Box 87 Sugar Land, TX 77487-0087 CUSTOMER SERVICES: PHONE: (800) 333-3714 PRODUCT MANAGEMENT: OFFICE: (281) 263-7336 MOBILE: (281) 202-8126 E-MAIL: kapreston@nalco.com (Ms. Kathryn Preston) | 07/21/89 09/27/95* |
| SW-12 (formerly D-41) | SW | PREMIER 99 | Gold Coast Chemical Products 2790 South Park Road Pembroke Park, FL 33009 PHONE: (954) 893-0044 FAX: (954) 893-8884 E-MAIL: noslime@goldcoastchemical.com (Mr. Eli Finkelberg or Ms. Sue Freid) | 08/11/89 11/02/95* |

*Listing maintained per requirements of the revised Subpart J, Federal Register, Volume 59, Number 17, September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
MAY 2010

EPA017-038270

| BULLETIN NUMBER | PRODUCT TYPE LISTED | PRODUCT NAME | SUBMITTER | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|---|---|
| | | SURFACE WASHING AGENTS (continued) | | |
| SW-15 (formerly D-46) | SW | SIMPLE GREEN® (Water Based) | Sunshine Makers, Inc. 15922 Pacific Coast Highway Huntington Harbor, CA  92649 PHONE: (800) 228-0709 (562) 795-6000 FAX: (562) 592-3830 (Ms. Carol Chapin) | 04/23/90 08/30/95* |
| SW-16 (formerly D-52) | SW | AQUACLEAN | Madison Chemical Company, Inc. 3141 Clifty Drive Madison, IN  47250 PHONE: (812) 273-6000 FAX: (812) 273-6002 E-MAIL: cara.cyrus@madchem.com (Ms. Cara Cyrus) | 07/08/91 06/14/95* |
| SW-17 (formerly D-14) | SW | PETRO-GREEN ADP-7 | Petro-Green, Inc. P.O. Box 814665 Dallas, TX  75381 PHONE: (972) 484-7336 FAX: (972) 484-7336 E-MAIL: petrogreen@hotmail.com (Mr. Arnold Paddock) | 09/30/84 07/25/96* |
| SW-18 | SW | NATURE'S WAY HS (aka, MICRO CLEAN; NATURE'S WAY PC; POWERCLEAN) | Integra Environmental, Ltd. 5825 Centralcrest Houston, TX  77092 PHONE: (713) 680-1234 FAX: (713) 680-1608 E-MAIL: info@integraenvironmental.com (Ms. Cathy Kaiser) | 10/23/96 |
| SW-19 | SW | CYTOSOL | CytoCulture International, Inc. 249 Tewksbury Avenue Point Richmond, CA  94801-3829 PHONE: (510) 233-0102 MOBILE: (561) 762-5440 FAX: (510) 233-3777 EMERGENCY E-MAIL: vwedel@aol.com E-MAIL: rwedel@cytoculture.com WEB SITE: www.cytoculture.com (Dr. Randall von Wedel) | 01/30/97 |
| SW-20 | SW | BIOSOLVE® HYDROCARBON MITIGATION™ AGENT | The Westford Chemical Corporation® 98 Concord Road Westford, MA  01886 PHONE: (978) 392-0689 / (508) 878-5895 (800) 225-3909 FAX: (978) 692-3487 E-MAIL: president@biosolve.com WEB SITE: www.biosolve.com (Mr. Ron LaRoche or Mr. Stephen LaRoche) | 03/21/97 |

*Listing maintained per requirements of the revised Subpart J, Federal Register, Volume 59, Number 17, September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
MAY 2010

EPA017-038271

| BULLETIN NUMBER | PRODUCT TYPE LISTED | PRODUCT NAME | SUBMITTER | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|---|---|
| | | SURFACE WASHING AGENTS (continued) | | |
| SW-21 | SW | PETROTECH 25 | Petrotech America Corporation P.O. Box 46 Newport, NH 03773 PHONE: (203) 966-4573 FAX: (561) 966-0920 (Mr. Frances Sullivan) | 03/02/98 |
| SW-22 | SW | SPLIT DECISION SC (formerly known as SPLIT DECISION) (aka, CLEAN SPLIT; DUO-SPLIT) | Mantek Division of NCH Corporation P.O. Box 660196 Dallas, TX 75266-0196 PHONE: (972) 438-0202 or (800) 527-9919 ext. 2020 E-MAIL: gzimmerm@nch.com (Mr. George Zimmerman) | 11/12/98 |
| SW-23 | SW | PETRO-CLEAN | Alabaster Corp. 6921 Olson Lane Pasadena, TX  77505 PHONE: (281) 487-5482 / (800) 609-2728 FAX: (281) 487-9014 E-MAIL: alabastercorp@aol.com (Mr. Charles Sheffield) | 03/01/99 |
| SW-24 | SW | DO-ALL #18 | Radcob Solutions, Inc. 4800 North State Road 7 Suite #105 Lauderdale Lakes, FL 33319 PHONE: (954) 249-2178 FAX: (954) 894-6826 (Mr. Adam Goldberg) | 07/14/00 |
| SW-25 | SW | SC-1000™ | GEMTEK® Products 3808 North 28th Avenue Phoenix, AZ 85017 EMERGENCY NUMBER: (602) 265-8586 PHONE: (800) 331-7022 FAX: (602) 265-7241 E-MAIL: techsupport@infogemtek.com (Ms. Kim Kristoff) | 07/09/01 |
| SW-26 | SW | GOLD CREW SW | Gold Crew Products & Services, LLC P.O. Box 12032 Orange, CA 92859 PHONE: (714) 288-8781 FAX: (714) 288-8730 E-MAIL: jfigueira@goldcrew.net (Mr. Jim Figueira) | 08/06/01 |

*Listing maintained per requirements of the revised Subpart J, Federal Register, Volume 59, Number 17, September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
MAY 2010

EPA017-038272

| BULLETIN NUMBER | PRODUCT TYPE LISTED | PRODUCT NAME | SUBMITTER | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|---|---|
| | | | SURFACE WASHING AGENTS (continued) | |
| | | GOLD CREW SW (continued) | ECS 10421 Burnham Drive NW Building 1-B P.O. Box 2029 Gig Harbor, WA 98335 Phone: (877) 253-2665 (Mr. Jim Grubbs) | |
| SW-28 | SW | NALE-IT | SPL Control LLC P.O. Box 627 Elemore City, OK 73433 PHONE: (580) 788-2187 E-MAIL: splcontrol@aol.com (Mr. Tom Lester) | 11/05/01 |
| SW-30 | SW | F-500 | Hazard Control Technologies, Inc. 150 Walter Way Fayetteville, GA 30214 PHONE: (770) 719-5112 FAX: (770) 719-5117 (Mr. Brian Balmes) | 07/24/02 |
| SW-31 | SW | ENVIROCLEAN (formerly Enviro Clean 165) | Enviro Clean Services, LLC P.O. Box 721090 Oklahoma City, OK 73172-1090 PHONE: (405) 373-4545 FAX: (405) 373-4549 EMAIL: info@envirocleanps.com (Mr. Jonathan Behymer) | 10/27/03 |
| SW-32 | SW | BG-CLEAN™ 401 | BioGenesis Enterprises, Inc. 610 W Rawson Avenue Oak Creek, WI 53154 PHONE: (414) 571-6230 FAX: (414) 571-6231 (Dr. Mohsen Amiran) PHONE: (414) 768-7100 FAX: (414) 768-7106 E-MAIL: skelling@aol.com (Scott Kelling) | 07/21/05 |
| SW-33 | SW | E-SAFE© | PLUTUS Environmental Technologies, Inc. P.O. Box 5104 Sevierville, TN 37864-5104 PHONE : (865) 453-0060 FAX: (865) 908-6652 E-MAIL: CEO@plutusonline.com (Mr. James Hatcher) | 11/27/06 |

*Listing maintained per requirements of the revised Subpart J, Federal Register, Volume 59, Number 17, September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
MAY 2010

EPA017-038273

| BULLETIN NUMBER | PRODUCT TYPE LISTED | PRODUCT NAME | SUBMITTER | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|---|---|
| | | SURFACE WASHING AGENTS (continued) | | |
| SW-34 | SW | SHEEN-MAGIC© | PLUTUS Environmental Technologies, Inc.<br>P.O. Box 5104<br>Sevierville, TN 37864-5104<br>PHONE : (865) 453-0060<br>FAX: (865) 908-6652<br>E-MAIL: CEO@plutusonline.com<br>(Mr. James Hatcher) | 11/27/06 |
| SW-35 | SW | PROCLEANS | Eximco International, Inc.<br>5250 Gulfton, #2-B<br>Houston, TX 77081<br>PHONE : (713) 432-7899<br>E-MAIL: procleans@procleans.com<br>(Mr. Nat Brown) | 06/16/08 |
| SW-36 | SW | SPILLCLEAN<br>SPILLCLEAN<br>["Concentrate"]<br>(aka, FIREMAN'S<br>BRAND SPILLCLEAN) | Super Sat Ventures, Inc.<br>611 Riverview Drive<br>Thiensville, WI 53092<br>PHONE: (414) 840-9223<br>(Mr. Daniel W. Klein) | 03/30/09 |
| SW-37 | SW | TXCHEM HE-1000™ | Texas EnviroChem, Inc.<br>11659 Jones Road, PMB #348<br>Houston, TX 77070<br>PHONE: (281) 728-3217 | 03/15/10 |
| | | BIOREMEDIATION AGENTS | | |
| B-10 | NA | INIPOL EAP 22<br><br>*NO LONGER MANUFACTURED*<br><br>*EPA HAS NOT RECEIVED UPDATED INFORMATION FOR THIS PRODUCT AS OF 12/01/08* | Société CECA, S.A.<br>12 place de l'Iris - Cédex 54<br>92062 Paris-la-Défense<br>France<br>PHONE: 011-33-1-47-96-92-91<br>TELEX: CECAS 611444F<br>FAX: 011-33-1-47-96-92-33<br>E-MAIL: serge.kuchto@ceca.fr<br>(Mr. Serge Kuchto) | 07/09/85<br>01/11/96* |
| B-19 | MC | WMI-2000 | WMI International, Inc.<br>4901 Milwee, Suite 109<br>Houston, TX  77092<br>PHONE: (713) 956-4001<br>EVENING: (713) 526-5829<br>FAX: (713) 956-7305<br>E-MAIL: wmi.meor@yahoo.com<br>(Mr. Joseph Jennings) | 06/18/90<br>01/11/96* |

*Listing maintained per requirements of the
revised Subpart J, Federal Register, Volume 59,
Number 17, September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
MAY 2010

EPA017-038274

| BULLETIN NUMBER | PRODUCT TYPE LISTED | PRODUCT NAME | SUBMITTER | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|---|---|
| | | BIOREMEDIATION AGENTS (continued) | | |
| B-36 | MC | OPPENHEIMER FORMULA (aka, THE OPPENHEIMER FORMULA I, NATURAL ENVIRO 8000 BIOREMEDIATION, GENISIS WE-F, MIGHTY MIKE BPT, PETRO-TREAT) | Oppenheimer Biotechnology, Inc. P.O. Box 5919 Austin, TX 78763 PHONE: (512) 474-1016 FAX: (512) 472-2909 E-MAIL: jen.neve@obio.com (Ms. Jen Neve) | 07/17/91 10/06/96* |
| B-41 | MC | MICRO-BLAZE® | Verde Environmental, Inc. P.O. Box 8706 Houston, TX 77249-8706 PHONE: (713) 691-6468 (800) 626-6598 FAX: (713) 691-2331 E-MAIL: bscogin@micro-blaze.com WEB SITE: www.micro-blaze.com (Mr. William L. Scogin) | 12/18/91 01/21/97* |
| B-42 | NA | VB591™, VB997™, BINUTRIX® (formerly MYCOBAC TX-20) | BioNutraTech, Inc. P.O. Box 2342 Branson, MO 65615 PHONE: (417) 858-1150 FAX: (417) 858-1152 E-MAIL: shruza@bionutratech.com WEB SITE: www.bionutratech.com MOBILE: (713) 301-0254 (Ms. Sandra L. Hruza) | 01/03/92 02/05/97* |
| B-43 | MC | STEP ONE (aka, B&S INDUSTRIAL) | B&S Research, Inc. 4345 Highway 21 Embarrass, MN 55732 PHONE: (218) 984-3757 FAX: (218) 984-3212 E-MAIL: soilplus@2z.net (Mr. H.W. Lashmett) | 03/12/92 03/21/97* |
| B-45 | MC | SYSTEM E.T. 20 (formerly MCW.B 20) | Environmental Restoration Services 9211 Lakewood Drive Windsor, CA 95492 E-MAIL: ERS.BTI@gmail.com PHONE: (619) 253-0664 (Mr. John Chase) PHONE: (760) 746-5145 FAX: (760) 746-2034 (Mr. Jack Roberts) | 01/28/93 11/14/95* |

*Listing maintained per requirements of the revised Subpart J, Federal Register, Volume 59, Number 17, September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
MAY 2010

EPA017-038275

| BULLETIN NUMBER | PRODUCT TYPE LISTED | PRODUCT NAME | SUBMITTER | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|---|---|
| | | BIOREMEDIATION AGENTS (continued) | | |
| B-48 | MC | BET BIOPETRO (formerly BET BIOPETRO HEAVY) *EPA HAS NOT RECEIVED UPDATED INFORMATION FOR THIS PRODUCT AS OF 12/01/08* | BioEnviroTech 14615 FM 2920 Tomball, TX 77375 (Mr. Warren Butler) | 11/10/93 08/31/00* |
| B-53 | EA | OIL SPILL EATER II (OSE II) | OSEI Corporation (Formerly Sky Blue Chems) P.O. Box 515429 Dallas, TX 75251-5429 PHONE: (972) 669-3390 E-MAIL: oseicorp@msn.com WEB SITE: www.osei.us (Mr. Steven Pedigo, Chairmen, CEO, Inventor) | 08/26/96; 08/16/05# 09/22/09* |
| B-54 | MC | PRISTINE SEA II (formerly MICROPRO D) *NO LONGER MANUFACTURED* | Fluid Tech, Inc. 6450 Spring Mountain Road, Suite 9 Las Vegas, NV 89146 PHONE: (702) 871-1884 FAX: (702) 871-3269 (Mr. Stan True) | 06/28/99 |
| B-55 | NA | LAND AND SEA RESTORATION PRODUCT 001 (VELITE) *EPA HAS NOT RECEIVED UPDATED INFORMATION FOR THIS PRODUCT AS OF 12/01/08* | Land and Sea Restoration LLC 4147 Acorn Hill San Antonio, TX 78217 PHONE: (210) 650-5556 FAX: (210) 650-5567 (Mr. Shawn Parker) | 09/10/99 |
| B-56 | NA | S-200 (aka, S-200C, SHEENCLEAN, BILGE CLEAR) | International Environmental Products, LLC Two Villanova Center 795 E. Lancaster Ave., Suite 280 Villanova, PA 19085 PHONE: (610) 520-7665 FAX: (610) 520-7663 E-MAIL: info@iepusa.com (Mr. Jim Lynn) | 07/24/02 |
| B-57 | MC | SPILLREMED (MARINE)® | Sarva Bio Remed, LLC 11 North Willow Drive Trenton, NJ 08608 PHONE: (609) 695-4992 FAX: (419) 710-5831 E-MAIL: sales@sarvabioremed.com WEB SITE: www.sarvabioremed.com (Mr. Satya Ganti) | 01/08/07 |

*Listing maintained per requirements of the revised Subpart J, Federal Register, Volume 59, Number 17, September 15, 1994

U.S. Environmental Protection Agency NCP Product Schedule MAY 2010

EPA017-038276

| BULLETIN NUMBER | PRODUCT TYPE LISTED | PRODUCT NAME | SUBMITTER | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|---|---|
| | | BIOREMEDIATION AGENTS (continued) | | |
| B-58 | NA | JE1058BS | Japan Energy Corporation Business Development Department, Bio Research Center 3-17-35 Niizo-Minami Toda-shi, Saitama 335-8502 Japan PHONE: (81) 48-433-2191 FAX: (81) 48-444-3223 E-MAIL: saeki@j-energy.co.jp (Hisashi Saeki) | 12/03/2007 |
| B-59 | MC | BioWorld Bioremediation Hydrocarbon Treatment Products (BioWorld BHTP) | BioWorld Products International Headquarters P.O. Box 2920 8244 W. Hillsdale Court Visalia, CA 93279 Phone: (559) 651-2042 Fax: (559) 651-9041 E-mail: mail@bioworldusa.com Web site: www.bioworldusa.com (Diane R. Barnes) | 11/24/2008 |
| | | MISCELLANEOUS OIL SPILL CONTROL AGENTS | | |
| M-12 | M | PES-51 | Practical Environmental Solutions (formerly known as Petroleum Environmental Services) P.O. Box 12563 San Antonio, TX 78212 PHONE: (210) 493-7172 FAX: (210) 493-7172 E-MAIL: simsbi@aol.com (Mr. Bill Sims) | 08/31/92 09/13/95* |
| M-17 | M | CIAGENT (formerly CI AGENT, CHEAP INSURANCE, & PETRO-CAPTURE) | CIAGENT Solutions, LLC 11760 Commonwealth Drive Louisville, KY 40299 PHONE: (502) 267-0101 (800) 255-6073 FAX: (502) 267-0181 WEB SITE: www.ciagent.com E-MAIL: dan@ciagent.com (Mr. Dan Parker) | 02/25/94 06/14/95* |
| M-18 | M | ZYME-FLOW (aka, ZYME-TREAT, MARI-ZYME, UNITED 658 PETRO-ZYME) | United Laboratories, Inc. 320 37th Avenue St. Charles, IL 60174 PHONE: (630) 377-0900 (800) 323-2594 FAX: (630) 377-0960 E-MAIL: nsherrel@unitedlabsinc.com (Ms. Nancy Sherrel) | 03/29/94 03/12/97* |

*Listing maintained per requirements of the revised Subpart J, Federal Register, Volume 59, Number 17, September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
MAY 2010

EPA017-038277

| BULLETIN NUMBER | PRODUCT TYPE LISTED | PRODUCT NAME | SUBMITTER | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|---|---|
| | | MISCELLANEOUS OIL SPILL CONTROL AGENTS (continued) | | |
| M-19 | M | WASTE-SET #3200® | Environmental & Fire Technology, LLC 3374 West River Drive NW Grand Rapids, MI 49544 PHONE: (616) 784-0770 FAX: (616) 784-5018 E-MAIL: eandft@comcast.net (Mr. Cal Blystra) | 04/22/96 |
| M-20 | M | WASTE-SET #3400® | Environmental & Fire Technology, LLC 3374 West River Drive NW Grand Rapids, MI 49544 PHONE: (616) 784-0770 FAX: (616) 784-5018 E-MAIL: eandft@comcast.net (Mr. Cal Blystra) | 04/22/96 |
| M-22 | M | PX700™ | Enviro-Tech 1907 Southwest 47th Street Cape Coral, FL 33914 PHONE: (239) 997-6300 FAX: (239) 549-8550 WEB SITE: http://www.px700.com E-MAIL: envirotechusa@gmail.com (Mr. Charlie Jones) | 02/27/98; 10/05/98* |
| M-23 | M | ALSOCUP | REVCOM Associates 1550 Rimpau Avenue #53 Corona, CA 92881 PHONE: (951) 737-0104 FAX: (951) 737-5500 E-MAIL: revcom@sbcglobal.net (Mr. Dave Naylor - President) | 11/23/98 |
| M-24 | M | RAPIDGRAB 2000™ | GlobeMark Resources Ltd. **1205 Pine Heights Drive Atlanta, GA 30324** MOBILE: (254) 231-2251 E-MAIL: joannie@globemarkresouces.com **WEB SITE: http://www.globemarkresources.com** (Ms. Joannie Docter) E-MAIL: mikeclmail@gmail.com (Mr. Mike Peterson) | 01/26/01 |
| M-25 | M | AQUA N-CAP™ POLYMER (aka, OIL SOLUTIONS POWDER; SPILL GREEN LS) | RTA Systems, Inc. 8120 Mid America Boulevard Suite 200A Oklahoma City, OK 73135 PHONE: (405) 397-9108 FAX: (405) 610-2620 E-MAIL: bjohnson@RTASys.com (Mr. Bill Johnson - President) | 11/09/06 |

*Listing maintained per requirements of the revised Subpart J, Federal Register, Volume 59, Number 17, September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
MAY 2010

EPA017-038278

| BULLETIN NUMBER | PRODUCT TYPE LISTED | PRODUCT NAME | SUBMITTER | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|---|---|
| | | MISCELLANEOUS OIL SPILL CONTROL AGENTS (continued) | | |
| M-26 | M | ELASTOL (aka, SEPARATE; LIQUID ELASTOL) | Action Additives, Inc. 205 Industrial Road P.O. Box 965 Ducktown, TN 37326 PHONE: (423) 496-5000 (800) 496-5110 (Mr. Tim Kaylor) | 06/30/08* |

*Listing maintained per requirements of the revised Subpart J, Federal Register, Volume 59, Number 17, September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
MAY 2010

EPA017-038279

## ALPHABETICAL LIST OF PRODUCTS ON THE NCP PRODUCT SCHEDULE

| PRODUCT NAME/BULLETIN NUMBER | PRODUCT TYPE | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|
| ALSOCUP (M-23) | Miscellaneous Oil Spill Control Agent | 11/23/98 |
| AQUACLEAN (SW-16) | Surface Washing Agent | 07/08/91; 06/14/95* |
| AQUA N-CAP™ POLYMER (M-25) | Miscellaneous Oil Spill Control Agent | 11/09/2006 |
| BET BIOPETRO (B-48) | Bioremediation Agent | 11/10/93; 08/31/00* |
| BG-CLEAN™ 401 (B-32) | Surface Washing Agent | 07/21/2006 |
| BILGE CLEAR (see S-200) | Bioremediation Agent | |
| BIODISPERS (D-9, formerly PETROBIODISPERS) | Dispersant | 6/28/02 |
| BIOSOLVE® HYDROCARBON MITIGATION™ AGENT (SW-20) | Surface Washing Agent | 03/21/97 |
| BIOWORLD BHTP (B-59) | Bioremediation Agents | 11/24/08 |
| B&S INDUSTRIAL (see STEP ONE) | Bioremediation Agent | |
| CIAGENT (M-17) | Miscellaneous Oil Spill Control Agent | 02/25/94; 06/14/95* |
| CLEAN SPLIT (see SPLIT DECISION SC) | Surface Washing Agent | |
| CN-110 (SW-9) | Surface Washing Agent | 05/25/89; 04/16/96* |
| **COREXIT® EC7664A (SW-1)** | **Surface Washing Agent** | **11/01/78; 05/02/10*** |
| COREXIT® EC9500A (D-4) | Dispersant | 04/13/94; 12/18/95* |
| COREXIT® EC9527A (D-1) | Dispersant | 03/10/78; 12/18/95* |
| COREXIT® EC9580A (SW-10) | Surface Washing Agent | 07/21/89; 09/27/95* |
| CYTOSOL (SW-19) | Surface Washing Agent | 01/30/97 |
| DISPERSIT SPC 1000™ (D-5) | Dispersant | 04/22/99 |
| DO-ALL #18 (SW-24) | Surface Washing Agent | 07/14/00 |
| DUO-SPLIT (see SPLIT DECISION SC) | Surface Washing Agent | |
| ELASTOL (M-26) | Miscellaneous Oil Spill Control Agent | 06/30/08 |
| ENVIROCLEAN (SW-31) | Surface Washing Agent | 10/27/03 |
| E-SAFE© (SW-33) | Surface Washing Agent | 11/27/06 |
| F-500 (SW-30) | Surface Washing Agent | 07/24/02 |
| FINASOL® OSR 52 (D-11) | Dispersant | 01/30/03 |
| FIREMAN'S BRAND SPILLCLEAN (see SPILLCLEAN) | Surface Washing Agent | |
| GENISIS WE-F (see OPPENHEIMER FORMULA) | Bioremediation Agent | |
| GOLD CREW SW (SW-26) | Surface Washing Agent | 08/06/01 |

*Listing maintained per requirements of the revised Subpart J, Federal Register, Volume 59, Number 17, September 15, 1994

EPA017-038280

## ALPHABETICAL LIST OF PRODUCTS ON THE NCP PRODUCT SCHEDULE

| PRODUCT NAME/BULLETIN NUMBER | PRODUCT TYPE | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|
| INIPOL EAP 22 (B-10), No Longer Manufactured | Bioremediation Agent | 07/09/85; 01/11/96* |
| **JD-109 (D-6)** | **Dispersant** | **09/20/00** |
| **JD-2000™ (D-7)** | **Dispersant** | **08/06/01** |
| JE1058BS (B-58) | Bioremediation Agent | 12/03/2007 |
| LAND AND SEA RESTORATION PRODUCT 001 (VELITE) (B-55) | Bioremediation Agent | 09/10/99 |
| LIQUID ELASTOL (see ELASTOL) | Miscellaneous Oil Spill Control Agent | |
| MARE CLEAN 200 (D-3) | Dispersant | 02/23/88; 01/26/96* |
| MARI-ZYME (see ZYME-FLOW) | Miscellaneous Oil Spill Control Agent | |
| MICRO-BLAZE® (B-41) | Bioremediation Agent | 12/18/91; 01/21/97* |
| MICRO CLEAN (see NATURE'S WAY HS) | Surface Washing Agent | |
| MIGHTY MIKE BPT(see OPPENHEIMER FORMULA) | Bioremediation Agent | |
| NALE-IT (SW-28) | Surface Washing Agent | 11/05/01 |
| NATURAL ENVIRO 8000 BIOREMEDIATION (see OPPENHEIMER FORMULA) | Bioremediation Agent | |
| NATURE'S WAY HS (SW-18) | Surface Washing Agent | 10/23/96 |
| NATURE'S WAY PC (see NATURE'S WAY HS) | Surface Washing Agent | |
| NEOS AB3000 (D-2) | Dispersant | 04/22/85; 01/26/96* |
| NOKOMIS 3-AA (D-14) | Dispersant | 07/31/08 |
| NOKOMIS 3-F4 (D-8) | Dispersant | 03/04/02 |
| OIL SOLUTIONS POWDER (see AQUA N-CAP™ POLYMER) | Miscellaneous Oil Spill Control Agent | |
| OIL SPILL EATER II (OSE II) (B-53) | Bioremediation Agent | 08/26/96; 08/16/05#; 09/22/09* |
| OPPENHEIMER FORMULA (B-36) | Bioremediation Agent | 07/17/91; 10/06/96* |
| PES-51 (M-12) | Miscellaneous Oil Spill Control Agent | 08/31/92; 09/13/95* |
| PETRO-CLEAN (SW-23) | Surface Washing Agent | 03/01/99 |
| PETRO-GREEN ADP-7 (SW-17) | Surface Washing Agent | 09/30/84; 07/25/96* |
| PETROTECH 25 (SW-21) | Surface Washing Agent | 03/02/98 |
| PETRO-TREAT (see OPPENHEIMER FORMULA) | Bioremediation Agent | |
| POWERCLEAN (see NATURE'S WAY HS) | Surface Washing Agent | |

*Listing maintained per requirements of the revised Subpart J, Federal Register, Volume 59, Number 17, September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
MAY 2010

EPA017-038281

## ALPHABETICAL LIST OF PRODUCTS ON THE NCP PRODUCT SCHEDULE

| PRODUCT NAME/BULLETIN NUMBER | PRODUCT TYPE | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|
| PREMIER 99 (SW-12) | Surface Washing Agent | 08/11/89; 11/02/95* |
| PRISTINE SEA II (B-54; formerly MICROPRO D), No Longer Manufactured | Bioremediation Agent | 06/28/99 |
| PROCLEANS (SW-35) | Surface Washing Agents | 06/16/08 |
| PX700™ (M-22) | Miscellaneous Oil Spill Control Agent | 02/27/98 |
| **RAPIDGRAB 2000™ (M-24)** | **Miscellaneous Oil Spill Control Agent** | **01/26/01** |
| S-200 (B-56) | Bioremediation Agent | 07/24/02 |
| S-200C (see S-200) | Bioremediation Agent | |
| SAF-RON GOLD (D-12) | Dispersant | 01/03/05 |
| SC-1000™ (SW-25) | Surface Washing Agent | 07/09/01 |
| SEA BRAT #4 (D-10) | Dispersant | 11/26/02 |
| SEACARE ECOSPERSE 52 (see FINASOL® OSR 52) | Dispersant | |
| SEACARE E.P.A. (see DISPERSIT SPC 1000™) | Dispersant | |
| SEPARATE (see ELASTOL) | Miscellaneous Oil Spill Control Agent | |
| SF-GOLD DISPERSANT (see SAF-RON GOLD) | Dispersant | |
| SHEENCLEAN (see S-200) | Bioremediation Agent | |
| SHEEN-MAGIC© (SW-34) | Surface Washing Agent | 11/27/06 |
| SIMPLE GREEN® (SW-15) | Surface Washing Agent | 04/23/90; 08/30/95* |
| SPILLCLEAN (SW-36) | Surface Washing Agent | 03/30/09 |
| SPILLCLEAN ["CONCENTRATE"] (see SPILLCLEAN) | Surface Washing Agent | |
| SPILLREMED (MARINE)® (B-57) | Bioremediation Agent | 01/08/07 |
| SPILL GREEN LS (see AQUA N-CAP™ POLYMER) | Miscellaneous Oil Spill Control Agent | |
| SPLIT DECISION SC (SW-22; formerly SPLIT DECISION) | Surface Washing Agent | 11/12/98 |
| STEP ONE (B-43) | Bioremediation Agent | 03/12/92; 03/21/97* |
| SUPERALL #38 (see TOPSALL #30) | Surface Washing Agent | |
| SYSTEM E.T. 20 (B-45; formerly MCW.B 20)) | Bioremediation Agent | 01/28/93; 11/14/95* |
| THE OPPENHEIMER FORMULA 1 (see OPPENHEIMER) | Bioremediation Agent | |
| TOPSALL #30 (SW-2) | Surface Washing Agent | 01/07/85; 08/21/95* |

*Listing maintained per requirements of the revised Subpart J, Federal Register, Volume 59, Number 17, September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
MAY 2010

EPA017-038282

**ALPHABETICAL LIST OF PRODUCTS ON THE NCP PRODUCT SCHEDULE**

| PRODUCT NAME/BULLETIN NUMBER | PRODUCT TYPE | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|
| TXCHEM HE-1000™ (SW-37) | Surface Washing Agent | 03/15/10 |
| UNITED 658 PETRO-ZYME (see ZYME-FLOW) | Miscellaneous Oil Spill Control Agent | |
| VB591™, VB997™, BINUTRIX® (B-42; formerly MYCOBAC TX-20)) | Bioremediation Agent | 01/03/92; 02/05/97* |
| WASTE-SET #3200® (M-19) | Miscellaneous Oil Spill Control Agent | 04/22/96 |
| WASTE-SET #3400® (M-20) | Miscellaneous Oil Spill Control Agent | 04/22/96 |
| WMI-2000 (B-19) | Bioremediation Agent | 06/18/90; 01/11/96* |
| ZI-400 (D-13) | Dispersant | 06/16/2005 |
| ZI-400 OIL SPILL DISPERSANT (see ZI-400) | Dispersant | |
| ZYME-FLOW (M-18) | Miscellaneous Oil Spill Control Agent | 03/29/94; 03/12/97* |
| ZYME-TREAT (see ZYME-FLOW) | Miscellaneous Oil Spill Control Agent | |

*Listing maintained per requirements of the
revised Subpart J, Federal Register, Volume 59,
Number 17, September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
MAY 2010

EPA017-038283