# Exhibit L

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2

 3   IN RE:  OIL SPILL         )    MDL NO. 2179
     by the OIL RIG,           )
 4   DEEPWATER HORIZON in      )    SECTION "J"
     the GULF OF MEXICO,       )
 5   April 20, 2010            )    JUDGE BARBIER
                               )
 6                             )    MAG. JUDGE
                               )    SHUSHAN
 7
```



**VOLUME 2**

Deposition of **DAVID RAINEY**, taken at Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on June 3, 2011.

**APPEARANCES:**

Mr. Duke Williams
Mr. Christopher Zainey
WILLIAMS LAW GROUP
909 Poydras Street, Suite 1650
New Orleans, Louisiana 70112
(985) 876-7595

```
 1  instance --
 2       A.     Right.
 3       Q.     -- for skimming, burning,
 4  booming, dispersants, were they brought to
 5  the unified command?
 6       A.     They were part of unified
 7  command.  So yes.
 8       Q.     And were they brought to FOSCs?
 9       A.     The FOSC was part of the unified
10  command.  So the conversations were happening
11  all the time, how do we best respond to this.
12       Q.     So the answer to that question
13  is yes also?
14       A.     Again, I'm not sure what you
15  mean by were proposals brought.
16       Q.     Well, let me try it again.
17       A.     Proposals surfaced in those
18  conversations.
19       Q.     Were all of the actions, so far
20  as you know, for responding to the oil that
21  was released subject to the approval of the
22  FOSC?
23       A.     Absolutely.
24       Q.     And did you -- and in that
25  respect, I mean you, BP -- undertake to do
```

```
 1  anything with skimming or burning or booming
 2  or dispersants without the approval or
 3  direction of the United States government?
 4       A.    Not to my knowledge.
 5       Q.    And did you undertake to do
 6  anything -- again, skimming or burning or
 7  bombing or dispersants -- without the
 8  approval or the direction of the FOSC?
 9       A.    Not to my knowledge.
10       Q.    And further narrowing the focus,
11  Mr. Rainey, to dispersants.  Were you
12  required to obtain permission from the FOSC
13  before using any dispersants?
14       A.    Yes.
15       Q.    Were you required to do that
16  each time before you used dispersants?
17       A.    We did get a point -- we get to
18  a -- we got to a point, I believe, where we
19  got approval for maybe a week at a time,
20  maybe a month at a time for specific amounts.
21  But in general in answer to your question,
22  yes.
23       Q.    Was there any use of
24  dispersants, so far as you know, over the
25  objection of the United States government or
```