# Exhibit M

1

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| | EASTERN DISTRICT OF LOUISIANA |
| 2 | |
| 3 | IN RE: OIL SPILL          )   MDL NO. 2179 |
| | BY THE OIL RIG            ) |
| 4 | "DEEPWATER HORIZON" IN    )   SECTION "J" |
| | THE GULF OF MEXICO, ON    ) |
| 5 | APRIL 20, 2010            )   JUDGE BARBIER |
| | ) MAG. JUDGE SHUSHAN |

```
                    ****************
                        VOLUME 1
                    ****************

            Deposition of ANDREW GEORGE
    INGLIS, taken at Kirkland & Ellis
    International, 30 St. Mary Axe, 22nd Floor,
    London EC3A 8AF, England, United Kingdom, on
    the 21st day of July, 2011.
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
           1  on Mr. Suttles to respond more directly to
           2  these type of questions?
           3         A.    Yes, I would.
           4         Q.    And if Mr. Suttles testified
06:12      5  that Nalco had no role in any of those
           6  decisions, would you have any reason to
           7  contradict him?
           8         A.    No, I won't.
           9         Q.    And is it your belief, sir, that
06:12     10  the unified command was responsible for
          11  making the decisions related to the use of
          12  dispersants?
          13         A.    Again, the unified command had
          14  overall control of the -- of the response.
06:12     15  All decisions eventually, you know, came
          16  through the unified command structure, were
          17  signed off by the federal on-scene commander.
          18  So that was the structure by which all
          19  decisions were made.
06:12     20         Q.    The United States --
          21         A.    So it --
          22         Q.    The United States -- the federal
          23  on-site coordinator of the United States made
          24  the ultimate decisions with respect to the
06:12     25  use of dispersants in the Gulf in response to
```

```
 1  THE STATE OF LOUISIANA :
    PARISH    OF    ORLEANS :
 2
    I, PHYLLIS WALTZ, a Certified Court Reporter,
 3  Registered Professional Reporter, and
    Certified Realtime Reporter in and for the
 4  State of Louisiana, do hereby certify that
    the facts as stated by me in the caption
 5  hereto are true; that the above and foregoing
    answers of the witness, ANDREW GEORGE INGLIS,
 6  to the interrogatories as indicated were made
    before me by the said witness after being
 7  first duly sworn to testify the truth, and
    same were reduced to typewriting under my
 8  direction; that the above and foregoing
    deposition as set forth in typewriting is a
 9  full, true, and correct transcript of the
    proceedings had at the time of taking of said
10  deposition.
11  I further certify that I am not, in any
    capacity, a regular employee of the party in
12  whose behalf this deposition is taken, nor in
    the regular employ of his attorney; and I
13  certify that I am not interested in the
    cause, nor of kin or counsel to either of the
14  parties.
15  GIVEN UNDER MY HAND AND SEAL OF OFFICE, on
    this, the          day of JULY, 2011.
16
17                              Phyllis Waltz
18  _____
           PHYLLIS WALTZ, RPR, CRR
19         TEXAS CSR NO. 6813
           Expiration Date:  12/31/11
20         LOUISIANA CCR NO. 2011010
           Expiration Date:  12/31/11
21
22  Worldwide Court Reporters, Inc.
    Firm Certification No. 223
23  3000 Weslayan, Suite 235
    Houston, Texas   77027
24  (713) 572-2000
25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

## *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA
MDL NO. 2179

DEPOSITION TRANSCRIPT ERRATA SHEET

Deponent: ANDREW GEORGE INGLIS
Dates of Deposition: July 21-22, 2011

| PAGE(S) | LINE(S) | CORRECTION | REASON |
| --- | --- | --- | --- |
| 11 | 6 | analysis to **Ellis** | Transcription Error |
| 136 | 12 | well, if there **is** a requirement to put a | Transcription Error |
| 141 | 19 | We just – we just **redefined** | Transcription Error |
| 152 | 1-4 | My definition of a successful response is, **as** part of unified command, did BP do everything it could to bring the well under control. | Transcription Error |
| 161 | 11 | copper dam to **cofferdam** | Transcription Error |
| 166 | 14 | So against the unified command's strategy **of** | Transcription Error |
| 166 | 21 | to say that this is a technique **that** wouldn't make | Transcription Error |
| 167 | 6 | As I was just said, to **As I just said** | Transcription Error |
| 171 | 12 | those **devices** and building that tool kit, they | Transcription Error |
| 182 | 9 | quarter to **quartile** | Transcription Error |
| 190 | 22 | Is that to **"It's that"** | Transcription Error |
| 201 | 9 | the top, those are all important **aspects** of | Transcription Error |
| 205 | 16 | Second to **segment** executive team. | Transcription Error |
| 206 | 5 | for **development** purposes. | Transcription Error |
| 223 | 10 | I was working **in** some capacity | Transcription Error |
| 236 | 10 | what we meant to **what was meant** | Transcription Error |
| 237 | 21 | NIPC to **IPC** | Transcription Error |

1.

| PAGE(S) | LINE(S) | CORRECTION | REASON |
|---|---|---|---|
| 244 | 15 | described **standard for** the local OMS handbook. | Transcription Error |
| 252 | 20 | posed Texas City to **post Texas City** | Transcription Error |
| 257 | 8 | would have been recorded and **managed.** So | Transcription Error |
| 283 | 8 | withinside to **inside** | Transcription Error |
| 283 | 17 | covered to **cover** | Transcription Error |
| 283 | 18 | recommendations **that came** from the Baker | Transcription Error |
| 296 | 13 | access to **appraisal** | Transcription Error |
| 298 | 19 | what I had to **that I had.** | Transcription Error |
| 307 | 18-19 | Mr. Neal, join, too, in the defense to **Mr. Neal, joint defense.** | Transcription Error |
| 319 | 23 | surface exploration to **surface expression** | Transcription Error |
| 335 | 3 | I believe to "I **don't** believe" | Transcription Error |
| 343 | 7 | potential to **potentially** | Transcription Error |
| 345 | 3-4 | Updates to the board in terms of **the response** | Transcription Error |
| 350 | 11 | Shaw and Barbara Yilmaz was that **it** was Pat O'Bryan. | Transcription Error |
| 363 | 12-13 | that worker to **that worked**; certain one to **certain ones** | Transcription Error |
| 367 | 8 | Transocean new safety management system to **Transocean safety management system** | Transcription Error |
| 377 | 4 | years to **year** | Transcription Error |
| 379 | 9 | decide to **decided** | Transcription Error |
| 379 | 15 | cap to **gap** | Transcription Error |
| 458 | 22 | raise to **raised** | Transcription Error |
| 462 | 17 | document **you're** reading from. | Transcription Error |

| PAGE(S) | LINE(S) | CORRECTION | REASON |
|---|---|---|---|
| 533 | 15 | No, I haven't to **No, I hadn't** | Transcription Error |
| 537 | 23 | that. **I didn't** have any conversations of | Transcription Error |
| 550 | 4 | people **working** within that structure. | Transcription Error |
| 587 | 11 | "some" to **"notes"** | Transcription Error |
| 608 | 20 | the – non-**operating** partners would give | Transcription Error |
| 611 | 20 | given to **giving** | Transcription Error |
| 613 | 11 | Anadarko person, you know, may **well** have | Transcription Error |
| 613 | 25 | ask to **asked** | Transcription Error |
| 615 | 16 | who does what. | Transcription Error |
| 621 | 20 | the front line. They're prioritized, **as a** | Transcription Error |
| 659 | 16 | 14 to **40** | Transcription Error |
| 659 | 18 | 14 to **40** | Transcription Error |
| 675 | 24 | "attempted" to **"integrity"**. | Transcription Error |
| 696 | 9 | Operation and integrity to **operational integrity**. | Transcription Error |
| 713 | 22 | "rider" to **"better"** | Transcription Error |
| 714 | 3 | deriving to **driving** | Transcription Error |
| 731 | 18 | "sores" to **"others"** | Transcription Error |
| 754 | 6 | It don't know to **I don't know** | Transcription Error |

I, the undersigned, do hereby certify that I have read the foregoing transcript and that to the best of my knowledge said testimony is true and accurate, with the exception of the changes listed above.

Signature: _A.J. Inglis_  Date: 21st Sept 2011
Andrew George Inglis

3.