# Exhibit R



LEXISNEXIS® FILE & SERVE
39546467
E-SERVICE
Aug 29 2011
5:31PM

UNITED STATES DISTRICT OF COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § MDL No. 2179<br>§<br>§ SECTION: J<br>§<br>§ JUDGE BARBIER<br>§ MAG. JUDGE SHUSHAN |

THIS DOCUMENT RELATES TO ALL CASES

UNITED STATES' SECOND RESPONSE TO
BP EXPLORATION & PRODUCTION INC.'S SECOND SET OF
DISCOVERY REQUESTS TO THE UNITED STATES OF AMERICA

The United States of America by its undersigned Counsel, and pursuant to Rules 26, 33, 34, and 36 of the Federal Rules of Civil Procedure, hereby submits the following objections and supplemental responses to BP Exploration & Production Inc.'s Second Set of Discovery Requests to the United States of America.

**GENERAL OBJECTIONS**

The United States asserts the following objections to BP Exploration & Production Inc.'s ("BP") discovery requests. The United States has endeavored to identify the most relevant of these general objections in response to each individual request. Nonetheless, these general objections are incorporated by reference into each specific response set forth by the United States and are neither waived nor limited by the specific responses.

1.     The United States objects to the extent BP's requests call for information, seek discovery, or attempt to impose any obligations beyond that permitted or authorized by the Federal Rules of Civil Procedure or the Rules and Orders of this Court.

2.     The United States objects to BP's requests as premature to the extent they seek information scheduled for disclosure at a later time (such as witness lists and expert reports).

1

Coordinator and that the Federal On-Scene Coordinators for the response at all times were

employees of the U.S. Department of Homeland Security.  The United States denies this request

in all other respects.

157.   Admit that an Officer of the United States Coast Guard provided signature
approval for the Response Activities listed in Incident Action Plans.

**OBJECTION**:  The United States hereby incorporates by reference its General

Objection 3 (Premature) because this request goes beyond the Event, Source Control, or

Quantification and calls for irrelevant information.

**RESPONSE**:  Subject to, and without waiving the foregoing general and specific

objections, the United States responds as follows:

The United States admits that the Incident Action Plans were reviewed, signed, and

approved by the Federal On-Scene Coordinator or his representative.  The United States denies

this request in all other respects.

158.   Admit that the United States Government approved the Response Activities listed
in Incident Action Plans signed by an Officer of the United States Coast Guard.

**OBJECTION**:  The United States hereby incorporates by reference its General

Objection 3 (Premature) because this request goes beyond the Event, Source Control, or

Quantification and calls for irrelevant information.  The United States also objects to the terms

the "United States Government" and "directed" as undefined and subject to several

interpretations.  The United States further objects to this Request for Admission as overly broad

and unduly burdensome and virtually impossible to answer because of the vast number of

response activities that were identified in each of numerous Incident Action Plans.  The Incident

Action Plans were plans that set forth intended activities for a particular day, and some may have

been superseded or modified by subsequent Incident Action Plans, orders, or directions and to

11

Quantification and calls for irrelevant information.  The United States also objects to this request

as vague and calling for expert opinion.  The United States further objects on the grounds that the

impacts of the discharge from the MC252 Well are still being studied as part of the Natural

Resource Damage Assessment process, and a complete understanding of those impacts will not

be known until the conclusion of that process.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific

objections, the United States responds as follows:

The United States directs BP to its answer to Request for Admission 184, and denies this

request in all respects other than those expressly admitted in this response.

187.    Admit that the United States Government believes that application of dispersants
at the wellhead to the discharge from the MC252 Well was a prudent and responsible Response
Activity.

**OBJECTION**:  The United States hereby incorporates by reference its General

Objection 3 (Premature) because this request goes beyond the Event, Source Control, or

Quantification and calls for irrelevant information.  The United States also objects to this request

as overly broad because it is unlimited as to the timing of the application, the volume of

application, and the time of the belief.  The United States objects to the undefined terms

"prudent" and "responsible."  The United States further objects to the term "United States

Government" as an undefined term subject to several interpretations.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific

objections, the United States responds as follows:

The United States directs BP to its answer to Request for Admission 184, and denies this

request in all respects other than those expressly admitted in this response.

188.    Admit that the final decision to use dispersants as a Response Activity was made
by the Federal On-Scene Coordinator, not BP.

33

**OBJECTION**:  The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information.  The United States also objects to this request as overly broad because it is unlimited as to the timing of the application, the volume of application, and the time of the belief.  The United States further objects to the terms "United States Government" and "final decision" as undefined and subject to several interpretations.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

The Federal On-Scene Coordinator approved the use of dispersants up to a maximum limit per authorization.  The actual physical deployment of dispersants and the amounts actually used were within the knowledge and control of the defendant BP and its contractors.  Therefore, the United States denies this request.

189.    Admit that the volume of dispersants applied during Response Activities was reduced by 72 percent from peak levels in response to the United States Government's May 26, 2010 directive regarding dispersant use.

**OBJECTION**:  The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information.  The United States also objects to this request as overly broad because it is unlimited as to the timing of the application, the volume of application, and the time of the belief.  The United States further objects to the term "United States Government" as an undefined term subject to several interpretations.  The United States further objects on the grounds that BP, and not the United States, applied the dispersants, and therefore BP, and not the United States, is the party in possession of the best information regarding the amounts of dispersants used.

34

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

The United States refers BP to its answer to Request for Admission 197, and denies this request in all other respects.

199.   Admit that the Regional Response Plan for Region IV provided pre-approval for use of dispersants to respond to an oil spill.

**OBJECTION**:  The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

The United States refers BP to its response to Request for Admission 195 and denies this Request for Admission in all other respects.

200.   Admit that the Regional Response Plan for Region VI provided pre-approval for use of dispersants to respond to an oil spill.

**OBJECTION**:  The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

The United States refers BP to its response to Request for Admission 195, and denies this Request for Admission in all other respects.

201.   Admit that, for the period from on or about April 22, 2010 to on or about May 26, 2010, the United States Government approved the aerial application of dispersants as a Response Activity.

42

**OBJECTION**:  The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information.  The United States further objects to the term "United States Government" as an undefined term subject to several interpretations.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

The United States admits that the Federal On-Scene Coordinator approved application of dispersants as part of the Response Activities in various amounts and at various times between April 22, 2010 to on or about May 26, 2010.  The United States denies this request in all other respects.

202.    Admit that, on or about May 26, 2010, the United States Government directed BP to eliminate the surface application of dispersants to the discharge from the MC252 Well.

**OBJECTION**:  The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information.  The United States further objects to the term "United States Government" as an undefined term subject to several interpretations.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

On May 26, 2010, the Environmental Protection Agency and the Coast Guard issued Dispersant Monitoring and Assessment Directive – Addendum 3, which directed BP to eliminate the surface application of dispersants, and "[i]n rare cases when there may have to be an exemption, BP must make a request in writing to the FOSC providing justification which will include the volume, weather conditions, mechanical or means for removal that were considered and the reason they were not used, and other relevant information to justify the use of surface

43

application.  The FOSC must approve the request and volume of dispersant prior to initiating

surface application." http://www.epa.gov/bpspill/dispersants/Rainey-letter-052610.pdf;

www.epa.gov/bpspill/dispersants/directive-addendum3.pdf.  The United States denies this

request in all other respects.

203.    Admit that, on or about May 26, 2010, the United States Government began
requiring written requests for authorization to apply dispersants by air to the surface of the water
in the Gulf of Mexico.

**OBJECTION**:  The United States hereby incorporates by reference its General

Objection 3 (Premature) because this request goes beyond the Event, Source Control, or

Quantification and calls for irrelevant information.  The United States further objects to the term

"United States Government" as an undefined term subject to several interpretations.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific

objections, the United States responds as follows:

The United States directs BP to its answer to Request for Admission 202, and denies this

request in all other respects.

204.    Admit that the United States Government approved the aerial application of a
total of 15,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur
on May 28, 2010.

**OBJECTION**:  The United States hereby incorporates by reference its General

Objection 3 (Premature) because this request goes beyond the Event, Source Control, or

Quantification and calls for irrelevant information.  The United States further objects to the term

"United States Government" as an undefined term subject to several interpretations.  The United

States is still in the process of collecting and processing documents in the possession of the U.S.

Coast Guard.  The United States has made a reasonable, good-faith effort to locate

documentation for each of the requests and approvals that were sent to and from the Federal On-

44

Scene Coordinator. The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**: Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

The United States admits that the Federal On-Scene Coordinator approved the aerial application of a total of 15,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on May 28, 2010. The United States denies this request in all other respects.

205.    Admit that a request was made to the United States Government for approval to apply a total of 19,000 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on May 29, 2010.

**OBJECTION**: The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information. The United States further objects to the term "United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard. The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator. The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**: Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

The United States admits that BP made a request to the Federal On-Scene Coordinator for approval to apply a total of 19,000 gallons of dispersants by air to the surface of the water in the

45

Gulf of Mexico, to occur on May 29, 2010.  The United States denies this request in all other respects.

206.    Admit that the United States Government approved the aerial application of a total of 15,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on May 29, 2010.

**OBJECTION**:  The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information.  The United States further objects to the term "United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard.  The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator.  The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

The United States admits that the Federal On-Scene Coordinator approved the aerial application of a total of 19,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on May 29, 2010.  The United States denies this request in all other respects.

207.    Admit that the United States Government approved the aerial application of a total of 19,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on May 30, 2010.

**OBJECTION**:  The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information.  The United States further objects to the term

46

"United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard. The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator. The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**: Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

The United States admits that the Federal On-Scene Coordinator approved the aerial application of a total of 19,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on May 30, 2010. The United States denies this request in all other respects.

208.    Admit that the United States Government approved the aerial application of a total of 19,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on May 31, 2010.

**OBJECTION**: The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information. The United States further objects to the term "United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard. The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator. The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

47

**RESPONSE**: Subject to, and without waiving, the foregoing general and specific

objections, the United States responds as follows:

The United States admits that the Federal On-Scene Coordinator approved the aerial

application of a total of 19,000 gallons of dispersants to the surface of the water in the Gulf of

Mexico, to occur on May 31, 2010.  The United States denies this request in all other respects.

209.    Admit that a request was made to the United States Government for approval to
apply a total of 21,000 gallons of dispersants by air to the surface of the water in the Gulf of
Mexico, to occur on June 1, 2010.

**OBJECTION**:  The United States hereby incorporates by reference its General

Objection 3 (Premature) because this request goes beyond the Event, Source Control, or

Quantification and calls for irrelevant information.  The United States further objects to the term

"United States Government" as an undefined term subject to several interpretations.  The United

States is still in the process of collecting and processing documents in the possession of the U.S.

Coast Guard.  The United States has made a reasonable, good-faith effort to locate

documentation for each of the requests and approvals that were sent to and from the Federal On-

Scene Coordinator.  The United States specifically reserves the right to supplement its answer if

additional information is located that is pertinent to this request.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific

objections, the United States responds as follows:

Based on documents produced by BP, BP's aerial dispersant contractor submitted a

request to Houma Unified Command that approval be sought to apply a total of 21,000 gallons of

dispersants by air to the surface of the water in the Gulf of Mexico, to occur on June 1, 2010.

However, according to BP's Incident Commander, that request was not passed along to the

Federal On-Scene Coordinator.  Accordingly, the United States denies this request.

48

210.    Admit that the United States Government did not approve the aerial application of any dispersants to the surface of the water in the Gulf of Mexico, to occur on June 1, 2010.

**OBJECTION**: The United States hereby incorporates by reference its General

Objection 3 (Premature) because this request goes beyond the Event, Source Control, or

Quantification and calls for irrelevant information. The United States further objects to the term

"United States Government" as an undefined term subject to several interpretations. The United

States is still in the process of collecting and processing documents in the possession of the U.S.

Coast Guard. The United States has made a reasonable, good-faith effort to locate

documentation for each of the requests and approvals that were sent to and from the Federal On-

Scene Coordinator. The United States specifically reserves the right to supplement its answer if

additional information is located that is pertinent to this request.

**RESPONSE**: Subject to, and without waiving, the foregoing general and specific

objections, the United States responds as follows:

The United States admits that the Federal On-Scene Coordinator did not approve the

aerial application of any dispersants to the surface of the water in the Gulf of Mexico on June 1,

2010, because no request was made to the Federal On-Scene Coordinator apply aerial dispersants

on that date. The United States denies this request in all other respects.

211.    Admit that a request was made to the United States Government for approval to apply a total of 21,000 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on June 2, 2010.

**OBJECTION**: The United States hereby incorporates by reference its General

Objection 3 (Premature) because this request goes beyond the Event, Source Control, or

Quantification and calls for irrelevant information. The United States further objects to the term

"United States Government" as an undefined term subject to several interpretations. The United

States is still in the process of collecting and processing documents in the possession of the U.S.

Coast Guard. The United States has made a reasonable, good-faith effort to locate

documentation for each of the requests and approvals that were sent to and from the Federal On-

Scene Coordinator. The United States specifically reserves the right to supplement its answer if

additional information is located that is pertinent to this request.

**RESPONSE**: Subject to, and without waiving, the foregoing general and specific

objections, the United States responds as follows:

Based on documents produced by BP, BP's aerial dispersant contractor submitted a

request to Houma Unified Command that approval be sought to apply a total of 21,000 gallons of

dispersants by air to the surface of the water in the Gulf of Mexico, to occur on June 2, 2010.

However, per BP's Incident Commander, and available approval documentation, that request

was not passed along to the Federal On-Scene Coordinator. Accordingly, the United States

denies this request.

212.    Admit that the United States Government did not approve the aerial application of
any dispersants to the surface of the water in the Gulf of Mexico, to occur on June 2, 2010.

**OBJECTION**: The United States hereby incorporates by reference its General

Objection 3 (Premature) because this request goes beyond the Event, Source Control, or

Quantification and calls for irrelevant information. The United States further objects to the term

"United States Government" as an undefined term subject to several interpretations. The United

States is still in the process of collecting and processing documents in the possession of the U.S.

Coast Guard. The United States has made a reasonable, good-faith effort to locate

documentation for each of the requests and approvals that were sent to and from the Federal On-

Scene Coordinator. The United States specifically reserves the right to supplement its answer if

additional information is located that is pertinent to this request.

**RESPONSE**: Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

The United States admits that the Federal On-Scene Coordinator did not approve the aerial application of any dispersants to the surface of the water in the Gulf of Mexico on June 2, 2010, because no request was made to the Federal On-Scene Coordinator to apply aerial dispersants on that date. The United States denies this request in all other respects.

213.    Admit that a request was made to the United States Government for approval to apply a total of 21,000 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on June 3, 2010.

**OBJECTION**: The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information. The United States further objects to the term "United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard. The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator. The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**: Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

Based on documents produced by BP, BP's aerial dispersant contractor submitted a request to Houma Unified Command that approval be sought to apply a total of 21,000 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on June 3, 2010. However, per BP's Incident Commander, and available approval documentation, the amount

51

requested for approval from the Federal On-Scene Coordinator was 2,000 gallons. Accordingly, the United States denies this request.

214.    Admit that the United States Government approved the aerial application of a total of 2,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 3, 2010.

**OBJECTION**: The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information. The United States further objects to the term "United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard. The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator. The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**: Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

The United States admits that the Federal On-Scene Coordinator approved the aerial application of a total of 2,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 3, 2010. The United States denies this request in all other respects.

215.    Admit that a request was made to the United States Government for approval to apply a total of 22,000 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on June 4, 2010.

**OBJECTION**: The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information. The United States further objects to the term

52

"United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard. The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator. The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**: Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

Based on documents produced by BP, BP's aerial dispersant contractor submitted a request to Houma Unified Command that approval be sought to apply a total of 22,000 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on June 4, 2010. However, per BP's Incident Commander, and available approval documentation, that request was not passed along to the Federal On-Scene Coordinator. Accordingly, the United States denies this request.

216.   Admit that the United States Government did not approve the aerial application of any dispersants to the surface of the water in the Gulf of Mexico, to occur on June 4, 2010.

**OBJECTION**: The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information. The United States further objects to the term "United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard. The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-

53

Scene Coordinator.  The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

The United States admits that the Federal On-Scene Coordinator did not approve the aerial application of any dispersants to the surface of the water in the Gulf of Mexico on June 4, 2010, because no request was made to the Federal On-Scene Coordinator to apply aerial dispersants on that date.  The United States denies this request in all other respects.

217.    Admit that a request was made to the United States Government for approval to apply a total of 40,000 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on June 5, 2010.

**OBJECTION**:  The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information.  The United States further objects to the term "United States Government" as an undefined term subject to several interpretations.  The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard.  The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator.  The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

Based on documents produced by BP, BP's aerial dispersant contractor submitted a request to Houma Unified Command that approval be sought to apply a total of 40,000 gallons of

54

dispersants by air to the surface of the water in the Gulf of Mexico, to occur on June 5, 2010. However, per BP's Incident Commander, and available approval documentation, the amount requested for approval from the Federal On-Scene Coordinator was 2,200 gallons. Accordingly, the United States denies this request.

218.   Admit that the United States Government approved the aerial application of a total of 125 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 5, 2010.

**OBJECTION**: The United States hereby incorporates by reference its General

Objection 3 (Premature) because this request goes beyond the Event, Source Control, or

Quantification and calls for irrelevant information. The United States further objects to the term

"United States Government" as an undefined term subject to several interpretations. The United

States is still in the process of collecting and processing documents in the possession of the U.S.

Coast Guard. The United States has made a reasonable, good-faith effort to locate

documentation for each of the requests and approvals that were sent to and from the Federal On-

Scene Coordinator. The United States specifically reserves the right to supplement its answer if

additional information is located that is pertinent to this request.

**RESPONSE**: Subject to, and without waiving, the foregoing general and specific

objections, the United States responds as follows:

The United States admits that the Federal On-Scene Coordinator approved the aerial

application of 2,200 gallons of dispersants to the surface of the water in the Gulf of Mexico, to

occur on June 5, 2010. The United States denies this request in all other respects.

219.   Admit that the United States Government approved the aerial application of a total of 2,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 6, 2010.

**OBJECTION**: The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information. The United States further objects to the term "United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard. The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator. The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**: Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

The United States admits that the Federal On-Scene Coordinator approved the aerial application of a total of 2,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 6, 2010. The United States denies this request in all other respects.

220.    Admit that the United States Government approved the aerial application of a total of 4,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 7, 2010.

**OBJECTION**: The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information. The United States further objects to the term "United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard. The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-

56

Scene Coordinator.  The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

The United States admits that the Federal On-Scene Coordinator approved the aerial application of a total of 4,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 7, 2010.  The United States denies this request in all other respects.

221.    Admit that a request was made to the United States Government for approval to apply a total of 104,000 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on June 8, 2010.

**OBJECTION**:  The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information.  The United States further objects to the term "United States Government" as an undefined term subject to several interpretations.  The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard.  The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator.  The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

Based on documents produced by BP, BP's aerial dispersant contractor submitted a request to Houma Unified Command that approval be sought to apply a total of 104,000 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on June 8, 2010.

However, based on available approval documentation, the amount requested for approval from the Federal On-Scene Coordinator was 32,000 gallons.  Accordingly, the United States denies this request.

222.    Admit that the United States Government approved the aerial application of a total of 32,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 8, 2010.

**OBJECTION**:  The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information.  The United States further objects to the term "United States Government" as an undefined term subject to several interpretations.  The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard.  The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator.  The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

The United States admits that the Federal On-Scene Coordinator approved the aerial application of a total of 32,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 8, 2010.  The United States denies this request in all other respects.

223.    Admit that a request was made to the United States Government for approval to apply a total of 32,000 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on June 9, 2010.

**OBJECTION**:  The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or

58

Quantification and calls for irrelevant information. The United States further objects to the term

"United States Government" as an undefined term subject to several interpretations. The United

States is still in the process of collecting and processing documents in the possession of the U.S.

Coast Guard. The United States has made a reasonable, good-faith effort to locate

documentation for each of the requests and approvals that were sent to and from the Federal On-

Scene Coordinator. The United States specifically reserves the right to supplement its answer if

additional information is located that is pertinent to this request.

**RESPONSE:** Subject to, and without waiving, the foregoing general and specific

objections, the United States responds as follows:

Based on documents produced by BP, BP's aerial dispersant contractor submitted a

request to Houma Unified Command that approval be sought to apply a total of 32,000 gallons of

dispersants by air to the surface of the water in the Gulf of Mexico, to occur on June 9, 2010.

However, per BP's Incident Commander, and available approval documentation, the request was

not sent to the Federal On-Scene Coordinator for approval. Accordingly, the United States

denies this request.

224.    Admit that the United States Government did not approve the aerial application of
any dispersants to the surface of the water in the Gulf of Mexico, to occur on June 9, 2010.

**OBJECTION:** The United States hereby incorporates by reference its General

Objection 3 (Premature) because this request goes beyond the Event, Source Control, or

Quantification and calls for irrelevant information. The United States further objects to the term

"United States Government" as an undefined term subject to several interpretations. The United

States is still in the process of collecting and processing documents in the possession of the U.S.

Coast Guard. The United States has made a reasonable, good-faith effort to locate

documentation for each of the requests and approvals that were sent to and from the Federal On-

Scene Coordinator. The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**: Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

The United States admits that Federal On-Scene Coordinator did not approve the aerial application of any dispersants to the surface of the water in the Gulf of Mexico on June 9, 2010, because no request was made to the Federal On-Scene Coordinator to apply aerial dispersants on that date. The United States denies this request in all other respects.

225. Admit that a request was made to the United States Government for approval to apply a total of 32,000 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on June 10, 2010.

**OBJECTION**: The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information. The United States further objects to the term "United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard. The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator. The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**: Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

The United States admits that BP made a request to the Federal On-Scene Coordinator for approval to apply a total of 32,000 gallons of dispersants by air to the surface of the water in the

Gulf of Mexico, to occur on June 10, 2010. The United States denies this request in all other respects.

226.    Admit that the United States Government approved the aerial application of a total of 21,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 10, 2010.

**OBJECTION**: The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information. The United States further objects to the term "United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard. The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator. The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**: Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

The United States admits that the Federal On-Scene Coordinator approved the aerial application of a total of 21,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 10, 2010. The United States denies this request in all other respects.

227.    Admit that a request was made to the United States Government for approval to apply a total of 36,200 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on June 11, 2010.

**OBJECTION**: The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information. The United States further objects to the term

61

"United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard. The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator. The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**: Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

Documents produced by BP show that BP's aerial dispersant contractor submitted a request to Houma Unified Command that approval be sought to apply a total of 36,200 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on June 11, 2010. However, based on available approval documentation, the amount requested for approval from the Federal On-Scene Coordinator was 15,700 gallons. Accordingly, the United States denies this request.

228.    Admit that the United States Government approved the aerial application of a total of 15,700 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 11, 2010.

**OBJECTION**: The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information. The United States further objects to the term "United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard. The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-

Scene Coordinator.  The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

The Federal On-Scene Coordinator approved the aerial application of a total of 15,300 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 11, 2010.  Accordingly, the United States denies this request.

229.    Admit that a request was made to the United States Government for approval to apply a total of 58,160 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on June 12, 2010.

**OBJECTION**:  The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information.  The United States further objects to the term "United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard.  The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator.  The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

Documents produced by BP and available approval documentation show that BP's contractor submitted a request for the aerial application of 38,160 gallons the night before June

63

12, 2010, and then revised its request on the morning of June 12, 2010, to 20,000 gallons.  These

amounts were not cumulative.  Accordingly, the United States denies this request.

230.    Admit that the United States Government approved the aerial application of a
total of 7,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on
June 12, 2010.

**OBJECTION**:  The United States hereby incorporates by reference its General

Objection 3 (Premature) because this request goes beyond the Event, Source Control, or

Quantification and calls for irrelevant information.  The United States further objects to the term

"United States Government" as an undefined term subject to several interpretations. The United

States is still in the process of collecting and processing documents in the possession of the U.S.

Coast Guard.  The United States has made a reasonable, good-faith effort to locate

documentation for each of the requests and approvals that were sent to and from the Federal On-

Scene Coordinator.  The United States specifically reserves the right to supplement its answer if

additional information is located that is pertinent to this request.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific

objections, the United States responds as follows:

The United States admits that the Federal On-Scene Coordinator approved the aerial

application of a total of 7,000 gallons of dispersants to the surface of the water in the Gulf of

Mexico, to occur on June 12, 2010.  The United States denies this request in all other respects.

231.    Admit that a request was made to the United States Government for approval to
apply a total of 70,600 gallons of dispersants by air to the surface of the water in the Gulf of
Mexico, to occur on June 13, 2010.

**OBJECTION**:  The United States hereby incorporates by reference its General

Objection 3 (Premature) because this request goes beyond the Event, Source Control, or

Quantification and calls for irrelevant information.  The United States further objects to the term

"United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard. The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator. The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**: Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

Documents produced by BP and available approval documentation show that BP's contractor submitted a request for the aerial application of 36,000 gallons the night before June 13, 2010, and then revised its request on the morning of June 13, 2010, to 34,600 gallons. These amounts were not cumulative. Accordingly, the United States denies this request.

232.     Admit that the United States Government approved the aerial application of a total of 36,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 13, 2010.

**OBJECTION**: The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information. The United States further objects to the term "United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard. The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator. The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

65

**RESPONSE**: Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

The United States admits that the Federal On-Scene Coordinator approved the aerial application of a total of 36,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 13, 2010. The United States denies this request in all other respects.

233.    Admit that a request was made to the United States Government for approval to apply a total of 59,800 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on June 14, 2010.

**OBJECTION**: The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information. The United States further objects to the term "United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard. The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator. The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**: Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

Based on documents produced by BP and available approval documentation, BP's contractor submitted a request for the aerial application of 36,000 gallons the night before June 13, 2010, and then revised its request on the morning of June 13, 2010, to 34,600 gallons. These amounts were not cumulative. Accordingly, the United States denies this request.

66

234.    Admit that the United States Government approved the aerial application of a total of 17,800 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 14, 2010.

**OBJECTION**:  The United States hereby incorporates by reference its General

Objection 3 (Premature) because this request goes beyond the Event, Source Control, or

Quantification and calls for irrelevant information.  The United States further objects to the term

"United States Government" as an undefined term subject to several interpretations. The United

States is still in the process of collecting and processing documents in the possession of the U.S.

Coast Guard.  The United States has made a reasonable, good-faith effort to locate

documentation for each of the requests and approvals that were sent to and from the Federal On-

Scene Coordinator.  The United States specifically reserves the right to supplement its answer if

additional information is located that is pertinent to this request.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific

objections, the United States responds as follows:

The United States admits that the Federal On-Scene Coordinator approved the aerial

application of a total of 17,800 gallons of dispersants to the surface of the water in the Gulf of

Mexico, to occur on June 14, 2010.  The United States denies this request in all other respects.

235.    Admit that the United States Government's delay in approving the requested dispersant application limited the amount of dispersants that was applied by air to the surface of the water in the Gulf of Mexico on June 14, 2010, in comparison with the amount that the United States Government approved for such application on that date.

**OBJECTION**:  The United States hereby incorporates by reference its General

Objection 3 (Premature) because this request goes beyond the Event, Source Control, or

Quantification and calls for irrelevant information.  The United States further objects to the term

"United States Government" as an undefined term subject to several interpretations. The United

States is still in the process of collecting and processing documents in the possession of the U.S.

Coast Guard.  The United States has made a reasonable, good-faith effort to locate

documentation for each of the requests and approvals that were sent to and from the Federal On-

Scene Coordinator.  The United States specifically reserves the right to supplement its answer if

additional information is located that is pertinent to this request. The United States further

objects to this request because it calls for information that is known only to BP or its contractors.

     **RESPONSE**:  Subject to, and without waiving, the foregoing general and specific

objections, the United States responds as follows:

     The United States is unable to admit or deny this request, as it calls for information

known only to BP or its contractors regarding the reasons why dispersant could not be applied in

the quantities that were approved.  In addition, a number of external factors, including weather,

visibility, changes in the characteristics of an oil slick, and the presence of responders or wildlife

in the vicinity of a dispersant target may have, at various times, affected the ability of BP to

apply dispersants.  The United States has not been able, after a reasonable inquiry, to determine

which factors affected the ability of BP to apply dispersants on this date.

     236.    Admit that a request was made to the United States Government for approval to
apply a total of 46,000 gallons of dispersants by air to the surface of the water in the Gulf of
Mexico, to occur on June 15, 2010.

     **OBJECTION**:  The United States hereby incorporates by reference its General

Objection 3 (Premature) because this request goes beyond the Event, Source Control, or

Quantification and calls for irrelevant information.  The United States further objects to the term

"United States Government" as an undefined term subject to several interpretations. The United

States is still in the process of collecting and processing documents in the possession of the U.S.

Coast Guard.  The United States has made a reasonable, good-faith effort to locate

documentation for each of the requests and approvals that were sent to and from the Federal On-

Scene Coordinator.  The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

Based on documents produced by BP and available approval documentation, BP's contractor submitted a request for the aerial application of 23,000 gallons the night before June 15, 2010, and then again requested approval of 23,000 gallons on the morning of June 15, 2010. These amounts were not cumulative.  Accordingly, the United States denies this request.

237.    Admit that the United States Government approved the aerial application of a total of 15,500 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 15, 2010.

**OBJECTION**:  The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information.  The United States further objects to the term "United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard.  The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator.  The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

69

The Federal On-Scene Coordinator approved the aerial application of a total of 23,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 15, 2010. Accordingly, the United States denies this request.

238.   Admit that the United States Government's delay in approving the requested dispersant application limited the amount of dispersants that was applied by air to the surface of the water in the Gulf of Mexico on June 15, 2010, in comparison with the amount that the United States Government approved for such application on that date.

**OBJECTION**:  The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information.  The United States further objects to the term "United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard.  The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator.  The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.   The United States further objects to this request because it calls for information that is known only to BP or its contractors.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

The United States is unable to admit or deny this request, as it calls for information known only to BP or its contractors regarding the reasons why dispersant could not be applied in the quantities that were approved.  In addition, a number of external factors, including weather, visibility, changes in the characteristics of an oil slick, and the presence of responders or wildlife in the vicinity of a dispersant target may have, at various times, affected the ability of BP to

70

apply dispersants.  The United States has not been able, after a reasonable inquiry, to determine which factors affected the ability of BP to apply dispersants on this date.

239.    Admit that a request was made to the United States Government for approval to apply a total of 46,700 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on June 16, 2010.

**OBJECTION**:  The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information.  The United States further objects to the term "United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard.  The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator.  The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

Based on documents produced by BP and available approval documentation, BP's contractor submitted a request for the aerial application of 27,700 gallons the night before June 16, 2010, and then revised its request on the morning of June 16, 2010, to 19,000 gallons.  These amounts were not cumulative.  Accordingly, the United States denies this request.

240.    Admit that the United States Government approved the aerial application of a total of 19,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 16, 2010.

**OBJECTION**:  The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or

Quantification and calls for irrelevant information. The United States further objects to the term

"United States Government" as an undefined term subject to several interpretations. The United

States is still in the process of collecting and processing documents in the possession of the U.S.

Coast Guard. The United States has made a reasonable, good-faith effort to locate

documentation for each of the requests and approvals that were sent to and from the Federal On-

Scene Coordinator. The United States specifically reserves the right to supplement its answer if

additional information is located that is pertinent to this request.

**RESPONSE**: Subject to, and without waiving, the foregoing general and specific

objections, the United States responds as follows:

The United States admits that the Federal On-Scene Coordinator approved the aerial

application of a total of 19,000 gallons of dispersants to the surface of the water in the Gulf of

Mexico, to occur on June 16, 2010. The United States denies this request in all other respects.

241.    Admit that the United States Government's delay in approving the requested
dispersant application limited the amount of dispersants that was applied by air to the surface of
the water in the Gulf of Mexico on June 16, 2010, in comparison with the amount that the United
States Government approved for such application on that date.

**OBJECTION**: The United States hereby incorporates by reference its General

Objection 3 (Premature) because this request goes beyond the Event, Source Control, or

Quantification and calls for irrelevant information. The United States further objects to the term

"United States Government" as an undefined term subject to several interpretations. The United

States is still in the process of collecting and processing documents in the possession of the U.S.

Coast Guard. The United States has made a reasonable, good-faith effort to locate

documentation for each of the requests and approvals that were sent to and from the Federal On-

Scene Coordinator. The United States specifically reserves the right to supplement its answer if

72

additional information is located that is pertinent to this request.   The United States further

objects to this request because it calls for information that is known only to BP or its contractors.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific

objections, the United States responds as follows:

The United States is unable to admit or deny this request, as it calls for information

known only to BP or its contractors regarding the reasons why dispersant could not be applied in

the quantities that were approved.  In addition, a number of external factors, including weather,

visibility, changes in the characteristics of an oil slick, and the presence of responders or wildlife

in the vicinity of a dispersant target may have, at various times, affected the ability of BP to

apply dispersants.  The United States has not been able, after a reasonable inquiry, to determine

which factors affected the ability of BP to apply dispersants on this date.

242.   Admit that a request was made to the United States Government for approval to
apply a total of 44,800 gallons of dispersants by air to the surface of the water in the Gulf of
Mexico, to occur on June 17, 2010.

**OBJECTION**:  The United States hereby incorporates by reference its General

Objection 3 (Premature) because this request goes beyond the Event, Source Control, or

Quantification and calls for irrelevant information.  The United States further objects to the term

"United States Government" as an undefined term subject to several interpretations. The United

States is still in the process of collecting and processing documents in the possession of the U.S.

Coast Guard.  The United States has made a reasonable, good-faith effort to locate

documentation for each of the requests and approvals that were sent to and from the Federal On-

Scene Coordinator.  The United States specifically reserves the right to supplement its answer if

additional information is located that is pertinent to this request.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

Based on documents produced by BP and available approval documentation, BP's contractor submitted a request for the aerial application of 25,800 gallons the night before June 17, 2010, and then revised its request on the morning of June 17, 2010, to 19,000 gallons.  These amounts were not cumulative.  Accordingly, the United States denies this request.

243.    Admit that the United States Government approved the aerial application of a total of 18,700 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 17, 2010.

**OBJECTION**:  The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information.  The United States further objects to the term "United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard.  The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator.  The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

The United States admits that the Federal On-Scene Coordinator approved the aerial application of a total of 18,700 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 17, 2010.  The United States denies this request in all other respects.

74

244.    Admit that a request was made to the United States Government for approval to apply a total of 38,400 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on June 18, 2010.

**OBJECTION**:  The United States hereby incorporates by reference its General

Objection 3 (Premature) because this request goes beyond the Event, Source Control, or

Quantification and calls for irrelevant information.  The United States further objects to the term

"United States Government" as an undefined term subject to several interpretations. The United

States is still in the process of collecting and processing documents in the possession of the U.S.

Coast Guard.  The United States has made a reasonable, good-faith effort to locate

documentation for each of the requests and approvals that were sent to and from the Federal On-

Scene Coordinator.  The United States specifically reserves the right to supplement its answer if

additional information is located that is pertinent to this request.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific

objections, the United States responds as follows:

Based on documents produced by BP and available approval documentation, BP's

contractor submitted a request for the aerial application of 21,000 gallons the night before June

18, 2010, and then revised its request on the morning of June 18, 2010, to 17,400 gallons.  These

amounts were not cumulative.  Accordingly, the United States denies this request.

245.    Admit that the United States Government approved the aerial application of a total of 19,200 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 18, 2010.

**OBJECTION**:  The United States hereby incorporates by reference its General

Objection 3 (Premature) because this request goes beyond the Event, Source Control, or

Quantification and calls for irrelevant information.  The United States further objects to the term

"United States Government" as an undefined term subject to several interpretations. The United

States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard. The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator. The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**: Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

The United States admits that the Federal On-Scene Coordinator approved the aerial application of a total of 19,200 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 18, 2010. The United States denies this request in all other respects.

246.    Admit that a request was made to the United States Government for approval to apply a total of 28,700 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on June 19, 2010.

**OBJECTION**: The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information. The United States further objects to the term "United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard. The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator. The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**: Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

Based on documents produced by BP and available approval documentation, BP's contractor submitted a request for the aerial application of 16,400 gallons the night before June 19, 2010, and then revised its request on the morning of June 19, 2010, to 12,300 gallons. These amounts were not cumulative. Accordingly, the United States denies this request.

247.    Admit that the United States Government approved the aerial application of a total of 12,300 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 19, 2010.

**OBJECTION**: The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information. The United States further objects to the term "United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard. The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator. The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**: Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

The United States admits that the Federal On-Scene Coordinator approved the aerial application of a total 16,400 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 19, 2010. The United States denies this request in all other respects.

248.    Admit that a request was made to the United States Government for approval to apply a total of 31,780 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on June 20, 2010.

**OBJECTION**: The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information.  The United States further objects to the term "United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard.  The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator.  The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

Based on documents produced by BP and available approval documentation, BP's contractor submitted a request for the aerial application of 15,500 gallons the night before June 20, 2010, and then revised its request on the morning of June 20, 2010, to 16,280 gallons.  These amounts were not cumulative.  Accordingly, the United States denies this request.

249.    Admit that the United States Government approved the aerial application of a total of 15,500 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 20, 2010.

**OBJECTION**: The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information.  The United States further objects to the term "United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard.  The United States has made a reasonable, good-faith effort to locate

documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator. The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**: Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

The United States admits that the Federal On-Scene Coordinator approved the aerial application of a total of 15,500 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 20, 2010. The United States denies this request in all other respects.

250.    Admit that a request was made to the United States Government for approval to apply a total of 33,000 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on June 21, 2010.

**OBJECTION**: The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information. The United States further objects to the term "United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard. The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator. The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**: Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

Based on documents produced by BP and available approval documentation, BP's contractor submitted a request for the aerial application of 22,600 gallons the night before June

21, 2010, and then revised its request on the morning of June 21, 2010, to 10,400 gallons. These amounts were not cumulative. Accordingly, the United States denies this request.

251.   Admit that the United States Government approved the aerial application of a total of 10,400 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 21, 2010.

**OBJECTION**: The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information. The United States further objects to the term "United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard. The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator. The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**: Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

The United States admits that the Federal On-Scene Coordinator approved the aerial application of a total of 22,600 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 21, 2010. The United States denies this request in all other respects.

252.   Admit that a request was made to the United States Government for approval to apply a total of 27,487 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on June 22, 2010.

**OBJECTION**: The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information. The United States further objects to the term

"United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard.  The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator.  The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

Based on documents produced by BP and available approval documentation, BP's contractor submitted a request for the aerial application of 17,000 gallons the night before June 22, 2010, and then revised its request on the morning of June 22, 2010, to 10,487 gallons.  These amounts were not cumulative.  Accordingly, the United States denies this request.

253.    Admit that the United States Government approved the aerial application of a total of 10,487 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 22, 2010.

**OBJECTION**:  The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information.  The United States further objects to the term "United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard.  The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator.  The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

The United States admits that the Federal On-Scene Coordinator approved the aerial application of a total of 10,487 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 22, 2010.  The United States denies this request in all other respects.

254.    Admit that a request was made to the United States Government for approval to apply a total of 11,000 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on June 23, 2010.

**OBJECTION**:  The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information.  The United States further objects to the term "United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard.  The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator.  The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

The United States admits that a request was made to the Federal On-Scene Coordinator for approval to apply a total of 11,000 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on June 23, 2010.  The United States denies this request in all other respects.

82

255.    Admit that the United States Government approved the aerial application of a total of 10,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 23, 2010.

**OBJECTION**:  The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information.  The United States further objects to the term "United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard.  The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator.  The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

The United States admits that the Federal On-Scene Coordinator approved the aerial application of a total of 10,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 23, 2010.  The United States denies this request in all other respects.

256.    Admit that the United States Government approved the aerial application of a total of 22,400 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 24, 2010.

**OBJECTION**:  The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information.  The United States further objects to the term "United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S.

Coast Guard.  The United States has made a reasonable, good-faith effort to locate

documentation for each of the requests and approvals that were sent to and from the Federal On-

Scene Coordinator.  The United States specifically reserves the right to supplement its answer if

additional information is located that is pertinent to this request.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific

objections, the United States responds as follows:

The United States admits that the Federal On-Scene Coordinator approved the aerial

application of a total of 22,400 gallons of dispersants to the surface of the water in the Gulf of

Mexico, to occur on June 24, 2010.  The United States denies this request in all other respects.

257.    Admit that a request was made to the United States Government for approval to
apply a total of 42,600 gallons of dispersants by air to the surface of the water in the Gulf of
Mexico, to occur on June 25, 2010.

**OBJECTION**:  The United States hereby incorporates by reference its General

Objection 3 (Premature) because this request goes beyond the Event, Source Control, or

Quantification and calls for irrelevant information.  The United States further objects to the term

"United States Government" as an undefined term subject to several interpretations. The United

States is still in the process of collecting and processing documents in the possession of the U.S.

Coast Guard.  The United States has made a reasonable, good-faith effort to locate

documentation for each of the requests and approvals that were sent to and from the Federal On-

Scene Coordinator.  The United States specifically reserves the right to supplement its answer if

additional information is located that is pertinent to this request.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific

objections, the United States responds as follows:

Based on documents produced by BP and available approval documentation, BP's contractor submitted a request for the aerial application of 28,200 gallons the night before June 25, 2010, and then revised its request on the morning of June 25, 2010, to 14,400 gallons. These amounts were not cumulative. Accordingly, the United States denies this request.

258.   Admit that the United States Government approved the aerial application of a total of 14,400 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 25, 2010.

**OBJECTION**: The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information. The United States further objects to the term "United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard. The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator. The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**:   Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

The United States admits that the Federal On-Scene Coordinator approved the aerial application of a total of 14,400 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 25, 2010. The United States denies this request in all other respects.

259.   Admit that the United States Government's delay in approving the requested dispersant application limited the amount of dispersants that was applied by air to the surface of the water in the Gulf of Mexico on June 25, 2010, in comparison with the amount that the United States Government approved for such application on that date.

**OBJECTION**:  The United States hereby incorporates by reference its General

Objection 3 (Premature) because this request goes beyond the Event, Source Control, or

Quantification and calls for irrelevant information.  The United States further objects to the term

"United States Government" as an undefined term subject to several interpretations. The United

States is still in the process of collecting and processing documents in the possession of the U.S.

Coast Guard.  The United States has made a reasonable, good-faith effort to locate

documentation for each of the requests and approvals that were sent to and from the Federal On-

Scene Coordinator.  The United States specifically reserves the right to supplement its answer if

additional information is located that is pertinent to this request.   The United States further

objects to this request because it calls for information that is known only to BP or its contractors.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific

objections, the United States responds as follows:

The United States is unable to admit or deny this request, as it calls for information

known only to BP or its contractors regarding the reasons why dispersant could not be applied in

the quantities that were approved.  In addition, a number of external factors, including weather,

visibility, changes in the characteristics of an oil slick, and the presence of responders or wildlife

in the vicinity of a dispersant target may have, at various times, affected the ability of BP to

apply dispersants.  The United States has not been able, after a reasonable inquiry, to determine

which factors affected the ability of BP to apply dispersants on this date.

260.    Admit that a request was made to the United States Government for approval to
apply a total of 74,200 gallons of dispersants by air to the surface of the water in the Gulf of
Mexico, to occur on June 26, 2010.

**OBJECTION**:  The United States hereby incorporates by reference its General

Objection 3 (Premature) because this request goes beyond the Event, Source Control, or

Quantification and calls for irrelevant information. The United States further objects to the term "United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard. The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator. The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**: Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

Based on documents produced by BP and available approval documentation, BP's contractor submitted a request for the aerial application of 30,600 gallons the night before June 26, 2010, and then revised its request on the morning of June 26, 2010, to 43,600 gallons. These amounts were not cumulative. Accordingly, the United States denies this request.

261.    Admit that the United States Government approved the aerial application of a total of 43,600 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 26, 2010.

**OBJECTION**: The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information. The United States further objects to the term "United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard. The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-

87

Scene Coordinator. The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**: Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

The United States admits that the Federal On-Scene Coordinator approved the aerial application of a total of 43,600 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 26, 2010. The United States denies this request in all other respects.

262.    Admit that the United States Government's delay in approving the requested dispersant application limited the amount of dispersants that was applied by air to the surface of the water in the Gulf of Mexico on June 26, 2010, in comparison with the amount that the United States Government approved for such application on that date.

**OBJECTION**: The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information. The United States further objects to the term "United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard. The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator. The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.   The United States further objects to this request because it calls for information that is known only to BP or its contractors.

**RESPONSE**: Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

The United States is unable to admit or deny this request, as it calls for information known only to BP or its contractors regarding the reasons why dispersant could not be applied in

the quantities that were approved.  In addition, a number of external factors, including weather,

visibility, changes in the characteristics of an oil slick, and the presence of responders or wildlife

in the vicinity of a dispersant target may have, at various times, affected the ability of BP to

apply dispersants.  The United States has not been able, after a reasonable inquiry, to determine

which factors affected the ability of BP to apply dispersants on this date.

263.    Admit that a request was made to the United States Government for approval to apply a total of 61,480 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on June 27, 2010.

**OBJECTION**:  The United States hereby incorporates by reference its General

Objection 3 (Premature) because this request goes beyond the Event, Source Control, or

Quantification and calls for irrelevant information.  The United States further objects to the term

"United States Government" as an undefined term subject to several interpretations.  The United

States is still in the process of collecting and processing documents in the possession of the U.S.

Coast Guard.  The United States has made a reasonable, good-faith effort to locate

documentation for each of the requests and approvals that were sent to and from the Federal On-

Scene Coordinator.  The United States specifically reserves the right to supplement its answer if

additional information is located that is pertinent to this request.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific

objections, the United States responds as follows:

Based on documents produced by BP and available approval documentation, BP's

contractor submitted a request for the aerial application of 50,600 gallons the night before June

27, 2010, and then revised its request on the morning of June 27, 2010, to 10,880 gallons.  These

amounts were not cumulative.  Accordingly, the United States denies this request.

89

264.    Admit that the United States Government approved the aerial application of a total of 10,880 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 27, 2010.

**OBJECTION**: The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information.  The United States further objects to the term "United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard.  The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator.  The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

The United States admits that the Federal On-Scene Coordinator approved the aerial application of a total of 10,880 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 27, 2010.  The United States denies this request in all other respects.

265.    Admit that the United States Government's delay in approving the requested dispersant application limited the amount of dispersants that was applied by air to the surface of the water in the Gulf of Mexico on June 27, 2010, in comparison with the amount that the United States Government approved for such application on that date.

**OBJECTION**: The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information.  The United States further objects to the term "United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S.

90

Coast Guard.  The United States has made a reasonable, good-faith effort to locate

documentation for each of the requests and approvals that were sent to and from the Federal On-

Scene Coordinator.  The United States specifically reserves the right to supplement its answer if

additional information is located that is pertinent to this request.   The United States further

objects to this request because it calls for information that is known only to BP or its contractors.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific

objections, the United States responds as follows:

The United States is unable to admit or deny this request, as it calls for information

known only to BP or its contractors regarding the reasons why dispersant could not be applied in

the quantities that were approved.  In addition, a number of external factors, including weather,

visibility, changes in the characteristics of an oil slick, and the presence of responders or wildlife

in the vicinity of a dispersant target may have, at various times, affected the ability of BP to

apply dispersants.  The United States has not been able, after a reasonable inquiry, to determine

which factors affected the ability of BP to apply dispersants on this date.

266.    Admit that the United States Government approved the aerial application of a
total of 5,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on
June 28, 2010.

**OBJECTION**:  The United States hereby incorporates by reference its General

Objection 3 (Premature) because this request goes beyond the Event, Source Control, or

Quantification and calls for irrelevant information.  The United States further objects to the term

"United States Government" as an undefined term subject to several interpretations. The United

States is still in the process of collecting and processing documents in the possession of the U.S.

Coast Guard.  The United States has made a reasonable, good-faith effort to locate

documentation for each of the requests and approvals that were sent to and from the Federal On-

Scene Coordinator.  The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

The United States admits that the Federal On-Scene Coordinator approved the aerial application of a total of 5,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 28, 2010.  The United States denies this request in all other respects.

267.   Admit that the United States Government approved the aerial application of a total of 10,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 29, 2010.

**OBJECTION**:  The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information.  The United States further objects to the term "United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard.  The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator.  The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

The United States admits that the Federal On-Scene Coordinator approved the aerial application of a total of 10,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 29, 2010.  The United States denies this request in all other respects.

92

268.    Admit that the United States Government approved the aerial application of a total of 10,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on June 30, 2010.

**OBJECTION**: The United States hereby incorporates by reference its General

Objection 3 (Premature) because this request goes beyond the Event, Source Control, or

Quantification and calls for irrelevant information.  The United States further objects to the term

"United States Government" as an undefined term subject to several interpretations. The United

States is still in the process of collecting and processing documents in the possession of the U.S.

Coast Guard.  The United States has made a reasonable, good-faith effort to locate

documentation for each of the requests and approvals that were sent to and from the Federal On-

Scene Coordinator.  The United States specifically reserves the right to supplement its answer if

additional information is located that is pertinent to this request.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific

objections, the United States responds as follows:

The United States admits that the Federal On-Scene Coordinator approved the aerial

application of a total of 10,000 gallons of dispersants to the surface of the water in the Gulf of

Mexico, to occur on June 30, 2010.  The United States denies this request in all other respects.

269.    Admit that the United States Government approved the aerial application of a total of 20,100 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on July 1, 2010.

**OBJECTION**: The United States hereby incorporates by reference its General

Objection 3 (Premature) because this request goes beyond the Event, Source Control, or

Quantification and calls for irrelevant information.  The United States further objects to the term

"United States Government" as an undefined term subject to several interpretations. The United

States is still in the process of collecting and processing documents in the possession of the U.S.

93

Coast Guard.  The United States has made a reasonable, good-faith effort to locate

documentation for each of the requests and approvals that were sent to and from the Federal On-

Scene Coordinator.  The United States specifically reserves the right to supplement its answer if

additional information is located that is pertinent to this request.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific

objections, the United States responds as follows:

The United States admits that the Federal On-Scene Coordinator approved the aerial

application of a total of 20,100 gallons of dispersants to the surface of the water in the Gulf of

Mexico, to occur on July 1, 2010.  The United States denies this request in all other respects.

270.    Admit that the United States Government's delay in approving the requested
dispersant application limited the amount of dispersants that was applied by air to the surface of
the water in the Gulf of Mexico, to occur on July 1, 2010, in comparison with the amount that the
United States Government approved for such application on that date.

**OBJECTION**:  The United States hereby incorporates by reference its General

Objection 3 (Premature) because this request goes beyond the Event, Source Control, or

Quantification and calls for irrelevant information. The United States further objects to this

Request for Admission as calling for speculation.  The United States further objects to the term

"United States Government" as an undefined term subject to several interpretations. The United

States is still in the process of collecting and processing documents in the possession of the U.S.

Coast Guard.  The United States has made a reasonable, good-faith effort to locate

documentation for each of the requests and approvals that were sent to and from the Federal On-

Scene Coordinator.  The United States specifically reserves the right to supplement its answer if

additional information is located that is pertinent to this request.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific

objections, the United States responds as follows:

94

The United States is unable to admit or deny this request, as it calls for information known only to BP or its contractors regarding the reasons why dispersant could not be applied in the quantities that were approved. In addition, a number of external factors, including weather, visibility, changes in the characteristics of an oil slick, and the presence of responders or wildlife in the vicinity of a dispersant target may have, at various times, affected the ability of BP to apply dispersants. The United States has not been able, after a reasonable inquiry, to determine which factors affected the ability of BP to apply dispersants on this date.

271. Admit that a request was made to the United States Government for approval to apply a total of 64,800 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on July 2, 2010.

**OBJECTION**: The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information. The United States further objects to the term "United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard. The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator. The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**: Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

The United States admits that a request was made to the Federal On-Scene Coordinator for approval to apply a total of 64,800 gallons of dispersants by air to the surface of the water in

95

the Gulf of Mexico, to occur on July 2, 2010.  The United States denies this request in all other respects.

272.    Admit that the United States Government approved the aerial application of a total of 20,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on July 2, 2010.

**OBJECTION**:  The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information.  The United States further objects to the term "United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard.  The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator.  The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

The United States admits that the Federal On-Scene Coordinator approved the aerial application of a total of 20,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on July 2, 2010.  The United States denies this request in all other respects.

273.    Admit that the United States Government's delay in approving the requested dispersant application limited the amount of dispersants that was applied by air to the surface of the water in the Gulf of Mexico, to occur on July 2, 2010, in comparison with the amount that the United States Government approved for such application on that date.

**OBJECTION**:  The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information.  The United States further objects to the term

96

"United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard. The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator. The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request. The United States further objects to this request because it calls for information that is known only to BP or its contractors.

**RESPONSE**: Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

The United States is unable to admit or deny this request, as it calls for information known only to BP or its contractors regarding the reasons why dispersant could not be applied in the quantities that were approved. In addition, a number of external factors, including weather, visibility, changes in the characteristics of an oil slick, and the presence of responders or wildlife in the vicinity of a dispersant target may have, at various times, affected the ability of BP to apply dispersants. The United States has not been able, after a reasonable inquiry, to determine which factors affected the ability of BP to apply dispersants on this date.

274.    Admit that the United States Government approved the aerial application of a total of 10,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on July 3, 2010.

**OBJECTION**: The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information. The United States further objects to the term "United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S.

Coast Guard. The United States has made a reasonable, good-faith effort to locate

documentation for each of the requests and approvals that were sent to and from the Federal On-

Scene Coordinator. The United States specifically reserves the right to supplement its answer if

additional information is located that is pertinent to this request.

**RESPONSE**: Subject to, and without waiving, the foregoing general and specific

objections, the United States responds as follows:

The United States admits that the Federal On-Scene Coordinator approved the aerial

application of a total of 10,000 gallons of dispersants to the surface of the water in the Gulf of

Mexico, to occur on July 3, 2010. The United States denies this request in all other respects.

275.    Admit that a request was made to the United States Government for approval to
apply a total of 20,840 gallons of dispersants by air to the surface of the water in the Gulf of
Mexico, to occur on July 4, 2010.

**OBJECTION**: The United States hereby incorporates by reference its General

Objection 3 (Premature) because this request goes beyond the Event, Source Control, or

Quantification and calls for irrelevant information. The United States further objects to the term

"United States Government" as an undefined term subject to several interpretations. The United

States is still in the process of collecting and processing documents in the possession of the U.S.

Coast Guard. The United States has made a reasonable, good-faith effort to locate

documentation for each of the requests and approvals that were sent to and from the Federal On-

Scene Coordinator. The United States specifically reserves the right to supplement its answer if

additional information is located that is pertinent to this request.

**RESPONSE**: Subject to, and without waiving, the foregoing general and specific

objections, the United States responds as follows:

Based on documents produced by BP and available approval documentation, BP's contractor submitted a request for the aerial application of 10,000 gallons the night before July 4, 2010, and then revised its request on the morning of July 4, 2010, to 7,000 gallons. These amounts were not cumulative. Later in the day on July 4, 2010, BP's contractor requested approval for the aerial application of an additional 3,840 gallons. Accordingly, the United States denies this request.

276.    Admit that the United States Government approved the aerial application of a total of 8,640 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on July 4, 2010.

**OBJECTION**: The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information. The United States further objects to the term "United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard. The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator. The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**: Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

The United States admits that the Federal On-Scene Coordinator approved the aerial application of a total of 8,640 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on July 4, 2010. The United States denies this request in all other respects.

99

277.    Admit that a request was made to the United States Government for approval to apply a total of 16,700 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on July 5, 2010.

**OBJECTION**: The United States hereby incorporates by reference its General

Objection 3 (Premature) because this request goes beyond the Event, Source Control, or

Quantification and calls for irrelevant information.  The United States further objects to the term

"United States Government" as an undefined term subject to several interpretations.  The United

States is still in the process of collecting and processing documents in the possession of the U.S.

Coast Guard.  The United States has made a reasonable, good-faith effort to locate

documentation for each of the requests and approvals that were sent to and from the Federal On-

Scene Coordinator.  The United States specifically reserves the right to supplement its answer if

additional information is located that is pertinent to this request.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific

objections, the United States responds as follows:

Based on documents produced by BP and available approval documentation, BP's

contractor submitted a request for the aerial application of 10,000 gallons the night before July 5,

2010, and then revised its request on the morning of July 5, 2010, to 6,700 gallons.  These

amounts were not cumulative.  Accordingly, the United States denies this request.

278.    Admit that the United States Government approved the aerial application of a total of 6,700 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on July 5, 2010.

**OBJECTION**: The United States hereby incorporates by reference its General

Objection 3 (Premature) because this request goes beyond the Event, Source Control, or

Quantification and calls for irrelevant information.  The United States further objects to the term

"United States Government" as an undefined term subject to several interpretations. The United

States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard. The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator. The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**: Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

The United States admits that the Federal On-Scene Coordinator approved the aerial application of a total of 6,720 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on July 5, 2010. The United States denies this request in all other respects.

279.    Admit that the United States Government approved the aerial application of a total of 10,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on July 6, 2010.

**OBJECTION**: The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information. The United States further objects to the term "United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard. The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator. The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**: Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

101

The United States admits that the Federal On-Scene Coordinator approved the aerial application of a total of 10,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on July 6, 2010. The United States denies this request in all other respects.

280.    Admit that the United States Government approved the aerial application of a total of 10,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on July 7, 2010.

**OBJECTION**: The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information. The United States further objects to the term "United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard. The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator. The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**: Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

The United States admits that the Federal On-Scene Coordinator approved the aerial application of a total of 10,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on July 7, 2010. The United States denies this request in all other respects.

281.    Admit that the United States Government approved the aerial application of a total of 10,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on July 8, 2010.

**OBJECTION**: The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or

Quantification and calls for irrelevant information.  The United States further objects to the term

"United States Government" as an undefined term subject to several interpretations. The United

States is still in the process of collecting and processing documents in the possession of the U.S.

Coast Guard.  The United States has made a reasonable, good-faith effort to locate

documentation for each of the requests and approvals that were sent to and from the Federal On-

Scene Coordinator.  The United States specifically reserves the right to supplement its answer if

additional information is located that is pertinent to this request.

    **RESPONSE**:  Subject to, and without waiving, the foregoing general and specific

objections, the United States responds as follows:

    The United States admits that the Federal On-Scene Coordinator approved the aerial

application of a total of 10,000 gallons of dispersants to the surface of the water in the Gulf of

Mexico, to occur on July 8, 2010.  The United States denies this request in all other respects.

    282.    Admit that the United States Government approved the aerial application of a
total of 10,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur
on July 9, 2010.

    **OBJECTION**:  The United States hereby incorporates by reference its General

Objection 3 (Premature) because this request goes beyond the Event, Source Control, or

Quantification and calls for irrelevant information.  The United States further objects to the term

"United States Government" as an undefined term subject to several interpretations. The United

States is still in the process of collecting and processing documents in the possession of the U.S.

Coast Guard.  The United States has made a reasonable, good-faith effort to locate

documentation for each of the requests and approvals that were sent to and from the Federal On-

Scene Coordinator.  The United States specifically reserves the right to supplement its answer if

additional information is located that is pertinent to this request.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific

objections, the United States responds as follows:

The United States admits that the Federal On-Scene Coordinator approved the aerial

application of a total of 10,000 gallons of dispersants to the surface of the water in the Gulf of

Mexico, to occur on July 9, 2010.  The United States denies this request in all other respects.

283.    Admit that the United States Government approved the aerial application of a
total of 10,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur
on July 10, 2010.

**OBJECTION**:  The United States hereby incorporates by reference its General

Objection 3 (Premature) because this request goes beyond the Event, Source Control, or

Quantification and calls for irrelevant information. The United States further objects to the term

"United States Government" as an undefined term subject to several interpretations. The United

States is still in the process of collecting and processing documents in the possession of the U.S.

Coast Guard.  The United States has made a reasonable, good-faith effort to locate

documentation for each of the requests and approvals that were sent to and from the Federal On-

Scene Coordinator.  The United States specifically reserves the right to supplement its answer if

additional information is located that is pertinent to this request.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific

objections, the United States responds as follows:

The United States admits that the Federal On-Scene Coordinator approved the aerial

application of a total of 10,000 gallons of dispersants to the surface of the water in the Gulf of

Mexico, to occur on July 10, 2010. The United States denies this request in all other respects.

284.    Admit that the United States Government approved the aerial application of a
total of 10,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur
on July 11, 2010.

104

**OBJECTION**:  The United States hereby incorporates by reference its General

Objection 3 (Premature) because this request goes beyond the Event, Source Control, or

Quantification and calls for irrelevant information. The United States further objects to the term

"United States Government" as an undefined term subject to several interpretations. The United

States is still in the process of collecting and processing documents in the possession of the U.S.

Coast Guard.  The United States has made a reasonable, good-faith effort to locate

documentation for each of the requests and approvals that were sent to and from the Federal On-

Scene Coordinator.  The United States specifically reserves the right to supplement its answer if

additional information is located that is pertinent to this request.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific

objections, the United States responds as follows:

The United States admits that the Federal On-Scene Coordinator approved the aerial

application of a total of 10,000 gallons of dispersants to the surface of the water in the Gulf of

Mexico, to occur on July 11, 2010.  The United States denies this request in all other respects.

285.    Admit that a request was made to the United States Government for approval to
apply a total of 10,000 gallons of dispersants by air to the surface of the water in the Gulf of
Mexico, to occur on July 12, 2010.

**OBJECTION**:  The United States hereby incorporates by reference its General

Objection 3 (Premature) because this request goes beyond the Event, Source Control, or

Quantification and calls for irrelevant information. The United States further objects to the term

"United States Government" as an undefined term subject to several interpretations. The United

States is still in the process of collecting and processing documents in the possession of the U.S.

Coast Guard.  The United States has made a reasonable, good-faith effort to locate

documentation for each of the requests and approvals that were sent to and from the Federal On-

105

Scene Coordinator. The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**: Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

The United States admit that a request was made to the Federal On-Scene Coordinator for approval to apply a total of 10,000 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on July 12, 2010. The United States denies this request in all other respects.

286.    Admit that the United States Government approved the aerial application of a total of 5,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on July 12, 2010.

**OBJECTION**: The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information. The United States further objects to the term "United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard. The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator. The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**: Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

106

The United States admits that the Federal On-Scene Coordinator approved the aerial application of a total of 10,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on July 12, 2010.  The United States denies this request in all other respects.

287.    Admit that a request was made to the United States Government for approval to apply a total of 10,000 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on July 13, 2010.

**OBJECTION**:  The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information. The United States further objects to the term "United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard.  The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator.  The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

The United States admits that a request was made to the Federal On-Scene Coordinator for approval to apply a total of 10,000 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on July 13, 2010.  The United States denies this request in all other respects.

288.    Admit that the United States Government approved the aerial application of a total of 5,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on July 13, 2010.

**OBJECTION**:  The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information. The United States further objects to the term "United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard.  The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator.  The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

The United States admits that the Federal On-Scene Coordinator approved the aerial application of a total of 5,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on July 13, 2010.  The United States denies this request in all other respects.

289.    Admit that the United States Government approved the aerial application of a total of 10,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on July 14, 2010.

**OBJECTION**:  The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information. The United States further objects to the term "United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard.  The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-

108

Scene Coordinator.  The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

The United States admits that the Federal On-Scene Coordinator approved the aerial application of a total of 10,000 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on July 14, 2010.  The United States denies this request in all other respects.

290.    Admit that a request was made to the United States Government for approval to apply a total of 30,100 gallons of dispersants by air to the surface of the water in the Gulf of Mexico, to occur on July 15, 2010.

**OBJECTION**:  The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information. The United States further objects to the term "United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard.  The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator.  The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

After a reasonable good faith inquiry of the documents available for search at this time, the United States is unable to admit or deny this request.

109

291.    Admit that the United States Government approved the aerial application of a total of 20,100 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on July 15, 2010.

**OBJECTION**:  The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information. The United States further objects to the term "United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard.  The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator.  The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

After a reasonable search of the available documentation, the United States has been unable to find documentation to support the assertion that any aerial dispersant application was approved on July 15, 2010.  Documents produced by BP state that no authorization was given on that day.  Accordingly, the United States denies this request.

292.    Admit that the United States Government approved the aerial application of a total of 375 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on July 19, 2010.

**OBJECTION**:  The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information. The United States further objects to the term "United States Government" as an undefined term subject to several interpretations. The United

110

States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard.  The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator.  The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

The United States admits that the Federal On-Scene Coordinator approved the aerial application of a total of 375 gallons of dispersants to the surface of the water in the Gulf of Mexico, to occur on July 19, 2010.  The United States denies this request in all other respects.

293.    Admit that the United States Government approved the application of dispersants to the surface of the Gulf of Mexico by the M/V International Peace in order to evaluate dispersant effectiveness and health risks.

**OBJECTION**:  The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information. The United States further objects to the term "United States Government" as an undefined term subject to several interpretations. The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard.  The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator.  The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

111

The United States admits that the Federal On-Scene Coordinator approved the application of dispersants to the surface of the Gulf of Mexico by the M/V International Peace for the following purposes:

- Collect samples pre and post dispersant application to assess dispersant effectiveness, subsurface dispersant plume characteristics and to generate data which can be used to assess environmental and safety issues.

- Conduct toxicity testing at multiple depths according to the *Surface Water Sampling Plan for Dispersant Application Monitoring* approved by Houma UC on June 3, 2010.

- Evaulate the effectiveness of applying dispersants to emulsified oil as recommended by SINTEF.

The United States denies this request in all respects except as expressly admitted in this response.

294.   Admit that, on or about May 15, 2010, the United States Government authorized the application of dispersants at the wellhead to the discharge from the MC252 Well.

**OBJECTION**:  The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information. The United States further objects to the term "United States Government" as an undefined term subject to several interpretations.  The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard.  The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator.  The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

112

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

The United States admits that, on or about May 15, 2010, the Federal On-Scene Coordinator authorized the application of dispersants at the wellhead to the discharge from the MC252 Well.  The United States denies this request in all other respects.

295.    Admit that, on or about May 26, 2010, the United States Government directed BP to limit the application of dispersants at the wellhead to the discharge from the MC252 Well to a maximum of 15,000 gallons per day.

**OBJECTION**:  The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information.  The United States further objects to the term "United States Government" as an undefined term subject to several interpretations.  The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard.  The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator.  The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

The United States admits that, on or about May 26, 2010, the Federal On-Scene Coordinator directed BP to limit the application of dispersants at the wellhead to the discharge from the MC252 Well to a maximum of 15,000 gallons per day.  The United States denies this request in all other respects.

113

296.    Admit that the United States Government authorized BP to increase application of dispersants from 15,000 gallons to 23,000 gallons for June 4, 2010, at the wellhead to the discharge from the MC252 Well.

**OBJECTION**:  The United States hereby incorporates by reference its General

Objection 3 (Premature) because this request goes beyond the Event, Source Control, or

Quantification and calls for irrelevant information. The United States further objects to the term

"United States Government" as an undefined term subject to several interpretations.  The United

States is still in the process of collecting and processing documents in the possession of the U.S.

Coast Guard.  The United States has made a reasonable, good-faith effort to locate

documentation for each of the requests and approvals that were sent to and from the Federal On-

Scene Coordinator.  The United States specifically reserves the right to supplement its answer if

additional information is located that is pertinent to this request.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific

objections, the United States responds as follows:

The United States admits that the Federal On-Scene Coordinator authorized BP to

increase application of dispersants from 15,000 gallons to 23,000 gallons for June 4, 2010, at the

wellhead to the discharge from the MC252 Well.  The United States denies this request in all

other respects.

297.    Admit that, on June 19, 2010, the United States Government authorized BP to increase application of dispersants from 15,000 gallons to 21,600 gallons for 24 hours at the wellhead to the discharge from the MC252 Well.

**OBJECTION**:  The United States hereby incorporates by reference its General

Objection 3 (Premature) because this request goes beyond the Event, Source Control, or

Quantification and calls for irrelevant information. The United States further objects to the term

"United States Government" as an undefined term subject to several interpretations.  The United

114

States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard.  The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator.  The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

The United States admits that the Federal On-Scene Coordinator approved the application of dispersants at the wellhead at a rate of 15 gallons per minute at the wellhead to the discharge from the MC252 Well for June 19, 2010.  The United States denies this request in all other respects.

298.    Admit that the United States Government authorized BP to apply more than 15,000 gallons of dispersants for July 11, 2010, at the wellhead to the discharge from the MC252 Well.

**OBJECTION**:  The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information. The United States further objects to the term "United States Government" as an undefined term subject to several interpretations.  The United States is still in the process of collecting and processing documents in the possession of the U.S. Coast Guard.  The United States has made a reasonable, good-faith effort to locate documentation for each of the requests and approvals that were sent to and from the Federal On-Scene Coordinator.  The United States specifically reserves the right to supplement its answer if additional information is located that is pertinent to this request.

115

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

The United States admits that the Federal On-Scene Coordinator authorized BP to apply more than 15,000 gallons of dispersants for July 11, 2010, at the wellhead to the discharge from the MC252 Well.  The United States denies this request in all other respects.

299.    Admit that the United States Government authorized BP to increase application of dispersants to twelve gallons per minute, or approximately 17,000 gallons, for July 12, 2010, at the wellhead to the discharge from the MC252 Well.

**OBJECTION**:  The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information. The United States further objects to the term "United States Government" as an undefined term subject to several interpretations.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

Based on available documentation, the approved rate of subsea dispersant application on July 12, 2010, was 15,000 gallons/day.  Accordingly, the United States denies this request.

343.    Admit that representatives of the United States Government were stationed in the Houston Incident Command Post during the Response.

**OBJECTION**:  The United States hereby incorporates by reference its General Objection 3 (Premature) because this request goes beyond the Event, Source Control, or Quantification and calls for irrelevant information. The United States further objects to the term "United States Government" as an undefined term subject to several interpretations.

**RESPONSE**:  Subject to, and without waiving, the foregoing general and specific objections, the United States responds as follows:

116