# Exhibit S-1



IAP Cover Sheet

Incident Action
Plan

HCG154-000004

## ICS 202 - General Response Objectives

| Incident: | Mississippi Canyon 252 | | Prepared By: | Dew, Jeremy | at 4/21/2010 10:05 |
|-----------|------------------------|---|--------------|-------------|---------------------|
| Period: | Period 2 (4/22/2010 06:00 - 4/23/2010 06:00) | | Version Name: | Period 2 Objectives | |

### Overall and Strategic Objectives

| | Assigned To | Status |
|---|---|---|
| 1. Ensure the Safety of Citizens and Response Personnel | | |
| • 1a. Support USCG and Transocean led SAR activities | | |
| • 1b. Develop Site Safety & Health Plan for response personnel | | |
| • 1c. Sustain emergency response organization to support the ongoing response activities | | |
| 2. Control the Source of the Spill | | |
| • 2a. Support Transocean in emergency shut-down | | |
| • 2b. Develop secondary options for well control | | |
| • 2c. Protection of infrastructure in the area | | |
| 3. Contain and Recover Spilled Material | | |
| • 3a. Overflight/monitoring for situation awareness and operations direction | | |
| • 3b. Maximize on-water containment and recovery | | |
| • 3c. Deploy dispersants as necessary/approved | | |
| 4. Maximize Protection of Environmentally-Sensitive Areas | | |
| • 4a. Prepare environmentally sensitive area protection plan | | |
| 5. Keep Stakeholders and Public Informed of Response Activities | | |
| • 5a. Redirect any external inquiries to BST or Transocean | | |

### Operational Period Command Emphasis (Safety Message, Priorities, Key Decisions/Directions)

### Approved By

:

| ICS 202 - General Response Objectives | Printed: 4/21/2010 21:50 | Page 1 of 1 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

5 - 48

## ICS 204 - Assignment List

| Incident: Mississippi Canyon 252 | Prepared By: Bradbury, Cody | at 4/21/2010 20:17 |
|---|---|---|
| Period: Period 2 (4/22/2010 06:00 - 4/23/2010 06:00) | Branch: Offshore Pollution Operations Branch | |
| | Division/Group/Staging: Dispersant Group (MSRC/ASI) | |

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Black, James | BP | 713-562-6419 |
| Director - Offshore Pollution Operati | Benson, Nick | Obriens | 281-467-9808 |
| Supervisor - Dispersant Group (MS | Camlin, Theo | MSRC | 713-309-5758 |

### Incident Resources for this Period

| Sys. ID | Resource Type - Subtype | Description | Quantity | Size | Status |
|---|---|---|---|---|---|
| *Dispersant Group (MSRC/ASI)* | | | | | |
| 11044 | Aircraft: Fixed Wing | DC-3 | 1 each | | Stand By |
| 10890 | Aircraft: Fixed Wing | Spotter | 1 each | | Stand By |
| 10974 | Dispersant | Corexit 9527 | 1 each | | Enroute/Sourced |
| 10878 | Dispersant: AppSystem | BT67 (4 hr prep time, 1 hr & 10 mi | 1 each | | Stand By |
| 10860 | Dispersant: AppSystem | C-130 (ETA 09:00 ON 4/22) | 1 each | | Enroute/Sourced |
| 10872 | Dispersant: AppSystem | King Air | 1 each | | Stand By |
| 10920 | Manpower: Operator | C-130 Crew | 6 each | | Enroute/Sourced |
| | Manpower: Responder | | 6 each | | Enroute/Sourced |
| 10926 | Manpower: Supervisor | King Air Crew | 4 each | | Stand By |

### Assignments

Conduct dispersant operations as required/approved.

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 4/21/2010 21:51 | Page 1 of 1 | © 1997-2010 dbSoft, Inc. |

17-48

HCG154-000021