# Exhibit S-2

| IAP Cover Sheet ||
|---|---|
| Incident Name: | Operational Period to be covered by IAP: |
| Mississippi Canyon 252 | Period 3  (4/23/2010 06:00 - 4/24/2010 06:00) |
| Approved by: FOSC: _____ SOSC: _____ RPIC: _____ ||

# Incident Action Plan



| Prepared By: Bradbury, Cody | Prepared Date/Time: 4/22/2010 08:56 |
|---|---|
| IAP Cover Sheet | Printed: 4/22/2010 23:23    © 1997-2010 dbSoft, Inc. |

HCG154-000054

# ICS 202 - General Response Objectives

| Incident: | Mississippi Canyon 252 | Prepared By: | Hentrich, Dave | at 4/22/2010 20:20 |
|---|---|---|---|---|
| Period: | Period 3 (4/23/2010 06:00 - 4/24/2010 06:00) | Version Name: | Period 3 Objectives | |

## Overall and Strategic Objectives

| | Assigned To | Status |
|---|---|---|
| **1. Ensure the Safety of Citizens and Response Personnel** | | |
| • 1a. Support USCG and Transocean led SAR activities | | In Progress |
| • 1b. Maintain Site Safety & Health Plan for response personnel | | In Progress |
| • 1c. Sustain emergency response organization to support the ongoing response activities | | In Progress |
| **2. Control the Source of the Spill** | | |
| • 2a. Monitor well head for signs of any release | | In Progress |
| • 2b. Develop secondary options for well control | | In Progress |
| • 2c. Establish integrity of infrastructure in the area | | In Progress |
| **3. Contain and Recover Spilled Material** | | |
| • 3a. Overflight/monitoring for situation awareness and operations direction | | In Progress |
| • 3b. Maximize on-water containment and recovery | | In Progress |
| • 3c. Deploy dispersants as necessary/approved | | In Progress |
| **4. Maximize Protection of Environmentally-Sensitive Areas** | | |
| • 4a. Prepare environmentally sensitive area protection plan | | In Progress |
| **5. Keep Stakeholders and Public Informed of Response Activities** | | |
| • 5a. Establish unified command and oil spill response organization in Louisiana | | In Progress |

### Operational Period Command Emphasis (Safety Message, Priorities, Key Decisions/Directions)

### Approved By

:  _____

---

| ICS 202 - General Response Objectives | Printed: 4/22/2010 22:24 | Page 1 of 1 | © 1997-2010 dbSoft, Inc. |

9/61

HCG154-000062

# ICS 204 - Assignment List

| | |
|---|---|
| Incident: Mississippi Canyon 252 | Prepared By: Hentrich, Dave    at 4/22/2010 23:56 |
| Period: Period 3 (4/23/2010 06:00 - 4/24/2010 06:00) | Branch: Offshore Branch |
| | Division/Group/Staging: Dispersant Group |

## Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | O'Donnell, Bill | BP | 281-435-8581 |
| Director - Offshore Branch | Benson, Nick | Obriens | 281-467-9808 |
| Supervisor - Dispersant Group | Camlin, Theo | MSRC | 713-309-5758 |

## Incident Resources for this Period

| Sys. ID | Resource Type - Subtype | Description | Quantity | Size | Status |
|---|---|---|---|---|---|
| *Dispersant Group* | | | | | |
| 11378 | Aircraft: Fixed Wing | DC-3 Turbo Prop | 1 each | | Stand By |
| 10890 | Aircraft: Fixed Wing | Spotter | 1 each | | Stand By |
| 11342 | Dispersant | Corexit 9500 | 4585 each | | Stand By |
| 11336 | Dispersant | Corexit 9500 | 18480 each | | Enroute/Sourced |
| 10974 | Dispersant | Corexit 9527 | 8860 each | | Stand By |
| 11112 | Dispersant | Corexit 9527 | 22738 each | | Stand By |
| 11283 | Dispersant | Dispersant 9500 | 10915 gallon( | | Enroute/Sourced |
| 10878 | Dispersant: AppSystem | BT67 | 1 each | | Stand By |
| 10860 | Dispersant: AppSystem | C-130 | 1 each | | Stand By |
| 11354 | Dispersant: AppSystem | DC-3 | 1 each | | Stand By |
| 10872 | Dispersant: AppSystem | King Air | 1 each | | Stand By |
| 10920 | Manpower: Operator | C-130 Crew | 6 each | | Stand By |
| | Manpower: Responder | | 6 each | | Stand By |
| 10926 | Manpower: Supervisor | King Air Crew | 4 each | | Stand By |

## Assignments

Apply dispersants as approved and appropriate.
Deploy and monitor success of effectiveness.
Monitor stockpile of dispersant for supply replenishment.

## Special Instructions for Division / Group

Vessel clearance from spray targets prior to deployment.

Dispersant aircraft to follow FAA procedures.

## Special Site-Specific Safety Considerations

See Site Saftey Plan (ICS 208) for Dispersant Operations issues and considerations. Notify chain of comand of any unplanned health, safety, security, or environmental incidents. These include near misses, first aids, security breaches, loss of primary containment, incidents, etc.

Reviewed By Signatures - (PSC):  (OSC):

| ICS 204 - Assignment List | Printed: 4/23/2010 00:02 | Page 1 of 1 | © 1997-2010 dbSoft, Inc. |

HCG154-000072