# Exhibit S-4

| IAP Cover Sheet | |
|---|---|
| Incident Name: Mississippi Canyon 252 | Operational Period to be covered by IAP: Period 5 (4/5/2010 06:00 – 4/06/2010 06:00) |
| Approved by: | |
| FOSC: *[signature]* | |
| BP Incident Commander: | |
| Transocean IC: | |

# Incident Action Plan

*[ORIGINAL stamp]*

*[map image]*

| Prepared by: Bradbery, Cody | Prepared Date/Time: 4/04/2010 20:05 |
|---|---|
| IAP Cover Sheet | Period: 4/04/2010 20:07 | © 1999-2010 dkGAi, Inc. |

HCG154-000192

## ICS 202 - General Response Objectives

| | | |
|---|---|---|
| Incident: | Mississippi Canyon 252 | Prepared By: Rodrigue, Chad at 4/24/2010 17:09 |
| Period: | Period 5 (4/25/2010 06:00 - 4/26/2010 06:00) | Version Name: Period 5 Objectives- Combined IMT |

### Overall and Strategic Objectives

| | Assigned To | Status |
|---|---|---|
| **1. Ensure the Safety of Citizens and Response Personnel** | | |
| • 1a. Support USCG and Transocean led Search and Recovery activities | Houston Source Control | In Progress |
| • 1b. Maintain Site Safety & Health Plan for response personnel | Houston Source Control | In Progress |
| • 1c. Sustain emergency response organization to support the ongoing response activities | Houston Source Control | In Progress |
| **2. Control the Source of the Spill (Houston)** | | |
| • 2a. Monitor well head for signs of any release | Houston Source Control | In Progress |
| • 2b. Develop secondary options for well control | Houston Source Control | In Progress |
| • 2b.1- Drill shallow relief well | Houston Source Control | In Progress |
| • 2b.2- Drill deep relief well | Houston Source Control | In Progress |
| • 2b.3- Develop intervention strategies | Houston Source Control | In Progress |
| • 2c. Establish integrity of infrastructure in the area | Houston Source Control | In Progress |
| • 2d. Address subsurface oil release points as appropriate | Houston Source Control | In Progress |
| **3. Contain and Recover Spilled Material** | | |
| • 3a. Overflight/monitoring for situation awareness and operations direction | Air Ops Branch Director | In Progress |
| • 3b. Maximize on-water containment and recovery | On Water Recovery Group Supervisor | In Progress |
| • 3c. Continue to deploy dispersants as necessary/approved | Dispersant Group | In Progress |
| **4. Maximize Protection of Environmentally Sensitive Areas** | | |
| • 4a. Prepare and implement environmentally sensitive area protection plan | Environmental Unit | In Progress |
| • 4b. Develop booming strategies for potential shoreline impact areas based on updated trajectories | Shoreline Protection Branch | In Progress |
| **5. Recover and Rehabilitate Injured Wildlife** | | |
| **6. Keep Stakeholders and Public Informed of Response Activities** | | |
| • 6a. Establish unified command and oil spill response organization in potentially affected Sector | Houston Source Control | In Progress |

### Operational Period Command Emphasis (Safety Message, Priorities, Key Decisions/Directions)

### Approved By

| ICS 202 - General Response Objectives | Printed: 4/24/2010 18:37 | Page 1 of 2 | © 1997-2010 dsSoft, Inc. |

14/137

HCG154-000205

## ICS 204 - Assignment List

| | | |
|---|---|---|
| Incident: Mississippi Canyon 252 | Prepared By: Heinrich, Dave | at 4/25/2010 03:07 |
| Period: Period 5 (4/25/2010 06:00 - 4/26/2010 06:00) | Branch: Offshore Branch | |
| | Division/Group/Staging: Dispersant Group | |

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Black, James | BP | 713-582-6419 |
| Director - Offshore Branch | Benson, Nick | Obrien's | 281-467-9808 |
| Supervisor - Dispersant Group | Carrile, Theo | MSRC | 713-309-5754 |

### Incident Resources for this Period

| Sys. ID | Resource Type - Subtype | Description | Quantity | Size | Status |
|---|---|---|---|---|---|
| *Dispersant Group* | | | | | |
| 10830 | Aircraft: Fixed Wing | Aero Commander Spotter (2 Pass) | 1 each | | Assigned |
| | Dispersant | | 10915 gallons | | Encouter/Sourced |
| | Dispersant | | 118238 gallon | | Stand By |
| 10879 | Dispersant: AppSystem | BT67 | 1 each | | Stand By |
| 10860 | Dispersant: AppSystem | C-130 | 1 each | | Stand By |
| 11354 | Dispersant: AppSystem | DC-3 | 1 each | | Stand By |
| 11378 | Dispersant: AppSystem | DC-3 Turbo Prop (3 Crew) | 1 each | | Stand By |
| 10872 | Dispersant: AppSystem | King Air - Spotter | 1 each | | Stand By |

### Assignments

Apply dispersants as approved and appropriate.
Deploy and monitor success of effectiveness.
Monitor stockpile of dispersant for supply replenishment.

### Special Instructions for Division / Group

Vessel clearance from spray targets prior to deployment

Dispersant aircraft to follow FAA procedures

### Special Environmental Considerations

All vessels/aircraft should be watching for marine mammals/sea turtles. Vessels must maintain appropriate speeds to avoid collision and all vessels/aircrafts must report marine mammal/turtle sightings to the Environmental Unit and Wildlife Branch.

### Special Site-Specific Safety Considerations

See Site Safety Plan (ICS 208) for Dispersant Operations issues and considerations. Notify chain of command of any unplanned health, safety, security, or environmental incidents. These include near misses, first aids, security breaches, loss of primary containment, incidents, etc.

Reviewed By Signatures - (PSC): _____  (OSC): _____

| ICS 204 - Assignment List | Printed: 4/25/2010 03:23 | Page 1 of 1 | © 1997-2010 dbSoft, Inc. |