# Exhibit S-5

## IAP Cover Sheet

| Incident Name: | Operational Period to be covered by IAP: |
|---|---|
| Mississippi Canyon 252 | Period 6 (4/26/2010 06:00 - 4/27/2010 06:00) |

Approved by:

FOSC: _____

BP Incident Commander: _____

# Incident Action Plan



| Prepared By: | Bradbury, Cody | Prepared Date/Time: | 4/26/2010 01:44 |
|---|---|---|---|
| IAP Cover Sheet | | Printed: 4/26/2010 01:44 | © 1997-2010 dbSoft, Inc. |

HCG154-000330

# ICS 202 - General Response Objectives

| Incident: | Mississippi Canyon 252 | Prepared By: | Grau, Sharon | at 4/25/2010 22:16 |
|---|---|---|---|---|
| Period: | Period 6 (4/26/2010 06:00 - 4/27/2010 06:00) | Version Name: | Period 6 Objectives- Combined IMT | |

## Overall and Strategic Objectives

| | Assigned To | Status |
|---|---|---|
| **1. Ensure the Safety of Citizens and Response Personnel** | | |
| • 1a. Support USCG and Transocean led Search and Recovery activities | Houston Source Control | In Progress |
| • 1b. Maintain Site Safety & Health Plan for response personnel | Houston Source Control | In Progress |
| • 1c. Sustain emergency response organization to support the ongoing response activities | Houston Souce Control | In Progress |
| **2. Control the Source of the Spill (Houston)** | | |
| • 2a. Monitor well head for signs of any release | Houston Source Control | In Progress |
| • 2b. Develop and implement subsea intervention strategies | Houston Source Control | In Progress |
| • 2c. Develop and implement subsea containment strategies | Houston Source Control | In Progress |
| • 2d. Drill relief wells | Houston Source Control | In Progress |
| • 2e. Establish integrity of infrastructure in the area | Houston Source Control | In Progress |
| **3. Contain and Recover Spilled Material** | | |
| • 3a. Overflight/monitoring for situation awareness and operations direction | Air Ops Branch Director | In Progress |
| • 3b. Maximize on-water containment and recovery | On Water Recovery Group Supervisor | In Progress |
| • 3c. Continue to deploy dispersants as necessary/approved | Dispersant Group | In Progress |
| **4. Maximize Protection of Environmentally-Sensitive Areas** | | |
| • 4a. Prepare and implement environmentally sensitive area protection plan | Environmental Unit | In Progress |
| • 4b. Develop booming strategies for potential shoreline impact areas based on updated trajectories | Shoreline Protection Branch | In Progress |
| **5. Recover and Rehabilitate Injured Wildlife** | | |
| **6. Keep Stakeholders and Public Informed of Response Activities** | | |
| • 6a. Establish unified command and oil spill response organization in potentially affected Sector | Houston Source Control | In Progress |

| ICS 202 - General Response Objectives | Printed: 4/25/2010 22:34 | Page 1 of 2 | © 1997-2010 dbSoft, Inc. |

HCG154-000347

| ICS 202 - General Response Objectives | | | |
|---|---|---|---|
| Incident: Mississippi Canyon 252 | | Prepared By: Grau, Sharon at 4/25/2010 22:16 | |
| Period: Period 6 (4/26/2010 06:00 - 4/27/2010 06:00) | | Version Name: Period 6 Objectives- Combined IMT | |

**Operational Period Command Emphasis (Safety Message, Priorities, Key Decisions/Directions)**

Priorities - Houma:
Dispersant Operations - any change in normal operations should be reported to UC
Shoreline Response - Focus on planning of protection of Breton Island
Over all reponse - Get integrated with USCG on each area of repsonsibility.
Modeling - current conditions as well as projections of trajectory

Priorities - Houston:
Execute Phase 1 BOP procedures - pipe rams: Investigate outcome of first attempt and plan activities for second attempt.
Prep for Phase 2 BOP procedures - shear rams
Progressing Plans for subsea containment
Progressing Plans for Relief Wells
Continue Monitoring - BOP and two discharge locations
Progressing AUV and 2D surveys
Chevron Pipeline Survey (Weather dependent)

**Approved By**

: _____

| ICS 202 - General Response Objectives | Printed: 4/25/2010 22:34 | Page 2 of 2 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

HCG154-000348

## ICS 204 - Assignment List

| | |
|---|---|
| Incident: Mississippi Canyon 252 | Prepared By: Hentrich, Dave  at  4/25/2010 21:15 |
| Period: Period 6 (4/26/2010 06:00 - 4/27/2010 06:00) | Branch: Offshore Branch |
| | Division/Group/Staging: Dispersant Group |

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Black, James | BP | 713-562-6419 |
| Director - Offshore Branch | Dubach, Josh | Obriens | 281-330-9930 |
| Supervisor - Dispersant Group | Schacht, Ken | MSRC | 4252931218 |

### Incident Resources for this Period

| Sys. ID | Resource Type - Subtype | Description | Quantity | Size | Status |
|---|---|---|---|---|---|
| *Dispersant Group* | | | | | |
| 10890 | Aircraft: Fixed Wing | Aero Commander Spotter (2 Pass | 1 each | | Assigned |
| 10860 | Dispersant: AppSystem | C-130 | 1 each | | Assigned |
| 11354 | Dispersant: AppSystem | DC-3 | 1 each | | Assigned |
| 11378 | Dispersant: AppSystem | DC-3 Turbo Prop (3 Crew) | 1 each | | Assigned |
| 10872 | Dispersant: AppSystem | King Air - Spotter | 1 each | | Assigned |
| *Venice On Water Tier 2/3 SMART Team* | | | | | |
| 11325 | Vessel - Crew/Utility Boat | EverReady Crew Boat | 1 each | 100 feet | Assigned |
| *USCG SMART Aerial Tier 1 Houma & Venice* | | | | | |
| 12408 | Aircraft: Helo | S76 12 Passenger (for USCG) | 1 each | | Assigned |

### Assignments

Apply dispersants as approved and appropriate.
Deploy and monitor success of effectiveness.
Continue intigration of UC approval of activation.

On Water SMART Task Force:
Provide sampling with Flourometer package on dispersant affectiveness in water column for tier 2 (to 1 meter depth) & Tier 3 (1 to 10 meters) as required. As weather permits.

Aerial SMART Team:
Provide SMART monitoring /Tier 1 observation to determine affectiveness of dispersant ops.  As weather permits.
Secondary aerial surveillance support as required.
Team in Houma and Team in Venice provide same function in areas as directed by Dispersant Group Supervisor.
Coordinate with Air Operations Group.

Monitor stockpile of dispersant for supply replenishment.

### Special Instructions for Division / Group

Vessel clearance from spray targets prior to deployment.
Dispersant aircraft to follow FAA procedures.

### Tactical Objective

Apply dispersants as approved and appropriate.
Deploy and monitor success of effectiveness.
Monitor stockpile of dispersant for supply replenishment.

### Location of Work

ASI Houma - home base for DC-3 & DC 3 Turbo Prop
MSRC Stennis, MS - home base for C-130 & King Air

Reviewed By Signatures - (PSC):                                             (OSC):

| ICS 204 - Assignment List | Printed: 4/26/2010 01:22 | Page 1 of 2 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

HCG154-000358

| ICS 204 - Assignment List | | |
|---|---|---|
| Incident: Mississippi Canyon 252 | Prepared By: Hentrich, Dave | at 4/25/2010 21:15 |
| Period: Period 6 (4/26/2010 06:00 - 4/27/2010 06:00) | Branch: Offshore Branch | |
| | Division/Group/Staging: Dispersant Group | |

### Special Environmental Considerations

All vessels/aircraft should be watching for marine mammals/sea turtles. Vessels must maintain appropriate speeds to avoid collision and all vessels/aircrafts must report marine mammal/turtle sightings to the Environmental Unit and Wildlife Branch. No dispersant spraying within 1 mile of a marine mammal or sea turtle.

### Special Site-Specific Safety Considerations

See Site Safety Plan (ICS 208) for Dispersant Operations issues and considerations. Notify chain of comand of any unplanned health, safety, security, or environmental incidents. These include near misses, first aids, security breaches, loss of primary containment, incidents, etc.

Reviewed By Signatures - (PSC):                                    (OSC):

| ICS 204 - Assignment List | Printed: 4/26/2010 01:22 | Page 2 of 2 | © 1997-2010 dbSoft, Inc. |

HCG154-000359