# Exhibit S-6



HCG154-000603

## ICS 202 - General Response Objectives

| | |
|---|---|
| **Incident:** Mississippi Canyon 252 | **Prepared By:** Leonard, Chris   at 4/26/2010 22:37 |
| **Period:** Period 7 (4/27/2010 06:00 - 4/28/2010 06:00) | **Version Name:** Period 7 Objectives- Combined IMT |

### Overall and Strategic Objectives

| | Assigned To | Status |
|---|---|---|
| **1. Ensure the Safety of Citizens and Response Personnel** | | |
| • 1a. Support USCG and Transocean led Search and Recovery activities | Houston Source Control | In Progress |
| • 1b. Maintain Site Safety & Health Plan for response personnel | Houston Source Control | In Progress |
| • 1c. Sustain emergency response organization to support the ongoing response activities | Houston Souce Control | In Progress |
| **2. Control the Source of the Spill (Houston)** | | |
| • 2a. Monitor well head for signs of any release | Houston Source Control | In Progress |
| • 2b. Develop and implement subsea intervention strategies | Houston Source Control | In Progress |
| • 2c. Develop and implement subsea containment strategies | Houston Source Control | In Progress |
| • 2d. Drill relief wells | Houston Source Control | In Progress |
| • 2e. Establish integrity of infrastructure in the area | Houston Source Control | In Progress |
| **3. Contain and Recover Spilled Material** | | |
| • 3a. Overflight/monitoring for situation awareness and operations direction | Air Ops Branch Director | In Progress |
| • 3b. Maximize on-water containment and recovery | On Water Recovery Group Supervisor | In Progress |
| • 3c. Continue to deploy dispersants as necessary/approved | Dispersant Group | In Progress |
| • 3d. In-situ burn | In-Situ Burn Operations Group Supervisor | In Progress |
| **4. Maximize Protection of Environmentally-Sensitive Areas** | | |
| • 4a. Prepare and implement environmentally sensitive area protection plan | Environmental Unit | In Progress |
| • 4b. Develop booming strategies for potential shoreline impact areas based on updated trajectories | Shoreline Protection Branch | In Progress |
| **5. Recover and Rehabilitate Injured Wildlife** | | |
| **6. Keep Stakeholders and Public Informed of Response Activities** | | |
| • 6a. Establish unified command and oil spill response organization in potentially affected Sector | Houston Source Control | In Progress |

| ICS 202 - General Response Objectives | Printed: 4/26/2010 22:47 | Page 1 of 2 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

HCG154-000614

# ICS 204 - Assignment List

| Incident: Mississippi Canyon 252 | Prepared By: Hill, David | at 4/26/2010 17:44 |
|---|---|---|
| Period: Period 7 (4/27/2010 06:00 - 4/28/2010 06:00) | Branch: Air Operations Branch | |
| | Division/Group/Staging: Air Operations Branch | |

## Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Black, James | BP | 713-562-6419 |
| Air Ops Branch Director | Verrett, Brian | BP | 337-578-2425 |
| Air Ops Branch Director/USCG | Carpenter, John CWO | U.S. Coast Guard | 985-380-5363 |
| Dispersant Group | Schacht, Ken | MSRC | 4252931218 |
| Surveillance Group | Holton, Aaron | Obriens | 985-774-5208 |
| Tactical Skimming Direction Group | Sutcliffe, Mike | | |

## Incident Resources for this Period

| Sys. ID | Resource Type - Subtype | Description | Quantity | Size | Status |
|---|---|---|---|---|---|
| *Air Operations Branch* | | | | | |
| 11214 | Aircraft: Helo | EC 135 Spotter - 5 Passenger | 1 each | | Stand By |
| *Aerial Surveillance Group* | | | | | |
| 11773 | Aircraft: Helo | S76 12 Passenger (Surveillance) | 1 each | | Assigned |
| *Aerial Tactical Skimming Support Group* | | | | | |
| 11836 | Aircraft: Helo | S76 12 Passenger (Skimming) | 1 each | | Assigned |
| *Dispersant Group* | | | | | |
| 10890 | Aircraft: Fixed Wing | Aero Commander Spotter (2 Pass) | 1 each | | Assigned |
| 12993 | Aircraft: Fixed Wing | King Air - Spotter | 1 each | | Assigned |
| 10860 | Dispersant: AppSystem | C-130 | 1 each | | Assigned |
| 12975 | Dispersant: AppSystem | C-130 | 1 each | | Assigned |
| 11354 | Dispersant: AppSystem | DC-3 | 1 each | | Assigned |
| 11378 | Dispersant: AppSystem | DC-3 Turbo Prop (3 Crew) | 1 each | | Assigned |
| 10872 | Dispersant: AppSystem | King Air - Spotter | 1 each | | Assigned |
| *Venice On Water Tier 2/3 SMART Team* | | | | | |
| 11325 | Vessel - Crew/Utility Boat | NRC EverReady Crew Boat | 1 each | 100 feet | Assigned |
| *USCG SMART Aerial Tier 1 Houma & Venice* | | | | | |
| 12408 | Aircraft: Helo | S76 12 Passenger (for USCG) | 2 each | | Assigned |

Reviewed By Signatures - (PSC):                         (OSC):

| ICS 204 - Assignment List | Printed: 4/26/2010 17:54 | Page 1 of 2 | © 1997-2010 dbSoft, Inc. |

97/30

| ICS 204 - Assignment List | | |
|---|---|---|
| Incident: Mississippi Canyon 252 | Prepared By: Hill, David | at 4/26/2010 17:44 |
| Period: Period 7 (4/27/2010 06:00 - 4/28/2010 06:00) | Branch: Air Operations Branch | |
| Division/Group/Staging: Air Operations Branch | | |

### Assignments

Continue to communicate with USCG and Transocean to assure BP provides necessary resources and support recovery efforts. Integrate Transocean into the Houston IMT Unified Command to support the effort.

****Coordinate with Aerial Tactical Support Group and Dispersant Group*****

1. Aerial Surveillance Group:
Provide overflights and wildlife monitoring and report back to ICP and report to Wildlife Branch Director - Rhonda M.
Follow FAA guidelines in regards to the TFR.

2. Aerial Tactical Skimming Support:
Provide surveillance for tactical skimming operations.
Make regular reports to the command post.
Follow FAA guidelines in regards to the TFR.

3. Dispersant Group:
Apply dispersants as approved and appropriate.
Deploy and monitor success of effectiveness.
Continue integration of UC approval of activation.

3a. On Water SMART Task Force (Tier 2/3):
Provide sampling with Flourometer package on dispersant effectiveness in water column for Tier 2 (to 1 meter depth) & Tier 3 (1 to 10 meters) as required, as weather permits.

3b. Aerial SMART Team (Tier 1):
Provide SMART monitoring (Tier 1) observation to determine effectiveness of dispersant ops, as weather permits.
Secondary aerial surveillance support as required.
Team in Houma and Team in Venice provide same function in areas as directed by Dispersant Group Supervisor.
Coordinate with Air Operations Group.

Monitor stockpile of dispersant for supply replenishment.

### Special Instructions for Division / Group

***No dispersant application ops within one mile of marine mammals and sea turles.***
Any discovery of human remains, immediately stop all operations and contact the US Coast Guard @ 504-589-6225.

### Special Environmental Considerations

All aircraft and vessels should be watching for marine mammals/sea turtles.
*Whales have been spotted in the area*
All personnel must report marine mammal/turtle sightings to the Wildlife Reporting Hotline: 1-866-557-1401

### Special Site-Specific Safety Considerations

See Site Safety Plan (ICS 208) for Air Ops Safety issues and considerations.
Notify chain of comand of any unplanned health, safety, security, or environmental incidents. These include near misses, first aids, security breaches, loss of primary containment, incidents, etc.

Reviewed By Signatures - (PSC):                                     (OSC):

| ICS 204 - Assignment List | Printed: 4/27/2010 01:26 | Page 2 of 2 | © 1997-2010 dbSoft, Inc. |

97
31