# Exhibit S-9

IAP Cover Sheet

| | |
|---|---|
| Incident Name: | Operational Period to be covered by IAP: |
| Mississippi Canyon 252 | Period 19 (4/30/2010 06:00 – 5/1/2010 06:00) |

Approved by:

FOSC: *Edwin W. Stanton*

BP Incident Commander:

# Incident Action Plan

| | |
|---|---|
| Prepared By:   Bradbury, Cody | Prepared Date/Time:   4/29/2010 04:00 |
| IAP Cover Sheet | Printed: 4/29/2010 9:11   © 1997-2010 dbSoft, Inc. |

HCG154-001006

| ICS 202 - General Response Objectives | | |
|---|---|---|
| **Incident:** Mississippi Canyon 252 | **Prepared By:** Pallavicini, Sergio | **at** 4/30/2010 02:07 |
| **Period:** Period 10 (4/30/2010 06:00 - 5/1/2010 06:00) | **Version Name:** | Period 10 Objectives- Combined IMT |

| Overall and Strategic Objectives | | |
|---|---|---|
| | **Assigned To** | **Status** |
| 1. Ensure the Safety of Citizens and Response Personnel | | |
| • 1a. Support USCG and Transocean led Search and Recovery activities | Houston Source Control | In Progress |
| • 1b. Maintain Site Safety & Health Plan for response personnel | Houston Source Control | In Progress |
| • 1c. Sustain emergency response organization to support the ongoing response activities | Houston Souce Control | In Progress |
| 2. Control the Source of the Spill  (Houston) | | |
| • 2a. Monitor well head for signs of any release | Houston Source Control | In Progress |
| • 2b. Develop and implement subsea intervention strategies | Houston Source Control | In Progress |
| • 2c. Develop and implement subsea containment strategies | Houston Source Control | In Progress |
| • 2d. Drill relief wells | Houston Source Control | In Progress |
| 3.  Manage a Coordinated Response Effort | | |
| • Set up and Coordinate IMT Command Post Setup in Alabama | Houston and Houma | In Progress |
| • Continue to keep Florida and other stakeholders informed. | Houston and Houma | In Progress |
| 4. Contain and Recover Spilled Material | | |
| • 4a. Overflight/monitoring for situation awareness and operations direction | Air Ops Branch Director | In Progress |
| • 4b. Maximize on-water containment and recovery | On Water Recovery Group Supervisor | In Progress |
| • 4c. Continue to deploy dispersants as necessary/approved | Dispersant Group | In Progress |
| • 4d. In-situ burn | In-Situ Burn Operations Group Supervisor | In Progress |
| 5. Track Locations of Spill, Vessels, and Facilities | | |
| 6. Maximize Protection of Environmentally-Sensitive Areas | | |
| • 6a. Prepare and implement environmentally sensitive area protection plan | Environmental Unit | In Progress |
| • 6b. Develop booming strategies for potential shoreline impact areas based on updated trajectories | Shoreline Protection Branch | In Progress |
| 7. Recover and Rehabilitate Injured Wildlife | | |
| 8. Keep Stakeholders and Public Informed of Response Activities | | |
| • 8a. Establish unified command and oil spill response organization in potentially affected Sector | Houston Source Control | In Progress |

| ICS 202 - General Response Objectives | Printed:  4/30/2010 02:33 | Page 1 of 2 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

HCG154-001153

## ICS 202 - General Response Objectives

| Incident: | Mississippi Canyon 252 | Prepared By: | Pallavicini, Sergio | at | 4/30/2010 02:07 |
|---|---|---|---|---|---|
| Period: | Period 10 (4/30/2010 06:00 - 5/1/2010 06:00) | Version Name: | Period 10 Objectives- Combined IMT | | |

### Operational Period Command Emphasis (Safety Message, Priorities, Key Decisions/Directions)

Priorities - Houma

1. Safety: Leverage upcoming weather window to have safety standowns with impacted crews. Focus on reviewing past 96 hours of operations, incorporate lessons learned into Site Specific Safety Plans for future activities.
2. Monitor, maintain, and report status of existing boom as weather allows. Further refine tactical plan for forward boom deployment.
3. Continue dispersant application as weather allows.
4. Be poised to execute shoreline activities as required and safe to do so.
5. Maintain existing response momentum, integrating Mobile IMT, and expanding state participation.

Houston Priorities

Continue efforts to close rams
Initiate subsea dispersant injection.
Progressing Plans for capping the BOP stack
Progressing Plans for subsea containment
Progressing Plans for Relief Wells
Continue Monitoring - BOP and discharge locations
Manage SIMOPS

### Approved By

:

---

HCG154-001154

## ICS 204 - Assignment List

| | |
|---|---|
| Incident: Mississippi Canyon 252 | Prepared By: Leonard, Chris    at 4/29/2010 13:59 |
| Period: Period 10 (4/30/2010 06:00 - 5/1/2010 06:00) | Branch: Source Control Branch |

Division/Group/Staging: Subsea Dispersant

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Director - Source Control Branch | Emmerson, Tony | BP | 281-684-6114 |
| Supervisor - Sub Sea Dispersant | Mack, John | BP | 281-382-2785 |
| Safety Officer | Tink, Steve | BP | 281-352-1140 |

### Incident Resources for this Period

| Sys. ID | Resource Type - Subtype | Description | Quantity | Size | Status |
|---|---|---|---|---|---|
| *Subsea Dispersant* | | | | | |
| | Dispersant | | 3000 gallon(s) | | Assigned |

### Assignments

Planing and testing. M/V Skandi will release from BOP Intervention to conduct test, as per approved test procedure.

### Special Environmental Considerations

All aircraft and vessels should be watching for marine mammals/sea turtles.
*Whales have been spotted in the area*
All personnel must report marine mammal/turtle sightings to the Wildlife Reporting Hotline: 1-866-557-1401

### Special Site-Specific Safety Considerations

See Site Safety Plan (ICS 208) for Air Ops Safety issues and considerations.
Notify chain of comand of any unplanned health, safety, security, or environmental incidents. These include near misses, first aids, security breaches, loss of primary containment, incidents, etc.

| Reviewed By Signatures - (PSC): | | (OSC): | | |
|---|---|---|---|---|
| ICS 204 - Assignment List | Printed: 4/29/2010 23:08 | Page 1 of 1 | © 1997-2010 dbSoft, Inc. |

## ICS 204 - Assignment List

| Incident: Mississippi Canyon 252 | Prepared By: UC meeting room | at 4/29/2010 16:56 |
|---|---|---|
| Period: Period 10 (4/30/2010 06:00 - 5/1/2010 06:00) | Branch: Air Operations Branch | |

**Division/Group/Staging: Aerial Dispersant Group**

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Black, James | BP | 713-562-6419 |
| Air Ops Branch Director | Verrett, Brian | BP | 337-578-2425 |
| Air Ops Branch Director/USCG | Carpenter, John CWO | U.S. Coast Guard | 985-380-5363 |
| Dispersant Group | Schacht, Ken | MSRC | 4252931218 |
| Surveillance Group | Holton, Aaron | Obriens | 985-774-5208 |
| Tactical Skimming Direction Group | Sutcliffe, Mike | | |

### Incident Resources for this Period

| Sys. ID | Resource Type - Subtype | Description | Quantity | Size | Status |
|---|---|---|---|---|---|
| *Aerial Dispersant Group* | | | | | |
| 13512 | Aircraft: Fixed Wing | King Air - N39Q | 1 each | | Assigned |
| 12993 | Aircraft: Fixed Wing | King Air - N7198Y (MSRC) | 1 each | | Assigned |
| 10890 | Aircraft: Fixed Wing | N38WA Tail:  Aero Commander S | 1 each | | Assigned |
| | Dispersant | | 8652 gallon(s | | Stand By |
| | Dispersant | | 10915 gallon( | | At Staging |
| 10860 | Dispersant: AppSystem | C-130 | 1 each | | Assigned |
| 12975 | Dispersant: AppSystem | C-130 IMSRC) | 1 each | | Assigned |
| 17094 | Dispersant: AppSystem | C-130 USAF | 2 each | 2000 gallon(s | Enroute/Sourced |
| 11354 | Dispersant: AppSystem | DC-3 | 1 each | | Out-of-Service |
| 11378 | Dispersant: AppSystem | DC-3 (BI67) Turbo Prop (3 Crew) | 1 each | | Assigned |
| 14368 | Manpower: Operator | Crew - DC-3 | 2 each | | Assigned |
| 14356 | Manpower: Operator | Crew - King Air | 2 each | | Assigned |
| 13005 | Manpower: Operator | King Air Crew | 4 each | | Assigned |
| 14362 | Manpower: Responder | Crew - DC 3 | 2 each | | Out-of-Service |
| *Venice On Water Tier 2/3 SMART Team* | | | | | |
| 12420 | Manpower: Operator | EverReady Crew | 3 each | | Assigned |
| 12426 | Manpower: Responder | SMART Team | 4 each | | Assigned |
| 11325 | Vessel - Crew Boat | M/V EverReady Crew Boat | 1 each | 100 feet | Assigned |
| *USCG SMART Aerial Tier 1 Houma & Venice* | | | | | |
| 12408 | Aircraft: Helo | S-76: Tail: 725P (for USCG) | 2 each | 12 passenger | Assigned |
| 14404 | Manpower: Operator | Crew - S76 | 2 each | | Assigned |

| Reviewed By Signatures - (PSC): | | (OSC): | | |
|---|---|---|---|---|
| ICS 204 - Assignment List | Printed:  4/29/2010 18:04 | Page 1 of 2 | © 1997-2010 dbSoft, Inc. |  |

| ICS 204 - Assignment List | | |
|---|---|---|
| Incident: Mississippi Canyon 252 | Prepared By: UC meeting room | at 4/29/2010 16:56 |
| Period: Period 10  (4/30/2010 06:00 - 5/1/2010 06:00) | Branch: Air Operations Branch | |
| Division/Group/Staging: Aerial Dispersant Group | | |

### Assignments

Apply dispersants as approved and appropriate.
Deploy and monitor success of effectiveness.
Continue intigration of UC approval of activation.

On Water SMART Task Force:
Provide sampling with Flourometer package on dispersant affectiveness in water column for tier 2 (to 1 meter depth) & Tier 3 (1 to 10 meters) as required. As weather permits.

Aerial SMART Team:
Provide SMART monitoring /Tier 1 observation to determine affectiveness of dispersant ops.  As weather permits.
Secondary aerial surveilance support as required.
Team in Houma and Team in Venice provide same function in areas as directed by Dispersant Group Supervisor.
Coordinate with Air Operations Group.

Monitor stockpile of dispersant for supply replenishment.

### Special Instructions for Division / Group

***No dispersant application ops within one mile of marine mammals and sea turles.***
Vessel clearance from spray targets prior to deployment.
Dispersant aircraft to follow FAA procedures.

### Tactical Objective

Apply dispersants as approved and appropriate.
Deploy and monitor success of effectiveness.
Monitor stockpile of dispersant for supply replenishment.

### Location of Work

ASI Houma - home base for DC-3 & DC 3 Turbo Prop
MSRC Stennis, MS - home base for C-130 & King Air

### Special Environmental Considerations

All aircraft and vessels should be watching for marine mammals/sea turtles.
*Whales have been spotted in the area*
All personnel must report marine mammal/turtle sightings  to the Wildlife Reporting Hotline: 1-866-557-1401

### Special Site-Specific Safety Considerations

See individual Site Safety Plan (ICS 208) for issues and considerations.
Notify chain of comand of any unplanned health, safety, security, or environmental incidents.  These include near misses, first aids, security breaches, loss of primary containment, incidents, etc.

| Reviewed By Signatures - (PSC): | | (OSC): | | |
|---|---|---|---|---|
| ICS 204 - Assignment List | Printed: 4/29/2010 18:04 | Page 2 of 2 | © 1997-2010 dbSoft, Inc. | |