# Exhibit S-10

IAP Cover Sheet

Incident Name: Mississippi Canyon 252

Operational Period to be covered by IAP: Period 11 (5/1/2010 06:00 - 5/2/2010 06:00)

Approved by:

FOSC: _[signature]_

BP Incident Commander: _[signature]_

# Incident Action Plan



Prepared By: Bradbury, Cody            Prepared Date/Time: 4/30/2010 04:46



HCG154-001040

# ICS 202 - General Response Objectives

| | | |
|---|---|---|
| Incident: | Mississippi Canyon 252 | Prepared By: Pallavicini, Sergio   at 5/1/2010 01:42 |
| Period: | Period 11 (5/1/2010 06:00 - 5/2/2010 06:00) | Version Name: Period 11 Objectives- Combined IMT |

## Overall and Strategic Objectives

| Objective | Assigned To | Status |
|---|---|---|
| **1. Ensure the Safety of Citizens and Response Personnel** | | |
| • 1d. Implement continuous air/water monitoring plan | Safety/Environmental | In Progress |
| • 1a. Support USCG and Transocean led Search and Recovery activities | Houston Source Control | In Progress |
| • 1b. Maintain Site Safety & Health Plan for response personnel | Houston Source Control | In Progress |
| • 1c. Sustain emergency response organization to support the ongoing response activities | Houston Souce Control | In Progress |
| **2. Control the Source of the Spill (Houston)** | | |
| • 2a. Monitor well head for signs of any release | Houston Source Control | In Progress |
| • 2b. Develop and implement subsea intervention strategies | Houston Source Control | In Progress |
| • 2c. Develop and implement subsea containment strategies | Houston Source Control | In Progress |
| • 2d. Drill relief wells | Houston Source Control | In Progress |
| **3. Manage a Coordinated Response Effort** | | |
| • 3a. Set up and Coordinate IMT Command Post Setup in Alabama | Houston and Houma | In Progress |
| • 3b. Continue to keep Florida and other stakeholders informed. | Houston and Houma | In Progress |
| **4. Maximize Protection of Environmentally-Sensitive Areas** | | |
| • 4a. Prepare and implement environmentally sensitive area protection plan | Environmental Unit | In Progress |
| • 4b. Develop booming strategies for potential shoreline impact areas based on updated trajectories | Shoreline Protection Branch | In Progress |
| **5. Contain and Recover Spilled Material** | | |
| • 5a. Overflight/monitoring for situation awareness and operations direction | Air Ops Branch Director | In Progress |
| • 5b. Maximize on-water containment and recovery | On Water Recovery Group Supervisor | In Progress |
| • 5c. Continue to deploy dispersants as necessary/approved | Dispersant Group | In Progress |
| • 5d. In-situ burn | In-Situ Burn Operations Group Supervisor | In Progress |
| **6. Track Locations of Spill, Vessels, and Facilities** | | |
| **7. Recover and Rehabilitate Injured Wildlife** | | |
| **8. Remove Oil from Impacted Areas** | | |
| • 8a. Establish vessel cleaning stations | Operations | In Progress |
| **9. Minimize & Track Economic Impacts** | | |
| • 9a. Provide economic impact analysis (Robert/Houston) | MTSRU | In Progress |
| • 9b. Keep the ports open | MTSRU | In Progress |

| ICS 202 - General Response Objectives | Printed: 5/1/2010 02:19 | Page 1 of 2 | © 1997-2010 dbSoft, Inc. |

18/100

HCG154-001057

| ICS 202 - General Response Objectives | | | |
|---|---|---|---|
| Incident: | Mississippi Canyon 252 | Prepared By: | Pallavicini, Sergio   at 5/1/2010 01:42 |
| Period: | Period 11 (5/1/2010 06:00 - 5/2/2010 06:00) | Version Name: | Period 11 Objectives- Combined IMT |

### Overall and Strategic Objectives

| | Assigned To | Status |
|---|---|---|
| 10. Keep Stakeholders and Public Informed of Response Activities | | |
| • 10a. Establish UC and oil spill response organization in potentially affected Sector | Houston Source Control | In Progress |
| • 10b. Active engagement with State and Local Agencies | | |

### Operational Period Command Emphasis (Safety Message, Priorities, Key Decisions/Directions)

Priorities - Houma

1. Safety: Continue leveraging weather window to optimize operations and safety processes with impacted crews.
2. Monitor, maintain, and report status of existing boom as weather allows. Further refine tactical plan for forward boom deployment. (deflection and absorption). Prepare all offshore response for deployment of boom.
3. Continue to execute shoreline activities as required and safe to do so.
4. Maintain existing response momentum, integrating Mobile IMT, and expanding state participation. (SCAT)
5. Outreach to communities - get resources to the LA parishes, MS, AL, FL counties (until formal MOC to Mobile is completed)
7. Resolve supply chain issues

Houston Source Control Priorities

1. Close BOP annularss to attempt to stop flow
   - New hose clamp being deployed for hydraulic connection
   - Function Upper followed by Lower Annulars (MMS approval required for Lower Annular)
2. Gain regulatory approval for continuing subsea dispersant injection, and proceed with injection
   - Optimize injection rates through tests to alter rates and observe via sonar and surface expression
   - Develop plan for satisfying any other requirements for use (e.g. sampling, monitoring, etc)
3. Progressing plans for capping the BOP stack
   - Identifying materials, developing procedures, and identifying equipment for capping options
   - Developing plans for injection of material into BOP stack to attempt to plug off
4. Progressing plan for subsea containment
   - Identifying materials, developing procedures, and identifying equipment for containment options
   - Develop procedure for cutting riser at BOP
5. Devleop procedure for installation of valve in drill pipe and prep to install
   - Mob valve to vessel on site
6. Progressing plans for relief wells
   - Prep for spud of relief well using DD3 by Monday, 5/3
7. Continue monitoring discharge sites via ROV
8. Manage SIMOPS; Continue to identify effeciencies and improvements.
9. Sampling - Send sample bottles to vessels; confirm chain of custody; procedures
   - Develop requirements for sampling of oil and begin sampling

### Approved By

: _____



## ICS 204 - Assignment List

| | |
|---|---|
| Incident: Mississippi Canyon 252 | Prepared By: Leonard, Chris    at 4/30/2010 04:47 |
| Period: Period 11 (5/1/2010 06:00 - 5/2/2010 06:00) | Branch: Source Control Branch |
| | Division/Group/Staging: Subsea Dispersant |

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Director - Source Control Branch | Emmerson, Tony | BP | 281-684-6114 |
| Supervisor - Sub Sea Dispersant | Mack, John | BP | 281-382-2785 |
| Safety Officer | Tink, Steve | BP | 281-352-1140 |

### Incident Resources for this Period

| Sys. ID | Resource Type - Subtype | Description | Quantity | Size | Status |
|---|---|---|---|---|---|
| *Subsea Dispersant* | | | | | |
| | Dispersant | | 3000 gallon(s) | | Assigned |

### Assignments

Coil Tubing deployed off of Skandi Neptune. Test done on 4/30 with evidence of positive impact. Awaiting approval to continue dispersant injection.

### Special Environmental Considerations

All aircraft and vessels should be watching for marine mammals/sea turtles.
*Whales have been spotted in the area*
All personnel must report marine mammal/turtle sightings to the Wildlife Reporting Hotline: 1-866-557-1401

### Special Site-Specific Safety Considerations

See Site Safety Plan (ICS 208) for Air Ops Safety issues and considerations.
Notify chain of comand of any unplanned health, safety, security, or environmental incidents. These include near misses, first aids, security breaches, loss of primary containment, incidents, etc.

Reviewed By Signatures - (PSC):                                           (OSC):

| ICS 204 - Assignment List | Printed: 5/1/2010 03:09 | Page 1 of 1 | © 1997-2010 dbSoft, Inc. |

## ICS 204 - Assignment List

| Incident: Mississippi Canyon 252 | Prepared By: UC meeting room | at 4/30/2010 04:47 |
|---|---|---|
| Period: Period 11 (5/1/2010 06:00 - 5/2/2010 06:00) | Branch: Air Operations Branch | |
| | Division/Group/Staging: Aerial Dispersant Group | |

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Black, James | BP | 713-562-6419 |
| Air Ops Branch Director | Verrett, Brian | BP | 337-578-2425 |
| Air Ops Branch Director/USCG | Carpenter, John CWO | U.S. Coast Guard | 985-380-5363 |
| Dispersant Group | Schacht, Ken | MSRC | 4252931218 |
| Surveillance Group | Hoiton, Aaron | Obriens | 985-774-5208 |
| Tactical Skimming Direction Group | Sutcliffe, Mike | | |

### Incident Resources for this Period

| Sys. ID | Resource Type - Subtype | Description | Quantity | Size | Status |
|---|---|---|---|---|---|
| *Aerial Dispersant Group* | | | | | |
| 10890 | Aircraft: Fixed Wing | Aero Commander Spotter- N38WA | 1 each | | Stand By |
| 13512 | Aircraft: Fixed Wing | King Air - N39Q - Spotter | 1 each | | Stand By |
| 12993 | Aircraft: Fixed Wing | King Air - N7198Y -Spotter (Dynam | 1 each | | Stand By |
| 19065 | Aircraft: Fixed Wing | King Air - Spotter (Dynamic Aviatic | 1 each | | Enroute/Sourced |
| 18477 | Aircraft: Fixed Wing | King Air - Spotter (USAF) (Dynami | 2 each | | Stand By |
| | Dispersant | | 8652 gallon(s | | Stand By |
| | Dispersant | | 12015 gallon( | | At Staging |
| 11378 | Dispersant: AppSystem | BT67 Turbo Prop (3 Crew) | 1 each | | Stand By |
| 10860 | Dispersant: AppSystem | C-130 | 1 each | | Stand By |
| 12975 | Dispersant: AppSystem | C-130 (MSRC) | 1 each | | Stand By |
| 17094 | Dispersant: AppSystem | C130 Tail: 107 & 105 | 2 each | 2000 gallon(s | Stand By |
| 11354 | Dispersant: AppSystem | DC-3 | 2 each | | Assigned |
| 14368 | Manpower: Operator | Crew - DC-3 | 3 each | | Stand By |
| 14356 | Manpower: Operator | Crew - King Air | 2 each | | Stand By |
| 13005 | Manpower: Operator | King Air Crew | 4 each | | Stand By |
| 14362 | Manpower: Responder | Crew - DC 3 | 2 each | | Assigned |
| *Venice On Water Tier 2/3 SMART Team* | | | | | |
| 12420 | Manpower: Operator | EverReady Crew | 3 each | | Assigned |
| 12426 | Manpower: Responder | SMART Team | 4 each | | Assigned |
| 11325 | Vessel - Crew Boat | M/V EverReady Crew Boat | 1 each | 100 feet | Assigned |
| *USCG SMART Aerial Tier 1 Houma & Venice* | | | | | |
| 12408 | Aircraft: Helo | S-76: Tail: 725P (for USCG) | 2 each | 12 passenger | Assigned |
| 14404 | Manpower: Operator | Crew - S76 | 2 each | | Assigned |

Reviewed By Signatures - (PSC):                                                                (OSC):

| ICS 204 - Assignment List | Printed: 4/30/2010 19:12 | Page 1 of 2 | © 1997-2010 dbSoft, Inc. |

| ICS 204 - Assignment List | | |
|---|---|---|
| Incident: Mississippi Canyon 252 | Prepared By: UC meeting room | at 4/30/2010 04:47 |
| Period: Period 11 (5/1/2010 06:00 - 5/2/2010 06:00) | Branch: Air Operations Branch | |
| | Division/Group/Staging: Aerial Dispersant Group | |

### Assignments

Apply dispersants as approved and appropriate.
Deploy and monitor success of effectiveness.
Continue intigration of UC approval of activation.

On Water SMART Task Force:
Provide sampling with Flourometer package on dispersant affectiveness in water column for tier 2 (to 1 meter depth) & Tier 3 (1 to 10 meters) as required. As weather permits.

Aerial SMART Team:
Provide SMART monitoring /Tier 1 observation to determine affectiveness of dispersant ops. As weather permits.
Secondary aerial surveilance support as required.
Team in Houma and Team in Venice provide same function in areas as directed by Dispersant Group Supervisor.
Coordinate with Air Operations Group.

Monitor stockpile of dispersant for supply replenishment.

### Special Instructions for Division / Group

\*\*\*No dispersant application ops within one mile of marine mammals and sea turles.\*\*\*
Vessel clearance from spray targets prior to deployment.
Dispersant aircraft to follow FAA procedures.

### Tactical Objective

Apply dispersants as approved and appropriate.
Deploy and monitor success of effectiveness.
Monitor stockpile of dispersant for supply replenishment.

### Location of Work

ASI Houma - home base for DC-3 & DC 3 Turbo Prop
MSRC Stennis, MS - home base for C-130 & King Air

### Special Environmental Considerations

All aircraft and vessels should be watching for marine mammals/sea turtles.
\*Whales have been spotted in the area\*
All personnel must report marine mammal/turtle sightings to the Wildlife Reporting Hotline: 1-866-557-1401

### Special Site-Specific Safety Considerations

See individual Site Safety Plan (ICS 208) for issues and considerations.
Notify chain of comand of any unplanned health, safety, security, or environmental incidents. These include near misses, first aids, security breaches, loss of primary containment, incidents, etc.

Reviewed By Signatures - (PSC):            (OSC):

| ICS 204 - Assignment List | Printed: 4/30/2010 19:12 | Page 2 of 2 | © 1997-2010 dbSoft, Inc. |

HCG154-001074