# Exhibit S-11



# Incident Action
# Plan

HCG154-001141

| IAP Cover Sheet | |
| --- | --- |
| Incident Name:<br>Mississippi Canyon 252 | Operational Period to be covered by IAP:<br>Period 12  5/2/2010 06:00 - 5/3/2010 06:00 |
| Approved by:<br><br>FOSC:<br><br>BP Incident Commander: | |

# Incident Action
# Plan





| Prepared By:   Bradbury, Cody | Prepared Date/Time:   5/1/2010 17:34 | |
| --- | --- | --- |
| IAP Cover Sheet | Printed  9/1/2010 20:45 | © 1997-2010 dbSoft, Inc. |

HCG154-001142

| ICS 202 - General Response Objectives | | | |
|---|---|---|---|
| Incident: | Mississippi Canyon 252 | Prepared By: | Pallavicini, Sergio    at  5/2/2010 00:50 |
| Period: | Period 12  (5/2/2010 06:00 - 5/3/2010 06:00) | Version Name: | Period 12 Objectives- Combined IMT |

| Overall and Strategic Objectives | Assigned To | Status |
|---|---|---|
| **1. Ensure the Safety of Citizens and Response Personnel** | | |
| • 1d. Implement continuous air/water monitoring plan | Safety/Environmental | In Progress |
| • 1a. Support USCG and Transocean led Search and Recovery activities | Houston Source Control | In Progress |
| • 1b. Maintain Site Safety & Health Plan for response personnel | Houston Source Control | In Progress |
| • 1c. Sustain emergency response organization to support the ongoing response activities | Houston Souce Control | In Progress |
| **2. Control the Source of the Spill  (Houston)** | | |
| • 2a. Monitor well head for signs of any release | Houston Source Control | In Progress |
| • 2b. Develop and implement subsea intervention strategies | Houston Source Control | In Progress |
| • 2c. Develop and implement subsea containment strategies | Houston Source Control | In Progress |
| • 2d. Drill relief wells | Houston Source Control | In Progress |
| **3.  Manage a Coordinated Response Effort** | | |
| • 3a. Set up and Coordinate IMT Command Post Setup in Alabama | Houston and Houma | In Progress |
| • 3b. Continue to keep Florida and other stakeholders informed. | Houston and Houma | In Progress |
| **4. Maximize Protection of Environmentally-Sensitive Areas** | | |
| • 4a. Prepare and implement environmentally sensitive area protection plan | Environmental Unit | In Progress |
| • 4b. Develop booming strategies for potential shoreline impact areas based on updated trajectories | Shoreline Protection Branch | In Progress |
| **5. Contain and Recover Spilled Material** | | |
| • 5a. Overflight/monitoring for situation awareness and operations direction | Air Ops Branch Director | In Progress |
| • 5b. Maximize on-water containment and recovery | On Water Recovery Group Supervisor | In Progress |
| • 5c. Continue to deploy dispersants as necessary/approved | Dispersant Group | In Progress |
| • 5d. In-situ burn | In-Situ Burn Operations Group Supervisor | In Progress |
| **6. Track Locations of Spill, Vessels, and Facilities** | | |
| **7. Recover and Rehabilitate Injured Wildlife** | | |
| **8. Remove Oil from Impacted Areas** | | |
| • 8a. Establish vessel cleaning stations | Operations | In Progress |
| **9. Minimize & Track Economic Impacts** | | |
| • 9a. Provide economic impact analysis (Robert/Houston) | MTSRU | In Progress |
| • 9b. Keep the ports open | MTSRU | In Progress |

| ICS 202 - General Response Objectives | Printed:  5/2/2010 01:02 | Page 1 of 2 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

HCG154-001289

## ICS 202 - General Response Objectives

| Incident: | Mississippi Canyon 252 | Prepared By: | Pallavicini, Sergio | at 5/2/2010 00:50 |
|---|---|---|---|---|
| Period: | Period 12 (5/2/2010 06:00 - 5/3/2010 06:00) | Version Name: | Period 12 Objectives- Combined IMT | |

### Overall and Strategic Objectives

| | Assigned To | Status |
|---|---|---|
| 10. Keep Stakeholders and Public Informed of Response Activities | | |
| • 10a. Establish UC and oil spill response organization in potentially affected Sectors | Houston Source Control | In Progress |
| • 10b. Active engagement with State and Local Agencies and Communities | | |

### Operational Period Command Emphasis (Safety Message, Priorities, Key Decisions/Directions)

Priorities - Houma

1. Safety: Continue leveraging weather window to optimize operations and safety processes with impacted crews.
2. Monitor, maintain, and report status of existing boom as weather allows. Further refine tactical plan for forward boom deployment. (deflection and absorption). Prepare all offshore response for deployment of boom.
3. Continue to execute shoreline activities as required and safe to do so.
4. Maintain existing response momentum, integrating Mobile IMT, and expanding state participation. (SCAT)
5. Outreach to communities - get resources to and coordinate with the LA parishes.
6. Resolve supply chain issues

Houston Source Control Priorities

1. Continue to work towards Closure of BOP
2. Perform second test of subsea dispersant injection, including overflight to asertain impact.
3. Long-term containment (dome) - Continue to work procedures, materials, equipment.

### Approved By

| ICS 202 - General Response Objectives | Printed: 5/2/2010 01:02 | Page 2 of 2 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

HCG154-001290

| ICS 204 - Assignment List | | | |
|---|---|---|---|
| **Incident:** Mississippi Canyon 252 | | **Prepared By:** Leonard, Chris | **at** 5/1/2010 16:42 |
| **Period:** Period 12  (5/2/2010 06:00 - 5/3/2010 06:00) | | **Branch:** Sector New Orleans | |
| **Division/Group/Staging:** Subsea Dispersant | | | |

| Operations Personnel | | | |
|---|---|---|---|
| **Title** | **Name** | **Affiliation** | **Contact Number(s)** |
| Director - Source Control Branch | Hill, Perry | BP | 281-352-3301 |
| Supervisor - Sub Sea Dispersant | Mack, John | BP | 281-382-2785 |
| Safety Officer | Tink, Steve | BP | 281-352-1140 |

| Incident Resources for this Period | | | | | |
|---|---|---|---|---|---|
| **Sys. ID** | **Resource Type - Subtype** | **Description** | **Quantity** | **Size** | **Status** |
| *Subsea Dispersant* | | | | | |
| | Dispersant | | 3000 gallon(s | | Assigned |
| | Dispersant | | 37320 gallon( | | At Staging |

**Assignments**

Trial completed and data collected for review. Approval not in place to resume pumping dispersment through CT. Work is ongoing to look at;

1. A different nozzle arrangement for placement into the plume - (planning)
2. A hot tap for pumping dispersant into the riser - (planning for injecting dispersant into the riser stream)

**Special Environmental Considerations**

All aircraft and vessels should be watching for marine mammals/sea turtles.
*Whales have been spotted in the area*
All personnel must report marine mammal/turtle sightings  to the Wildlife Reporting Hotline: 1-866-557-1401

**Special Site-Specific Safety Considerations**

See Site Safety Plan (ICS 208) for Air Ops Safety issues and considerations.
Notify chain of comand of any unplanned health, safety, security, or environmental incidents.  These include near misses, first aids, security breaches, loss of primary containment, incidents, etc.

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 5/1/2010 17:03 | Page 1 of 1 | © 1997-2010 dbSoft, Inc. |

HCG154-001291

| ICS 204 - Assignment List | | |
|---|---|---|
| Incident: Mississippi Canyon 252 | Prepared By: UC meeting room | at 5/1/2010 03:35 |
| Period: Period 12 (5/2/2010 06:00 - 5/3/2010 06:00) | Branch: Sector New Orleans | |
| Division/Group/Staging: Aerial Dispersant Group | | |

**Operations Personnel**

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Black, James | BP | 713-562-6419 |
| Air Ops Branch Director | Verrett, Brian | BP | 337-578-2425 |
| Air Ops Branch Director/USCG | Carpenter, John CWO | U.S. Coast Guard | 985-380-5363 |
| Dispersant Group | Schacht, Ken | MSRC | 4252931218 |
| Surveillance Group | Holton, Aaron | Obriens | 985-774-5208 |
| Tactical Skimming Direction Group | Sutcliffe, Mike | | |

**Incident Resources for this Period**

| Sys. ID | Resource Type - Subtype | Description | Quantity | Size | Status |
|---|---|---|---|---|---|
| *Aerial Dispersant Group* | | | | | |
| 20351 | Aircraft: Fixed Wing | BT-67 (N932H) | 1 each | | Assigned |
| 20339 | Aircraft: Fixed Wing | C-130 (105) | 1 each | | Assigned |
| 20345 | Aircraft: Fixed Wing | C-130 (107) | 1 each | | Assigned |
| 20441 | Aircraft: Fixed Wing | C-130 N117TG | 1 each | | Assigned |
| 20405 | Aircraft: Fixed Wing | C-130 N403LC (Lyndon) | 1 each | | Assigned |
| 20321 | Aircraft: Fixed Wing | DC-3 N64766 | 1 each | | Assigned |
| 20333 | Aircraft: Fixed Wing | DC-3 N64767 | 1 each | | Assigned |
| 19065 | Aircraft: Fixed Wing | King Air - N41JSpotter (Dynamic) | 1 each | | Enroute/Sourced |
| 12993 | Aircraft: Fixed Wing | King Air - N7198Y -Spotter (Dynam | 1 each | | Stand By |
| 10872 | Aircraft: Fixed Wing | King Air - Spotter (ASI) N38WA | 1 each | | Assigned |
| 18477 | Aircraft: Fixed Wing | King Air - Spotter N98N (Dynamic) | 2 each | | Stand By |
| | Dispersant | | 1100 gallon(s | | At Staging |
| | Dispersant | | 5397 gallon(s | | Assigned |
| | Dispersant | | 9240 gallon(s | | Enroute/Sourced |
| 15224 | Dispersant: AppSystem | ADDS Pack | 1 each | | Stand By |
| 11378 | Dispersant: AppSystem | BT67 Turbo Prop (3 Crew) | 1 each | | Stand By |
| 10860 | Dispersant: AppSystem | C-130 | 1 each | | Stand By |
| 12975 | Dispersant: AppSystem | C-130 (MSRC) | 1 each | | Stand By |
| 17094 | Dispersant: AppSystem | C130 Tail: 107 & 105 | 2 each | 2000 gallon(s | Stand By |
| 11354 | Dispersant: AppSystem | DC-3 | 2 each | | Assigned |
| 10920 | Manpower: Operator | C-130 Crew | 6 each | | Stand By |
| 12981 | Manpower: Operator | C-130 Crew | 6 each | | Stand By |
| 17100 | Manpower: Operator | C-130 Crew | 6 each | | Stand By |
| 14344 | Manpower: Operator | Crew - Aero Commander | 2 each | | Assigned |
| 20369 | Manpower: Operator | Crew - C-130 | 5 each | | Assigned |
| 14368 | Manpower: Operator | Crew - DC-3 | 3 each | | Stand By |
| 14356 | Manpower: Operator | Crew - King Air | 5 each | | Assigned |
| 13005 | Manpower: Operator | King Air Crew | 4 each | | Stand By |
| 18681 | Manpower: Operator - Pilot - Fix | Crew: King Air Spotter | 2 each | | Stand By |
| 14362 | Manpower: Responder | Crew - DC 3 | 2 each | | Assigned |
| 10926 | Manpower: Supervisor | Dispersant Team | 4 each | | Assigned |
| 20072 | Storage: Solid - Dumpster | Dumpster 20 yard capacity | 1 cubic yard(s | | Assigned |

| Reviewed By Signatures - (PSC): | (OSC): | | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 5/1/2010 19:02 | Page 1 of 2 | © 1997-2010 dbSoft, Inc. |

HCG154-001335

| ICS 204 - Assignment List | | | | | |
|---|---|---|---|---|---|
| **Incident:** Mississippi Canyon 252 | | | **Prepared By:** UC meeting room | | **at** 5/1/2010 03:35 |
| **Period:** Period 12  (5/2/2010 06:00 - 5/3/2010 06:00) | | | **Branch:** Sector New Orleans | | |
| **Division/Group/Staging:** Aerial Dispersant Group | | | | | |
| Incident Resources for this Period | | | | | |
| Sys. ID | Resource Type - Subtype | Description | Quantity | Size | Status |
| *Venice On Water Tier 2/3 SMART Team* | | | | | |
| 12420 | Manpower: Operator | EverReady Crew | 3 each | | Assigned |
| 12426 | Manpower: Responder | SMART Team | 4 each | | Assigned |
| 11325 | Vessel - Crew Boat | M/V EverReady Crew Boat | 1 each | 100 feet | Assigned |
| *USCG SMART Aerial Tier 1 Houma & Venice* | | | | | |
| 12408 | Aircraft: Helo | S-76: Tail: 725P (for USCG) | 2 each | 12 passenger | Assigned |
| 14404 | Manpower: Operator | Crew - S76 | 2 each | | Assigned |

**Assignments**

Apply dispersants as approved and appropriate.
Deploy and monitor success of effectiveness.
Continue intigration of UC approval of activation.

On Water SMART Task Force:
Provide sampling with Flourometer package on dispersant affectiveness in water column for tier 2 (to 1 meter depth) & Tier 3 (1 to 10 meters) as required. As weather permits.

Aerial SMART Team:
Provide SMART monitoring /Tier 1 observation to determine affectiveness of dispersant ops.  As weather permits.
Secondary aerial surveilance support as required.
Team in Houma and Team in Venice provide same function in areas as directed by Dispersant Group Supervisor.
Coordinate with Air Operations Group.

Monitor stockpile of dispersant for supply replenishment.

**Special Instructions for Division / Group**

***No dispersant application ops within one mile of marine mammals and sea turles.***
Vessel clearance from spray targets prior to deployment.
Dispersant aircraft to follow FAA procedures.

**Tactical Objective**

Apply dispersants as approved and appropriate.
Deploy and monitor success of effectiveness.
Monitor stockpile of dispersant for supply replenishment.

**Location of Work**

ASI Houma - home base for DC-3 & DC 3 Turbo Prop
MSRC Stennis, MS - home base for C-130 & King Air

**Special Environmental Considerations**

All aircraft and vessels should be watching for marine mammals/sea turtles.
*Whales have been spotted in the area*
All personnel must report marine mammal/turtle sightings  to the Wildlife Reporting Hotline: 1-866-557-1401

**Special Site-Specific Safety Considerations**

See Individual Site Safety Plan (ICS 208) for issues and considerations.
Notify chain of comand of any unplanned health, safety, security, or environmental incidents.  These include near misses, first aids, security breaches, loss of primary containment, incidents, etc.

| Reviewed By Signatures - (PSC): | | (OSC): | | |
|---|---|---|---|---|
| ICS 204 - Assignment List | Printed: 5/1/2010 19:02 | Page 2 of 2 | © 1997-2010 dbSoft, Inc. | |

HCG154-001336