# Exhibit S-12

| IAP Cover Sheet | |
|---|---|
| Incident Name: Mississippi Canyon 252 | Operational Period to be covered by IAP: Period 13 Working (5/3/2010 06:00 - 5/4/2010 06:00) |
| Approved by: FOSC: _[signature]_ RPIC: _[signature]_ | |

# Incident Action Plan



| Prepared By: Pallavicini, Sergio | Prepared Date/Time: 5/3/2010 07:13 | |
|---|---|---|
| IAP Cover Sheet | Printed: 5/3/2010 07:13 | © 1997-2010 dbSoft, Inc. |

| IAP Cover Sheet | |
|---|---|
| Incident Name: Mississippi Canyon 252 | Operational Period to be covered by IAP: Period 13 (5/3/2010 06:00 - 5/4/2010 06:00) |
| Approved by: FOSC: FOSCR EM Stanton, Capt, USCG<br>SOSC:<br>IC: | |

# Incident Action Plan



| Prepared By: Pellavicini, Sergio | Prepared Date/Time: 5/2/2010 16:24 | |
|---|---|---|
| IAP Cover Sheet | Printed: 5/2/2010 16:24 | © 1997-2010 dbSoft, Inc. |



| ICS 202 - General Response Objectives | | |
|---|---|---|
| Incident: Mississippi Canyon 252 | Prepared By: Pallavicini, Sergio   at  5/3/2010 02:32 | |
| Period: Period 13 (5/3/2010 06:00 - 5/4/2010 06:00) | Version Name: Period 13 Objectives- Combined IMT | |

| Overall and Strategic Objectives | Assigned To | Status |
|---|---|---|
| 1. Ensure the Safety of Citizens and Response Personnel | | |
| • 1d. Implement continuous air/water monitoring plan | Safety/Environmental | In Progress |
| • 1a. Support USCG and Transocean led Search and Recovery activities | Houston Source Control | In Progress |
| • 1b. Maintain Site Safety & Health Plan for response personnel | Houston Source Control | In Progress |
| • 1c. Sustain emergency response organization to support the ongoing response activities | Houston Souce Control | In Progress |
| 2. Control the Source of the Spill (Houston) | | |
| • 2a. Monitor well head for signs of any release | Houston Source Control | In Progress |
| • 2b. Develop and implement subsea intervention strategies | Houston Source Control | In Progress |
| • 2c. Develop and implement subsea containment strategies | Houston Source Control | In Progress |
| • 2d. Drill relief wells | Houston Source Control | In Progress |
| 3. Manage a Coordinated Response Effort | | |
| • 3a. Set up and Coordinate IMT Command Post Setup in Alabama | Houston and Houma | In Progress |
| • 3b. Continue to keep Florida and other stakeholders informed. | Houston and Houma | In Progress |
| 4. Maximize Protection of Environmentally-Sensitive Areas | | |
| • 4a. Prepare and implement environmentally sensitive area protection plan | Environmental Unit | In Progress |
| • 4b. Develop booming strategies for potential shoreline impact areas based on updated trajectories | Shoreline Protection Branch | In Progress |
| 5. Contain and Recover Spilled Material | | |
| • 5a. Overflight/monitoring for situation awareness and operations direction | Air Ops Branch Director | In Progress |
| • 5b. Maximize on-water containment and recovery | On Water Recovery Group Supervisor | In Progress |
| • 5c. Continue to deploy dispersants as necessary/approved | Dispersant Group | In Progress |
| • 5d. In-situ burn | In-Situ Burn Operations Group Supervisor | In Progress |
| 6. Track Locations of Spill, Vessels, and Facilities | | |
| 7. Recover and Rehabilitate Injured Wildlife | | |
| 8. Remove Oil from Impacted Areas | | |
| • 8a. Establish vessel cleaning stations | Operations | In Progress |
| 9. Minimize & Track Economic Impacts | | |
| • 9a. Provide economic impact analysis (Robert/Houston) | MTSRU | In Progress |
| • 9b. Keep the ports open | MTSRU | In Progress |

| ICS 202 - General Response Objectives | Printed: 5/3/2010 03:38 | Page 1 of 2 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

| ICS 202 - General Response Objectives | | | |
|---|---|---|---|
| Incident: Mississippi Canyon 252 | | Prepared By: Pallavicini, Sergio | at 5/3/2010 02:32 |
| Period: Period 13 (5/3/2010 06:00 - 5/4/2010 06:00) | | Version Name: Period 13 Objectives- Combined IMT | |

### Overall and Strategic Objectives

| | Assigned To | Status |
|---|---|---|
| 10. Keep Stakeholders and Public Informed of Response Activities | | |
| • 10a. Establish UC and oil spill response organization in potentially affected Sectors | Houston Source Control | In Progress |
| • 10b. Active engagement with State and Local Agencies and Communities | | |

### Operational Period Command Emphasis (Safety Message, Priorities, Key Decisions/Directions)

Priorities - Houma

1. Safety: Continue leveraging weather window to optimize operations and safety processes with impacted crews.
2. Monitor, maintain, and report status of existing boom as weather allows. Further refine tactical plan for forward boom deployment. (deflection and absorption). Prepare all offshore response for deployment of boom and commencement of skimming.
3. Continue to execute shoreline activities as required and safe to do so.
4. Maintain existing response momentum, complete MOC with Mobile IMT, and expanding state participation. (SCAT)
5. Outreach to communities - get resources to and coordinate with the LA parishes.
6. Resolve supply chain issues
7. Assess, repair, and reposition all moved or damaged previously deployed boom imparted by storm. Prioritize sensitive areas defined in ACP or specfically targeted by state and parishes.

Houston Source Control Priorities

1. Continue to work towards Closure of BOP
 - Pressure up Lower Annular
 - Prep for taking Pressures off of BOP Stack
 - Retrieve Pod from BOP
2. Install Valve on End of Drill Pipe
3. Continue Injection of Subsea Dispersant, including Overflight to Ascertain Impact.
 - Hot Tap in Riser
4. Long-term containment (dome) - Continue to work Procedures, Materials, Equipment.
5. Continue to Drill Relief Well

### Approved By

:  _____

| ICS 202 - General Response Objectives | Printed: 5/3/2010 03:38 | Page 2 of 2 | © 1997-2010 dbSoft, Inc. |

## ICS 204 - Assignment List

| | |
|---|---|
| Incident: Mississippi Canyon 252 | Prepared By: Leonard, Chris   at 5/2/2010 03:52 |
| Period: Period 13 (5/3/2010 06:00 - 5/4/2010 06:00) | Branch: Sector New Orleans |
| | Division/Group/Staging: Subsea Dispersant |

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Director - Source Control Branch | Hill, Perry | BP | 281-352-3301 |
| Supervisor - Sub Sea Dispersant | Mack, John | BP | 281-382-2785 |
| Safety Officer | Tink, Steve | BP | 281-352-1140 |

### Incident Resources for this Period

| Sys. ID | Resource Type - Subtype | Description | Quantity | Size | Status |
|---|---|---|---|---|---|
| *Subsea Dispersant* | | | | | |
| | Dispersant | | 40320 gallon( | | At Staging |

### Assignments

1. A different nozzle arrangement was positioned into the end of the riser and pumping commenced 1010hrs at 9 gpm - no further sampling currently required - (executing)
2. A hot tap for pumping dispersant into the riser tube - (planning)

Riser Hot Tap - For injecting dispersant into the riser stream. Testing and finalizing designs. - (planning ongoing)

### Special Environmental Considerations

All aircraft and vessels should be watching for marine mammals/sea turtles.
*Whales have been spotted in the area*
All personnel must report marine mammal/turtle sightings to the Wildlife Reporting Hotline: 1-866-557-1401

### Special Site-Specific Safety Considerations

See Site Safety Plan (ICS 208) for Air Ops Safety issues and considerations.
Notify chain of comand of any unplanned health, safety, security, or environmental incidents. These include near misses, first aids, security breaches, loss of primary containment, incidents, etc.

| Reviewed By Signatures - (PSC): | (OSC): | |
|---|---|---|
| ICS 204 - Assignment List | Printed: 5/2/2010 16:41 | Page 1 of 1 | © 1997-2010 dbSoft, Inc. |

HCG154-001378

# ICS 204 - Assignment List

| Incident: Mississippi Canyon 252 | Prepared By: Unified Command at 5/2/2010 22:46 |
|---|---|
| Period: Period 13 (5/3/2010 06:00 - 5/4/2010 06:00) | Branch: Sector New Orleans |
| | Division/Group/Staging: Aerial Dispersant Group |

## Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Black, James | BP | 713-562-6419 |
| Air Ops Branch Director | Verrett, Brian | BP | 337-578-2425 |
| Air Ops Branch Director/USCG | Carpenter, John CWO | U.S. Coast Guard | 985-380-5363 |
| Dispersant Group | Schacht, Ken | MSRC | 4252931218 |
| Surveillance Group | Holton, Aaron | Obriens | 985-774-5208 |
| Tactical Skimming Direction Group | Sutcliffe, Mike | | |

## Incident Resources for this Period

| Sys. ID | Resource Type - Subtype | Description | Quantity | Size | Status |
|---|---|---|---|---|---|
| *Aerial Dispersant Group* | | | | | |
| 20351 | Aircraft: Fixed Wing | BT-67 "N932H" | 1 each | | Assigned |
| 20339 | Aircraft: Fixed Wing | C-130 (105) | 1 each | 2000 gallon(s | Assigned |
| 20345 | Aircraft: Fixed Wing | C-130 (107) | 1 each | 2000 gallon(s | Assigned |
| 20441 | Aircraft: Fixed Wing | C-130 "N117TG" | 1 each | | Assigned |
| 20405 | Aircraft: Fixed Wing | C-130 "N403LC" | 1 each | | Assigned |
| 20333 | Aircraft: Fixed Wing | DC-3 "N64767" | 1 each | | Assigned |
| 12993 | Aircraft: Fixed Wing | King Air - N7198Y -Spotter (Dynar | 1 each | | Stand By |
| 19065 | Aircraft: Fixed Wing | King Air - Spotter "N41J" | 1 each | | Assigned |
| | Dispersant | | 1100 gallon(s | | At Staging |
| | Dispersant | | 5397 gallon(s | | Assigned |
| | Dispersant | | 9240 gallon(s | | Enroute/Sourced |
| 15224 | Dispersant: AppSystem | ADDS Pack | 1 each | | Assigned |
| 11378 | Dispersant: AppSystem | BT67 Turbo Prop (3 Crew) | 1 each | | Stand By |
| 10860 | Dispersant: AppSystem | C-130 | 1 each | | Stand By |
| 12981 | Manpower: Operator | C-130 Crew | 6 each | | Assigned |
| 10920 | Manpower: Operator | C-130 Crew | 6 each | | Stand By |
| 22168 | Manpower: Operator | Crew - 105 | 3 each | | Assigned |
| 22150 | Manpower: Operator | Crew - 107 | 3 each | | Assigned |
| 14344 | Manpower: Operator | Crew - Aero Commander | 2 each | | Assigned |
| 20369 | Manpower: Operator | Crew - C-130 | 5 each | | Assigned |
| 14368 | Manpower: Operator | Crew - DC-3 | 3 each | | Stand By |
| 13005 | Manpower: Operator | Crew - King Air | 4 each | | Stand By |
| 14356 | Manpower: Operator | Crew - King Air | 5 each | | Assigned |
| 14362 | Manpower: Responder | Crew - DC 3 | 2 each | | Assigned |
| 22258 | Manpower: Responder | Debbie Scholz (via C. Huber) | 1 each | | Assigned |
| 22288 | Manpower: Responder | Personnel-GIS,Doc, Coord. | 1 each | | Enroute/Sourced |
| 20072 | Storage: Solid - Dumpster | Dumpster 20 yard capacity | 1 cubic yard(s | | Assigned |
| *Venice On Water Tier 2/3 SMART Team* | | | | | |
| 12420 | Manpower: Operator | EverReady Crew | 3 each | | Out-of-Service |
| 12426 | Manpower: Responder | SMART Team | 4 each | | Out-of-Service |
| 11325 | Vessel - Crew Boat | M/V EverReady Crew Boat | 1 each | 100 feet | Out-of-Service |
| 23415 | Vessel - Utility Boat | M/V Andre | 1 each | 110 feet | Assigned |

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 5/2/2010 22:48 | Page 1 of 2 | © 1997-2010 dbSoft, Inc. |



HCG154-001527

| ICS 204 - Assignment List |||||
|---|---|---|---|---|
| Incident: Mississippi Canyon 252 |||  Prepared By: Unified Command | at 5/2/2010 22:46 |
| Period: Period 13 (5/3/2010 06:00 - 5/4/2010 06:00) |||  Branch: Sector New Orleans ||
|||| Division/Group/Staging: Aerial Dispersant Group ||
| Incident Resources for this Period |||||
| Sys. ID | Resource Type - Subtype | Description | Quantity | Size | Status |
| USCG SMART Aerial Tier 1 Houma & Venice |||||
| 12408 | Aircraft: Helo | S-76: "725P" | 2 each | 12 passenger | Assigned |
| 14404 | Manpower: Operator | Crew - S76 | 2 each | | Assigned |

### Assignments

Apply dispersants as approved and appropriate.
Deploy and monitor success of effectiveness.
Continue intigration of UC approval of activation.

On Water SMART Task Force:
Provide sampling with Flourometer package on dispersant affectiveness in water column for tier 2 (to 1 meter depth) & Tier 3 (1 to 10 meters) as required. As weather permits.

Aerial SMART Team:
Provide SMART monitoring /Tier 1 observation to determine affectiveness of dispersant ops. As weather permits.
Secondary aerial surveillance support as required.
Team in Houma and Team in Venice provide same function in areas as directed by Dispersant Group Supervisor.
Coordinate with Air Operations Group.

Monitor stockpile of dispersant for supply replenishment.

### Special Instructions for Division / Group

***No dispersant application ops within one mile of marine mammals and sea turles.***
Vessel clearance from spray targets prior to deployment.
Dispersant aircraft to follow FAA procedures.

### Tactical Objective

Apply dispersants as approved and appropriate.
Deploy and monitor success of effectiveness.
Monitor stockpile of dispersant for supply replenishment.

### Location of Work

ASI Houma - home base for DC-3 & DC 3 Turbo Prop
MSRC Stennis, MS - home base for C-130 & King Air

### Special Environmental Considerations

All aircraft and vessels should be watching for marine mammals/sea turtles.
*Whales have been spotted in the area*
All personnel must report marine mammal/turtle sightings to the Wildlife Reporting Hotline: 1-866-557-1401

### Special Site-Specific Safety Considerations

See individual Site Safety Plan (ICS 208) for issues and considerations.
Notify chain of comand of any unplanned health, safety, security, or environmental incidents. These include near misses, first aids, security breaches, loss of primary containment, incidents, etc.

Reviewed By Signatures - (PSC):                             (OSC):

| ICS 204 - Assignment List | Printed: 5/2/2010 22:48 | Page 2 of 2 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|