# Exhibit S-13



IAP Cover Sheet

| Incident Name: | Operational Period to be covered by IAP: |
| Mississippi Canyon 252 | Period 14 (5/4/2010 06:00 - 5/5/2010 06:00) |

Approved by:

FOSC

SOSC

RPIC

# Incident Action Plan

ORIGINAL

| Prepared By: | Prepared Date/Time: | 5/3/2010 18:10 |
| IAP Cover Sheet | Printed: 5/3/2010 18:15 | © 1997-2010 dbSoft, Inc. |

HCG154-001563

## ICS 202 - General Response Objectives

| Incident: | Mississippi Canyon 252 | Prepared By: | Pallavicini, Sergio | at | 5/3/2010 23:31 |
|---|---|---|---|---|---|
| Period: | Period 14  (5/4/2010 06:00 - 5/5/2010 06:00) | Version Name: | Period 14 Objectives- Combined IMT | | |

### Overall and Strategic Objectives

| | Assigned To | Status |
|---|---|---|
| **1. Ensure the Safety of Citizens and Response Personnel** | | |
| • 1d. Implement continuous air/water monitoring plan | Safety/Environmental | In Progress |
| • 1a. Support USCG and Transocean led Search and Recovery activities | Houston Source Control | In Progress |
| • 1b. Maintain Site Safety & Health Plan for response personnel | Houston Source Control | In Progress |
| • 1c. Sustain emergency response organization to support the ongoing response activities | Houston Souce Control | In Progress |
| **2. Control the Source of the Spill  (Houston)** | | |
| • 2a. Monitor well head for signs of any release | Houston Source Control | In Progress |
| • 2b. Develop and implement subsea intervention strategies | Houston Source Control | In Progress |
| • 2c. Develop and implement subsea containment strategies | Houston Source Control | In Progress |
| • 2d. Drill relief wells | Houston Source Control | In Progress |
| **3. Manage a Coordinated Response Effort** | | |
| • 3a. Set up and Coordinate IMT Command Post Setup in Alabama | Houston and Houma | In Progress |
| • 3b. Continue to keep Florida and other stakeholders informed. | Houston and Houma | In Progress |
| **4. Maximize Protection of Environmentally-Sensitive Areas** | | |
| • 4a. Prepare and implement environmentally sensitive area protection plan | Environmental Unit | In Progress |
| • 4b. Develop booming strategies for potential shoreline impact areas based on updated trajectories | Shoreline Protection Branch | In Progress |
| **5. Contain and Recover Spilled Material** | | |
| • 5a. Overflight/monitoring for situation awareness and operations direction | Air Ops Branch Director | In Progress |
| • 5b. Maximize on-water containment and recovery | On Water Recovery Group Supervisor | In Progress |
| • 5c. Continue to deploy dispersants as necessary/approved | Dispersant Group | In Progress |
| • 5d. In-situ burn | In-Situ Burn Operations Group Supervisor | In Progress |
| **6. Track Locations of Spill, Vessels, and Facilities** | | |
| **7. Recover and Rehabilitate Injured Wildlife** | | |
| **8. Remove Oil from Impacted Areas** | | |
| • 8a. Establish vessel cleaning stations | Operations | In Progress |
| **9. Minimize & Track Economic Impacts** | | |
| • 9a. Provide economic impact analysis (Robert/Houston) | MTSRU | In Progress |
| • 9b. Keep the ports open | MTSRU | In Progress |

| ICS 202 - General Response Objectives | Printed:  5/4/2010 03:09 | Page 1 of 2 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

HCG154-001578

| ICS 202 - General Response Objectives | | | |
|---|---|---|---|
| Incident: | Mississippi Canyon 252 | Prepared By: | Pallavicini, Sergio      at 5/3/2010 23:31 |
| Period: | Period 14 (5/4/2010 06:00 - 5/5/2010 06:00) | Version Name: | Period 14 Objectives- Combined IMT |

| Overall and Strategic Objectives | | |
|---|---|---|
| | Assigned To | Status |
| 10. Keep Stakeholders and Public Informed of Response Activities | | |
| • 10a. Establish UC and oil spill response organization in potentially affected Sectors | Houston Source Control | In Progress |
| • 10b. Active engagement with State and Local Agencies and Communities | | |

**Operational Period Command Emphasis (Safety Message, Priorities, Key Decisions/Directions)**

Priorities - Houma

1. Safety:  Review and implement individual site safety plans as tactical operations resume.
2. Monitor, maintain, and report status of existing boom as weather allows.  Further refine tactical plan for forward boom deployment. (deflection and absorption).
3. Prepare all offshore response for deployment of boom and commencement of skimming.
4. Continue to execute shoreline activities as required and safe to do so.
5. Maintain existing response momentum, and expanding state participation. (SCAT)
6. Outreach to communities - get resources to and coordinate with the LA parishes.
7. Resolve supply chain issues
8. Assess, repair, and reposition all moved or damaged previously deployed boom imparted by storm.  Prioritize sensitive areas defined in ACP or specfically targeted by state and parishes.


Houston Source Control Priorities

Containment
 - Drill Pipe Overshot
Top Kill -
 - P/T Sensor from lower BOP
 - Yellow POD Prep.
Source
 - Oil Sampling at BOP
Misc.
 - Transponder Beacon Relocation
 - Survey for Hot Tap
 - Temperature Survey @ Riser & Trench Plume
 - TracerCO
Dispersant
 - Sonar Test of Trench Plume
 - Subsea dispersant injection
 - Transfer to ensure 13k gallons
Relief Well
 - DD3 drilling well

1. Continue to work towards Closure of BOP
 - Retrieve Pod from BOP
 - Prep for taking Pressures off of BOP Stack
 - Pressure up Lower Annular
2. Install Valve on End of Drill Pipe
3. Continue Injection of Subsea Dispersant, including Overflight to Ascertain Impact.
 - Hot Tap in Riser
4. Long-term containment (dome) - Continue to work Procedures, Materials, Equipment.
5. Continue to Drill Relief Well
6. Sampling - Ongoing
7. Survey - Temperature/Riser

| Approved By | | |
|---|---|---|
| : | | |

| ICS 202 - General Response Objectives | Printed:  5/4/2010 03:09 | Page 2 of 2 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

HCG154-001579

| ICS 204 - Assignment List | | |
|---|---|---|
| Incident: Mississippi Canyon 252 | Prepared By: Leonard, Chris | at 5/3/2010 04:06 |
| Period: Period 14 (5/4/2010 06:00 - 5/5/2010 06:00) | Branch: Sector New Orleans | |
| | Division/Group/Staging: Subsea Dispersant | |

| Operations Personnel | | | |
|---|---|---|---|
| Title | Name | Affiliation | Contact Number(s) |
| Director - Source Control Branch | Hill, Perry | BP | 281-352-3301 |
| Supervisor - Sub Sea Dispersant | Mack, John | BP | 281-382-2785 |
| Safety Officer | Tink, Steve | BP | 281-352-1140 |

| Incident Resources for this Period | | | | | |
|---|---|---|---|---|---|
| Sys. ID | Resource Type - Subtype | Description | Quantity | Size | Status |
| *Subsea Dispersant* | | | | | |
| | Dispersant | | 66020 gallon( | | Assigned |
| 24437 | Manpower: Operator | Crew - Pat Tillman | 12 each | | Assigned |
| 23968 | Vessel - Supply Boat | M/V Pat Tillman | 1 each | | Assigned |

| Assignments |
|---|
| 1. Pumping of dispersant is continuing at 5 gpm. Approval now in place for pumping of 13000 gal to complete test period - (executing) |
| 2. A hot tap for pumping dispersant into the riser tube. The tools are currently being assembled for testing. - (planning) |
| |
| Sonar test to be conducted after completeing injection (13,000 gallons) |
| |
| Riser Hot Tap - For injecting dispersant into the riser stream. Testing and finalizing designs. - (planning ongoing) |
| |

| Special Environmental Considerations |
|---|
| All aircraft and vessels should be watching for marine mammals/sea turtles. |
| *Whales have been spotted in the area* |
| All personnel must report marine mammal/turtle sightings to the Wildlife Reporting Hotline: 1-866-557-1401 |

| Special Site-Specific Safety Considerations |
|---|
| See Site Safety Plan (ICS 208) for Air Ops Safety issues and considerations. |
| Notify chain of comand of any unplanned health, safety, security, or environmental incidents. These include near misses, first aids, security breaches, loss of primary containment, incidents, etc. |

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 5/3/2010 16:48 | Page 1 of 1 | © 1997-2010 dbSoft, Inc. |

HCG154-001580

| ICS 204 - Assignment List | | | |
|---|---|---|---|
| **Incident:** Mississippi Canyon 252 | | **Prepared By:** Unified Command | **at** 5/3/2010 04:06 |
| **Period:** Period 14 (5/4/2010 06:00 - 5/5/2010 06:00) | | **Branch:** Sector New Orleans | |
| | | **Division/Group/Staging:** Aerial Dispersant Group | |

| Operations Personnel | | | |
|---|---|---|---|
| **Title** | **Name** | **Affiliation** | **Contact Number(s)** |
| Operations Section Chief | Black, James | BP | 713-562-6419 |
| Air Ops Branch Director | Verrett, Brian | BP | 337-578-2425 |
| Air Ops Branch Director/USCG | Carpenter, John CWO | U.S. Coast Guard | 985-380-5363 |
| Dispersant Group | Schacht, Ken | MSRC | 4252931218 |
| Surveillance Group | Holton, Aaron | Obriens | 985-774-5208 |
| Tactical Skimming Direction Group | Sutcliffe, Mike | | |

| Incident Resources for this Period | | | | | |
|---|---|---|---|---|---|
| **Sys. ID** | **Resource Type - Subtype** | **Description** | **Quantity** | **Size** | **Status** |
| *Aerial Dispersant Group* | | | | | |
| 20339 | Aircraft: Fixed Wing | C-130  (105) | 1 each | 2000 gallon(s | Assigned |
| 20345 | Aircraft: Fixed Wing | C-130  (107) | 1 each | 2000 gallon(s | Assigned |
| 20441 | Aircraft: Fixed Wing | C-130 "N117TG" | 1 each | | Assigned |
| 20405 | Aircraft: Fixed Wing | C-130 "N403LC" | 1 each | | Assigned |
| 20333 | Aircraft: Fixed Wing | DC-3 "N64767" | 1 each | | Assigned |
| 12993 | Aircraft: Fixed Wing | King Air - N7198Y -Spotter (Dynar | 1 each | | Stand By |
| 19065 | Aircraft: Fixed Wing | King Air - Spotter "N41J" | 1 each | | Assigned |
| | Dispersant | | 6497 gallon(s | | Assigned |
| | Dispersant | | 9240 gallon(s | | Enroute/Sourced |
| 15224 | Dispersant: AppSystem | ADDS Pack | 1 each | | Assigned |
| 11378 | Dispersant: AppSystem | BT67 Turbo Prop (3 Crew) | 1 each | | Stand By |
| 10860 | Dispersant: AppSystem | C-130 | 1 each | | Stand By |
| 12981 | Manpower: Operator | C-130 Crew | 6 each | | Assigned |
| 10920 | Manpower: Operator | C-130 Crew | 6 each | | Stand By |
| 22168 | Manpower: Operator | Crew - 105 | 2 each | | Assigned |
| 22150 | Manpower: Operator | Crew - 107 | 2 each | | Assigned |
| 14344 | Manpower: Operator | Crew - Aero Commander | 1 each | | Assigned |
| 24082 | Manpower: Operator | Crew - BT-67 | 2 each | | Assigned |
| 20369 | Manpower: Operator | Crew - C-130 | 5 each | | Assigned |
| 14368 | Manpower: Operator | Crew - DC-3 | 3 each | | Stand By |
| 24189 | Manpower: Operator | Crew - King Air | 2 each | | Assigned |
| 13005 | Manpower: Operator | Crew - King Air | 2 each | | Stand By |
| 14356 | Manpower: Operator | Crew - King Air | 5 each | | Assigned |
| 14362 | Manpower: Responder | Crew - DC 3 | 2 each | | Assigned |
| 22258 | Manpower: Responder | Debbie Scholz (via C. Huber) | 1 each | | Assigned |
| 22288 | Manpower: Responder | Personnel-GIS,Doc, Coord. | 1 each | | Enroute/Sourced |
| 20351 | ROV | BT-67 "N932H" | 1 each | | Assigned |
| 20072 | Storage: Solid - Dumpster | Dumpster 20 yard capacity | 1 cubic yard(s | | Assigned |
| *Venice On Water Tier 2/3 SMART Team* | | | | | |
| 12420 | Manpower: Operator | EverReady Crew | 3 each | | Out-of-Service |
| 12426 | Manpower: Responder | SMART Team | 4 each | | Out-of-Service |
| 11325 | Vessel - Crew Boat | M/V EverReady Crew Boat | 1 each | 100 feet | Out-of-Service |

| Reviewed By Signatures - (PSC): | (OSC): |
|---|---|
| ICS 204 - Assignment List | Printed: 5/3/2010 19:14 | Page 1 of 3 | © 1997-2010 dbSoft, Inc. |

HCG154-001409

## ICS 204 - Assignment List

| Incident: Mississippi Canyon 252 | Prepared By: Unified Command | at 5/3/2010 04:06 |
|---|---|---|
| Period: Period 14 (5/4/2010 06:00 - 5/5/2010 06:00) | Branch: Sector New Orleans | |
| | Division/Group/Staging: Aerial Dispersant Group | |

### Incident Resources for this Period

| Sys. ID | Resource Type - Subtype | Description | Quantity | Size | Status |
|---|---|---|---|---|---|
| *Venice On Water Tier 2/3 SMART Team* | | | | | |
| 23415 | Vessel - Utility Boat | M/V Andre | 1 each | 110 feet | Assigned |
| *USCG SMART Aerial Tier 1 Houma & Venice* | | | | | |
| 12408 | Aircraft: Helo | S-76: "725P" | 1 each | 12 passenger | Assigned |
| 24379 | Manpower: Operator | Crew - S-76 | 2 each | | Assigned |
| 14404 | Manpower: Operator | Crew - S76 | 2 each | | Assigned |
| *Aerial Dispersant Delivery Task Force* | | | | | |
| 22626 | Aircraft: Fixed Wing | DC-10 (Air Charter Service, Inc.) | 1 each | | Enroute/Sourced |
| 22627 | Aircraft: Fixed Wing | DC-10 (Air Charter Service, Inc.) | 1 each | | Enroute/Sourced |
| 22628 | Aircraft: Fixed Wing | DC-8 (Air Charter Service, Inc.) | 1 each | | Enroute/Sourced |
| 22629 | Aircraft: Fixed Wing | DC-8 (Air Charter Service, Inc.) | 1 each | | Enroute/Sourced |

### Assignments

Apply dispersants as approved and appropriate.
Deploy and monitor success of effectiveness.
Continue intigration of UC approval of activation.

On Water SMART Task Force:
Provide sampling with Flourometer package on dispersant affectiveness in water column for tier 2 (to 1 meter depth) & Tier 3 (1 to 10 meters) as required. As weather permits.

Aerial SMART Team:
Provide SMART monitoring /Tier 1 observation to determine affectiveness of dispersant ops.  As weather permits.
Secondary aerial surveillance support as required.
Team in Houma and Team in Venice provide same function in areas as directed by Dispersant Group Supervisor.
Coordinate with Air Operations Group.

Monitor stockpile of dispersant for supply replenishment.

### Special Instructions for Division / Group

***No dispersant application ops within one mile of marine mammals and sea turles.***
Vessel clearance from spray targets prior to deployment.
Dispersant aircraft to follow FAA procedures.

### Tactical Objective

Apply dispersants as approved and appropriate.
Deploy and monitor success of effectiveness.
Monitor stockpile of dispersant for supply replenishment.

### Location of Work

ASI Houma - home base for DC-3 & DC 3 Turbo Prop
MSRC Stennis, MS - home base for C-130 & King Air

### Special Environmental Considerations

All aircraft and vessels should be watching for marine mammals/sea turtles.
*Whales have been spotted in the area*
All personnel must report marine mammal/turtle sightings  to the Wildlife Reporting Hotline: 1-866-557-1401

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed:  5/3/2010 19:14 | Page 2 of 3 | © 1997-2010 dbSoft, Inc. |

HCG154-001410

| ICS 204 - Assignment List | |
|---|---|
| Incident: Mississippi Canyon 252 | Prepared By: Unified Command    at 5/3/2010 04:06 |
| Period: Period 14 (5/4/2010 06:00 - 5/5/2010 06:00) | Branch: Sector New Orleans |
| | Division/Group/Staging: Aerial Dispersant Group |

| Special Site-Specific Safety Considerations |
|---|
| See individual Site Safety Plan (ICS 208) for issues and considerations.<br>Notify chain of comand of any unplanned health, safety, security, or environmental incidents.  These include near misses, first aids, security breaches, loss of primary containment, incidents, etc. |

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 5/3/2010 19:14 | Page 3 of 3 | © 1997-2010 dbSoft, Inc. |

HCG154-001411