# Exhibit S-14

IAP Cover Sheet

Incident Name: Mississippi Canyon 252

Operational Period to be covered by IAP: Period 15 (5/5/2010 06:00 - 5/6/2010 06:00)

Approved by:

FOSC: _____

SOSC: _____

RPC: _____

# Incident Action Plan



Prepared By: Pellavicini, Sergio   Prepared Date/Time: 5/4/2010 19:23

IAP Cover Sheet   Printed: 5/4/2010 19:23   © 1997-2010 dbSoft, Inc.



## ICS 202 - General Response Objectives

| | | |
|---|---|---|
| Incident: Mississippi Canyon 252 | Prepared By: Rosen, Emily | at 5/5/2010 00:13 |
| Period: Period 15 (5/5/2010 06:00 - 5/6/2010 06:00) | Version Name: | Period 15 Objectives- Combined IMT |

### Overall and Strategic Objectives

| | Assigned To | Status |
|---|---|---|
| **Ensure the Safety of Citizens and Response Personnel** | | |
| • Implement continuous air/water monitoring plan | Safety/Environmental | In Progress |
| • Support USCG and Transocean led Search and Recovery activities | Houston Source Control | In Progress |
| • Maintain Site Safety & Health Plan for response personnel | Houston Source Control | In Progress |
| • Sustain emergency response organization to support the ongoing response activities | Houston Souce Control | In Progress |
| **Control the Source of the Spill (Houston)** | | |
| • Monitor well head for signs of any release | Houston Source Control | In Progress |
| • Develop and implement subsea intervention strategies | Houston Source Control | In Progress |
| • Develop and implement subsea containment strategies | Houston Source Control | In Progress |
| • Drill relief wells | Houston Source Control | In Progress |
| **Maximize Protection of Environmentally-Sensitive Areas for Louisiana** | | |
| • Prepare and implement environmentally sensitive area protection plan | Environmental Unit | In Progress |
| • Develop booming strategies for potential shoreline impact areas based on updated trajectories | Shoreline Protection Branch | In Progress |
| **Recover and Rehabilitate Injured Wildlife** | | |
| **Contain and Recover Spilled Material** | | |
| • Overflight/monitoring for situation awareness and operations direction | Air Ops Branch Director | In Progress |
| • Maximize on-water containment and recovery | On Water Recovery Group Supervisor | In Progress |
| • Continue to deploy dispersants as necessary/approved | Dispersant Group | In Progress |
| • In-situ burn | In-Situ Burn Operations Group Supervisor | In Progress |
| • Maintain vessel cleaning stations | Operations | In Progress |
| **Coordinate Resources, Drive Efficiencies in Response Effort and Continuously Improve** | | |
| • Effectively track resources to ensure efficiency of their use | Resource Unit | In Progress |
| • Maintain UC and oil spill response organization to manage the response | | |
| **Minimize Economic Impacts** | | |
| • Track MTS data for economic impact to Shipping traffic | MTSRU | In Progress |
| • Keep the ports open | MTSRU | In Progress |
| **Keep Stakeholders and Public Informed of Response Activities** | | |
| • Active engagement with State and Local Agencies and Communities | Houma | In Progress |

| ICS 202 - General Response Objectives | Printed: 5/5/2010 02:12 | Page 1 of 4 | © 1997-2010 dbSoft, Inc. |



HCG154-001477

| ICS 202 - General Response Objectives | | | |
|---|---|---|---|
| Incident: Mississippi Canyon 252 | Prepared By: | Rosen, Emily | at 5/5/2010 00:13 |
| Period: Period 15 (5/5/2010 06:00 - 5/6/2010 06:00) | Version Name: | Period 15 Objectives- Combined IMT | |

**Overall and Strategic Objectives**

| | Assigned To | Status |
|---|---|---|
| • Maintain communitations with Area Command and Mobile ICPs | | In Progress |

| ICS 202 - General Response Objectives | | | |
|---|---|---|---|
| Incident: | Mississippi Canyon 252 | Prepared By: | Rosen, Emily    at 5/5/2010 00:13 |
| Period: | Period 15 (5/5/2010 06:00 - 5/6/2010 06:00) | Version Name: | Period 15 Objectives- Combined IMT |

**Operational Period Command Emphasis (Safety Message, Priorities, Key Decisions/Directions)**

Priorities - Houma

Safety: Continue to place high priority on safety; employ sound risk management principles to reduce risks and prevent injuries in all operations.

Ensure security of response personnel and assets: Deploy security assets to stagin areas and field ops locations
- Deploy security assets to staging areas and field ops locations

Maintain reliable cleanup activities
- Off-shore
   Continue to apply aerial or surface dispersants to affected areas and monitor effectiveness
   Resume in situ-burns
   Continue training/expansion/readiness of vsl of opp assets
   Fire boom acquisition
   Continue and expand skimming operations

- Near shore
   Conduct aerial assessments, catalog GPS data, and initiate boom reparations
   Conduct aerial assessments, ID and mitigate potential contamination in NS enviro
   Continue boom deployment based on parish plans

- On shore
   Initiate deployment of SCAT resources
   Ensure efficient ops and transportation support
   Continue aggressive wildlife impact evaluation and rehab

Schedule UC meetings with parrish leadership (their place)

Continue development and coordination to implement staffing and sustainability plan

Continue to harvest, train, and use cooperating agency reps and volunteers


Houston Source Control Priorities
Source Control Vessel Safety
  - Establish air monitoring/safety criteria on vessels where appropriate to ensure the safety of personnel & guidelines for action
Dispersant
  - Sonar Test of Trench Plume
  - Subsea dispersant injection
Continue to work towards Closure of BOP
  - Pressure up to close Middle Pipe Rams
Containment
  - Drill Pipe Overshot and pressure monitoring
  - Cutting of Kill and Choke line in the trench to allow coffer dam placement
  - Deployment of the coffer dam to site
  - Installing Transponder on the Riser for Survey
Top Kill -
  - Yellow POD Prep.
  - Cut Kill and Choke line on top of stack
Source
  - Oil Sampling at BOP
Misc.
  - Survey Array Transponder Installation
LMPR Removal (Planning & Evaluation)
  - Testing Shears
Relief Well

| ICS 202 - General Response Objectives | Printed: 5/5/2010 02:12 | Page 3 of 4 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|



HCG154-001479

| ICS 202 - General Response Objectives |||||
|---|---|---|---|---|
| Incident: | Mississippi Canyon 252 | Prepared By: | Rosen, Emily | at 5/5/2010 00:13 |
| Period: | Period 15 (5/5/2010 06:00 - 5/6/2010 06:00) | Version Name: | Period 15 Objectives- Combined IMT ||

-DD3 drilling well
-DD2 planning

**Approved By**

:  _____

| ICS 202 - General Response Objectives | Printed: 5/5/2010 02:12 | Page 4 of 4 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

## ICS 204 - Assignment List

**Incident:** Mississippi Canyon 252  **Prepared By:** Unified Command  at  5/4/2010 15:04
**Period:** Period 15 (5/5/2010 06:00 - 5/6/2010 06:00)  **Branch:** Sector New Orleans
**Division/Group/Staging:** Aerial Dispersant Group

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Black, James | BP | 713-562-6419 |
| Air Ops Branch Director | Verrett, Brian | BP | 337-578-2425 |
| Air Ops Branch Director/USCG | Carpenter, John CWO | U.S. Coast Guard | 985-380-5363 |
| Dispersant Group | Schacht, Ken | MSRC | 4252931218 |
| Surveillance Group | Holton, Aaron | Obriens | 985-774-5208 |
| Tactical Skimming Direction Group | Sutcliffe, Mike | | |

### Resources Required

| Area of Operation | Resource Type | Description | Quantity | Size |
|---|---|---|---|---|
| Aerial Dispersant Group | Aircraft: Fixed Wing | Aircraft: Fixed Wing | 7 each | |
| Aerial Dispersant Group | Dispersant | | 50000 gallon(s) | |
| Aerial Dispersant Group | Dispersant: AppSystem | Dispersant: AppSystem | 3 each | |
| Aerial Dispersant Group | Manpower: Operator | | 44 each | |
| Aerial Dispersant Group | Manpower: Responder | | 4 each | |
| USCG SMART Aerial Tier 1 H | Aircraft: Helo | Aircraft: Helo | 2 each | |
| USCG SMART Aerial Tier 1 H | Manpower: Operator | | 4 each | |

### Assignments

Apply dispersants as approved and appropriate within weather limits (cieling of 15k, visibility 3 miles, and 35 knot winds).
Deploy and monitor success of effectiveness.
Continue intigration of UC approval of activation.
Monitor stockpile of dispersant for supply replenishment to maintain 50,000 gallons a day.

### Special Instructions for Division / Group

***No dispersant application ops within one mile of marine mammals and sea turles.***
Vessel clearance from spray targets prior to deployment.
Dispersant aircraft to follow FAA procedures.

### Tactical Objective

Apply dispersants as approved and appropriate.
Deploy and monitor success of effectiveness.
Monitor stockpile of dispersant for supply replenishment.

### Location of Work

ASI Houma - home base for DC-3 & DC 3 Turbo Prop
MSRC Stennis, MS - home base for C-130 & King Air

### Special Environmental Considerations

All aircraft and vessels should be watching for marine mammals/sea turtles.
*Whales have been spotted in the area*
All personnel must report marine mammal/turtle sightings to the Wildlife Reporting Hotline: 1-866-557-1401

Reviewed By Signatures - (PSC):                              (OSC):

| ICS 204 - Assignment List | Printed: 5/4/2010 18:58 | Page 1 of 2 | © 1997-2010 dbSoft, Inc. |

| ICS 204 - Assignment List | | |
|---|---|---|
| Incident: Mississippi Canyon 252 | Prepared By: Unified Command | at 5/4/2010 15:04 |
| Period: Period 15 (5/5/2010 06:00 - 5/6/2010 06:00) | Branch: Sector New Orleans | |
| | Division/Group/Staging: Aerial Dispersant Group | |

**Special Site-Specific Safety Considerations**

All incidents shall be immediately reported. These include near misses, first aids, security breaches, loss of primary containment, incidents, etc. All appropriate PPE shall be worn when necessary. All personnel working with chemicals or contaminated materials shall review the appropriate MSDS. Each person shall drink plenty of fluids in order to stay hydrated. Personnel shall protect themselves from the sun (i.e. use sunscreen, long sleeves, hats, etc.). All personnel shall take appropriate breaks in order to prevent fatigue. All personnel shall protect themselves from severe weather. Personnel shall be aware of insects, spiders, wasps, snakes, etc. and take the necessary precautions. For any additional specific safety and health precautions please review the 208 Site Safety Plan.

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 5/4/2010 18:58 | Page 2 of 2 | © 1997-2010 dbSoft, Inc. |

# ICS 204 - Assignment List

| | |
|---|---|
| Incident: Mississippi Canyon 252 | Prepared By: Leonard, Chris   at 5/4/2010 04:03 |
| Period: Period 15 (5/5/2010 06:00 - 5/6/2010 06:00) | Branch: Sector New Orleans |
| | Division/Group/Staging: Subsea Dispersant |

## Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Director - Source Control Branch | Hill, Perry | BP | 281-352-3301 |
| Supervisor - Sub Sea Dispersant | Mack, John | BP | 281-382-2785 |
| Safety Officer | Tink, Steve | BP | 281-352-1140 |

## Incident Resources for this Period

| Sys. ID | Resource Type - Subtype | Description | Quantity | Size | Status |
|---|---|---|---|---|---|
| *Subsea Dispersant* | | | | | |
| | Dispersant | | 66020 gallon( | | Assigned |
| | Manpower: Operator | | 12 each | | Assigned |
| 23968 | Vessel - Supply Boat | M/V Pat Tillman | 1 each | | Assigned |

## Assignments

1. Develop a plan to ensure the Skandi can redeploy and begin dispersant operations.
2. A hot tap for pumping dispersant into the riser tube. The tools have been tested and are being mobilized- (mobilizing)

Sonar test to be conducted as required.

## Special Environmental Considerations

All aircraft and vessels should be watching for marine mammals/sea turtles.
*Whales have been spotted in the area*
All personnel must report marine mammal/turtle sightings to the Wildlife Reporting Hotline: 1-866-557-1401

## Special Site-Specific Safety Considerations

See Site Safety Plan (ICS 208) for Air Ops Safety issues and considerations.
Notify chain of comand of any unplanned health, safety, security, or environmental incidents. These include near misses, first aids, security breaches, loss of primary containment, incidents, etc.

| | | | | |
|---|---|---|---|---|
| Reviewed By Signatures - (PSC): | | (OSC): | | |
| ICS 204 - Assignment List | Printed: 5/4/2010 17:14 | Page 1 of 1 | © 1997-2010 dbSoft, Inc. | |

HCG154-001754