# Exhibit S-15



HCG154-001836

## ICS 202 - General Response Objectives

| Incident: | Mississippi Canyon 252 | Prepared By: | Unified Command | at 5/6/2010 00:15 |
|---|---|---|---|---|
| Period: | Period 16 (5/6/2010 06:00 - 5/7/2010 06:00) | Version Name: | Period 16 Objectives- Combined IMT | |

### Overall and Strategic Objectives

| | Assigned To | Status |
|---|---|---|
| **Ensure the Safety of Citizens and Response Personnel** | | |
| • Develop & Deliver the right level of Safety & Health Training to all workers | Safety Officer | In Progress |
| • Continue implementation and optimization of air/water monitoring plan | Safety/Environmental | In Progress |
| • Continue implementation and optimization of Site Safety & Health Plan for response personnel and volunteers | Safety Officer | In Progress |
| **Control the Source of the Spill (Houston)** | | |
| • Monitor well head for signs of any release | Houston Source Control | In Progress |
| • Develop and implement subsea intervention strategies | Houston Source Control | In Progress |
| • Develop and implement subsea containment strategies | Houston Source Control | In Progress |
| • Drill relief wells | Houston Source Control | In Progress |
| **Maximize Protection of Environmentally-Sensitive Areas for Louisiana** | | |
| • Continue prioritization of sensitive areas based on trajectories | Environmental Unit | In Progress |
| • Continue implementing/maintaining booming strategies for Eastern Louisiana shoreline | Shoreline Protection Branch | In Progress |
| • Develop booming strategies for Western Louisiana shoreline | Shoreline Protection Branch | In Progress |
| **Recover and Rehabilitate Injured Wildlife** | | |
| **Contain and Recover Spilled Material** | | |
| • OFF-SHORE DEEPER WATER | | |
| • Overflight/monitoring for situation awareness and operations direction | Air Ops Branch Director | In Progress |
| • Maximize on-water mechanical containment and recovery | On Water Recovery Group Supervisor | In Progress |
| • Continue to deploy, optimize, and enhance dispersant plan | Dispersant Group | In Progress |
| • Implement, optimize, and enhance In-situ burn plan | In-Situ Burn Operations Group Supervisor | In Progress |
| • NEAR SHORE | | |
| • Maintain equipment decon and vessel cleaning stations | On Water Recovery Group Supervisor | In Progress |
| • ON SHORE | | |
| • Conduct appropriate shoreline cleanup efforts | Shoreline Cleanup | Planning |
| • Continue development & Implement Waste Management Plan including Waste Minimization | Environmental | In Progress |
| **Manage a Coordinated Response Effort** | | |
| • Sustain emergency response organization to support the ongoing response activities | Unified Command | In Progress |

| ICS 202 - General Response Objectives | Printed: 5/6/2010 00:42 | Page 1 of 4 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

Page 12 of 107

| ICS 202 - General Response Objectives ||||
|---|---|---|---|
| Incident: | Mississippi Canyon 252 | Prepared By: | Unified Command at 5/6/2010 00:15 |
| Period: | Period 16 (5/6/2010 06:00 - 5/7/2010 06:00) | Version Name: | Period 16 Objectives- Combined IMT |

| Overall and Strategic Objectives | Assigned To | Status |
|---|---|---|
| Keep Stakeholders and Public Informed of Response Activities | | |
| • Active engagement with State and Local Agencies and Communities | Houma | In Progress |
| • Maintain communications with Area Command, Mobile & St. Petersburg ICPs | | In Progress |

| ICS 202 - General Response Objectives | | | |
|---|---|---|---|
| Incident: Mississippi Canyon 252 | | Prepared By: Unified Command at 5/6/2010 00:15 | |
| Period: Period 16 (5/6/2010 06:00 - 5/7/2010 06:00) | | Version Name: Period 16 Objectives- Combined IMT | |

**Operational Period Command Emphasis (Safety Message, Priorities, Key Decisions/Directions)**

Priorities - Houma

Health & Safety:
- Continue to place high priority on safety; employ sound risk management principles to reduce risks and prevent injuries in all operations.
- Ensure security of response personnel and assets: Deploy security assets to staging areas and field ops locations

Maintain reliable cleanup activities
- Off-shore - Deeper water
    Continue to apply aerial or surface dispersants to affected areas
    Use approved monitoring techniques to monitor effectiveness of dispersant operation
    Resume in situ-burns
    Use approved monitoring techniques to monitor effectiveness of in-situ burn operation
    Continue training/expansion/readiness of vsl of opp assets
    Fire boom acquisition
    Continue and expand skimming operations

- Near shore
    Conduct aerial assessments, catalog GPS data, and initiate boom reparations
    Conduct aerial assessments, ID and mitigate potential contamination in NS enviro
    Continue boom deployment based on parish plans
    Aggressively obtain boom for staging areas

- On shore
    Initiate deployment of SCAT resources
    Ensure efficient ops and transportation support
    Continue aggressive wildlife impact evaluation and rehab

Manage Coordinated Response
- Continue development and coordination to implement staffing and sustainability plan
- Continue to harvest, train, and use cooperating agency reps and volunteers

Keep Stakeholders and Public Informed
- Be the best reliable source of information

----------------------------------------------------

Houston Source Control Priorities

Night Priorities:
1. Retrieve Yellow POD v
2. Finalize the Air Monitoring Plan for vessels, including trigger points and mitigations to employ v
3. -deleted- Re-commencement of subsea dispersant injection and continued monitoring upon approval
4. Validate SIMOPS plan for 06May10 for coffer dam install and other activities in area.
5. Complete Riser location check
6. Clarify/improve overflight data and map generation process and timing
7. Delivery of the coffer dam to site

Day Priorities:
1. Install Coffer Dam
2. Cut Kill and Choke line on top of stack for top kill
3. Relief Well Drilling
  -DD3 drilling well
  -DD2 planning

**Approved By**

:  _____

| ICS 202 - General Response Objectives | Printed: 5/6/2010 00:42 | Page 3 of 4 | © 1997-2010 dbSoft, Inc. |

## ICS 204 - Assignment List

| | |
|---|---|
| **Incident:** Mississippi Canyon 252 | **Prepared By:** Unified Command  at 5/5/2010 04:16 |
| **Period:** Period 16 (5/6/2010 06:00 - 5/7/2010 06:00) | **Branch:** Sector New Orleans |
| | **Division/Group/Staging:** Aerial Dispersant Group |

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Black, James | BP | 713-562-6419 |
| Air Ops Branch Director | Verrett, Brian | BP | 337-578-2425 |
| Air Ops Branch Director/USCG | Carpenter, John CWO | U.S. Coast Guard | 985-380-5363 |
| Dispersant Group | Schacht, Ken | MSRC | 4252931218 |
| Surveillance Group | Holton, Aaron | Obriens | 985-774-5208 |
| Tactical Skimming Direction Group | Sutcliffe, Mike | | |

### Resources Required

| Area of Operation | Resource Type | Description | Quantity | Size |
|---|---|---|---|---|
| Aerial Dispersant Group | Aircraft: Fixed Wing | Aircraft: Fixed Wing | 7 each | |
| Aerial Dispersant Group | Dispersant | | 50000 gallon(s) | |
| Aerial Dispersant Group | Dispersant: AppSystem | Dispersant: AppSystem | 5 each | |
| Aerial Dispersant Group | Manpower: Operator | | 53 each | |
| Aerial Dispersant Group | Manpower: Responder | | 4 each | |
| USCG SMART Aerial Tier 1 H | Aircraft: Helo | Aircraft: Helo | 2 each | |
| USCG SMART Aerial Tier 1 H | Manpower: Operator | | 6 each | |

### Assignments

Apply dispersants as approved and appropriate within weather limits (cieling of 15k, visibility 3 miles, and 35 knot winds).
Deploy and monitor success of effectiveness.
Continue intigration of UC approval of activation.
Monitor stockpile of dispersant for supply replenishment to maintain 50,000 gallons a day.

### Special Instructions for Division / Group

***No dispersant application ops within one mile of marine mammals and sea turles.***
Vessel clearance from spray targets prior to deployment.
Dispersant aircraft to follow FAA procedures.

### Tactical Objective

Apply dispersants as approved and appropriate.
Deploy and monitor success of effectiveness.
Monitor stockpile of dispersant for supply replenishment.

### Location of Work

ASI Houma - home base for DC-3 & DC 3 Turbo Prop
MSRC Stennis, MS - home base for C-130 & King Air

### Special Environmental Considerations

All aircraft and vessels should be watching for marine mammals/sea turtles.
*Whales have been spotted in the area*
All personnel must report marine mammal/turtle sightings to the Wildlife Reporting Hotline: 1-866-557-1401

Reviewed By Signatures - (PSC):                    (OSC):

| ICS 204 - Assignment List | Printed: 5/5/2010 18:05 | Page 1 of 2 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

HCG154-001672

| ICS 204 - Assignment List | | |
|---|---|---|
| Incident: Mississippi Canyon 252 | Prepared By: Unified Command | at 5/5/2010 04:16 |
| Period: Period 16 (5/6/2010 06:00 - 5/7/2010 06:00) | Branch: Sector New Orleans | |
| | Division/Group/Staging: Aerial Dispersant Group | |

### Special Site-Specific Safety Considerations

All incidents shall be immediately reported. These include near misses, first aids, security breaches, loss of primary containment, incidents, etc. All appropriate PPE shall be worn when necessary. All personnel working with chemicals or contaminated materials shall review the appropriate MSDS. Each person shall drink plenty of fluids in order to stay hydrated. Personnel shall protect themselves from the sun (i.e. use sunscreen, long sleeves, hats, etc.). All personnel shall take appropriate breaks in order to prevent fatigue. All personnel shall protect themselves from severe weather. Personnel shall be aware of insects, spiders, wasps, snakes, etc. and take the necessary precautions. For any additional specific safety and health precautions please review the 208 Site Safety Plan.

Reviewed By Signatures - (PSC):              (OSC):

| ICS 204 - Assignment List | Printed: 5/5/2010 18:05 | Page 2 of 2 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

HCG154-001673