# Exhibit S-16



HCG154-001704

| ICS 202 - General Response Objectives | | | |
|---|---|---|---|
| Incident: Mississippi Canyon 252 | | Prepared By: Leonard, Chris | at 5/6/2010 20:55 |
| Period: Period 17 (5/7/2010 06:00 - 5/8/2010 06:00) | | Version Name: | Period 17 Objectives- Combined IMT |

| Overall and Strategic Objectives | Assigned To | Status |
|---|---|---|
| **Ensure the Safety of Citizens and Response Personnel** | | |
| • Develop & Deliver the right level of Safety & Health Training to all workers | Safety Officer | In Progress |
| • Continue implementation and optimization of air/water monitoring plan | Safety/Environmental | In Progress |
| • Continue implementation and optimization of Site Safety & Health Plan for response personnel and volunteers | Safety Officer | In Progress |
| **Control the Source of the Spill (Houston)** | | |
| • Monitor well head for signs of any release | Houston Source Control | In Progress |
| • Develop and implement subsea intervention strategies | Houston Source Control | In Progress |
| • Develop and implement subsea containment strategies | Houston Source Control | In Progress |
| • Drill relief wells | Houston Source Control | In Progress |
| **Maximize Protection of Environmentally-Sensitive Areas for Louisiana** | | |
| • Continue prioritization of sensitive areas based on trajectories | Environmental Unit | In Progress |
| • Continue implementing/maintaining booming strategies for Eastern Louisiana shoreline | Shoreline Protection Branch | In Progress |
| • Develop booming strategies for Western Louisiana shoreline | Shoreline Protection Branch | In Progress |
| **Recover and Rehabilitate Injured Wildlife** | | |
| **Contain and Recover Spilled Material** | | |
| • OFF-SHORE DEEPER WATER | | |
| • Overflight/monitoring for situation awareness and operations direction | Air Ops Branch Director | In Progress |
| • Maximize on-water mechanical containment and recovery | On Water Recovery Group Supervisor | In Progress |
| • Continue to deploy, optimize, and enhance dispersant plan | Dispersant Group | In Progress |
| • Implement, optimize, and enhance In-situ burn plan | In-Situ Burn Operations Group Supervisor | In Progress |
| • NEAR SHORE | | |
| • Maintain equipment decon and vessel cleaning stations | On Water Recovery Group Supervisor | In Progress |
| • ON SHORE | | |
| • Conduct appropriate shoreline cleanup efforts | Shoreline Cleanup | Planning |
| • Continue development & Implement Waste Management Plan including Waste Minimization | Environmental | In Progress |
| **Manage a Coordinated Response Effort** | | |
| • Sustain emergency response organization to support the ongoing response activities | Unified Command | In Progress |

| ICS 202 - General Response Objectives | Printed: 5/6/2010 20:57 | Page 1 of 2 | © 1997-2010 dbSoft, Inc. |

13-149

HCG154-001716

| ICS 202 - General Response Objectives | | | |
|---|---|---|---|
| **Incident:** Mississippi Canyon 252 | | **Prepared By:** Leonard, Chris | at 5/6/2010 20:55 |
| **Period:** Period 17 (5/7/2010 06:00 - 5/8/2010 06:00) | | **Version Name:** Period 17 Objectives- Combined IMT | |

| Overall and Strategic Objectives | Assigned To | Status |
|---|---|---|
| Keep Stakeholders and Public Informed of Response Activities | | |
| • Active engagement with State and Local Agencies and Communities | Houma | In Progress |
| • Maintain communications with Area Command, Mobile & St. Petersburg ICPs | | In Progress |

**Operational Period Command Emphasis (Safety Message, Priorities, Key Decisions/Directions)**

Please see attachment titled "Houma/Houston Combined Priorities."

**Approved By**

: _____

| ICS 202 - General Response Objectives | Printed: 5/6/2010 20:57 | Page 2 of 2 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

14-149

HCG154-001717

## ICS 204 - Assignment List

| Incident: Mississippi Canyon 252 | Prepared By: Unified Command | at 5/6/2010 17:48 |
|---|---|---|
| Period: Period 17 (5/7/2010 06:00 - 5/8/2010 06:00) | Branch: Sector New Orleans | |
| | Division/Group/Staging: Aerial Dispersant Group | |

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Armstrong, Thomas (Tom) | BP | 281-788-2874 |
| Operations Section Deputy | Benson, Nick | O Briens | 281-467-9808 |
| Operations Section Deputy | Zauner, Peter | U.S. Coast Guard | 251-680-8006 |
| Air Ops Branch Director | Verrett, Brian | BP | 337-578-2425 |
| Air Ops Branch Director/USCG | Carpenter, John CWO | U.S. Coast Guard | 985-380-5363 |
| Dispersant Group | Schacht, Ken | MSRC | 4252931218 |
| Surveillance Group | Holton, Aaron | Obriens | 985-774-5208 |
| Tactical Skimming Direction Group | Sutcliffe, Mike | | |

### Resources Required

| Area of Operation | Resource Type | Description | Quantity | Size |
|---|---|---|---|---|
| Aerial Dispersant Group | Aircraft: Fixed Wing | Aircraft: Fixed Wing | 10 each | |
| Aerial Dispersant Group | Dispersant | | 50000 gallon(s) | |
| Aerial Dispersant Group | Dispersant: AppSystem | Dispersant: AppSystem | 7 each | |
| Aerial Dispersant Group | Manpower: Operator | | 53 each | |
| Aerial Dispersant Group | Manpower: Responder | | 4 each | |
| USCG SMART Aerial Tier 1 H | Aircraft: Helo | Aircraft: Helo | 2 each | |
| USCG SMART Aerial Tier 1 H | Manpower: Operator | | 8 each | |
| Airborne Command & Control | Aircraft: Fixed Wing | Aircraft: Fixed Wing | 1 each | |
| Airborne Command & Control | Manpower: Operator | | 6 each | |

### Assignments

Apply dispersants as approved and appropriate within weather limits (cieling of 15k, visibility 3 miles, and 35 knot winds).
Deploy and monitor success of effectiveness.
Continue intigration of UC approval of activation.
Monitor stockpile of dispersant for supply replenishment to maintain 50,000 gallons a day.

### Special Instructions for Division / Group

***No dispersant application ops within one mile of marine mammals and sea turles.***
Vessel clearance from spray targets prior to deployment.
Dispersant aircraft to follow FAA procedures.

### Tactical Objective

Apply dispersants as approved and appropriate.
Deploy and monitor success of effectiveness.
Monitor stockpile of dispersant for supply replenishment.

### Location of Work

ASI Houma - home base for DC-3 & DC 3 Turbo Prop
MSRC Stennis, MS - home base for C-130 & King Air

Reviewed By Signatures - (PSC):    (OSC):

| ICS 204 - Assignment List | Printed: 5/7/2010 01:15 | Page 1 of 2 | © 1997-2010 dbSoft, Inc. |

31-149
HCG154-001734

32-149

| ICS 204 - Assignment List | | |
|---|---|---|
| Incident: Mississippi Canyon 252 | Prepared By: Unified Command | at 5/6/2010 17:48 |
| Period: Period 17 (5/7/2010 06:00 - 5/8/2010 06:00) | Branch: Sector New Orleans | |
| | Division/Group/Staging: Aerial Dispersant Group | |

### Special Environmental Considerations

All aircraft and vessels should be watching for marine mammals/sea turtles.
*Whales have been spotted in the area*
All personnel must report marine mammal/turtle sightings to the Wildlife Reporting Hotline: 1-866-557-1401

### Special Site-Specific Safety Considerations

See Site Saftey Plan (ICS 208) for On Water Recovery Operations issues and considerations.
Notify chain of comand of any unplanned health, safety, security, or environmental incidents. These include near misses, first aids, security breaches, loss of primary containment, incidents, etc.
- Caution for debris fields (surface and sub-surface)

In-Situ burning will be on-going in your area of operations. Avoid smoke plumes and interference with their operations.

Reviewed By Signatures - (PSC): (OSC):

| ICS 204 - Assignment List | Printed: 5/7/2010 01:15 | Page 2 of 2 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

Page 32 of 151

32-149

HCG154-001735