# Exhibit S-17



IAP Cover Sheet

| Incident Name: | Operational Period to be covered by IAP: |
|---|---|
| Mississippi Canyon 252 | Period 18  (5/8/2010 06:00 - 5/9/2010 06:00) |

Approved by:

CGIC

SOSC

RPIC

# Incident Action
# Plan



ORIGINAL

| Prepared By:  Pellestrana, Sergio | Prepared Date/Time:   5/7/2010 04:10 | |
|---|---|---|
| IAP Cover Sheet | | © 1997-2010 dbSoft, Inc. |
| | Page 1 of 93 | |

## ICS 204 - Assignment List

| Incident: Mississippi Canyon 252 | Prepared By: Unified Command | at 5/7/2010 04:10 |
|---|---|---|
| Period: Period 18 (5/8/2010 06:00 - 5/9/2010 06:00) | Branch: Sector New Orleans | |
| | Division/Group/Staging: Aerial Dispersant Group | |

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Deputy | Benson, Nick | O Briens | 281-467-9808 |
| Operations Section Chief | Armstrong, Thomas (Tom) | BP | 281-788-2874 |
| Operations Section Deputy | Zauner, Peter | U.S. Coast Guard | 251-680-8006 |
| Air Ops Branch Director | Verrett, Brian | BP | 337-578-2425 |
| Air Ops Branch Director/USCG | Carpenter, John CWO | U.S. Coast Guard | 985-380-5363 |
| Dispersant Group | Schacht, Ken | MSRC | 4252931218 |
| Surveillance Group | Holton, Aaron | Obriens | 985-774-5208 |
| Tactical Skimming Direction Group | Sutcliffe, Mike | | |

### Resources Required

| Area of Operation | Resource Type | Description | Quantity | Size |
|---|---|---|---|---|
| Aerial Dispersant Group | Aircraft: Fixed Wing | Aircraft: Fixed Wing | 7 each | |
| Aerial Dispersant Group | Dispersant | | 50000 gallon(s) | |
| Aerial Dispersant Group | Dispersant: AppSystem | Dispersant: AppSystem | 8 each | |
| Aerial Dispersant Group | Manpower: Operator | | 53 each | |
| Aerial Dispersant Group | Manpower: Responder | | 4 each | |
| USCG SMART Aerial Tier 1 H | Aircraft: Helo | Aircraft: Helo | 2 each | |
| USCG SMART Aerial Tier 1 H | Manpower: Operator | | 8 each | |
| Airborne Command & Control | Aircraft: Fixed Wing | Aircraft: Fixed Wing | 1 each | |
| Airborne Command & Control | Manpower: Operator | | 6 each | |

### Assignments

Apply dispersants as approved and appropriate within weather limits (cieling of 15k, visibility 3 miles, and 35 knot winds).
Deploy and monitor success of effectiveness.
Continue intligration of UC approval of activation.
Monitor stockpile of dispersant for supply replenishment to maintain 50,000 gallons a day.

### Special Instructions for Division / Group

***No dispersant application ops within one mile of marine mammals and sea turles.***
Vessel clearance from spray targets prior to deployment.
Dispersant aircraft to follow FAA procedures.

### Tactical Objective

Apply dispersants as approved and appropriate.
Deploy and monitor success of effectiveness.
Monitor stockpile of dispersant for supply replenishment.

### Location of Work

ASI Houma - home base for DC-3 & DC 3 Turbo Prop
MSRC Stennis, MS - home base for C-130 & King Air

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 5/7/2010 22:16 | Page 1 of 2 | © 1997-2010 dbSoft, Inc. |

HCG154-001968

| ICS 204 - Assignment List | | |
|---|---|---|
| Incident: Mississippi Canyon 252 | Prepared By: Unified Command | at 5/7/2010 04:10 |
| Period: Period 18 (5/8/2010 06:00 - 5/9/2010 06:00) | Branch: Sector New Orleans | |
| | Division/Group/Staging:  Aerial Dispersant Group | |

| Special Environmental Considerations |
|---|
| All aircraft and vessels should be watching for marine mammals/sea turtles.<br>*Whales have been spotted in the area*<br>All personnel must report marine mammal/turtle sightings  to the Wildlife Reporting Hotline: 1-866-557-1401 |

| Special Site-Specific Safety Considerations |
|---|
| See Site Saftey Plan (ICS 208) for On Water Recovery Operations issues and considerations.<br>Notify chain of comand of any unplanned health, safety, security, or environmental incidents.  These include near misses, first aids, security breaches, loss of primary containment, incidents, etc.<br>- Caution for debris fields (surface and sub-surface)<br><br>In the case when In-Situ burning will be on-going in your area of operations, avoid smoke plumes and interference with their operations. |

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 5/7/2010 22:16 | Page 2 of 2 | © 1997-2010 dbSoft, Inc. |

HCG154-001969