# Exhibit S-18

| IAP Cover Sheet ||
|---|---|
| Incident Name: Mississippi Canyon 252 | Operational Period to be covered by IAP: Period 19 (5/9/2010 06:00 - 5/10/2010 06:00) |
| Approved by: <br> CGIC: _____ <br> SOSC: _____ <br> RPIC: Mike Utsler | |

# Incident Action Plan

*ORIGINAL*



| Prepared By: Pallavicini, Sergio | Prepared Date/Time: 5/8/2010 12:15 |
|---|---|
| IAP Cover Sheet | © 1997-2010 dbSoft, Inc. |

HCG154-002037

| ICS 202 - General Response Objectives | | | |
|---|---|---|---|
| Incident: Mississippi Canyon 252 | | Prepared By: Houma UC meeting rc at 5/8/2010 09:49 | |
| Period: Period 19 (5/9/2010 06:00 - 5/10/2010 06:00) | | Version Name: Period 19 Objectives - Houma IMT | |
| Overall and Strategic Objectives | | Assigned To | Status |
| Ensure the Heath, Safety, & Security of Citizens and Response Personnel | | | |
| • Ensure site security plan in place and implemented | | Security | In Progress |
| • Develop & Deliver the right level of Safety & Health Training to all workers & volunteers | | Safety Officer | In Progress |
| • Continue implementation and optimization of air/water particulate monitoring plan | | Safety/Environmental | In Progress |
| • Continue implementation and optimization of Site Safety & Health Plan for response personnel and volunteers | | Safety Officer | In Progress |
| Maximize Protection of Environmentally-Sensitive Areas for Louisiana | | | |
| • NEAR SHORE | | | |
| • Assess sensitive area prioritization based on trajectories | | Environmental Unit | In Progress |
| • Continue implementing/maintaining booming strategies for Louisiana shoreline | | Shoreline Protection Branch | In Progress |
| • Integrate Parish approved secondary protection strategies | | Protection Group Supervisor | In Progress |
| • Maintain equipment decon and vessel cleaning stations | | On Water Recovery Group Supervisor | In Progress |
| • ON SHORE | | | |
| • Prioritize notification and response protocol of fast response teams | | OPS | Planned |
| • Conduct as directed by SCAT appropriate shoreline cleanup efforts | | Shoreline Cleanup | Planning |
| • Implement Waste Management Plan | | Environmental | In Progress |
| Contain and Recover Spilled Material | | | |
| • NEAR-SHORE | | | |
| • Efficiently utilize resources | | Near-shore recovery | In Progress |
| • OFF-SHORE DEEPER WATER | | | |
| • Expand containment and recovery capabilities | | OPS | In Progress |
| • Overflight/monitoring for situation awareness and operations direction | | Air Ops Branch Director | In Progress |
| • Maximize on-water mechanical containment and recovery | | On Water Recovery Group Supervisor | In Progress |
| • Continue to deploy, optimize, and enhance dispersant plan | | Dispersant Group | In Progress |
| • Implement, optimize, and enhance In-situ burn plan | | In-Situ Burn Operations Group Supervisor | In Progress |
| • Demonstrate efficacy of applied response methods | | On Water Recovery Group Supervisor | In Progress |
| Recover and Rehabilitate Injured Wildlife | | | |
| Manage a Coordinated Response Effort | | | |
| • Sustain emergency response organization to support the ongoing response activities | | Unified Command | In Progress |
| ICS 202 - General Response Objectives | Printed: 5/8/2010 14:55 | Page 1 of 2 | © 1997-2010 dbSoft, Inc. |

| ICS 202 - General Response Objectives | | | |
|---|---|---|---|
| Incident: Mississippi Canyon 252 | | Prepared By: Houma UC meeting rc at 5/8/2010 09:49 | |
| Period: Period 19 (5/9/2010 06:00 - 5/10/2010 06:00) | | Version Name: Period 19 Objectives - Houma IMT | |
| **Overall and Strategic Objectives** | | | |
| | | Assigned To | Status |
| Keep Stakeholders and Public Informed of Response Activities | | | |
| • Active engagement with State and Local Agencies, Communities, and media | | Liaison Officer | In Progress |
| • Maintain communitations with Area Command, Mobile & St. Petersburg ICPs | | | In Progress |
| **Operational Period Command Emphasis (Safety Message, Priorities, Key Decisions/Directions)** | | | |
| Please see IAP Text Control attachment titled "Houma/Houston Combined Priorities." | | | |
| **Approved By** | | | |
| : _____ | | | |

| ICS 202 - General Response Objectives | Printed: 5/8/2010 14:55 | Page 2 of 2 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

HCG154-002058

# Houma Priorities

Health, Safety, & Security:
  1. Provide update on heat management issue with response personnel
- Continue to place high priority on safety; employ sound risk management principles to reduce risks and prevent injuries in all operations.
- As weather progresses conduct safety stand-down briefings and collect lessons learned.
- Ensure security of response personnel and assets:  Deploy security assets to staging areas and field ops locations
- No air/boat dispersant conflicts
- Provide status of adequate of PPE materials and tracking at Staging Areas
- Establish training sites and schedule for volunteers at the Parish level in the Coastal Parishes as well as National Guard

Maintain reliable cleanup activities
- Off-shore - Deeper water
    Continue to apply and improve aerial or surface dispersants to affected areas to prevent spread further East or West
    Provide update of the enhanced SMART Tier 3 monitoring results and modify/enhance plan as appropriate.
    Effectively utilize NOAA monitoring and provide update on effectiveness of dispersant operation
    Improve flow of monitoring data. Identify priorities and enhancements
    In-situ burn - confirm the volume of oil burned (Continue Fire boom acquisition) Provide brief on how to expand
In-situ burning capability.
    Use EPA monitoring techniques to monitor air quality impact of in-situ burn operation
    Continue training/expansion/readiness of vsl of opp assets
    Analyze and provide measurable improvement upon offshore skimming operations
    Reduce amount of oil moving towards southwest pass and Rigolets

- Near shore
    Assess progress on Rigolets, Chandeleur, Southwest Pass, & Timbalier
    Conduct aerial assessments, catalog GPS data, and continue boom reparations
    Continue improvement on inventory of boom by type and exact locations by staging area
    Conduct aerial assessments, ID and mitigate potential contamination in NS enviro
    Continue NOAA snare sampling/monitoring near shore and information flow to provide effective analysis
    Implement NOAA bottom sampling plan and provide status
    Continue boom deployment based on parish plans - emphasis on Rigolets, Chef Menteur, all channels leading to ICW
    Aggressively obtain and track boom for staging areas
    Provide status update of vessel dispersant trials

- On shore
    Continue mobilization of SCAT resources in coordination with state and federal agencies
    Ensure efficient ops and transportation support - deploy field observers and report back to Situation Unit
    Aggressively continue wildlife impact evaluation and rehab
    Integrate a federal presence at staging areas to ensure implementation of plans and field security

Recover & Rehabilitate Injured Wildlife
   - Provide update strategy on deployment of mobile wildlife rehab across Louisiana/GoM
   - Develop and implement offshore wildlife recovery plan and reporting of all wildlife (not just oiled wildlife)

Manage Coordinated Response
- Continue development and implementation of staffing sustainability plan
- Continue to identify, train, and use cooperating agency reps and volunteers

Keep Stakeholders and Public Informed
- Be the best reliable source of information
- PIO
  - Provide transparency and timely information and access to our stakeholders, the public and the media
  - Localize the Strategic Communications and talking points
  - Increase media access to the Houma Incident Commanders
  - Increase operational synergies between information operations and response operations
  - Provide approriate information to manage expectations of the local population
- Liaison

HCG154-002059

| ICS 204 - Assignment List | | | |
|---|---|---|---|
| Incident: Mississippi Canyon 252 | | Prepared By: Unified Command   at 5/8/2010 14:02 | |
| Period: Period 19 (5/9/2010 06:00 - 5/10/2010 06:00) | | Branch: Sector New Orleans | |
| Division/Group/Staging: Aerial Dispersant Group | | | |

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Armstrong, Thomas (Tom) | BP | 281-788-2874 |
| Operations Section Deputy | Zauner, Peter | U.S. Coast Guard | 251-680-8006 |
| Aerial Dispersant Group Supervisor | Huber, Charles | C.A. Huber, Inc. | 757-876-2952 |
| Air Ops Branch Director | Verrett, Brian | BP | 337-578-2425 |
| Air Ops Branch Director/USCG | Cromwell, John CDR | U.S. Coast Guard | 214-300-1041 |
| Dispersant Group Supervisor | Schacht, Ken | MSRC | 4252931218 |
| Surveillance Group | Holton, Aaron | Obriens | 985-774-5208 |
| SMART Group Supervisor | Bond, Kenneth DC1 | U.S. Coast Guard | 251-680-7841 |
| Tactical Skimming Direction Group | Sutcliffe, Mike | | |

### Resources Required

| Area of Operation | Resource Type | Description | Quantity | Size |
|---|---|---|---|---|
| Aerial Dispersant Group | Aircraft: Fixed Wing | Aircraft: Fixed Wing | 7 each | |
| Aerial Dispersant Group | Dispersant | | 50000 gallon(s) | |
| Aerial Dispersant Group | Dispersant: AppSystem | Dispersant: AppSystem | 8 each | |
| Aerial Dispersant Group | Manpower: Operator | | 53 each | |
| Aerial Dispersant Group | Manpower: Responder | | 4 each | |
| USCG SMART Aerial Tier 1 H | Aircraft: Helo | Aircraft: Helo | 2 each | |
| USCG SMART Aerial Tier 1 H | Manpower: Operator | | 8 each | |
| Airborne Command & Control | Aircraft: Fixed Wing | Aircraft: Fixed Wing | 1 each | |
| Airborne Command & Control | Manpower: Operator | | 6 each | |

### Assignments

Apply dispersants as approved and appropriate within weather limits (ceiling of 15k, 3 mile visibility, and 35 knot winds).
Deploy and monitor success of effectiveness.
Continue intigration of UC approval of activation.
Monitor stockpile of dispersant for supply replenishment to maintain 50,000 gallons a day.
Ensure a no spray zone within 5 miles of the source and 2 miles from any vessel
Coordinate with SMART Tier 2 Team to ensure dispersant effectiveness as data is collected

### Special Instructions for Division / Group

***No dispersant application ops within one mile of marine mammals and sea turles.***
Vessel clearance from spray targets prior to deployment.
Dispersant aircraft to follow FAA procedures.

### Tactical Objective

Apply dispersants as approved and appropriate.
Deploy and monitor success of effectiveness.
Monitor stockpile of dispersant for supply replenishment.

### Location of Work

ASI Houma - home base for DC-3 & DC 3 Turbo Prop
MSRC Stennis, MS - home base for C-130 & King Air

Reviewed By Signatures - (PSC):                                    (OSC):

| ICS 204 - Assignment List | Printed: 5/8/2010 17:17 | Page 1 of 2 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

| ICS 204 - Assignment List | | |
|---|---|---|
| Incident: Mississippi Canyon 252 | Prepared By: Unified Command | at 5/8/2010 14:02 |
| Period: Period 19 (5/9/2010 06:00 - 5/10/2010 06:00) | Branch: Sector New Orleans | |
| Division/Group/Staging: Aerial Dispersant Group | | |

### Special Environmental Considerations

All aircraft and vessels should be watching for marine mammals/sea turtles.
*Whales have been spotted in the area*
All personnel must report marine mammal/turtle sightings to the Wildlife Reporting Hotline: 1-866-557-1401

### Special Site-Specific Safety Considerations

See Site Saftey Plan (ICS 208) for On Water Recovery Operations issues and considerations.
Notify chain of comand of any unplanned health, safety, security, or environmental incidents. These include near misses, first aids, security breaches, loss of primary containment, incidents, etc.
- Caution for debris fields (surface and sub-surface)

In the case when In-Situ burning will be on-going in your area of operations, avoid smoke plumes and interference with their operations.

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 5/8/2010 17:17 | Page 2 of 2 | © 1997-2010 dbSoft, Inc. |

HCG154-002067