# Exhibit S-19

| IAP Cover Sheet ||
|---|---|
| Incident Name:<br>Mississippi Canyon 252 | Operational Period to be covered by IAP:<br>Period 20 (5/10/2010 06:00 - 5/11/2010 06:00) |
| Approved by:<br>CQIC: [signature] USCG<br>SOSC: [signature]<br>RPIC: Mike Utsler ||

# Incident Action Plan



| Prepared By: Sanderson, Glen | Prepared Date/Time: 5/9/2010 13:46 |
|---|---|
| IAP Cover Sheet | Period 5/9/2010 13:46  © 1997-2010 dbSoft, Inc. |

## IAP Cover Sheet

| Incident Name: | Operational Period to be covered by IAP: |
|---|---|
| Mississippi Canyon 252 | Period 20 (6/10/2010 06:00 - 6/11/2010 06:00) |

Approved by:

CGC: _Michael A. Day_, CDR   MICHAEL A. DAY, CDR, USCG

SOSC: _Robert K____

RPIC: _____   _Barett T. Bryce_

# Incident Action Plan



| Prepared By: | Sanderson, Glen | Prepared Date/Time: | 6/9/2010 13:46 |
|---|---|---|---|
| | IAP Cover Sheet | Printed: 6/9/2010 13:46 | © 1997-2010 dbSoft, Inc. |

## ICS 202 - General Response Objectives

| Incident: | Mississippi Canyon 252 | Prepared By: | Sanderson, Glen | at 5/9/2010 23:55 |
|---|---|---|---|---|
| Period: | Period 20 (5/10/2010 06:00 - 5/11/2010 06:00) | Version Name: | Period 20 Objectives - Houma IMT | |

### Overall and Strategic Objectives

| | Assigned To | Status |
|---|---|---|
| 1. Ensure the Health, Safety, & Security of Citizens and Response Personnel | | |
| • b. Develop & Deliver the right level of Safety & Health Training to all workers & volunteers (M) | Safety Officer | In Progress |
| • c. Continue implementation and optimization of air/water particulate monitoring plan (O) | Safety/Environmental | In Progress |
| • d. Continue implementation and optimization of Site Safety & Health Plan for response personnel and volunteers (M) | Safety Officer | In Progress |
| 2. Maximize Protection of Environmentally and Economically Sensitive Areas and Contain and Recover Spilled Material | | |
| • a. OFF-SHORE DEEPER WATER | | |
| • a2. Expand containment and recovery capabilities (O) | O P S | In Progress |
| • a3. Overflight/monitoring for situation awareness and operations direction (O) | Air Ops Branch Director | In Progress |
| • a4. Maximize on-water mechanical containment and recovery (O) | On Water Recovery Group Supervisor | In Progress |
| • a5. Continue to deploy, optimize, and enhance dispersant plan (O) | Dispersant Group | In Progress |
| • a7. Evaluate efficacy of applied response methods (M) | On Water Recovery Group Supervisor | In Progress |
| • b. NEAR SHORE | | |
| • b1. Efficiently utilize resources (M) | Near-shore recovery | In Progress |
| • b2. Assess sensitive area prioritization based on trajectories (M) | Environmental Unit | In Progress |
| • b3. Continue implementing/maintaining booming strategies for Louisiana shoreline (O) | Shoreline Protection Branch | In Progress |
| • b4. Integrate Parish approved secondary protection strategies (M) | Protection Group Supervisor | In Progress |
| • b5. Maintain equipment decon and vessel cleaning stations (O) | On Water Recovery Group Supervisor | In Progress |
| • c. ONSHORE | | |
| • c1. Prioritize notification and response protocol of fast response teams (M) | O P S | Planned |
| • c2. Conduct appropriate shoreline cleanup efforts as directed by SCAT (O) | Shoreline Cleanup | Planning |
| • c3. Implement Waste Management Plan (O) | Environmental | In Progress |
| 3. Recover and Rehabilitate Injured Wildlife (O) | | |
| 4. Manage a Coordinated Response Effort (O) | | |
| • a. Sustain emergency response organization to support the ongoing response activities (M) | Unified Command | In Progress |
| 5. Keep Stakeholders and Public Informed of Response Activities (M) | | |
| • a. Active engagement with State and Local Agencies, Communities, and media (M) | Liaison Officer | In Progress |
| • b. Maintain communitations with Area Command, Mobile & St. Petersburg ICPs (M) [COMMUNICATIONS] | Liaison Officer | In Progress |

18-103

| ICS 202 - General Response Objectives | Printed: 5/10/2010 00:24 | Page 1 of 2 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

| ICS 202 - General Response Objectives | | | |
|---|---|---|---|
| Incident: Mississippi Canyon 252 | Prepared By: | Sanderson, Glen | at 5/9/2010 23:55 |
| Period: Period 20 (5/10/2010 06:00 - 5/11/2010 06:00) | Version Name: | Period 20 Objectives - Houma IMT | |
| Operational Period Command Emphasis (Safety Message, Priorities, Key Decisions/Directions) | | | |
| Please see IAP Text Control attachment titled "Houma Priorities". | | | |

**Approved By**

:  _____

*19-103*

| ICS 202 - General Response Objectives | Printed: 5/10/2010 00:24 | Page 2 of 2 | © 1997-2010 dbSoft, Inc. |

HCG154-002177

# Houma Priorities

1. Health, Safety, & Security:
- Provide update on heat management issue with response personnel
- Continue to place high priority on safety; employ sound risk management principles to reduce risks and prevent injuries in all operations.
- Ensure security of response personnel and assets
- No air/boat dispersant conflicts
- Provide status of adequate of PPE materials and tracking at Staging Areas
- Establish training sites and schedule for volunteers at the Parish level in the Coastal Parishes as well as National Guard

2. Maintain reliable protection and cleanup activities
   OFFSHORE – DEEPER WATER
- Continue to apply and improve aerial or surface dispersants to affected areas to prevent spread further East or West
- Provide update of the enhanced SMART Tier 3 monitoring results and modify/enhance plan as appropriate.
- Effectively utilize NOAA monitoring and provide update on effectiveness of dispersant operation
- Improve flow of monitoring data.
- In-situ burn - confirm the volume of oil burned (Continue Fire boom acquisition). Provide brief on how to expand In-situ burning capability.
- Use EPA monitoring techniques to monitor air quality impact of in-situ burn operation
- Continue training/expansion/readiness of vsl of opp assets
- Analyze and provide measurable improvement upon offshore skimming operations
- Reduce amount of oil moving towards southwest pass and Rigolets

   NEAR SHORE / SHORELINE
- Assess progress on Rigolets, Chandeleur, Southwest Pass, & Timbalier
- Conduct aerial assessments, catalog GPS data, and continue boom reparations
- Continue improvement on inventory of boom by type and exact locations by staging area
- Conduct aerial assessments, ID and mitigate potential contamination in NS enviro
- Continue NOAA snare sampling/monitoring near shore and information flow to provide effective analysis
- Implement NOAA bottom sampling plan and provide status
- Continue boom deployment based on parish plans - emphasis on Rigolets, Chef Menteur, all channels leading to ICW
- Aggressively obtain and track boom for staging areas

   ON SHORE
- Continue mobilization of SCAT resources in coordination with state and federal agencies
- Ensure efficient ops and transportation support
- Aggressively continue wildlife impact evaluation and rehab
- Integrate a federal presence at staging areas to ensure implementation of plans and field security

3. Recover & Rehabilitate Injured Wildlife
- Provide update strategy on deployment of mobile wildlife rehab across Louisiana/GoM
- Develop and implement offshore wildlife recovery plan and reporting of all wildlife (not just oiled wildlife)

4. Manage Coordinated Response
- Continue development and implementation of staffing sustainability plan
- Continue to identify, train, and use cooperating agency reps and volunteers

5. Keep Stakeholders and Public Informed
- Be the best reliable source of information
  PIO
- Provide transparency and timely information and access to our stakeholders, the public and the media
  Localize the Strategic Communications and talking points

20-103

## ICS 204 - Assignment List

| | |
|---|---|
| **Incident:** Mississippi Canyon 252 | **Prepared By:** Unified Command   at 5/9/2010 03:44 |
| **Period:** Period 20 (5/10/2010 06:00 - 5/11/2010 06:00) | **Branch:** Sector New Orleans |
| | **Division/Group/Staging:** Aerial Dispersant Group |

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Armstrong, Thomas (Tom) | BP | 281-788-2874 |
| Operations Section Deputy | Zauner, Peter | U.S. Coast Guard | 251-680-8006 |
| Aerial Dispersant Group Supervisor | Huber, Charles | C.A. Huber, Inc. | 757-876-2952 |
| Air Ops Branch Director | Verrett, Brian | BP | 337-578-2425 |
| Air Ops Branch Director/USCG | Cromwell, John CDR | U.S. Coast Guard | 214-300-1041 |
| Dispersant Group Supervisor | Schacht, Ken | MSRC | 4252931218 |
| Surveillance Group | Holton, Aaron | Obriens | 985-774-5208 |
| SMART Group Supervisor | Bond, Kenneth DC1 | U.S. Coast Guard | 251-680-7841 |
| Tactical Skimming Direction Group | Sutcliffe, Mike | | |

### Resources Required

| Area of Operation | Resource Type | Description | Quantity | Size |
|---|---|---|---|---|
| Aerial Dispersant Group | Aircraft: Fixed Wing | Aircraft: Fixed Wing | 7 each | |
| Aerial Dispersant Group | Dispersant | | 50000 gallon(s) | |
| Aerial Dispersant Group | Dispersant: AppSystem | Dispersant: AppSystem | 8 each | |
| Aerial Dispersant Group | Manpower: Operator | | 53 each | |
| Aerial Dispersant Group | Manpower: Responder | | 4 each | |
| USCG SMART Aerial Tier 1 H | Aircraft: Helo | Aircraft: Helo | 2 each | |
| USCG SMART Aerial Tier 1 H | Manpower: Operator | | 8 each | |
| Airborne Command & Control | Aircraft: Fixed Wing | Aircraft: Fixed Wing | 1 each | |
| Airborne Command & Control | Manpower: Operator | | 6 each | |

### Assignments

Apply dispersants as approved and appropriate within weather limits (ceiling of 1500ft, 3 mile visibility, and 35 knot winds).
Deploy and monitor success of effectiveness.
Continue intigration of UC approval of activation.
Monitor stockpile of dispersant for supply replenishment to maintain 50,000 gallons a day.
Ensure a no spray zone within 5 miles of the source and 2 miles from any vessel/platform
Coordinate with SMART Tier 2 Team to ensure dispersant effectiveness as data is collected
Evaluating other NCP product schedule dispersant with boat spray systems.

### Special Instructions for Division / Group

***No dispersant application ops within one mile of marine mammals and sea turles.***
Vessel clearance from spray targets prior to deployment.

### Tactical Objective

Apply dispersants as approved and appropriate.
Deploy and monitor success of effectiveness.
Monitor stockpile of dispersant for supply replenishment.

**Reviewed By Signatures - (PSC):**          (OSC):

| ICS 204 - Assignment List | Printed: 5/9/2010 22:31 | Page 1 of 2 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

25-103

HCG154-002183

| ICS 204 - Assignment List |||
|---|---|---|
| Incident: Mississippi Canyon 252 | Prepared By: Unified Command | at 5/9/2010 03:44 |
| Period: Period 20 (5/10/2010 06:00 - 5/11/2010 06:00) | Branch: Sector New Orleans ||
| Division/Group/Staging: Aerial Dispersant Group |||

**Location of Work**

ASI Houma - home base for DC-3 & DC 3 Turbo Prop
MSRC Stennis, MS - home base for C-130 & King Air

**Special Environmental Considerations**

All aircraft and vessels should be watching for marine mammals/sea turtles.
*Whales have been spotted in the area*
All personnel must report marine mammal/turtle sightings to the Wildlife Reporting Hotline: 1-866-557-1401

**Special Site-Specific Safety Considerations**

PRE-TASK SAFETY
• Safety briefing for all passengers is required.
• All incidents shall be immediately reported to your supervisor. These include but are not limited to near misses, first aids, recordable injuries, security breaches, loss of primary containment, etc.
• Everyone has the obligation to stop work that is unsafe.
• A JSEA shall be completed prior to beginning work.
PERSONAL SAFETY
• All appropriate PPE shall be worn when necessary.
• All pilots and passengers shall wear hearing and eye protection at all times around operating helicopters.
• All pilots and passengers shall wear PFD's and seatbelts at all times.
• All pilots and passengers shall approach/depart from front of helicopters.
• All pilots and passengers shall be aware of rotating assemblies and engine intakes.
• All pilots and personnel shall take appropriate breaks in order to prevent fatigue.
• All personnel shall protect themselves from severe weather.
• All passengers shall follow the pilots direction at all times.
• NO SMOKING, unless in a designated area. Personnel must be made aware of the location of flammable and combustible materials including; fuel and flammable material storage areas, flammable contaminated materials, hay bales, crude oil, etc. Strict adherence to the smoking policy is required.
TRANSPORTATION SAFETY
• For any additional specific safety and health precautions please review the 208 Aircraft Operations Site Safety Plan.
COMMUNICATION
• Review communication procedures prior to each task.
• Ensure communication equipment is in working rrder.
• Review Hand Signals with all response personnel.
• Review warning sirens and alarms daily.
• Check posting/location of first aid and medical support.
• Identify muster locations daily or as work area advances.
• Do not use cell phone while driving, operating equipment or other tasks requiring full attention (e.g., power tools, cutting, etc).

Reviewed By Signatures - (PSC):                    (OSC):

| ICS 204 - Assignment List | Printed: 5/9/2010 22:31 | Page 2 of 2 | © 1997-2010 dbSoft, Inc. |

26-103