# Exhibit S-22

| IAP Cover Sheet | |
|---|---|
| Incident Name: Mississippi Canyon 252 | Operational Period to be covered by IAP: Period 23  (5/13/2010 06:00 - 5/14/2010 06:00) |
| Approved by: CGIC: _[signature]_ MICHAEL A. DAY  SOSC: _[signature]_  RPIC: _[signature]_ Brian R. Baine BP | |

# Incident Action Plan



| Prepared By: Sanderson, Glen | Prepared Date/Time: 5/12/2010 17:04 | |
|---|---|---|
| 1 of 126   IAP Cover Sheet | Printed: 5/12/2010 17:07 | © 1997-2010 dbSoft, Inc. |

HCG154-002572

# ICS 204 - Assignment List

**Incident:** Mississippi Canyon 252  
**Prepared By:** Unified Command at 5/12/2010 03:43  
**Period:** Period 23 (5/13/2010 06:00 - 5/14/2010 06:00)  
**Branch:** Sector New Orleans  
**Division/Group/Staging:** Aerial Dispersant Group

## Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Armstrong, Thomas (Tom) | BP | 281-788-2874 |
| Operations Section Deputy | Zauner, Peter | U.S. Coast Guard | 251-680-8006 |
| Aerial Dispersant Group Supervisor | Huber, Charles | C.A. Huber, Inc. | 757-876-2952 |
| Air Ops Branch Director | Verrett, Brian | BP | 337-578-2425 |
| Air Ops Branch Director/USCG | Cromwell, John CDR | U.S. Coast Guard | 214-300-1041 |
| Surveillance Group | Holton, Aaron | Obriens | 985-774-5208 |
| SMART Group Supervisor | Bond, Kenneth DC1 | U.S. Coast Guard | 251-680-7841 |
| Tactical Skimming Direction Group | Sutcliffe, Mike | | |

## Resources Required

| Area of Operation | Resource Type | Description | Quantity | Size |
|---|---|---|---|---|
| Aerial Dispersant Group | Manpower: Responder | | 7 each | |
| USCG SMART Aerial Tier 1 H | Aircraft: Helo | Aircraft: Helo | 2 each | |

## Assignments

Apply dispersants as approved and appropriate within weather limits (ceiling of 11,500 ft., 3 mile visibility, and 35 knot winds).
Deploy and monitor success of effectiveness.
Continue intigration of UC approval of activation.
Target Black and Brown oil that is most fresh and dispersable.
Ensure a no spray zone within 5 miles of the source and 2 miles from any vessel/platform.
Coordinate with Houston ICP to deconflict sub-sea dispersant application (15 mile no spray zone).
Coordinate with SMART Tier 2 Team to ensure dispersant effectiveness as data is collected.
Monitor stockpile of dispersant for supply replenishment to maintain 50,000 gallons a day.
Follow instructions for overflight restrictions over wildlife refuges.
Evaluating other NCP product schedule dispersants with boat spray system.

Complete Safety stand-down and operational review as directed by Unified Command.

## Special Instructions for Division / Group

***No dispersant application ops within one mile of marine mammals and sea turles.***
Vessel clearance from spray targets prior to deployment.

Report take off & landing times to assigned coordinators as they occur.

Coordinate with SMART Group supervisor, report area sprayed Lat/Long, time sprayed, # of passes and gallons applied.

## Communications

| Name / Function | Radio: Freq. / System / Channel | Phone | Pager |
|---|---|---|---|
| Air to Air Frequency | 126.4 (Primary) / 123.45 (Secondary) | | |
| Surface to Air Frequency | 122.9 (Primary) / 123.45 | | |
| Coordination with Stennis base | 122.9 (Primary) / Marine channel as a Secondi | | |

Reviewed By Signatures - (PSC):                    (OSC):

32 ICS 204 - Assignment List | Printed: 5/12/2010 19:10 | Page 1 of 2 | © 1997-2010 dbSoft, Inc.

HCG154-002603

| ICS 204 - Assignment List | |
|---|---|
| Incident: Mississippi Canyon 252 | Prepared By: Unified Command   at 5/12/2010 03:43 |
| Period: Period 23 (5/13/2010 06:00 - 5/14/2010 06:00) | Branch: Sector New Orleans |
| | Division/Group/Staging: Aerial Dispersant Group |

**Tactical Objective**

Apply dispersants as approved and appropriate.
Deploy and monitor success of effectiveness.
Monitor stockpile of dispersant for supply replenishment.

**Location of Work**

ASI Houma - home base for DC-3 & DC 3 Turbo Prop
MSRC Stennis, MS - home base for C-130 & King Air

**Special Environmental Considerations**

All aircraft and vessels should be watching for marine mammals/sea turtles.
*Whales have been spotted in the area*
All personnel must report marine mammal/turtle sightings to the Wildlife Reporting Hotline: 1-866-557-1401

**Special Site-Specific Safety Considerations**

PRE-TASK SAFETY
• Safety briefing for all passengers is required.
• All incidents shall be immediately reported to your supervisor. These include but are not limited to near misses, first aids, recordable injuries, security breaches, loss of primary containment, etc.
• Everyone has the obligation to stop work that is unsafe.
• A JSEA shall be completed prior to beginning work.
PERSONAL SAFETY
• All appropriate PPE shall be worn when necessary.
• All pilots and passengers shall wear hearing and eye protection at all times around operating helicopters.
• All pilots and passengers shall wear PFD's and seatbelts at all times.
• All pilots and passengers shall approach/depart from front of helicopters.
• All pilots and passengers shall be aware of rotating assemblies and engine intakes.
• All pilots and personnel shall take appropriate breaks in order to prevent fatigue.
• All personnel shall protect themselves from severe weather.
• All passengers shall follow the pilots direction at all times.
• NO SMOKING, unless in a designated area. Personnel must be made aware of the location of flammable and combustible materials including; fuel and flammable material storage areas, flammable contaminated materials, hay bales, crude oil, etc. Strict adherence to the smoking policy is required.
TRANSPORTATION SAFETY
• For any additional specific safety and health precautions please review the 208 Aircraft Operations Site Safety Plan.
COMMUNICATION
• Review communication procedures prior to each task.
• Ensure communication equipment is in working rrder.
• Review Hand Signals with all response personnel.
• Review warning sirens and alarms daily.
• Check posting/location of first aid and medical support.
• Identify muster locations daily or as work area advances.
• Do not use cell phone while driving, operating equipment or other tasks requiring full attention (e.g., power tools, cutting, etc).

Reviewed By Signatures - (PSC):                                    (OSC):

| ICS 204 - Assignment List | Printed: 5/12/2010 19:10 | Page 2 of 2 | © 1997-2010 dbSoft, Inc. |

HCG154-002604