# Exhibit S-23

| IAP Cover Sheet ||
|---|---|
| Incident Name: Mississippi Canyon 252 | Operational Period to be covered by IAP: Period 24 (5/14/2010 06:00 - 5/15/2010 06:00) |
| Approved by: <br> CGC: _____ ADM Mary E Day <br> SOSC: _____ <br> RPIC: _____ Brian T. Rasch — BP ||

# Incident Action Plan



ORIGINAL

| Prepared By: Sanderson, Glen | Prepared Date/Time: 5/13/2010 03:01 ||
| --- | --- | --- |
| IAP Cover Sheet | Printed: 5/13/2010 13:56 | © 1997-2010 dbSoft, Inc. |

Page 1 of 7

| ICS 202 - General Response Objectives | | | |
|---|---|---|---|
| Incident: Mississippi Canyon 252 | | Prepared By: odell, mike | at 5/13/2010 14:17 |
| Period: Period 24 (5/14/2010 06:00 - 5/15/2010 06:00) | | Version Name: Period 24 Objectives - Houma IMT | |
| **Overall and Strategic Objectives** | | | |
| | | Assigned To | Status |
| 1. Ensure the Health, Safety, & Security of Citizens and Response Personnel | | | |
| | • a. Develop & Deliver the right level of Safety & Health Training to all workers & volunteers (M) | Safety Officer | In Progress |
| | • b. Continue implementation and optimization of air/water particulate monitoring plan and deliver information to key stakeholders (O) | Safety/Environmental | In Progress |
| | • c. Continue implementation and optimization of Site Safety & Health Plan for response personnel and volunteers (M) | Safety Officer | In Progress |
| 2. Maximize Protection of Environmentally and Economically Sensitive Areas and Contain and Recover Spilled Material | | | |
| | • a. OFF-SHORE DEEPER WATER | | |
| | • a1. Expand containment and recovery capabilities (O) | O P S | In Progress |
| | • a2. Overflight/monitoring for situation awareness and operations direction (O) | Air Ops Branch Director | In Progress |
| | • a3. Maximize on-water mechanical containment and recovery (O) | On Water Recovery Group Supervisor | In Progress |
| | • a4. Continue to deploy, optimize, and enhance dispersant plan (O) | Dispersant Group | In Progress |
| | • a5. Evaluate efficacy of applied response methods (in-situ, dispersants, skimming, etc.) and communicate learnings(M) | Deputy Operations Chief | In Progress |
| | • b. NEAR SHORE | | |
| | • b1. Keep LOOP operational (O) | O P S | Planned |
| | • b2. Keep Mississippi River operational (O) | O P S | Planned |
| | • b3. Unify and efficiently utilize resources (M) | Near-shore recovery | In Progress |
| | • b4. Assess sensitive area prioritization based on trajectories and other intelligence from field operations (M) | Environmental Unit | In Progress |
| | • b5. Continue implementing/maintaining booming strategies for Louisiana shoreline (O) | Shoreline Protection Branch | In Progress |
| | • b6. Integrate approved Parish secondary protection strategies (M) | Protection Group Supervisor | In Progress |
| | • b7. Maintain equipment decon and vessel cleaning stations (O) | On Water Recovery Group Supervisor | In Progress |
| | • c. ONSHORE | | |
| | • c1. Keep Port Fourchon Operational | O P S | Planned |
| | • c2. Prioritize notification and response protocol of fast response teams (M) | | |
| | • c3. Conduct appropriate shoreline cleanup efforts as directed by SCAT (O) | Shoreline Cleanup | Planning |
| | • c4. Implement Waste Management Plan (O) | Environmental | In Progress |
| 3. Recover and Rehabilitate Injured Wildlife (O) | | | |
| 4. Manage a Coordinated Response Effort (M) | | | |
| | • 4a. Sustain emergency response organization to support the ongoing response activities (M) | Unified Command | In Progress |
| | • 4b. Maintain communications with Area Command, Mobile & St. Petersburg ICPs and EOCs (M) | Liaison Officer | In Progress |
| ICS 202 - General Response Objectives | Printed: 5/13/2010 14:18 | Page 1 of 4 | © 1997-2010 dbSoft, Inc. |

HCG154-002716

| ICS 202 - General Response Objectives | | | |
|---|---|---|---|
| Incident: Mississippi Canyon 252 | | Prepared By: odell, mike | at 5/13/2010 14:17 |
| Period: Period 24 (5/14/2010 06:00 - 5/15/2010 06:00) | | Version Name: | Period 24 Objectives - Houma IMT |

| Overall and Strategic Objectives | Assigned To | Status |
|---|---|---|
| • 4c. Coordinate with Houston SIMOPS | Unified Command | In Progress |
| 5. Keep Stakeholders and Public Informed of Response Activities (M) | | |
| • a. Active engagement with State and Local Agencies, Communities, and media (M) | Liaison Officer | In Progress |
| 6. Account for response-related costs and critical resources | | |
| 7. Manage demobilization of all response assets | | |

| ICS 202 - General Response Objectives | | | |
|---|---|---|---|
| Incident: | Mississippi Canyon 252 | Prepared By: odell, mike | at 5/13/2010 14:17 |
| Period: | Period 24 (5/14/2010 06:00 - 5/15/2010 06:00) | Version Name: | Period 24 Objectives - Houma IMT |

**Operational Period Command Emphasis (Safety Message, Priorities, Key Decisions/Directions)**

1. Ensure the Health, Safety, & Security of Citizens and Response Personnel
    - Continue to place high priority on safety; employ sound risk management principles to reduce risks and prevent injuries in all operations.
    - Better integrate law enforcement and National Guard into security for sites
    - No air/boat dispersant conflicts
    - Ensure air monitoring is being properly done in all areas of operations and for public health, and that it is reported to EPA and key stakeholders

2. Maximize Protection of Environmentally and Economically Sensitive Areas and Contain and Recover Spilled Material
    OFFSHORE - DEEPER WATER
    - Continue to apply and improve aerial or surface dispersants to affected areas to prevent spread further East or West
    - Ensure rigourous adherence to dispersant operational protocols and optimazition of daily deployment.
    - Improve flow of monitoring and integration of data
    - Continue to apply and improve In-situ burning to affected areas to prevent spread further East or West
    - Reduce amount of oil moving towards southwest pass, Rigolets, TX, MS, AL, and FL.
    - Development of all booming strategies for source control.
    - Respond agressively to pockets of sheen/ribbons of emulsion west of Timberleur.
    - Develop strategy for marine deployment of dispersants at source

    NEAR SHORE
    - Progress on protection of Rigolets, Chandeleur, Southwest Pass, Timbalier, & Racoon Island.
    - Continue boom deployment based on parish plans - emphasis on Rigolets, Chef Menteur, all channels leading to ICW
    - Aggressively obtain and track boom for staging areas to water

    ON SHORE
    - Continue mobilization of SCAT resources in coordination with state and federal agencies
    - Ensure efficient ops and transportation support
    - Continue mobilizing resources for Whiskey Island, Chandelier Island & South Pass and Passaloutre cleanup responses.
    - Ensure timely receipt of data from onshore groups (SCAT, Wildlife, etc.) regarding situation status

3. Recover & Rehabilitate Injured Wildlife
    - Aggressively continue wildlife impact evaluation and rehab
    - Review efficiency of releasing of wildlife.
4. Manage Coordinated Response
    - Optimize physical and personnel resources
    - Identify additional potential resource bottle-necks
    - Continue improving capabilities of night shift to properly support planning and operational activities
    - Summary of clean up operations in executive summary - add to DOI
5. Keep Stakeholders and Public Informed
    - Be the best reliable source of information
    PIO
        -Continue transparency and timely information and access to our stakeholders, the public and the media
        -Localize the Strategic Communications and talking points
        -Maintain media access to the Houma Incident Commanders
        -Increase operational synergies between information operations and response operations
        -Provide appropriate information to manage expectations of the local population
    LIAISON
        -Increase Coordination/Communications between operations, liaison and community relations efforts, including volunteer coordination activities

6. Account for response-related costs and critical resources

7. Manage demobilization of all response assets

| ICS 202 - General Response Objectives | Printed: 5/13/2010 14:18 | Page 3 of 4 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

HCG154-002718

| ICS 202 - General Response Objectives | | | |
|---|---|---|---|
| Incident: | Mississippi Canyon 252 | Prepared By: odell, mike | at 5/13/2010 14:17 |
| Period: | Period 24 (5/14/2010 06:00 - 5/15/2010 06:00) | Version Name: | Period 24 Objectives - Houma IMT |

**Approved By**

:  _____

| ICS 202 - General Response Objectives | Printed: 5/13/2010 14:18 | Page 4 of 4 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

Page 21 / 107

HCG154-002719

| ICS 204 - Assignment List | | | |
|---|---|---|---|
| Incident: Mississippi Canyon 252 | Prepared By: Unified Command | | at 5/13/2010 18:26 |
| Period: Period 24 (5/14/2010 06:00 - 5/15/2010 06:00) | Branch: Sector New Orleans | | |
| | Division/Group/Staging: Dispersant Group | | |

**Operations Personnel**

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Armstrong, Thomas (Tom) | BP | 281-788-2874 |
| Operations Section Deputy | Weaver, Michael | U.S. Coast Guard | 609-351-7155 |
| Aerial Dispersant Group Supervisor | Huber, Charles | C.A. Huber, Inc. | 757-876-2952 |
| Air Ops Branch Director | Verrett, Brian | BP | 337-578-2425 |
| Air Ops Branch Director/USCG | Cromwell, John CDR | U.S. Coast Guard | 214-300-1041 |
| Surveillance Group | Holton, Aaron | Obriens | 985-774-5208 |
| SMART Group Supervisor | Bond, Kenneth DC1 | U.S. Coast Guard | 251-680-7841 |
| Tactical Skimming Direction Group | Sutcliffe, Mike | | |

**Resources Required**

| Area of Operation | Resource Type | Description | Quantity | Size |
|---|---|---|---|---|
| Dispersant Group | Aircraft: Fixed Wing | Aircraft: Fixed Wing | 18 each | |
| Dispersant Group | Dispersant | Dispersant | 50000 gallon(s) | |
| Dispersant Group | Dispersant: AppSystem | Dispersant: AppSystem | 11 each | |
| Dispersant Group | Manpower: Responder | Manpower: Responder | 7 each | |
| Dispersant Group | Response Boat | Response Boat | 2 each | - 220 |
| Dispersant Group | Supply Boat | Supply Boat | 2 each | |
| Venice On Water Tier 2/3 SM/ | Manpower: Responder | Manpower: Responder | 16 each | |
| Venice On Water Tier 2/3 SM/ | Response Boat | Response Boat | 2 each | - 220 |
| Venice On Water Tier 2/3 SM/ | Supply Boat | Supply Boat | 2 each | |

Reviewed By Signatures - (PSC):                                (OSC):

| ICS 204 - Assignment List | Printed: 5/13/2010 19:47 | Page 1 of 3 | © 1997-2010 dbSoft, Inc. |

HCG154-002724

| ICS 204 - Assignment List ||
|---|---|
| Incident: Mississippi Canyon 252 | Prepared By: Unified Command   at 5/13/2010 18:26 |
| Period: Period 24 (5/14/2010 06:00 - 5/15/2010 06:00) | Branch: Sector New Orleans |
| Division/Group/Staging: Dispersant Group ||

### Assignments

Dispersant Group:

Apply dispersants as approved and appropriate within weather limits (ceiling of 1,500 ft., 4 mile visibility, and 35 knot winds).
Target Black and Brown oil that is most fresh and dispersable near the 5 NM stand-off zone.
Ensure a no spray zone within 5 miles of the source and 2 miles from any vessel/platform.
Coordinate with Houston ICP to deconflict sub-sea dispersant application (15 mile no spray zone) when applicable.
Coordinate with SMART Tier 2 Team to ensure dispersant effectiveness as data is collected.
Monitor stockpile of dispersant for supply replenishment to maintain 50,000 gallons a day.
Follow instructions for overflight restrictions over wildlife refuges.
Evaluating other NCP product schedule dispersants with boat spray system.
Deploying 2 Spray boat systems near the source.
Complete Safety stand-down and operational review as directed by Unified Command.


On-Water Tier 2/3 SMART Team:

- Establish base of operation at Camp Lighthouse.
- One Tier 3 Team and establish three additional Tier 2 Teams
- Collect Flourometer data on dispersant affectiveness in water column for tier 2 (to 1 meter depth) & Tier 3 (1 to 10 meters) as required. As weather permits.
- Conduct sampling for Environmental Unit as directed SSC
- Continue intigration of UC approval of activation.
- Provide air monitoring with SMART Tier 2/3 teams.
- Conduct dispersant testing and evaluate efficacy.
- Late runner to provide information from Venice to Houma ICP.
2 OSVs - Warrier
Workboat - R/W Armstrong.


USCG SMART Aerial Tier 1:

Provide SMART monitoring /Tier 1 observation to determine affectiveness of dispersant ops. As weather permits.
Secondary aerial surveillance support as required.
Team in Houma and Team in Venice provide same function in areas as directed by Dispersant Group Supervisor.
Coordinate with Air Operations Group and Environmental Unit
Follow instructions for overflight restrictions over wildlife refuges.

### Special Instructions for Division / Group

***No dispersant application ops within one mile of marine mammals and sea turles.***
Vessel clearance from spray targets prior to deployment.

Report take off & landing times to assigned coordinators as they occur.

Coordinate with SMART Group supervisor, report area sprayed Lat/Long, time sprayed, # of passes and gallons applied.

### Communications

| Name / Function | Radio: Freq. / System / Channel | Phone | Pager |
|---|---|---|---|
| Air to Air Frequency | 126.4 (Primary) / 123.45 (Secondary) | | |
| Surface to Air Frequency | 122.9 (Primary) / 123.45 | | |
| Coordination with Stennis base | 122.9 (Primary) / Marine channel as a Second: | | |

Reviewed By Signatures - (PSC):                                  (OSC):

| ICS 204 - Assignment List | Printed: 5/13/2010 19:47 | Page 2 of 3 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

HCG154-002725

| ICS 204 - Assignment List |||
|---|---|---|
| Incident: Mississippi Canyon 252 | Prepared By: Unified Command | at 5/13/2010 18:26 |
| Period: Period 24 (5/14/2010 06:00 - 5/15/2010 06:00) | Branch: Sector New Orleans ||
| Division/Group/Staging: Dispersant Group |||

### Tactical Objective

Apply dispersants as approved and appropriate.
Deploy and monitor success of effectiveness.
Monitor stockpile of dispersant for supply replenishment.

### Location of Work

ASI Houma - home base for DC-3 & DC 3 Turbo Prop
MSRC Stennis, MS - home base for C-130 & King Air

### Special Environmental Considerations

All aircraft and vessels should be watching for marine mammals/sea turtles.
*Whales have been spotted in the area*
All personnel must report marine mammal/turtle sightings to the Wildlife Reporting Hotline: 1-866-557-1401

### Special Site-Specific Safety Considerations

PRE-TASK SAFETY
• Safety briefing for all passengers is required.
• All incidents shall be immediately reported to your supervisor. These include but are not limited to near misses, first aids, recordable injuries, security breaches, loss of primary containment, etc.
• Everyone has the obligation to stop work that is unsafe.
• A JSEA shall be completed prior to beginning work.
PERSONAL SAFETY
• All appropriate PPE shall be worn when necessary.
• All pilots and passengers shall wear hearing and eye protection at all times around operating helicopters.
• All pilots and passengers shall wear PFD's and seatbelts at all times.
• All pilots and passengers shall approach/depart from front of helicopters.
• All pilots and passengers shall be aware of rotating assemblies and engine intakes.
• All pilots and personnel shall take appropriate breaks in order to prevent fatigue.
• All personnel shall protect themselves from severe weather.
• All passengers shall follow the pilots direction at all times.
• NO SMOKING, unless in a designated area. Personnel must be made aware of the location of flammable and combustible materials including; fuel and flammable material storage areas, flammable contaminated materials, hay bales, crude oil, etc. Strict adherence to the smoking policy is required.
TRANSPORTATION SAFETY
• For any additional specific safety and health precautions please review the 208 Aircraft Operations Site Safety Plan.
COMMUNICATION
• Review communication procedures prior to each task.
• Ensure communication equipment is in working rrder.
• Review Hand Signals with all response personnel.
• Review warning sirens and alarms daily.
• Check posting/location of first aid and medical support.
• Identify muster locations daily or as work area advances.
• Do not use cell phone while driving, operating equipment or other tasks requiring full attention (e.g., power tools, cutting, etc).

Reviewed By Signatures - (PSC):                    (OSC):

| ICS 204 - Assignment List | Printed: 5/13/2010 19:47 | Page 3 of 3 | © 1997-2010 dbSoft, Inc. |

HCG154-002726