# Exhibit S-24



# Incident Action Plan



## ICS 202 - General Response Objectives

| | | | |
|---|---|---|---|
| Incident: | Mississippi Canyon 252 | Prepared By: | Sanderson, Glen at 5/15/2010 09:53 |
| Period: | Period 25 (5/16/2010 06:00 - 5/16/2010 06:00) | Version Name: | Period 25 Objectives - Houma IMT |

### Overall and Strategic Objectives

| | Assigned To | Status |
|---|---|---|
| 1. Ensure the Health, Safety, & Security of Citizens and Response Personnel | | |
| a. Develop & Deliver the right level of Safety & Health Training to all workers & volunteers (M) | Safety Officer | In Progress |
| b. Continue implementation and optimization of air/water particulate monitoring plan and deliver information to key stakeholders (O) | Safety/Environmental | In Progress |
| c. Continue implementation and optimization of Site Safety & Health Plan for response personnel and volunteers (M) | Safety Officer | In Progress |
| 2. Maximize Protection of Environmentally and Economically Sensitive Areas and Contain and Recover Spilled Material | | |
| a. OFF-SHORE DEEPER WATER | | |
| a1. Expand containment and recovery capabilities (O) | OPS | In Progress |
| a2. Overflights/monitoring for situation awareness and operations direction (O) | Air Ops Branch Director | In Progress |
| a3. Maximize on-water mechanical containment and recovery (O) | On Water Recovery Group Supervisor | In Progress |
| a4. Continue to deploy, optimize, and enhance dispersant plan (O) | Dispersant Group | In Progress |
| a5. Evaluate efficacy of applied response methods (in-situ, dispersants, skimming, etc.) and communicate learnings (M) | Deputy Operations Chief | In Progress |
| b. NEAR SHORE | | |
| b1. Keep LOOP operational (O) | OPS | Planned |
| b2. Keep Mississippi River operational (O) | OPS | Planned |
| b3. Unify and efficiently utilize resources (M) | Near-shore recovery | In Progress |
| b4. Assess sensitive areas prioritization based on trajectories and other intelligence from field operations (M) | Environmental Unit | In Progress |
| b5. Continue implementing/maintaining booming strategies for Louisiana shoreline (O) | Shoreline Protection Branch | In Progress |
| b6. Integrate approved Parish secondary protection strategies (M) | Protection Group Supervisor | In Progress |
| b7. Maintain equipment decon and vessel cleaning stations (O) | On Water Recovery Group Supervisor | In Progress |
| c. ONSHORE | | |
| c1. Keep Port Fourchon Operational (O) | OPS | Planned |
| c2. Prioritize notification and response protocol of fast response teams (M) | | |
| c3. Conduct and support appropriate shoreline cleanup efforts as directed by SCAT (O) | Shoreline Cleanup | Planning |
| c4. Implement Waste Management Plan (O) | Environmental | In Progress |
| 3. Recover and Rehabilitate Injured Wildlife (O) | | |
| Differentiate natural mortality vs. spill related and communicate to key stake holders (M) | | |
| 4. Manage a Coordinated Response Effort (M) | | |
| 4a. Sustain emergency response organization to support the ongoing response activities (M) | Unified Command | In Progress |

| ICS 202 - General Response Objectives | 5/15/2010 09:54 | Page 1 of 4 | © 1997-2010 dbSoft, Inc. |

| ICS 202 - General Response Objectives | | |
|---|---|---|
| Incident: Mississippi Canyon 252 | Prepared By: Sanderson, Glen | at 5/15/2010 00:53 |
| Period: Period 25 (5/15/2010 06:00 - 5/16/2010 06:00) | Version Name: Period 25 Objectives - Houma IMT | |

| Overall and Strategic Objectives | Assigned To | Status |
|---|---|---|
| • 4b. Maintain communications with Area Command, Mobile & St. Petersburg ICPs and EOCs (M) | Liaison Officer | In Progress |
| ○ 4c. Coordinate with Houston SIMOPS | Unified Command | In Progress |
| 5. Keep Stakeholders and Public Informed of Response Activities (M) | | |
| • 5a. Active engagement with State and Local Agencies, Communities, and media (M) | Liaison Officer | In Progress |
| 6. Account for response-related costs and critical resources | | |
| 7. Manage demobilization of all response assets | | |

HCG154-002823

| ICS 202 - General Response Objectives | | | |
|---|---|---|---|
| Incident: | Mississippi Canyon 252 | Prepared By: Sanderson, Glen at 5/15/2010 00:53 | |
| Period: | Period 25 (5/15/2010 06:00 - 5/16/2010 06:00) | Version Name: | Period 25 Objectives - Houma IMT |

**Operational Period Command Emphasis (Safety Message, Priorities, Key Decisions/Directions)**

1. Ensure the Health, Safety, & Security of Citizens and Response Personnel
   - Continue to place high priority on safety; employ sound risk management principles to reduce risks and prevent injuries in all operations.
     - Better integrate law enforcement and National Guard into security for sites
     - No air/boat dispersant conflicts
     - Ensure air monitoring is being properly done in all areas of operations and for public health, and that it is reported to EPA and key stakeholders
     - Emphasize safety procedures - boat to boat transfers.
2. Maximize Protection of Environmentally and Economically Sensitive Areas and Contain and Recover Spilled Material
   OFFSHORE - DEEPER WATER
     - Continue to apply and improve aerial or surface dispersants to affected areas to prevent spread further East or West
     - Ensure rigourous adherence to dispersant operational protocols and optimazition of daily deployment.
     - Improve flow of monitoring and integration of data
     - Continue to apply and improve In-situ burning to affected areas to prevent spread further East or West
     - Reduce amount of oil moving towards southwest pass, Rigolets, TX, MS, AL, and FL.
     - Development of all booming strategies for source control.
     - Respond agressively to pockets of sheen/ribbons of emulsion west of Timberleur.
     - Develop strategy for marine deployment of dispersants at source

   NEAR SHORE
     - Progress on protection of Rigolets, Chandeleur, Southwest Pass, Timbalier, & Racoon Island.
     - Continue boom deployment based on parish plans - emphasis on Rigolets, Chef Menteur, all channels leading to ICW
     - Aggressively obtain and track boom for staging areas to water

   ON SHORE
     - Continue mobilization of SCAT resources in coordination with state and federal agencies
     - Ensure efficient ops and transportation support
     - Continue mobilizing resources for Whiskey Island/Trinity, Chandelier Island, South Pass and Pass a loutre and Fourchon    cleanup responses.
     - Ensure timely receipt of data from onshore groups (SCAT, Wildlife, etc.) regarding situation status
     - Accelerate fingerprinting of recovered materials.
     - Provide visibility on Beach Cleanup Plan
3. Recover & Rehabilitate Injured Wildlife
     - Aggressively continue wildlife impact evaluation and rehab
     - Review efficiency of releasing of wildlife.
4. Manage Coordinated Response
     - Optimize physical and personnel resources
     - Identify additional potential resource bottle-necks
     - Continue improving capabilities of night shift to properly support planning and operational activities

5. Keep Stakeholders and Public Informed
     - Be the best reliable source of information
       PIO
     - Improve management of requests for information.
         - Continue transparency and timely information and access to our stakeholders, the public and the media
         - Localize the Strategic Communications and talking points e.g. dispersant oil.
         - Maintain media access to the Houma Incident Commanders
         - Increase operational synergies between information operations and response operations
         - Provide appropriate information to manage expectations of the local population
       LIAISON
         - Increase Coordination/Communications between operations, liaison and community relations efforts, including volunteer coordination activities.

6. Account for response-related costs and critical resources

7. Manage demobilization of all response assets

| ICS 202 - General Response Objectives | Printed: 5/15/2010 00:54 Page 18 of 90 | Page 3 of 4 | © 1997-2010 dbSoft, Inc. |

HCG154-002824

| ICS 202 - General Response Objectives | | | |
|---|---|---|---|
| Incident: | Mississippi Canyon 252 | Prepared By: | Sanderson, Glen   at 5/15/2010 00:53 |
| Period: | Period 25 (5/15/2010 06:00 - 5/16/2010 06:00) | Version Name: | Period 25 Objectives - Houma IMT |

7. Manage demobilization of all response assets

**Approved By**

:  _____