# Exhibit S-28

| IAP Cover Sheet | |
|---|---|
| Incident Name: Deepwater Horizon | Operational Period to be covered by IAP: Period 29 (5/19/2010 06:00 - 5/20/2010 06:00) |

Approved by:

CGC: _____

SOSC: _____

RPC: _____

# Incident Action Plan



| Prepared By: Sanderson, Glen | Prepared Date/Time: 5/18/2010 16:31 | |
|---|---|---|
| IAP Cover Sheet | Printed: 5/18/2010 19:38 | © 1997-2010 dbSoft, Inc. |

Page 1 of 154

## ICS 202 - General Response Objectives

| Incident: | Deepwater Horizon | Prepared By: | odell, mike | at 5/19/2010 02:56 |
|---|---|---|---|---|
| Period: | Period 29 (5/19/2010 06:00 - 5/20/2010 06:00) | Version Name: | Period 29 Objectives - Houma IMT | |

### Overall and Strategic Objectives

| | Assigned To | Status |
|---|---|---|
| 1. Ensure the Health, Safety, & Security of Citizens and Response Personnel | | |
| • a. Develop & Deliver the right level of Safety & Health Training to all workers & volunteers (M) | Safety Officer | In Progress |
| • b. Continue implementation and optimization of air/water particulate monitoring plan and deliver information to key stakeholders (O) | Safety/Environmental | In Progress |
| • c. Continue implementation and optimization of Site Safety & Health Plan for response personnel and volunteers (M) | Safety Officer | In Progress |
| 2. Maximize Protection of Environmentally and Economically Sensitive Areas and Contain and Recover Spilled Material | | |
| • a. OFF-SHORE DEEPER WATER | | |
| • a1. Expand containment and recovery capabilities (O) | O P S | In Progress |
| • a2. Overflight/monitoring for situation awareness and operations direction (O) | Air Ops Branch Director | In Progress |
| • a3. Maximize on-water mechanical containment and recovery (O) | On Water Recovery Group Supervisor | In Progress |
| • a4. Continue to deploy, optimize, and enhance dispersant plan (O) | Dispersant Group | In Progress |
| • a5. Continue to deploy, optimize and enhance controlled burn plan (O) | Deputy Operations Chief | In Progress |
| • a6. Evaluate efficiency of applied response methods (controlled burn, dispersants, skimming and Ocean Buster boom). | | |
| • b. NEAR SHORE | | |
| • b1. Keep LOOP operational (O) | O P S | Planned |
| • b2. Account for personnel and equipment (O) | Near-shore recovery | In Progress |
| • b3. Assess sensitive area prioritization based on trajectories and other intelligence from field operations (M) | Environmental Unit | In Progress |
| • b4. Continue implementing/maintaining booming strategies for Louisiana shoreline (O) | Shoreline Protection Branch | In Progress |
| • b5. Integrate approved Parish secondary protection strategies (M) | Protection Group Supervisor | In Progress |
| • b6. Assess equipment decon and vessel cleaning stations capacities and enable sustainability (O) | On Water Recovery Group Supervisor | In Progress |
| • c. ONSHORE | | |
| • c1. Keep Port Fourchon Operational (O) | O P S | Planned |
| • c2. Keep Mississippi River operational (O) | O P S | Planned |
| • c3. Prioritize notification and response protocol of fast response teams (M) | | |
| • c4. Conduct and support appropriate shoreline cleanup efforts as directed by SCAT (O) | Shoreline Cleanup | Planning |
| • c5. Implement and ensure proper documenation per the Waste Management Plan (O) | Environmental | In Progress |
| • c6. Prioritize response protocol for forensic assessment team (FRAT) and SCAT (O) | Environmental | In Progress |
| 3. Recover and Rehabilitate Injured Wildlife (O) | | |

| ICS 202 - General Response Objectives | Printed: 5/19/2010 03:17 | Page 1 of 2 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

HCG154-003250

| ICS 202 - General Response Objectives ||||
|---|---|---|---|
| Incident: Deepwater Horizon | | Prepared By: odell, mike | at 5/19/2010 02:56 |
| Period: Period 29 (5/19/2010 06:00 - 5/20/2010 06:00) | | Version Name: Period 29 Objectives - Houma IMT ||

| Overall and Strategic Objectives | Assigned To | Status |
|---|---|---|
| • Differentiate natural mortality vs. spill related and communicate to key stake holders (M) | Environmental | In Progress |
| 4. Manage a Coordinated Response Effort (M) | | |
| • 4a. Sustain emergency response organization to support the ongoing response activities (M) | Unified Command | In Progress |
| • 4b. Maintain communications with Area Command, Mobile, Key West & St. Petersburg ICPs and EOCs (M) | Liaison Officer | In Progress |
| • 4c. Coordinate with Houston SIMOPS (O) | Unified Command | In Progress |
| • 4d. Utilize local resources to the extent possible and distribute resource amonst the parishes | | |
| 5. Keep stakeholders and Public Informed of Response Activities (M) | | |
| • 5a. Active engagement with State and Local Agencies, Communities, and media (M) | Liaison Officer | In Progress |
| • 5b. Clarify reality of spill: educate public. (M) | Public Information Officer | In Progress |
| 6. Account for response-related costs and critical resources (M) | | |
| 7. Manage demobilization of all response assets (M) | | |
| 8. Responsilbly Manage Waste Generated from spill clean up activities according to all apllicable regulations | | |
| • Use appropriate practices to minimize waste generated (M) | | |
| • Investigate options for in-situ mitigation (M) | | |
| • Manage resulting waste streams including proper permitting and documentation (M) | | |
| 9. Manage Overall Information Flow for ICP | | |
| • From IMT - Consolidate all technical and scietific data for submission to Area Command | | |
| • Within IMT - Coordinate transfer of data transferred to/from the various agencies involoed in response (M) | | |

**Operational Period Command Emphasis (Safety Message, Priorities, Key Decisions/Directions)**

***See Attachment***

**Approved By**

: _____

| ICS 202 - General Response Objectives | Printed: 5/19/2010 03:17 | Page 2 of 2 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

| ICS 204 - Assignment List | | | |
|---|---|---|---|
| Incident: Deepwater Horizon | | Prepared By: Unified Command    at 5/18/2010 08:48 | |
| Period: Period 29 (5/19/2010 06:00 - 5/20/2010 06:00) | | Branch: Sector New Orleans | |
| Division/Group/Staging: Dispersant Group | | | |

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Armstrong, Thomas (Tom) | BP | 281-788-2874 |
| Operations Section Deputy | Weaver, Michael | U.S. Coast Guard | 609-351-7155 |
| Offshore Operations Branch Directo | Jeffries, Jeremiah/Bond, K. CG | | |
| Aerial Dispersant Group Supervisor | Joeckel, John | C.A. Huber, Inc. | 757-678-2874 |
| Air Ops Branch Director | Verrett, Brian | BP | 337-578-2425 |
| Air Ops Branch Director/USCG | Cromwell, John CDR | U.S. Coast Guard | 214-300-1041 |
| Surveillance Group | Holton, Aaron | Obriens | 985-774-5208 |
| SMART Group Supervisor | Bond, Kenneth DC1 | U.S. Coast Guard | 251-680-7841 |
| Tactical Skimming Direction Group | Sutcliffe, Mike | | |

### Resources Required

| Area of Operation | Resource Type | Description | Quantity | Size |
|---|---|---|---|---|
| Dispersant Group | Aircraft: Helo | Aircraft: Helo | 1 each | |
| Dispersant Group | Dispersant | Dispersant | 50000 gallon(s) | |
| Dispersant Group | Manpower: Responder | | 8 each | |
| Dispersant Group | Recon | Recon | 1 each | |
| Dispersant Group | Spotter | Spotter | 8 each | |
| Dispersant Group | Sprayer | Sprayer | 11 each | |
| Dispersant Group | Work Boat | Work Boat | 2 each | |

### Assignments

Aerial Dispersant Group:

Aerial spray with planes:

Apply dispersants as approved and appropriate within weather limits (ceiling of 1,500 ft., 4 mile visibility, and 35 knot winds).
Target Black and Brown oil that is most fresh and dispersable near the 5 NM stand-off zone.
Ensure a no spray zone within 5 nauticals miles of the source and any Insitu Burn operations. Ensure there is a 2 nautical miles separation zone from any vessel/platform.
Coordinate with Houston ICP to deconflict sub-sea dispersant application (5 mile no spray zone) when applicable.
Coordinate with SMART Tier 2 Team to ensure dispersant effectiveness as data is collected.
Monitor stockpile of dispersant for supply replenishment to maintain 50,000 gallons a day.
Follow instructions for overflight restrictions over wildlife refuges.

Aerial spray response boats:

Spray within the source control area to minimize volitile VOCs and other odors with direct disperant spray from boats.
Spray Boats: Houston Source Control has tactical control from Houston. Logistics coordination is from Houma.

The supply and response boats noted are for identification purposes only.

Reviewed By Signatures - (PSC):                              (OSC):

| ICS 204 - Assignment List | Printed: 5/18/2010 19:40 | Page 1 of 3 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

| ICS 204 - Assignment List ||||
|---|---|---|---|
| Incident: Deepwater Horizon | Prepared By: Unified Command || at 5/18/2010 08:48 |
| Period: Period 29 (5/19/2010 06:00 - 5/20/2010 06:00) | Branch: Sector New Orleans |||
| Division/Group/Staging: Dispersant Group ||||

### Special Instructions for Division / Group

***No dispersant application ops within three nautical miles of marine mammals and sea turtles.***
Vessel clearance from spray targets prior to deployment.

Report take off & landing times to assigned coordinators as they occur.

Coordinate with SMART Group supervisor, report area sprayed Lat/Long, time sprayed, # of passes and gallons applied.

### Communications

| Name / Function | Radio: Freq. / System / Channel | Phone | Pager |
|---|---|---|---|
| Air to Air Frequency | 126.4 (Primary) / 123.45 (Secondary) | | |
| Surface to Air Frequency | 122.9 (Primary) / 123.45 | | |
| Coordination with Stennis base | 122.9 (Primary) / Marine channel (81a) as a Se | | |

### Tactical Objective

Apply dispersants as approved and appropriate.
Deploy and monitor success of effectiveness.
Monitor stockpile of dispersant for supply replenishment.

### Location of Work

ASI Houma - home base for DC-3 & DC 3 Turbo Prop
MSRC Stennis, MS - home base for C-130 & King Air

### Special Environmental Considerations

All aircraft and vessels should be watching for marine mammals/sea turtles.
*Whales have been spotted in the area*
All personnel must report marine mammal/turtle sightings to the Wildlife Reporting Hotline: 1-866-557-1401

Reviewed By Signatures - (PSC):                                    (OSC):

| ICS 204 - Assignment List | Printed: 5/18/2010 19:40 | Page 2 of 3 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

| ICS 204 - Assignment List ||
|---|---|
| Incident: Deepwater Horizon | Prepared By: Unified Command   at  5/18/2010 08:48 |
| Period: Period 29  (5/19/2010 06:00 - 5/20/2010 06:00) | Branch: Sector New Orleans |
| Division/Group/Staging: Dispersant Group ||

### Special Site-Specific Safety Considerations

PRE-TASK SAFETY
• Safety briefing for all passengers is required.
• All incidents shall be immediately reported to your supervisor. These include but are not limited to near misses, first aids, recordable injuries, security breaches, loss of primary containment, etc.
• Everyone has the obligation to stop work that is unsafe.
• A JSEA shall be completed prior to beginning work.

PERSONAL SAFETY
• All appropriate PPE shall be worn when necessary.
• All pilots and passengers shall wear hearing and eye protection at all times around operating helicopters.
• All pilots and passengers shall wear PFD's and seatbelts at all times.
• All pilots and passengers shall approach/depart from front of helicopters.
• All pilots and passengers shall be aware of rotating assemblies and engine intakes.
• All pilots and personnel shall take appropriate breaks in order to prevent fatigue.
• All personnel shall protect themselves from severe weather.
• All passengers shall follow the pilots direction at all times.
• NO SMOKING, unless in a designated area. Personnel must be made aware of the location of flammable and combustible materials including; fuel and flammable material storage areas, flammable contaminated materials, hay bales, crude oil, etc. Strict adherence to the smoking policy is required.

TRANSPORTATION SAFETY
• For any additional specific safety and health precautions please review the 208 Aircraft Operations Site Safety Plan.

COMMUNICATION
• Review communication procedures prior to each task.
• Ensure communication equipment is in working rrder.
• Review Hand Signals with all response personnel.
• Review warning sirens and alarms daily.
• Check posting/location of first aid and medical support.
• Identify muster locations daily or as work area advances.
• Do not use cell phone while driving, operating equipment or other tasks requiring full attention (e.g., power tools, cutting, etc).

Reviewed By Signatures - (PSC):                                   (OSC):

| ICS 204 - Assignment List | Printed: 5/18/2010 19:40 | Page 3 of 3 | © 1997-2010 dbSoft, Inc. |

HCG154-003262