# Exhibit S-30

| IAP Cover Sheet | |
|---|---|
| Incident Name: | Operational Period to be covered by IAP: |
| Deepwater Horizon MC252 | Period 31  (5/21/2010 06:00 - 5/22/2010 06:00) |

Approved by:

CQIC: _Scott N. X. (Dr. USCR_

SOSC: _Robert Stout_

RPIC: _____

# Incident Action Plan



ORIGINAL

| Prepared By: | Sanderson, Glen | Prepared Date/Time: | 5/20/2010 04:44 |
|---|---|---|---|
| IAP Cover Sheet | | Printed  5/20/2010 17:10 | © 1997-2010 dbSoft, Inc. |

HCG154-003568

## ICS 202 - General Response Objectives

| Incident: | Deepwater Horizon MC252 | Prepared By: | isgren, john | at 5/20/2010 08:21 |
|---|---|---|---|---|
| Period: | Period 31 (5/21/2010 06:00 - 5/22/2010 06:00) | Version Name: | Period 31 Objectives - Houma IMT | |

### Overall and Strategic Objectives

| | Assigned To | Status |
|---|---|---|
| **1. Ensure the Health, Safety, & Security of Citizens and Response Personnel** | | |
| • a. Develop & Deliver the right level of Safety & Health Training to all workers & volunteers (M) | Safety Officer | In Progress |
| • b. Continue implementation and optimization of air/water particulate monitoring plan and deliver information to key stakeholders (O) | Safety/Environmental | In Progress |
| • c. Continue implementation and optimization of Site Safety & Health Plan for response personnel and volunteers (M) | Safety Officer | In Progress |
| • d. Develop and deliver a secure workplace | | |
| **2. Maximize Protection of Environmentally and Economically Sensitive Areas and Contain and Recover Spilled Material** | | |
| • a. OFF-SHORE DEEPER WATER | | |
| • a1. Expand containment and recovery capabilities (O) | O P S | In Progress |
| • a2. Overflight/monitoring for situation awareness and operations direction (O) | Air Ops Branch Director | In Progress |
| • a3. Maximize on-water mechanical containment and recovery (O) | On Water Recovery Group Supervisor | In Progress |
| • a4. Continue to deploy, optimize, and enhance dispersant plan (O) | Dispersant Group | In Progress |
| • a5. Continue to deploy, optimize and enhance controlled burn plan (O) | Deputy Operations Chief | In Progress |
| • a6. Evaluate efficiency of applied response methods (controlled burn, dispersants, skimming and Ocean Buster boom). | | |
| • b. NEAR SHORE | | |
| • b1. Keep LOOP operational (O) | O P S | Planned |
| • b2. Account for personnel and equipment (O) | Near-shore recovery | In Progress |
| • b3. Assess sensitive area prioritization based on trajectories and other intelligence from field operations (M) | Environmental Unit | In Progress |
| • b4. Continue implementing/maintaining booming strategies for Louisiana shoreline (O) | Shoreline Protection Branch | In Progress |
| • b5. Integrate approved Parish secondary protection strategies (M) | Protection Group Supervisor | In Progress |
| • b6. Assess equipment decon and vessel cleaning stations capacities and enable sustainability (O) | On Water Recovery Group Supervisor | In Progress |
| • c. ONSHORE | | |
| • c1. Keep Port Fourchon Operational (O) | O P S | Planned |
| • c2. Keep Mississippi River operational (O) | O P S | Planned |
| • c3. Prioritize notification and response protocol of fast response teams (M) | | |
| • c4. Conduct and support appropriate shoreline cleanup efforts as directed by SCAT (O) | Shoreline Cleanup | Planning |
| • c5. Implement and ensure proper documenation per the Waste Management Plan (O) | Environmental | In Progress |
| • c6. Prioritize response protocol for forensic assessment team (FRAT) and SCAT (O) | Environmental | In Progress |
| **3. Recover and Rehabilitate Injured Wildlife (O)** | | |

| ICS 202 - General Response Objectives | Printed: 5/20/2010 17:41 | Page 1 of 2 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

HCG154-003602

## ICS 202 - General Response Objectives

| Incident: | Deepwater Horizon MC252 | Prepared By: | isgren, john | at 5/20/2010 08:21 |
|---|---|---|---|---|
| Period: | Period 31 (5/21/2010 06:00 - 5/22/2010 06:00) | Version Name: | Period 31 Objectives - Houma IMT | |

### Overall and Strategic Objectives

| | Assigned To | Status |
|---|---|---|
| • Differentiate natural mortality vs. spill related and communicate to key stake holders (M) | Environmental | In Progress |
| 4. Manage a Coordinated Response Effort  (M) | | |
| • 4a. Sustain emergency response organization to support the ongoing response activities (M) | Unified Command | In Progress |
| • 4b. Maintain communications with Area Command, Mobile, Key West & St. Petersburg ICPs and EOCs (M) | Liaison Officer | In Progress |
| • 4c. Coordinate with Houston SIMOPS (O) | Unified Command | In Progress |
| • 4d. Utilize local resources to the extent possible and distribute resource amonst the parishes | | |
| • 4e. Develop and ensure proper protocol is followed for evidence collection and protection | | |
| • 4f.  Ensure proper span of control at each staging area to allow proper alignment with IAP | | |
| 5.  Keep stakeholders and Public Informed of Response Activities (M) | | |
| • 5a.  Active engagement with State and Local Agencies, Communities, and media (M) | Liaison Officer | In Progress |
| • 5b. Clarify reality of spill: educate public.  (M) | Public Information Officer | In Progress |
| 6.  Account for response-related costs and critical resources (M) | | |
| 7.  Manage demobilization of all response assets (M) | | |
| 8. Responsibly Manage Waste Generated from spill clean up activities according to all applicable regulations | | |
| • 8a. Use appropriate practices to minimize waste generated (M) | | |
| • 8b. Investigate options for in-situ mitigation (M) | | |
| • 8c. Manage resulting waste streams including proper permitting and documentation (M) | | |
| 9.  Manage Overall Information Flow for ICP | | |
| • From IMT - Consolidate all technical and scietific data for submission to Area Command | | |
| • Within IMT - Coordinate transfer of data transferred to/from the various agencies involoed in response (M) | | |

### Operational Period Command Emphasis (Safety Message, Priorities, Key Decisions/Directions)

***See Attachment***

### Approved By

:

| ICS 202 - General Response Objectives | Printed:  5/20/2010 17:41 | Page 2 of 2 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

HCG154-003603

| ICS 204 - Assignment List | | | |
|---|---|---|---|
| **Incident:** Deepwater Horizon MC252 | | **Prepared By:** Unified Command   at 5/20/2010 11:54 | |
| **Period:** Period 31  (5/21/2010 06:00 - 5/22/2010 06:00) | | **Branch:** Sector New Orleans | |
| **Division/Group/Staging:** Dispersant Group | | | |

| Operations Personnel | | | |
|---|---|---|---|
| **Title** | **Name** | **Affiliation** | **Contact Number(s)** |
| Public Information Officer | Colburn, Kim | BP | 832-922-3082 |
| Safety Officer | DeVillier, Craig | BP | 281-217-3383 |
| Operations Section Chief | Black, Jim | | |
| Operations Section Deputy | Holton, Aaron | O'Brien's RM | 985-774-5208 |
| CG Ops Sec Chief | Quiachon, Karen | USCG | 985-397-3266 |
| CG Ops Sec Chief Deputy | Weaver, Michael | Aerotek | 609-351-7155 |
| Surveillance Group | Holton, Aaron | O'Brien's RM | 985-774-5208 |
| Shoreline Protection Supervisor | Ploen, Mark | O'Brien's RM | 612-963-5222 |
| Wildlife Branch Director | Murgatroyd, Rhonda | Wildlife Response Inc | 713-705-5897 |
| Air Ops Branch Director | Verrett, Brian/Cromwell CG | | |
| CG Air Ops Branch Director | Carpenter, John | USCG | 985-380-5363 |
| In-Situ Burn Operations Group Sup | Haugstad, Eric | Tesoro | 210-865-9018 |

| Resources Required | | | | |
|---|---|---|---|---|
| **Area of Operation** | **Resource Type** | **Description** | **Quantity** | **Size** |
| Dispersant Group | Air Spotter | Spotter | 8 each | |
| Dispersant Group | Air Sprayer | Sprayer | 11 each | |
| Dispersant Group | Dispersant | Dispersant | 50000 gallon(s) | |
| Dispersant Group | Manpower: Responder | | 128 each | |
| Dispersant Group | Work Boat | Work Boat | 2 each | |

**Assignments**

Aerial Dispersant Group:

Aerial spray with planes:

Apply dispersants as approved and appropriate within weather limits (ceiling of 1,500 ft., 4 mile visibility, and 35 knot winds).
Target Black and Brown oil that is most fresh and dispersable outside of the 5 NM no-spray zone.
Ensure a no spray zone within 5 nautical miles of the source (28° 44.21 N by 88° 21.99 W) and any Insitu Burn operations.
Ensure there is a 2 nautical mile separation zone from any vessel/platform.
Coordinate with Houston ICP to deconflict sub-sea dispersant application (5 mile no spray zone) when applicable.
Coordinate with SMART Tier 2 Team to ensure dispersant effectiveness as data is collected.
Monitor stockpile of dispersant for supply replenishment to maintain 50,000 gallons a day.
Follow instructions for overflight restrictions over wildlife refuges.

Aerial spray response boats:

Spray within the source control area to minimize volitile VOCs and other odors with direct disperant spray from boats.
Spray Boats: Houston Source Control has tactical control from Houston. Logistics coordination is from Houma.

The spray response boats noted are for identification purposes only.

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 5/21/2010 04:39 | Page 1 of 3 | © 1997-2010 dbSoft, Inc. |

Page 48 of 150

HCG154-003615

| ICS 204 - Assignment List | | | |
|---|---|---|---|
| **Incident:** Deepwater Horizon MC252 | **Prepared By:** Unified Command | | **at** 5/20/2010 11:54 |
| **Period:** Period 31  (5/21/2010 06:00 - 5/22/2010 06:00) | **Branch:** Sector New Orleans | | |

| Division/Group/Staging: Dispersant Group |
|---|

| Special Instructions for Division / Group |
|---|
| ***No dispersant application ops within three nautical miles of marine mammals and sea turtles.***<br>Vessel clearance from spray targets prior to deployment.<br><br>Report take off & landing times to assigned coordinators as they occur.<br><br>Coordinate with SMART Group supervisor, report area sprayed Lat/Long, time sprayed, # of passes and gallons applied. |

| Communications | | | |
|---|---|---|---|
| Name / Function | Radio:  Freq. / System / Channel | Phone | Pager |
| Air to Air Frequency | 126.4 (Primary) / 123.45 (Secondary) | | |
| Surface to Air Frequency | 122.9 (Primary) / 123.45 | | |
| Coordination with Stennis base | 122.9 (Primary) / Marine channel (81a) as a Se | | |
| National Response Center | | 800-424-8802 | |
| EPA | jones.nancy@epa.gov | 214-789-1527 | |

| Tactical Objective |
|---|
| Apply dispersants as approved and appropriate.<br>Deploy and monitor success of effectiveness.<br>Monitor stockpile of dispersant for supply replenishment. |

| Location of Work |
|---|
| ASI Houma - home base for DC-3 & DC 3 Turbo Prop<br>MSRC Stennis, MS - home base for C-130 & King Air |

| Special Environmental Considerations |
|---|
| All aircraft and vessels should be watching for marine mammals/sea turtles.<br>Maintain 3 (three) NM No Spray Zone then marine mammals and sea turtles are identified.<br>*Whales have been spotted in the area*<br>All personnel must report marine mammal/turtle sightings  to the Wildlife Reporting Hotline: 1-866-557-1401 |

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed:  5/21/2010 04:39 | Page 2 of 3 | © 1997-2010 dbSoft, Inc. |

HCG154-003616

| ICS 204 - Assignment List | | |
|---|---|---|
| **Incident:** Deepwater Horizon MC252 | **Prepared By:** Unified Command | **at** 5/20/2010 11:54 |
| **Period:** Period 31  (5/21/2010 06:00 - 5/22/2010 06:00) | **Branch:** Sector New Orleans | |
| **Division/Group/Staging:** Dispersant Group | | |

| Special Site-Specific Safety Considerations | |
|---|---|

PRE-TASK SAFETY
• Safety briefing for all passengers is required.
• All incidents shall be immediately reported to your supervisor.  These include but are not limited to near misses, first aids, recordable injuries, security breaches, loss of primary containment, etc.
• Everyone has the obligation to stop work that is unsafe.
• A JSEA shall be completed prior to beginning work.
PERSONAL SAFETY
• All appropriate PPE shall be worn when necessary.
• All pilots and passengers shall wear hearing and eye protection at all times around operating helicopters.
• All pilots and passengers shall wear PFD's and seatbelts at all times.
• All pilots and passengers shall approach/depart from front of helicopters.
• All pilots and passengers shall be aware of rotating assemblies and engine intakes.
• All pilots and personnel shall take appropriate breaks in order to prevent fatigue.
• All personnel shall protect themselves from severe weather.
• All passengers shall follow the pilots direction at all times.
• NO SMOKING, unless in a designated area.  Personnel must be made aware of the location of flammable and combustible materials including; fuel and flammable material storage areas, flammable contaminated materials, hay bales, crude oil, etc.  Strict adherence to the smoking policy is required.
TRANSPORTATION SAFETY
• For any additional specific safety and health precautions please review the 208 Aircraft Operations Site Safety Plan.
COMMUNICATION
• Review communication procedures prior to each task.
• Ensure communication equipment is in working rrder.
• Review Hand Signals with all response personnel.
• Review warning sirens and alarms daily.
• Check posting/location of first aid and medical support.
• Identify muster locations daily or as work area advances.
• Do not use cell phone while driving, operating equipment or other tasks requiring full attention (e.g., power tools, cutting, etc).

| Reviewed By Signatures - (PSC): | | (OSC): | | |
|---|---|---|---|---|
| ICS 204 - Assignment List | Printed:  5/21/2010 04:39 | Page 3 of 3 | © 1997-2010 dbSoft, Inc. |

HCG154-003617