# Exhibit S-31

| IAP Cover Sheet | |
|---|---|
| Incident Name: | Operational Period to be covered by IAP: |
| Deepwater Horizon MC252 | Period 32  (5/22/2010 06:00 - 5/23/2010 06:00) |

Approved by:

CIC:

SOSC:

RPIC:

# Incident Action Plan



| Prepared By: | Gunderson, Glen | Prepared Date/Time: | 5/21/2010 05:58 |
|---|---|---|---|
| | IAP Cover Sheet | Printed 5/21/2010 15:10 | © 1987-2010 dbSoft, Inc. |

Page 1 of 189

## ICS 202 - General Response Objectives

| Incident: | Deepwater Horizon MC 252 | Prepared By: | Sanderson, Glen | at 5/21/2010 08:19 |
| Period: | Period 32 (5/22/2010 06:00 - 5/23/2010 06:00) | Version Name: | LA - Houma IMT Objectives | |

### Overall and Strategic Objectives

| | Assigned To | Status |
|---|---|---|
| 1. Ensure the Health, Safety, & Security of Citizens and Response Personnel | | |
| *  a. Develop & Deliver the right level of Safety & Health Training to all workers & volunteers (M) | Safety Officer | In Progress |
| *  b. Continue implementation and optimization of air/water particulate monitoring plan and deliver information to key stakeholders (O) | Safety/Environmental | In Progress |
| *  c. Continue implementation and optimization of Site Safety & Health Plan for response personnel and volunteers (M) | Safety Officer | In Progress |
| *  d. Develop and deliver a secure workplace | | |
| 2. Maximize Protection of Environmentally and Economically Sensitive Areas and Contain and Recover Spilled Material | | |
| *  a. OFF-SHORE DEEPER WATER | | |
| *  a1. Expand containment and recovery capabilities (O) | O P S | In Progress |
| *  a2. Oversight/monitoring for situation awareness and operations direction (O) | Air Ops Branch Director | In Progress |
| *  a3. Maximize on-water mechanical containment and recovery (O) | On Water Recovery Group Supervisor | In Progress |
| *  a4. Continue to deploy, optimize, and enhance dispersant plan (O) | Dispersant Group | In Progress |
| *  a5. Continue to deploy, optimize and enhance controlled burn plan (O) | Deputy Operations Chief | In Progress |
| *  a6. Evaluate efficiency of applied response methods (controlled burn, dispersants, skimming and Ocean Buster boxes) | | |
| *  b. NEAR SHORE | | |
| *  b1. Keep LCOP operational (O) | O P S | Planned |
| *  b2. Account for personnel and equipment (O) | Near-shore recovery | In Progress |
| *  b3. Assess sensitive area prioritization based on trajectories and other intelligence from field operations (M) | Environmental Unit | In Progress |
| *  b4. Continue implementing/maintaining booming strategies for Louisiana shoreline (O) | Shoreline Protection Branch | In Progress |
| *  b5. Integrate approved Parish secondary protection strategies (M) | Protection Group Supervisor | In Progress |
| *  b6. Assess equipment decon and vessel cleaning stations capacities and system sustainability (O) | On Water Recovery Group Supervisor | In Progress |
| *  c. ONSHORE | | |
| *  c1. Keep Port Fourchon Operational (O) | O P S | Planned |
| *  c2. Keep Mississippi River operational (O) | O P S | Planned |
| *  c3. Prioritize notification and response protocol of fast response teams (M) | | |
| *  c4. Conduct and support appropriate shoreline cleanup efforts as directed by SCAT (O) | Shoreline Cleanup | Planning |
| *  c5. Implement and ensure proper documentation per the Waste Management Plan (O) | Environmental | In Progress |
| *  c6. Prioritize response protocol for forensic assessment team (FRAT) and SCAT (O) | Environmental | In Progress |
| 3. Recover and Remediate Injured Wildlife (O) | | |

HCG154-003838

## ICS 202 - General Response Objectives

| Incident: | Deepwater Horizon MC252 | Prepared By: | Sanderson, Glen | at 5/21/2010 08:19 |
| Period: | Period 32 (5/22/2010 06:00 - 5/23/2010 06:00) | Version Name: | LA - Houma IMT Objectives |

### Overall and Strategic Objectives

| | | Assigned To | Status |
|---|---|---|---|
| * | Differentiate natural mortality vs. spill related and communicate to key stake holders (M) | Environmental | In Progress |

**4. Manage a Coordinated Response Effort   (M)**

| | | Assigned To | Status |
|---|---|---|---|
| * | 4a. Sustain emergency response organization to support the ongoing response activities (M) | Unified Command | In Progress |
| * | 4b. Maintain communications with Area Command, Mobile, Key West & St. Petersburg ICPs and EOCs (M) | Liaison Officer | In Progress |
| * | 4c. Coordinate with Houston SIMOPS (O) | Unified Command | In Progress |
| * | 4d. Utilize local resources to the extent possible and distribute resource amongst the parishes | | |
| * | 4e. Develop and ensure proper protocol is followed for evidence collection and protection | | |
| * | 4f. Ensure proper span of control at each staging area to allow proper alignment with (M) | | |

**5. Keep stakeholders and Public Informed of Response Activities (M)**

| | | Assigned To | Status |
|---|---|---|---|
| * | 5a. Active engagement with State and Local Agencies, Communities, and media (M) | Liaison Officer | In Progress |
| * | 5b. Clarify reality of spill, educate public   (M) | Public Information Officer | In Progress |

**6. Account for response-related costs and critical resources (M)**

**7. Manage demobilization of all response assets (M)**

**8. Responsibly Manage Waste Generated from spill clean up activities according to all applicable regulations**

| | | | |
|---|---|---|---|
| * | 8a. Use appropriate practices to minimize waste generated (M) | | |
| * | 8b. Investigate options for in-situ mitigation (M) | | |
| * | 8c. Manage resulting waste streams including proper permitting and documentation (M) | | |

**9. Manage Overall Information Flow for ICP**

| | | | |
|---|---|---|---|
| * | From IMT - Consolidate all technical and scientific data for submission to Area Command | | |
| * | Within IMT - Coordinate transfer of data transferred to/from the various agencies involved in response (M) | | |

### Operational Period Command Emphasis (Safety Message, Priorities, Key Decisions/Directions)

***See Attachment***

### Approved By

| ICS 202 - General Response Objectives | Printed: 5/21/2010 14:43 | Page 2 of 3 | © 1997-2010 dbSoft, Inc. |
| | | Page 16 of 108 | |

HCG154-003839

## ICS 204 - Assignment List

| Incident: Deepwater Horizon MC252 | Prepared By: Unified Command | at 5/21/2010 23:46 |
|---|---|---|
| Period: Period 32 (5/22/2010 06:00 - 5/23/2010 06:00) | Branch: Sector New Orleans | |
| Division/Group/Staging: Dispersant Group | | |

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Safety Officer | DeVillier, Craig | BP | 281-217-3383 |
| Offshore Branch Director | Jefferies, Jeremiah | O'Brien's | 206-817-5845 |
| Public Information Officer | Stultz, Mark | BP | 832-623-9096 |
| Operations Section Deputy | Holton, Aaron | O'Brien's RM | 985-774-5208 |
| Operations Section Chief | Black, James | BP | 713-562-6419 |
| CG Ops Sec Chief Deputy | Weaver, Michael | Aerotek | 609-351-7155 |
| CG Air Ops Branch Director | Cromwell , John | U.S. Coast Guard | 214-300-1041 |
| Air Ops Branch Director | Verrett, Brian | BP | 337-578-2425 |

### Resources Required

| Area of Operation | Resource Type | Description | Quantity | Size |
|---|---|---|---|---|
| Dispersant Group | Air Spotter | Spotter | 8 each | |
| Dispersant Group | Air Sprayer | Sprayer | 11 each | |
| Dispersant Group | Dispersant | Dispersant | 25000 gallon(s) | |
| Dispersant Group | Manpower: Responder | | 128 each | |

### Assignments

Aerial Dispersant Group:

Aerial spray with planes:
Approval to apply Nalco 9500/9527 continues
Apply dispersants as approved and appropriate within weather limits (ceiling of 1,500 ft., 4 mile visibility, and 35 knot winds).
Target Black and Brown oil that is most fresh and dispersable outside of the 5 NM no-spray zone.
Ensure a no spray zone within 5 nautical miles of the source (28° 44.21 N by 88° 21.99 W) and any Insitu Burn operations.
Ensure there is a 2 nautical mile separation zone from any vessel/platform.
Coordinate with Houston ICP to deconflict sub-sea dispersant application (5 mile no spray zone) when applicable.
Coordinate with SMART Tier 2 Team to ensure dispersant effectiveness as data is collected.
Monitor stockpile of dispersant for supply replenishment to maintain 50,000 gallons a day.
Instructions from UC is to maintain a 85,000 gallon minimum inventory and maintain maximum 25,000 gallon/day application.
Follow instructions for overflight restrictions over wildlife refuges.

Aerial spray response boats:

Spray within the source control area to minimize volitile VOCs and other odors with direct disperant spray from boats.
Spray Boats: Houston Source Control has tactical control from Houston. Logistics coordination is from Houma.

The spray response boats noted are for identification purposes only.

International peace to perform multi-role: SMART, Dispersant Application and testing.

### Special Instructions for Division / Group

***No dispersant application ops within three nautical miles of marine mammals and sea turtles.***
Vessel clearance from spray targets prior to deployment.

Report take off & landing times to assigned coordinators as they occur.

Coordinate with SMART Group supervisor, report area sprayed Lat/Long, time sprayed, # of passes and gallons applied.

| Reviewed By Signatures - (PSC): | (OSC): |
|---|---|

| ICS 204 - Assignment List | Printed: 5/21/2010 23:53 | Page 1 of 3 | © 1997-2010 dbSoft, Inc. |

HCG154-003850

| ICS 204 - Assignment List | | | |
|---|---|---|---|
| Incident: Deepwater Horizon MC252 | Prepared By: Unified Command | | at 5/21/2010 23:46 |
| Period: Period 32 (5/22/2010 06:00 - 5/23/2010 06:00) | Branch: Sector New Orleans | | |
| Division/Group/Staging: Dispersant Group | | | |

| Communications | | | |
|---|---|---|---|
| Name / Function | Radio: Freq. / System / Channel | Phone | Pager |
| Air to Air Frequency | 126.4 (Primary) / 123.45 (Secondary) | | |
| Surface to Air Frequency | 122.9 (Primary) / 123.45 | | |
| Coordination with Stennis base | 122.9 (Primary) / Marine channel (81a) as a Sc | | |
| National Response Center | | 800-424-8802 | |
| EPA | jones.nancy@epa.gov | 214-789-1527 | |

### Tactical Objective

Apply dispersants as approved and appropriate.
Deploy and monitor success of effectiveness.
Monitor stockpile of dispersant for supply replenishment.

### Location of Work

ASI Houma - home base for DC-3 & DC 3 Turbo Prop
MSRC Stennis, MS - home base for C-130 & King Air

### Special Environmental Considerations

All aircraft and vessels should be watching for marine mammals/sea turtles.
Maintain 3 (three) NM No Spray Zone then marine mammals and sea turtles are identified.
*Whales have been spotted in the area*
All personnel must report marine mammal/turtle sightings to the Wildlife Reporting Hotline: 1-866-557-1401

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 5/21/2010 23:53 | Page 2 of 3 | © 1997-2010 dbSoft, Inc. |

HCG154-003851

| ICS 204 - Assignment List | |
|---|---|
| **Incident:** Deepwater Horizon MC252 | **Prepared By:** Unified Command      at 5/21/2010 23:46 |
| **Period:** Period 32 (5/22/2010 06:00 - 5/23/2010 06:00) | **Branch:** Sector New Orleans |
| **Division/Group/Staging:** Dispersant Group | |

### Special Site-Specific Safety Considerations

PRE-TASK SAFETY
• Safety briefing for all passengers is required.
• All incidents shall be immediately reported to your supervisor.  These include but are not limited to near misses, first aids, recordable injuries, security breaches, loss of primary containment, etc.
• Everyone has the obligation to stop work that is unsafe.
• A JSEA shall be completed prior to beginning work.
PERSONAL SAFETY
• All appropriate PPE shall be worn when necessary.
• All pilots and passengers shall wear hearing and eye protection at all times around operating helicopters.
• All pilots and passengers shall wear PFD's and seatbelts at all times.
• All pilots and passengers shall approach/depart from front of helicopters.
• All pilots and passengers shall be aware of rotating assemblies and engine intakes.
• All pilots and personnel shall take appropriate breaks in order to prevent fatigue.
• All personnel shall protect themselves from severe weather.
• All passengers shall follow the pilots direction at all times.
• NO SMOKING, unless in a designated area.  Personnel must be made aware of the location of flammable and combustible materials including; fuel and flammable material storage areas, flammable contaminated materials, hay bales, crude oil, etc.  Strict adherence to the smoking policy is required.
TRANSPORTATION SAFETY
• For any additional specific safety and health precautions please review the 208 Aircraft Operations Site Safety Plan.
COMMUNICATION
• Review communication procedures prior to each task.
• Ensure communication equipment is in working rrder.
• Review Hand Signals with all response personnel.
• Review warning sirens and alarms daily.
• Check posting/location of first aid and medical support.
• Identify muster locations daily or as work area advances.
• Do not use cell phone while driving, operating equipment or other tasks requiring full attention (e.g., power tools, cutting, etc).

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 5/21/2010 23:53 | Page 3 of 3 | © 1997-2010 dbSoft, Inc. |

HCG154-003852