# Exhibit S-32



| IAP Cover Sheet | |
|---|---|
| Incident Name: | Operational Period to be covered by IAP: |
| Deepwater Horizon MC252 | Period 33 (5/22/2010 06:00 - 5/23/2010 06:00) |
| Approved by: | |
| COD: | |
| SOSC: | |
| RPC: | |

# Incident Action Plan



| Prepared By: | Sanderson, Glen | Prepared Date/Time: | 5/22/2010 06:16 |
|---|---|---|---|
| IAP Cover Sheet | | Print: 5/22/2010 13:44 | © 1997-2010 dbSoft, Inc. |

HCG154-003796

| ICS 202 - General Response Objectives | | | |
|---|---|---|---|
| Incident: Deepwater Horizon MC252 | | Prepared By: Sanderson, Glen | at 5/22/2010 05:16 |
| Period: Period 33 (5/23/2010 06:00 - 5/24/2010 06:00) | | Version Name: LA - Houma IMT Objectives | |

| Overall and Strategic Objectives | Assigned To | Status |
|---|---|---|
| 1. Ensure the Health, Safety, & Security of Citizens and Response Personnel | | |
| • a. Develop & Deliver the right level of Safety & Health Training to all workers & volunteers (M) | Safety Officer | In Progress |
| • b. Continue implementation and optimization of air/water particulate monitoring plan and deliver information to key stakeholders (O) | Safety/Environmental | In Progress |
| • c. Continue implementation and optimization of Site Safety & Health Plan for response personnel and volunteers (M) | Safety Officer | In Progress |
| • d. Develop and deliver a secure workplace | | |
| 2. Maximize Protection of Environmentally and Economically Sensitive Areas and Contain and Recover Spilled Material | | |
| • a. OFF-SHORE DEEPER WATER | | |
| • a1. Expand containment and recovery capabilities (O) | O P S | In Progress |
| • a2. Overflight/monitoring for situation awareness and operations direction (O) | Air Ops Branch Director | In Progress |
| • a3. Maximize on-water mechanical containment and recovery (O) | On Water Recovery Group Supervisor | In Progress |
| • a4. Continue to deploy, optimize, and enhance dispersant plan (O) | Dispersant Group | In Progress |
| • a5. Continue to deploy, optimize and enhance controlled burn plan (O) | Deputy Operations Chief | In Progress |
| • a6. Evaluate efficiency of applied response methods (controlled burn, dispersants, skimming and Ocean Buster boom). | | |
| • b. NEAR SHORE | | |
| • b1. Keep LOOP operational (O) | O P S | Planned |
| • b2. Account for personnel and equipment (O) | Near-shore recovery | In Progress |
| • b3. Assess sensitive area prioritization based on trajectories and other intelligence from field operations (M) | Environmental Unit | In Progress |
| • b4. Continue implementing/maintaining booming strategies for Louisiana shoreline (O) | Shoreline Protection Branch | In Progress |
| • b5. Integrate approved Parish secondary protection strategies (M) | Protection Group Supervisor | In Progress |
| • b6. Assess equipment decon and vessel cleaning stations capacities and enable sustainability (O) | On Water Recovery Group Supervisor | In Progress |
| • c. ONSHORE | | |
| • c1. Keep Port Fourchon Operational (O) | O P S | Planned |
| • c2. Keep Mississippi River operational (O) | O P S | Planned |
| • c3. Priortize notification and response protocol of fast response teams (M) | | |
| • c4. Conduct and support appropriate shoreline cleanup efforts as directed by SCAT (O) | Shoreline Cleanup | Planning |
| • c5. Implement and ensure proper documenation per the Waste Management Plan (O) | Environmental | In Progress |
| • c6. Prioritize response protocol for forensic assessment team (FRAT) and SCAT (O) | Environmental | In Progress |
| 3. Recover and Rehabilitate Injured Wildlife (O) | | |

| ICS 202 - General Response Objectives | Printed: 5/22/2010 15:35 | Page 1 of 2 | © 1997-2010 dbSoft, Inc. |

HCG154-003926

## ICS 202 - General Response Objectives

| Incident: | Deepwater Horizon MC252 | Prepared By: | Sanderson, Glen | at 5/22/2010 05:16 |
|---|---|---|---|---|
| Period: | Period 33 (5/23/2010 06:00 - 5/24/2010 06:00) | Version Name: | LA - Houma IMT Objectives | |

### Overall and Strategic Objectives

| | Assigned To | Status |
|---|---|---|
| • Differentiate natural mortality vs. spill related and communicate to key stake holders (M) | Environmental | In Progress |
| 4. Manage a Coordinated Response Effort (M) | | |
| • 4a. Sustain emergency response organization to support the ongoing response activities (M) | Unified Command | In Progress |
| • 4b. Maintain communications with Area Command, Mobile, Key West & St. Petersburg ICPs and EOCs (M) | Liaison Officer | In Progress |
| • 4c. Coordinate with Houston SIMOPS (O) | Unified Command | In Progress |
| • 4d. Utilize local resources to the extent possible and distribute resource amonst the parishes | | |
| • 4e. Develop and ensure proper protocol is followed for evidence collection and protection | | |
| • 4f. Ensure proper span of control at each staging area to allow proper alignment with IAP | | |
| 5. Keep stakeholders and Public Informed of Response Activities (M) | | |
| • 5a. Active engagement with State and Local Agencies, Communities, and media (M) | Liaison Officer | In Progress |
| • 5b. Clarify reality of spill: educate public. (M) | Public Information Officer | In Progress |
| 6. Account for response-related costs and critical resources (M) | | |
| 7. Manage demobilization of all response assets (M) | | |
| 8. Responsibly Manage Waste Generated from spill clean up activities according to all applicable regulations | | |
| • 8a. Use appropriate practices to minimize waste generated (M) | | |
| • 8b. Investigate options for in-situ mitigation (M) | | |
| • 8c. Manage resulting waste streams including proper permitting and documentation (M) | | |
| 9. Manage Overall Information Flow for ICP | | |
| • From IMT - Consolidate all technical and scietific data for submission to Area Command | | |
| • Within IMT - Coordinate transfer of data transferred to/from the various agencies involoed in response (M) | | |

### Operational Period Command Emphasis (Safety Message, Priorities, Key Decisions/Directions)

***See Attachment***

### Approved By

:

| ICS 202 - General Response Objectives | Printed: 5/22/2010 15:35 | Page 2 of 2 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

HCG154-003927

# ICS 204 - Assignment List

| | |
|---|---|
| Incident: Deepwater Horizon MC252 | Prepared By: Unified Command   at 5/22/2010 13:56 |
| Period: Period 33 (5/23/2010 06:00 - 5/24/2010 06:00) | Branch: Sector New Orleans |
| | Division/Group/Staging: Dispersant Group |

## Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Black, James | BP | 713-562-6419 |
| Operations Section Deputy | Holton, Aaron | O'Brien's RM | 985-774-5208 |
| CG Ops Sec Chief Deputy | Weaver, Michael | Aerotek | 609-351-7155 |
| Offshore Branch Director | Jefferies, Jeremiah | O'Brien's | 206-817-5845 |
| Dispersant Ops Group Supervisor | Huber, Charles | C.A. Huber, Inc. | 757-876-2952 |
| Dispersant Group Liaison - Stennis | Schacht, Ken | MSRC | 4252931218 |
| Dispersant Group Liaison - Houma | Gass, Michael | Clean Caribbean & Amer | 954-658-1321 |
| Dispersant Group Liaison - USAF | Haagsma, Karl | U.S. Air Force | 330-233-3346 |
| Dispersant Group Liaison - AT802 | Rosenberg, Edward | O'Brien's RM | 207-577-5226 |
| Safety Officer | DeVillier, Craig | BP | 281-217-3383 |
| Public Information Officer | Stultz, Mark | BP | 832-623-9096 |
| CG Air Ops Branch Director | Cromwell, John | U.S. Coast Guard | 214-300-1041 |
| Air Ops Branch Director | Russell, Virgil | BP | 281-382-3719 |

## Resources Required

| Area of Operation | Resource Type | Description | Quantity | Size |
|---|---|---|---|---|
| Dispersant Group | Air Spotter | Spotter | 8 each | |
| Dispersant Group | Air Sprayer | Sprayer | 11 each | |
| Dispersant Group | Dispersant | Dispersant | 57000 gallon(s) | |
| Dispersant Group | Manpower: Responder | | 150 each | |

## Assignments

Aerial Dispersant Group:

Aerial spray with planes:
Approval to apply Nalco 9500/9527 continues
Apply dispersants as approved and appropriate within weather limits (ceiling of 1,500 ft., 4 mile visibility, and 35 knot winds).
Target Black and Brown oil that is most fresh and dispersable
Ensure a no spray zone within 5 nautical miles of the source (28° 44.21 N by 88° 21.99 W) and any Insitu Burn operations.
Ensure there is a 2 nautical mile separation zone from any vessel/platform and 3 nautical miles around mammal sightings.
Coordinate with Houston ICP to deconflict sub-sea dispersant application (5 mile no spray zone) when applicable.
Coordinate with SMART Tier 2 Team to collect fluorometer data.
Monitor stockpile of dispersant for supply replenishment to maintain sutainability and stockpile.
Instructions from UC is to maintain a 85,000 gallon minimum inventory
Follow instructions for overflight restrictions over wildlife refuges.

M/V International Peace to perform multi-role: SMART, Dispersant Application and testing.

## Special Instructions for Division / Group

***No dispersant application ops within three nautical miles of marine mammals and sea turtles.***
Vessel clearance from spray targets prior to deployment.

Report take off & landing times to assigned coordinators as they occur.

Coordinate with SMART Group supervisor, report area sprayed Lat/Long, time sprayed, # of passes and gallons applied.

Reviewed By Signatures - (PSC):                                    (OSC):

| | | | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 5/22/2010 19:09 | Page 1 of 3 | © 1997-2010 dbSoft, Inc. |

HCG154-003938

| ICS 204 - Assignment List | | | |
|---|---|---|---|
| Incident: Deepwater Horizon MC252 | Prepared By: Unified Command | | at 5/22/2010 13:56 |
| Period: Period 33 (5/23/2010 06:00 - 5/24/2010 06:00) | Branch: Sector New Orleans | | |
| Division/Group/Staging: Dispersant Group | | | |

### Communications

| Name / Function | Radio: Freq. / System / Channel | Phone | Pager |
|---|---|---|---|
| Air to Air Frequency | 126.4 (Primary) / 123.45 (Secondary) | | |
| Surface to Air Frequency | 122.9 (Primary) / 123.45 | | |
| Coordination with Stennis base | 122.9 (Primary) / Marine channel (81a) as a Se | | |
| National Response Center | | 800-424-8802 | |
| EPA | jones.nancy@epa.gov | 214-789-1527 | |

### Tactical Objective

Apply dispersants as approved and appropriate.
Deploy and monitor success of effectiveness.
Monitor stockpile of dispersant for supply replenishment.

### Location of Work

ASI Houma - home base for DC-3 & DC 3 Turbo Prop
MSRC Stennis, MS - home base for C-130 & King Air

### Special Environmental Considerations

All aircraft and vessels should be watching for marine mammals/sea turtles.
Maintain 3 (three) NM No Spray Zone then marine mammals and sea turtles are identified.
*Whales have been spotted in the area*
All personnel must report marine mammal/turtle sightings to the Wildlife Reporting Hotline: 1-866-557-1401

Reviewed By Signatures - (PSC):                                     (OSC):

| ICS 204 - Assignment List | Printed: 5/22/2010 19:09 | Page 2 of 3 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

HCG154-003939

| ICS 204 - Assignment List | |
|---|---|
| Incident: Deepwater Horizon MC252 | Prepared By: Unified Command   at 5/22/2010 13:56 |
| Period: Period 33 (5/23/2010 06:00 - 5/24/2010 06:00) | Branch: Sector New Orleans |
| Division/Group/Staging: Dispersant Group | |

### Special Site-Specific Safety Considerations

**PRE-TASK SAFETY**
- Safety briefing for all passengers is required.
- All incidents shall be immediately reported to your supervisor. These include but are not limited to near misses, first aids, recordable injuries, security breaches, loss of primary containment, etc.
- Everyone has the obligation to stop work that is unsafe.
- A JSEA shall be completed prior to beginning work.

**PERSONAL SAFETY**
- All appropriate PPE shall be worn when necessary.
- All pilots and passengers shall wear PFD's and seatbelts at all times.
- All pilots and passengers shall approach/depart from front of helicopters.
- All pilots and passengers shall be aware of rotating assemblies and engine intakes.
- All pilots and personnel shall take appropriate breaks in order to prevent fatigue.
- All personnel shall protect themselves from severe weather.
- All passengers shall follow the pilots direction at all times.
- NO SMOKING, unless in a designated area. Personnel must be made aware of the location of flammable and combustible materials including; fuel and flammable material storage areas, flammable contaminated materials, hay bales, crude oil, etc. Strict adherence to the smoking policy is required.

**TRANSPORTATION SAFETY**
- For any additional specific safety and health precautions please review the 208 Aircraft Operations Site Safety Plan.

**COMMUNICATION**
- Review communication procedures prior to each task.
- Ensure communication equipment is in working rrder.
- Review Hand Signals with all response personnel.
- Review warning sirens and alarms daily.
- Check posting/location of first aid and medical support.
- Identify muster locations daily or as work area advances.
- Do not use cell phone while driving, operating equipment or other tasks requiring full attention (e.g., power tools, cutting, etc).

Reviewed By Signatures - (PSC):                                                                 (OSC):

| ICS 204 - Assignment List | Printed: 5/22/2010 19:09 | Page 3 of 3 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

HCG154-003940