# Exhibit S-36

| IAP Cover Sheet ||
|---|---|
| Incident Name: Deepwater Horizon MC252 | Operational Period to be covered by IAP: Period 37 (5/27/2010 06:00 - 5/28/2010 06:00) |

Approved by:

CSC: _[signature]_ 5/27/10 Deputy IC

SOSC: _[signature]_

RPC: _[signature]_ 5/27/10 A.D. III

# Incident Action Plan



ORIGINAL

| Prepared By: | Sanderson, Glen | Prepared Date/Time: | 5/26/2010 00:15 |
|---|---|---|---|
| | IAP Cover Sheet | Printed: 5/26/2010 14:31 | © 1997-2010 dbSoft, Inc. |

Page 1 of 175

| ICS 202 - General Response Objectives | | | |
|---|---|---|---|
| Incident: Deepwater Horizon MC252 | | Prepared By: Sanderson, Glen  at 5/26/2010 08:43 | |
| Period: Period 37 (5/27/2010 06:00 - 5/28/2010 06:00) | | Version Name: LA - Houma IMT Objectives | |
| **Overall and Strategic Objectives** | | | |
|  | | Assigned To | Status |
| 1. Ensure the Health, Safety, & Security of Citizens and Response Personnel | | | |
| • a. Develop & Deliver the right level of Safety & Health Training to all workers & volunteers (M) | | Safety Officer | In Progress |
| • b. Continue implementation and optimization of air/water particulate monitoring plan and deliver information to key stakeholders (O) | | Safety/Environmental | In Progress |
| • c. Continue implementation and optimization of Site Safety & Health Plan for response personnel and volunteers (M) | | Safety Officer | In Progress |
| • d. Develop and deliver a secure workplace | | | |
| 2. Maximize Protection of Environmentally and Economically Sensitive Areas and Contain and Recover Spilled Material | | | |
| • a. OFF-SHORE DEEPER WATER | | | |
| • a1. Expand containment and recovery capabilities (O) | | O P S | In Progress |
| • a2. Overflight/monitoring for situation awareness, integratoin into common operating picture and operations direction(O) | | Air Ops Branch Director | In Progress |
| • a3. Maximize on-water mechanical containment and recovery (O) | | On Water Recovery Group Supervisor | In Progress |
| • a4. Continue to deploy, optimize, and enhance dispersant plan (O) | | Dispersant Group | In Progress |
| • a5. Continue to deploy, optimize and enhance controlled burn plan (O) | | Deputy Operations Chief | In Progress |
| • a6. Evaluate efficiency of applied response methods (controlled burn, dispersants, skimming and Ocean Buster boom). | | | |
| • b. NEAR SHORE | | | |
| • b1. Keep LOOP operational (O) | | O P S | Planned |
| • b2, Deploy, track and verify proper personnel and equipment for optimal response (O) | | Near-shore recovery | In Progress |
| • b3. Assess sensitive area prioritization based on trajectories and other intelligence from field operations (M) | | Environmental Unit | In Progress |
| • b4. Continue implementing/maintaining booming strategies for Louisiana shoreline (O) | | Shoreline Protection Branch | In Progress |
| • b5. Integrate approved Parish secondary protection strategies (M) | | Protection Group Supervisor | In Progress |
| • b6. Assess equipment decon and vessel cleaning stations capacities and enable sustainability including ongoing oil and gas processings facilitiies(O) | | On Water Recovery Group Supervisor | In Progress |
| • c. ONSHORE | | | |
| • c1. Keep Port Fourchon Operational (O) | | O P S | Planned |
| • c2. Keep Mississippi River operational (O) | | O P S | Planned |
| • c3. Priortize notification and response protocol of fast response teams, forensic assessment teams (FRAT), and SCAT (O) (M) | | | |
| • c4. Conduct and support appropriate shoreline cleanup efforts as directed by SCAT (O) | | Shoreline Cleanup | Planning |
| 3. Recover and Rehabilitate Injured Wildlife (O) | | | |
| • Differentiate natural mortality vs. spill related and communicate to key stake holders (M) | | Environmental | In Progress |
| ICS 202 - General Response Objectives | Printed: 5/26/2010 14:42 | Page 1 of 2 | © 1997-2010 dbSoft, Inc. |

HCG154-004532

| ICS 202 - General Response Objectives | | | |
|---|---|---|---|
| Incident: Deepwater Horizon MC252 | | Prepared By: Sanderson, Glen    at 5/26/2010 08:43 | |
| Period: Period 37 (5/27/2010 06:00 - 5/28/2010 06:00) | | Version Name: LA - Houma IMT Objectives | |

### Overall and Strategic Objectives

| | Assigned To | Status |
|---|---|---|
| 4. Manage a Coordinated Response Effort (M) | | |
| • 4a. Sustain emergency response organization to support the ongoing response activities (M) | Unified Command | In Progress |
| • 4b. Maintain communications with Area Command, Mobile, Key West & St. Petersburg ICPs and EOCs (M) | Liaison Officer | In Progress |
| • 4c. Coordinate with Houston SIMOPS (O) | Unified Command | In Progress |
| • 4d. Utilize local and tribal resources to the extent possible and distribute resource amongst the parishes | | |
| • 4e. Develop and ensure proper protocol is followed for evidence collection and protection | | |
| • 4f. Ensure proper span of control at each staging area to allow proper alignment with IAP | | |
| 5. Keep stakeholders and Public Informed of Response Activities (M) | | |
| • 5a. Active engagement with State and Local Agencies, Communities, and media (M) | Liaison Officer | In Progress |
| • 5b. Clarify reality of spill: educate public. (M) | Public Information Officer | In Progress |
| 6. Account for response-related costs and critical resources (M) | | |
| 7. Manage demobilization of all response assets (M) | | |
| 8. Responsibly Manage Waste Generated from spill clean up activities according to all applicable regulations | | |
| • 8a. Use appropriate practices to minimize waste generated (M) | | |
| • 8b. Investigate options for in-situ mitigation (M) | | |
| • 8c. Manage resulting waste streams including proper permitting and documentation (M) | | |
| 9. Manage Overall Information from ICP | | |
| • From IMT - Consolidate all technical and scietific data for submission to Area Command | | |
| • Within IMT - Coordinate transfer of data transferred to/from the various agencies involved in response (M) | | |

### Operational Period Command Emphasis (Safety Message, Priorities, Key Decisions/Directions)

***See Attachment***

### Approved By

: _____

| ICS 202 - General Response Objectives | Printed: 5/26/2010 14:42 | Page 2 of 2 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

HCG154-004533

# ICS 204 - Assignment List

| | |
|---|---|
| Incident: Deepwater Horizon MC252 | Prepared By: Unified Command   at 5/26/2010 00:15 |
| Period: Period 37 (5/27/2010 06:00 - 5/28/2010 06:00) | Branch: Plaquemines Parish. |
| | Division/Group/Staging: Dispersant Group |

## Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Black, James | BP | 713-562-6419 |
| Operations Section Deputy | Holton, Aaron | O'Brien's RM | 985-774-5208 |
| CG Ops Sec Chief Deputy | Lee, Chris | USCG | 808-258-1075 |
| Offshore Branch Director | King, Caleb | O'Brien's | 270-816-7065 |
| Dispersant Ops Group Supervisor | Huber, Charles | C.A. Huber, Inc. | 757-876-2952 |
| Dispersant Group Liaison - Stennis | Schacht, Ken | MSRC | 425-293-1218 |
| Dispersant Group Liaison - Houma | Gass, Michael | Clean Caribbean & Amer | 954-658-1321 |
| Dispersant Group Liaison - USAF | Haagsma, Karl | U.S. Air Force | 330-233-2346 |
| Dispersant Group Liaison - AT802 | Rosenberg, Edward | O'Brien's RM | 207-577-5226 |
| Safety Officer | DeVillier, Craig | BP | 281-217-3383 |
| Public Information Officer | Stultz, Mark | BP | 832-623-9096 |
| CG Air Ops Branch Director | Cromwell, John | U.S. Coast Guard | 214-300-1041 |
| Air Ops Branch Director | Russell, Virgil | BP | 281-382-3719 |

## Resources Required

| Area of Operation | Resource Type | Description | Quantity | Size |
|---|---|---|---|---|
| Dispersant Group | Air Spotter | Spotter | 8 each | |
| Dispersant Group | Air Sprayer | Sprayer | 11 each | |
| Dispersant Group | Dispersant - EC9500A | Dispersant | 50000 gallon(s) | |
| Dispersant Group | Manpower: Responder | | 150 each | |

## Assignments

Aerial Dispersant Group:

Aerial spray with planes:
Approval to apply Nalco EC9500A continues
Apply dispersants as approved and appropriate within weather limits (ceiling of 1,500 ft., 4 mile visibility, and 35 knot winds).
Target Black and Brown oil that is most fresh and dispersable
Ensure a no spray zone within 5 nautical miles of the source (28° 44.21 N by 88° 21.99 W) and any Insitu Burn operations.
Ensure there is a 2 nautical mile separation zone from any vessel/platform and 3 nautical miles around mammal sightings.
Coordinate with Houston ICP to deconflict sub-sea dispersant application (5 mile no spray zone) when applicable.
Coordinate with SMART Tier 2 Team to collect fluorometer data and coordinate with Tier 1 Team monitoring.
Monitor stockpile of dispersant for supply replenishment to maintain sutainability and stockpile.
Instructions from UC is to maintain a 85,000 gallon minimum inventory
Follow instructions for overflight restrictions over wildlife refuges.
AT-802 is still being evaluated for operational use for the 10m depth contour or 3-15nm from shoreline.
M/V International Peace to perform multi-role: SMART, Dispersant Application and testing.

AT-802 has been evaluated for nearshore operational use (Three (3) to fifteen (15) nautical miles/water depths greater than 10 meters).

Reviewed By Signatures - (PSC):    (OSC):
ICS 204 - Assignment List      Printed: 5/27/2010 02:28   Page 1 of 3   © 1997-2010 dbSoft, Inc.

| ICS 204 - Assignment List ||||
|---|---|---|---|
| Incident: Deepwater Horizon MC252 | Prepared By: Unified Command ||at 5/26/2010 00:15|
| Period: Period 37 (5/27/2010 06:00 - 5/28/2010 06:00) | Branch: Plaquemines Parish. |||
| | Division/Group/Staging: Dispersant Group |||

### Special Instructions for Division / Group

***No dispersant application ops within three nautical miles of marine mammals and sea turtles.***
Vessel clearance from spray targets prior to deployment.

Report take off & landing times to assigned coordinators as they occur.

Coordinate with SMART Group supervisor, report area sprayed Lat/Long, time sprayed, # of passes and gallons applied.

### Communications

| Name / Function | Radio: Freq. / System / Channel | Phone | Pager |
|---|---|---|---|
| Air to Air Frequency | 126.4 (Primary) / 123.45 (Secondary) | | |
| Surface to Air Frequency | 122.9 (Primary) / 123.45 | | |
| Coordination with Stennis base | 122.9 (Primary) / Marine channel (81a) as a Se | | |
| National Response Center | | 800-424-8802 | |
| EPA | jones.nancy@epa.gov | 214-789-1527 | |

### Tactical Objective

Apply dispersants as approved and appropriate.
Deploy and monitor success of effectiveness.
Monitor stockpile of dispersant for supply replenishment.

### Location of Work

ASI Houma - home base for DC-3 & DC 3 Turbo Prop, AT-802
MSRC Stennis, MS - home base for C-130 & King Air

### Special Environmental Considerations

All aircraft and vessels should be watching for marine mammals/sea turtles.
Maintain 3 (three) NM No Spray Zone when marine mammals and sea turtles are identified.
*Whales have been spotted in the area*
All personnel must report marine mammal/turtle sightings to the Wildlife Reporting Hotline: 1-866-557-1401

Reviewed By Signatures - (PSC):                                    (OSC):

| ICS 204 - Assignment List | Printed: 5/27/2010 02:28 | Page 2 of 3 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

| ICS 204 - Assignment List |||
|---|---|---|
| Incident: Deepwater Horizon MC252 | Prepared By: Unified Command | at 5/26/2010 00:15 |
| Period: Period 37 (5/27/2010 06:00 - 5/28/2010 06:00) | Branch: Plaquemines Parish. ||
| | Division/Group/Staging: Dispersant Group ||

### Special Site-Specific Safety Considerations

PRE-TASK SAFETY
• Safety briefing for all passengers is required.
• A JSEA shall be completed prior to beginning work.
• See the Gulf of Mexico Contract Aircraft Guidelines and the MC252 Air Operations Plan.
PERSONAL SAFETY
• All appropriate PPE shall be worn when necessary.
• All pilots and passengers shall wear hearing and eye protection at all times around operating helicopters
• All pilots and passengers shall wear PFD's and seatbelts at all times.
• All pilots and passengers shall approach/depart from front of helicopters.
• All pilots and passengers shall be aware of rotating assemblies and engine intakes.
• All pilots and personnel shall take appropriate breaks in order to prevent fatigue.
• All personnel shall protect themselves from severe weather.
• All passengers shall follow the pilots direction at all times.
• If In-Situ burning will be on-going in your area of operation, avoid smoke plumes.  Ensure your tasks do not interfere with their operations.
• NO SMOKING, unless in a designated area.  Strict adherence to the smoking policy is required.
COMMUNICATION
• Review communication procedures prior to each task.
• Ensure communication equipment is in working order.
• Review Hand Signals with all response personnel.
• Identify muster locations daily or as work area advances.
• Do not use cell phone while driving, operating equipment or other tasks requiring full attention (e.g., power tools, cutting, etc).
• Notify chain of command of any health, safety, security, or environmental incidents.  These include near miss, first aid, security breaches, chemical spills, etc.
Everyone has the right and duty to stop a task that is recognized as unsafe.

Reviewed By Signatures - (PSC):                                                                        (OSC):

| ICS 204 - Assignment List | Printed: 5/27/2010 02:28 | Page 3 of 3 | © 1997-2010 dbSoft, Inc. |

HCG154-004548