# Exhibit V

# Part 1 of 3

**U.S. Department of
Homeland Security
United States
Coast Guard**

Commander
Eighth Coast Guard District

Hale Boggs Federal Building.
500 Poydras Street
New Orleans, LA 70130
Staff Symbol (dl)
Phone: (504) 671-2331

16480
May 14, 2010

Doug Suttles
Chief Operating Officer
Exploration & Production
BP America Inc.
501 WestLake Park Boulevard
Houston, Texas  77079

*ORIGINAL*

Re:  MC 252 Macondo Surface Dispersant

I received your letter request dated May 13, 2010, in which you seek to deploy approved dispersant by on-scene vessels through (1) fire monitor systems (two vessels); and (2) boom deployed systems (two vessels).  Such dispersant operation is approved and should be accomplished in accordance with RRT-6 guidelines.

Sincerely,

MARY E. LANDRY
Rear Admiral, U.S. Coast Guard
Commander, Eighth Coast Guard District

HCG037-000222

HCG037-001579

**VIA EMAIL AND CERTIFIED MAIL**

May 28, 2010

Rear Admiral Mary Landry
Commander, Eighth Coast Guard District
Hale Boggs Federal Building
500 Poydras Street
New Orleans, LA 70130

Dear Admiral Landry:

In compliance with the May 26, 2010 Dispersant Monitoring and Assessment Directive - Addendum 3 (the "Directive"), BP Exploration & Production Inc. ("BP") has eliminated the surface application of dispersants except in cases where an exemption is requested and justified, and approved by the Federal On-Scene Coordinator.

BP has located a large (2x0.5 miles) dispersible oil slick approximately 90 miles Southeast of Houma, Louisiana with suitable weather for dispersant operations, i.e. visibility > 4 sm, ceiling > 1500 ft and winds less than 35 knots. BP anticipates that, due to the location and size of the oil slick the use of mechanical recovery and ISB will provide insufficient means due to the travel distance to the site and the operational time needed to remove this spill volume, on May 28, 2010. Accordingly, in accordance with the Directive, BP respectfully requests an exemption to apply EC9500A in volumes not to exceed 15,000 gallons for a period not to exceed 12 hours.

Sincerely,

Douglas J. Suttles

Exemption approved subject to the above:

Date: 5/28/2010

Mary E. Landry
Rear Admiral, USCG
Federal On-Scene Coordinator

HCG037-001580

*FW: Aerial dispersant target*

## Easley, Max

**From:**    James.E.Hanzalik@uscg.mil on behalf of Hanzalik, James CAPT [James.E.Hanzalik@uscg.mil]
**Sent:**    28 May 2010 14:06
**To:**      Easley, Max
**Subject:** FW: Aerial dispersant target

Sent with Good (www.good.com)

----Original Message-----
From:  Hanzalik, James CAPT
Sent:  Friday, May 28, 2010 03:02 PM Eastern Standard Time
To:    Landry, Mary RADM
Cc:    Watson, James RADM
Subject:    Aerial dispersant target

Ma'am,

FYI I gave BP the go ahead to hit an oil target offshore with dispersants IAW the directive.

V/R,

James

Sent with Good (www.good.com)

28/05/2010

HCG037-001581

## Dispersant Monitoring and Assessment Directive – Addendum 3

<u>Reduction in Use of Dispersants</u>.  BP shall implement measures to limit the total amount of surface and subsurface dispersant applied each day to the minimum amount possible.  BP shall establish an overall goal of reducing dispersant application by 75% from the maximum daily amount used as follows:

    a.    <u>Surface Application</u>. BP shall eliminate the surface application of dispersants.  In rare cases when there may have to be an exemption, BP must make a request in writing to the FOSC providing justification which will include the volume, weather conditions, mechanical or means for removal that were considered and the reason they were not used, and other relevant information to justify the use of surface application.  The FOSC must approve the request and volume of dispersant prior to initiating surface application.

    b.    <u>Subsurface Application</u>. BP shall be limited to a maximum subsurface application of dispersant of not more than 15,000 gallons in a single calendar day.

Application of dispersant in amounts greater than specified in this Addendum 3 shall be in such amounts, on such day(s) and for such application (surface or subsurface) only as specifically approved in writing by the USCG Federal On-Scene Coordinator (FOSC).

Date: 5/26/2010

Mary E. Landry
Rear Admiral, USCG
Federal On-Scene Coordinator

Date: 5/26/2010

Samuel Coleman, P.E.
Director
Superfund Division
U.S. EPA Region 6
Dallas, TX 75202

HCG037-001582

**VIA EMAIL AND CERTIFIED MAIL**

May 29, 2010

Rear Admiral Mary Landry
Commander, Eighth Coast Guard District
Hale Boggs Federal Building
500 Poydras Street
New Orleans, LA  70130

Dear Admiral Landry:

In compliance with the May 26, 2010 Dispersant Monitoring and Assessment Directive - Addendum 3 (the "Directive"), BP Exploration & Production Inc. ("BP") has eliminated the surface application of dispersants except in cases where an exemption is requested and justified, and approved by the Federal On-Scene Coordinator.

BP requests to deploy surface dispersant as required for health and safety purposes to minimize VOC emissions at the source control site.   It is expected that the volume will be less than 6,000 gallons per calendar day.   Should VOC monitoring dictate further deployment of dispersant, bp requests authorization to exceed 6,000 gallons per day as required to manage safety of staff at Source Control site.

Sincerely,

Douglas J. Suttles

Exemption approved subject to the above:

Date: 5/29/2010

Mary E. Landry
Rear Admiral, USCG
Federal On-Scene Coordinator

HCG037-001583

Surface dispersant application Approval

**Easley, Max**

**From:**   James.E.Hanzalik@uscg.mil on behalf of Hanzalik, James CAPT [James.E.Hanzalik@uscg.mil]
**Sent:**   29 May 2010 10:21
**To:**   Easley, Max
**Cc:**   Landry, Mary RADM; Watson, James RADM
**Subject:** Surface dispersant application Approval

Max,

Your request to conduct aerial dispersant operations for dispersable oil 30 miles off shore is approved. In addition, your request to apply vessel disperant ops for the health and safety reasons at the source is also approved. These operations have been verbally approved by RADM Landry.

CAPT James Hanzalik
Robert, UAC


Sent with Good (www.good.com)

29/05/2010

**VIA EMAIL AND CERTIFIED MAIL**

May 29, 2010

Rear Admiral Mary Landry
Commander, Eighth Coast Guard District
Hale Boggs Federal Building
500 Poydras Street
New Orleans, LA  70130

Dear Admiral Landry:

In compliance with the May 26, 2010 Dispersant Monitoring and Assessment Directive -
Addendum 3 (the "Directive"), BP Exploration & Production Inc. ("BP") has eliminated
the surface application of dispersants except in cases where an exemption is requested
and justified, and approved by the Federal On-Scene Coordinator.

BP has visual reports from 28 May of dispersible oil approximately 20-30 miles west of
the source site and the NOAA Surface Oil Forecast for 29 May shows combined areas of
heavy and medium oil covering a 30 x 5 nm area as shown on the attached chart.
Weather forecasts indicate winds of 8 knots, visibility of greater than 5 nm, ceiling
unlimited and waves of 1.5 feet suitable for dispersant operations.

BP anticipates that, due to the location and size of the oil slick the use of mechanical
recovery and ISB will not provide sufficient means to recover or remove the oil in the
target area due to the extent of the slick (150 sq mi area) and the speed of advance of 1-2
knots for skimming and ISB vessels to remove the spill volume on May 29, 2010.   Prior
to spray operations spotter aircraft will identify target streamers and slicks and will direct
aircraft to the heaviest portions of the slick.

Accordingly, in accordance with the Directive, BP respectfully requests an exemption to
apply EC9500A in volumes not to exceed 19,000 gallons for a period not to exceed 12
hours.

Sincerely,

Douglas J. Suttles

Exemption approved subject to the above:

Date: 5/29/2010

Mary E. Landry
Rear Admiral, USCG
Federal On-Scene Coordinator

HC0037-001585

Rear Admiral Mary E. Landry
**May 29, 2010**
Page 2

# Nearshore
# Surface Oil Forecast
# Deepwater Horizon MC252

**NOAA/NOS/OR&R**    | Nearshore |

Estimate for: 1200 CDT, Saturday, 5/29/10
Date Prepared: 2100 CDT, Thursday, 5/27/10

This forecast is based on the NWS spot forecast from Thursday, May 27 PM. Currents were obtained from several models (NOAA Gulf of Mexico, West Florida Shelf/USF, TAMU/TGLO, NAVO/NRL) and HFR measurements. The model was initialized from Thursday satellite imagery analysis (NOAA/NESDIS) and overflight observations. The leading edge may contain tarballs that are not readily observable from the imagery (hence not included in the model initialization). Oil near bay inlets could be brought into that bay by local tidal currents.



Forecast location for oil on 29-May-10 at 1200 CDT

Mississippi Canyon 252 Incident Location

See Offshore Forecast for trajectories of oil to the south.

0  20  40    80
Miles

Winds are forecast to have an offshore (northerly) component through Saturday morning with magnitudes of 6-12 kts. Overflights on Wednesday observed significant amounts of oil offshore around the Mississippi Delta and near the southern Chandeleur Islands. Although offshore winds may eventually lead to a reprieve in new shoreline impacts, the Mississippi Delta west to Timbalier Bay, Breton Sound and the Chandeleur Islands continue to be threatened by shoreline contacts during this forecast period. Note that the southern extent of the oil is not included in this forecast.

**Trajectory**
☐ Uncertainty
☐ Light
▨ Medium
■ Heavy
⌗ Potential beached oil

Next Forecast:
May 28th PM

this scale bar shows the meaning of the distribution terms at the current time

HCG037-001586

## Dispersant Monitoring and Assessment Directive – Addendum 3

<u>Reduction in Use of Dispersants</u>.  BP shall implement measures to limit the total amount of surface and subsurface dispersant applied each day to the minimum amount possible.  BP shall establish an overall goal of reducing dispersant application by 75% from the maximum daily amount used as follows:

    a.    <u>Surface Application</u>. BP shall eliminate the surface application of dispersants.  In rare cases when there may have to be an exemption, BP must make a request in writing to the FOSC providing justification which will include the volume, weather conditions, mechanical or means for removal that were considered and the reason they were not used, and other relevant information to justify the use of surface application.  The FOSC must approve the request and volume of dispersant prior to initiating surface application.

    b.    <u>Subsurface Application</u>.  BP shall be limited to a maximum subsurface application of dispersant of not more than 15,000 gallons in a single calendar day.

Application of dispersant in amounts greater than specified in this Addendum 3 shall be in such amounts, on such day(s) and for such application (surface or subsurface) only as specifically approved in writing by the USCG Federal On-Scene Coordinator (FOSC).


Date: 5/26/2010

Mary E. Landry
Rear Admiral, USCG
Federal On-Scene Coordinator

Date: 5/26/2010

Samuel Coleman, P.E.
Director
Superfund Division
U.S. EPA Region 6
Dallas, TX 75202

May 30, 2010

Rear Admiral Mary Landry
Commander, Eighth Coast Guard District
Hale Boggs Federal Building
500 Poydras Street
New Orleans, LA 70130

Dear Admiral Landry:

In compliance with the May 26, 2010 Dispersant Monitoring and Assessment Directive - Addendum 3 (the "Directive"), BP Exploration & Production Inc. ("BP") has now eliminated the surface application of dispersants except in cases where an exemption is requested and justified, and approved by the Federal On-Scene Coordinator.

On May 27, 2010, BP conducted a surface dispersant test in the amount of 229 gallons; however, no subsequent deployment of dispersant was made following that successful test. On May 28, 2010, BP deployed surface dispersant in the amount of 6,400 gallons as required for health and safety purposes due to confirmed VOC emissions at the source control site.

Since these two limited excursions, BP has fully complied with the Directive which we agree requires advance approval by the Federal On-Scene Coordinator for surface application of dispersants. Since the above referenced deployments, BP has taken affirmative steps to ensure full future compliance with the Directive, including the issuance of clear procedures to relevant operations staff. In light of the otherwise supportive nature of the applicable circumstances, we request your retroactive authorization for the referenced deployments.

Sincerely,

Douglas J. Suttles

Exemption approved subject to the above:

Date: 5/30/2010

Mary E. Landry
Rear Admiral, USCG
Federal On-Scene Coordinator

**VIA EMAIL AND CERTIFIED MAIL**

May 30, 2010

Rear Admiral Mary Landry
Commander, Eighth Coast Guard District
Hale Boggs Federal Building
500 Poydras Street
New Orleans, LA 70130

Dear Admiral Landry:

In compliance with the May 26, 2010 Dispersant Monitoring and Assessment Directive - Addendum 3 (the "Directive"), BP Exploration & Production Inc. ("BP") has eliminated the surface application of dispersants except in cases where an exemption is requested and justified, and approved by the Federal On-Scene Coordinator.

BP requests to deploy surface dispersant as required for health and safety purposes to minimize VOC emissions at the source control site.   It is expected that the volume will be less than 6,000 gallons.   Should VOC monitoring dictate further deployment of dispersant, BP requests authorization to exceed 6,000 gallons as required to manage safety of staff at Source Control site.

Sincerely,

*Doug J. Suttles* RT F

Douglas J. Suttles

Exemption approved subject to the above:

Date: 5-30-2010

Mary E. Landry
Rear Admiral, USCG
Federal On-Scene Coordinator

May 30, 2010

Rear Admiral Mary Landry
Commander, Eighth Coast Guard District
Hale Boggs Federal Building
500 Poydras Street
New Orleans, LA 70130

Dear Admiral Landry:

In compliance with the May 26, 2010, Dispersant Monitoring and Assessment Directive - Addendum 3 (the "Directive"), BP Exploration & Production Inc. ("BP") has eliminated the surface application of dispersants, except in cases where an exemption is requested and justified, and approved by the Federal On-Scene Coordinator.

BP has visual reports from 29 May of multiple slicks of dispersible oil and the NOAA Surface Oil Forecast for 30 May shows combined areas of heavy and medium oil approximately 25 miles either side of the diagonal line shown in Attachment 2. Weather forecasts indicate winds of 9 knots, visibility greater than 5 nm, ceilings of 1,500 feet or greater, and waves of 2.0 feet suitable for dispersant operations.

BP anticipates that, due to the location and size of the multiple oil slicks identified, the use of mechanical recovery and ISB will not provide sufficient means to recover or remove the oil in the target area due to the extent of the slicks (>150 sqmi area) and the speed of advance of 1-2 knots for skimming and ISB vessels to remove the spill volume on May 30, 2010. Prior to spray operations spotter aircraft will identify high target streamers and slicks and will direct aircraft to the heaviest portions of the slick.

Accordingly, in accordance with the Directive, BP respectfully requests an exemption to apply EC9500A in volumes not to exceed 19,000 gallons for a period not to exceed 12 hours.

Sincerely,

Doug J. Suttles RTF

Douglas J. Suttles

HCG037-001591

Rear Admiral Mary E. Landry
**May 29, 2010**
Page 2


Exemption approved subject to the above:


Mary E. Landry
Rear Admiral, USCG
Federal On-Scene Coordinator

Date: 5 - 30 - 2010

Rear Admiral Mary E. Landry
**May 29, 2010**
Page 3

Attachment 1



**Next Forecast:**
**May 29th PM**

HCG037-001593

Rear Admiral Mary E. Landry
**May 29, 2010**
Page 4

Attachment 2

# Dispersant Zone Map
## For 30 May 2010

**Dispersible oil slicks are located along the line**
from        29° 30′  N   88° 30′ W
to          28° 00′  N   89° 40′ W



HCG037-001594

30 May 2010
Dispersant Group Targeting



HCG037-001596

May 31, 2010

Rear Admiral Mary Landry
Commander, Eighth Coast Guard District
Hale Boggs Federal Building
500 Poydras Street
New Orleans, LA 70130

Dear Admiral Landry:

In compliance with the May 26, 2010, Dispersant Monitoring and Assessment Directive - Addendum 3 (the "Directive"), BP Exploration & Production Inc. ("BP") has eliminated the surface application of dispersants, except in cases where an exemption is requested and justified, and approved by the Federal On-Scene Coordinator.

BP has visual reports from 30 May of multiple slicks of dispersible oil (Attachment 1) and the NOAA Surface Oil Forecast for 31 May shows combined areas of heavy and medium oil approximately spreading more than 30 miles west of the spill source (Attachment 2). Weather forecast indicate weather suitable for dispersant operations: winds of 9 knots, visibility greater than 5 nm, ceilings unlimited, and waves of 1.5 feet.

BP anticipates that, due to the location and size of the multiple oil slicks identified, the use of mechanical recovery and ISB will not provide sufficient means to recover or remove the oil in the target area due to the extent of the slicks (>150 sq mi area) and the speed of advance of 1-2 knots for skimming and ISB vessels to remove the spill volume on May 31, 2010.   Prior to spray operations spotter aircraft will identify high target streamers and slicks and will direct aircraft to the heaviest portions of the slick.

Accordingly, in accordance with the Directive, BP respectfully requests an exemption to apply EC9500A in volumes not to exceed 19,000 gallons for a period not to exceed 12 hours.

Sincerely,

Douglas J. Suttles

Exemption approved subject to the above:

Date: 5-31-2010

Mary E. Landry
Rear Admiral, USCG
Federal On-Scene Coordinator

HCG037-001597

Rear Admiral Mary E. Landry
**May 31, 2010**
Page 2

Attachment 1

## Dispersant Zone Map for 31 May 2010



HCG037-001596

Rear Admiral Mary E. Landry
**May 31, 2010**
Page 3

Attachment 2



### Nearshore
### Surface Oil Forecast
### Deepwater Horizon MC252

NOAA/NOS/OR&R    Nearshore

Estimate for: 1200 CDT, Monday, 5/31/10
Date Prepared: 2100 CDT, Friday, 5/29/10

This forecast is based on the NWS spot forecast from Saturday, May 29 PM. Currents were obtained from several models (NOAA Gulf of Mexico, West Florida Shelf/USF, NAVO/NRL) and HFR measurements. The model was initialized from Friday and Saturday satellite imagery analysis (NOAA/NESDIS) and overflight observations. The leading edge may contain tarballs that are not readily observable from the imagery (hence not included in the model initialization). Oil near bay inlets could be brought into that bay by local tidal currents.

Mississippi Canyon 252
Incident Location

Forecast location for oil
on 31-May-10 at 1200 CDT

See Offshore Forecast for
trajectories of oil to the south.

0   20   40   80
Miles

Moderate southerly winds are forecast through Tuesday at 5-10 kts. These winds may begin moving oil that has been tending to the southwest from the source towards the Delta. In addition to continued threats to shorelines in Breton and Chandeleur Sounds, model results indicate that some oil may move north to threaten the barrier islands off Mississippi and Alabama later in the forecast period. Note that the southern extent of the oil is not included in this forecast.

Trajectory
☐ Uncertainty
Light
Medium
■ Heavy
☐ Potential
  beached oil

Next Forecast:
May 30th PM

this scale bar shows the meaning of the distribution terms at the current time

HCG037-001595

May 31, 2010

Rear Admiral Mary Landry
Commander, Eighth Coast Guard District
Hale Boggs Federal Building
500 Poydras Street
New Orleans, LA 70130

Dear Admiral Landry:

In compliance with the May 26, 2010 Dispersant Monitoring and Assessment Directive - Addendum 3 (the "Directive"), BP Exploration & Production Inc. ("BP") has eliminated the surface application of dispersants except in cases where an exemption is requested and justified, and approved by the Federal On-Scene Coordinator.

BP requests to deploy surface dispersant as required for health and safety purposes to minimize VOC emissions at the source control site.   It is expected that the volume will be less than 6,000 gallons.   Should VOC monitoring dictate further deployment of dispersant, BP requests authorization to exceed 6,000 gallons as required to manage safety of staff at Source Control site.

Sincerely,

*Doug J. Suttles* *RTF*

Douglas J. Suttles

Exemption approved subject to the above:

_____                    Date: 5-31-2010

Mary E. Landry
Rear Admiral, USCG
Federal On-Scene Coordinator

June 1, 2010

Jim Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

Dear Admiral Watson:

In compliance with the May 26, 2010 Dispersant Monitoring and Assessment Directive - Addendum 3 (the "Directive"), BP Exploration & Production Inc. ("BP") has eliminated the surface application of dispersants except in cases where an exemption is requested and justified, and approved by the Federal On-Scene Coordinator.

BP requests to deploy surface dispersant as required for health and safety purposes to minimize VOC emissions at the source control site.   It is expected that the volume will be less than 6,000 gallons.   Should VOC monitoring dictate further deployment of dispersant, BP requests authorization to exceed 6,000 gallons as required to manage safety of staff at Source Control site.

Sincerely,

Douglas J. Suttles

Exemption approved subject to the above:

Date: 1 Jun 10

Jim Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

HCG037-001600

June 2, 2010


Jim Watson
Rear Admiral, USCG
Federal On-Scene Coordinator


Dear Admiral Watson:


In compliance with the May 26, 2010 Dispersant Monitoring and Assessment Directive - Addendum 3 (the "Directive"), BP Exploration & Production Inc. ("BP") has eliminated the surface application of dispersants except in cases where an exemption is requested and justified, and approved by the Federal On-Scene Coordinator.

BP requests to deploy surface dispersant as required for health and safety purposes to minimize VOC emissions at the source control site.    It is expected that the volume will be less than 6,000 gallons.    Should VOC monitoring dictate further deployment of dispersant, BP requests authorization to exceed 6,000 gallons as required to manage safety of staff at Source Control site.

On June 1st, there were two VOC excursions above 70 ppm, but vessel movement negated the need for dispersant and no surface dispersant was deployed for the calendar day.


Sincerely,


Douglas J. Suttles



Exemption approved subject to the above:



Date: 2 Jun 10


Jim Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

June 2, 2010

Jim Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

RE: Weekly Source Control Surface Dispersant Plan (June 3-9, 2010)

Dear Admiral Watson:

In compliance with the May 26, 2010, Dispersant Monitoring and Assessment Directive - Addendum 3 (the "Directive"), BP Exploration & Production Inc. ("BP") has made daily requests for surface dispersant to control VOC (volatile organic compounds) emissions that present health and safety risks to the personnel working on vessels in the source well location. These requests have indicated a maximum expected volume of 6000 gallons per day as the realized VOC emissions were impossible to reliably predict. Actual deployment has averaged 2362 gallons per calendar day since enactment of the Directive. The objective of this plan is to set out a weekly authorization for deployment of surface dispersant to manage VOC emissions.

The current offshore air monitoring plan for source control (2200-T2-DO-PN-4002-4 signed May 25, 2010) identifies air monitoring instrumentation, location and action levels to respond to VOC excursions. In addition, vapor suppression guidelines (attachment 1) were put in place May 29, 2010 to provide additional granularity for action requirements. The air monitoring data is transparent to USCG and EPA.

Given the above controls and the inherent variability of VOC emissions on a calendar daily basis, BP respectfully requests authorization to deploy surface dispersant (if necessary) on the following days:

| Date | Expected Maximum Volume per calendar day (gals) |
|------|------------------------------------------------|
| June 3 | 6000 |
| June 4 | 6000 |
| June 5 | 6000 |
| June 6 | 6000 |
| June 7 | 6000 |
| June 8 | 6000 |
| June 9 | 6000 |

Should VOC monitoring dictate further deployment in accordance with the Air Monitoring Plan for Source Control, BP also respectfully requests to exceed these volumes as required.

Sincerely,

Douglas J. Suttles

HCG037-001602

Rear Admiral Jim Watson
**May 29, 2010**
Page 2

Approval granted subject to the above:

Date: _3 Jun 10_

Jim Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

Rear Admiral Jim Watson
**May 29, 2010**
Page 3

**Attachment 1**
**Vapor Suppression Guidelines**
**May 29, 2010**

These guidelines pertain to deployment and use of dispersant vessels and fire fighting vessels in Source Control Operations. The guidance provides additional detail around action levels specified in the Offshore Air Monitoring Plan for Source Control (2200-T2-DO-PN-4002-4). In addition, this guidance aligns with Dispersant Procedures for Vessels Adriatic and HOS Super H (2200-T2-LC-RP-4091) and Fire Fighting Vessels Operating (Priorities and Procedures (2200-T2-DO-PR-4057).

All vessels experiencing VOC levels exceeding 50PPM are directed to report it to Source Control SimOps Branch Director. Application of dispersant should be coordinated through the Source Control SimOps Branch Director.

Recommended actions for VOC management:

- VOC levels of 20 to 70ppm
  - Use Rem Forza and Kay Marine 5 vessels for wide spray water pattern to suppress and redirect vapors

- VOC over 70ppm
  - Notify Source Control SimOps Branch Director to coordinate dispersant use
  - Use HOS Super H and Adriatic as primary dispersant vessels
  - Use Rem Forza and Kay Marine 5 vessels to apply dispersant when wide spray water pattern is not effective

Jim Watson
Rear Admiral, USCG
Federal On-Scene Coordinator


June 3, 2010


Dear Admiral Watson:

In compliance with the May 26, 2010, Dispersant Monitoring and Assessment Directive - Addendum 3 (the "Directive"), BP Exploration & Production Inc. ("BP") has eliminated the surface application of dispersants, except in cases where an exemption is requested and justified, and approved by the Federal On-Scene Coordinator.

BP has six (6) spotter visual reports from 2 June of multiple slicks of dispersible oil (Attachment 1) and the NOAA Surface Oil Forecast for 3 June shows extensive areas of heavy and medium oil (Attachment 2). Weather forecast indicates weather will be suitable for dispersant operations: winds of 8-19 knots, with waves of 1.5-4.0 feet, ceilings and visibility above minimums outside of isolated thunderstorms.

BP anticipates that, due to the location, distribution and size of the multiple oil slicks identified, the use of mechanical recovery and ISB will not provide sufficient means to recover or remove the oil in the target area due to the extent of the slicks and distribution of the slicks (>180 sq mi area) and the speed of advance of 1-2 knots for skimming and ISB vessels to remove the spill volume on June 3, 2010. Prior to spray operations spotter aircraft will identify high target slicks and will direct aircraft to the heaviest portions of the slick.

Accordingly, in accordance with the Directive, BP respectfully requests an exemption to apply EC9500A in volumes not to exceed 2,000 gallons for a period not to exceed 12 hours.

Sincerely,

pp Douglas J. Suttles


Exemption approved subject to the above:

Date: 3 Jun 10

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

HCG037-001605

Rear Admiral James A. Watson
**June 3 , 2010**
Page 2

Attachment 1

## Dispersant Zone Map for 3 June 2010 with oil targets.



**Legend:**
**Red Dots**     **Primary zones for Stennis aircraft**
**Blue Dots**    **Primary zones for ASI aircraft at Houma airport**
**Green Dots**   **Primary AT-802 aircraft at Houma airport**

Rear Admiral James A. Watson
**June 3 , 2010**
Page 3

HCG037-001606

Attachment 2

# Nearshore
# Surface Oil Forecast
# Deepwater Horizon MC252

NOAA/NOS/OR&R

Nearshore

Estimate for: 1200 CDT. Thursday. 6/03/10
Date Prepared: 2100 CDT. Tuesday. 6/01/10

This forecast is based on the NWS spot forecast from Tuesday, June 1 PM. Currents were obtained from several models (NOAA Gulf of Mexico, West Florida Shelf/USF. NAVO/NRL) and HFR measurements. The model was initialized from Tuesday satellite imagery analysis (NOAA/NESDIS) and overflight observations. The leading edge may contain tarballs that are not readily observable from the imagery (hence not included in the model initialization). Oil near bay inlets could be brought into that bay by local tidal currents



Forecast location for oil
on 03-June-10 at 1200 CDT

See Offshore Forecast for
trajectories of oil to the south.

Mississippi Canyon 252
Incident Location

0   20   40   80
Miles

Onshore winds (predominantly SW) are expected to continue through Friday with speeds of 10-15 kts. These winds have resulted in northward movement of the slick towards the Mississippi/Alabama barrier islands. Trajectories show a northeastward movement over the next few days – threatening shorelines as far east as Pensacola. The threat to shorelines in Breton Sound, Chandeleur Sound, and the NE side of the Delta will be reduced. To the west of the Delta, trajectories indicate that more shoreline impacts could occur between Timbalier Bay and SW Pass.

Trajectory
☐ Uncertainty
▒ Light
▓ Medium
■ Heavy
× Potential
   beached oil

Next Forecast:
June 2nd PM

this scale bar shows the meaning of the distribution terms at the current time

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

June 4, 2010

Dear Admiral Watson:

In compliance with the May 26, 2010, Dispersant Monitoring and Assessment Directive -
Addendum 3 (the "Directive"), BP Exploration & Production Inc. ("BP") has eliminated
the surface application of dispersants, except in cases where an exemption is requested
and justified, and approved by the Federal On-Scene Coordinator.

BP has eleven (11) spotter visual reports from 3 June of multiple slicks of dispersible oil
(Attachment 1) and the NOAA Surface Oil Forecast for 4 June shows extensive areas of
heavy and medium oil (Attachment 2). Weather forecast indicates weather will be
suitable for dispersant operations:  winds of 16-19 knots, with waves of 2.5-4.0 feet,
ceilings and visibility above minimums outside of isolated thunderstorms.

BP anticipates that, due to the weather and the location, distribution and size of the
multiple oil slicks identified, the use of mechanical recovery and ISB will not provide
sufficient means to recover or remove the oil in the target area due to the extent of the
slicks and distribution of the slicks (>180 sq mi area) to remove the spill volume on June
4, 2010.   Prior to spray operations the spotter aircraft will identify high volume target
slicks and will direct aircraft to the heaviest portions of the slick.

Accordingly, in accordance with the Directive, BP respectfully requests an exemption to
apply EC9500A in volumes not to exceed 2,000 gallons for a period not to exceed 12
hours.

BP also requests an exemption for a small aerial deployment of 200 gallons in support of
a National Institute for Occupational Health (NIOSH) led study to ascertain whether health
risks are present in aerial dispersant operations.

Sincerely,

Douglas J. Suttles

HCCG037-001608

Rear Admiral James A. Watson
**June 4 , 2010**
Page 2

Exemption approved subject to the above:

Date: _4 Jun 10_

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

HCG037-001609

Rear Admiral James A. Watson
**June 4 , 2010**
Page 3

| Attachment 1 |

## Dispersant Zone Map for 4 June 2010 with oil targets.



Legend:
**Red Dots Primary zones for aircraft at Stennis, MS airport**
**Blue Dots Primary zones for ASI aircraft at Houma, LA airport**
**Green Dots        Primary zones for AT-802 aircraft at Houma, LA airport**

Rear Admiral James A. Watson
**June 4 , 2010**
Page 4

Attachment 2



# Nearshore
# Surface Oil Forecast
# Deepwater Horizon MC252

**NOAA/NOS/OR&R**   Nearshore

Estimate for: 1200 CDT, Friday, 6/04/10
Date Prepared: 2100 CDT, Wednesday, 6/02/10

This forecast is based on the NWS spot forecast from Wednesday, June 2 PM. Currents were obtained from several models (NOAA Gulf of Mexico, West Florida Shelf/USF, NAVO/NRL) and HFR measurements. The model was initialized from Tuesday evening satellite imagery analysis (NOAA/NESDIS) and Wednesday overflight observations. The leading edge may contain tarballs that are not readily observable from the imagery (hence not included in the model initialization). Oil near bay inlets could be brought into that bay by local tidal currents.

Forecast location for oil
on 04-June-10 at 1200 CDT

See Offshore Forecast for
trajectories of oil to the south.

Mississippi Canyon 252
Incident Location

0   20   40   80
Miles

Onshore winds (predominantly SW) are expected to continue through Saturday with speeds of 10-15 kts. These winds have resulted in northward movement of the slick towards the Mississippi/Alabama barrier islands. Trajectories show a northeastward movement over the next few days – threatening shorelines as far east as Freeport. The threat to shorelines in Breton Sound, Chandeleur Sound, and the NE side of the Delta continues to be reduced. To the west of the Delta, trajectories indicate that more shoreline impacts could occur between Timbalier Bay and SW Pass.

**Trajectory**
Uncertainty
Light
Medium
Heavy
Potential
beached oil

Next Forecast:
June 3rd PM

this scale bar shows the meaning of the distribution terms at the current time

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

June 5, 2010

Dear Admiral Watson:

In compliance with the May 26, 2010, Dispersant Monitoring and Assessment Directive - Addendum 3 (the "Directive"), BP Exploration & Production Inc. ("BP") has eliminated the surface application of dispersants, except in cases where an exemption is requested and justified, and approved by the Federal On-Scene Coordinator.

BP has eleven (11) spotter visual reports from 4 June of multiple slicks of dispersible oil (Attachment 1) and the NOAA Surface Oil Forecast for 5 June shows extensive areas of heavy and medium oil (Attachment 2).   Weather forecast indicates weather will be suitable for dispersant operations:  winds of 18-20 knots, with waves of 5 feet, ceilings and visibility above minimums outside of isolated thunderstorms.

BP anticipates that, due to the weather and the location, distribution and size of the multiple oil slicks identified, the use of mechanical recovery and ISB will not be operating or sufficient to recover or remove the oil in the target area due to the extent (slick area 7,000 acres) and distribution of the slicks (>900 sq mi area) to remove the spill volume on June 5, 2010.   Prior to spray operations the spotter aircraft will identify high volume target slicks and will direct aircraft to the heaviest portions of the slick.

Accordingly, in accordance with the Directive, BP respectfully requests an exemption to apply EC9500A in volumes not to exceed 2,000 gallons for a period not to exceed 12 hours.

BP also requests an exemption for a small aerial deployment of 200 gallons in support of a National Institute for Occupational Health (NIOSH) led study to ascertain whether health risks are present in aerial dispersant operations.

Sincerely,

Douglas J. Suttles

HCG037-001613

Rear Admiral James A. Watson
**June 5 , 2010**
Page 2

Exemption approved subject to the above:

_____          Date: 6-5-10

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

Rear Admiral James A. Watson
**June 5 , 2010**
Page 3

Attachment 1

## Dispersant Zone Map for 5 June 2010 with oil targets.



**Legend:**

| | |
|---|---|
| **Red Dots:** | **Primary zones for aircraft at Stennis, MS airport** |
| **Blue Dots:** | **Primary zones for ASI aircraft at Houma, LA airport** |
| **Green Dots:** | **Primary zones for AT-802 aircraft at Houma, LA airport** |

Rear Admiral James A. Watson
**June 5 , 2010**
Page 4

Attachment 2



# Nearshore
# Surface Oil Forecast
# Deepwater Horizon MC252

**NOAA/NOS/OR&R**   Nearshore

Estimate for: 1200 CDT, Saturday, 6/05/10
Date Prepared: 2100 CDT, Thursday, 6/03/10

This forecast is based on the NWS spot forecast from Thursday, June 3 PM. Currents were obtained from several models (NOAA Gulf of Mexico, West Florida Shelf/USF, NAVO/NRL) and HFR measurements. The model was initialized from Wednesday-Thursday satellite imagery analysis (NOAA/NESDIS) and Thursday overflight observations. The leading edge may contain tarballs that are not readily observable from the imagery (hence not included in the model initialization). Oil near bay inlets could be brought into that bay by local tidal currents.

Forecast location for oil on 05-June-10 at 1200 CDT

See Offshore Forecast for trajectories of oil to the south.

Mississippi Canyon 252 Incident Location

0  20  40  80
Miles

Onshore winds (predominantly SW/S) are expected to continue through Sunday with speeds of 10-15 kts. These winds have resulted in northward movement of the slick towards the Mississippi/Alabama barrier islands. Trajectories show a northeastward movement over the next few days – threatening shorelines as far east as Freeport. The threat to shorelines in Breton Sound, Chandeleur Sound, and the NE side of the Delta is reduced. To the west of the Delta, trajectories indicate any remaining oil in this region could come ashore between Timbalier Bay and SW Pass.

**Trajectory**
☐ Uncertainty
☐ Light
◼ Medium
◼ Heavy
✕ Potential beached oil

Next Forecast:
June 4th PM

this scale bar shows the meaning of the distribution terms at the current time

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

June 6, 2010

Dear Admiral Watson:

In compliance with the May 26, 2010, Dispersant Monitoring and Assessment Directive - Addendum 3 (the "Directive"), BP Exploration & Production Inc. ("BP") has eliminated the surface application of dispersants, except in cases where an exemption is requested and justified, and approved by the Federal On-Scene Coordinator.

BP has eleven (7) spotter visual reports from 5 June of multiple slicks of dispersible oil (Attachment 1) and the NOAA Surface Oil Forecast for 6 June shows extensive areas of heavy and medium oil (Attachment 2). Weather forecast indicates weather will be suitable for dispersant operations: winds of 12-14 knots, with waves of 2-4 feet, ceilings and visibility above minimums outside of isolated thunderstorms.

BP anticipates that, due to the weather, location, distribution (7,200 sqmi) and size of the multiple oil slicks identified (106 sqmi), and since weather will prevent or limit the use of mechanical recovery and ISB to recover or remove the oil in the target area these response techniques  will be insufficient to remove the spill volume on June 6, 2010. Prior to spray operations the spotter aircraft will identify the highest value targeted slicks and will direct spray aircraft to the heaviest portions of the slick.

Accordingly, in accordance with the Directive, BP respectfully requests an exemption to apply EC9500A in volumes on the highest priority oil slicks shown in Table 1 not to exceed 2,000 gallons for a period not to exceed 12 hours.

Sincerely,

Douglas J. Suttles

HCG037-001617

Rear Admiral James A. Watson
**June 6, 2010**
Page 2

Exemption approved subject to the above:

Date: 6-5-10

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

HCG037-001618

Rear Admiral James A. Watson
**June 6, 2010**
Page 3

Attachment 1

## Dispersant Zone Map for 6 June 2010 with Oil Targets



## TABLE 1

| DISPERSIBLE OIL REPORT (June 5, 2010) | | | | |
|---|---|---|---|---|
| | Targeted Oil Slick | Area (sqmi) | Dispersant Needed (1/20 DOR) | Aircraft |
| **Priority 1** | 1 | 0.625 | 2,000 | 1 - C130 |
| **Priority 2** | 2 | 16 | 51,000 | 2 – C130 & BT-67 |
| **Priority 3** | 3 | 20 | 64,000 | 3 – C130 |
| **Priority 4** | 4 | 70 | 224,000 | All Spray aircraft |
| **Total** | | 106.625 | 341,000 | |

Rear Admiral James A. Watson
**June 6, 2010**
Page 4

Attachment 2



### Nearshore
### Surface Oil Forecast
### Deepwater Horizon MC252

**NOAA/NOS/OR&R**    Nearshore

Estimate for: 1200 CDT, Sunday, 6/06/10
Date Prepared: 2100 CDT, Friday, 6/04/10

This forecast is based on the NWS spot forecast from Friday, June 4 PM. Currents were obtained from several models (NOAA Gulf of Mexico, West Florida Shelf/USF, NAVO/NRL) and HFR measurements. The model was initialized from Thursday satellite imagery analysis (NOAA/NESDIS) and Friday overflight observations. The leading edge may contain tarballs that are not readily observable from the imagery (hence not included in the model initialization). Oil near bay inlets could be brought into that bay by local tidal currents.

Forecast location for oil
on 06-June-10 at 1200 CDT

See Offshore Forecast for
trajectories of oil to the south.

Mississippi Canyon 252
Incident Location

0  20  40  80
Miles

Winds tonight (Friday) are forecast to be from the S at 15-20 kts, then be predominantly from the SSW/SW through Monday with speeds of 10-15 kts. These winds have resulted in northward movement of the slick towards the Mississippi/Alabama barrier islands. The westerly component of winds and currents has also resulted in alongshore movement towards the Florida Panhandle. Trajectories show a continued northeastward movement over the next few days – threatening shorelines as far east as Freeport. The threat to shorelines in Breton Sound, Chandeleur Sound, and the NE side of the Delta is reduced. To the west of the Delta, trajectories indicate any remaining oil in this region could come ashore between Timbalier Bay and SW Pass. Analysis of a Friday morning satellite image detected no oil west of Timbalier Bay (coverage extended to Marsh Island).

Trajectory
☐ Uncertainty
▨ Light
▨ Medium
■ Heavy
✕ Potential
  beached oil

Next Forecast:
June 5th PM

this scale bar shows the meaning of the distribution terms at the current time

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

June 8, 2010

Dear Admiral Watson:

In compliance with the May 26, 2010, Dispersant Monitoring and Assessment Directive - Addendum 3 (the "Directive"), the Houma Unified Command has eliminated the surface application of dispersants, except in cases where an exemption is requested and justified, and approved by the Federal On-Scene Coordinator.

Houma Unified Command has six (6) spotter visual reports from 7 June of multiple slicks of dispersible oil (Attachment 1) and the NOAA Surface Oil Forecast for 8 June shows extensive areas of heavy and medium oil (Attachment 2). Weather forecast indicates excellent flying weather with winds of 5-8 knots, ceilings unlimited and visibility 10 nm.

Houma Unified Command anticipates that, due to the weather, location, distribution (5,400 sqmi) and size of the multiple oil slicks identified (290 sqmi), the use of mechanical recovery and ISB to recover or remove the oil in the target area will be insufficient to remove the spill volume on June 8, 2010.   Prior to spray operations the spotter aircraft will identify the highest value targeted slicks and will direct spray aircraft to the heaviest portions of the slick.

Further data to underpin this request is as follows:

- The physical dimensions of identified targets proposed are included in Table A and given in approximate acreage and average length and width perimeter dimensions.

- The use of mechanical recovery to recover or remove the oil in the identified target areas will be insufficient to remove the estimated dispersible oil volumes that we have estimated for June 8, 2010. The targeted oil herein is dispersible oil and dispersible oil is not the only oil demanding mechanical recovery assets. The geographic area of the spill site contains a combination of dispersible oil, heavy sheens and emulsified oil. Mechanical recovery devices are required elsewhere in the entire geographic area to address all areas and all oils that can be recovered mechanically and not just the dispersible oils. The amount of oil located today and shown herein, will require alternative response methods to be employed in order to minimize potential shoreline and wildlife impact.

Rear Admiral James A. Watson
**June 8, 2010**
Page 2

- A daily summation of skimmers in the source area and outside the source will be provided to the Aerial Dispersant Group for insertion in this report.  Skimming resources outside of the source area are not available for this request but will be made available for any future requests.

  Skimming Resources within the source area.



- It is our understanding that it has been agreed within the RRT that going forward with SMART Tier II & III will no longer be required.  What has been accepted in lieu of these activities is the "Surface Water Sampling Plan for Dispersant Application Monitoring", Version 1, approved on June 3, 2010 by Ron Dippo, Environmental Unit Leader; Mike Utsler, BP IC, Jerome Zeringue, SOSC and Captain Merideth, FOSC.  To implement this plan, we have Exponent and OSR personnel who will be onboard our vessel as our science team.  Accommodations will be available for two Federal representatives who will act as observers while the science team implements the aforementioned plan.  The intended vessel will be the International Peace (IP).  It is not anticipated that the IP will be performing sampling/monitoring for each application of dispersant nor for the full track of the spray applied, but a representative sampling will be accomplished.  Please note the IP is currently in dry dock for repairs. We anticipate her returning to service on June 9th to recommence her science duties.

Accordingly, in accordance with the Directive, Houma Unified Command respectfully requests an exemption to apply EC9500A in volumes on oil slicks located today shown in Table 1 not to exceed 32,000 gallons for a period not to exceed 12 hours.

Sincerely,


Houma Unified Command

HCG037-001627

Rear Admiral James A. Watson
**June 8, 2010**
Page 3


Exemption approved subject to the above:


Date: _8 Jun 10_

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

HCG037-001628

Rear Admiral James A. Watson
**June 8, 2010**
Page 4

Attachment 1

## Dispersant Zone Map for 8 June 2010 with Oil Targets



Copyright © and (P) 1988–2008 Microsoft Corporation and/or its suppliers. All rights reserved.

## TABLE 1

| | | | | | | |
|---|---|---|---|---|---|---|
| | **DISPERSIBLE OIL REPORT** (June 7, 2010) | | | | | |
| | **Targeted Oil Slick** | **Estimated Dimensions in Miles** | **Estimated Area (sq.mi)** | **Dispersant Needed (1/20 DOR)** | **Dispersant Requested** | **Difference** |
| **Priority 1** | 1 | 10X5 | 50 | 80,000 | 6,000 | 74,000 |
| **Priority 2** | 2 | 20X6 | 120 | 192,000 | 26,000 | 166,000 |
| **Priority 3** | 3 | 12X3 | 36 | 90,000 | 0 | 90,000 |
| **Priority 4** | 4 | 14X6 | 84 | 134,000 | 0 | 134,000 |
| **Total** | | NA | 290 | 496,000 | 32,000 | 464,000 |

**Note: The above Table 1 shows our intentions based upon our observations the day before these actions take place. Size and location of slicks will change. Activities within slicks, e.g., skimming operations, in-situ burning, etc., or weather conditions may require revisions to the actual operational plan implemented.**

HCG037-001629

Rear Admiral James A. Watson
**June 8, 2010**
Page 5

Attachment 2



**Nearshore
Surface Oil Forecast
Deepwater Horizon MC252**

**NOAA/NOS/OR&R**   **Nearshore**

Estimate for: 1200 CDT, Tuesday. 6/08/10
Date Prepared: 2100 CDT, Saturday, 6/05/10

This forecast is based on the NWS spot forecast from Friday, June 4 PM. Currents were obtained from several models (NOAA Gulf of Mexico, West Florida Shelf/USF, NAVO/NRL) and HFR measurements. The model was initialized from Thursday satellite imagery analysis (NOAA/NESDIS) and Friday overflight observations. The leading edge may contain tarballs that are not readily observable from the imagery (hence not included in the model initialization). Oil near bay inlets could be brought into that bay by local tidal currents.

Forecast location for oil
on 08-June-10 at 1200 CDT

See Offshore Forecast for
trajectories of oil to the south.

Mississippi Canyon 252
Incident Location

0   20   40   80
Miles

Winds tonight (Friday) are forecast to be from the S at 15-20 kts, then be predominantly from the SSW/SW through Monday with speeds of 10-15 kts. These winds have resulted in northward movement of the slick towards the Mississippi/Alabama barrier islands. The westerly component of winds and currents has also resulted in alongshore movement towards the Florida Panhandle. Trajectories show a continued northeastward movement over the next few days – threatening shorelines as far east as Freeport. The threat to shorelines in Breton Sound, Chandeleur Sound, and the NE side of the Delta is reduced. To the west of the Delta, trajectories indicate any remaining oil in this region could come ashore between Timbalier Bay and SW Pass. Analysis of a Friday morning satellite image detected no oil west of Timbalier Bay (coverage extended to Marsh Island).

Trajectory
Uncertainty
Light
Medium
Heavy
Potential
beached oil

this scale bar shows the meaning of the distribution terms at the current time

Next Forecast:
June 6th PM

HCC037-001630

June 9, 2010


Jim Watson
Rear Admiral, USCG
Federal On-Scene Coordinator


RE: Weekly Source Control Surface Dispersant Plan (June 10 through 16, 2010)

Dear Admiral Watson,

In compliance with the May 26, 2010, Dispersant Monitoring and Assessment Directive - Addendum 3 (the "Directive"), BP Exploration & Production Inc. ("BP") submitted a weekly Source Control Surface Dispersant Plan for the week June 3 to June 9, which you approved on June 3. The plan allowed for a maximum daily application volume (calendar day) of 6,000 gallons, unless more was required to control VOCs. During the week in question, the average daily volume acquired was 4,225 gallons. High VOC conditions required that the expected maximum volume was exceeded on the 4th, 6th, and 7th of June.

The current offshore air monitoring plan for source control (2200-T2-DO-PN-4002-4 signed May 25, 2010) identifies air monitoring instrumentation, location and action levels to respond to VOC excursions. In addition, vapor suppression guidelines (attachment 1) were put in place May 29, 2010 to provide additional granularity for action requirements. The air monitoring data is transparent to USCG and EPA.


BP respectfully requests approval of to the Weekly Source Control Dispersant Plan for June 10 though June 16, as follows

| Date | Expected Maximum Volume per calendar day (gals) |
|------|--------------------------------------------------|
| June 10 | 6000 |
| June 11 | 6000 |
| June 12 | 6000 |
| June 13 | 6000 |
| June 14 | 6000 |
| June 15 | 6000 |
| June 16 | 6000 |

Should VOC monitoring dictate further deployment in accordance with the Air Monitoring Plan for Source Control, BP also respectfully requests to exceed these volumes as required.

Sincerely,


Douglas J. Suttles

HCG037-001631

Rear Admiral Jim Watson
**May 29, 2010**
Page 2

Approval granted subject to the above:

_Jim Watson_                              Date: _June 9, 2010_

Jim Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

Rear Admiral Jim Watson
**May 29, 2010**
Page 3

**Attachment 1**
**Vapor Suppression Guidelines**
**May 29, 2010**

These guidelines pertain to deployment and use of dispersant vessels and fire fighting vessels in Source Control Operations.   The guidance provides additional detail around action levels specified in the Offshore Air Monitoring Plan for Source Control (2200-T2-DO-PN-4002-4).   In addition, this guidance aligns with Dispersant Procedures for Vessels Adriatic and HOS Super H (2200-T2-LC-RP-4091) and Fire Fighting Vessels Operating (Priorities and Procedures (2200-T2-DO-PR-4057).

All vessels experiencing VOC levels exceeding 50PPM are directed to report it to Source Control SimOps Branch Director.  Application of dispersant should be coordinated through the Source Control SimOps Branch Director.

Recommended actions for VOC management:

- VOC levels of 20 to 70ppm
  - Use Rem Forza and Kay Marine 5 vessels for wide spray water pattern to suppress and redirect vapors

- VOC over 70ppm
  - Notify Source Control SimOps Branch Director to coordinate dispersant use
  - Use HOS Super H and Adriatic as primary dispersant vessels
  - Use Rem Forza and Kay Marine 5 vessels to apply dispersant when wide spray water pattern is not effective

HCG037-001633

*Cover letter dated June 10.*

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

June 9, 2010

Dear Admiral Watson:

In compliance with the May 26, 2010, Dispersant Monitoring and Assessment Directive - Addendum 3 (the "Directive"), Houma Unified Command has eliminated the surface application of dispersants, except in cases where an exemption is requested and justified, and approved by the Federal On-Scene Coordinator.

Houma Unified Command has ten (10) spotter visual reports from 9 June of multiple slicks of dispersible oil (Attachment 1) and the NOAA Surface Oil Forecast for 10 June shows extensive areas of heavy and medium oil (Attachment 2). Weather forecast indicates excellent flying weather with winds of 8-10 knots, wave height 1.5'-2.5', ceilings unlimited and visibility 10 nm.

Houma Unified Command anticipates that, due to the weather, location, distribution (8,100 sqmi) and size of the multiple oil slicks identified (180 sqmi), the use of mechanical recovery and ISB to recover or remove the oil in the target area will be insufficient to remove the spill volume on June 10, 2010. Prior to spray operations the spotter aircraft will identify the highest value targeted slicks and will direct spray aircraft to the heaviest portions of the slick.

Pursuant to a request this date from Unified Area Command, the following information is provided.

- Include physical dimensions of identified targets proposed: this information is included in Table A and given in approximate acreage and average length and width perimeter dimensions.

- Explicit justification for why these targets can't be skimmed or addressed by other mechanical means: The use of mechanical recovery to recover or remove the oil in the identified target areas will be insufficient to remove the estimated dispersible oil volumes that we have estimated for June 10, 2010. The targeted oil herein is dispersible oil and dispersible oil is not the only oil demanding mechanical recovery assets. The geographic area of the spill site contains a combination of dispersible oil, heavy sheens and emulsified oil. Mechanical recovery devices are required elsewhere in the entire geographic area to address all areas and all oils that can be recovered mechanically and not just the dispersible oils and are therefore otherwise engaged.

Rear Admiral James A. Watson
**June 9, 2010**
Page 2

- Tabulation of number of assets (skimmers, etc.) in service today and how many assets are available yet not in service:  A daily summation of skimmers in the source area and outside the source is now being provided daily to the Aerial Dispersant Group for insertion in this report.  Our review of the assets listed below reveal that they are engaged in skimming operations with some out of service for various reasons.

Offshore Skimming Resources



Rear Admiral James A. Watson
**June 9, 2010**
Page 3



Offshore Federal Skimming Resources



- How we intend to sample water following application to test for effects such as toxicity and conduct SMART Tier III monitoring/sampling: **The NOAA SSC, Mr. Ed Levine has advised that the RRT has agreed as follows;** *"The agreement was to do Tier I and the traditional Tier 2/3 monitoring until the IP could go out and then switch to just Tier I and the IP."* The IP (M/V International Peace) will implement the "Surface Water Sampling Plan for Dispersant Application Monitoring", Version 1, approved on June 3, 2010 by Ron Dippo, Environmental Unit Leader; Mike Utsler, BP IC, Jerome Zeringue, SOSC and Captain Merideth, FOSC.  Exponent and OSR personnel will be the onboard science team.  Accommodations will be available for two Federal representatives that will act as observers to the science team. The intended vessel will be the International Peace (IP).  It is not anticipated that the IP will be performing sampling/monitoring for each application of dispersant nor for the full track of the spray applied, but a representative

Rear Admiral James A. Watson
**June 9, 2010**
Page 4

sampling will be accomplished.  The IP commenced operations this date and is currently engaged in near shore activities.

Accordingly, in accordance with the Directive, Houma Unified Command respectfully requests an exemption to apply EC9500A in volumes on oil slicks located today shown in Table 1 not to exceed 32,000 gallons for a period not to exceed 12 hours.

21,000

Sincerely,


Houma Unified Command




Exemption approved subject to the above:


_Jam All Watson_                 Date: _6-10-10_

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

HCG037-001637

Rear Admiral James A. Watson
**June 9, 2010**
Page 5

Attachment 1

## Dispersant Zone Map for 9 June 2010 with Oil Targets from Spotter Operations this Date



## TABLE 1

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **DISPERSIBLE OIL REPORT** (June 9, 2010) | | | |
| | Targeted Oil Slick | Estimated Dimensions in Miles | Estimated Area (sq.mi) | Dispersant Needed (1/20 DOR) | Dispersant Requested | Difference |
| Priority 1 | 1 | 21X3 | 16 | 133,000 | 6,000 | 127,000 |
| Priority 2 | 2 | 7X2 | 14 | 2,000 | 2,000 | 0 |
| Priority 3 | 3 | 17X4 | 24 | 28,000 | 24,000 | 4,000 |
| Priority 4 | 4 | 21X6 | 126 | 200,000 | 0 | 200,000 |
| Total | | NA | 180 | 363,000 | 32,000 | 332,000 |

Note: The above Table 1 shows our intentions based upon our observations the day before these actions take place.  Size and location of slicks will change.  Activities within slicks, e.g., skimming operations, in-situ burning, etc., or weather conditions may require revisions to the actual operational plan implemented.

Rear Admiral James A. Watson
**June 9, 2010**
Page 6

Attachment 2



**Nearshore**
**Surface Oil Forecast**
**Deepwater Horizon MC252**

NOAA/NOS/OR&R   **Nearshore**

Estimate for: 1200 CDT, Thursday, 6/10/10
Date Prepared: 2100 CDT, Tuesday, 6/08/10

This forecast is based on the NWS spot forecast from Tuesday, June 8 PM. Currents were obtained from several models (NOAA Gulf of Mexico, West Florida Shelf/USF, NAVO/NRL) and HFR measurements. The model was initialized from Monday-Tuesday satellite imagery analysis (NOAA/NESDIS) and overflight observations. The leading edge may contain tarballs that are not readily observable from the imagery (hence not included in the model initialization). Oil near bay inlets could be brought into that bay by local tidal currents.

Forecast location for oil
on 10-June-10 at 1200 CDT

See Offshore Forecast for
trajectories of oil to the south.

Mississippi Canyon 252
Incident Location

0  20  40  80
Miles

Onshore (SE) winds are forecast to continue through Friday at 15 knots or less. Persistent southwesterly winds last week resulted in northward movement of the slick towards the Mississippi/Alabama barrier islands and westward movement along the Florida Panhandle. Models show alongshore currents becoming more westward over the next few days, inhibiting further eastward movement. However, coastal regions between Horn Island and Pensacola may continue to experience shoreline contacts throughout this forecast period. To the west of the Delta, any remaining floating oil in this region could come ashore between Timbalier Bay and SW Pass.

Trajectory
Uncertainty
Light
Medium
Heavy
X  Potential
beached oil

Next Forecast:
June 9th PM

this scale bar shows the meaning of the distribution terms at the current time

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

June 10, 2010

Dear Admiral Watson:

In compliance with the May 26, 2010, Dispersant Monitoring and Assessment Directive - Addendum 3 (the "Directive"), Houma Unified Command has eliminated the surface application of dispersants, except in cases where an exemption is requested and justified, and approved by the Federal On-Scene Coordinator.

Houma Unified Command has twelve (12) spotter visual reports from 10 June of multiple slicks of dispersible oil (Attachment 1) and the NOAA Surface Oil Forecast for 11 June shows extensive areas of heavy and medium oil (Attachment 2). Weather forecast indicates excellent flying weather with winds of 8-10 knots, wave height 1.5'-2.5', ceilings unlimited and visibility 10 nm.

Houma Unified Command anticipates that, due to the weather, location, distribution (7,200 sqmi) and size of the multiple oil slicks identified (42 sqmi), the use of mechanical recovery and ISB to recover or remove the oil in the target area will be insufficient to remove the spill volume on June 11, 2010.   Prior to spray operations the spotter aircraft will identify the highest value targeted slicks and will direct spray aircraft to the heaviest portions of the slick.

Pursuant to a request this date from Unified Area Command, the following information is provided.

- Include physical dimensions of identified targets proposed: this information is included in Table 1 and given in approximate acreage and average length and width perimeter dimensions.

- Explicit justification for why these targets can't be skimmed or addressed by other mechanical means: The use of mechanical recovery to recover or remove the oil in the identified target areas will be insufficient to remove the estimated dispersible oil volumes that we have estimated for tomorrow.  The targeted oil herein is dispersible oil and dispersible oil is not the only oil demanding mechanical recovery assets.  The geographic area of the spill site contains a combination of dispersible oil, heavy sheens and emulsified oil.  Mechanical recovery devices are required elsewhere in the entire geographic area to address all areas and all oils that can be recovered mechanically and not just the dispersible oils and are therefore otherwise engaged.

Rear Admiral James A. Watson
**June 10, 2010**
Page 2

- Tabulation of number of assets (skimmers, etc.) in service today and how many assets are available yet not in service:  A daily summation of skimmers in the source area and outside the source is now being provided daily to the Aerial Dispersant Group for insertion in this report.  Our review of the assets listed below reveal that they are engaged in skimming operations with some out of service for various reasons.

### Offshore Skimming Resources



Rear Admiral James A. Watson
**June 10, 2010**
Page 3

| | | | |
|---|---|---|---|
| | | | |
| | Gulf Influence | FED | Enroute | 9-Jun |
| | | | | |
| TR | Transporter | FED | Stand-by | Fourchon |
| W | Waterco | FED | Stand-by | Fourchon |

- It is planned to conduct multiple Tier 1 helicopter overflights to observe dispersant operations. Additionally the M/V International Peace will conduct water chemistry and toxicology sampling.   All depending upon approval to apply dispersants.

  Accordingly, in accordance with the Directive, Houma Unified Command respectfully requests an exemption to apply EC9500A in volumes on oil slicks located today shown in Table 1 not to exceed 15,300 gallons for a period not to exceed 12 hours.

  Sincerely,


  Houma Unified Command




  Exemption approved subject to the above:


  _James A. Watson_                    Date: _Jun 10, 2010_

  James A. Watson
  Rear Admiral, USCG
  Federal On-Scene Coordinator

Rear Admiral James A. Watson
**June 10, 2010**
Page 4

| Attachment 1 |

## Dispersant Zone Map for 11 June 2010
## with Oil Targets from Spotter Operations 10 June



NOTE 1: No Dispersant Flying Within 5 NM from the Spill Source 28 43.6 N 88 22.2 W

## TABLE 1

| Dispersable Oil Report June 10, 2010 | | | | | |
|---|---|---|---|---|---|
| | Estimated Dimensions in Miles | Estimated Area (sq.mi) | Dispersant Needed (1/20 DOR) | Dispersant Requested | Difference |
| Priority 1 | 4x6 | 24 | 38,400 | 21,000 | 17,400 |
| Priority 2 | 4x4 | 16 | 25,600 | 12,000 | 13,600 |
| Priority 3 | 2x1 | 2 | 3,200 | 3,200 | 0 |
| | | | | | |
| Total | | 42 | 67,200 | 36,200 | 31,000 |

Note: Table 1 shows our intentions based upon our observations the day before these actions take place. Size and location of slicks will change. Activities within slicks, e.g., skimming operations, in-situ burning, etc., or weather conditions may require revisions to the actual operational plan implemented.

Rear Admiral James A. Watson
**June 10, 2010**
Page 5

Attachment 2



## Nearshore
## Surface Oil Forecast
## Deepwater Horizon MC252

NOAA/NOS/OR&R    Nearshore

Estimate for: 1200 CDT, Friday, 6/11/10
Date Prepared: 2100 CDT, Wednesday, 6/09/10

This forecast is based on the NWS spot forecast from Wednesday, June 9 PM. Currents were obtained from several models (NOAA Gulf of Mexico, West Florida Shelf/USF, NAVO/NRL) and HFR measurements. The model was initialized from Wednesday satellite imagery analysis (NOAA/NESDIS) and overflight observations. The leading edge may contain tarballs that are not readily observable from the imagery (hence not included in the model initialization). Oil near bay inlets could be brought into that bay by local tidal currents.

Mississippi Canyon 252
Incident Location

Forecast location for oil
on 11-June-10 at 1200 CDT

See Offshore Forecast for
trajectories of oil to the south.

Onshore (SE/SSE) winds are forecast to continue through Friday at 10 knots or less. Persistent southwesterly winds last week resulted in northward movement of the slick towards the Mississippi/Alabama barrier islands and westward movement along the Florida Panhandle. Models show alongshore currents becoming more westward over the next few days, inhibiting further eastward movement. However, coastal regions in Mississippi Sound west of Pensacola may continue to experience shoreline contacts throughout this forecast period. Persistent southeasterly winds are also resulting in movement of oil towards Chandeleur and Breton Sound and the Mississippi Delta.

Trajectory
☐ Uncertainty
▦ Light
▨ Medium
■ Heavy
✕ Potential
  beached oil

Next Forecast:
June 10th PM

this scale bar shows the meaning of the distribution terms at the current time

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

June 11, 2010

Dear Admiral Watson:

In compliance with the May 26, 2010, Dispersant Monitoring and Assessment Directive - Addendum 3 (the "Directive"), Houma Unified Command has eliminated the surface application of dispersants, except in cases where an exemption is requested and justified, and approved by the Federal On-Scene Coordinator.

Houma Unified Command requests that the M/V *International Peace* be permitted to spray dispersant with its boat spray application system on targeted oil slicks. The purpose of this dispersant application program is to:

- Collect samples pre and post dispersant application to assess dispersant effectiveness, subsurface dispersant plume characteristics and to generate data which can be used to assess environmental and safety issues.
- Conduct toxicity testing at multiple depths according to the *Surface Water Sampling Plan for Dispersant Application Monitoring* approved by Houma UC on June 3, 2010.
- Evaluate the effectiveness of applying dispersants to emulsified oil as recommended by SINTEF.

Conducting a sampling and monitoring plan to assess the extent of the 3D area after multiple applications of dispersant at the surface was recommended by the assembled experts in the *Deepwater Horizon Dispersant Use Meeting Report* dated May 26-27, 2010.

In conducting this vital monitoring effort, the M/V *International Peace* will work closely with spotter aircraft to identify appropriate spill targets for application by the boat spray system. The M/V *International Peace* will also work with aerial spray assets for the acquisition of data following aerial application.

Two federal observers were requested by the NOAA SSC (at request of RRT) to be onboard (two USCG Strike Team members are currently assigned to the vessel).

Accordingly, in accordance with the Directive, Houma Unified Command respectfully requests an exemption to apply EC9500A on targeted oil slicks using the boat spray system in volumes of approximately 50 gallons per test for a total amount not to exceed 500 gallons for a period not to exceed 14 days.

HCG037-001646

Rear Admiral James A. Watson
**June 10, 2010**
Page 2

      Sincerely,

      Houma Unified Command

      Exemption approved subject to the above:

      _James A. Watson_        Date: _6 - 14 - 10_
      James A. Watson
      Rear Admiral, USCG
      Federal On-Scene Coordinator

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

June 11, 2010

Dear Admiral Watson:

In compliance with the May 26, 2010, Dispersant Monitoring and Assessment Directive - Addendum 3 (the "Directive"), Houma Unified Command has eliminated the surface application of dispersants, except in cases where an exemption is requested and justified, and approved by the Federal On-Scene Coordinator.

Houma Unified Command requests that the M/V *International Peace* be permitted to spray dispersant with its boat spray application system on targeted oil slicks.  The purpose of this dispersant application program is to:

- Collect samples pre and post dispersant application to assess dispersant effectiveness, subsurface dispersant plume characteristics and to generate data which can be used to assess environmental and safety issues.
- Conduct toxicity testing at multiple depths according to the *Surface Water Sampling Plan for Dispersant Application Monitoring* approved by Houma UC on June 3, 2010.
- Evaluate the effectiveness of applying dispersants to emulsified oil as recommended by SINTEF.

Conducting a sampling and monitoring plan to assess the extent of the 3D area after multiple applications of dispersant at the surface was recommended by the assembled experts in the *Deepwater Horizon Dispersant Use Meeting Report* dated May 26-27, 2010.

In conducting this vital monitoring effort, the M/V *International Peace* will work closely with spotter aircraft to identify appropriate spill targets for application by the boat spray system.  The M/V *International Peace* will also work with aerial spray assets for the acquisition of data following aerial application.

Two federal observers were requested by the NOAA SSC (at request of RRT) to be onboard (two USCG Strike Team members are currently assigned to the vessel).

Accordingly, in accordance with the Directive, Houma Unified Command respectfully requests an exemption to apply EC9500A on targeted oil slicks using the boat spray system in volumes of approximately 50 gallons per test for a total amount not to exceed 500 gallons for a period not to exceed 14 days.

HCG037-001647

Rear Admiral James A. Watson
**June 10, 2010**
Page 2

     Sincerely,

     Houma Unified Command

     Exemption approved subject to the above:

Date: 6 - 15 - 10

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

HCCG037-001648

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

June 11 2010

Dear Admiral Watson:

In compliance with the May 26, 2010, Dispersant Monitoring and Assessment Directive -
Addendum 3 (the "Directive"), Houma Unified Command has eliminated the surface
application of dispersants, except in cases where an exemption is requested and
justified, and approved by the Federal On-Scene Coordinator.

Houma Unified Command has eleven (11) spotter visual reports from 11 June of multiple
slicks of dispersible oil (Attachment 1) and the NOAA Surface Oil Forecast for 12 June
shows extensive areas of heavy and medium oil (Attachment 2). Weather forecast
indicates excellent flying weather with winds of 5-13 knots, wave height 2-3 feet, ceilings
unlimited and visibility 10 nm.

Houma Unified Command anticipates that, due to the weather, location, distribution
(2,700 sqmi) and size of the multiple oil slicks identified (34 sqmi), the use of mechanical
recovery and ISB to recover or remove the oil in the target area will be insufficient to
remove the spill volume on June 12, 2010.   Prior to spray operations the spotter aircraft
will identify the highest value targeted slicks and will direct spray aircraft to the heaviest
portions of the slick.

Pursuant to a request this date from Unified Command, the following information is
provided.

- Include physical dimensions of identified targets proposed: this information is
  included in Table 1 and given in approximate acreage and average length and
  width perimeter dimensions.

- Explicit justification for why these targets can't be skimmed or addressed by
  other mechanical means: The use of mechanical recovery to recover or remove
  the oil in the identified target areas will be insufficient to remove the estimated
  dispersible oil volumes that we have estimated for tomorrow.  The targeted oil
  herein is dispersible oil and dispersible oil is not the only oil demanding
  mechanical recovery assets.  The geographic area of the spill site contains a
  combination of dispersible oil, heavy sheens and emulsified oil.  Mechanical
  recovery devices are required elsewhere in the entire geographic area to address
  all areas and all oils that can be recovered mechanically and not just the
  dispersible oils and are therefore otherwise engaged.

Rear Admiral James A. Watson
**June 11, 2010**
Page 2

- Tabulation of number of assets (skimmers, etc.) in service today and how many assets are available yet not in service:  A daily summation of skimmers in the source area and outside the source is now being provided daily to the Aerial Dispersant Group for insertion in this report (Attachment 3).  Our review of the assets listed below reveal that they are engaged in skimming operations with some out of service for various reasons.

- It is planned to conduct multiple Tier 1 helicopter overflights to observe dispersant operations. Additionally the M/V International Peace will conduct water chemistry and toxicology sampling.   All depending upon approval to apply dispersants.

Accordingly, in accordance with the Directive, the Houma Unified Command respectfully requests an exemption to apply EC9500A in volumes on oil slicks located today shown in Table 1 not to exceed ~~38,160~~ 7,000 gallons for a period not to exceed 12 hours.

Sincerely,

Houma Unified Command

Exemption approved subject to the above:

_James A. Watson_                    Date: 6-12-10
James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator