# Exhibit V

# Part 2 of 3

HCG037-001650

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

June 12, 2010

Dear Admiral Watson:

In compliance with the May 26, 2010, Dispersant Monitoring and Assessment Directive - Addendum 3 (the "Directive"), Houma Unified Command has eliminated the surface application of dispersants, except in cases where an exemption is requested and justified, and approved by the Federal On-Scene Coordinator.

Houma Unified Command has ten (10) spotter visual reports from 12 June of multiple slicks of dispersible oil (Attachment 1) and the NOAA Surface Oil Forecast for 13June shows extensive areas of heavy and medium oil (Attachment 2). Weather forecast indicates excellent flying weather with winds of 5-9 knots, wave height 2 feet, ceilings unlimited and visibility 10 nm.

Houma Unified Command anticipates that, due to the weather, location, distribution (3,600 sqmi) and size of the multiple oil slicks identified the use of mechanical recovery and ISB to recover or remove the oil in the target area will be insufficient to remove the spill volume on June 13, 2010.  Prior to spray operations the spotter aircraft will identify the highest value targeted slicks and will direct spray aircraft to the heaviest portions of the slick.

Pursuant to a request this date from Unified Command, the following information is provided.

- Estimated size of identified dispersible oil slick targets proposed in designated zones: this information is included in Table 1 with the estimate of the amount of dispersant needed to treat these slicks.

- Explicit justification for why these targets can't be skimmed or addressed by other mechanical means: The use of mechanical recovery to recover or remove the oil in the identified target areas will be insufficient to remove the estimated dispersible oil volumes that we have estimated for tomorrow.  The targeted oil herein is dispersible oil and dispersible oil is not the only oil demanding mechanical recovery assets.  The geographic area of the spill site contains a combination of dispersible oil, heavy sheens and emulsified oil.  Mechanical recovery devices are required elsewhere throughout the entire geographic area to address all areas and all oils that can be recovered mechanically and not just the dispersible oils and are therefore otherwise engaged.  Generally the skimming vessels are concentrated near the source site so that they can remain in the

Rear Admiral James A. Watson
**June 12, 2010**
Page 2

> heaviest oil and collect the highest volume of oil.   Other skimming assets are
> deployed nearshore to recover oil before it comes ashore.
>
> - Tabulation of number of assets (skimmers, etc.) in service today and how many
>   assets are available yet not in service: A daily summation of skimmers in the
>   source area and outside the source is now being provided daily to the Aerial
>   Dispersant Group for insertion in this report (Attachment 3). Our review of the
>   assets listed below reveal that they are engaged in skimming operations with
>   some out of service for various reasons.
>
> - It is planned to conduct multiple Tier 1 helicopter SMART overflights to observe
>   dispersant operations. Additionally, the M/V *International Peace* is planned to
>   conduct water chemistry and toxicology sampling.     These operations depend
>   upon approval to apply dispersants either aerial or with boat spray systems
>   onboard the M/V *International Peace.*

Accordingly, in accordance with the Directive, the Houma Unified Command respectfully
requests an exemption to apply EC9500A in volumes on oil slicks located today shown in
Table 1 not to exceed 36,000 gallons for a period not to exceed 12 hours.

Sincerely,

Houma Unified Command

Exemption approved subject to the above:

Date: _6/13/10_

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

HCG037-001652

Rear Admiral James A. Watson
**June 12, 2010**
Page 3

Attachment 1

# Dispersant Zone Map for 13 June 2010
## with Oil Targets from Spotter Operations 12 June



NOTE 1: No Dispersant Flying Within 5 NM from the Spill Source 28 44.2 N 88 21.9 W

**TABLE 1** Dispersible Oil Report June 11, 2010

|  | Zone | Estimated Area (sq.mi) | Estimated percentage dispersible oil | Dispersant Needed (1/20 DOR) |
|---|---|---|---|---|
| **Priority 1** | AC | 900 | 1 | 28,800 |
| **Priority 2** | AM | 900 | 0.2 | 5,760 |
| **Priority 3** | AB | 900 | 0.05 | 1,440 |
| **Total** | | | | 36,000 |

**Note: Table 1 shows our intentions based upon our observations the day before these actions take place. Size and location of slicks will change. Activities within slick areas e.g., skimming operations, in-situ burning, etc., or weather conditions may require revisions to the actual operational plan implemented.**

HCG037-001653

Rear Admiral James A. Watson
**June 12, 2010**
Page 4

Attachment 2



**Nearshore Surface Oil Forecast Deepwater Horizon MC252**

NOAA/NOS/OR&R

Nearshore

Estimate for: 1200 CDT, Sunday, 6/13/10
Date Prepared: 2100 CDT, Friday, 6/11/10

This forecast is based on the NWS spot forecast from Friday, June 11 PM. Currents were obtained from several models (NOAA Gulf of Mexico, West Florida Shelf/USF, NAVO/NRL) and HFR measurements. The model was initialized from Friday satellite imagery analysis (NOAA/NESDIS) and overflight observations. The leading edge may contain tarballs that are not readily observable from the imagery (hence not included in the model initialization). Oil near bay inlets could be brought into the bay by local tidal currents.

Mobile
Milton
Gulfport Pascagoula Pensacola Freeport
Bay St Louis
St Andrew
Chandeleur Sound
Apa
Breton
Sound
Atchafalaya
Bay
Barataria
Venice
Bay
Caillou
Bay Terrebonne Bay

Mississippi Canyon 252
Incident Location

Forecast location for oil
on 13-June-10 at 1200 CDT

See Offshore Forecast for
trajectories of oil to the south

0  20  40    80
Miles

Onshore (SE/S/SW) winds are forecast to continue into next week at speeds <10 knots. Persistent onshore winds have resulted in northward movement of the slick towards the Mississippi/Alabama barrier islands and the Florida Panhandle. Coastal regions in Mississippi Sound west of Freeport may continue to experience shoreline contacts throughout this forecast period. Persistent southeasterly winds are also resulting in movement of oil towards the Chandeleur Islands, Breton Sound, and the Mississippi Delta. These regions are also threatened by shoreline contacts within this forecast period.

Trajectory
☐ Uncertainty
  Light
  Medium
  Heavy
X Potential
  beached oil

Next Forecast:
June 12th PM

this scale bar shows the meaning of the distribution terms at the current time

HCG037-001554

Rear Admiral James A. Watson
**June 12, 2010**
Page 5

Attachment 3

## Offshore Skimming Resources

On-scene/Ops
In Transit
Out of Service
Lightering

| | | SOURCE | | | Date/Time 12 June 1600 | |
|---|---|---|---|---|---|---|
| Designator | Kind/Type | Vessel | Assignment | Status | Location | ETA |
| | | | | | | |
| GCR | RV1/Weir | Gulf Coast Responder | MSRC | Pit Stop | Ft Jackson | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 402 | TV2 | MSRC 402 Barge (Kimberly Colle) | TF Storage | On-scene | MC-252 | |
| 452 | TV1 | MSRC 452 Barge (Tara Crosby) | TF Storage | Standby | Ft Jackson | |
| 570 | TV1 | MSRC 570 Barge (Crosby Clipper) | TF Storage | Standby | Pilot Town | |
| 155 | TV1 | K-Sea DBL-155 (Rebel) | TF Storage | On-scene | MC-252 | |
| Costner | TV1 | Energy 8001(Superior Service) Costr | TF Storage | Enroute | MC-252 | |

HCC037-001559

Rear Admiral James A. Watson
**June 12, 2010**
Page 6

| | | NON SOURCE | | | | |
|---|---|---|---|---|---|---|
| **Designator** | | **Vessel** | **Assignment** | **Status** | **Location** | **ETA** |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| OM | RV1 | Odysea Mariner | FED | Fueling | Fourchon | |
| GI | RV1 | Gulf Influence | FED | Enroute | | 9-Jun |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| HN | RV1 | HOS North | | Outfitting | Fourchon | |

HCG037-001656

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

June 13, 2010

Dear Admiral Watson:

In compliance with the May 26, 2010, Dispersant Monitoring and Assessment Directive - Addendum 3 (the "Directive"), Houma Unified Command has eliminated the surface application of dispersants, except in cases where an exemption is requested and justified, and approved by the Federal On-Scene Coordinator.

Houma Unified Command has ten (10) spotter visual reports from 13 June of multiple slicks of dispersible oil (Attachment 1) and the NOAA Surface Oil Forecast for 14 June shows extensive areas of heavy and medium oil (Attachment 2). Weather forecast indicates excellent flying weather with winds of 5-10 knots, wave height 1-2 feet, ceilings unlimited and visibility 10 nm.

Houma Unified Command anticipates that, due to the weather, location, distribution (3,600 sqmi) and size of the multiple oil slicks identified the use of mechanical recovery and ISB to recover or remove the oil in the target area will be insufficient to remove the spill volume on June 14, 2010.  Prior to spray operations the spotter aircraft will identify the highest value targeted slicks and will direct spray aircraft to the heaviest portions of the slick.

Pursuant to a request this date from Unified Command, the following information is provided.

- Estimated size of identified dispersible oil slick targets proposed in designated zones: this information is included in Table 1 with the estimate of the amount of dispersant needed to treat these slicks.

- Explicit justification for why these targets can't be skimmed or addressed by other mechanical means: The use of mechanical recovery to recover or remove the oil in the identified target areas will be insufficient to remove the estimated dispersible oil volumes that we have estimated for tomorrow.  The targeted oil herein is dispersible oil and dispersible oil is not the only oil demanding mechanical recovery assets.  The geographic area of the spill site contains a combination of dispersible oil, heavy sheens and emulsified oil.  Mechanical recovery devices are required elsewhere throughout the entire geographic area to address all areas and all oils that can be recovered mechanically and not just the dispersible oils and are therefore otherwise engaged.  Generally the skimming vessels are concentrated near the source site so that they can remain in the

HCG037-001657

Rear Admiral James A. Watson
**June 13, 2010**
Page 2

> heaviest oil and collect the highest volume of oil.   Other skimming assets are
> deployed nearshore to recover oil before it comes ashore.
>
> • Tabulation of number of assets (skimmers, etc.) in service today and how many
>   assets are available yet not in service:  A daily summation of skimmers in the
>   source area and outside the source is now being provided daily to the Aerial
>   Dispersant Group for insertion in this report (Attachment 3).  Our review of the
>   assets listed below reveal that they are engaged in skimming operations with
>   some out of service for various reasons.
>
> • It is planned to conduct multiple Tier 1 helicopter SMART overflights to observe
>   dispersant operations. Additionally, the M/V *International Peace* is planned to
>   conduct water chemistry and toxicology sampling.   These operations depend
>   upon approval to apply dispersants either aerial or with boat spray systems
>   onboard the M/V *International Peace*.
>
> Accordingly, in accordance with the Directive, the Houma Unified Command respectfully
> requests an exemption to apply EC9500A in volumes on oil slicks located today shown in
> Table 1 not to exceed 38,860 gallons for a period not to exceed 12 hours.

17,800

Sincerely,

Houma Unified Command

Exemption approved subject to the above:

Date: 6-14-10

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

HCG037-001658

Rear Admiral James A. Watson
**June 13, 2010**
Page 3

Attachment 1

## Dispersant Zone Map for 14 June 2010
## with Oil Targets from Spotter Operations 13 June



NOTE 1: No Dispersant Flying Within 5 NM from the Spill Source 28 44.2 N 88 21.9 W

## TABLE 1
### Dispersible Oil Report June 13, 2010

|  | Zone | Estimated Area (sq.mi) | Estimated percentage dispersible oil | Dispersant Needed (1/20 DOR) |
|---|---|---|---|---|
| **Priority 1** | AC | 900 | 1 | 28,800 |
| **Priority 2** | AM | 900 | 0.3 | 8,640 |
| **Priority 3** | AB | 900 | 0.05 | 1,440 |
| **Total** |  | 2,700 |  | 38,880 |

Note: Table 1 shows our intentions based upon our observations the day before these actions take place. Size and location of slicks will change. Activities within slick areas e.g., skimming operations, in-situ burning, etc., or weather conditions may require revisions to the actual operational plan implemented.

HCG037-001659

Rear Admiral James A. Watson
**June 13, 2010**
Page 4

Attachment 2

## Nearshore
## Surface Oil Forecast
## Deepwater Horizon MC252

**NOAA/NOS/OR&R**    Nearshore

Estimate for: 1200 CDT, Monday, 6/14/10
Date Prepared: 2100 CDT, Saturday, 6/12/10

This forecast is based on the NWS spot forecast from Saturday, June 12 PM. Currents were obtained from several models (NOAA Gulf of Mexico, West Florida Shelf/USF, NAVO/NRL) and HFR measurements. The model was initialized from Saturday satellite imagery analysis (NOAA/NESDIS) and overflight observations. The leading edge may contain tarballs that are not readily observable from the imagery (hence not included in the model initialization). Oil near bay inlets could be brought into that bay by local tidal currents.



Winds this weekend are forecast to be variable and less than 10 knots. By Monday night, onshore (predominantly SSB/SE winds) are expected to resume with speeds of 6-10 kts. Persistent onshore winds have resulted in northward movement of the slick towards the Mississippi/Alabama barrier islands and the Florida Panhandle. Coastal regions in Mississippi Sound west of Freeport may continue to experience shoreline contacts throughout this forecast period. Persistent southeasterly winds are also resulting in movement of oil towards the Chandeleur Islands, Breton Sound, and the Mississippi Delta. These region are also threatened by shoreline contacts within this forecast period.

Next Forecast:
June 13th PM

this scale bar shows the meaning of the distribution terms at the current time

HCG031-001690

Rear Admiral James A. Watson
**June 13, 2010**
Page 5

Attachment 3

## Offshore Skimming Resources



In Transit

| | | SOURCE | | | Date/Time | 12 June 1600 | |
|---|---|---|---|---|---|---|---|
| **Designator** | **Kind/Type** | **Vessel** | **Assignment** | **Status** | | **Location** | **ETA** |
| | | | | | | | |
| | | | | | | | |
| 402 | TV2 | MSRC 402 Barge (Kimberry Colle) | TF Storage | On-scene | | MC-252 | |
| 452 | TV1 | MSRC 452 Barge (Tara Crosby) | TF Storage | Standby | | Ft Jackson | |
| 570 | TV1 | MSRC 570 Barge (Crosby Clipper) | TF Storage | Standby | | Pilot Town | |
| 155 | TV1 | K-Sea DBL 155 (Relief) | TF Storage | On-scene | | MC-252 | |
| Costner | TV1 | Energy 8001(Superior Service) Costner | TF Storage | Enroute | | MC-252 | |

| | | NON SOURCE | | | | | |
|---|---|---|---|---|---|---|---|
| **Designator** | | **Vessel** | **Assignment** | **Status** | | **Location** | **ETA** |
| GI | RV1 | Gulf Influence | FED | Enroute | | | 12-Jun |

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

June 14, 2010

Dear Admiral Watson:

In compliance with the May 26, 2010, Dispersant Monitoring and Assessment Directive - Addendum 3 (the "Directive"), Houma Unified Command has eliminated the surface application of dispersants, except in cases where an exemption is requested and justified, and approved by the Federal On-Scene Coordinator.

Houma Unified Command has nine (9) spotter visual reports from 13 June of multiple slicks of dispersible oil (Attachment 1) and the NOAA Surface Oil Forecast for 14 June shows extensive areas of heavy and medium oil (Attachment 2). Weather forecast indicates excellent flying weather with winds of 6-8 knots, wave height 1 foot, ceilings unlimited and visibility 10 nm.

Houma Unified Command anticipates that, due to the weather, location, distribution (4,500 sqmi) and size of the multiple oil slicks identified the use of mechanical recovery and ISB to recover or remove the oil in the target area will be insufficient to remove the spill volume on June 15, 2010. Prior to spray operations the spotter aircraft will identify the highest value targeted slicks and will direct spray aircraft to the heaviest portions of the slick.

Pursuant to a request this date from Unified Command, the following information is provided.

- Estimated size of identified dispersible oil slick targets proposed in designated zones: this information is included in Table 1 with the estimate of the amount of dispersant needed to treat these slicks.

- Explicit justification for why these targets can't be skimmed or addressed by other mechanical means: The use of mechanical recovery to recover or remove the oil in the identified target areas will be insufficient to remove the estimated dispersible oil volumes that we have estimated for tomorrow. The targeted oil herein is dispersible oil and dispersible oil is not the only oil demanding mechanical recovery assets. The geographic area of the spill site contains a combination of dispersible oil, heavy sheens and emulsified oil. Mechanical recovery devices are required elsewhere throughout the entire geographic area to address all areas and all oils that can be recovered mechanically and not just the dispersible oils and are therefore otherwise engaged. Generally the skimming vessels are concentrated near the source site so that they can remain in the

Rear Admiral James A. Watson
**June 13, 2010**
Page 2

> heaviest oil and collect the highest volume of oil.   Other skimming assets are
> deployed nearshore to recover oil before it comes ashore.

- Tabulation of number of assets (skimmers, etc.) in service today and how many
  assets are available yet not in service: A daily summation of skimmers in the
  source area and outside the source is now being provided daily to the Aerial
  Dispersant Group for insertion in this report (Attachment 3).  Our review of the
  assets listed below reveal that they are engaged in skimming operations with
  some out of service for various reasons.

- It is planned to conduct multiple Tier 1 helicopter SMART overflights to observe
  dispersant operations. Additionally, the M/V *International Peace* is planned to
  conduct water chemistry and toxicology sampling.   These operations depend
  upon approval to apply dispersants either aerial or with boat spray systems
  onboard the M/V *International Peace*.

Accordingly, in accordance with the Directive, the Houma Unified Command respectfully
requests an exemption to apply EC9500A in volumes on oil slicks located today shown in
Table 1 not to exceed 23,000 gallons for a period not to exceed 12 hours.

Sincerely,

Houma Unified Command

Exemption approved subject to the above:

Date: 6/13/2010

For James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

Rear Admiral James A. Watson
**June 13, 2010**
Page 3

Attachment 1

## Dispersant Zone Map for 15 June 2010
## with Oil Targets from Spotter Operations on 14 June



NOTE 1:  No Dispersant Flying Within 5 NM from the Spill Source 28 44.2 N 88 21.9 W

## TABLE 1
### Dispersible Oil Report June 14, 2010

|  | Zone | Estimated Area (sq.mi) | Estimated percentage dispersible oil | Dispersant Needed (1/20 DOR) |
|---|---|---|---|---|
| Priority 1 | AD | 900 | .2 | 5,600 |
| Priority 2 | AC | 900 | 1.0 | 13,440 |
| Priority 3 | AB | 900 | .01 | 1,120 |
| Priortiy 4 | AM | 900 | .02 | 1,440 |
| Priority 5 | AN | 900 | .01 | 1,120 |
| Total |  | 4,500 |  | 22,720 |

**Note: Table 1 shows our intentions based upon our observations the day before these actions
take place.  Size and location of slicks will change.  Activities within slick areas e.g., skimming
operations, in-situ burning, etc., or weather conditions may require revisions to the actual
operational plan implemented.**

Rear Admiral James A. Watson
**June 13, 2010**
Page 4

Attachment 2



**Nearshore**
**Surface Oil Forecast**
**Deepwater Horizon MC252**

NOAA/NOS/OR&R     Nearshore

Estimate for: 1200 CDT, Tuesday, 6/15/10
Date Prepared: 2100 CDT, Sunday, 6/13/10

This forecast is based on the NWS spot forecast from Sunday, June 13 PM. Currents were obtained from several models (NOAA Gulf of Mexico, West Florida Shelf/USF, NAVO/NRL) and HFR measurements. The model was initialized from Sunday satellite imagery analysis (NOAA/NESDIS) and overflight observations. The leading edge may contain tarballs that are not readily observable from the imagery (hence not included in the model initialization). Oil near bay inlets could be brought into that bay by local tidal currents.

Forecast location for oil on 15-June-10 at 1200 CDT

See Offshore Forecast for trajectories of oil to the south.

Mississippi Canyon 252 Incident Location

Winds are forecast to be primarily onshore(predominantly S/SE winds) but at less than 10 knots through the forecast. Persistent onshore winds have resulted in northward movement of the slick towards the Mississippi/Alabama barrier islands and the Florida Panhandle. Coastal regions in Mississippi Sound west of Freeport may continue to experience shoreline contacts throughout this forecast period. Persistent south-southeasterly winds are also resulting in movement of oil towards the Chandeleur Islands, Breton Sound, and the Mississippi Delta. These region are also threatened by shoreline contacts within this forecast period.

Trajectory
☐ Uncertainty
☐ Light
☐ Medium
■ Heavy
x Potential beached oil

Next Forecast:
June 14th PM

this scale bar shows the meaning of the distribution terms at the current time

Rear Admiral James A. Watson
**June 13, 2010**
Page 5

Attachment 3

## Offshore Skimming Resources



| | | SOURCE | | | Date/Time 14 June 1200 | |
|---|---|---|---|---|---|---|
| Designator | Kind / Type | Vessel | Assignment | Status | Location | |
| 11 | FV1/Wier | International Trooper | Central | Skimming | Mechanical | |

| 469 | TV2 | MSRC 469 Barge (Kimberly Collet) | TF Storage | On-scene | MC-252 | |
|---|---|---|---|---|---|---|
| 452 | TV1 | MSRC 452 Barge (Tara Crosby) | TF Storage | Standby | Ft Jackson | |
| 570 | TV1 | MSRC 570 Barge (Crosby Clipper) | TF Storage | Standby | Pilot Town | |
| 155 | TV1 | K-Sea DBL-155 (Rebel) | TF Storage | On-scene | MC-252 | |
| Costner | TV1 | Energy 2001 (Superior Service) | CC TF Storage | On-scene | MC-252 | |
| | | **Boom Boats** | | | | |
| Designator | | Vessel | Assignment | | Location | ETA |
| CC | | Chanese G | Central | Standby | Venice | |
| SF | | Sea Fox | Central | Standby | Venice | |
| MSF | | Ms. Addison | Central | Mechanical | Venice | |
| JN | | Julienne Marie | Central | Standby | Venice | |
| SH | | Sea Hawk | Central | Standby | Venice | |

HCG037-001481

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **Crew/Re-supply** | | | | |
| ML | | Mr. Leroy | Shuttle/Re- | Supply Run | Venice Based | |
| FO | | Fox | Shuttle/Re- | Supply Run | Venice Based | |
| JP | | Jean Perry | Shuttle/Re- | Supply Run | Venice Based | |
| CS | | Corissa Shane | Shuttle/Re- | Supply Run | Venice Based | |
| KL | | Katie Lynn | Shuttle/Re- | Supply Run | Venice Based | |
| BC | | Ben Charamie | Shuttle/Re- | Supply Run | Venice Based | |
| | | | | | | |
| | | **Inland Barges** | | | | |
| [redacted] | | | | | | |
| 323 | | Cenac 323 Barge | TF Storage | 21,000 bbl open | Venice | |
| 324 | | Cenac 324 Barge | TF Storage | 21,000 bbl open | Venice | |
| [redacted] | | | | | | |

**NON SOURCE**

| Designator | | Vessel | Assignmen | Status | Location |
|---|---|---|---|---|---|
| [redacted] | | | | | |
| GI | RV1 | Gulf Influence | FED | Enroute | |
| [redacted] | | | | | |

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

June 15, 2010

Dear Admiral Watson:

In compliance with the May 26, 2010, Dispersant Monitoring and Assessment Directive - Addendum 3 (the "Directive"), BP Exploration & Production Inc. ("BP") has eliminated the surface application of dispersants, except in cases where an exemption is requested and justified, and approved by the Federal On-Scene Coordinator.

Houma Unified Command has nine (9) spotter visual reports from 15 June of multiple slicks of dispersible oil (Attachment 1) and the NOAA Surface Oil Forecast for 16 June shows extensive areas of heavy and medium oil (Attachment 2). Weather forecast indicates excellent flying weather with winds of 5-10 knots, wave height 1-2 feet, ceilings unlimited and visibility 10 nm; 20 per cent chance of thunderstorms in the area.

Houma Unified Command anticipates that, due to the weather, location, distribution (3,600 sqmi) and size of the multiple oil slicks identified the use of mechanical recovery and ISB to recover or remove the oil in the target area will be insufficient to remove the spill volume on June 16, 2010. Prior to spray operations the spotter aircraft will identify the highest value targeted slicks and will direct spray aircraft to the heaviest portions of the slick.

Pursuant to a request this date from Unified Command, the following information is provided.

- Estimated size of identified dispersible oil slick targets proposed in designated zones: this information is included in Table 1 with the estimate of the amount of dispersant needed to treat these slicks.

- Explicit justification for why these targets can't be skimmed or addressed by other mechanical means: The use of mechanical recovery to recover or remove the oil in the identified target areas will be insufficient to remove the estimated dispersible oil volumes that we have estimated for tomorrow. The targeted oil herein is dispersible oil and dispersible oil is not the only oil demanding mechanical recovery assets. The geographic area of the spill site contains a combination of dispersible oil, heavy sheens and emulsified oil. Mechanical recovery devices are required elsewhere throughout the entire geographic area to address all areas and all oils that can be recovered mechanically and not just the dispersible oils and are therefore otherwise engaged. Generally the skimming vessels are concentrated near the source site so that they can remain in the

Rear Admiral James A. Watson
**June 15, 2010**
Page 2

heaviest oil and collect the highest volume of oil.   Other skimming assets are deployed nearshore to recover oil before it comes ashore.

- Tabulation of number of assets (skimmers, etc.) in service today and how many assets are available yet not in service:  A daily summation of skimmers in the source area and outside the source is now being provided daily to the Aerial Dispersant Group for insertion in this report (Attachment 3).  Our review of the assets listed below reveal that they are engaged in skimming operations with some out of service for various reasons.

- It is planned to conduct multiple Tier 1 helicopter SMART overflights to observe dispersant operations. Additionally, the M/V *International Peace* is planned to conduct water chemistry and toxicology sampling.   These operations depend upon approval to apply dispersants either aerial or with boat spray systems onboard the M/V *International Peace*.

Accordingly, in accordance with the Directive, the Houma Unified Command respectfully requests an exemption to apply EC9500A in volumes on oil slicks located today shown in Table 1 not to exceed 27,700 gallons for a period not to exceed 12 hours.

Sincerely,

Houma Unified Command

Exemption approved subject to the above:

Date: _6 - 16 - 10_

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

Rear Admiral James A. Watson
**June 15, 2010**
Page 3

Attachment 1

## Dispersant Zone Map for 16 June 2010
## with Oil Targets from Spotter Operations on 15 June



NOTE 1:  No Dispersant Flying Within 5 NM from the Spill Source 28 44.2 N 88 21.9 W

## TABLE 1
### Dispersible Oil Report June 15, 2010

| Zone | # of slicks reported | Area in acres | Estimated percentage dispersible oil | Dispersant Needed (1/20 DOR) |
|------|------|------|------|------|
| AB | 2 | 3200 | 2-15 | 1,152 |
| AD | 1 | 1152 | 90 | 5,184 |
| AM | 2 | 2739 | 60-70 | 9,498 |
| AC | 1 | 1280 | 30 | 1,920 |
| AN | TBD | TBD | Due to Enterprise shutdown expect significant surface oil slicks near the source | 10,000 |
| **TOTAL** | | | | 27,754 |

19 K.

**Note: Table 1 shows our intentions based upon our observations the day before these actions
take place.  Size and location of slicks will change.  Activities within slick areas e.g., skimming
operations, in-situ burning, etc., or weather conditions may require revisions to the actual
operational plan implemented.**

HCG037-001485

Rear Admiral James A. Watson
**June 15, 2010**
Page 4

Attachment 2



# Nearshore
# Surface Oil Forecast
# Deepwater Horizon MC252

**NOAA/NOS/OR&R**    Nearshore

Estimate for: 1200 CDT, Wednesday, 6/16/10
Date Prepared: 2100 CDT, Monday, 6/14/10

This forecast is based on the NWS spot forecast from Monday, June 14 PM. Currents were obtained from several models (NOAA Gulf of Mexico, West Florida Shelf/USF, TGLO/TAMU, NAVO/NRL) and HFR measurements. The model was initialized from Sunday-Monday satellite imagery analysis (NOAA/NESDIS). The leading edge may contain tarballs that are not readily observable from the imagery (hence not included in the model initialization). Oil near bay inlets could be brought into that bay by local tidal currents.

Mississippi Canyon 252
Incident Location

Forecast location for oil
on 16 June-10 at 1200 CDT

See Offshore Forecast for
trajectories of oil to the south.

0  20  40  80
Miles

Winds are forecast to be relatively weak (<5 kts) and variable over the next few days, with periods of slightly stronger (6-9 kts) southerly winds. Persistent onshore winds have resulted in northward movement of the slick towards the Mississippi/Alabama barrier islands and the Florida Panhandle. Eastward alongshore currents continue to move the oil east along the Florida coast. Coastal regions between Dauphin Island, AL and Panama City, FL are threatened by shoreline contacts within this forecast period. The Chandeleur Islands, Breton Sound and the Mississippi Delta also continue to be threatened.

| Trajectory |
| --- |
| Uncertainty |
| Light |
| Medium |
| Heavy |
| Potential |
| x  beached oil |

Next Forecast:
June 15th PM

this scale bar shows the meaning of the distribution terms at the current time

HCG037-001486

Rear Admiral James A. Watson
**June 15, 2010**
Page 5

Attachment 3

## Offshore Skimming Resources



In Transit
Out of Service
Lightering



| Designator | Kind/Type | SOURCE Vessel | Assignment | Status | Date/Time 15 June 1400 Location | ETA |
|---|---|---|---|---|---|---|
| 402 | TV2 | MSRC 402 Barge (Kimberly Cole) | TF Storage | On scene | BC 252 | |
| 452 | TV1 | MSRC 452 Barge (Tara Crosby) | TF Storage | Standby | Ft Jackson | |
| 570 | TV1 | MSRC 570 Barge (Crosby Clipper) | TF Storage | Standby | White Tail | |
| 155 | TV1 | X Ncr 001 155 (Iodin) | TF Storage | On scene | BC 252 | |
| Crotian | TV1 | Energy 8640 (suaction Source) crotian | TF Storage | On scene | BC 252 | |

| Designator | | Boom Boats Vessel | Assignment | | Location | ETA |
|---|---|---|---|---|---|---|
| CC | WB2 | Chenese G | Source | Standby | Venice | |
| SF | WB2 | Sea Fox | Source | Standby | Venice | |
| | WB2 | Ms Addison | Source | Re-Escunal | Venice | |
| JN | WB2 | Julienne Marie | Source | Standby | Venice | |
| HE | WB1 | Hercules | Source | Boom tow | Enroute | |
| BR | WB1 | Brutus | Source | Boom tow | Enroute | |
| SH | WB2 | Sea Hawk | Source | Standby | Venice | |

| | | Crew/Re-supply | | | | |
|---|---|---|---|---|---|---|
| ML | WB2 | Mr. Leroy | Shuttle/Re-su | Supply Run | Venice Based | |
| FO | WB2 | Fox | Ampol Re-su | Supply Run | Venice Based | |
| JP | WB2 | Jean Perry (Drop Box) | Shuttle/Re-su | Supply Run | Venice Based | |
| CS | WB4 | Corissa Shane | Shuttle/Re-su | Supply Run | Venice Based | |
| KL | WB2 | Katie Lynn | Shuttle/Re-su | Supply Run | Venice Based | |
| EV | WB2 | Eveready | NRC Re-supp | Supply Run | Venice Based | |
| MW | WB2 | Miss Wynter | NRC Re-supp | Supply Run | Venice Based | |
| BC | WB2 | Ben Charamie | Shuttle/Re-su | Supply Run | Venice Based | |

| | | Inland Barges | | | | |
|---|---|---|---|---|---|---|
| 331 | TV3 | Cenac 331 Barge | TF Storage | 5,000 bbl open | Ft Jackson | |
| 323 | TV3 | Cenac 323 Barge | TF Storage | 21,000 bbl open | Venice | |
| 324 | TV3 | Cenac 324 Barge | TF Storage | 21,000 bbl open | Venice | |
| HD 3048 | TV3 | Herman 3048 Barge | TF Storage | Full | Laroni Houston | |
| HD 3049 | TV3 | Herman 3049 Barge | TF Storage | 5,000 bbl open | Venice Bow Back | |

Rear Admiral James A. Watson
**June 15, 2010**
Page 6



| NON SOURCE | | | | |
|---|---|---|---|---|
| **Vessel** | **Assignmen** | **Status** | **Location** | **ETA** |
| Gulf Influence | FED | On-scene | Western Loop | |
| Orleans | FED | repairs | Fourchon | |
| Sir Lancelot (USCG VOSS) | FED | repairs | Fourchon | |
| Miss Megan (USCG VOSS) | FED | Enroute | | |
| Resolve Pioneer | | Unable to contact | | |

June 16, 2010

Jim Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

RE: Weekly Source Control Surface Dispersant Plan (June 17 through 23, 2010)

Dear Admiral Watson,

In compliance with the May 26, 2010, Dispersant Monitoring and Assessment Directive - Addendum 3 (the "Directive"), BP Exploration & Production Inc. ("BP") submitted a weekly Source Control Surface Dispersant Plan for the week June 10 to June 16, which you approved on June 9. The plan allowed for a maximum daily application volume (calendar day) of 6,000 gallons, unless more was required to control VOCs. From June 10 through June 15, the average daily volume applied has been less than 1,000 gallons. The maximum daily application was 3,360 gallons on June 12.

The current offshore air monitoring plan for source control (2200-T2-DO-PN-4002-4 signed May 25, 2010) identifies air monitoring instrumentation, location and action levels to respond to VOC excursions. In addition, vapor suppression guidelines (attachment 1) were put in place May 29, 2010 to provide additional granularity for action requirements. The air monitoring data is transparent to USCG and EPA.

BP respectfully requests approval of to the Weekly Source Control Dispersant Plan for June 17 though June 23, as follows

| Date | Expected Maximum Volume per calendar day (gals) |
|---|---|
| June 17 | 6000 |
| June 18 | 6000 |
| June 19 | 6000 |
| June 20 | 6000 |
| June 21 | 6000 |
| June 22 | 6000 |
| June 23 | 6000 |

Should VOC monitoring dictate further deployment in accordance with the Air Monitoring Plan for Source Control, BP also respectfully requests to exceed these volumes as required.

Sincerely,

Doug Suttles

Douglas J. Suttles

Rear Admiral Jim Watson
**May 29, 2010**
Page 2


Approval granted subject to the above:

_Jan Allate_                      Date: _6 - 16 -10_

Jim Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

Rear Admiral Jim Watson
**May 29, 2010**
Page 3

## Attachment 1
## Vapor Suppression Guidelines
## May 29, 2010

These guidelines pertain to deployment and use of dispersant vessels and fire fighting vessels in Source Control Operations. The guidance provides additional detail around action levels specified in the Offshore Air Monitoring Plan for Source Control (2200-T2-DO-PN-4002-4). In addition, this guidance aligns with Dispersant Procedures for Vessels Adriatic and HOS Super H (2200-T2-LC-RP-4091) and Fire Fighting Vessels Operating (Priorities and Procedures (2200-T2-DO-PR-4057).

All vessels experiencing VOC levels exceeding 50PPM are directed to report it to Source Control SimOps Branch Director. Application of dispersant should be coordinated through the Source Control SimOps Branch Director.

Recommended actions for VOC management:

- VOC levels of 20 to 70ppm
    - Use Rem Forza and Kay Marine 5 vessels for wide spray water pattern to suppress and redirect vapors

- VOC over 70ppm
    - Notify Source Control SimOps Branch Director to coordinate dispersant use
    - Use HOS Super H and Adriatic as primary dispersant vessels
    - Use Rem Forza and Kay Marine 5 vessels to apply dispersant when wide spray water pattern is not effective

HCG037-001491

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

June 16, 2010

Dear Admiral Watson:

In compliance with the May 26, 2010, Dispersant Monitoring and Assessment Directive - Addendum 3 (the "Directive"), Houma Unified Command has eliminated the surface application of dispersants, except in cases where an exemption is requested and justified, and approved by the Federal On-Scene Coordinator.

Houma Unified Command has seven (7) spotter visual reports from 16 June of multiple slicks of dispersible oil (Attachment 1) and the NOAA Surface Oil Forecast for 17 June shows extensive areas of heavy and medium oil (Attachment 2). Weather forecast indicates excellent flying weather with winds of 5-10 knots, wave height 1-2 feet, ceilings unlimited and visibility 10 nm; 20 per cent chance of thunderstorms in the area.

Houma Unified Command anticipates that, due to the weather, location, distribution (3,600 sqmi) and size of the multiple oil slicks identified the use of mechanical recovery and ISB to recover or remove the oil in the target area will be insufficient to remove the spill volume on June 17, 2010. Prior to spray operations the spotter aircraft will identify the highest value targeted slicks and will direct spray aircraft to the heaviest portions of the slick.

Pursuant to a request this date from Unified Command, the following information is provided.

- Estimated size of identified dispersible oil slick targets proposed in designated zones: this information is included in Table 1 with the estimate of the amount of dispersant needed to treat these slicks.

- Explicit justification for why these targets can't be skimmed or addressed by other mechanical means: The use of mechanical recovery to recover or remove the oil in the identified target areas will be insufficient to remove the estimated dispersible oil volumes that we have estimated for tomorrow. The targeted oil herein is dispersible oil and dispersible oil is not the only oil demanding mechanical recovery assets. The geographic area of the spill site contains a combination of dispersible oil, heavy sheens and emulsified oil. Mechanical recovery devices are required elsewhere throughout the entire geographic area to address all areas and all oils that can be recovered mechanically and not just the dispersible oils and are therefore otherwise engaged. Generally the skimming vessels are concentrated near the source site so that they can remain in the

Rear Admiral James A. Watson
**June 17, 2010**
Page 2

heaviest oil and collect the highest volume of oil.    Other skimming assets are
deployed nearshore to recover oil before it comes ashore.

- Tabulation of number of assets (skimmers, etc.) in service today and how many
  assets are available yet not in service:  A daily summation of skimmers in the
  source area and outside the source is now being provided daily to the Aerial
  Dispersant Group for insertion in this report (Attachment 3).  Our review of the
  assets listed below reveal that they are engaged in skimming operations with
  some out of service for various reasons.

- It is planned to conduct multiple Tier 1 helicopter SMART overflights to observe
  dispersant operations. Additionally, the M/V *International Peace* plans to conduct
  boat spray testing on fresh oil with water chemistry and toxicology sampling.
  The SMART Tier 1 observations indicate that dispersants are effective as shown
  in the QA/QC review document attached.   Details and photographs of the Tier 1
  observations are available at epaosc.org web site.

Accordingly, in accordance with the Directive, the Houma Unified Command respectfully
requests an exemption to apply EC9500A in volumes on oil slicks located today shown in
Table 1 not to exceed 25,000 gallons for a period not to exceed 12 hours.

18,700

Sincerely,

Houma Unified Command

Exemption approved subject to the above:

Date: 6 -17 -10

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

Rear Admiral James A. Watson
**June 17, 2010**
Page 3

Attachment 1

## Dispersant Zone Map for 17 June 2010
## with Oil Targets from Spotter Operations on 16 June



## TABLE 1
### Dispersible Oil Report June 16, 2010

| Zone | # of slicks reported | Area in acres | Estimated percentage dispersible oil | Dispersant Needed (1/20 DOR) |
|---|---|---|---|---|
| AB | 1 | 96 | 90 | 432 |
| AC | 4 | 10,240 | 20 | 10,240 |
| AD | 2 | 684 | 50-90 | 1,801 |
| AM | 4 | 4838 | 20-80 | 13,312 |
| AN | TBD | TBD | Zone near source, unable to recon due to ISB | 0 |
| **TOTAL** | | | | 25,785 |

Note: Table 1 shows our intentions based upon our observations the day before these actions take place. Size and location of slicks will change. Activities within slick areas e.g., skimming operations, in-situ burning, etc., or weather conditions may require revisions to the actual operational plan implemented.

Rear Admiral James A. Watson
**June 17, 2010**
Page 4

Attachment 2



Rear Admiral James A. Watson
**June 17, 2010**
Page 6

| Designator | | Boom Boats | | | | |
|---|---|---|---|---|---|---|
| | | Vessel | Assignment | | Location | ETA |
| CC | WB2 | Chanese G | Source | Standby | Venice | |
| SF | WB2 | Sea Fox | Source | Standby | Venice | |
| HSE | WB2 | Ms. Addison | Source | Mechanical | Venice | |
| JN | WB2 | Julienne Marie | Source | Standby | Venice | |
| HE | WB1 | Hercules | Source | Boom tow | Enroute | |
| BR | WB1 | Brutus | Source | Boom tow | Enroute | |
| SH | WB2 | Sea Hawk | Source | Standby | Venice | |

| | | Crew/Re-supply | | | | |
|---|---|---|---|---|---|---|
| ML | WB2 | Mr. Leroy | Shuttle/Re-su Supply Run | | Venice Based | |
| FO | WB2 | Fox | Ampol Re-sup Supply Run | | Venice Based | |
| JP | WB2 | Jean Perry (Drop Box) | Shuttle/Re-su Supply Run | | Venice Based | |
| CS | WB4 | Corissa Shane | Shuttle/Re-su Supply Run | | Venice Based | |
| KL | WB2 | Katie Lynn | Shuttle/Re-su Supply Run | | Venice Based | |
| EV | WB2 | Eveready | NRC Re-suppl Supply Run | | Venice Based | |
| MW | WB2 | Miss Wynter | NRC Re-suppl Supply Run | | Venice Based | |
| BC | WB2 | Ben Charamie | Shuttle/Re-su Supply Run | | Venice Based | |

| | | Inland Barges | | | | |
|---|---|---|---|---|---|---|
| 331 | TV3 | Cenac 331 Barge | TF Storage | 5,000 bbl open | Ft Jackson | |
| 323 | TV3 | Cenac 323 Barge | TF Storage | 21,000 bbl open | Venice | |
| 324 | TV3 | Cenac 324 Barge | TF Storage | 21,000 bbl open | Venice | |
| HH 3048 | TV3 | Higman 3048 Barge | TF Storage | Full | Enroute | Houston |
| HH 3049 | TV3 | Higman 3049 Barge | TF Storage | 8,000 bbl open | Venice New Park | |

HCG037-001496

Case 2:10-md-02179-CJB-DPC   Document 5531-60   Filed 01/31/12   Page 39 of 98

Rear Admiral James A. Watson
**June 17, 2010**
Page 5

Attachment 3

## Offshore Skimming Resources

| | | SOURCE | | | Date/Time | 16 June 0900 | |
|---|---|---|---|---|---|---|---|
| Designator | Kind/Type | Vessel | Assignment | Status | | Location | ETA |
| MSR | RV1/Wor | Mississippi Responder | MSRC | Pit stop | | Ft Jackson | |
| LR | RV1/Wor | Lana Rose (LRC VO55) | NRC | Equipment | | MC-252 | |
| SW | RV1/Wor | Seacor Washington (Fintch arm) | NRC | Equipment | | Fourchon | |
| PER | RV1/Belt | NRC Perseverance | NRC | Mechanical | | Venice | |
| IT | RV1/Wor | International Trooper (w/CGA FRU) | CGA | Mechanical | | Venice | |
| RE | RV1/Belt | Rene (Navy Marco) | Fed | Equipment | | MC 252 | |
| 402 | TV2 | MSRC 402 Barge (Kimberly Colle) | TF Storage | On-scene | | MC-252 | |
| 452 | TV1 | MSRC 452 Barge (Tara Crosby) | TF Storage | Standby | | Ft Jackson | |
| 570 | TV1 | MSRC 570 Barge (Crosby Clipper) | TF Storage | Standby | | White Tail | |
| 155 | TV1 | K-Sea DBL-155 (Rebel) | TF Storage | On-scene | | MC 252 | |
| Costner | TV1 | Energy 8001(Superior Service) Costner | TF Storage | On-scene | | MC 252 | |

HCG037-001497

Rear Admiral James A. Watson
**June 17, 2010**
Page 7

Attachment 4

Deepwater Horizon Incident – Houma Incident Command Center

**SMART Tier 1 Preliminary Data Quality Assessment and Review**

SMART Tier 1 data consists of observations summarized in an Activity Log (Unit Log ICS 214-CG) and pre-
and post-application photographs and associated photo log of dispersant spray operations. This form
documents the results of a preliminary quality assessment review of these documents.

Smart Air Team #: _2_      Date: _6/15/2010_

Operational Period: _0000 15 June 2010_ to _2359 15 June 2010_

**Data Review**   (Check documents that were reviewed)

☑ Unit Log – ICS 214-CG

☑ Photographs  (How many reviewed? _7_ )

☑ Photo Log

**Assessment**   (Check appropriate box(s))

☑ Concur with SMART observer findings (reasonableness of findings)

☐ Issues of note from data review. Briefly describe.

_____

☑ Dispersant is effective based on review of Activity Log, photographs, and photo log.

☐ Results inconclusive with respect to dispersant effectiveness.

☐ Other. Briefly describe.

_____

**Reviewed by Dispersant Assessment Group Member**   (Print name, sign, and date)

Name: _MONTE BenKwm_ Signature: _____ Date: _6-16-10_

**Reviewed by NOAA SSC**   (Print name, sign, and date)

Name: _ED LEVINE_ Signature: _____ Date: _6.16.10_

Template Updated 20100613

HCG037-001498

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

June 17, 2010

Dear Admiral Watson:

In compliance with the May 26, 2010, Dispersant Monitoring and Assessment Directive - Addendum 3 (the "Directive"), Houma Unified Command has eliminated the surface application of dispersants, except in cases where an exemption is requested and justified, and approved by the Federal On-Scene Coordinator.

Houma Unified Command has nine (9) spotter visual reports from 17 June of multiple slicks of dispersible oil (Attachment 1) and the NOAA Surface Oil Forecast for 18 June shows extensive areas of heavy and medium oil (Attachment 2). Weather forecast indicates excellent flying weather with winds of 5-10 knots, wave height 1-2 feet, ceilings unlimited and visibility 10 nm; 20 per cent chance of thunderstorms in the area.

Houma Unified Command anticipates that, due to the weather, location, distribution (5,400 sqmi) and size of the multiple oil slicks identified the use of mechanical recovery and ISB to recover or remove the oil in the target area will be insufficient to remove the spill volume on June 18 2010. Prior to spray operations the spotter aircraft will identify the highest value targeted slicks and will direct spray aircraft to the heaviest portions of the slick.

Pursuant to a request this date from Unified Command, the following information is provided.

- Estimated size of identified dispersible oil slick targets proposed in designated zones: this information is included in Table 1 with the estimate of the amount of dispersant needed to treat these slicks.

- Explicit justification for why these targets can't be skimmed or addressed by other mechanical means: The use of mechanical recovery to recover or remove the oil in the identified target areas will be insufficient to remove the estimated dispersible oil volumes that we have estimated for tomorrow. The targeted oil herein is dispersible oil and dispersible oil is not the only oil demanding mechanical recovery assets. The geographic area of the spill site contains a combination of dispersible oil, heavy sheens and emulsified oil. Mechanical recovery devices are required elsewhere throughout the entire geographic area to address all areas and all oils that can be recovered mechanically and not just the dispersible oils and are therefore otherwise engaged. Generally the skimming vessels are concentrated near the source site so that they can remain in the

Rear Admiral James A. Watson
**6/18/2010**
Page 2

heaviest oil and collect the highest volume of oil.    Other skimming assets are
deployed nearshore to recover oil before it comes ashore.

- Tabulation of number of assets (skimmers, etc.) in service today and how many
  assets are available yet not in service:  A daily summation of skimmers in the
  source area and outside the source is now being provided daily to the Aerial
  Dispersant Group for insertion in this report (Attachment 3).  Our review of the
  assets listed below reveal that they are engaged in skimming operations with
  some out of service for various reasons.

- It is planned to conduct multiple Tier 1 helicopter SMART overflights to observe
  dispersant operations. Additionally, the M/V *International Peace* plans to conduct
  boat spray testing on fresh oil with water chemistry and toxicology sampling.
  The QA/QC report on the SMART Tier 1 observations will be provided tomorrow
  with the updated morning spotter reports.

Accordingly, in accordance with the Directive, the Houma Unified Command respectfully
requests an exemption to apply EC9500A in volumes on oil slicks located today shown in
Table 1 not to exceed 21,000 gallons for a period not to exceed 12 hours.

Sincerely,                    19,200

Houma Unified Command

Exemption approved subject to the above:

Date: 6/18/2010

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

HCG037-001500

Rear Admiral James A. Watson
**6/18/2010**
Page 3

Attachment 1

# Dispersant Zone Map for 18 June 2010
# with Oil Targets from Spotter Operations on 17 June



## TABLE 1
## Dispersible Oil Report June 17, 2010

| Zone | # of slicks reported | Area in acres | Estimated percentage dispersible oil | Dispersant Needed (1/20 DOR) |
|------|---------------------|---------------|--------------------------------------|------------------------------|
| AB | 2 | 640 | 20 | 640 |
| AC | 3 | 1,120 | 70-80 | 4,160 |
| AD | 3 | 693 | 80-85 | 9,397 |
| AM | 4 | 6,903 | 15-85 | 6,829 |
| AN | TBD | TBD | Zone near source, unable to recon due to ISB | 0 |
| **TOTAL** | | | | 21,026 |

Note: Table 1 shows our intentions based upon our observations the day before these actions take place. Size and location of slicks will change. Activities within slick areas e.g., skimming operations, in-situ burning, etc., or weather conditions may require revisions to the actual operational plan implemented.

Rear Admiral James A. Watson
**6/18/2010**
Page 4

Attachment 2

## Nearshore
## Surface Oil Forecast
## Deepwater Horizon MC252

**NOAA/NOS/OR&R**    Nearshore

Estimate for: 1200 CDT, Friday, 6/18/10
Date Prepared: 2100 CDT, Wednesday, 6/16/10

This forecast is based on the NWS spot forecast from Wednesday, June 16 PM. Currents were obtained from several models (NOAA Gulf of Mexico, West Florida Shelf/USF, TGLO/TAMU, NAVO/NRL) and HFR measurements. The model was initialized from Wednesday satellite imagery analysis (NOAA/NESDIS) and overflight observations. The leading edge may contain tarballs that are not readily observable from the imagery (hence not included in the model initialization). Oil near bay inlets could be brought into that bay by local tidal currents.



**Winds** are forecast to be relatively weak (< 8 kts) and predominantly W/NW through Friday, then become SW on Saturday at 7-10 kts. Trajectories indicate continued movement of the slick to the east over the next few days. With the weak westerly and northwesterly winds forecast, coastal impacts are slightly reduced. However, oil already present nearshore may continue to come ashore and be brought into bays by tidal currents. Coastal regions between Dauphin Island, AL and Panama City, FL continue to be threatened by shoreline contacts within this forecast period.

Next Forecast:
June 17th PM

this scale bar shows the meaning of the distribution terms at the current time

## Perry, Raymond CAPT

| From: | Crossland.Ronnie@epamail.epa.gov |
| --- | --- |
| Sent: | Friday, June 18, 2010 9:13 AM |
| To: | Watson, James RADM |
| Cc: | Watson, James RADM; Perry, Raymond CAPT; Coleman.Sam@epamail.epa.gov; steve Lehmann; Austin, Meredith CAPT; Mason.Steve@epamail.epa.gov; Carroll.Craig@epamail.epa.gov; R6_DWH_REOC_RIC@epamail.epa.gov; Moore.Gary@epamail.epa.gov; Crossland.Ronnie@epa.gov; Nash, Roy RDML |
| Subject: | Re: FW: Houma Unified Command - Aerial Dispersant Request - June 18, 2010 |
| Attachments: | June_18_request_for_aerial_spray_operations_FINAL.doc |

Admiral Watson,

I have reviewed the request and have consulted with EPA Region 6.  We continue to look for an increase in mechanical recovery and oil containment at the wellhead and still await the schedule for increasing these capabilities.  When using dispersants, EPA evaluates the entire picture taking into consideration the use of subsurface, surface at the source and aerial dispersant application.  With this in mind, EPA agrees with a total limit of 25,000 gals of dispersant for use on June 18, 2010.  This limit should take into account all methods of dispersant application.

With regard to your request to increase the subsurface injection rate to 10 gpm, this would fall within the allowable volume of 15,000 gallons per day described in Directive 1 Addendum 3.  Recognize that this would impact the dispersant volume available for aerial surface application because of the total dispersant limit of 25,000 gals for June 18, 2010..

We look forward to further discussions on reducing surface application, eliminating subsurface application, and achieving 90% source recovery.

Thanks,
Ronnie

```
From: "Watson, James RADM" <James.A.Watson@uscg.mil>
To:   "Perry, Raymond CAPT" <Raymond.J.Perry@uscg.mil>, "steve Lehmann"
<steve.Lehmann@noaa.gov>, Ronnie Crossland/R6/USEPA/US@EPA
Cc:   Sam Coleman/R6/USEPA/US@EPA
Date: 06/17/2010 09:08 PM
Subject:   FW: Houma Unified Command - Aerial Dispersant Request - June 18, 2010
```

Please review tomorrow's dispersant request.
Thanks

-----Original Message-----
From: mike.utsler@uk.bp.com [mailto:mike.utsler@uk.bp.com <mailto:mike.utsler@uk.bp.com> ]
Sent: Thursday, June 17, 2010 8:06 PM

1

To: Watson, James RADM
Cc: Cavanagh, Ian; Rainey, David I; Austin, Meredith CAPT; Laferriere, Roger CAPT; Charlie Huber; Littlefield, S. Burt; coleman.sam@epa.gov; moore.gary@epa.gov
Subject: Houma Unified Command - Aerial Dispersant Request - June 18, 2010

Admiral,

The Houma Unified Command (excluding the standing abstention on this issue by the SOSC) is providing the Attached is the dispersant spray request for 18 June 2010. In line with our normal routine, we will be sending up 4 spotter aircraft at 0615 to re-assess the area and re-locate targets.

<<June_18_request_for_aerial_spray_operations_FINAL.doc>>
Due to other pending activities the QA/QC for the SMART Tier 1 observations for 16 June were not available. Arrangements have been made to complete the review tomorrow morning. The QA/QC will be provided together with the morning spotter reports of dispersible oil.

Therefore, in accordance with the Directive, the Houma Unified Command respectfully requests an exemption to apply EC9500A in volumes on oil slicks located today shown in Table 1 not to exceed 21,000 gallons for a period not to exceed 12 hours.

Respectfully,


Mike Utsler                 Captain Roger Laferriere

Houma Unified Command

2

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

June 18, 2010

Dear Admiral Watson:

In compliance with the May 26, 2010, Dispersant Monitoring and Assessment Directive - Addendum 3 (the "Directive"), Houma Unified Command has eliminated the surface application of dispersants, except in cases where an exemption is requested and justified, and approved by the Federal On-Scene Coordinator.

Houma Unified Command has nine (9) spotter visual reports from 18 June of multiple slicks of dispersible oil (Attachment 1) and the NOAA Surface Oil Forecast for 19 June shows extensive areas of heavy and medium oil (Attachment 2). Weather forecast indicates excellent flying weather with winds of 5-10 knots, wave height 0.5-1 feet, ceilings unlimited and visibility 10 nm; 25 per cent chance of thunderstorms in the area.

Houma Unified Command anticipates that, due to the weather, location, distribution (4,500 sqmi) and size of the multiple oil slicks identified the use of mechanical recovery and ISB to recover or remove the oil in the target area will be insufficient to remove the spill volume on June 19 2010. Prior to spray operations the spotter aircraft will identify the high value targeted slicks and will direct spray aircraft to the heaviest portions of the slick.

Pursuant to a request this date from Unified Command, the following information is provided.

- Estimated size of identified dispersible oil slick targets proposed in designated zones: this information is included in Table 1 with the estimate of the amount of dispersant needed to treat these slicks.

- Explicit justification for why these targets can't be skimmed or addressed by other mechanical means: The use of mechanical recovery to recover or remove the oil in the identified target areas will be insufficient to remove the estimated dispersible oil volumes that we have estimated for tomorrow. The targeted oil herein is dispersible oil and dispersible oil is not the only oil demanding mechanical recovery assets. The geographic area of the spill site contains a combination of dispersible oil, heavy sheens and emulsified oil. Mechanical recovery devices are required elsewhere throughout the entire geographic area to address all areas and all oils that can be recovered mechanically and not just the dispersible oils and are therefore otherwise engaged. Generally the skimming vessels are concentrated near the source site so that they can remain in the

Rear Admiral James A. Watson
**6/19/2010**
Page 2

heaviest oil and collect the highest volume of oil.    Other skimming assets are deployed nearshore to recover oil before it comes ashore.

- Tabulation of number of assets (skimmers, etc.) in service today and how many assets are available yet not in service:  A daily summation of skimmers in the source area and outside the source is now being provided daily to the Aerial Dispersant Group for insertion in this report (Attachment 3).  Our review of the assets listed below reveal that they are engaged in skimming operations with some out of service for various reasons.

- It is planned to conduct multiple Tier 1 helicopter SMART overflights to observe dispersant operations. Additionally, the M/V *International Peace* plans to conduct boat spray testing on fresh oil with water chemistry and toxicology sampling. The QA/QC report on the SMART Tier 1 observations for the 17th is attached.

Accordingly, in accordance with the Directive, the Houma Unified Command respectfully requests an exemption to apply EC9500A in volumes on oil slicks located today shown in Table 1 not to exceed 16,400 gallons for a period not to exceed 12 hours.

Sincerely,

Houma Unified Command

Exemption approved subject to the above:

Date: _6 - 1 9 - 10_

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

Rear Admiral James A. Watson
**6/19/2010**
Page 3

Attachment 1

## Dispersant Zone Map for 19 June 2010
## with Oil Targets from Spotter Operations on 18 June



## TABLE 1
## Dispersible Oil Report June 18, 2010

| Zone | # of slicks reported | Area in acres | Estimated percentage dispersible oil | Dispersant Needed (1/20 DOR) |
|------|------|------|------|------|
| AC | 1 | 2560 | 30 | 3,840 |
| AD | 1 | 192 | 90 | 864 |
| AM | 2 | 1280 | 80 | 5,120 |
| AN | 2 | 3360 | 30-90 | 5,520 |
| AX | 2 | 736 | 20 | 1,024 |
| **TOTAL** | | | | 16,368 |

**Note: Table 1 shows our intentions based upon our observations the day before these actions take place. Size and location of slicks will change. Activities within slick areas e.g., skimming operations, in-situ burning, etc., or weather conditions may require revisions to the actual operational plan implemented.**

HCG037-001507

Rear Admiral James A. Watson
**6/19/2010**
Page 4

HCG037-001508

Rear Admiral James A. Watson
**6/19/2010**
Page 5

Attachment 2

## Nearshore
## Surface Oil Forecast
## Deepwater Horizon MC252

**NOAA/NOS/OR&R**

Nearshore

Estimate for: 1200 CDT, Saturday, 6/19/10
Date Prepared: 2100 CDT, Thursday, 6/17/10

This forecast is based on the NWS spot forecast from Thursday, June 17 PM. Currents were obtained from several models (West Florida Shelf/USF, TGLO/TAMU, NAVO/NRL) and HFR measurements. The model was initialized from Wednesday-Thursday satellite imagery analysis (NOAA/NESDIS) and Thursday overflight observations. The leading edge may contain tarballs that are not readily observable from the imagery (hence not included in the model initialization). Oil near bay inlets could be brought into that bay by local tidal currents.



this scale bar shows the meaning of the distribution terms at the current time

HCG037-001509

Rear Admiral James A. Watson
**6/19/2010**
Page 6

Attachment 3

## Offshore Skimming Resources

| Designator | Kind/Type | SOURCE Vessel | Assignment | Status | Date/Time 18 June 1500 Location | ETA |
|---|---|---|---|---|---|---|
| MSR | RV1/Weir | Mississippi Responder | MSRC | Pit stop | Ft Jackson | |
| LR | RV1/Weir | Lorra Rore (BRC VOSS) | LRC | Equipment | RC-252 | |
| DA | RV1/Weir | Mr Alex (w/CGA FRU) | CGA | Mechanical | RC-252 | |
| RE | RV1/Belt | Rene (Navy Harco) | Fed | Equipment | RC-252 | |

| 402 | TV2 | MSRC 402 Barge (Kimberly Colle) | TF Storage | On-scene | RC-252 | |
|---|---|---|---|---|---|---|
| 452 | TV1 | MSRC 452 Barge (Tara Crosby) | TF Storage | Standby | Ft Jackson | |
| 570 | TV1 | MSRC 570 Barge (Crosby Clipper) | TF Storage | Standby | White Tail | |
| 155 | TV1 | K-Sea DBL-155 (Rebel) | TF Storage | On-scene | RC-252 | |

HCG037-001510

| Costner | TV1 | Energy 8001(Superior Service) Costner | TF Storage | On scene | | MC-252 | |
|---------|-----|---------------------------------------|------------|----------|--|--------|--|
| | | **Boom Boats** | | | | | |
| **Designator** | | **Vessel** | **Assignment** | | | **Location** | **ETA** |
| CC | WB2 | Chanese G | Source | Standby | | Venice | |
| SF | WB2 | Sea Fox | Source | Standby | | Venice | |
| | | | | | | | |
| RSE | WB2 | Ris. Addison | Source | Mechanical | | Venice | |
| JN | WB2 | Julienne Marie | Source | Standby | | Venice | |
| | | | | | | | |
| HE | WB1 | Hercules | Source | Boom tow | | Enroute | |
| | | | | | | | |
| MR | WB1 | Mr Randolf | Source | Boom tow | | Enroute | |
| SH | WB2 | Sea Hawk | Source | Standby | | Venice | |

| | | **Crew/Re-supply** | | | | |
|---|-----|-------------------|------------------|------------|---|------------|
| ML | WB2 | Mr. Leroy | Shuttle/Re-su | Supply Run | | Venice Based |
| FO | WB2 | Fox | Ampol Re-sup | Supply Run | | Venice Based |
| JP | WB2 | Jean Perry (Drop Box) | Shuttle/Re-su | Supply Run | | Venice Based |
| CS | WB4 | Corissa Shane | Shuttle/Re-su | Supply Run | | Venice Based |
| KL | WB2 | Katie Lynn | Shuttle/Re-su | Supply Run | | Venice Based |
| EV | WB2 | Eveready | NRC Re-suppl | Supply Run | | Venice Based |
| MW | WB2 | Miss Wynter | NRC Re-suppl | Supply Run | | Venice Based |
| BC | WB2 | Ben Charamie | Shuttle/Re-su | Supply Run | | Venice Based |

| | | **Inland Barges** | | | | |
|---------|-----|-------------------|------------|-----------------|---|-----------------|
| | | | | | | |
| 331 | TV3 | Cenac 331 Barge | TF Storage | 5,000 bbl open | | Ft Jackson | |
| 323 | TV3 | Cenac 323 Barge | TF Storage | 21,000 bbl open | | Venice | |
| 324 | TV3 | Cenac 324 Barge | TF Storage | 21,000 bbl open | | Venice | |
| HB-3048 | TV3 | Higman 3048 Barge | TF Storage | Full | | Enroute | Houston |
| HB-3049 | TV3 | Higman 3049 Barge | TF Storage | 8,000 bbl open | | Venice New Park | |

HCG037-001511

Rear Admiral James A. Watson
**6/19/2010**
Page 8

Deepwater Horizon Incident – Houma Incident Command Center

### SMART Tier 1 Preliminary Data Quality Assessment and Review

SMART Tier 1 data consists of observations summarized in an Activity Log (Unit Log ICS 214-CG) and pre-
and post-application photographs and associated photo log of dispersant spray operations. This form
documents the results of a preliminary quality assessment review of these documents.

Smart Air Team #: __2__    Date: __6/17/2010__

Operational Period: __0000 17 June 2010__ to __2359 17 June 2010__

**Data Review**   (Check documents that were reviewed)

☑ Unit Log – ICS 214-CG

☑ Photographs  (How many reviewed? _12_ )

☑ Photo Log

**Assessment**   (Check appropriate box(s))

☑ Concur with SMART observer findings (reasonableness of findings)

☐ Issues of note from data review.  Briefly describe.

_____

☑ Dispersant is effective based on review of Activity Log, photographs, and photo log.

☐ Results inconclusive with respect to dispersant effectiveness.

☐ Other.  Briefly describe.

_____

**Reviewed by Dispersant Assessment Group Member**   (Print name, sign, and date)

Name: Matte Benkimen  Signature: _____   Date: __6/18/10__

**Reviewed by NOAA SSC**   (Print name, sign, and date)

Name: __Gary OTT__   Signature: _____   Date: __6/18/10__

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

June 19, 2010

Dear Admiral Watson:

In compliance with the May 26, 2010, Dispersant Monitoring and Assessment Directive - Addendum 3 (the "Directive"), Houma Unified Command has eliminated the surface application of dispersants, except in cases where an exemption is requested and justified, and approved by the Federal On-Scene Coordinator.

Houma Unified Command has eleven (11) spotter visual reports from 19 June of multiple slicks of dispersible oil (Attachment 1) and the NOAA Surface Oil Forecast for 20June shows extensive areas of heavy and medium oil (Attachment 2). Weather forecast indicates excellent flying weather with winds of 4-8 knots, wave height 0.5-1 feet, ceilings unlimited and visibility 10 nm; 40 per cent chance of thunderstorms in the area.

Houma Unified Command anticipates that, due to the weather, location, distribution (4,500 sqmi) and size of the multiple oil slicks identified the use of mechanical recovery and ISB to recover or remove the oil in the target area will be insufficient to remove the spill volume on June 20 2010. Prior to spray operations the spotter aircraft will identify the high value targeted slicks and will direct spray aircraft to the heaviest portions of the slick.

Pursuant to a request this date from Unified Command, the following information is provided.

- Estimated size of identified dispersible oil slick targets proposed in designated zones: this information is included in Table 1 with the estimate of the amount of dispersant needed to treat these slicks.

- Explicit justification for why these targets can't be skimmed or addressed by other mechanical means: The use of mechanical recovery to recover or remove the oil in the identified target areas will be insufficient to remove the estimated dispersible oil volumes that we have estimated for tomorrow. The targeted oil herein is dispersible oil and dispersible oil is not the only oil demanding mechanical recovery assets. The geographic area of the spill site contains a combination of dispersible oil, heavy sheens and emulsified oil. Mechanical recovery devices are required elsewhere throughout the entire geographic area to address all areas and all oils that can be recovered mechanically and not just the dispersible oils and are therefore otherwise engaged. Generally the skimming vessels are concentrated near the source site so that they can remain in the

Rear Admiral James A. Watson
**6/19/2010**
Page 2

heaviest oil and collect the highest volume of oil. Other skimming assets are
deployed nearshore to recover oil before it comes ashore.

- Tabulation of number of assets (skimmers, etc.) in service today and how many
  assets are available yet not in service: A daily summation of skimmers in the
  source area and outside the source is now being provided daily to the Aerial
  Dispersant Group for insertion in this report (Attachment 3). Our review of the
  assets listed below reveal that they are engaged in skimming operations with
  some out of service for various reasons.

- It is planned to conduct multiple Tier 1 helicopter SMART overflights to observe
  dispersant operations. Additionally, the M/V *International Peace* will be returning
  to port for the transfer of samples and re-provisioning. The QA/QC report on the
  SMART Tier 1 observations for the 18th will be provided to EPA tomorrow
  morning.

Accordingly, in accordance with the Directive, the Houma Unified Command respectfully
requests an exemption to apply EC9500A in volumes on oil slicks located today shown in
Table 1 not to exceed 15,500 gallons for a period not to exceed 12 hours.

Sincerely,

Houma Unified Command

Exemption approved subject to the above:

Date: $6 - 20 - 10$

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

HCG037-001517

Case 2:10-md-02179-CJB-DPC   Document 5531-60   Filed 01/31/12   Page 60 of 98

Attachment 1

# Dispersant Zone Map for 20 June 2010
## with Oil Targets from Spotter Operations on 19 June



**TABLE 1**
## Dispersible Oil Report June 19, 2010

| Zone | # of slicks reported | Area in acres | Estimated percentage dispersible oil | Dispersant Needed (1/20 DOR) |
|------|------|------|------|------|
| AC | 3 | 280 | 20-50 | 600 |
| AD | 3 | 1,172 | 30-50 | 2,611 |
| AM | 3 | 12,198 | 15-60 | 9,638 |
| AN | 3 | 2,880 | 15-20 | 2,480 |
| AY | 1 | 127 | 20 | 130 |
| **TOTAL** | | | | 15,459 |

Note: Table 1 shows our intentions based upon our observations the day before these actions take place. Size and location of slicks will change. Activities within slick areas e.g., skimming operations, in-situ burning, etc., or weather conditions may require revisions to the actual operational plan implemented.

Rear Admiral James A. Watson
**6/19/2010**
Page 4

Attachment 2

# Nearshore
# Surface Oil Forecast
# Deepwater Horizon MC252

**NOAA/NOS/OR&R**   Nearshore

Estimate for: 1200 CDT, Sunday, 6/20/10
Date Prepared: 2100 CDT, Friday, 6/18/10

This forecast is based on the NWS spot forecast from Friday, June 18 PM. Currents were obtained from several models (West Florida Shelf/USF, TGLO/TAMU, NAVO/NRL) and HFR measurements. The model was initialized from Thursday-Friday satellite imagery analysis (NOAA/NESDIS) and Friday overflight observations. The leading edge may contain tarballs that are not readily observable from the imagery (hence not included in the model initialization). Oil near bay inlets could be brought into that bay by local tidal currents.



Forecast location for oil on 20-June-10 at 1200 CDT

Mississippi Canyon 252 Incident Location

The offshore forecast has been temporarily stopped due to small amounts of oil, the absence of recent observations confirming significant amounts of oil, and the large separation between the loop current complex and the oil slick. Forecasts will resume if the threat returns.

0  20  40  80
Miles

Winds are forecast to continue to be relatively light (<10 kts) and variable this weekend, then become more persistently onshore (SE) Sunday night through Tuesday. Trajectories indicate continued slow movement of the slick to the east. Coastal regions between Dauphin Island, AL and Panama City, FL continue to be threatened by shoreline contacts within this forecast period. More persistent SE winds later in the forecast period will begin to increase the threat of shoreline contacts to the Chandeleur Islands and the Mississippi Delta.

**Trajectory**
☐ Uncertainty
  Light
  Medium
■ Heavy
✗ Potential
  beached oil

Next Forecast:
June 19th PM

this scale bar shows the meaning of the distribution terms at the current time

Rear Admiral James A. Watson
**6/19/2010**
Page 5

Attachment 3

### Offshore Skimming Resources

| Designator | Kind/Type | Vessel | Assignment | Status | Date/Time | 19 June 1500 Location | ETA |
|---|---|---|---|---|---|---|---|
| VAR | RV1/Weir | Virginia Responder | RSRC | Pit stop | | Ft Jackson | |
| LR | RV1/Weir | Lana Rose (RRC VOSS) | RRC | Equipment | | RC-252 | |
| PER | RV1/Weir | RRC Perseverence | RRC | Mechanical | | RC-252 | |
| HA | RV1/Weir | Br. Alex (w/CGA FRU) | CGA | Mechanical | | RC-252 | |
| RL | RV1/Belt | Rene (Hazy Marco) | Fed | Equipment | | RC-252 | |
| 402 | TV2 | MSRC 402 Barge (Kimberly Colle) | TF Storage | On-scene | | RC-252 | |
| 452 | TV1 | MSRC 452 Barge (Tara Crosby) | TF Storage | Standby | | Ft Jackson | |
| 570 | TV1 | MSRC 570 Barge (Crosby Clipper) | TF Storage | Standby | | White Tail | |
| 155 | TV1 | K-Sea DBL-155 (Rebel) | TF Storage | On-scene | | RC-252 | |

Rear Admiral James A. Watson
**6/19/2010**
Page 6

| Costner | TV1 | Energy 800 (Superior Service) Costner | TF Storage | On-scene | RIC-252 | |
|---------|-----|---------------------------------------|------------|----------|---------|---|
| | | **Boom Boats** | | | | |
| **Designator** | | **Vessel** | **Assignment** | | **Location** | **ETA** |
| CC | WB2 | Chanese G | Source | Standby | Venice | |
| SF | WB2 | Sea Fox | Source | Standby | Venice | |
| | | | | | | |
| MSE | WB2 | Ms. Addison | Source | Mechanical | Venice | |
| JN | WB2 | Julienne Marie | Source | Standby | Venice | |
| HE | WB1 | Hercules | Source | Boom tow | Enroute | |
| | | | | | | |
| MR | WB1 | Mr Randolf | Source | Boom tow | Enroute | |
| SH | WB2 | Sea Hawk | Source | Standby | Venice | |
| | | **Crew/Re-supply** | | | | |
| ML | WB2 | Mr. Leroy | Shuttle/Re-su | Supply Run | Venice Based | |
| FO | WB2 | Fox | Ampol Re-sup | Supply Run | Venice Based | |
| JP | WB2 | Jean Perry (Drop Box) | Shuttle/Re-su | Supply Run | Venice Based | |
| CS | WB4 | Corissa Shane | Shuttle/Re-su | Supply Run | Venice Based | |
| KL | WB2 | Katie Lynn | Shuttle/Re-su | Supply Run | Venice Based | |
| EV | WB2 | Eveready | NRC Re-suppl | Supply Run | Venice Based | |
| MW | WB2 | Miss Wynter | NRC Re-suppl | Supply Run | Venice Based | |
| BC | WB2 | Ben Charamie | Shuttle/Re-su | Supply Run | Venice Based | |
| | | **Inland Barges** | | | | |
| 331 | TV3 | Cenac 331 Barge | TF Storage | 5,000 bbl open | Ft Jackson | |
| 323 | TV3 | Cenac 323 Barge | TF Storage | 21,000 bbl open | Venice | |
| 324 | TV3 | Cenac 324 Barge | TF Storage | 21,000 bbl open | Venice | |
| HM-3048 | TV3 | Higman 3048 Barge | TF Storage | Full | Enroute | Houston |
| HM-3049 | TV3 | Higman 3049 Barge | TF Storage | 8,000 bbl open | Venice New Park | |

HCG037-001521



**Re: FW: Houma Unified Command - Sunday, June 20, 2010 - Aerial Dispersant Utilization Request**

Ronnie Crossland  to: Watson, James RADM                    06/20/2010 09:45 AM
          "Loebl, Gordon CAPT", James.A.Watson, "Perry, Raymond CAPT",
Cc   "Nash, Roy RDML", Sam Coleman, "steve Lehmann", Steve Mason,
          Gary Moore, R6 DWH REOC RIC, Craig Carroll, "Austin, Meredith

Admiral Watson,

I have reviewed the request and have consulted with EPA Region 6. We continue to look for an increase in mechanical recovery and oil containment at the wellhead and still await the schedule for increasing these capabilities. EPA concurred with an initial 5,000 gallons last night for aerial application on June 20, 2010. EPA is now concurring with the remainder of the request of 10,500 gallons which brings the total to 15,500 gallons for aerial dispersant application for June 20, 2010.

As mentioned in previous concurrences, EPA evaluates the entire picture when considering the use of dispersants. On June 19, 2010, approximately 23,000 gallons of dispersant (Subsurface and Source Area Surface application) were used to control VOC levels in the source area. EPA looks forward to reviewing the VOC trend data as part of our ongoing evaluation of the use of dispersants as a VOC control method.

As always, we look forward to continuing discussions on reducing surface application, eliminating subsurface application, and achieving 90% source recovery.

Thanks,
Ronnie

          "Watson, James RADM"          Please review dispersant request for tomo...          06/19/2010 08:24.25 PM

| | |
|---|---|
| From: | "Watson, James RADM" <James.A.Watson@uscg.mil> |
| To: | "Perry, Raymond CAPT" <Raymond.J.Perry@uscg.mil>, Sam Coleman/R6/USEPA/US@EPA, Ronnie Crossland/R6/USEPA/US@EPA, "steve Lehmann" <steve.Lehmann@noaa.gov> |
| Cc: | "Utsler, Mike J" <mike.utsler@uk.bp.com>, "Loebl, Gordon CAPT" <Gordon.A.Loebl@uscg.mil>, "Nash, Roy RDML" <Roy.A.Nash@uscg.mil> |
| Date: | 06/19/2010 08:24 PM |
| Subject: | FW: Houma Unified Command - Sunday, June 20, 2010 - Aerial Dispersant Utilization Request |

```
Please review dispersant request for tomorrow.  Note special request for 5K
gals tonight based on track record of reliable amounts of oil that will still
be there from tonight's flight and wx problems when the missions are delayed.

JW

-----Original Message-----
From: mike.utsler@uk.bp.com [mailto:mike.utsler@uk.bp.com]
Sent: Saturday, June 19, 2010 6:44 PM
To: Watson, James RADM
Cc: Mutschler, Jackie C; Cavanagh, Ian; Keller, Luke; Charlie Huber;
Laferriere, Roger CAPT; Austin, Meredith CAPT; coleman.sam@epa.gov;
moore.gary@epa.gov; Rainey, David I
Subject: Houma Unified Command - Sunday, June 20, 2010 - Aerial Dispersant
Utilization Request

Admiral,

Attached is the dispersant spray request for 20 June 2010. In line with our
```

normal routine, we will be sending up spotter aircraft at 0615 to re-assess
the area and re-locate targets.

<<June_20_request_for_aerial_spray_operations_FINAL.doc>>
As you have probably noticed we are in a period of offshore thunderstorms
which prevent us from adequately mapping the response area in the morning and
reduces our ability to apply dispersants in the afternoon. This weather
pattern and the delayed approval process also increases risk within our air
operations as described in the attached review prepared by our aviation
consultant. With the typical afternoon storms for this area we have only been
able to spray a portion of the daily volumes authorized. For June 19th we were
authorized to spray 16,400 g, but were only able to spray 2,604 gallons.

To improve safe air operations for this time of year, we propose that (based
upon our request) the FOSC approve the night before a single flight from each
base which would total no more than 5,000 gallons. This would allow the
spotters to acquire and direct spray aircraft during the morning when we are
experiencing fewer storms. While these aircraft are operating other spotters
would more thoroughly map the response area and provide the complete report of
slicks for the day. This updated report would be provided at about 0930 to the
FOSC as we are currently doing. At that time the FOSC could set the final
volume for the day.

<<SAFETY ASPECTS OF AERIAL DISPERSANT OPERATION IN SUMMERTIME.doc>>

Respectfully,

Mike Utsler                    Captain Roger Laferriere

Houma Unified Command



June_20_request_for_aerial_spray_operations_FINAL.doc



SAFETY ASPECTS OF AERIAL DISPERSANT OPERATION IN SUMMERTIME.doc



**Re: FW: Houma Unified Command - Sunday, June 20, 2010 - Aerial Dispersant Utilization Request**

Ronnie Crossland  to: Watson, James RADM                    06/19/2010 11:21 PM
    "Loebl, Gordon CAPT", James.A.Watson, "Perry, Raymond CAPT",
Cc  "Nash, Roy RDML", Sam Coleman, "steve lehmann", Steve Mason,
    Gary Moore, Crossland.Ronnie, "Austin, Meredith CAPT"

Admiral Watson,

I have reviewed the request and have consulted with EPA Region 6. EPA concurs with the special request for 5,000 gallons of dispersant to be available for use on June 20, 2010. We will evaluate the remaining balance of the request tomorrow morning. In addition, we will evaluate a path forward to ensure safe air operations.

Thanks,
Ronnie

| "Watson, James RADM" | Please review dispersant request for tomo... | 06/19/2010 08:24:25 PM |

| | |
|---|---|
| From: | "Watson, James RADM" <James.A.Watson@uscg.mil> |
| To: | "Perry, Raymond CAPT" <Raymond.J.Perry@uscg.mil>, Sam Coleman/R6/USEPA/US@EPA, Ronnie Crossland/R6/USEPA/US@EPA, "steve Lehmann" <steve.Lehmann@noaa.gov> |
| Cc: | "Utsler, Mike J" <mike.utsler@uk.bp.com>, "Loebl, Gordon CAPT" <Gordon.A.Loebl@uscg.mil>, "Nash, Roy RDML" <Roy.A.Nash@uscg.mil> |
| Date: | 06/19/2010 08:24 PM |
| Subject: | FW: Houma Unified Command - Sunday, June 20, 2010 - Aerial Dispersant Utilization Request |

```
Please review dispersant request for tomorrow.  Note special request for 5K
gals tonight based on track record of reliable amounts of oil that will still
be there from tonight's flight and wx problems when the missions are delayed.

JW

-----Original Message-----
From: mike.utsler@uk.bp.com [mailto:mike.utsler@uk.bp.com]
Sent: Saturday, June 19, 2010 6:44 PM
To: Watson, James RADM
Cc: Mutschler, Jackie C; Cavanagh, Ian; Keller, Luke; Charlie Huber;
Laferriere, Roger CAPT; Austin, Meredith CAPT; coleman.sam@epa.gov;
moore.gary@epa.gov; Rainey, David I
Subject: Houma Unified Command - Sunday, June 20, 2010 - Aerial Dispersant
Utilization Request

Admiral,

Attached is the dispersant spray request for 20 June 2010. In line with our
normal routine, we will be sending up spotter aircraft at 0615 to re-assess
the area and re-locate targets.

<<June_20_request_for_aerial_spray_operations_FINAL.doc>>
As you have probably noticed we are in a period of offshore thunderstorms
which prevent us from adequately mapping the response area in the morning and
reduces our ability to apply dispersants in the afternoon. This weather
pattern and the delayed approval process also increases risk within our air
operations as described in the attached review prepared by our aviation
consultant. With the typical afternoon storms for this area we have only been
```

able to spray a portion of the daily volumes authorized. For June 19th we were authorized to spray 16,400 g, but were only able to spray 2,604 gallons.

To improve safe air operations for this time of year, we propose that (based upon our request) the FOSC approve the night before a single flight from each base which would total no more than 5,000 gallons. This would allow the spotters to acquire and direct spray aircraft during the morning when we are experiencing fewer storms. While these aircraft are operating other spotters would more thoroughly map the response area and provide the complete report of slicks for the day. This updated report would be provided at about 0930 to the FOSC as we are currently doing. At that time the FOSC could set the final volume for the day.

<<SAFETY ASPECTS OF AERIAL DISPERSANT OPERATION IN SUMMERTIME.doc>>

Respectfully,

Mike Utsler                    Captain Roger Laferriere

Houma Unified Command

June_20_request_for_aerial_spray_operations_FINAL.doc

SAFETY ASPECTS OF AERIAL DISPERSANT OPERATION IN SUMMERTIME.doc

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

June 20, 2010

Dear Admiral Watson:

In compliance with the May 26, 2010, Dispersant Monitoring and Assessment Directive -
Addendum 3 (the "Directive"), Houma Unified Command has eliminated the surface
application of dispersants, except in cases where an exemption is requested and
justified, and approved by the Federal On-Scene Coordinator.

Houma Unified Command has eight (8) spotter visual reports from 20 June of multiple
slicks of dispersible oil (Attachment 1) and the NOAA Surface Oil Forecast for 21 June
shows extensive areas of heavy and medium oil (Attachment 2). Weather forecast
indicates flying weather with winds of 4-8 knots, wave height 0.5-1 feet, ceilings
unlimited and visibility 10 nm; 20 per cent chance of thunderstorms in the area.

Houma Unified Command anticipates that, due to the weather, location, distribution
(4,500 sq.mi.) and size of the multiple oil slicks identified the use of mechanical recovery
and ISB to recover or remove the oil in the target area will be insufficient to remove the
spill volume on June 21, 2010. Prior to spray operations the spotter aircraft will identify
the high value targeted slicks and will direct spray aircraft to the heaviest portions of the
slick.

Pursuant to a request this date from Unified Command, the following information is
provided.

- Estimated size of identified dispersible oil slick targets proposed in designated
  zones: this information is included in Table 1 with the estimate of the amount of
  dispersant needed to treat these slicks.

- Explicit justification for why these targets can't be skimmed or addressed by
  other mechanical means: The use of mechanical recovery to recover or remove
  the oil in the identified target areas will be insufficient to remove the estimated
  dispersible oil volumes that we have estimated for tomorrow. The targeted oil
  herein is dispersible oil and dispersible oil is not the only oil demanding
  mechanical recovery assets. The geographic area of the spill site contains a
  combination of dispersible oil, heavy sheens and emulsified oil. Mechanical
  recovery devices are required elsewhere throughout the entire geographic area to
  address all areas and all oils that can be recovered mechanically and not just the
  dispersible oils and are therefore otherwise engaged. Generally the skimming
  vessels are concentrated near the source site so that they can remain in the

Rear Admiral James A. Watson
**7/12/2010**
Page 2

heaviest oil and collect the highest volume of oil. Other skimming assets are deployed nearshore to recover oil before it comes ashore.

- Tabulation of number of assets (skimmers, etc.) in service today and how many assets are available yet not in service: A daily summation of skimmers in the source area and outside the source is now being provided daily to the Aerial Dispersant Group for insertion in this report (Attachment 3). Our review of the assets listed below reveal that they are engaged in skimming operations with some out of service for various reasons.

- It is planned to conduct multiple Tier 1 helicopter SMART overflights to observe dispersant operations. Additionally, the M/V **International Peace** will be returning to sea for sampling operations this evening. QA/QC SMART report for June, 19, 2010, is provided at Attachment 4.

Accordingly, in accordance with the Directive, the Houma Unified Command respectfully requests an exemption to apply EC9500A in volumes on oil slicks located today shown in Table 1 not to exceed 22,600 gallons for a period not to exceed 12 hours.

Sincerely,

Houma Unified Command

Exemption approved subject to the above:

Date: $6 - 20 - 10$

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

Rear Admiral James A. Watson
**7/12/2010**
Page 3

## Dispersant Zone Map for 21 June 2010
## with Oil Targets from Spotter Operations on 20 June



## TABLE 1
## Dispersible Oil Report June 20, 2010

| Zone | # of slicks reported | Area in acres | Estimated percentage dispersible oil (range is for multiple slicks) | Dispersant Needed (1/20 DOR) |
|---|---|---|---|---|
| AN | 3 | 3,839 | 30-80 | 7,195 |
| AM-AX | 3 | 44,294 | 5-50 | 11,780 |
| AY | 1 | 2,240 | 30 | 3,360 |
| AO | 1 | 157 | 35 | 275 |
| | | | | |
| **TOTAL** | | | | **22,610** |

**Note: Table 1 shows our intentions based upon our observations the day before these actions take place. Size and location of slicks will change. Activities within slick areas e.g., skimming operations, in-situ burning, etc., or weather conditions may require revisions to the actual operational plan implemented.**

Rear Admiral James A. Watson
**7/12/2010**
Page 4

Attachment 2



### Nearshore
### Surface Oil Forecast
### Deepwater Horizon MC252

**NOAA/NOS/OR&R**

Nearshore

Estimate for: 1200 CDT, Monday, 6/21/10
Date Prepared: 2100 CDT, Saturday, 6/19/10

This forecast is based on the NWS spot forecast from Saturday, June 19 PM. Currents were obtained from several models (West Florida ShelfUSF, TGLO/TAMU, NAVO/NRL) and HFR measurements. The model was initialized from Saturday satellite imagery analysis (NOAA/NESDIS) and overflight observations. The leading edge may contain tarballs that are not readily observable from the imagery (hence not included in the model initialization). Oil may bay inlets could be brought into that bay by local tidal currents.

Forecast location for oil
on 21-June-10 at 1200 CDT

Mississippi Canyon 252
Incident Location

The offshore forecast has been temporarily stopped due to small amounts of oil, the absence of recent observations confirming significant amounts of oil, and the large separation between the loop current complex and the oil slick. Forecasts will resume if the threat returns.

0   20   40   80
miles

Winds are forecast to continue to be relatively light (<10 kts) and variable this weekend, then become more persistently onshore (SE) Monday night through Tuesday. Trajectories indicate continued slow movement of the slick to the east. Coastal regions between Dauphin Island, AL and Panama City, FL continue to be threatened by shoreline contacts within this forecast period. More persistent SE winds later in the forecast period will begin to increase the threat of shoreline contacts to the Chandeleur Islands and the Mississippi Delta.

Trajectory
☐ Uncertainty
☐ Light
▨ Medium
■ Heavy
x Potential beached oil

Next Forecast:
June 20th PM

this scale bar shows the meaning of the distribution terms at the current time

Rear Admiral James A. Watson
**7/12/2010**
Page 5

Attachment 3

## Offshore Skimming Resources

| | | SOURCE | | | Date/Time | 20 June 1600 | |
|---|---|---|---|---|---|---|---|
| Designator | Kind/Type | Vessel | Assignment | Status | | Location | ETA |
| VAR | RV1/Weir | Virginia Responder | MSRC | Pit stop | | Ft Jackson | |
| LR | RV1/Weir | Lana Rose (NRC vOSS) | NRC | Equipment | | MC-252 | |
| PER | RV1/Belt | NRC Perseverance | NRC | Mechanical | | MC-252 | |
| MA | RV1/Weir | Mr. Alex (w/CGA FRU) | CGA | Mechanical | | MC 252 | |

| 402 | TV2 | MSRC 402 Barge (Kimberly Colle) | TF Storage | On-scene | MC-252 | |
| 452 | TV1 | MSRC 452 Barge (Tara Crosby) | TF Storage | Standby | Ft Jackson | |
| 570 | TV1 | MSRC 570 Barge (Crosby Clipper) | TF Storage | Standby | White Tail | |
| 155 | TV1 | K-Sea DBL-155 (Rebel) | TF Storage | On-scene | MC-252 | |

| Costner | TV1 | Energy 8001(Superior Service) Costner | TF Storage | On-scene | MC 252 |
|---|---|---|---|---|---|

| | | **Boom Boats** | | | | |
|---|---|---|---|---|---|---|
| **Designator** | | **Vessel** | **Assignment** | | **Location** | **ETA** |
| CC | WB2 | Chanese G | Source | Standby | Venice | |
| SF | WB2 | Sea Fox | Source | Standby | Venice | |
| | | | | | | |
| MSE | WB2 | Ms. Addison | Source | Mechanical | Venice | |
| JN | WB2 | Julienne Marie | Source | Standby | Venice | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| SH | WB2 | Sea Hawk | Source | Standby | Venice | |

| | | **Crew/Re-supply** | | | | |
|---|---|---|---|---|---|---|
| ML | WB2 | Mr. Leroy | Shuttle/Re-su | Supply Run | Venice Based | |
| FO | WB2 | Fox | Ampol Re-sup | Supply Run | Venice Based | |
| JP | WB2 | Jean Perry (Drop Box) | Shuttle/Re-su | Supply Run | Venice Based | |
| CS | WB4 | Corissa Shane | Shuttle/Re-su | Supply Run | Venice Based | |
| KL | WB2 | Katie Lynn | Shuttle/Re-su | Supply Run | Venice Based | |
| EV | WB2 | Eveready | NRC Re-suppl | Supply Run | Venice Based | |
| MW | WB2 | Miss Wynter | NRC Re-suppl | Supply Run | Venice Based | |
| BC | WB2 | Ben Charamie | Shuttle/Re-su | Supply Run | Venice Based | |

| | | **Inland Barges** | | | | |
|---|---|---|---|---|---|---|
| 331 | TV3 | Cenac 331 Barge | TF Storage | 5,000 bbl open | Ft Jackson | |
| 323 | TV3 | Cenac 323 Barge | TF Storage | 21,000 bbl open | Venice | |
| 324 | TV3 | Cenac 324 Barge | TF Storage | 21,000 bbl open | Venice | |
| HM-3048 | TV3 | Higman 3048 Barge | TF Storage | Full | Enroute | Houston |
| HM-3049 | TV3 | Higman 3049 Barge | TF Storage | 8,000 bbl open | Venice New Park | |

| Task Force | Vsl Name | Proposed Box to Operate | Future Plans | Notes / Current location |
|---|---|---|---|---|
| SUP | M/V Transporter, Date O/S: 25 May 0600R | General OP area | Support | 14 nm NW of SW pass |
| SUP | Tug Angelica & T/B Valient Date O/S: 25 May 2000S | General OP area | Arrive o/s; Lightering | 14 nm NW of SW pass |
| SUP | Tug Clinton Cenac & T/B 2602 Date O/S: 28 May 1900R | N/A | Arrive o/s; Lightering | Moored Port Fourchon / Pump Issues |
| | | | | |
| TFL | M/V Bumble Bee, Date O/S: 24 May 2000R | N/A | C/C On Scene | IVO LOOP |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| IFS | M/V Reb Bordelon | | Moored | Fourchon LA |
| | | | | |
| SUP | M/V Slap Shot | E of SW Pass | Support | |
| | | | | |
| SUP | M/V Miss Lilly | | Moored | Fourchon LA |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

HCG038-005034

Rear Admiral James A. Watson
**7/12/2010**
Page 7

Attachment 4

# QA/QC SMART REPORT

**SMART Tier 1 Data Quality Assessment and Review**

SMART Tier 1 data consists of observations summarized in an Activity Log (Unit Log ICS 214-CG) and pre-
and post-application photographs and associated photo log of dispersant spray operations. This form
documents the results of a preliminary quality assessment review of these documents.

Smart Air Team #: __1__          Date: __6/19/2010__

Operational Period: __20/00619__ _0900_   to __20/00619/530__

<u>Data Review</u>   (Check documents that were reviewed)

☑ Unit Log – ICS 214-CG

☑ Photographs (How many reviewed? __10__)

☑ Photo Log

☑ Dispersant Observation Reporting Form 30

<u>Assessment</u>   (Check appropriate box(s))

☑ Concur with SMART observer findings (reasonableness of findings)

☐ Issues of note from data review. Briefly describe.

Sea state concern

☑ Dispersant is effective based on review of Activity Log, photographs, and photo log.

☐ Results inconclusive with respect to dispersant effectiveness.

☐ Other. Briefly describe.

---

<u>Reviewed by Dispersant Assessment Group Member</u>   (Print name, sign, and date)

Name: __Marc Bonk__ Signature: _____   Date: __6/17/10__

<u>Reviewed by NOAA SSC</u>   (Print name, sign, and date)

Name: __Al Caine__   Signature: _____   Date: __6.18.10__

HCG038-005035



**bp**



**Doug Suttles**
Chief Operating Officer

**Exploration & Production**
BP America Inc.
501 WestLake Park Boulevard
Houston, TX 77079

June 22, 2010

Rear Admiral James A. Watson
Federal On-Scene Commander
1250 Poydras Street
New Orleans, LA 70113

### Weekly Source Control Surface Dispersant Plan (June 24 through 30, 2010)

Direct  281 366 3969
Fax  281 366 7239
Doug.Suttles@bp.com

Dear Admiral Watson,

In compliance with the May 26, 2010, Dispersant Monitoring and Assessment Directive - Addendum 3 (the "Directive"), BP Exploration & Production Inc. ("BP") submitted a weekly Source Control Surface Dispersant Plan for the week June 17 to June 23, which you approved on June 16. The plan allowed for a maximum daily application volume (calendar day) of 6,000 gallons, unless more was required to control VOCs. From June 17 through June 21, the average daily volume applied was ~2,200 gallons. The maximum daily application was 5,776 gallons on June 19.

The current offshore air monitoring plan for source control (2200-T2-DO-PN-4002-4 signed May 25, 2010) identifies air monitoring instrumentation, location and action levels to respond to VOC excursions. In addition, vapor suppression guidelines (attachment 1) were put in place May 29, 2010 to provide additional granularity for action requirements. The air monitoring data is transparent to USCG and EPA.

BP respectfully requests approval of the Weekly Source Control Dispersant Plan for June 24 though June 30, as follows

| Date | Expected Maximum Volume per calendar day (gals) |
|---|---|
| June 24 | 6000 |
| June 25 | 6000 |
| June 26 | 6000 |
| June 27 | 6000 |
| June 28 | 6000 |
| June 29 | 6000 |
| June 30 | 6000 |

Rear Admiral Watson
**June 22, 2010**
Page 2

> Should VOC monitoring dictate further deployment in accordance with the Air
> Monitoring Plan for Source Control, BP also respectfully requests to exceed
> these volumes as required.

Sincerely,

Douglas J. Suttles

Approval granted subject to the above:

Date: 6/23/10

James A. Watson IV
Rear Admiral, USCG
Federal On-Scene Commander

Rear Admiral Watson
**June 22, 2010**
Page 3

### Attachment 1
### Vapor Suppression Guidelines
### May 29, 2010

These guidelines pertain to deployment and use of dispersant vessels and fire fighting vessels in Source Control Operations. The guidance provides additional detail around action levels specified in the Offshore Air Monitoring Plan for Source Control (2200-T2-DO-PN-4002-4). In addition, this guidance aligns with Dispersant Procedures for Vessels Adriatic and HOS Super H (2200-T2-LC-RP-4091) and Fire Fighting Vessels Operating (Priorities and Procedures (2200-T2-DO-PR-4057).

All vessels experiencing VOC levels exceeding 50PPM are directed to report it to Source Control SimOps Branch Director. Application of dispersant should be coordinated through the Source Control SimOps Branch Director.

Recommended actions for VOC management:

- VOC levels of 20 to 70ppm
- Use Rem Forza and Kay Marine 5 vessels for wide spray water pattern to suppress and redirect vapors

- VOC over 70ppm
- Notify Source Control SimOps Branch Director to coordinate dispersant use
- Use HOS Super H and Adriatic as primary dispersant vessels
- Use Rem Forza and Kay Marine 5 vessels to apply dispersant when wide spray water pattern is not effective

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

June 22, 2010

Dear Admiral Watson:

In compliance with the May 26, 2010, Dispersant Monitoring and Assessment Directive - Addendum 3 (the "Directive"), Houma Unified Command has eliminated the surface application of dispersants, except in cases where an exemption is requested and justified, and approved by the Federal On-Scene Coordinator.

Houma Unified Command has five (5) spotter visual reports from 22 June of multiple slicks of dispersible oil (Attachment 1) and the NOAA Surface Oil Forecast for 23 June shows extensive areas of heavy and medium oil (Attachment 2). Weather is suitable for aerial dispersant operations with forecast indicating scattered showers and thunderstorms with winds 10-15 knots SSE, waves 2 feet, ceiling 3,500', visibility 5-10 nm with a 50% chance of rain.

Houma Unified Command anticipates that, due to the weather, location, distribution (1,800 sq.mi.) and size of the multiple oil slicks identified the use of mechanical recovery and ISB to recover or remove the oil in the target area will be insufficient to remove the spill volume on June 23, 2010. Prior to spray operations the spotter aircraft will identify the high value targeted slicks and will direct spray aircraft to the heaviest portions of the slick.

Pursuant to a request this date from Unified Command, the following information is provided.

- Estimated size of identified dispersible oil slick targets proposed in designated zones: this information is included in Table 1 with the estimate of the amount of dispersant needed to treat these slicks.

- Explicit justification for why these targets can't be skimmed or addressed by other mechanical means: The use of mechanical recovery to recover or remove the oil in the identified target areas will be insufficient to remove the estimated dispersible oil volumes that we have estimated for tomorrow. The targeted oil herein is dispersible oil and dispersible oil is not the only oil demanding mechanical recovery assets. The geographic area of the spill site contains a combination of dispersible oil, heavy sheens and emulsified oil. Mechanical recovery devices are required elsewhere throughout the entire geographic area to address all areas and all oils that can be recovered mechanically and not just the dispersible oils and are therefore otherwise engaged. Generally the skimming

Rear Admiral James A. Watson
**6/23/2010**
Page 2

vessels are concentrated near the source site so that they can remain in the heaviest oil and collect the highest volume of oil. Other skimming assets are deployed nearshore to recover oil before it comes ashore.

- Tabulation of number of assets (skimmers, etc.) in service today and how many assets are available yet not in service: A daily summation of skimmers in the source area and outside the source is now being provided daily to the Aerial Dispersant Group for insertion in this report (Attachment 3). Our review of the assets listed below reveal that they are engaged in skimming operations with some out of service for various reasons.

- It is planned to conduct multiple Tier 1 helicopter SMART overflights to observe dispersant operations. Additionally, the M/V *International Peace* will be conducting sampling operations. QA/QC SMART report for 21 June, 2010.

Accordingly, in accordance with the Directive, the Houma Unified Command respectfully requests an exemption to apply EC9500A in volumes on oil slicks determined after tomorrow mornings reconnaissance flights. The reason for this request is that weather during most of the day prevented over flights to locate the oil slicks and conduct spraying. It is expected that since both skimming and ISB operations were limited or not operational today and ISB will not be operational tomorrow that there will be significantly more oil slicks in the operational area. We have identified oil slicks that require over 10,000 gallons of dispersant, and request approval to commerce early operations with 5,000 gallons of dispersant to initial slicks identified in the first morning over flights.

Sincerely,

Houma Unified Command

Exemption approved subject to the above:

Date: 6/23/2010

James A. Watson
Rear Admiral, USCG
For Federal On-Scene Coordinator

NOTE: TOP HAT was removed under an "emergency drive off" brud on alarms received at 0943. Har is off at time of signing. Na Nhar

Rear Admiral James A. Watson
**6/23/2010**
Page 3

Attachment 1

## Dispersant Zone Map for 23 June 2010
## with Oil Targets from Spotter Operations on 22 June



NOTE 1:   No Dispersant Flying Within 5 NM from the Spill Source 28 43.7 N 88 22.1 W

## TABLE 1
## Dispersible Oil Report June 22, 2010

| Zone | # of slicks reported | Area in acres | Estimated percentage dispersible oil | Dispersant Needed (1/20 DOR) |
|------|------|------|------|------|
| AX | 4 | 8,160 | 45 | 887 |
| AM | 1 | 19,200 | 10 | 9,600 |
| | | | | |
| **TOTAL** | 5 | 27,360 | | 10,487 |

**Note: Table 1 shows our intentions based upon our observations the day before these actions take place. Size and location of slicks will change. Activities within slick areas e.g., skimming operations, in-situ burning, etc., or weather conditions may require revisions to the actual operational plan implemented.**

HCG037-001534

Rear Admiral James A. Watson
**6/23/2010**
Page 4

Attachment 2



## Nearshore
## Surface Oil Forecast
## Deepwater Horizon MC252

**NOAA/NOS/OR&R**

**Nearshore**

Estimate for: 1200 CDT, Wednesday, 6/23/10
Date Prepared: 2100 CDT, Monday, 6/21/10

This forecast is based on the NWS spot forecast from Monday, June 21 PM. Currents were obtained from several models (West Florida Shelf/USF, TGLO/TAMU, NAVO/NRL) and HFR measurements. The model was initialized from Sunday satellite imagery analysis (NOAA/NESDIS) and Monday overflight observations. The leading edge may contain tarballs that are not readily observable from the imagery (hence not included in the model initialization). Oil near bay inlets could be brought into that bay by local tidal currents.

Forecast location for oil
on 23-June-10 at 1200 CDT

Mississippi Canyon 252
Incident Location

The offshore forecast has been temporarily stopped due to small amounts of oil offshore, the absence of recent observations confirming significant amounts of oil in offshore areas, and the large separation between the loop current complex and the oil slick. Forecasts will resume if the threat returns.

0   20   40   60
╟┼┼┼┼┼╢
miles

**Trajectory**
☐ Uncertainty
Light
Medium
Heavy
X Potential
beached oil

Winds are forecast to be predominantly onshore (SE) through Wednesday at speeds of 5-11 kts, then become ENE on Thursday. Trajectories indicate developing westward currents within the Mississippi Bight region will begin to inhibit further movement of the thick to the east. Coastal regions between Horn Island, MS and Panama City, FL are threatened by shoreline contacts within this forecast period. Under persistent SE winds, the Chandeleur Islands, Breton Sound and the Mississippi Delta are also threatened.

Next Forecast:
June 22nd PM

this scale bar shows the rate rising of the oil relation to the original time

Rear Admiral James A. Watson
**6/23/2010**
Page 5

Attachment 3

## Vessel Status Board

|  |  | SOURCE |  | Date/Time | 22 June 0700 |  |
|---|---|---|---|---|---|---|
| Designator | Kind/Type | Vessel | Assignment | Status | Location | ETA |
| LAR | RV1/Weir | Louisiana Responder | MSRC | Skimming | MC-252 | |
| GCR | RV1/Weir | Gulf Coast Responder | MSRC | Skimming | MC-252 | |
| TXR | RV1/Weir | Texas Responder | MSRC | Skimming | MC-252 | |
| MER | RV1/Weir | Maine Responder | MSRC | Skimming | MC-252 | |
| MSR | RV1/Weir | Mississippi Responder | MSRC | Skimming | MC-252 | |
| SOR | RV1/Weir | Southern Responder | MSRC | Skimming | MC 252 | |
| DER | RV1/Weir | Delaware Responder | MSRC | Skimming | MC 252 | |
| VAR | RV1/Weir | Virginia Responder | MSRC | Pit strip | Ft Jackson | |
| | | | | | | |
| HOSS | RV1/Bait | CGA HOSS Barge (Crosby Sun) | TF HOSS | Skimming | MC-252 | |
| SV | RV1/Weir | Seacor Vanguard (Current Buster 2 ea) | Buster | Skimming | MC-252 | |
| JC | RV1/Weir | John Coghill (Current Buster) | Buster | Skimming | MC-252 | |
| LR | RV1/Weir | Lena Rose (NRC VOSS) | NRC | Equipment | MC-252 | |
| PER | RV1/Bait | NRC Persévérance | NRC | Mechanical | MC-252 | |
| LF | RV1/Bait | Lynne Frink (NRC Marco) | NRC | Skimming | MC-252 | |
| LIB | RV1/Disk | NRC Liberty (Deso) | NRC | Skimming | MC-252 | |
| NG | RV1/Weir | Noonie G (w/CGA FRU) | CGA | Skimming | MC 252 | |
| IT | RV1/Weir | International Trooper (w/CGA FRU) | CGA | Skimming | MC-252 | |
| CAR | RV1/Weir | M/V Caroline (w/CGA FRU) | CGA | Equipment | Venice | |
| MA | RV1/Weir | Mr. Alex (w/CGA FRU) | CGA | Skimming | MC-252 | |
| RE | RV1/Bait | Rene (Navy Marco) | Fed | Equipment | Gulfport | |
| | | | NRC | | Non-Source | |
| | | | NRC | | Non-Source | |
| SW | RV1/Weir | Seacor Washington (Dutch arm) | | Skimming | MC-252 | |
| HM | RV1/Weir | HOS Mystique (Dutch arm) | | Skimming | MC 252 | |
| SW | RV1/Weir | Sweetwater (Dutch Arm) | | Skimming | MC-252 | |
| | | | CGA | | Mobile | |
| | | NRC Adriatic | NRC | | Non-Source | |
| | | Sentinel VI (NRC VOSS) | NRC | Reassign Non-Source | Equipment | |
| | | | NRC | | Non-Source | |
| | | Ampol Response (w/CGA FRU) | CGA | | Mobile | |
| | RV1/Weir | Ampol Response (w/ CGA FRU) | CGA | | Mobile | |

Rear Admiral James A. Watson
**6/23/2010**
Page 6

Attachment 4

# QA/QC SMART REPORT

Deepwater Horizon Incident – Houma Incident Command Center

#### SMART Tier 1 Data Quality Assessment and Review

SMART Tier 1 data consists of observations summarized in an Activity Log (Unit Log ICS 214 CG) and pre-
and post-application photographs and associated photo log of dispersant spray operations. This form
documents the results of a preliminary quality assessment review of these documents.

Smart Air Team #: _2____   Date: _6/21/2010__

Operational Period: _20ICC 621   0700_ to _20 ICC6 21   1535____

**Data Review** (Check documents that were reviewed)

☑ Unit Log - CS 214 CG

☐ Photographs (How many reviewed? ____ )  } no photos or photo log
                                              available

☐ Photo Log

☑ Dispersant Observation Reporting Form 30

**Assessment** (Check appropriate box(s))

☐ Concur with SMART observer findings (reasonableness of findings)

☐ Issues of note from data review. Briefly describe.

_did not make one dispersant observations___

☐ Dispersant is effective based on review of Activity Log, photographs, and photo log.

☐ Results inconclusive with respect to dispersant effectiveness

☒ Other. Briefly describe.

_no noticeable dispersion   -  mud   ... energy_

**Reviewed by Dispersant Assessment Group Member**   (Print name, sign, and date)
Name: _____, signature: _____   Date: _6/22/10_

**Reviewed by NOAA SSC**   (Print name, sign, and date)
Name: _____   Signature: _____   Date: _6 21 10_

HCG037-001537

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

June 23, 2010

Dear Admiral Watson:

In compliance with the May 26, 2010, Dispersant Monitoring and Assessment Directive - Addendum 3 (the "Directive"), Houma Unified Command has eliminated the surface application of dispersants, except in cases where an exemption is requested and justified, and approved by the Federal On-Scene Coordinator.

Houma Unified Command has nine (9) spotter visual reports from 23 June of multiple slicks of dispersible oil (Attachment 1) and the NOAA Surface Oil Forecast for 24 June shows extensive areas of heavy and medium oil (Attachment 2). Weather is suitable for aerial dispersant operations with forecast indicating isolated showers and thunderstorms with winds 10-15 knots SE, waves 2 feet, ceiling good except 1,000 around thunderstorms, visibility 5-10 nm and chance of rain is 20%..

Houma Unified Command anticipates that, due to the weather, location, distribution (3,600 sq.mi.) and size of the multiple oil slicks identified the use of mechanical recovery and ISB to recover or remove the oil in the target area will be insufficient to remove the spill volume on June 24, 2010.

Prior to spray operations the spotter aircraft will identify the high value targeted slicks and will direct spray aircraft to the heaviest portions of the slick.

Pursuant to a request this date from Unified Command, the following information is provided.

- Estimated size of identified dispersible oil slick targets proposed in designated zones: this information is included in Table 1 with the estimate of the amount of dispersant needed to treat these slicks.

- Explicit justification for why these targets can't be skimmed or addressed by other mechanical means: The use of mechanical recovery to recover or remove the oil in the identified target areas will be insufficient to remove the estimated dispersible oil volumes that we have estimated for tomorrow. The targeted oil herein is dispersible oil and dispersible oil is not the only oil demanding mechanical recovery assets. The geographic area of the spill site contains a combination of dispersible oil, heavy sheens and emulsified oil. Mechanical recovery devices are required elsewhere throughout the entire geographic area to address all areas and all oils that can be recovered mechanically and not just the

Rear Admiral James A. Watson
**6/24/2010**
Page 2

> dispersible oils and are therefore otherwise engaged. Generally the skimming vessels are concentrated near the source site so that they can remain in the heaviest oil and collect the highest volume of oil. Other skimming assets are deployed nearshore to recover oil before it comes ashore.

- Tabulation of number of assets (skimmers, etc.) in service today and how many assets are available yet not in service: A daily summation of skimmers in the source area and outside the source is now being provided daily to the Aerial Dispersant Group for insertion in this report (Attachment 3). Our review of the assets listed below reveal that they are engaged in skimming operations with some out of service for various reasons.

- It is planned to conduct multiple Tier 1 helicopter SMART overflights to observe dispersant operations. Additionally, the M/V *International Peace* will be conducting sampling operations. QA/QC SMART report for June 22, 2010 are not available.

Accordingly, in accordance with the Directive, the Houma Unified Command respectfully requests an exemption to apply EC9500A in volumes on oil slicks determined after tomorrow mornings reconnaissance flights. The reason for this request is we expect to see substantially more oil slicks due to the removal of the top cap, no ISB operations and reduced skimming operations. We request to commerce early operations with 5,000 gallons of dispersant to initial slicks identified and then request a subsequent amount to spray based on the full spotter reports

Sincerely,

Houma Unified Command

Exemption approved subject to the above:

Date:  $1-24-10$

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

June 23, 2010

Dear Admiral Watson:

In compliance with the May 26, 2010, Dispersant Monitoring and Assessment Directive - Addendum 3 (the "Directive"), BP Exploration & Production Inc. ("BP") has eliminated the surface application of dispersants, except in cases where an exemption is requested and justified, and approved by the Federal On-Scene Coordinator.

Houma Unified Command has nine (9) spotter visual reports from 23 June of multiple slicks of dispersible oil (Attachment 1) and the NOAA Surface Oil Forecast for 24 June shows extensive areas of heavy and medium oil (Attachment 2). Weather is suitable for aerial dispersant operations with forecast indicating isolated showers and thunderstorms with winds 10-15 knots SE, waves 2 feet, ceiling good except 1,000 around thunderstorms, visibility 5-10 nm and chance of rain is 20%..

Houma Unified Command anticipates that, due to the weather, location, distribution (3,600 sq.mi.) and size of the multiple oil slicks identified the use of mechanical recovery and ISB to recover or remove the oil in the target area will be insufficient to remove the spill volume on June 24, 2010.

Prior to spray operations the spotter aircraft will identify the high value targeted slicks and will direct spray aircraft to the heaviest portions of the slick.

Pursuant to a request this date from Unified Command, the following information is provided.

- Estimated size of identified dispersible oil slick targets proposed in designated zones: this information is included in Table 1 with the estimate of the amount of dispersant needed to treat these slicks.

- Explicit justification for why these targets can't be skimmed or addressed by other mechanical means: The use of mechanical recovery to recover or remove the oil in the identified target areas will be insufficient to remove the estimated dispersible oil volumes that we have estimated for tomorrow. The targeted oil herein is dispersible oil and dispersible oil is not the only oil demanding mechanical recovery assets. The geographic area of the spill site contains a combination of dispersible oil, heavy sheens and emulsified oil. Mechanical recovery devices are required elsewhere throughout the entire geographic area to address all areas and all oils that can be recovered mechanically and not just the

Rear Admiral James A. Watson
**6/24/2010**
Page 2

dispersible oils and are therefore otherwise engaged. Generally the skimming vessels are concentrated near the source site so that they can remain in the heaviest oil and collect the highest volume of oil. Other skimming assets are deployed nearshore to recover oil before it comes ashore.

- Tabulation of number of assets (skimmers, etc.) in service today and how many assets are available yet not in service: A daily summation of skimmers in the source area and outside the source is now being provided daily to the Aerial Dispersant Group for insertion in this report (Attachment 3). Our review of the assets listed below reveal that they are engaged in skimming operations with some out of service for various reasons.

- It is planned to conduct multiple Tier 1 helicopter SMART overflights to observe dispersant operations. Additionally, the M/V *International Peace* will be conducting sampling operations. QA/QC SMART report for June 22, 2010 are not available.

Accordingly, in accordance with the Directive, the Houma Unified Command respectfully requests an exemption to apply EC9500A in volumes on oil slicks determined after tomorrow mornings reconnaissance flights. The reason for this request is we expect to see substantially more oil slicks due to the removal of the top cap, no ISB operations and reduced skimming operations. We request to commerce early operations with 5,000 gallons of dispersant to initial slicks identified and then request a subsequent amount to spray based on the full spotter reports

Sincerely,

Houma Unified Command

Exemption approved subject to the above:

Date: 6/24/2010

James A. Watson

Rear Admiral, USCG
Federal On-Scene Coordinator

Rear Admiral James A. Watson
**6/24/2010**
Page 3

Attachment 1

# Dispersant Zone Map for 24 June 2010
# with Oil Targets from Spotter Operations on 23 June



NOTE 1: No Dispersant Flying Within 5 NM from the Spill Source 28 43.7 N 88 22.1 W

## TABLE 1
## Dispersible Oil Report June 24, 2010

| Zone | # of slicks reported | Area in acres | Estimated percentage dispersible oil | Dispersant Needed (1/20 DOR) |
|------|------|------|------|------|
| AC | 3 | 12,800 | 20% | 10,800 |
| AM | 2 | 72 | 40% | 140 |
| AN | 1 | 31 | 30% | 960 |

Rear Admiral James A. Watson
**6/24/2010**
Page 4

| AX | 3 | 810 | | 30% | 1,850 |
|----|---|-----|---|-----|-------|
| **TOTAL** | 9 | 12,903 | | | **13,750** |

Note: Table 1 shows our intentions based upon our observations the day before these actions take place. Size and location of slicks will change. Activities within slick areas e.g., skimming operations, in-situ burning, etc., or weather conditions may require revisions to the actual operational plan implemented.

Rear Admiral James A. Watson
**6/24/2010**
Page 5

Attachment 2



## Nearshore
## Surface Oil Forecast
## Deepwater Horizon MC252

**NOAA/NOS/OR&R**     Nearshore

Estimate for: 1200 CDT, Thursday, 6/24/10
Date Prepared: 2100 CDT, Tuesday, 6/22/10

This forecast is based on the NWS spot forecast from Tuesday, June 22 PM. Currents were obtained from several models (West Florida Shelf/USF, TGLO/TAMU, NAVO/NRL) and HFR measurements. The model was initialized from Tuesday satellite imagery analysis (NOAA/NESDIS) and overflight observations. The leading edge may contain tarballs that are not readily observable from the imagery (hence not included in the model initialization) Oil near bay inlets could be brought into that bay by local tidal currents

Mississippi Canyon 252
Incident Location

Forecast location for oil
on 24-June-10 at 1200 CDT

The offshore forecast has been temporarily stopped due to small amounts of oil offshore, the absence of recent observations confirming significant amounts of oil in offshore areas, and the large separation between the loop current complex and the oil slick  Forecasts will resume if the threat returns.

0  20  40  80
Miles

Moderate SE winds (7-12 kts) are forecast to continue through Wednesday then become E on Thursday/Friday  Trajectories indicate developing westward currents within the Mississippi Bight region will begin to inhibit further movement of the slick to the east. Coastal regions between Ship Island, MS and Panama City, FL are threatened by shoreline contacts within this forecast period Under persistent SE and E winds, the Chandeleur Islands, Breton Sound and the Mississippi Delta are increasingly threatened by shoreline contacts in this forecast period

Trajectory
☐ Uncertainty
■ Light
■ Medium
■ Heavy
× Potential
   beached oil

Next Forecast:
June 23rd PM

this scale bar shows the meaning of the darkfulness terms at the current time

Rear Admiral James A. Watson
**6/24/2010**
Page 6

Attachment 3

# Vessel Status Board

| SOURCE | | | | | Date/Time | 23 June 1400 | |
|---|---|---|---|---|---|---|---|
| Designator | Kind/Type | Vessel | Assignment | Status | | Location | ETA |
| LAR | RV1/Weir | Louisiana Responder | MSRC | Skimming | | MC-252 | |
| GCR | RV1/Weir | Gulf Coast Responder | MSRC | Skimming | | MC-252 | |
| T31 | RV1/Weir | Texas Responder | MSRC | Scheduled Pit Stop | | Ft Jackson 0723 - 6/23 | |
| MER | RV1/Weir | Maine Responder | MSRC | Skimming | | MC-252 | |
| MSR | RV1/Weir | Mississippi Responder | MSRC | Skimming | | MC-252 | |
| SOR | RV1/Weir | Southern Responder | MSRC | Skimming | | MC 252 | |
| DER | RV1/Weir | Delaware Responder | MSRC | Skimming | | MC 252 | |
| VAR | RV1/Weir | Virginia Responder | MSRC | Skimming | | MC 252 | |
| | RV1/Weir | Florida Responder | MSRC | | | | |
| | RV1/Weir | New Jersey Responder | MSRC | | | | |
| HOSS | RV1/Belt | CGA HOSS Barge (Crosby Sun) | TF HOSS | Skimming | | MC-252 | |
| SV | RV1/Weir | Seacor Vanguard (Current Buster 2 ex) | Buster | Equipment | | Fourchon - 1900 | |
| JC | RV1/Weir | Seacor John Cophill (Current Buster) | Buster | Skimming | | MC-252 | |
| LR | RV1/Weir | Lana Rose (NRC VOSS) | NRC | Skimming | | MC-252 | |
| PER | RV1/Belt | NRC Current Buster | VOSS | Return to Navy pump | | NRC Fourchon | |
| LF | RV1/Belt | Lynne Fink (NRC Marco) | NRC | Equipment | | Venice - 6/23 | |
| LB | RV1/Belt | NRC Liberty (Belt) | NRC | Equipment | | Venice - 6/23 | |
| NG | RV1/Weir | Noonie G (w/CGA FRU) - Ampol | CGA | Skimming | | MC 252 | |
| IT | RV1/Weir | International Trooper (w/CGA FRU) - Ampol | CGA | Skimming | | MC-252 | |
| KB | RV1/Weir | Kim B (w/CGA FRU) - Ampol | CGA | Skimming | | MC 252 | |
| MA | RV1/Weir | Mr. Alex (w/CGA FRU)- Ampol | CGA | Skimming | | MC-252 | |
| PE | RV1/Belt | Rena (Navy Marco) | Fed | Equipment | | Gulfport - 6/22 | |
| RR | RV1/Belt | Recon Ranger (NRC Marco) | NRC | Return to Navy pump | | NRC Fourchon | |
| PT | RV1/Weir | Pauline T (NRC VOSS) | NRC | Skimming | | MC 252 | |
| SW | RV1/Weir | Seacor Washington (Dutch arm) | | Skimming | | MC-252 | |
| HM | RV1/Weir | HOS Mystique (Dutch arm) | | Skimming | | MC 252 | |
| SW | RV1/Weir | HOS Sweetwater (Dutch Arm) | | Skimming | | MC-252 | |
| MO | RV1/Weir | Ocean Endeavor (w/MC-01) | CGA | Ready from Mobile | | Mobile | |
| XO | RV1/Weir | NRC Aurora | CGA | Ready from Not in Source | | Not in Source | |
| CH | RV1/Weir | Seacor VA (NRC VOSS) | NRC | Ready from Not in Source | | Not in Source | |
| PT | RV1/Weir | Pauline T (NRC VOSS) | NRC | Ready from Not in Source | | Not in Source | |
| RS | RV1/Weir | Rena S (w/CGA FRU) (CGA) | CGA | Ready from Mobile | | Mobile | |
| NB | RV1/Weir | Noonie B (w/CGA FRU) | CGA | Ready from Mobile | | Mobile | |

| 402 | TV2 | MSRC 402 Barge (Kimberly Colle) | TF Storage | On-scene | | MC-252 | |
|---|---|---|---|---|---|---|---|
| 452 | TV1 | MSRC 452 Barge (Tara Crosby) | TF Storage | Standby | | Ft Jackson | |
| 570 | TV1 | MSRC 570 Barge (Crosby Clipper) | TF Storage | Offloading | | Pilottown | |
| 156 | TV1 | K-Sea DBL-155 (Rebel) | TF Storage | On-scene | | MC-252 | |
| Costner | TV1 | Energy 8001 (Superior Service) Costner | TF Storage | Non Operational | | Fourchon | |

Rear Admiral James A. Watson
**6/24/2010**
Page 7

HCG037-001676

**POB Status Report MC 252 Source Control site**
**23nd June**

| Drilling Vessels | Evade Sequence | Operational Activity (or comment) | Personnel | | | Heli | | Return | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Non Essential | Essential | Total | Deck | T-Time (hrs) | Return Sequence | Restart time (once in field) (hrs) | Restart Operation |
| Development Driller 2 | Per T-Time | Relief well | 37 | 126 | 163 | Yes | 96 | Asap | 72 | relief well |
| Development Driller 3 | Per T-Time | Relief well | 78 | 118 | 196 | Yes | 114 | Asap | 90 | relief well |
| **Containment Vessels** | **Evade Sequence** | *Drilling sub totals* | 115 | 244 | 359 | | | **Return Sequence** | | |
| Discoverer Enterprise | 1 | Containment & flare | 44 | 142 | 186 | Yes | 114 | 2 | 36 | Top hat #4 |
| Helix Q4000 | 2 | flare | 0 | 134 | 134 | Yes | 69 | 1 | 72 | Containment |
| Helix Producer 1 | Not it Field | Containment | 33 | 43 | 76 | Yes | 1 | - | - | - |
| Clear Leader | Not it Field | Containment | 25 | 119 | 144 | Yes | 24 | - | - | - |
| Toisa Pisces | Not it Field | Containment | | | 0 | Yes | | - | - | - |
| **Construction Vessels** | **Priority to Remain** | *Containment sub totals* | 102 | 438 | 540 | | | **Priority to Return** | | |
| Skandi Neptune | P1 | Dispersant | 49 | 27 | 76 | Yes | 6 | P1 | 12 | Dispersant |
| Ocean Intervention 3 | P1 | Multipurpose construction | 6 | 53 | 59 | Yes | 1 | P1 | | Construction |
| HOS Achiever | P2 | CDP construction | | | | | | P1 | | CDP construction |
| Boa Deep C | P2 | Multipurpose construction | 38 | 37 | 75 | Yes | 1 | P2 | Typically 6 hours | Construction |
| Olympic Challenger | P2 | Construction | 47 | 21 | 68 | Yes | 0 | P2 | | Construction |
| Helix Express | P3 | CDP construction | 13 | 94 | 107 | Yes | 12 | P3 | | CDP construction |
| Chouest Holiday | P3 | CDP construction | | | | | | P3 | | CDP construction |
| West Sirius | P3 | CDP construction | | | 0 | Yes | 64 | P3 | | CDP construction |
| **Support Vessels** | **Evade Sequence** | *Construction sub totals* | 153 | 232 | 385 | | | **Priority to Return** | | |
| Off-take hose string — Seacor Venture — Mary Moran | 1 | Off-take hose string / Hose Support Vsl / Hose Support Vsl | - | - | | No / No | 28 | 2 | 6 | |
| Massachusetts & Paul T. — Catherine C. Moran | 1 | Off-take ATB / Support Tug | - | - | 0 | Yes | 4 | 3 | 6 | |
| Overseas Cascade — Forte | 1 | Off-take Tanker / Support Tug | - | - / 10 | 0 / 10 | No / No | 4 | 3 | 6 | |
| Loch Rannoch | Not it Field | Storage Tanker | - | - | - | Yes | Typically 2 | 3 | Typically 4 | |
| Navion Fennia | Not it Field | Storage Tanker | - | - | - | - | | 3 | | |
| Evi Knutson | Not it Field | Storage Tanker | - | - | - | | | 3 | | |
| Normand Commander | 3 | Large vsl - fire support | - | 20 | 20 | Yes | 1 | 1 | 1 | Fire support |
| Rem Forza | 3 | Large vsl - fire support | - | 27 | 27 | Yes | 1 | 1 | 1 | Fire support |
| Tyler Stephen | 1 | Fire support | - | 20 | 20 | No | 1 | 1 | 1 | Fire support |
| Monica Ann | 1 | Fire support | - | 20 | 20 | No | 1 | 1 | 1 | Fire support |
| Adriatic | 2 | Dispersant | - | | 0 | No | 0 | 0 | 0 | Dispersent |
| HOS Super H | 2 | Dispersant | 5 | 7 | 12 | No | 1 | 1 | 1 | Dispersent |
| | | *Support sub totals* | 5 | 104 | 109 | | | | | |
| | | **Total Personnel** | 222 | 786 | 1008 | | | * MODU's and Off-take hose have additional 24 hours evade time | | |

*To be added or removed from this distribution list email MC252_simops@bp.com*