# Exhibit Y

HCG037-001648

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

June 11 2010

Dear Admiral Watson:

In compliance with the May 26, 2010, Dispersant Monitoring and Assessment Directive - Addendum 3 (the "Directive"), Houma Unified Command has eliminated the surface application of dispersants, except in cases where an exemption is requested and justified, and approved by the Federal On-Scene Coordinator.

Houma Unified Command has eleven (11) spotter visual reports from 11 June of multiple slicks of dispersible oil (Attachment 1) and the NOAA Surface Oil Forecast for 12 June shows extensive areas of heavy and medium oil (Attachment 2). Weather forecast indicates excellent flying weather with winds of 5-13 knots, wave height 2-3 feet, ceilings unlimited and visibility 10 nm.

Houma Unified Command anticipates that, due to the weather, location, distribution (2,700 sqmi) and size of the multiple oil slicks identified (34 sqmi), the use of mechanical recovery and ISB to recover or remove the oil in the target area will be insufficient to remove the spill volume on June 12, 2010. Prior to spray operations the spotter aircraft will identify the highest value targeted slicks and will direct spray aircraft to the heaviest portions of the slick.

Pursuant to a request this date from Unified Command, the following information is provided.

- Include physical dimensions of identified targets proposed: this information is included in Table 1 and given in approximate acreage and average length and width perimeter dimensions.

- Explicit justification for why these targets can't be skimmed or addressed by other mechanical means: The use of mechanical recovery to recover or remove the oil in the identified target areas will be insufficient to remove the estimated dispersible oil volumes that we have estimated for tomorrow. The targeted oil herein is dispersible oil and dispersible oil is not the only oil demanding mechanical recovery assets. The geographic area of the spill site contains a combination of dispersible oil, heavy sheens and emulsified oil. Mechanical recovery devices are required elsewhere in the entire geographic area to address all areas and all oils that can be recovered mechanically and not just the dispersible oils and are therefore otherwise engaged.

HCG037-001649

Rear Admiral James A. Watson
**June 11, 2010**
Page 2

- Tabulation of number of assets (skimmers, etc.) in service today and how many assets are available yet not in service: A daily summation of skimmers in the source area and outside the source is now being provided daily to the Aerial Dispersant Group for insertion in this report (Attachment 3). Our review of the assets listed below reveal that they are engaged in skimming operations with some out of service for various reasons.

- It is planned to conduct multiple Tier 1 helicopter overflights to observe dispersant operations. Additionally the M/V International Peace will conduct water chemistry and toxicology sampling. All depending upon approval to apply dispersants.

Accordingly, in accordance with the Directive, the Houma Unified Command respectfully requests an exemption to apply EC9500A in volumes on oil slicks located today shown in Table 1 not to exceed ~~38,160~~ 7,000 gallons for a period not to exceed 12 hours.

Sincerely,


Houma Unified Command



Exemption approved subject to the above:

*[signature]*          Date: 6-12-10

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator