# Exhibit Z

**From:** Jim Klick [mailto:JKLICK@hhkc.com]
**Sent:** Friday, October 21, 2011 9:56 AM
**To:** Marie_Firmin@laed.uscourts.gov; rgreenwald@weitzlux.com; jimr@wrightroy.com; Steve Herman; Heiden, Thomas (CH); Alexander, Mary Rose (CH); aweigel@blankrome.com; gslacour@christovich.com; michael.lyle@weil.com; theodore.tsekerides@weil.com; pokeefe@monbar.com; hflanagan@flanaganpartners.com; fxnjr@ln-law.com; bmayeaux@ln-law.com; lmcaloon@glllaw.com; georgecrow@earthlink.net; jgalloway@gjtbs.com; mike.underhill@usdoj.gov; sarah.himmelhoch@usdoj.gov; jrm@lanierlawfirm.com; wml@lanierlawfirm.com; cfh@lanierlawfirm.com; andrew.langan@kirkland.com; dkhaycraft@liskow.com; mark.nomellini@kirkland.com
**Cc:** Mike_OKeefe@laed.uscourts.gov; Sally_Shushan@laed.uscourts.gov
**Subject:** RE: B3 Master Complaint - PSC, Cleanup Responders and Nalco

Dear Magistrate Shusan:

Attached hereto is the PSC's Amended Proposed Schedule for Limited B3 Discovery and PSC's Proposed Schedule for Limited Discovery of BP re:Corexit. The PSC's Amended Proposed Schedule for Limited B3 Discovery was based the previous document exchanged, includes the November 18th date to exchange written discovery requests, included a provision for the PSC to serve written discovery. We also included a deadline date for the PSC to object to proposed stipulations by December 21st, believing that this may help narrow the issues. We also included language with regard to the 30(b)(6) Depositions to ensure that the scope of these depositions are limited preemption/derivative immunity defenses raised by the B3 defenses. Finally, with regard the Limited B3 Discovery, PSC has raised an objection with regard to the initial wave of written discovery being served on the PSC on November 18th. The objection is in bold so that the Court, and the other parties, can easily identify the objection.

The second page of the document is entirely new and is designed to address Proposed Schedule for Limited Discovery of BP re: Corexit. This is our initial effort see whether this discovery can be accomplished forthwith in concert with Mr. Hurd's pending discovery requests. We have not formally discussed this schedule with either Mr. Hurd nor BP at this time in order to get schedule in writing as quickly as possible.

Lastly, Robin and I had some difficulty with possible computer corruption while creating this document. Please let us know if anyone has any difficulty in understanding the document. Jim Klick

**From:** Marie_Firmin@laed.uscourts.gov [mailto:Marie_Firmin@laed.uscourts.gov]
**Sent:** Thursday, October 20, 2011 9:34 AM
**To:** rgreenwald@weitzlux.com; jimr@wrightroy.com; Jim Klick; Steve Herman; thomas.heiden@lw.com; mary.rose.alexander@lw.com; aweigel@blankrome.com; gslacour@christovich.com; michael.lyle@weil.com; theodore.tsekerides@weil.com; pokeefe@monbar.com; hflanagan@flanaganpartners.com; fxnjr@ln-law.com;

1

bmayeaux@ln-law.com; lmcaloon@glllaw.com; georgecrow@earthlink.net; jgalloway@gjtbs.com; mike.underhill@usdoj.gov; sarah.himmelhoch@usdoj.gov; jrm@lanierlawfirm.com; wml@lanierlawfirm.com; cfh@lanierlawfirm.com; andrew.langan@kirkland.com; dkhaycraft@liskow.com; mark.nomellini@kirkland.com
**Cc:** Mike_OKeefe@laed.uscourts.gov; Sally_Shushan@laed.uscourts.gov
**Subject:** B3 Master Complaint - PSC, Cleanup Responders and Nalco

Attached is a revised contact list.

**Reminder: Conference call this afternoon at 3:00 p.m. Central time - Dial-in: 888-684-8852, access: 6331546, security: 102011.**

Thank you.

Marie Poche' Firmin
Judicial Assistant to Magistrate Judge Sally Shushan
504-589-7621


CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.

2

DRAFT

# PSC Amended Proposed Schedule for Limited B3 Discovery

(Schedule is premised on developing the facts necessary for Nalco and the Clean-Up Responders to file motions renewing their preemption/derivative immunity arguments)

| | |
|---|---|
| Nalco, Clean-Up Responders, and United States to attempt to agree on stipulations of fact and provide such stipulations to the PSC | November 4, 2011 |
| [Nalco and] Clean-Up Responders to serve United States (if necessary) ~~and the PSC~~ [PSC would object to discovery directed to them on grounds that other parties have the evidence related to the limited areas of this discovery] with document requests, interrogatories, and/or requests for admission re: preemption/derivative immunity issues | November 18, 2011 |
| PSC to serve all parties (if necessary) with document requests, interrogatories and/or requests for admission re: preemption/derivative immunity issues | November 18, 2011 |
| All parties respond to any written discovery served and produce documents related to discovery served on or before November 18, 2011 | December 21, 2011 |
| PSC's objections to proposed stipulations among Nalco, Clean-Up Responders and the United States | December 21, 2012 |
| Nalco to file motion renewing its preemption argument. | January 31, 2012 |
| Limited 30(b)(6) Depositions of United States, Nalco and Clean-Up Responder witnesses re: B3 issues relating to Nalco and Clean-Up Defendants' derivative immunity and/or preemption defense to be completed (if necessary) | January 31, 2012 |
| PSC to file opposition to Nalco's motion | February 21, 2012 |
| Nalco to file reply in support of its motion | March 2, 2012 |
| Oral Argument on Nalco's motion | TBD |
| Clean-Up Responders to file motions renewing their preemption/derivative immunity arguments. | February 10, 2012 |
| PSC to file opposition(s) to Clean-Up Responders' motions | March 9, 2012 |
| Clean-Up Responders to file replies in support of their motions | March 23, 2012 |
| Oral Argument on Clean-Up Responders' motions | TBD |

DRAFT
ATTORNEY WORK PRODUCT

## Proposed Schedule for Limited Discovery of BP re: Corexit

| | |
|---|---|
| PSC to serve BP with document requests, interrogatories and/or requests for admission re: Corexit | November 4, 2011 |
| BP to respond to written discovery and produce documents related to discovery served on or before November 4, 2011. | December 2, 2011 |
| PSC to serve and take 30(b)(6) Depositions of BP re: Corexit (and counsel for James Herbert v. BP PLC, et al., Cause No. 2010-38791, 333rd Judicial District, Texas, to be permitted to attend and ask additional questions (if necessary)). | January 13, 2012 |