IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J |
| Applies to: *All Cases in Pleading Bundle Section III.B(3).* | * * * | JUDGE BARBIER MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * * * * * * * | * | |

**NALCO ENTITIES' *EX PARTE* MOTION TO FILE UNDER SEAL EXHIBITS C, D, E, I, O, Q, T, U AND W TO RENEWED MOTION TO DISMISS FIRST AMENDED MASTER COMPLAINT "B3 BUNDLE"**

Pursuant to Pre-Trial Order 13, Order Protecting Confidentiality (Rec. Doc. 641), Defendants Nalco Company, Nalco Holdings LLC, Nalco Finance Holdings LLC and Nalco Holding Company (the "Nalco Entities"), by their attorneys, hereby respectfully request leave to file under seal the following Exhibits to their Memorandum in Support of Renewed Motion to Dismiss First Amended Master Complaint "B3 Bundle":

C. Letter from Elizabeth Walpac, Nalco Canada, to Leigh DeHaven, USEPA (May 6, 2006)

D. Letter from Marjorie A. Walsh, Exxon Chemical Company, to John Cunningham (Mar. 10, 1994)

E. Annex X Technical Product Bulletin No. 8, Oil & Special Materials Control Division (Sept. 29, 1978)

I. Use of Dispersants in Region IV (1996)

O. Email from James Watson, FOSC, to Richard Brannon and Thad Allen (June 14, 2010)

Q. Dispersant Pre-Approval Initial Call Checklist and FOSC Dispersant Use Checklist

T. Interim Report of Aerial Dispersant Group (Aug. 12, 2010)

U.  USEPA, Dispersant Monitoring and Assessment Directive – Addendum 3 (May 26, 2010)

W. Deposition Transcript of Dr. Manian Ramesh (excerpts)

Because these exhibits have been designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL," the Nalco Entities respectfully request that leave be granted to file these Exhibits under seal.  A proposed order is attached to this Motion.

Dated:  January 31, 2012			Respectfully submitted,

By: /s/ Thomas J. Heiden
Thomas J. Heiden (IL # 6281563)
(thomas.heiden@lw.com)
Mary Rose Alexander (IL # 6205313)
(mary.rose.alexander@lw.com)
LATHAM & WATKINS LLP
233 South Wacker Dr.
Suite 5800
Chicago, IL 60606-6401
Phone: (312) 876-7700
Facsimile: (312) 993-9767

*Attorneys for Nalco Company, Nalco Holdings LLC, Nalco Finance Holdings LLC and Nalco Holding Company*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing *EX PARTE* MOTION TO FILE UNDER SEAL has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 31st day of January, 2012.

/s/ Thomas J. Heiden
Thomas J. Heiden (IL # 6281563)
(thomas.heiden@lw.com)
Mary Rose Alexander (IL # 6205313)
(mary.rose.alexander@lw.com)
LATHAM & WATKINS LLP
233 South Wacker Dr.
Suite 5800
Chicago, IL 60606-6401
Phone: (312) 876-7700
Facsimile: (312) 993-9767

*Attorneys for Nalco Company, Nalco Holdings LLC, Nalco Finance Holdings LLC and Nalco Holding Company*