IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION: J |
| Applies to: *All Cases in Pleading Bundle Section III.B(3)*. | * * * | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * * * * * * * | * | |

## ORDER

Considering the *Ex Parte* Motion To File Under Seal Exhibits C, D, E, H, I, O, and Q To Renewed Motion To Dismiss First Amended Master Complaint "B3 Bundle" filed by Defendants Nalco Company, Nalco Holdings LLC, Nalco Finance Holdings LLC and Nalco Holding Company (the "Nalco Entities"):

**IT IS HEREBY ORDERED** that the Nalco Entities' motion is granted.

New Orleans, Louisiana, this __ day of _____, 2012

_____

UNITED STATES DISTRICT JUDGE