# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL NO. 2179 |
| | * | SECTION J |
| | * | |
| This document relates to: | * | |
| *MDL 2179; No. 10-2771; No. 10-1757; No. 10- 1758; No. 10- 1759; No. 10-1760; No. 10- 2087; No. 10- 2731; No. 10- 2996; No. 10- 2997; No. 11-1106; No. 11-1113; and No. 11-1480* | * * * * * * | Honorable CARL J. BARBIER  Magistrate Judge SHUSHAN |

## JOINT DESIGNATIONS FOR RECORD
## ON APPEAL IN FIFTH CIRCUIT CASE NO. 12-30012

Pursuant to the January 17, 2012 Order in Fifth Circuit Case No. 12-30012 (Doc. 00511727184), Plaintiffs-Appellants and Defendants-Appellees file these joint designations for the District Court to use in constructing the Record on Appeal.  For those docket entries that have attachments or exhibits, the parties intend that these attachments or exhibits should also be included in the Record.  The parties also request that the Court include in the Record the full docket sheets for all cases listed in the caption.

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 65 | 8/24/2010 | MOTION to Remand to State Court by Plaintiff Louisiana State |
| MDL 2179 | 315 | 9/21/2010 | RESPONSE/MEMORANDUM in Opposition filed by BP Defendants re MOTION to Remand to State Court. |
| MDL 2179 | 453 | 10/1/2010 | EXPARTE MOTION for Leave to File *Reply Memorandum in Support of Motion to Remand* by |

| | | | Plaintiff Louisiana State. |
|---|---|---|---|
| MDL 2179 | 470 | 10/6/2010 | Order Denying Motion to Remand. |
| MDL 2179 | 471 | 10/6/2010 | Order Denying Motion to Remand. |
| MDL 2179 | 1152 | 2/11/2011 | MOTION to Dismiss *and Demand for Trial by Jury* by Defendant Cameron International Corporation. |
| MDL 2179 | 1414 | 2/28/2011 | MOTION to Dismiss First Amended Master Complaint, Cross-Claim, and Third-Party Complaint for Private Economic Losses in Accordance with PTO No. 11[CMO No.1] Section III (B1) ["B1 Bundle") Pursuant to Fed. R. Civ. P. 12(b)(6) by Anadarko Petroleum Corporation, Anadarko E&P Company LP, and MOEX Offshore 2007 LLC and MOEX USA and MEMORANDUM in Support of Motion. |
| MDL 2179 | 1416 | 2/28/2011 | MOTION to Dismiss First Amended Master Complaint, Cross-Claim, and Third-Party Complaint for Private Economic Losses in Accordance with PTO No. 11[CMO No.1] Section III (B3) ["B3 Bundle") Pursuant to Fed. R. Civ. P. 12(b)(6) by Anadarko Petroleum Corporation, Anadarko E&P Company LP, and MOEX Offshore 2007 LLC and MOEX USA and MEMORANDUM in Support of Motion. |
| MDL 2179 | 1421 | 2/28/2011 | MOTION to Dismiss *the Complaint of the City of Greenville, et. al.* by Anadarko Petroleum Corporation, Anadarko E&P Company LP, Moex Offshore 2007 LLC |
| MDL 2179 | 1422 | 2/28/2011 | MOTION to Dismiss *the Complaint of the State of Veracruz, Republic of Mexico* by Anadarko Petroleum Corporation, Anadarko E&P Company LP |
| MDL 2179 | 1423 | 2/28/2011 | MOTION to Dismiss *the Complaint of the State of Tamaulipas, Republic of Mexico* by Anadarko Petroleum Corporation, Anadarko E&P Company, LP |
| MDL 2179 | 1424 | 2/28/2011 | MOTION to Dismiss *the Complaint of the State of Quintana Roo, Republic of Mexico* by Anadarko Petroleum Corporation, Anadarko E&P Company LP |
| MDL 2179 | 1426 | 2/28/2011 | CONSOLIDATED MEMORANDUM in Support of Motions to Dismiss the Complaints of the Alabama |

| | | | Cities and the Mexican States ["Pleading Bundle C"] by Anadarko Petroleum Corporation, Anadarko E&P Company LP, and MOEX Offshore 2007 LLC |
|---|---|---|---|
| MDL 2179 | 1510 | 3/4/2011 | MASTER COMPLAINT, ANSWER, CLAIM, CROSS-CLAIM & 3RD PARTY COMPLAINT by Local Government Entities. |
| MDL 2179 | 1549 | 3/9/2011 | PRETRIAL ORDER #33: Regarding Voluntary Master Complaint for Local Government Entities. |
| MDL 2179 | 1781 | 3/28/2011 | MOTION to Dismiss Case by Defendant Halliburton Energy Services, Inc. |
| MDL 2179 | 1782 | 3/28/2011 | MOTION to Dismiss Case by Defendant Halliburton Energy Services, Inc. |
| MDL 2179 | 1783 | 3/28/2011 | MOTION to Dismiss Case by Defendant Halliburton Energy Services, Inc. (Reference: 2:10-cv-04241) |
| MDL 2179 | 1786 | 3/28/2011 | MOTION to Dismiss *Certain Governmental Bundle C Complaints*, by Defendants BP Exploration & Production Inc., BP Products North America Inc., BP Corporation North America Inc., BP Company North America Inc., BP America Inc., and BP p.l.c. |
| MDL 2179 | 1820 | 3/30/2011 | CONSOLIDATED RESPONSE/ MEMORANDUM in Opposition filed by Plaintiffs re MOTION to Dismiss *the Complaint of the State of Quintana Roo, Republic of Mexico*, MOTION to Dismiss *the Complaint of the State of Veracruz, Republic of Mexico*, MOTION to Dismiss *the Complaint of the State of Tamaulipas, Republic of Mexico CONSOLIDATED*. |
| MDL 2179 | 2045 | 4/20/2011 | Motion for Leave to File First Amended Petition by Plaintiff State of Louisiana. |
| MDL 2179 | 2052 | 4/20/2011 | Motion for Leave to File First Amended Petition by Plaintiff State of Louisiana. |
| MDL 2179 | 2069 | 4/20/2011 | Motion for Leave to File First Amended Petition by Plaintiff State of Louisiana. |
| MDL 2179 | 2070 | 4/20/2011 | Motion for Leave to File First Amended Petition by Plaintiff State of Louisiana. |

| MDL 2179 | 2071 | 4/20/2011 | Motion for Leave to File First Amended Petition by Plaintiff State of Louisiana. |
|---|---|---|---|
| MDL 2179 | 2110 | 4/24/2011 | OMNIBUS MEMORANDUM in Opposition filed by the Plaintiff Steering Committee re First MOTION to Dismiss Case, First MOTION to Dismiss Case, First MOTION to Dismiss Case, MOTION to Dismiss *Certain Governmental Bundle C Complaints* MOTION to Dismiss Case |
| MDL 2179 | 2138 | 4/26/2011 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiffs State of Veracruz , State of Tamaulpipas & State of Quintana Roo re MOTION to Dismiss *Certain Governmental Bundle C Complaints* MOTION to Dismiss Case *Veracruz, Tamaulipas And Quintana Roo*. |
| MDL 2179 | 2139 | 4/26/2011 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiffs State Of Veracruz, State Of Tamaulipas, And State Of Quintana Roo re First MOTION to Dismiss Case, First MOTION to Dismiss Case, First MOTION to Dismiss Case . |
| MDL 2179 | 2161 | 4/27/2011 | JOINT RESPONSE/MEMORANDUM in Opposition filed by Louisiana Parish District Attorneys re MOTION to Dismiss *Certain Governmental Bundle C Complaints*. |
| MDL 2179 | 2208 | 4/29/2011 | CONSOLIDATED REPLY to Plaintiffs' Steering Committee's Omnibus Oppositions to Defendants' Motions to Dismiss the Master Complaints for Pleading Bundles B1 and B3 by Anadarko Petroleum Corporation, Anadarko E&P Company LP, and MOEX Offshore 2007 LLC and MOEX USA |
| MDL 2179 | 2214 | 4/29/2011 | MOTION to Dismiss *Pursuant to Fed. R. Civ. P. 12(b)(1) & 12(b)(6) the Local Government Entity Master Complaint* by Defendants BP Exploration & Production Inc., BP Products North America Inc., BP Corporation North America Inc., BP Company North America Inc., BP America Inc., and BP p.l.c. |
| MDL 2179 | 2217 | 4/29/2011 | REPLY to Plaintiffs' Steering Committee's Memorandum of Law in Opposition to the MOEX and Anadarko Defendants' Motions to Dismiss the Plaintiffs' Negligence Claims and Motions to Dismiss |

| | | | |
|---|---|---|---|
| | | | the OPA Claims Against Anadarko E&P by Anadarko Petroleum Corporation, Anadarko E&P Company LP, and MOEX Offshore 2007 LLC and MOEX USA |
| MDL 2179 | 2218 | 4/29/2011 | MOTION to Dismiss *Voluntary Master Complaint, Cross-Claim, and Third-Party Complaint for Local Government Entities Pursuant to Fed. R. Civ. P. 12(b)(6) ["Pleading Bundle C"]* by Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP and Memorandum in Support. |
| MDL 2179 | 2220 | 4/29/2011 | MOTION to Dismiss *The Voluntary Master Complaint, Cross-Claim, And Third-Party Complaint For Local Governmental Entities pursuant to FED. R. CIV. P. 12(b)(6) [PLEADING BUNDLE C]* by Defendant MOEX Offshore 2007 LLC. |
| MDL 2179 | 2221 | 4/29/2011 | MOTION to Dismiss *The Voluntary Master Complaint, Cross-Claim, and Third-Party Complaint for Local Governmental Entities pursuant to FED. R. CIV. P. 12(b)(6) [Pleading Bundle C]* by Defendant MOEX USA Corporation. |
| MDL 2179 | 2224 | 4/29/2011 | MOTION to Dismiss *The Local Government Entity Voluntary Master Complaint [Bundle "C"]* by Defendant M-I L.L.C. |
| MDL 2179 | 2313 | 5/10/2011 | Order Regarding Motions of Iberia, Lafourche, St. Mary, St. Tammany, and Terrebonne Parish District Attorneys to Amend |
| MDL 2179 | 2318 | 5/10/2011 | First Amended Complaint on behalf of Iberia Parish District Attorney |
| MDL 2179 | 2319 | 5/10/2011 | First Amended Complaint on behalf of Lafourche Parish District Attorney |
| MDL 2179 | 2322 | 5/10/2011 | First Amended Complaint on behalf of St. Mary Parish District Attorney |
| MDL 2179 | 2323 | 5/10/2011 | First Amended Complaint on behalf of St. Tammany Parish District Attorney |
| MDL 2179 | 2381 | 5/10/2011 | First Amended Complaint on behalf of Terrebonne Parish District Attorney |

| MDL 2179 | 2442 | 5/20/2011 | MOTION to Dismiss *Bundle C Complaints* by Defendant Dril-Quip, Inc. |
|----------|------|-----------|-----------------------------------------------------------------------|
| MDL 2179 | 2636 | 6/3/2011 | MOTION to Dismiss *the Local Government Master Complaint* by Defendant Cameron International Corporation. |
| MDL 2179 | 2638 | 6/3/2011 | MOTION to Dismiss by Defendant Weatherford U.S., L.P. |
| MDL 2179 | 2642 | 6/3/2011 | MOTION to Dismiss *the Claims of Local Government Entities and the States of Louisiana and Alabama* by Defendant Halliburton Energy Services, Inc. |
| MDL 2179 | 2645 | 6/3/2011 | MOTION to Dismiss the State of Alabama's First Amended Complaint and Consolidated Memorandum in Support of Motions to Dismiss Complaints of the State of Alabama and the State of Louisiana by Anadarko Petroleum Corporation and Anadarko E&P Company LP and MEMORANDUM in Support. |
| MDL 2179 | 2646 | 6/3/2011 | MOTION to Dismiss the State of Louisiana's First Amended Complaint and Consolidated Memorandum in Support of Motions to Dismiss Complaints of the State of Alabama and the State of Louisiana by Anadarko Petroleum Corporation and Anadarko E&P Company LP and MEMORANDUM in Support. |
| MDL 2179 | 2657 | 6/3/2011 | MOTION by Petitioners In Limitation and Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc. and Triton Asset Leasing GmbH to dismiss *Under Rule 12(b)(6) for Local Government Entity C Master Claim In Limitation and the Local Government Entity C Master Complaint* |
| MDL 2179 | 2738 | 6/14/2011 | REPLY IN SUPPORT filed by Defendant Halliburton Energy Services re First MOTION to Dismiss Case, First MOTION to Dismiss Case, First MOTION to Dismiss Case . |
| MDL 2179 | 2741 | 6/14/2011 | REPLY in Support filed by Defendants BP Exploration & Production Inc. and BP America Production Company re MOTION to Dismiss *Certain Governmental Bundle C Complaints*. |

| MDL 2179 | 2742 | 6/14/2011 | REPLY IN SUPPORT filed by Defendant Anadarko Petroleum Corporation re MOTION to Dismiss *the Complaint of the State of Quintana Roo, Republic of Mexico*, MOTION to Dismiss *the Complaint of the State of Veracruz, Republic of Mexico*, MOTION to Dismiss *the Complaint of the State of Tamaulipas, Republic of Mexico* (Pleading Bundle C). |
|---|---|---|---|
| MDL 2179 | 3100 | 6/30/2011 | SUR-REPLY in Opposition to Reply in Support by Plaintiffs, the State of Tamaulipas, the State of Veracruz, and the State of Quintana Roo re Anadarko Petroleum Corporation's MOTION to Dismiss *Voluntary Master Complaint, Cross-Claim, and Third-Party Complaint for Local Government Entities Pursuant to Fed. R. Civ. P. 12(b)(6) ["Pleading Bundle C"]*. |
| MDL 2179 | 3186 | 7/7/2011 | RESPONSE/MEMORANDUM in Opposition filed by All Plaintiffs re MOTION to Dismiss *Pursuant to Fed. R. Civ. P. 12(b)(1) & 12(b)(6) the Local Government Entity Master Complaint*, MOTION to Dismiss Party Petitioners In Limitation and Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc. and Triton Asset Leasing GmbH *Under Rule 12(b)(6) for Local Government Entity C Master, MOTION to Dismiss, MOTION to Dismiss THE VOLUNTARY MASTER COMPLAINT, CROSS-CLAIM, AND THIRD-PARTY COMPLAINT FOR LOCAL GOVERNMENTAL ENTITIES PURSUANT TO FED. R. CIV. P. 12(b)(6) [PLEADING BUNDLE C], MOTION to Dismiss THE VOLUNTARY MASTER COMPLAINT, CROSS-CLAIM, AND THIRD-PARTY COMPLAINT FOR LOCAL GOVERNMENTAL ENTITIES PURSUANT TO FED. R. CIV. P. 12(b)(6) [PLEADING BUNDLE C], MOTION to Dismiss Voluntary Master Complaint, Cross-Claim, and Third-Party Complaint for Local Government Entities Pursuant to Fed. R. Civ. P. 12(b)(6) ["Pleading Bundle C"], MOTION to Dismiss the Local Government Master Complaint.* |
| MDL 2179 | 3203 | 7/8/2011 | RESPONSE/MEMORANDUM in Opposition filed by State Interests re MOTION to Dismiss Case, MOTION to Dismiss, MOTION to Dismiss *the State of Alabama's First Amended Complaint filed by* |

| | | | |
|---|---|---|---|
| | | | *Defendant M-I L.L.C.*, MOTION to Dismiss *the Claims of Local Government Entities and the States of Louisiana and Alabama*, MOTION to Dismiss Case *Pursuant to Rules 12(b)(1) and 12(b)(6) the First Amended Complaints of the States of Louisiana and Alabama*, [2655] MOTION to Dismiss Party Petitioners in Limitation and Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc and Triton Asset Leasing GmbH *Under Rule 12(b)(6) Dismissing State of Alabama's Fir*, [2639] MOTION to Dismiss *First Amended Complaint*, MOTION to Dismiss *Alabama's First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6)The State of Alabama's Brief in Opposition to the Various Defendants' Motions to Dismiss.* |
| MDL 2179 | 3213 | 7/8/2011 | RESPONSE/MEMORANDUM in Opposition filed by Louisiana State re MOTION to Dismiss Case, MOTION to Dismiss *the State of Louisiana's First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6)*, MOTION to Dismiss *the State of Louisiana's First Amended Complaint filed by M-I L.L.C.*, MOTION to Dismiss Party Petitioners In Limitation and Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc. and Triton Asset Leasing GmbH *Under Rule 12(b)(6) for Local Government Entity C Master*, MOTION to Dismiss, MOTION to Dismiss Case, MOTION to Dismiss Party Petitioners in Limitation and Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater, Inc. and Triton Asset Leasing GmbH Under Rule 12(b)(6) Dismissing State of Louisiana's, MOTION to Dismiss the Claims of Local Government Entities and the States of Louisiana and Alabama, [2644] MOTION to Dismiss Case Pursuant to Rules 12(b)(1) and 12(b)(6) the First Amended Complaints of the States of Louisiana and Alabama, MOTION to Dismiss First Amended Complaint, [2651] MOTION to Dismiss Case To Defendants' motions to Dismiss the State of Louisiana's First Amended Complaint |
| MDL 2179 | 3554 | 8/5/2011 | REPLY to Response to Motion filed by Defendant Cameron International Corporation re MOTION to |

| | | | |
|---|---|---|---|
| | | | Dismiss *and Demand for Trial by Jury*, MOTION to Dismiss *First Amended Complaint*, MOTION to Dismiss *the Local Government Master Complaint*, MOTION to Dismiss *First Amended Complaint*. |
| MDL 2179 | 3555 | 8/5/2011 | REPLY to Response to Motion filed by Defendant Halliburton Energy Services, Inc. re MOTION to Dismiss *the Claims of Local Government Entities and the States of Louisiana and Alabama*. |
| MDL 2179 | 3558 | 8/5/2011 | REPLY to Response to Motion filed by Defendant Moex Offshore 2007, LLC re MOTION to Dismiss *THE VOLUNTARY MASTER COMPLAINT, CROSS-CLAIM, AND THIRD-PARTY COMPLAINT FOR LOCAL GOVERNMENTAL ENTITIES PURSUANT TO FED. R. CIV. P. 12(b)(6) [PLEADING BUNDLE C]*. |
| MDL 2179 | 3563 | 8/5/2011 | REPLY to Response to Motion filed by Defendant MOEX USA Corporation re MOTION to Dismiss *THE VOLUNTARY MASTER COMPLAINT, CROSS-CLAIM, AND THIRD-PARTY COMPLAINT FOR LOCAL GOVERNMENTAL ENTITIES PURSUANT TO FED. R. CIV. P. 12(b)(6) [PLEADING BUNDLE C]*. |
| MDL 2179 | 3579 | 8/5/2011 | REPLY in Further Response to Motion filed by Defendant M-I L.L.C. re MOTION to Dismiss *The Local Government Entity Voluntary Master Complaint [Bundle "C"]* |
| MDL 2179 | 3580 | 8/5/2011 | REPLY to Response to Motion filed by Defendant Weatherford U.S., L.P. MOTION to Dismiss. |
| MDL 2179 | 3582 | 8/5/2011 | CONSOLIDATED REPLY in Support of Motions to Dismiss the Amended Complaints of the State of Alabama, the State of Louisiana, and the Voluntary Local Government Entity Master Complaint ["Bundle C"] by Anadarko Petroleum Corporation and Anadarko E&P Company LP |
| MDL 2179 | 3585 | 8/5/2011 | REPLY to Response to Motion filed by Defendants BP Exploration & Production Inc., BP Products North America Inc., BP Corporation North America Inc., BP Company North America Inc., BP America Inc., and BP p.l.c. re MOTION to Dismiss *Pursuant to Fed. R.* |

| | | | |
|---|---|---|---|
| | | | *Civ. P. 12(b)(1) & 12(b)(6) the Local Government Entity Master Complaint.* |
| MDL 2179 | 3830 | 8/26/2011 | ORDER AND REASONS GRANTING IN PART, DENYING IN PART (as set forth in document) Defendants' Motions to Dismiss the B1 Master Complaint. |
| MDL 2179 | 3978 | 09/12/2011 | BRIEF IN RESPONSE by Defendant MOEX USA Corporation re Order Inviting Briefing on Impact of B1 Opinions on Other Motions to Dismiss. |
| MDL 2179 | 3979 | 09/12/2011 | BRIEF IN RESPONSE by Defendant MOEX Offshore 2007 LLC re Order Inviting Briefing on Impact of B1 Opinions on Other Motions to Dismiss. |
| MDL 2179 | 3981 | 09/12/2011 | BRIEF by Defendant Cameron International Corporation re Order Inviting Briefing on Impact of B1 Opinions on Other Motions to Dismiss. |
| MDL 2179 | 3982 | 09/12/2011 | STATEMENT by Defendant Halliburton Energy Services, Inc. re Order Inviting Briefing on Impact of B1 Opinions on Other Motions to Dismiss. |
| MDL 2179 | 3991 | 09/12/2011 | MEMORANDUM by Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP re Order Inviting Briefing on Impact of B1 Opinion on Other Motions to Dismiss. |
| MDL 2179 | 3992 | 09/12/2011 | MEMORANDUM by Defendant Weatherford U.S., L.P. re Order Inviting Briefing on Impact of B1 Opinion on Other Motions to Dismiss. |
| MDL 2179 | 3997 | 09/12/2011 | SUPPLEMENTAL MEMORANDUM filed by Plaintiff Department of Wildlife and Fisheries, (represented by the District Attorneys of Louisiana coastal parishes, Plaquemines, St. Bernard, Orleans, Jefferson, Tammany, Lafourche, Terrebonne, Iberia, St. Mary, St. Charles and Cameron), in Response to Order Inviting Briefing on Impact of B1 Opinion on Other Motions to Dismiss; as to MOTION to Dismiss Case *Pursuant to Rules 12(b)(1) and 12(b)(6) the First Amended Complaints of the States of Louisiana and Alabama.* |
| MDL 2179 | 3998 | 09/12/2011 | MEMORANDUM IN RESPONSE by All Plaintiffs, |

| | | | |
|---|---|---|---|
| | | | Plaintiffs' Liaison Counsel and the Plaintiff Steering Committee re Order Inviting Briefing on Impact of B1 Opinion on Other Motions to Dismiss. |
| MDL 2179 | 4000 | 09/12/2011 | SUBMISSION by Defendant BP re Order Inviting Briefing on Impact of B1 Opinion on Other Motions to Dismiss. |
| MDL 2179 | 4001 | 09/12/2011 | BRIEF by Louisiana State re Order Inviting Briefing on Impact of B1 Opinion on Other Motions to Dismiss. |
| MDL 2179 | 4002 | 09/12/2011 | BRIEF by Defendant M-I L.L.C. re Order Inviting Briefing on Impact of B1 Opinion on Other Motions to Dismiss. |
| MDL 2179 | 4003 | 09/12/2011 | BRIEF by Alabama State re Order Inviting Briefing on Impact of B1 Opinion on Other Motions to Dismiss. |
| MDL 2179 | 4005 | 09/12/2011 | BRIEF IN RESPONSE by Defendants Transocean Offshore Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC and Triton Asset Leasing GmbH re Order Inviting Briefing on Impact of B1 Opinion on Other Motions to Dismiss. |
| MDL 2179 | 4106 | 09/23/2011 | Supplemental Memorandum by State Interests to Response/Reply *The States' Brief on the Effect of the Sovereign Police Power* |
| MDL 2179 | 4107 | 09/23/2011 | JOINT SUPPLEMENTAL BRIEF by Defendants *(Concerning the Effect of the B1 Order on the Pending State and LGE Motions to Dismiss)* |
| MDL 2179 | 4115 | 09/26/2011 | Statement by Defendant *Cameron International Corporation of Joinder in Defendants' Supplemental Brief on State Penalties* |
| MDL 2179 | 4159 | 9/30/2011 | ORDER AND REASONS as to Motions to Dismiss the B3 Master Complaint |
| MDL 2179 | 4578 | 11/14/2011 | ORDER AND REASONS granting in part and denying in part Motions to Dismiss the Complaints of the States of Alabama and Louisiana. |
| MDL 2179 | 4845 | 12/09/2011 | ORDER AND REASONS granting in part and |

| | | | |
|---|---|---|---|
| | | | denying in part Motions to Dismiss the Local Government Entity Master Complaint and other individual actions falling within Pleading Bundle "C" |
| MDL 2179 | 4990 | 12/22/2011 | Joint MOTION to Dismiss *the Complaints Brought on Behalf of the State of Louisiana by the District Attorneys of Cameron, Jefferson, and St. Charles Parishes* by Defendants. |
| MDL 2179 | 5029 | 12/28/2011 | ORDER that Defendants' Joint Motion to Dismiss the Complaints Brought on Behalf of the State of Louisiana by the District Attorneys of Cameron, Jefferson, and St. Charles Parishes, is GRANTED for the reasons stated in the Order and Reasons of December 9, 2011. |
| 10-2771 | 332 | 4/19/2011 | Answer and Claim to Complaint by State of Louisiana by and through the St. Charles Parish District Attorney |
| 10-2771 | 333 | 4/19/2011 | Answer and Claim to Complaint by State of Louisiana by and through the St. Mary Parish District Attorney |
| 10-2771 | 334 | 4/19/2011 | Answer and Claim to Complaint by State of Louisiana by and through the Jefferson Parish District Attorney |
| 10-2771 | 335 | 4/19/2011 | Answer and Claim to Complaint by State of Louisiana by and through the Iberia Parish District Attorney |
| 10-2771 | 336 | 4/19/2011 | Answer and Claim to Complaint by State of Louisiana by and through the St. Tammany Parish District Attorney |
| 10-2771 | 353 | 4/20/2011 | Answer and Claim to Complaint by State of Louisiana by and through the Lafourche Parish District Attorney |
| 10-2771 | 418 | 4/20/2011 | Answer and Claim to Complaint by State of Louisiana by and through Terrebonne Parish District Attorney |
| 10-9999 | 24 | 4/14/2011 | Local Government Short Form Joinder of Cameron Parish District Attorney o/b/o State of Louisiana |
| 10-9999 | 25 | 4/15/2011 | Local Government Short Form Joinder of Orleans Parish District Attorney o/b/o State of Louisiana |
| 10-9999 | 26 | 4/15/2011 | Local Government Short Form Joinder of |

| | | | |
|---|---|---|---|
| | | | Plaquemines Parish District Attorney o/b/o State of Louisiana |
| 10-9999 | 30 | 4/18/2011 | Local Government Short Form Joinder of St. Bernard Parish District Attorney o/b/o State of Louisiana |
| 10-9999 | 43 | 4/18/2011 | Local Government Short Form Joinder of St. Mary Parish District Attorney o/b/o State of Louisiana |
| 10-9999 | 44 | 4/18/2011 | Local Government Short Form Joinder of St. Tammany Parish District Attorney o/b/o State of Louisiana |
| 10-9999 | 45 | 4/18/2011 | Local Government Short Form Joinder of Iberia Parish District Attorney o/b/o State of Louisiana |
| 10-9999 | 57 | 4/19/2011 | Local Government Short Form Joinder of Terrebonne Parish District Attorney o/b/o State of Louisiana |
| 10-9999 | 72 | 4/19/2011 | Local Government Short Form Joinder of Jefferson Parish District Attorney o/b/o State of Louisiana |
| 10-9999 | 74 | 4/19/2011 | Local Government Short Form Joinder of St. Charles Parish District Attorney o/b/o State of Louisiana |
| 10-9999 | 112 | 4/20/2011 | Local Government Short Form Joinder of Lafourche Parish District Attorney o/b/o State of Louisiana |
| 10-1156 | 275 | 7/13/10 | Memorandum in Opposition to Motion to Remand to State Court by Plaintiff Louisiana State. |
| 10-1156 | 304 | 7/16/10 | MOTION to Remand to State Court by Plaintiff Louisiana State. |
| 10-1156 | 309 | 7/16/10 | MOTION to Remand to State Court by Plaintiff Louisiana State. |
| 10-1156 | 350 | 7/20/10 | Reply in Support of MOTION to Remand to State Court by Plaintiff Louisiana State. |
| 10-1156 | 401 | 7/27/10 | Memorandum by BP America, Inc., BP Exploration & Production, Inc., BP Products North America, Inc. *in Opposition to Plaintiffs' Motions to Remand to State Court (Parishes of Lafourche, Terrebonne, and St. Tammany)* |

| 10-1757 | 1 | 6/17/2010 | NOTICE OF REMOVAL from 17th Judicial District Court, Parish of Lafourche, case number 115280 filed by BP Products North America, Inc., BP plc, BP Exploration & Production, Inc., BP America, Inc. |
|---|---|---|---|
| 10-1757 | 9 | 7/15/2010 | MOTION to Remand to State Court by Louisiana State. |
| 10-1757 | 16 | 12/09/2011 | ORDER AND REASONS granting Motions to Dismiss, with respect to the Louisiana Parish DA Cases. |
| 10-1757 | 17 | 1/4/2012 | NOTICE OF APPEAL by Louisiana State as to Order Dismissing Case. |
| 10-1758 | 1 | 6/17/10 | NOTICE of REMOVAL from 25th JDC, Parish of Plaquemines, State of Louisiana |
| 10-1758 | 7 | 6/25/2010 | Motion to Remand to State Court by Louisiana State. |
| 10-1758 | 16 | 8/18/10 | PRETRIAL ORDER #1 |
| 10-1758 | 17 | 8/18/10 | AMENDED PRETRIAL ORDER # 1 |
| 10-1758 | 18 | 12/09/11 | ORDER AND REASONS granting Motions to Dismiss, with respect to the Louisiana Parish DA Cases |
| 10-1758 | 19 | 12/22/11 | NOTICE OF APPEAL by Louisiana State as to Order Dismissing Case |
| 10-1759 | 1 | 6/17/10 | NOTICE of REMOVAL from 32nd JDC, Terrebonne Parish, State of Louisiana |
| 10-1759 | 14 | 8/18/10 | PRETRIAL ORDER #1 |
| 10-1759 | 15 | 8/18/10 | AMENDED PRETRIAL ORDER # 1 |
| 10-1759 | 16 | 12/9/11 | ORDER AND REASONS granting Motions to Dismiss, with respect to the Louisiana Parish DA Cases |
| 10-1759 | 17 | 1/5/12 | NOTICE OF APPEAL by Louisiana State as to Order Dismissing Case |
| 10-1760 | 1 | 6/17/2010 | NOTICE of REMOVAL from 22nd JDC, St. |

| | | | |
|---|---|---|---|
| | | | Tammany, State of Louisiana |
| 10-1760 | 13 | 8/18/2010 | PRETRIAL ORDER #1 |
| 10-1760 | 14 | 8/18/2010 | AMENDED PRETRIAL ORDER # 1 |
| 10-1760 | 15 | 12/9/2011 | ORDER AND REASONS granting Motions to Dismiss, with respect to the Louisiana Parish DA Cases |
| 10-1760 | 16 | 1/5/2012 | NOTICE OF APPEAL by Louisiana State as to Order Dismissing Case |
| 10-2087 | 1 | 7/26/2010 | NOTICE of REMOVAL from 34th JDC, St. Bernard Parish, State of Louisiana |
| 10-2087 | 9 | 8/18/2010 | PRETRIAL ORDER #1 |
| 10-2087 | 10 | 8/18/2010 | AMENDED PRETRIAL ORDER # 1 |
| 10-2087 | 11 | 12/9/2011 | ORDER AND REASONS granting Motions to Dismiss, with respect to the Louisiana Parish DA Cases |
| 10-2087 | 12 | 1/4/2012 | NOTICE OF APPEAL by Louisiana State as to Order Dismissing Case |
| 10-2731 | 1 | 8/12/2010 | NOTICE of REMOVAL from Civil District Court for Parish of Orleans, State of Louisiana |
| 10-2731 | 6 | 8/17/2010 | PRETRIAL ORDER #1 |
| 10-2731 | 7 | 8/17/2010 | AMENDED PRETRIAL ORDER # 1 |
| 10-2731 | 8 | 12/9/2011 | ORDER AND REASONS granting Motions to Dismiss, with respect to the Louisiana Parish DA Cases |
| 10-2731 | 9 | 12/22/2011 | NOTICE OF APPEAL by Louisiana State as to Order Dismissing Case |
| 10-2996 | 1 | 9/13/2010 | Case transferred in from Western District of Louisiana (Lafayette); Case Number 6:10-991. (Attachments: # 1 Notice of Removal, # 2 State Court |

| | | | |
|---|---|---|---|
| | | | Pleadings, # 3 Docket Sheet USDC-WDLA (Lafayette), # 4 Pretrial Order #1)[1] |
| 10-2996 | 2 | 12/9/2011 | ORDER AND REASONS granting Motions to Dismiss, with respect to the Louisiana Parish DA Cases |
| 10-2996 | 3 | 1/5/2012 | NOTICE OF APPEAL by Louisiana State as to Order Dismissing Case |
| 10-2997 | 1 | 9/13/2010 | Case transferred in from Western District of Louisiana (Lafayette); Case Number 6:10-992. (Attachments: # 1 Notice of Removal, # 2 State Court Pleadings, # 3 Docket Sheet USDC-WDLA (Lafayette), # 4 Pretrial Order #1) |
| 10-2997 | 2 | 12/9/2011 | ORDER AND REASONS granting Motions to Dismiss, with respect to the Louisiana Parish DA Cases |
| 10-2997 | 3 | 1/5/2012 | NOTICE OF APPEAL by Louisiana State as to Order Dismissing Case |
| 11-1106 | 1 | 5/10/2011 | NOTICE of REMOVAL from 29th JDC, St. Charles Parish, State of Louisiana |
| 11-1106 | 4 | 5/12/2011 | PRETRIAL ORDERS #1, 11, 12, 25, 31, & 32 |
| 11-1106 | 5 | 12/28/2011 | Order that Defendants' Joint Motion to Dismiss the Complaints Brought on Behalf of the State of Louisiana by the District Attorneys of Cameron, Jefferson, and St. Charles Parishes is GRANTED |
| 11-1106 | 6 | 1/5/2012 | NOTICE OF APPEAL by Louisiana State as to Order Dismissing Case |
| 11-1113 | 1 | 5/11/2011 | NOTICE of REMOVAL from 24th JDC, Jefferson Parish, State of Louisiana |
| 11-1113 | 4 | 5/12/2011 | PRETRIAL ORDERS #1, 11, 12, 25, 31, & 32 |
| 11-1113 | 5 | 12/28/2011 | Order that Defendants' Joint Motion to Dismiss the Complaints Brought on Behalf of the State of |

---

[1]   Attachment #3 appears on Pacer as the docket sheet for a different case (10-326, M.D. La.).

| | | | Louisiana by the District Attorneys of Cameron, Jefferson, and St. Charles Parishes is GRANTED |
|---|---|---|---|
| 11-1113 | 6 | 1/5/2012 | NOTICE OF APPEAL by Louisiana State as to Order Dismissing Case |
| 11-1480[2] | 1 | 6/23/2011 | Case transferred from the W.D. La. (with attachments) |
| 11-1480 | 3 | 12/28/2011 | Order that Defendants' Joint Motion to Dismiss the Complaints Brought on Behalf of the State of Louisiana by the District Attorneys of Cameron, Jefferson, and St. Charles Parishes is GRANTED |

**Documents from Cases Transferred to MDL 2179 by the JPML**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 10-991 (W.D. La.) | 7 | 7/16/2010 | MOTION to Remand to State Court by Plaintiff Louisiana State |
| 10-991 (W.D. La.) | 17 | 8/6/2010 | Memorandum in opposition to MOTION to Remand to State Court by Plaintiff Louisiana State |
| 10-991 (W.D. La.) | 21 | 9/13/2010 | Order for MDL Litigation Transfer CTO 1 |
| 10-992 (W.D. La.) | 5 | 7/16/2010 | MOTION to Remand to State Court by Plaintiff Louisiana State |
| 10-992 (W.D. La.) | 12 | 8/6/2010 | Memorandum in opposition to MOTION to Remand to State Court by Plaintiff Louisiana State |
| 10-992 (W.D. La.) | 19 | 9/13/2010 | Order for MDL Litigation Transfer CTO 1 |

---

[2]    The parties have included record designations related to Case No. 11-1480 although the Cameron Parish District Attorney did not file a timely Notice of Appeal.  By including Cameron-specific material in these designations, BP does not waive any rights that it has to object to Cameron's appeal as untimely.

Dated:  January 31, 2012                    Respectfully submitted,

                                            /s/ Don K. Haycraft
                                            Don K. Haycraft (Bar #14361)
                                            R. Keith Jarrett (Bar #16984)
                                            Liskow & Lewis
                                            701 Poydras Street, Suite 5000
                                            New Orleans, Louisiana 70139-5099
                                            Telephone: (504) 581-7979
                                            Facsimile: (504) 556-4108

                                            and

                                            Richard C. Godfrey, P.C.
                                            J. Andrew Langan, P.C.
                                            Elizabeth A. Larsen
                                            Kirkland & Ellis LLP
                                            300 North LaSalle Street
                                            Chicago, IL 60654
                                            Telephone: (312) 862-2000
                                            Facsimile: (312) 862-2200


                                            Jeffrey Bossert Clark
                                            Kirkland & Ellis LLP
                                            655 Fifteenth Street, N.W.
                                            Washington, D.C. 20005
                                            Telephone: (202) 879-5000


                                            Robert C. "Mike" Brock
                                            Covington & Burling LLP
                                            1201 Pennsylvania Avenue, NW
                                            Washington, DC 20004-2401
                                            Telephone: (202) 662-5985

                                            **Attorneys for BP Exploration & Production Inc.,
                                            BP p.l.c., BP Products North America Inc., and
                                            BP America Inc.**

BINGHAM McCUTCHEN, LLP

/s/ James J. Dragna
James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue, Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

Ky E. Kirby
ky.kirby@bingham.com
David B. Salmons
david.salmons@bingham.com
Michael B. Wigmore
michael.wigmore@bingham.com
Warren Anthony Fitch
tony.fitch@bingham.com
Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. ( La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-0696

***Attorneys for Anadarko Petroleum Corporation and
Anadarko E&P Company, LP***

*/s/ Russell S. Post*

| | |
|---|---|
| Russell S. Post | Phillip A. Wittmann, 13625 |
| *rpost@brsfirm.com* | *pwittmann@stonepigman.com* |
| David J. Beck, T.A. | Carmelite S. Bertaut, 3054 |
| *dbeck@brsfirm.com* | *cbertaut@stonepigman.com* |
| Robert D. Daniel | STONE PIGMAN WALTHER |
| *BDDaniel@brsfirm.com* | WITTMANN L.L.C. |
| BECK, REDDEN & SECREST, L.L.P. | 456 Carondelet Street |
| One Houston Center | New Orleans, Louisiana  70130 |
| 1221 McKinney St., Suite 4500 | Phone: (504) 581-3200 |
| Houston, TX 77010 | Fax: (504) 581-3361 |
| Phone: (713) 951-3700 | |
| Fax: (713) 951-3720 | |

***Attorneys for Cameron International Corporation***

**GODWIN RONQUILLO PC**

**By:**  /s/  *Donald E. Godwin*
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
DGodwin@GodwinRonquillo.com

Bruce W. Bowman, Jr.
State Bar No. 02752000
BBowman@GodwinRonquillo.com
Jenny L. Martinez
State Bar No. 24013109
JMartinez@GodwinRonquillo.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
FHartley@GodwinRonquillo.com
Gavin E. Hill
State Bar No.  00796756
GHill@GodwinRonquillo.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

and

R. Alan York
State Bar No. 22167500
AYork@GodwinRonquillo.com
Jerry C. von Sternberg
State Bar No.  20618150
JVonSternberg@GodwinRonquillo.com
Misty Hataway-Coné
State Bar No.  24032277
MCone@GodwinRonquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone:  713.595.8300
Facsimile:  713.425.7594

***Attorneys For Defendant Halliburton Energy
Services, Inc.***

By:____/s/ Steven L. Roberts_____
Steven L. Roberts (Texas, No. 17019300)
Rachel Giesber Clingman (Texas, No. 00784125)
Kent C. Sullivan (Texas, No. 19487300)
Sutherland Asbill & Brennan LLP
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 470-6100
Facsimile: (713) 654-1301
Email: steven.roberts@sutherland.com,
rachel.clingman@sutherland.com,
kent.sullivan@sutherland.com

By:____/s/ Kerry J. Miller_____
Kerry J. Miller (Louisiana, No. 24562)
Frilot, L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8169
Facsimile: (504) 599-8154
Email: kmiller@frilot.com

-and-

By:____/s/ Edwin G. Preis, Jr._____
Edwin G. Preis, Jr. (Louisiana, No. 10703)
Richard J. Hymel (Louisiana, No. 20230)
Preis & Roy PLC
102 Versailles Boulevard, Suite 400
Lafayette, Louisiana 70501
Telephone: (337) 237-6062
Facsimile: (337) 237-9129

-and-

601 Poydras Street, Suite 1700
New Orleans, Louisiana 70130
Telephone: (504) 581-6062
Facsimile: (504) 522-9129
Email: egp@preisroy.com, rjh@preisroy.com

Of Counsel:

John M. Elsley (Texas, No. 0591950)
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone: (713) 224-8380
Facsimile: (713) 225-9945
Email: john.elsley@roystonlaw.com

Daniel O. Goforth (Texas, No. 08064000)
Goforth Geren Easterling LLP
4900 Woodway, Suite 750
Houston, Texas 77056
Telephone: (713) 650-0022
Facsimile: (713) 650-1669

Email: dangoforth@goforthlaw.com

Brad D. Brian (California, No. 79001)
Allen M. Katz (California, No. 054933)
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5180, (213) 683-4018
Email: brad.brian@mto.com, allen.katz@mto.com

*Counsel for Triton Asset Leasing GmbH,
Transocean Holdings LLC, Transocean
Offshore Deepwater Drilling Inc. and
Transocean Deepwater Inc.*

/s/  Glenn G. Goodier
GLENN G. GOODIER (#06130)
RICHARD D. BERTRAM (#17881)
LANCE M. SANNINO (#29409)
JONES, WALKER, WAECHTER, POITEVENT,
   CARRÈRE & DENÈGRE, L.L.P.
201 St. Charles Avenue. 48th Floor
New Orleans, Louisiana  70170-5100
Telephone:      (504) 582-8174
Facsimile:      (504) 589-8174
ggoodier@joneswalker.com
rbertram@joneswalker.com
lsannino@joneswalker.com

MICHAEL G. LEMOINE, T.A. (#8308)
GARY J. RUSSO (#10828)
DOUGLAS C. LONGMAN, JR. (#8719)
JONES, WALKER, WAECHTER, POITEVENT,
   CARRÈRE & DENÈGRE, L.L.P.
600 Jefferson Street, Suite 1600
Lafayette, Louisiana  70501-5100
Telephone:      (337) 593-7624
mlemoine@joneswalker.com
grusso@joneswalker.com
dlongman@joneswalker.com

**Counsel for Weatherford U.S., L.P. and
Weatherford International, Inc.**

 /s/ Richard G. Passler

Peter J. Butler, Jr. (Bar #18522)
Richard G. Passler (Bar #21006)
**BREAZEALE, SACHSE & WILSON, L.L.P.**
909 Poydras Street, Suite 1500
New Orleans, Louisiana 70112
Telephone: (504) 584-5454
Facsimile:  (504) 584-5452

*Appointed Counsel by District Attorney for*
*the Parish of St. Bernard, State of Louisiana*


John F. Rowley (Bar #02245)
1101 W. St. Bernard Highway
P. O. Box 947
Chalmette, Louisiana 70044-0947
Telephone:  (504) 271-1811
Facsimile:  (504) 279-2874

*District Attorney for the Parish of St. Bernard*

CAMILLE A. "CAM" MORVANT II (LA Bar No.01496)
**DISTRICT ATTORNEY, PARISH OF LAFOURCHE,
STATE OF LOUISIANA**
103 Maronge Street, Suite A
Thibodaux, Louisiana 70301
Phone: 985-446-5810

and

<u>/s/ Walter J. Leger, Jr.</u>
WALTER J. LEGER, JR, (LA Bar No. 8278)
FRANKLIN G. SHAW (LA Bar No. 1594)
CHRISTINE E. SEVIN (LA Bar No. 32683)
LEGER & SHAW
600 Carondelet Street, Ninth Floor
New Orleans, Louisiana 70130
Phone: 504-588-9043

**SPECIAL COUNSEL TO THE DISTRICT
ATTORNEY, PARISH OF LAFOURCHE**

Joseph L. Waitz, Jr. (LA Bar #17848)
**DISTRICT ATTORNEY, TERREBONNE PARISH**
220 Courthouse Annex
7865 Main St.
Houma, Louisiana 70360
(985) 873-6500 Telephone
(985) 873-6510 Facsimile

and

/s/ Stanwood R. Duval
C. Berwick Duval, II (LA Bar #5109)
Stanwood R. Duval (LA Bar #27732)
**DUVAL, FUNDERBURK, SUNDBERY,
LOVELL & WATKINS**
101 Wilson Ave.
P. O. Box 3017
Houma, Louisiana 70361
(985) 876-6410 Telephone
(985) 851-1490 Facsimile

Charles C. Bourque, Jr. (LA Bar #20118)
**ST. MARTIN & BOURQUE**
4084 Highway 311
Post Office Box 2017
Houma, Louisiana 70361

**SPECIAL COUNSEL TO THE DISTRICT
ATTORNEY, PARISH OF TERREBONNE**

s/ *Stephen B. Murray, Jr.*
Stephen B. Murray, Jr. (23877)
*smurrayjr@murray-lawfirm.com*
Stephen B. Murray (9858)
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
T: 504.525.8100

**Counsel for the District Attorneys of Plaquemines
and Orleans Parishes**

/s *Tom W. Thornhill*
Tom W. Thornhill, #12776
*tom@thornhilllawfirm.com*
Thornhill Law Firm, A PLC
1308 Ninth Street
Slidell, Louisiana 70458
Telephone:  (985) 641-5010
Facsimile:  (985) 641-5011

**Counsel for the District Attorneys of Iberia, St.
Tammany, and St. Mary Parishes**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 31st day of January, 2012.

/s/ Don K. Haycraft
Don K. Haycraft