UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 2179 |
| IN RE: OIL SPILL by the OIL RIG | : | |
| "DEEPWATER HORIZON" in the | : | |
| GULF OF MEXICO, on | : | |
| APRIL 20, 2010 | : | SECTION: J |
| | : | |
| Applies to: *All Cases* | : | JUDGE BARBIER |
| | : | |
| (Including No. 10-2771) | : | MAG. JUDGE SHUSHAN |

PLAINTIFFS' OBJECTIONS TO
AND/OR CLARIFICATION OF PHASE ONE TRIAL STIPULATIONS

NOW COME Plaintiffs, through Co-Liaison Counsel and the Plaintiffs' Steering Committee, and respectfully state their objections to and/or clarifications of the Phase One Trial Stipulations:

**Stipulations Nos. 3-5:** [1]

While Plaintiffs do not dispute the limited statements contained within Stipulations Nos. 3-5, the Regulations in effect on April 20, 2010 required operators to "take necessary precautions to keep wells under control at all times" including the mandate to "use the best available and safest drilling technology to monitor and evaluate well conditions and to minimize the potential for the well to flow."  30 C.F.R. ¶250.401(a) (eff. to Sept. 30, 2011).   In addition, the Regulations required operators, before displacing the riser with seawater, to "maintain sufficient hydrostatic pressure or take other suitable precautions to compensate for the reduction in pressure and to maintain a safe and controlled well condition." 30 C.F.R. ¶250.442(e) (eff. Aug. 14, 2006 thru Oct. 13, 2010).

---

[1] The Stipulation Nos. referenced herein correspond to the "master" spreadsheet circulated by Mr. Duffy at or around 6:26 pm central on January 30, 2012.

**Stipulations Nos. 8-23, 97 and 99:**

While Plaintiffs have no evidence to dispute the fact that the U.S. Government approved such applications, notifications or other forms, Plaintiffs do dispute and object to the implication that such documents were complete, accurate and/or otherwise complied with all statutory and/or regulatory requirements and/or authorities.

**Stipulations Nos. 30-57, 63-90 and 146-154:**

Plaintiffs believe that, in light of the Court's B1 and B3 Orders, Anadarko's Motion *in Limine,* the United States' Motion for Summary Judgment, and the Court's Order dismissing Dril-Quip, these stipulations are irrelevant to Phase One of the Limitation and Liability Trial.

**Stipulation No. 109:**

Plaintiffs object to this stipulation because it does not adequately define whether the BOP "comprised" these component parts as originally designed and manufactured, or on April 20, 2010, or at some other point in time.

This 31st day of January, 2012.


Respectfully submitted,


/s/   Stephen J. Herman                       /s/ James Parkerson Roy
**Stephen J. Herman**, La. Bar No. 23129      **James Parkerson Roy**, La. Bar No.11511
**HERMAN HERMAN KATZ &COTLAR LLP**            **DOMENGEAUX WRIGHT ROY &EDWARDS LLC**
820 O'Keefe Avenue                            556 Jefferson Street, Suite 500
New Orleans, Louisiana 70113                  Lafayette, Louisiana  70501
Telephone: (504) 581-4892                     Telephone: (337) 233-3033
Fax No. (504) 569-6024                        Fax No. (337) 233-2796
E-Mail: sherman@hhkc.com                      E-Mail: jimr@wrightroy.com
*Plaintiffs Liaison Counsel*                  *Plaintiffs Liaison Counsel*

**PLAINTIFFS' STEERING COMMITTEE**

Brian H. Barr
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
    ECHSNER & PROCTOR, PA
316 South Baylen St., Suite 600
Pensacola, FL 32502-5996
Office: (850) 435-7045
Telefax: (850) 436-6187
E-Mail: bbarr@levinlaw.com

Jeffrey A. Breit
BREIT DRESCHER & IMPREVENTO
Towne Pavilion Center II
600 22nd Street, Suite 402
Virginia Beach, Virginia 23451
Office: (757) 670-3888
Telefax: (757) 670-3895
E-Mail: jbreit@bdbmail.com

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA   94111-3339
Office: (415) 956-1000
Telefax: (415) 956-1008
E-Mail: ecabraser@lchb.com

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA & TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA  70037
Office: (504) 394-9000
Telefax: (504) 394-9110
E-Mail: pcossich@cossichlaw.com

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC 1601 Dauphin Street,
P. O. Box 66705
Mobile, AL  36660
Office: (251) 471-6191
Telefax: (251) 479-1031

Robin L. Greenwald
WEITZ & LUXENBERG, PC
700 Broadway
New York, NY  10003
Office: (212) 558-5802
Telefax: (212) 344-5461
E-Mail: rgreenwald@weitzlux.com

Rhon E. Jones
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P. C.
218 Commerce St., P.O. Box 4160
Montgomery, AL 36104
Office: (334) 269-2343
Telefax: (334) 954-7555
E-Mail: rhon.jones@beasleyallen.com

E-Mail: rtc@cunninghambounds.com

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A. 188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399 E-Mail: mike@mikespy.com

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW Denham Springs, LA  70726
Office: (225) 664-4193
Telefax: (225) 664-6925
E-Mail: calvinfayard@fayardlaw.

Ervin A. Gonzalez
COLSON HICKS EIDSON 255 Alhambra Circle, Penthouse Coral Gables, FL 33134
Office: (305) 476-7400
Telefax: (305) 476-7444
E-Mail: ervin@colson.com

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU & SOUTH, LLP
501 Broad Street
Lake Charles, LA  70601
Office:  (337) 439-0707
Telefax: (337) 439-1029
E-Mail: mlundy@lundylawllp.com

Michael C. Palmintier
deGRAVELLES,  PALMINTIER, HOLTHAUS & FRUGE'
618 Main Street
Baton Rouge, LA  70801-1910
Office:  (225) 344-3735
Telefax: (225) 344-0522
E-Mail: mpalmintier@dphf-law.com

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW & ABRAMSON
601 Poydras Street, Suite 2615 New Orleans, LA  70130
Office:  (504) 588-1500
Telefax:  (504) 588-1514
E-Mail: sterbcow@lksalaw.com

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Office:  (214) 521-3605
Telefax: (214) 599-1172
E-Mail: ssummy@baronbudd.com

Mikal C. Watts
WATTS GUERRA CRAFT, LLP
Four Dominion Drive, Building 3, Suite 100 San Antonio, TX 78257
Office: (210) 447-0500
Telefax: (210) 447-0501
E-Mail: mcwatts@wgclawfirm.com

Conrad S.P. "Duke" Williams
WILLIAMS LAW GROUP 435 Corporate Drive, Suite 101 Maison Grand Caillou Houma, Louisiana 70360 Office: (985) 876-7595 Fax No. (985) 876-7594
E-Mail: duke@williamslawgroup.org

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.  Mount Pleasant, SC 29464
Office: (843) 216-9159
Fax No. (843) 216-9290
E-Mail: jrice@motleyrice.com

**CERTIFICATE OF SERVICE**

      We Hereby Certify that these Objections and Clarifications will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 31st day of January, 2012.

                                                  s/  James Parkerson Roy and Stephen J. Herman