UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on APRIL 20, 2010 | * | SECTION J/1 |
| | * | |
| This document relates to: | * | JUDGE CARL J. BARBIER |
| | * | |
| CIVIL ACTION NUMBER: 11-cv-1480 | * | MAJ. JUDGE SALLY SHUSHAN |
| * * * * * * * * * * * * * * * * * | * | |

**MOTION FOR EXTENSION OF TIME TO FILE UNTIMELY NOTICE OF APPEAL**

**NOW INTO COURT**, through undersigned counsel comes The State of Louisiana, by and through Cecil J. Sanner, the Cameron Parish District Attorney (hereinafter "Cameron Parish"), who for the reasons articulated in the following Memorandum in Support respectfully requests that this Honorable Court grant an extension of time by which to file its Notice of Appeal in the above captioned matter.  Movant requests the extension of time to be the later of 30 days after the period of time prescribed in Federal Rule of Appellate Procedure Rule 4(a)(1)(A) or 14 days after the date the order granting this motion is entered.

Counsel for Movant has contacted counsel for Non-Movant seeking the consent or opposition for the filing of this motion or the relief requested herin.  Non-Movant has advised Movant that it is reserving its position with respect to these matters.

Respectfully submitted, this  1st   day of February, 2012.

Respectfully submitted,

/s/ David A. Parsiola
**COSSICH, SUMICH, PARSIOLA & TAYLOR**
Philip F. Cossich, Jr. (1788)
*pcossich@cossichlaw.com*
David A. Parsiola (21005)
*dparsiola@cossichlaw.com*
Darin S. Britt (31639)
*dbritt@cossichlaw.com*
8397 Highway 23, Suite 100
Belle Chasse, Louisiana 70037
T: 504.394.9000  F: 504 394 9100

Cecil Sannner (11713)
CAMERON PARISH DISTRIC ATTORNEY
P.O. Box 280
Cameron, Louisiana 70631
T: 337 775 5720
F  337 775 8152

**COUNSEL FOR CAMERON PARISH
DISTRICT ATTORNEY CECIL SANNER**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Notice of Appeal** has been served on All Counsel by electronically uploading the same to LexisNexis File & Served in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this  1st  day of February, 2012.

/s/ David A. Parsiola
David A. Parsiola