UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL 2179<br><br>SECTION J/1 |
| This document relates to: | * * | JUDGE CARL J. BARBIER |
| CIVIL ACTION NUMBER: 11-cv-1480 | * | MAJ. JUDGE SALLY SHUSHAN |

## ORDER

Considering the foregoing Motion for Extension of Time to File Untimely Notice of Appeal and Memorandum in Support of said Motion:

IT IS ORDERED that The State of Louisiana, by and through Cecil J. Sanner, the Cameron Parish District Attorney be granted an extension of time to file its Notice of Appeal. The extension of time shall be the later of 30 days after the prescribed time or 14 days after the date when the order granting the motion is entered pursuant to Federal Rule of Appellate Procedure Rule 4(a)(5)(C).

_____
HON. CARL J. BARBIER, DISTRICT JUDGE