UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 <br><br> SECTION: J |
| THIS DOCUMENT RELATES TO: <br><br> *ALL CASES IN PLEADING BUNDLE SECTION III.B(3)* | JUDGE BARBIER <br><br> MAG. JUDGE SHUSHAN |

**AIRBORNE SUPPORT'S RESPONSE TO THE COURT'S WORKING GROUP CONFERENCE ORDER [DOC. 5327]**

Defendants AIRBORNE SUPPORT, INC. and AIRBORNE SUPPORT INTERNATIONAL, INC. (collectively "Airborne Support" or "Defendants"), respond to the Court's Working Group Conference Order [Doc. 5327] listing the attorneys who may appear for the Phase One Trial in the above matter as follows:

1. Frank X. Neuner
2. Ben L. Mayeaux
3. Jed M. Mestayer
4. Jeffrey K. Coreil

Respectfully submitted,

LABORDE & NEUNER

BY: _____/s/ Ben L. Mayeaux_____
Frank X. Neuner, Jr.   (#7674)
Ben L. Mayeaux  (#19041)
Jed M. Mestayer  (#29345)
One Petroleum Center, Suite 200
1001 W. Pinhook Rd.
Lafayette, Louisiana 70503
Tel:   (337) 237-7000
Fax:   (337) 233-9450

*Attorneys for Airborne Support, Inc. and Airborne International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing response has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, which will send a notice in accordance with the procedures established in MDL 2179, on this 1st day of February, 2012.

_____/s/ Ben L. Mayeaux_____
COUNSEL