# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL No. 2179 |
| | | SECTION: J |
| | | JUDGE BARBIER |
| This Document Relates to: *All cases, 10-2771, and 10-4536* | * * | MAGISTRATE SHUSHAN |

## UNITED STATES' OBJECTIONS TO
## PHASE ONE TRIAL STIPULATIONS

Pursuant to Order Re Working Group Conference on January 27, 2012 [5476] ¶ 10, the United States hereby supplies its objections to the Phase One Trial Stipulations. This responds to the "Master" version distributed on January 30, 2012, 07:26 PM, by Mr. Duffy. Except as otherwise noted below, the United States takes no position on the stipulations (*i.e.*, does not object to, and will not challenge, the stipulated fact, but is unable to agree).

**Stipulations related to Anadarko or MOEX**  The United States notes that several of these proposed stipulations are similar or identical to Requests for Admissions that the United States previously denied.

        Disagree:    28 - 34, 37 - 41, 57 - 58, 61 - 66, 69 - 73, 89 - 90.

        Agree:    26 - 27, 59 - 60.

**Other Stipulations**

        Agree:    1 & 2 (change "Mineral" to "Minerals"), 3 - 5, 8 - 12, 15 - 22

        Disagree:    13, 14, 23.

1

|  | Respectfully Submitted: |
|---|---|
| IGNACIA S. MORENO | TONY WEST |
| Assistant Attorney General | Assistant Attorney General |
| Environment & Natural Resources Division | Civil Division |
| /s/ Steven O'Rourke | /s/ R. Michael Underhill |
| STEVEN O'ROURKE | R. MICHAEL UNDERHILL, T.A. |
| Senior Attorney | Attorney in Charge, West Coast Office |
| Environmental Enforcement Section | Torts Branch, Civil Division |
| U.S. Department of Justice | U.S. Department of Justice |
| P.O. Box 7611 | 7-5395 Federal Bldg, Box 36028 |
| Washington, D.C. 20044 | 450 Golden Gate Avenue |
| Telephone: 202-514-2779 | San Francisco, CA 94102-3463 |
| Facsimile: 202-514-2583 | Telephone: 415-436-6648 |
| E-mail: steve.o'rourke@usdoj.gov | E-mail: mike.underhill@usdoj.gov |

Attorneys for the UNITED STATES OF AMERICA