UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Halliburton's Motion to Exclude Evidence Relating to Testing of Cement Blends Using Non-Rig Samples (Rec. doc. 5138)]**

Halliburton filed a motion to exclude evidence relating to testing of cement blends using non–rig samples performed by CSI Technologies Laboratory and Chevron after the incident. Rec. doc. 5138. If granted, the motion would exclude evidence of non-rig sampling that Halliburton performed. The motion is opposed by the U.S., Transocean, BP and PSC. Rec. docs. 5244, 5249, 5252 and 5286. Halliburton submitted a reply. Rec. doc. 5366.

For the reasons presented by the parties opposing Halliburton's motion,

IT IS ORDERED that Halliburton's motion to exclude evidence relating to testing of cement blends using non–rig samples (Rec. doc. 5138) is DENIED.

New Orleans, Louisiana, this 1st day of February, 2012.

CARL J. BARBIER
United States District Judge