

U.S. Department of Justice

**Civil Division, Torts Branch**
**Admiralty & Aviation**
**P.O. Box 36028**
**450 Golden Gate Avenue**
**San Francisco, CA 94102-3463**
*Overnight Delivery Address:*
*7th Floor, Room 7-5395*
*450 Golden Gate Avenue*
*San Francisco, CA 94102-3463*

Telephone: (415) 436-6648
Facsimile: (415) 436-6632
Email: mike.underhill@usdoj.gov

Via E-Mail                                   February 1, 2012

The Honorable Sally Shushan
United States Magistrate Judge
500 Poydras Street, Room B-345
New Orleans, Louisiana 70130

　　　Re:　United States' Request to Permit Parties to Add Photographs of Drill Pipe
　　　　　Segments to Final Trial Exhibit Lists After January 13, 2012

Dear Magistrate Judge Shushan:

　　　During the January 27th Working Group Conference, the United States requested clarification of the Court's January 26th Order "Regarding Motions *in Limine* to Exclude Evidence of the Joint Investigation Report and Testimony." [Docket 5448.] Specifically, we requested clarification to ensure that the parties would be able to introduce photographs, videos, testing data, *etc.*, from the *Deepwater Horizon* BOP "Phase 1" forensic examination conducted by *Det Norske Veritas* (DNV). In its January 31st letter to the Court [Docket 5546], BP joined the United States' request. We agree with the request generally outlined in BP's letter, which we understand does not request admissibility of any DNV findings, conclusions, recommendations, or reports, *etc.*, to the JIT regarding its BOP forensic examination or, alternatively, the JIT Reports themselves.

　　　We thank the Court for its consideration.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　R. Michael Underhill
　　　　　　　　　　　　　　　　　　Attorney in Charge
　　　　　　　　　　　　　　　　　　Dept. Of Justice, Torts Branch
　　　　　　　　　　　　　　　　　　West Coast and Pacific Rim Office

-2-

cc: (via e-mail)
    Plaintiffs' Liaison Counsel
    States' Coordinating Counsel
    Defendants' Liaison Counsel
    Steve O'Rourke, DOJ, ENRD
    Ben Alums
    Mike O'Keefe
    Paul Sterbcow
    Robert Cunningham
    Jimmy Williamson