

Frilot L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Phone: 504.599.8000
Facsimile: 504.599.8100
www.frilot.com

**Kerry J. Miller**
**Telephone: (504) 599-8194**
**Facsimile: (504) 599-8145**
**E-mail: kmiller@frilot.com**

January 31, 2012

**BY EMAIL**

The Honorable Sally Shushan
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

          Re:    In Re: Deepwater Horizon
                 Civil Action No. 10-md-02179

Dear Judge Shushan:

      Transocean submits this letter in response to other parties' requests for clarification of the Court's Order (Doc. No. 5327) regarding the use of withdrawn expert opinions and reports at trial where the expert is listed on the retaining party's witness list. Transocean agrees with BP's positions (Doc. No. 5487) with respect to clarification of the Court's Order.

      Additionally, BP's first position, that a party should not be permitted to call another party's expert at trial as a matter of course, potentially enables a retaining party to withdraw an expert listed on its final expert witness list. As the Court is aware, expert reports will be submitted into evidence as the expert's direct testimony. If a party withdraws an expert report after the Court has read the report, then other parties would be prejudiced by their inability to cross examine that expert's direct testimony. In light of this fact, Transocean respectfully requests that the Court decline to read an expert's report until that expert's live attendance at trial is confirmed.

                                             Respectfully submitted,

                                             /s/ Kerry J. Miller

                                             Kerry J. Miller

KJM/jp