UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

### [Regarding Steve Newman]

BP contends that, pursuant to Fed. R. Civ. P. 45(a), Steve Newman should be produced at the trial. Rec. doc. 5409. Transocean opposes the request. Rec. doc. 5502. BP submitted a reply. For the reasons presented by BP, the request for Newman to appear live at the trial is timely. For the reasons presented by Transocean, Transocean Ltd. is not a party for purposes of application of Rule 45. Accordingly,

IT IS ORDERED that: (1) BP's request for an order requiring Transocean to produce Newman live at the trial (Rec. doc 5409) is DENIED; and (2) **Wednesday, February 8**, is the deadline for an appeal of this order.

New Orleans, Louisiana, this 1st day of February, 2012.

SALLY SHUSHAN
United States Magistrate Judge