UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to: *All Cases*<br><br>(Including No. 10-2771) | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**PLAINTIFFS' JOINT MOTION *IN LIMINE* TO ADMIT INTO EVIDENCE REPRESENTATIVE E-MAIL COMMUNICATION EXHIBITS**

**COME NOW** Plaintiffs, thru the Plaintiffs Steering Committee ("PSC") and the United States, who, for the reasons articulated more fully in the attached supporting memorandum, hereby move this Court for a ruling admitting into evidence seven representative e-mail communication exhibits: TREX-00151, TREX-01057, TREX-01917, TREX-02731, TREX-02964, TREX-03112, and TREX-06228. Such a ruling will assist the parties in their resolution of evidentiary disputes and is necessary to facilitate the expeditious disposition of trial issues.

**WHEREFORE**, the PSC and United States respectfully pray for a ruling declaring that the seven exhibits identified herein shall be admitted into evidence during the Phase I Trial.

This 1st day of February, 2012.

Respectfully submitted,

/s/   Stephen J. Herman                         .
**Stephen J. Herman**
La. Bar No. 23129
**HERMAN HERMAN KATZ & COTLAR LLP**
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone: (504) 581-4892
Fax No. (504) 569-6024
E-Mail: sherman@hhkc.com
*Plaintiffs' Liaison Counsel*

**IGNACIA S. MORENO**
Assistant Attorney General
Environmental & Natural Resources Division

JAMES NICOLL
Senior Counsel
NANCY FLICKINGER
Senior Attorney
SARAH HIMMELHOCH
Senior Attorney
DEANNA CHANG
SCOTT CERNICH
A.  NATHANIEL CHAKERES
JUDY HARVEY
MATT LEOPOLD
GORDON YOUNG
JEFFREY PRIETO
ABIGAIL ANDRE
Trial Attorneys

/s/ Steven O'Rourke
**STEVEN O'ROURKE**
Senior Attorney
U.S. Department of Justice
Environmental Enforcement Section
PO Box 7611
Washington, DC 2044
(202) 514-2779
steve.o'rourke@usdoj.gov

/s/   James Parkerson Roy                         
**James Parkerson Roy**
La. Bar No. 11511
**DOMENGEAUX WRIGHT ROY & EDWARDS LLC**
556  Jefferson Street, Suite 500
LAFAYETTE, LA 70501
Telephone: (337) 233-3033
Fax No. (337) 233-2796
E-Mail: JIMR@WRIGHTROY.COM
*Plaintiffs' Liaison Counsel*

**TONY WEST**
Assistant Attorney General
Civil Division

PETER F. FROST
Director, Torts Branch, Civil Division
Aviation & Admiralty Litigation
STEPHEN G. FLYNN
Assistant Director
MICHELLE T. DELEMARRE
SHARON K. SHUTLER
JILL DAHLMANN ROSA
JESSICA SULLIVAN
JESSICA L. MCCLELLAN
MALINDA LAWRENCE
DAVID J. PFEFFER
ROBIN HANGER
LAURA MAYBERRY
BRIENA STRIPPOLI
Trial Attorneys
U.S. Department of Justice
Torts Branch, Civil Division
PO Box 14271
Washington, DC 20044
(202) 616-4100
(202) 616-4002 fax

/s/ R. Michael Underhill
**R. MICHAEL UNDERHILL, T.A.**
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
7-5395 Federal Bldg., Box 36028

Case 2:10-md-02179-CJB-DPC   Document 5559   Filed 02/01/12   Page 3 of 3

| | |
|---|---|
| JAMES LETTEN<br>United States Attorney<br><br>SHARON D. SMITH<br>Assistant United States Attorney<br>Eastern District of Louisiana<br>Hale Boggs Federal Building<br>500 Poydras St., Suite B-120<br>New Orleans, LA 70130<br><br>Attorneys for the UNITED STATES OF AMERICA | 450 Golden Gate Ave.<br>San Francisco, CA 94102-3463<br>(415) 436-6648<br>(415) 436-6632 fax<br>mike.underhill@usdoj.gov |

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Motion will be served on all counsel pursuant to Pre-Trial Order No. 12 *via* Lexis-Nexis File & Serve, and that the Motion will also be filed *via* the Clerk of Court's ECF system thereby effecting notice pursuant to the procedures adopted in MDL No. 2179, this 1st day of February, 2012.

/s/ Stephen J. Herman and James Parkerson Roy