```
 1              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA
 2

 3    IN RE:  OIL SPILL      )     MDL NO. 2179
      by the OIL RIG,        )
 4    DEEPWATER HORIZON in   )     SECTION "J"
      the GULF OF MEXICO,    )
 5    April 20, 2010         )     JUDGE BARBIER
                             )
 6                           )     MAG. JUDGE
                             )     SHUSHAN
 7
```



```
14              * * * * * * * * * * * * *
                      VOLUME 1
15              * * * * * * * * * * * * *

16

17          Deposition of ROBERT BODEK,
      taken at Pan-American Building, 601 Poydras
      Street, 11th Floor, New Orleans, Louisiana,
18    70130, on the 11th of April, 2011.

19

20    APPEARANCES:

21    Mr. Mikal C. Watts
      WATTS, GUERRA, CRAFT, LLP
22    Four Dominion Drive, Building Three
      Suite 100
23    San Antonio, Texas 78257
      Phone:  210-447-0500 Fax:  210-447-0501
24
                  APPEARING FOR THE
25                PLAINTIFFS' STEERING COMMITTEE
```

1                         **I N D E X**

2                                                    PAGE

3       Appearances.....................     1

4       Stipulations....................    14

5       **ROBERT BODEK**

6        Examination by Mr. Watts            15

7        Examination by Ms. Flickinger      352

8        Examination by Mr. Pote            384

9        Examination by Ms. Fleming         404

10       Examination by Mr. Hymel           432

11      WITNESS' CERTIFICATE............    461

12      REPORTER'S CERTIFICATE..........    462

13

14                      EXHIBITS

15      NO.        DESCRIPTION              PAGE

16      1045    E-mail from Robert Bodek
17              to Tara Kirkland, dated
                April 6, 2010               432

18      1046    GoM Exploration and Appraisal
19              Communication Plan, dated
                September 2009, Revision 2   432

20      1047    E-mail from Earl Fly to
21              George Gray, dated
                October 14, 2009            432

22      1048    E-mail from Robert Bodek to
23              Martin Albertin and others,
                dated October 21, 2009      432

24

25

**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters

| NO. | DESCRIPTION | PAGE |
|-----|-------------|------|
| 1049 | E-mail from John LeBleu to Boma Okuchaba, dated May 4, 2010 | 432 |
| 1050 | E-mail from Robert Bodek to Trent Fleece, dated October 26, 2009 | 432 |
| 1051 | E-mail from Robert Bodek to Christopher Casler, dated October 29, 2009 | 432 |
| 1052 | E-mail from Robert Bodek to Brett Cocales and others, dated January 26, 2010 | 432 |
| 1053 | MC252#1 (Macondo) 18 1/2 x 22-inch Hole-Section Review (18" CSG Section) | 432 |
| 1054 | E-mail from Robert Bodek to Christopher Casler, dated November 18, 2009 | 432 |
| 1055 | E-mail from Robert Bodek to Catherine Morgan, dated December 2, 2009 | 432 |
| 1056 | E-mail from Robert Bodek to Gord Bennett, dated February 12, 2010 | 432 |
| 1057 | E-mail from Robert Bodek to Brian Morel, dated February 13, 2010 | 432 |
| 1058 | E-mail from Martin Albertin to Robert Bodek and others, dated March 9, 2010 | 432 |
| 1059 | E-mail from Robert Bodek to Martin Albertin, dated February 24, 2010 | 432 |

| NO. | DESCRIPTION | PAGE |
|-----|-----|-----|
| 1060 | E-mail from Robert Bodek to Jonathan Bellow, dated February 25, 2010 | 432 |
| 1061 | E-mail from John LeBleu to Brian Morel and others, dated February 25, 2010 | 432 |
| 1062 | E-mail from Charles Bondurant to Robert Bodek, dated February 25, 2010 | 432 |
| 1063 | E-mail from Brett Cocales to Michael Bednarz and others, dated February 28, 2010 | 432 |
| 1064 | E-mail from Robert Bodek to Martin Albertin, dated March 6, 2010 | 432 |
| 1065 | E-mail from Robert Bodek to Charles Bondurant, dated March 7, 2010 | 432 |
| 1066 | E-mail from Robert Bodek to Michael Beirne, dated March 8, 2010 | 432 |
| 1067 | E-mail from Martin Albertin to Robert Bodek and others, dated March 8, 2010 | 432 |
| 1068 | E-mail from Greg Navarette to Robert Bodek, dated May 5, 2010 | 432 |
| 1069 | E-mail from Robert Bodek to Graham Vinson, dated March 10, 2010 | 432 |
| 1070 | E-mail from Jonathan Bellow to Robert Bodek and others, dated March 15, 2010 | 432 |

| NO. | DESCRIPTION | PAGE |
|-----|-------------|------|
| 1071 | E-mail from Paul Johnston to Hendrik De Jong and others, dated March 12, 2010 | 432 |
| 1072 | E-mail from Jonathan Bellow to Robert Bodek and others, dated May 15, 2010 | 432 |
| 1073 | Daily Operations Report - Partners (Drilling) | 432 |
| 1074 | E-mail from Robert Bodek to Paul Johnston and others, dated March 16, 2010 | 432 |
| 1075 | E-mail from Robert Bodek to Schlumberger Remedy E-mail, dated March 16, 2010 | 432 |
| 1076 | E-mail from Robert Bodek to Brett Cocales, dated March 18, 2010 | 432 |
| 1077 | E-mail from Kelly Gray to Mark Hafle, dated March 15, 2010 | 432 |
| 1078 | E-mail from Robert Bodek to Gord Bennett and others, dated March 18, 2010 | 432 |
| 1079 | E-mail from Kate Paine to Robert Bodek, dated March 19, 2010 | 432 |
| 1080 | E-mail from Robert Bodek to Paul Johnston, dated March 19, 2010 | 432 |
| 1081 | E-mail from Paul Johnston to Robert Bodek, dated March 19, 2010 | 432 |
| 1082 | Transocean Personnel On-Board Log, as of March 22, 2010 | 432 |

**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters

| 1 | NO. | DESCRIPTION | PAGE |
|---|-----|-------------|------|
| 2 | 1083 | E-mail from Robert Bodek to | |
| | | Robert Quitzau, dated | |
| 3 | | March 24, 2010 | 432 |
| 4 | 1084 | E-mail from Robert Bodek to | |
| | | Paul Johnston, dated | |
| 5 | | March 24, 2010 | 432 |
| 6 | 1085 | E-mail from Robert Bodek to | |
| | | Brian Morel, dated | |
| 7 | | March 25, 2010 | 432 |
| 8 | 1086 | E-mail from Robert Bodek to | |
| | | Jeremy Robichaux, dated | |
| 9 | | March 25, 2010 | 432 |
| 10 | 1087 | E-mail from Robert Bodek to | |
| | | Graham Vinson, dated | |
| 11 | | March 27, 2010 | 432 |
| 12 | 1088 | E-mail from Robert Bodek to | |
| | | Graham Vinson, dated | |
| 13 | | March 29, 2010 | 432 |
| 14 | 1089 | E-mail from Robert Bodek to | |
| | | Paul Johnston, dated | |
| 15 | | March 29, 2010 | 432 |
| 16 | 1090 | E-mail from Robert Bodek to | |
| | | Martin Albertin and others, | |
| 17 | | dated March 29, 2010 | 432 |
| 18 | 1091 | E-mail from Kate Paine to | |
| | | Martin Albertin and others, | |
| 19 | | dated April 3, 2010 | 432 |
| 20 | 1092 | E-mail from Brian Morel to | |
| | | Robert Bodek and others, | |
| 21 | | dated March 29, 2010 | 432 |
| 22 | 1093 | E-mail from Martin Albertin | |
| | | to Brian Morel and others, | |
| 23 | | dated April 2, 2010 | 432 |
| 24 | | | |
| 25 | | | |

```
1    NO.        DESCRIPTION              PAGE

2    1094    E-mail from Galina
             Skripnikova to Gord Bennett
3            and others, dated
             April 3, 2010                  432
4
     1095    E-mail from Martin Albertin
5            to Randall Sant, dated
             April 5, 2010                  432
6
     1096    E-mail from Robert Bodek to
7            Jeremy Robichaux, dated
             April 5, 2010                  432
8
     1097    E-mail from Brian Morel to
9            Randall Sant, dated
             April 5, 2010                  432
10
     1098    E-mail from Naoki Ishii to
11           Michael Beirne, dated
             April 14, 2010                 432
12
     1099    E-mail from Robert Bodek to
13           Paul Chandler, dated
             April 9, 2010                  432
14
     1200    E-mail from Kelly McAughan
15           to Robert Bodek, dated
             April 9, 2010                  432
16
     1201    E-mail from Robert Bodek to
17           Galina Skripnikova, dated
             April 10, 2010                 432
18
     1202    E-mail from Charles Bondurant
19           to Kelly McAughan, dated
             April 13, 2010                 432
20
     1203    E-mail from Robert Bodek to
21           Erick Cunningham, dated
             May 7, 2010                    432
22
     1204    Technical Memo                 432
23
     1205    E-mail from Brian Morel to
24           Sarah Dobbs and others,
             dated April 16, 2010           432
25
```

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 1206 | E-mail from Brian Morel to Robert Bodek, dated April 21, 2010 | 432 |
| 1207 | E-mail from Jonathan Bellow to Gregory Walz and others, dated April 22, 2010 | 432 |
| 1208 | E-mail from Charles Bondurant to German Camacho and others, dated May 5, 2010 | 432 |
| 1209 | E-mail from Robert Bodek to MC252_Email_Retention and others, dated May 5, 2010 | 432 |
| 1210 | E-mail from Robert Bodek to Ross Benthien, dated May 7, 2010 | 432 |
| 1211 | E-mail from Robert Bodek to Stuart Hemming and others, dated June 4, 2010 | 432 |
| 1212 | E-mail from Robert Bodek to Stuart Lacy, dated April 15, 2010 | 432 |
| 1213 | E-mail from Robert Bodek to Paul Stapp and others, dated January 15, 2010 | 363 |
| 1214 | E-mail from Michael Beirne to Robert Bodek and others, dated October 27, 2009 | 367 |
| 1215 | E-mail from Robert Bodek to Jose Ortiz, dated February 2, 2010 | 370 |
| 1216 | E-mail from Naoki Ishii to Robert Bodek, dated February 12, 2010 | 370 |

```
 1     NO.           DESCRIPTION                PAGE

 2     1217   E-mail from Robert Bodek to
              Jose Ortiz, dated
 3            April 5, 2010                       372

 4     1218   E-mail from Paul Chandler to
              Alan O'Donnell and others,
 5            dated March 24, 2010               373

 6     1219   E-mail from Robert Quitzau to
              Paul Chandler and others,
 7            dated April 5, 2010                376

 8     1220   E-mail from Michael Beirne to
              Robert Bodek, dated
 9            April 13, 2010                      380

10     1221   E-mail from Michael Beirne to
              Bryan Ritchie and others,
11            dated April 20, 2010               382

12     1222   Chapter 4.2 - Well Design          399

13     1223   E-mail from Robert Bodek to
              Earl Fly, dated
14            October 7, 2009                     394

15     1224   E-mail from Robert Bodek to
              George Gray, dated
16            October 14, 2009                    394

17     1225   Excerpt from Bly Report            439

18     1226   E-mail from Galina Skripnikova
              to Stuart Lacy and others,
19            dated April 14, 2010               450

20

21

22

23

24

25
```

1        Q.      Uh-huh.

2        A.      I worked in deep gas exploration

3   mapping shallow hazards that overlie some

4   of the -- some of BP's deep gas prospects.

5        Q.      Okay.  And what was your

6   official job title when you were working in

7   the deep gas exploration section mapping

8   shallow hazards as you were going deeper?

9        A.      I was an exploration geologist.

10       Q.      Okay.  And how long did you

11  continue in that position?

12       A.      Approximately a year.

13       Q.      Till the fall of '08?

14       A.      Yes, sir.

15       Q.      Okay.  And in the fall of '08,

16  what position did you take?

17       A.      In the fall of '08, I took on a

18  new position as an operations geologist in

19  Gulf of Mexico exploration.

20       Q.      And how did that job differ from

21  the one you had the previous year?

22       A.      From the -- I was involved in

23  well planning and well delivery as opposed

24  to just prospect mapping.

25       Q.      Okay.  How long did you work in

1    to be drilled you're brought in as an

2    operations geologist to begin well planning

3    and well delivery.  And my question is:

4    How does that transition take place?

5              MR. FIELDS:

6                   Objection, form.

7         A.    I'd begin to engage the

8    different teams.  It's a multidisciplinary

9    team that delivers the well.  So my first

10   step is to engage the team in

11   communication, facilitate communication

12   between the prospect team who defines the

13   prospect, the new well delivery team, which

14   I work on that helps plan the well in

15   accordance to -- and -- and the drilling

16   team.

17        Q.    Okay.  You told me that in order

18   for hydrocarbon to be produced you've got

19   to have sands that are buried in heat and

20   pressurized.  What is your understanding as

21   to the pressures that can be seen when

22   you're drilling beneath the seabed

23   17', 18,000 feet?

24        A.    It can vary greatly.

25        Q.    Okay.  When you have something

1    that can vary greatly, what steps do you

2    get involved with in order to make

3    projections for the drilling team?  You're

4    likely to see the following pressures at

5    the following depths?

6         A.    We have people on our team

7    that -- that do that work.  I -- I don't do

8    pressure prediction.

9         Q.    Okay.  But you have people at BP

10   that do pressure prediction; is that right?

11        A.    Yes, sir.

12        Q.    And what group would that be?

13        A.    That would be the exploration

14   Tiger Team that I work on.

15        Q.    All right.  And the exploration

16   Tiger Team that you work on -- and we'll

17   get into the Tiger Team later -- makes

18   projections as to what likely pressures are

19   going to be.  And then once you have those

20   projections of likely pressures, how do you

21   communicate that to the drilling team?

22        A.    It is sent to the drilling team

23   as a -- as a depth versus pressure plot.

24        Q.    Okay.  Depth versus pressure --

25   pressure plot.

1       Q.      Sure.  Is deepwater offshore
2   drilling in the Gulf of Mexico risky from a
3   standpoint of safety?
4               MR. FIELDS:
5                   Object to the form.
6       A.      In what -- in what aspect?  I'm
7   not sure I understand.  What aspect do you
8   consider it risky?
9       Q.      Well, risk of a blowout, risk of
10  an explosion, risk of a fire, risk of 11
11  deaths, risk of an oil spill.  Risky.
12              MR. FIELDS:
13                  Object to form.  I'm sorry.
14      Q.      Does BP consider deepwater
15  offshore drilling to be a risky
16  proposition?
17              MR. FIELDS:
18                  Object to the form.
19      A.      BP considers offshore drilling
20  to contain inherent risk.
21      Q.      Okay.  What are the inherent
22  risks that you were trained to understand
23  would be inherent when you're going into a
24  well formation or a well drilling process
25  deep -- deepwater in the Gulf of Mexico?

1          A.     I'm trained to identify risks

2     associated with -- with drilling.

3          Q.     Okay.  What are they?

4          A.     Pore pressure.

5          Q.     Okay.

6          A.     Fracture gradient.

7          Q.     Okay.

8          A.     Shallow hazards.

9          Q.     Okay.

10         A.     Depth uncertainty.

11         Q.     All right.  Any others?

12         A.     That's what immediately comes to

13    mind.

14         Q.     Let's go through each of those

15    just real briefly.

16                     One of the inherent risks

17    that you're trained to identify is pore

18    pressure?

19         A.     Yes, sir.

20         Q.     What is pore pressure and why

21    does it matter?  Why is it a risk?

22         A.     Pore pressure is the -- the

23    pressure that's -- sedimentary rocks are

24    made of particles.  The pore pressure is

25    the fluids in those particles -- are under

1    a certain pressure.

2         Q.    So what?  Why is that a risk?

3         A.    When you're drilling your well,

4    you need to have hydrostatic mud weight

5    that's approximately in line with the pore

6    pressure.

7         Q.    Why?

8         A.    If your hydrostatic mud weight

9    is too low, the well will flow.  If your

10   hydrostatic mud weight is too high, you can

11   fracture the rock.

12        Q.    Okay.  Let me -- and I

13   appreciate you putting up with me 'cause I

14   have a way of dumbing down things --

15        A.    No worries, sir.

16        Q.    -- so that I can understand it

17   and, more importantly, my 12-year-old son

18   can understand it.

19               When you say if the

20   hydrostatic mud weight is too low, that the

21   well will flow.  When you say the well will

22   flow, why is that a bad thing?  I thought

23   that was the goal of exploration?

24        A.    I should clarify it.  The well

25   can flow.

1    Q.    Okay.  When you say the well can

2    flow, why is that a bad thing?

3    A.    When you're drilling you want to

4    keep your mud system -- mud and your

5    hydrocarbons in the formation.

6    Q.    Why?

7    A.    From -- from my standpoint, it's

8    so your -- your mud stays -- you stay -- it

9    stays -- your -- your mud properties stay

10    the same.

11    Q.    Why is it important that your

12    mud properties stay the same?

13    A.    To control the well.

14    Q.    Okay.  You use the phrase "to

15    control the well".  When your hydrostatic

16    mud weight is too low relative to your pore

17    pressure, you said the well will flow?

18    A.    Can flow.

19    Q.    When the well can flow, that has

20    certain well control implications that BP

21    does not want to see?

22    A.    Yes, sir.

23    Q.    Okay.  When the hydrostatic mud

24    weight is too low relative to the pore

25    pressure, the well can flow and create well

```
 1    control issues.  Why is that a bad thing?
 2         A.     Could you repeat that, sir?
 3         Q.     Sure.  When the well flows, why
 4    is that bad?
 5         A.     It provide -- it's dangerous.
 6    It's a risk.
 7         Q.     Why is it dangerous?
 8         A.     'Cause you don't want to bring
 9    hydrocarbons to the surface.
10         Q.     Why don't you want to bring
11    hydrocarbons to the surface?
12         A.     I just know that it's a risk.
13         Q.     I know.  But putting on your
14    common sense hat for a second --
15         A.     There's some --
16         Q.     -- why don't you want to bring
17    hydrocarbons to the surface while you're in
18    the middle of a drilling project?
19              MR. MONICO:
20                   Objection, form.
21         A.     It's -- it's dangerous.
22         Q.     Why is it dangerous?
23         A.     Because hydrocarbons are
24    hazardous.
25         Q.     Okay.  From the standpoint of
```

1    why hydrocarbons are hazardous, there are a

2    number of ignition sources up on the

3    DEEPWATER HORIZON drilling rig that, if

4    hydrocarbons come into presence with them,

5    would -- can ignite, right?

6         A.    I don't know about ignition

7    sources on -- on the rig.  It's -- it's not

8    my -- not my area to understand what parts

9    of the rig are ignition sources.

10        Q.    Yeah.  But I mean you weren't

11   born yesterday.  I mean --

12             MR. MONICO:

13                  Objection, form.

14        Q.    You were -- you were on the rig

15   for over a week, right?

16        A.    Yes, sir.

17        Q.    There's engines operating,

18   right?

19        A.    Yes, sir.

20        Q.    If you bring hydrocarbons up on

21   the rig in an uncontrolled situation, what

22   is that called?

23        A.    A well flow or a blowout.

24        Q.    A blowout?  Okay.

25                  If you have a blowout, if

```
1    it's not contained, you can cause certain
2    environmental damage as the well
3    hydrocarbons go into the water, right?
4         A.    Yes, sir.
5         Q.    You can have a fire if there's
6    an ignition of those hydrocarbons, right?
7         A.    Yes, sir.
8         Q.    And those are the two reasons
9    that it's a bad thing to have a hydrostatic
10   mud weight that is too low relative to the
11   pore pressure, right?
12              MR. FIELDS:
13                   Objection, form.
14        A.    Could you repeat that?
15        Q.    Sure.  The risk, a well blowout
16   causing environmental damage or the
17   hydrocarbons being ignited and causing a
18   fire, are two of the reasons that you say
19   it is a bad thing for your hydrostatic mud
20   weight to be too low relative to your pore
21   pressure?
22        A.    That can contribute to it, yes.
23   It's not the sole cause.
24        Q.    You also told me that if your
25   hydrostatic mud weight is too high relative
```

```
 1    to your pore pressure, that that can
 2    fracture the formation?
 3         A.    It can, yes.
 4         Q.    When you say fracture the
 5    formation, what do you mean?
 6         A.    I'm referring to losing drilling
 7    fluid into the formation.
 8         Q.    Why is losing drilling fluid
 9    into the formation a bad thing?
10         A.    You lose your ability to -- to
11    drill the well.
12         Q.    Why?
13         A.    'Cause your mud's not coming
14    back to surface.  So when your mud comes
15    back to surface, it carries the cuttings
16    that are being produced by the -- that
17    macerating the rock.
18         Q.    Sure.  Let me just give an
19    example to the jury.  If -- if we had a
20    drill bit and we started drilling through
21    this Sheetrock right here, what would come
22    out of the hole as the drill is rotating is
23    little cuttings of what used to be the
24    Sheetrock; is that right?
25         A.    Yes, sir.
```

1      Q.     What happens when you're doing

2   deepwater offshore drillings is you're

3   drilling downward.  But same principle, you

4   have a rotating drill bit that is cutting

5   something.  And if you had the proper

6   hydrostatic pressure relative to your pore

7   pressure, the idea is that your mud goes

8   down and brings back up your cuttings; is

9   that right?

10      A.     That's correct.

11      Q.     If that mud goes down and

12   fractures the formation, it will go

13   sideways into the geology as opposed to

14   coming back up; is that right?

15      A.     Yes, it can.

16      Q.     And when you say that -- when

17   you lose that drilling fluid because it

18   goes sideways into the formation, that's a

19   bad thing.

20               Is it a bad thing because

21   your cuttings also go into the formation?

22      A.     I don't think that's a bad

23   thing.

24      Q.     Okay.  Why is it a bad thing?  I

25   mean, why isn't it okay to have hydrostatic

1    mud weight, you know, too high relative to

2    the -- the pore pressure such that you

3    fracture the formation?

4        A.    It prevents us from -- from

5    drilling.

6        Q.    Why?

7        A.    We can't drill without --

8    without returns.

9        Q.    Why is that so?

10       A.    I don't know exactly.

11       Q.    Okay.  When you say you can't

12   drill without returns, I've seen something

13   in the e-mails that you've written talking

14   about lost returns.

15       A.    That's -- yes.

16       Q.    Lost returns is a situation

17   where you're injecting mud down, you expect

18   to get it back up with the cuttings, but

19   you're not getting it back, you're losing

20   it to the formation?

21       A.    Sure.

22       Q.    Lost returns, to put it bluntly,

23   is a bad thing, right?

24       A.    Yes.

25       Q.    Okay.  And it's a bad thing

```
 1    because you have fractured the formation
 2    and you cannot drill when you lose returns?
 3         A.    Yes.
 4         Q.    Okay.  Now, in terms of this
 5    concept of drilling through goo or possum
 6    shit and leaves, does that bare any
 7    relationship between the pore pressure that
 8    you expect to see as you're injecting this
 9    mud into the formation?
10              MR. FIELDS:
11                   Object to form.
12         Q.    Let me re-ask the question.  I
13    agree with his objection.  Sometimes he --
14    that's the beauty of it, you know.  If he
15    objects to form and I think he's right, I
16    can just quit and start over.  And then
17    we'll edit that out of the video so the
18    jury will never know what a knucklehead I
19    was for asking it in the first place.
20    Okay?
21         A.    Yes, sir.
22         Q.    All right.  With respect to this
23    issue of drilling into weak goo or possum
24    shit and leaves as opposed to hard rock,
25    why is that relevant or important to keep
```

1    an eye on when you're drilling?

2         A.    The less consolidated formations

3    will be more susceptible to fracture.

4         Q.    Why?

5         A.    They have a lower tensile

6    strength.

7         Q.    Okay.  And because they have a

8    lower tensile strength, it is a greater

9    challenge for you-all to keep your mud

10   returns coming back up than it would if it

11   was a harder, more rigid rock you were

12   coming through?

13        A.    I don't know what drilling

14   practices are employed when it comes to

15   drilling weaker, unconsolidated formations.

16   I can understand the theory like I just

17   explained to you.  I don't know what the

18   driller's -- what methodologies they employ

19   when -- when dealing with the issue.

20        Q.    Let me -- let me ask you this:

21   If somebody were to claim that drilling

22   offshore is like going into outer space,

23   and they're some sort of a, you know,

24   exploration pioneer, like the first guys

25   that went to the moon.  I mean, is there

```
1    anything that you're doing that is not

2    based on just geology and physics, that

3    can't be figured out with good process

4    managing?

5              MR. MONICO:

6                   Objection, form.

7         A.    That I personally am doing?

8         Q.    Yes, sir.

9         A.    Okay.  Could you repeat that?

10        Q.    Sure.  And I don't mean to

11   oversimplify or demean the, you know,

12   importance of what you do.  But the idea

13   that your hydrostatic mud weight needs to

14   be in line with your pore pressure, I mean,

15   that's just basic physics, isn't it?

16             MR. MONICO:

17                  Objection, form.

18        A.    I don't know how physics applies

19   to it necessarily.

20        Q.    If you put something into the

21   well that is heavier --

22        A.    Yes.

23        Q.    -- than the pore pressure, it's

24   not going to want to rise up relative to

25   the gas, is it?  It's going to want to
```

154

1                    Objection, form.

2        A.      Hurricane Ida was -- was one

3    factor.  I don't -- I don't -- there is --

4    I don't know the -- all the totality of all

5    the other factors.

6        Q.      Okay.

7        A.      But, yes, we were down three and

8    a half months.

9        Q.      And you answered my question.  I

10   forgot it.

11                   When did you say the

12   drilling resumed with the DEEPWATER

13   HORIZON?

14       A.      I believe it was second week of

15   February.

16       Q.      Let me take you to Tab 14, which

17   is dated February the 12th of 2010.

18       A.      Uh-huh.

19       Q.      This is Bates Page

20   Number 888541.

21       A.      Yep.

22       Q.      Gord Bennett sends a status

23   report that says, Preparing for a squeeze

24   job.  Comments, Attempted LOT tests.  Due

25   to unsatisfactory results, the decision was

1      made to perform a squeeze job.

2                      Are you with me?

3           A.      I am, sir.

4           Q.      The hole depth is at 9,076 feet,

5      right?

6           A.      Yes, sir.

7           Q.      The bit depth is 8957.

8                      When -- when he says

9      attempted LOT test.  What is a LOT test?

10          A.      A leak-off test.

11          Q.      And when you performed the

12     leak-off test you got unsatisfactory

13     results.  What did that tell you when you

14     had a leak-off test with unsatisfactory

15     results?

16          A.      It can have ambiguous meanings.

17          Q.      What is an unsatisfactory result

18     in a leak-off test?  Does that mean you're

19     leaking?

20          A.      The pressure value is lower than

21     anticipated.

22          Q.      Okay.  And so a decision was

23     made to perform a squeeze job.  That is a

24     remedial procedure that's done after a

25     cement job, right?

156

1        A.     It can -- that -- that can be
2    one form of a squeeze, yes.
3        Q.     And you ask him, Is this a
4    cement squeeze or LCM.
5               And he says, Cement.  We
6    are POOH now.
7        A.     That's an acronym for pulling
8    out of hole.
9        Q.     Okay.  And you say shit?
10       A.     I did.
11       Q.     All right.  Because when you
12   have to do a squeeze job or a remedial
13   procedure to fix a cement job that didn't
14   work, you have to pull out of the hole and
15   it slows things down, right?
16       A.     Yes, you do.
17       Q.     That's not good news?
18              MR. FIELDS:
19                   Objection, form
20       A.     I was -- I was just
21   disappointed.  I was -- you know, we had
22   been waiting three and a half months.
23       Q.     Sure.
24       A.     And here we are ready to get
25   back at it and we got an unsatisfactory

1  leak-off test.  So there's a couple of

2  ways -- I was asking him are we going to do

3  a cement squeeze or LCM, because if we

4  have -- if we use -- if we have a sand

5  exposed at our shoe, we do an LCM squeeze,

6  we can buy ourselves -- we can strengthen

7  that sand.

8          Q.    Yep.

9          A.    So I was just -- the cement

10  squeeze, it takes longer.  It's -- it takes

11  longer when you have to pull all the way

12  out of the hole.  It's the more full proof,

13  longer methodology and it takes longer.

14                I was just disappointed

15  that I'd been waiting three and a half

16  months to get back to activity and we were

17  going to be late -- delayed another couple

18  of days.

19          Q.    Sure.  Squeeze job delays, it

20  costs money.  It's a Tier 3 decision

21  between two and five million of unplanned

22  activities, right?

23                MR. FIELDS:

24                    Objection, form.

25          A.    According to that one document

158

```
 1    there.  I don't know necessarily what --
 2    what a squeeze job costs.
 3         Q.    But the bottom line is a squeeze
 4    job or the need for it is a bummer because
 5    it takes time and money and it slows down
 6    the progress, right?
 7              MR. FIELDS:
 8                   Objection, form.
 9         A.    Yes, it does.
10         Q.    All right.  And so that led you
11    to respond in Tab 15, Bates Page Number
12    270472.
13                   On February the 13th, the
14    next day, you write to Brian Morel.  Thanks
15    for the shitty cement job, Trent.
16         A.    I did.  I wasn't -- this -- I
17    meant this as just kidding.  Brian is a --
18    Brian is a friend of mine.  Just
19    disappointed that we did get a poor
20    leak-off test.  I wasn't sure that it was a
21    cement job.  Like I said, you can get a
22    poor leak-off test -- there could be
23    several ways you can get a poor leak-off
24    test.  A poor cement job is one of the
25    ways.  And I used this expletive in this
```

159

1    kidding statement when talking with a

2    friend at an expense of another co-worker.

3         Q.    Yeah.  And basically you got a

4    poor leak-off test result, and you thought

5    it was a result of a poor cement job.

6                   That's what you said,

7    right?

8         A.    I was kidding.  I did not know.

9         Q.    Okay.

10        A.    Like I said, there's several

11   ways you can get an undesirable low

12   leak-off test.  I didn't know it was cement

13   job.  I was making -- I was kidding.

14        Q.    Let's talk about why you got

15   what you got.  Go to Tab 26.

16                   Now, this is an e-mail that

17   originally is sent to you.  And you see the

18   subject says the event that started it all,

19   question mark?

20        MR. MONICO:

21              Bates number, please?

22        MR. WATTS:

23              I'm sorry.  284169.

24        Q.    It's an e-mail from Albertin to

25   you.  Subject line, the event that started

199

1       Q.      Brian Morel?

2       A.      Drilling engineer.

3       Q.      And Charles Bondurant?

4       A.      Geologist.

5       Q.      All right.  And he copies you,

6    Mr. Paul Johnston.

7                   Who is Paul Johnston?

8       A.      Paul Johnston has the same role

9    as myself and Mr. Bellow.  The operations

10   geologist.

11      Q.      And he copies your boss --

12   Vinson, Graham -- the head of the Tiger

13   Team, right?

14      A.      Yep.

15      Q.      And he copies David Sims.  Who

16   is David Sims?

17      A.      David Sims is an exploration

18   engineering team leader.

19      Q.      He was in charge of this well,

20   wasn't he?

21              MR. FIELDS:

22                  Objection, form.

23      A.      I don't know what his specific

24   role is.

25      Q.      He was way up the food chain