01-37179
PW

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

# *CONFIDENTIAL*

## WorldwideVIEW™
### Interactive Deposition Digital Display

ORAL AND VIDEOTAPED DEPOSITION OF:



# Darrell Hollek

**VOLUME 1**

JUNE 22, 2011

# *COPY*



Systems Technology for the Litigation World

Litigation Group ♦ Court Reporting ♦ Video Production ♦ Videoconferencing
**For U.S. & International Services**
**800 - 745 - 1101**

```
     1   how best to organize the entire company.
     2       Q.  Okay.  And -- and was there a product, an
     3   outcome?
     4       A.  Yes, there was.
08:46 5      Q.  And that's -- is that the company as -- as
     6   it's organized today?
     7       A.  Largely, because we still end up presenting to
     8   the executives, of which they could over -- they could
     9   always override or tweak what we came up with.
08:47 10     Q.  Okay.
    11       A.  And did at -- did at times.
    12       Q.  Okay.  We were talking about the organization
    13   just a minute.  I want to finish this -- this part of
    14   it.
08:47 15     A.  Okay.
    16       Q.  And what were you doing with environmental
    17   health and safety when you came over?
    18       A.  Again, the biggest job I had is at the time
    19   Kerr-McGee was purchased by Anadarko, but so was Western
08:47 20  and so we were looking at how we were going to pull them
    21   into also one unit and making sure we had some
    22   consistent policies across -- the new company at that
    23   point.  So un- -- again, I didn't get a chance to really
    24   work too heavily in that area simply because I got
08:47 25  involved with this other project, and that took most of
```

```
 1  my time.
 2       Q.   Did you develop any particular policies during
 3  that time period with respect to deepwater drilling?
 4       A.   No.
 5       Q.   Okay.  In the 2009-2010 time period what was
 6  your title?
 7       A.   Should have been vice president of operations
 8  and development in the Gulf of Mexico.
 9       Q.   Okay.  And you were an officer -- that's an
10  officer-level position, correct?
11       A.   It became an officer-level position.
12       Q.   When was that?
13       A.   It was originally -- I don't recall exactly,
14  but it was probably in that time period, maybe 2009,
15  2008 possibly.  I can't recall when it became an officer
16  position.
17       Q.   Okay.  So just -- just to help me understand a
18  little bit about the -- the structure, I'm just going to
19  show you an exhibit.  Help me help us -- help you
20  explain it to me.
21       A.   Okay.
22       Q.   I'm handing you, it's tab 2 in the binders, in
23  the disk, Exhibit 2682, for the record ANA-MDL-000020322
24  through 20329.  Just take a quick minute.  I'm going to
25  focus your attention on the fourth page of the exhibit
```

```
          1   where your name appears.  This -- this document is
          2   entitled "Directors/Officers Report Anadarko Petroleum
          3   Corporation As of November 4, 2010," correct?
          4        A.   Yes.
08:49     5        Q.   Okay.  If you look at Page 4, you'll see your
          6   name, it says "Vice President, Operations"?
          7        A.   Yes.
          8        Q.   Okay.  And this says last elected May 18,
          9   2010, correct?
08:49    10        A.   Yes.
         11        Q.   But I think you said earlier that you -- you
         12   probably held this position an officer -- officer-level
         13   position back in 2008?
         14        A.   Or '9.
08:50    15        Q.   '9.
         16        A.   I can't remember the exact time frame.
         17        Q.   And it says operations, right?
         18        A.   Yes.
         19        Q.   Okay.  So explain to me -- and just as an
08:50    20   example, right above you is someone named Douglas
         21   Hazlett, and it says vice president of exploration.  Do
         22   you see that?
         23        A.   Yes.
         24        Q.   So explain the difference to me between
08:50    25   operations and exploration.
```

08:50

08:51

08:51

08:51

08:51

1  A.  On the exploration side, they would be looking
2  at basically entries into new areas that are prospective
3  that we would actually explore in to see if there is
4  hydrocarbons in an area and is it -- and then is it --
5  is it big enough such that we can develop it.  Once you
6  get to a successful exploration phase, then it usually
7  comes over to the operations side, and in this case,
8  operations is both the development teams, so that we'll
9  take it from exploration, where some of the appraisal is
10 already done, we'll finish appraisal and then
11 development of that field and how we will develop that
12 field.
13         For offshore it would mean how would we -- is
14 it going to be a subsea tieback to existing
15 infrastructure, is it going to be a new structure to
16 develop this and then we have all the asset teams that
17 will do all the economic evaluation and then the
18 facility group that would actually construct whatever it
19 is we need and then the drilling group to drill out the
20 discovery so that we can put it on-line.
21    Q.  And that all falls under your responsibility?
22    A.  Yes.
23    Q.  Okay.  So appraisals, development, economic
24 evaluation, drilling?
25    A.  Yeah, the appraisal piece is generally shared.

```
             1                MS. WILMS:  Object to form.
             2       Q.   (BY MR. FINEMAN)  You can answer.
             3       A.   Yes, I would be pretty familiar with it.
             4       Q.   Okay.
    08:56    5       A.   Not intimately familiar because I didn't end
             6  up doing the economics.
             7       Q.   Okay.  Who -- and did -- was there somebody
             8  you reported to in that time period, 2009-2010 time
             9  period?
    08:56   10       A.   Yes.  That would be Chuck Meloy who was
            11  executive vice president of worldwide operations.
            12       Q.   Okay.  And you were both based in Houston?
            13       A.   Yes.
            14       Q.   Okay.  Did you have regular meetings with
    08:57   15  Mr. Meloy?  Again, for -- for right now I'm talking
            16  about 2009-2010.
            17                MS. WILMS:  Object to form.
            18       A.   Right, we would -- Chuck has a weekly staff
            19  meeting every Tuesday that I would have attended most of
    08:57   20  those, if I'm in town.
            21       Q.   (BY MR. FINEMAN)  Okay.  And who else attends
            22  those weekly staff meetings?
            23       A.   The rest of his direct reports and then some
            24  of the -- some of the other groups, just to keep
    08:57   25  informed, but in this case Jim Kleckner, Doug Lawler,
```

```
              1       Q.   Okay, great.  The -- the five people on the --
              2  on the third line, are those people you are referring to
              3  as the asset team leaders?
              4       A.   Are you talking starting with Todd?
     09:05   5       Q.   Durkee, Howery -- Mowery, O'Donnell,
              6  Montgomery, and Janise?
              7       A.   No.  The asset managers would have been
              8  Mowery, O'Donnell, Montgomery, Janise, and the first one
              9  on the next line, Hart.
     09:06  10       Q.   Okay.  Those are different -- and those are
             11  just different parts of the Gulf?
             12       A.   Geographic parts of the Gulf.
             13       Q.   Geographic parts of the Gulf.
             14       A.   Yes, sir.
     09:06  15       Q.   Okay.  All right.  And what was Mr. Mitchell's
             16  responsibility as general manager operations?
             17       A.   He basically was responsible for all of our
             18  field production operations, and so our existing assets
             19  that are producing and all the foremen, superintendent,
     09:06  20  and field personnel managing day-to-day activities in
             21  the field.
             22       Q.   Okay.  Who -- was there somebody in this group
             23  who was most responsible for the economic analysis of
             24  the various projects?
     09:06  25            MS. WILMS:  Object to form.
```

```
  1        A.   For which project is that?
  2        Q.   (BY MR. FINEMAN)  For any of them.  For -- of
  3   these people, was there somebody who was primarily
  4   responsible for the economic analysis?
  5        A.   That would have been the five asset managers.
  6        Q.   Okay.  So it came from within each of their
  7   teams?
  8        A.   That's right.
  9        Q.   Okay, I understand.  Okay.  Did you have
 10   regularly scheduled meetings with these direct reports?
 11        A.   Every Monday.
 12        Q.   Okay.  And what time of day?
 13        A.   2:30 in the afternoon.
 14        Q.   Okay.  And how long did those meetings last
 15   typically?
 16        A.   Hour to hour and a half.
 17        Q.   Okay.  And they're held in a conference room
 18   in Houston?
 19        A.   Yes.
 20        Q.   Okay.  And are minutes kept of those meetings?
 21        A.   No.
 22        Q.   Okay.  Does anybody take notes of those
 23   meetings?
 24        A.   No one takes comprehensive notes.  I'm sure
 25   that each individual may take a few notes on their
```

```
         1          Q.   (BY MR. FINEMAN)  Okay.
         2          A.   -- so...
         3          Q.   All right.  Is there anything else that you
         4   recall you meant by, "I just don't want bp to back us in
10:59    5   the corner"?
         6          A.   No.
         7          Q.   Okay.  And ultimately did you -- did you
         8   ult- -- did you ultimately sign off on -- on the
         9   proposal for the language?
10:59   10          A.   Again, it's not something I would have signed
        11   in final format, but I would have agreed to this.  I
        12   would have been -- yeah.
        13          Q.   Okay.
        14          A.   I think we went on.
10:59   15          Q.   Okay.  Okay.
        16                    MR. FINEMAN:  You can give me the 14.
        17          Q.   (BY MR. FINEMAN)  At some point in November of
        18   2009, did you learn that -- that the Marianas was not
        19   going to be able to be used to -- to -- to drill the
10:59   20   rig -- drill the well?
        21          A.   I don't remember the timing, but along the way
        22   we learned that it would not finish the well.
        23          Q.   Okay.  And do you recall that was -- that was
        24   because of -- that was because there was a hurricane,
10:59   25   and they had to replace Marianas with another rig?
```

```
         1          A.   As I recall, they dam- -- the rig was damaged.
         2   The Marianas was damaged.  So they were going to finish
         3   the well with another rig.
         4          Q.   Okay.  I'm going to give you a document now
11:00    5   that -- that addresses this subject.  It's Exhibit 2691,
         6   ANA -- ANA-MDL-00038648, 38650.  I'm going to be asking
         7   you about the -- it's really the second page of the
         8   e-mail -- of that exhibit.
         9          A.   Okay.
11:00   10          Q.   The first page doesn't -- there is no -- I'm
        11   going to skip that.
        12          A.   Okay.
        13          Q.   Okay.  So the first e-mail on this exchange is
        14   November 14, 2009 from Todd Durkee to you and others
11:02   15   that attaches this news blurb about Marianas suffering
        16   damage.  Do you see that?
        17          A.   Yes.
        18          Q.   Okay.  And that's followed by a April -- I'm
        19   sorry -- a November 20, 2009 e-mail from Mr. Durkee to
11:02   20   you and others in which he says that, "The Marianas has
        21   not returned to work since Tropical Storm Ida and will
        22   most likely disconnect from its moorings and go into the
        23   shipyard for about 30 days."  See that?
        24          A.   Yes.
11:02   25          Q.   Okay.  You respond to Mr. Durkee's e-mail on
```

|         |    |                                                                          |
|---------|----|--------------------------------------------------------------------------|
|         |  1 | the 20th by saying, "This is a real concern to me."  See                 |
|         |  2 | that?                                                                    |
|         |  3 |      A.   Yes.                                                           |
|         |  4 |      Q.   Okay.  And you say, One, we don't understand                   |
| 11:02   |  5 | what cost this is to BP and their partners and second --                 |
|         |  6 | secondly much of the capital now will hit in 2010 rather                 |
|         |  7 | than 2009.  Can you -- can you expound for me on those                   |
|         |  8 | concerns?                                                                |
|         |  9 |      A.   Yes.  The one as it pertains to the cost to BP                 |
| 11:03   | 10 | and their partners, I'm not sure of -- as a -- as a                      |
|         | 11 | nonoperating partner, I'm not sure what their agreement                  |
|         | 12 | with the drilling company is in terms of who pays                        |
|         | 13 | damages and when they don't have to pay day rate in this                 |
|         | 14 | case when the rig's not working.  So I didn't know if                    |
| 11:03   | 15 | this meant increased cost.                                               |
|         | 16 |           You got to recall we're at that point where                    |
|         | 17 | we're trying to do the evaluation and the approval                       |
|         | 18 | process.  And so all of a sudden we've entered into some                 |
|         | 19 | uncertainty, and -- and I think the note that you                        |
| 11:03   | 20 | initially see that Todd sent me came from some type of                   |
|         | 21 | industry rag or something.  And so it's not something                    |
|         | 22 | that was brought to our attention immediately by BP but,                 |
|         | 23 | rather, we picked it up through one of the media papers                  |
|         | 24 | out there.                                                               |
| 11:04   | 25 |           As far as the issue around 2009 and 2010,                      |

```
 1  again, we're -- we're always held to our budgets.  And
 2  so we're already -- we're trying to figure out how to
 3  make this work within the -- not only Gulf of Mexico but
 4  the corporation in 2009.  And so with some of the money
 5  pushing out to 2010, which our budget is already
 6  essentially set for 2010 at this point, that was going
 7  to give added pressure to 2010.
 8          So, again, we were just having to look at how
 9  we would need to handle this from a budget standpoint.
10  At least from a standpoint of 2010 you got the rest of
11  the year to sort of solve it, what you don't do in its
12  place, but you just need to go through the process and
13  think through is the opportunity I may not do better or
14  worse than participating in this opportunity and
15  spending that money in 2010.  So that -- that's what was
16  meant by that.
17      Q.  Okay.  Thanks.  Later in that e-mail you --
18  you talk about the information not being disclosed by
19  BP, and at the end of the e-mail you said you're
20  "extremely disappointed that BP has not disclosed this
21  to us."  You see all -- do you see those?
22      A.  Yes.
23      Q.  Did you express that disappointment to anybody
24  at BP yourself?
25      A.  No.
```