```
 1

 2              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 3
      IN RE:  OIL SPILL      MDL NO. 2179
 4    BY THE OIL RIG
      "DEEPWATER HORIZON"    SECTION:  J
 5    IN THE GULF OF
      MEXICO, ON APRIL       JUDGE BARBIER
 6    20, 2010               MAG. JUDGE SHUSHAN

 7

 8
```

14

15

16

17          Videotaped Deposition of **ALAN O'DONNELL**, taken in the Pan American Life
18  Center, 11th Floor, 601 Poydras Street, New Orleans, Louisiana 70130, on May 5, 2011.
19
    **APPEARANCES**:
20

21  LIEFF, CABRASER HEIMANN & BERNSTEIN
    By:  Steven E. Fineman, Esquire and
22  Annika K. Martin, Esquire
    250 Hudson Street, 8th Floor
23  New York, NY 10013-1413
         (Attorneys for Plaintiffs
24       Steering Committee)

25

                    **GAUDET KAISER, L.L.C.**
                  Board-Certified Court Reporters

```
 1    for identification.)
 2              This exhibit is a series of
 3    e-mails dated November 20, 2009.  Take a
 4    look at that e-mail.  Do you recall this
 5    e-mail exchange?
 6         A.   I do.
 7         Q.   What does this e-mail exchange
 8    concern?
 9         A.   Well, it's concerning damage
10    done to MARIANAS after Tropical Storm Ida
11    and the fact that we didn't really know
12    that the rig had suffered some damage and
13    just our -- our -- basically our reaction
14    to that.
15         Q.   Can you read -- your -- the top
16    e-mail is from you to Mr. Chandler, Ms.
17    Peyton and Glenn Raney, correct?
18         A.   Yes.
19         Q.   Can you read what you wrote?
20         A.   Yes.  I wrote, "Bummer.  I'm
21    amazed that they didn't tell us about
22    this."
23         Q.   Why were you amazed that they
24    didn't tell you?
25         A.   Well, because we were working
```

1  with them and trying to come to an
2  agreement, and then there was a long period
3  of silence after this and we as a -- having
4  an interest in -- in participating in this
5  prospect and eventually being able to drill
6  the well, we as a team were disappointed
7  that we didn't have more information on
8  this; and hence the use of my technical
9  term "bummer."
10         Q.   And the problem, one of the
11  problems I suppose, as I understand this
12  e-mail, is that you didn't know what the
13  additional costs would be to proceed,
14  correct?
15         A.   Right.  That's right.
16         Q.   Did you participate in any
17  conversations with anybody at BP concerning
18  their not telling you about the status of
19  the MARIANAS?
20         MR. DAVID:
21              Object to the form.
22         THE WITNESS:
23              No.
24  BY MR. FINEMAN:
25         Q.   And what -- what did you do as