```
ERROR: undefined
OFFENDING COMMAND: get

STACK:

/quit
-dictionary-
-mark-
```