From: Bodek, Robert
Sent: Sat Feb 13 17:53:47 2010
To: Morel, Brian P
Subject: Re: Macondo LOT #4
Importance: Normal

Thanks for the shitty cement job, Trent.

Sent from my iPhone

On Feb 13, 2010, at 11:42 AM, "Morel, Brian P" <Brian.Morel@bp.com> wrote:

> New LOT 11.28 surface (no returns on the flow line or to the trip
> tanks during the test or while holding pressure)
>
> Current operations:
> Pulling out to squeeze the shoe
>
> Thanks
> Brian
> <<Macondo LOT Worksheet.xls>>
> <Macondo LOT Worksheet.xls>

EXHIBIT # 1057
WIT:

CONFIDENTIAL

BP-HZN-2179MDL00270472