From: Corser, Kent
Sent: Fri May 07 00:20:17 2010
To: Winters, Warren J; Sabins, Fred (CSI Tech) (fsabins@csi-tech.net); Watters' Larry (CSI TECH) (lwatters@csi-tech.net); Horizon Legal Copy (MC252_Email_Retention@bp.com); Corser, Kent
Subject: Cement testing for well
Importance: Normal

Fred/Larry,

Understand we are meeting tomorrow to go over the modeling work you have done. I would also like to understand your knowledge on cement migrating through mud.
I.e
On this well we had a 16.7 ppg tail. All of it in the shoe track. We had 14.3 ppg SBM in the rat hole below casing. The shoe did not have a float only a double float collar. What is your view on the cement swapping with the mud below or channeling in the shoe track?
Has there been any testing done in this regard?

Kent Corser
Drilling Engineering Manager NAG
BP America Inc
510 Westlake Park Blvd Room - 2.332A
Houston Texas 77079
Office-  281-366-2142
Cell -    281-433-0093
Home - 281-578-3224


EXHIBIT NO. 2031

CONFIDENTIAL

BP-HZN-BLY00116215