From: Brown, David
Sent: Mon May 24 20:37:27 2010
To: Winters, Warren J
Cc: Watters, Larry; Watters, Jeff; Sabins, Fred; Sonnier, Paul; Febbraro, Anthony
Subject: RE: CSI Report Draft
Importance: Normal

Warren,

The report is exceeding your mailbox size limit..Could we pass it through the IBack up file share folder ????

Warren,

One more attempt..See below..If this one goes thru, you will receive another with two additional attachments..

Warren,

Sorry for not getting this sent earlier as it was rejected due to your mailbox size limit.

Attached is the revised draft report for your review. I believe we have answered several questions that arose in our last meeting including lift pressures..We have also attempted to add headings per subject matter for ease in reviewing the report.. A couple of sections are blank as we intend to continue filling them in. Let us know your questions or concerns.....

Also as discussed in our last meeting, two proposals are attached 1) to perform a foam stability review and 2) a physical model to simulate the shoe track with possible fluid swap. Let us know if you like this concept and when you wish to proceed with it.

CSI is also performing a literature review of foam cementing to cover topics such as stability, de-foamers, and fluid loss control additives and will be an added section to the report.

The pressure abnormality that occurs as the wiper plugs enter the cross over continues to cause confusion and is something that modeling can't address. Does BP have recorded job data/post job reports from other jobs/wells performed with combination casing strings...Would not need to be foam or the same service company, just data to determine the expected response at the x-over.

Thanks

**David D. Brown**
**Product Line Manager**
*CSI Technologies*
**2202 Oil Center Court**
**Houston, Texas 77073**

EXHIBIT # _2964_
WIT: _____

CONFIDENTIAL

BP-HZN-BLY00131138

**Main:   281-784-7990**
**Direct: 281-784-7910**
**Fax:    281-784-7995**
**Mobile: 832-338-6425**
**dbrown@csi-tech.net**

**From:** Winters, Warren J [mailto:Warren.Winters@bp.com]
**Sent:** Monday, May 24, 2010 9:17 AM
**To:** Brown, David
**Cc:** Watters, Larry; Sabins, Fred; Febbraro, Anthony
**Subject:** CSI Report Draft

David,
We would like to review the draft of your report.
Please send it by email in its current form.
We can meet in person later this week.

Regards,
Warren J. Winters
 Senior Drilling Engineer
 EPT Drilling & Completions
mail    winterwj@bp.com
voice  (281) 366-3897
mobile (281) 865-6788
facs   (281) 366-5025
BP Corporation
501 Westlake Park Blvd, Houston, TX  77079-2696
MC 13.106B
P.O. Box 3092, Houston, TX  77253-3092

BP-HZN-BLY00131139