UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| *All Cases* | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

Before the Court is BP's objections to and appeal from (Rec. Doc. 5454) the Magistrate Judge's Order regarding BP's motion for spoliation sanctions (Rec. Doc. 5307).[1] After considering the arguments of counsel, the record, and the applicable law, the Court finds that the Magistrate Judge's Order was not clearly erroneous or contrary to law under Fed. R. Civ. P. 72(a). Accordingly,

**IT IS ORDERED** that BP's objections (Rec. Doc. 5454) are **OVERRULED** and the Magistrate Judge's Order (Rec. Doc. 5307) is **AFFIRMED.**

New Orleans, Louisiana, this 2nd day of February, 2012.

_____
United States District Judge

---

[1] Halliburton's opposition to BP's appeal appears at Rec. Doc. 5511.