UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010<br><br>**This Document Relates to:**<br>**2:10-cv-02454, 2:10-cv-01768** | )  MDL NO. 2179<br>)<br>)  SECTION: J<br>)<br>)  JJUDGE BARBIER<br>)  MAG. JUDGE SHUSHAN<br>)<br>) |

## **NOTICE OF APPEAL**

Notice is hereby given that the Center for Biological Diversity (the "Center"), plaintiff in *Center for Biological Diversity v. BP America, et al.*, 2:10-cv-02454 and 2:10-cv-01768, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Judgment entered in the above-captioned case by the United States District Court for the Eastern District of Louisiana on January 31, 2012 (ECF No. 5491), referencing the underlying decision (ECF No. 2784), which dismissed the Center's individual complaints in MDL 2179.

DATED this 2nd day of February, 2012.

Respectfully submitted,

                                            s/Charles M. Tebbutt
                                            Charles M. Tebbutt
                                            Daniel C. Snyder
                                            Law Offices of Charles M. Tebbutt, P.C.
                                            451 Blair Blvd.
                                            Eugene, OR 97402
                                            Ph: 541-344-3505
                                            E-mail: charlie.tebbuttlaw@gmail.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 2, 2012, I electronically served the foregoing on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing in accordance with the procedures established in MDL 2179.

                                        s/ Charles M. Tebbutt
                                        Charles M. Tebbutt
                                        Law Offices of Charles M. Tebbutt, P.C.

NOTICE OF APPEAL