UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J (1) |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**ORDER**

**[Motions *in Limine* Regarding Evidence of Joint Investigation Report and Testimony]**

The parties have asked for clarification regarding the ruling entered on January 26, 2012 (Rec. Doc. 5448) as it relates to the DNV[1] photographs, videos, and testing data. As the BOP examination was performed by DNV under the auspices of the Joint Investigation Team, the order could imply that such information is not available to the parties to present at trial. However, the protocols for examination, including destructive testing, were approved by the Court; and the parties' experts were in attendance for the examination and testing. Accordingly;

The earlier order is MODIFIED to allow the parties to use data, videos, and photographs from the testing performed by DNV.

New Orleans, Louisiana, this 2nd day of February, 2012.

Carl J. Barbier
United States District Judge

---

[1] Det Norske Veritas.