UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Jesse Gagliano (Rec. doc. 5441)]**

In his May 11, 2011 deposition, Jesse Gagliano invoked the Fifth Amendment in response to all questions. On January 13, 2012, Halliburton announced that Gagliano was waiving his Fifth Amendment privilege and requested that his deposition be rescheduled. It is set for February 7 and 8. BP argues that: (1) Gagliano's withdrawal of the Fifth Amendment privilege is being done to gain an unfair strategic advantage over it; and (2) allowing Gagliano to testify will unduly prejudice it. Davis Lynch, Inc. v. Moreno, No. 10-20859, 2012 WL 45415 (5th Cir. Jan. 11, 2012).

For the reasons presented by Halliburton and Transocean (Rec. docs. 5501 and 5556), Gagliano will be permitted to withdraw his Fifth Amendment privilege and testify.

IT IS ORDERED that: (1) BP's motion to bar Jesse Gagliano's deposition and exclude the use of his testimony at trial (Rec. doc. 5441) is DENIED; and (2) BP's deadline for the appeal of this order is **Monday, February 6, 2012.**

New Orleans, Louisiana, this 3rd day of February, 2012.

SALLY SHUSHAN
United States Magistrate Judge