UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

### [Regarding Add Energy and Statoil Depositions]

IT IS ORDERED that: (1) the Phase Two deposition for Add Energy Group shall be one day; (2) the Phase Two deposition for Statoil shall be one day; (3) this is without prejudice to the right of the parties to request longer depositions for other Phase Two depositions; and (4) orders for the allocation of the examination time for Phase Two depositions will be issued in due course.

New Orleans, Louisiana, this 3rd day of February, 2012.

SALLY SHUSHAN
**United States Magistrate Judge**