**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re: Oil Spill by the Oil Rig          MDL NO. 2179
    "Deepwater Horizon" in the Gulf
    of Mexico, on April 20, 2010       SECTION J

Applies to: *All Cases*              JUDGE BARBIER
                              MAGISTRATE JUDGE SHUSHAN

## ORDER

**[Regarding Halliburton's Motion to Exclude Evidence**
**Relating to Credit on Kodiak No. 2 (Rec. doc. 5139)]**

Halliburton filed a motion to exclude evidence relating to a credit on the Kodiak No. 2 Well

for non-productive time related to downhole tool issues.  Rec. doc. 5139.  The PSC submitted an

opposition.  Rec. doc. 5287.  Halliburton submitted a reply.  Rec. doc. 5380.  For the reasons

presented by Halliburton;

IT IS ORDERED that Halliburton's motion to exclude evidence relating to a credit on the

Kodiak No.2 Well for non-productive time related to downhole tool issues (Rec. doc. 5139) is

GRANTED.

New Orleans, Louisiana, this 3rd day of February, 2012.

                                 **SALLY SHUSHAN**
                                 **United States Magistrate Judge**