# CONFERENCE ATTENDANCE RECORD

DATE: 2-3-12                    TIME: 10:00

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

DISCOVERY STATUS CONFERENCE

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Jimmy Williamson | PSC |
| David Baay | TO |
| Anthony Irpino | PSC |
| Tony Fitch | Anadarko |
| Mitch Ray (?) | BP |
| [illegible] | BP |
| Matthew Regan | BP |
| Don Godwin | Halliburton |
| Alan York | " " |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Jenny Martinez | Halliburton |
| Bruce Bowman | Halliburton |
| David Beck | Cameron |
| Rachel Clingman | TO |
| Ky Kirby | Anadarko |
| Deb Kuchler | " |
| John Pritchard | MOEX |
| Ed Flanders | " |
| Hugh Tanner | M-I |
| John Funderburk | M-I |
| Don Haycraft | BP |
| Phil Wittmann | Cameron |
| Steve O'Rourke | USA |
| Brian Barr | PSC |
| Jim Roy | PSC |
| Stefanie Major | Halliburton |
| Gwen Richard | Halliburton |

# CONFERENCE ATTENDANCE RECORD

DATE: _____    TIME: _____

CASE NAME: _____

DOCKET NUMBER & SECTION: _____

STATUS     PRELIMINARY     PRE-TRIAL     SETTLEMENT

## ☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Doug Kraus | La. |
| Will Baldwin | WFT |
| Mike Lemoine | " |
| Wayne Zeringue | " |
| Tim Duffy | BP |
| Ryan Babiuch | BP |
| Andy Langan | BP |
| Rob Gasaway | BP |
| Carmet Bertaut | Corwin |

# CONFERENCE ATTENDANCE RECORD

DATE:_____   TIME:_____

CASE NAME:_____

DOCKET NUMBER & SECTION:_____

STATUS     PRELIMINARY     PRE-TRIAL     SETTLEMENT

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Jeff Breit | PSC |
| Scott Cernich | DOJ/US |
| Corey Maze | Alabama + States |
| Winfield Sinclair | Alabama + States |
| Sean Fleming | Halliburton |
| Lauren Mitchell | Halliburton |
| | |
| | |
| | |

Mark Nomilini

Sean Brady

Brian Cavenaugh

Mike Petrino

Matt Chakeres

Joe Eisert

Sarah Himmelhock