

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | * MDL No. 2179<br>*<br>* SECTION "J"<br>* |
| This documents relates to *Toups, et al v. Nalco, et al*, 2:11-cv-02745 "J" | * JUDGE BARBIER<br>*<br>* MAGISTRATE JUDGE SHUSHAN<br>*<br>*<br>* |

### CORE INDUSTRIES, INC.'S RESPONSE TO THE COURT'S WORKING GROUP CONFERENCE ORDER [DOC. 5327]

Defendant, Core Industries, Inc., responds to the Court's Working Group Conference Order [Doc. 5327] listing the attorneys who may appear during the Phase One Trial in the above matter as follows:

1. Scott A. Soule (Bar No. 20379)

2. John L. Robert III (Bar No. 29400).

1796289-1

Respectfully submitted,

/s/ Scott A. Soule
SCOTT A. SOULE, (No. 20379)
E-mail address: soule@chaffe.com
JOHN L. ROBERT III (No. 29400)
E-mail address: robert@chaffe.com
CHAFFE McCALL, L.L.P.
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075
**Attorneys for Core Industries, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Response to the Court's Working Group Conference Order [Doc. 5327] of Core Industries, Inc. has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 3rd day of February, 2012.

/s/ Scott A. Soule