UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL NO. 2179<br><br>SECTION: J |
| This Document Relates To:<br><br>In RE: TRITON ASSET LEASING, GmbH Case No. 2:10-cv-2771-CJB-SS | § § § § § | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## MOTION TO ALLOW LATE FILED SHORT FORM JOINDER

Comes Now, through undersigned counsel, Lois Young and Lois's Best Seafood Catering, LLC, who move this Court to allow the filing of a Short Form Joinder in the limitation proceedings brought by Triton Asset Leasing GmbH, Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., as Owner, Managing Owners, Owners Pro Hac Vice, and/or Operators of the MODU Deepwater Horizon, and in the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2170 (10 md 2179) and as grounds shows the court as follows:

1. This Court set a deadline of April 20, 2011, for filing Short Form Joinders.

2. Movants contacted undersigned counsel after the Court's deadline. Movants sought assistance in filing a claim for damages incurred as a result of the Deepwater Horizon explosion and resultant oil spill.

3. Because Movants were unaware of the Court's deadline and unaware of the availability of the Short Form Joinder generally, Movants did not timely file a Short Form Joinder.

4. No prejudice will result from the acceptance of the proposed Short Form Joinder, which is attached hereto as Exhibit "A." No action has been taken in the limitation action which could cause prejudice to any other party in the proceedings.

WHEREFORE, Movants request that the Court grant their request to include the Short Form Joinder attached hereto as Exhibit "A" in the pending limitation action and in the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2170 (10 md 2179).

Respectfully submitted,

By: /s/ Alex Peet
Alex Peet
Florida Bar No. 47606
Lovelace Law Firm, P.A.
12870 U.S. Hwy. 98 W.
Suite 200
Miramar Beach, FL 32550
Phone: (850) 837-6020
Fax: (850) 837-4093
Email: alex@lovelacelaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion has been filed electronically with the Clerk of Court using the CM/ECF system and served on all counsel of record through Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on February 3, 2012.

/s/ Alex Peet