UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL NO. 2179<br><br>SECTION: J |
| This Document Relates To:<br><br>In RE: TRITON ASSET LEASING, GmbH<br>Case No. 2:10-cv-2771-CJB-SS | § § § § § | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## ORDER ON MOTION TO ALLOW LATE FILED CLAIM

This Court has considered Movants Lois Young and Lois's Best Seafood Catering, LLC, Motion to Allow Late-Filed Short Form Joinder and is of the opinion that Movants' Motion should be GRANTED. It is therefore ORDERED that Movants' Lois Young and Lois's Best Seafood Catering, LLC Motion to Allow Late-Filed Short Form Joinder is GRANTED.

IT IS SO ORDERED,

Dated this ___ day of February, 2012.