UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL NO. 2179<br><br>SECTION: J |
| This Document Relates To:<br><br>In RE: TRITON ASSET LEASING, GmbH Case No. 2:10-cv-2771-CJB-SS | § § § § § | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## ORDER ON MOTION TO ALLOW LATE FILED CLAIM

This Court has considered Movants Charles Gaddis and Gaddis Enterprises' Motion to Allow Late-Filed Short Form Joinder and is of the opinion that Movants' Motion should be GRANTED. It is therefore ORDERED that Movants Charles Gaddis and Gaddis Enterprises' Motion to Allow Late-Filed Short Form Joinder is GRANTED.

IT IS SO ORDERED,

New Orleans, Louisiana this 3rd day of February, 2012.

_____
United States District Judge