UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | § § § § § § | MDL No. 2179 SECTION: J |
| This document relates to: *All Cases and No. 2-10-cv-02771* | § § § § | Judge Carl J. Barbier Magistrate Judge Sally Shushan |

## HALLIBURTON ENERGY SERVICES, INC. AND M-I L.L.C.'S JOINT *EX PARTE* MOTION TO DISMISS CROSS-CLAIM AND RELATED MOTION TO DISMISS

Halliburton Energy Services, Inc. ("HESI") and M-I L.L.C. ("M-I") file this joint *ex parte* motion.

HESI filed its first amended cross-claims against M-I on May 20, 2011. Dkt. No. 445 in 2:10-cv-02771-CJB-SS. Count II (¶¶ 37-40) sought "contractual indemnity" from M-I. M-I moved to dismiss Count II on June 17, 2011. Dkt. No. 2828 in 2:10-md-02179-CJB-SS.

HESI hereby moves this Court to dismiss, with prejudice, its Count II claims against M-I for contractual indemnity. M-I accordingly moves this Court to dismiss as moot its previously filed motion to dismiss. HESI and M-I jointly ask this Court to issue the attached proposed Order to effectuate this relief.

<table>
<tr><td>

February 3, 2012

**OF COUNSEL:**
MORGAN, LEWIS & BOCKIUS LLP

Derek E. Leon
dleon@morganlewis.com
Texas Bar No. 24002463
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 415-3000
Facsimile: (305) 415-3001

Denise Scofield
dscofield@morganlewis.com
Texas Bar No. 00784934
1000 Louisiana, Suite 4000
Houston, Texas 77002
Telephone: (713) 890-5000
Facsimile: (713) 890-5001

**ATTORNEYS FOR DEFENDANT
M-I L.L.C.**

</td><td>

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ *Hugh E. Tanner*
    Hugh E. Tanner
    htanner@morganlewis.com
    Texas Bar No. 19637400
    1000 Louisiana, Suite 4000
    Houston, Texas 77002
    Telephone: (713) 890-5000
    Facsimile: (713) 890-5001

**ATTORNEY FOR DEFENDANT
M-I L.L.C.**

</td></tr>
</table>

**GODWIN RONQUILLO PC**

By: /s/ *Donald E. Godwin*
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
DGodwin@GodwinRonquillo.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
BBowman@GodwinRonquillo.com
Jenny L. Martinez
State Bar No. 24013109
JMartinez@GodwinRonquillo.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
FHartley@GodwinRonquillo.com
Gavin E. Hill
State Bar No. 00796756
GHill@GodwinRonquillo.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

and

R. Alan York
State Bar No. 22167500
AYork@GodwinRonquillo.com
Jerry C. von Sternberg
State Bar No. 20618150
JVonSternberg@GodwinRonquillo.com
Misty Hataway-Coné
State Bar No. 24032277
MCone@GodwinRonquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

**ATTORNEYS FOR DEFENDANT HALLIBURTON ENERGY SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Halliburton Energy Services, Inc. And M-I L.L.C.'s Joint *Ex Parte* Motion To Dismiss Cross-Claim And Related Motion To Dismiss has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 3rd day of February, 2012.

                                                                     /s/ *Hugh E. Tanner*
                                                                     Hugh E. Tanner