UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | § § § § § § | MDL No. 2179<br><br>SECTION: J |
| This document relates to:<br><br>*All Cases and*<br>*No. 2-10-cv-02771* | § § § § | Judge Carl J. Barbier<br>Magistrate Judge Sally Shushan |

## ORDER

Considering Halliburton Energy Services, Inc. And M-I L.L.C.'s Joint *Ex Parte* Motion To Dismiss Cross-Claim And Related Motion To Dismiss:

**IT IS HEREBY ORDERED** that Halliburton Energy Services, Inc. And M-I L.L.C.'s Joint *Ex Parte* Motion To Dismiss Cross-Claim And Related Motion To Dismiss is GRANTED. Halliburton Energy Services, Inc.'s Count II cross-claims against M-I L.L.C. for contractual indemnity are hereby DISMISSED WITH PREJUDICE. M-I L.L.C.'s motion to dismiss Count II of Halliburton's cross-claims is DISMISSED AS MOOT.

New Orleans, Louisiana, this _____ day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE

5