UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO.: 2179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER |
| Case No.: 2:10-cv-08888, [Rec. Doc. 63945]; 2:10-cv-02771 | MAG. JUDGE SHUSHAN |

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, undersigned counsel moves this Court for an order withdrawing the Dugan Law Firm, APLC as counsel of record for Plaintiff, Timothy R. Bingham, Jr. In support thereof, Movants would show:

1. On or about December 1, 2010, Plaintiff retained the law firm, The Dugan Law Firm, to serve as counsel with regards to any and all claims Plaintiff had arising out of the Deepwater Horizon Oil Spill on April 20, 2010.

2. On or about April 19, 2011, the undersigned filed a Short Form Joinder on behalf of Plaintiff, [Rec. Doc. 63945].

3. On January 20, 2012, Plaintiff informed the Dugan Law Firm in writing that he no longer desired to have the Dugan Law Firm represent his interests.

4. On January 21, 2012, the Dugan Law Firm honored the wishes of Plaintiff and the parties have terminated their relationship. Thus, the Dugan Law Firm as counsel of record now requests this Court to allow its withdrawal from representation of Timothy R. Bingham, Jr. in this case.

5. Considering Plaintiff has chosen to represent himself in this matter, neither he nor any other party will be prejudiced by Movants' withdrawal of counsel.

6. The current mailing address of Plaintiff is 120 Southdown West Blvd., Apt. 2, Houma, Louisiana, 70360.

WHEREFORE, undersigned counsel moves this Court for an Order allowing the withdrawal of the Dugan Law Firm, APLC as counsel of record for Timothy R. Bingham, Jr. in the above captioned case.

Dated: February 5, 2012

          Respectfully submitted,

By:   **THE DUGAN LAW FIRM**

 /s/ David B. Franco
David B. Franco (Tx Bar No. 24072097)
James R. Dugan, II (La Bar No. 24785)
One Canal Place
365 Canal Street, Suite 1000
New Orleans, Louisiana 70130
Telephone: (504) 648 0180
Facsimile: (504) 648 0181

*Counsel for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Motion to Withdraw as Counsel has been filed electronically with the Clerk of Court using the CM/ECF system and served on all counsel of record through Lexis Nexis File & Serve, electronic mail, facsimile, and/or U.S. Mail. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via U.S. Mail, postage prepaid and properly addressed, on the others listed below on this 5th day of February, 2012.

Timothy R. Bingham, Jr.
120 Southdown West Blvd., Apt. 2
Houma, LA 70360

       /s/ David B. Franco
      David B. Franco, Esq.