UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig     MDL NO. 2179
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010     SECTION J

Applies to: *All Cases*     JUDGE BARBIER
    MAGISTRATE JUDGE SHUSHAN

### ORDER

[Regarding Halliburton's Motion to Preclude Evidence Regarding
Clawed-Back or Stricken Documents (Rec. doc. 5141)]

At the request of the mover, Halliburton,

IT IS ORDERED that Halliburton's motion to preclude evidence regarding clawed-back or stricken documents or documents or information otherwise excluded from the scope of appropriate discovery in pre-trial discovery rulings (Rec. doc. 5141) is DISMISSED as MOOT.

New Orleans, Louisiana, this 3rd day of February, 2012.

CARL J. BARBIER
United States District Judge