## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | **MDL No. 2179** |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on | * | **SECTION J** |
| APRIL 20, 2010 | * | |
| | * | **JUDGE BARBIER** |
| THIS DOCUMENT RELATES: | * | **MAG. JUDGE SHUSHAN** |
| | * | |
| IN RE: TRITON ASSET LEASING GmbH | * | |
| Case No. 2:10-cv-02771-CJB-SS | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the Motion for Acceptance of Limitation Short Form Joinders Filed Beyond the April, 20, 2011 Deadline:

It is ORDERED that the late filed Short Form Joinders filed by Movants, identified as various claimants in "Exhibit A", in the action 2:10-cv-08888-CJB-SS are hereby considered to be timely filed claims in the Transocean Limitation (Civil Action No. 10-2771), as well as joinder in the Bundle B1 and/or B3 Amended Master Complaints, in accordance with Pre-Trial Orders Nos. 24 and 25.

New Orleans, Louisiana this _____ day of _____, 2012.

_____
United States District Judge

| | Exhibit A | |
|---|---|---|
| Name of Claimant | Date Filed | Short Form Document # |
| Robert Bell | 12/9/2011 | 110114 |
| Marlene Bell | 12/9/2011 | 110115 |
| Jason Thach | 12/9/2011 | 110116 |
| Tamitko Meardry | 12/9/2011 | 110117 |
| King's Pointe Marina, LLC | 12/14/2011 | 110184 |
| Blake Monroe | 12/16/2011 | 110208 |
| Greg Watson | 12/16/2011 | 110209 |