UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to: *All Cases*<br><br>(Including No. 10-2771) | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**OPPOSITION TO M-I L.L.C.'S MOTION *IN LIMINE*
TO EXCLUDE REFERENCE TO SIZE OR FINANCIAL STATUS**

Plaintiffs respectfully submit the following Opposition to M-I LLC's Motion *in Limine* to Exclude Any Reference to M-I's Related Entities or its Related Entities' Size or Financial Status [Doc 5362]:

**MAY IT PLEASE THE COURT:**

In its motion, M-I moves to exclude evidence of related entities as well as its own size and financial status. M-I does not identify any specific evidence it is trying to exclude. This Court has previously frowned upon the filing of in limine motions without identifying the specific evidence sought to be excluded. Without specifically identified evidence, it is challenging to contemplate all circumstances, all arguments, and all contexts in this large trial in which this general kind of evidence would not be relevant or unfairly prejudicial.

Subject to this concern, the PSC has no intention at this time of introducing evidence or otherwise referencing the financial status or size of M-I or its related entities during Phase One of the Limitation and Liability Trial. However, should M-I (or any

other defendant) place its finances at issue for whatever reason, the PSC reserves its right to introduce countervailing evidence and/or otherwise question witnesses concerning the matter.[1]

Additionally, and in any event, there is good reason to allow reference, testimony, and evidence related to M-I's parent company, Schlumberger, LTD, or other Schlumberger-related entities.  Specifically, BP hired Schlumberger to perform a cement bond log ("CBL") to test the strength of cement linings on the Macondo well as part of the temporary abandonment process.  BP cancelled the CBL and dismissed the Schlumberger crew, who left just hours before the explosion.  <u>Expert Report of Calvin Barnhill</u>, at 21, attached as Exhibit "A".  The CBL would have uncovered the problems with the cementing.  <u>Id.</u>  This decision, among others, increased the risk of a catastrophic event that was a cause of the Macondo blowout.  <u>Expert Report of Bea-Gale</u>, at 58, 64, attached as Exhibit "B".  While evidence regarding the size or financial status of Schlumberger may be irrelevant to Phase One considerations, some evidence relating to Schlumberger - as the company hired to perform the CBL - is directly relevant to the PSC's claims of negligence and gross negligence against BP.

Finally, M-I's argument that the reference to Schlumberger could somehow confuse the court or prejudice M-I's position is not well founded.  There is no reason for the Court to exclude evidence based on Rule 403, where, as here, the case is being tried as a bench trial. *See Gulf States Utils. Co. v. Ecodyne Corp.,* 635 F.2d 517, 519 (5th Cir. 1981) ("Rule 403 has no logical application to bench trials.").

---

[1] Plaintiffs further reserve the right to introduce evidence regarding the size or financial status of M1 and/or other Defendants, at a later and appropriate phase of the proceedings, with respect to the nature and extent of punitive damages, should there be a threshold determination that M1 or another Defendant is liable for same.

## CONCLUSION

For the above and foregoing reasons, M-I LLC's Motion in Limine to Exclude Any Reference to M-I's Related Entities or M-I's or its Related Entities' Size or Financial Status [Rec. Doc. 5362] should be denied.

This 6th day of February, 2012.

Respectfully submitted,

| | |
|---|---|
| /s/ Stephen J. Herman | /s/ James Parkerson Roy |
| Stephen J. Herman, La. Bar No. 23129 | James Parkerson Roy, La. Bar No. 11511 |
| HERMAN HERMAN KATZ  & COTLAR LLP | DOMENGEAUX WRIGHT ROY  & EDWARDS LLC |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhkc.com | E-Mail: jimr@wrightroy.com |
| *Plaintiffs' Liaison Counsel MDL 2179* | *Plaintiffs' Liaison Counsel MDL 2179* |

## PLAINTIFFS' STEERING COMMITTEE

Brian H. Barr
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, ECHSNER & PROCTOR, PA
316 South Baylen St., Suite 600
Pensacola, FL 32502-5996
Office: (850) 435-7045
Telefax: (850) 436-6187
E-Mail: bbarr@levinlaw.com

Robin L. Greenwald
WEITZ & LUXENBERG, PC
700 Broadway
New York, NY 10003
Office: (212) 558-5802
Telefax: (212) 344-5461
E-Mail: rgreenwald@weitzlux.com

3

Jeffrey A. Breit
BREIT DRESCHER IMPREVENTO &
WALKER, P.C.
999 Waterside Drive, Suite 1000
Norfolk, VA 23510
Office:  (757) 670-3888
Telefax: (757) 670-3895
E-Mail: jbreit@bdbmail.com

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Office:  (415) 956-1000
Telefax: (415) 956-1008
E-Mail: ecabraser@lchb.com

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA &
TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA  70037
Office:  (504) 394-9000
Telefax: (504) 394-9110
E-Mail: pcossich@cossichlaw.com

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL  36660
Office:  (251) 471-6191
Telefax: (251) 479-1031
E-Mail: rtc@cunninghambounds.com

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399
E-Mail: mike@mikespy.com

Rhon E. Jones
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P. C.
218 Commerce St., P.O. Box 4160
Montgomery, AL 36104
Office:  (334) 269-2343
Telefax: (334) 954-7555
E-Mail: rhon.jones@beasleyallen.com

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU & SOUTH,
LLP
501 Broad Street
Lake Charles, LA 70601
Office:  (337) 439-0707
Telefax: (337) 439-1029
E-Mail: mlundy@lundylawllp.com

Michael C. Palmintier
deGRAVELLES, PALMINTIER,
HOLTHAUS & FRUGE'
618 Main Street
Baton Rouge, LA  70801-1910
Office:  (225) 344-3735
Telefax: (225) 344-0522
E-Mail: mpalmintier@dphf-law.com

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW &
ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA  70130
Office:  (504) 588-1500
Telefax:  (504) 588-1514
E-Mail: sterbcow@lksalaw.com

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Office:  (214) 521-3605
Telefax: (214) 599-1172
E-Mail: ssummy@baronbudd.com

4

| | |
|---|---|
| Calvin C. Fayard, Jr.<br>FAYARD & HONEYCUTT<br>519 Florida Avenue, SW<br>Denham Springs, LA 70726<br>Office: (225) 664-4193<br>Telefax: (225) 664-6925<br>E-Mail: calvinfayard@fayardlaw.com | Mikal C. Watts (PSC)<br>WATTS GUERRA CRAFT, LLP<br>Four Dominion Drive, Building 3, Suite 100<br>San Antonio, TX 78257<br>Office: (210) 447-0500<br>Telefax: (210) 447-0501<br>E-Mail: mcwatts@wgclawfirm.com |

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: (305) 476-7400
Telefax: (305) 476-7444
E-Mail: ervin@colson.com

## **CERTIFICATE OF SERVICE**

      WE HEREBY CERTIFY that the above and foregoing Opposition will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 6th day of February, 2012.

                                                /s/ Stephen J Herman and James Parkerson Roy