# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

*In re: Oil Spill by the Oil Rig Deepwater Horizon in the Gulf of Mexico on April 20, 2010* (MDL No. 2179)

Before the Honorable Judge Carl J. Barbier

## EXPERT REPORT OF CALVIN BARNHILL
*Macondo Engineering, Operations and Well Control Response*

Submitted by Transocean Offshore Deepwater Drilling, Inc.

## INTRODUCTION

This report outlines the findings and conclusions of Calvin Barnhill relating to Macondo engineering, operations and well control response. This report also presents the basis and reasoning for the opinions and conclusions reached on these subjects, including the data and information considered in forming such opinions and conclusions.

## TABLE OF CONTENTS

I.    Executive Summary
II.   Report of Calvin Barnhill
III.  Rule 26 Requirements
      1. Curriculum Vitae
      2. Statement of Compensation
      3. Materials Considered
      4. Prior Testimony

Date of Submission: September 23, 2011

EXHIBIT A

**CONFIDENTIAL**

Therefore, the bleed off was interpreted to be due to the floats holding. BP and Halliburton interpreted the cement job results to indicate that the job had gone as planned, was successful and that full returns were maintained during the cement job.

BP had set up a contingency plan to run a cement bond log (CBL) if problems were experienced with the cement job. Given the interpretation of a successful cement job BP canceled the CBL even though the Schlumberger wireline crew was already on the rig. The CBL would not have been able to be run below the top wiper plug, which was located immediately above the float collar. However, the planned top of the cement (TOC) was +/- 17,300' RKB. Therefore, the CBL would have been able to see if the top of the cement was in the right general area and the general quality of the cement bonding from the top of the cement down to the area of the float collar (+/- 18,114' RKB).

### Positive Tests

After completion of the cement job the Dril-Quip running tool was released from the hanger and the Dril-Quip seal assembly was set and secured at 5,059' RKB. The purpose of the seal assembly is to seal off the circulation ports in the casing hanger, thereby sealing the wellhead from the annular space outside of the production casing. The seal assembly was isolated and tested twice, once before the running tool was sheared out of the seal assembly and once after the running tool was sheared out of the seal assembly. Each test included testing to a maximum pressure of 10,000 PSI for 10 sec and then reducing the pressure to +/- 6500 PSI and holding pressure for 1 hour. The seal assembly positive test was conducted with SBM. The seal assembly positive test was deemed to be successful.

The running string was tripped out of the riser and the running tool was laid down. The well was checked for flow and was noted to be static. A combination displacement string and cementing string was then run into the riser. The combination string was tripped to a depth of 4,817' RKB in the riser. At that point the blind/shear rams were closed and pressure was applied to the well by pumping SBM in to the wellbore below the blind/shear rams. The blind/shear rams, the wellhead/seal assembly, the production casing down to the top cement wiper plug and the top cement wiper plug were tested to 250 PSI (low) and 2500 PSI (high) for 30 minutes. This positive test required pumping in 8.5 barrels of SBM to pressure up the well to the positive test high pressure level. A corresponding 8.5 barrels of SBM were bled off once the test was completed. The fact that the pressure held and the pump in and bleed off values were the same indicated a successful positive test of the components tested. However, the positive test did not test the production casing shoe tract or the annular cement for pressure integrity or zonal isolation. Further a positive test only tests the well from the inside out. This is not the direction that hydrocarbon flow will occur. It also should be noted that the positive test was conducted using SBM. Drilling fluids, such as SBM, contain solids that can create a sealing affect and at times mask a problem, yielding a false result.

**CONFIDENTIAL**