# RULE 26 REPORT ON BP's DEEPWATER HORIZON MACONDO BLOWOUT

RE: OIL SPILL by the OIL RIG
"DEEPWATER HORIZON"
GULF OF MEXICO
APRIL 20, 2010

EXPERT OPINIONS
BASIS OF OPINIONS
ANALYSIS & DISCUSSION

Prepared by:

Dr. Robert G. Bea, PE
Professor Emeritus of Civil and Environmental Engineering
University of California, Berkeley

and

Dr. William E. Gale, Jr., PE, CSP, CFEI, CFII
Forensic Engineer and Fire & Explosion Investigator
Principal, Bundy, Gale & Shields, LLC

Prepared for:

The Plaintiff Steering Committee (PSC) for MDL No. 2179

At the behest of

Plaintiff Liaison Counsel, James P. Roy and Stephen J. Herman
and

Brian Barr & Scott Summy of the Plaintiff Executive Committee

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

THE HONORABLE JUDGE BARBIER
MAG. JUDGE SHUSHAN

By order of
The Judicial Panel on Multi District Litigation

August 26, 2011

Exhibit B

Section 4.  BP Management's Knowing Disregard of Process Safety and Risk Management  on Gulf of Mexico MODUs caused the Macondo blowout.

decisions that increased the risk of the well.  However, those decisions were not formally risk assessed and the Well Team Leader (WTL) didn't think it was his or his team's job.[184]

| Key Decisions at Macondo | | |
|---|---|---|
| **Decision** | **Increased Risk?** | **Formal Risk Assessment?** |
| **Not using the correct number of centralizers** | Yes | No |
| **Not waiting for foam stability test results** | Yes | No |
| **Not running cement bond log** | Yes | No |
| **Using spacer made of lost circulation materials** | Yes | No |
| **Displacing riser before setting cement plug** | Yes | No |
| **Not installing additional physical barriers during temporary abandonment** | Yes | No |
| **Not circulating bottoms up prior to cement job** | Yes | No |
| **Performing simultaneous operations during displacement** | Yes | No |

Because safety-critical decisions were not being subjected to formal risk assessment and management processes, these decisions, often made on an ad hoc basis, were not methodically analyzed to identify the associated risks incurred and to ensure that the risk mitigation barriers that are needed to prevent, diminish, and control those risks were understood.

Moreover, the absence of a formal risk assessment process permitted the Macondo drilling team to "compartmentalize" or "silo" many of their decisions.  Decisions were made in isolation.  Individual decisions were viewed as only adding incremental risk to the Macondo well.  The collective risk generated by these decisions was never considered.

BP Management's decision to delegate operational risk management to MODU owners (Transocean) also had significant impacts on how risk was perceived by the Macondo drilling team.  BP's onshore well team refused to communicate key risks of the operation to Transocean.

---

[184] Deposition of John Guide, pp. 197-200.

Section 4.  BP Management's Knowing Disregard of Process Safety and Risk Management  on Gulf of Mexico MODUs caused the Macondo blowout.

| Key Decisions at Macondo | | |
|---|---|---|
| **Decision** | **Increased Risk?** | **Saved Time or Money?** |
| **Not using the correct number of centralizers[216]** | Yes | Yes |
| **Not waiting for foam stability test** | Yes | Yes |
| **Not running cement bond log[217]** | Yes | Yes |
| **Using spacer made from lost circulation materials[218]** | Yes | Yes |
| **Displacing riser before setting cement plug** | Yes | Yes |
| **Displacing well to over 3,000 ft. below the mud line[219]** | Yes | Yes |
| **Not installing additional physical barriers during temporary abandonment[220]** | Yes | Yes |
| **Not circulating bottoms up prior to cement job** | Yes | Yes |
| **Using long string casing instead of liner[221]** | Yes | Yes |
| **Performing simultaneous operations during displacement** | Yes | Yes |
| **Converting lower ram on BOP to a test ram[222]** | Yes | Yes |

---

[216] BP-HZN-CEC022690 (Email from Brian Morel noting that it was "too late" to get more centralizers to the rig).

[217] SLB-EC-000909 (not running cement bond log saved $118,093.34).

[218] BP-HZN-BLY00098875-6, pp. 2 (noting that use of spacer was "brought about by perceived expediency").

[219] The decision to displace the well was part of BP's decision to have the Deepwater Horizon complete the well instead of a separate rig.  BP noted that having the Deepwater Horizon complete the well would save $2.2 million or possibly more.  *See* BP-HZN-2179MDL02534871-75.

[220] SLB-EC-000909 (mechanical plug would have cost $53,075.06).

[221] BP-HZN-BLY00246658 ("long string provides best economic case . . . liner . . . will add an additional $7-10 MM to completion cost.").

64