```
                                                      U.S. DISTRICT COURT
                                                   EASTERN DISTRICT OF LOUISIANA

                                                   FILED    FEB - 2 2012

         UNITED STATES JUDICIAL PANEL
                     on                                LORETTA G. WHYTE
         MULTIDISTRICT LITIGATION                            CLERK
```

IN RE: OIL SPILL BY THE OIL RIG
"DEEPWATER HORIZON" IN THE GULF                                            EDLA
OF MEXICO, ON APRIL 20, 2010                                              SEC J/1

    Gulf Bay Land Holdings, Inc. v. BP Exploration &            )
    Production, Inc. et al., M.D. Florida,                      )
        C.A. No. 2:12-00008                   )       MDL No. 2179    12-344
    Gulf Bay Land Holdings, Inc. d/b/a Parcel T Joint           )
    Venture v. BP Exploration & Production, Inc., et al. ,      )
        N.D. Florida, C.A. No. 4:12-00009     )                       12-345


## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

     A conditional transfer order was filed in these actions on January 12, 2012. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs filed a notice of opposition to the proposed transfer. Plaintiffs subsequently withdrew their opposition to transfer.

     IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-42" filed on January 12, 2012, is LIFTED as to these actions. The actions are transferred to the Eastern District of Louisiana for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Carl J. Barbier.

FOR THE PANEL:

*Jeffery N. Lüthi*
Jeffery N. Lüthi
Clerk of the Panel

___ Fee ___
___ Process ___
_x_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___