# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | CIVIL ACTION |
| "DEEPWATER HORIZON" IN THE | * | NO. 2:10-MDL-02179 |
| GULF OF MEXICO, ON APRIL 20, 2010 | * | |
| | * | SECTION "J" |
| This Document Relates to: 10-8888 | * | |
| | * | JUDGE BARBIER |
| | * | |
| | * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes

Plaintiff DAWIT KUMBI (48853);                Plaintiff MARK BOUDREAUX (58164); and
Plaintiff REACH OUT & TOUCH (58272);

who, pursuant to Rule 41(a)(1)(A), voluntarily dismisses their claims with prejudice in the captioned lawsuit *In Re: Oil Spill By The Oil Rig "Deepwater Horizon" In The Gulf Of Mexico, On April 20, 2010,* each party to bear its own costs. This Motion to Dismiss with Prejudice does not affect the claims or rights of any other Plaintiff in the above styled consolidated litigation.

Respectfully Submitted,


_s/ Martins I. Imudia_____
Martins I. Imudia
3105 David Drive
Metairie, Louisiana  70003
Telephone:  (504) 885-0015
        and
Terrence J. Lestelle-8540
Andrea S. Lestelle-8539
Jeffrey B. Struckhoff-30173
Richard M. Morgain-32603
Lestelle & Lestelle, APLC
3421 N. Causeway Boulevard, Suite 602
Metairie, Louisiana 70002
Telephone: 504-828-1224

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on this _6th_ day of __Feburay__ 2012, a copy of the foregoing has been served upon all counsel of record in this action by electronic service through the Court's CM/ECF.

 s/ Martins I. Imudia
Martins I. Imudia