UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | CIVIL ACTION NO. 2:10-MDL-02179 SECTION "J" |
| This Document Relates to: 10-888 | * * * | JUDGE BARBIER MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Dismiss with Prejudice by Counsel of Record for

**Plaintiff DAWIT KUMBI (48853); Plaintiff MARK BOUDREAUX (58164); and**

**Plaintiff REACH OUT & TOUCH (58272).**

**IT IS ORDERED** that the above captioned lawsuits are dismissed with prejudice, each party to bear its own costs. The Motion to Dismiss with Prejudice does not affect the claims or rights of any other plaintiff in the above styled consolidated litigation.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
**U.S. DISTRICT COURT JUDGE**