UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * | CIVIL ACTION NO. 2:10-MDL-02179 |
| This Document Relates to: 10-8888 | * * * | SECTION "J" JUDGE BARBIER |
| | * * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR CLAIMANTS

Now into Court, come counsel of record Martins I. Imudia, Martins I Imudia & Associates, Terrence J. Lestelle, Andrea S. Lestelle, Jeffery B. Struckhoff and Richard M. Morgain, Lestelle & Lestelle, A Professional Law Corporation, who hereby request that they be permitted to withdraw as counsel of record for the following clients in this action in accordance with LR 83.2.11:

| Name | Address | Document No | Telephone No |
|---|---|---|---|
| Mohammed E. Mohammed | 3420 Edenborn Av. Apt. 224 Metairie, LA 70002 | 52838 | (504) 701-6740 |
| Bibekanada Bepary | 627 Mandeville New Orleans, LA 7005 | 49761 | (504) 339-8852 |
| Betty Pierre | 753 Carrollwood # 209 Gretna, LA 70056 | 60631 | (504) 957-6409 |
| Warren Taylor | 2325 Jackson Av. New Orleans, LA 70113 | 52986 | (504) 21007600 |
| John Williams | 59250 Amber St. Slidell, LA 70461 | 49765 | (504) 643-3078 |
| Aaron Washington | 2734 Wabash St. New Orleans, LA | 58143 | (504) 281-3848 |

| | | | |
|---|---|---|---|
| | 70114 | | |
| Jannyn Erazo | 13 Incarnate Word Dr<br>Kenner, LA 70065 | 52598 | (504) 908-9115 |
| George Green | 2222 Onzaga St.<br>New Orleans, LA 70119 | 52680 | (504) 259-8076 |

Clients have received letters notifying them of deadlines and pending court appearances in the above-entitled action(s).

                    Respectfully Submitted,

                    _s/ Martins I. Imudia_____
Martins I. Imudia-24809
Martins I. Imudia & Associates, APLC
3105 David Drive
Metairie, Louisiana  70003
Telephone:  (504) 885-0015
      and
Terrence J. Lestelle-8540
Andrea S. Lestelle-8539
Jeffrey B. Struckhoff-30173
Richard M. Morgain-32603
Lestelle & Lestelle, APLC
3421 N. Causeway Boulevard, Suite 602
Metairie, Louisiana 70002
Telephone: 504-828-1224

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

     I hereby certify that on this  _6th_  day of  _February 2012_, a copy of the foregoing has been served upon client and counsel of record in this action by electronic service through the Court's CM/ECF.

                    _s/ Martins I. Imudia_____
Martins I. Imudia

2