UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig              MDL NO. 2179
  "Deepwater Horizon" in the Gulf
  of Mexico, on April 20, 2010              SECTION J

Applies to: *All Cases*                      JUDGE BARBIER

                                             MAGISTRATE JUDGE SHUSHAN

_____

ORDER

[Regarding Allocation of Time for Opening Statements
and Order for Presentation of Evidence]

The order of opening statements as well as the order of presentation of evidence and the allocation of time for opening statements will be as follows:

|              | Allocation  |
|--------------|-------------|
| PSC          | 75 minutes  |
| U.S.         | 45 minutes  |
| States       | 20 minutes  |
| Transocean   | 60 minutes  |
| Halliburton  | 60 minutes  |
| BP           | 90 minutes  |
| Cameron      | 10 minutes  |
| Anadarko     | 10 minutes  |
| MOEX         | 10 minutes  |
| M-I Swaco    | 10 minutes  |
| Weatherford  | 10 minutes  |
| **Total**    | **400 minutes** |

2

New Orleans, Louisiana, this 6th day of February, 2012.

                                                                           _____
                                                                              United States District Judge