MINUTE ENTRY
SHUSHAN, M.J.
FEBRUARY 6, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

A telephone conference was held this date.

Participating:  Brian Barr for PSC;
Grant Denny, Greg Phillips, John Owens and David Baay for Transocean;
Sean Fleming for Halliburton;
Tony Fitch and Robert Guidry, for Anadarko;
Mike Occhuizzo and Derek Bentsen for BP;
Sharon Shutler, Dave Pfeffer and Briena Strippoli for U.S.;
Alex Roberts for Cameron; and
Bill Stradley for MDL 2185 Individual Investors.

There was discussion regarding Phase Two stipulations.

SALLY SHUSHAN
United States Magistrate Judge

MJSTAR 02:35