UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NUMBER 2179  SECTION: J<br><br>JUDGE BARBIER |
| RELATES TO:  ALL CASES | MAGISTRATE JUDGE SHUSHAN |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## EXHIBITS

| | |
|---|---|
| Exhibit A | Excerpt from the deposition transcript of Gregg S. Perkin, P.E. - p.83 |
| Exhibit B | TREX-07535 — Excerpts of Gregg S. Perkin, P.E. Expert Report - August 26, 201 - pp. 6-8, 13, 17-20, 22 |
| Exhibit C | TREX-07536 — Excerpts of Gregg S. Perkin, P.E. Expert Report Appendices- pp. 7, 27, 38-39, 41-44, 61, 64-65, 95, 98-101 |
| Exhibit D | Excerpts from the deposition transcript of David McWhorter - pp. 96, 296 |
| Exhibit E | Excerpts from the deposition transcript of Edward Gaude - pp. 25-26, 232, 245, 247-248, 259, 272 |
| Exhibit F | TREX-05155 — E-mail string among Edward Gaude, et al. - Subject: AMF batteries, marked as CONFIDENTIAL (CAM_CIV_0371709 - CAM_CIV_71717) - p. CAM CIV 0371711 |
| Exhibit G | Excerpts from the deposition transcript of Richard Coronado - pp. 347, 365-366, 374-375 |
| Exhibit H | TREX-07581 — BOP Failure Modes Effects Analysis Development Driller 1 and 2 (BP-HZN-2179MDL00098356 - BP-HZN-2179MDL00098434) - p. BP-HZN-2179MDL00098380 |
| Exhibit I | TREX-04114 — Vastar Resources, Inc., Deepwater Horizon, Technical Position Paper (Revision 5) (TRN-HCJ-00026742 - TRN-HCJ-00026748) |
| Exhibit J | TREX-05094 — Sept 1, 2000 BOP Stack Design, Technical Position Paper, marked as CONFIDENTIAL (TRN-INV-01864068 - 64076) |
| Exhibit K | TREX-08122 — Excerpts of Forrest Earl Shanks II Expert Report - October 17, 2011 - pp. 45-49 |