UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179 SECTION: J |
| This Document Relates To: All Actions …………………………………………………... | : : : | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

**BP'S OBJECTIONS TO AND APPEAL FROM THE MAGISTRATE JUDGE'S ORDER REGARDING JESSE GAGLIANO'S TESTIMONY [REC. DOC. 5574]**

Pursuant to 28 U.S.C. § 636(b)(1)(A), BP objects to and appeals from the Magistrate Judge's Order entered February 3, 2012 (Rec. Doc. 5574) denying BP's objection to Mr. Jesse Gagliano's attempt to withdraw his prior invocation of the privilege against self-incrimination and to provide testimony at (or for use in) the upcoming Phase One trial (Rec. Doc. 5441). As set forth in the accompanying Memorandum, BP submits that the Order is clearly erroneous and contrary to law under Federal Rule of Civil Procedure 72. *See Davis-Lynch v. Moreno*, No. 10–20859, 2012 WL 45415, at *4 (5th Cir. Jan. 10, 2012).

Dated: February 6, 2012                                Respectfully submitted,


/s / Don K. Haycraft

Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

Richard C. Godfrey, P.C.
(richard.godfrey@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

and

Robert C. "Mike" Brock
(mbrock@cov.com)
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

*Attorneys for the BP Exploration & Production Inc. & BP America Production Company*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 6th day of February, 2012.

/s/  Don K. Haycraft