**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


In re:  Oil Spill by the Oil Rig "Deepwater     :     MDL No. 2179
        Horizon" in the Gulf of Mexico, on      :
        April 20, 2010                          :     SECTION: J
                                                :
This Document Relates To: All Actions           :     JUDGE BARBIER
                                                :     MAGISTRATE JUDGE
………………………………………………...     :     SHUSHAN

**MEMORANDUM IN SUPPORT OF BP'S OBJECTIONS TO AND APPEAL FROM THE MAGISTRATE JUDGE'S ORDER REGARDING JESSE GAGLIANO'S TESTIMONY**

On January 25, 2012, BP filed a letter objecting to Mr. Jesse Gagliano's attempt to withdraw his prior invocation of the privilege against self-incrimination and to provide testimony at (or for use in) the upcoming Phase One trial.  Rec. Doc. 5441, attached as Exhibit A. Halliburton (Rec. Doc. 5501, attached as Exhibit B) and Transocean (Rec. Doc. 5556, attached as Exhibit C) filed responses on January 30, 2012, and BP filed a reply on February 2, 2012 (Rec. Doc. 5565, attached as Exhibit D).  BP contends that Mr. Gagliano should not be allowed to withdraw his invocation of the Fifth Amendment privilege against self-incrimination at this late stage under *Davis-Lynch v. Moreno*, No. 10–20859, 2012 WL 45415 (5th Cir. Jan. 10, 2012).  In *Davis-Lynch*, the Fifth Circuit stated that withdrawal of a prior assertion of the constitutional privilege should be denied: (1) "if the [party] is trying to 'abuse, manipulate or gain an unfair strategic advantage over opposing parties'"; or (2) if it cannot be shown that "the opposing party would not experience undue prejudice as a result."  *Davis-Lynch*, 2012 WL 45415 at *4.  BP asserts that Mr. Gagliano should not be allowed to withdraw his prior invocation of the Fifth Amendment privilege under either inquiry.  *See* Rec. Doc. 5441 at 3.

On February 3, 2012, Magistrate Judge Shushan denied BP's motion to preclude Mr. Gagliano from testifying "[f]or the reasons presented by Halliburton and Transocean[.]"

Rec. Doc. 5574, attached as Exhibit E.  BP respectfully disagrees with Judge Shushan's conclusion and submits that the Order is clearly erroneous and contrary to law under Federal Rule of Civil Procedure 72.  Accordingly, BP respectfully appeals the Order denying BP's motion.

BP has already explained in briefing before Judge Shushan why Mr. Gagliano should not be permitted to withdraw his invocation of the Fifth Amendment privilege and testify.  To reduce the burden on this Court of further briefing, BP respectfully incorporates that briefing by reference.  *See* Rec. Docs. 5441 & 5565, attached as Exhibits A, D.

Should the Court desire any further briefing or argument on this issue, BP would be happy to make any further submission the Court deems appropriate.


Dated: February 6, 2012

Respectfully submitted,


/s / Don K. Haycraft

Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

Richard C. Godfrey, P.C.
(richard.godfrey@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

and

Robert C. "Mike" Brock
(mbrock@cov.com)
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

*Attorneys for the BP Exploration &
Production Inc. & BP America Production
Company*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 6th day of February, 2012.

/s/  Don K. Haycraft