UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : : | MDL NO. 2179<br><br>SECTION:  J<br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN<br><br>JURY TRIAL DEMANDED |

. .    . .    . .    . .    . .    . .    . .    . .    . .    . .    . .    . .    . .    . .    . .    . .    . .    . .    . .    . .    . .    . .

**CAMERON INTERNATIONAL CORPORATION'S MOTION
TO RESUME STANDARD BUSINESS PRACTICES AND CEASE
COLLECTION OF DATA CREATED AFTER JANUARY 31, 2012 AND
<u>MEMORANDUM IN SUPPORT</u>**

Pursuant to Pretrial Order No. 1 (Dkt. No. 2), Cameron International Corporation hereby moves for an order permitting it to resume standard business practices with respect to the collection of data and information created after January 31, 2012, and to cease ongoing efforts to collect such data and information, and in support would respectfully show as follows:

<u>ARGUMENT</u>

Shortly after the events of April 20, 2010, Cameron instituted a company-wide data preservation and collection program throughout its operations, which was strictly followed throughout the subsequent year. This program included a process called "journaling" by which certain custodians' incoming and outgoing emails, instant messages, and text messages, regardless of subject matter, were preserved by an administrative process. Cameron also preserved hard drives, user accounts, and associated backup tapes for individuals identified as having potentially relevant information. This process resulted in the collection of an extraordinarily large amount of data.

In May 2011, Cameron reached agreement with the PSC to narrow the scope of its ongoing collection efforts with respect to newly created data and information on a going-forward basis. While Cameron has continued to preserve all data collected and to maintain the litigation hold instituted following the Macondo blowout, the agreement allowed Cameron to stop collecting information created after April 15, 2011, except as to eight Cameron employees identified by the PSC. Accordingly, since May 2011, Cameron has continued to journal newly created data of Carter Erwin, David McWhorter, Jason Van Lue, Mel Whitby, Richard Coronado, William LeNormand, Lee Womble, and Ed Gaude. Cameron has also continued to collect and preserve newly created information from these users' hard drives, user accounts, and associated backup tape systems.

The collection of newly created data and information from these eight (8) individuals from May 2011 to the present has resulted in substantial expense to Cameron and has significantly taxed its electronic storage capacities. Moreover, there has been little, if any, relevant, non-privileged information yielded from data collected since May 2011. Going forward, there is a decreasing likelihood that any information collected nearly two years after the blowout will result in non-privileged, relevant communications or information.

Cameron respectfully requests that the Court issue an order permitting it to cease collecting documents and data created after January 31, 2012. Cameron will, of course, continue preserving all documents and data collected to date in accordance with its preservation duties.

Cameron has submitted this proposal to the PSC, but no agreement has been reached.

Respectfully submitted,

| | |
|---|---|
| */s/ David J. Beck* _____ | |
| David J. Beck, T.A. | Phillip A. Wittmann, 13625 |
| *dbeck@brsfirm.com* | *pwittmann@stonepigman.com* |
| Joe W. Redden, Jr. | Carmelite S. Bertaut, 3054 |
| *jredden@brsfirm.com* | *cbertaut@stonepigman.com* |
| David W. Jones | Keith B. Hall, 24444 |
| *djones@brsfirm.com* | *khall@stonepigman.com* |
| Geoffrey Gannaway | Jared Davidson, 32419 |
| *ggannaway@brsfirm.com* | *jdavidson@stonepigman.com* |
| BECK, REDDEN & SECREST, L.L.P. | STONE PIGMAN WALTHER |
| One Houston Center | WITTMANN L.L.C. |
| 1221 McKinney St., Suite 4500 | 456 Carondelet Street |
| Houston, TX 77010 | New Orleans, Louisiana 70130 |
| Phone: (713) 951-3700 | Phone: (504) 581-3200 |
| Fax: (713) 951-3720 | Fax: (504) 581-3361 |

*Attorneys for Cameron International Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7th day of February, 2012.

*/s/ David J. Beck*
David J. Beck