UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL NO. 2179 |
|    "DEEPWATER HORIZON" in | : | |
|    the GULF OF MEXICO, on | : | SECTION:  J |
|    APRIL 20, 2010 | : | JUDGE BARBIER |
| | : | MAG. JUDGE SHUSHAN |
| | : | |
| | : | JURY TRIAL DEMANDED |

## ORDER

Before the Court is Defendant Cameron International Corporation's Motion to Resume Standard Business Practices and Cease Collection of Data Created After January 31, 2012 and Memorandum in Support.  After considering the Motion and any response thereto, the Court hereby GRANTS Defendant Cameron International Corporation's Motion.

Accordingly, it is ORDERED that Cameron International Corporation may cease all collection of data and information created after January 31, 2012.  Pursuant to Pretrial Order No. 1, Cameron must continue to preserve all data and information collected to date unless otherwise agreed by the parties or ordered by the Court.

Entered this ____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE