UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG * | | MDL 2179 |
| "DEEPWATER HORIZON" in the * | | |
| GULF OF MEXICO, on APRIL 20, 2010 * | | SECTION J/1 |
| * | | |
| This document relates to: * | | JUDGE CARL J. BARBIER |
| * | | |
| CIVIL ACTION NUMBER: 11-cv-1480 * | | MAJ. JUDGE SALLY SHUSHAN |
| * * * * * * * * * * * * * * * * * * | | |

## ORDER

This Court's Order of February 2, 2012 (Rec. Doc. 5566), granting Plaintiff's Motion for Extension of Time to File Untimely Notice of Appeal (Rec. Doc. 5538), is hereby VACATED and set aside. Any party wishing to file an Opposition to the Motion for Extension of Time to File Untimely Notice of Appeal (Rec. Doc. 5538) shall do so on or before February 17, 2012, at which time the Court will consider the Motion submitted for decision.

New Orleans, Louisiana, this 7th day of February, 2012.

_____
United States District Court