# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| *All cases* | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

IT IS ORDERED that any responses to BP's Objections to and Appeal from Magistrate Judge's Order Regarding Jesse Gagliano's Testimony (Rec. Doc. 5598) shall be filed no later than <u>Thursday, February, 9 2012 at 12:00 p.m.(noon)</u>, and shall not exceed <u>3</u> pages.

New Orleans, Louisiana, this 7th day of February, 2012.

_____
United States District Judge