

**U.S. Department of Justice**

Environment and Natural Resources Division

90-5-1-1-10026

*Steven O'Rourke*
*Environmental Enforcement Section*                             *Telephone (202) 514-2779*
*U.S. Mail:  P.O. Box 7611, Washington, DC  20044-7611*          *Facsimile (202) 514-2583*
*Overnight Mail:   601 D Street N.W., Washington, DC, 20004*
*E-mail: steve.o'rourke@usdoj.gov*

February 7, 2012

<u>Via E-Mail</u>
Honorable Sally Shushan
United States Magistrate Judge
United States Courthouse, Room B-345
Eastern District of Louisiana
500 Poydras Street, New Orleans, LA. 70130
E-Mail:  Sally_Shushan@laed.uscourts.gov

      Re:    *In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010,*  Civ. No. 10-MD-2179-CJB-SS (E.D. LA.)

Dear Judge Shushan:

      This letter responds to "HESI's Request for Clarification of the Court's Order, Rec. Doc. 5572, Regarding Motions in Limine to Exclude Evidence of the Joint Investigation Report and Testimony," which you received by email from Jenny. Martinez on Monday, February 06, 2012 (approximately 7 p.m.).

      The U.S. agrees with HESI that the OT&C laboratory test results should be treated in the same manner as the data, videos, and photographs from the BOP testing performed by Det Norske Veritas.

      However, we disagree with HESI's contention that Mr. Garrison's deposition should be admissible -- except to the limited extent that the Court needs to assure itself that the testing methods and results were reliable.  The Court should not admit any opinion testimony elicited from Mr. Garrison by the Parties during his deposition.  Mr. Garrison and his lab were not retained by the JIT to provide any opinions on, or interpretation of, his cement lab testing; rather, OT&C simply performed the cement lab testing and provided the JIT with a report containing the results.  Mr. Garrison was also not designated by the United States (or any other party) as a testifying expert witness for purposes of Phase 1.  During Mr. Garrison's deposition, the United States objected to

1

questions that elicited expert opinions (*e.g.*, asked to interpret or apply the results, rather than solely about his lab tests), and consistent with that position, we ask that any expert opinions in Mr. Garrison's depositions be excluded.

        Respectfully submitted,

        /s/ Steve O'Rourke
        Steven O'Rourke

cc: Mike O'Keefe, Law Clerk to Magistrate Judge Shushan
  PSC Liaison Counsel
  States Coordinating Counsel
  Defense Liaison Counsel
  Mike Underhill