UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Modification of February 7, 2012 Working Group Order (Rec. doc. 5609)]**

The order for the working group conference on February 3 (Rec. doc. 5608) contains the following under part 15 (Confidential Information at Trial):

> If there are any exhibits or deposition testimony which will cause serious competitive harm to a party or to a competitor of a party, the parties shall bring such to the attention of the undersigned by **Wednesday, February 8.** The Court expects that these exhibits will be very few in number.

Rec. doc. 5609 at 5.

This is incorrect. The deadline for submission of any <u>exhibits</u> which a party contends will cause serious competitive harm is February 8. The deadline for submission of any <u>deposition designations</u> which a party contends will cause serious competitive harm is February 15.

IT IS ORDERED that the February 7, 2011 working group conference order (Rec. doc. 5609) is MODIFIED as provided herein.

New Orleans, Louisiana, this 7th day of February, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　　**SALLY SHUSHAN**
　　　　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**