**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

### [Regarding Press and Public Frequently Asked Questions]

In connection with the trial of Phase One commencing on February 27, 2012:

1. The first and second rows on the right side of the courtroom (as you enter) will be reserved for press seating. All other press will have to be in one of the overflow courtrooms. Access to reserved press seating and all other seating in Judge Barbier's courtroom is on a first come basis. The courthouse opens at 7:00 a.m.

2. There is not a daily pass system for the press to gain access to the courthouse. A valid press credential/I.D. will allow the press to access the courtroom's limited seating. Standing in the back of the courtroom will not be allowed.

3. Overflow courtrooms are available for the press and public in the courthouse building, Room C-316, and in the Hale Boggs Federal Building, Room B-309. Live audio feed and evidence presentation screens will be available in these rooms.

4. The press may access the internet through their own means. They may also subscribe to the wireless connection provided by Courtroom Connect: Sumit Chatterjee, 650-814-5776, sumit@courtroomconnect.com.

5. The press may have access to a "real time" transcript by making arrangements with Courtroom Connect and with the court reporters through Betty DiMarco, 504-589-7721, betty_dimarco@laed.uscourts.gov. Use of real time transcripts will be allowed only after

the user files with the Court an acknowledgment that: 1) the transcript will not be forwarded outside of the Court (broadcast of the trial is prohibited); and 2) the real time transcript is not the official or final court transcript and therefore may not be relied upon as such.

6. **The broadcast or recording of any portion of the trial (by video, audio, real time transcript or otherwise) is strictly prohibited.**

7. Trial will take place regularly Monday through Thursday from 8:00 a.m. until 6:00 p.m. If Monday is a federal holiday, trial will proceed Tuesday through Friday. The week before Easter trial will proceed Wednesday and Thursday, April 4 and 5.

8. The press and public may bring cell phones into the courtroom under the following conditions:

    a. They are placed on silent mode;

    b. The user steps into the hall to speak.

9. Use of laptops, i-Pads, etc. is allowed under the following conditions:

    a. Silence;

    b. Not disruptive or distracting.

10. Deposition transcripts of witnesses who will not be appearing in person at trial will be proffered for the record during the first week of trial. Video depositions will be proffered for the record if portions of the video are played at trial. Video transcripts will not be available to the press or the public.

11. The Court will have the parties arrange to have depositions, expert reports and exhibits made available to the press and public on a weekly basis.

New Orleans, Louisiana, this 7th day of February, 2012.

                                           **CARL J. BARBIER**
                                           **United States District Judge**