FEB 6 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010. | * * * * | MDL Np. 2179<br><br>SECTION J |
| | * | JUDGE BARBIER |
| This Document Applies to: 11-1773 | * * * | MAGISTRATE JUDGE SHUSHAN |

## STIPULATION FOR WITHDRAWAL OF COUNSEL

Plaintiff, Gary R. Goodwin, d/b/a JAMIE G. and OWNER OF THE MV JAMIE G, and the firm of McKenzie, Hall & De La Piedra, P.A., hereby stipulate and agree that due to the fact that Plaintiff no longer wishes the firm of McKenzie, Hall & De La Piedra, P.A. to represent him in the above styled matter, Plaintiff and counsel hereby enter into this stipulation to be filed with the Court accompanied by a request that counsel be relieved of further representation and responsibility to the Plaintiff, counsel shall retain a lien for costs expended in this case, and that the Plaintiff be allowed a reasonable period of time by the Court within which to secure the services of replacement counsel.

Signed and entered into by said Plaintiff on the 2nd day of February, 2012.

_____
GARY R. GOODWIN

Signed and entered into by the law firm on the 7th day of FEBRUARY, 2012.

_____
JAMES F. McKENZIE
Florida Bar Number 163790
McKenzie, Hall & De La Piedra, P.A.
905 E. Hatton Street
Pensacola, Florida 32503
(850) 432-2856

## CERTIFICATE OF SERVICE

      I hereby certify that the above and forgoing Stipulation for Withdrawal of Counsel has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, and on Mr. Gary Goodwin, 559 Seapine Circle, Pensacola, FL 32506 by placing the same in the U.S. Mail, properly addressed and first class postage prepaid on the 8th day of FEBRUARY, 2012.

_____
JAMES F. McKENZIE