UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig     MDL NO. 2179
       "Deepwater Horizon" in the Gulf
       of Mexico, on April 20, 2010     SECTION J

Applies to: *All Cases*     JUDGE BARBIER
    MAGISTRATE JUDGE SHUSHAN

## ORDER

**[Regarding M-I's Motion *in Limine* to Exclude any Reference to its Related Entities or its Related Entities' Size or Financial Status (Rec. doc. 5362)]**

M-I seeks an order to exclude any reference to its related entities or the size or financial status of M-I and its related entities. It urges that any such information is not relevant. It contends that evidence of its parent and indirect parent corporations, including Schlumberger Limited ("Schlumberger"), is not relevant, particularly where Schlumberger did not acquire Smith International, Inc., the parent for M-I, until after the incident.

The PSC responds that it has no intention of referring to the size of M-I or its related entities during Phase One. If M-I places these matters at issue, it reserves the right to respond. It contends that it is relevant to refer to evidence concerning BP's hiring of Schlumberger, Ltd. to perform a cement bond log and BP's later cancellation of the bond log.

IT IS ORDERED that M-I's motion to exclude (Rec. doc. 5362) is GRANTED as to the size or financial status of M-I and its related entities and DENIED as to evidence regarding Schlumberger and the cement bond log.

New Orleans, Louisiana, this 8th day of February, 2012.

                                          CARL J. BARBIER
                                          United States District Judge