IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § § § § § § § § § § § § § § | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |
| *Applies to:* Civil Action 10-2771 Only | | |
| IN RE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, TRANSOCEAN HOLDINGS LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., AND TRANSOCEAN DEEPWATER, INC., AS OWNER, MANAGING OWNER, OWNERS PRO-HAC VICE, AND/OR OPERATORS OF THE MODU DEEPWATER HORIZON, IN A CAUSE FOR EXONERATION FROM OR LIMITATION OF LIABILITY | | |

**FINAL MOTION TO DISMISS OF AIR COMFORT COMPANY, INC.
WITH PREJUDICE**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Air Comfort Company, Inc., Doc. No. 402, and suggests to the Court that all matters and claims filed by the said Air Comfort Company, Inc., against any party, including, but not limited to, all British Petroleum entitles, all Transocean entities, and all other Defendants listed on Attachment "A" to the *Gulf Coast Claims Facility Release and Covenant Not to Sue* signed by Air Comfort Company, Inc. in this controversy have all been amicably settled and fully compromised, and moves that same be dismissed with full prejudice, each party bearing its own costs.

Respectfully submitted,

/s/E. J. Saad
E.J. Saad (AL861451)
Attorney for Plaintiff, Air Comfort Company, Inc.

1

ejsaad@ejsaadlaw.com

OF COUNSEL:

E. J. SAAD LAW FIRM
6207 Cottage Hill Road
Suite G
Mobile, Alabama 36609
Tel. No. (251) 660-0888
Fax No. (251) 660-0777

## CERTIFICATE OF SERVICE

      I do hereby certify that the above and foregoing document has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179 on this 8th day of February, 2012.

      /s/ E. J. Saad
      E. J. Saad (AL861451)