UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Motions *in Limine* Regarding Evidence of Joint Investigation Report and Testimony]**

Halliburton ("HESI") has asked for clarification regarding the ruling entered on January 26, 2012 (rec. doc. 5448) as it relates to the Oilfield Testing & Consulting ("OTC") test results of cement blends and related deposition testimony of Greg Garrison ("Garrison"), the head of the OTC cement lab.[1]  Rec. doc. 5608.  HESI believes that the OTC test results or data are akin to the DNV data, photographs and videos which will be allowed into evidence at the trial (rec. doc. 5572).  As pointed out by HESI, the custody, protocol and testing were under the supervision of this Court.  The OTC test results are admissible as evidence at the trial of Phase One.

The U.S. disagrees with HESI's contention that Mr. Garrison's deposition may be used at trial on the basis that Mr. Garrison was not retained by the JIT to provide opinion testimony and that he was not designated as an expert in this case.  Rec. doc. 5610.  In addition, Mr. Garrison is not listed as a witness for any party.  Accordingly;

The OTC test results and data are admissible and the testimony of Mr. Garrison is not.

New Orleans, Louisiana, this 8th day of February, 2012.

CARL J. BARBIER
United States District Judge

---

[1] The cement testing was conducted as part of the Joint Investigative Team ("JIT") work.