## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | *  MDL NO. 2179<br>*<br>*  SECTION: J<br>*  JUDGE BARBIER<br>*  MAGISTRATE JUDGE SHUSHAN<br>*<br>*<br>* |

**************************************************************************

### BP'S OBJECTIONS TO AND APPEAL FROM MAGISTRATE JUDGE'S ORDER DENYING <u>BP'S MOTION TO COMPEL LIVE TRIAL ATTENDANCE OF STEVEN NEWMAN</u> [REC. DOC. 5557]

Pursuant to 28 U.S.C. § 636(b)(1)(A), BP Exploration & Production Inc. objects to and appeals from the Magistrate Judge's Order entered February 1, 2012 (Record Doc. No. 5557) denying BP's Motion to Compel Live Testimony from Transocean's President and CEO Steven Newman.  BP's motion contended that Steven Newman was subject to subpoena "as an officer of a party" pursuant to Rule 45(c)(3) of the Federal Rules of Civil Procedure  (Record Doc. No. 5409).  As is more fully set forth in the accompanying Memorandum, BP argues that the Order is clearly erroneous and contrary to law.  Mr. Newman should be compelled to provide live testimony at the upcoming trial.

Dated: February 8, 2012                     Respectfully submitted,

/s/ Don K. Haycraft

| | |
|---|---|
| Robert C. "Mike" Brock | Don K. Haycraft (Bar #14361) |
| Covington & Burling LLP | R. Keith Jarrett (Bar #16984) |
| 1201 Pennsylvania Avenue, NW | Liskow & Lewis |
| Washington, DC 20004-2401 | 701 Poydras Street, Suite 5000 |
| Telephone: 202-662-5985 | New Orleans, Louisiana 70139-5099 |
| Facsimile: 202-662-6291 | Telephone: 504-581-7979 |
| | Facsimile: 504-556-4108 |
| Robert R. Gasaway | Richard C. Godfrey, P.C. |
| Jeffrey Bossert Clark | J. Andrew Langan, P.C. |
| Aditya Bamzai | Kirkland & Ellis LLP |
| Kirkland & Ellis LLP | 300 North LaSalle Street |
| 655 Fifteenth Street, NW | Chicago, IL 60654 |
| Washington, DC 20005 | Telephone: 312-862-2000 |
| Telephone: 202-879-5000 | Facsimile: 312-862-2200 |
| Facsimile: 202-879-5200 | |

*Attorneys for BP Exploration & Production Inc.*

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 8th day of February, 2012.

                                                                           /s/ Don K. Haycraft
                                                                           Don K. Haycraft