IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>Applies to: *All* Cases | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SUSHAN |

## SPECIAL APPEARANCE BY TRANSOCEAN LTD. AND TRANSOCEAN INC. AND AGREED STIPULATION FOR STANDSTILL OF JURISDICTIONAL DISCOVERY

Transocean Ltd. ("TO LTD.") and Transocean Inc. ("TO INC") make special appearances before this Court with full reservation of rights, and by so appearing do not waive personal jurisdiction.

On January 28, 2011, the Court issued an agreed stipulation and scheduling order for jurisdictional discovery regarding TO LTD [Docket No. 1080], setting certain deadlines. Pursuant to that order, TO LTD filed a motion to dismiss for lack of personal jurisdiction, and Plaintiff's Steering Committee ("PSC") has served written discovery requests. On March 25, 2011, the Court issued an amended stipulation to extend certain deadlines for jurisdictional discovery for TO LTD. [Docket No. 1750.] On April 8, 2011, TO LTD served written responses to the written discovery requests propounded by the PSC. Thereafter, the PSC and counsel for TO LTD discussed the issues and agreed that it would be in the interests of judicial economy and the best allocation of resources if further discovery and briefing on the issue of

1

12332396.1

personal jurisdiction with respect to TO LTD be deferred until after the conclusion of the 2012 Limitation/Liability and Test Case Trial.

On April 20, 2011, Defendant/Third-Party Plaintiff BP Exploration & Production Inc. ("BPXP") filed a cross-claim and third-party complaint against Transocean entities, including TO LTD and TO INC. [Docket No. 2075.] BPXP on the one hand and TO LTD and TO INC on the other have also agreed that deferral of discovery and briefing of the issues of personal jurisdiction with respect to TO LTD and TO INC would be in the interests of judicial economy and prudent allocation of resources.

WHEREFORE, in the interests of judicial economy and to assist in a quicker resolution of the underlying issues in MDL 2179, PSC, TO LTD, TO INC, and BPXP hereby stipulate and agree that:

1. Without any waiver of jurisdiction and for the sole purpose of cases consolidated in MDL No. 2179, TO LTD and TO INC will allow counsel to accept service of process in those MDL cases in which PSC or BPXP have named TO LTD or TO INC as a party or defendant.

2. All jurisdictional discovery and briefing regarding TO LTD or TO INC is stayed until the conclusion of the 2012 Limitation/Liability and Test Case Trial, or further order of this Court.

3. Except as this stipulation extends deadlines, the standstill is without prejudice as to PSC's rights to discovery as set forth in the prior stipulations on jurisdictional discovery regarding TO LTD.

4. The standstill is also without prejudice to the right of BPXP to seek jurisdictional discovery as to TO LTD and TO INC.

2

12332396.1

5. The standstill is without prejudice to the parties' conduct of discovery on the corporate structure of the Transocean entities during the phase of discovery currently in progress through July 31, 2011.

6. The PSC and BPXP reserve the right, in the event that personal jurisdiction over TO LTD and/or TO INC is established, to conduct additional discovery regarding the liability, if any, of TO LTD and/or TO INC.

The foregoing is stipulated and agreed to by:

Stephen L. Herman
La. Bar No. 2319
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone: (504) 581-4892
Fax No: (504) 569-6024
E-Mail: Sherman@hhkc.com

*Co-Liaison Counsel for Plaintiff*

Kerry J. Miller
La. Bar No. 24562
Frilot LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Telephone: (504) 599-8000
Fax No. (504) 599-8100
E-Mail: kmiller@frilot.com

*Attorneys for Transocean Ltd. and Transocean Inc.*

Don K. Haycraft
La. Bar No. 14361
Liskow & Lewis
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139

*Attorneys for BP Exploration & Production, Inc.*

3

12332396.1

IT IS SO ORDERED this 6th day of May, 2011, in New Orleans, Louisiana.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE