AO 88 (Rev. 06/09) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

| Plaintiff | ) | |
|---|---|---|
| v. | ) | Civil Action No. 2:10-MD-02179-CJB-SS |
| BP, et al | ) | |
| Defendant | ) | |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Donald J. Vidrine
104 Pierret Drive, Lafayette, Louisiana 71486

YOU ARE COMMANDED to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Eastern District of Louisiana<br>500 Poydras Street<br>New Orleans, LA 70130 | Courtroom No.: Judge Barbier - Room C268 |
|---|---|
| | Date and Time: February 27, 2012 through the conclusion of Transocean's case in the Phase I trial. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Fed. R. Civ. P. 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 02/03/2012

CLERK OF COURT

OR

_____        _____
Signature of Clerk or Deputy Clerk                  Attorney's signature

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____Transocean_____ _____(Triton Asset Leasing GmbH, et al)_____, who issues or requests this subpoena, are:
Paul C. Thibodeaux of Frilot LLC, 1100 Poydras Street, Suite 3700, New Orleans, LA 70163, pthibodeaux@frilot.com, (504) 813-2170.

AO 88 (Rev.06/09) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 2:10-MD-02179-CJB-SS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* __DONALD J VIDRINE__
was received by me on *(date)* __2/3/12__ .

☒ I served the subpoena by delivering a copy to the named person as follows: __PERSONNEL SERVICE__

on *(date)* __2/6/12__ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __2/6/12__

__Walter Kmia__
*Server's signature*

__WALTER KMIA__
*Printed name and title*

__424 REALTY DR STE C GRETNA, LA 70056__
*Server's address*

Additional information regarding attempted service, etc: