UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No.    2179 |
| | Section:        "J" |
| This Document Relates to:   2:12-cv-00067 | Judge Barbier |
| | Mag. Judge Shushan |

************************************************************************

## MOTION TO REMAND

NOW INTO COURT, through undersigned counsel come the Plaintiffs Rory Degeyter, Hilliard Doucet and Shawn Polkey and move this Honorable Court pursuant to 28 USCA 1447 (c) to remand this matter from whence it came, namely the Seventeenth Judicial District Court for the Parish of Lafourche, Louisiana because the Outer Continental Shelf Land Act [OCSLA] 43 USCA 1301 et seq does not provide a proper basis of removal, under the facts of this case. The Plaintiffs specifically show that their Petition for Damages sounded in both tort [misrepresentation by a non-diverse defendant acting as an agent of the removing defendant] and contract [charter agreement] while any tenuous implication of the OCSLA is easily dismissed by reference to Gulf Offshore Co. v. Mobil Oil Corp. 453 U.S. 473 (1981) which unequivocally found Federal Courts do not have exclusive subject matter jurisdiction over personal injuries [including the tort of misrepresentation] arising under the OCSLA. Furthermore, as more fully demonstrated in the accompanying memorandum of law, the removing defendants, BP Exploration and BP America will be unable to prove that a majority of the performance under the charter agreements was for work to be done at OCSLA situses. See Grand Isle Shipyard, Inc. v. Seacor Marine, L.L.C. 589 F.3d 778, 781 (5th Cir. 2009). Therefore, because removal was not possible as a federal question [the OCSLA does not provide original/exclusive jurisdiction] and there is no diversity of citizenship [Danos and Curole Staffing, L.L.C. is

a Louisiana limited liability company] the Plainitffs Motion to remand should be GRANTED.

Respectfully Submitted By,

/s/ Andre' P.LaPlace
ANDRÉ P. LaPLACE
2762 Continental Drive, Suite 103
Baton Rouge, Louisiana 70808
Telephone: (225) 924-6898
Bar No.: 8039
Email: alaw@andrelaplace.com

**CERTIFICATE**

I hereby certify that a copy of the above and foregoing Notice has been forwarded to all counsel of record via Email, this 9th day of February, 2012.

/s/ Andre' P. LaPlace
ANDRÉ P. LaPLACE