UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No.   2179<br><br>Section:   "J" |
| This Document Relates to:   2:12-cv-00067 | Judge Barbier<br><br>Mag. Judge Shushan |

*****************************************************************

## ORDER

Considering the foregoing Motion to Remand it is hereby ordered, adjudged and decreed that the Plaintiffs' Motion to Remand be and is hereby GRANTED.

                                             _____
                                             **Judge, United States District Court**