UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No.    2179  <br><br> Section:    "J" |
| This Document Relates to:    2:12-cv-00067 | Judge Barbier <br><br> Mag. Judge Shushan |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that Plaintiffs Rory Degeyter, Hilliard Doucet and Shawn Polkey to Remand shall bring on for hearing their Motion to Remand before the Honorable Judge Barbier, United States District Judge for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana on March 14, 2012 at 9:30 a.m., or as soon thereafter as counsel may be heard.

Respectfully submitted,

/s/ **Andre' P. LaPlace**
**Andre' P. LaPlace (LBRN 8039)**
2762 Continental Drive, Ste. 103
Baton Rouge, Louisiana 70808
Telephone (225) 924-6898
Facsimile (225) 924-6877
Email:  alaw@andrelaplace.com