UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" (1)<br><br>JUDGE BARBIER |
| APPLIES TO:  11-274 c/w 11-275 | MAGISTRATE JUDGE SHUSHAN |

**BP'S OPPOSITION, ON GROUNDS OF MOOTNESS, TO INSURERS' *EX PARTE* MOTION FOR LEAVE TO MOVE FOR SUMMARY JUDGMENT**

At the monthly status conference on January 19, 2012, all parties to the Insurance Actions (Case Nos. 11-274 and 11-275) agreed with the Court's suggestion that the entry of a Rule 54(b) partial final judgment would be appropriate in respect to the claims presented in the Insurers' Complaints and decided in the Court's Order and Reasons of November 15, 2011 (document no. 4588).  *See* Hrg. Tr., at 31-34 (Jan. 19, 2012).  The Court indicated that it would consider what language would be most appropriate for an order to this effect and would issue a Rule 54(b) partial final judgment accordingly.  *See id.* at 38.

This course of events moots the *Ex Parte* Motion for Leave To File Motion for Summary Judgment (document no. 4913), which the Insurers filed on December 14, 2011, before all parties agreed that a Rule 54(b) partial final judgment would be the most appropriate and efficient way to proceed.  BP has understood that the Insurers will withdraw their motion, but to date, they have neither done so nor responded to BP's several inquiries requesting that they do so.  Accordingly, and purely for the sake of good order, BP hereby opposes the Insurers' *Ex Parte* Motion, on grounds that the Court's expressed intention to issue a Rule 54(b) partial final judgment moots the Insurers' Motion.

Respectfully submitted,

/s/ David B. Goodwin

| | |
|---|---|
| Allan B. Moore | David B. Goodwin |
| Christopher J. Wenk | M. Alexia dePottere-Smith |
| Covington & Burling LLP | Covington & Burling LLP |
| 1201 Pennsylvania Avenue, NW | One Front Street, 35th Floor |
| Washington, DC  20004-2401 | San Francisco, CA  94111 |
| Tel:  (202) 662-6000 | Tel:  (415) 591-6000 |
| Fax:  (202) 778-5575 | Fax:  (415) 591-6091 |
| E-mail:  abmoore@cov.com | E-mail:  dgoodwin@cov.com |
| E-mail:  cwenk@cov.com | E-mail:  adepottere@cov.com |

*Counsel for BP Exploration & Production Inc., BP America Production Company, BP Corporation North America Inc., BP Company North America Inc., BP Products North America Inc., BP America Inc., BP Holdings North America Limited, and BP plc*

Dated:  February 9, 2012

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of February, 2012.

/s/ Christopher Wenk
Christopher Wenk
