# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Robert R. Gasaway
To Call Writer Directly:
(202) 879-5175
robert.gasaway@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200

February 2, 2012

**By Electronic Mail**

The Honorable Sally Shushan
United States Magistrate Judge
United States District Court
Room B345
500 Poydras Street
New Orleans, LA  70130

        Re:    MDL No. 2179 — BP's Discovery Requests Served on Non-US, Non-State Parties Implicating Phase 2 Issues

Dear Judge Shushan:

      This letter follows up the Working Group Order of January 23, 2012 in which the Court requested that BP provide an overview on the status of document production by parties other than the States and the U.S.

      As you know, BP provided an initial answer to this question as part of our January 26 report to the Court and in the discussion at the January 27 Working Group Conference.  *See* Attachment 1 (R. Gasaway Ltr. to Hon. S. Shushan (Jan. 26, 2012)).

      For the convenience of all, we now provide the attached preliminary spreadsheet that generally lists discovery requests broadly relevant to Phase 2.  *See* Attachment 2.  (Note that there may be other requests that our review overlooked and BP expressly reserves its rights as to those requests, if any.)

      In addition, we thought it might be helpful to the Court and parties for us to perform an initial review of the current status of the parties' compliance with these Attachment 2 discovery requests.  We therefore conducted such a review and found only a relative handful of requests (seven requests each to Transocean and Halliburton) that are most likely to require further follow-up as Phase 2 progresses.  *See* Attachment 3.  Please note in this regard that, although for some of these Attachment 3 requests Transocean or Halliburton has stated that it will produce responsive, non-privileged documents, BP is still in the process of reviewing the adequacy of Transocean's and Halliburton's actual productions.

## KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
February 2, 2012
Page 2

      We hope this supplemental letter and its attachments prove helpful to the Court and parties.

      Respectfully submitted,

      Robert R. Gasaway

Attachments

cc (via electronic mail):

Don K. Haycraft
Joel M. Gross
Allison B. Rumsey
Defense Liaison Counsel
Plaintiffs' Liaison Counsel