# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Robert R. Gasaway
To Call Writer Directly:
(202) 879-5175
robert.gasaway@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200

January 26, 2012

**BY ELECTRONIC MAIL**

The Honorable Sally Shushan
United States Magistrate Judge
United States District Court
Room B345
500 Poydras Street
New Orleans, LA 70130

Re:  MDL 2179 — Report on the Status of BP's Document Production

Dear Judge Shushan:

This letter provides the current status updates requested in the Court's Working Group Conference Order of January 23, 2012.

**Phase 2 Stipulations**

The parties have held two meet & confer calls and exchanged numerous calls, emails, and draft language related to specific objections and stipulations. As a result, the parties have successfully narrowed or resolved many of the objections and have reached agreement on many stipulations. Negotiations are continuing regarding a few remaining objections, but the parties have identified some fundamental objections that cannot be resolved through the meet & confer process. On Friday, January 27, BP and the United States will circulate to the parties and Court a revised set of stipulations and a comparison to the December 16, 2011 version, along with a chart indicating each party's position (Yes/No) as to each stipulation. The parties would appreciate a meeting with the Court to address the remaining objections.

**Phase 2 Document Production by BP**

BP's Phase 2 document production currently is approaching substantial completion. As of today, BP has produced approximately 400,000 Phase 2 documents, which represents approximately 90 percent of the overall Phase 2 document total. As to the Phase 2 document discovery currently propounded to BP, apart from a few "straggler" documents sets that require additional time, BP intends to produce its remaining Phase 2 documents over the next several days.

**KIRKLAND & ELLIS LLP**

The Honorable Sally Shushan
January 26, 2012
Page 2

### Phase 2 Document Production by Parties Other than The United States, the States, and BP

BP is in the course of surveying the written discovery to these parties and would like to further report to the Court as to any open issues.

### Phase 2 Interrogatories and RFA's on Non-US Parties

BP is in the course of surveying the written discovery to these parties and would like to further report to the Court as to any open issues.

### 30(b)(6) Notice to BP

BP had thought this Notice had been agreed to. Earlier today, however, the PSC requested "adding a topic for a records custodian." BP is evaluating this late-arriving request.

### 30(b)(6) Notice to the United States

With one exception, BP and the US have reached agreement on an agreed 30(b)(6) for the United States. The one exception, identified only recently, involves how to handle the topic of costs incurred during the spill response effort.

### 30(b)(6) Notices to Parties Other than BP or the United States

To the best of BP's knowledge, there are no remaining issues with the form of notice to the following parties:

- Anadarko
- Cameron
- Halliburton
- Transocean
- MOEX
- Weatherford

The non-party notices are finalized as well, and BP is working to facilitate service with regard to two of the notices to third parties:

- BP Institute
- Add Energy

# KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
January 26, 2012
Page 3

Other parties should report on the status of efforts regarding service to the following third parties:

- Cudd Well Control
- ExxonMobil
- Oceanneering
- DNV
- Woods Hole
- RRB
- Wild Well
- Schlumberger
- Stress Engineering
- Pencor
- Statoil

BP would be pleased to further discuss these status updates during the Court's Working Group Conference on Friday, January 27, 2012.

Sincerely,

*[signature]*

Robert R. Gasaway

cc (via electronic mail):

| | |
|---|---|
| R. Michael Underhill | Mark J. Nomellini |
| Steven O'Rourke | Joel M. Gross |
| Robin L. Hanger | Allison B. Rumsey |
| J. Andrew Langan, P.C. | Joseph A. Eisert |
| Barry E. Fields, P.C. | Don K. Haycraft |
| Stuart A.C. Drake | Martin R. Boles |
| Granta Y. Nakayama | Michael C. Occhuizzo |
| Defense Liaison Counsel | Plaintiffs' Liaison Counsel |