**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| "**Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION J** |
| | * | |
| **Applies to:** | * | **JUDGE BARBIER** |
| *All cases* | * | |
| | * | **MAGISTRATE SHUSHAN** |

<u>**ORDER**</u>

IT IS ORDERED that any responses to (Rec. Doc. 5619) BP's Objections to and Appeal from (Rec. Doc. 5557) Magistrate Judge's Order Denying BP's Motion to Compel Live Trial Attendance of Steven Newman shall be filed no later than <u>Tuesday, February, 14 2012 at 12:00 p.m.(noon)</u>, and shall not exceed <u>3</u> pages.

New Orleans, Louisiana, this 10th day of February, 2012.

_____
United States District Judge