# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig           MDL NO. 2179
    "Deepwater Horizon" in the Gulf
    of Mexico, on April 20, 2010         SECTION J

Applies to: *All Cases*                   JUDGE BARBIER
                                                                          MAGISTRATE JUDGE SHUSHAN

## ORDER

**[Regarding the Plaintiffs' Joint Motion *in Limine* to Admit into Evidence Representative Email Communication Exhibits (Rec. doc. 5559)]**

The Court, after considering the Magistrate Judge's Report and Recommendation, and finding that as of this date no party has filed objections to the Report and Recommendation, hereby approves the Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that: (1) the plaintiffs' joint motion to admit evidence representative e-mail communication exhibits (Rec. doc. 5559) is GRANTED in PART and DENIED in PART as provided herein; and (2)

    a.     HESI's objection to Exhibit 151 for purpose of compliance with the January 11, 2012 order is overruled without prejudice to the right of HESI and others to object to the admissibility of Exhibit 151 and other similar documents in response to the PSC's October 17 letter concerning alleged <u>Daubert</u>/702 issues.

    b.     HESI's objection to Exhibit 1057 is sustained.

    c.     BP's objections to Exhibit 1917 based on hearsay is sustained, and the November 20, 2010 Hollek statements is admitted against Anadarko (and no other party) as an admission under Fed. R. Evid. 801(d)(2)(D).

    d.     HESI's objection to Exhibit 2731 for purpose of compliance with the January 11, 2012 order is overruled without prejudice to the right of HESI and others to object

to the admissibility of Exhibit 2731 and other similar documents in response to the PSC's October 17 letter concerning alleged Daubert/702 issues; and the statements concerning the well is admitted as against BP (and no other party) as an admission under Fed. R. Evid. 801(d)(2)(D).

e. HESI's objection to Exhibit 2964 is sustained.

f. BP's objection to Exhibit 3112 is sustained.

g. BP's objection to Exhibit 6228 is sustained.

New Orleans, Louisiana, this 10th day of February, 2012.

_____
**CARL J. BARBIER**
**United States District Judge**