## CONFERENCE ATTENDANCE RECORD

**DATE:** 2-10-12                    **TIME:** 9:30

**CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.**

**DOCKET NUMBER & SECTION: MDL 2179**

**DISCOVERY STATUS      CONFERENCE**

## ☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Jeff Breit | PSC |
| Duke Williams | PSC |
| Don Godwin | Halliburton |
| Alan York | " |
| Jenny Martinez | " |
| Gwen Richard | " |
| Sean Fleming | " |
| Stefanie Major | " |
| Lauren Mitchell | " |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Tony Fitch | Anadarko |
| Deb Kuchler | " |
| Steve Luxton | M-I Swaco |
| WILLIAM BONNER | PSC |
| Jimmy Williamson | PSC |
| Corey Maze | AL |
| L. Cunningham | PSC |
| Stan Hu | PSC |
| Don Haycraft | BP |
| Esty Watts | BP |
| Camille Bertat | Cameron |
| Paul Nullman | Cameron |
| Brian Barr | PSC |
| Kerry Miller | TO |
| Ryan Babcock | BP |
| LAUREN CABAZZA | BP |
| Douglas Kraus | La. |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Phil Nlzlwlch | MIEX |
| ANTHONY IRPINO | PSC |
| David Baay | TO |
| ROB GASAWAY | BP |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Sean Brady

David Beck

Will Baldwin

Mary Rose Alexander

Tim Duffy

Rachel Clingman

Nat Chakeres

Ed Flanders

Ted Szekeridis