UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION "J" |
| **THIS PLEADING APPLIES TO:** | * * | JUDGE:  BARBIER |
| In Re The Complaint and Petition of Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc., as Owner, Managing Owners, Owners *Pro-Hac Vice*, and/or Operators of the MODU Deepwater Horizon, in a Cause for Exoneration from or Limitation of Liability | * * * * * * * * * * * | MAGISTRATE:  SHUSHAN |
| Civil Action Nos.: 2:10-cv-2771 and 10-md-2179 (All Cases) | * * | |

**<u>WEATHERFORD U.S., L.P. AND WEATHERFORD INTERNATIONAL, INC.'S<br>*EX PARTE* MOTION FOR LEAVE TO FILE<br>THIRD SUPPLEMENTAL AND AMENDED EXHIBIT LIST</u>**

**NOW INTO COURT**, through undersigned counsel, come Weatherford U.S., L.P. and Weatherford International, Inc. ("Weatherford"), who respectfully request leave of Court to file their Third Supplemental and Amended Exhibit List.

After its Second Supplemental and Amended Exhibit List (Rec. Doc. 5166) was filed on January 12, 2012, Weatherford realized that certain documents that were previously introduced as deposition exhibits were copies that were of poor quality and/or in black and white.

{N2420597.1}

1

Accordingly, Weatherford has added clean color copies of these documents to its attached Third Amended and Supplemental Exhibit List (Exhibit "A") for use at trial. Specifically, Weatherford has added the following trial exhibits to its Exhibit List:

| 87,199 | Transocean Investigation Report, Vol. 1, Ch. 3.4 Blowout Preventer, Figure 11: Drill pipe tool joint in the upper annular BOP element stack as a result of the upward force from the flowing well |
|---|---|
| 87,200 | Transocean Investigation Report, Vol. 1, Ch. 3.2 Temporary Abandonment, Figure 20: Overview of Events during the Negative Pressure Test from 5:34-8:02 p.m. |
| 87,201 | Transocean Investigation Report, Vols. 1 & 2 |

These trial exhibits have previously been introduced as deposition exhibits but were introduced as a black and white copies and/or copies of poor quality. Weatherford now adds clean color copies of these exhibits to its Exhibit List so that clean copies may be used at trial. Weatherford is not seeking to add any "new" exhibits and is not making any substantive changes to its Exhibit List. Indeed, no other changes have been made to Weatherford's Exhibit List.

As depositions and discovery are ongoing, and as permitted by the September 2, 2011 Order, Weatherford respectfully reserves the right to supplement its list should any additional relevant exhibits be discovered through such depositions and discovery between now and the time of trial. Additionally, Weatherford reserves the right to designate or use at trial any exhibit listed or designated by any other party.

This 10th day of February, 2012.

Respectfully submitted:

**/s/  Glenn G. Goodier**

GLENN G. GOODIER (#06130)
RICHARD D. BERTRAM (#17881)
LANCE M. SANNINO (#29409)
JONES, WALKER, WAECHTER, POITEVENT,
 CARRÈRE & DENÈGRE, L.L.P.
201 St. Charles Avenue. 48th Floor
New Orleans, Louisiana  70170-5100
Telephone:     (504) 582-8174
Facsimile:      (504) 589-8174
ggoodier@joneswalker.com
rbertram@joneswalker.com
lsannino@joneswalker.com

AND

MICHAEL G. LEMOINE, T.A. (#8308)
GARY J. RUSSO (#10828)
DOUGLAS C. LONGMAN, JR. (#8719)
JONES, WALKER, WAECHTER, POITEVENT,
 CARRÈRE & DENÈGRE, L.L.P.
600 Jefferson Street, Suite 1600
Lafayette, Louisiana  70501-5100
Telephone:     (337) 593-7624
Facsimile:      (337) 593-7601
mlemoine@joneswalker.com
grusso@joneswalker.com
dlongman@joneswalker.com

*Counsel for Weatherford U.S., L.P. and Weatherford International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of February, 2012, the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Court's Pretrial Order No. 12, on November 1, 2010.

*/s/ Glenn G. Goodier*