UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig<br>"Deepwater Horizon" in the<br>Gulf of Mexico, on April 20, 2010 | *<br>*<br>*<br>* | MDL No. 2179<br><br>SECTION "J" |
| **THIS PLEADING APPLIES TO:** | *<br>* | JUDGE:  BARBIER |
| In Re The Complaint and Petition of<br>Triton Asset Leasing GmbH, Transocean<br>Holdings LLC, Transocean Offshore<br>Deepwater Drilling Inc., and Transocean<br>Deepwater Inc., as Owner, Managing<br>Owners, Owners *Pro-Hac Vice*, and/or<br>Operators of the MODU Deepwater<br>Horizon, in a Cause for Exoneration from or<br>Limitation of Liability | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | MAGISTRATE:  SHUSHAN |
| Civil Action Nos.:<br>2:10-cv-2771 and 10-md-2179 (All Cases) | *<br>* | |

## ORDER

On this day, the Court heard and considered Weatherford U.S., L.P. and Weatherford International, Inc.'s *Ex Parte* Motion for Leave to File Third Supplemental and Amended Exhibit List. The Court, after reviewing the Motion, finds that good cause has been shown, and that Weatherford U.S., L.P. and Weatherford International, Inc.'s Motion should be and is in all things **GRANTED**.

{N2420607.1}

1

**IT IS HERBY ORDERED** that Weatherford U.S., L.P. and Weatherford International, Inc. are permitted to file their Third Supplemental and Amended Exhibit List into the record.

New Orleans, Louisiana, this _____ day of February, 2012.

_____
**UNITED STATES DISTRICT JUDGE**