UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **AUGUST WALTER** | * | **CIVIL ACTION NO.: 12-177** |
| | * | |
| | * | |
| **VERSUS** | * | **SECTION: " CJB "** |
| | * | |
| | * | |
| **BP AMERICA INC.** | * | **MAGISTRATE (SS)** |
| * * * * * * * * * * * * * * * * | | |

## EX PARTE MOTION TO SEVER AND DE-CONSOLIDATE

**NOW INTO COURT**, through undersigned counsel, comes August Walter ("Plaintiff" or "Walter"), who, for the reasons more fully set forth herein, moves this Honorable Court for an order severing and de-consolidating the instant matter from the BP MDL case.

.

-1-

Respectfully submitted,

  /s/ James L. Arruebarrena
JAMES L. ARRUEBARRENA (#22235)
RACHEL MARTIN-DECKELMANN (#32195)
JAMES L. ARRUEBARRENA,
   Attorney at Law, L.L.C.
1010 Common Street, Suite 3000
New Orleans, LA 70112
Telephone: (504) 525-2520
Facsimile (504) 581-7083

**Attorneys for August Walter**

**C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing has been served upon all parties herein by using the CM/ECF system and by depositing same in the United States Mail, properly addressed, and postage prepaid, on this 10th day of February, 2012 to any non-CM/ECF participants.

  /s/ James L. Arruebarrena
JAMES L. ARRUEBARRENA