UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **AUGUST WALTER** | * | **CIVIL ACTION NO.: 12-177** |
| | * | |
| | * | |
| **VERSUS** | * | **SECTION: " CJB "** |
| | * | |
| | * | |
| **BP AMERICA INC.** | * | **MAGISTRATE (SS)** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION TO SEVER AND DE-CONSOLIDATE**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, August Walter ("Plaintiff" or "Walter"), who respectfully moves this Court for an order severing and de-consolidating the instant matter from the BP MDL case.

1.

Plaintiff herein respectfully asserts that the Complaint and Jury Demand (Rec. Doc. 1) was filed into this Honorable Court on January 20, 2012. This matter was assigned case number 12-177-CJB-SS on January 23, 2012.

2.

This matter involves a claim under the Louisiana Environmental Whistleblower Law and this

-1-

Honorable Court has jurisdiction under 28 U.S.C. § 1332, diversity jurisdiction.

3.

Plaintiff respectfully asserts that he was alerted via Court Order Document 4 that this matter was consolidated into the MDL case involving the Deep Water Horizon BP disaster.

4.

Plaintiff respectfully asserts that the instant matter should not have been consolidated with the MDL case, as this matter does not involve any of the same issues.

**WHEREFORE**, Plaintiff respectfully requests that the instant matter be severed and de-consolidated from the MDL case and placed on this Honorable Court's normal docket.

Respectfully submitted,

   /s/ James L. Arruebarrena
JAMES L. ARRUEBARRENA (#22235)
RACHEL MARTIN-DECKELMANN (#32195)
JAMES L. ARRUEBARRENA,
   Attorney at Law, L.L.C.
1010 Common Street, Suite 3000
New Orleans, LA 70112
Telephone: (504) 525-2520
Facsimile (504) 581-7083

**Attorneys for August Walter**

**C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing has been served upon all parties herein by using the CM/ECF system and by depositing same in the United States Mail, properly addressed, and postage prepaid, on this 10th day of February, 2012 to any non-CM/ECF participants.

    /s/ James L. Arruebarrena
JAMES L. ARRUEBARRENA