UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **AUGUST WALTER** | * | **CIVIL ACTION NO.: 12-177** |
| | * | |
| | * | |
| **VERSUS** | * | **SECTION: " CJB "** |
| | * | |
| | * | |
| **BP AMERICA INC.** | * | **MAGISTRATE (SS)** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the foregoing Motion to Sever and De-Consolidate:

**IT IS ORDERED** that the Motion to Sever and De-Consolidate is **GRANTED**.

**IT IS FURTHER ORDERED** that the instant matter will be severed and de-consolidated from the MDL case and placed on this Honorable Court's normal docket.

New Orleans, Louisiana, this _____ day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE