UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL, 20, 2010 | * * * * * | MDL 2179 |
| | | SECTION J(2) |
| | * | JUDGE BARBIER |
| This Document Applies to: No. 11-2891 | * * * * | MAG. JUDGE WILKINSON |

## ORDER

**IT IS ORDERED** that member case no. 11-2891, *Coastal Services Group LLC v. B.P., et al.*, previously assigned to Magistrate Judge Sally Shushan, is hereby **REASSIGNED AND REFERRED** to Magistrate Judge Joseph C. Wilkinson, Jr. (Division 2) for the purpose of pretrial case management, including issuing a scheduling order, overseeing discovery, and any other preliminary matters. Parties are encouraged to consider consenting to trial before Magistrate Judge Wilkinson under Fed. R. Civ. P. 73, but are free to withhold consent without adverse substantive consequences.

Parties are directed to use Magistrate Judge Wilkinson's information in the caption of future pleadings.

New Orleans, Louisiana this 10th day of February, 2012

*[signature]*
United States District Court

FEB 10 2012
TRANSFERRED TO
**MAG. 2**

