# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| *All Cases* | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

Before the Court is (Rec. Doc. 5598) BP's objections to and appeal from (Rec. Doc. 5574) the Magistrate Judge's Order regarding Jesse Gagliano's Testimony, and Halliburton's opposition to same (Rec. Doc. 5630). After considering the arguments of counsel, the record, and the applicable law, the Court finds that the Magistrate Judge's Order was not clearly erroneous or contrary to law under Fed. R. Civ. P. 72. Accordingly,

**IT IS ORDERED** that BP's objections are **OVERRULED** and the Magistrate Judge's Order is **AFFIRMED.**

New Orleans, Louisiana, this 10th day of February, 2012.

_____
United States District Judge