UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION "J" |
| **THIS PLEADING APPLIES TO:** | * * | JUDGE:  BARBIER |
| In Re The Complaint and Petition of Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc., as Owner, Managing Owners, Owners *Pro-Hac Vice*, and/or Operators of the MODU Deepwater Horizon, in a Cause for Exoneration from or Limitation of Liability | * * * * * * * * * * | MAGISTRATE:  SHUSHAN |
| Civil Action Nos.: 2:10-cv-2771 and 10-md-2179 | * * | |

## ORDER

Considering the foregoing *Ex Parte* Motion for Leave to File Motion and Memorandum in Support of Motion for Summary Judgment on All Claims and, Alternatively, Motion for Partial Summary Judgment on Punitive Damages in Excess of Page Limit filed by Weatherford U.S., L.P. and Weatherford International, Inc. (collectively "Weatherford");

{N2411281.1}

1

     **IT IS HEREBY ORDERED** that the Motion be and is hereby **GRANTED** and the Clerk of Court is ordered to file Weatherford's Motion and Memorandum in Support Motion for Summary Judgment on All Claims and, Alternatively, Motion for Partial Summary Judgment on Punitive Damages into the record of these proceedings under seal in accordance with Weatherford's Motion to File Under Seal (Rec. Doc. 5347).

    New Orleans, Louisiana this 10th day of February, 2012.

_____
United States District Judge