UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION "J" |
| **THIS PLEADING APPLIES TO:** | * * | JUDGE: BARBIER |
| In Re The Complaint and Petition of Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc., as Owner, Managing Owners, Owners *Pro-Hac Vice*, and/or Operators of the MODU Deepwater Horizon, in a Cause for Exoneration from or Limitation of Liability | * * * * * * * * * * * | MAGISTRATE: SHUSHAN |
| Civil Action Nos.: 2:10-cv-2771 and 2:10-md-2179 | * * | |

**WEATHERFORD U.S., L.P. AND WEATHERFORD INTERNATIONAL, INC.'S MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS AND, ALTERNATIVELY, MOTION FOR PARTIAL SUMMARY JUDGMENT ON PUNITIVE DAMAGES**

Pursuant to Federal Rule of Civil Procedure 56, Defendants, Weatherford U.S., L.P. and Weatherford International, Inc. (collectively, "Weatherford"), hereby respectfully move this Court for an order granting summary judgment as to all claims asserted by Plaintiffs, Cross-Claimants, and Third Party Plaintiffs (collectively, the "Claimants") against Weatherford.[1] Alternatively, Weatherford moves this Court for an order granting partial summary judgment as to all claims asserted by Claimants for punitive damages.

---

[1] Weatherford was named as a defendant in the Bundle B1 Master Complaint, the Bundle C Master Complaint, and the individual Complaints of the state of Louisiana and Alabama, as well as certain individual Bundle A Complaints. In addition, Weatherford was named as a third-party defendant in Transocean's Rule 14(c) Third Party Complaint and as a cross-claimant in several cross-claims filed by co-defendants in this MDL. Attached as Exhibit "9" to Weatherford's memorandum in support of this motion is a list of all Complaints in which a Weatherford entity remains as a defendant or party.

{N2412049.2}

1.

There is no evidence to support any claims that Weatherford is liable for the April 20, 2010 blowout and oil spill involving the Macondo Well (the "Accident").

2.

All of the allegations which have been asserted against Weatherford are product liability claims related to a cementing tool known as a float collar manufactured by Weatherford and installed by BP in the production casing on the Macondo Well.

3.

Claimants alleged that the Weatherford float collar was defective in its design and manufacture because hydrocarbons that had entered the production casing from a failed cement job passed through the float collar.

4.

There is no evidence that the Weatherford float collar used in the production string of the Macondo Well was defective and/or that any actions or inactions by Weatherford caused or contributed to the cause of the Accident.

5.

Fact discovery regarding the cause of the blowout is complete; all expert witness reports and Rule 26 expert witness disclosures have been submitted; and all relevant expert witness depositions have been completed.  No lay witness has testified that the float collar was defective or that any act or omission by Weatherford caused or contributed to the Accident.  Further, none of the over fifty (50) expert witnesses in this case opined in any expert report or in any testimony that the float collar was defective or that any act or omission by Weatherford caused or contributed to the Accident.

6.

Accordingly, as set forth more fully in the attached Memorandum in Support of Motion for Summary Judgment and evidenced by the Statement of Uncontested Material Facts, there are no material issues of fact, and Weatherford is entitled to judgment as a matter of law dismissing all claims asserted against it.  Alternatively, Weatherford is entitled to a partial summary judgment dismissing all claims for punitive damages with prejudice.

**WHEREFORE**, Weatherford respectfully requests that this Court grant their Motion for Summary Judgment and enter an Order dismissing all of Claimants' claims against Weatherford with prejudice, or alternatively, a partial summary judgment dismissing all claims for punitive damages with prejudice.

Respectfully submitted:
*/s/  Glenn G. Goodier*
GLENN G. GOODIER (#06130)
RICHARD D. BERTRAM (#17881)
LANCE M. SANNINO (#29409)
JONES, WALKER, WAECHTER, POITEVENT,
 CARRÈRE & DENÈGRE, L.L.P.
201 St. Charles Avenue. 48th Floor
New Orleans, Louisiana  70170-5100
Telephone:     (504) 582-8174
Facsimile:      (504) 589-8174
ggoodier@joneswalker.com
rbertram@joneswalker.com
lsannino@joneswalker.com

- AND -

        MICHAEL G. LEMOINE, T.A. (#8308)
        GARY J. RUSSO (#10828)
        DOUGLAS C. LONGMAN, JR. (#8719)
        JONES, WALKER, WAECHTER, POITEVENT,
         CARRÈRE & DENÈGRE, L.L.P.
        600 Jefferson Street, Suite 1600
        Lafayette, Louisiana  70501-5100
        Telephone:     (337) 593-7624
        mlemoine@joneswalker.com
        grusso@joneswalker.com
        dlongman@joneswalker.com

*Counsel for Weatherford U.S., L.P. and Weatherford International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of January, 2012, the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Court's Pretrial Order No. 12, on November 1, 2010.

                            */s/  Glenn G. Goodier*