UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION "J" |
| **THIS PLEADING APPLIES TO:** | * * | JUDGE: BARBIER |
| In Re The Complaint and Petition of Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc., as Owner, Managing Owners, Owners *Pro-Hac Vice*, and/or Operators of the MODU Deepwater Horizon, in a Cause for Exoneration from or Limitation of Liability | * * * * * * * * * * | MAGISTRATE: SHUSHAN |
| Civil Action Nos.: 2:10-cv-2771 and 2:10-cv-2179 | * * | |

### WEATHERFORD U.S., L.P. AND WEATHERFORD INTERNATIONAL, INC.'S STATEMENT OF UNCONTESTED MATERIAL FACTS

NOW INTO COURT, through undersigned counsel, comes Weatherford U.S., L.P. and Weatherford International, Inc. ("Weatherford"), who provide the following statement of uncontested material facts in connection with their Motion for Summary Judgment on All Claims, and, Alternatively, Motion for Partial Summary Judgment on Punitive Damages:

1. The final casing string installed in BP Well MC252 #1 ("Macondo Well") consisted of 7" H513 x 9 7/8" H523 cross-over production casing ("production casing").

2. Weatherford did not own, sell, design, manufacture or inspect the production casing.

3. The installation of the production casing in the Macondo Well commenced on April 18th and was completed on April 19, 2010.

4. The 7" portion of the 9-7/8" x 7" production casing installed on the Macondo Well included a reamer shoe, six centralizer subs, and a float collar manufactured by Weatherford.

5. The reamer shoe, six centralizer subs, and float collar were originally manufactured by Weatherford for Nexen Petroleum ("Nexen"), a third party operator.

6. In March 2010, BP purchased the reamer shoe, six centralizer subs, and float collar from Nexen, which authorized Weatherford to release the equipment to BP from its inventory.

7. BP hired an independent third party inspector to inspect the reamer shoe, six centralizer subs, and float collar on April 1, 2010 prior to delivery of this equipment to the Deepwater Horizon rig.

8. The float collar installed on the Macondo Well production casing was a 30" long Weatherford 7" Model M45AP Flow-Activated Mid-Bore Auto-Fill Float Collar ("Float Collar").

9. The Float Collar installed on the production casing had a temporary purpose in the Macondo Well, i.e., to aid in the installation and cementing of the casing.

10. The drilling process requires the internal components of the Float Collar be capable of being "drilled-out" by the drill string.

11. The dual flapper valves in the Float Collar are made of cast aluminum, a metal strong enough to meet the back pressure rating of the float collar to prevent the reverse flow of wet cement slurry from the annulus back into the casing, yet soft enough to be drilled with PDC (polycrystalline diamond compact) bits, a requirement of the drilling process.

12. API RP 10F/ISO 10427-3, Recommended Practice for Performance Testing of Cementing Float Equipment, Third Edition, April 2002, states "[t]he primary purpose of cementing float equipment is to prevent *cement* that has been placed in the casing/wellbore annulus from flowing up the casing (U-tubing)."

13. The Float Collar was designed and manufactured to meet the performance criteria of API RP 10F Category III C, the most challenging test category recommended in API RP 10F/ISO 10427-3.

14. API RP 10F/ISO 10427-3 does not require testing a float collar with water, oil, or gas.

15. No industry tests require or recommend that float collars be tested with hydrocarbons.

16. API RP 10F/ISO 10427-3 flow endurance testing is recommended to be performed using 12 – 12.5 ppg water-based mud with 2-4% by volume 70-200 mesh silica sand, providing an abrasive test medium similar to well cement.

17. API Standard 65-Part 2, § 4.6.4.1 (Second Edition, Dec. 2010) states "Float valves shall be rated for the differential pressure between the minimum anticipated hydrostatic column above the shoe track and the hydrostatic column in the casing annulus with *cement* in place."

18. API RP 65 Cementing Shallow Water Flow Zones in Deep Water Wells does not list a float collar as a well control device.

19. API RP 96 Deepwater Well Design and Construction states that "Float collar valves are not designed to provide a gas-tight seal."

20. BP's Group Practice 10-60 concerning Zonal Isolation Requirements mandates that two hydrocarbon barriers must be installed in a well prior to temporary abandonment.

21. In the Macondo Well, the two barriers to hydrocarbon flow for temporary abandonment of the well were intended to be the production casing cement job and the 300 foot surface cement plug to be set in the production casing at 8,367 feet, and not the Float Collar.

22. The oil and gas industry uses cement barriers because cement, upon reaching its compressive strength, is intended to create an impermeable barrier to hydrocarbon flow across zones the cement is designed to cover.

23. Following the Macondo Well incident, Weatherford sold BP ten 7" float collars manufactured exactly like the Float Collar used on the Macondo Well.

24. Weatherford delivered the 10 float collars at BP's request to Stress Engineering Services Inc. (SES) to conduct a detailed inspection, analysis and evaluation of the design and construction of the Float Collar and its performance in the Macondo Well.

25. SES concluded the Weatherford float collars met the requirements of API RP 10F; were manufactured consistent with Weatherford's published specifications and representations; were free of any defects.

26. SES concluded post-test inspection did not reveal any damage or anomalies that would affect the intended performance of the Float Collar in the Macondo Well.

Respectfully submitted:

*/s/  Glenn G. Goodier*

GLENN G. GOODIER (#06130)
RICHARD D. BERTRAM (#17881)
LANCE M. SANNINO (#29409)
JONES, WALKER, WAECHTER, POITEVENT,
 CARRÈRE & DENÈGRE, L.L.P.
201 St. Charles Avenue. 48th Floor
New Orleans, Louisiana  70170-5100
Telephone:     (504) 582-8174
Facsimile:      (504) 589-8174
ggoodier@joneswalker.com
rbertram@joneswalker.com
lsannino@joneswalker.com

MICHAEL G. LEMOINE, T.A. (#8308)
GARY J. RUSSO (#10828)
DOUGLAS C. LONGMAN, JR. (#8719)
JONES, WALKER, WAECHTER, POITEVENT,
 CARRÈRE & DENÈGRE, L.L.P.
600 Jefferson Street, Suite 1600
Lafayette, Louisiana  70501-5100
Telephone:     (337) 593-7624
mlemoine@joneswalker.com
grusso@joneswalker.com
dlongman@joneswalker.com

*Counsel for Weatherford U.S., L.P. and
Weatherford International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of January, 2012, the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Court's Pretrial Order No. 12, on November 1, 2010.

*/s/  Glenn G. Goodier*

{N2412446.1}   4