UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179  SECTION "J" |
| **THIS PLEADING APPLIES TO:** | * * | JUDGE:  BARBIER |
| In Re The Complaint and Petition of Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc., as Owner, Managing Owners, Owners *Pro-Hac Vice*, and/or Operators of the MODU Deepwater Horizon, in a Cause for Exoneration from or Limitation of Liability | * * * * * * * * * * | MAGISTRATE:  SHUSHAN |
| Civil Action Nos.: 2:10-cv-2771 and 10-md-2179 | * * | |

## ORDER

Considering the foregoing Motion for Summary Judgment on All Claims and, Alternatively, Motion for Partial Summary Judgment on Punitive Damages filed by Weatherford U.S., L.P. and Weatherford International, Inc. (collectively "Weatherford");

**IT IS HEREBY ORDERED** that the Motion be and is hereby **GRANTED** and that all claims asserted herein against Weatherford are DISMISSED WITH PREJUDICE.

{N2412424.1}

1

2

**ALTERNATIVELY**, **IT IS HEREBY ORDERED** that the Motion for Partial Summary Judgment be and is hereby **GRANTED** and that all claims asserted against Weatherford for punitive damages are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this _____ day of January, 2012.

_____<br>UNITED STATES DISTRICT COURT JUDGE