# EXHIBIT 2

# API STANDARD 65-PART 2, ISOLATING POTENTIAL FLOW ZONES DURING WELL CONSTRUCTION

# (DEC. 2010)

# (DEPO EX. 8188)



8188
Exhibit No. ———
Worldwide Court
Reporters, Inc.

# Isolating Potential Flow Zones During Well Construction

API STANDARD 65—PART 2
SECOND EDITION, DECEMBER 2010



AMERICAN PETROLEUM INSTITUTE

CONFIDENTIAL                                                   BP-HZN-2179MDL00725620

#### 4.6.4 Cement Wellbore Barriers

#### 4.6.4.1 Shoe Track Barrier Element

A shoe track barrier element is a combination of the two independent float valves and a shoe track of set cement. Under special circumstances (inner-string, reverse cementing, etc.), the use of float valves may not be possible.

Float valves should be rated for the anticipated flow rates and volumes of the fluids pumped during circulation and cementing of the casing string. Float valves **shall** be rated for the differential pressure between the minimum anticipated hydrostatic column above the shoe track and the hydrostatic column in the casing annulus with cement in place. Ensure the float collar is rated for the load imposed when a top cementing plug is landed on it and pressure is applied to verify landing and test the casing. Float valves are typically designed for liquid service (e.g. drilling fluid, cement, etc.). Refer to API RP 10F/ISO 10427-3 for determining service class corresponding to anticipated service requirements.

Float valves may be configured to allow the casing to fill automatically while run into the hole, thereby reducing the surge pressure exerted on the wellbore. These auto-fill devices should be deactivated prior to beginning cementing operations. The impact of auto-fill tools on well control while running casing and procedures for auto-fill conversion should be considered and operational response plans should be in place if flow occurs through the auto-fill float system and up the inside of the casing.

#### 4.6.4.2 Cement Plugs

Cement plugs are set cement located in open hole or inside casing / liner to prevent formation fluid flow between zones or flow up the wellbore. The placement and design of the cement plug should consider specific well conditions such as; pore and fracture pressure gradients, estimated hole volumes, drilling fluid density, presence of hydrocarbons, etc. Slurry properties **shall** be consistent with any regulatory requirements. Cement plugs **shall** be installed and verified as required by regulations.

## 5 Cementing Practices and Factors Affecting Cementing Success

### 5.1 Introduction

A well-designed cement job optimizes cement placement through considerations such as laboratory-tested slurry design, honoring pore pressure/ fracture gradient window, use of spacers/pre-flushes, proper density and rheological hierarchy, fluid compatibility and adequate centralization. This section summarizes many of the key drilling issues that affect the quality of a primary cementing operation. This section is not exhaustive, nor does it provide the reader with a comprehensive set of detailed recommendations for well construction. The intent is to highlight the salient aspects that should be considered and summarize the interrelationship between drilling operations and cementing success. All topics discussed are covered in detail in various API, ISO, and other industry publications.

### 5.2 Hole Quality

Hole quality affects many aspects of the cementing operation. In situations where hole quality could compromise cementing quality, practices exist that may minimize the impact of hole quality. Avoidance of severe doglegs, hole enlargement and spiral patterns in the wellbore will improve the efficiency of drilling fluid displacement during cementing. Use of directional survey data, including azimuth, when modeling centralization and drilling fluid displacement will improve the quality of the results of the simulation.

A caliper log can be a useful tool to confirm the volume of cement slurry required to fill the annulus to the designed TOC. Knowledge of actual hole sizes provides better friction pressure estimations, both for the cementing operation and for running casing. Caliper data of sufficient quality can be used to calculate the centralizer requirements and from centralizer calculations, to calculate flow regimes and rates recommended for effective drilling fluid removal. Sonic and fluid calipers may also be used.

CONFIDENTIAL BP-HZN-2179MDL00725645

### 5.3 Drilling Fluid

#### 5.3.1 Drilling Fluid Selection

Drilling fluid (mud) selection and maintenance play a key role in cementing success. Drilling fluid performance affects hole condition (enlargements, etc.), drilling fluid filter cake thickness and gel strength (measured as described in API RP 13B-1/ISO 10414-1 or API RP 13B-2/ISO 10414-2), drilling fluid mobility, fluid and formation compatibility, and bonding of cement to formation.

Drilling fluid performance is controlled by many factors. Drilling with fluids that provide a thin, low permeability filter cake and low non-progressive gel strengths sufficient for transport of drill cuttings and barite support can be more effectively displaced when cementing. Achieving good cementing success through effective drilling fluid displacement requires proper planning. Computer modeling of cement placement or drilling fluid displacement requires careful evaluation of fluid properties and placement processes.

#### 5.3.2 Drilling Fluid Rheology

Drilling fluid rheology has a significant impact on cement placement. Samples representative of the drilling fluid at the time of cementing should be tested for rheological properties prior to cementing operations. This data should be used in displacement simulations.

### 5.4 Casing Hardware

#### 5.4.1 General

Casing hardware and auxiliary downhole equipment may be used to enhance the cementing operation. Examples include: centralizers, float equipment, stage collars, external casing packers, liner hangers and liner top packers and expandable casing (mechanical barriers are discussed in Section 4).

#### 5.4.2 Centralizers

Appropriate casing centralization is important to successful cement placement and zonal isolation. Casing centralizers exist in many models and designs and are generally categorized as either rigid, solid or bow-spring models. Auxiliary functionalities such as flow diversion and mechanical friction-reduction are also available. Custom-built centralizers are available for either slimhole or extremely large annular clearances. In order for centralization calculations to be done for bowspring centralizers, performance data as measured according to API Spec 10D/ISO 10427-1 should be used. See discussion of installation under 5.6.5.7. Also, see, API RP 10D-2/ISO 10427-2, API 10TR4 and API 10TR5.

#### 5.4.3 Float Equipment

Float equipment is used to prevent the cement from flowing back into the casing when pumping is stopped and/or pressure released. Test procedures for various classes of float equipment and associated mechanical components are provided in API RP 10F/ISO 10427-3.

Float equipment choice should be matched to anticipated bottom hole temperatures and the pressure differentials expected at the end of the cement job. Specialized float equipment including auto-fill, side-ported, and custom-profiled is also available to address the functionalities of surge-reduction and collapse protection, improved hole cleaning, and ease of running casing, respectively. When utilizing auto-fill float equipment, recognize there will be well control implications while the casing is run in the hole.

A float collar and a float shoe can be used together to provide redundant flow-back control as well as a receptacle for contaminated cement slurry. Some lost-circulation materials (LCM) in the drilling fluid and/or cementing fluids may

CONFIDENTIAL

preclude or hamper the use of certain float equipment valve designs. Standard float equipment is not designed to provide a gas-tight seal.

### 5.4.4 Wiper Plugs

Casing and liner wiper plugs, whether conventional surface release or subsea release, provide the function of mechanically separating cementing fluids from the drilling fluid, wiping the internal diameter of the tubulars, and providing a positive indication of the end of displacement. Wiper plugs should be matched to the anticipated bottom hole temperatures, pressures, depths and drilling fluid type. Not all wiper plugs and associated operating systems (releasing darts) are compatible with all types and manufacturers of float equipment and/or stage tools, liner hanger tools, and liner top packers. Tapered diameter casing strings may require customized wiper plug systems. Wiper plugs and associated operating systems should be designed for the specific size and weight of the casing and all other casing hardware components.

### 5.4.5 Cementing Plug Containers and Heads

Cementing plug containers and head assemblies provide the means by which wiping devices (casing wiper plugs, drill pipe darts, balls, etc) can be launched from the surface without significant interruption of pumping operations. Cementing heads (plug containers) also allow control of cement U-tubing should the float equipment fail. Each type of cementing head has its own specific capabilities in terms of pressure ratings, mechanical operation, load-carrying capacity, and auxiliary capabilities such as allowing rotation or remote operation. These characteristics are published by the manufacturer. Not all casing wiper plugs are compatible with every model of cementing head and float equipment. Cementing heads and plug sets should be checked for compatibility. Plug containers equipped with remotely-operated plug releasing mechanisms reduce risk to personnel and may minimize shut-down time.

Cementing heads should be in good working order and be pressure-tested as per the service provider's requirements. Various components such as the plug releasing mechanism, plug release indicators, valves, threads and o-rings should be examined prior to each use. Thickness testing should be performed as per the service provider's requirements or if a component is suspect. Type-certification is available from the service provider in many instances. A type-certified plug container is one that has fully traceable components with material mechanical properties verified by laboratory tests.

### 5.5  Close-tolerance and Other Flow Restriction Considerations

Close tolerances may restrict the flow of drilling and cementing fluids during well circulation and cause lost circulation. Close tolerances are often encountered in pipe-to-pipe annuli, liner tops, expandable casings, and between the inner diameter of outer tubulars and some tools such as liner hangers, liner top packers, polished bore receptacles (PBR), stage tools, external casing packers (ECPs), and expandable tubulars. Conventional types of liner hangers also have reduced flow cross-sectional area called "bypass area" from the flow restrictions formed by the unset slips protruding from the hanger body. The bypass area is further reduced after these slips are set against the inner casing wall to "hang" or connect to and suspend the liner from the casing. Equivalent circulating density (ECD) pressure calculations **shall** include any flow restrictions, particularly those of significant length and small cross-sectional area, such as liner overlaps, liner top packers, liner hangers, tieback sleeves, casing connections and drill pipe tool joints.

### 5.6  Engineering Design

#### 5.6.1  General

Well construction objectives and local regulations determine the extent of cement coverage and cement performance requirements for each well section. Performance requirements include (but are not limited to) gas control, static gel strength development, fluid loss, free fluid, slurry stability, thickening time, and compressive or sonic strength. Mechanical parameters such as, tensile strength, Young's Modulus and Poisson's ratio may also be taken into account in the cement design.

CONFIDENTIAL                                                                                                              BP-HZN-2179MDL00725647