# EXHIBIT 3

# API, RECOMMENDED PRACTICE 65-PART 2 (MAY 2010)

# (DEPO EX. 7734)

# Isolating Potential Flow Zones During Well Construction

API RECOMMENDED PRACTICE 65—PART 2
FIRST EDITION, MAY 2010



AMERICAN PETROLEUM INSTITUTE



7734

Exhibit No. _____
Worldwide Court
Reporters, Inc.

The industry has successfully used liner top packers for many years to eliminate/reduce flow after cementing on deeper strings as well as to reduce squeeze work on liner tops. The liner top packer is a proven product when properly designed, installed, and verified for the specific application. Devices similar to this or that functionally serve the same purpose (mechanical barriers) can be used on shallower strings.

Mechanical barriers may keep the well from flowing past the barrier element or seal, which in some cases may allow the cement column to hydrate and set in a static condition enhancing the probability of zonal isolation. Flow may still occur beneath the barrier element or seal. A mechanical barrier may prevent flow up between casing strings to the BOP making the job safer.

If washing out between strings is required for a given well plan and the probability exists that fluids will flow (i.e. the well contains zones that may flow behind the pipe), then a subsurface mechanical barrier may be recommended since the effectiveness of a BOP is negated by the small-diameter tubulars run inside the BOP or diverter to wash out the cement. If a subsurface mechanical barrier cannot be used to control flows in this situation, then the annulus should not be washed out until the cement has set sufficiently to prevent a flow (which may preclude washing out at all).

### 3.4 Subsurface Mechanical Barriers

#### 3.4.1 General

Some mechanical barriers can be run downhole to isolate an annulus. These subsurface mechanical barriers are also called annular packers with several different types available. The positioning of these devices depends on both purpose and design. To avoid exposing potential trapped pressure, the subsurface mechanical barrier should be placed deep enough below the mudline so that it remains in place when the well is plugged and abandoned.

When there is a potential or known flow zone not separated by a mechanical barrier from a potential or a known loss zone, there is the risk of interzonal flow. Other options that may enhance the cement barrier below the mechanical barrier for consideration are as follows:

a) seal rings;

b) drill smooth, gauge boreholes for placement locations;

c) place across competent formations;

d) top of liner squeeze when lost circulation occurs;

e) tack and squeeze when necessary [see 3.6 2)];

f) delay setting seals to allow cement to set properly;

g) optimize all primary cementing parameters;

h) eliminate all voids that can trap fluids;

i) minimize equivalent circulating density's (ECD's) job placement by preventing flow restrictions;

j) reverse cement if necessary;

k) design cements to enhance the mechanical properties if needed.

The following sections (3.4.2 through 3.4.10) are examples of items/tools that can be used as subsurface mechanical barriers.

### 3.4.2  Inflatable ECPs

Inflatable ECPs are packers that have inflatable elements mounted on mandrels that are equivalent in strength to the liner or casing string. The advantages of ECPs include the ability to run through reduced IDs and seal in larger ID sections of casing or open hole. If the ECP is set directly above the problem zone in open hole then all casings above the zone are protected if the packer seals effectively. Some open holes may not be suitable for sealing by an ECP such as holes with geologic hazards (fractures, faults, unconsolidated, etc.) or with drilling induced large washouts and keyseats.

Sealing elements or elastomers can be designed for specific applications. The wellhead and BOP stack should be selected with a minimum ID sufficient to accommodate the ECP. After bumping the plug, differential pressure capability of a liquid filled ECP is a function of element design and the ID of the casing or open hole in which it is set. If the element is inflated with cement then the differential pressure capability is limited only by the casing or open-hole strength.

Cement inflation is recommended for many applications. Optimal results are usually obtained when expanding cement (cement capable of post-set expansion without access to external water) is used. [1][2]

In all applications planning is critical, and analysis of temperature and pressure changes during the life of the well should be included in the ECP design.

### 3.4.3  External Mechanical Casing (EMC) Packers

Another mechanical device is the external mechanical casing (EMC) packer and collar combination. Basically a sub is run in the previous casing string with a load shoulder built into it which is fluted for fluid by-pass. This load shoulder will reduce the ID of the casing string which will alter normal bit selection when drilling out of this outer casing string. The EMC packer is run externally on the inner casing string. The inner string should be planned to set off bottom (i.e. there should be a rat hole below the casing string to allow the inner string to be set in tension). Mudline suspension cannot be used with this system because the casing should be landed off bottom, as well.

At the completion of the cement job, weight is slacked off energizing the EMC pack-off on the inner string and creating a seal between the strings. The pack-off should then be tested.

This device is not applicable for all casing configurations. It should be sized for the diameters of the tubulars involved and the differential pressure across the annular area.

### 3.4.4  Hydraulic-set External Casing Packers

Hydraulic-set external casing packers can be used in situations in which pressure can be applied to the casing string to set the packer. This generally implies bumping the plug that follows the cement slurry; however, pressure can be applied through alternate means.

This type packer does not require a load shoulder or other setting device. Applied pressure activates hydraulic cylinders within the tool to generate pack-off forces. At the completion of the cement job the packer is energized creating a seal between casing strings that can be verified by application of surface pressure on the annulus.

This type device is applicable to all casing applications anywhere on the casing string within the "overlap" (casing/casing annulus) area and does not require that casing be set off bottom. Packers are available with or without slips but should be sized for the diameters of the tubulars involved and differential pressure across the annular area.

### 3.4.5  Mudline Casing Suspension Systems (MCSS)

Mudline casing suspension systems (MCSS) can also be used if cement removal in the annulus to a point below the mudline is desired. This equipment allows for removal of cement without disabling the BOP. Removal of the cement

can be accomplished by opening the wash ports provided at the disconnect point and circulating the cement from the annulus.

This is not a strictly a mechanical barrier, however. MCSS provide a means to support the casing string weight at or near the mudline and also provide a means to disconnect the casing strings above that point for the purpose of temporary abandonment. The suspension/disconnect point is often positioned sufficiently below the mudline to accommodate any requirement of the appropriate regulatory agency to remove the casing below the mudline for permanent abandonment.

To ensure the ability to disconnect the casing for temporary abandonment, cement should be washed out of the casing annulus above the disconnect point. If water is used, the hydrostatic pressure above the MCSS could be reduced enough to permit the well to flow, and a shut-in would be required. Consideration should be given to the use of heavier fluids to wash out. Shut-in would also be required prior to nippling down to prevent flow if there is no mechanical barrier used in conjunction with the MCSS.

### 3.4.6 Liner Packers

Liner packers, also called liner top packers, are generally used at greater depths where liners are commonly employed. They are typically run in the well with the liner and often set immediately after cementing. They provide a way to shut off the annulus between the liner and the casing above the liner and may prevent flow past the packer after cementing. They have also allowed the operator to safely proceed with operations without having to waiting on cement (WOC) since they are pressure tested immediately after they are set. While these packers have a proven history of preventing flow after cementing and SCP, in some cases the recommendations listed in 3.4.1, 2nd paragraph, should be followed.

A new version is the expandable liner hanger that has elastomer pack off elements installed on the outside of the liner hanger joint. After liner cementing operations are complete, these devices hang the liner and pack-off the annulus without the use of slips by expanding the hanger joint and sealing elements enough to contact grip the inner wall of the outside casing inside the liner lap. This both suspends or supports the weight of the liner pipe string and forms a reliable, annular seal between the casing and the liner. See 3.4.10 for more information.

### 3.4.7 Chemically-set Annular Packers

Chemically set annular packers are mechanical barrier devices with flexible, expandable-elastomeric sealing elements that can be run into a well on casing or liners for applications to completely seal the annulus between the casing or liner pipe string and the previously installed casing or liner pipe string or "open hole" formation(s). This type of annular packer is run into the well with the sealing element having a smaller initial outside diameter that then expands externally across the entire annulus to form a seal against the outer pipe string's inner wall or the adjacent formation in the "open hole" or borehole. The sealing element is chemically induced to expand, e.g. various types of rubber/polymer sealing elements that swell in contact with hydrocarbon liquids/gases, saline water, water, etc.

### 3.4.8 Annular Seal Rings

Annular seal rings are mechanical barrier devices with flexible, elastomeric sealing elements that can be run into a well on casing or liners for applications to seal the microannulus and voids formed between the cement sheath and the inner pipe string. The sealing element has an outside diameter designed to seal the size of a microannulus and should not excessively restrict flow during the hole conditioning and cementing process. The sealing element is not designed to expand and may only deform to seal a micro-annulus or void between the cement sheath and the inner pipe string.

### 3.4.9 Expanding Annular Seal Rings

Expanding annular seal rings are mechanical barrier devices with flexible, expandable-elastomeric sealing elements that can be run into a well on casing or liners for application to seal the microannulus and voids formed between the

cement sheath and the inner pipe string. This type of annular seal ring is run into the well with the sealing element having a smaller initial outside diameter that then expands externally and deforms against the cement sheath and/or into voids therein to seal a microannulus and, to some degree, adjacent voids or cracks in the cement sheath. The sealing element is not designed to move set cement and expand against the outer pipe string or the formation. However, it may deform/expand into and fill small cracks in the cement sheath that extend between the inner and outer pipe strings or formation(s). This penetration is limited by the original volume of the sealing element and the designed expansion thereof.

### 3.4.10 Seal Rings for Expandable Tubulars (ET)

Seal rings are commonly installed at or near the top of both expandable tubular (ET) liners or expandable liner hangers to provide a mechanical barrier while preserving the maximum interior diameter of the liner. These extrudable rings are installed on the outside surface of the liner and are expanded along with the tubular liner forming a seal against the interior surface of the host pipe. The elastomers and fillers from which these rings are composed are selected based on elasticity, plasticity and heat resistance based on the predicted temperature at their setting depth.

When an ET liner is installed below a host pipe, the liner is placed on the bottom of the hole and cement is (optionally) circulated around the pipe. Then a cone or other device expands the pipe to a larger diameter. The expansion process also shortens the pipe. If the pipe is expanded from bottom to top, it cannot be hung conventionally from the host pipe without inducing significant tension in the string as the ET is expanded. By placing the seal rings at or near the top of the liner, they are in the last portion of the string to be expanded. The friction between the pipe strings and the cured cement hold the liner in place. The now extruded seal rings provide a mechanical barrier to flow in the small annulus between the two pipe strings. This friction fit allows the drill pipe or other carrier string to be detached from the expanded liner.

A liner can be suspended from an expandable liner hanger set in the host pipe. The mechanical functions of the hanger result in a reduced ID, which cannot be tolerated in many designs. Expanding the liner hanger, and possibly the ET below it, preserves the ID of the system and permits easy recovery of the running string. Clearly, these liner hangers and the pipe below them must be expanded from the top down if the hanger cannot move during the ET expansion process. Seal rings on the exterior of the liner hanger body perform the same function as those on the exterior of the ET body providing the mechanical barrier between the host pipe and the expandable liner hanger. Designs of these tools vary depending on function and purpose. Some have only the elastomer rings to provide the seal relying on the metal-to-metal friction to hold the hanger in place. Others include slip segments and sharp ridges on either side of the seal ring that are pushed into the host pipe to stabilize the ring and prevent damage while running the hanger and extrusion of the elastomer outside the seal area.

A potential problem that must be overcome when using these expandable seal rings involves electronic resistance welded (ERW) casing for the host pipe. The small ridge left on the interior of the casing must be removed in the sealing area. This provides a smooth surface for proper extrusion of the seal ring during the expansion process. If the ridge remains, a small void may exist between the seal ring exterior and the casing on either side of the ridge, which will compromise the barrier. This problem does not exist if seamless pipe is used in the host pipe in the seal area.

### 3.5 Surface Mechanical Barriers

Other items can be installed at or near the surface that can serve as mechanical barriers. These devices also seal the annulus, but in the wellhead area rather than downhole. Examples of these are as follows.

1) Some wellhead systems provide several casing suspension and sealing positions in a single wellhead housing. This allows the landing and sealing of more than one casing string without the need to remove the BOP after cementing to add an additional wellhead. These wellheads can also serve as a mechanical device to seal the annulus and allow the BOP to be nippled down without waiting on cement for long time periods.

### 4.4.3 Float Equipment

Float equipment is used to prevent the cement from flowing back into the casing when pumping is stopped and/or pressure released. Test procedures for various classes of float equipment and associated mechanical components are provided in API RP 10F/ISO 10427-3, *Recommended Practice for Performance Testing of Cementing Float Equipment.*

Float equipment choice should always be matched to anticipated bottom hole temperatures and the pressure differentials expected at the end of the cement job. Specialized float equipment including auto-fill, side-ported, and custom-profiled is also available to address the functionalities of surge-reduction and collapse protection, improved hole cleaning, and ease of running casing, respectively. Float collars are also available that lock and hold the wiper plugs to prevent rotation during drillout. A float collar and a float shoe can be used together to provide redundant flow-back control as well as a receptacle for contaminated cement slurry. Some lost-circulation materials (LCM) in the drilling fluid and/or cementing fluids may preclude or hamper the use of certain float equipment valve designs.

### 4.4.4 Plugs

Casing and liner wiper plugs, whether conventional surface release or subsea release provide the function of mechanically separating cementing fluids from the drilling fluid, wiping the ID of the tubulars, and providing a positive indication of the end of displacement. Wiper plugs should be matched to the anticipated bottom hole temperatures, pressures, depths and mud type (aqueous or nonaqueous). Not all wiper plugs and associated operating systems (releasing darts) are compatible with all types and manufactures of float equipment and/or stage tools, liner hanger tools, and liner top packers. Tapered ID casing strings may require customized wiper plug systems. Wiper plugs and associated operating systems should be matched to the casing size and weight and all other casing hardware components to ensure compatibility.

### 4.4.5 Cementing Plug Containers and Heads

Cementing plug containers and head assemblies provide the means by which conventional casing wiper plugs can be launched from the surface without significant interruption of pumping operations. Each type of cementing head has its own specific capabilities in terms of pressure ratings, mechanical operation, load-carrying capacity, and auxiliary capabilities such as allowing rotation or remote operation. These characteristics are published by the head's manufacturer. Not all casing wiper plugs are compatible with every model of cementing head and float equipment. Cementing heads and plug sets should always be checked for compatibility. Plug containers equipped with remotely-operated plug releasing mechanisms reduce risk to personnel and may minimize shut-down time.

Cementing heads should always be in good working order and be pressure-tested on a regular basis. Various components that should be examined and function tested on a regular basis are the cap, coupler, seals, O-rings, extensions, threads, lift swivels, hoist rings, manifolds, along with any associated swages. Magnetic particle inspection should be performed on a periodic basis, or if a component is suspect. Type-certification is available from the service provider in many instances. A type-certified plug container is one that has fully traceable components with material mechanical properties verified by laboratory tests. In addition, a certification of design strength approval for the design may be issued by Lloyd's Register or other certification body.

## 4.5 Close-tolerance and Other Flow Restriction Considerations

Close tolerances may restrict the flow of drilling and cementing fluids during well circulation and cause lost circulation. Close tolerances are often encountered in pipe-to-pipe annuli, liner tops, expandable casings, and between the inner diameter of outer tubulars and some tools such as liner hangers, liner top packers, tieback sleeves/receptacles, stage tools, ECP's, and expandable tubulars. Conventional types of liner hangers also have reduced flow cross-sectional area called "bypass area" from the flow restrictions formed by the unset slips protruding from the hanger body. The bypass area is further reduced after these slips are set against the inner casing wall to "hang" or connect to and suspend the liner from the casing. Close mechanical tolerances should be examined for mechanical (drift) compatibility with all components involved in the cementing operations including wiper plugs and associated