# EXHIBIT 4

# API RP 96, (FIRST EDITION, BALLOT 1 - APRIL 1, 2011)

# (Proposed TREX 87, 125)

**Ballot 1 - April 2011**                               API 96, 1st Edition

This draft document is not an API standard; it is under consideration within an API technical committee but has not received all approvals required to become an addendum to an API Standard. It shall not be reproduced or circulated or quoted, in whole or in part, outside of API committee activities except with the approval of the chair of the committee having jurisdiction and staff of the API Standards Dept. Copyright API. All rights reserved.

# Deepwater Well Design and Construction

API RECOMMENDED PRACTICE 96
FIRST EDITION, XXXX 201X

**This draft is for committee balloting purposes only.**

© American Petroleum Institute

This draft document is not an API standard; it is under consideration within an API technical committee but has not received all approvals required to become an addendum to an API Standard. It shall not be reproduced or circulated or quoted, in whole or in part, outside of API committee activities except with the approval of the chair of the committee having jurisdiction and staff of the API Standards Dept. Copyright API. All rights reserved.

### 8.2.2.6    Riser and Casing Displacement Procedures

A marine drilling riser and/or casing displacement procedure shall be developed and agreed upon by the operator, the rig contractor, and relevant third-party contractors. This helps ensure that all personnel involved in well operations (including appropriate governmental authorities) understand the procedure and its implications on maintaining well control.

Due to the variety of BOP equipment configurations in use and the physical attributes of the wells (e.g., water depth, well architecture, displacement fluids, and displacement depths) the riser and casing displacement procedure shall be rig specific. Careful consideration and planning including understanding the impact on barriers and well control are necessary prior to displacing the well construction fluids from a well. The planning should include modeling the pressure, volumes, pump rates, flow rates, and pit levels for the fluids to be pumped during the displacement. These predicted parameters can then be used during displacement to identify anomalies that may indicate threats to barrier integrity and well control.

The displacement procedure to non-kill weight fluids should be a function of barrier replacements. For example, in an abandonment operation (refer to 5.3.3 Barrier Planning and Annex A), hydrostatic barrier (kill-weight mud) and the BOP stack are to be removed. Install verified replacement barriers prior to displacement such that at least two physical barriers remain in all flowpaths after BOP stack removal, one of which must be mechanical.

For drilling and completion operations, displacement of the riser and well to a fluid that creates an underbalance in the well may be performed with the BOP stack open if the following conditions are met:

— the well has passed an inflow test that subjected each exposed component to a pressure equal to or lower than the pressure it will be exposed to during or after the displacement is complete;

— two verified physical barriers (one is mechanical) isolate any hydrocarbon zone that could flow if exposed to the hydrostatic reduction in the well after the displacement. Refer to Annex A for barrier requirements;

— procedures have been established for monitoring flow and volumes.  Refer to 8.2.2.6.e for more information.

NOTE      An abandonment surface plug is not considered a barrier. Also, conventional float equipment installed in the shoetrack is not considered a barrier; the cement in that shoe track, however, may be considered a single, physical barrier.

Consider the following items when developing the displacement procedure:

a)   When planning the displacement, verify that the barriers meet the minimum standard set forth in 5.3.

b)   Confirm that only shearable components are across the BSR (i.e., avoiding tool joints or other heavy wall tools) upon space-out of tubulars prior to and during for an inflow test and/or displacement.

c)   Verify that physical barriers meet the minimum acceptance criteria (e.g. positive pressure and inflow tests) prior to beginning riser and or casing displacement. If it is not possible to test an individual barrier, as in the case of a second barrier, its physical placement may be verified by a variety of means.

d)   It is generally insufficient to displace the riser through just the boost, choke and kill lines as the point of disconnect is below these lines and drilling fluid will remain between the circulation point and the disconnect point. Therefore, drillpipe is generally used as an additional conduit.

e)   Maintain an appropriate method for determining fluid volumes in and out of the wellbore to allow early detection of an influx (if taken) during displacement. Designate the appropriate indicators, verify indicators are monitored, maintain, and utilized

Ballot 1 - April 2011                                                                                          API 96, 1ˢᵗ Edition

This draft document is not an API standard; it is under consideration within an API technical committee but has not received all approvals required to become an addendum to an API Standard. It shall not be reproduced or circulated or quoted, in whole or in part, outside of API committee activities except with the approval of the chair of the committee having jurisdiction and staff of the API Standards Dept. Copyright API. All rights reserved.

- A transfer plan must be in place to displace fluid off the rig and onto other vessels concurrent with the displacement.

- Direct displacement from the wellbore to the boat tanks with no other measurements does not allow for accurate monitoring of fluids.

- Note that because most displacements are not closed loop systems (as in drilling operations) pit volume measurements may be less accurate than those associated with drilling operations, thus requiring the additional planning.

### 8.2.2.7  Considerations for Inflow Testing of Barriers Prior to Displacement

Inflow tests are an integral part of demonstrating the integrity of the barrier system prior to the displacing to underbalanced fluids. The inflow test of physical barriers should be of sufficient magnitude to simulate the well construction loads anticipated (e.g. underbalance during riser or casing displacements, packer fluids, etc.). The inflow test may use the work string or the C/K lines to establish the underbalance desired. This is accomplished by displacing the choke, kill, or work string with the underbalanced fluid resulting in the desired differential (i.e., u-tube) pressure. The wellbore is then isolated above all barriers to be tested using a BOP, packer, valve, wellhead test tool, etc. The displacement pressure is bled off, imposing a differential underbalance pressure on the barriers to be tested. The well is then monitored for flow or pressure for a period of time, and the test results are recorded and compared to those expected to determine the success of the test.

For an inflow test, consider the following activities.

a) Ensure that all mechanical barriers inflow tested are rated for anticipated pressures. Perform an analysis to ensure that the collapse rating of barriers is not exceeded (e.g., casing collapse, liner packer, body or PBR collapse).

   1) When using test ram or bi-directional ram in the BOP, the test places differential pressure across the BOP in the proper direction. However, if a test ram is used, consider closing a conventional BOP to prevent an influx from entering the marine drilling riser in the event of a barrier failure.

   2) When using a conventional BOP, the test places differential pressure across the BOP in the improper direction. Contact the BOP's manufacturer for the amount of inflow (if any) that the BOP can withstand or other mitigating methods.

   3) When using a BOP, verify the collapse pressure the BOP ring gaskets will be exposed to does not exceed their rated collapse capacity.

b) If performing an inflow test under a retrievable test tool set in the casing below the wellhead additional testing may be required to test the casing hanger seals.

c) Monitor inflow tests for sufficient time period (refer to 5.3.4.3.2) after stabilization to adequately evaluate mechanical integrity. Monitor annuli for pressure or fluid level changes, which may indicate BOP or other barrier leakage.

d) Compare test results to those expected to determine the success of the test. Retain a dated, permanent record of the test.

e) Equalize pressure differential across a valve, ram, or annular preventer before opening to avoid damage to the seal.

This draft document is not an API standard; it is under consideration within an API technical committee but has not received all approvals required to become an addendum to an API Standard. It shall not be reproduced or circulated or quoted, in whole or in part, outside of API committee activities except with the approval of the chair of the committee having jurisdiction and staff of the API Standards Dept. Copyright API. All rights reserved.

**Table B.4 — Shoetrack**

| Element | Definition | Special Considerations | Relevant Standards |
|---|---|---|---|
| Description | Combination of the set cement and float equipment found between the landing collar and the casing shoe. | | |
| Design considerations | The shoetrack functions as a single barrier. Initially the float valves prevent flowback of the cement after the cement job. Once the cement sets, the cement within the shoetrack is the barrier isolating the casing from formation pressures. | — The shoetrack should allow sufficient volume to contain the wiped mud film ahead of the wiper plug and allow for set cement of sufficient strength to provide a pressure barrier. Factors affecting the shoetrack volume include total displacement volume, number and type of wiper plugs, casing string geometry, and fluid type.<br>— The reliability of the shoetrack system can be increased through the use of multiple float valves, multiple wiper plugs, and increased volume between the casing shoe and landing collar.<br>— The shoetrack is considered a cement barrier. When hydrocarbons are present, a verified shoetrack capable of holding reservoir pressure loads and fluids without cement may be considered a mechanical barrier. The ability of the shoetrack to seal after cementing must be validated for the production pressure differentials prior to initial use. | API 10F<br>API 65-2 |
| | Float valves shall be designed to withstand the flow rates and volumes of the fluids pumped during circulation and cementing of the casing string. | Refer to API 10F for determining service class corresponding to anticipated service requirements. Float valves are typically designed for liquid service (mud and cement). | |
| | Float valves shall be designed to withstand the differential pressure between the minimum anticipated hydrostatic column above the shoetrack and the maximum hydrostatic column in the casing annulus. | Consider the inflow load on the shoetrack from the reduced hydrostatic column due to mud displacement when used as an abandonment barrier. | |
| | Float valves can be configured to allow the casing to fill automatically while run into the hole, thereby reducing the surge pressure exerted on the wellbore. If configured, these auto-fill devices must be deactivated prior to beginning cementing operations. | — The impact of auto-fill tools on well control while running casing and the procedures for auto-fill conversion must be thoroughly understood.<br>— Lost circulation material may be trapped in the valve and prevent it from converting.<br>— It may be difficult to assess if the auto-fill floats have successfully converted as pressure spikes may be hard to interpret. Surge pressures, buoyancy, and mud pressure differentials may help validate conversion.<br>— Contingency procedures should be prepared in case the auto-fill system does not deactivate. | |

Ballot 1 - April 2011 API 96, 1st Edition

This draft document is not an API standard; it is under consideration within an API technical committee but has not received all approvals required to become an addendum to an API Standard. It shall not be reproduced or circulated or quoted, in whole or in part, outside of API committee activities except with the approval of the chair of the committee having jurisdiction and staff of the API Standards Dept. Copyright API. All rights reserved.

| Element | Definition | Special Considerations | Relevant Standards |
|---|---|---|---|
| Design considerations *(continued)* | Ensure the float or landing collar has sufficient load capacity for the casing test pressure. | — Verify compatibility between plugs and float/landing collars.<br>— Float collar valves are not designed to provide a gas-tight seal. | |
| Barrier confirmation | — A successful casing test before drill-out is a positive test of the shoetrack.<br>— If the shoetrack is intended as an abandonment barrier, perform a inflow test to a pressure equal or greater to maximum anticipated differential pressure | — Checking for "no flow" by releasing the displacement pressure after the end of the displacement provides an inflow pressure limited to the hydrostatic imbalance at the shoe (i.e., u-tube pressure from annulus).<br>— If the floats do not hold upon release of the displacement pressure, the final displacement pressure should be reapplied and held while the cement sets.<br>— "No flow" observed after release of the displacement pressure after the end of displacement may confirm that the float equipment functioned properly. It does not confirm that the cement has set in the shoetrack or that the shoetrack system is a verified barrier. | |
| Barrier use | After the casing is cemented, keep the casing full of fluid and monitor the fluid level for any indication of flow back or losses during all subsequent operations (including cased hole operations). | | |
| Barrier failure | The shoetrack barrier has failed if either of the barrier confirmation tests have failed or they are not performed, or there is other evidence of an integrity loss. | | |
| Barrier re-establishment | The shoe can be squeezed with cement. Required barrier confirmation tests shall be re-performed.<br>A mechanical bridge plug can be installed and validated as above to replace the shoetrack as a barrier. | Consider the well application when evaluating the appropriate bridge plug design. | |