# EXHIBIT 5

# API RP 10F (THIRD EDITION, APRIL 2002)

# (DEPO EX. 8187)

8187

Exhibit No. _____
Worldwide Court
Reporters, Inc.

# Recommended Practice for Performance Testing of Cementing Float Equipment

**API Recommended Practice 10F
Third Edition, April 2002
ANSI/API 10F/ISO 10427-3: 2003**

ISO 10427-3: 2003  (Formerly ISO 18165)
Petroleum and natural gas industries—Equipment for
well cementing—Part 3: Performance testing of
cementing float equipment



**American
Petroleum
Institute**



**Helping You
Get The Job
Done Right.**℠





Copyright American Petroleum Institute
Provided by IHS under license with API
No reproduction or networking permitted without license from IHS

Licensee=BP International/5928366001
Not for Resale, 07/30/2010 07:26:42 MDT

Copyright American Petroleum Institute
Provided by IHS under license with API
No reproduction or networking permitted without license from IHS

Licensee=BP International/5923366101
Not for Resale, 07/30/2010 07:26:42 MDT

## SPECIAL NOTES

API publications necessarily address problems of a general nature. With respect to particular circumstances, local, state, and federal laws and regulations should be reviewed.

API is not undertaking to meet the duties of employers, manufacturers, or suppliers to warn and properly train and equip their employees, and others exposed, concerning health and safety risks and precautions, nor undertaking their obligations under local, state, or federal laws.

Information concerning safety and health risks and proper precautions with respect to particular materials and conditions should be obtained from the employer, the manufacturer or supplier of that material, or the material safety data sheet.

Nothing contained in any API publication is to be construed as granting any right, by implication or otherwise, for the manufacture, sale, or use of any method, apparatus, or product covered by letters patent. Neither should anything contained in the publication be construed as insuring anyone against liability for infringement of letters patent.

Generally, API standards are reviewed and revised, reaffirmed, or withdrawn at least every five years. Sometimes a one-time extension of up to two years will be added to this review cycle. This publication will no longer be in effect five years after its publication date as an operative API standard or, where an extension has been granted, upon republication. Status of the publication can be ascertained from the API Upstream Segment, telephone (202) 682-8000. A catalog of API publications and materials is published annually and updated quarterly by API, 1220 L Street, N.W., Washington, D.C. 20005.

This document was produced under API standardization procedures that ensure appropriate notification and participation in the developmental process and is designated as an API standard. Questions concerning the interpretation of the content of this standard or comments and questions concerning the procedures under which this standard was developed should be directed in writing to the director/general manager of the Upstream Segment, American Petroleum Institute, 1220 L Street, N.W., Washington, D.C. 20005. Requests for permission to reproduce or translate all or any part of the material published herein should also be addressed to the director.

API standards are published to facilitate the broad availability of proven, sound engineering and operating practices. These standards are not intended to obviate the need for applying sound engineering judgment regarding when and where these standards should be utilized. The formulation and publication of API standards is not intended in any way to inhibit anyone from using any other practices.

Any manufacturer marking equipment or materials in conformance with the marking requirements of an API standard is solely responsible for complying with all the applicable requirements of that standard. API does not represent, warrant, or guarantee that such products do in fact conform to the applicable API standard.

*All rights reserved. No part of this work may be reproduced, stored in a retrieval system, or transmitted by any means, electronic, mechanical, photocopying, recording, or otherwise, without prior written permission from the publisher. Contact the Publisher, API Publishing Services, 1220 L Street, N.W., Washington, D.C. 20005.*

Copyright © 2002 American Petroleum Institute

## API FOREWORD

This standard is under the jurisdiction of the API Standards Subcommittee on Well Cements. This API standard is identical with the English version of ISO 10427-3:200 31. ISO 10427-3:2003 was prepared by Technical Committee ISO/TC 67, *Materials, equipment and offshore structures for petroleum and natural gas industries*, SC 3, *Drilling and completion fluids, and well cements*.

For the purposes of this standard, the following editorial changes have been made:

- Introduction - change 1st sentence to: "This International Standard is based on API Recommended Practice 10F and supercedes API RP 10F, Second edition, November, 1995."

- Clause 4.2 last paragraph – Replace ISO 13500 with "API Spec 13A" and replace ISO 10414-1 with "API RP 13B-1."

- Figure 2 - key 6 change "of" to "or."

- Bibliography
  Replace Item 1, ISO 13500 with "API Specification 13A, Drilling Fluid Materials"
  Replace Item 2, ISO 10414-1 with "API Recommended Practice 13B-1, Standard Procedure for Field Testing Water-Based Drilling Fluids"

This standard shall become effective on the date printed on the cover but may be used voluntarily from the date of distribution.

API publications may be used by anyone desiring to do so. Every effort has been made by the Institute to assure the accuracy and reliability of the data contained in them; however, the Institute makes no representation, warranty, or guarantee in connection with this publication and hereby expressly disclaims any liability or responsibility for loss or damage resulting from its use or for the violation of any federal, state, or municipal regulation with which this publication may conflict.

Suggested revisions are invited and should be submitted to the Upstream Segment, API, 1220 L Street, NW, Washington, DC 20005.

ii
Copyright American Petroleum Institute
Provided by IHS under license with API
No reproduction or networking permitted without license from IHS

Licensee=BP International/5923389101
Not for Resale, 07/30/2010 07:28:42 MDT

## ISO Foreword

ISO (the International Organization for Standardization) is a worldwide federation of national standards bodies (ISO member bodies). The work of preparing International Standards is normally carried out through ISO technical committees. Each member body interested in a subject for which a technical committee has been established has the right to be represented on that committee. International organizations, governmental and non-governmental, in liaison with ISO, also take part in the work. ISO collaborates closely with the International Electrotechnical Commission (IEC) on all matters of electrotechnical standardization.

International Standards are drafted in accordance with the rules given in the ISO/IEC Directives, Part 3.

Draft International Standards adopted by the technical committees are circulated to the member bodies for voting. Publication as an International Standard requires approval by at least 75 % of the member bodies casting a vote.

Attention is drawn to the possibility that some of the elements of this International Standard may be the subject of patent rights. ISO shall not be held responsible for identifying any or all such patent rights.

International Standard ISO 10427-3 was prepared by Technical Committee ISO/TC 67, *Materials, equipment and offshore structures for petroleum and natural gas industries*, Subcommittee SC 3, *Drilling and completion fluids, and well cements*.

Annex A of this International Standard is for information only.

Copyright American Petroleum Institute
Provided by IHS under license with API
No reproduction or networking permitted without license from IHS

Licensee=BP International/5928366101
Not for Resale, 07/30/2010 07:26:42 MDT

## Introduction

This International Standard is based on API Recommended Practice 10F and supercedes API RP 10F, Second Edition, November, 1995.

Users of this International Standard should be aware that further or differing requirements may be needed for individual applications. This International Standard is not intended to inhibit a vendor from offering, or the purchaser from accepting, alternative equipment or engineering solutions for the individual application. This may be particularly applicable where there is innovative or developing technology. Where an alternative is offered, the vendor should identify any variations from this International Standard and provide details.

In this International Standard, where practical, U.S. Customary units are included in brackets for information.

Copyright American Petroleum Institute
Provided by IHS under license with API
No reproduction or networking permitted without license from IHS

Licensee=BP International/5928366101
Not for Resale, 07/30/2010 07:36:42 MDT

# Contents

| | | |
|---|---|---|
| 1 | Scope | 1 |
| 2 | Functions of cementing float equipment | 1 |
| 3 | Float equipment performance criteria | 2 |
| 3.1 | General | 2 |
| 3.2 | Durability under downhole conditions | 2 |
| 3.3 | Differential pressure capability from below | 2 |
| 3.4 | Ability to withstand force exerted through cementing plugs from above | 2 |
| 3.5 | Drillability of the equipment | 2 |
| 3.6 | Ability to pass lost circulation materials | 2 |
| 3.7 | Flow coefficient of the valve | 2 |
| 3.8 | Reverse-flow resistance of casing fill-up valves | 2 |
| 4 | Apparatus and materials | 3 |
| 4.1 | Flow loop | 3 |
| 4.2 | Circulating test fluid | 4 |
| 4.3 | High-temperature/high-pressure test cell | 5 |
| 5 | Durability test | 7 |
| 5.1 | Test set-up | 7 |
| 5.2 | Test categories | 7 |
| 5.3 | Procedure | 8 |
| 6 | Static high-temperature/high-pressure test | 8 |
| 6.1 | Test categories | 8 |
| 6.2 | Procedure | 9 |
| 7 | Test results | 9 |
| Annex A (informative)  Results of performance tests on cementing float equipment | | 10 |
| Bibliography | | 12 |

Copyright American Petroleum Institute
Provided by IHS under license with API
No reproduction or networking permitted without license from IHS

Licensee=BP International/5923358101
Not for Resale, 07/30/2010 07:26:42 MDT

Copyright American Petroleum Institute
Provided by IHS under license with API
No reproduction or networking permitted without license from IHS

Licensee=BP International/5924366101
Not for Resale, 07/20/2010 07:26:42 MDT

# Petroleum and natural gas industries — Performance testing of cementing float equipment

## 1  Scope

This International Standard describes testing practices to evaluate the performance of cementing float equipment for the petroleum and natural gas industries.

This International Standard is applicable to float equipment that will be in contact with water-based fluids used for drilling and cementing wells. It is not applicable to float equipment performance in non-water-based fluids.

## 2  Functions of cementing float equipment

The term "cementing float equipment" refers to one or more check valves incorporated into a well casing string that prevent fluid flow up the casing while allowing fluid flow down the casing. The primary purpose of cementing float equipment is to prevent cement that has been placed in the casing/wellbore annulus from flowing up the casing (U-tubing). In some cases, such as liner cementing, float equipment may be the only practical means of preventing U-tubing. In other cases, the float equipment serves to allow the cement to set in the annulus without having to increase the pressure inside the casing to prevent U-tubing. Increased pressure in the casing while cement sets is generally undesirable because it can result in gaps (micro-annuli) in the cemented annulus.

Float equipment is also sometimes used for the purpose of lessening the load on the drilling rig. Since float equipment blocks fluid flow up the casing, the buoyant force acting on casing run with float equipment is greater than the buoyant force acting on casing run without float equipment. If either the height or the density of the fluid placed inside casing equipped with float equipment while the casing is being run is less than that of the fluid outside the casing, the suspended weight of the casing is reduced compared with what it would be without the float equipment.

The ability of float equipment to prevent fluid flow up the casing is also important in certain well control situations. If the hydrostatic pressure of the fluid inside the casing becomes less than the pressure of formation fluids in formations near the bottom of the casing, fluids from the well may try to flow up the casing. In such a situation, the float equipment becomes a primary well control device.

Float equipment is also sometimes used as a device to assist in pressure-testing of casing. This is normally done by landing one or more cementing plugs on top of the float equipment assembly. The plugs seal the casing so that the pressure integrity of the casing may be tested.

Float equipment is also used by some operators as a device to lessen the free fall of cement inside the casing. The free fall of cement is the tendency of cement to initially fall due to the density differences between the cement and the fluid in the well. The float equipment lessens the free fall, to some extent, by providing a constriction in the flow path.

Casing fill-up float equipment is a special type of float equipment that allows the casing to fill from the bottom as the casing is run. This is desirable, in some cases, to help reduce pressure surges as the casing is lowered. Fill-up type float equipment also helps ensure that the collapse pressure of the casing is not exceeded. Once the casing is run, the check valve mechanism of fill-up type float equipment is activated. This is normally done by either pumping a surface-released ball through the equipment or by circulating above a certain rate.

Copyright American Petroleum Institute
Provided by IHS under license with API
No reproduction or networking permitted without license from IHS

Licensee=BP International/5928366101
Not for Resale, 07/30/2010 07:28:42 MDT

# 3 Float equipment performance criteria

## 3.1 General

There are a number of performance criteria, listed below, that may be used to evaluate the suitability of a particular piece of float equipment for a given well.

## 3.2 Durability under downhole conditions

Float equipment should still function after a fluid containing abrasive solids has been circulated through the equipment for a period of time. The equipment should function in various orientations and while exposed to elevated temperatures and pressures.

## 3.3 Differential pressure capability from below

Float equipment should be capable of withstanding a differential pressure with the higher pressure being exerted from below the check valve, because the hydrostatic pressure of the fluid occupying the annulus immediately after the cement has been placed is usually greater than the hydrostatic pressure of the corresponding column of fluid inside the casing, or while the casing is being run.

## 3.4 Ability to withstand force exerted through cementing plugs from above

Float equipment should be able to withstand a force exerted through cementing plugs from above. Some operators occasionally pressure-test the casing by increasing the pressure shortly after a cementing plug (top plug) used to separate the cement from the displacement fluid has landed downhole. This can cause a force to be applied to the float equipment that could cause the equipment to fail.

## 3.5 Drillability of the equipment

Float equipment should be easy to drill through, since in many cases, float equipment must be drilled out after cementing.

## 3.6 Ability to pass lost circulation materials

Float equipment may be required to allow easy passage of lost circulation material (LCM). On occasion, the fluid that is circulated through cementing float equipment contains LCM designed to bridge on highly permeable, vugular or fractured formations to lessen the amount of fluid that is lost to the formations. Since float equipment generally provides a constricted flow area for fluid passage, there can be a tendency for the LCM to bridge on the float equipment valve and partially or totally block fluid circulation. Therefore, the ease with which the LCM can pass through the float equipment may be a performance criterion for some wells.

## 3.7 Flow coefficient of the valve

Since float equipment provides a constriction in the flow path, there will be a pressure loss associated with circulating fluid through the float valve. If the pressure loss through the float equipment is too high, circulation rates can be limited. In some cases, however, a large pressure loss is desirable to reduce free fall of the cement. The flow coefficient of the valve provides a means of estimating the pressure loss for a given fluid density and a given rate.

## 3.8 Reverse-flow resistance of casing fill-up valves

One of the functions of casing fill-up float equipment is to reduce pressure surges as the casing is run by allowing flow into the casing from the bottom. Therefore, the resistance of the valve to reverse flow is indicative of the relative performance of the valve in reducing surge pressure.

**2**

Copyright American Petroleum Institute
Provided by IHS under license with API
No reproduction or networking permitted without license from IHS

Licensee=BP International/5928366101
Not for Resale, 07/30/2010 07:36:42 MDT

## 4   Apparatus and materials

### 4.1   Flow loop

#### 4.1.1   General

Figure 1 shows a diagram of one possible configuration of a flow loop for durability testing. Other configurations are possible. The major components of the loop are the mud tank, the piping network, the pump and the instrumentation. These components are discussed in the following paragraphs.



**Key**

| | | | |
|---|---|---|---|
| 1 | Hopper | 8 | Flow meter |
| 2 | Compartment 1 | 9 | LP safety valve |
| 3 | Agitator | 10 | Pressure transducer |
| 4 | Compartment 2 | 11 | Hose |
| 5 | Mud tank | 12 | Float collar |
| 6 | Temperature probe | 13 | HP safety valve |
| 7 | Triplex pump | 14 | High-pressure line |

**Figure 1 — Suggested layout for cementing float equipment test flow loop**

#### 4.1.2   Mud tank

It is suggested that the mud tank consist of two compartments, with each compartment capable of holding about 15,9 m³ (100 bbl) of fluid. Each compartment should be fitted with adequate agitation and mixing devices to ensure that the fluids remain well mixed. A valve should be arranged to allow communication between the compartments so that the volume of fluid in the active tank can be adjusted. This will facilitate temperature regulation during a test. A mud hopper should be arranged to facilitate the mixing of mud chemicals.

Copyright American Petroleum Institute
Provided by IHS under license with API
No reproduction or networking permitted without license from IHS

Licensee-BP International/5923366101
Not for Resale, 07/30/2010 07:38:42 MDT

### 4.1.3   The piping network

The piping network should consist of 101,6 mm to 152,4 mm (4 in to 6 in) diameter pipe and valves. It is suggested that the low-pressure portion of the piping network be rated to allow an operating pressure of at least 3 400 kPa (500 psi), and it is suggested that the high-pressure portion of the flow loop, as shown in Figure 1, be rated to at least 34 500 kPa (5 000 psi) working pressure. To facilitate testing fill-up type float equipment, it is suggested that the piping be laid out in such a manner that the flow direction through the float equipment can easily be changed. Both the high-pressure and the low-pressure portions of the flow loop should be equipped with pressure-release type safety valves. It is suggested that a portion of the low-pressure side of the flow loop be made from a flexible hose or an expansion joint to facilitate spacing out different length float equipment.

### 4.1.4   The pump

A triplex pump is suggested as the primary pump for the flow loop. The pump should be capable of pumping at least 1,6 m³/min (10 bbl/min) and pressure testing to 34 500 kPa (5 000 psi). As an alternative, a centrifugal type pump may be used. However, this will necessitate the use of a second high-pressure type pump to perform the back-pressure tests. It is suggested that a backup primary pump be available during testing periods.

### 4.1.5   The instrumentation

The instrumentation for the flow loop should consist of a flowrate meter, temperature probes and pressure transducers, located as shown in Figure 1. It is suggested that a data acquisition system be provided for recording the outputs from these devices during testing.

### 4.1.6   Safety precautions

In designing and operating the flow loop, the following safety precautions should be followed:

a)   the flow loop should be constructed in a controlled-access, isolated area;

b)   the piping should be periodically inspected for reduced wall thickness, especially in areas of maximum erosion such as bends, elbows and tees;

c)   the handling and mixing of the test fluid chemicals should be done by qualified personnel using the appropriate safety precautions;

d)   during pressure testing, all operating personnel and observers should be a safe distance from the high-pressure portion of the flow loop;

e)   the pump controls and maximum-pressure transducer readouts should be located a safe distance from the high-pressure portion of the flow loop.

NOTE     This list is not exhaustive.

## 4.2   Circulating test fluid

The circulating test fluid should be a water-based drilling fluid that has the following properties at 50 °C (120 °F):

—   density: 1 440 kg/m³ to 1 500 kg/m³ (12,0 lb/gal to 12,5 lb/gal);

—   plastic viscosity: 10 mPa·s to 50 mPa·s (10 cP to 50 cP);

—   yield point: 2,4 Pa to 12,0 Pa (5 lbf/100ft² to 25 lbf/100ft²);

—   10-s gel strength: > 1,9 Pa (4 lbf/100ft²);

—   sand content: 2 % to 4 % volume fraction.

NOTE     Non-water-based fluids may be subject to solvent/hardware incompatibility.

**4**

Copyright American Petroleum Institute
Provided by IHS under license with API
No reproduction or networking permitted without license from IHS

Licensee=BP International/5928366101
Not for Resale, 07/30/2010 07:26:42 MDT

The weighting material used in the test fluid should be barite that meets the specifications of API Spec 13A [1]. The fluid properties should be measured in accordance with API RP 13B-1 [2]. The sand used in the test fluid should be 70/200 US mesh sand. This material is available from most well-cementing service companies and certain suppliers of blasting sand.

## 4.3 High-temperature/high-pressure test cell

### 4.3.1 Apparatus

A special test apparatus is recommended for applying temperature and pressure to float equipment as described in later clauses of this document. Figure 2 is a schematic diagram of a suggested apparatus for applying temperature and pressure to float equipment. Other apparatus and methods for applying temperature and pressure to float equipment are also acceptable, provided proper precautions are taken. The apparatus shown in Figure 2 is described as follows.

— The apparatus should be designed for safe operation at temperatures up to 204 °C (400 °F) and pressures up to 34 500 kPa (5 000 psi).

— The test apparatus shown in Figure 2 consists of a chamber body with attached welded flange and a mating flange to which the float equipment is attached. The chamber body inside diameter (ID) should be larger than the outside diameter (OD) of the largest piece of float equipment to be tested. Economics should be considered when determining the size of the chamber body. For pressure-testing all sizes of float equipment, it may be more economical or desirable to build several chambers rather than one large chamber. The chamber body and welded flange should be strong enough to withstand the maximum differential pressure (plus safety factor) applied during testing. A mating flange cap, containing a pressure inlet and relief or exit port, is used to support the float equipment during testing. The pressure rating of the flanged cap should be equal in strength to the chamber body. The equipment to be tested is suspended from the cap by a swage and extension as shown in Figure 2.

— The supporting members should be strong enough to withstand the collapse pressure (plus safety factor) encountered during maximum differential-pressure tests. The exhaust, or relief, outlet should contain a safety screen to retain pieces of the float equipment in the event of an "absolute failure."

During pressure-temperature tests, the entire chamber should be filled with a silicone-based oil with a flash point well above 204 °C (400 °F). The chamber is completely submerged in oil and heated from an external heat source or directly by electrical resistance heaters.

### 4.3.2 Safety precautions in designing and operating the high-temperature high-pressure apparatus

a) The test apparatus should be in an enclosed room (such as a concrete, steel-reinforced test cell) with sufficient wall thickness to contain absolute failure of test apparatus or equipment. The test facility should be in an isolated area to prevent injury to operating personnel or observers.

b) All pump and temperature controls, with relief valves, should be housed outside the test cell. A secondary automatic shutdown control system should also be incorporated. The operator should maintain visual contact with the test apparatus at all times. Visual access can be provided by using a mirror positioned so that the line of sight is not in direct line with the test apparatus. The observation window should be protected by high-impact glass.

c) The test cell should have limited-access doorways that are visible to operating personnel at all times.

d) Adequate ventilation or exhaust fans should be incorporated into the test cell to remove smoke or irritating vapors.

e) Oil used as a heating medium should be periodically checked for contamination and replaced when necessary. Contamination lowers the flash point of the silicone-based oil.

f) Fire extinguishers should be located inside and outside the test facility. An automatic fire-extinguishing system is desirable.

NOTE     This list is not exhaustive.

Copyright American Petroleum Institute
Provided by IHS under license with API
No reproduction or networking permitted without license from IHS

Licensee=BP International/5923588101
Not for Resale, 07/30/2010 67:26:42 MDT

**5**



**Key**

| | | | |
|---|---|---|---|
| 1 | Pressure inlet | 4 | Synthetic oil |
| 2 | Debris screen | 5 | Heating elements |
| 3 | Exhaust outlet (atmospheric pressure) | 6 | Float collar or float shoe |

Temperature range :   21 °C (70 °F) to 204 °C (400 °F)
Pressure range    :   0 kPa to 34 500 kPa (5 000 psi)

**Figure 2 — Controlled pressure-temperature test cell**

Copyright American Petroleum Institute
Provided by IHS under license with API
No reproduction or networking permitted without license from IHS

Licensee=BP International/5922358101
Not for Resale, 07/30/2010 07:26:42 MDT

## 5    Durability test

### 5.1    Test set-up

**5.1.1**  The test fluid should be prepared in accordance with 4.2. It is suggested that a minimum of 7,9 m$^3$ (50 barrels) of fluid be prepared and that the fluid be circulated (bypassing the float equipment) until the fluid properties have stabilized.

**5.1.2**  The float equipment to be tested should be mounted in the test section of a flow loop such as described in 4.1. The orientation of the float equipment may be either horizontal or vertical. For float equipment to be used in wells with a final deviation angle greater than 45°, it is recommended that the float equipment be tested horizontally. The float equipment orientation during testing should be clearly indicated on a test results reporting form similar to that shown in annex A. For horizontal testing of flapper-type float equipment, the hinge of the flapper should be on the bottom (low side) so that closure is not assisted by gravity. For vertical testing, the direction of the flow through the float equipment should be downward.

### 5.2    Test categories

To facilitate communication between users and suppliers of cementing float equipment, three service categories of flow durability testing are suggested. These are shown in Tables 1 and 2.

**Table 1 — Categories of flow durability tests for regular float equipment**

| Category | Duration[a] h | Maximum pressure[b] kPa (psi) |
|----------|------------|--------------------------|
| I | 8 | 10 300 (1 500) |
| II | 12 | 20 700 (3 000) |
| III | 24 | 34 500 (5 000) |

[a]    Circulation rate is 1,6 m$^3$/min (10 bbl/min) for float equipment larger than 88,9 mm (3 1/2 in) and 1,0 m$^3$/min (6 bbl/min) for 88,9 mm (3 1/2 in) and smaller float equipment.

[b]    The maximum test pressure should be the lesser of the values shown or 80 % of the manufacturer's rated burst or collapse pressure for the float equipment casing, whichever is applicable.

**Table 2 — Categories of flow durability tests for casing fill-up equipment**

| Category | Duration h | | Maximum pressure[c] kPa (psi) |
|----------|-----------|-----------|------------------------------|
|  | Reverse[a] | Forward[b] |  |
| I | 2 | 8 | 10 300 (1 500) |
| II | 4 | 12 | 20 700 (3 000) |
| III | 6 | 24 | 34 500 (5 000) |

[a]    Circulation rate for all categories is 0,5 m$^3$/min (3 bbl/min).

[b]    Circulation rate is 1,6 m$^3$/min (10 bbl/min) for float equipment larger than 88,9 mm (3 1/2 in) and 1,0 m$^3$/min (6 bbl/min) for 88,9 mm (3 1/2 in) and smaller float equipment.

[c]    The maximum test pressure should be the lesser of the values shown or 80 % of the manufacturer's rated burst or collapse pressure for the float equipment casing, whichever is applicable.

Copyright American Petroleum Institute
Provided by IHS under license with API
No reproduction or networking permitted without license from IHS

Licensee=BP International/5923361101
Not for Resale, 07/30/2010 07:26:42 MDT

## 5.3 Procedure

### 5.3.1 Regular apparatus

**5.3.1.1** Perform a back-pressure test on the float equipment by pressurizing the high-pressure portion of the flow loop to 700 kPa (100 psi) and then opening a valve upstream of the float equipment to atmospheric pressure. Record the volume of fluid necessary to achieve valve closure. If the valve will not close, attempt to achieve valve closure by increasing the reverse flowrate through the valve. Record the rate necessary to obtain valve closure. Increase the pressure to 1 700 kPa (250 psi) and hold for 5 min. If the float valve cannot hold 1 700 kPa (250 psi) for 5 min, stop the test.

**5.3.1.2** Circulate through the float equipment for a total flow period of 8 h, 12 h or 24 h, depending on the test category being followed. The circulation rate for float equipment larger than 88,9 mm (3 $^1/_2$ in) should be 1,6 m$^3$/min (10 bbl/min). The circulation rate for 88,9 mm (3 $^1/_2$ in) and smaller float equipment should be 1,0 m$^3$/min (6 bbl/min). The test fluid temperature should be at least 43 °C (110 °F) for at least 75 % of the flow period. At 2-h intervals, stop circulation and perform a back-pressure test in accordance with 5.3.1.1. The mud properties should be measured at 2-h intervals and adjusted if necessary.

**5.3.1.3** Perform a low-temperature/high-pressure back-pressure test in the following manner. It is suggested that the float equipment be removed from the flow loop and installed in an apparatus specifically designed for safely applying high differential pressure across the float valve, such as that described in 4.3. This test may also be performed with the float equipment in the flow loop. The maximum test pressure should be the lesser of 10 300 kPa, 20 700 kPa or 34 500 kPa (1 500 psi, 3 000 psi or 5 000 psi), depending on the test category being followed, or 80 % of the manufacturer's rated burst or collapse pressure for the float equipment casing, whichever is applicable. Achieve valve closure, if necessary, by a reverse-flow surge. Increase the pressure to the maximum test pressure over a period not greater than 2 min and hold for 30 min.

**5.3.1.4** Disassemble the float equipment and visually inspect the valve mechanism for any signs of abrasion or wear. For cement-filled equipment, visually inspect the cement for any signs of cracking or abrasion. Note any abnormalities.

### 5.3.2 Casing fill-up equipment

**5.3.2.1** Circulate in the reverse direction through the float equipment at 0,5 m$^3$/min (3 bbl/min) for 2 h, 4 h or 6 h. Measure and record the pressure drop in the reverse-flow direction.

**5.3.2.2** Activate the check valve of the float equipment in accordance with the manufacturer's recommendation. Record the pressure and/or rate required to activate the check valve.

**5.3.2.3** Perform the durability test for regular float equipment indicated in 5.3.1.

# 6 Static high-temperature/high-pressure test

## 6.1 Test categories

To facilitate communication between users and suppliers of cementing float equipment, three service categories of static high-temperature/high-pressure testing are suggested. The categories for static high-temperature/high-pressure testing are shown in Table 3.

Copyright American Petroleum Institute
Provided by IHS under license with API
No reproduction or networking permitted without license from IHS

Licensee=BP International/5023961151
Not for Resale, 07/30/2010 07:36:43 MDT

Table 3 — Categories of static high-temperature/high-pressure tests

| Category | Temperature[a]<br>°C (°F) | Maximum pressure[b]<br>kPa (psi) |
|:---:|:---:|:---:|
| A | 93 (200) | 10 300 (1 500) |
| B | 149 (300) | 20 700 (3 000) |
| C | 204 (400) | 34 500 (5 000) |

[a]  Duration at temperature is 8 h for all categories.

[b]  The maximum test pressure should be the lesser of the values shown or 80 % of the manufacturer's rated burst or collapse pressure for the float equipment casing, whichever is applicable.

## 6.2 Procedure

**6.2.1** Perform a flow durability test in accordance with clause 5.

**6.2.2** Review, verify, and observe safety precautions indicated in 4.3.2.

**6.2.3** Install the float equipment in a high-temperature/high-pressure test apparatus similar to the one described in 4.3.

**6.2.4** Heat the test apparatus until the test piece and test chamber achieve a constant test temperature of 93 °C ± 5 °C, 149 °C ± 5 °C or 204 °C ± 5 °C (200 °F ± 10 °F, 300 °F ± 10 °F or 400 °F ± 10 °F), depending on the test category being followed. Maintain the test temperature for a period of 8 h.

**6.2.5** Pressure-test by applying differential pressure to the float valve by pumping into the chamber to achieve valve closure and a fluid seal. Pressurize to 340 kPa (50 psi), using an appropriate low-volume, high-pressure pump, to check for low-pressure fluid seal.

Air-activated pumps are recommended for this application.

Ball-type float equipment may require a high-volume pump to initiate valve closure, or the exhaust valve can be closed, the chamber pressurized below the test piece, and the exhaust valve quickly opened to provide a fluid surge to obtain initial valve closure.

**6.2.6** Increase pressure to 3 400 kPa (500 psi) and hold for 15 min. Increase pressure in 3 400 kPa (500 psi) increments every 15 min until a maximum test pressure of 10 300 kPa, 20 700 kPa or 34 500 kPa (1 500 psi, 3 000 psi or 5 000 psi), depending on the test category being followed, is reached or until failure occurs, whichever occurs first. If the test pressure and test apparatus cause a collapse load to be imposed on the float equipment casing, the maximum test pressure should be limited to a value less than 80 % of the manufacturer's rated collapse pressure for the float equipment casing. If the test pressure and test apparatus cause a burst load to be imposed on the float equipment casing, the maximum test pressure should be less than 80 % of the manufacturer's rated internal yield pressure for the float equipment casing.

**6.2.7** Release pressure, cool and disassemble float equipment. Perform visual inspection. Note any abnormalities.

## 7 Test results

A suggested form for reporting the results of the performance tests described in this International Standard is shown in annex A.

Copyright American Petroleum Institute
Provided by IHS under license with API
No reproduction or networking permitted without license from IHS

Licensee=BP International/5823366101
Not for Resale, 07/20/2010 07:26:42 MDT

# Annex A
## (informative)

# Results of performance tests on cementing float equipment

## I.    GENERAL INFORMATION

Manufacturer_____

Type of float equipment tested _____

Size of float equipment tested _____

Model number of float equipment tested _____

Location of plant where float equipment manufactured _____

Date of float equipment manufacture _____

Valve description _____

Valve material _____

## II.   FLOW DURABILITY TESTING

Dates of testing _____

Flow durability testing category:    I. _____ II. _____ III. _____

Test result:    Pass _____ Fail _____

Float equipment orientation:    Horizontal _____ Vertical _____

Type of pump used for circulation _____

Average fluid temperature during test _____

Type of fluid used for testing _____

Average sand concentration during test _____

If pass, maximum volume for closure _____

If pass, maximum rate for closure _____

If pass, maximum test pressure used _____

If fail, total duration until failure _____

If casing fill-up equipment, reverse-flow pressure drop across valve _____

If casing fill-up equipment, pressure and/or rate to activate _____

Description of valve after test _____

## III.  HIGH-TEMPERATURE/HIGH-PRESSURE TESTING

Dates of testing _____

HT/HP test category   A. _____ B. _____ C. _____

Test result:    Pass _____ Fail _____

Type of pressure application:    Internal only _____ Internal and external _____

Type of fluid contacting valve _____

**10**

Copyright American Petroleum Institute
Provided by IHS under license with API
No reproduction or networking permitted without license from IHS

Licensee=BP International/5928366101
Not for Resale, 07/30/2010 07:36:42 MDT

If pass, maximum test pressure used _____

If fail, maximum test pressure achieved _____

Description of valve after test _____

Signature _____      Title _____

Name _____      Telephone number _____

Date signed _____

Copyright American Petroleum Institute
Provided by IHS under license with API
No reproduction or networking permitted without license from IHS

Licensee=BP International/5923366101
Not for Resale, 07/30/2010 07:26:42 MDT

# Bibliography

[1]     API Specification 13A, *Drilling Fluid Materials*

[2]     API Recommended Practice 13B-1, *Standard Procedure for Field Testing Water-Based Drilling Fluids*

[3]     API RP 10F, *Recommended practice for performance testing of cementing float equipment.* Second edition, November 1995

Copyright American Petroleum Institute
Provided by IHS under license with API
No reproduction or networking permitted without license from IHS

Licensee=BP International/5928366101
Not for Resale, 07/30/2010 07:26:42 MDT



# 2002 Publications Order Form

**American Petroleum Institute**

Available through Global Engineering Documents.

Effective January 1, 2002.

**Phone Orders:** 1-800-854-7179 (Toll-free in the U.S. and Canada)
303-397-7956 (Local and International)
**Fax Orders:** 303-397-2740
**Online Orders:** www.global.ihs.com

---

**Date:** _____

☐ **API Member** (Check if Yes)

---

**Invoice To** (☐ Check here if same as "Ship To")

Name: _____
Title: _____
Company: _____
Department: _____
Address: _____

City: _____ State/Province: _____
Zip/Postal Code: _____ Country: _____
Telephone: _____
Fax: _____
E-Mail: _____

**Ship To** (UPS will not deliver to a P.O. Box)

Name: _____
Title: _____
Company: _____
Department: _____
Address: _____

City: _____ State/Province: _____
Zip/Postal Code: _____ Country: _____
Telephone: _____
Fax: _____
E-Mail: _____

---

| Quantity | Product Number | Title | SO★ | Unit Price | Total |
|---|---|---|---|---|---|
| | G10A22 | Spec 10A, Well Cements | | $ 97.00 | |
| | G10B22 | RP 10B, Testing Well Cements | | $ 142.00 | |
| | G10D05 | Spec 10D, Bow-Spring Casing Centralizers | | $ 62.00 | |
| | G10TR1 | TR 10TR1, Cement Sheath Evaluation | | $ 86.00 | |
| | G10TR2 | TR 10TR2, Shrinkage and Expansion in Oilwell Cements | | $ 86.00 | |
| | G10TR3 | TR 10TR3, Temperatures for API Cement Operating Thickening Time Tests | | $ 114.00 | |
| | G07000 | Spec 12A, Drilling Fluid Materials | | $ 80.00 | |
| | G04400 | Worldwide Cementing Practices | | $ 125.00 | |

☐ Payment Enclosed   ☐ P.O. No. (Enclose Copy) _____

☐ Charge My Global Account No. _____

☐ VISA   ☐ MasterCard   ☐ American Express   ☐ Diners Club   ☐ Discover

Credit Card No.: _____

Print Name (As It Appears on Card): _____

Expiration Date: _____

Signature: _____

| | |
|---|---|
| **Subtotal** | |
| **Applicable Sales Tax** (see below) | |
| **Rush Shipping Fee** (see below) | |
| **Shipping and Handling** (see below) | |
| **Total** (In U.S. Dollars) | |

★ To be placed on Standing Order for future editions of this publication, place a check mark in the SO column and sign here:

Pricing and availability subject to change without notice.

**Mail Orders** – Payment by check or money order in U.S. dollars is required except for established accounts. State and local taxes, $10 processing fee*, and 5% shipping must be added. Send mail orders to: API Publications, Global Engineering Documents, 15 Inverness Way East, M/S C303B, Englewood, CO 80112-5776, USA.
**Purchase Orders** – Purchase orders are accepted from established accounts. Invoice will include actual freight cost, a $10 processing fee*, plus state and local taxes.
**Telephone Orders** – If ordering by telephone, a $10 processing fee* and actual freight costs will be added to the order.
**Sales Tax** – All U.S. purchases must include applicable state and local sales tax. Customers claiming tax-exempt status must provide Global with a copy of their exemption certificate.
**Shipping** (U.S. Orders) – Orders shipped within the U.S. are sent via traceable means. Most orders are shipped the same day. Subscription updates are sent by First-Class Mail. Other options, including next-day service, air service, and fax transmission are available at additional cost. Call 1-800-854-7179 for more information.
**Shipping** (International Orders) – Standard International shipping is by air express courier service. Subscription updates are sent by World Mail. Normal delivery is 3-4 days from shipping date.
**Rush Shipping Fee** – Next Day Delivery orders charge is $20 in addition to the carrier charges. Next Day Delivery orders must be placed by 2:00 p.m. MST to ensure overnight delivery.
**Returns** – All returns must be pre-approved by calling Global's Customer Service Department at 1-800-624-3974 for information and assistance. There may be a 15% restocking fee. Special order items, electronic documents, and age-dated materials are non-returnable.
**Minimum Order** – There is a $50 minimum for all orders containing hardcopy documents. The $50 minimum applies to the order subtotal including the $10 processing fee, excluding any applicable taxes and freight charges. If the total cost of the documents on the order plus the $10 processing fee is less than $50, the processing fee will be increased to bring the order amount up to the $50 minimum. This processing fee will be applied before any applicable deposit account, quantity or member discounts have been applied. There is no minimum for orders containing only electronically delivered documents.

Copyright American Petroleum Institute
Provided by IHS under license with API
No reproduction or networking permitted without license from IHS

Licensee=BP International/5928366101
Not for Resale, 07/30/2010 07:36:42 MDT

# There's more where this came from.

The American Petroleum Institute provides additional resources and programs to the oil and natural gas industry which are based on API Standards. For more information, contact:

- Monogram Licensing Program      Phone: 202-962-4791
  Fax: 202-682-8070

- American Petroleum Institute Quality Registrar (APIQR)      Phone: 202-962-4791
  Fax: 202-682-8070

- API Spec Q1 Registration      Phone: 202-962-4791
  Fax: 202-682-8070

- Perforator System Registration      Phone: 202-962-4791
  Fax: 202-682-8070

- Inspector Certification Programs      Phone: 202-682-8161
  Fax: 202-962-4739

- Engine Oil Licensing and Certification System (EOLCS)      Phone: 202-682-8233
  Fax: 202-962-4739

- Training/Workshops      Phone: 202-682-8490
  Fax: 202-962-4797

Check out the API Publications, Programs, and Services Catalog online at www.api.org.



**American Petroleum Institute**       Helping You Get The Job Done Right.™

Copyright American Petroleum Institute
Provided by IHS under license with API
No reproduction or networking permitted without license from IHS

Licensee=BP International/5928366101
Not for Resale, 07/30/2010 07:28:42 MDT

Copyright American Petroleum Institute
Provided by IHS under license with API
No reproduction or networking permitted without license from IHS

Licensee=BP International/5928366101
Not for Resale, 07/30/2010 07:26:42 MDT

Additional copies are available through Global Engineering
Documents at (800) 854-7179 or (303) 397-7956

Information about API Publications, Programs and Services is
available on the World Wide Web at: http://www.api.org

 **American
Petroleum
Institute**

1220 L Street, Northwest
Washington, D.C. 20005-4070
202-682-8000

Product No. G10F03

Copyright American Petroleum Institute
Provided by IHS under license with API
No reproduction or networking permitted without license from IHS

Licensee=BP International/5928366101
Not for Resale, 07/30/2010 07:26:42 MDT

CONFIDENTIAL