# EXHIBIT 6

# EXPERT REPORT OF BRETT LIRETTE (WEATHERFORD)

# (DEPO EX. 7844)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG MDL NO. 2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO, ON APRIL 20, 2010

EXPERT REPORT OF
BRENT J. LIRETTE

ON BEHALF OF
WEATHERFORD U.S., L.P.

October 17, 2011

DATED: October 17, 2011

Brent J. Lirette

Signature: Brent J. Lirette

7844

Exhibit No. _____
Worldwide Court
Reporters, Inc.

i

**TABLE OF CONTENTS**

Page

1. **Summary of Opinions**……………………………………………………    1

2. **Background and Credentials**………………………………………………..    2

3. **Design and manufacture of the Weatherford  equipment installed  on the
    production casing string in the Macondo Well**……………………………    4

    3.1    Introduction……………………………………………………………    4
    3.2    Float Collar………………………………………………………………    6
            a.   The Purpose and design of an Auto-Fill Float Collar…………    10
            b.   Manufacture of Float Collar………………………………….    11
            c.   Auto-Fill Float Collars are not a well control device …………    12
    3.3    Reamer Shoe………………………………………………………….    13
    3.4    Centralizer Subs………………………………………………………    15
    3.5    Slip On Centralizers……………………………………………………    16
    3.6    Cementing Wiper Plug System………………………………………..    18

4. **Use of the Weatherford 7" Model M45AP Flow-Activated Mid-Bore
    Auto-Fill Float Collar and Cementing Wiper Plug System**…………………    19

    4.1    Running casing into the hole…………………………………………    19
    4.2    Cementing the casing………………………………………………    20
    4.3    Float Test ……………………………………………………………….    37
    4.4    Drill-Out …………………………………………………………    38

5. **Performance of the Weatherford float equipment in the Macondo
    Well production casing**………………………………………………….    41

    5.1    The M45AP Float Collar used on the Macondo Well met all design
            and performance criteria as represented………………………………    41
    5.2    The M45AP Float Collar used on the Macondo Well performed all
            intended functions…………………………………………………    47
            A.   Surge Reduction…………………………………………..    47
            B.   Landing seat for the cementing wiper plugs………………    48
            C.   Prevent Reverse Flow (U-tubing) of cement slurry……….    48
    5.3    Debris caused flow restrictions …………………………………….    49
    5.4    Float Collar Converted……………………………………………..    57
    5.5    The Weatherford trip ball did not eject from the auto-fill tube ………    60
    5.6    The Macondo Well float collar flow-activated flapper valves were
            not damaged…………………………………………………………..    61

5.7   The Cementing Wiper Plug System used on the Macondo Well
performed intended functions……………………………………….   62

**Appendix A – Curriculum Vitae of Brent J. Lirette**…………………………..   **A-1**

**Appendix B – Materials Considered**……………………………………………   **B-1**

1.    **Summary of Opinions**

Based on my analysis of the events of April 19th-20[th], 2010 on the Macondo Well, it is my opinion that:

1.  The Weatherford Model M45AP Flow-Activated Mid-Bore Auto-Fill Float Collar installed on the Macondo Well production casing was not designed or manufactured to serve as a well control device or a barrier to hydrocarbon flow in a well.

2.  Weatherford never represented that any of its float collars, including the M45AP float collar, could be used or relied upon as a well control device.

3.  Weatherford does not design or manufacture its float collars, including the M45AP float collar, to provide a hydrocarbon seal, nor does Weatherford represent its float collars are capable of providing a hydrocarbon seal.

4.  Weatherford designs and manufactures the M45AP float collar to perform three specific and limited functions: (1) **Reduce surge** pressures on the formation while running the casing string into the well bore; (2) Provide a **landing seat** for the cementing wiper plugs; and (3) **Prevent reverse flow** of the wet cement slurry from the annulus into the casing (U-tubing) until the cement has time to set. None of these functions require the float collar to be capable of providing a hydrocarbon seal.

5.  The primary function of the Weatherford Model M45AP Flow-Activated Mid-Bore Auto-Fill Float Collar is to prevent the reverse flow of wet cement slurry from the annulus back into the casing until it has time to set. The float collar was designed and manufactured to meet the performance criteria of API RP 10F Category III C, the most rigorous test category recommended in API RP 10F.

6.  In the Macondo Well, the M45AP float collar served its intended functions of surge reduction, providing a landing seat for the cementing wiper plugs, and preventing the wet cement slurry pumped into the annulus from reverse flowing (U-tubing) into the casing.

7.  Difficulty establishing circulation through the production casing shoe track in the Macondo Well was caused by an accumulation of cuttings/debris from the well either at the reamer shoe or above the float collar, requiring a pressure increase to 3142 psi to clear the blockage and allow circulation.

8.  The increase in pressure to 2932 psi to burst the bottom wiper plug rupture sleeve was the result of cuttings/debris accumulating above or below the bottom plug.

9. The M45AP float collar converted during the pressure surge of 3142 psi, allowing the spring loaded flapper valves to close upon completion of cement placement.

10. The Weatherford trip ball did not eject from the auto-fill tube.

11. The M45AP float collar did not sustain damage as evidenced by its ability to convert, retain back flow of cement, and provide a landing seat for the cementing wiper plugs.

12. The cementing wiper plug system used in the Macondo Well served its intended functions.

13. I found no evidence of a failure or defect in the design, manufacture, use or performance of the float equipment and wiper plug system.


**2.    Background and Credentials**


I am currently Product Line Engineering Manager for Cementing Products, Liner Systems, Inflatable Packers, and Swellable Packers for Weatherford U.S., L.P.  My involvement with cementing products began in November 1984, when I was hired by the Gemoco Division of Chromalloy American Corporation as a project engineer in Houma, Louisiana.  When Weatherford acquired Gemoco in November 1992, I was named chief engineer of the Weatherford-Gemoco division.  In January 2000, I moved from Houma to Houston, Texas to take the role of Product Line Engineering Manager for Cementing Products.

I graduated summa cum laude from Nicholls State University in December 1972 with a B.S. degree in Engineering Science.  In May 1984, I also received a Master of Business Administration degree from Nicholls State University.

In November 1984, I became a project engineer for the Gemoco Division of Chromalloy American Corporation.  I was engaged in research and development for cementing products, focusing primarily on float equipment and multiple stage cementing tools.  One of my first assignments was to evaluate the performance of Gemoco and competitor float equipment by performing back pressure and flow endurance tests on a mud flow loop.  I was co-inventor of a new ball valve for use in float equipment called the $GV^2$™, which included a ball retainer with a flexible elastomer skirt that extended the flow endurance of Gemoco's float equipment.  This valve was also fitted with a spring loaded plunger and later named the Sure-Seal 3™ float valve. I was also co-inventor of a multiple stage cementing tool called the Eliminator™ that is still in use today.  I also implemented design changes to enhance performance and manufacturability of many other cementing products.

In March 1987 I was promoted to Senior Engineer.  I was engaged primarily in engineering development and sales promotion of float equipment and other cementing products.  I directed testing of materials and products.  I developed computer programs to speed the design and analysis of stage cementing tools and float equipment for special applications.

In March 1990, I was promoted to Chief Engineer.  I managed the engineering staff responsible for product development and engineering support for primary cementing equipment, down hole tools, control valve repairs, pump repairs, and valve trim.

In November 1992, Gemoco was acquired by Weatherford.  As chief engineer of the combined cementing product lines of Gemoco and Weatherford, I was involved in product consolidation efforts.   Manufacturing of Weatherford's cementing products was moved to the Gemoco manufacturing facilities in Houma.  I managed the engineering staff responsible for product support for mechanical cementing products, float equipment, multiple stage cementing tools, and control valve trim parts and repair.  I was a facilitator for Weatherford's Quality Work Group training.   I was instrumental in developing the systems required for acquiring ISO 9001 certification and an API Specification 10D license.  I was the primary inventor of the bow-spring centralizer sub that allows the use of bow-spring centralizers in close tolerance applications where the diametric clearance between the casing and hole may be as little as a half inch.

With my move to the Weatherford Technology and Training Center in Houston in January 2000 I became responsible for global engineering including research and development for Weatherford Cementing Products.  My product line global engineering responsibilities were expanded in 2003 to include Inflatable Packers and to Liner Systems in 2008.  Over the course of my career, I am listed as the primary inventor or co-inventor on 8 patents.

I have been a member of API Committee 10 on Oil Well Cements since 1987.  I was a member of the task group that wrote the first edition of API RP 10F, Recommended Practice for Performance Testing of Cementing Float Equipment.  I was also involved in reaffirming the second and third editions of the document.  I was appointed chairman of the Work Group on Revision of Specification 10D, Specification for Bow-Spring Casing Centralizers, in 1997.  The charge of the work group was to resolve the differences between API Specification10D and ISO 10427:1993, and to prepare for publication an ISO specification for bow-spring casing centralizers and a recommended practice for centralizer spacing and stop collar testing.   I received certificates of appreciation from ISO Technical Committee 67 for my contributions as project leader for development of the International Standard ISO 10427-1:2001 Petroleum and natural gas industries—Part 1: Bow-spring casing centralizers and as project leader for development of the International Standard ISO 10427-2:2003 Petroleum and natural gas industries—Part 2: Centralizer placement and stop-collar testing.  I was a member of the API Committee 10 Steering Committee in 1999.  I have been a member of API work groups writing technical papers on casing centralizers and cementing wiper plugs.

I have been a member of the Society of Petroleum Engineers since 1985.  I participated in writing an SPE paper entitled "A New Approach to Calculate the Optimum Placement of Centralizers includes Torque and Drag Predictions".  I have attended many technical sessions related to the oil and gas industry and my profession, including a 12-hour SPE Applied Technology Workshop on Deepwater Drilling & Cementing Challenges and Solutions.

3. **Design and manufacture of the Weatherford equipment used on the production casing string in the Macondo Well**

### 3.1 Introduction

Weatherford manufactured the reamer shoe, centralizer subs, float collar and cementing wiper plug system used in cementing the 9 7/8" X 7" production casing string on the BP Well MC252 #1 ("Macondo Well"). Figure 1 demonstrates the location of this equipment on the production casing string after the cement job.  My report will address the design, manufacture, use and performance of the float collar and cementing wiper plug system.

4



Figure 1

The reamer shoe, six centralizer subs and the float collar installed on the Macondo Well production casing were manufactured by Weatherford for Nexen Petroleum. BP purchased this equipment directly from Nexen. The cementing plug system was manufactured by Weatherford and sold to BP in late March 2010 specifically for the Macondo Well production casing. In addition to six centralizer subs, Weatherford also delivered to BP from BP's equipment inventory, fifteen 7" slip-on centralizers on April 16, 2010.

### 3.2 Float Collar

The float collar installed on the BP Macondo Well production casing was a Weatherford 7" Model M45AP Flow-Activated Mid-Bore Auto-Fill Float Collar, Part No. 1366513 (M45AP70H513H12A001). Its dimensions are 30" length by 7.055" O.D. Weatherford manufactured this particular float collar in February 2010 for Nexen Petroleum. Figure 2 is an assembly drawing of the float collar, Weatherford Drawing No. D000401284 Rev A dated 1/18/10.



Figure 2

Figure 3 depicts models M45A0 and M45AP float collars, which are identical except for the addition of a landing plate to accommodate the Weatherford WiperLok ™ cementing plug non-rotating profile as used on the Macondo Well. Figure 4 is a photograph of the exterior of a fully assembled float collar. This float collar has two aluminum flapper valves with elastomer seals threaded into a tubular steel shell machined for Nexen with an ID and OD meeting Hydril requirements for 7" 32 ppf casing accessories with Hydril 513 box and pin connections. The two flappers are held open by a 2.50" OD X 2.19" ID composite auto-fill tube held in place by four 0.19"-24 UNC-2A X 0.50" slotted round head brass shear screws threaded through a shear ring secured in the upper flapper assembly and into holes at the top of the auto-fill tube. A 2"

6

diameter high density phenolic trip ball is retained within the valve and auto-fill tube assembly by a phenolic ball retainer assembly secured by cement above the upper flapper valve. At the bottom of the auto-fill tube a 1.93" ID composite ball seat is secured with epoxy glue and four 0.25" diameter brass pins. Above the seat are two 37/64" ports drilled through the wall of the auto-fill tube to allow restricted flow downward through the valve assembly when the ball is seated at the bottom of the auto-fill tube. A high temperature thermoplastic landing plate with a WiperLok™ non-rotating profile serves as a landing surface for a cementing plug.



M45A0          M45AP

Figure 3

7



Figure 4

Figures 5A-5C are photographs of the internal components of an exemplar float collar. These components are normally drilled out upon completion of casing cementation.



Figure 5A

8



Figure 5B



Figure 5C

### A) The purpose and design of an Auto-Fill Float Collar

Auto-fill float collars have been used in the oil and gas drilling industry for decades. All auto-fill float collars, including the M45AP model used on the Macondo Well, are designed, constructed and marketed to perform three specific and limited functions:

1. **Reduce surge** pressures on the formation while running the casing string into the well bore;

2. Provide a **landing seat** for the cementing wiper plugs; and

3. **Prevent reverse flow** of the wet cement slurry from the annulus into the casing (U-tubing) until the cement has time to set.

The flapper valve design for the Weatherford M45AP auto-fill float collar maximizes the efficiency of the float collar to achieve all three functions and remain drillable after the cement has set. The circular opening in the flapper seat maximizes flow area and allows passage of the largest particle size possible for a given flow area. The tapered seat in the flapper plate guides the flapper into consistent alignment under the closing force of a coil spring. The spring rate allows sufficient opening of the flapper when flowing and provides reliable closing when flow is stopped. A resilient, flexible elastomer seal on the flapper conforms to the seat, reducing the effect of debris between the flapper and the seat, and creating a mechanism that assists the natural bridging characteristics of mud and cement to block reverse flow.

The flapper is made of cast aluminum, a metal strong enough to meet the back pressure rating of the float collar, yet soft enough to be drilled with PDC (polycrystalline diamond compact) bits, a requirement of the drilling process. The rubber seal can compress under pressure until the aluminum on the flapper contacts the seat to form a metal to metal seal and prevent extrusion of the rubber under high pressures. The use of two flappers provides redundancy in the event that large debris situated between the flapper seal and seat prevents one of the valves from sealing. As discussed in Section 5.1, the M45AP model that was used on the Macondo Well was successfully tested by Stress Engineering Services, Inc. (SES) with sand particles as much as 10 times the maximum particle size recommended for flow endurance testing in API RP 10F and still was capable of holding back wet cement slurry.

The M45AP float collar contains a 2" trip ball that allows immediate conversion by pumping at 5 to 8 bpm. The trip ball is contained within the float collar by a ball retainer system and the auto-fill tube ball seat.

The primary function of the M45AP auto-fill float collar is to prevent reverse flow of the wet cement slurry from the annulus into the casing (U-tubing) until the cement has time to set. The float collar was designed and manufactured to meet the performance criteria of API RP 10F Category III C. Category III C is the most challenging test category recommended in API RP 10 F, Recommended Practice for Performance Testing of Cementing Float Equipment. The Category III test for auto-fill float equipment larger than 3 ½" consists of flowing an abrasive test fluid consisting of 12.0 to 12.5 ppg water base mud with 2% to 4% by volume of 70 to 200 mesh silica sand through the float equipment at a flow rate of 3 bpm for 6 hours. The check valve of the float equipment is then activated in accordance with the manufacturer's

10

recommendation. After conversion, the abrasive fluid is pumped through the float equipment at 10 bpm for 24 hours. Back pressure tests of 250 psi for 5 minutes are performed after every 2 hours of flow. The test allows for a pressure build-up of 100 psi below the valve or a recorded flow rate to achieve valve closure. After 24 hours of flow at 10 bpm, a 5000 psi back pressure test is conducted for 30 minutes. The Category C test consists of heating the Category III flow durability tested float equipment to 400°F for 8 hours, then applying a differential pressure to check for a low pressure fluid seal at 50 psi. The pressure is then increased in 500 psi increments every 15 minutes until a maximum pressure of 5000 psi is reached or failure occurs. In the case of the Macondo well production casing, the recorded flow rates were only approximately 4 bpm for a duration of approximately 8.2 hours, well below the 10 bpm for 24 hour rating of the float equipment. According to the Wireline Logging Diary – Macondo MC252 #1 BP01-Run 1, BP-HZN-2179MDL00002769-2775, the highest well bottom hole static temperature was reported as 242°F, well below the 400°F rating of the float equipment furnished

### B) Manufacture of float collar

Weatherford cementation products are manufactured to specifications defined by its engineering department, following applicable industry specifications and standards and our internal Quality Management System. The Weatherford manufacturing facilities that produced the cementation products used on the Macondo Well have Quality Management Systems that are certified to comply with ISO 9001:2008. Weatherford Houma Manufacturing, which produced the M45AP float collar and centralizer subs for the Macondo Well, also has a certificate to use the Official API Monogram® on manufactured products under API spec Q1® and API Spec 5CT, and API Spec 10D.

When a customer requires additional process steps such as Material Test Reports (MTRs), pre-approval and third party inspections, a Quality Plan is developed for the specific customer requirements. A Quality Plan is drafted and submitted to the customer including the additional requirements requested. Weatherford and the customer exchange the Quality Plan draft until all edits are finalized and the Quality Plan is approved.

As orders governed by a particular Quality Plan are placed, Weatherford engineering creates new part numbers for this product signifying its uniqueness for this customer. The part number is based on standard Weatherford requirements and the additional requirements within the Customer Special Requirements Specification. The part number links the Customer Special Requirements, drawings, and other Weatherford specifications together.

When an order is placed for a particular part number, a work order is created with the part number and the associated drawings and specifications. A router is developed with the additional requirements from the Customer Special Requirements Specification included.

As the product flows through each routing step the individual quality requirements are performed. Documentation of each step is gathered as part of the traceability package. This package is either supplied with the product, as stated in some Quality Plans, or maintained at Weatherford for future access as needed.

11

The M45AP float collar and centralizer subs used on the Macondo Well production casing were manufactured pursuant to such a Quality Plan implemented to incorporate Nexen Petroleum's special manufacturing requirements. These included nondestructive examination of the steel shells, material test reports of the float collar and centralizer shell material, float collar cement compressive strength test results, and thread inspection reports reviewed by a third party inspector. Weatherford issued Nexen a certificate of compliance indicating that these products were manufactured in accordance with these requirements.

### C) Auto-Fill float collars are not a well control device

Weatherford did not design, manufacture or represent that any of its float collars, including the M45AP, could be used or relied upon as a well control device. I am very familiar with float equipment manufactured by other companies. I am not aware that anyone who manufactures auto-fill float collars markets or represents that this equipment provides a hydrocarbon seal. Float collars are used in virtually every well drilled involving cementing of casing strings. The industry is well aware of the limited functions of the auto-fill float collar. It should never be considered or relied upon as a well control device. The auto-fill float collar is designed to retain the wet cement slurry in place in the annulus until it has time to set. At that point the purpose of the auto-fill float collar has been served.

I was a member of the task group drafting API RP 10F. This recommended practice was written and adopted by persons representing all facets of the industry including operators, drilling contractors, and manufacturers. API RP 10F was also adopted by the International Organization for Standardization, Technical Committee ISO/TC 67, Materials, equipment and offshore structures for petroleum and natural gas industries, SC3, Drilling and completion fluids, and well cements. It was originally named ISO 18165, and is now named ISO 10427-3. API RP 10F does not require testing with water, oil, or gas. The testing recommended by API RP 10F is to determine whether the auto-fill float collar would be a barrier to cement or mud. API RP 10F flow endurance testing is recommended to be performed using 12 – 12.5 ppg water-based mud with 2-4% by volume 70-200 mesh silica sand, providing an abrasive test medium similar to well cement.

Float equipment such as the M45AP is not designed to provide a hydrocarbon seal. Sealing of hydrocarbons is normally accomplished either with a substantial elastomer seal with a very tight squeeze (compression) similar to that used in a blowout preventer or bridge plug, or highly precision machined and lapped mating components. The requirements of float equipment internal components to be easily drillable limits the volume and hardness of the materials used in construction. The requirement for operating at low back pressures limits the compression available to set or squeeze the elastomer seal. Solid particles in drilling and cementing fluids, including barite, cement, sand, cuttings, and other debris, make sealing hydrocarbons very difficult, no matter how precisely machined and mated. The flexible seal used in the Model M45AP float collar is designed and tested to seal with the 12 to 12.5 ppg water-based mud with 2% to 4% silica sand recommended in API RP 10F Category III performance testing, but not hydrocarbons that have much lower viscosities.

API does not require an auto-fill float collar to provide a hydrocarbon seal, nor is it required for the float collar to achieve its three functions of surge reduction, blocking reverse flow of cement slurry and providing a landing seat for the wiper plugs. There is no leak acceptance criteria specified or recommended in API RP 10F (ISO 10427-3).  By contrast, there are industry standards for testing equipment designed and intended to provide hydrocarbon seals, such as a down hole production packer that is intended to serve as a hydrocarbon seal for an indefinite period of time, as opposed to a float collar which has a temporary purpose during casing running and cementing. For example, ISO 14310, Petroleum and natural gas industries – Downhole equipment - Completion accessories, specifies six design validation grades ranging from V6, where the supplier/manufacturer defines the validation method and acceptance criteria, to V0, where the acceptance criterion for pressure testing with a gas medium is specified as zero bubbles accumulated in a graduated cylinder over the hold period (15 minutes for pressure tests) after sufficient time has been allowed for stabilization.

### 3.3  Reamer Shoe

A Weatherford 7" X 8 ¼" OD Reamer Shoe Part No. 1211284 (RD070082C-S13/S19) with a Hydril 513 box thread was run at the bottom of the production string.  Figure 6 is an assembly drawing of the reamer shoe, Weatherford Drawing No. D000316516 Rev A dated 02.07.08. Figure 7 is a representation of the type of reamer shoe installed on the production casing.



Figure 6



Figure 7

The reamer shoe has a cone-shaped eccentric aluminum nose with milled features to help guide the bottom of the casing through ledges and washed out hole sections. Three 40 mm (1.575") ports in the aluminum nose allow fluid to flow into and out of the reamer shoe. As shown in Figure 8, the reamer shoe ordered by Nexen included an aluminum baffle plate with six 35 mm (1.378"), twelve 20 mm (0.784"), and one 30 mm (1.181") diameter ports installed above the bottom of the shell to catch the auto-fill tube. Diamond-shaped pads of crushed carbide cutting structure and carbide briquettes brazed on the OD of the reamer shoe shell enable the shoe to ream through tight spots in the well bore while maintaining gauge diameter.



Figure 8

### 3.4   Centralizer Subs

Six Weatherford  7" 32 ppf HCQ125 HYDRIL 513 Model 541R Rotating Bow Spring Centralizer Subs with 36S (.171) bow springs 10.750 OD,  Part Number 01366204, Legacy Number 541R070H513H12A005, were installed on the  production casing string.  Figure 9 is an assembly drawing of this centralizer sub, Weatherford Drawing No. D000401160 Rev A dated January 15, 2010.   These centralizers were built according to Nexen centralizer sub requirements in January 2010. Figure 10 is a photograph of a similar centralizer sub.

Document – D000401160-A-1 – Proprietary and Confidential - Copyright 2009 Weatherford All Rights



Figure 9



Figure 10

The purpose of centralizers is to assist in getting the casing to bottom by reducing the contact area with the bore hole (preventing differential sticking), to provide a smooth profile to guide the casing over ledges and through restrictions, and to provide sufficient standoff of the casing from the bore hole so that the mud in the annulus can be circulated out and replaced by competent cement around the circumference and length of the casing to provide zonal isolation.

The 7" centralizer sub consists of a steel tubular body (shell) machined with an ID and OD meeting the requirements for a 7" 32 lb/ft HCQ-125 casing accessory with Hydril 513 box and pin connections.  The OD of the centralizer sub shell is machined with two grooves so that the end bands of bow spring centralizer can be recessed into them in such a manner that their outer diameters are flush with the outer diameter of the sub.  The ends of four high tensile strength bow springs are welded into windows within the end bands that allow them to also be flush with the outer diameter of the end bands, thus providing a sleek profile without shoulders or abrupt profile changes to ease casing running.  By recessing the end bands and bows within the centralizer sub, they are protected from damage or hanging up on ledges or restrictions.  Flow area in the annulus is also increased by the cross sectional area of the end bands compared to a conventional centralizer installed on the outer diameter of casing.  The inner shoulders of the grooves in the sub also serve as an unmovable stop that will not allow the centralizer to slide up or down the casing when encountering ledges and restrictions.  The grooves are designed to allow the bow springs to collapse completely against the casing in tight restrictions, thus allowing the casing to be run in tighter restrictions than with conventional centralizers and stop collars.

### 3.5 Slip On Centralizers

On April 16, 2010 at BP's request, Weatherford delivered to BP's shore base fifteen (15) Weatherford 7" Single Bow Slip-On Rotating Bow Spring Centralizers with 30R bows and Stop Collars, Part No. 01310283, from BP's inventory with Weatherford, for use on the Macondo Well.  Kits and material for installation were also shipped with the centralizers.  Figure 11A is an assembly drawing of the slip on centralizer, Weatherford Drawing No.  D000382728 Rev A dated 03-Sep-09.  Figure 11B is a drawing of the stop collar Part No. 01296380 that was included with the centralizer, Weatherford Drawing No. D000379064 Rev D dated 20-Oct-09.

16



Figure 11A



Figure 11B

The 7" Single Bow Slip-On Rotating Bow Spring Centralizers consisted of four high strength alloy steel bow springs lap welded at their ends to 3/16" thick X 5" long end bands. The bow spring centralizers were designed to be slipped onto the casing with the stop collar between the end bands. The stop collar had fourteen 1/2-13 UNC X 3/8 long alloy steel zinc plated set screws. When installed at the desired location on the casing string, the set screws are tightened and torqued to secure the stop collar to the casing. The stop collars included ports to allow a high strength epoxy to be injected into the cavity between the stop collar inside diameter and the casing outside diameter. The epoxy increased the holding force of the stop collar from approximately 52,000 lbs to over 90,000 lbs. The stop collar provided with the slip-on centralizer was upgraded in September 2009.

### 3.6 Cementing Wiper Plug System

A Weatherford 7" X 9 5/8" DWP HP N-R SSR Plug Set Part No. 13841169 (SRDWP0709HP) was manufactured and sold to BP in March 2010 for use in cementing the production casing. The purpose of the cementing plugs is to wipe the casing, separate fluids, and to give an indication that the cement has been displaced. It can be used to test the casing integrity above the top plug. Figure 12 is an assembly drawing of the plug set, Weatherford Drawing No. D000413127 Rev C dated 29-3-2010. Figure 13 is a depiction of the SSR Sub Surface Release Plug System.



Figure 12



Figure 13

The plug set has a passageway through the center with a minimum ID of 45.2 mm (1.78") that allows flow in both directions to reduce surge pressure while running the casing in the hole, and circulating down hole once the casing sting is landed.  The plug set consists of a top and bottom plug with aluminum cores and wear resistant polyurethane wiper fins molded to the OD of the cores.  Each plug has two each alternating 9.25" and 6.69" diameter flexible wiper fins.   An aluminum WiperLok™ non-rotating nose profile matching the profile of the Model M45AP float collar was threaded to the lower end of the bottom plug to prevent rotation of the plugs upon drill out.

**4. Use of the Weatherford 7" Model M45AP Flow-Activated Mid-Bore auto-fill  float collar and cementing wiper plug system**

**4.1 Running casing into the hole**

The Weatherford 7" Model M45AP Flow-Activated Mid-Bore auto-fill float collar is a **surge reduction** tool.  As the production casing is lowered in the well, drilling fluid pushed ahead of it can create surge pressures against the formation.  This surge pressure is reduced by allowing drilling fluids to enter the casing through the port holes in the reamer shoe, then upward through the float collar's two flapper valves held open by the auto-fill tube. The fluids pass through the float collar further up the casing until the casing reaches the desired depth.  See Figure 14.



Figure 14

### 4.2 Cementing the casing

Once the casing reaches total depth, the operator can circulate fluids downward through the casing, float collar and out the reamer shoe into the well bore annulus to clean the well in preparation for cementing. The M45AP float collar design allows the operator to either circulate fluids through the float collar with the flapper valves held open by the auto fill tube, or to eject the auto fill tube and circulate through the one-way flapper valves. As described in Weatherford's product literature, by limiting the circulation rate through the float collar to below 4 bpm, the fluids are directed to the 1.93" ID tapered ball seat at the bottom of the tube where the flow is blocked by the 2" diameter phenolic trip ball and diverted through the two 37/64" diameter flow ports at the base of the auto fill tube. See Figures 15A and 15B.



Casing to bottom,
movement/flow stops

Auto-Filling stops,
Trip ball falls to seat

Figure 15A

Circulation below
4 BPM allowed
without conversion

Figure 15B

21

By increasing the circulation rate through the float collar above 5 bpm, the increased flow restricted by the flow ports at the base of the auto fill tube creates a differential pressure of approximately 500 to 700 psi across the 2" trip ball, auto-fill tube and ball seat. Within this differential pressure range, the 4 small brass screws retaining the auto fill tube to the upper flapper valve seat are designed to shear, allowing the tube to fall freely down the casing where it is caught by the baffle plate in the reamer shoe as shown in Figures 16A through 16C. This procedure, referred to as converting the float collar, allows the two hinged flapper valves to operate as one-way valves that open only with downward fluid flow through the float collar. When the flow stops, the spring loaded flappers are forced into the closed position, blocking the reverse flow of cement slurry or drilling mud from the well bore annulus into the casing. See Figure 16D.



Figure 16A



Figure 16B



Figure 16C

23



Figure 16D

This operational sequence is described and detailed in Weatherford product literature, as seen in Figure 17.



| PAGE | 7 OF 7 |
|---|---|
| REVISION | 09/19/2003 |
| FILE | M45A0-TU |

**Weatherford**
Drilling & Intervention
Services

## Flow-Activated Mid-Bore Auto-Fill Float Collar Model M45A0

OPERATIONAL SEQUENCE -



© 2003 WEATHERFORD. All Rights Reserved. This document is the confidential property of Weatherford International, Inc. and may not be reproduced in any way, either whole or in part, or distributed without the express written authorization of Weatherford International, Inc.

HIGHLY CONFIDENTIAL　　　　　　　　　　　　　　　　WFT-MDL-00020515

Figure 17

The required circulation rate to convert the float collar, 5 to 8 bpm, is referenced in Weatherford product literature (Figure 18), and the assembly drawing provided to customers (Figure 2).



| PAGE | 1 OF 7 |
| --- | --- |
| REVISION | 09/19/2003 |
| FILE | M45A0-TU |

**Drilling & Intervention Systems**

Float Equipment

# Flow-Activated Mid-Bore Auto-Fill Float Collar Model M45A0

The Weatherford Flow-Activated Mid-Bore Auto-Fill Float Collar contains a surge reducing and debris tolerant, PDC drillable valve that allows low circulating rates without conversion. It is recommended for use in wells where running string restrictions or high wellbore inclinations may prevent release of a trip ball from the surface.

**Applications:**

- Pressure sensitive formations and close tolerance annuli, where surge reduction or fast running speeds are desirable.
- Wells with inclinations greater than 30° from vertical.

**Features:**

- Available in 6-5/8" through 8-5/8" casing sizes.
- Large, open bores for solids tolerance and surge reduction.
- Can be used in high deviation wellbore profiles.
- Two valves for security.
- Flow-activated check valves.
- Up to 4 bbl/min circulating rate prior to conversion (8 bbl/min optional)
- 5 to 8 bbl/min de-activation flow rate at 500 to 700 psi (9-13 5 bbl/min optional)
- 1.93" auto-fill diameter
- Valves have 2-3/8" bores after conversion.
- Auto-fill Tube/Cage Assembly made of composite materials.
- PDC drillable components.
- No need for trip ball.
- Non-rotating profile available (Model M45AP) to accommodate WiperLok[TM] non-rotating cementing plugs.

**Performance:**

- Back pressure rating:
    5000 psi    (6-5/8" - 7-5/8")
    3000 psi    (8-5/8")
- Plug bump pressure rating with Wiperlok plugs:
    6800 psi    (6-5/8" - 7")
    6500 psi    (7-5/8")
    6400 psi    (8-5/8")
- Temperature rating: 400°F (204°C).
- API RP 10F category: IIIC
- Maximum flow rate (24 hours): 10 bbl/min after conversion.
- Conversion pressure:
    Standard:   500 - 700 psi
    Optional:    300 - 400 psi
    (Conversion pressure is stenciled on float collar)
- Minimum flow area after conversion: 4.43 in².



© 2003 WEATHERFORD All Rights Reserved    Houston, TX USA    Ph 713/693-4000    800/257-3826    Fax 713/693-4227

HIGHLY CONFIDENTIAL    WFT-MDL-00020509

Figure 18

In addition to listing the float collar's conversion flow rate (5 to 8 bpm) and pressure (500-700 psi), the product literature (Figure 18) clearly specifies the float collar's performance ratings, including back pressure (5000 psi) and plug bump pressure (6800 psi).  Back pressure is the amount of differential pressure applied across the valves in the check flow direction (the hydrostatic pressure just below the valves minus the hydrostatic pressure just above the valves). The back pressure rating provided for specific models by size is a working rating intended to assist in the proper selection and application of cementing equipment for a particular job, given the anticipated plug bump and U-tube pressures calculated from the planned fluid densities and placement depths in the well being constructed.

Plug bump pressure rating is the maximum pressure that can be applied to the top of the float collar once the top plug lands. The plug bump pressure rating provided for each model size combination is intended to guide the user in planning how much casing test pressure can be applied after bumping the top plug for checking the casing and connection integrity.

When the operator is ready to cement the well, fluids are pumped ahead of the cement, followed by cement, which flow through the converted float collar. This procedure is facilitated by the cementing wiper plug system, which in the case of the Macondo Well was the Weatherford Dual Wiper Plug Cementing System, DWP HP N-R SSR Plug Set. This system incorporates top and bottom plugs released by darts that maintain fluid separation through drill pipe and casing (See Figures 19 and 20).

27



| Revision | C |
|---|---|
| Date | 25/Mar/2010 |
| File | ELAS-TU-006 |

**DUAL WIPER PLUG CEMENTING SYSTEMS**

# DWP-NR System

The Weatherford DWP Sub-Surface Release Plug System is run in conjunction with a sub-sea casing hanger or a liner hanger to separate fluids while cementing. The 1.78" bore allows the passage of 1.5" trip balls to convert equipment below.

**Applications:**

The DWP system has been designed for use with sub-sea casing hanger or liner hanger systems where the minimum drift of the running string is 2.17". This plug system is also recommended for surge reduction in pressure sensitive formations and close tolerance annuli, in conjunction with Weatherford Large Bore Auto-Fill Float Equipment.

**Features:**

Top & Bottom plugs released by darts that maintain fluid separation through drill pipe & casing.
- Integral Pressure Equalizer system* prevents pressure building up above plugs
- Polyurethane plug fins offer superior abrasion resistance and wiping action
- PDC Drillable with WiperLok™ non-rotating system
- Two large 50 mm (2.0") bottom plug burst disks minimize risk of plugging with solids or debris.
- Secondary bottom dart bypass system

**Compatibility**

The DWP N-R system was designed for compatibility with the following Weatherford products:
- 402P and 402NP float collars
- Sure-Seal 3™ and auto-fill float equipment
- Weatherford Liner Hanger Systems
- New Liner Hanger system MBS



*Certain aspects and features of this equipment are protected under US Patent 7,143,831 B2

Weatherford products and services are subject to Weatherford's standard terms and conditions. For more information concerning the full line of Weatherford products and services, please contact your authorized Weatherford representative. Unless noted otherwise, trademarks and servicemarks noted herein are the property of Weatherford.

© 2009 Weatherford. All rights reserved

Figure 19

28



**Weatherford**

| Revision | C |
|---|---|
| Date | 25/March2010 |
| File | E-AS-TU-006 |

## Specifications combination casing size DWP systems

| Nominal Size (in./mm) | Part Number + HP or LP | ID Range (in./mm) |
|---|---|---|
| 7 x 7-5/8<br>177.8 x 193.7 | SRDWP0707 | 5.795 to 7.025<br>147.19 to 178.44 |
| 7 x 8-5/8<br>177.8 x 219.1 | SRDWP0708 | 5.795 to 8.097<br>147.19 to 205.66 |
| 7 x 9-5/8<br>177.8 x 244.6 | SRDWP0709 | 5.795 to 9.001<br>147.19 to 228.63 |
| 7 5/8 x 8-5/8<br>193.7 x 219.7 | SRDWP0785 | 6.376 to 8.097<br>178.44 to 205.66 |
| 7 5/8 x 9-5/8<br>193.7 x 244.6 | SRDWP0795 | 6.376 to 9.001<br>178.44 to 228.63 |





| Nominal Size (in./mm) | Part Number + HP or LP | A (in./mm) | B (in./mm) | C (in./mm) | D (in./mm) | E (in./mm) | F (in./mm) | G (in./mm) |
|---|---|---|---|---|---|---|---|---|
| 7 x 7-5/8<br>177.8 x 193.7 | SRDWP0707 | | 5.31<br>135 | 6.69<br>170 | 7.28<br>185 | | | |
| 7 x 8-5/8<br>177.8 x 219.1 | SRDWP0708 | | 5.31<br>135 | 6.69<br>170 | 8.27<br>210 | | | |
| 7 x 9-5/8<br>177.8 x 244.6 | SRDWP0709 | 26.80<br>680 | 5.31<br>135 | 6.69<br>170 | 9.25<br>235 | 5.50<br>139.7 | 1.976<br>50.2 | 1.73<br>46.0 |
| 7 5/8 x 8-5/8<br>193.7 x 219.7 | SRDWP0785 | | 5.71<br>145 | 7.28<br>185 | 8.27<br>210 | | | |
| 7 5/8 x 9-5/8<br>193.7 x 244.6 | SRDWP0795 | | 5.71<br>145 | 7.28<br>185 | 9.25<br>235 | | | |

Figure 20

Weatherford's cementing wiper plug system literature recommends before cementing that a minimum volume equal to the internal pipe capacity be circulated to remove debris that may have accumulated in the casing when running in the hole. Personnel begin the cement pumping process by pumping spacer fluid down the drill pipe. They then drop the bottom dart into the drill pipe, followed by the cement, then the top dart. The cement and the top dart are then displaced by displacement fluid. When the bottom dart reaches the end of the drill pipe, it latches into and launches the bottom wiper plug from the running tool that attaches the drill pipe to the production casing (see Figure 21A and 21B). The bottom plug then travels down inside of the production casing, separating the cement behind it from the spacer fluid and drilling mud ahead. (See Figure 21C)



Figure 21A



Figure 21B



Figure 21C

31

Similarly, when the top dart reaches the end of the drill pipe and casing hanger running tool, it latches into and launches the top wiper plug from the running tool (see Figures 22A through 22C). The top plug also travels down the inside of the production casing and separates the cement from the displacement fluid behind it.



Figure 22A



Figure 22 B



Figure 22C

Displacement fluid is pumped until the bottom plug lands on top of the float collar. The ball used to close the Allamon diverter tool, discussed in Section 5.2 A, is also shown resting on the ball retainer assembly of the float collar in Figure 22D.



Figure 22D

Personnel then increase the circulating pump pressure until a thin composite sleeve covering two 50 mm (2") diameter ports in the bottom plug rupture with a 900 to 1100 psi differential pressure applied to allow cement to pass through the plug, the float collar and down the casing (see Figures 23A and 23B).

34



Figure 23A



Figure 23B

35

Fluid pumped above the top plug continues pushing the cement through the ruptured bottom plug ports until the top plug lands on top of the bottom plug resting above the float collar.  Pressure is then increased to above the circulating pressure to confirm that the cement is displaced and to test the casing integrity above the top plug, commonly known as "bumping the plug."  Unlike the bottom plug, the top plug does not rupture. It instead blocks further flow of fluids down the well. This signals the completion of the cement job (see Figure 24).



Figure 24

When the top plug lands, cutting off all flow through the float collar, coil springs force the flapper valves to close and prevent reverse flow of the wet cement slurry from the annulus into the casing until the cement has time to set (see Figure 25).



Figure 25

### 4.3 Float Test

Upon completion of the cement placement, in most cases the hydrostatic pressure from the cement and other fluids in the annulus are higher than the hydrostatic pressure from the fluids within the casing. The result is a U-tube effect whereby the heavier fluids in the annulus will tend to reverse flow back into the casing until equilibrium is achieved. Reverse flow of the wet cement slurry could adversely affect the cement placement in the annulus. The primary function of the auto-fill float collar upon conversion is to block reverse flow of this wet cement slurry by means of closure of the flapper valves.

An industry-wide test, known as a "float check," is performed at the completion of the cement job to verify the float valves have closed. This test is accomplished by pressuring up the system after bumping the top wiper plug, then releasing the pressure and monitoring the system for flow back. If fluid returns do not exceed the expected flow back, this is a reliable indication that there is no reverse flow through the float collar, as was the case on the Macondo Well production casing as discussed in Section 5. If fluid returns at the surface exceed the flow back expected due to the compressibility of fluids used to displace and bump the top plug, this is a reliable indication that the float equipment is not "holding" and could allow cement to reverse flow.

37

Although not the case on the Macondo Well, if excessive flow back should occur, Weatherford's technical product literature for both the M45AP auto-fill float collar (Figure 26) and the dual wiper plug cementing system (Figure 27) addresses this potential situation.

---

**VERIFICATION OF CHECK VALVE FUNCTION:**

If leakage occurs past the Mid-Bore Auto-Fill Valve after displacing cement, circulate the returned displacement volume though the valve, and check for proper operation of the flapper valves.  This circulation will produce a forced opening and closing of the flappers.  This will assist in removing debris from the valve, which could cause a malfunction.

---

Figure 26

---

9.  Release the bump pressure from the casing and record whether the float equipment holds backpressure.  Allow sufficient back flow to allow for fluid compressibility including aeration and casing expansion.  If the float equipment fails to hold backpressure, record the leak rate, volume and pressure. If allowed, displace top plug to float collar and check floats again, attempting to clear floats of debris. If the floats fail after 2 or 3 attempts, shut-in at surface until cement sets.  Record any pressure applied to plugs at this point as well as length of time the pressure was maintained.

---

Figure 27

Weatherford's product literature recommends circulating the return displacement volume through the float collar as a means of assisting in removing debris from the casing that may affect valve function.  If unsuccessful, the operator then implements a simple time-honored contingency plan to prevent further reverse flow: pressure is shut in at the surface, which prevents any further reverse flow until enough time has elapsed for the cement to set.

**4.4 Drill-Out**

The float collar and cementing wiper plugs have a temporary purpose in the running and cementing of casing. Once the operator has determined that the cement has had sufficient time to set, the well can be drilled further down if called for in the well plan. To accomplish this, the internal components of the float collar, including its flapper valves, must be capable of being drilled out without damaging the rig's drilling tools. The components of the float collar, reamer shoe, and plug set that remained within the bore of the production casing  after cementing the Macondo Well were manufactured of aluminum, brass, phenolic, composite, and urethane materials to allow drill out with PDC (polycrystalline diamond compact) or roller cone bits (see Figures 28A through 28D).  Small diameter coil springs and hinge pins for the flapper valves were the only ferrous components, which due to their small cross sections do not cause bit damage during drill out.



Figure 28A



Figure 28B



Figure 28C



Figure 28D

5.     **Performance of the Weatherford Float Equipment in the Macondo Well production casing**

It is my professional opinion that the Weatherford float equipment, and particularly the 7" Model M45AP Flow-Activated Mid-Bore Auto-Fill Float Collar and the 7" x 9 5/8" SSR Cementing Wiper Plug System used on the Macondo Well production casing, performed their intended functions. I found no evidence of a failure or defect in the design, manufacture or performance of the equipment.

**5.1 The M45AP Float Collar used on the Macondo Well met all design and performance criteria as represented.**

Independent and internal testing confirmed that identical type M45AP float collars as used on the Macondo Well production casing met the API flow endurance and back pressure testing requirements.  Following the Macondo incident, BP requested that Weatherford furnish ten 7" M45AP float collars manufactured exactly like the one manufactured for Nexen and used on the Macondo well. BP arranged for Stress Engineering Services Inc. (SES) to conduct a detailed inspection, analysis and evaluation of the design and construction of the Weatherford float collars and its performance in the Macondo Well. The float collars were shipped to SES test facilities where a number of tests were performed on the float collars and components between July and October 2010. One of the ten float collars was delivered disassembled and without the shell for inspection and analysis.  Weatherford also provided detailed drawings for design analysis. Weatherford witnessed the SES testing of its products.  In the Engineering Report on Testing of Weatherford M45AP Float Collar Rev 0 dated 22 Nov 2010 prepared for BP, SES summarized their test results on page vi as follows:

> Performance tests on five Weatherford M45AP float collars were successfully completed at the SES test facility in Waller, Texas, from 23 July to 20 October 2010. The performance tests consisted of flow endurance tests, steady-state flow conversion tests, flow-surge conversion tests, flow-surge tests on converted float collars, and mechanical failure tests on auto-fill tubes. The flow-surge tests represented the sudden clearance of a blockage in the flow path, such as a blockage at the reamer shoe.

> Based on test results, the float collars appear to meet the requirements of API RP 10F for endurance testing. Test results do not indicate any performance conflicts with published Weatherford data for the M45AP float collar. Post-test inspection did not reveal any damage or anomalies that would affect the intended performance of the float collar.

> SES found that, for all test scenarios executed in this program, conversion of the float collar occurred.

I was personally present for many of the tests performed by SES for BP and in my absence another Weatherford engineer in my department witnessed the remaining tests.  I have reviewed

both SES reports issued as a result of their investigation for BP, and concur with their findings noted above.  Relevant observations to my opinion regarding the SES investigation follow.

SES performed an API RP 10F Category III flow endurance, conversion, and back pressure test on one of the nine fully assembled float collars manufactured identical to the one run on the Macondo Well, designated in their report as SN-01. After six hours of reverse flow at 3 bpm, float collar SN-01 was converted with a conversion pressure of 450 psi. The float collar passed 250 psi backpressure tests that were performed every two hours during the 24 hour flow endurance test at 10 bpm and a 5000 psi back pressure test at the conclusion of flow testing.

The sand used by SES in its flow endurance testing of the float collars was play sand, as shown in Figure 29.  According to the SES Engineering Report on Testing of Weatherford M45AP Float Collar (p. 7), "The mud mix met the API requirements with the exception of the grain size of the sand. While API specifies a 70-200 mesh (0.075-0.211 mm diameter), the sand available ranged from about 10-325 mesh (0 .044-2.00 mm) with a mean of about 50 mesh (0.297 mm)." The 0.044 to 2.0 mm grain size is equivalent to 0.002" to 0.079", indicating that the larger sand particles were approximately 10 times larger in diameter than recommended in API RP 10F (0.075 to 0.211 mm or 0.003" to 0.008"). These larger sand particles are more abrasive than the sand recommended by API.  Nevertheless, after extensive testing under these conditions, as noted above, SES stated: "Post-test inspection did not reveal any damage or anomalies that would affect the intended performance of the float collar." The SES test confirmed Weatherford's published conversion flow rates and pressures.



Figure 29

A second set of tests were performed on float collar SN-02. The mud weight was increased from 12 to 14 ppg and the flow times and rates were changed to be more representative of the Macondo Well conditions. The sand was also screened to more closely match the sand recommended in API RP 10F. Even after screening, the larger sand particles used in the second flow endurance test were roughly two times larger in diameter than recommended by API RP 10F. The float collar was converted after reverse flowing at 1.5 bpm for eight hours. After a 6 hour flow endurance test at 4 bpm, the float collar successfully passed low pressure and high pressure tests up to 5000 psi back pressure. Float collar SN-02 was then sectioned and found to have no erosion or damage.

A third flow conversion test was performed on float collar SN-03. Conversion at 5.7 bpm flow rate and 521 psi differential pressure confirmed the conversion flow rate and pressure ratings published by Weatherford.

In addition to the three flow conversion tests, SES also tested an auto-fill tube assembly to determine the mechanical force required to shear the shear screws by applying a load to a ball seated in the ball seat using a rod. The shear screws sheared with a peak load of 2420 lbs, which is equivalent to 492 psi shear pressure with the pressure acting on the 4.91 sq in area of the auto-fill tube OD. This is consistent with Weatherford's published conversion pressure rating.

Another test was done to determine the force that the auto-fill tube could withstand if the shear screws did not shear. In that test, SES secured the tube with epoxy to a test fixture in order to lock the tube in place and apply a load until the ball or ball seat failed. After applying a load of 7869 lb the ball shattered and the tube and ball seat remained intact. This load is at least three times greater than the capacity of the shear screws. Post test inspection showed that all parts met the dimensional requirements of Weatherford's manufacturing drawings.

In addition to the testing performed for BP, SES also performed tests for Transocean. These tests included conversion, load, and back pressure tests on two 7" 29 ppf P110 LTC M45AP float collars that were manufactured by Weatherford for another operator on 4/30/2009. The float collars tested for Transocean differed from the float collars used on the Macondo well as follows:

- 3 shear screws secured the auto-fill tube rather than 4 for Macondo, which changes the shear rating for the auto-fill tube from 500-700 psi for the M45AP used on the Macondo well to 300-400 psi.
- One flow port on the test auto-fill tube versus two flow ports on the Macondo well auto-fill tube reducing conversion flow rate from 5-8 bpm to 2-4 bpm.
- LTC connections vs. Hydril 513 for Macondo
- P110 grade of steel vs. Q125 grade for Macondo (affects collapse, burst, and tensile ratings)

SES tested both float collars to determine the mechanical force required to shear the 3 shear screws by applying a load to a ball seated in the auto-fill tube ball seat using a rod. The shear screws sheared with peak loads of 1545 and 1529 lbs, which is equivalent to 314 and 311 psi shear pressure with the pressure acting on the 4.91 sq in area of the auto-fill tube 2.50" OD,

43

which is within the 300-400 psi conversion pressure rating.  SES incorrectly used the cross-sectional area of the 2.19" ID auto-fill tube rather than the 2.50" OD for the equivalent pressure calculation and reported the equivalent conversion pressure to be 410 and 406 psi.  Without the effect of hydraulic pressure acting outward on the tube at the location of the shear screws as would be the case in actual use, the shear ring securing the shear screws cracked and allowed the tube to release before the shear screws sheared, but within the design range of the equivalent shear pressure.  Based upon these tests, the Transocean Investigation Report dated June 2011, Volume I, (p 54) concluded: "The float collar sleeve functioned properly at the pressure designated by the manufacturer...."

After conversion, the two float collars were tested at ambient temperature and at 225° F using 12 pound per gallon synthetic oil based mud as the test medium.  Both float collars successfully held pressures ranging from 10 to 500 psi at ambient and up to 3000 psi at 225° F.  One of the float collars was then load tested to determine the equivalent pressure applied from above the float collar that would be required to fail the aluminum flapper seat.  The flapper assembly failed at 81,847 lbs, which is equivalent to 10,155 psi applied to the cross-sectional area of the 3.2 in outer diameter of the failed section.  This pressure is over 3 times the 3142 psi pressure applied to initiate circulation on the Macondo Well and supports the conclusion that the float collar was not damaged when circulation was initiated.

After the Macondo incident, Weatherford performed an API RP 10F Category III C test on a 7" Model M45AP float collar.  The flow endurance test procedure was modified by flowing at 6 bpm for 24 hours rather than the recommended 10 bpm to more closely simulate the flow rate used on the Macondo well. The API RP10F test summary report form is shown in Figure 30. The float collar passed the API RP 10F test.

44

## RESULTS OF API PERFORMANCE TESTS ON CEMENTING FLOAT EQUIPMENT

I. GENERAL INFORMATION

Manufacturer:     Weatherford
Type of Float Equipment Tested:     Auto-fill Float Collar
Size of Float Equipment Tested:     7"
Model of Float Equipment Tested:     M45AP
Location of Plant Where Float Equipment Manufactured:     Schriever, LA (Houma Manufacturing)
Date Float Equipment Manufactured:     June 22, 2010
Valve Description:     Double flapper auto-fill valve
Valve Material:     Aluminum

II. FLOW DURABILITY TESTING

Dates of Testing:     July 1, 2010 through July 3, 2010
API Flow Durability Testing Category:     I. _____     II. _____     III.   Modified *
Pass or Fail:     Pass:   X     Fail: _____
Float Equipment Orientation:     Horizontal:   X     Vertical: _____
Type of Pump used for Circulation:   Centrifugal
Average Fluid Temperature During Test:   91°F
If Pass, Maximum Volume for Closure:   Trace
If Pass, Maximum Rate for Closure:   0BPM
If Pass, Maximum Test Pressure Used:   40psi
If Fail, Total Duration Until Failure: _____
If Casing Fill-Up Equipment, Reverse Flow Pressure Drop Across Valve:   1.3psi
If Casing Fill-Up Equipment, Rate or Pressure to Activate:   344psi @ 5bpm (Note:  Scan rate was only
                                                              1 scan per second, peak pressure and
                                                              flow rate may have been higher.
Description of Valve After Test:   Slight signs of erosion on landing plate.  No visible signs of damage.

III. HIGH TEMPERATURE/HIGH PRESSURE TESTING

Dates of Testing:     July 28, 2010
API HT/HP Test Category:     A. _____     B. _____     C.   X*
Pass or Fail:   Pass   X     Fail _____
Type of Pressure Application:   Internal Only _____     Internal & External   X
Type of Fluid Contacting Valve:   Water
If Pass, Maximum Test Pressure Used:   5,000psi
If Fail, Maximum Test Pressure Achieved: _____
Description of Valve After Test:   The valve looked very good.  Had no visible signs of damage.

SIGNATURE: _____     POSITION:   Development Engineer
NAME:   Jeffery Morrison     PHONE NUMBER:   731-983-5608
DATE SIGNED:     May 24, 2011

*Note:  Flow durability testing varied from API RP10F as follows:
1) Flow rate was 6 bpm instead of 10 bpm
2) 250 psi back pressure tests were performed every 2 hours at pressures ranging from 185 psi to 229 psi
3) Average fluid temperature during testing was 91°F

Figure 30

Figure 31 is a picture taken from above the float collar after reverse flowing at 3 bpm for 6 hours, showing no damage to the relevant component parts.



Figure 31

In the subsequent conversion test, the float collar converted at a flow rate of 5 bpm with water. Figure 32 is a picture of the valves with the lower flapper held open after the 24 hour flow endurance test. No damage to the flapper assembly was observed.



Figure 32

46

After the 24 hour flow test, the float collar was placed into a test chamber and filled with water. A back pressure test was performed to 5000-psi at ambient temperature over a 30 minute hold period. The test chamber was then heated to 400° F for 8 hours and back pressure tests performed at 500 psi increments until reaching 5000 psi. This successful flow endurance and high temperature back pressure test again confirms the 7" model M45 AP float collar will withstand pressures, flow rates and temperatures far in excess of those experienced on the Macondo Well.

### 5.2 The M45AP float collar used on the Macondo Well performed all intended functions.

As previously discussed, all Weatherford Flow-Activated Auto-Fill float collars, including the M45AP model used on the Macondo Well, are designed, constructed and marketed to accomplish three specific and limited functions, none as a well control device:

A. **Reduce surge** pressures on the formation while running the casing string into the well bore;

B. Provide a **landing seat** for the cementing wiper plugs; and

C. **Prevent reverse flow** of the wet cement slurry from the annulus into the casing (U-tubing) until the cement has time to set.

It is my opinion that the M45AP float collar adequately performed all of its intended functions under the conditions present in the Macondo Well on April 19 and 20, 2010.

### A. Surge Reduction

As to surge reduction, while running the casing on this well, the 7" auto-fill float collar along with the reamer shoe and SSR plug system did reduce surge pressures by allowing drilling mud to flow and fill up through them and fill the casing as evidenced by the monitoring of the displacement volume reported in the BP Daily Operations Report dated 4/19/2010. The surge reduction system on the Macondo Well also included a diverter sub and diverter test device manufactured by Allamon Tool Company (Allamon).  Until the Allamon diverter tool was installed in the drill pipe running string it was apparent that all flow up the casing string was coming through the reamer shoe, auto-fill float collar, and SSR plug system.  Once the Allamon diverter tool was installed in the running string above the casing hanger running tool, it cannot be determined with certainty whether the flow was coming into the running string through the shoe or through the Allamon tool, but the returns to the trip tank were consistent. It was reported in the BP Daily Operations Report dated 4/19/2010 that after the casing was landed, the well was "static", indicating that no mud losses were taking place.

47

### B. Landing seat for the cementing wiper plugs

The float collar performed its function of serving as a landing seat for the cementing wiper plugs. According to the Daily Operations Report, "With 727 bbls pumped, the top plug was bumped with 740 psi over circulating pressure." Halliburton reported "Top Plug bumped at 1150 psi (1000 psi over circulating) with 728.5 bbls of SBM with the rig pumps." Pressure charts indicate that there was no significant loss of pressure after bumping the top plug. Additionally, the subsequent positive pressure test performed on the casing confirmed the top plug was in place and able to hold pressure.

### C. Prevent reverse flow (U-tubing) of cement slurry

The conversion of the float collar, i.e., ejecting the auto-fill tube, allows the dual flapper valves to close after the cement is in place and starts setting up. These valves block any reverse flow of the annulus cement into the casing and through the float collar caused by hydrostatic differences between the usually denser column of annulus fluids and the fluids in the casing. It is my opinion that the M45AP float collar on the Macondo Well did convert. However, the difference between the hydrostatic pressure in the annulus and the hydrostatic pressure inside the casing resulting from the different fluid densities and heights was minimal, estimated pre-job at only 38 psi. This back pressure, if the estimate was correct, was insufficient to cause reverse flow of wet cement slurry into the casing or through the float collar regardless of whether the float collar converted. The gel strength of the displacement fluid would have been sufficient to prevent reverse flow with only 38 psi differential pressure.

As discussed in Section 5.4, it is my opinion that the float collar on the Macondo Well production casing converted and the flapper valves did function properly as one-way check valves. According to the BP Daily Operations Report dated 4/19/2010, a float check was performed after completing the placement of the cement shortly after midnight, April 20, 2010 to verify the float valves were blocking wet cement slurry from flowing back up the casing (see Figure 33). If fluid returns from the casing do not exceed the flow back expected due to the compressibility of the displacement fluid when bumping the top plug, this is a reliable indication that there was no reverse flow of wet cement slurry. In the case of the Macondo Well, compressibility of the displacement fluid was estimated to be 5 barrels at 1,147 psi, which was the amount returned to the surface when pressure was released during the float check test. The test was reported as "Floats Holding," meaning no reverse flow through the float valves. When the pressure was released by bleeding off 5 bbls of compressed displacement fluid after bumping the top plug, the float equipment was reported to be holding and the cement in place at 12:35 hours. The well was monitored and reported to be static. Halliburton's post job report, 9.875" x 7" Foamed Production Casing Post Job Report dated April 20, 2010 BP-HZN-CEC011406-419, also reported no reverse flow from the float test, i.e., "Floats held." (See Figure 34). I have seen no evidence to contradict these conclusions. Thus, the float equipment performed its function of holding the cement in place.

000 - 0030: CONTINUE DISPLACING CEMENT WITH 727 BBLS OF 14.0 PPG MUD. WITH 4,155 STKS/523 BBLS TOP PLUG WENT THROUGH X.O WITH 590 PSI. BOTTOM PLUG LANDED WITH 673 BBLS PUMPED AT 2,932 PSI. WITH 727 BBLS PUMPED, BUMPED TOP PLUG WITH 740 PSI OVER CIRCULATING PRESSURE. BLED PRESSURE OFF. BLED BACK 5 BBLS. FLOATS HOLDING. CEMENT IN PLACE AT 12:35HRS. (Daily Report: BP-HZN-MBIOOO 13590)

Figure 33

<u>4-20-10</u>

00:29 Bottom plug bumped at 2900 psi with 673 bbls of SBM pumped with the rig pumps.

00:40 Top plug bumped at 1150 psi (1000 psi over circulating) with 728.5 bbls of SBM with the rig pumps.

00:43 Check floats ... bled back 5 bbls. Floats held.

Figure 34

### 5.3 Debris caused flow restrictions

Weatherford incorporates into the overall design of its auto-fill float collars debris tolerant characteristics, balanced with other design characteristics necessary to accomplish all three of its functions. The size of the flapper valve incorporated in the 7" M45AP float collar (2 3/8" bore) is large enough to minimize the accumulation of debris that can block flow entering or exiting the casing, yet strong enough to withstand 5000 psi back pressure at 400° F within the constraints of heavy weight 7" casing ID. The bore of the flapper allows the flapper to swing fully open in order to accommodate the auto-fill tube, which protects the flappers from exposure to debris passing through the valve. The resilient, flexible rubber seal on the flapper can deform to seal around small particles in the mud or cement system.

The BP Daily Operations Report dated 4/19/2010 indicates that once the production casing reached total depth at 18,303', attempts were made to circulate the well. The rig shifted the Allamon diverter tool to close the circulating ports with 2,442 psi to extrude the Allamon 1 5/8" ball through the seat, and then extruded the Allamon ball through the DTD test tool seat with 2,765 psi. The pump rate was increased to 1 bpm to break circulation. Circulation could not be established when 1800 psi was achieved. Pumping was stopped and the pressure bled off. More attempts to break circulation with pressures up to 2500 psi were unsuccessful until on the ninth attempt the pressure was raised to 3142 psi and circulation was established.

I believe an accumulation of cuttings and/or other debris above the float collar and/or the reamer shoe was the cause of the difficulty to establish circulation until the ninth attempt when 3142 psi was applied to the casing from the surface, not any malfunction of the float collar or any Weatherford equipment. The openings in the reamer shoe allow any cuttings or other debris that

49

are smaller than the 1.575" reamer shoe ports and 1.378" baffle ports to enter the casing while running in the hole in auto-fill. This debris can settle out above the reamer shoe or the top of the float collar, blocking circulation and thus preventing the auto-fill tube from sensing the 500-700 psi differential pressure necessary to shear the small .019" brass shear screws securing the auto-fill tube as required to convert the float collar. Clearing this blockage in the case of the Macondo Well production casing took a pressure increase to 3142 psi. This pressure surge was sufficient to clear the blockage, and as discussed below, convert the float collar. Figures 35 A - 35 D depict auto-filling and conversion with blockage at the reamer shoe.



Figure 35A



Figure 35B



Figure 35 C



Figure 35 D

Figures 36 A – 36 D depict auto-filling and conversion with blockage on top of the float collar.



Figure 36 A



Figure 36 B



Figure 36 C



Figure 36D

The bottom plug landed with 673 bbls pumped at 2932 psi before the rupture sleeve burst, allowing flow through the bottom plug.  This rupture sleeve is designed to burst at 900-1100 psi. The design and inherent characteristics of the bottom plug rupture sleeve render it incapable of withstanding direct pressures in excess of this range. The higher pressure needed to circulate through the bottom plug was caused either by accumulation of cuttings or debris below the bottom plug blocking the opening through the float valve upon landing, and/or by solids from the cement settling above the bottom plug rupture sleeve resulting from extended low pump rates. Any of these situations will require a higher pressure at the surface to achieve the differential pressure necessary to burst the rupture sleeve at its designed pressure range.  See Figures 37 A – 37 E.



Figure 37 A



Figure 37 B



Figure 37 C



Figure 37 D



Figure 37 E

### 5.4 Float Collar Converted

Concerns were raised in published reports as to whether the flow rate was ever high enough to convert the auto-fill float collar to hold backpressure. The auto-fill tube shears when the pressure acting on the auto-fill tube diameter exceeds the resultant force required to shear the four 0.19"shear screws holding the auto-fill tube, which occurs at 500 to 700 psi.  It is my opinion, based upon data obtained from the Macondo Well of the circulating pressures at various flow rates; data of return flow measured when circulation was initiated; surge testing performed by SES for BP; and the conversion testing performed by SES for Transocean, that the float collar converted when flow was initiated at 3142 psi.

The formula for the relationship between flow rate and pressure drop through the float collar for a given density of fluid can be determined by the equation published in the Weatherford product literature, $Q = \sqrt{\dfrac{P}{1.259\rho}}$ , where Q is flow rate in bpm, P is conversion pressure in psi, and $\rho$ is fluid density in lb/gal.  This equation is a simplified form of the equation for flow across an orifice. My review of post incident analyses of the flow rates and pressures recorded when circulation was initiated confirms that the auto-fill tube was ejected. As reported in the <u>Horizon Incident Float Collar Study – Analysis by Stress Engineering</u> rev. 0 dated 22 Nov 2010, p.iii, "Conversion tests of the float collar with steady-state flow rates confirmed that the Weatherford conversion equation is generally accurate for 14-ppg fluid." Based upon the Weatherford equation as

confirmed by SES, pressure drop across the float collar alone while circulating with 14 ppg mud prior to conversion should be approximately 18 psi at 1 bpm, 71 psi at 2 bpm, 110 psi at 2.5 bpm, 159 psi at 3 bpm, 216 psi at 3.5 bpm, and 282 psi at 4 bpm. After establishing circulation on the Macondo Well, the initial circulating pressures with pump #4, as reported in the BP Daily Operations Report dated 4/19/2010, were 125 psi at 1 bpm, 170 psi at 2 bpm, 215 psi at 2.5 bpm, 255 psi at 3 bpm, 295 psi at 3.5 bpm, and 340 psi at 4 bpm.

In addition to the pressure drop through the two 37/64" flow ports accelerating as the flow rate increases, the pressure losses from viscous mud circulating through the wetted surfaces of the running string, casing string, and annulus should also be increasing as the flow rate increases. The results of a simulation of the Macondo well modeling the circulating pressure versus flow rate before float equipment (FE) conversion (with the auto-fill tube still in place) and after conversion  using SurgeMod WD, a surge and swab hydraulics modeling software created by Pegasus Vertex Inc., is shown in Figure 38.  Since SurgeMod WD only allows modeling with one orifice (at the float collar), the pressure drop across two 1.5" orifices in the Allamon tool formed with the 1 5/8" trip ball pumped through the yieldable seats was calculated and added to the simulation. The table and graph illustrate that the circulating pressure on the Macondo well would have been much higher if the float equipment had not converted (approximately 625 psi rather than the 340 psi observed on pump #4 at 4 bpm).   The simulation with the float equipment converted closely follows the circulating pressures witnessed on the Macondo Well on pump #4 when circulation was broken.  Although the #4 pump rates are below the rate specified by Weatherford necessary to convert the flow collar, 5 to 8 bpm, the simulation confirms that the flow surge resulting from clearing the blockage at 3142 psi ejected the auto-fill tube, which would allow the spring loaded flapper valves to function as check valves.



| Flow Rate | #4 Pump Pressure | SurgeMod Calculation before FE Conversion | SurgeMod Calculation after FE Conversion | Sum of Pressure Drop due to two 1.5 inch orifices (Allamon Tools) | Calculated before FE Conversion | Calculated after FE Conversion |
|---|---|---|---|---|---|---|
| 1 | 125 | 116 | 98 | 3.2 | 119.2 | 101.2 |
| 2 | 170 | 238 | 168 | 12.4 | 250.4 | 180.4 |
| 2.5 | 215 | 310 | 201 | 19.4 | 329.4 | 220.4 |
| 3 | 255 | 390 | 233 | 28 | 418 | 261 |
| 3.5 | 295 | 478 | 265 | 38.2 | 516.2 | 303.2 |
| 4 | 340 | 575 | 297 | 49.8 | 624.8 | 346.8 |

Figure 38

Confirmation of the conversion of the float collar is not limited to evidence of the circulation pressures discussed above. The return flow from the annulus, when circulation was established at 3142 psi, exceeded the flow rate needed to convert the float collar. The pressure required to break circulation after closing the Allamon diverter tool was reported in the BP Daily Operations Report dated 4/19/2010 to be 3142 psi, with the pressure dropping to 125 psi at 1 bbl per minute thereafter. As reported in the <u>Horizon Incident Float Collar Study – Analysis by Stress Engineering</u>, p.13, "…during the ninth attempt to convert the float collar on April 19[th], 2010 between 16:17:00 to 16:17:20, a flow-out surge of 486 gpm occurred during a short period of time." The reported flow-out rate of 486 gpm (11.6 bpm) significantly exceeds the flow rate range of 5.3 to 6.3 bpm with 14 ppg mud required to generate the 500 to 700 psi pressure drop to shear the auto-fill tube.

59

My opinion that the float collar on the Macondo Well converted at the time circulation was initiated at 3142 psi is also supported by flow surge testing performed by SES for BP. I or my associate personally witnessed the SES flow surge tests. I also have reviewed SES's testing methodology, results and analysis, and they are reliable to support an opinion that the float collar converted when it was subjected to a surge in flow from the clearing of the debris blocking the flow path. For example, the first SES flow surge conversion test was performed on float collar SN 05 with a rupture disc below the float collar that ruptured at 3036 psi. The maximum flow rate recorded was 10.4 bpm. The auto-fill tube sheared as expected. The float collar then successfully passed back pressure tests with 40 psi and 250 psi back pressure. The other SES flow surge conversion tests that simulated the clearing of blockage on the Macondo Well, including the simulation of the bursting of the bottom plug rupture sleeve, also demonstrated that flow rates through the collar exceeded that required to convert the float collar and did eject the auto-fill tube.

The second flow surge test performed on float collar SN 05 after conversion simulated the surge created when the bottom plug rupture sleeve burst on the Macondo well. The rupture disc below the float collar ruptured at approximately 3297 psi. The maximum flow rate recorded was 10.8 bpm after bursting the rupture disc. This flow rate greatly exceeds the flow rate needed to eject the auto-fill tube and convert the float collar. Also, this high velocity flow had no adverse effect on the float collar valves, as evidence by a subsequent successful back pressure test with water.

### 5.5 The Weatherford trip ball did not eject from the auto-fill tube

Some of the published reports have suggested that during the nine attempts to establish circulation through the shoe track on April 19, 2010, the Weatherford 2" trip ball may have ejected from the auto-fill tube without also ejecting the auto-fill tube to convert the float collar and allowing the flapper valves to operate as designed. In Transocean's Investigation Report dated June 2011, Volume I, page 54, Transocean states: "The actuating ball was ejected from the seat near the Weatherford reported pressure rating of 1300 psi (test results indicated 1477–1,840 psi). The failure point was identified as the flow tube ball seat." I do not find this to be possible given the design parameters of the auto-fill tube and particularly the 4 small 0.19" diameter brass screws used to retain the tube (see Figure 39). In multiple tests by SES for BP and Transocean, the lowest load at which the ball seat broke from the auto-fill tube with a mechanical load applied to the 2" trip ball was 5,564 lbs, which was reported as equivalent to 1477 psi. The minimum recorded force required to shear the ball seat from the auto-fill tube is at least twice the force required to shear the small 0.19" brass shear screws to release the auto-fill tube from the float collar. The auto-fill tube is designed to shear and eject from the float collar when a pressure drop of 500 to 700 psi is achieved across the auto-fill tube.



Figure 39

I also reviewed the tests performed by SES for both BP and Transocean to determine the force that the auto-fill tube ball and seat could withstand if the shear screws did not shear. These tests further confirm that the trip ball did not eject from the auto-fill tube. In both the Transocean and BP tests, the auto-fill tubes were secured in place without shear screws to test the load required for the ball seat to fail. These tests are not indicative of real conditions where only the small 0.19" brass shear screws secure the tube. The loads required to shear the ball seats in the Transocean test were 5564 and 6930 lbs, equivalent to 1477 and 1840 psi. The minimum ball seat failure load of 5564 lbs was more than twice the maximum recorded tested load for conversion of the auto-fill tube of 2700 lbs corresponding to a conversion pressure of 550 psi with all 4 shear screws. In addition to the epoxy used to secure the ball seat to the auto-fill tube, 4 brass rods with twice the shear area of the brass shear screws secure the ball seat. It is not possible that the ball seat could shear out of the tube before the entire auto-fill tube would shear and eject from the float collar.

**5.6 The Macondo Well float collar flow-activated flapper valves were not damaged**

The float check test performed shortly after completion of the cement job on April 20, 2010 reported the floats were holding. Although the differential pressure in the well was insufficient to result in reverse flow of wet cement slurry, the float check test is consistent with the conclusion

that the float collar converted, the flapper valves were operational and capable of successfully blocking reverse flow of wet cement slurry.

Post-incident testing by SES for BP established that pressure surges similar to those experienced during the circulation and cementing of the Macondo Well did not damage the float collar flapper valves. SES performed flow surge tests on converted float collars to determine if the valves would be damaged when subjected to surge pressure with the flappers in the closed position. A flow surge test was performed on the same float collar SN 05 that was already converted, to simulate the surge created with a blockage downstream of the float collar. The rupture disc below the float collar ruptured at approximately 3297 psi. The maximum flow rate recorded was 10.8 bpm with 14 ppg mud. The differential pressure between upstream and downstream of the float collar reached a peak of 298 psi. Subsequent successful back pressure tests with water at 40 psi and 250 psi and visual inspection proved that the high velocity flow had no effect on the float collar valves.

A flow surge test was performed on float collar SN 04 before conversion to simulate the surge created when circulation was initiated with the Allamon 1 5/8" diameter brass ball above the float collar. The rupture disc below the float collar fractured at approximately 3210 psi. The auto-fill tube did shear. The maximum flow rate recorded was 11.5 bpm at about 4.5 seconds after conversion of the auto-fill tube. The float collar then passed back pressure tests with 40 psi and 250 psi back pressure. There was no damage to the ball retainer at the top of the float collar valve from the Allamon ball resting above it or to the flapper valves from the flow surge.

Another flow surge test was performed on the same float collar SN 04 that was already converted to simulate the surge created with blockage above the float collar when the bottom plug landed on the float collar. The rupture disc located above the float collar in the test fractured at approximately 2680 psi. The maximum flow rate recorded was 10.6 bpm with 14 ppg mud. The differential pressure between upstream and downstream of the float collar reached a peak of 1536 psi. Subsequent back pressure tests at 40 psi, 250 psi, and 5000 psi along with visual inspection confirmed that the high pressure surge did not damage the float valves.

### 5.7 The Cementing Wiper Plug System used on the Macondo Well performed intended functions.

During the cement placement on the Macondo Well several volumetric check points were available to keep track of the cement progress down the drill pipe and casing string. These check points coincided with the anticipated passage of each dart through the Allamon tool and test sub, then again with the launch of the plugs. Further into the job each plug could also be seen passing through the 9-7/8" x 7" crossover sub and landing on the float collar. Each of these events, with the exception of the bottom plug launch, show up in the form of a pressure spike on the pressure chart that depicts what was monitored during the cementing process.

According to the BP Daily Operations Report dated 4/19/2010, after circulating 111 bbls of mud at a flow rate of 4 bpm cementing operations began with the pumping of base oil, spacer, and 4 bbls of 16.74 ppg Class H cement before dropping the bottom dart on the run. After pumping

another 4 bbls of cement, another 39 bbls of cement foamed with nitrogen to 48 bbls was pumped before dropping the top dart on the run.  Based on the BP Daily Operations Report, 59 bbls of fluid were pumped between the two darts.  After pumping 17 bbls of spacer and 43 bbls of mud (119 bbls total displacement), the bottom dart reached the diverter tool and passed through the yieldable seat with 3500 psi.  The bottom dart then went through the DTD yieldable seat with 3,250 psi. A 900 to 1100 psi pressure differential is required to shear the bottom dart receiver to launch the bottom plug when the dart lands, but the impact of the dart landing on the bottom dart receiver with fluid inertia above it can shear the seat without a surface indication. The bottom plug went through the 9 7/8" X 7" crossover after pumping 469 bbls with 830 psi, as evidenced by a 300 psi increase compared to 530 psi displacement pressure at 4 bpm in the 9 7/8" casing.  The top dart reportedly pumped through the diverter tool yieldable seat at 100 bbls mud pumped (117 bbls total displacement including the 17 bbls spacer) with 3200 psi.

The displacement comparison of 119 bbls of mud for the bottom dart compared to 117 bbls for the top dart to reach the diverter tool indicates that the wiping efficiency of both darts were similar and the volume between the two darts was approximately 57 bbls at the diverter tool. The top plug reportedly went through the crossover with a pressure rise to 590 psi after pumping 523 bbls of mud, indicating a volume of approximately 54 bbls of cement between the top and bottom plugs at the crossover compared to 57 bbls between the top and bottom darts at the diverter tool.

The bottom plug landed with 673 bbls of mud pumped at 2932 psi.  With 727 bbls pumped, the top plug was bumped with 740 psi over displacement pressure. The measured displacement volume difference between the bumping of the top and bottom plugs again indicates a volume of 54 bbls between the top and bottom plugs.   The 3 bbls change in volume reported between the darts at the diverter tool (57 bbls) and between the plugs at the crossover and the float collar (54 bbls) is small when considering that the cement, particularly the nitrified cement, compresses as it is pumped down hole, and the displacement volumes are measured at different displacement pressures.

Figure 35 is a section taken from the Halliburton rig chart identified as HAL_0048974 showing data recorded on the Macondo Well on the morning of April 20, 2010.  The chart shows the reported spike of 2932 psi in the displacement pressure (SPP Avg) when the bottom plug bumped; an increase to approximately 1150 psi when the top plug bumped; the top plug holding pressure without loss; and pressure dropping to 0 when pressure was released at the surface indicating floats holding.   The slowly increasing pressure shortly after the bottom plug ruptured until the plug bumped is a good indication that the hydrostatic head from cement being pumped into the annulus was greater than the hydrostatic head in the casing at the shoe.



Figure 40

The pressure indications, consistent cement volume indications between the top and bottom plugs as they were pumped down hole (allowing for compressibility), increasing pressure when the cement entered the annulus until the top plug was bumped, and good plug bump on schedule, are good indications that the cementing plug system used on the Macondo well performed its functions of wiping the casing, separating fluids, and giving an indication that the cement was properly placed.

This report contains my opinions. My qualifications are stated in Appendix A. I am not being compensated above my regular salary as an employee of Weatherford, U.S., L.P. I have never testified as an expert witness. I reserve the right to supplement this report upon completion of discovery in this case.  All of the data or other information I considered in forming my opinions is listed in Appendix B.