# EXHIBIT 7

# EXPERT REPORT OF GLEN BENGE

# (DEPO EX. 5990)

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG MDL NO. 2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO, ON APRIL 20, 2010

EVALUATION OF THE CEMENTING ON THE
9 7/8 x 7" PRODUCTION STRING ON THE MACONDO WELL

EXPERT REPORT OF
GLEN BENGE

ON BEHALF OF
THE UNITED STATES OF AMERICA

August 26, 2011

DATED: August 26, 2011

*[signature]*

Signature: Glen Benge

5990
Exhibit No. _____
Worldwide Court
Reporters, Inc.

## 5.6    Float Equipment Test

**The float check test did not confirm the floats were holding because the differential pressure at the float collar was less than the pressure required to unseat the top plug.**

The float equipment is a barrier to cement flow up to the rating of the float equipment. API RP 10F[49] provides testing methods and performance categories for float equipment. However, there are no industry tests where the float equipment is tested with wellbore fluids.

While not a specification, the performance requirements in the recommended practice serve as guidance for the selection of float equipment. Float equipment is categorized by its durability to flow (and reverse flow for auto-fill equipment) and the temperature rating of the equipment. The highest rating for float equipment is III-C, meaning the equipment can withstand 24 hours of forward flow, 400° F and a back pressure of 5,000 psi. The auto-fill float equipment used on the Macondo well was classified as III-C equipment.

Conversion of the auto-fill float equipment on the Macondo well was complicated by apparent blockage of the reamer shoe, float collar or a combination of both, and required higher pressures to establish circulation in the well. After circulation was established, the circulating pressures were much lower than predicted for the job.

It is not known if the initial circulating pressure predictions performed by BP and M-I Swaco accounted for the restrictions in the float equipment, or if subsequent calculations by M-I Swaco were performed with the assumption the restriction had been removed, which should yield a lower circulating pressure.[50] BP engineers decided the lower circulating pressure resulted from a failure of two separate pressure gauges on the mud pumps, and proceeded with the cement job assuming the float equipment had converted and was functioning properly.

In the pumping sequence of a primary cement job, a top rubber plug is often used to separate the cement from the displacement fluid. This solid rubber plug is pumped behind the cement and stops when it reaches the float equipment. The end of a cement job is typically signaled by a pressure increase seen when the plug lands on the float equipment. This is commonly referred to as bumping the plug, and signals the displacement of the cement is complete.

BP performed several "checks" on the float equipment. The first check occurred when the plugs bumped on the float equipment. This is an indication the landing profile on the float equipment was still in place and functioning as designed.

---

[49] API RP 10F, Third Edition, April 2002.
[50] Deep Water, The Gulf Oil Disaster and the Future of Offshore Drilling, Report to the President, National Commission on the BP *Deepwater Horizon* Oil Spill and Offshore Drilling, p. 98.

Case 2:10-md-02179-CJB-DPC Document 5652-10 Filed 02/10/12 Page 4 of 5

After the plug is bumped, typically the pressure is increased by 500 - 1,000 psi over the final displacement pressure to assure the plug has landed on the float equipment. On the Macondo well, once the top plug was bumped, the pressure was increased to 1,000 psi above the bump pressure, again assuring the float collar was still in place and functioning.

After the plug has bumped, the pressure is bled to zero and the flow of fluid from the well is monitored for a period of time. If the valves in the float equipment are functioning properly, the flow from the well will stop. If the flow does not stop, it is an indication the valves in the float equipment are not closed, and the heavier fluids in the annulus are flowing back into the casing.

The following illustration depicts the process. In figure A, the cement is displaced into the well with the top plug behind the cement. Figure B shows the plug landed on the float equipment and the valve is keeping the fluids in the annulus from flowing back up the well. Figure C shows a situation where the valve did not function properly and the fluids in the annulus are free to flow back up the casing.



Figure 5-2. Float check process.

In this illustration, it is important to understand there is a force required to move the plug up the casing in figure C. The top plug is not free floating and must be pushed up the well. The force available to push the plug is the differential pressure at the end of the cement job. This pressure, sometimes called the lift pressure, is the difference in the pressure in the annulus and that in the casing. On the Macondo well, that differential, or lift pressure, was less than 60 psi.

The pressure required to move the top plug up the well shown in figure C is 165 psi at ambient temperature.[51] At less than 60 psi, the differential pressure at the end of the cement job was not sufficient to unseat the top plug and move it up the casing. Because of the low differential pressure at the end of the Macondo production casing job, there was no way to determine if the float valves were in fact functioning.

The final float equipment check occurred with the positive pressure test. This tested the integrity of the casing and the top cement plug as it was sitting on the float collar. The successful positive test on the casing again confirmed the top plug and float equipment were in place and able to hold pressure from above.

The positive pressure test does not evaluate any fluids below the top plug. The top plug provides a pressure seal against the float collar, and no pressure is transmitted below the plug. A casing test only tests the casing down to the plug. **Set cement below the plug is not required for a successful positive pressure test**.

It is apparent from the positive pressure test on the well that the float equipment was capable of holding the top plug in place. This test does not evaluate if the equipment was capable of holding pressure from below the collar. If flow was coming through the float collar and up the casing, then the float equipment valve system did not prevent that flow.

### 6.  Laboratory Testing and Reporting

#### 6.1  Overview

**There are no established minimum testing requirements for cement designs by Halliburton. Halliburton's engineer selects the tests to run.** In evaluating the Halliburton laboratory testing and the reporting of lab results, it is apparent the Halliburton in-house engineer is responsible for selecting the tests that will be performed on the cement slurry. There also does not appear to be a standard suite of tests performed for each cement design.

The most common lab tests performed on cement slurries are thickening time,[52] rheology, strength development, free water and fluid loss. Additional testing such as settling or slurry stability, gel strength, gas migration and compatibility tests for spacers are also performed to a lesser extent.

The Halliburton laboratory testing for the base slurry used on the Macondo well production string focused on the following tests:

    Thickening Time
    Rheology
    Strength Development

---

[51] Deposition of Brent Lirette, June 11, 2011, p. 88, lines 8-11.
[52] Thickening time may also be referred to as pump time. These terms are used interchangeably.