# EXHIBIT 9

# LIST OF ALL REMAINING CASES IN WHICH A WEATHERFORD ENTITY WAS NAMED AS A DEFENDANT

## INDIVIDUAL *DEEPWATER HORIZON* COMPLAINTS/CLAIMS
## NAMING WEATHERFORD AS A DEFENDANT[1]

| NAME OF SUIT | SUIT NO. |
|---|---|
| | |
| Abadie, Al, et al. v. BP, P.L.C., et al. | EDLA 10-2179, EDLA 10-2116 |
| Adams, Emily R., et al. v. BP, P.L.C., et al. | EDLA 10-2179, EDLA 10-3100 |
| Alabama, State of v. BP, P.L.C., et al. | EDLA 10-2179 (Rec. Doc. 1872), EDLA 10-4182, EDLA 10-4183 |
| Alexie, Sr., Larry v. Halliburton Services, Inc. | EDLA 10-2179, EDLA 10-1561 |
| Anadarko Cross-Claim | EDLA 10-2179, EDLA 10-2771 (Rec. Doc. 338) |
| Ascension Marine, Inc. v. BP P.L.C., et al. | EDLA 10-2179, EDLA 10-1857 |
| Avocato, Russell v. BP P.L.C., et al. | EDLA 10-2179, EDLA 10-2770 |
| Bundle B1 First Amended Master Complaint | EDLA 10-2179 (Rec. Docs. 879, 1128), EDLA 10-2771 |
| Bundle C Master Complaint | EDLA 10-2179 (Rec. Doc. 1510), EDLA 10-2771 |
| Cameron International Corporation Cross-Claim | EDLA 10-2179 (Rec. Doc. 2474), EDLA 10-2771 |
| Carlisle, Obie v. BP P.L.C., et al. | EDLA 10-2179, EDLA 10-4188 |
| Carnival Corporation d/b/a Carnival Cruise Lines Third Party Complaint | EDLA 10-2179, EDLA 10-2771 (Rec. Doc. 384), 11-0952 |
| Clark, Dorothy Bright v. Transocean, Ltd., et al. | EDLA 10-2179, EDLA 11-0945 |
| Cochran, Fred and Pamela, Robert and Dawn Herbert, Kenneth Fisher, Trustee of The Angelica Palank Revocable Intervivos Trust Agreement v. BP P.L.C. et al. | EDLA 10-2179, EDLA 10-3105 |
| D & H Outfitters, LLC, et al. v. BP P.L.C. | EDLA 10-2179, EDLA 10-1556 |
| Danger Corp. d/b/a Danger Charters, a Florida Corporation v. BP P.L.C., et al. | EDLA 10-2179, EDLA 10-3113 |
| Davis, Jim, Individually and Law Office of Jim Davis v. Transocean, Ltd., et al. | EDLA 10-2179, EDLA 11-2450 |
| Davis, Susan, et al. v. BP P.L.C., et al. | EDLA 10-2179, EDLA 10-2984 |
| Derouen, Uwell J., et al. v. BP P.L.C. | EDLA 10-2179, EDLA 10-1573 |
| Dril-Quip Inc. Cross-Claim | EDLA 10-2179 (Rec. Doc. 2467), EDLA 10-2771 |
| Ezell, Johnnie and Danny Ezell v. BP P.L.C., | EDLA 10-2179, EDLA 10-1920 |

---

[1] This list is composed of claims in which a Weatherford entity has been named as a direct defendant and which remain pending before this Court. The list does not include the claims tendered to Weatherford via Transocean's Rule 14(c) Tender (Rec. Doc. 1320), but Weatherford does seek full dismissal of all tendered claims against it. Moreover, to the extent that any pertinent suit is inadvertently left off this list, Weatherford intends for its Motion to apply to any claim asserted against Weatherford in this MDL; and Weatherford reserves its right to amend this list as appropriate.

| et al. | |
|---|---|
| Frischhertz, James J., Janet Frischhertz and Cedar Bayou, L.L.C. v. Halliburton Energy Services, Inc., et al. | EDLA 10-2179, EDLA 10-1908 |
| Fruge, John T., et al. v. BP P.L.C., et al. | EDLA 10-2179, EDLA 10-1752 |
| Grand Isle, Town of , et al. v. BP Exploration & Production, Inc., et al. | EDLA 10-2179, EDLA 11-0893 |
| Grupo Turistico Tamaulipas S.A. De C.V. v. BP P.L.C., et al. | EDLA 10-2179, EDLA 11-1055, EDLA 10-2771 |
| Halliburton Energy Services, Inc. Cross-Claim | EDLA 10-2179 (Rec. Doc. 2086), EDLA 10-2771 (Rec. Doc. 445) |
| Hudson, Leonard A. v. BP P.L.C., et al. | EDLA 10-2179, EDLA 10-4203 |
| Jefferson, Parish of, et al. v. BP Exploration and Production, Inc., et al. | EDLA 10-2179, EDLA 11-0895 |
| Johnson Bros. Corporation of La. v. B.P. P.L.C. et al. | EDLA 10-2179 (Rec. Doc. 5135), EDLA 11-0781 |
| Kleppinger, Tracy, Francis, Bill, Benton, Tyrone, Ramos, Carlos, et al. v. Transocean Offshore Deepwater Drilling, Inc., et al. | EDLA 10-2179, EDLA 10-3168 (Rec. Doc. 1567) |
| Lacroix, Benji – In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | EDLA 10-2179, EDLA 10-2771 |
| Le, Tam V., et al. v. BP P.L.C., et al. | EDLA 10-2179, EDLA 10-2114 |
| Levy, Darleen Jacobs, et al. v. BP Exploration & Production, Inc., et al. | EDLA 10-2179, EDLA 11-0715 |
| Louisiana, State of, et al. v. BP Exploration & Production, Inc., et al. | EDLA 10-2179 (Rec. Doc. 2031), EDLA 11-0516, 10-3059 |
| Lynch, Phillip Michael v. Transocean, Ltd, et al. | EDLA 10-2179, EDLA 11-1160 |
| M-I, LLC Cross-Claim | EDLA 10-2179 (Rec. Docs. 2500, 2531), EDLA 10-2771 |
| McCarthy, Scott, et al. v. BP P.L.C., et al. | EDLA 10-2179, EDLA 10-3114 |
| Mendes, Guy, III v. BP P.L.C., et al. | EDLA 10-2179, EDLA 11-2218 |
| Murphy, Thomas and Dolores Murphy v. BP P.L.C., et al. | EDLA 10-2179, EDLA 10-3085 |
| Nalco Company Counter-Claim | EDLA 10-2179 (Rec. Doc. 2954), EDLA 10-2771 |
| National Response Corporation Counter-Claim | EDLA 10-2179 (Rec. Doc. 2845), EDLA 10-2771 |
| New Orleans, City of v. BP Exploration and Production, Inc., et al. | EDLA 10-2179, EDLA 11-0890 |
| Nguyen, Giang T. v. BP P.L.C., et al. | EDLA 10-2179, EDLA 10-1852 |
| Nguyen, Giau V. v. BP P.L.C., et al. | EDLA 10-2179, EDLA 10-1855 |
| Nguyen, Kimberly, et al. v. BP P.L.C., et al. | EDLA 10-2179, EDLA 10-3269 |
| Nguyen, Sang-Thanh v. BP P.L.C., et al. | EDLA 10-2179, EDLA 10-1850 |

| | |
|---|---|
| O'Brien's Response Management Inc. Counter-Claim | EDLA 10-2179 (Rec. Doc. 2841), EDLA 10-2771 |
| P & S Restaurant Group, Louisiana, LLC v. BP P.L.C., et al. | EDLA 10-2179, EDLA 10-1574 |
| Plaquemines, Parish of v. BP P.L.C., et al. | EDLA 10-2179, EDLA 11-0916 |
| Plaquemines Port, Harbor and Terminal District v. BP P.L.C., et al. | EDLA 10-2179, EDLA 11-0917 |
| Professional Bars, Inc. d/b/a Brass Monkey, et al. v. BP P.L.C., et al. | EDLA 10-2179, EDLA 10-2985 |
| Quality Preheat & Pressure Washers, Inc. v. BP Exploration and Production, Inc., et al. | EDLA 10-2179, EDLA 11-0920 |
| Reed, Darrell v. BP P.L.C., et al. | EDLA 10-2179, EDLA 10-4252 |
| Rhodes, Karl W. v. Transocean, Ltd., et al. | EDLA 10-2179, EDLA 10-1502 |
| Roberts, Kenneth v. BP P.L.C., et al. | EDLA 10-2179, EDLA 10-3815 |
| Sellno, Gary and Cathy, et al. v. BP Exploration & Production, Inc., et al. | EDLA 10-2179, EDLA 11-0925 |
| Service One, L.L.C. v. BP Exploration and Production, Inc., et al. | EDLA 10-2179, EDLA 11-0920 |
| Shemper, Jacob R., et al. v. BP P.L.C., et al. | EDLA 10-2179, EDLA 10-3274 |
| Shepardson, Cory, d/b/a Lower Keys Charters, et al. v. BP P.L.C., et al. | EDLA 10-2179, EDLA 10-3112 |
| Stricker, Dr. Seymour, et al. v. BP P.L.C., et al. | EDLA 10-2179, EDLA 10-3095 |
| Theriot, Rodney v. Halliburton Energy Services, Inc., et al. | EDLA 10-2179, EDLA 10-1560 |
| Tracy Acree Construction, Inc. and Johnnette Acree, et al. v. BP P.L.C., et al. | EDLA 10-2179, EDLA 10-4207 |
| Transocean Cross-Claim/Counterclaim | EDLA 10-2179 (Rec. Doc. 2068), EDLA 10-2771 |
| Transocean Rule 14(c) Tender | EDLA 10-2179 (Rec. Doc. 1320), EDLA 10-2771 |
| Transocean Third Party Complaint | EDLA 10-2179 (Rec. Doc. 2574), EDLA 10-4536 |
| Triad Seafood, Inc., Charles P. McMullen d/b/a Ocean's 11, 3060 Atlantic, LLC, Tracy Acree Construction, Inc., et al. v. BP P.L.C., et al. | EDLA 10-2179, EDLA 10-4359 |
| Vacation Key West, Inc. v. BP P.L.C., et al. | EDLA 10-2179, EDLA 10-2986 |
| Ware, Kevin, et al. v. BP P.L.C., et al. | EDLA 10-2179, EDLA 10-3115 |
| Washington, Lonnie Ray v. BP P.L.C. | EDLA 10-2179, EDLA 10-2771 |
| Wetzel, Troy, et al. v. Transocean, Ltd., et al. | EDLA 10-2179, EDLA 10-1222 |
| Williams, Michael v. Transocean, Ltd., et al. | EDLA 10-2179, EDLA 10-1243 |
| Wilson, Bobby v. BP P.L.C., et al. | EDLA 10-2179, EDLA 10-3272 |