# EXHIBIT 10

# BP DAILY OPERATIONS REPORT-PARTNERS (DRILLING)

# (DEPO EX. 4046)



Exhibit No. _____
Worldwide Court Reporters, Inc.

## North America - North America Exploration - BP
## Daily Operations Report - Partners (Drilling)

| | | | | | |
|---|---|---|---|---|---|
| Operator: | BP | Event Type: | DRL- OFFSHORE | Report: | 139 |
| Well/Wellbore No.: | OCS-G 32306 MC252 #1/01 | Event Objective: | NEW DRILL | Date: | 4/9/2010 |
| WB Objective: | NEW DRILL | Well Type: | EXPLORATION | | |
| Site: | MC252 | Job Number: | | | |
| Contractor: | TRANSOCEAN OFFSHORE | Rig: | DEEPWATER HORIZON 87 | | |

### Current Well Status

| | | | | | |
|---|---|---|---|---|---|
| Depth MD: | 18,360.00 (ft) | Casing Size: | | Rig Accept: | 5:00:00PM 9/30/2009 |
| Est TVD: | 18,349.03 (ft) | Casing(MD): | | Rig Release: | 11/20/2009 |
| Progress: | 100.00 (ft) | Liner Size: | 9.875 (in) | Cost in: US Dollar | Spud Date: 10/6/2009 |
| Auth Depth: | 19,636.00 (ft) | Liner(MD): | 17,168.00 (ft) | Exchange Rate: 1.0000 | WX Date: 3/18/2010 |
| Hole Size: | 9.875 (in) | Liner TOP: | 14,759.00 (ft) | Daily Mud: 133,046 | Water Depth: 4,992.00 (ft) |
| Elev Ref: | R-K-B @75.00ft (above Mean Sea Level) | | | Cum. Mud: 5,671,117 | KB Elev: 75.00(ft) |
| DOL/DFS/Target: | 137.56/137.33/61.40 | | | Daily Well: 1,367,434.57 | Total Personnel: 144 |
| Geologist: | BODEK / BONDURANT | | | Cum. Well: 111,736,634 | Wellbore Max Angle: 9.94 |
| Engineer: | HAFLE / MOREL / COCALES | | | Est Days: 61.40 days | |
| Day WSL: | M. SEPULVADO | | | Rig. Days: 137.56 | |
| Night WSL: | R. SEPULVADO / V. PRICE | | | | |
| Weather: | WINDS 5-10 KNTS, SEAS 1' - 2' | | | | |
| Current Status: | TESTING BOP'S ON 6-5/8" DRILL PIPE | | | | |
| 24 Hr Summary: | WASH & REAM TO 18,234' MD, MONITOR WELL, PUMP & SPOT LCM PILL, WASH & REAM TO 18,260' MD, C&C MUD, DRILL AHEAD TO TD, C&C MUD | | | | |
| 24 Hr Forecast: | FINISH TESTING BOP'S, POOH, R/U AND LOG | | | | |
| Update at 06:00: | SEE REMARKS PAGE FOR MIDNIGHT TO 0500 REPORT | | | | |
| Comments: | NO ACCIDENTS, NO INCIDENTS, NO DAMAGE TO THE ENVIRONMENT. TOTAL POB = 144, TOI & CATERING = 97, BP = 4, BP 3RD PARTY = 33, TOI 3RD PARTY = 10 | | | | |

### HSE and Well Control

| | | | | | |
|---|---|---|---|---|---|
| Days Since Last DAFWC: 2,536 | | | All Free Days: 2,538 (days) | | |
| Incident Details: | | | | | |
| Last Csg Test Press: | 914.00 (psi) | Number of Dropped Objects: | | Last H2S Drill: | |
| Last BOP Pressure Test: | 3/27/2010 | Last Abandonment Drill: | 4/4/2010 | Last Trip Drill (D1): | |
| Next BOP Press Test: | 4/10/2010 | Last Accum Drill (D4): | | Last Safety Meeting: | 4/9/2010 |
| Last Diverter Drill (D3): | | Last Spill Drill: | 5/10/2009 | Last Environmental Incident: | 11/21/2009 |
| Stop Cards: | 106 | Regulatory Agency Insp: | No | Non-compliance Issued: | No |
| PIT | 4/9/2010 | | | | |
| Kick Tolerance: | | Kick Volume: | | | |
| LOT TVD: | 17,158.00 (ft) | BHP: | 14,246.0 (psi) @17,158.00 (ft) | MAASSP: | 0.0 (psi) |
| LOT EMW: | 15.98 (ppg) | Test Pressure: | 1,500.0 (psi) | | |

| No. | Slow Pump Rates (Circ) | | Slow Pump Rates (Choke) | | Slow Pump Rates (Kill) | |
|---|---|---|---|---|---|---|
| | Stroke Rate | Pressure (psi) | Stroke Rate | Pressure (psi) | Stroke Rate | Pressure (psi) |
| 2 | 40 | 1,000 | | | | |
| 2 | 20 | 340 | | | | |
| 2 | 30 | 600 | | | | |
| 3 | 20 | 400 | | | | |
| 3 | 30 | 670 | | | | |
| 3 | 40 | 1,060 | | | | |

### Performance Measures

| | Stop Cards | SOC | JSEA/TOFS | First Aid | Near Miss |
|---|---|---|---|---|---|
| Today | 106 | | 15 | | |
| Total | 12,239 | 65 | 776 | 3 | 2 |

### Operational Parameters

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ROP Daily: | 25.00 (ft/hr) | Rotating Weight: | 689 (klbf) | Daily Bit Hrs: | 4.00 (hr) | | Pump Status - Drilling and Riser | | | |
| ROP Cum: | 25.00 (ft/hr) | Pick Up Wt: | 708 (klbf) | Daily Sliding Hrs: | 0.00 (hr) | No. | Operation Type | Efficiency (%) | SPM (spm) | Liner Size (in) | Cric. Rate (gpm) |
| WOB (min): | 5 (klbf) | Slack Off Wt: | 677 (klbf) | Cum Bit Hrs: | 4.00 (hr) | | | | | | |
| WOB (max): | 15 (klbf) | Circ Rate Riser: | 317.26 (gpm) | | | | | | | | |
| Min RPM: | 100 (rpm) | Circ Rate Hole: | 296.11 (gpm) | Ann. Vel. Riser: | | | | | | | |
| RPM DH: | 100 (rpm) | Circ Off Bottom: | | Ann. Vel. DC: | | 3 | D | 96.00 | 56.00 | 6.000 | 296 |
| Torque on Bottom: | 9,000 (ft-lbf) | Circ On Bottom: | 1,975 (psi) | Ann. Vel. DP: | | 4 | R | 96.00 | 60.00 | 6.000 | 317 |
| Torque off Bottom: | 5,000 (ft-lbf) | Jar Hrs since Inspect: | 0.00(hr) | | | | | | | | |

4/10/2010   5:58:57AM

CONFIDENTIAL TREATMENT REQUESTED

BP-HZN-MBI00013935

Page 2 of 6

## North America - North America Exploration - BP
## Daily Operations Report - Partners (Drilling)

| Operator: | BP | | Event Type: | DRL- OFFSHORE | Report: | 139 |
|---|---|---|---|---|---|---|
| Well/Wellbore No.: | OCS-G 32306 MC252 #1/01 | | Event Objective: | NEW DRILL | Date: | 4/9/2010 |
| WB Objective: | NEW DRILL | | Well Type: | EXPLORATION | | |
| Site: | MC252 | | Job Number: | | | |
| Contractor: | TRANSOCEAN OFFSHORE | | Rig: | DEEPWATER HORIZON 87 | | |

### Bit Details

| Bit Run | Re-Run | Size | Manuf. | Model | Type | Serial # | Nozzles(32nd") | TFA | Depth In(ft) | Depth Out(ft) |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | N | 8.500 | HUGHES CHRISTENSEN | HC408XC | Polycrystalline Diamond Bit | 7121900 | 4X14 | 0.600 | 18,260.00 | |

| Cum Prog (ft) | RPM Min/Max | WOB Min/Max | Daily Hrs. | Hours Cum | ROP Cum | Condition |
|---|---|---|---|---|---|---|
| 100.00 | 100/100 | 5/15 | 4.00 | 4.00 | 25.00 | |

### BHA

BHA No.: 14　　TMD In:　18,260.00 (ft)　BHA Weight:
Workstring Purpose: DRILLING　　TMD Out:　　Wt. Below Jars: 31.0klbf

| Component | Component Type | Component Detail | Jts | Length (ft) | Cum Length (ft) | OD (in) | ID (in) | Blade OD (in) | Bend Angle (°) | Connection Size (in) | Connection Type | P/B |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Heavy Weight | Heavy Weight Drill Pipe | 5 1/2" HWDP | 19 | 584.83 | 584.83 | 5.500 | 3.375 | | | 5.500 | HT30 | B |
| Jar | Drilling Jar | DRILLING JARS | 1 | 31.84 | 616.67 | 7.000 | 2.750 | | | 5.500 | HT30 | B |
| Heavy Weight | Heavy Weight Drill Pipe | 5 1/2" HWDP | 9 | 277.05 | 893.72 | 5.500 | 3.375 | | | 5.500 | HT30 | B |
| Sub | Cross Over | X-OVER SUB | 1 | 4.65 | 898.37 | 7.250 | 2.750 | | | 5.500 | XH (EH) | B |
| Drill Collar | Drill Collar | DRILL COLLAR | 1 | 31.06 | 929.43 | 6.500 | 2.500 | | | 4.500 | XH (EH) | B |
| Drill Collar | Drill Collar | DRILL COLLAR | 1 | 31.07 | 960.50 | 6.500 | 2.500 | | | 4.500 | XH (EH) | B |
| Drill Collar | Drill Collar | DRILL COLLAR | 1 | 31.01 | 991.51 | 6.500 | 2.500 | | | 4.500 | XH (EH) | B |
| Drill Collar | Drill Collar | DRILL COLLAR | 1 | 31.06 | 1,022.57 | 6.500 | 2.500 | | | 4.500 | XH (EH) | B |
| Drill Collar | Drill Collar | DRILL COLLAR | 1 | 30.93 | 1,053.50 | 6.500 | 2.500 | | | 4.500 | XH (EH) | B |
| Drill Collar | Drill Collar | DRILL COLLAR | 1 | 31.07 | 1,084.57 | 6.500 | 2.500 | | | 4.500 | XH (EH) | B |
| Sub | Cross Over | X-OVER SUB | 1 | 4.89 | 1,089.46 | 6.500 | 2.750 | | | 4.500 | XH (EH) | B |
| Stabilizer | Integral Blade Stabilizer | 8 3/8" I.B. STABILIZER W/ FLOAT | 1 | 5.12 | 1,094.58 | 6.812 | 2.812 | | | 4.500 | IF | B |
| Sub | Filter Sub | FILTER SUB | 1 | 7.98 | 1,102.56 | 6.750 | 2.375 | | | 4.500 | IF | B |
| MWD | Pulser Sub | 6 3/4" PULSER | 1 | 11.23 | 1,113.79 | 6.750 | 1.920 | | | 4.500 | IF | B |
| MWD | Logging While Drilling | 6 3/4" M5 RLL | 1 | 23.50 | 1,137.29 | 6.750 | 1.920 | | | 4.500 | IF | B |
| Stabilizer | Integral Blade Stabilizer | 8" I.B. STABILIZER | 1 | 2.20 | 1,139.49 | 6.750 | 1.920 | | | 4.500 | IF | B |
| MWD | MWD Tool | 6 3/4" DM SONDE | 1 | 8.51 | 1,148.00 | 6.750 | 1.920 | | | 4.500 | IF | B |
| Sub | Cross Over | DIRECTIONAL SUB | 1 | 2.56 | 1,150.56 | 6.750 | 1.920 | | | 4.500 | IF | B |
| Sub | Restrictor Sub | PRESSURE DROP SUB | 1 | 3.71 | 1,154.27 | 6.750 | 1.000 | | | 4.500 | IF | B |
| Bit | Polycrystalline Diamond Bit | 8 1/2" PDC BIT | 1 | 1.53 | 1,155.80 | 8.500 | 1.750 | | | 4.500 | IF | B |

### Drilling Fluid

| Type: | SYNTHETIC OBM | 10 sec gels: | 16.000 (lbf/100ft²) | Ca: | | ES: | 438.0 (Volts) |
|---|---|---|---|---|---|---|---|
| Time: | 18:00 /SUC | 10 min gels: | 25.000 (lbf/100ft²) | K+: | | Solids: | 19.14 (%) |
| Depth: | 18,360.00 (ft) | Fluid Loss: | | CaCl2: | 16.9100 (%) | Oil: | 54.00 (%) |
| FL Temp.: | 0 (°F) | HTHP Temp: | 250.0 (°F) | NaCl: | | Water: | 19.00 (%) |
| Density: | 14.00 (ppg) | HTHP WL: | 2.2 (cc/30min) | Cl-: | | Oil/Water: | 72.00/28.00 |
| Funnel Visc: | 98.00 (s/qt) | Cake: | 1.0 (32nd") | Sand: | | Daily Cuttings: | 9.5 (bbl) |
| ECD: | 14.49 (ppg) | MBT: | | HGS: | 224.47 (lbm/bbl) | Cum Cuttings: | 1,804.9 (bbl) |
| PV: | 27.00 (cp) | Lime: | 1.82 (lbm/bbl) | LGS: | 33.86 (lbm/bbl) | Lost Downhole: | 201.0 (bbl) |
| YP: | 14.000 (lbf/100ft²) | PM: | | Pf/Mf: | | Lost Surface: | 3.0 (bbl) |

4/10/2010　　5:58:57AM

CONFIDENTIAL TREATMENT REQUESTED

BP-HZN-MBI00013936

Page 3 of 6

## North America - North America Exploration - BP
## Daily Operations Report - Partners (Drilling)

| Operator: | BP | Event Type: | DRL- OFFSHORE | Report: | 139 |
|---|---|---|---|---|---|
| Well/Wellbore No.: | OCS-G 32306 MC252 #1/01 | Event Objective: | NEW DRILL | Date: | 4/9/2010 |
| WB Objective: | NEW DRILL | Well Type: | EXPLORATION | | |
| Site: | MC252 | Job Number: | | | |
| Contractor: | TRANSOCEAN OFFSHORE | Rig: | DEEPWATER HORIZON 87 | | |

### Operations Summary (Derrick 1)

| From - To Op. Depth (ft) | Hrs (hr) | Phase | Task | Activity | Code | NPT | Operation |
|---|---|---|---|---|---|---|---|
| 00:00 - 02:30 18,260.0 | 2.50 | PROD1 | DRILL | WASH | P | | CONTINUE TO WASH AND REAM WITH 8-1/2" DRILLING ASSEMBLY FROM 17,831' MD TO 18,234' MD. WHILE BACKREAMING AT 18,193' MD, FLOW RATE DROPS FROM 39% TO 29%. PUMP PRESSURE DROPED FROM 2,049 PSI TO 1,924 PSI - ECD DROPPED FROM 14.5 TO 14.4. - SHUT PUMPS OFF - NOTE: DEPTHS WHERE BIT TOOK WEIGHT WHILE WASHING AND REAMING: 17,884', 17,889', 18046', 18,070', 18,110' TO 18,130', 18,210' AND 18,227' - DRILLING PARMETERS ARE AS FOLLOWS: WOB: -9.6, RPM: 25 , TORQUE: 5-6 K , P/U: 689 K ,S/O: 658, ECD: 14.48 , MW = 14.0 PPG, PUMP PRESSURE: 1,968 PSI, SPM: 57, GPM: 300. PUMP # 3 @ 57 SPM, MONITOR ACTIVE SYSTEM FOR GAINS AND LOSSES. |
| 02:30 - 03:30 18,260.0 | 1.00 | PROD1 | DRILL | MONW | N | DPRB | OBSERVED WELL ON TRIP TANK AT 18,193' MD FOR ONE HOUR - WELL STARTED OUT TAKING 6 BPH AND DECREASED TO 1.2 BPH AFTER ONE HOUR ( LOST TOTAL OF 3 BBLS IN ONE HR. ) |
| 03:30 - 06:30 18,260.0 | 3.00 | PROD1 | DRILL | CIR | N | DPRB | PUMP 172 BBLS OF 84 PPB LCM PILL ( 10 PPB G-SEAL, 20 PPB SAFECARB 40, 20 PPB SAFECARB 250, 14 PPB EMI 1759, 5 PPB KWIKSEAL MED., 5 PPB KWIKSEAL COURSE AND 10 PPB VINSEAL ) AT 14# - PUMPED LCM AND DISPLACED AT 30 SPM WITH FULL RETURNS - WHITH 10 BBLS. OUTSIDE BIT INCREASED ROTARY TO 50 RPM AND INCREASED PUMPS TO 56 SPM WITH NO LOSSES MONITOR ACTIVE SYSTEM FOR GAINS AND LOSSES. |
| 06:30 - 07:00 18,260.0 | 0.50 | PROD1 | DRILL | WASH | P | | CONTINUE TO WASH AND LOG FROM 18,234' MD TO 18,260' MD. |
| 07:00 - 08:30 18,260.0 | 1.50 | PROD1 | DRILL | CIR | P | | CIRCULATE AND CONDITION MUD @ 18,260' MD. TAKE SCR'S, MAX GAS 479 UNITS. |
| 08:30 - 12:30 18,360.0 | 4.00 | PROD1 | DRILL | DRL | P | | DRILL 8-1/2" HOLE SECTION FROM 18,260' MD TO 18,360' MD. DRILLING PARAMETER AS FOLLOWS: WOB: 4/8 K , PUMP PRESSURE: 2,090 PSI , ROP: 25', TORQUE : 10/ 12 K, P/U: 708 K, S/O: 677 K, ROT: 687 K, OFF BOTTOM TORQUE: 5/7 K. PUMP # 3 ON HOLE @ 56 SPM (300 GPM). PUMP # 4 ON BOOST @ 60 SPM ( 320 GPM). |
| 12:30 - 19:00 18,360.0 | 6.50 | PROD1 | DRILL | CIR | P | | CIRCULATE HOLE CLEAN AT 18,360' MD @ 300 GPM ON HOLE AND 320 GPM ON BOOST ( TEST CHOKE MANIFOLD TO 250 LO AND 6,500 HIGH AND 5,000 PSI ON BUFFER VALVES FOR 5 MIN EACH TEST ) - PUMP UP STATIC DENSITY OF 14.22 PPG. |
| 19:00 - 21:30 18,360.0 | 2.50 | PROD1 | DRILL | POH | P | | PUMP OUT OF HOLE WITH 300GPM FROM 18,360' MD TO 17,001' MD AT 300 GPM. HAD TIGHT SPOTS AT FOLLOWING DEPTHS: 18,195' MD 5K OVERPULL AT 18,135' MD 5K OVERPULL AND AT 18,132' 10K OVERPULL |
| 21:30 - 22:00 18,360.0 | 0.50 | PROD1 | DRILL | FLWCHK | P | | FLOW CHECK MONITOR WELL ON TRIP TANK - WELL STATIC. |
| 22:00 - 23:00 18,360.0 | 1.00 | PROD1 | BOPSUB | PU | P | | PICK UP TEST KELLY, LOCATE ANNULAR AND RIG UP CHICKSAN LINE'S AND TEST STUMPS. BREAK CIRCULATION AND TEST LINES TO 7,500 PSI. |
| 23:00 - 00:00 18,360.0 | 1.00 | PROD1 | BOPSUB | TSTPRS | P | | TEST BOP ON 6-5/8" DRILL PIPE AS PER MMS AND BP REQUIREMENTS. TEST PERFORMED FROM DRILLERS CONTROL PANEL ON BLUE POD. TEST BOP'S TO 250 PSI LOW AND 6,500 PSI HIGH. TEST ANNULARS TO 250 PSI LOW AND 3,500 PSI HIGH USING HALLIBURTON'S ANATOMIZED TESTING. SEE TEST CHARTS FOR ADDITIONAL INFORMATION. |

### Mud Log Information

| Formation: | | Formation top @: | | Max Background Gas: | | Max Trip Gas: | |
|---|---|---|---|---|---|---|---|
| Lithology: | | | | Max Connection Gas: | | Pore Press: | |

4/10/2010    5:58:57AM

Page 4 of 6

## North America - North America Exploration - BP
## Daily Operations Report - Partners (Drilling)

| Operator: | BP | Event Type: | DRL- OFFSHORE | Report: | 139 |
|---|---|---|---|---|---|
| Well/Wellbore No.: | OCS-G 32306 MC252 #1/01 | Event Objective: | NEW DRILL | Date: | 4/9/2010 |
| WB Objective: | NEW DRILL | Well Type: | EXPLORATION | | |
| Site: | MC252 | Job Number: | | | |
| Contractor: | TRANSOCEAN OFFSHORE | Rig: | DEEPWATER HORIZON 87 | | |

### Materials/Consumption

| Item | Unit | Usage | On Hand | Item | Unit | Usage | On Hand |
|---|---|---|---|---|---|---|---|
| DIESEL | BBLS | 208 | 17,001 | POTABLE WATER | BBLS | 294 | 6,033 |
| DRILL WATER | BBLS | 128 | 10,677 | HELICOPTER FUEL | GAL | | 0 |
| BARITE | SACKS | | 11,879 | CEMENT | SACKS | | 2,582 |
| CEMENT CLASS G | SACKS | | 254 | CEMENT LITE FILL | SACKS | | 619 |

### Personnel

Personnel on Board: 144

| Company | No. People | Hours | Company | No. People | Hours |
|---|---|---|---|---|---|
| BP | 144 | 1,728.00 | | | |

### Weather

| Temperature H/L: | 63.0(°F) /60.0(°F) | Wind Speed: | 6.0(knots) | Visibility: | 10.00(mi) | Prec Type: | None |
|---|---|---|---|---|---|---|---|
| Bar Press: | 30.29(in-Hg) | Wind Direction: | 67.00(°) | Ceiling: | 4,600.00(ft) | Prec Amt: | 0(") |
| Wind Chill: | | Gust Speed: | 10.0(knots) | | | | |

### Anchoring/Marine

| Rig Heading: | 135.00 (°) | Sea Height: | 1.00 (ft) | Rig Heave: | 0.10 (ft) | Current Speed: | 0.9 (knots) |
|---|---|---|---|---|---|---|---|
| VDL: | 6.5 (kbf) | Sea Dir: | 45.00 (°) | Rig Roll: | 0.10 (°) | Current Direction: | 138.00 (°) |
| Swell Height: | 5.00 (ft) | Sea Period: | 3 (sec) | Rig Pitch: | 0.10 (°) | | |
| Comments: | | | | | | | |

### Cumulative Phase Breakdown

| Phase | Planned | | | | | | Change of Scope | | | | | Total Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prod | % Total | NPT | % Total | WOW | % Total | Prod | % Total | NPT | % Total | WOW | % Total | |
| **Wellbore No: OH** | | | | | | | | | | | | |
| COND1 | 8.50 | 100.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 8.50 |
| COND2 | 64.00 | 95.52 | 3.00 | 4.48 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 67.00 |
| SURF | 185.50 | 49.87 | 186.50 | 50.13 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 372.00 |
| LNR1 | 122.50 | 18.09 | 554.50 | 81.91 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 677.00 |
| SURE | | 0.00 | 897.00 | 100.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 897.00 |
| LNR2 | 146.00 | 29.35 | 351.50 | 70.65 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 497.50 |
| LNR3 | 48.50 | 18.20 | 218.00 | 81.80 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 266.50 |
| LNR4 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | |
| Sub Totals (OH) | 575.00 | 20.64 | 2,210.50 | 79.36 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 2,785.50 |
| **Wellbore No: 01** | | | | | | | | | | | | |
| LNR3 | 61.00 | 55.96 | 48.00 | 44.04 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 109.00 |
| LNR4 | 128.00 | 98.84 | 1.50 | 1.16 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 129.50 |
| LNR5 | 132.50 | 100.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 132.50 |
| PROD1 | 102.00 | 56.35 | 79.00 | 43.65 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 181.00 |
| LNR2 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | |
| Sub Totals (01) | 423.50 | 76.72 | 128.50 | 23.28 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 552.00 |
| **Grand Total** | 998.50 | 29.92 | 2,339.00 | 70.08 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 3,337.50 |

### Support Craft/Logistics

| Arrival | Depart | Type | Number | Comments |
|---|---|---|---|---|
| 14:00 | 14:10 | HELICOPTER | 792PH | BROUGHT OUT SCHLUMBERGER, SMITH & 1 TIDEWATER (Cr: 1 In: 2 Out: 10 ) |
| 00:01 | 23:59 | SUPPLY BOAT | D. BANKSTON | STANDBY RIG O/L & B/L (Cr: 1 ) |

### Remarks

NOTE: RIG EQUIPMENT THAT IS DOWN, WAITING ON PARTS OR BEING REPAIRED:

1. ROTARY TABLE LOCKED OUT UNTIL PARTS ARE RECEIVED.
2. WORK IN THE STBD COLUMN PUMP ROOM - 98% COMPLETE.

4/10/2010   5:58:57AM

CONFIDENTIAL TREATMENT REQUESTED

BP-HZN-MBI00013938

| | | | | | |
|---|---|---|---|---|---|
| North America - North America Exploration - BP | | | | | Page 5 of 6 |
| Daily Operations Report - Partners (Drilling) | | | | | |
| Operator: | BP | Event Type: | DRL- OFFSHORE | Report: | 139 |
| Well/Wellbore No.: | OCS-G 32306 MC252 #1/01 | Event Objective: | NEW DRILL | Date: | 4/9/2010 |
| WB Objective: | NEW DRILL | Well Type: | EXPLORATION | | |
| Site: | MC252 | Job Number: | | | |
| Contractor: | TRANSOCEAN OFFSHORE | Rig: | DEEPWATER HORIZON 87 | | |

### Remarks

3. PS-30'S ARE REPAIRED BUT CAN NOT BE USED UNTIL ROTARY IS REPAIRED.
4. #2 THRUSTER IS OUT OF SERVICE. PARTS ON ORDER
5. # 4 ENGINE DOWN
6. CATWALK, PORCH
7. #2 RISER TENSIONER OUT OF SERVICE
8) #4 DRAWWORKS MOTOR DOWN, TOOK PARTS TO REPAIR TOPDRIVE TORQUE READING

****************************************************************************************************************************************
****************************************************************

ROV OPERATIONS: DIVE # 1927: ROUTINE RISER & BOP INSPECTION, CURRENT SURVEY & BOTTOM INSPECTION. TRANSPONDER #4 WAITING TO SET.

****************************************************************************************************************************************
****************************************************************

METAL RECOVERED FROM DITCH MAGNETS:
TOTAL METAL RECOVERED THIS HOLE SECTION = 8.47 LBS
TOTAL METAL RECOVERED IN PAST 24 HOURS = 0.00 LBS
TOTAL METAL RECOVERED THIS WELL = 23.46 LBS

****************************************************************************************************************************************
****************************************************************

0000 - 0500 UPDATE:

0000 - 0330: CONITNUE SUB-SEA BOP TEST AS PER BP AND MMS REQUIRMENTS, ON 6-5/8 DRILL PIPE. TEST PERFORMED FROM DRILLERS PANEL ON BLUE POD. TEST LOWER ANNULAR AND ASSOCIATED VALVES TO 250 PSI LOW AND 3,500 PSI HIGH FOR 5 - MINUTES EACH TEST STAIGHT LINE TEST. TEST UPPER ANNULAR, KELLY HOSE, AND ASSOCIATED TO 250 PSI LOW 5-MINUTES STRAIGHT LINE AND 5,000 PSI HIGH UNITL GREEN LIGHT ON ATOMIZED DIGITAL BOP TESTING. TEST ALL PIPE RAMS AND FAIL SAFE TO 250 PSI LOW FOR 5 - MINUTES STAIGHT LINE AND 6,500 PSI HIGH UNTIL GREEN LIGHT ON ATOMIZED DIGTIAL BOP TESTING. SEE TEST CHART FOR ADDITIONAL INFORMATION. MONITOR BOP PRESSURE AND TRIP TANK WELL STATIC.

0330 - 0400: RIG DOWN HALLIBURTION CHICKSAN LINES AND LAY OUT TEST KELLY @ 17,006' MD. MONITOR WELL ON TRIP TANK WELL.

0400 - 0430: PULL OUT OF THE HOLE WITH 8-1/2" DRILLING ASSEMBLY FROM 17,006' MD TO 16,667' MD. ( NOTE: FROM 17,006' MD TO 16,914' MD HAD 18-30 K DRAG ) ( 16,672' MD TO 16,667' MD, HAD 10-15 K DRAG) SLACK OFF FROM 16,667' MD TO 16,693' MD. MONITOR WELL ON TRIP TANK FOR GAINS AND LOSSES.

0430 - 0500: MAKE UP TOP DRIVE, CIRCULATE FOR 15 MNIUTES AT 300 GPM AND WORK PIPE UP TO 16,594' MD AND DOWN TO 16,731' MD WITH NO DRAG - WORKED PIPE WITHOUT PUMPS 90' WITH NO DRAG - LOCATE ON UPPER ANNULAR TO SPACE OUT TO TEST. MONITOR WELL ON ACTIVE SYSTEM FOR GAINS AND LOSSES.
****************************************************************************************************************************************
****************************************************************

ADDITIONAL DATA FOR THE MARINE OPERATIONS SUPPORT GROUP:

STACK HEADING: 135°
WIND-UP LIMIT: 000°
PRESENT WIND-UP: 000°
TOTAL POWER AVAILABLE: 14,000 kw
PRESENT POWER USED: 14%
THRUSTERS ONLINE: 4
THRUSTERS AVAILABLE: 2
THRUSTERS BLOCKED: 2
THRUST USED (%) : 2%

4/10/2010    5:58:57AM

| | | | | | |
|---|---|---|---|---|---|
| \multicolumn{6}{c}{North America - North America Exploration - BP} | | | | | Page 6 of 6 |

## North America - North America Exploration - BP
## Daily Operations Report - Partners (Drilling)

| Operator: | BP | Event Type: | DRL- OFFSHORE | Report: | 139 |
|---|---|---|---|---|---|
| Well/Wellbore No.: | OCS-G 32306 MC252 #1/01 | Event Objective: | NEW DRILL | Date: | 4/9/2010 |
| WB Objective: | NEW DRILL | Well Type: | EXPLORATION | | |
| Site: | MC252 | Job Number: | | | |
| Contractor: | TRANSOCEAN OFFSHORE | Rig: | DEEPWATER HORIZON 87 | | |

### Remarks

ENVIRONMENTAL CURRENT (DP/KONGSBERG CURRENT) : 047 kts
ENVIRONMENTAL CURRENT DIRECTION (TOWARDS) : 142 DEGREES
KG MARGIN (FT) (FOR MODU'S): 9.81 FT

MISC COMMENTS:
MARINE EQUIPMENT DOWN / UNAVAILABLE: OPERATIONAL.
DP FAULTS OR ANOMALIES: #2 THRUSTER OUT OF SERVICE WAITING ON PARTS

*********************************************************************************************************************************

LWD SENSOR DISTANCES BHA # 14

(DIR) SURVEY - 10.05'
(PWD) PRESSURE - 19.21'
(AGR) GAMMA RAY - 20.35'
(DDS) VIBRATION - 22.32'
(EWR) M5 RESISTIVITY - 28.48'

*********************************************************************************************************************************
*********************************************************

CONFIDENTIAL TREATMENT REQUESTED                                                                                        BP-HZN-MBI00013940