# EXHIBIT 11

# TRANSOCEAN WELL CONTROL HANDBOOK

# (DEPO EX. 596)



Title:

# WELL CONTROL HANDBOOK

Revision Status:

| | |
|---|---|
| Level: | L1B |
| Classification: | Handbook |
| Manual Number: | HQS-OPS-HB-01 |
| Issue Number: | 03 |
| Revision Number: | 01 |
| Revision Date: | March 31, 2009 |



Transocean

EXHIBIT # 596
WIT: _____

**NONCONTROLLED**

CONFIDENTIAL

BP-HZN-2179MDL00330768

| Transocean | WELL CONTROL | SECTION: | 3 |
| --- | --- | --- | --- |
| | HQS-OPS-HB-01 | SUBSECTION: | 1 |
| | WELL CONTROL PRINCIPLES<br>PRIMARY WELL CONTROL | | |

## 1  DEFINITION

Primary well control is the use of wellbore fluid density to provide sufficient hydrostatic pressure to prevent the influx of formation fluid (i.e. a kick) into the wellbore. It is of the utmost importance that primary control is maintained at all times by:

- Using drilling and completion fluids of an adequate density.
- Keeping the well full of an adequate density fluid at all times.
- Continuously monitoring active pit volumes, especially during tripping.
- Immediately detecting changes in the density, volumes and flow rate of drilling fluids from the wellbore and taking the appropriate action.

## 2  CAUSES OF KICKS

There are 5 major causes for the loss of primary well control.

### 2.1  FAILURE TO FILL THE HOLE PROPERLY WHILE TRIPPING

As the drillstring is pulled from the hole, the mud level drops due to the volume of pipe being removed. As the mud level drops the hydrostatic pressure may be reduced enough to lose primary well control allowing formation fluids to enter the wellbore.

### 2.2  SWABBING

The hydrostatic pressure in the wellbore will always be reduced to some extent when the drillstring or any downhole tools are being pulled from the hole. The reduction in hydrostatic pressure should not be such that primary control is lost.

Swabbing is caused by one or more of the following:
- High pulling speeds.
- Mud properties with high viscosity and high gels.
- Tight annulus (BHA/hole clearance) or restricted annulus clearance.
- Mud density in use is close to formation pressure.

Hardcopies are printed from an electronic system and are not controlled

| ISSUE NO: | 03 | REVISION NO: | 00 | | PAGE | OF |
| --- | --- | --- | --- | --- | --- | --- |
| REVISION DATE: | | MARCH 31, 2008 | | | 1 | 3 |

COPYRIGHT © 2008  ALL RIGHTS RESERVED

CONFIDENTIAL

BP-HZN-2179MDL00330810

| Transocean | WELL CONTROL | SECTION: | 3 |
| --- | --- | --- | --- |
| | HQS-OPS-HB-01 | SUBSECTION: | 1 |
| | WELL CONTROL PRINCIPLES | | |
| | PRIMARY WELL CONTROL | | |

### 2.3 LOST CIRCULATION (REFER TO SECTION 8 SUBSECTION 8)

When lost circulation occurs, the drilling fluid level can drop and a reduction in hydrostatic pressure in the wellbore may cause the loss of primary well control. Loss of circulation may result from one or more of the following:

- Cavernous or vugular formations.
- Naturally fractured, pressure depleted or sub-normally pressured zones.
- Fractures induced by excessive pipe running speeds, especially if the mud density is close to the fracture gradient.
- A restricted annulus due to balling of BHA or sloughing shales/mobile formations.
- Excessively high annular friction losses.
- Excessive pressures caused by breaking circulation when mud gel strength is high.
- Mechanical failure (casing, riser, etc).

### 2.4 INSUFFICIENT MUD WEIGHT

When the hydrostatic pressure due to drilling fluid density is less than formation pressure of a permeable zone, formation fluids will enter the wellbore. This may occur due to the following:

- Drilling into an abnormal pressure zone.
- Dilution of the drilling fluid on surface (reduction in MW).
- Reduction in drilling fluid density due to influx of formation fluids, in particular gas (refer to Section 4 Subsection 4, Heading 4, "Gas Cut Mud").
- Settling of weighted material (barite sag).
- Failure to displace riser to kill mud after circulating out a kick.
- Pumping long columns of lower weight fluids during specific operations (e.g. hole cleaning pills in inclined sections, spacers during cementing, etc).
- After cementing and while WOC the hydrostatic pressure of the slurry may be reduced to the equivalent of the mixwater as it starts to set.

Hardcopies are printed from an electronic system and are not controlled

| ISSUE NO: | 03 | REVISION NO: | 00 | | PAGE | OF |
| --- | --- | --- | --- | --- | --- | --- |
| REVISION DATE: | MARCH 31, 2008 | | | | 2 | 3 |

COPYRIGHT © 2008 ALL RIGHTS RESERVED

CONFIDENTIAL

BP-HZN-2179MDL00330811

| Transocean | WELL CONTROL | SECTION: | 3 |
| --- | --- | --- | --- |
| | HQS-OPS-HB-01 | SUBSECTION: | 1 |
| | **WELL CONTROL PRINCIPLES** | | |
| | PRIMARY WELL CONTROL | | |

### 2.5 LOSS OF RISER DRILLING FLUID COLUMN

On floating rig operations, the loss of the drilling fluid column in the riser may result in a reduction of hydrostatic pressure in the wellbore and may cause the loss of primary well control.

This loss of riser hydrostatic column could be due to:
- Accidental disconnect.
- Riser damage.
- Displacement of riser with seawater or a lower density fluid.
- Accidental "U-tubing" into choke/kill lines.

*Hardcopies are printed from an electronic system and are not controlled*

| ISSUE NO: | 03 | REVISION NO: | 00 | PAGE | OF |
| --- | --- | --- | --- | --- | --- |
| REVISION DATE: | MARCH 31, 2008 | | | 3 | 3 |

COPYRIGHT © 2008 ALL RIGHTS RESERVED

CONFIDENTIAL                                                BP-HZN-2179MDL00330812