# EXHIBIT 12

# BP'S GROUP ENGINEERING TECHNICAL PRACTICES, GP 10-10 "WELL CONTROL"

# (DEPO EX. 0215)



| Document No. | GP 10-10 |
|---|---|
| Applicability | Group |
| Date | 18th November 2008 |

## GP 10-10

# Well Control

## Group Practice



EXHIBIT
tabbies®
215

## BP GROUP
## ENGINEERING TECHNICAL PRACTICES

HIGHLY CONFIDENTIAL

## 1. Scope

This ETP covers the essential systems, practices and training requirements that comprise the BP well control standard. Methods and practices for detecting the flow of formation effluent into the well bore, shutting the well in, circulating out the unwanted formation effluent, diverting flow away from personnel and restoring the well to a stable operating condition are described. Industry and BP procedures that are considered to be best in class and essential practice for all personnel involved in drilling, completion and well work activities are presented in detail. In addition to basic well control techniques, specialized well control practices for wireline, coil tubing, snubbing, intervention operations and coring are included.

## 2. Normative references

The following normative documents contain requirements that through reference in this document constitute requirements of this GP. Requirements not referenced in this document are not requirements of this technical GP. Detailed guidance to practices for safe and effective well control is covered in the following BP Global documents:

### BP

| | |
|---|---|
| BPA-D-001 | BP Drilling and Well Operations Policy |
| BPA-D-002 | Well Control Manual |
| BPA-D-003 | Casing Design Manual |
| GP 10-15 | Pore Pressure Prediction |
| GP 10-16 | Pore Pressure Monitoring |
| GP 10-20 | Shallow Hazards |
| GP 10-35 | Well Operations |
| GP 10-36 | Breaking Containment |
| GP 10-40 | Drilling Rig Audits and Rig Acceptance |
| GP 10-45 | Working with Pressure |
| GP 10-60 | Zonal Isolation Requirements during Drilling Operations and Well abandonment |

### API

| | |
|---|---|
| API RP 53 | Blowout Prevention Systems, 3rd Edition |
| API RP 59 | Well Control Operations |
| API RP 64 | Diverter Systems Equipment and Operations |
| API Spec 16C | Choke & Kill Systems |
| API Spec 16D | Control Systems for Drilling Well Control Equipment |
| API Spec 16R CD | Specification for Drill through Equipment – Rotating Control Devices |

## 3. Terms and definitions

For the purposes of this GP, the following terms and definitions apply:

**Safety Critical**
Having the potential to cause personal injury, environmental damage, property damage or loss of reputation



HIGHLY CONFIDENTIAL

### Safety Critical Software

Software, the output of which is safety critical. For purposes of this document safety critical software is to include but not limited to all well control and well bore design software.

### BOP

Blowout Preventer - a conditional surface / subsurface pressure barrier often consisting of a set of hydraulically operated rams containing equipment designed to grip pipe, seal around pipe, shear off pipe or seal an open hole during drilling or workover operations. The BOP components may include an annular preventer; ram type preventers, valves, spools and other specific pieces of equipment.

### Tree

Christmas tree - the control sections that sit above the wellhead. It may contain hangers, master valves, annular valves, wing valves, and gauges or pressure, flow rate or monitoring equipment.

### Wellhead

The part of the wellbore surface / subsurface equipment providing interface between the casing strings and annuli to the tree and casing/tubing outlets

### Well Work

Well intervention operations performed after the initial completion, with a service, conventional or hydraulic workover rig and for the purpose of repairs, re-completions, workover, pulling rods for pumps, tubing change outs, etc., where hoisting and well control are essential.

### Well Work Unit

Rigs with masts and hoisting capabilities for handling completion strings and jointed pipe

### Coiled Tubing Unit

Coiled tubing is an upstream operations using specialized equipment, pipe and qualified personnel to control pressure and the movement a continuous string of pipe and tools in or out of the wellbore using a coiled tubing injector under or over balanced.

### Snubbing Unit

Snubbing is an upstream operation using specialized equipment and qualified personnel to control pressure and the movement of jointed tubulars and tools in or out of wellbore using snubbing equipment while under-balanced.

### Hydraulic Workover Unit (HWO)

HWO units shall be defined as specialized snubbing type units which are configured to perform the movement of tubulars and tools in or out of wellbore while employing conventional workover BOP configurations as the contingent barrier and a stable column of fluid to balance well pressures as the active barrier.

### Contingent Barrier

During balanced drilling, conventional and hydraulic workover activities contingent barriers shall be defined as: blowout preventer equipment (BOPE). E.g. ram and annular / spherical type BOPE and down hole float equipment

During under-balanced drilling, wireline, snubbing and coiled tubing intervention activities contingent barriers shall be defined as: redundant blowout preventer equipment (BOPE) not required for stripping and tree. E.g. redundant ram and annular/spherical type BOPE configured to allow support primary means of pressure containment and conveyance of tools for required intervention.



HIGHLY CONFIDENTIAL

BP-HZN-2179MDL00408011

**Intervention**

Activities that involves entering the pressure containing environment of the well. This includes drilling, well work, wireline, coiled tubing, snubbing, conventional and hydraulic workover operations, and tree and well head operations.

**Active Barrier**

During balanced drilling, conventional and hydraulic workover activities active barriers shall be defined as: a stable column of fluid equal to or greater than bottom hole pressure.

During under-balanced drilling, wireline, snubbing and coiled tubing intervention activities active barriers shall be defined as: dynamic mechanical sealing device. E.g. wireline packoff, grease injector, stripping rubber, rotating head, mechanically assisted differential sealing back pressure valve, annular or stripper rams – provided 100% redundancy is used.

## 4.   Symbols and abbreviations

For the purpose of this GP, the following symbols and abbreviations apply:

| | |
|---|---|
| AEUB | Alberta Energy and Utilities Board |
| API | American Petroleum Institute |
| BHA | Bottom Hole Assembly |
| BOP | Blow Out Preventer |
| BOPE | Blow Out Preventer Equipment |
| CT | Coiled Tubing |
| HPHT | High Pressure High Temperature |
| $H_2S$ | Hydrogen Sulphide |
| HWO | Hydraulic Work Over |
| IWCF | International Well Control Forum |
| IADC | International Association of Drilling Contractors |
| MAR | Major Accident Risk |
| OC | Operating Centre |
| PM | Preventative Maintenance |
| SPA | Single Point of Accountability |
| TA | Technical Authority |
| VR | Valve Removal |



HIGHLY CONFIDENTIAL

BP-HZN-2179MDL00408012