# EXHIBIT 13

# CHIEF COUNSEL'S REPORT 2011, *NATIONAL COMMISSION ON THE BP DEEPWATER HORIZON OIL SPILL AND OFFSHORE DRILLING/ REPORT TO THE PRESIDENT*

(DEPO EX. 0986)

EXHIBIT # 986
WIT:

Case 2:10-md-02179-CJB-DPC   Document 5652-16   Filed 02/10/12   Page 4 of 15



# Macondo
THE GULF OIL DISASTER

## Chief Counsel's Report | 2011
National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling

## Kicks and Ballooning

Twice prior to April 20, the Macondo well experienced an unwanted influx into the wellbore, or a "kick." On October 26, 2009, the well kicked at 8,970 feet. The rig crew detected the kick and shut in the well. They were able to resolve the situation by raising the mud weight and circulating the kick out of the wellbore.[31] On March 8, 2010, the well kicked again, at 13,305 feet.[32] The crew once again detected the kick and shut in the well.[33] But this time, the pipe was stuck in the wellbore.[34] BP severed the pipe and sidetracked the well.[35]

On March 25 the Macondo well also had a ballooning, or "loss/gain," event. The rig lost fluids into the formation. When the crew decreased the pressure of the mud in the wellbore, the rig then received an influx of fluids from the formation.

## Lost Circulation During Drilling

A major risk at Macondo was the loss of drilling fluid into the formation, called **lost circulation** or **lost returns**.[36] At various points in February, March, and April, the pressure of drilling fluid exceeded the strength of the formation, and drilling fluid began flowing into the rock instead of returning to the rig.[37] Lost circulation events are common in offshore drilling. The *Horizon* rig crew generally responded with a standard industry tactic: It pumped thick, viscous fluid known as **lost circulation material** into the well and thereby plugged the fractures in the formation.

The *Horizon* crew successfully addressed repeated lost circulation events while drilling the Macondo well.[38] The events occurred frequently and at various depths, and sometimes lasted several days: once in mid-February, four times in March, and three times in April.[39] In total, BP lost approximately 16,000 barrels of mud while drilling the well, which cost the company more than $13 million in rig time and materials.[40]

## Uncertain Pore Pressures Affect the Well Design

The kicks, ballooning, and lost circulation events at Macondo occurred in part because Macondo was a "well with limited offset well information and preplanning pressure data [were] different than the expected case."[41] Given BP's initial uncertainty about the pore pressures



Figure 4.2.8. Timeline of drilling events.

of the rock, the company had to adjust its well design as it drilled the well and gained better pore pressure information.

This was particularly true after the March 8 kick. According to contemporaneous communications among BP engineers, the "kick and change in pore pressure...completely changed" the forward design[42] and did so "rapidly."[43] "Due to well pressure uncertainty, it [was] unknown how many more liners [BP would] need to set before getting to TD."[44] Accordingly, the Macondo team decided to proceed more conservatively and set casing strings shallower in the well.[45] They installed an intermediate 11⅞-inch liner (at 15,103 feet) that had been set aside as a contingency in the original plan.[46] They then set an additional liner, 9⅞ inches in diameter, above the reservoir (at 17,168 feet).[47] And they planned for yet another smaller casing size in the final hole section.[48]

## Rig Crew Calls Total Depth Early Due to Narrow Drilling Margin

The last of the lost circulation events occurred on April 9, after the rig had begun to penetrate the pay zone.[49] At 18,193 feet below sea level, the drilling mud pressure exceeded the strength of the formation, and the rig crew observed lost returns. The point at which the formation gave way—when ESD was approximately 14.5 pounds per gallon (ppg)—came as a surprise to the Macondo team.[50] The crew had to stop drilling operations until they could seal the fracture and restore mud circulation. They pumped 172 barrels of lost circulation material down the drill string, hoping to plug the fracture.[51] The approach worked, but BP's onshore engineering team realized the situation had become delicate.[52] In order to continue drilling, they had to maintain the weight of the mud at approximately 14.0 ppg in order to balance the pressure of hydrocarbons pushing out from the formation. But drilling deeper would exert even more pressure on the formation. Engineers calculated that drilling with 14.0 ppg mud would yield an ECD of nearly 14.5 ppg—presenting the risk of once again fracturing the rock and losing returns.[53] At that point, "it became a well integrity and safety issue."[54] The engineers had "run out of drilling margin."[55] The well would have to stop short of its original objective of 20,600 feet.

Rig personnel were able to carefully drill ahead an additional 167 feet and called total depth at 18,360 feet. In that sense, drilling was successful: BP reached the targeted reservoir zone and was able to run a comprehensive suite of evaluation tools.[56]

## ECD Concerns Influence Final Production Casing Design

BP engineers then began preparing to install a production casing. BP had Halliburton run a series of computer models to help plan for cementing the production casing.

## March 23 Meeting Considers Both Long String and Liner Production Casing

On March 23, Hafle, Morel, and in-house BP cementing expert Erick Cunningham met with Halliburton cementing engineer Jesse Gagliano to discuss ECD concerns in the modeling.[57] The team was trying to decide what size production casing to install and cement at the bottom of the well.[58] Earlier that month, the engineers had modeled both long string and liner production casing designs on two sizes of pipe—7⅝-inch and 7-inch.[59] They were concerned the 7⅝-inch pipe would create a narrow annulus and increase friction to the point that the formation would break.[60] According to Halliburton's models, a smaller 7-inch pipe reduced ECD significantly.[61] Though no decision was made as to casing design or diameter, the group decided to find out how much 7-inch pipe was available should they decide to use that size production casing at the bottom of the well.[62]

On April 14, BP senior drilling engineer Mark Hafle initiated a formal management of change review of the plan to set the production casing.[64] He marked the document as a high priority and asked that its approval be completed by the next day.[65] Hafle incorporated the design decision regarding TOC in the management of change document. The document discussed the risk that the primary bottomhole cement would not act as a barrier: "If losses occur during the cement job, possible cement evaluation, remedial cement operations, dispensations and/or MMS approvals will be required prior to performing TA operations due to a lower than required Top of Cement in the annulus. Possible hydrocarbon zones could be left exposed in the annulus with only the casing hanger seal as the single barrier for the TA."[66] In the event that occurred, the document went on to note, "A perf[oration] and squeeze operation could be performed to add a second barrier in the annulus."[67] BP drilling and completions operations manager David Sims reviewed the management of change document and commented that the "[c]ontent looks fine."[68] BP drilling engineer team leader Gregg Walz, BP wells team leader John Guide, BP engineering manager John Sprague, and others also reviewed the document—all approved.[69]

Keeping TOC to a minimum necessarily reduced the total volume of cement that Halliburton pumped down the well. Several other features of the Macondo well also limited the total amount of cement that could be pumped:

- the relatively short distance the well had been drilled below the main pay sands;
- the relatively narrow annular space between the production casing and the formation; and
- BP's decision not to pump any cement behind the top plug.[70]

Halliburton calculated that it should pump approximately 51 barrels of cement (about 60 barrels after foaming) down the well in order to fill the shoe track and the annular space up to BP's specified TOC.[71] BP engineers recognized that this was a relatively small volume of cement that would provide little margin for error.[72]

## Cement Flow Rate

Just as increased mud flow rate improves wellbore conditioning, higher cement flow rates tend to increase the efficiency with which cement displaces mud from the annular space. Cement must be pumped fast enough so that it will scour mud from the side of the wellbore instead of merely flowing past. The API notes that "[h]igher pump rates introduce more energy into the system allowing more efficient removal of gelled drilling fluid."[73] However, increased pump pressure required to move the cement quickly would mean more pressure on the formation (ECD) and an increased risk of lost returns.[74]

One way in which BP reduced the risk of lost returns at Macondo was by lowering the rate of cement flow. BP pumped cement down the well at the relatively low rate of four barrels or less per minute.[75] This was a lower rate than called for in earlier drilling plans,[76] but BP did inform Halliburton of the change and Halliburton's computer models accounted for the reduced flow rate.

## Use of Nitrogen Foamed Cement

One very direct way to reduce the amount of pressure that a column of cement exerts on the formation below is to use lightweight cement. While there are several ways to generate lightweight cement, BP and Halliburton chose to use nitrogen foamed cement. Cementing personnel create nitrogen foamed cement by injecting inert nitrogen gas into a base cement

Case 2:10-md-02179-CJB-DPC   Document 5652-16   Filed 02/10/12   Page 8 of 15

Guide and Kaluza instructed the crew to switch from pump 4 to pump 3 to see if changing pumps might change the circulation pressure.[169] They observed a slightly higher circulation pressure (396 psi at 4 bpm) after switching pumps, but this was still significantly lower than the expected pressure.[170]

Table 4.3.1. Low pressure observed after circulation established.

| Circulation Rate | 1 bpm | 4 bpm |
|---|---|---|
| Pressures Observed | 137 psi[171] | 340 psi (on pump 4)[172]<br>396 psi (on pump 3)[173] |
| Pressures Modeled | 370 psi[174] | 570 psi[175] |

At Guide's suggestion, the crew checked whether the Allamon **diverter** in the drill pipe might be leaking. The diverter is a valve opened during casing installation to allow drilling fluid flowing up inside the casing to flow into the annulus and back to the surface. At Macondo, the diverter was located in the drill pipe, above the wellhead at a final depth of 4,424 feet.[176] The test confirmed the diverter was closed.[177] Morel and Kaluza considered the possibility of a breach somewhere in the casing string.[178] However, they determined that a leak in the casing could not be fixed at the moment and, if present, would be revealed by later pressure tests (such as the positive pressure test).[179]

BP never resolved the low circulation pressure issue, concluding instead based on discussions with the rig crew that the pressure gauge was likely broken.[180] Morel and others felt comfortable proceeding because of the fact that the cement would be pressure tested later.[181] According to BP interview notes, Kaluza later described the low circulation pressure as an anomaly and said that after he had discussed it with Guide and well operations advisor Keith Daigle, Guide instructed Kaluza to begin pumping cement.[182]

# Pre-Cementing Wellbore Conditioning at Macondo

## Circulation After Landing the Long String

After converting the float valves, BP circulated mud again to clean the inside of the production casing string, remove any debris and cuttings dislodged by the casing installation, and condition the mud in the wellbore for cementing.

## Planned Pre-Cement Circulation Volumes and Rates

An API recommendation from May 2010 was to circulate a minimum of 1.5 annular volumes or one casing volume after casing installation, whichever is greater.[183] Had this recommendation been in place at Macondo, this would have meant circulating 4,140 barrels (bbl) of drilling fluid. Halliburton recommends performing at least one full bottoms up circulation on a well before pumping a cement job.[184] This standard would have required BP to circulate 2,760 bbl of drilling fluid through the wellbore.[185]

If the ports in the bottom of the auto-fill tube were clogged, the rig pumps may have placed enough force on the collar to shear the brass pins instead of the pins holding the auto-fill tube in place. Clawson informed Morel on April 19 that it would only take 1,300 psi of pressure to force the ball through the collar without converting the float valves.[310] It is not apparent whether Morel considered or informed others of this possibility.[311]

### Unconverted Float Valves Would Have Increased the Risk of Cement Failure

If rig personnel never converted the float valves at Macondo, it would have left an open flow path through the float collar assembly. That flow path may have allowed cement to flow back into the casing from the annular space outside the casing, which would in turn have left less cement in the annular space. This flow would also have: (1) increased the potential for contamination of the shoe track cement with mud; (2) brought foamed cement from the annulus into the shoe track (which should have contained only unfoamed tail cement); and (3) allowed any nitrogen that broke out of the foamed cement to compromise the shoe track cement. The open flow path would also have made it easier for any hydrocarbons that bypassed the cement to flow through the float collar assembly.[312]

### Properly Converted Float Equipment Is Not a Reliable Barrier to Hydrocarbon Flow

The Chief Counsel's team does not believe that even properly converted float valves would have constituted a reliable physical barrier to hydrocarbon flow. While BP's internal investigation report appears to state that float valves could be a barrier,[313] several senior BP personnel disagreed with that statement.[314] Weatherford does not consider float equipment a barrier to hydrocarbon flow and instead provides the equipment only to prevent backflow of cement.[315] The API similarly states only that "float equipment is used to prevent the cement from flowing back into the casing when pumping is stopped"[316] and does not include float equipment among its list of subsurface mechanical barriers.[317]

# Management Findings

### BP's Management Processes Did Not Force the Macondo Team to Identify and Evaluate All Cementing Risks and Then Consider Their Combined Impact

BP engineers failed to fully appreciate the cementing challenge they faced at Macondo. Every deepwater cement job presents a technical challenge, but the Macondo cement job involved an unusual number of risk factors. Several were inherent in the conditions at the well. BP and Halliburton created several others during the course of the design and execution of the primary cement job. The list includes:

- narrow pore pressure/fracture gradient;
- use of nitrogen foamed cement;
- use of long string casing design;
- short shoe track;
- limited number of centralizers;
- uncertainty regarding float conversion;

- limited pre-cementing mud circulation;
- decision not to spot heavy mud in rathole;
- low cement volume;
- low cement flow rate;
- no cement evaluation log before temporary abandonment; and
- temporary abandonment procedures that would severely underbalance the well and place greater stress than normal on the cement job.

BP engineers certainly recognized some of these risk factors and even tried to address some of them. For instance, the team asked Halliburton to use additional spacer during the cement job to compensate for the limited pre-cementing circulation.[318] But it does not appear that any one person on BP's team—whether in Houston or on the rig—ever identified all of the risk factors. Nor does it appear that BP ever communicated the above risks to its other contractors, primarily the Transocean rig crew. For instance, Transocean was never aware that Halliburton had recommended more than the six centralizers that were used.[319]

More importantly, there is no indication that BP's team ever reviewed the *combined impact* of these risk factors or tried to assess the overall likelihood that the cement job would succeed, either on their own or in consultation with Halliburton. Rather, BP appeared to treat risk factors as surmountable and then forgettable. For instance, after Guide had decided to use only six centralizers despite the risk of channeling, one BP engineer wrote to another team member, "But who cares, it's done, end of story, [we] will probably be fine and we'll get a good cement job."[320] Reviewing the aggregate effect of risk factors may not even have led BP to change any of its design decisions. But if done properly, it may have led BP engineers to mitigate the overall risk in ways that could have prevented the blowout. Indeed, a major oil company representative stated that the risk factors at Macondo were so significant that his organization would not have counted the Macondo cement job as a barrier to annular flow outside the production casing even after a successful negative pressure test.[321]

A closely related issue is that once BP's engineering team properly identified a risk, it often examined and addressed the risk without a full appreciation of other risks its *response* might create. For instance, BP's team focused almost exclusively on the risk of lost returns in designing its cementing program. BP engineers may well have been right to view this as the largest individual risk they faced. But they failed to consider the secondary impacts of their numerous responses to that risk, which included reducing pre-cementing circulation, cement volume, and cement flow rate. Those responses may have increased the overall likelihood of cement failure even as they decreased the potential for lost returns.[322]

## BP Did Not Properly Manage Design Changes and Procedural Modifications

### Impact of Changes to Its Mud Circulation Plan

BP's engineering team does not seem to have recognized that late-stage changes to mud circulation plans might impact float collar conversion. Before the early April lost circulation event, the team intended to circulate fluids at 8 bpm—a rate that would have converted the float valves. But the BP team later reduced the planned circulation rate to 4 bpm because of ECD concerns—a rate that would not have converted the float valves according to the manufacturer's specifications. The April 15 drilling plan highlights the disjoint: It simultaneously calls for

circulation rates of *at least* 8 bpm to convert the float equipment but recommends circulating mud at 3 bpm "to keep ECD below 14.5 ppg."[323] Circulating at 8 bpm would clearly exceed that ECD threshold, and an independent expert found this inconsistency irreconcilable.[324]

If BP had recognized that lowering planned circulation rates could impact float collar conversion, it could have solved the problem easily. Weatherford can readily produce float collars that convert at different flow rates—changing the conversion flow rate can be as simple as changing the number of shear pins or the size of the holes in the bottom of the auto-fill tube. BP could therefore have used a different float collar assembly that would have converted at the lower flow rates it planned. Its engineering team does not appear to have considered this possibility or the internal inconsistency in its drilling plan.

## Centralizer Sub Procurement

By January 2010, BP's well plan had called for at least 11 centralizers for its final production casing string. Weatherford, BP's centralizer supplier, recommends that its clients notify it of equipment needs four to six weeks in advance.[325] But BP engineers waited until the last day of March to begin the process of ordering centralizers, leaving themselves less than three weeks of lead time. If BP had ordered centralizers earlier, Weatherford personnel would have had ample lead time to manufacture more centralizer "subs" to meet BP's request,[326] and BP's team would not have been forced to decide whether to use slip-on centralizers.

When BP eventually ordered centralizers from Weatherford, the engineer who made the request only asked for a range of "7-10" centralizers rather than the 11 centralizers that BP's January 2010 plan specified. It appears that BP engineers relied on their own estimates of centralizer needs given well conditions, but it is unclear why those conditions would have been any different than when the original well plan was designed.[327] When Weatherford responded that it had only six centralizers in stock, BP's team viewed this as sufficient even though it was less than the number the engineer requested and about half the number called for in the well plan. There is no indication that BP's team even asked whether additional centralizer subs could be manufactured in time, nor is there any evidence that BP attempted to secure acceptable equipment from other suppliers besides Weatherford.[328]

Managing equipment procurement is a key part of safe and efficient offshore drilling. By failing to plan centralizer procurement properly, BP's engineering team forced itself to choose between using only a few centralizer subs, adding slip-on centralizers that its team believed posed mechanical risks, or incurring costs by waiting for Weatherford to manufacture additional subs at the last minute.

## Decision Not to Run Additional Slip-On Centralizers

BP also mismanaged its engineering response to Halliburton's advice to add centralizers. First, BP and Halliburton could have considered centralizer availability during the mid-April design review that led them to determine they could cement a long string without exceeding ECD thresholds. Instead, they simply assumed optimal centralization without examining whether they had the materials on hand to achieve it.

Once Gagliano advised BP's team that additional centralizers would be needed to avoid channeling, the team responded by procuring 15 additional centralizers immediately. The immediate response reflects appropriate levels of concern, but also highlights the problems with making complex design changes at the last minute. The engineering team believed that

[60] Internal BP document (BP-HZN-MBI 143300). The Bly report states that the top hydrocarbon zone was 17,788 feet. BP, Deepwater Horizon *Accident Investigation Report*, 54.

[61] Internal BP document (BP-HZN-CEC 20234).

[62] Guide, interview, September 17, 2010.

[63] BP's April 14 Application for Permit to Drill shows TOC at 17,300. Internal BP document (BP-HZN-MBI 23746). The Bly report states that the TOC was at 17,260 feet. BP, Deepwater Horizon *Accident Investigation Report*, 54.

[64] Internal BP document (BP-HZN-MBI 143259).

[65] *Ibid.*

[66] *Ibid.*

[67] *Ibid.*

[68] Internal BP document (BP-HZN-MBI 143291). In that comment, Sims also told Hafle: "Need to change the reviewers to Walz, Reiter, Mix and the approvers to Sims, Sprague, Frazelle."

[69] Internal BP document (BP-HZN-MBI 143292).

[70] Internal BP document (BP-HZN-CEC 22667). BP made this decision out of concern that cement above the float collar might interfere with logging.

[71] Internal Halliburton document (HAL_11002).

[72] Internal BP document (BP-HZN-MBI 143295); Internal BP document (BP-HZN-CEC 22663); BP, Deepwater Horizon *Accident Investigation Report*, 34.

[73] API RP 65 - Part 2 § 4.6.5.2.

[74] API RP 65 - Part 2 § 4.6.5.2.

[75] Internal BP document (BP-HZN-MBI 127537-39); Internal Halliburton document (HAL_11196).

[76] The September 2009 and January 2010 drilling programs called for a **minimum** of 5 bpm. Internal BP document (BP-HZN-CEC 8860)(September 2009 Drilling Program); Internal Transocean document (TRN-HCJ 93593)(January 2010 Drilling Program). Later versions reduced the displacement rate. The April 12 drilling plan called for a minimum of 3 bpm. Internal BP document (BP-HZN-CEC 21265). The April 15 drilling plan called for pump rates of 2 to 4 bpm. Internal BP document (BP-HZN-CEC 17626-27).

[77] Gagliano claimed that Morel made the decision to use foamed cement, though there is conflicting information on this point. Internal BP documents (BP-HZN-BLY 61276); Internal BP document (BP-HZN-BLY 61294); Confidential source, interview.

[78] Internal BP document (BP-HZN-MBI 218202).

[79] *Ibid.*

[80] API 10TR4 § 1; American Petroleum Institute, *Recommended Practice for Centralizer Placement and Stop-collar Testing*, Part 2, 1st ed. (August 2004)("API 10D2 § 4"). API does set forth a formula to calculate standoff ratios, even though it has no specific recommended ratio. API did have a "minimum standard" ratio of 67% standoff for performance of casing bow spring centralizers. But that 67% ratio is simply a means to help manufacturers produce API-quality centralizers. No centralization standoff ratio standards, or a standard for the distance of centralized casing, were found in API RP 10D-2, API Technical Report 10TR4e1 or the post-blowout Recommend Practice 65.

[81] Internal BP document (BP-HZN-MBI 193557). BP cementing expert Cunningham explained that a "distinct permeable zone" could be hydrocarbons or water. For Halliburton, Halliburton engineer Gagliano stated that "you view a percentage standoff and usually shoot for about 70 or above for standoff." Jesse Gagliano (Halliburton), interview with the U.S. House of Representatives Committee on Energy and Commerce, June 11, 2010.

[82] Cunningham, interview.

[83] Internal BP document (BP-HZN-CEC 8858). BP actually set forth three different formulas in this document, but all result in the running of at least 16 centralizers at the eventual total depth of the well. Presumably because every joint to 100 feet above the highest "permeable zone" would be centralized,

OSC 512). The Chief Counsel's team has not found evidence suggesting that this dispensation affected the ability of the diverter sealing element.

[177] Internal BP document (BP-HZN-MBI 21304). The rig crew closed the lower annular and pumped down the drill pipe, taking returns up the choke and kill lines. They then shut off the pumps and monitored the flow line for losses. The rig crew determined the diverter was closed. Internal BP document (BP-HZN-OSC 4027); Internal BP document (BP-HZN-MBI 136942); Internal BP document (BP-HZN-MBI 21304).

[178] Testimony of Nathaniel Chaisson, 432. Morel was similarly unsure how they established circulation. Internal BP document (BP-HZN-MBI 129068).

[179] Confidential source, interview. The engineers thought upcoming pressure tests after cementing would confirm the integrity of the system. During a positive pressure test, additional fluid is pumped into the well, which is then sealed and monitored for pressure changes. Constant pressure confirms the casing, seal assembly, and BOP do not contain holes or leaks and can therefore hold pressure. But a positive pressure test does not confirm the integrity of the casing below the top wiper plug. On April 20 between 10:30 a.m. and noon, the crew conducted two positive pressure tests, both of which indicated the well was holding pressure. A negative pressure test similarly tests the well system for leaks, but the negative pressure test at Macondo did not indicate well integrity.

[180] Testimony of Brett Cocales, 72-73.

[181] Confidential source, interview.

[182] Internal BP document (BP-HZN-MBI 129616).

[183] API, *Recommended Practices for Isolated Potential Flow Zones During Well Construction,* part 2, 1st ed. (May 2010), 65 ("API RP 65 § 4.8.4"). The relevant portion of the second edition (§ 5.8.7) is not as prescriptive.

[184] Gagliano, interview.

[185] Steve Lewis (Expert witness), email to Commission staff, November 19, 2010. The precise calculation is 2,757.2 barrels.

[186] Testimony of Jesse Gagliano, 341-342. The actual pre-cement circulation time took roughly half an hour. *Ibid.,* 343.

[187] Internal BP document (BP-HZN-CEC 8860); Internal Transocean document (TRN-HCJ 93593).

[188] Internal BP document (BP-HZN-CEC 21445).

[189] Internal BP document (BP-HZN-CEC 21265). This pipe capacity equals 883.82 barrels. Internal BP document (BP-HZN-CEC 21445).

[190] Internal BP document (BP-HZN-CEC 17626).

[191] Testimony of John Guide, July 22, 2010, 150.

[192] BP legal team, interview with Commission staff, August 9, 2010.

[193] Testimony of Gregory Walz, 10-11.

[194] *Ibid.,* 11.

[195] Testimony of John Guide, July 22, 2010, 150; Guide, interview, September 17, 2010.

[196] Testimony of Nathaniel Chaisson, 437-38.

[197] Internal BP document (BP-HZN-CEC 21448). This document was prepared on April 17 by BP well site leaders Don Vidrine, Bob Kaluza, BP engineer Brian Morel, Halliburton cementer Nathaniel Chaisson, Halliburton foam team leader Paul Anderson, and Terry Leblue of Blackhawk. Testimony of Nathaniel Chaisson, 436.

[198] Testimony of Nathaniel Chaisson, 436.

[199] Sperry-Sun data, April 19, 2010, 16:15 – 16:30. When this circulation was established, the rig crew believed the float equipment had converted.

[200] Internal BP document (BP-HZN-CEC 21448). Halliburton concluded 346 barrels were circulated prior to cementing. Sperry-Sun data, April 20, 2010, 19:20. An independent expert calculated a circulation of

additional pressure. Testimony of John Guide, July 22, 2010, 147-48. Transocean offshore installation manager (OIM) Jimmy Harrell stated he was not concerned with additional pressure and that it is not usual that several attempts at higher pressures were needed to convert. Testimony of Jimmy Harrell, 85, 122. And Transocean senior toolpusher Randy Ezell also stated that the applied pressures were not too high due to debris that needed to be cleared. Ezell, interview. Another failure mode could be created by interference of the diverter ball, though this seems unlikely. After the casing is installed, the rig crew drops a 1.625-inch brass ball to close the hole, which closes the diverter gate and seals the inside of the casing from the annular space. The ball eventually lands on the float equipment. Email communications indicate the rig crew considered this scenario. It appears unlikely the diverter ball prevented conversion, as even with the diverter ball there would be more than 2 inches of space for fluid to circulate around the ball and through the float equipment. Internal BP document (BP-HZN-MBI 127277). BP's post-blowout tests simulated the diverter ball on top of the float equipment. BP tests where the Allamon ball was on top of the float collar established circulation at 3,210 psi and the float equipment converted at 11.5 bpm in the subsequent flow surge. Internal BP document (BP-HZN-BLY 62214-15).

[284] Internal BP document (BP-HZN-CEC 8860).

[285] Internal Transocean document (TRN-HCJ 93593).

[286] Internal BP document (BP-HZN-CEC 21265).

[287] Internal BP document (BP-HZN-CEC 17626).

[288] Internal BP document (BP-HZN-MBI 129226-32).

[289] Commission calculation based on internal BP document (BP-HZN-MBI 129229); Lewis, email, October 21, 2010. Evidence has indicated mud weight as both 14.0 or 14.17 ppg. For purposes of this calculation, an independent expert used a mud weight of 14.1 ppg. A mud weight in this range would require a flow rate of approximately 6 bpm to create a differential pressure of approximately 600 psi to convert the float equipment.

[290] Lewis, email, October 21, 2010; Testimony of Steve Lewis, 95.

[291] Testimony of Steve Lewis, 93.

[292] Internal BP document (BP-HZN-MBI 136941).

[293] Testimony of Steve Lewis, 96; BP, Deepwater Horizon *Accident Investigation Report*, 70.

[294] Commission calculation based on internal BP document (BP-HZN-MBI 129229).

[295] Stress Engineering conducted performance tests including flow endurance tests, steady-state flow conversion tests, flow-surge conversion tests, flow-surge tests on already converted float equipment, and mechanical failure tests of auto-fill tubes. Internal BP document (BP-HZN-BLY 62187).

[296] Internal BP document (BP-HZN-BLY 62156).

[297] Internal BP document (BP-HZN-MBI 136941).

[298] Internal BP document (BP-HZN-BLY 62087). Stress Engineering could not simulate field conditions of the surge accurately enough for results to be conclusive. Internal BP document (BP-HZN-BLY 62066).

[299] Testimony of Steve Lewis, 112-13.

[300] BP, Deepwater Horizon *Accident Investigation Report*, 71. So does wells team leader John Guide, who stated that the team could have been fooled that the floats held because the u-tube pressure during the check was so low. Guide, interview, January 19, 2011.

[301] Internal Halliburton document (HAL_11004). The Chief Counsel's team's expert calculated an even lower pressure differential. Based on figures in the final cement plan, fluids inside the casing and in the annulus may have been in almost perfect balance with only a 0.8 psi differential. Steve Lewis (Expert witness), email to Commission staff, December 14, 2010.

[302] Lewis, email, December 14, 2010.

[303] Testimony of Daniel Oldfather, 49.

[304] Testimony of Steve Lewis, 110.

[305] Internal BP document (BP-HZN-MBI 137753).

[306] Internal BP document (BP-HZN-MBI 21304).

[307] Ronnie Sepulvado (BP), interview with Commission staff, August 20, 2010.

[308] An obstruction in the reamer shoe could cause pressure to be the same above and below the auto-fill tube, which would mean there would be insufficient differential pressure to dislodge the tube.

[309] Testimony of Richard Sears, Hearing before the National Commission, November 9, 2010, 324.

[310] Internal BP document (BP-HZN-MBI 21330).

[311] According to BP's John Guide, he and Brian Morel did not discuss this possibility. Testimony of John Guide, October 7, 2010, 179-80.

[312] Testimony of Steve Lewis, 99; Clawson, interview.

[313] BP, Deepwater Horizon *Accident Investigation Report*, 70.

[314] Testimony of Steven Robinson (BP), Hearing before the Joint Investigation Team, December 8, 2010, part 1, 39-40; Guide, interview, September 17, 2010. There is some disagreement as to whether float equipment constitutes a barrier. An expert retained by the Commission considers float equipment a barrier, but only to its pressure rating. Steve Lewis (Expert witness), interview, September 15, 2010.

[315] Clawson, interview.

[316] API RP 65 - Part 2 §4.4.3.

[317] API RP 65 - Part 2 §3.4.

[318] Testimony of John Guide, July 22, 2010, 289.

[319] Ezell, interview; Testimony of Jimmy Harrell, 95.

[320] Internal BP document (BP-HZN-CEC 22670).

[321] Joseph Leimkuhler (Shell), letter to Commission staff, September 22, 2010.

[322] BP's own report appears to agree that better risk identification and assessment would have helped avoid the accident. The Bly report states that a "formal risk assessment might have enabled the BP Macondo well team to identify further mitigation options to address risks...."BP, Deepwater Horizon *Accident Investigation Report*, 36; Testimony of Mark Bly, 345.

[323] Internal BP document (BP-HZN-CEC 17626)(April 15 Drilling Program).

[324] Testimony of Steve Lewis, 103; Steve Lewis, email, October 31, 2010.

[325] Clawson, interview.

[326] *Ibid*. BP would have known of the need for 7-inch centralizers at the time they decided to run a 9⅞-inch liner. That liner was specified nearly a week earlier in the March 25 APD that BP filed to MMS. Steve Lewis (Expert witness), email to Commission staff, January 1, 2011; Internal BP document (BP-HZN-MBI 23666). When asked by BP investigators why he did not order additional centralizers at the time the APD was submitted, Walz stated that he could not recall any specific discussion about centralizers but thought he "had a conversation with Brian Morel about ordering what they normally ordered." Internal BP document (BP-HZN-BLY 61329). Morel promptly ordered other 7-inch casing equipment but not centralizers. On March 25, for instance, he asked a BP materials coordinator, "Can you have (2) cross-over made for 7" x 9-7/8" with a rush on it (2 weeks or less)?" Internal BP document (BP-HZN-BLY 64818).

[327] Confidential source, interview. The "7-10" range was generated within the BP drilling team based on a rough estimate for what was needed to cover the pay zone given hole conditions. But it is unclear why the goal of the well plan or the well conditions would have been any different than when the original plan was designed.

[328] Weatherford sales representative Bryan Clawson indicated that in the case of BP's final production casing, Weatherford would have been able to manufacture additional centralizers in time, had they been promptly asked. Clawson, interview. Other BP rig well teams faced simultaneous centralizer needs that Weatherford could not fill, and approached other suppliers. Internal BP document (BP-HZN-MBI 252278).

[329] The Bly report states that the Macondo team "erroneously believed they had received the wrong centralizers." BP, Deepwater Horizon *Accident Investigation Report*, 63. This statement is ambiguous. The well team "erroneously believed" that it had ordered one-piece centralizers and therefore did not expect to