# EXHIBIT 14

# EXPERT REPORT OF
# DAVID G. CALVERT (WEATHERFORD)

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

IN RE:  THE MACONDO WELL NO. 1 INCIDENT IN THE
GULF OF MEXICO, ON APRIL 20, 2010

EXPERT REPORT OF
DAVID G. CALVERT

SUBMITTED ON BEHALF OF
WEATHERFORD U.S., L.P.

DATED: *October 14, 2011*

Signature:  David G. Calvert

7836

Exhibit No. _____
Worldwide Court
Reporters, Inc.

TABLE OF CONTENTS

| | | |
|---|---|---|
| 1. | Introduction | 1 |
| 2. | Opinions and Conclusions | 1 |
| 3. | Qualifications | 2 |
| 4. | Discussion | 4 |
| | A. Background | 4 |
| | B. Weatherford Float Collar Purposes | 6 |
| | C. Zonal Isolation | 12 |
| | D. Float Collar Not a Cause | 13 |
| | E. Potential Hydrocarbon Flowpaths | 14 |
| 5. | Figure 1 | 21 |
| 6. | Figure 2 | 22 |
| 7. | Figure 3 | 23 |
| 8. | Appendix One | 24 |
| 9. | Glossary of Terms | 31 |
| 10. | Exhibit A – Curriculum Vitae of David G. Calvert | 32 |
| 11. | Exhibit B – Arbitration Proceedings and Cases | 38 |
| 12. | Exhibit C – Compensation | 39 |
| 13. | Exhibit D – List of Materials Reviewed | 40 |

**Introduction**

I have been asked to offer my opinions regarding the following in connection with the

blowout of the Macondo Well on April 20, 2010:

1) What purposes did the Weatherford M45AP float collar serve in the cementing of the 9 7/8" x 7" production casing on the Macondo Well on April 19 and 20, 2010?

2) Did the Weatherford M45AP float collar serve the purposes for which it was (a) designed by Weatherford; (b) intended and utilized by BP; and (c) intended and utilized in the oil and gas industry in the cementing of production casing?

3) Did the 9 7/8" x 7" production casing cement fail to achieve zonal isolation of the hydrocarbon zones and pay sands in the production interval of the Macondo Well?

4) Was the Weatherford M45AP float collar a cause or contributing cause of any failure of the 9 7/8" x 7" production casing cement to achieve zonal isolation of the hydrocarbon zones and pay sands in the production interval of the Macondo Well?

5) Could hydrocarbons from the pay sands in the production interval of the Macondo Well have flowed through the shoe track cement and have done so without forcing cement out of the shoe track?

**Opinions and Conclusions**

The documents, reports, and references that I have reviewed address a number of factors

pertaining to the production casing cement job that may have caused or contributed to the

Macondo Well blowout on April 20, 2010. The loss of life, the loss of the Deepwater Horizon

Rig, and the effects on the environment likely make this blowout the worst in U.S. history. On

April 19, 2010, BP's well plan called for a Weatherford M45AP Flow-Activated Mid-Bore

Auto-Fill Float Collar to be run in the Macondo Well in the cementing of the 9 7/8" x 7"

production casing. Based on my review of the facts, circumstances, reports and other data and

information, I have reached the following conclusions regarding the cement job in the well, the

condition of the cement in the well and the Weatherford float collar:

1

1) The M45AP auto-fill float collar that was run in the hole by BP served two purposes in the cementing of the 9 7/8" x 7" production casing: (a) a landing profile for the cementing plugs; and (b) preventing flow back of cement slurry into the casing from the annulus.

2) The M45AP auto-fill float collar that was run in the hole by BP for the 9 7/8" x 7" production interval fulfilled the functions for which it was designed by Weatherford, intended and utilized by BP and intended and utilized by the oil and gas industry, namely: (a) providing a landing profile for the cementing plugs; and (b) preventing flow back of cement slurry into the casing from the annulus. The M45AP float collar served its widely accepted, oil and gas industry purpose as a cement placement accessory in the cementing of production casing. Once the cement is properly pumped in place, the float collar assists in keeping the pumped cement in place by preventing wet cement from flowing back into the casing while waiting on the cement to set.

3) The annular production casing cement failed to achieve zonal isolation of the hydrocarbon zones and pay sands in the production interval of the Macondo Well and was not an acceptable barrier to hydrocarbon flow for the temporary abandonment of the well. The failed negative pressure test established that the Macondo Well lacked zonal isolation and that hydrocarbons were entering the well from the pay sands of the formation.

4) The Weatherford M45AP float collar was not a cause or contributing cause of the failure of the annular production casing cement to achieve zonal isolation of the hydrocarbon zones and pay sands in the production interval of the Macondo Well.

5) The annular production casing cement allowed for movement of hydrocarbons from the pay sands, which hydrocarbons could have then moved through the cement in the shoe track. Hydrocarbons can move through cement as a result of, among other things, (a) the cement's reduced hydrostatic head as it transitions from liquid to solid, or (b) mud contamination. Either one of these things could have created flow paths for the movement of formation hydrocarbons through the shoe track cement without displacing the shoe track cement.

## Qualifications

I am currently self-employed as a consultant to the oil and gas industry in the areas of well cementing and lost circulation. My qualifications and experience focus on the cementing of oil and gas wells, along with casing hardware and other equipment associated with cementing. I also have experience in the cementing of water wells, geothermal wells and steam wells. A summary of my qualifications and experience is provided in my CV, which is attached as

Exhibit A. In particular, I authored the "Preface" to the industry text "Well Cementing: Second Edition," and reviewed a number of the chapters within that text for accuracy. "Well Cementing: Second Edition" is a comprehensive review of the scientific fundamentals, engineering considerations and operational procedures associated with cementing.[1] In addition, while chairman of API's Subcommittee 10 – Well Cements, I led the rewrite of "Worldwide Cementing Practices, First Edition January 1991." My CV contains a list of all publications that I have authored. I have testified as an expert witness in one arbitration proceeding and rendered expert opinion in two other cases as shown in Exhibit B.

I have approximately fifty years experience in the oil and gas industry. My focus in the last forty years has been the design, testing, selection, and supervision of cementing services. During this time I have become well versed with industry cementing practices, and the equipment and casing hardware that is used in the running and cementing of wellbore casings, including liners and deepwater cementing operations. I have been a member of the American Petroleum Institute's Committee for Well Cements since 1967 and served as that Committee's chairperson for three years. I have been a member of the Society of Petroleum Engineers (SPE) for over 30 years and served as a member of the Journal of Petroleum Technology's (JPT) editorial committee and as a member of the SPE committee in charge of selection of papers for SPE's Annual Technical Conference. I teach primary cementing and cementing practices for Petro Skills, a training company serving the oil and gas industry. My academic training includes a B.S. in Chemistry from the Northeastern State University in Tahlequah, Oklahoma.

I have held various positions with Mobil Oil, Dowell, and Dowell/Schlumberger, where I gained experience in the design, testing, selection, and supervision of cementing services. I have

---

[1] "Well Cementing: Second Edition," Erik B. Nelson & Dominique Guillot ed. (2d ed. 2006) at p. 1.

3

personally tested bow spring centralizers in accordance with applicable API and International Standards Organization (ISO) standards and observed the testing of float collars, using the testing procedures outlined in the API and ISO recommended practices.  In May of 2000, I became an independent consultant specializing in well cementing and lost circulation.

**Discussion**

As stated above, I have been asked to give my opinions on the 9 7/8" x 7" production casing cement job in the Macondo Well, and in particular the use and function of the Weatherford M45AP Flow-Activated Mid-Bore Auto-Fill Float Collar in connection with this cement job.  I have also been asked to analyze whether zonal isolation was achieved and to discuss potential avenues in the cement through which hydrocarbons could flow.  The opinions in this report are based on my experience in the area of well cementing, published industry standards and practices regarding well cementing, and the documents, depositions, reports, and well data reviewed.

**A.      BACKGROUND**

On April 20, 2010, BP Exploration and Production was in the process of temporarily abandoning the Macondo Well in Mississippi Canyon Block 252, Gulf of Mexico.  The well was located in 5,067 feet of water and drilled to a total depth of 18,360 feet.  Total depth was originally planned to be 20,600 feet, but lost circulation problems experienced below the 9 7/8" liner caused BP to alter the planned total depth of the well.  The amended total depth was 18,360 feet, approximately 2,200 feet shallower than planned.

A total of eight (8) strings of casing had been run and cemented in the well, with the last intermediate casing string being a 9 7/8" drilling liner set at 17,168 feet.  The 9 7/8" x 7" production casing was run from the sea floor, through the previous shoe at 17,168 feet, into the

open hole to 18,304 feet. The remaining 56 feet of open hole, to the total depth of 18,360 feet, is what is known as the "rathole" in the industry. The production casing was landed at 18,304 feet. The shoe track assembly was from 18,304 feet to 18,115 feet. The production casing was planned to be cemented from 18,304 feet total depth to approximately 17,250 feet.

In the days leading up to the blowout on April 20, 2010, BP and Transocean were engaged in the process of establishing two barriers to hydrocarbon flow so that the Macondo Well could be temporarily abandoned. The barriers were (1) the 9 7/8" x 7" production casing cement,[2] and (2) the surface cement plug.[3] BP's "Zonal Isolation Requirements" set forth in its GP 10-60 require two verified barriers to hydrocarbon flow prior to abandonment of a well. The cementing of a production string is considered a primary cementing operation, the objective of which is to place cement between the casing and the well bore to seal the annulus and achieve zonal isolation of the hydrocarbons in the formation.[4] In the Macondo Well, the primary cementing job was the cementing of the 9 7/8" x 7" production casing. BP's plan called for cementing of the annular space between the casing and well bore and for cementing the shoe track.[5] As stated above, the primary cementing job obtains zonal isolation solely through the placement of cement between the casing and the well bore, thus preventing any hydrocarbon flow from the formation.

Zonal isolation of hydrocarbons in a well is a critical aspect of well construction. The oil and gas industry recognizes that:

---

[2] BP Well Program, April 15, 2010 at § 9.2.3, p.6, BP-HZN-MBI 00128345.

[3] BP Well Program, April 15, 2010, at § 9.2.4, p.8, BP-HZN-MBI 00128345-347.

[4] "Petroleum Well Construction," Michael J. Economides, Larry T. Watters and Shari Dunn-Norman, eds. (1998) at p. 215; "Worldwide Cementing Practices: Chapter 4 Primary Cementing," Fred Brooks & W.H. Grant Jr. (1st ed. 1991) at p. 53; "Cementing," Dwight K. Smith ed., Society of Petroleum Engineers, Monograph Vol. 4 (Rev. ed. 1990) at p. 1.

[5] Halliburton 9 7/8" x 7" Production Casing report, April 18, 2010, BP-HZN-CEC 021441, 449; BP Well Program, April 15, 2010 at § 9.2.3, p. 6, BP-HZN-MBI 00128345.

> Of all the operations performed during the drilling and completion of a well, ***none***
> ***is more important to the safe and efficient operation of the well than a***
> ***successful primary cement job.***[6]

If zonal isolation is achieved, "the economic, liability, safety, governmental, and other

requirements imposed during the life of the well will be met."[7]

### B.   WEATHERFORD FLOAT COLLAR PURPOSES

In the context of primary cement jobs, a float collar serves as a tool that aids in the

placement of cement.  First, the float collar provides a landing profile for the cementing plugs.[8]

Second, after cement displacement stops, and while waiting on the cement to set, check valves in

the float collar temporarily prevent flow back of the wet cement in the event the hydrostatic

pressure of the column of fluids in the annulus is greater than it is in the casing.

### (i)      Landing Profile for the Cementing Plugs

In the cementing of the 9 7/8" x 7" production casing on the Macondo Well, the float

collar's first function was to serve as a landing profile for the cementing plugs.  The cementing

plugs segregate the cement slurry from casing fluids while the slurry is being pumped.  The

bottom plug is run before the cement.  When the bottom plug lands on the float collar, pressure

builds up until a diaphragm in the plug shears, allowing cement to be pumped through the

bottom plug, into the shoe track and up the annulus.  The top plug follows the cement slurry.

The top plug lands on the bottom plug, and cement displacement stops.

From the perspective of the cement job, pressure spikes on gauges at the surface

demonstrate that the cement plugs landed or "bumped" on the float collar.  Here, the bottom plug

landed on the float collar at 12:29 am on April 20, 2010, and the top plug landed 11 minutes

---

[6] "Worldwide Cementing Practices: Chapter 4 Primary Cementing," § 4.1 at p. 53

[7] "Petroleum Well Construction" at 8-1.1, p. 215.

[8] Worldwide Cementing Practices: Chapter 4 Primary Cementing," § 3.3 at p. 36-37; "Cementing," Dwight K. Smith
ed., Society of Petroleum Engineers, Monograph Vol. 4 (Rev. ed. 1990) at p.70-71.

later, 12:40 am.[9] These pressure indications demonstrate that the top plug landed on the bottom plug which was seated in the landing profile of the float collar.[10] It is my opinion that the Weatherford M45AP float collar fulfilled the landing profile function for which it was designed by Weatherford, intended and utilized by BP, and intended and utilized in the oil and gas industry.

    *(ii)*    *Check Valve Function*

The float collar's second function as it relates to the cementing of the Macondo production casing was to serve as a check valve preventing the back flow of wet cement into the casing while the cement was hardening. The check valve function is widely recognized in the industry and is the float collar's main purpose in the well.[11] The Weatherford M45AP's check valve function was its main purpose in the cementing of the production casing in the Macondo Well. (See Figure 1).

Weatherford's M45AP float collar is designed with two spring-loaded aluminum flapper valves, which serve as a dual check valve system. In this instance, for surge reduction reasons, the float collar was in auto-fill mode, i.e. with the flapper valves open, as the production string was run to total depth. Once the production casing was landed, the flapper valves were, according to reports,[12] converted to one way valves.

---

[9] Halliburton 9.875" x 7" Foamed Production Casing Post Job Report, April 20, 2010, HAL_0011210, at 213. BP and Transocean both reported that the bottom plug landed with 673 bbls pumped at 2932 psi, and the top plug bumped with 740 psi over-circulating pressure. Transocean IADC Daily Drilling Report, April 20, 2010, BP-HZN-MBI 00136947; BP Daily Operations Report – Partners (Completion), April 19, 2010, BP-HZN-2179 MDL 00004015.

[10] Halliburton 9.875" x 7" Foamed Production Casing Post Job Report, April 20, 2010, HAL_0011210, at 213.

[11] "Petroleum Well Construction" at 8-5.3, p. 246 ("...the main purpose of the float collar is to prevent the cement from flowing back into the casing.").

[12] Deposition of John Guide, Vol. I at p. 211-213.

Conversion of the float collar required that the well be circulated. The Weatherford M45AP float collar was designed to convert upon circulation of drilling mud at 500 – 700 psi which has a corresponding flow rate of 5 to 8 bpm. BP's reports note a difficulty in establishing circulation in the well after the casing was landed, as eight attempts to break circulation had failed. According to the BP Daily Operations Report, circulation in the well was established on the ninth attempt at 3,142 psi.[13] In my opinion, the float collar converted during the ninth attempt to break circulation at 3,142 psi. The pressure surge that occurred across the float collar when circulation was established exceeded the 500 to 700 psi of pressure at which the float collar is designed to convert. This was confirmed by post job testing done for BP by Stress Engineering Services which demonstrated that the float collar would have converted in the 3,142 psi pressure surge.[14] John Guide, BP's Wells Team Leader, testified that the float collar converted.[15]

The details of the primary cement job for the production casing, including the slurry designs and volumes pumped, are set forth in Appendix One.[16] The primary cement job was started on 19 April 2010 at approximately 7:30 PM and the cement was in place at approximately 12:40 AM on 20 April 2010.[17] (See Figure 2).

At the conclusion of the displacement of the primary cement job, BP and Halliburton conducted a float check test. The float check test is a widely accepted method to verify that there is no back flow or U-tubing of the wet cement. The float check test is conducted by pressuring up on the top plug after the cement pumping is completed, then releasing the pressure and

[13] BP Daily Operations Report to Partners dated 19 April 2010 p. 4 of 7; BP-HZN-2179 MDL 00004015.

[14] Report by Stress Engineering Services, Inc., November 22, 2010, Section 8.

[15] Depo of John Guide, Vol. I at p. 211-213.

[16] Transocean Daily Drilling Report, April 20, 2010, BP-HZN-MBI 00136947; BP's Daily Operations Report – Partners (Completion) p. 6 of 7; BP-HZN-2179 MDL00004017; Halliburton's Foamed Production Casing Post-Job Report dated April 20, 2010, p. 4, HAL_0011213.

[17] Halliburton's Foamed Production Casing Post-Job Report dated April 20, 2010, p. 3 and 4 - HAL _0011212 and HAL _0011213.

comparing the amount of flow back from the casing to the amount of flow back predicted in pre-job modeling.  This test considers the compressibility of the fluids in the casing.

Halliburton's 9 7/8" x 7" Production Casing report dated April 18, 2010[18] sets forth the float check test:

> 23. BUMP PLUG AND PRESSURE UP TO 500 PSI ABOVE CIRCULATING PRESSURE. CHECK FLOATS AND BLEED BACK NO MORE THAN 6 BBLS.  IF 6 BBLS ARE BLED BACK TO THE UNIT, PUMP AN ADDITIONAL 6 BLS OF 14.0 PPG MUD AND HOLD PRESSURE.  TIME TO BE DECIDED BY BP COMPANY REPS AND ENGINEERS.

Post-job reports from BP, Halliburton, and Transocean all confirmed that the floats held.[19]  The amount of measured flow back (5 barrels)[20] was within what was expected in pre-job modeling (up to 6 barrels).[21] indicating that the floats had held.  First-hand reports from personnel at the cementing unit who were measuring flow back, further confirms that actual flow back was less than 5.5 bbls.[22]  Lee Lambert of BP and Vincent Tabler, a Halliburton cementer, personally observed 5.5 bbls of flow back, and noted that the flow was a pencil stream that eventually stopped.[23]

From the cementing standpoint, the fact that there was no backflow of wet cement during the float check test establishes that the cement remained in place as pumped.  Therefore, it is my opinion that the Weatherford M45AP float collar served its main purpose of checking the back flow of cement. The M45AP auto-fill float collar that was run in the hole by BP for the 9 7/8" x

---

[18] BP-HZN-CEC 021441.

[19] April 21, 2010 e-mail from Lee Lambert, BP-HZN-2179 MDL 00413137; Halliburton's Foamed Production Casing Post-Job Report dated April 20, 2010, HAL_0011213; Transocean Daily Drilling Report, April 20, 2010, BP-HZN-MBI 00136947.

[20] April 21, 2010 e-mail from Lee Lambert, BP-HZN-2179 MDL 00413137; Halliburton's Foamed Production Casing Post-Job Report dated April 20, 2010, p. 4, HAL_0011213.

[21] BP-HZN-CEC 021441.

[22] BP-HZN-2179 MDL 00413137; Tabler Tallybook, BP-HZN-MBI 00139606.

[23] Lambert and Tabler Testimony as set forth Chief Counsel's Report, Ch. 4.3 at p. 93; Bureau of Ocean Energy Management, Regulation and Enforcement Sept. 14, 2011 Report at p. 54.

7" production interval fulfilled the check valve function for which it was designed by Weatherford, intended and utilized by BP, and intended and utilized in the oil and gas industry. The M45AP float collar served its widely accepted, oil and gas industry purpose as a cement placement accessory in the cementing of production casing.

Technically, the float check test does not conclusively establish that the float collar had converted and that the flapper valves had held. The test did conclusively establish that there was no flow back of cement up the casing after the completion of cement displacement. Because there was near perfect hydrostatic balance between the annular fluids and the casing fluids there may have been no flow back even if the float collar had not converted and the flapper valves were open. In this case, Halliburton's pre-job modeling predicted a differential pressure of only 38 psi between the annulus fluid and the casing fluid.[24] According to calculations performed by the Chief Counsel's petroleum engineering expert Steve Lewis, "fluids inside the casing and the annulus may have been in almost perfect balance with only a 0.8 psi differential."[25] This data demonstrates that there may have been no flow back of wet cement for the flapper valves to prevent.

The Transocean Investigative Report suggested that the "internal casing pressure exceeded that of the annulus" by 53 psi.[26] On this basis, Transocean believes "[h]aving a higher pressure inside the casing means that fluid would flow in the opposite direction – into the annulus."[27] Putting aside the validity of this conclusion,[28] float valves are not designed to prevent such forward flow, rather the float valves are designed to prevent back flow.

---

[24] 9 7/8" x 7" Production Casing Design Report dated April 18, 2010 at p. 17, BP-HZN-BLY 107716.

[25] Chief Counsel's Report, Chapter 4 – Technical Findings, text of fn. 301 at p. 284.

[26] Transocean Macondo Well Incident Investigation Report, Vol. 1 at p. 68-70.

[27] Id.

Regardless of whether the casing pressure minimally exceeded that of the annulus, whether there was near perfect balance between the casing and the annulus, whether the annulus pressure minimally exceeded that of the casing, or whether the float valves were open or closed, one thing is certain -- *there was no flow back of cement after cement displacement stopped.* Accordingly, the fundamental purpose of the Weatherford float collar -- preventing *any* flow back of cement -- was fulfilled.

Although there was no flow back of cement as detailed above, operators and cementers prepare plans for instances in which a float collar does not convert. Pressure is applied from the surface on the casing while the cement is setting.[29] Here, both BP and Halliburton had plans to prevent U tubing in the event that the floats did not hold.[30] Because there was no flow back, it was not necessary to hold pressure on the casing: This is in accord with industry practices:

> After a well has been primarily cemented, pressure should be bled from the casing. If the float valve(s) are holding, (i.e. there is no backflow) the casing should be left unpressured while waiting on cement (WOC).[31]

BP's well program stated that at this point in the operations a 300 foot surface cement plug would be set in the production casing from 8,367 feet to 8,067 feet as a second barrier as required in BP's Zonal Isolation Requirements, GP 10-60.[32] The surface cement plug, along with the production casing cement job, would therefore serve as the two barriers required for

---

[28] This conclusion would mean that fluids within the casing were able to bypass the cementing plugs, which are seated at the landing profile of the float collar. The cementing plugs have a bump pressure rating of 6800 psi. The maximum pressure exerted upon the cementing plugs based upon all evidence never approached this figure. The positive pressure test further confirms the integrity of the casing and the cementing plugs at the landing profile.

[29] "Well Cementing: Second Edition," at § 11-5.2, p. 366; "Worldwide Cementing Practices: Chapter 4 Primary Cementing," § 4.4 at p. 61-62.

[30] BP Gulf of Mexico SPU Recommended Practice for Cement Design and Operations in DW GoM, Deposition Exhibit 790, BP-HZN-2179 MDL 00360844 at 864; Halliburton 9 7/8" x 7" Production Casing Design Report, April 18, 2010, HAL_0011004. The Halliburton report states "[a]pply appropriate back pressure on casing if floating equipment does not hold properly."

[31] "Worldwide Cementing Practices: Chapter 4 Primary Cementing," § 4.4 at p. 61-62.

[32] BP Well Program, April 15, 2010, at § 9.2.4, p.8, BP-HZN-MBI 00128437; BP GP 10-60, Zonal Isolation Requirements BP-HZN-2179 MDL 00269659 *et seq.*

temporary abandonment in GP-10-60. This confirms that BP did not rely upon or utilize the float collar as a barrier to hydrocarbon flow; rather, BP relied upon and used the Weatherford float collar as a cementing tool to aid in the placement of the production casing cement. My opinion is that the float collar performed all of the functions for which it was designed by Weatherford, intended and utilized by BP, and intended and utilized in the oil and gas industry.

## C.     ZONAL ISOLATION

As detailed above, achieving zonal isolation of hydrocarbons in the well is critically important. Where zonal isolation is not achieved, catastrophic consequences can occur. The float collar, which is only used as a temporary accessory in the placement of the primary cement job, plays no role in zonal isolation.

One means of evaluating whether a cement job has achieved zonal isolation is a cement sheath evaluation, which includes the cement bond log.[33] This evaluates the presence of cement and the percent bonding. A cement sheath evaluation was not performed. BP performed a negative pressure test, or "inflow test."[34] Operators run a negative pressure test to evaluate the integrity of the downhole cement by hydrostatically underbalancing the well to determine whether there is flow. If zonal isolation has been achieved, the operator should see no flow during the negative pressure test.

The negative pressure test was conducted between 3:00 PM and 8:00 PM on April 20, 2010.[35] While the test was ultimately considered successful, the negative pressure test should have been considered a failure. The fact that the negative pressure test failed establishes that the

---

[33] "Well Cementing: Second Edition," at § 15, p. 549; "Worldwide Cementing Practices: Chapter 9 Cement Sheath Evaluation," § 9.1 at p. 127; "Petroleum Well Construction" at Ch. 10, p. 270.

[34] "Well Cementing: Second Edition," at § 15, p. 551.

[35] BP-HZN-BLY00103037.

production casing cement job failed to achieve zonal isolation, and that hydrocarbons were flowing from the formation.

From a cementing standpoint, in a well that is being temporarily abandoned, when the negative pressure test establishes a lack of well integrity, operations towards abandonment cannot continue. In my opinion, the failure of the negative pressure test demonstrates a failed production casing cement job in the Macondo Well. In this situation, industry standards require, and a prudent operator should insist, that remediation actions be undertaken to establish well integrity.[36] Two possible remediation actions were to perform a squeeze job or set a bridge plug.

### D.    FLOAT COLLAR NOT A CAUSE

Based upon the factors outlined above, it is my opinion that the Weatherford float collar was not a cause or contributing cause of the failure of the annular production casing cement to achieve zonal isolation of the hydrocarbon zones and pay sands of the Macondo Well. Because there was no movement of the production casing cement up the casing, and the cement stayed in place -- either due to the converted flapper check valves or the hydrostatic balance existing in the well -- the float collar played no role in the blowout. The cement, which was not moving during the waiting on cement period, should have hardened in place to provide a complete barrier to hydrocarbon flow from the formation. The float collar functioned as designed and intended to prevent the backflow of wet cement. There was no backflow of wet cement.

It is my opinion that float equipment is not designed to provide a seal against hydrocarbons, and should not be used as such.[37] Float collars such as the M45AP are only

---

[36] "Well Cementing: Second Edition," at § 15, p. 549; "Worldwide Cementing Practices: Chapter 6 Remedial Cementing," § 6.1 at p. 83; "Petroleum Well Construction" at Ch. 10, p. 270; "Cementing," Dwight K. Smith ed., Society of Petroleum Engineers, Monograph Vol. 4 (Rev. ed. 1990) at p. 123.

[37] E.g., API RP 65 Part 2, § 5.4.3 (Second Edition, Dec. 2010); API RP 96, Table B.4 – Shoetrack (First Edition, Ballot 1 – April 1, 2011; API RP 10F (Third Edition, April 2002).

designed and intended to be used as casing running and casing cementing tools. They are not designed nor intended to be used as well control devices or physical barriers to hydrocarbon flow.[38] Cement is the industry-standard barrier to prevent hydrocarbon flow in a well such as the Macondo Well. In the Macondo Well, the two barriers to hydrocarbon flow for temporary abandonment of the well were the production casing cement job and the 300 foot surface cement plug to be set in the production casing at 8,367 feet. The oil and gas industry uses cement barriers because cement, upon reaching its compressive strength, creates an impermeable barrier to hydrocarbon flow.

In the Macondo Well, the production casing cement job consisted of the annular cement and the shoe track cement. The shoe track cement was intended to prevent hydrocarbon flow up the casing. Had the production casing cement job at the Macondo Well been successful, the annular cement set in the open hole across all production zones would have been the barrier that prevented hydrocarbon flow from the formation. A successful annular cement job is the only way to ensure that zonal isolation exists. The float collar, sitting at the top of the shoe track, is not designed, intended or used to control the well.

### E.   POTENTIAL HYDROCARBON FLOWPATHS

Once hydrocarbons flowed from the formation due to the failure of the zonal isolation barrier, the hydrocarbons could have flowed through the failed annular cement either up the annulus or down the annulus to the reamer shoe. (Figure 3). I have not been asked, and this report does not address, whether the hydrocarbons that ultimately led to the blowout of the Macondo Well flowed up or down the annulus; rather, this report addresses whether hydrocarbons could have flowed through the shoe track cement.

---

[38] API RP 65, Part II, section 3.4 dated May 2010; API RP 96, First Edition, Ballot 1 – April 1, 2011.

It is my opinion that hydrocarbon migration through the shoe track cement could have resulted from (1) the cement's reduced hydrostatic head as it transitioned from liquid to solid; or (2) mud contamination. Either one of these could have created flow paths for the movement of formation hydrocarbons through the shoe track cement. Neither would have displaced the cement out of the shoe track.

(1)    Reduced Hydrostatic Head During Cement Transition

As cement transitions from a liquid to a solid, it loses measurable hydrostatic head.[39] Thus, during transition, the cement's ability to control pressures exerted from the formation is reduced.[40] Also during transition, cement builds compressive strength. Upon reaching its solid state, it is the cement's compressive strength that gives it the ability to control formation pressures. The negative pressure test was conducted before the cement reached compressive strength.[41] During the negative pressure test, the drilling mud in the production casing was displaced with seawater creating a hydrostatic underbalance of approximately 2,350 psi.[42] The loss of measurable hydrostatic head in the transitioning shoe track cement, coupled with the hydrostatic underbalancing of the production casing during the negative pressure test, allowed for an avenue for hydrocarbons to flow through the shoe track cement and up the shoe track. Because no steps were taken in the base slurry design of the shoe track cement to control hydrocarbon influx as the cement transitioned from liquid to solid, hydrocarbons from the pay sands could have flowed through the shoe track cement. As such, assuming that hydrocarbons flowed to the reamer shoe, the hydrocarbons could have flowed through the shoe track cement

---

[39] "Well Cementing, Second Edition," Erich B. Nelson & Dominique Guillot eds., p. 290 at § 9-3.1 (2006).

[40] "Well Cementing, Second Edition," p. 290 at § 9-3.1 (2006).; Deposition of Robert M. Beirute, Page 508-511.

[41] Oilfield Testing and Consulting report – Dated August 1, 2011.

[42] Brian Morel ops notes, Exhibit 547, BP-HZN-MBI 00129108 and Exhibit 566, BP-HZN-2179 MDL 00161670

and have done so without forcing cement out of the shoe track.  This is explained in further detail below.

Once the cement in a primary cement job is fully displaced, the operator and the drilling contractor must wait on the cement in the well to harden.  Cement undergoes a variety of chemical reactions during its transition from a liquid to a solid.  During transition, the cement develops compressive strength which allows the set cement to perform its role as a barrier to hydrocarbon flow.  However, while the cement is transitioning to a hardened state and building compressive strength, it is also losing its hydrostatic pressure (head).  When the hydrostatic head of the transitioning cement falls below the pore pressure of the formation, the cement can no longer control the influx of hydrocarbons from the formation which can then flow through the cement.  The charts below illustrate this phenomenon that occurs during the transition of cement as its physical properties change from a fluid, to thickening or gelling, through setting and to hardening, and the corresponding loss in hydrostatic pressure:



---

[43] "Petroleum Well Construction" at p. 253, Fig. 9-2.



As illustrated above, in its liquid phase, cement exhibits full hydrostatic pressure.  During the thickening or gel phase, the cement begins to lose hydrostatic pressure.  During the setting phase, the cement's loss of hydrostatic pressure rapidly accelerates.  At the final phase, when the cement hardens, the cement loses its measurable hydrostatic pressure.  At this point, the cement has no effective hydrostatic head but it does have compressive strength which serves as a barrier to flow from the formation.

When cementing a production zone such as the 9 7/8" x 7" production interval in the Macondo Well, the cement slurry must be designed to prevent the migration of formation hydrocarbons that can occur during transitioning of the cement from a liquid to a solid.  Steps can be taken in the design of the cement slurry to prevent the migration of formation hydrocarbons into the transitioning cement.  If the appropriate steps are not taken in the design of

---

[44] Graphic courtesy of BJ Services, Inc.

the cement slurry, as the cement transitions from a liquid to a hardened state, and begins to lose its hydrostatic head, migration paths commonly known as channels can be created by hydrocarbon influx through the cement.[45] The migration paths develop as a result of the hydrocarbons flowing into the transitioning cement as the cement's hydrostatic head falls below the pore pressure of the formation, and occurs without displacing the cement. That is, as the hydrocarbons enter the cement, they create channels or flowpaths. A common place for such channels to occur is at the cement/pipe interface. The cement does not move; rather the hydrocarbons move through the cement.

Halliburton's 9.875" x 7" Foamed Production Casing Post Job Report dated April 20, 2010 sets forth the composition of the base cement slurry that was used in the Macondo Well for the "Lead" cement, "Foamed Tail" cement and "Shoe Track" cement.[46] Hydrocarbon migration was a concern. Different slurry options were available to BP and Halliburton. The requested cement slurry across the zones of interest, or the production zone, was designed with hydrocarbon migration control properties. The decision was made to run a foamed cement slurry across the zones of interest behind the production casing. This was accomplished by the addition of nitrogen to the base cement slurry for the "Foamed Tail" cement.[47] No steps were taken to control hydrocarbon migration in the cement slurry for the "Shoe Track" cement.[48] Thus, the "Shoe Track" cement did not have the ability to prevent the migration of hydrocarbons during its transition from liquid to solid.

---

[45] "Well Cementing: Second Edition," at § 9-3, p. 290-92 and § 9-6; "Worldwide Cementing Practices: Chapter 4 Primary Cementing," § 4.7 at p. 66-69; "Petroleum Well Construction" at Ch. 9, § 9-2.1.1, p. 253.  Dr. Robert Beirute, a consultant retained by BP, testified to this process, referring to these channels as "wormholes." (Deposition of Dr. Robert Beirute, Vol. II, Aug. 30, 2010 at p. 508);

[46] Halliburton's 9.875" x 7" Foamed Production Casing Post-Job Report, April 20, 2010, p. 2, HAL_0011210, at 11211.

[47] Id.

[48] Id.

As discussed above, the negative pressure test conclusively established that zonal isolation did not exist in the Macondo Well. Thus, hydrocarbons were exiting the formation and entering the annulus because the annular cement did not establish zonal isolation and prevent hydrocarbon migration. The hydrocarbons in the annulus could have moved upwards or downwards to the reamer shoe.[49] Once at the reamer shoe, the hydrocarbons would come into contact with the shoe track cement, which, as discussed above, would have allowed for further migration of hydrocarbons through the shoe track cement without displacing the shoe track cement.

### (2)    Cement Contamination

The migration of hydrocarbons that can occur during the transitioning of cement can be exacerbated by contamination of the cement. The contamination of cement alone could also compromise the cement job, and allow hydrocarbon flow. With respect to the Shoe Track cement in the Macondo Well, contamination could have occurred due to rat hole inversion. Generally, rat hole inversion occurs when lighter weight mud in the rat hole swaps positions with heavier weight cement in the shoe track, resulting in mud/cement contamination in the shoe track. The mud in the rat hole at the Macondo Well was 14.0 ppg.[50] The Shoe Track cement was 16.74 ppg.[51] Thus, this creates the potential for the 16.74 ppg cement to swap places with the 14.0 ppg mud, contaminating the shoe track cement.

Contamination of the Shoe Track cement can result either in channels in the semi-set cement, or at the interface of the semi-set cement with the interior of the production casing. Again, assuming that the hydrocarbons flowed to the reamer shoe, cement contamination could

---

[49] Again, I offer no opinion as to whether the hydrocarbons exiting the formation moved up or down the annulus.

[50] BP Daily Operations Report – Partners (Completion), BP-HZN-2179MDL 00004012.

[51] HAL_0011211.

19

have formed a channel or channels for hydrocarbon flow through the shoe track cement. The hydrocarbons could have flowed through the shoe track cement without forcing cement out of the shoe track.

This concludes my report. I reserve the right to modify or change my opinions and the comments of this report, as new information becomes available.