# EXHIBIT 16

# DEPOSITION TRANSCRIPT OF GENE BECK

```
 1                UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF LOUISIANA
 2
 3     IN RE:  OIL SPILL        )  MDL NO. 2179
       BY THE OIL RIG           )
 4     "DEEPWATER HORIZON" IN    )  SECTION "J"
       THE GULF OF MEXICO, ON    )
 5     APRIL 20, 2010            )  JUDGE BARBIER
                                 )  MAG. JUDGE SHUSHAN
 6
 7
 8
 9
10
11
12
13
14
15
16
17               * * * * * * * * * * * * * * *
                     VOLUME 2 of 2
18               * * * * * * * * * * * * * * *
19
20
                 Deposition of FREDERICK EUGENE BECK,
21     taken at Pan-American Building, 601 Poydras
       Street, 11th Floor, New Orleans, Louisiana,
22     70130, on December 16, 2011.
23
24
25
```

PURSUANT TO CONFIDENTIALITY ORDER

Electronically signed by Rene Moarefi (401-392-745-8300)

c5b26df8-303c-462b-abc9-bd8da8f5a8a9

1                    I'm going to bring it up as soon as

2        you start.

3            MR. LEMOINE:

4                    Oh, sorry.  I burned up a couple of

5        minutes of my time.

6            THE VIDEOGRAPHER:

7                    No, you actually did not.

8            MR. LEMOINE:

9                    Thinking I was in Jamaica.

10                          EXAMINATION

11       BY MR. LEMOINE:

12           Q.    Dr. Beck, it's a pleasure to meet

13       you.  I introduced myself earlier.  My name is

14       Mike Lemoine.  I'm an attorney from Lafayette,

15       Louisiana.  I represent Weatherford.  And to my

16       right is my associate Mr. Tarak Anada.

17                    I'll be asking the questions today

18       on behalf of Weatherford, and actually my

19       emphasis is going to be on the float collar.  And

20       so let me establish some things with you.

21                    I've read both of your reports at --

22       am I correct that you are not a mechanical

23       engineer?

24           A.    No, I'm not.

25           Q.    You are not a product engineer?

Electronically signed by Rene Moarefi (401-392-745-8300)                                    c5b26df8-303c-462b-abc9-bd8da8f5a8a9

1          A.      No, I'm not.

2          Q.      You've never designed a float

3    collar?

4          A.      No, I have not.

5          Q.      You've never worked for a company

6    that designs or manufactures a float collar?

7          A.      No, I have not.

8          Q.      You -- have you ever been

9    consulted -- have you ever consulted for a

10   company that designs and manufactures float

11   collars?

12         A.      No, I have not.

13         Q.      Okay.  I just need to establish

14   this, okay?

15         A.      Sure.

16         Q.      Would you agree that you are not an

17   expert in the field of the design and

18   construction of float collars?

19         A.      I agree with that.

20         Q.      Okay.  And you have not rendered any

21   opinion that would fall within that area of

22   expertise?

23         A.      No, I don't believe I have.

24         Q.      I don't think you have either.

25                 Have you ever testified in a

Electronically signed by Rene Moarefi (401-392-745-8300)                    c5b26df8-303c-462b-abc9-bd8da8f5a8a9

1   valve in a -- in a float collar.

2        Q.    I see.  Okay.  And did you -- did

3   you have any personal opinion that the use of the

4   Weatherford flapper valve was improper for the

5   application of the Macondo well long string?

6        A.    No, not particularly improper.  I --

7   I think that the consideration that I had was

8   that, in the -- the low, overbalanced cement job

9   that was pumped, right, the cement job with very

10  small differential pressure --

11       Q.    I see.

12       A.    -- I -- I mean, my -- my

13  consideration is that a poppet valve would have

14  probably given a much more positive seal under

15  the conditions of a low differential pressure.

16       Q.    But you're not -- you're not saying

17  that the Weatherford float collar was not

18  designed or construction to reasonably accomplish

19  its purpose in the Macondo well?

20       A.    Not at all.

21       Q.    You -- you -- you like that float

22  collar, don't you?

23       A.    I'll agree to that, yeah.

24       Q.    I mean, it's a good float collar?

25       A.    Right.  I think I referred to it as

Electronically signed by Rene Moarefi (401-392-745-8300)

1      a robust tool in --

2            Q.      I know --

3            A.      -- my report.

4            Q.      I know and don't -- yeah.  I -- but

5      I just need to establish this --

6            A.      Yes.

7            Q.      -- because this is a big case.

8                    Did you review literature or

9      technical data from other companies that

10     manufacture float collars in connection with your

11     role in this case as an expert for Halliburton?

12           A.      No, I did not.

13           Q.      Including Halliburton literature,

14     you did not?

15           A.      No, I did not.

16           Q.      Okay.  In -- in the documents that

17     you did review, did they include any of

18     Weatherford's literature, such as specifications

19     and performance standards for the Weatherford

20     float collar?

21           A.      Yes, I did -- I did look at the

22     specification for that particular float collar.

23     It's really what I paid the most attention to.

24           Q.      Was that the product brochure?

25           A.      I think so.

Electronically signed by Rene Moarefi (401-392-745-8300)                                                    c5b26df8-303c-462b-abc9-bd8da8f5a8a9

1         Q.      You know what, let me -- let me get
2    that out of the way because I don't -- I didn't
3    see where this was ever introduced as an exhibit,
4    but I will mark this as 8155 and represent to you
5    that this is the Weatherford -- they call it a
6    tech unit, TU.  I call it a brochure.
7                 (Exhibit No. 8155 marked for
8    identification.)
9    EXAMINATION BY MR. LEMOINE:
10        Q.      But a tech unit for the M45AO float
11   collar, which is the applicable product
12   literature, I'll represent to you, for the M45AP,
13   which is specifically referenced right there in
14   that bullet point.
15                My only purpose of showing you this
16   here, is this what you reviewed?
17        A.      Yes, that is it.
18        Q.      Good.  And you can keep it in front
19   of you, Dr. Beck.
20        A.      Okay.
21        Q.      I may ask you some questions.
22                Did you find that tech unit to be
23   helpful and useful in educating you about the
24   float collar?
25        A.      Yes, I did.

1          Q.     Did you find that it was adequate

2     in -- in -- in -- in explaining to users what the

3     performance specifications were for the float

4     collar?

5          A.     Yes.

6          Q.     Did you find it -- it to be adequate

7     in -- with respect to it -- to any warnings that

8     it contained, such as how debris may cause the

9     float collar to malfunction?

10         A.     Correct.

11         Q.     You thought this was --

12         A.     I --

13         Q.     -- adequate?

14         A.     Yes, I did.

15         Q.     You would commend Weatherford for

16    that?

17         A.     I -- I -- yeah, I -- I really --

18    I -- I think it's a fine piece of equipment.

19         Q.     Thank you.  Should I shut up now?

20    Just kidding.

21                Were you asked by Halliburton to

22    determine whether the float collar was defective?

23    And I'll -- I'll -- I'll break this down into

24    component parts.  I'll start again.

25                Were you asked by Halliburton to

PURSUANT TO CONFIDENTIALITY ORDER

1    determine whether the float collar was defective

2    in its design?

3          A.     No.

4          Q.     In its composition?

5          A.     No.

6          Q.     In the manufacturing of it?

7          A.     No.

8          Q.     In its construction?

9          A.     No.

10         Q.     Or in warnings?

11         A.     No.

12         Q.     And you -- you have not rendered an

13   opinion on that?

14         A.     I have not.

15         Q.     But if I was to ask you for your

16   personal opinion, you would -- you would tell me,

17   am I correct, that you do not find that float

18   collar to be defective in any of those aspects?

19         A.     I'd agree with you.

20         Q.     Okay.  You also testified yesterday

21   that you -- well, let me -- let me back up.

22                You have your reports in front of

23   you.  To the extent that you need to refer to

24   them, please do.  I think some of these quotes

25   you're going to recognize right off.

Electronically signed by Rene Moarefi (401-392-745-8300)                    c5b26df8-303c-462b-abc9-bd8da8f5a8a9

```
 1                   In your rebuttal report on page 9,
 2      I'm going to quote, and -- and you can look at it
 3      if you'd like.
 4              A.    Okay.
 5              Q.    It says, "In" -- because it's just
 6      one sentence.
 7                   "In conclusion, as set forth in my
 8      Opening Report and herein, it is my opinion that
 9      BP and to a lesser extent Transocean are
10      responsible for the Macondo well blowout and the
11      consequences thereof."
12                   Is -- is -- did I quote that right?
13              A.    Yeah, that --
14              Q.    Okay.
15              A.    That -- that sounds like, yeah.
16              Q.    And -- and am I right, because you
17      talk about the Weatherford float collar a great
18      deal in your reports.
19              A.    Correct.
20              Q.    Okay.  So I take it, then, that if
21      you would have felt that Weatherford had done
22      something wrong, you would have included them in
23      that conclusory statement?
24              A.    I -- and I think that's a fair
25      assumption.
```

1       Q.     And -- and it -- and it's an
2   accurate statement, then, of that not only do you
3   find that the Weatherford float collar was not
4   defective in any of those aspects I just
5   mentioned but it's also accurate that you did not
6   find any evidence that Weatherford was guilty of
7   any acts of negligence?
8       A.     I agree with you.
9       Q.     Would you agree with me, Dr. Beck,
10  that the -- that the purposes of a float
11  collar -- you mentioned that you've lectured on
12  the purposes of float collar.  Would you agree
13  with me that -- that -- that the purpose of an
14  auto-fill float collar such as the Weatherford
15  one used on the Macondo well is for surge
16  reduction, landing profile for the cementing
17  plugs, and preventing the back flow of wet cement
18  into the casing from the annulus until the cement
19  sets?
20      A.     I think those are functions of a
21  float collar, but I do consider, I think, as I've
22  stated, also, that the float collar has some
23  application to stop other types of flow up the
24  inside of the casing.
25      Q.     Okay.  But would you agree with me

1    for me to show you where -- the paragraph that

2    I'm looking at.  Dr. Beck, right here.  Does

3    that -- does your copy in front of you --

4           A.     Yes --

5           Q.     -- co --

6           A.     -- it --

7           Q.     Okay.

8           A.     -- does.

9           Q.     It starts with the word "second"?

10          A.     Yes.

11          Q.     I'm going to read this into the

12   record.  Tell me if I misquote it.  "Second, BP's

13   failure to convert the float equipment without

14   damaging it allowed u-tubing to occur which

15   consequently would have extended the time

16   required for the shoe track cement to set."

17                 And here's the -- here's the purpose

18   why I'm quoting this.  It's coming up now.  "The

19   primary reason for using a float collar in

20   cementing operations is the fact that cement

21   needs to be in a static state as it sets.  A

22   float collar allows cement to flow through and

23   then traps it in place."

24                 Those are your words.  Does your

25   report say --

PURSUANT TO CONFIDENTIALITY ORDER

1         A.       Yeah, I'm -- I'm rereading it right

2    there --

3         Q.       Thank you.

4         A.       -- to make sure I have the full

5    context of it.

6                  Yeah, the -- the words you read

7    are -- are accurate from my report.

8         Q.       And in your report when you had time

9    to sit down in the privacy of your office, you --

10   you chose to say that it was the primary reason

11   for the float collar, and that is to trap the

12   cement in place?

13        A.       Yeah, I -- I -- that's what I say in

14   the report in here.

15        Q.       Okay.

16        A.       I -- I just -- I just wanted to make

17   sure that -- you know, that it's not stated that

18   that's the only purpose of the float collar.

19        Q.       Okay.  Have you ever designed a -- a

20   drilling or well program using an auto-fill float

21   collar?

22        A.       Yes, I have.

23        Q.       Were -- were -- were those the three

24   purposes -- were -- were -- were the three

25   purposes I mentioned part of the reason why you

Electronically signed by Rene Moarefi (401-392-745-8300)                                    c5b26df8-303c-462b-abc9-bd8da8f5a8a9

1    used the auto-fill float collar?

2         A.    Yeah, I -- I used it in that

3    application to reduce surge, and then, of course,

4    once it's converted to function in a -- in a

5    traditional manner of a -- of a float collar.

6         Q.    All right.  Now, did you ever design

7    a -- a well using an auto-fill float collar in

8    which there was never an intent for cement to be

9    behind or downstream of the float collar?

10        A.    Well, there was never --

11        Q.    Never?

12        A.    -- an intent.

13        Q.    Right.

14        A.    So the -- rephrase that just so that

15   I --

16        Q.    Sure.

17        A.    -- see it from two angles --

18        Q.    Sure.

19        A.    -- and make sure I understand what

20   you're saying.

21        Q.    Have you ever designed a well in

22   which you -- you included in a production string

23   or an intermediate string -- well, let's just say

24   a production string --

25        A.    Uh-huh.

Electronically signed by Rene Moarefi (401-392-745-8300)                                        c5b26df8-303c-462b-abc9-bd8da8f5a8a9

Page 460

1          Q.       -- that would be most -- most akin

2     to Macondo --

3          A.       Right.

4          Q.       -- in which you -- there was no

5     intent for any cement to be in the casing

6     immediately below the float collar.

7          A.       No, I -- I can't think of a

8     situation where I would have planned that or --

9     or any -- any rationale for doing that.

10          Q.       Would you agree with me that -- that

11     an operator who de -- designed a production

12     string with the float collar with no intent of

13     having cement downstream in the casing below the

14     float collar would be -- would be imprudent?

15          A.       I'm sorry for having to chew on it,

16     but I'm trying to repeat your whole question in

17     my head.  Do it for me one more time so I can --

18          Q.       Any time.

19          A.       Thank you.

20          Q.       You've been through a lot.

21          It would be -- it would be imprudent

22     for an operator to design a production string

23     with an auto-fill float collar in it without

24     planning to have cement down stream of the float

25     collar in the production string in the shoe

PURSUANT TO CONFIDENTIALITY ORDER

1      track, for instance?

2          A.     Yeah, yeah, I think the -- the

3      entire design of -- of the system is that you end

4      up with cement in the shoe track --

5          Q.     All right.

6          A.     -- below the float collar.

7          Q.     Right.  Because the cement in the

8      shoe track is the primary barrier to flow?

9          A.     Now, I -- I will -- I will work on

10     that definition for you.  It's the long-term

11     primary barrier --

12         Q.     Okay.

13         A.     -- to flow.

14         Q.     And -- and what is the short-term?

15         A.     Well, I think that the -- the float

16     valve in the -- in the float collar or float shoe

17     has to be a short-term barrier to flow.

18         Q.     All right.  To -- to the flow of

19     what?

20         A.     It has to be to the flow of fluids

21     through the case -- up the casing.

22         Q.     Okay.  Fluids including oil?

23         A.     Yeah, I think fluids including oil.

24         Q.     Okay.  And I'm -- I'm going to get

25     to this in more detail, but let me -- because

Electronically signed by Rene Moarefi (401-392-745-8300)                    c5b26df8-303c-462b-abc9-bd8da8f5a8a9

1        A.      That depends on the cement system,

2    the -- the type of cement that you're using and,

3    of course, when we get into those details, that's

4    what I'll -- I'll plead that I'm not a cement

5    expert.

6        Q.      Why -- why would you -- why would

7    you include these additives to block the flow of

8    oil during the transition period if the float

9    collar is designed to stop that flow?

10       A.      Well, I think the additives that

11   you're -- that you're adding, you're adding them

12   to stop the flow of fluids in the annulus much

13   more than you're adding them in the shoe track.

14       Q.      Okay.

15       A.      I don't think you're adding them for

16   the purposes of blocking flow in the shoe track.

17   You're adding it for blocking flow in the

18   annulus.

19       Q.      All right.  Now, you -- you have an

20   opinion that the float collar did not convert?

21       A.      I do.

22       Q.      And you have an opinion that it was

23   possibly or -- you know, and -- and let me

24   clarify this.

25               Is it your opinion it didn't

Electronically signed by Rene Moarefi (401-392-745-8300)                                    c5b26df8-303c-462b-abc9-bd8da8f5a8a9

1    convert, or is it your opinion that it was the --

2    the -- the auto till -- the auto-fill tube was

3    damaged and did not convert?

4         A.    Well, I think when I refer to

5    "convert," I -- I -- I'm referring to the

6    removal -- the complete removal of the device --

7         Q.    Right.

8         A.    -- that was blocking open the

9    valve -- the valve.

10              So when I say "convert," it's --

11   it's removal of the flow tube, which is blocking

12   occupy open the flapper valves.

13        Q.    And -- and you feel that did not

14   occur?

15        A.    I -- I feel that the float tube did

16   not --

17        Q.    Right.

18        A.    -- get fully removed from across the

19   flapper valves.

20        Q.    And -- and -- and the reasons that

21   you feel it didn't convert would include what you

22   feel was overpressurization of the float collar

23   allowing the Weatherford gravity ball, auto tube

24   ball, to shear out the end of the auto-fill tube

25   without converting the tube?

PURSUANT TO CONFIDENTIALITY ORDER

Electronically signed by Rene Moarefi (401-392-745-8300)                                                          c5b26df8-303c-462b-abc9-bd8da8f5a8a9

Page 482

1        A.      Yeah, I -- I think the opinion that
2    I expressed --
3        Q.      Okay.
4        A.      -- was that the plugging that
5    occurred plugged the -- plugged at the float
6    collar, right, and as it plugged at the float
7    collar, for whatever reasons, right, the
8    functioning of the float collar was modified.
9        Q.      All right.
10       A.      Right?  Which is -- which is just a
11   fact of life when you have debris in the well.
12              And then I feel that the first --
13   that what sheared when the pressure sheared was
14   the ejection of that ball out of the tube and
15   that then the tube remained in place.
16       Q.      And -- and you don't -- you don't
17   ascribe any product defect to that situation?
18       A.      No, I don't.
19       Q.      Okay.
20       A.      I -- I -- no, I don't.
21       Q.      All right.  And -- and if -- if that
22   float collar did not convert or was damaged --
23   well, let me -- let me rephrase the question just
24   to establish some other points about -- about the
25   float collar.

PURSUANT TO CONFIDENTIALITY ORDER

1        You -- you -- you were able to look
2   at some testing that Stress Engineering did on
3   the float collar, did you not?
4        A.    Correct.
5        Q.    And -- and -- and again, I'm pumping
6   up my client's product, but that was impressive,
7   wasn't it?
8        A.    I think I referred to it.
9        Q.    I know.
10       A.    Yeah, I referred to it as meeting --
11  you know, meeting the test requirements.
12       Q.    Yeah.  In fact, would you agree with
13  me that on the Trans -- on the Stress Engineering
14  testing that was done for BP, they actually put
15  it through some rigorous testing in an attempt to
16  damage the flapper valves?  Did you see that?
17       A.    I think I did, yeah.
18       Q.    Yeah.
19       A.    I --
20       Q.    And did you know that the -- the
21  fluid that they were pumping during those
22  simulated surge attempts contained not the 2 to 4
23  percent silica sand, but a much higher percentage
24  of larger sand particles; i.e., play sand that
25  you would find in a kid's play box?

PURSUANT TO CONFIDENTIALITY ORDER

1          A.     Uh-huh.

2          Q.     Did you see that?

3          A.     Yeah.

4          Q.     That --

5          A.     No.  I'm sorry.  I don't remember

6     seeing it.  I'm taking it --

7          Q.     Right.

8          A.     -- again on faith your description

9     of the test.

10         Q.     So -- so -- so would it be

11    reasonable, then, for someone to say, in -- in --

12    in looking at this design and looking at these

13    Stress tests, that -- that No. 1, Stress could

14    not reproduce damage to the float collar, that --

15    you agree?

16         A.     Yes.  I --

17         Q.     It could not reproduce it, right?

18         A.     Right.

19         Q.     And -- and would you -- would you

20    then say, with all of that information of what,

21    what you know about the float valve from looking

22    at the product literature, what we were able to

23    see from a very credible independent group,

24    Stress Engineering, testing it under extreme

25    circumstances, whether it converted or not or

Electronically signed by Rene Moarefi (401-392-745-8300)                                                    c5b26df8-303c-462b-abc9-bd8da8f5a8a9

1     whatever, would you agree with me that that

2     Weatherford float collar was reasonably fit for

3     its intended purpose?

4           A.     Yeah, I -- I didn't see any evidence

5     of any testing that suggested otherwise.

6           Q.     Okay.  You -- you would recommend to

7     a client the use of this float valve in a well

8     like Macondo?

9           A.     The use of the valve?

10          Q.     Yes, sir.

11          A.     Yes.

12          Q.     Okay.

13          A.     I -- I -- I -- I have confidence in

14    the valve.

15          Q.     All right.  The -- the blockage

16    that -- that resulted in the pressure increases

17    to establish circulation -- you with me?

18          A.     Uh-huh.

19          Q.     -- did you attribute that blockage

20    to any problem associated with the float collar?

21          A.     No.

22          Q.     Okay.  Would you agree with me,

23    Dr. Beck, and in fact in your report on page 61,

24    let me just quote it.

25          A.     Okay.

PURSUANT TO CONFIDENTIALITY ORDER

1          Q.      -- if you need to read it -- and I'm

2     suer Steve will let you do that if he feels I'm

3     being unfair -- you mentioned -- you said the

4     debris can cause the casing or the float

5     equipment to become unplugged.  You mentioned

6     that?

7          A.      Correct.

8          Q.      That -- would you agree with me,

9     Dr. Beck, that that -- that's a foreseeable risk

10    in using an auto-fill float collar in a well,

11    that there could be debris entering through the

12    auto-fill process, clogging the shoe track and

13    possibly the float collar?

14         A.      Yes, I -- I think it's a risk that

15    was -- was taken and accepted in -- in running

16    the auto fill, particularly into the open hole

17    situation.

18         Q.      And -- and the fact -- and -- and if

19    there was debris that entered the float collar,

20    as you have speculated on some of your diagrams,

21    you do not attribute that to a product design or

22    construction defect?

23         A.      No, I don't.

24         Q.      You -- you -- you also -- you --

25    would you agree with me that -- that this

Electronically signed by Rene Moarefi (401-392-745-8300)                                    c5b26df8-303c-462b-abc9-bd8da8f5a8a9

1    safeguards are.

2         A.     Right.

3         Q.     Would you agree that it is a

4    industrywide standard that if a float collar is

5    suspected, that this mechanical device, as

6    failing; that is, not converting, flappers not

7    closing -- so far so good -- it is an

8    industrywide practice, then, to simply hold

9    pressure to allow the cement to set until the

10   specified time is reached where it's anticipated

11   that it had reached compressive strength?

12        MR. POLLINGER:

13             Objection, form.

14        A.     Okay.  So I'll dissect your

15   question --

16   EXAMINATION BY MR. LEMOINE:

17        Q.     Okay.

18        A.     -- into two pieces.

19             First, then, the -- the standard

20   response to a float collar not converting or

21   holding is to, as you say, place a little

22   pressure on the plug --

23        Q.     Okay.

24        A.     -- and maintain that for some period

25   of time.

PURSUANT TO CONFIDENTIALITY ORDER

Electronically signed by Rene Moarefi (401-392-745-8300)                c5b26df8-303c-462b-abc9-bd8da8f5a8a9

1          Q.      Okay.

2          A.      Now, the period of time that you

3     would maintain it, again, where -- where, you

4     know, I'm not in agreement with the statement

5     that the period of time you maintain it is the

6     lab-tested compressive strength time.

7          Q.      My -- I don't want --

8          A.      It's some period --

9          Q.      Right.

10         A.      -- risk-weighted wait on cement

11    time.

12         Q.      No problem.  That's -- that's -- I

13    don't have a dog in that hunt.

14         A.      Okay.

15         Q.      So -- so -- so my point, though,

16    if -- if I'm looking at -- at the judge or the

17    jury in this case, would I -- would I -- would

18    you agree with me that I could look him and say,

19    Listen, Judge, there are risks associated with my

20    float collar, but -- but the ramifications of

21    that risk are minimal because of the simple

22    remedial practice of holding pressure until the

23    cement sets?

24         A.      Okay.  Now where was the question?

25    Say -- say it again.  I heard what you said, but

1      I need the question that you asked there.

2          Q.    If I'm looking at the judge or the

3      jury in this case, would you agree with me that I

4      could tell them and say, The risks associated

5      with my float collar -- or I should say, the

6      ramifications of that risk are minimal because of

7      the simple remedial practice of holding pressure

8      until the cement sets?

9          A.    So -- so I -- I do agree with the

10     premise of the statement in that if there is a

11     problem with the conversion of the float collar,

12     then there should be some remediation associated

13     with -- with that problem.

14         Q.    But the --

15         A.    And your -- and your solution is a

16     standard solution, to simply hold pressure and

17     wait on cement a length of time.

18         Q.    A simple remedial measure?

19         A.    I agree, yeah.

20         Q.    Very simple, right?

21         A.    Yes.

22         Q.    Okay.  Are you aware that API

23     contains other or -- recommended practices that

24     do require testing of well control devices with

25     hydrocarbons?

Electronically signed by Rene Moarefi (401-392-745-8300)                                                   c5b26df8-303c-462b-abc9-bd8da8f5a8a9

1        Q.      And that's what you concluded?

2        A.      Right.

3        Q.      And that was appropriate?

4        A.      Right.

5        Q.      All right.  Are you familiar with

6    30 CFR, Subpart G, Sections 250?  Are you

7    familiar with that?

8        A.      I'd have to see it.

9        Q.      If you say yes --

10       A.      I don't --

11       Q.      -- I'd say you're a dull person --

12       A.      Yeah, I don't --

13       Q.      -- if you remember what that says.

14       A.      -- I don't remember the numbers.  I

15   have to look --

16       Q.      Take --

17       A.      -- at the words.

18       Q.      -- take a look at Tab 59 of your

19   book, Tab 59.  That has not been introduced as a

20   deposition exhibit.  And -- and you're looking

21   actually at an exhibit that was attached to Kevin

22   Trahan's expert report.

23               And if you just flip the page, would

24   you agree with me that what -- what is contained

25   there is a section of the -- of Title 30 of the

Page 504

1    Code of Federal Regulations, Subpart G, Sections

2    250.702 and 703.  Would you agree?

3          A.    Yeah, the -- the document in front

4    of me --

5          Q.    Right.

6          A.    -- is 250.702 and 250.703.

7          Q.    Okay.  Now, are you familiar with

8    that document?

9          A.    I -- I can't say that I have --

10         Q.    That's no problem.

11         A.    -- on the top of my --

12         Q.    Can you just find the section that

13   talks about temporary abandonment, which I think

14   is on the second page.  Do you see it?

15         A.    Yes.

16         Q.    And -- and would you agree -- if you

17   could just quickly peruse it.  I don't want -- if

18   you need to spend more time, but I don't think

19   you do.

20                Would you agree with me that it --

21   that -- that federal regulation specifies the

22   type of -- of well control barriers that are

23   acceptable for a well that is to be temporarily

24   abandoned?

25         A.    Okay.

Electronically signed by Rene Moarefi (401-392-745-8300)                    c5b26df8-303c-462b-abc9-bd8da8f5a8a9

Page 505

1          Q.     Do you -- do you agree with that?

2          A.     I'll -- I'll -- I'll read it and

3     then --

4          Q.     Okay.

5          A.     -- get back to you.

6          Q.     All right.  Can you read it quick?

7          A.     I'll try.

8                 (Witness reading document.)

9                 Okay.  So I've read 250.703, the

10    temporary abandonment.

11         Q.     And -- and do you agree that that

12    federal government has specified what constitutes

13    barriers, well control barriers, in the case of a

14    temporary abandonment of a well?

15         A.     Yes.

16         Q.     And do you see a float collar in

17    that group?

18         A.     No, I don't.

19         Q.     Okay.  Do you see anything remotely

20    related to a float collar --

21         A.     No --

22         Q.     -- in that?

23         A.     -- I don't.

24         Q.     You don't.  Okay.

25                And you don't disagree with that?

Electronically signed by Rene Moarefi (401-392-745-8300)                                    c5b26df8-303c-462b-abc9-bd8da8f5a8a9

Page 506

```
1              A.    I mean, as -- as I'm reading this, I
2       don't see a reference to a float collar.
3              Q.    Let's change gears.  I -- I actually
4       have about a minute or so before we change tapes,
5       but -- but let's at least start going on
6       another -- another topic.
7                    And thank you.  I'm finished with
8       that.  You're -- you're more than welcome to keep
9       it open if you'd like.
10                   When -- when -- when -- when the
11      cement displacement was -- was complete,
12      Dr. Beck, at somewhere around midnight on
13      April 20th -- and the cement should be in the
14      shoe track and in the annulus, correct?  I'm just
15      walking down the road here --
16             A.    Uh-huh.
17             Q.    -- to ask you a question.
18                   Yes?
19             A.    Yes.
20             Q.    Do you agree with me that from your
21      review of the case, that the differential
22      pressure between the -- the fluids in the shoe
23      track and the fluids in the annulus was
24      insufficient to -- to cause the cement to u-tube?
25             MR. POLLINGER:
```

Electronically signed by Rene Moarefi (401-392-745-8300)                                    c5b26df8-303c-462b-abc9-bd8da8f5a8a9