# EXHIBIT 17

# BP WELL PROGRAM, APRIL 15, 2010

# (DEPO EX. 1810)

Date: 15/04/2011
Time: 10:53:24
Production Number: BP-HZN-2179MDL00249967-1-21

EXHIBIT
1810

|  bp | GoM Exploration Wells<br>MC 252 #1ST00BP01 – Macondo Prospect<br>7" x 9-7/8" Interval |  |
|---|---|---|

## Table of Contents

9    PRODUCTION CASING OPERATIONS.................................................................... 2
9.1    Operations Procedure............................................................................................. 2
9.2    7" x 9-7/8" Casing and Cementing Operations....................................................... 3
       9.2.2  Casing Procedure............................................................................................ 4
       9.2.3  Cementing Production Casing......................................................................... 6
       9.2.4  Surface Cement Plug....................................................................................... 8
9.1    Lead Impression / Lockdown Sleeve Ops............................................................. 10
       9.1.1  LIT / LDS Operations..................................................................................... 10
9.2    Riser Cleaning ....................................................................................................... 11
       9.2.1  Rig Cleaning Prior for Nile PA....................................................................... 11
       9.2.2  Riser Cleaning................................................................................................ 11
Attachments ..................................................................................................................... 14
       Attachment 1: Clean-out Run - MOP .......................................................................... 15
       Attachment 2: BHA Schematic ................................................................................... 16
       Attachment 3: 7" x 9-7/8" Casing Diagram ................................................................. 17
       Attachment 4: Production Casing Landing String – MOP .......................................... 18
       Attachment 5: Rig Clean-up........................................................................................ 19
       Attachment 6: Derrickman's Cleanup Checklist......................................................... 20
       Attachment 7: Riser Brush Assembly......................................................................... 21

### Interval Notes

| Item | Comment |
|---|---|
| Bits | 14-3/4" QD507Z (primary) |
| Underreamers | N/A |
| BHA | PWD, GR, RES, DDS |
| Special Equipment | Dril-Quip 1st (dummy) / 2nd position hangers (connected), Wear sleeve retrieval tool, mud surge tool, Weatherford dual plug system, Allamon Diverter and DTD, BlackHawk Automated cement head, 7" H513 x 9-7/8" H523 x-over, 4 pip tags, lockdown lead impression tool, lockdown sleeve running tool, LDS measurement tool, riser wiper brushes, foam cementing equipment, Welllife 734 LCM material, IBC-CBL log equipment, Versaflex 9-7/8" x 11-7/8" hanger (cont) |
| Drillstring | 5-1/2" 21.9 ppf S-135 x 6-5/8" 32 ppf S-135 |
| Mud system | 14.0 ppg SOBM |
| Casing | 7" 32 ppf HCQ-125, 0.5" wall, Hydril 513 x 9-7/8" 62.8 ppf Q-125, 0.625" wall, Hydril 523 |
| Landing string | 6-5/8" 40 ppf S-135 FH x 6-5/8" 40 ppf V-150 FH |
| Cementing | 14.5 ppg Halliburton Class H nitrogen foam cement (see detailed cement program) |

 

**bp** | **GoM Exploration Wells** | **Macondo** MC252 #1
MC 252 #1ST00BP01 – Macondo Prospect
7" x 9-7/8" Interval

5. Just prior to the liner reaching open hole, record pickup, slack-off, and slow pump rates (15 – 25 – 35 spm).
6. Free drop 1-5/8" wash down ball when the liner enters open hole (brass).
7. Continue RIH with casing until 1 stand off bottom. MU top drive.
8. While slacking off on the last stand prior to picking up the cement head, pressure up to 1000 psi slowly and hold for 2 minutes. Then increase to 2500 psi to yield the ball seat.
9. Let ball free fall to DTD sub, repeat step 9 (test diverter is close).
10. Give ball time to free fall through the liner hanger and plugs
11. Continue to circulate and slowly increase pump rates greater than 8 bpm to convert the float equipment (~ 500 - 700 psi) per Weatherford recommendation.
12. Make up Blackhawk cement head and land out casing in the wellhead
    a. Monitor running speeds to minimize surge and reduce losses as much as possible.

### 9.2.3 Cementing Production Casing

Test Pressures and Volumes are only as a reference, <u>review APD</u> for final values.

1. Circulate at least one (1) casing and drill pipe capacity, if hole conditions allow. Recommend circulating at reduced rates *(3 bpm)* based on MI models to keep ECD below 14.5 ppg.
2. Pump **7 bbls** of **base oil**
   - Base oil volume is important to maintain 14.17 ppg on backside at all times which is equal to current hydrostatic and slightly above sand at 17,700'
3. Mix & displace the 14.3 ppg spacer *(4 bpm)* and launch the **bottom DP dart** (1.91" No Go).
   - When the dart leaves the cement head, the Blackhawk cement head indicator should confirm the dart has left the head.
4. Mix & pump the 14.5 ppg cement job per HES procedure *(2 bpm)*.
   - Slow pump rates to 2 bpm while mixing foam cement (reduces surge on formation from nitrogen spike)
   - After pumping the cement job, **launch the top DP dart** (2.126" No Go) with 5-10 bbl of cement behind dart. Indicators should be seen from the Blackhawk cement head confirming the top dart left the head.
   - Line up rig pumps to take over cement displacement after cement unit pushes out top DP dart.

|  bp | GoM Exploration Wells<br>MC 252 #1ST00BP01 – Macondo Prospect<br>7" x 9-7/8" Interval |  |
|---|---|---|

5. After pumping cement job, launch Weatherford top dart (yellow) and displace with rig pumps *(4 bpm).* Maximize pump rates until displacing fluid has caught up with the cement slurry.

> Note: Minimum pump rate on darts in the landing string is 3 bpm.

6. Continue with displacement (make sure to account for compressibility).

   - Approximately 5 bbls before the **bottom DP Dart** reaches the diverter sub, ensure the pump rate is 3-4 bpm. The pressure required to yield the seat in the diverter and DTD with the bottom DP dart should be <u>2500-3000 psi</u> above the circulating rate.

   - After yielding the seat, continue to pump the **bottom DP Dart** down to the **bottom plug** at 3-4 bpm. The bottom plug with launch with <u>800-1200 psi</u>. After the plug is released, continue with the displacement of the cement at the maximum rate.

   - Approximately 5 bbls before the **top DP Dart** reaches the diverter sub, ensure the pump rate is 3-4 bpm. The pressure required to yield the seat in the Diverter and DTD with the top DP dart should be <u>2500-3000 psi</u> above the circulating rate.

   - After yielding the seat, continue to pump the **top DP Dart** down to the **top plug** at 3-4 bpm. The top plug should release with <u>2000-2500 psi</u>. After the plug is released, continue with the displacement of the cement at the maximum rate.

   - Just prior to the bottom plug reaching the float collar, ensure the pump rate is 3-4 bpm to witness the landing of the plug. The bottom plug burst tube should rupture with <u>900-1100 psi</u>.

   - After bottom plug has landed, re-zero the stroke counter and pump calculated cement volume to see the top plug land.

   - If bottom plug does not bump or top plug is late, do not exceed 1/2 shoe track volume + compressibility. Bump top plug with <u>500-1000 psi</u> over circulating pressure (land).

   - Bleed off pressure and check floats are holding. Measure flow back.

7. Once confirmed floats are holding prepare to release the running tool per DQ procedure/hand.

8. Pick up drill string leaving 20k down on the running tool (mark drill pipe for: rotation / vertical movement)

9. Rotate 5-6 turns to the right until drill string drops 10 inches.

10. Set entire drill string weight down.

11. Close rams and test to 3000 psi, then 10,000 psi for 10 seconds (locks down assembly and provides metal to metal seal). Release pressure

12. Pickup to retrieve the running tool (60-90k overpull to shear 12 pins).

|  bp | **GoM Exploration Wells**<br>**MC 252 #1ST00BP01 – Macondo Prospect**<br>**7" x 9-7/8" Interval** |  |
|---|---|---|

13. POOH and lay down running equipment
14. Test casing and blind shear rams (**per APD requirements**) while out of the hole preparing lockdown sleeve equipment. (2500 psi w/ 14 ppg mud)
15. Negative test with base oil to the wellhead (monitor for 30 min no flow)

### 9.2.4 Surface Cement Plug

1. If cement job **is not** successful: (no returns or lift pressure seen).
   - Set wear bushing
   - Run IBC-CBL log
   - Wait on decision to do remedial work (MMS and BP)
2. If cement job **is** successful (partial returns or lift pressure seen) **or** IBC/CBL log and required remedial work is completed.
3. RIH to 8367' and displace to seawater:
   - Run 3-1/2" (1000'+) stinger x 5-1/2" DP to above the wellhead (<u>no</u> mule shoe / open ended pipe)
   - Ensure MMS Departure to set deeper plug is approved (*if depature does not get approved, displacement & 300' cement plug will be completed after LDS is set at 5800'*)
   - Monitor well for 30 minutes to ensure no flow
   - *Pull wear bushing if it was set*
4. Set a 300' cement plug from 8367' – 8067' (*if approved*)
5. Wait on cement to set and tag top of cement with 15k down
   - Pump a nerf ball behind cement job
6. POOH retrieve wear bushing
7. Prepare to run lead impression tool and lockdown sleeve

Note: Drilling program will be updated with actual plug depths if MMS departure is <u>not</u> approved.

| Notes: | • Do NOT slow displacement rate other than directed.<br>• To have a greater chance to bump plug on float collar:<br>  1. Caliper ~20% of casing with Tri-Mic's to determine a more accurate ID. (Do NOT use mill or book specs.)<br>  2. Calculate mud compressibility based on actual conditions.<br>  3. Factor in rig pump efficiency.<br>• Whenever you attempt to wash-down, you have a greater chance of sticking subsea casing with additional ECD or creating a packing off problem due to cuttings bed you are pushing. |
|---|---|

|  | **GoM Exploration Wells**<br>**MC 252 #1ST00BP01 – Macondo Prospect**<br>**7" x 9-7/8" Interval** |  |
|---|---|---|

|  | <ul><li>When closing diverter sub, pipe should be moving at all times.</li><li>After closing diverter tool, go back to circulating slowly (no more than 15 SPM) and start washing to bottom immediately.</li><li>If you plan on using boost line prior to landing hanger, do NOT drop ball early. Circulate through diverter prior to dropping ball. (This prevents debris from plugging diverter sub and causing high shear out pressures.)</li><li>All pup joints and cross-overs must be free of "<u>bore-backs</u>" or square shoulders (less than 1/8" transition) and must have <u>high angle tapers</u> to the ID from the root thread in the box. Tapers should be at least 30 degrees. *Special attention should be given to the TIW valve below the Cement head. This is to prevent hanging-up the DP dart during displacement. A Teflon bushing on top of the valve assembly will help transition the dart cleanly.</li></ul> |
|---|---|
| Note: | It is responsibility of Driller, Mud Engineer, and Mud Logger to closely monitor and agree on amount of mud lost during liner job. Separate and report mud losses during different phases of job as follows:<ul><li>Bbls lost while PU and running casing.</li><li>Bbls lost while TIH with casing on landing string.</li><li>Bbls lost while washing casing to bottom, if required.</li><li>Bbls lost while circulating, after casing is landed.</li><li>Bbls lost while pumping and displacing cement.</li><li>Bbls left behind pipe.</li></ul> |