# EXHIBIT 18

# HALLIBURTON 9 7/8" x 7" PRODUCTION CASING REPORT

## APRIL 18, 2010

## (DEPO EX. 7837)

# HALLIBURTON

**Bp America Prod Co-sorac/gom Ebiz**
**PO Box 22024 - Do Not Mail**
**Tulsa, Oklahoma 74121-2024**

Macondo 1
MISSISSIPPI CANYON Blk: 252

United States of America

# 9 7/8" X 7" Production Casing

Prepared for: Brian Morel

April 18, 2010
Version: 6

Submitted by:
Jesse Gagliano
Halliburton
10200 Bellaire Blvd
Houston, Texas 77072-5299

**HALLIBURTON**

Proposal Macondo_MC 252_ 9 7/8" X 7" Prod Casing_ v.6

7837

Exhibit No. _____
Worldwide Court
Reporters, Inc.

Confidential

BP-HZN-CEC021441

# HALLIBURTON

*Halliburton appreciates the opportunity to present
this proposal and looks forward to being of service to you.*

## Foreword

Enclosed is our recommended procedure for cementing the casing strings in the referenced well. The information in this proposal includes well data, calculations, materials requirements, and cost estimates. This proposal is based on information from our field personnel and previous cementing services in the area.

Halliburton Energy Services recognizes the importance of meeting society's needs for health, safety, and protection of the environment. It is our intention to proactively work with employees, customers, the public, governments, and others to use natural resources in an environmentally sound manner while protecting the health, safety, and environmental processes while supplying high quality products and services to our customers.

We appreciate the opportunity to present this proposal for your consideration and we look forward to being of service to you. Our Services for your well will be coordinated through the Service Center listed below. If you require any additional information or additional designs, please feel free to contact myself or our field representative listed below.

Prepared and Submitted by: _____

Jesse Gagliano
Technical Advisor

SERVICE CENTER:        Lafayette, La

SERVICE COORDINATOR:   Danny Mooney
OPER. ENGINEER:        Yarigsa Aviles
PHONE NUMBER:          1-800-444-7830

Confidential

BP-HZN-CEC021442

# HALLIBURTON

## Job Information                          9 7/8" X 7" Production Casing

Well Name: Macondo                          Well #: 1

Riser                                       0 - 5067 ft (MD)
    Outer Diameter                  24.000 in
    Inner Diameter                  19.500 in

16" Casing                                  5067 - 11585 ft (MD)
    Outer Diameter                  16.000 in
    Inner Diameter                  14.920 in
    Linear Weight                   97 lbm/ft

13 5/8" Liner                               11185 - 13100 ft (MD)
    Outer Diameter                  13.625 in
    Inner Diameter                  12.375 in
    Linear Weight                   88.20 lbm/ft

11 7/8" Liner                               12816 - 15113 ft (MD)
    Outer Diameter                  11.875 in
    Inner Diameter                  10.711 in
    Linear Weight                   71.80 lbm/ft

9 7/8" Liner                                14803 - 17163 ft (MD)
    Outer Diameter                  9.875 in
    Inner Diameter                  8.625 in
    Linear Weight                   62.80 lbm/ft

10 1/2" Average Hole Size                   17163 - 18130 ft (MD)
    Inner Diameter                  10.500 in
    Job Excess                      0 %

8.88" Average Hole Size                     18130 - 18304 ft (MD)
    Inner Diameter                  8.880 in
    Job Excess                      0 %

6 5/8" Drill Pipe                           0 - 5067 ft (MD)
    Outer Diameter                  6.625 in
    Inner Diameter                  5.291 in
    Linear Weight                   40.01 lbm/ft

9 7/8" Casing                               5067 - 12485 ft (MD)
    Outer Diameter                  9.875 in
    Inner Diameter                  8.598 in
    Linear Weight                   62.80 lbm/ft

7" Production Casing                        12485 - 18304 ft (MD)
    Outer Diameter                  7.000 in
    Inner Diameter                  6.143 in
    Linear Weight                   32 lbm/ft

Proposal Macondo_MC 252_ 9 7/8" X 7" Prod Casing_ v.6

Confidential

BP-HZN-CEC021443

# HALLIBURTON

| | |
|---|---|
| Water Depth | 4992 feet |
| Air Gap | 75 feet |
| | |
| Mud Type | Synthetic |
| Mud Weight | 14 lbm/gal |
| BHST | 210 degF |
| BHCT | 210 degF |

Proposal Macondo_MC 252_ 9 7/8" X 7" Prod Casing_ v.6

Confidential                                              BP-HZN-CEC021444

# HALLIBURTON

## Calculations                              9 7/8" X 7" Production Casing

**Mud: (110.00 ft fill)**
110.00 ft * 0.3585 ft³/ft * 0 %          = 39.43 ft³
Total Mud                                = 39.30 ft³
                                         = 7.00 bbl

**Spacer:**
88.00 ft * 0.3585 ft³/ft * 0 %           = 31.55 ft³
310.00 ft * 0.1385 ft³/ft * 0 %          = 42.93 ft³
2050.00 ft * 0.1385 ft³/ft * 0 %         = 283.89 ft³
137.00 ft * 0.3341 ft³/ft * 0 %          = 45.77 ft³
Total Spacer                             = 404.25 ft³
                                         = 72.00 bbl

**Cement : (100.00 ft fill)**
100.00 ft * 0.3341 ft³/ft * 0 %          = 33.41 ft³
Total Lead Cement                        = 33.41 ft³
                                         = 5.95 bbl
Sacks of Cement                          = 24 sks

**Cement : (904.00 ft fill)**
730.00 ft * 0.3341 ft³/ft * 0 %          = 243.87 ft³
174.00 ft * 0.1628 ft³/ft * 0 %          = 28.33 ft³
Foamed Tail Cement                       = 272.20 ft³
                                         = 48.48 bbl

**Shoe Joint Volume: (189.00 ft fill)**
189.00 ft * 0.2058 ft³/ft                = 38.90 ft³
                                         = 6.93 bbl
Tail plus shoe joint                     = 311.10 ft³
                                         = 55.41 bbl
Total Tail                               = 191 sks

**Total Pipe Capacity:**
5067.00 ft * 0.1527 ft³/ft               = 773.67 ft³
7418.00 ft * 0.4032 ft³/ft               = 2990.95 ft³
5819.00 ft * 0.2058 ft³/ft               = 1197.67 ft³
                                         = 883.82 bbl

**Displacement Volume to Shoe Joint:**
Capacity of Pipe - Shoe Joint            = 883.82 bbl - 6.93 bbl
                                         = 876.89 bbl

Confidential                                      BP-HZN-CEC021445

# HALLIBURTON

## *Job Recommendation*      *9 7/8" X 7" Production Casing*

Fluid Instructions
Fluid 1: Mud
Base Oil

| | | |
|---|---|---|
| | Fluid Density: | 6.70 lbm/gal |
| | Volume Behind: | 7 bbl |

Fluid 2: Water Based Spacer
TUNED SPACER III

| | | | | |
|---|---|---|---|---|
| 0.6 gal/bbl | Dual Spacer Surfactant A (Additive Material) | | Fluid Density: | 14.30 lbm/gal |
| 0.6 gal/bbl | Dual Spacer Surfactant B (Additive Material) | | Fluid Volume: | 72 bbl |
| 0.6 gal/bbl | SEM-8 (Additive Material) | | | |
| 1 lbm/bbl | WellLife 734 (Additive Material) | | | |

Fluid 3: Lead Cement – Un-foamed
Premium Cement

| | | |
|---|---|---|
| 94 lbm/sk  Premium Cement (Cement) | Fluid Weight | 16.74 lbm/gal |
| 0.07 %  Halliburton EZ-FLO (Bulk Flow Enhancer) | Slurry Yield: | 1.37 ft³/sk |
| 0.25 %  D-AIR 3000 (Defoamer) | Total Mixing Fluid: | 5.04 Gal/sk |
| 1.88 lbm/sk  KCL (Additive Material) | Top of Fluid: | 17300 ft |
| 20 %  SSA-1 (Additive Material) | Calculated Fill: | 100 ft |
| 15 %  Common White-100 Mesh, SSA-2 | Volume: | 5.95 bbl |
| 0.2 lbm/sk  SA-541 (Additive Material) | Calculated Sacks: | 24.37 sks |
| 0.11 Gal/sk  Zonesealant 2000 (Foamer) | Proposed Sacks: | 30 sks |
| 0.09 Gal/sk  SCR-100L (Retarder) | | |
| **1 lbm/bbl  WellLife 734 (Additive Material) – added by hand to down hole side** | | |

Fluid 4: Foamed Tail Cement – **Foamed to average density of 14.5 ppg**
Premium Cement

| | | |
|---|---|---|
| 94 lbm/sk  Premium Cement (Cement) | Fluid Weight | 16.74 lbm/gal |
| 0.07 %  Halliburton EZ-FLO (Bulk Flow Enhancer) | Slurry Yield: | 1.37 ft³/sk |
| 0.25 %  D-AIR 3000 (Defoamer) | Total Mixing Fluid: | 5.04 Gal/sk |
| 1.88 lbm/sk  KCL (Additive Material) | Top of Fluid: | 17400 ft |
| 20 %  SSA-1 (Additive Material) | Calculated Fill: | 904 ft |
| 15 %  Common White-100 Mesh, SSA-2 | Volume: | 55.41 bbl |
| 0.2 lbm/sk  SA-541 (Additive Material) | Calculated Sacks: | 191.44 sks |
| 0.11 Gal/sk  Zonesealant 2000 (Foamer) | Proposed Sacks: | 200 sks |
| 0.09 Gal/sk  SCR-100L (Retarder) | | |
| **1 lbm/bbl  WellLife 734 (Additive Material) – added by hand to down hole side** | | |

Confidential

BP-HZN-CEC021446

# HALLIBURTON

| Fluid 5: Water Based Spacer | | | |
|---|---|---|---|
| TUNED SPACER III | | Fluid Density: | 14.30 lbm/gal |
| 0.6 gal/bbl | Dual Spacer Surfactant A (Additive Material) | Fluid Volume: | 20 bbl |
| 0.6 gal/bbl | Dual Spacer Surfactant B (Additive Material) | | |
| 0.6 gal/bbl | SEM-8 (Additive Material) | | |

| Fluid 6: Mud | | |
|---|---|---|
| Mud | Fluid Density: | 14 lbm/gal |
| | Fluid Volume | 856.89 bbl |

Confidential

BP-HZN-CEC021447

## HALLIBURTON _____

*Job Procedure*                                      *9 7/8" X 7" Production Casing*

### Detailed Pumping Schedule

| Fluid # | Fluid Type | Fluid Name | Surface Density lbm/gal | Estimated Avg Rate bbl/min | Downhole Volume |
|---------|-----------|------------|------------------------|----------------------------|-----------------|
| 1 | Mud | Base Oil | 6.7 | 4.0 | 7 bbl |
| 2 | Spacer | TUNED SPACER III | 14.3 | 4.0 | 72 bbl |
| 3 | Cement | Cap Cement | 16.7 | 2.0 | 30 sks |
| 4 | Cement | Foamed Tail | 16.7 | 2.0 | 200 sks |
| 5 | Spacer | TUNED SPACER III | 14.3 | 4.0 | 20 bbl |
| 6 | Mud | Mud | 14.0 | 4.0 | 856.89 bbl |

### Foam Output Parameter Summary:

| Fluid # | Fluid Name | Un-foamed Liquid Volume | Beginning Density lbm/gal | Ending Density lbm/gal | Beginning Rate scf/bbl | Ending Rate scf/bbl |
|---------|-----------|------------------------|---------------------------|------------------------|------------------------|---------------------|
| **Stage 1** | | | | | | |
| 4 | Foamed Tail | 39.82bbl | 14.5 | 14.5 | 521.1 | 521.1 |

### Foam Design Specifications:

| | | | |
|---|---|---|---|
| Foam Calculation Method: | Constant Gas Flow | Calculated Gas = | 20748.4 scf |
| Backpressure: | 14.70 psig | Additional Gas = | 50000 scf |
| Bottom Hole Circulating Temp: | 210 degF | Total Gas = | 70748.4 scf |
| Mud Outlet Temperature: | 150 degF | | |

Hold Safety Meeting with all personnel to discuss foam cementing operations and possible hazards.

1. ONCE LANDED OUT WITH 9.875" x 7"CASING RIG UP HALLIBURTON AND NITROGEN LINES TO CEMENT STAND.

2. WITH RIG PUMPS, PUMP AND CIRCULATE 111 BBLS @ 1 BPM. NEXT, CIRCULATE 150 BBLS @ 4 BPM AS PER CO.MAN.

3. WHILE CIRCULATING, NITROGEN UNIT SHOULD BE COOLED DOWN, AND NITROGEN LINES WILL BE TESTED TO 5000 PSI.

4. ONCE CIRCULATING IS COMPLETE, CLOSE TOP TIW AND PUT 500 PSI ON TOP DRIVE. MAKE SURE THAT BOTTOM TIW VALVE IS OPEN.

5. WITH HALLIBURTON UNIT PUMP 7 BBLS OF 6.7 PPG BASE OIL @ 4 BPM.

6. WITH HALLIBURTON UNIT PUMP 10 BBLS OF 14.3 PPG TUNED SPACER @ 4 BPM.

7. CLOSE THE 2" LO-TORC VALVE ON THE CEMENT STAND. MAKE SURE RIG FLOOR IS CLEAR OF ALL PERSONAL. TEST CEMENT LINES TO 5000 PSI.

Confidential

BP-HZN-CEC021448

# HALLIBURTON

8. ONCE ALL TEST ARE COMPLETE MAKE SURE PRESSURE HAS BEEN RELEASED AND OPEN THE 2" LO-TORC VALVE.

9. PUMP 62 BBLS OF 14.3 PPG TUNED SPACER AT 4 BPM.

10. SHUT DOWN, WASH OUT MEASURING TANKS ON CEMENT UNIT, AND WEIGH UP CEMENT.

11. MIX AND PUMP 4 BBLS OF UNFOAMED LEAD CEMENT AT 16.74 PPG. PUMP RATE OF 2 BPM.

12. DROP DART TO RELEASE BOTTOM PLUG.

13. MIX AND PUMP 4 BBLS OF UNFOAMED LEAD CEMENT AT 16.74 PPG. PUMP RATE OF 4 BPM.

14. BRING NITROGEN ONLINE

15. MIX AND PUMP 39 BBLS OF FOAMED TAIL CEMENT AT 14.5 PPG AFTER FOAMING. PUMP RATE OF 2 BPM. (FOAM VOLUME OF 48 BBLS).

16. BRING NITROGEN OFF LINE

17. MIX AND PUMP 4 BBLS OF UNFOAMED SHOE CEMENT AT 16.74 PPG. PUMP RATE OF 2 BPM.

18. PUMP 3 BBLS OF 14.3 PPG TUNED SPACER @ 2 BPM.

19. DROP DART TO RELEASE TOP PLUG.

20. PUMP 17 BBLS OF 14.3 PPG TUNED SPACER AT 4 BPM.

21. WITH HALLIBURTON PUMPS DISPLACE CEMENT WITH 130 BBLS OF 14.0 PPG MUD @ 4 BPM.

22. REZERO, AND PUMP 727 BBLS OF 14.0 PPG MUD WITH RIG PUMPS @ 4 BPM. IF PLUG DOES NOT BUMP, PUMP NO MORE THAN AN ADDITIONAL 17 BBLS FOR A TOTAL OF 744 BBLS WITH RIG PUMPS.

23. BUMP PLUG AND PRESSURE UP TO 500 PSI ABOVE CIRCULATING PRESSURE. CHECK FLOATS AND BLEED BACK NO MORE THAN 6 BBLS. IF 6 BBLS ARE BLED BACK TO THE UNIT, PUMP AN ADDITIONAL 6 BLS OF 14.0 PPG MUD AND HOLD PRESSURE. TIME TO BE DECIDED BY BP COMPANY REPS AND ENGINEERS.

24. SET SEAL ASSEMBLY AND RELEASE RUNNING TOOL FROM HANGER.

25. PULL 2 STDS AND DROP DRILL PIPE NERF BALL. PUMP 1 ½ DRILL PIPE VOLUME (+/- 207 BBLS).

26. POOH.

Confidential

BP-HZN-CEC021449

# HALLIBURTON

**Cost Estimate**            **9 7/8" X 7" Production Casing**

**SAP Quote # 0**

| Mtrl Nbr | Description | Qty | U/M | Unit Price | Net Amt |
|---|---|---|---|---|---|
| 7523 | CMT PRODUCTION CASING BOM | 1 | JOB | | 0.00 |
| | ***Spacer Material*** | | | | |
| 483826 | TUNED SPACER III | 92 | BBL | 122.28 | 11,249.76 |
| 100003664 | DUAL SPACER SURFACTANT A | 56 | GAL | 91.32 | 5,113.92 |
| 100003665 | DUAL SPACER SURF. B | 56 | GAL | 42.88 | 2,401.28 |
| 101235090 | SEM-8 | 56 | GAL | 47.45 | 2,657.20 |
| 101492086 | WELLLIFE₄ 734 | 118 | LB | 4.10 | 483.80 |
| | ***Cement Material*** | | | | |
| 100003687 | PREMIUM CEMENT | 230 | SK | 14.72 | 3,385.60 |
| 101002314 | EZ-FLO | 16 | LB | 10.57 | 169.12 |
| 101007446 | D-AIR 3000 | 55 | LB | 4.31 | 237.05 |
| 100001585 | KCL POTASSIUM CHLORIDE | 433 | LB | 0.55 | 238.15 |
| 100003691 | SAND-200 MESH SILICA FLOUR SSA-1 | 4324 | LB | 0.24 | 1,037.76 |
| 100003676 | SAND-COMMON WHITE-100 MESH, SSA-2 | 33 | SK | 24.28 | 801.24 |
| 100009911 | SA-541 SUSPENDING AID - | 46 | LB | 13.20 | 607.20 |
| 101207218 | ZONESEALANT 2000 | 26 | GAL | 77.25 | 2,008.50 |
| 100012238 | SCR-100 L | 21 | GAL | 76.65 | 1,609.65 |
| | ***Personnel*** | | | | |
| 130443 | ZONESEAL CERTIFIED SPECIALIST H/DAY/MO TOTAL NUMBER HR/DAY/WEEK/MTH/YEAR/JOB/RUN | 1 96 | H | 145.24 | 13,943.04 |
| 576784 | CMT, Offshore Engineer, per hr HOURS | 1 96 | EA | 134.32 | 12,894.72 |
| | ***Equipment*** | | | | |
| 583768 | CMT,Foam Cmt Base Rate(3-day)-SORAC | 1 | EA | 24,295.68 | 24,295.68 |
| 583769 | CMT,Addl Day Foam Cmt Day Rate-SORAC | 5 | DAY | 3,100.45 | 15,502.25 |
| | | | | | |
| | **Total** | **USD** | | | **98,635.92** |

Confidential

BP-HZN-CEC021450

# HALLIBURTON

**SAP Quote # 0**

| Mtrl Nbr | Description | Qty | U/M | Unit Price | Net Amt |
|---|---|---|---|---|---|
| 342210 | N2 BOM-Foam Cementing w/o CT | 1 | JOB | | 0.00 |
| 13459 | Nitrogen Charge | 70748 | SCF | 6.60 | 4,669.37 |
| | ***Personnel*** | | | | |
| 576758 | CMT, Equipment Optr, per hr | 2 | EA | 46.62 | 8,951.04 |
| | HOURS | 96 | | | |
| | ***Equipment*** | | | | |
| 583772 | CMT,N2 Ease Rate(3day)Foam Cmt Job-SORAC | 1 | EA | 31,745.54 | 31,745.54 |
| 583773 | CMT,Addl N2 Day Rate Foam Cmt Job-SORAC | 5 | DAY | 8,056.40 | 40,282.00 |
| 583837 | CMT,Addl 100ft N2 Iron, ZI Foamed-SORAC | 8 | DAY | 300.00 | 2,400.00 |
| | | | | | |
| | **Total** | | **USD** | | **88,047.95** |

Proposal Macondo_MC 252_ 9 7/8" X 7" Prod Casing_ v.6

Confidential

BP-HZN-CEC021451

# HALLIBURTON ‎_____

## *Conditions*

---

### NOTE

The cost in this analysis is good for the materials and/or services outlined within and shall be valid for 30 days from the date of this proposal.  In order to meet your needs under this proposal with a high quality of service and responsive timing, Halliburton will be allocating limited resources and committing valuable equipment and materials to your area of operations.  Accordingly, the discounts reflected in this proposal are available only for materials and services awarded on a first-call basis.  Alternate pricing may apply in the event that Halliburton is awarded work on any basis other than as a first-call provider.

The unit prices stated in the proposal are based on our current published prices.  The projected equipment, personnel, and material needs are only estimates based on information about the work presently available to us.  At the time the work is actually performed, conditions then existing may require an increase or decrease in the equipment, personnel, and/or material needs.  Charges will be based upon unit prices in effect at the time the work is performed and the amount of equipment, personnel, and/or material actually utilized in the work. Taxes, if any, are not included.  Applicable taxes, if any, will be added to the actual invoice.

It is understood and agreed between the parties that with the exception of the subject discounts, all services performed and equipment and materials sold are provided subject to Halliburton's General Terms and Conditions contained in our current price list, (which include LIMITATION OF LIABILITY and WARRANTY provisions), and pursuant to the applicable Halliburton Work Order Contract (whether or not executed by you), unless a Master Service and/or Sales Contract applicable to the services, equipment, or materials supplied exists between your company and Halliburton, in which case the negotiated Master Contract shall govern the relationship between the parties.  A copy of the latest version of our General Terms and Conditions is available from your Halliburton representative or at:
http://www.halliburton.com/terms for your convenient review, and we would appreciate receiving any questions you may have about them.  Should your company be interested in negotiating a Master Contract with Halliburton, our Law Department would be pleased to work with you to finalize a mutually agreeable contract.  In this connection, it is also understood and agreed that Customer will continue to execute Halliburton usual field work orders and/or tickets customarily required by Halliburton in connection with the furnishing of said services, equipment, and materials.
Any terms and conditions contained in purchase orders or other documents issued by the customer shall be of no effect except to confirm the type and quantity of services, equipment, and materials to be supplied to the customer.
If customer does not have an approved open account with Halliburton or a mutually executed written contract with Halliburton, which dictates payment terms different than those set forth in this clause, all sums due are payable in cash at the time of performance of services or delivery of equipment, products, or materials.  If customer has an approved open account, invoices are payable on the twentieth day after date of invoice.

Customer agrees to pay interest on any unpaid balance from the date payable until paid at the highest lawful contract rate applicable, but never to exceed 18% per annum.  In the event Halliburton employs an attorney for collection of any account, customer agrees to pay attorney fees of 20% of the unpaid account, plus all collection and court costs.

Confidential

BP-HZN-CEC021452