# EXHIBIT 22

# DEPOSITION OF TRANSCRIPT OF THOMAS ROTH

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3    IN RE: OIL SPILL         )   MDL NO. 2179
      by the OIL RIG           )
 4    "DEEPWATER HORIZON" in   )   SECTION "J"
      the GULF OF MEXICO, ON   )
 5    APRIL 20, 2010           )   JUDGE BARBIER
                               )
 6                             )   MAG. JUDGE
                               )   SHUSHAN
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20                  VOLUME 2 OF 2
21
22        Deposition of THOMAS ROTH, taken at
23    Hilton St. Charles Hotel, 333 St. Charles
24    Avenue, Le Moyne Room, New Orleans,
25    Louisiana, on the 26th of July, 2011.
```

PURSUANT TO CONFIDENTIALITY ORDER

Electronically signed by Therese Casterline (501-129-259-1605)                                    f20b0242-7b54-4150-8561-31a64233ab37

1      Q.   Good afternoon, Mr. Roth.  My name
2    is Wayne Zeringue, and I've got Lauren
3    Mastio at my right, and I represent
4    Weatherford in these proceedings.
5         A.   Good afternoon.
6         Q.   You and I have never met before,
7    have we?
8         A.   No, sir.
9         Q.   And we've never had any
10   conversations before, have we?
11        A.   Not that I'm aware of.
12        Q.   Do you have a general
13   understanding of what float collars are
14   and the purposes for which they are
15   designed and used in running casing and
16   cementing casing?
17        A.   I have general knowledge of that,
18   yes, sir.
19        Q.   As part of your general knowledge
20   of float collars, you would agree that the
21   three purposes for which float collars are
22   used in connection with running casing and
23   cementing casing in wells such as Macondo
24   are, one, surge reduction when running the
25   casing in the hole; two, providing a

Page 708

```
 1        landing profile for the cementing plugs;
 2        and three, preventing the black --
 3        backflow of cement after cement pumping
 4        stops; is that correct?
 5             A.   That's correct.
 6             Q.   You are not aware of any
 7        Weatherford product literature or product
 8        documents or technical information that
 9        represents in any way that Weatherford's
10        float collar, such as the M45AP that was
11        run in the Macondo well, is designed or
12        intended for any other purposes than those
13        three, are you?
14             A.   I'm not.
15             Q.   You were not aware of any
16        Weatherford technical information or
17        product literature that states that
18        Weatherford's float collars, such as the
19        M45AP that was run in the Macondo well, is
20        a mechanical barrier to hydrocarbon
21        formation flow, are you?
22                  MS. HARDING:  Object to the
23        form.
24             A.   No, sir.
25             Q.   (BY MR. ZERINGUE)  You are not
```

PURSUANT TO CONFIDENTIALITY ORDER

Electronically signed by Therese Casterline (501-129-259-1605)                    f20b0242-7b54-4150-8561-31a64233ab37

Page 709

```
 1          aware of any Weatherford technical
 2          information or product literature that
 3          states that Weatherford's float collars
 4          provide a gas-type seal when the flapper
 5          valves are closed?
 6              A.   No, sir, I'm not.
 7              Q.   You are aware that Weatherford's
 8          float collars have drillable aluminum
 9          flapper valves?
10              A.   I don't know.
11              Q.   Do you know that float collars are
12          typically designed so that they can be
13          drilled through in order to complete a
14          well after the -- the well goes back
15          on-line after the temporary abandonment
16          stops?
17              A.   That's generally a performance
18          characteristic of that equipment.
19              Q.   And if you're going to make a
20          float collar that's drillable, you can't
21          use materials such as steel, correct?
22              A.   That's typically correct, yes.
23              Q.   Okay.  You're not aware of any
24          American Petroleum Institute standard or
25          recommended practice stating that a
```

```
 1          Weatherford float collar, such as the
 2          M45AP, is a barrier to hydrocarbon flow,
 3          are you?
 4               A.   I'm not.
 5               Q.   What was the basis for the
 6          testimony that you gave to the National
 7          Academy and in this deposition yesterday
 8          that the Weatherford float collar, the
 9          M45AP used in the Macondo well, is a
10          mechanical barrier to hydrocarbon flow?
11               A.   I have no basis for that.
12               Q.   You have no basis for that
13          testimony?
14               A.   I have no basis for it to be
15          considered as a -- as a barrier other than
16          it is in the well in that -- that
17          position.  Its ability to serve in that --
18          that function is --
19               Q.   Okay.
20               A.   -- is not by definition.
21               Q.   All right.  Well, let me just
22          understand.  I believe you testified to
23          the National Academy that the Weatherford
24          float collar is a mechanical barrier.
25                        Were you not stating what you
```

Page 711

```
 1      personally believe when you made that
 2      statement?
 3                MR. MADIGAN:  Objection as to
 4      form.
 5           A.   I -- I'd have to review the
 6      testimony in the context that it was given
 7      to -- to fully understand that statement.
 8           Q.   (BY MR. ZERINGUE)  So did I
 9      misunderstand you?  You -- well, let me
10      just ask this question:  In your personal
11      opinion, the Weatherford M45AP float
12      collar is not a mechanical barrier to
13      hydrocarbon flow from this formation,
14      correct?
15           A.   That would --
16                MR. MADIGAN:  Objection to the
17      form.
18           A.   That would be correct, sir.
19           Q.   (BY MR. ZERINGUE)  Does
20      Halliburton design the shoe track cement
21      that it pumps into the bottom of a well
22      such as Macondo as a barrier to formation
23      flow and to block the flow of gas in the
24      well bore?
25                MR. HILL:  Object to form.
```

PURSUANT TO CONFIDENTIALITY ORDER

Electronically signed by Therese Casterline (501-129-259-1605)                    f20b0242-7b54-4150-8561-31a64233ab37

```
 1                MR. MADIGAN:  Objection to the
 2       form.
 3            A.   No, sir, it does not.
 4            Q.   (BY MR. ZERINGUE)  What is the
 5       purpose of the shoe track cement in a well
 6       such as Macondo that Halliburton pumped on
 7       the occasion of April 19th or 20th, 2010?
 8            A.   Shoe track cement is simply the
 9       sacrificial cement that follows the
10       primary cement with the understanding that
11       there is a high likelihood that mud
12       contamination will occur on the trailing
13       edge of cement pumped down a well such as
14       Macondo.
15            Q.   That shoe track cement was not
16       designed by Halliburton to be a barrier to
17       gas flowing up the well bore, correct?
18            A.   That's correct.
19            Q.   It was never intended by
20       Halliburton to serve that function,
21       correct?
22            A.   No, sir.
23            Q.   How about the annular cement?
24       Does Halliburton design annular cement to
25       zonally isolate the hydrocarbon formations
```

Page 713

```
 1        in the wells in which it pumps cement,
 2        such as Macondo, and block those
 3        hydrocarbon formations from flowing into
 4        the annulus of the well?
 5                 MR. HILL:  Object to the form.
 6                 MR. MADIGAN:  Object to the
 7        form of the question.
 8           A.   Halliburton designs annulus cement
 9        to give a well operator the highest
10        opportunity for successful zonal
11        isolation.
12           Q.   (BY MR. ZERINGUE)  Did Halliburton
13        consider the bottom hole cement that was
14        pumped into Macondo on or about April 19th
15        or 20th, 2010, to be a zonal isolation
16        barrier?
17                 MR. HILL:  Object to form.
18                 MR. MADIGAN:  Object as to
19        form.
20           A.   Could you repeat the question,
21        please?
22           Q.   (BY MR. ZERINGUE)  Did -- did
23        Halliburton intend the bottom hole cement
24        that Halliburton pumped into the Macondo
25        well on or about April 19th or 20th, 2010,
```

Page 714

```
 1        to be a zonal isolation barrier of the
 2        formations at the bottom of the well?
 3                    MR. MADIGAN:  Object to the
 4        form.
 5                    MR. HILL:  Object to form.
 6            A.   The cement that was recommended
 7        was to provide the well with the
 8        opportunity to attempt to seal off any
 9        hydrocarbons, but there's no guarantees of
10        performance downhole.  That cannot be
11        controlled from the surface.
12                    MR. ZERINGUE:  Thank you, sir.
13        That's all I have.
14                    THE VIDEOGRAPHER:  The time is
15        3:49 p.m., and we're off the record.
16                    (Recess 3:49-3:53 p.m.)
17                    THE VIDEOGRAPHER:  The time is
18        3:53 p.m., and we're back on the record.
19                         EXAMINATION
20        BY MR. BARROW:
21            Q.   Good afternoon, sir.  I represent
22        Dril-Quip.  If I ask you any questions
23        that you either do not hear or do not
24        understand, will you tell me?
25            A.   Yes, sir.
```

045735.17
TC/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

# *CONFIDENTIAL*

## *WorldwideVIEW*™
**Interactive Deposition Digital Display**

EXHIBITS TO THE
ORAL AND VIDEOTAPED DEPOSITION OF:



# Thomas Roth

**VOLUME 2**

JULY 26, 2011

# *ORIGINAL*



Systems Technology for the Litigation World

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

```
1                UNITED STATES DISTRICT COURT
2                EASTERN DISTRICT OF LOUISIANA
3   IN RE: OIL SPILL           )   MDL NO. 2179
    by the OIL RIG             )
4   "DEEPWATER HORIZON" in     )   SECTION "J"
    the GULF OF MEXICO, ON     )
5   APRIL 20, 2010             )   JUDGE BARBIER
                               )
6                              )   MAG. JUDGE
                               )   SHUSHAN
7
8                    REPORTER'S CERTIFICATION
9        TO THE ORAL AND VIDEOTAPED DEPOSITION OF
10                        THOMAS ROTH
11       I, Therese J. Casterline, Certified
12  Shorthand Reporter in and for the State of
13  Texas and the State of Louisiana, do
14  hereby certify to the following:
15       That the witness, THOMAS ROTH, was
16  duly sworn by the officer and that the
17  transcript of the oral deposition is a
18  true record of the testimony given by the
19  witness.
20       That the deposition transcript was
21  submitted on August 31      , 2011, to the
22  witness or to the attorney for the witness
23  for examination, signature and return to
24  Worldwide Court Reporters, Inc., by
25  October 15   , 2011;
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1          That the amount of time used by each
 2   party at the deposition is as follows:
 3             Ms. Harding - 1 hour, 39 minutes
 4             Mr. Goforth - 2 hours, 14 minutes
 5             Ms. Schell - 0 hours, 45 minutes
 6             Mr. Lembrich - 0 hours, 10 minutes
 7             Mr. Zeringue - 0 hours, 7 minutes
 8             Mr. Barrow - 0 hours, 3 minutes
 9             Mr. Hill - 0 hours, 16 minutes
10             Mr. Thornhill - 0 hours, 55
11   minutes
12        I further certify that I am neither
13   counsel for, related to, nor employed by
14   any of the parties or attorneys in the
15   action in which this proceeding was taken,
16   and further that I am not financially or
17   otherwise interested in the outcome of the
18   action.
19        Subscribed and sworn to by me this
20   26th day of July, 2011.
21        Therese J. Casterline
          _____
          Therese J. Casterline, CSR, RMR, CRR
22        Texas CSR 5001, Expires 12-31-11
          Louisiana CSR 25014, Expires 12-31-11
23        WORLDWIDE COURT REPORTERS
          3000 Weslayan, Suite 235
24        Houston, Texas 77027
          1-800-745-1101
25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1        I, THOMAS ROTH, have read the
 2   foregoing deposition and hereby affix my
 3   signature that same is true and correct,
 4   except as noted on the attached Amendment
 5   Sheet.
 6                    /s/ Thomas Roth
 7                         THOMAS ROTH
 8   THE STATE OF  TEXAS  )
 9   COUNTY OF  HARRIS  )
10        Before me,  SHARON PATE          ,
11   on this day personally appeared
12   THOMAS ROTH, known to me (or proved to me
13   on the oath of  THOMAS ROTH  or through
14   _____) to be the person whose
15   name is subscribed to the foregoing
16   instrument and executed the same for the
17   purposes and consideration therein
18   expressed.
19        Given under my hand and seal of office
20   this  12TH  day of  SEPTEMBER  ,
21   2011.
22        /s/ Sharon Pate
23        NOTARY PUBLIC IN AND FOR
24        THE STATE OF  TEXAS
25        My commission expires:  AUG. 23, 2012
```

SHARON R. PATE
Notary Public, State of Texas
My Commission Expires
August 23, 2012

CHANGES AND SIGNATURE

WITNESS NAME: THOMAS ROTH

DATE OF DEPOSITION: JULY 25, 2011

| PAGE | LINE | CHANGE | REASON |
|---|---|---|---|
| 9 | 24 | "at" to "on" | misspoke |
| 33 | 25 | "one on one" to "101" | miss quoted |
| 41 | 23 | "second incidents" to "Significance" | miss quoted |
| 86 | 4 | "case and" to "casing" | miss quoted |
| 94 | 7 | "metric" to "measure" | misspoke |
| 97 | 21 | "with" to "of" | misspoke |
| 106 | 19 | "type" to "top" | miss quoted |
| 107 | 14 | "type" to "top" | miss quoted |
| 145 | 20 | add "." following "that" | punctuation |
| 179 | 3 | "MPT" to "NPT" | miss quoted |
| 190 | 10 | "Heir" to "the" | miss quoted |
| 231 | 1 | "it" to "its" | miss quoted |
| 260 | 4 | add "." following "that" | punctuation |
| 304 | 6 | "case and" to "casing" | miss quoted |
| 383 | 25 | "Probert's" to "Probert" | miss quoted |
| 388 | 19 | "Carl" to "Karl" | spelling |
| 443 | 3 | "Things" to "This is" | miss quoted |
| 501 | 4 | "and" to "uh" | miss quoted |
| 546 | 6 | "or" to "where" | miss quoted |
| 548 | 4 | "2:15a." to "2:15 a.m." | punctuation |
| 784 | 18 | insert "and" following "supervisor," | clarification |