# EXHIBIT 23

# DEPOSITION OF TRANSCRIPT OF ERICK CUNNINGHAM

```
 1            UNITED STATES DISTRICT COURT

 2            EASTERN DISTRICT OF LOUISIANA

 3

 4
     IN RE:  OIL SPILL           MDL NO. 2179
 5   BY THE OIL RIG
     "DEEPWATER HORIZON"         SECTION:  J
 6   IN THE GULF OF
     MEXICO, ON                  JUDGE BARBIER
 7   APRIL 20, 2010              MAG. JUDGE SHUSHAN

 8

 9

10
```

17                         **VOLUME 2**

19       Deposition of **ERICK BURTON CUNNINGHAM**,

20   946 Coachlight Drive, Houston, Texas 77077,

21   taken in the Pan American Life Center,

22   Orleans Room, 11th Floor, 601 Poydras Street,

23   New Orleans, Louisiana 70130, reported on

24   Thursday, March 24, 2011.

25

1     Q.     I'll try to be brief because I
2  know it's late.  I just want to clear up a
3  few points.
4          (Whereupon, an off-the-record
5  discussion was held.)
6  EXAMINATION BY MR. CHERNEKOFF:
7     Q.     I would like to clear up a few
8  points of testimony that you gave to
9  others --
10    A.     Okay.
11    Q.     -- in the last two days.  First,
12 in discussion with plaintiffs' counsel
13 yesterday, I understood you to say that it's
14 your position as a cement specialist that the
15 primary barrier to hydrocarbon flow up the
16 well would be cement in the fluid column; is
17 that a correct understanding?
18    A.     Well, what I stated was the
19 primary barrier in that situation is the
20 fluid column.  If you have a full column of
21 fluid and that is the -- that is over the
22 pore pressure, that is your primary barrier.
23 After a cement job, after the shoe track has
24 developed compressive strength, you would
25 still have a primary barrier of the fluid

```
 1   column.  You would have the secondary barrier
 2   that would be a result of the impact of the
 3   combination of a double valve float in the
 4   cement and the shoe track.
 5         Q.    But the fluid column you're
 6   talking about would be the mud coming down?
 7         A.    Yes, sir.
 8         Q.    And as well the cement in its
 9   unhardened state and ultimately hardened
10   state; correct?
11         A.    In a hardened state, in an
12   unhardened state, it would not act as a
13   barrier.  Your primary barrier would be the
14   fluid column.  The cement would not begin to
15   act as a barrier until it developed strength.
16         Q.    Now, you're familiar with the
17   float collar; are you?
18         A.    Yes.  I'm not a float collar
19   expert, but I'm familiar with float collars,
20   yes.
21         Q.    And that goes in the shoe and is
22   an instrument used in part for cement?
23         A.    Yes, to prevent backflow.
24         Q.    Now, in your discussions with
25   Mr. Godwin for Halliburton, I thought you
```

```
 1   said that you had not discussed in any great
 2   detail or maybe in no detail the prospects
 3   for converting the float collar in your
 4   meeting on April 14th.  Did I understand
 5   that?
 6         A.    That's correct.
 7         Q.    So prior to the incident, you
 8   had had no discussions in your talks with
 9   others about cementing about converting the
10   float collar?
11         A.    That's correct.
12         Q.    Now, you would agree with me
13   that the purpose of a float collar is several
14   fold:  First, and in this case, it was an
15   auto fill float collar.  Are you familiar
16   with that?
17         A.    Yes.
18         Q.    So the first purpose would be
19   surge protection; is that correct?
20         A.    Yes.
21         Q.    And in the Macondo well that was
22   important because of concern about the
23   pressure gradients and concern about lost
24   returns; correct?
25         A.    Yes.
```

1      Q.      And in this case, the float
2  collar performed?
3      A.      Yes.
4      Q.      It's also, I guess, a bracket
5  for the placement of the wiper plugs once
6  they come down; is that correct?
7      A.      That's correct.
8      Q.      And it's also used to prevent
9  backflow of cement up the shoe track until
10 it's hardened; is that correct?
11     A.      The valves, the float valves are
12 used for that function, yes.
13     Q.      You wouldn't -- you wouldn't
14 utilize the float collar without cement;
15 correct?
16     A.      The -- in terms of --
17     Q.      It's a poor question.  Let me
18 rephrase that.
19             You would agree that alone, the
20 float collar is not a primary mechanical
21 barrier to prevent flow up the --
22     A.      Yes, I would agree with that.
23 It is a -- it's a float device to prevent the
24 U tube of cement after a cement job.  It's
25 not designed as a long-term barrier to

```
 1   hydrocarbon migration.
 2        Q.    And that would be liquid and
 3   gaseous?
 4        MR. LANCASTER:
 5             Object to form.
 6        THE WITNESS:
 7             Yeah.  So what I think I said is
 8   what I meant to say.
 9   EXAMINATION BY MR. CHERNEKOFF:
10        Q.    So you would agree with the
11   Chief Counsel's report that even a properly
12   converted float equipment is not a reliable
13   barrier to hydrocarbon flow?
14        A.    Yeah.  A float collar or a float
15   valve by itself is not a -- designed as a
16   primary barrier.  That's why there's a
17   combination of float valves and cement in the
18   shoe track.
19        Q.    And you've mentioned just
20   recently, the redraft of APIRP65 part 2.
21        A.    Yes.  And do you want me to
22   state what it says about barriers and float
23   shoes?
24        Q.    Well, if you can, yes.
25        A.    It says a barrier -- a shoe
```

## WITNESS CERTIFICATE

I, **ERICK BURTON CUNNINGHAM**, have read or have had the foregoing testimony read to me and hereby certify that it is a true and accurate transcription of my testimony, with the exception of any attached corrections or changes.

_____   Date  5/10/11
Erick Burton Cunningham

_____ Signed with corrections as attached.

_____ Signed with no corrections noted.

4861303v1

_____  5/10/2011
Gloria Cazares
Notary Public

GLORIA CAZARES
Notary Public, State of Texas
My Commission Expires
February 04, 2014



RECEIVED JUN 1 4 2011

# DEPOSITION ERRATA SHEET

**IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010**

Witness Name:     Erick Burton Cunningham
Date Taken:       March 24, 2011

| Page | Line | Currently Reads | Should Read | Reason |
|---|---|---|---|---|
| 368 | 11 | Greeves | Greaves | transcription error |
| 368 | 13-14 | specifically assigned Azerbaijan to that. | specifically assigned to Azerbaijan. | transcription error |
| 368 | 15 | So in terms of Chris | Chris | clarification of testimony |
| 368 | 19 | Greeves | Greaves | transcription error |
| 377 | 4 | We are moving that | We are moving to that | transcription error or misspoke |
| 377 | 13-14 | As part of the Bly implementation | As part of the implementation | transcription error |
| 379 | 4 | relieve | relief | transcription error |
| 387 | 16 | 5th of April | 14th of April | misspoke |
| 390 | 23 | whole | hole | transcription error |
| 396 | 25 | that's a perfectly | that's perfectly | transcription error |
| 402 | 15 | Does that answer? | Does that answer your question? | clarification of testimony |
| 406 | 18 | persons | history | transcription error or misspoke |
| 408 | 7 | So he had a data set or he had an experience that led him to making that statement. I | So if he had a data set or he had an experience that led him to making that statement, I | transcription error |
| 410 | 6 | this is statements | these are statements | transcription error |
| 412 | 2 | top. | top of the hole. | clarification of testimony |
| 412 | 10-11 | four barrels a minute would be the | four barrels a minute, that would be the | transcription error |
| 419 | 7 | being worked. | being worked out. | transcription error or misspoke |
| 431 | 8 | characteristics | characteristic | transcription error |
| 432 | 5 | That frankly would | I frankly would | transcription error or misspoke |
| 432 | 25 | Volume cement | Volume of cement | transcription error |

1

| 433 | 25 | The assumption | My assumption | misspoke; clarification of testimony |
|---|---|---|---|---|
| 435 | 2 | Do you agreed? | Do you agree? | transcription error |
| 435 | 6 | lost | loss | transcription error |
| 435 | 7 | lost | loss | transcription error |
| 435 | 9 | lost | loss | transcription error |
| 435 | 17 | lost | loss | transcription error |
| 435 | 24 | lost | loss | transcription error |
| 440 | 21-22 | Does this document recommendation | Does this document have recommendations | transcription error or misspoke |
| 448 | 6 | adequate | accurate | transcription error |
| 453 | 25 | will Daryl Kellingray. | is Daryl Kellingray. | transcription error |
| 472 | 2-3 | segment engineer and technical authority | segment engineering technical authority | transcription error |
| 479 | 21 | were working the issues | were working through the issues | transcription error or misspoke |
| 484 | 22 | did not? | did it not? | transcription error |
| 485 | 13 | that previous to the removal of the plan to remove | that previous to the removal, or the plan to remove | transcription error |
| 501 | 17 | PJ | BJ | transcription error |
| 505 | 23 | you've talked | you're talking | transcription error |
| 506 | 18 | Would expect to see | I would expect to see | clarification of testimony |
| 506 | 23 | And would potentially | And I would potentially | transcription error |
| 507 | 20-21 | That requires that I always like to call people always seem to have downhole | People always seem to have downhole | clarification of testimony |
| 509 | 20 | stabile | stable | transcription error |
| 516 | 1 | If good | Good | transcription error |
| 525 | 14 | Jesse slurry design | Jesse's slurry design | transcription error |
| 532 | 11-12 | getting back for you | getting back to you | transcription error |
| 534 | 17-18 | We talked about this specific chain | This specific chain | clarification of testimony |
| 537 | 19 | Yes, he was. | He was in the March 23rd and April 14th meetings. There was no meeting on March 13th. | clarification of testimony |
| 539 | 16 | Brian | Bryan | transcription error |

2

| 539 | 17 | of that stature your from | of that stature from | transcription error or misspoke |
|---|---|---|---|---|
| 539 | 17 | Classen | Clawsen | transcription error |
| 542 | 4-5 | Yeah, I would expect Weatherford to have the centralizer supplier or whoever | Yeah, I would expect Weatherford or whoever | clarification of testimony |
| 574 | 1 | on | or | transcription error |
| 585 | 16 | 7 | 13 | transcription error or misspoke |
| 585 | 17 | 7/8 | 5/8 | transcription error or misspoke |
| 585 | 18 | 9 7/8 | 11 7/8 | transcription error or misspoke |
| 588 | 4 | 9 7/8 | 11 7/8 | transcription error or misspoke |
| 595 | 21 | capped | cap | transcription error |
| 602 | 8 | was the systems that were being | was the system that was being | transcription error or misspoke |
| 604 | 2 | then | them | transcription error |
| 621 | 25 | drill | kill | transcription error |
| 627 | 22 | together | to gather | transcription error |
| 631 | 19-20 | It contains the checklist -- a checklist document | It contains the documents. | misspoke; clarification of testimony |
| 631 | 24 | That's correct. | I am not aware of a well team leader checklist. | misspoke; clarification of testimony |
| 634 | 15 | were | was | transcription error |
| 639 | 14 | But I'm not -- I'm speculating. | But I'm not sure -- I'm speculating. | clarification of testimony |
| 641 | 8 | about | By | transcription error or misspoke |
| 643 | 9 | had it not be effectively | had it not been effectively | transcription error |
| 643 | 11 | There is a metrics | There are metrics | transcription error or misspoke |
| 646 | 22 | command | account | transcription error or misspoke |
| 656 | 6 | Bearding | Bearden | transcription error |
| 656 | 7 | it sets | as it sets | transcription error |

| 658 | 12 | determine why Thunderhorse team | determine why the Thunderhorse team | transcription error |
|---|---|---|---|---|
| 664 | 4 | thank | than | transcription error |
| 664 | 21 | Varco | Fifthian | misspoke |
| 664 | 22 | Zainey | Zanghi | transcription error |
| 664 | 23 | Yilmas | Yilmaz | transcription error |
| 670 | 19 | doesn't | does | transcription error |
| 684 | 9-10 | Halliburton submit cementing | Halliburton's cementing | transcription error |
| 688 | 10 | rathole | shoetrack | misspoke |
| 690 | 13 | Steller | Seiler | transcription error |
| 690 | 21 | 652 | 65-2 | transcription error |
| 693 | 1,3,4 | 652 | 65-2 | transcription error |
| 699 | 20 | No. That is previous to the | Not previous to the | transcription error |
| 709 | 9 | is something of consideration in | is something to consider in | transcription error or misspoke |
| 710 | 8-9 | so the accuracy of it is -- is not up to the -- it's not up to a modeling | so the accuracy of it is -- it's not up to a modeling | corrected during testimony |
| 714 | 21 | That is correct. | WOC is defined as the time to develop strength, not the time to develop final strength. | misspoke; clarification of testimony |
| 721 | 11-13 | To my knowledge, that was the test that was applied, none of the other tests. | To my knowledge, the hydraulic test was the only one applied. None of the other tests. | clarification of testimony |
| 735 | 1 | there is | there are | transcription error |
| 737 | 5 | behind pipe | behind the pipe | transcription error |
| 739 | 22 | there | they | transcription error |
| 741 | 11 | 10V-14 | 10B-14 | transcription error |
| 750 | 11 | Woolam | Wollam | transcription error |
| 750 | 11-12 | and a and a Mr. Mark Heironimus | and a Mr. Mark Heironimus | transcription error |

_Erick Burton Cunningham_          Date  5/10/11

Notary Public — Gloria Cazares   5/10/2011

GLORIA CAZARES
Notary Public, State of Texas
My Commission Expires
February 04, 2014

4