# EXHIBIT 24

## ASSEMBLY DRAWING OF WEATHERFORD M45AP FLOAT COLLAR

(DEPO. EX. 3317)

