# EXHIBIT 25

# WEATHERFORD DELIVERY TICKETS RE: THIRD PARTY INSPECTIONS OF FLOAT COLLAR

(WFT-MDL-00003260-WFT-MDL-00003269 (Depo. Ex. 2585); WFT-MDL-00000433-WFT-MDL-00000437 (Depo. Ex. 2565 & 2566 & Proposed TREX  87,070, WFT-MDL-00022626-WFT-MDL-00022627; WFT-MDL-00022631-WFT-MDL-00022632; WFT-MDL-00022709-WFT-MDL-00022710; WFT-MDL-00022638; WFT-MDL-00022629-WFT-MDL-00022630 (Proposed TREX 87,081)

WFT-MDL-00003260

SHIP TO: 2292848
WELL SITE
Field:MISSISSIPPI CANYON:252
Well:1
Lease:OCSG 32306
OF
UNITED STATES

**Weatherford®**

## DELIVERY TICKET

| PICK NUMBER | PRINT DATE | PAGE |
|---|---|---|
| 3639359 | APR 01 2010 | 1 of 2 |

This order number must appear on all invoices, packing lists, cartons and correspondence related to this order.

BRANCH PLANT 14901

WEATHERFORD (GEMOCO)
8920 POINT SIX CIRCLE DR
HOUSTON TX 77065
UNITED STATES

BILL TO: 1000043
BP AMERICA PRODUCTION CO
ATTN:SCANNING DEPT S646
P O BOX 22024
TULSA OK 741212024
UNITED STATES

PH: 281 859-7888       FX: 281 859-7863

ORDER NUMBER:          5606443   SC

RELATED PO:

| ORDER DATE | ORDERED BY | ENTERED BY | CARRIER |
|---|---|---|---|
| MAR 31 2010 | AL CRANE | LOPEZ, CHRISTOPHER | |

CUSTOMER PO
4540072082

SHIPPING TERMS                SHIPPING INSTRUCTIONS
EXW Ex Works                  VISAUL @ WFT YARD

| LINE | DESCRIPTION | ITEM NUMBER | LOCATION / LOT | UOM WEIGHT | QUANTITY SHIPPED | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|
| 1.000 | LABOR CHARGE | 188786 999999 | | EA | 9.00 | 80.0000 | 720.00 |

SERVICE CHARGE IS FOR VISUAL AND PREP OF 7" EQUIPMENT

TIME/DATE STARTED: 8:00 AM. 4/1/10  TIME/DATE ENDED: 5:00 P.M 4/1/10

9 HRS @ $80.00 PER HR    TOTAL: $ 720.00

SERVICE TECH: DARELL NEWTON

| 2.000 | CLEANING&KENDEX FOR EQUIPMENT | 823355 823355 | | EA | 10.00 | 17.5000 | 175.00 |

CLEANING AND KENDEX FOR 7" EQUIPMENT
10EA. @ 17.50 FOR 7" EQUIPMENT
1EA.RD070082C-S12/S19
1EA.M222W70H513H12A003
2EA.M45AP70H513H12A001

ORIGINAL

SCANNED         ORIGINAL

EXHIBIT
J585

PSPACKJ   R42520  FormScape 3.4.3.03-18-2010 OCC83330/R31/R33) R01 ...so 1: FS737434G        CONTINUED

APR 08 2010

PICK NO.: 3639359
SO NO.: 5606443

Weatherford

DELIVERY TICKET PAGE: 2 of 2
DATE: APR 01 2010

| LINE | DESCRIPTION | ITEM NUMBER | LOCATION / LOT | UOM WEIGHT | QUANTITY SHIPPED | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|
| | 6EA541R0740H513H12A005 | | | | | | |

ORIGINAL

Crane, Allison
Digitally signed by Crane, Allison
DN: cn=Crane, Allison
Date: 2010.04.07 15:49:41 -05'00'

AUTHORIZED SIGNATURE | DATE PACKED

| | |
|---|---|
| SUBTOTAL | 895.00 |
| TAX RATE | 0.00 |
| TOTAL (USD) | 895.00 |

FSPACKJ R42520 FormScape 3.4.3 02-16-2010 CDS0320R01/8331R01 Job # 757874549

WFT-MDL-00003261

WFT-MDL-00003262

# Weatherford

## ENTERPRISE EXCELLENCE FORM

| FORM NUMBER: CF-720-1001 | REV: 02 | PAGE: 1 | ORIGINAL ISSUE DATE: 07/14/2004 | REVISION DATE: 01/18/2005 |
|---|---|---|---|---|

PREPARED BY: Stivaea Slieria

REVIEWED BY: Gerald Dusseault

APPROVED BY: Gordia Smith

TITLE:

### CEMENTATION STANDARD DISPATCH LOG

ORDER DATE/TIME: 3/31/10

DELIVERY DATE: 3/31/10

CUSTOMER: BP

PROJECT: MACONDO

P.O#: 4540072082

ORDER TAKEN BY: Chris Lopez

DELIVERY TICKET #:

ORDERED BY: AL CRANE

PHONE/MOBILE NO.: 281-366-5951

LEASE:

RIG:

OCSG #: 32306

AFE#:

PAY KEY:
FAX NO.:
COUNTY
/PARISH:

M.C 25281

SHIP VIA: WFT

(Check off form of pricing documentation used below):

Pricing agreement in place: X     Verbal Quote in File:     Written Quote/Bid in File: X

Book Price Less Discount Documented in File:

Required: Above pricing documentation includes customer acceptance documented in file:

| SIZE: | WT: | GRADE: | THREAD: | HOLE: |
|---|---|---|---|---|

| QTY. | SIZE | EQUIPMENT | QTY. | SIZE | EQUIPMENT |
|---|---|---|---|---|---|
| 1 | 7" | 188786 LABOR | | | |
| 1 | 7" | 823355 CLEANIN AND XENDEX | | | |
| | | | | | |

VISUAL @ WFT YARD

| PULLED/CHECKED BY: | Darell Dexter | DATE: 3/31/10 | CUSTOMER CONFIRMATION: DT ENTERED BY: | AL CRANE | CHRIS LOPEZ | DATE: 4/1/10 |
|---|---|---|---|---|---|---|
| DELIVERED BY: | Darell Dexter | DATE: 3/31/10 | | | | |

© 2004 Weatherford International, Inc.

Warning: This information is controlled, and any printed version is deemed as uncontrolled unless suitably endorsed by a controlling authority or accompanied by a controlled table of contents in order to ensure adequate revision control.

HYDRIL® Hydril LLC

# DELIVERY MEMORANDUM

DM 191047

Parkey # ZA XC04MATR

| | |
|---|---|
| AUTHORIZATION NUMBER | |
| CUSTOMER NUMBER | |
| PURCHASE ORDER NUMBER | W3S# X2-000X8-C: |
| P.O. DATE | DRILL |
| HYDRIL EMPLOYEE | Russell Werner |
| DM DATE | 4/1/2010 |
| CUSTOMER REP. | Al Crane |
| CREDIT APPROVE | |
| HYDRIL LOCATION | Houston |
| DATE SHIPPED | 4/1/2010 |
| SHIP TO | Weatherford (Gemoco) |
| LOCATION CODE | 4266 |
| TERRITORY CODE | 053 |
| SALESMAN NUMBER | |
| SHIP TO ADDRESS | 8920 Point Six Circle Dr. |
| BILL TO | BP America Production Co. |
| BILL TO ADDRESS | P.O. Box 22024 Attn: Scanning Dept 5646 |
| CITY | Tulsa |
| STATE | OK |
| ZIP | 74121-2024 |
| CITY (ship to) | Houston |
| STATE (ship to) | TX |
| ZIP (ship to) | 77095 |
| OCSG | 32306 |
| COUNTY | Harris |
| BLOCK | 252 |
| WELL | MC 252 #1 Macondo |
| AREA | Mississippi Canyon |
| WILL CALL BY CUSTOMER | |
| DELIVERED BY | Hydril Co. |
| HELD IN YARD | — |
| B/L # | — |
| RIG # | — |

FOOTAGE / NEW / USED / RANGE

HYDRIL △ NO. / TORQUE / MUD WT.

TEST PRESSURE / INT / EXT / MEDIUM

WELL: GAS / OIL / INJ — Only

STRING TYPE

STABBING GUIDE: USED N. USED

HANDLING PLUG: USED N. USED

JOINTS INSP. / SERVICEABLE / RECUT / SCRAP

| ITEM | QTY | PART NUMBER | SERIAL NO. | MATERIAL AND/OR SERVICE DESCRIPTION | UNIT PRICE | DIS % | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 1 | 8 | T-Service | | Hours - Travel & Service | [illegible] | | 180.00 |
| | | | | Assist w/ Visual Thread Inspection of | 45.00 | 50 | |
| | | | | 7,000 32.00# P-110 & Q-125 TSH W513. | | | |
| | | | | Centralizers & Float Equipment. | | | |
| | | | | | | | |
| 2 | 50 | T-Mileage | | Miles - R/T | 2.00 | | 100.00 |
| | | | | | | | |
| | | | | Please See Inspection Report for more | | | |
| | | | | detail. | | | |

| RENTAL | DATE OUT | DATE RETURNED | NOT RETURNED | MEMORANDUM TOTAL |
|---|---|---|---|---|
| | | | | $ 280.00 |

COMMENTS/EXPLANATION: Weatherford P.O. for Reference : PO# 4540072082

DISTRICT MANAGER APPROVAL:

JOB STARTED DATE 4/1/10 TIME 8:00 AM ☒ PM

JOB FINISHED DATE 4/1/10 TIME 12:00 AM PM ☒

I CERTIFY THAT I HAVE READ THIS AGREEMENT AND THAT THE ABOVE MERCHANDISE WAS RECEIVED IN GOOD CONDITION. X [signature] DATE 4/1/10

CUSTOMER — Weatherford Rep

THE TERMS AND CONDITIONS ON THE BACK OF THIS FORM ARE EXPRESSLY MADE A PART OF THIS CONTRACT. PLEASE READ THEM IN FULL BEFORE ACCEPTING THE DELIVERY MEMORANDUM CONTRACT.

MARINE ☐ LAND ☐ YARD ☒ SHOP/C&R ☐

INVOICE TYPE: THREADING ☐ SALES ☐ SERVICE ☒ RENTAL ☐ OTHER ☐

WFT-MDL-00003263

WFT-MDL-00003264

# HYDRIL
Tubular Products Division

## INSPECTION REPORT

PAGE 1 OF 1
TOTAL JTS. INSP. 10
COMPANY NAME: BP America Production Co.
DATE: 4/11/10
DM#: 1910047
SERVICEMAN'S NAME: Russell Werner

| JOINT # | PIN | INSPECTION SUMMARY | BOX | SERVICEABLE | RECUT PIN | RECUT BOX | SCRAP |
|---|---|---|---|---|---|---|---|
| | 7.000" 33.00# HC Q125 TSH W513 Centralizers P/N: 1366204 | Model: 541R Legacy: 5H20701513112100.5 | | | | | |
| 1 | | | | ✓ | | | |
| 2 | | | | ✓ | | | |
| 3 | | | | ✓ | | | |
| 4 | | | | ✓ | | | |
| 5 | | | | ✓ | | | |
| 6 | | | | ✓ | | | |
| | 7.000" 33.00# HC Q125 TSH W513 Float Collar P/N: 1366513 | Model: M45AP Legacy: MS0P701513112A000 | | | | | |
| 1 | | | | ✓ | | | |
| 2 | | | | ✓ | | | |
| | 7.000" 32.00# HC Q125 TSH W513 Guide Shoe P/N: N/A | Model: M332W Legacy: M222W701513112A0001 (Box Only) | | | | | |
| 1 | | | | ✓ | | | |
| | 7.000" 32.00# P-110 TSH W513 Legacy: RD070082-S13/S19 P/N: N/A | Model: N/A (Box Only) | | | | | |
| 1 | | | | ✓ | | | |

TOTAL THIS PAGE 10

TUBULAR TECHNICAL SERVICES

# ENTERPRISE EXCELLENCE FORM

**Weatherford**

| FORM NUMBER: CF-720-1004 | REV: 01 | PAGE: 1 | ORIGINAL ISSUE DATE: 07/28/2004 | REVISION DATE: 07/28/2004 |
| PREPARED BY: STEPHEN SANDERS | REVISED BY: DOVIG ONDU | | APPROVED BY: Gordie Smith | APPROVED BY: |
| TITLE: | | | | |

## CEMENTATION FIELD SERVICE REPORT

CUSTOMER:   BP AMERICA          DATE:   4/1/2010          D/T #:   5606443SO

WELL CHARGES:
WEATHERFORD SERVICE REP:                 M.C. 252 OCS-G-32306 #1
CUST REPRESENTATIVE PRESENT:        **Darell Newton**
3RD PARTY PRESENT:                            Russell Werner- Hydril

LIST OF WEATHERFORD EQUIPMENT ON JOB SITE:
1)RD0700B2C-S13/S19       2)M222W70H513H12A003
3)(2) M45AP70H513H12A001  4)(6) 541R0740H513H12A005
5)_____                6)_____
7)_____                8)_____
9)_____                10)_____
_____
_____
_____
_____
_____
_____

FULL EXPLANATION OF ALL SERVICES RENDERED:
Un-crate and clean threads for Hydril thread inspection. Re-crate  and re apply Kendex to threads.
All equipment is ok to run.

TIME STARTED
JOB:              8am 4/1/10          TIME ARRIVED AT JOB
TIME FINISHED                          SITE:
JOB:              5pm 4/1/10          TIME ARRIVED AT SHOP:

TOTAL MAN HRS OF
SERVICE:              9              TOTAL MAN HRS OF SERVICE
                                     CHARGED:              9

© 2004 Weatherford International, Inc.

Warning:  This information is controlled, and any printed version is deemed as uncontrolled unless suitably endorsed by a controlling authority or

WFT-MDL-00003265

WFT-MDL-00003266

| ![Weatherford] | ENTERPRISE EXCELLENCE FORM | | |
|---|---|---|---|
| PROCEDURE NUMBER:<br>CF-720-1004 | REV:<br>01 | PAGE:<br>2 | ORIGINAL ISSUE DATE:<br>07/28/2004 | REVISION DATE:<br>07/28/2004 |
| TITLE: | CEMENTATION FIELD SERVICE REPORT | | |

RATE PER MAN HOUR
CHARGED:      $80.00

SIGNATURE OF WEATHERFORD
REPRESENTATIVE:      *Darell Newton*

ADDITIONAL COMMENTS:

© 2004 Weatherford International, Inc.

Warning: This information is controlled, and any printed version is deemed as uncontrolled unless suitably endorsed by a controlling authority or accompanied by a controlled table of contents in order to ensure adequate revision control.

WFT-MDL-00003267

# PICK TICKET

**Weatherford**

BRANCH PLANT 14901
WEATHERFORD (GEMOCO)
8820 POINT SIX CIRCLE DR
HOUSTON TX 77064
UNITED STATES

PH: 281 859-7888     FX: 281 859-7883

This order number must appear on all invoices, packing lists, cartons and correspondence related to this order.

| PICK NUMBER | PRINT DATE | PAGE |
|---|---|---|
| 3829559 | MAR 31 2010 | 1 of 2 |

**SHIP TO:** 2292848
WELL SITE
Field:MISSISSIPPI CANYON 252
Well:1
Lease/OCSG:32306
OR
UNITED STATES

**BILL TO:** 1000043
BP AMERICA PRODUCTION CO
ATTN SCANNING DEPT S646
P O BOX 33024
TULSA OK 74152024
UNITED STATES

| ORDER DATE | CUSTOMER PO | ORDER NUMBER | |
|---|---|---|---|
| MAR 31 2010 | 454007082 | 5606443 | SO |

| ORDERED BY | ENTERED BY | CARRIER |
|---|---|---|
| AL CRANE | LOPEZ, CHRISTOPHER | |

MISCELLANEOUS

RELATED PO#:

| SHIPPING TERMS | SHIPPING INSTRUCTIONS |
|---|---|
| EXW EX Works | EXW @ WFT YARD |

| LINE | DESCRIPTION | WEIGHT | ITEM NUMBER | LOCATION / LOT | QUANTITY SHIPPED | QUANTITY BACKORDERED | UOM |
|---|---|---|---|---|---|---|---|
| 1.000 | LABOR CHARGE | | 186786 666666 | | | | EA |

SERVICE CHARGE IS FOR VISUAL AND PREP OF 7" EQUIPMENT

@ $80.00 #720.00

TIME/DATE STARTED: _____   TIME/DATE ENDED: 5pm 4/1/10

9   HRS @ $80.00 PER HR   TOTAL: $ 720.00

| LINE | DESCRIPTION | WEIGHT | ITEM NUMBER | LOCATION / LOT | QUANTITY SHIPPED | QUANTITY BACKORDERED | UOM |
|---|---|---|---|---|---|---|---|
| 2.000 | CLEANING&KENDEX FOR EQUIPMENT | | 823355 823355 | | 10.00 | | EA |

SERVICE TECH: _____

CLEANING AND KENDEX FOR 7" EQUIPMENT
10EA. @ 11.50 FOR 7" EQUIPMENT
1EA.R0070082C-S19/S/19
2EA.M4SAP70H513H17A003
1EA.M222W70H513H17A003
2EA.M4SAP70H513H17A001

**ORIGINAL**

CONTINUED

FSPICK.R42500 Forms3.e.e 3.4.3 03-16-2010 COBB3320R0103301701.JOB # FS775084.

WFT-MDL-00003268

PICK NO.: 3639359

SO NO.:   5606443  SO

Weatherford

PICK TICKET PAGE: 2 of 2

DATE: MAR 31 2010

| LINE | DESCRIPTION | WEIGHT | ITEM NUMBER | LOCATION / LOT | QUANTITY SHIPPED | QUANTITY BACKORDERED | UOM |
|------|-------------|--------|-------------|----------------|------------------|----------------------|-----|
|      | 6EA.541R0740H513H12A005 |  |  |  |  |  |  |

AUTHORIZED SIGNATURE

DATE PICKED

FSPICKJ  R42520  FormScape 3.4.3 02-16-2010 CCB8330R01/8331R01 JOB # F57785084

229 2848

**Lopez, Christopher**

| | |
|---|---|
| **From:** | Crane, Allison [Allison.Crane@bp.com] |
| **Sent:** | Wednesday, March 31, 2010 8:44 AM |
| **To:** | Scharf, Keith |
| **Cc:** | Clawson, Bryan R; Lopez, Christopher; Bueno, Angel R (MCS); Maxwell, Scott A; Couch, Thomas E |
| **Subject:** | Macondo - 7" Float Equipment - Pre-ship Inspection |
| **Attachments:** | NEXEN CP7 00.xls |

Keith

As we discussed, BP has purchased the 7" float equipment on the attached from Nexen and will use it on our Macondo well. Please schedule Hydril to perform a visual thread inspection on all pieces and re-apply Kendex. I need to have this completed by close of business tomorrow. Charge information for Hydril is as follows:

| | |
|---|---|
| Well Name: | OCSG 32306 # 1 /MC 252/ - Macondo |
| WBS: | X2-000X8-C-DRILL |
| Paykey: | ZAXC04MATR |

Any Weatherford charges will go on the Macondo purchase order, 4540072082.

Angel - I will leave it to you to let Weatherford no when to ship the primary equipment - 1 ea float collar, 1 ea reamer shoe & 6 ea cent subs - to Tubo-Amelia. I will advise Wetherford when to ship the backup equipment to Fourchon.

Let me know if you have any questions.

Thanks

*Al Crane*

**Materials Management Coordinator**
**BP GoM Deepwater Exploration**
281-366-5961
allison.crane@bp.com

3/31/2010

WFT-MDL-00003269

SHIP TO:  2292848
WELL SITE
Field:MISSISSIPPI CANYON 252
Well:1
Lease:OCSG 32306
OR
UNITED STATES

**Weatherford**

### DELIVERY TICKET

| PICK NUMBER | PRINT DATE | PAGE |
|---|---|---|
| 3643129 | APR 01 2010 | 1 of 2 |

This order number must appear on all invoices, packing lists, cartons and correspondence related to this order.

BRANCH PLANT 14901

WEATHERFORD (GEMOCO)
3920 POINT SIX CIRCLE DR
HOUSTON TX 77095
UNITED STATES

BILL TO: 1000043
BP AMERICA PRODUCTION CO
ATTN SCANNING DEPT S646
P O BOX 22024
TULSA OK 741212024
UNITED STATES

PH: 281 859-7888     FX: 281 859-7863

| ORDER DATE | ORDERED BY | ENTERED BY | CARRIER | ORDER NUMBER: | 5609787  SO |
|---|---|---|---|---|---|
| APR 01 2010 | AL CRANE | LOPEZ, CHRISTOPHER | | | |

CUSTOMER PO
4540072082

RELATED POR:

SHIPPING TERMS
EXW  Ex Works

SHIPPING INSTRUCTIONS
SHIP TO TUBOSCOPE  AMELIA LA

| LINE | DESCRIPTION | ITEM NUMBER | LOCATION / LOT | UOM WEIGHT | QUANTITY SHIPPED | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|

*SHIP SUNDAY TO BE @ TUBOSCOPE IN AMELIA LA. 4/5/10 8:00 A.M*

*RECIEVER WO-1508002*

*ATT:CHARLENE BLANCHARD 1-985-631-1845*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1.000 | SHOE, REAMER, DBK, 7 CSG X 8-1 /4 OD, W/BAFFLE, UNIV | 1211284 RD070082C-S13/S19 | | EA | 1.00 | .0000 | |

*NO CHARGE PULLED FROM NEXEN CUSTOMER OWNED*
*THREADED H513 32#*
*ORIGINAL SO # 5479744 (2-22-10) SU#5522748 (2/24/10)*
*WELL: G.C. 51282 (KNOTTY HEAD)*
*PRICE AS REFERENCE:$20259.75*

| 2.000 | COLLAR, FLOAT 7 M45AP HCQ125 N R HYDL 513 32.0 | 1386513 M45AF70H513H12A001 | | EA | 1.00 | .0000 | |

*NO CHARGE PULLED FROM NEXEN CUSTOMER OWNED*
*ORIGINAL SO # 5479744 (2-22-10) SU#5522748 (2/24/10)*
*WELL: G.C. 51282 (KNOTTY HEAD)*
*PRICE AS REFERENCE: $8,102.98*

**ORIGINAL**

FSPACKJ   R42520   FormScape 3.4.3 02-16-2010 CCB8320R01/8331R01  Job # FS7805933           CONTINUED



EXHIBIT
tabbies
2565

WFT-MDL-00000433

PICK NO.: 3643129

SO NO.: 5609787

**Weatherford**

DELIVERY TICKET PAGE: 2 of 2

DATE: APR 01 2010

| LINE | DESCRIPTION | ITEM NUMBER | LOCATION / LOT | UOM WEIGHT | QUANTITY SHIPPED | UNIT PRICE | EXT PRICE |
|------|-------------|-------------|----------------|-----------|------------------|-----------|-----------|
| 3.000 | SUB, CENT ROT 7 541R HCQ125 HY DRIL 513 32.0 10.75 OD | 1366204 541R070H513H12A00S | | EA | 6.00 | .0000 | |

NO CHARGE PULLED FROM NEXEN CUSTOMER OWNED
ORIGINAL SO # 5479744  (2-22-10)  SU#5522748 (2/24/10)
WELL: G.C. 512#2 (KNOTTY HEAD)
PRICE AS REFERENCE: $6,389.25

## ORIGINAL

AUTHORIZED SIGNATURE          DATE PACKED

| | |
|---|---|
| SUBTOTAL | 0.00 |
| TAX RATE | |
| TOTAL (USD) | 0.00 |

FSPACKU  R04020  FormScape 3.4.3 02-10-2010 CC06530R01/0331R01  Job # F5788S933

WFT-MDL-00000434

SHIP TO:  2292848
WELL SITE
Field:MISSISSIPPI CANYON 252
Well:1
Lease:OCSG 32306
OF
UNITED STATES

BILL TO:  1000043
BP AMERICA PRODUCTION CO
ATTN SCANNING DEPT S846
P O BOX 22024
TULSA OK 741212024
UNITED STATES

## Weatherford®

### DELIVERY TICKET

| PICK NUMBER | PRINT DATE | PAGE |
|---|---|---|
| 3658216 | APR 09 2010 | 1 of 1 |

This order number must appear on all invoices, packing lists, cartons and correspondence related to this order.

BRANCH PLANT 14901

WEATHERFORD (GEMOCO)
8820 POINT SIX CIRCLE DR
HOUSTON TX 77095
UNITED STATES

PH: 281 859-7888        FX: 281 859-7863

| ORDER DATE | ORDERED BY | ENTERED BY | CARRIER | ORDER NUMBER: | 5624610 | SO |
|---|---|---|---|---|---|---|
| APR 09 2010 | AL CRANE | LOPEZ, CHRISTOPHER | | | | |
| CUSTOMER PO | | MISCELLANEOUS | | RELATED PO#: | | |
| 4540072082 | | | | | | |
| SHIPPING TERMS | | SHIPPING INSTRUCTIONS | | | | |
| EXW Ex Works | | SHIP TO C-PORT IN FOURCHON 4/10/10 12:00 P.M | | | | |

| LINE | DESCRIPTION | ITEM NUMBER | LOCATION / LOT | UOM WEIGHT | QUANTITY SHIPPED | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|
| (MACONDO) | | | | | | | |
| 1.000 | SHOE, GUIDE 7 M222W CONC CMPST HCQ125 HYDL 513 32.0 | 1366511 M222W70H513H12A003 | | EA | 1.00 | .0000 | |
| | NO CHARGE PULLED FROM NEXEN CUSTOMER OWNED STOCK ORIGINAL SO # 5479744 (2-22-2010) SU#5522748 (2/24/10) WELL: G.C. 81282 (KNOTTY HEAD) PRICE AS REFERENCE: $5180.52 | | | | | | |
| 2.000 | COLLAR, FLOAT 7 M45AP HCQ125 N R HYDL 513 32.0 | 1366513 N45AP70H513H12A001 | | EA | 1.00 | .0000 | |
| | NO CHARGE PULLED FROM NEXEN CUSTOMER OWNED STOCK ORIGINAL SO # 5479744 (2-22-2010) SU#5522748 (2/24/10) WELL: G.C. 81282 (KNOTTY HEAD) PRICE AS REFERENCE: $8102.98 | | | | | | |

## ORIGINAL

_ACE_
_29109_        _4-10-10_
AUTHORIZED SIGNATURE        DATE PACKED

| SUBTOTAL | 0.00 |
|---|---|
| TAX RATE | 0.00 |
| TOTAL (USD) | 0.00 |

FSPACKU  R42529  FormScape 3.4.3 02-16-2010 CCB433CR0185331R01  Job # F58181458



EXHIBIT
2566

WFT-MDL-00000435

| MONTHLY RENTAL REPORT - APR 2010 | | | |
|---|---|---|---|
| **EQUIPMENT** | **COMPANY** | **REVENUE** | |
| 4-1/2" IF EQ SUB | | | |
| | | | $0.00 |
| TDH HEAD (804463) | | | |
| | LLOG | $10,800.00 | |
| | LLOG | $5,725.00 | |
| | MURPHY | $5,725.00 | |
| | WALTER | $5,000.00 | |
| | | | |
| | | | $27,250.00 |
| SSR HEAD (804454) | | | |
| | | | |
| | | | |
| | | | |
| | | | $0.00 |
| REMOTE CTRL (804465) | | | |
| | BHP | $39,600.00 | |
| | BHP | $38,100.00 | |
| | BHP | $38,100.00 | |
| | BP | $21,900.00 | |
| | BP | $11,100.00 | |
| | BP | $62,550.00 | |
| | NEXEN | $22,990.00 | |
| | NEXEN | $22,990.00 | |
| | | | $257,330.00 |
| BA REMOTE CTRL (1297365) | | | |
| | MARATHON | $44,500.00 | |
| | | | |
| | | | |
| | | | $44,500.00 |
| OTHER RENTAL | | | |
| DART CATCHER | NEXEN | $3,063.75 | |
| | NEXEN | $4,018.50 | |
| | | | |
| | | | |
| | | | |
| | | | $7,082.25 |
| SURGEMASTER 6-5/8 II | | | |
| | | | |
| | | | |
| | | | $0.00 |
| SWIVEL TOOL 4-1/2 | | | |
| | | | |
| SURGEMASTER 8-1/2 | | | $0.00 |
| | | | |
| | | | |
| SURGEMASTER 8-1/2 II | | | $0.00 |

WFT-MDL-00000436

| | | | |
|---|---|---|---|
| STATOIL | | $26,270.11 | |
| WALTER | | $15,600.00 | |
| WALTER | | $15,000.00 | |
| | | | |
| | | | |
| | | | $56,870.11 |
| **SURGEMASTER 9-1/4** | | | |
| | | | |
| | | | |
| | | | $0.00 |
| **TOTAL BUCKING** | | | $60,714.50 |
| **SPEC. INSPECTIONS** | | | $6,550.00 |
| **DART SUB PACKAGE** | INCL. PUP JTS./CROSSOV | | $182,197.90 |
| **REDRESS CHARGE** | TOTAL REDRESS | | $48,722.00 |
| **MISC SALE ITEMS** | PLUG SETS & DARTS/5% | | $70,112.80 |
| **THIRD PARTY CHARGES** | | | $35,750.20 |
| | | | |
| | | | |
| | | TOTAL SSRENTAL | $797,079.76 |
| **SSLABOR** | | TOTAL LABOR | $217,830.00 |
| **TOTAL REVENUE** | | TOTAL REVENUE | $1,014,909.76 |

WFT-MDL-00000437

# Weatherford®

## DELIVERY TICKET

| PICK NUMBER | PRINT DATE | PAGE |
|---|---|---|
| 3639359 | APR 01 2010 | 1 of 2 |

This order number must appear on all invoices, packing lists, cartons and correspondence related to this order.

**BRANCH PLANT** 14901

WEATHERFORD (GEMOCO)
8920 POINT SX CIRCLE DR
HOUSTON TX 77095
UNITED STATES

PH: 281 859-7888    FX: 281 859-7863

ORDER NUMBER: 5606443   SO

**SHIP TO:** 2292843
WELLS TX
Field:MISSISSIPPI CANYON 252
Well:1
Lease:OCSG 32306
OP:
UNITED STATES

**BILL TO:** 1000043
BP AMERICA PRODUCTION CO
ATTN: SCANNING DEPT 9846
P O BOX 22024
TULSA OK 741212024
UNITED STATES

| ORDER DATE | ORDERED BY | ENTERED BY |
|---|---|---|
| MAR 31 2010 | AL CRANE | LOPEZ, CHRISTOPHER |

**CUSTOMER PO:** MISCELLANEOUS
4540007082

**SHIPPING TERMS:** EXW Ex Works

**SHIPPING INSTRUCTIONS:** V:SAUL @ WFT YARD

**RELATED PO#:**

| LINE | DESCRIPTION | ITEM NUMBER | CARRIER | LOCATION / LOT | UOM WEIGHT | QUANTITY SHIPPED | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|---|
| 1.000 | LABOR CHARGE | 187786 999999 | | | EA | 9.00 | 80.0000 | 720.00 |

SERVICE CHARGE IS FOR VISUAL AND PREP OF 7" EQUIPMENT

TIME/DATE STARTED: 8:00 AM 4/1/10  TIME/DATE ENDED: 5:00 P.M 4/1/10

9. HRS @ $80.00 PER/HR   TOTAL: $ 720.00

SERVICE TECH: DARELL NEWTON

| 2.000 | CLEANING&KENDEX FOR 7" EQUIPMENT | 823355 823355 | | | EA | 10.00 | 17.5000 | 175.00 |

CLEANING AND KENDEX FOR 7" EQUIPMENT
10EA. @ 17.50 FOR 7" EQUIPMENT
1EA.RD070062C-S13/S19
1EA.M222W70H513H12A003
2EA.M45AP70H513H12A001

**ORIGINAL**

**SCANNED**

CONTINUED

FSPACK:I  R42520  FormScale: 3.4,3.02-16-2010 0.CR835DRO7R8531R01  Job #:67371696

APR 08 2010



DELIVERY TICKET PAGE: 2 of 2
DATE: APR 01 2010

**Weatherford**

PICK NO.: 3608359
SO NO.: 5608443

| LINE | ITEM NUMBER | DESCRIPTION | LOCATION / LOT | UOM WEIGHT | QUANTITY SHIPPED | UNIT PRICE | EXT PRICE |
|------|-------------|-------------|----------------|------------|------------------|------------|-----------|
| | | 6EA.541R0740H633H12A0/05 | | | | | |

ORIGINAL

| | |
|---|---|
| SUBTOTAL | 895.00 |
| TAX RATE | 0.00 |
| TOTAL (USD) | 895.00 |

Crane, Allison
Digitally signed by Crane, Allison
DN: cn=Crane, Allison
Date: 2010.04.07 15:49:41 -05'00'

AUTHORIZED SIGNATURE          DATE PACKED

CONFIDENTIAL

WFT-MDL-00022627

# HYDRIL®
Hydril LLC

## DELIVERY MEMORANDUM

DM 191047

PayKey # ZAXCOUMATK

| AUTHORIZATION NUMBER | | CUSTOMER NUMBER | | | |
|---|---|---|---|---|---|
| HYDRIL EMPLOYEE | Russell Werner | DM DATE | 4/1/2010 | CUSTOMER REP | Al Crane |
| HYDRIL LOCATION | Houston | DATE SHIPPED | 4/1/2010 | SHIP TO | Weatherford (Gemoco) |
| LOCATION CODE | 4266 | TERRITORY CODE | 053 | SALESMAN NUMBER | SHIP TO ADDRESS | 8920 Point Six Circle Dr. |

PURCHASE ORDER NUMBER: WBS# X2-00AX8-C

CREDIT APPROVAL

| BILL TO | BP America Production Co. |
|---|---|
| BILL TO ADDRESS | P.O. Box 22024 |
| | Attn: Scanning Dept. 5646 |
| CITY | Tulsa | STATE | OK | ZIP | 74121-2024 |

CITY Houston  STATE TX  ZIP 77095
COUNTY Harris
WELL MC 252 #1 Macondo
HELD IN YARD

WELL CALL BY CUSTOMER: Hydril Co.  DELIVERED BY: Hydril Co.

| ITEM | QTY | PART NUMBER | SERIAL NO. | MATERIAL AND/OR SERVICE DESCRIPTION | UNIT PRICE | DIS % | SERVICEABLE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|
| 1 | 8 | T-Service | | Hours - Travel & Service | | | | 180.00 |
| | | | | Assist w/ Visual Thread Inspection of | 45.00 | 50 | | |
| | | | | 7000, 32.00 # P110 Q-125 TSH WSI3 | | | | |
| | | | | Centralizers & Float Equipment. | | | | |
| 2 | 50 | T-Mileage | | Miles - R/T | 2.00 | | | 100.00 |
| | | | | Please See Inspection Report for more | | | | |
| | | | | detail. | | | | |

FOOTAGE: NEW / USED  RANGE
HYDRIL ✓  NO Y  TONG UE  MUD WT.
TEST PRESSURE  STRING TYPE  INT EXT
WELL  GAS  OIL  MEDIUM
STABBING GUIDE  USED  N. USED  HANDLING PLUG
JOINTS INSP.  RECUT  SCRAP.

MEMORANDUM TOTAL: $ 280.00

DRILL

| | | |
|---|---|---|
| RENTAL | DATE OUT | |
| COMMENTS/EXPLANATION: | Weatherford P.O. for reference: PO# 45400 73022 | NOT RETURNED | DATE RETURNED |

| JOB STARTED DATE | 4/1/10 | TIME | 8:00 | AM / PM | | JOB FINISHED DATE | 4/1/10 | DATE | 4/1/10 | TIME | 12:00 | AM / PM | DISTRICT MANAGER APPROVAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

I CERTIFY THAT I HAVE READ THIS AGREEMENT AND THAT THE ABOVE MERCHANDISE WAS RECEIVED IN GOOD CONDITION.

David Placht  Weatherford Rep  CUSTOMER

THE TERMS AND CONDITIONS ON THE BACK OF THIS FORM ARE EXPRESSLY MADE A PART OF THIS CONTRACT. PLEASE READ THEM IN FULL BEFORE ACCEPTING THE DELIVERY MEMORANDUM CONTRACT.

INVOICE TYPE
THREADING ☐
SALES ☐
SERVICE ☒
RENTAL ☐
OTHER ☐

MARINE ☐
LAND ☐
YARD ☐
SHOP/OEM ☐

WFT-MDL-00022629

PAGE _1_ OF _1_

TOTAL JTS. INSP. _10_

**HYDRIL®**
Tubular Products Division
**INSPECTION REPORT**

DATE _4/1/10_

DM # _191047_

COMPANY NAME _BP America Production Co._   SERVICEMAN'S NAME _Russell Werner_

| JOINT # | PIN          INSPECTION SUMMARY          BOX | SERVICE-ABLE | RECUT PIN | RECUT BOX | SCRAP |
|---------|----------------------------------------------|--------------|-----------|-----------|-------|
|   | 7.000" 32.00# HC-Q125 TSH W/513 |  |  |  | ✓ |
|   | Centralizers          Model: 541R |  |  |  |  |
|   | P/N: 1366204          Legacy: |  |  |  |  |
|   |                       541R070H513H12A005 |  |  |  |  |
| 1 |  | ✓ |  |  |  |
| 2 |  | ✓ |  |  |  |
| 3 |  | ✓ |  |  |  |
| 4 |  | ✓ |  |  |  |
| 5 |  | ✓ |  |  |  |
| 6 |  | ✓ |  |  |  |
|   | 7.000" 32.00# HC-Q125 TSH W/513 |  |  |  |  |
|   | Float Collar          Model: M45AP |  |  |  |  |
|   | P/N: 1366513          Legacy: |  |  |  |  |
|   |                       M45AP70H513H12A001 |  |  |  |  |
| 1 |  | ✓ |  |  |  |
| 2 |  | ✓ |  |  |  |
|   | 7.000" 32.00# HC-Q125 TSH W/513 |  |  |  |  |
|   | Guide Shoe            Model: M222W |  |  |  |  |
|   | P/N: N/A              Legacy: |  |  |  |  |
|   |                       M222W70H513H12A001 |  |  |  |  |
| 1 |                       (Box Only) | ✓ |  |  |  |
|   | 7.000" 32.00# P-110 TSH W/513 |  |  |  |  |
|   | Legacy: RD070082C-S13/S19 |  |  |  |  |
|   | P/N: N/A              Model: N/A |  |  |  |  |
| 1 |                       (Box Only) | ✓ |  |  |  |
|   |  |  |  |  |  |
|   |  |  |  |  |  |
|   |  |  |  |  |  |
|   |  |  |  |  |  |
|   |  |  |  |  |  |
|   |  |  |  |  |  |
|   |  |  |  |  |  |
|   |  |  |  |  |  |
| TOTAL THIS PAGE 10 |  |  |  |  |  |

TUBULAR TECHNICAL SERVICES

CONFIDENTIAL

WFT-MDL-00022630

| ❤ **Weatherford** | **ENTERPRISE EXCELLENCE FORM** | | | | |
|---|---|---|---|---|---|
| **FORM NUMBER:** CF-720-1004 | **REV:** 01 | **PAGE:** 1 | **ORIGINAL ISSUE DATE:** 07/28/2004 | **REVISION DATE:** 07/28/2004 | |
| **PREPARED BY:** STEPHEN SANDERS | **REVIEWED BY:** DONNIE OWEN | | **APPROVED BY:** | **APPROVED BY:** Gordie Smith | |
| **TITLE:** | **CEMENTATION FIELD SERVICE REPORT** | | | | |

**CUSTOMER:** BP AMERICA                    **DATE:** 4/1/2010        **D/T #:** **5606443SO**

WELL CHARGES:                      M.C. 252 OCS-G-32306 #1
WEATHERFORD SERVICE REP:          **Darell Newton**
CUST REPRESENTATIVE PRESENT:
3RD PARTY PRESENT:               Russell Werner- Hydril

LIST OF WEATHERFORD EQUIPMENT ON JOB SITE:
1)RD070082C-S13/S19                2)M222W70H513H12A003
3)(2) M45AP70H513H12A001           4)(6) 541R0740H513H12A005
5)                                 6)
7)                                 8)
9)                                 10)

FULL EXPLANATION OF ALL SERVICES RENDERED:
Un-crate and clean threads for Hydril thread inspection. Re-crate and re apply Kendex to threads.
All equipment is ok to run.

| TIME STARTED JOB: | 8am 4/1/10 | TIME ARRIVED AT JOB SITE: | |
|---|---|---|---|
| TIME FINISHED JOB: | 5pm 4/1/10 | TIME ARRIVED AT SHOP: | |
| TOTAL MAN HRS OF SERVICE: | 9 | TOTAL MAN HRS OF SERVICE CHARGED: | 9 |

© 2004 Weatherford International, Inc.
Warning:  This information is controlled, and any printed version is deemed as uncontrolled unless suitably endorsed by a controlling authority or

CONFIDENTIAL                                                          WFT-MDL-00022631

| ♦ **Weatherford** | | **ENTERPRISE EXCELLENCE FORM** | | | |
|---|---|---|---|---|---|
| **PROCEDURE NUMBER:** CF-720-1004 | **REV:** 01 | **PAGE:** 2 | **ORIGINAL ISSUE DATE:** 07/28/2004 | | **REVISION DATE:** 07/28/2004 |
| **TITLE:** | | **CEMENTATION FIELD SERVICE REPORT** | | | |

RATE PER MAN HOUR
CHARGED:                     $80.00

SIGNATURE OF WEATHERFORD
REPRESENTATIVE:                   *Darell Newton*

ADDITIONAL COMMENTS:

© 2004 Weatherford International, Inc.
Warning:  This information is controlled, and any printed version is deemed as uncontrolled unless suitably endorsed by a controlling authority or accompanied by a controlled table of contents in order to ensure adequate revision control.

CONFIDENTIAL

| **Weatherford** | ENTERPRISE EXCELLENCE FORM | | | | |
|---|---|---|---|---|---|
| FORM NUMBER:<br>CF-720-1001 | REV:<br>02 | PAGE:<br>1 | ORIGINAL ISSUE DATE:<br>07/14/2004 | REVISION DATE:<br>01/18/2005 | |
| PREPARED BY:<br>STEPHEN SANDERS | REVIEWED BY:<br>GERALD BUSHONG | | APPROVED BY: | APPROVED BY:<br>Gordie Smith | |
| TITLE: | CEMENTATION STANDARD DISPATCH LOG | | | | |

| | | | | |
|---|---|---|---|---|
| ORDER DATE/TIME: | 4/1/10 | ORDER TAKEN BY: Chris Lopez | OCSG # | 32306 |
| DELIVERY DATE: | 4/5/10 | DELIVERY TICKET #: 5609787 | AFE# | |
| CUSTOMER: | BP | ORDERED BY: AL CRANE | PAY KEY: | |
| PROJECT: | MACONDO | PHONE/MOBILE NO.: | FAX NO.: | |
| | | LEASE: M.C 252 #1 | COUNTY /PARISH: | |
| P.O# | 4540072082 | RIG: | SHIP VIA: ACE |

**(Check off form of pricing documentation used below):**
Pricing agreement in place:   X          Verbal Quote in File:                          Written Quote/Bid in File:  X
Book Price Less Discount Documented in File:
**Required:** Above pricing documentation includes customer acceptance documented in file:

| SIZE: | | WT: | | GRADE: | | THREAD: | | HOLE: | |
|---|---|---|---|---|---|---|---|---|---|

| QTY. | SIZE | EQUIPMENT | QTY. | SIZE | EQUIPMENT |
|---|---|---|---|---|---|
| 1 | 7" | 1211284  RD070082C-S13/S19 | | | |
| 1 | 7" | 1366513  M45AP70H513H12A001 | | | |
| 6 | 7" | 1366204  541R070H513H12A005 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| SHIP TO TUBOSCOPE IN AMELIA LA 4/5/10 8:00 A.M | |
| | |
| | |

| PULLED/CHECKED BY: | | DATE: | CUSTOMER CONFIRMATION: | AL CRANE | | |
|---|---|---|---|---|---|---|
| DELIVERED BY: | | DATE: | DT ENTERED BY: | CHRIS LOPEZ | DATE: | 4/1/10 |

© 2004 Weatherford International, Inc.
Warning: This information is controlled, and any printed version is deemed as uncontrolled unless suitably endorsed by a controlling authority or accompanied by a controlled table of contents in order to ensure adequate revision control.

CONFIDENTIAL

| Weatherford | **ENTERPRISE EXCELLENCE FORM** | | | | |
|---|---|---|---|---|---|
| FORM NUMBER:<br>CF-720-1004 | REV:<br>01 | PAGE:<br>1 | ORIGINAL ISSUE DATE:<br>07/28/2004 | | REVISION DATE:<br>07/28/2004 |
| PREPARED BY:<br>STEPHEN SANDERS | REVIEWED BY:<br>DONNIE OWEN | | APPROVED BY: | | APPROVED BY:<br>Gordie Smith |
| TITLE: | **CEMENTATION FIELD SERVICE REPORT** | | | | |

CUSTOMER:   BP AMERICA          DATE:  4/1/2010    D/T #:  **5606443SO**

WELL CHARGES:                M.C. 252 OCS-G-32306 #1
WEATHERFORD SERVICE REP:    **Darell Newton**
CUST REPRESENTATIVE PRESENT:
3RD PARTY PRESENT:          Russell Werner- Hydril

LIST OF WEATHERFORD EQUIPMENT ON JOB SITE:
| | |
|---|---|
| 1)RD070082C-S13/S19 | 2)M222W70H513H12A003 |
| 3)(2) M45AP70H513H12A001 | 4)(6) 541R0740H513H12A005 |
| 5) | 6) |
| 7) | 8) |
| 9) | 10) |

FULL EXPLANATION OF ALL SERVICES RENDERED:
Un-crate and clean threads for Hydril thread inspection. Re-crate and re apply Kendex to threads.
All equipment is ok to run.

| | | | |
|---|---|---|---|
| TIME STARTED JOB: | 8am 4/1/10 | TIME ARRIVED AT JOB SITE: | |
| TIME FINISHED JOB: | 5pm 4/1/10 | TIME ARRIVED AT SHOP: | |
| TOTAL MAN HRS OF SERVICE: | 9 | TOTAL MAN HRS OF SERVICE CHARGED: | 9 |

© 2004 Weatherford International, Inc.
Warning:  This information is controlled, and any printed version is deemed as uncontrolled unless suitably endorsed by a controlling authority or

CONFIDENTIAL

| ▼ **Weatherford** | **ENTERPRISE EXCELLENCE FORM** | | | |
|---|---|---|---|---|
| PROCEDURE NUMBER: CF-720-1004 | REV: 01 | PAGE: 2 | ORIGINAL ISSUE DATE: 07/28/2004 | REVISION DATE: 07/28/2004 |
| TITLE: | **CEMENTATION FIELD SERVICE REPORT** | | | |

RATE PER MAN HOUR CHARGED:  $80.00

SIGNATURE OF WEATHERFORD REPRESENTATIVE:   *Darell Newton*

ADDITIONAL COMMENTS:

© 2004 Weatherford International, Inc.

Warning:  This information is controlled, and any printed version is deemed as uncontrolled unless suitably endorsed by a controlling authority or accompanied by a controlled table of contents in order to ensure adequate revision control.

CONFIDENTIAL