# EXHIBIT 26

# EXPERT REPORT OF GREG MCCORMACK (WEATHERFORD) (DEPO. EX. 7596)

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA


IN RE: OIL SPILL BY THE OIL RIG MDL NO. 2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO, ON APRIL 20, 2010


EXPERT REPORT OF
GREGORY M. McCORMACK
TARTAN ENTERPRISES, INC.


DATED: October 14, 2011


Gregory M. McCormack


7596

Exhibit No. _____
Worldwide Court
Reporters, Inc.

1

**Instruction.**

I have been asked to render my opinions with respect to the design, use and function of certain Weatherford U.S., L.P. ("Weatherford") products and services provided to BP in connection with BP's planned temporary abandonment of the Macondo Well. Specifically, I have been asked to render my professional opinion on the following:

1. Did the Weatherford M45AP float collar that was used in the production casing string of the Macondo Well function as designed by Weatherford, as intended and used by BP in the Macondo Well, and in accordance with industry standards and practices?;

2. Whether the float collar flapper valves converted to one–way check valves?;

3. Did the float check test that was conducted after cement pumping had stopped establish there was no back flow of wet cement through the float collar while waiting on the cement to set?;

4. What barriers did BP intend to utilize to zonally isolate the hydrocarbon zones in the Macondo Well during temporary abandonment?;

5. Did BP intend or utilize the M45AP float collar as a barrier to hydrocarbon flow or as a well control device?;

6. Did the Weatherford dual plug system, centralizers and reamer shoe function as designed by Weatherford and as intended and used by BP?; and

7. Were any Weatherford products or services the cause or a contributing cause of the Macondo Well blowout?

**Executive Summary.**

My review and analysis of the facts involved in this case, including but not limited to BP's Well Program for the temporary abandonment of the Macondo Well, establishes that BP intended and used the Weatherford M45AP float collar in the production string of the Macondo Well solely as a casing running and casing cementing tool, and for no other purpose. BP did not intend nor did it use the float collar as a barrier to hydrocarbon flow or as a well control device. In accordance with industry practices and standards, float collars are used solely as accessories in casing running operations and in the cementing of casing. Float collars are not recognized by the industry to be barriers to hydrocarbon flow or well control devices and are not used nor intended to be used as barriers to hydrocarbon flow or well control devices.

A well program is a technical document in which drilling engineers apply engineering practices and standards to the downhole conditions presented, specify the operations that will be conducted and describe the bottomhole assemblies and other specialized equipment that will be used in the drilling and construction of an oil and gas well. In the April 15, 2010 Well Program for the Macondo Well[1] ("Well Program"), BP's engineers specified the procedures, operations, tools and equipment that BP would

---

[1] BP's GoM Exploration Wells-MC252#1 ST00BP01-Macondo Prospect-7"x97/8" Interval BP-HZN-MBI 00128340-360.

utilize to run the casing, cement the casing, set a surface cement plug, lockdown the casing and clean the riser, all in connection with the temporary abandonment of the Macondo Well.

The Weatherford equipment specified in the Well Program was as follows: (1) a Weatherford model M45AP auto-fill float collar, (2) a Weatherford dual plug system, (3) 21 Weatherford centralizers, consisting of 6 Weatherford Bow Spring centralizer subs and 15 Weatherford Slip-on centralizers, and (4) a reamer shoe. The equipment that Weatherford provided was for one time use only. It may be multi-functional, but is not intended to be recovered once used. Once they have provided their functionality they remain in the well. Each of the Weatherford tools specified by BP's engineers in the Well Program are designed to serve a specific purpose in the running of casing and the cementing of the well.

The M45AP float collar is a made-to-order tool. BP did not have the specified float collar in its inventory at Weatherford, and purchased the 7" M45AP Flow Activated Mid-Bore Auto-Fill Float Collar from Nexen, a third party, out of Nexen's inventory at Weatherford. Auto-fill float collars such as the M45AP model fulfill three distinct functions: 1) an auto fill function whereby the float collar allows drilling fluid or mud to fill the casing while the casing is run in the well; 2) a landing profile function whereby the float collar provides a landing surface for the cementing plugs; and (3) a back flow prevention function whereby the float valves prevent flow back of the cement caused by significant "U-tube" pressure from the annulus, into the casing while the cement is setting.

A float collar is not a barrier to hydrocarbon flow and is not intended to be used as a barrier to hydrocarbon flow. The float collar is not a well control device and is not intended to be used as a well control device. Weatherford does not design, manufacture, test or market the M45AP float collar as a barrier to hydrocarbon flow or as a well control device. BP, the operator of the Macondo Well, did not intend or utilize the Weatherford float collar as a barrier to hydrocarbon flow or as a well control device. An operator employing good oilfield practices would not utilize the Weatherford float collar as a barrier to hydrocarbon flow or as a well control device. The industry does not consider or rely on float collars as barriers to hydrocarbon flow or as well control devices. BP's Well Program establishes that the two barriers to hydrocarbon flow that BP would utilize during temporary abandonment of the Macondo Well were the bottomhole cement for the production casing to be set in the annulus and shoe track and the 300 foot surface cement plug to be set at 8,367 feet, not the float collar.

The blowout of the Macondo Well on April 20, 2010 was not caused, or contributed to, by any failure of the Weatherford float collar to perform its intended functions. The Weatherford float collar operated and functioned as designed and intended. Nor was the blowout caused, or contributed to, by any failure of the other Weatherford equipment or services specified or requested by BP and used in the production string of the Macondo Well. It is my opinion that all of the equipment provided by Weatherford that was used in the Macondo Well operated and performed as designed by Weatherford, as used and intended by BP and in conformance with industry standards. It is my opinion that all of the services provided by Weatherford were

3

properly performed.

First, the float collar performed the auto fill function as designed by Weatherford and as intended and used by BP. There were no reports of manual filling of the casing from the surface during the running of the casing. The Sperry Sun data showed full returns during the running of casing.

Second, the float collar performed the landing profile function as designed by Weatherford and intended and used by BP. The cementing plugs timely bumped during the cementing job, and held pressure during the positive pressure test.

Third, the float collar performed the back flow prevention function as designed by Weatherford and as intended and used by BP. The float collar's flapper valves were converted to one-way check valves. The flapper valves converted during the 3,142 psi pressure surge that broke circulation of the drilling mud before cementing operations for the production casing commenced. The flapper valves were designed by Weatherford and intended and used by BP to prevent back flow of cement, if any, while the cement set. The float check test established that there was no flow back of cement. The converted flapper valves would have prevented any flow back of cement while waiting on cement to harden.

Fourth, the Weatherford dual plug system, centralizers and the reamer shoe all functioned as designed, intended and utilized.  Weatherford provided software systems documentation for casing torqueing. Weatherford's JAM Pro Job Report establishes that all joints of the 9 7/8" x 7" casing were torqued within specification.

In my opinion none of the Weatherford products or services were the cause or a contributing cause of the Macondo Well blowout.

**Introduction.**

British Petroleum Exploration and Production ("BP") leased Mississippi Canyon Block 252 in March of 2008. It was designated the Macondo Prospect. The wildcat exploratory well in this prospect was designated Mississippi Canyon 252 ("MC 252"). BP submitted an initial Application for Permit to Drill to the then Mineral Management Service ("MMS," now Bureau of Ocean Energy Management Regulation and Enforcement or "BOEMRE") in May of 2009, and it was approved by MMS shortly thereafter.

MC 252 was spudded on October 6, 2009 by the Transocean Mobile Offshore Drilling Unit (MODU) Marianas. This rig was subsequently damaged by Hurricane Ida on November 9, 2009. This rig was replaced by Transocean Deepwater Horizon (MODU), which commenced drilling on Jan 14, 2010.

MC252 Macondo Well No. 1 (the "Macondo Well") blew out on April 20, 2010. This report contains my opinions and conclusions on float collars, centralizers, reamer shoes, and other Weatherford products and/or services that were required or specified by BP, the operator of the Macondo Well, for use on the production string, and on oil and gas industry practices as they relate to these Weatherford tools. I

reserve the right to add to and/or modify my opinions and conclusions based upon the evaluation of any additional materials and/or information that may be provided.

The materials and documents reviewed in preparing this report include daily drilling reports, daily operations reports, mud logging reports and data, cement service provider reports, and other well data and information pertaining to the Macondo Well. Reference was made to petroleum engineering texts, American Petroleum Institute ("API") standards and practices, Society of Petroleum Engineers' ("SPE") white papers and other technical manuals, documents and information. The opinions expressed in this report are based on my forty-five years background, education, experience and training in the oil and gas industry.

Recommended practices and standards developed by the API are vitally important to today's oil and gas industry. API is recognized throughout the industry as the leading source of best available and safest technology as it relates to operations conducted and equipment used in the exploration and production of oil and gas. API consists of member companies and individuals. Subject matter experts from across the industry are appointed to address specific topics. The topics include drilling and production operations, drilling and production equipment, cementing, well control, blow out prevention and well construction. These subject matter experts meet in committees and through a lengthy process of exchanging ideas, technology, data and other information, develop recommended practices and standards, which are then peer-reviewed in ballots submitted to the entire membership for vetting, comment and approval.

In the early days, the oil and gas industry was very fragmented and secretive. Blowouts were not an uncommon occurrence. As the industry developed and matured it became apparent that sharing of information would be very desirable and beneficial for successful drilling operations and the prevention of incidents. This sharing of information became formalized with the advent of various Oil and Gas trade associations. This shared information of proven over time practices became the standards which all in the industry followed. API is the primary source for these standards: *"Beginning with its first standards in 1924, API now maintains some 500 standards covering all segments of the oil and gas industry. Today, the API standards program has gone global, through active involvement with the International Organization for Standardization (ISO) and other international bodies."*[2]

In some instances, these standards are built into regulations through the Federal Register and enforced by the Bureau of Ocean Energy Management, Regulation and Enforcement. The equipment designed, manufactured and sold by the main oil field service companies bear the API monogram which shows that it meets the specifications and standards of the API. This monogram ensures that pieces of equipment from various suppliers will be compatible together. It is highly unusual for a manufacturer to not meet the standards and specifications of the API. It is just as unusual for any oil and gas lease holder when drilling for hydrocarbons to not insist on equipment bearing the API Monogram.

API standards are "published to facilitate the broad availability of proven, sound engineering and operating practices."[3] They "are not intended to obviate the need for

---

[2] API website, http://www.api.org/Standards/.
[3] "Special Notes" language accompanying API Recommended Practice. See, e.g., API RP 10F,

applying sound engineering judgment regarding when and where these standards should be utilized."[4] The formulation and publication of API standards is not intended in any way to inhibit anyone from using any other practices.[5]

The International Association of Drilling Contractors ("IADC") also provides services to the industry focusing more on training and certification of competences. It was founded in 1940 as the American Association of Oilwell Drilling Contractors. Its mission then as today is to advance drilling technology, improve industry safety and environmental protection, and champion sensible legislation and regulation. It provides services in the mission areas to the global drilling industry. It has helped standardize operations, training and certification for the industry. In 1944 it helped the Petroleum Extension Service at the University of Texas ("PETEX") develop content and training for the drilling industry as mandated by the Texas Legislature.

SPE provides a forum for exchanging ideas and new information regarding technologies in the oil and gas industry.[6] It began within the American Institute of Mining Engineers ("AIME"). AIME was founded in 1871 in Pennsylvania to advance the production of metals, minerals, and energy resources through the application of engineering. In 1913, a standing committee on oil and gas was created within AIME and proved to be the genesis of SPE. The Oil and Gas Committee of AIME soon evolved into the Petroleum Division of AIME as membership grew and as interest among the members was more clearly delineated among the mining, metallurgical, and petroleum specializations. In 1957 SPE was formed as a stand alone society. Its purpose is to collect, disseminate, and exchange technical knowledge concerning the exploration, development and production of oil and gas resources, and related technologies for the public benefit; and to provide opportunities for professionals to enhance their technical and professional competence.

**Statement of Credentials.**

As further detailed in my curriculum vitae, attached as Exhibit B, I have a Bachelors of Applied Science degree in Chemical Engineering from The University of Toronto and a Masters of Business Administration from York University also in Toronto, Canada. I have been employed in the oil and gas industry since 1966 and have worked in all three industry segments including upstream - - exploration, drilling and production; midstream - - pipelines and gas plants; downstream - - refineries and petrochemicals. During the past seven years I have focused on the upstream segment of the oil and gas industry. I was employed as director of the Petroleum Extension Service at the University of Texas (PETEX), which is a division of the university that provides training and training materials for the global oil and gas industry. Utilizing over 400 subject matter experts from the industry, along with its strong relationships with industry organizations such as the American Petroleum Institute (API), the International Association of Drilling Contractors (IADC), and the Society of Petroleum Engineers (SPE), PETEX is the leader in oil and gas industry training and training materials throughout the world.

As a PETEX instructor, I have taught courses involving principles for drilling both

---

"Special Notes."

[4] *Ibid.*

[5] *Ibid.*

[6] http://www.spe.org/index.php.

onshore and offshore wells on a global basis including drilling operations conducted in North and South America, the Middle East, West Africa and Europe. I have counseled and advised the World Bank as to the technical aspects of drilling with respect to the offshore oil and gas industry in Ghana. In June of 2010, I testified before the Committee on Science and Technology of the United States House of Representatives on topics involving oil and gas industry training, safety and drilling. In August of 2010, I conducted a one week program discussing principles and government regulations for SENER, the governmental entity in Mexico with oversight of its oil & gas industry. This course focused on technical aspects of drilling operations and a comparison of philosophical differences in United States and European governmental regulations. During the past two years, I have trained more than one hundred Homeland Security personnel with respect to drilling operations both onshore and offshore. I have published several articles on training for the oil & gas industry as listed in my curriculum vitae. On a regular basis, I have consulted with television, radio and print media concerning oil and gas issues.

**Statement of Witness.**

During the past 5 years I have been a witness in one case where I was deposed. The case was settled before it went to court. The case referenced is Moss et al v. SST Energy Corporation et al, Ninth Judicial District of the State of Wyoming in and for Sublette County, Case No. 2008-7314.

**Discussion of Opinions and Conclusions.**

*BP's Well Program*

Generally, the operator of the oil and gas lease develops the design of the well, known as the well plan or well design. Wells are designed from the bottom up. The total vertical depth to be drilled, together with the anticipated fracture gradient, pore pressures, temperatures and depths of hydrocarbon zones dictate the design of the well. The operator reviews proprietary and confidential data that includes seismic and petrophysical data for the planned well. This proprietary and confidential information is not shared with the service companies except in a very general way. The operator's well plan establishes how much casing is required, the size of the casing, how much liner is required and what size and how many different casing intervals of the well will be cemented.

The operator, in this instance BP, usually meets with a variety of service companies that the operator will use to provide equipment, tools or services to fulfill its well plan. It is not unusual for the operator to have preferred suppliers. There can be as many as 40 oilfield equipment and tool suppliers and service providers that are under contract to the operator at one time.

Similar to an architect's blueprint and specifications for the construction of a building, the operator's well program details the construction of the well. In this instance, BP's well program was written, assembled and prepared by BP's engineering team, including Brian Morel, BP's Drilling Engineer for the Macondo Well.[7] The engineering

---

[7] Notes of Interview with Brian Morel, April 27, 2010 at BP-HZN-MBI 0021308.

7

team received input from a variety of disciplines, including petrophysics and geology. The engineering team applied BP's established "Group Practices," both in general and for the Gulf of Mexico, applicable MMS/BOEMRE regulations and other industry standards to the physical conditions and characteristics in the Macondo Well. These physical conditions and characteristics included the anticipated pore pressure, fracture gradient, temperature, together with the location of the potential hydrocarbon bearing zones. The well program contained specifics on the operations to be conducted, identified tools to be used, provided specifics as to mud weights, described the bottomhole assembly and provided details as to other specialized equipment to be used.[8]

It is not unusual for operators to change their original well designs and plans while the well is being drilled to account for physical conditions learned about the well, the specific geology encountered, or circumstances which may change during drilling. BP's initial well design for the Macondo Well[9] was not the well program that was finally executed. Because of the narrow drilling margin of the well, which is the difference between the fracture pressure and the pore pressure, BP ran the 9 7/8" casing as an intermediate liner at a shallower depth than planned. The 9 7/8" casing was set due to lost circulation concerns. In the event mud was lost to the formation, the ability to control the well would be hindered. BP decided to stop drilling before reaching the originally planned total well depth of 20,600 feet.[10] On April 9, 2010, BP reached total depth at 18,360 feet,[11] some 2,240 feet shallower than originally planned depth.[12] While the original well design specified 9 7/8" casing in the production interval, BP's April 15, 2010 Well Program called for a 7" casing in the production interval.

BP's April 15th, 2010 Well Program[13] also specified the procedures, operations, tools and equipment that BP would utilize to run the production casing, cement the production casing, set the surface cement plug, lockdown the production casing and clean the riser, in connection with the temporary abandonment of the Macondo Well. The Macondo Well blowout occurred on April 20, 2010, after the production casing was cemented but before the surface cement plug was set. At that time, the only hydrocarbon barriers in the well were the hydrostatic head provided by the mud system and the BOP stack. The bottomhole cement could not have been relied upon at this time as a barrier because it had not been properly verified by pressure testing.

My review and analysis of BP's Well Program for the temporary abandonment of the Macondo Well establishes that BP intended and used the Weatherford float collar only as a casing running and casing cementing tool, and that BP did not intend or use the float collar as a barrier to hydrocarbon flow or well control device. In fact, BP's Well Program expressly identifies the bottomhole cement[14] and the surface cement plug[15]

---

[8] BP-HZN-MBI 00100386, Exhibit 1157.
[9] BP-HZN-CEC 008714.
[10] April 13, 2010 Robert Bodek email, BP-HZN-2179 MDL 00044347.
[11] BP Daily Operations Report – Partners (Drilling) at p. 3 of 6, BP-HZN-2179 MDL 00005251.
[12] BP Initial Exploration Plan, BP-HZN-2179 MDL 00001101.
[13] BP Well Program, April 15, 2010, BP-HZN-MBI 00128340, Depo. Exhibit 841.
[14] BP Well Program, April 15, 2010 at § 9.2.3, p. 6, BP-HZN-MBI 00128345. The bottomhole cement is referred to as "Cementing Production Casing."
[15] BP Well Program, April 15, 2010 at § 9.2.4 "Surface Cement Plug," p. 8, BP-HZN-MBI

as the two barriers to hydrocarbon flow that would be left in the Macondo Well during temporary abandonment. There is no mention whatsoever by BP in the Well Program of using the float collar, with its spring-loaded aluminum flapper valves, as either a barrier to hydrocarbon flow or as a well-control device.

BP's Well Program specified that the final production interval would consist of 7" H513 x 9 7/8" H523 x-over production casing. BP purchased the 7" casing with Hydril 513 threads from Nexen, a third party operator. BP's Well Program also specified a Weatherford M45AP auto-fill float collar with Hydril 513 threads to be made up to a joint of 7" casing. The Weatherford M45AP auto-fill float collar specified in the Well Program is a made-to-order tool. BP did not have the specified M45AP float collar in its inventory at Weatherford, and due to BP's time constraints, Weatherford could not manufacture it in time for the production casing cement job. BP purchased the 7" M45AP float collar from Nexen out of Nexen's existing inventory at Weatherford. The reamer shoe was also purchased by BP from Nexen.

### Weatherford Float Collar M45AP

Weatherford's product literature represents that the Weatherford 7" M45AP Flow Activated Mid-Bore Auto-Fill Float Collar meets API RP 10F[16] for Category IIIC float equipment. This is API's recommended practice for performance testing of cementing float equipment. Float equipment that meets Category IIIC has the longest duration for flow durability (24 hrs forward/6 hrs reverse), the highest maximum pressure (5,000 psi) and the highest static temperature durability (400F).

The M45AP is designed by Weatherford to perform three functions:

1. to allow the casing to automatically fill with drilling mud, as the casing is run or lowered into the well, in order to reduce surge pressure on the formation;

2. to provide a landing platform for the cementing plugs; and

3. to prevent backflow of wet cement from the annulus into the wellbore if there is significant enough U-Tube pressure to cause a flow back of cement.[17]

The typical double check valve float collar's arrangement is shown in Figure 1 to this report.

#### Auto fill function

BP's Well Program demonstrates the operator's concern for managing surge pressures while running the casing so as not to exceed the fracture gradient of the formation. Exceeding the fracture gradient could lead to a lost circulation event, with the resulting loss of mud and a decrease in the ability to control a kick. BP's Well Program directs that "an acceptable running speed" should be selected "to ensure formation

---

00128347.
[16] American Petroleum Institute, Recommended Practice.
[17] Weatherford Technical Unit BP-HZN-MBI 00129226.

breakdown pressure is not exceeded."[18] BP's Well Program's "Casing and Cementing Preparation" section provides:

> • Calculate swab/surge pressures for various running speeds. Select an acceptable running speed to ensure formation breakdown pressure is not exceeded.

[19] BP's Well Program further provides as follows in the "Casing Procedure" section:

> 2. Limit running speed to avoid surging formation. (Actual running speed to be based on hole conditions.) Start and stop casing slowly.
>
>   • Recommended running speed **30-40 ft/min** (~3-4 min/stand)
>
>   • Attempt to manage surge below 14.5 ppg if possible (based on models)

[20]
The auto-fill function of the float collar assists in the reduction of surge pressures on the formation while running casing by allowing drilling mud to flow up the casing during casing running rather than be pushed down the hole. Such downward force could cause a surge of mud that pressures the formation. The speed at which the casing is run is vitally important in reducing surge pressure. The float collar only assists in reducing surge pressure. Running casing at excessive speeds could cause surge pressures leading to formation breakdown in spite of the auto-fill function of the float collar. The Well Program called for the "Weatherford model M45AP auto-fill float collar."[21] The Weatherford float collar was but one part of the overall surge reduction system employed by BP for the production casing interval at the Macondo Well. In addition to regulating running speed, BP's Well Program specified an Allamon diverter tool be used as another part of the surge reduction system.[22] The Allamon diverter tool reduces surge pressure by allowing mud to flow up the casing and exit into the riser.

According to all reports, the Weatherford float collar performed the auto fill function as designed. Transocean's Daily Drilling Reports for the period of time during which the 9 7/8" x 7" casing was run, from April 18, 2010 at 3:30 am to April 19, 2010 at 7:30 am, show no surface filling of the casing by the rig crew and that the well was static.[23] The Halliburton - Sperry Drilling Services Daily Operations Reports for that same time period show no lost returns while running the casing.[24] In a statement given shortly after the blowout, Brian Morel, BP's Drilling Engineer for the Macondo

---

[18] BP Well Program, April 15, 2010 at § 9.2.1, p. 3 of 21, BP-HZN-MBI 00128342.
[19] *Ibid.*
[20] *Ibid.* at § 9.2.2, p. 5 of 21, BP-HZN-MBI 00128344.
[21] *Ibid.* at Attachment 3 "Casing Shoe Diagram," BP-HZN-MBI 00128356.
[22] *Ibid.* at § 9.2.2, pp. 4, 5 of 21, BP-HZN-MBI 00128343-344.
[23] Transocean IADC Daily Drilling Reports, BP-HZN-MBI 00136936-945.
[24] Halliburton-Sperry Drilling Services Daily Operations Report #79, April 20, 2010.

Well, confirmed that the float collar performed its auto-fill function as set forth in BP's Well Program.[25] Specifically, BP's Drilling Engineer confirmed that the casing was run on auto-fill, and that there was proper filling and no manual fill.[26]

It is my opinion that the auto-fill function performed as designed and as intended and called for in BP's Well Program.

### Landing platform for cementing plugs

The float collar also acts as a landing platform, or profile, for the cementing plugs during the cement job. Cement is pumped into the well bracketed by a bottom cementing plug and a top cementing plug. The bottom cementing plug lands on the float collar, and after it has landed, cement passes through the bottom plug into the shoe track and up the annulus. At the end of the cement job, the top cementing plug lands on the bottom cementing plug and seals the casing.

BP's Well Program references the float collar's function as a landing platform for the cementing plugs. It provides:

> - Just prior to the bottom plug reaching the float collar, ensure the pump rate is 3-4 bpm to witness the landing of the plug. The bottom plug burst tube should rupture with <u>900-1100 psi</u>.
>
> - After bottom plug has landed, re-zero the stroke counter and pump calculated cement volume to see the top plug land.
>
> - If bottom plug does not bump or top plug is late, do not exceed 1/2 shoe track volume + compressibility. Bump top plug with <u>500-1000 psi</u> over circulating pressure (land).

[27]

Halliburton's Foamed Production Casing Post Job Report[28] shows that the bottom cementing plug bumped at 12:29 am on April 20, 2010.[29] The top cementing plug bumped at 12:40 am on April 20, 2010.[30] Additionally, the positive pressure test conducted on April 19, 2010 at approximately 9:00 pm establishes that both the bottom and top cementing plugs landed and seated on the float collar as designed.[31] The positive pressure test exerts pressure down the well to the cementing plugs in order to test the integrity of the casing. If the cementing plugs do not land and seat properly, thus not sealing the shoe track, it would not be possible to have a

---

[25] Notes of Interview with Brian Morel, April 22, 2010 at BP-HZN-MBI 0021321.
[26] *Ibid.*
[27] BP Well Program, April 15, 2010 at § 9.2.3, p. 7 of 21, BP-HZN-MBI 00128346.
[28] Halliburton 9.875" x 7" Foamed Production Casing Post Job Report, April 20, 2010, HAL_0011210 *et seq.*
[29] *Ibid* at p.4, HAL_0011213.
[30] *Ibid.*
[31] Transocean Daily Drilling Report, April 20, 2010 BP-HZN-MBI 00136948.

successful positive pressure test. In this instance the positive pressure test was conducted at 2500 psi and deemed a success.

Accordingly, it is my opinion that the Weatherford float collar performed its designed function of serving as a landing profile for the cementing plugs. It is further my opinion that the Weatherford float collar performed as intended and called for in BP's Well Program and as used by BP as a landing profile for the cementing plugs.

### Backflow prevention

Typically, when cement pumping stops, the hydrostatic pressure in the annulus is greater than the hydrostatic pressure in the casing. In such an event, the higher pressure exerted outside of the casing will cause the unset cement to flow back up the casing. This is what is commonly known as the U tube effect. However, the U tube effect only exists when there is a significantly greater hydrostatic head in the annulus (annular pressure) as compared to the hydrostatic head in the casing (casing pressure).

In the event annular pressure significantly exceeds casing pressure (U tube effect), and without a mechanism to prevent the cement from flowing, the cement would flow back into the casing. The float collar, located at the top of the shoe track, contains a valve or valves that serve as the mechanism to prevent back flow of the wet cement once pumping stops. In this instance, the Weatherford M45AP contains two flapper type check valves designed to prevent back flow of the wet cement into the casing when the U tube effect exists.

Prior to conversion of the float collar, the flapper valves allow flow in both directions – either up the casing or down the casing. Once the float collar is converted to one-way flow, the float collar's flapper valves allow only downward flow. Thus, while pumping cement, the float collar allows flow down the casing through the casing shoe and into the annulus. The float collar's flapper valves are designed to prevent back flow of wet cement up the casing after cement pumping has stopped. The float collar flapper valves are **not** designed or tested to function as barriers that prevent hydrocarbon flow or as a well control device.

BP's Well Program sets forth the conversion procedure for the Weatherford float collar:

> 11. Continue to circulate and slowly increase pump rates greater than 8 bpm to convert the float equipment (~ 500 - 700 psi) per Weatherford recommendation.

[32] Weatherford's specification for the M45AP float collar conversion flow rate was 5 to 8 barrels per minute (bpm) corresponding to the 500 to 700 psi in the Well Program. As indicated above, BP's Well Program called for flow rates in excess of 8 bpm.

---

[32] BP Well Program, April 15, 2010 at § 9.2.3, p. 6 of 21, BP-HZN-MBI 00128345.

Elsewhere in the Well Program, the operator cautioned against circulating in excess of 3 bpm.[33] My review of Transocean's Daily Drilling Reports indicates that after the casing was landed and prior to the beginning of the cement job, the well was never circulated above 4 bpm.[34] Nevertheless, as will be discussed in detail below, it is my opinion that the float collar converted during the 3,142 psi pressure surge event.

### Conversion of the Float Collar

In order to convert the float valves so that the float collar can function as a back flow prevention mechanism, drilling fluid is circulated through the float collar. In this case, the M45AP requires a fluid flow rate of between 5 to 8 barrels per minute in order to create enough pressure differential between the inside and the outside of the float tube. This pressure differential shears brass screws holding the auto-fill float tube, causing the float tube to pass down through the float collar's flapper valves, allowing them to close. The auto-fill float tube then lands on the baffle within the reamer shoe. Figure 1 attached to this report shows the float collar and the referenced items.

The process for converting the float collar occurs once circulation in the well is re-established. Drilling mud, when it sets for any period of time, has a tendency to gel and thicken. In order to initiate circulation, the mud circulating pumps increase pressure until the mud finally begins to flow. This is called breaking circulation. The Macondo Well was not circulated while the casing was run and the well was static.[35] The last circulation of the mud was on April 16, 2010, prior to running the casing.[36] After the production casing was landed, attempts to reestablish circulation started at 2:30 pm on April 19, 2010.[37] It was necessary to break circulation to provide the required fluid circulation rate to convert the float collar. Transocean's Daily Drilling Reports indicate that it took nine attempts to break circulation, which finally occurred at 3,142 psi.[38] This 3,142 psi is in excess of the pressure normally required to break circulation. None of the prior 8 attempts to break circulation established circulation in the well. Thus, only the final attempt, which actually broke circulation, is pertinent for determining whether conversion of the float collar took place. These nine attempts were not attempts to convert the float collar; rather, they were attempts to break circulation.

It is therefore my opinion that more likely than not there was a blockage preventing flow of the drilling fluid. An analysis of the pressure response to the volume of drilling fluid pumped (compressibility) indicates that the blockage was somewhere near the bottom of the production casing, possibly at the float collar (18,111 feet), or possibly at the reamer shoe (18,304 feet). It is not possible with any degree of accuracy to calculate the precise point at which the production casing or the shoe track was blocked.

It is also my opinion that the flapper valves in the Weatherford float collar converted during the 3,142 psi pressure surge event. While the rate of circulation was never

---

[33] BP Well Program, April 15, 2010 at § 9.2.3, p. 6 of 21, BP-HZN-MBI 00128345.

[34] Transocean Daily Drilling Report, April 19, 2010 BP-HZN-MBI 00136940-945.

[35] Transocean Daily Drilling Reports, April 18-19, 2010 BP-HZN-MBI 00136937-945.

[36] Transocean Daily Drilling Reports, April 16, 2010 BP-HZN-MBI 00136849-852.

[37] Transocean Daily Drilling Reports, April 19, 2010 BP-HZN-MBI 00136941-945.

[38] *Ibid*. at BP-HZN-MBI 00136941.

above 4 barrels per minute -- below the required 5 to 8 bpm rate to convert the float collar -- calculations and testing establish that the surge of drilling fluid, which occurred when the blockage was cleared at 3,142 psi and circulation was re-established, converted the float collar's flapper valves. This opinion is based upon the testing performed by Stress Engineering Inc. ("Stress Engineering") for BP, the testing performed by Stress Engineering for Transocean and my own calculations based upon the Sperry Sun data.

Stress Engineering tested five, identical M45AP auto-fill float collars for BP with identical settings to the float collar used in the Macondo Well.[39] Stress Engineering also tested two exemplar M45AP auto-fill float collars for Transocean. The particular model tested by Stress Engineering for Transocean is similar to the model used at the Macondo Well, but not identical due to a lower conversion pressure setting. For purposes of the conclusions I have reached, any difference is immaterial.

The following table summarizes Stress Engineering's simulation for BP of the flow rate, in bpm, that would have occurred following the clearing of the blockage at 3,142 psi. Stress Engineering simulated two scenarios:  first (Row 1), with the blockage above the float collar; and second (Row 2), with the blockage at the reamer shoe, below the float collar. In both instances, the recreated surge resulted in a flow rate in bpm that exceeded the specified flow rate (5 to 8 bpm) to convert the float collar. The third row (Row 3) represents Stress Engineering's calculation of the actual flow in bpms when circulation was re-established at 3,142 psi.

| Row | Event | Flow Rate | Conversion? |
|-----|-------|-----------|-------------|
| #1 | SN 29679918 – 05 Recreated Surge | 10.5 bpm. | Yes |
| #2 | SN 29679918 – 04 Recreated Surge | 11.5 bpm. | Yes |
| #3 | 9th Attempt – Actual Surge | Over 30 bpm. | Yes |

Table One:  Flow Rates During Surge

The table below uses the same three rows discussed above, and includes an additional calculation. The fourth row is my calculation based upon real-time data logged by Halliburton during the ninth attempt to break circulation.[40]

---

[39] Stress Engineering testing of five Weatherford float collars M45AP, Nov. 22, 2010.
[40] BP-HZN-BLY 00132084.

14

| Row | Event | Flow Rate | Conversion? |
|---|---|---|---|
| #1 | SN 29679918 – 05 Recreated Surge | 10.5 bpm. | YES |
| #2 | SN 29679918 – 04 Recreated Surge | 11.5 bpm. | YES |
| #3 | 9th Attempt – Actual Surge | Over 30 bpm. | YES |
| HES Data | 9th Attempt – Actual Surge | 25.7 bpm. | YES |

*Table Two:  Flow Rates During Surge – Additional Data*

Thus, at the point in time at which the blockage was cleared, the accompanying surge flow in bpm exceeded the conversion specification. The design flow rates to convert the M45AP float collar are between 5-8 bpm. The conclusion, therefore, and my opinion is that the float collar converted as a result of the flow rate that occurred during the 3,142 psi surge flow event.

There has been some suggestion[41] that the pressures and flow rates exerted during the nine attempts at circulation may have caused the ball in the float collar to eject through its seat in the auto-fill tube prior to the shearing of the brass screws, preventing the float collar from converting. The initial eight attempts to establish circulation resulted in zero flow, and, accordingly, no possible impact on the float collar. With respect to the ninth attempt at circulation, the following table demonstrates that, at the noted conditions, the ball in the float collar could not have ejected through its seat in the auto-fill tube prior to the shearing of the brass screws. In fact, the data demonstrates that the brass screws will shear at 1/3rd of the pressure required to force the ball in the float collar through its seat.

The table below further summarizes results of the float collars tested by Stress Engineering for BP.[42] The first column identifies the float collar by serial number. The second column lists, where available, the pressure at which the brass screws sheared, allowing the float collar to convert. The third column lists the design conversion pressures of the float collar. The final column states whether the ball was ejected through its seat in the auto-fill tube prior to the shearing of the brass screws. As shown, in no instance did the ball eject through the seat in the auto-fill tube. In

---

[41] Chief Counsel's Report, Chapter 4.3 – Cement at pp. 101-02; Transocean Investigation Report, Vol I, at p. 46.
[42] Stress Engineering testing of five Weatherford float collars M45AP, Nov. 22, 2010.

15

other words, the brass screws always sheared, and the float collar always converted.

| Identification number | Conversion pressure | Design conversion pressure | Ejection of ball? |
|---|---|---|---|
| SN 29679918 – 05 | Surge – converted | 500 – 700 PSI | NO |
| SN 29679918 – 04 | Surge – converted | 500 – 700 PSI | NO |
| SN 29679918 – 02 | Converted at 305 PSI | 500 – 700 PSI | NO |
| SN 29679918 – 03 | Converted at 521 PSI | 500 – 700 PSI | NO |
| SN 29679918 – 01 | Converted at 470 PSI | 500 – 700 PSI | NO |

*Table Three:  Ball Failure*

In the Stress Engineering tests for BP, a float collar was mechanically tested to determine the force required to shear the brass screws. The same float collar was mechanically tested to determine the force required to eject the ball through the bottom of the float tube. The results of that test are shown in the table below:

| Identification number | Mechanical conversion pressure on screws | Mechanical conversion pressure to eject ball |
|---|---|---|
| SN 29679918 – 05 | 2,420 pounds | Greater than 7,869 pounds |

*Table Four:  Mechanical Failure*

Stress Engineering's testing of the two similar float collars for Transocean further proves this point.[43] The float collars were designated by Stress Engineering as "float one" and "float two." While these similar float collars are not identical to the M45AP, they are identical to the M45AP as respects the float ball and the float tube. Thus, we can examine the ratio at which the ball is forced through the bottom of the tube against the force required to shear the brass screws. The table below shows the results of comparing the failure load of the ball seat to the conversion force required to shear the brass screws. In both cases, the brass screws sheared at less than 1/3rd of the force required to eject the ball from the seat.

---

[43] Stress Engineering testing of Weatherford float collars M45AP, February, 2011.

| Identification number | Mechanical conversion pressure on screws | Mechanical conversion pressure to eject ball | Ratio |
|---|---|---|---|
| SN 29679918 – 04 | 2420 pounds | 7869 pounds | 3.25x |
| Float 1 | 1529 pounds | 5564 pounds | 3.64x |
| Float 2 | 1545 pounds | 6930 pounds | 4.48x |

*Table 5: Ratio Failure Load to Conversion Force, Transocean Testing*

This is consistent with the previous tests demonstrating that the float collar always converts and the ball does not eject. Based upon this data, it is my opinion that the brass screws sheared, and that the float collar converted. I note that in the Stress Engineering tests of the exemplar float collar for Transocean, in one instance the float tube separated from the screws. This was due to the fact that these float collars were only tested mechanically, and not hydraulically. In other words, there was no fluid passing through the float tube.

### Float Check Test

Once converted, the float collar is a one-way check valve that prevents flow back of wet cement or mud in the event of the U tube effect during the cementing job. From a well design standpoint, the sole function of the float collar at this time in the construction of the well is to prevent the flow back of wet cement while the cement hardens, assuming a U tube effect exists. If the well experiences no U tube effect when cement pumping stops, the float collar serves no purpose. **The principle is simple: if no flow back exists, there is no flow back to prevent**. **If there was no flow back, the float collar's back flow prevention function has been achieved.**

Accordingly, it is my opinion that the float collar performed its designed function of serving as a back flow prevention device in the event of back flow. It is further my opinion that the float collar performed as intended and called for in BP's Well Program as a back flow prevention device.

BP's Well Program contains a procedure to test for flow back of cement when cement pumping stops, known as the "float check" test. BP's Well Program specifies as follows:

> - Bleed off pressure and check floats are holding. Measure flow back.
> 7. Once confirmed floats are holding prepare to release the running tool per DQ procedure/hand.

[44]

The float check test is performed by measuring the amount of barrels of fluid that flow back, compared to expected flow back based on compressibility of fluids, while bleeding off pressure after the rig pumps have been shut down. The amount of expected back flow is calculated in pre-cement job modeling.

The float check test was conducted at approximately 12:43 am on April 20, 2010.[45] Here, the float check test conclusively establishes there was no flow back of the wet cement. Halliburton's pre-job modeling predicted no more than 6 barrels of fluid to flow back, based upon the compressibility of fluids.[46] Only 5 barrels of fluid were bled back at the surface.[47] Because there was no flow back of wet cement, whether the float collar converted or not had no bearing on the success or failure of the cement job. Simply stated, the cement did not move or flow back after cement pumping stopped.

Additionally, had the float collar not converted and had there been flow back caused by the U tube effect, BP had a contingency plan to hold the cement in place until the cement set or hardened. BP's Gulf of Mexico SPU Recommended Practice for Cement Design and Operations in DW GoM[48] sets forth the Wellsite Leader's/Drilling Engineer's "Cementing Responsibilities."[49] It contains a required "contingency plan" in the event the measured flow back demonstrates the existence of the U tube effect and the floats are not holding.[50] BP's Recommended Practice, Section 5.1.5 "Execution," provides:

> - After bumping top plug, release pressure, measure returns and check for backflow.
> - If float equipment fails and/or pressure is held on the casing, a pressure gauge should be installed on the cement head so that the required pressure can be maintained and excessive pressure bled off periodically. In this case the pressure left on must not exceed the observed differential pressure between mud and cement.

---

[44] BP Well Program, April 15, 2010 at § 9.2.3 p. 7 of 21, BP-HZN-MBI 00128346.
[45] Halliburton 9.875" x 7" Foamed Production Casing Post Job Report, April 20, 2010, at p.4, HAL_0011213.
[46] Halliburton 9 7/8" x 7" Production Casing report, April 18, 2010, at p. 9 of 12, BP-HZN-CEC 021449.
[47] Halliburton 9.875" x 7" Foamed Production Casing Post Job Report, April 20, 2010, at p.4, HAL_0011213; Exhibit 604, Halliburton Sperry Sun charts, HAL_0048974; Transocean Daily Drilling Reports, April 12, 2010 at BP-HZN-MBI 00136947.
[48] Deposition Exhibit 790; BP-HZN-2179 MDL 00360844.
[49] *Ibid*. § 5.1 at BP-HZN-2179 MDL 00360861-864.
[50] *Ibid*. at BP-HZN-2179 MDL 00360862-864.

[51] The contingency plan is to pump and hold pressure on the well until the cement hardens in place. Although BP's April 15 Well Program did not expressly mention this contingency plan, BP's January 2010 Well Program for the 9 7/8" casing interval[52] on the Macondo Well specified the contingency plan as follows:

> 6. Release the pressure to check if floats are holding. Allow max of 10-15 bbls to flow back if floats aren't holding, then pump back the same. Hold pressure until cement has sufficient time to set-up.

The cementer, Halliburton, also recognized that float valves may not always hold. In the Halliburton OptiCem simulation of the Macondo Well cement job dated April 18, 2010,[53] Halliburton stated:

> Annulus fluid is heavier than casing fluid by 38 psi. Apply appropriate back pressure on casing if floating equipment does not hold properly.

BP recognized this possible occurrence and had planned for it. Considering that in this instance there was no back flow of cement, there was no need to apply back pressure and the contingency plan was not needed nor used.

From the well design perspective, once the cement is pumped and it is established that there is no flow back of wet cement, the float collar serves no further purpose in the well. The float collar is not designed, intended or used to function as a barrier to hydrocarbon flow or as a well-control device. At this point in well construction, float collars only serve to check the back flow of cement and hold it in place until it hardens.

### Hydrocarbon Barriers in the Macondo Well

BP's Group Practices contain BP's engineering best practices. BP's Group Practice 10-60 concerning Zonal Isolation Requirements[54] mandates that two hydrocarbon barriers must be installed in a well prior to temporary abandonment. BP's Well Program established that the two hydrocarbon barriers to be utilized for temporary abandonment of the Macondo Well were (1) the bottomhole cement and (2) the surface cement plug at 8,367 feet.[55]

Until such time as these two temporary abandonment barriers are in place and verified, the barriers to hydrocarbon flow in a well are (1) the hydrostatic head of the drilling fluids; and (2) the blowout preventers - BOP.[56] Only after the two temporary

---

[51] *Ibid.* at BP-HZN-2179 MDL 00360864.
[52] Exhibit 1157, BP-HZN-MBI 00100386 at 398.
[53] Halliburton 9 7/8" x 7" Production Casing Design Report, April 18, 2010, HAL_0011004.
[54] BP Group Practice, GP 10-60, Zonal Isolation Requirements During Drilling Operations and Well Abandonment and Suspension, Depo. Exhibit 184, BP-HZN-2179 MDL 00269659.
[55] BP Well Program, April 15, 2010 at §§ 9.2.3, 9.2.4, pp. 6-9, BP-HZN-MBI 00128345-348.
[56] BP Group Practice, GP 10-10, Well Control, § 6.1.20, BP-HZN-2179 MDL 00408015.

abandonment barriers are in place, and their integrity established, can operations be safely suspended. At such time, the hydrostatic head of the mud can be reduced to what remains in the well below the sea floor, the BOP stack can be removed from the well head and the operator can move off of the well.

In accordance with BP's Well Program, operations in the days leading up to April 20, 2010 were focused on temporary abandonment of the Macondo Well. BP's Group Practice 10-60 provides as follows:

| | |
|---|---|
| **2** | **Suspension and Temporary Abandonment** |
| | Suspension and temporary abandonment shall be designed to ensure zonal isolation for the duration of the suspension and permit safe re-entry of the well. |
| | **Number of Barriers** |
| **2.1** | Two temporary barriers are required for isolation of moveable hydrocarbon bearing or overpressured permeable sections from surface/seabed. |

[57] These two barriers are to be tested and verified as follows:

| | |
|---|---|
| | **Verification of Barriers** |
| **2.2** | The first barrier shall be pressure and / or inflow tested and tagged (if plug is set in openhole (OH) tagging only required), the second barrier shall be tagged or pressure tested. |

[58] Consistent with Group Practice 10-60, the Well Program provided for two cement barriers to be installed in the Macondo Well prior to temporary abandonment.[59] The BP Well Program also set forth the testing and verification of these barriers. Section 9.2.3 of BP's Well Program details the cementing of the production casing, the first barrier.[60] In accordance with Group Practice 10-60 requirements, the first barrier was to be inflow tested, commonly referred to as the negative pressure test.[61] BP's Well Program specified:

| |
|---|
| **15. Negative test with base oil to the wellhead (monitor for 30 min no flow)** |

---

[57] BP Group Practice, GP 10-60, Zonal Isolation Requirements During Drilling Operations and Well Abandonment and Suspension, § 2, BP-HZN-2179 MDL 00269660.
[58] *Ibid.* at BP-HZN-2179 MDL 00269660.
[59] BP Well Program, April 15, 2010 at §§ 9.2.3, 9.2.4, pp. 6-9, BP-HZN-MBI 00128345-348.
[60] BP Well Program, April 15, 2010 at § 9.2.3, BP-HZN-MBI 00128345.
[61] BP Well Program, April 15, 2010 at § 9.2.3, p. 8, BP-HZN-MBI 00128347.

The negative pressure test procedure was the subject of several operation notes issued by BP Drilling Engineer Brian Morel to the BP Well Site Leaders on the DEEPWATER HORIZON, Robert Kaluza and Don Vidrine, in the days leading up to April 20, 2010.[62] Two of these "Ops Notes" were sent by Morel to the Well Site Leaders on April 20, 2010.[63] These Ops Notes contain additional procedures for the negative pressure test to be conducted on the first barrier in the Macondo Well.

Section 9.2.4, "Surface Cement Plug," provided that a 300 foot cement plug would be set from 8,367 to 8,067 feet, the second barrier.[64] The second barrier was to be tagged, consistent with BP's Group Practice 10-60:

> 5.  Wait on cement to set and tag top of cement with 15k down

The two barrier design in the BP Well Program was consistent with good oilfield practice, and BP's Group Practice on Zonal Isolation Requirements. However, to execute this plan it was necessary to properly verify each barrier to hydrocarbon flow as it was put in place. The bottomhole cement barrier was never verified. The Macondo Well blew out prior to setting the surface cement plug.

### Float Collar Not a Barrier or Well Control Device

As demonstrated above, BP did not intend to or utilize the Weatherford float collar in the Macondo Well as a barrier to hydrocarbon flow or a well-control device. Consistent with good oilfield practice, BP engineers designed and planned the Macondo Well to utilize the Weatherford float collar only as a casing running and casing cementing tool. The BP Well Program did not specify the use of the float collar as a hydrocarbon barrier or well-control device. In his testimony,[65] Ian Little, BP's Wells Manager, Exploration and Appraisal Wells, GoM, stated that the **only** reasons and/or purposes that BP's engineers used float collars in the Macondo Well were: (1) for preventing flowback of cement into the casing when pumping stopped; (2) for surge reduction when running the casing; and (3) for the landing profile for cementing plugs.[66] Mr. Little further stated that the float collar used by BP in the Macondo Well on or about April 19, 2010 fulfilled all of the purposes that the BP engineers intended to fulfill.[67]

John Guide, BP's Wells Team Leader, also stated in his deposition that the float collar was not used in the Macondo Well as a barrier and was not considered a barrier.[68] He

---

[62] For example, "Ops Notes" of Brian Morel, Exhibit 547, BP-HZN-MBI 00129108 and Exhibit 566, BP-HZN-2179 MDL 00161670.
[63] *Ibid.*
[64] BP Well Program, April 15, 2010 at § 9.2.4, BP-HZN-MBI 00128347.
[65] Deposition of Ian Little, June 10, 2011, Vol 2.
[66] *Ibid.* pages. 611, line 21 thru 612, line 6.
[67] *Ibid.* page 612.
[68] Deposition of A. John Guide May 9, 2011, pgs. 278 thru 279.

further stated the cement was intended to be the primary zonal isolation barrier in this well.[69] According to Mr. Guide, the Weatherford float collar functioned the way it was intended with respect to surge reduction.[70] Further in the deposition, Mr. Guide stated that other than keeping any cement from flowing up the shoe track, the float collar served no other purpose.[71] The float check test, performed after the cement job was completed, showed that the Weatherford float collar had functioned as intended.[72] The Weatherford float collar did not malfunction in any way, according to Mr. Guide.[73]

In its corporate deposition, BP testified that the float collar is not a barrier to hydrocarbon flow.[74] BP further stated that the float collar is not a physical or mechanical barrier to hydrocarbon flow.[75] According to BP's corporate representative, James Cowie, the primary purpose of the float collar was to prevent the back flow (U tubing) of cement,[76] and it also served the purpose of providing a landing surface for the cement plugs and an autofill function aiding in surge reductions.[77] BP testified that there was no back flow or ingress of cement.[78] Finally, BP confirmed that Weatherford made no representation to BP that the float collar on the Macondo Well would be a physical or mechanical barrier to hydrocarbon flow.[79]

In my opinion, based upon my knowledge and experience in the industry, BP's acknowledgement that the float collar was not intended or used as a barrier to hydrocarbon flow is consistent with good oilfield practice. There is no mention in the entirety of BP's GP 10-60 "Zonal Isolation Requirements" of using float collars as a mechanical barrier to hydrocarbon flow during drilling operations or well abandonment and suspension.[80] BP's GP 10-60 does not specify a float collar as an acceptable barrier for zonal isolation. If a device such as a float collar cannot be used as a mechanical barrier to hydrocarbon flow, it cannot be used as a well-control device. In BP's GP 10-10 "Well Control," BP does not specify float collars as well-control equipment.[81]

A float collar is not considered a well-control device in the oil and gas industry. It is not listed as a mechanical barrier to hydrocarbon flow in any industry recommended

---

[69] *Ibid*. page 243.
[70] *Ibid*. pages 799 thru 800.
[71] *Ibid*. page 801.
[72] *Ibid*. pages 803 through 804.
[73] *Ibid*. page 800.
[74] Corporate Deposition of BP, through James Cowie (Vol.2) at p. 440.
[75] *Ibid*.
[76] *Ibid*. page 441.
[77] *Ibid*. page 442.
[78] *Ibid*. page 443.
[79] *Ibid*. pages 444 to 445.
[80] BP Group Practice, GP 10-60, Zonal Isolation Requirements During Drilling Operations and Well Abandonment and Suspension, § 2, BP-HZN-2179 MDL 00269660.
[81] BP Group Practice, GP 10-10, Well Control, § 7, BP-HZN-2179 MDL 00408015-21.

practices or standards.[82] API RP 10F/ISO 10427-3 Recommended Practice for
Performance Testing of Cementing Float Equipment[83] does not provide any testing
procedures that would validate the float collar as a well-control device. API RP 65
Cementing Shallow Water Flow Zones in Deep Water Wells[84] does not list a float
collar as a well control device. It states as follows with respect to the use of a float
collar:

> *Float valves should be rated for the anticipated flow rates and volumes of the
> fluids pumped during circulation and cementing of the casing string. Float
> valves shall be rated for the differential pressure between the minimum
> anticipated hydrostatic column above the shoe track and the hydrostatic
> column in the casing annulus with cement in place. Ensure the float collar is
> rated for the load imposed when a top cementing plug is landed on it and
> pressure is applied to verify landing and test the casing. Float valves are
> typically designed for liquid service (e.g. drilling fluid, cement, etc.). Refer to
> API RP 10F/ISO 10427-3 for determining service class corresponding to
> anticipated service requirements. A float collar and a float shoe can be used
> together to provide redundant flow-back control as well as a receptacle for
> contaminated cement slurry. Some lost-circulation materials (LCM) in the
> drilling fluid and/or cementing fluids may preclude or hamper the use of certain
> float equipment valve designs. **Standard float equipment is not designed
> to provide a gas-tight seal.***

API RP 96 Deepwater Well Design and Construction states that "***conventional float
equipment installed in the shoe track is not considered a barrier***; *the cement
in that shoe track, however, may be considered a single, physical barrier.*"[85]
Consistent with this principle, the float collar shall be rated using the differential
pressure between the minimum anticipated hydrostatic column above the shoe track
and the hydrostatic column in the casing annulus *with cement in place*.[86] API RP 96
further states:

> ***Initially the float valves prevent flowback of the cement after the
> cement job. Once the cement sets, the cement within the shoetrack is
> the barrier isolating the casing from formation pressures.***[87]

Finally, API RP 96 states that "*Float collar valves are not designed to provide a gas-*

---

[82] This is true in the United States and the industry worldwide. For example, standards in
Norway and the United Kingdom do not recognize the float collar as an acceptable barrier to
hydrocarbon flow. NORSOK STANDARD D-010 Rev. 3, August 2004 "Well Integrity in Drilling
and Well Operations;" Oil and Gas UK "Guidelines for the Suspension and Abandonment of
Wells" Issue 3, January 2009.
[83] API Recommended Practice 10F (Third Edition, April 2002) ANSI/API 10F/ISO 10427-3:
2003 "Recommended Practice for Performance Testing of Cementing Float Equipment."
[84] API RP 65 (Second Edition, December 2010) Part 2 5.4.3, BP-HZN-2179 MDL 00725646
and 647.
[85] API RP 96 (First Edition, Ballot 1-April 1, 2011) § 8.2.2.6, p. 74.
[86] API RP 65 (Second Edition, December 2010) Part 2 4.6.4.1 .
[87] API RP 96 (First Edition, Ballot 1-April 1, 2011) Table B.4-Shoetrack, p. 122.

*tight seal."*[88]

Weatherford does not market or represent to the industry that its float collars are a barrier to hydrocarbon flow or well control device, either by design or industry practice.[89] In my opinion, good oilfield practice dictates that an operator should not use downhole tools, such as float collars, for purposes for which they are not designed. Due to the size and composition of a float collar, it is simply not conceivable that any prudent operator would utilize a float collar as a barrier to hydrocarbon flow or well-control device. Float collars are not designed or built to be strong enough to serve as a well control device. Float collars are designed to be drilled out so that the well can be drilled to deeper depths, if necessary, or completed. The materials of construction for the float collar must be drillable.

On the other hand, well control devices such as BOPs are designed and constructed with substantially different goals. The BOP is the contingent well control device on any well. It is constructed of high-grade steel and can withstand extremely high pressures. The BOP on the Macondo Well was over 50 feet tall and was rated at 15,000 psi, meaning that it was designed to withstand and contain pressures up to 15,000 psi. By contrast, the Weatherford M45AP float collar is 30 inches in length (2 ½ feet) and 7.055 inches in diameter. The float collar is designed to temporarily contain cement in the shoe track and annulus, and is back pressure rated at 5,000 psi. The BOP is designed and intended to control pressures exerted upon the well by the formation. The float collar is designed and intended to control only the differential pressures (U tube effect) during the cementing job. The BOP is designed and intended to be used as a barrier to hydrocarbon flow; the float collar is not.

The BOP contains a gas-tight seal, as it is designed as a complete barrier to hydrocarbon flow. Conversely, the float collar does not contain a gas-tight seal. As discussed above, based on its intended functions, the float collar prevents the flow back of solid-laden fluids such as wet cement or drilling mud. With the float collar converted, hydrocarbons may still enter the well and rise in the production casing without zonal isolation. Downhole, at reservoir temperature and pressure, the hydrocarbons in the Macondo Well had an API gravity of approximately 75 degrees API, due to the volume effect. By comparison, water is 10 degrees API and drilling mud is approximately 5.7 degrees API.

The hydrocarbons in the Macondo Well were very light, with a density approaching the density of gas, and therefore capable of passing through extremely small openings. The flapper valves are rated and tested with drilling mud between 12.0 ppg and 12.5 ppg, with corresponding API gravity between 6.67 to 6.94 degrees.[90] The flapper valves are not tested nor rated under the API standard for water (10

---

[88] API RP 96 (First Edition, Ballot 1-April 1, 2011) Table B.4-Shoetrack, p. 123.
[89] Weatherford Technical Unit, HZN-MBI-00129226
[90] API Recommended Practice 10F (Third Edition, April 2002) ANSI/API 10F/ISO 10427-3: 2003 "Recommended Practice for Performance Testing of Cementing Float Equipment," at § 4.2.

degrees), oil or gas, including the hydrocarbons in the Macondo Well with an API gravity of 75 degrees.

### Other Weatherford Products in the Macondo Well

Other Weatherford tools were used in connection with running and cementing the production casing in the Macondo Well, including cementing plugs, centralizers and the reamer shoe. Based upon all of the evidence that I reviewed, this equipment functioned as designed by Weatherford, and intended and used by BP as set forth in BP's Well Program.

BP's Well Program specified a "Weatherford dual plug system."[91] The Weatherford dual plug system consists of a bottom and top plug. When the bottom plug lands, pump pressure increases until a disc in the plug bursts (the burst disc), allowing cement to pass through the plug into the shoe track below. The burst disc is rated at 900 to 1100 psi.[92] Halliburton reported that the disc burst at 2900 psi.[93] This increased pressure may have been due to blockage. In any event, the disc did burst as evidenced by cement being able to flow uninterrupted through the bottom plug, and Halliburton reported the cement job pumped as planned.[94]

During the cementing job, the cementing plugs wipe mud from the walls of the casing and separate the cement from the lead spacer fluid and the tail spacer fluid. Some mud mixing with cement is always a possibility. Spacers, volume considerations as to the amount of cement slurry pumped, along with pump rates, can all be employed to reduce contamination.

In the case of the Macondo Well, it is my opinion that there was little contamination of the cement, if any, that can be associated with the wiper plugs. This is based upon my review of the HAL Realtime data for the cement job as it progressed down the casing.[95] First, as reported by Halliburton in its Post Job report, as calculated by Dr. John Smith in the Joint Investigative Teams Report,[96] and by calculations I performed from the HAL Realtime data,[97] there were full returns throughout the cementing job.[98] Full returns indicate that the volume of cement and fluid pumped into the well was equal to the amount of fluid displaced from the well. Second, the amount of spacer and synthetic oil based mud pumped after the cement was sufficient to displace all of the cement from the casing. Third, the cement volume pumped between the bottom and top cementing plugs remained constant as the

---

[91] BP Well Program, April 15, 2010, BP-HZN-MBI 00128340.

[92] 25 March 2010 Weatherford Technical Unit 006, Dual Wiper Plug Cementing Systems DWP NR System.

[93] Halliburton 9.875" x 7" Foamed Production Casing Post Job Report, April 20, 2010, at p.4, HAL_0011213.

[94] Ibid. at p. 5, HAL_0011214.

[95] HAL Realtime Data. BP-HZN-BLY00132084.

[96] Bureau of Ocean Energy Management Regulation and Enforcement Report Regarding the Causes of the April 20, 2010 Macondo Well Blowout Dated September 14, 2011 p55 Dr. John Smith.

[97] HAL Realtime Data, BP-HZN-BLY00132084.

[98] Halliburton 9.875" x 7" Foamed Production Casing Post Job Report April 20, 2010, HAL_0011210 - HAL_0011221.