# EXHIBIT 28

# EXPERT REPORT OF GENE BECK (HALLIBURTON)

# (DEPO. EX. 8152)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: OIL SPILL by the OIL RIG<br>"DEEPWATER HORIZON" in the<br>GULF OF MEXICO,<br>on APRIL 20, 2010<br><br>Applies to:<br><br>ALL CASES and<br>2:10-cv-02771 | MDL No. 2179<br><br>Section: J<br><br>The Honorable Judge Barbier<br>Mag. Judge Shushan |

# EXPERT REPORT OF
# DR. FREDERICK "GENE" BECK
# ON WELL DESIGN, CONTROL, DRILLING, AND MONITORING

8152

Exhibit No. _____
Worldwide Court
Reporters, Inc.

**EXPERT REPORT OF DR. FREDERICK "GENE" BECK**

displacing the riser and well to seawater, thus substantially underbalancing the well;

- BP failed to obtain a cement bond log to inspect the top of cement in the annulus, instead choosing to send home the Schlumberger cement bond log crew that already was available on board the *Deepwater Horizon*; and

- BP permitted simultaneous and non-standard operations during the final Macondo displacement that unnecessarily complicated detection of kick indicators.

All of the foregoing decisions rendered the Macondo well a high-risk and dangerous well that was described by BP's own engineers as a "nightmare."[1]

Yet, notwithstanding the known risks associated with the Macondo well, BP acted recklessly when it attempted to convert the float collar to shut its valves to the shoe track. Specifically, BP ignored the manufacturer's instruction that a flow rate of 5-8 bpm was needed to convert the float collar to shut its valves and achieved a flow rate of just 4 bpm.[2] Then, instead of achieving the manufacturer's specified flow rate and despite the manufacturer's warning that the float collar would be damaged if a pressure in excess of 1,400 psi was applied, BP applied successively higher pressures to the float collar up to 3,140 psi.[3] Not surprisingly, "something blew" when BP applied 3,140 psi of pressure.[4] However, BP never stopped to determine (or even try to assess) what "blew" and simply proceeded with the cement job. This was in spite of the fact that, as reflected in the following email from BP's Mark Hafle sent the night before the blowout, it was only BP's "hope" that the float collar had converted to shut its valves to the shoe track.

---

[1] Depo. Ex. 126 at CON67; Deep Water: The Gulf Oil Disaster and the Future of Offshore Drilling, Report to the President (hereinafter "President's Report") at 2.

[2] Depo. Ex. 218 at BP-HZN-BLY00143883; Depo. Ex. 1425 at BP-HZN-MBI00191722-23; Transocean, Macondo Well Incident, Transocean Investigation Report, June 2011 (hereinafter "Transocean Report"), Vol. 1 at 27.

[3] Depo. Ex. 4457.

[4] Depo. Ex. 2584 at BP-HZN-MBI00129068; Transocean Report at 52.

### 12. BP failed to follow its zonal isolation criteria in regard to centralizer placement.

BP's technical practice entitled *Criteria for Zonal Isolation Requirements during Drilling Operations and Well Abandonment and Suspension* requires "[i]n the event the cement isolation is not to be assessed by a proven cement evaluation technique, plan for at least 30m (100 ft) of centralized pipe above the distinct permeable zone."[56] Here, although BP did not assess the cement isolation in the Macondo well by a proven cement evaluation technique (*e.g.* a cement bond log), it failed to plan for at least 100 feet of centralized pipe above the distinct permeable zone as called for by this technical practice.

## VI. BP Designed A Substandard Well And Prioritized Economics Above Safety.

### A. BP failed to provide a safe drilling margin.

BP's well design for the Macondo well was unreasonably risky because it provided little or no drilling margin for well completion and control, and because it required the use of excessively heavy drilling mud when cementing the lower portion of the wellbore, resulting in little or no drilling margin. The bottommost formations in the wellbore were fragile, and the high equivalent circulating densities (ECDs) generated by the heavy drilling mud compromised these fragile formations and increased the likelihood of cement contamination and lost circulation.

One key aspect of drilling any oil or gas well safely, from a blowout prevention perspective, is the identification of the drilling fluid density (referred to as mud weight) that is required to balance the stresses that exist in the subsurface rock. This is a fundamental aspect of well control and is critical to any well design.

The two primary stresses (pressures) that must be kept in balance by the mud weight are the pore pressure (the fluid pressure that exists within the rock pore spaces) and the formation fracture pressure (the pressure at which the rock will crack open). The mud weight must be maintained in a "window" between these two limits, and a safety factor is typically included in the well design. The "safety factor" is a buffer intended to prevent the

---

[56] Depo. Ex. 184 at 9.

**EXPERT REPORT OF DR. FREDERICK "GENE" BECK**

operator from losing control of the well.  For example, if the operator uses a mud weight that is too low, formation fluids are likely to flow into the well. This is called "taking a kick" and occurs when the well is underbalanced.  If the operator uses a mud weight that is too high, the mud may fracture and flow into the formation.  This is called "lost circulation" and typically occurs when the mud weight in the well is too high.

The difference between the pore pressure and the fracture pressure is commonly referred to as the "drilling margin."  The Chief Counsel's Report includes a useful graphic, redrawn as Figure 1 below, which demonstrates the fundamental concept of drilling margin:



Figure 1: Narrow Drilling Margins[57]

If an operator allows the mud weight to drift outside of the drilling margin window, the results are either a kick (formation fluids entering the wellbore) or lost circulation (wellbore fluids flowing into the formation).

---

[57]Redrawn from TrailGraphix Figure 4.2.2, Chief Counsel's Report.  CCR at 54.

**EXPERT REPORT OF DR. FREDERICK "GENE" BECK**

Specifically, a kick is the result of a mud weight that is too low, and lost circulation occurs when the mud weight is too high.   Both of these conditions are to be avoided during the drilling process.  A kick can lead to a blowout as an uncontrolled flow of hydrocarbons enters the well and rises up the wellbore.

BP's well design was unreasonably risky, as demonstrated by the kicks and lost circulation events experienced when drilling the well; each of these instances resulted from the extremely narrow drilling margin in the well.

Both potential well control issues—kicks and lost circulation—require casing installations and mud weight adjustments in order to maintain a safe drilling margin.   Safe drilling margins are mandated by 30 C.F.R. § 250.414(c), which states as follows:

> **§ 250.414   What must my drilling prognosis include?**
>
> Your drilling prognosis must include a brief description of the procedures you will follow in drilling the well. This prognosis includes but is not limited to the following:
> (a) Projected plans for coring at specified depths;
> (b) Projected plans for logging;
> (c) Planned safe drilling margin between proposed drilling fluid weights and estimated pore pressures. This safe drilling margin may be shown on the plot required by § 250.413(g);

30 C.F.R. § 250.414(c) (highlighting added).

The drilling margin dictates several design and operations decisions, including the parameters around which casing is designed, the number of casing strings required, and the depths at which casings strings are installed.  For example, if a well is being drilled and a lost circulation event occurs, the mud weight exceeded the fracture pressure of the formation being drilled.  The operator must take some action to prevent additional lost circulation events as mandated by 30 C.F.R. § 250.427:

**EXPERT REPORT OF DR. FREDERICK "GENE" BECK**

§ 250.427                                                 30 CFR Ch. II (7–1–10 Edition)

**§ 250.427  What are the requirements for pressure integrity tests?**

You must conduct a pressure integrity test below the surface casing or liner and all intermediate casings or liners. The District Manager may require you to run a pressure-integrity test at the conductor casing shoe if warranted by local geologic conditions or the planned casing setting depth. You must conduct each pressure integrity test after drilling at least 10 feet but no more than 50 feet of new hole below the casing shoe. You must test to either the formation leak-off pressure or to an equivalent drilling fluid weight if identified in an approved APD.

(a) You must use the pressure integrity test and related hole-behavior observations, such as pore-pressure test results, gas-cut drilling fluid, and well kicks to adjust the drilling fluid program and the setting depth of the next casing string. You must record all test results and hole-behavior observations made during the course of drilling related to formation integrity and pore pressure in the driller's report.

(b) While drilling, you must maintain the safe drilling margin identified in the approved APD. When you cannot maintain this safe margin, you must suspend drilling operations and remedy the situation.

[68 FR 8423, Feb. 20, 2003]

30 C.F.R. § 250.427 (highlighting added). For example, to remedy a dangerously narrow drilling margin at a section of the well, the operator can install a casing string to isolate and protect this part of the formation, forming a barrier to drilling mud and isolating pore pressure at this part of the well.

BP's well design was overly risky and resulted in repeated violations of the abovementioned regulations, including 30 C.F.R. § 250.427(b).

As drilling margins are typically narrow in a deep water drilling environment, attention must be given to ensure an adequate margin at all times while the well is drilled. Care must be given in making a realistic and accurate prediction of pore and fracture pressures and, once drilling commences, the pore pressure and fracture gradients actually encountered must be continuously evaluated. When narrow drilling margins are encountered, the installation of casing is usually required to reestablish an acceptable drilling margin in the well. Well designs must allow for a variance between the estimated and actual pore and fracture pressures by providing for additional, or contingency, casing strings to be installed.

On the Macondo well, instead of proceeding with caution by installing additional liners BP moved ahead with little or no drilling margin, ultimately damaging the well (*i.e.* cracking the formation) and compromising the cement job. BP could have chosen to isolate the higher pressure formations in the well with steel casing, including the 14.2 ppg (M57B) sand

**EXPERT REPORT OF DR. FREDERICK "GENE" BECK**

zones, as shown in Figure 2 below.  That would have enabled BP to continue drilling the well with a lower mud weight that would not have damaged the fragile 12.6 ppg (M56E) zone at the bottom of the well.



**Figure 2: Narrow Drilling Margin Remedy**

But BP did not perform this narrow drilling margin remedy.  The Macondo well as drilled was therefore damaged and dangerously unstable, and BP consistently lost drilling mud into the formation as it drilled the well. Specifically, the bottom portion of the Macondo well exhibited a pore pressure regression in which the pore pressure atypically decreased with depth, and BP failed to properly design or re-design the well to account for this regression.  As discussed below, BP should have isolated the higher pressure formations at 17,467 feet (14.2 ppg) and 17,800 feet (13.8 ppg) such that it could have drilled the target formations near the bottom of the well (at 12.6 ppg) with a lower weight drilling mud.  BP's failure to address the pore pressure regression was unreasonable.

BP further failed to act as a prudent operator when the drilling margin for the final most critical hole section narrowed to the point that mud weight could no longer be safely adjusted without inducing either a kick or lost circulation. The result was massive mud losses to the formation.  Lost circulation events established the upper limit of the drilling window as 14.3

ppg, and direct pore pressure measurements established the lower limit of pore pressure as 14.2 ppg.[58]  BP did not remedy the fact that it had no remaining drilling margin and all subsequent operations were extremely high risk with little to no margin for error.

### B.   BP acted unreasonably when it pumped heavy drilling mud with a high equivalent circulating density into the well without first repairing the damaged formation at the bottom of the well.

There are two types of pressures associated with the use of drilling mud in wells.  These pressures depend on whether the fluid is static (not moving) or dynamic (moving or being circulated).  The drilling fluid density determines static pressure.  Dynamic pressures are created when drilling fluid is pumped (circulated) in the well.  The dynamic pressure is additive to the static pressure and it is the pressure which causes the fluid to flow.  For example, a static fluid at rest against a formation will exert a pressure against the formation based on the density of the fluid itself.  However, once a fluid begins to flow (*e.g.*, when the pumps are turned on and mud is circulated in the well), the flow of the fluid past the formation exerts an additional pressure on the formation.  This additional, dynamic pressure is based on the amount of pressure that must be generated by the pumps to move the fluid.  The dynamic pressure is related to (1) the physical properties of the fluid, such as density and viscosity, (2) the velocity of the fluid, and (3) geometry of the wellbore, including the internal dimensions of the casing and wellbore through which the fluid must be pumped.

The combination of the static and dynamic pressures is referred to as the equivalent circulating density.  The equivalent circulating density also must be maintained within the drilling margin.  When the drilling margin window becomes very narrow, the equivalent circulating density in the well becomes critical, and simple acts such as changing the speed of the mud pumps can create enough change in equivalent circulating density to cause either a kick or lost circulation.  Equivalent circulating density management (controlling the magnitude and changes in equivalent circulating density) is

---

[58] *See, e.g.,* Bly Report at 17-19; National Academy of Engineering and National Research Council of the National Academies, Interim Report on the Causes of the *Deepwater Horizon* Oil Rig Blowout and Ways to Prevent Such Events at 5-7.

critical to many rig operations, including the installation of casing and successful cement placement.

BP failed to design and drill the Macondo well in a reasonable manner using techniques known throughout the drilling industry to maintain a safe drilling margin.   When equivalent circulating densities are considered, BP had an increasingly narrow window in which to circulate fluids in the Macondo well.   This narrow margin created an extremely unstable and unsafe wellbore that was unsuitable for the reliable installation of casing and placement of cement.   BP could have placed additional casing in portions of the well to isolate fragile and high pressure sections of the well, thereby increasing the drilling margin to a safe level. But BP instead damaged the bottom fragile section of the well with heavy mud, resulting in fracturing and losses into the formation.

After BP damaged (*i.e.* cracked) formations at the bottom of the well, a prudent course of action would have been to repair the bottom of the well, thereby increasing the drilling margin to a safe level, before attempting to cement the final payzone.   BP could have done this by first plugging the bottom of the well with cement, then setting a 7 inch liner just above the 12.6 ppg payzone, re-drilling the payzone with the correct mud weight, and finally setting a 5 inch liner across the payzone.   By following this procedure and drilling with the correct mud weight, the formations would no longer be at risk of being damaged by drilling with excessive mud weight, a liner could be installed, and a reliable cement placement accomplished.   In this condition, as shown in Figure 3 below, the entire open hole section of the Macondo well would have been cemented using mud weights that would have been easily circulated in the well.

**EXPERT REPORT OF DR. FREDERICK "GENE" BECK**

### D.   BP likely damaged the float collar.

BP included a float collar in the long string production casing in order to hold the cement in a static condition after the cement had been pumped into the well.  However, BP was reckless in attempting to convert the float collar into a one way valve (to close its valves to block flow up the casing) as intended in the well design.  BP's recklessness came with the following consequences:

- BP likely damaged and failed to convert the float collar, thus removing a barrier that would have prevented the blowout of the Macondo well;

- The damaged and unconverted float collar enabled cement to u-tube in the long string production casing, extending the cement setting time or potentially keeping the shoe track cement from setting at all; and

- BP's recklessness in attempting to convert the float equipment may have also damaged the shoe track, compromising the shoe track cement placement and effectiveness.

BP used a float collar with valves on the Macondo well to prevent "u-tubing" of cement.  U-tubing is a term that describes how cement that has been pumped into the well moves because of differential pressures between the interior of the casing string and the annulus on the outside the casing.  U-tubing relates to any movement, even very small movements, of the cement caused by the pressure differential.  U-tubing occurs when the cement has started to rise from the shoe and it imparts a higher hydrostatic pressure back toward the shoe.  This pressure difference is what can cause the cement to u-tube back into the casing.

When cementing a well, the cement is typically pumped down the inside of the casing, out through the shoe, and then back up the annulus on the outside of the casing and towards the surface.  In order to accomplish the desired result (*i.e.* cement in the annulus providing zonal isolation for the target formation) the well must be designed in such a way to prevent u-tubing.  This is because any movement of the cement can delay or prevent the cement from setting.

In order to prevent u-tubing and keep the cement in place in the annulus long enough for it to set, it is necessary to have a device that serves as a check valve to prevent the cement from reentering the casing and to keep the cement in a static state.  This is the purpose of the float

**EXPERT REPORT OF DR. FREDERICK "GENE" BECK**

equipment, including the float valve used in the Macondo well. Float equipment is critical for the placement of cement, holding the cement in place, and allowing cement to set in a static condition. Specifically, properly functioning float equipment is a necessary pre-condition to a successful cement job. Float equipment may be a float collar and/or a float shoe, and in most wells both are run.

Figure 10 shows u-tubing:



**Figure 10: U-Tubing**

A shoe is a component positioned at the bottom of a casing string that is typically used to guide the casing or liner into the wellbore. For example, a reamer shoe was used at the bottom of the long string

production casing in the Macondo well.  A commonly used type of shoe, a float shoe, contains a check valve assembly that prevents fluids from flowing up into the casing string when the casing string is being installed into the well and during the cementing process.[95]

A float collar is a component installed near the bottom of the casing string, at the top of the shoe track, that usually contains one or more check valves called float valves.  The float valves allow fluid to flow both up and down the casing when the float collar is in the unconverted position, and when the float collar is converted the float valves are closed and will allow fluid flow in the downward direction only.  The purpose of the float valves is to prevent the backflow of cement up the casing during the cementing operation (*i.e.* u-tubing), and by holding back the cement, also preventing the flow of hydrocarbons below the cement up the casing.

BP purchased a Weatherford M45AP float collar from Nexen Petroleum for use in the Macondo well,[96] which is depicted in the following figure.  BP did not use a float shoe in the Macondo well, but instead used a reamer shoe, a shoe without any check valve inside.

---

[95]   Schlumberger Oilfield Glossary definition for "float shoe" found at http://www.glossary.oilfield.slb.com/DisplayImage.cfm?ID=502.

[96] Depo. Ex. 2446 at NEX000051.



**EXPERT REPORT OF DR. FREDERICK "GENE" BECK**

| REVISION | A.2 |
|---|---|
| DATE | 1/25/2011 |
| DOCUMENT No. | D000446283 |

M45AP Flow-Activated Mid-Bore Auto-Fill Float Collar



**Figure 11: Weatherford M45AP Float Collar Used In Macondo Well[97]**

The Weatherford M45AP is an auto-fill type float collar. "Auto-fill" means that the check valve feature of the collar is held open while running in the hole to automatically fill up the casing and to prevent increasing the pressure on the formations to be cemented (called "surging" the formation) which could fracture the formation and prematurely cause a hydrocarbon kick or lost circulation. The Weatherford M45AP float collar used by BP has a phenolic resin auto-fill tube that holds two aluminum flapper-type check valves in an open position. Inside the auto-fill tube is a high density ball that is held in place at the top by three fingers and on the bottom by a

---

[97] Depo. Ex. 2582 at WFT-MDL00020470.

lip molded in the phenolic auto-fill tube.  When running in the hole this ball is free to travel up to the three fingers where drilling fluid may pass around the ball, filling the casing string.  When the casing string is finally in position in the wellbore, the ball will drift down and land on the retaining lip at the bottom of the phenolic auto-fill tube.

Once the casing is successfully positioned at the bottom of the well, the float collar must be converted so that it will act as a check valve.  The conversion method described by Weatherford is to circulate fluid through the two ports at the bottom of the auto-fill tube at a rate of 5-8 barrels per minute with equivalent pressures of 500 PSI to 700 PSI.[98]  Establishing a flow rate within the limits specified by Weatherford creates a differential pressure across the two ports which pushes the phenolic auto-fill tube out of its position and allows the two aluminum flapper valves to close. Once this conversion is accomplished the well is circulated and then cemented. This conversion process is illustrated in the following figure:

---

[98] Depo. Ex. 2562 at WFT-MDL-0020469-476.

**EXPERT REPORT OF DR. FREDERICK "GENE" BECK**



**Figure 12: Flow-Activated Auto-Fill Float Collar Properly Converted Without Damage**

### 1. BP used brute force and high pressures in its failed attempt to convert the float collar, disregarding the manufacturer's warning of potential consequences.

Once BP had the casing shoe located at 18,304 feet it was ready to convert the float collar. Robert Kaluza, BP's well site leader, was on site at the time float conversion was attempted. When Kaluza and the crew attempted to circulate the well, they could not get it to circulate. The inability to circulate indicated that there was an obstruction somewhere in the lower part of the casing, likely in the float collar plugging the auto-fill tube and/or in the reamer shoe.

**EXPERT REPORT OF DR. FREDERICK "GENE" BECK**



Figure 13: Obstructions Prevent Circulation

EXPERT REPORT OF DR. FREDERICK "GENE" BECK

Mr. Kaluza and his team established circulation after nine attempts, continually raising the pump pressure far above designed specifications. The nine attempts to establish circulation were as follows:

1. Pressure up to 1,800 psi at 1 barrel per minute (bpm), no circulation established, bleed off pressure.

2. Pressure up to 1,900 psi at 1 bpm, no circulation established, bleed off pressure.

3. Pressure up to 2,000 at 1 bpm, pressure held at 1,950 psi, no circulation established, bleed off pressure.

4. Pressure up to 2,000 at 1 bpm, pressure held at 1,940 psi, no circulation established, bleed off pressure.

5. Pressure up to 2,000 at 1 bpm, held pressure for ten minutes, no circulation established, bleed off pressure.

6. Pressure up to 2,000 at 2 bpm, no circulation established, bleed off pressure.

7. Pressure up to 2,250 at 1 bpm, no circulation established, bleed off pressure.

8. Pressure up to 2,500 at 1 bpm, pressure held at 2,450 psi, no circulation established, bleed off pressure.

9. Pressure up to 2,750 at 1 bpm and held for two minutes, pressure up to 3,000 psi and held for two minutes, pressure up to 3,142 psi when the pressure finally drops and mud starts to circulate.[99]

During these attempts to establish circulation and convert the float collar, the rig crew sought advice from onshore.  BP's Morel called Bryan Clawson of Weatherford to ask how much pressure could be applied to the

---

[99] Depo. Ex. 1425 at BP-HZN-MBI00191720-726.

float collar.[100]   Clawson checked with Weatherford engineering and told Morel that BP could pressure up as high as 6,800 psi; however, Clawson also stated that the ball would pass through the auto-fill tube without converting the floats at 1,300 psi.[101]   Despite this warning, BP continued its risky brute force attempts to convert the float collar.

The Weatherford specifications state that to convert the float collar, flow must be established at 5-8 barrels per minute.[102]   As seen in the following figure and as described in BP's daily logs, the flow rate during the attempted conversion never exceeded 2 bpm.[103]



**Figure 14: Nine Attempts Prior to Assumed Conversion of Float Collar on April 19, 2010 (Figure 13 from Transocean Report, Alteration Added)[104]**

---

[100] CCR at 89.

[101] CCR at 89.

[102] Depo. Ex. 2562 at WFT-MDL-0020469-476.

[103] Depo. Ex. 1425 at BP-HZN-MBI00191722-23.

[104] Transocean Report, Vol. I at 52.

**EXPERT REPORT OF DR. FREDERICK "GENE" BECK**

Disregarding Weatherford's advice that the ball could be blown out of the tube at 1,300 psi, BP pressured up the well and established flow at 3,142 psi, which could have ejected the ball or otherwise damaged the float collar, casing, or reamer shoe.[105]  At the time, although BP's Kaluza was worried that they had blown something up, instead of stopping to determine what could have been blown up he and his team pushed forward.[106] Kaluza confirmed BP's disregard for Weatherford's advice in his interview with the BP investigation team, stating "To shear out we had to gradually ramp up - I called town as I wasn't sure how high to go (Weatherford said 7 - 800 psi).  I called 2 times and spoke to John Guide - Got the OK to go higher went to 3000 then sheared out at 3,124 psi."[107]

BP's brute force attempts to convert the float collar were in contradiction of the float collar conversion plan sent out by BP's Brian Morel.  As the daily logs show, the flow rates never came close to the plan laid out by Morel which stated, "[c]ontinue to circulate and slowly increase pump rates greater than 8 bpm to convert the float equipment (~ 500 - 700 psi) per Weatherford recommendation."[108]

BP acknowledged that there were problems with the conversion. In fact, at that time, Kaluza said "I'm afraid that we've blown something higher up in the casing joint":

```
19        Q.   And do you recall how you understood that
20   Mr. Kaluza was concerned about these low circulating
21   pressures?
22        A.   Yes.  His exact statement as I recall it was
23   that, "I'm afraid that we've blown something higher up
24   in the casing joint," which basically means possibly
```

---

[105] *Id*.

[106] Tr. of USCG/MMS Investigation, 8/24/2010 (R. Kaluza Testimony) at 432:19-24.

[107] Depo. Ex. 3570 (Kaluza Interview, BP-HZN-BLY00083875-879 at BP-HZN-BLY00083876).

[108] Depo. Ex. 4513 (Well Forward Plan, 4/15/2010, BP-HZN-BLY00068832, BP-HZN-MBI00127532-552).

Tr. of USCG/MMS Investigation (N. Chaisson testimony), 8/24/2010 at 432:19-24 (highlighting added).  This is similar to Morel's statement that "we blew it":

> **From**: Morel, Brian P <Brian.Morel@bp.com>
> **To**: Clawson, Bryan R
> **Sent**: Mon Apr 19 18:29:52 2010
> **Subject**: RE: Circulation
>
> Yah we blew it at 3140, still not sure what we blew yet.

Depo. Ex. 2584 at BP-HZN-MBI 00129068 (highlighting added).  A prudent operator would have taken steps at that time to evaluate the condition of the float collar.

### 2.  BP ignored that it likely damaged the float collar with the high pressures it applied.

Once BP's team established circulation they assumed that the float collar had been converted even though they never circulated at a rate higher than 4.3 barrels per minute, which was too low to bring about conversion.[109]  Specifically, observed flow rates and pressures never exceeded 4.3 bpm and 375 psi, respectively.[110]

The pressure predicted by Weatherford for flow through an unconverted float collar at 4.3 BPM is 330 psi.  By my calculations, 375 psi is consistent with the pressure that would be required to circulate the entire casing through either a converted float collar or through a float collar with the flow tube still in place but with the ball and ball seat blown out.  In hindsight, the observed pressure, in conjunction with the fact that the check valves did not prevent the blowout, suggests that the ball seat had been blown out of the float collar, leaving the tube in place with the check valves locked open.  Transocean's tests show the ball being blown out at 1,477 psi with the auto-fill tube held in place, which could have been facilitated by debris in and around the auto-fill tube.[111]  It is also possible that BP damaged the float collar in some other manner that prevented the float

---

[109] Depo. Ex. 1425 at BP-HZN-MBI00191720-726

[110] Bly Report at 70.

[111] Transocean Report, Vol. II, App. C (Stress Engineering Report) at 14.