# EXHIBIT 29

# DEPOSITION TRANSCRIPT OF IAN LITTLE

```
                                                                Page 303
 1                  UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
 2
 3    IN RE:  OIL SPILL            )     MDL NO. 2179
      BY THE OIL RIG               )
 4    "DEEPWATER HORIZON" IN       )     SECTION "J"
      THE GULF OF MEXICO, ON       )
 5    APRIL 20, 2010               )     JUDGE BARBIER
                                   )     MAG. JUDGE SHUSHAN
 6
 7         *****************************************
                 ORAL AND VIDEOTAPED DEPOSITION OF
 8                         IAN LITTLE
                         JUNE 10, 2011
 9                          VOLUME 2
           *****************************************
10
11          ORAL AND VIDEOTAPED DEPOSITION of IAN LITTLE,
12    produced as a witness at the instance of the Plaintiffs'
13    Steering Committee, and duly sworn, was taken in the
14    above-styled and numbered cause on June 10, 2011, from
15    8:34 a.m. to 5:53 p.m., before PHYLLIS WALTZ, CSR, TCRR,
16    RPR, CRR, recorded by machine shorthand, at the offices
17    of Kirkland & Ellis International, 30 St. Mary Axe,
18    22nd Floor, London EC3A 8AF, England, United Kingdom,
19    pursuant to the Federal Rules of Civil Procedure and the
20    provisions stated on the record or attached hereto; that
21    the deposition shall be read and signed before any
22    Notary Public.
23
24
25
```

```
 1   several intermediate strings of casing; were they not?
 2        A.   I believe so.
 3        Q.   Do you know whether they were or not?
 4        A.   I believe they were.
 5        Q.   What do you believe -- why do you -- what
 6   makes you believe they were?
 7        A.   I was not physically on the rig when they were
 8   screwed together and run in the hole.
 9        Q.   But you were involved in the design and the
10   planning of the well?
11        A.   The well plan -- the well plan was developed
12   by my team, and that would have specified well casing
13   should be run in hole.  I mean, I wasn't physically
14   there to see what was run in the hole.
15        Q.   And do you know the purposes that your well
16   team seeks to achieve when they run auto fill float
17   equipment into the hole or on the casing prior to
18   pumping a cement job?
19                  MR. FIELDS:  Objection; form.
20        A.   There is a question do I know what auto fill
21   float equipment are?
22        Q.   (BY MR. ZERINGUE)  No, I'm asking do you know
23   the reasons why and the purposes that your BP engineers
24   were trying to achieve when they ran the float equipment
25   in the hole at Macondo on intermediate strings of casing
```

Page 610

1  as part of the well plan or design?
2           MR. FIELDS:  Objection; form.
3       A.  The -- yes.  The -- the casing strings would
4  be designed to have float equipment in them and for the
5  reasons of isolation while you run the casing and cement
6  the casing.
7       Q.  (BY MR. ZERINGUE)  Isolation while you run the
8  casing?
9       A.  To stop -- stop the backflow of mud and cement
10 after the end of the cement job.
11      Q.  Well, to stop the backflow of cement, correct?
12      A.  Yeah.
13      Q.  Would you agree that the purpose of float
14 equipment in a cement job is to prevent the cement from
15 flowing back into the casing when pumping is stopped
16 and/or the pressure is released?
17      A.  That's the primary role, I believe.
18      Q.  That's the primary purpose of running auto
19 fill float?
20      A.  Yes, it is.
21      Q.  Now, auto fill float equipment has a function
22 in surge production -- excuse me, auto fill float
23 equipment has a function in preventing or reducing
24 surge, correct, when running in the hole?
25      A.  If the auto fill equipment is run and it's

Page 611

1  operating, the theory behind it is you cause less surge
2  while you're running in the hole, that's correct.
3       Q.   And do you know the reasons why the BP
4  engineers who designed the Macondo well would have run
5  auto fill float equipment?
6       A.   The main reason we would do that would be to
7  adjust the surge pressures while running the casing.
8       Q.   And were there any loss returns that were
9  experienced at the Macondo well when the float -- the
10 float equipment was being run in the hole on the casing?
11           MR. RUBINSTEIN:  Objection; form.
12      A.   I don't recall.
13      Q.   (BY MR. ZERINGUE)  And you didn't hear
14 anything about that?
15      A.   I don't recall.
16      Q.   And a third reason that the BP engineers used
17 float equipment is to provide a landing profile for the
18 cement plugs, correct?
19      A.   That is another reason for having float
20 equipment in -- in the casing, yes.
21      Q.   Okay.  So we have prevent of flow-back of
22 cement into the casing when the pumping of the cement is
23 stopped, we have surge reduction, and we have landing
24 profile for the cement plugs, correct?
25      A.   For the auto fill equipment, that should do

Page 612

1  all of those things, yes.
2       Q.   And you're not aware of any other reasons the
3  purposes the BP engineers planned this equipment when
4  they planned the Macondo well, are you?
5            MR. RUBINSTEIN:  Objection; form.
6       A.   I'm not aware of any other reasons why.
7       Q.   (BY MR. ZERINGUE)  And to your knowledge the
8  float equipment that was run in the Macondo well, the
9  float collar on or about April 19, 2010 fulfilled the
10 purposes for which the BP engineers intended it to
11 fulfill?
12           MR. RUBINSTEIN:  Objection; form.
13           MR. FIELDS:  Objection; form.
14      A.   I don't know.
15      Q.   (BY MR. ZERINGUE)  You have no reason to say
16 otherwise, do you?
17           MR. RUBINSTEIN:  Objection; form.
18      A.   No.
19           MR. ZERINGUE:  Thank you very much,
20 Mr. Little.
21           THE VIDEOGRAPHER:  Off the record at
22 4:37 p.m., ending tape 16.
23           (Recess from 4:37 p.m. to 4:52 p.m.)
24           THE VIDEOGRAPHER:  On the record at
25 4:52 p.m., beginning tape 17.

01-36960
PW/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## *CONFIDENTIAL*

### *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## Ian Little
**VOLUME 2**

JUNE 10, 2011

## *ORIGINAL*



*Systems Technology for the Litigation World*

Litigation Group ♦ Court Reporting ♦ Video Production ♦ Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

```
 1  THE STATE OF TEXAS :
    COUNTY  OF  HARRIS :
 2
    I, PHYLLIS WALTZ, a Certified Shorthand Reporter, Texas
 3  Certified Realtime Reporter, Registered Professional
    Reporter, and Certified Realtime Reporter in and for the
 4  State of Texas, do hereby certify that the facts as
    stated by me in the caption hereto are true; that the
 5  above and foregoing answers of the witness, IAN LITTLE,
    to the interrogatories as indicated were made before me
 6  by the said witness after being first duly sworn to
    testify the truth, and same were reduced to typewriting
 7  under my direction; that the above and foregoing
    deposition as set forth in typewriting is a full, true,
 8  and correct transcript of the proceedings had at the
    time of taking of said deposition.
 9
    I further certify that I am not, in any capacity, a
10  regular employee of the party in whose behalf this
    deposition is taken, nor in the regular employ of his
11  attorney; and I certify that I am not interested in the
    cause, nor of kin or counsel to either of the parties.
12
    GIVEN UNDER MY HAND AND SEAL OF OFFICE, on this, the
13  11TH day of JUNE, 2011.
14
15
                    _____
16                  PHYLLIS WALTZ, CSR, TCRR, RPR, CRR
                    TEXAS CSR NO. 6813
17                      Expiration Date:  12/31/11
18
    Worldwide Court Reporters, Inc.
19  Firm Certification No. 223
    3000 Weslayan, Suite 235
20  Houston, Texas   77027
    (713) 572-2000
21
22
23
24
25
```

```
 1            I, IAN LITTLE, have read the foregoing
   deposition and hereby affix my signature that same is
 2 true and correct, except as noted above.
 3                              _____
 4
                                IAN LITTLE, VOLUME 2
 5 Country of ENGLAND.
 6 ~~STATE OF T E X A S~~        )
   ~~COUNTY~~ OF    EGHAM.       )
 7 Town
 8            Before me, NICHOLAS D. JAMISON        , on
   this day personally appeared IAN LITTLE, known to me, or
 9 proved to me under oath or through UK Driving Licence. )
   (description of identity card or other document)), to be
10 the person whose name is subscribed to the foregoing
   instrument and acknowledged to me that they executed the
11 same for the purposes and consideration therein
   expressed.
12
             Given under my hand and seal of office on
13 this, the 14ᵗʰ  day of   July          , 2011.
14
15                              _____
                                N.D. Jamison
16                              NOTARY PUBLIC ~~IN AND FOR THE~~
                                ~~STATE OF TEXAS~~
17
   My Commission Expires: On death.
18
19                                              14ᵗʰ
20                                              July 2011.
21
22
23
24
25
```

Worldwide Court Reporters, Inc.
(800) 745-1101

WITNESS NAME: IAN LITTLE

DATE TAKEN: JUNE 9-10, 2011

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

CORRECTIONS FOR VOLUMES 1 AND 2:

| Page: | | Line: | | Change: | | Reason for Change |
|---|---|---|---|---|---|---|
| Page: | 12 | Line: | 17 | Change: | "that thing" to "most of that time." | Transcription error |
| Page: | 17 | Line: | 21 | Change: | "function of lead" to "functional lead" | Transcription error |
| Page: | 22 | Line: | 19 | Change: | "There again" to "Without getting" | Transcription error |
| Page: | 28 | Line: | 5 | Change: | "Jeff" to "Jake" | Transcription error |
| Page: | 29 | Line: | 7 | Change: | "agreement" to "remit" | Transcription error |
| Page: | 29 | Line: | 14 | Change: | "agreement" to "remit" | Transcription error |
| Page: | 44 | Line: | 4 | Change: | "legally" to "clearly" | Transcription error |
| Page: | 78 | Line: | 25 | Change: | Insert "audit" after "rig" | Transcription error |
| Page: | 89 | Line: | 8 | Change: | "that I" to "lead by" | Transcription error |
| Page: | 106 | Line: | 6 | Change: | "client" to "plan" | Transcription error |
| Page: | 110 | Line: | 19 | Change: | Remove "continuity and" | Transcription error |
| Page: | 121 | Line: | 22 | Change: | "oil" to "O" | Transcription error |
| Page: | 123 | Line: | 15 | Change: | "or" to "O" | Transcription error |
| Page: | 142 | Line: | 7 | Change: | "manning" to "planning" | Transcription error |
| Page: | 150 | Line: | 9 | Change: | "cattily" to "type" | Transcription error |
| Page: | 167 | Line: | 25 | Change: | Insert "not" after "It's" | Transcription error |
| Page: | 167 | Line: | 25 | Change: | "do" to "design" | Transcription error |
| Page: | 174 | Line: | 12 | Change: | "span" to "spend" | Transcription error |
| Page: | 178 | Line: | 9 | Change: | Insert "room" after "operation" | Transcription error |
| Page: | 182 | Line: | 1 | Change: | "inside" to "insight" | Transcription error |
| Page: | 206 | Line: | 8 | Change: | Insert "and" after "operation" | Transcription error |
| Page: | 214 | Line: | 4 | Change: | "Since" to "As" | Transcription error |
| Page: | 214 | Line: | 4 | Change: | "why he" to "yes" | Transcription error |
| Page: | 222 | Line: | 7 | Change: | "core" to "pore" | Transcription error |
| Page: | 222 | Line: | 8 | Change: | "for drilling is" to "we're drilling through" | Transcription error |
| Page: | 222 | Line: | 12 | Change: | "core" to "pore" | Transcription error |
| Page: | 222 | Line: | 15 | Change: | "core" to "pore" | Transcription error |

CHI 61,336,160v1 7-11-11

[Signature]    July 14, 2011

| Page: | 222 | Line: | 15 | Change: | Insert "." After "levels" | Transcription error |
| Page: | 222 | Line: | 15 | Change: | "of" to "They're" | Transcription error |
| Page: | 223 | Line: | 7 | Change: | "core" to "pore" | Transcription error |
| Page: | 223 | Line: | 9 | Change: | "core" to "pore" | Transcription error |
| Page: | 224 | Line: | 17 | Change: | "Tiger" to "Tiber" | Transcription error |
| Page: | 225 | Line: | 20 | Change: | "Tiger" to "Tiber" | Transcription error |
| Page: | 242 | Line: | 25 | Change: | "tomorrow" to "Tamara" | Transcription error |
| Page: | 244 | Line: | 9 | Change: | "Jacob" to "Jake" | Transcription error |
| Page: | 247 | Line: | 18 | Change: | "or" to "of" | Transcription error |
| Page: | 248 | Line: | 20 | Change: | Delete "for me" | Transcription error |
| Page: | 249 | Line: | 14 | Change: | "will" to "we" | Transcription error |
| Page: | 253 | Line: | 16 | Change: | Insert "the" after "started" | Transcription error |
| Page: | 253 | Line: | 17 | Change: | "be named" to "have been aimed" | Transcription error |
| Page: | 312 | Line: | 10 | Change: | "dates" to "data" | Transcription error |
| Page: | 315 | Line: | 17 | Change: | Insert "on" after "comment" | Transcription error |
| Page: | 325 | Line: | 19 | Change: | "span" to "spend" | Transcription error |
| Page: | 332 | Line: | 6 | Change: | "would say" to "it's a," | Transcription error |
| Page: | 343 | Line: | 9 | Change: | "whole" to "hole" | Transcription error |
| Page: | 347 | Line: | 9 | Change: | "core" to "pore" | Transcription error |
| Page: | 355 | Line: | 20 | Change: | "any" to "In a" | Transcription error |
| Page: | 367 | Line: | 11 | Change: | "Kaluza" to "Vidrine" | Transcription error |
| Page: | 421 | Line: | 6 | Change: | "Don's" to "Daun's" | Transcription error |
| Page: | 435 | Line: | 13 | Change: | Remove "and" | Transcription error |
| Page: | 447 | Line: | 8 | Change: | "briefy" to "briefing" | Transcription error |
| Page: | 482 | Line: | 19 | Change: | "poor" to "pore" | Transcription error |
| Page: | 482 | Line: | 21 | Change: | "loss pressure" to "lost circulation" | Transcription error |
| Page: | 482 | Line: | 23 | Change: | "pressure" to "pressured" | Transcription error |
| Page: | 482 | Line: | 23 | Change: | "completed" to "depleted" | Transcription error |
| Page: | 519 | Line: | 11 | Change: | "debated" to "delegated" | Transcription error |
| Page: | 539 | Line: | 18 | Change: | "very" to "every" | Transcription error |
| Page: | 571 | Line: | 7 | Change: | "at the same time" to "the same thing" | Transcription error |
| Page: | 647 | Line: | 13 | Change: | "metrics" to "matrix" | Transcription error |

SIGNED: _[signature]_   DATE: July 14, 2011