# EXHIBIT 30

# FRCP 30(B)(6) DEPOSITION TRANSCRIPT OF BP THROUGH ITS DESIGNATED REPRESENTATIVE, JAMES COWIE

```
                                                          Page 348
 1                UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
 2
 3   IN RE:  OIL SPILL            )    MDL NO. 2179
     BY THE OIL RIG               )
 4   "DEEPWATER HORIZON" IN       )    SECTION "J"
     THE GULF OF MEXICO, ON       )
 5   APRIL 20, 2010               )    JUDGE BARBIER
                                  )    MAG. JUDGE SHUSHAN
 6
 7         *****************************************
                 ORAL AND VIDEOTAPED DEPOSITION OF
 8                          JAMES COWIE
                          JUNE 30, 2011
 9                          VOLUME 2
           *****************************************
10
11
12
13
14
15
16
17
18
19
20
21          Deposition of JAMES COWIE, taken at
22   Kirkland & Ellis International, 30 St. Mary Axe, 22nd
23   Floor, London EC3A 8AF, England, United Kingdom, on the
24   30th of June, 2011.
25
```

PURSUANT TO CONFIDENTIALITY ORDER

Electronically signed by Phyllis Waltz (001-286-766-3805)                    86db4a13-9bec-45ad-80c9-50eb3838254b

```
 1   thank you for that.
 2        A.   Thank you.
 3        Q.   Well, what was your purpose of -- of your
 4   interviewing Mr. Bouillon?
 5        A.   At that time we were trying to gather as much
 6   information as we possibly could --
 7        Q.   Yeah.
 8        A.   -- to try and put together the events that had
 9   occurred on that day.
10        Q.   And if I recall, there was really very little
11   to no questions asked about the float collar to
12   Mr. Bullion?
13        A.   I believe that would be right.
14        Q.   Yeah.  He was not really involved in that
15   aspect?
16        A.   He -- he was not.
17        Q.   All right.  I'd like to also ask, as Peter did
18   for Anadarko, that you'll consider my questions to you
19   to be based on your designation of BP as a corporate
20   representative --
21        A.   Okay.
22        Q.   -- unless I -- I say otherwise.
23        A.   Absolutely.
24        Q.   Would you -- would you, please, open up that
25   binder to tab No. 2 and -- and on the disk it is also
```

```
 1    tab 2.  This is an excerpt from the deposition of
 2    Mr. John Guide that was taken in this case, I don't
 3    remember the date, but it's -- it's there somewhere,
 4    probably in May of last -- of this year.
 5         A.    May the 9th.
 6         Q.    What was it?
 7         A.    May the 9th.
 8         Q.    May the 9th.  And, of course, you know who
 9    Mr. Guide is?
10         A.    I do, sir, yes.
11         Q.    And just for the record, am I correct when I
12    say that he was BP's wells team leader for the Macondo
13    well?
14         A.    That is correct, sir, yes.
15         Q.    All right.  And would you agree with me,
16    Mr. Cowie, that -- that he is -- that he is very
17    familiar with the Weatherford autofill float collar and
18    its use on the Macondo well in his capacity as the wells
19    team leader?
20         A.    I would say he would be familiar with that
21    float.
22         Q.    Thank you.  Would you, please, open tab 2.  I
23    have excerpts from his sworn testimony, deposition
24    testimony.  I would like for you to turn to Page 278.
25    If you look -- maybe if Matt can help you.
```

```
 1     A.   Oh, okay.
 2     Q.   Yeah, it's the condensed version.
 3          MR. REGAN:  Yeah.
 4          MR. LEMOINE:  Very good.
 5     A.   I was thinking I don't have 278 pages here.
 6     Q.   (BY MR. LEMOINE)  Okay.  278.
 7     A.   I see.
 8     Q.   And I'll -- I'll draw your attention to a
 9  question that was asked by one of the attorneys
10  representing the plaintiffs, beginning in line 11, and
11  I'll read it into the record.  And the question posed to
12  Mr. Guide was, "And if the float" -- it says "color,"
13  but I can tell you that they meant to say "collar."
14          "If the float collar properly converted, how
15  in the world did the hydrocarbons get through the shoe
16  track cement and through the float collar to the surface
17  if the cement held?"
18          Did I read that right?
19     A.   You did.
20     Q.   "ANSWER:  I think it's fairly known that the
21  cement did not hold inside the shoe track.
22          "QUESTION:  Why didn't it hold?"
23          There was an objection.
24          And Mr. Guide says, "I don't know why it
25  didn't hold, but" --
```

Page 440

```
 1              And if you go to Page 279, Mr. Guide
 2   interjects at that point on line 3.
 3              "But to clarify, the float collar has -- is
 4   not considered a barrier.  So that's -- that's not --
 5   it's not put there for that, so..."
 6              Now, I re- -- realize that might not be the
 7   best English, but would you agree from reading this that
 8   what Mr. Guide is saying is that the Weatherford float
 9   collar was not considered a barrier to hydrocarbon flow?
10              MR. SCHWARTZ:  Objection; form.
11        A.   I -- I would agree with that, sir.
12        Q.   (BY MR. LEMOINE)  And -- and does BP agree
13   with Mr. Guide's assessment of the float collar as not
14   being a barrier to hydrocarbon flow?
15              MR. SCHWARTZ:  Objection; form.
16        A.   As my representative of BP, I would agree with
17   that.
18        Q.   (BY MR. LEMOINE)  Okay.  And -- and just to
19   make it clear, then, to -- to go further with the
20   Macondo well, the -- it is BP's position that the
21   selection and use of the Weatherford float collar on the
22   long string was not for the purpose of serving as a
23   physical or mechanical barrier to hydrocarbon flow?
24        A.   I agree, sir, yes.
25        Q.   It's an accurate statement?
```

PURSUANT TO CONFIDENTIALITY ORDER

Electronically signed by Phyllis Waltz (001-286-766-3805)                    86db4a13-9bec-45ad-80c9-50eb3838254b

1     A.    It is.
2     Q.    Would you then tell me as the representative
3  of BP, Mr. Cowie, what was the purpose of BP placing the
4  Weatherford float collar in the shoe track of the long
5  string on the Macondo well?
6     A.    My understanding would be that the float
7  collar was there to stop the cement from U-tubing --
8     Q.    Okay.
9     A.    -- back in -- up inside the pipe.
10    Q.    May -- may I stop you there?
11    A.    Yes.
12    Q.    I can show you the testimony, but I believe
13 that you trust me.  Mr. Ian Little testified recently
14 that that was the primary purpose of the float collar.
15 Does BP agree with that statement?
16              MR. SCHWARTZ:  Objection; form.
17    A.    Yes, sir.
18    Q.    (BY MR. LEMOINE)  Okay.  And so I interrupted
19 you, and I apologize.  We were going through what -- as
20 the BP representative, you were telling me what the
21 purpose of placing the float collar and the long string
22 was, and you started by saying to prevent the U-tubing
23 or the ingress of cement?
24    A.    Yes.
25    Q.    What's the next one?

```
 1       A.   For -- to provide a point where the cement
 2   plugs can line off.
 3       Q.   Yes.  Any others?  And to be fair to you,
 4   would you also agree that the fact that there was
 5   autofill, that it would serve the purpose of surge
 6   reduction?
 7       A.   Yes, yes.
 8       Q.   Thank you.
 9       A.   In that capacity, yes.
10       Q.   And so my question to you, then, is as a BP
11   representative and someone involved in the investigation
12   of this case, do you have any evidence to indicate that
13   the Weatherford float collar did not perform those
14   functions adequately?
15       A.   Not that I'm aware of.  The only thing I'm
16   aware of is the difficulty that was experienced while
17   converting the float collar.
18       Q.   That's right.  But as far as -- and let me ask
19   you, does BP -- has BP taken the position based upon the
20   current status of the evidence investigation that the
21   float collar did convert?
22       A.   It -- it certainly converted and allowed the
23   cement job to occur, yes.
24       Q.   Right.  And -- and regard -- right.  And
25   regardless of the difficulty in converting the float
```

Electronically signed by Phyllis Waltz (001-286-766-3805)                                      86db4a13-9bec-45ad-80c9-50eb3838254b

Page 443

1  collar, BP has no evidence that the float collar allowed
2  any ingress of cement through the shoe track?
3       A.    Not that I'm aware of.
4       Q.    All right.  Or the -- regardless of the
5  difficulty in converting it, that the float collar did
6  not serve its function as a landing place for the wiper
7  plugs?
8       A.    No, I believe it did do that --
9       Q.    Yeah.
10      A.    -- because we tested the casing.
11      Q.    Yes.
12      A.    Yes.
13      Q.    And then, lastly, you have no indication that
14 although there was some difficulty in converting the
15 collar, that the float collar did not serve its purpose
16 of surge reduction in its autofill mode?
17      A.    It certainly did that, sir.
18      Q.    All right.  Were you also -- are you also
19 aware, Mr. Cowie, of the testing that was done by Stress
20 Engineering?
21      A.    I -- I'm not aware of the detail of that.
22      Q.    You --
23      A.    That was after I had left.
24      Q.    That's fine.  And -- and -- and even though
25 you're here as a corporate representative, I don't want

PURSUANT TO CONFIDENTIALITY ORDER

Electronically signed by Phyllis Waltz (001-286-766-3805)                    86db4a13-9bec-45ad-80c9-50eb3838254b

Page 444

```
 1   to be unfair to you, you -- you -- this is not something
 2   that you went over in preparation of the deposition?
 3        A.   I -- I did not.
 4        Q.   Then -- then -- then I'll -- I'll -- I'll lay
 5   that question aside for someone else.
 6        A.   Yeah.
 7        Q.   I'm about finished.  I'll going to end with
 8   this.
 9        A.   I -- I can give you one detail --
10        Q.   Yeah.
11        A.   -- on that that I do recall --
12        Q.   Yes.
13        A.   -- is that I believe that during the testing,
14   one question that we did have during the course of the
15   investigation, this is why I remember it, was there
16   enough flow passed through the collar to convert it; and
17   I believe the subsequent testing confirmed that there
18   was.
19        Q.   That's right.
20             MR. SCHWARTZ:  Objection; nonresponsive.
21        Q.   (BY MR. LEMOINE)  Do you have any evidence
22   that Weatherford represented to BP that the float collar
23   on the Macondo well in the long string was intended to
24   be a physical barrier or a mechanical barrier to
25   hydrocarbon flow?
```

Page 445

```
 1      A.   No, sir.
 2      Q.   You have no evidence that Weatherford ever
 3  represented that?
 4      A.   No, sir.
 5      Q.   In fact, do you have evidence that Weatherford
 6  represented that the float collar was designed to meet
 7  the specifications of API RP 10F?
 8      A.   I -- I don't know that specifically.
 9      Q.   That's fine.
10           MR. LEMOINE:  Thank you.
11           THE VIDEOGRAPHER:  Off the record at
12  11:05 a.m., ending Tape 11.
13           (Recess from 11:05 a.m. to 11:07 a.m.)
14           THE VIDEOGRAPHER:  On the record,
15  11:07 a.m.
16                  E X A M I N A T I O N
17  BY MR. GANUCHEAU:
18      Q.   Mr. Cowie, good morning.
19      A.   Good morning.
20      Q.   My name is Tom Ganucheau.  I represent Cameron
21  Corporation in this litigation.
22      A.   Yes, sir.
23      Q.   I'm going to try to be as brief as I can.  Not
24  much left for me to ask about.  We've kind of covered
25  most of the topics that I intended to cover, but I do
```

01-36983
PW/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

# CONFIDENTIAL

### *WorldwideVIEW*™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# James Cowie
### VOLUME 2

JUNE 30, 2011

# *ORIGINAL*



Systems Technology for the Litigation World

Litigation Group ♦ Court Reporting ♦ Video Production ♦ Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

```
 1  THE STATE OF TEXAS  :
    COUNTY   OF   HARRIS :
 2
    I, PHYLLIS WALTZ, a Certified Shorthand Reporter, Texas
 3  Certified Realtime Reporter, Registered Professional
    Reporter, and Certified Realtime Reporter in and for the
 4  State of Texas, do hereby certify that the facts as
    stated by me in the caption hereto are true; that the
 5  above and foregoing answers of the witness, JAMES COWIE,
    to the interrogatories as indicated were made before me
 6  by the said witness after being first duly sworn to
    testify the truth, and same were reduced to typewriting
 7  under my direction; that the above and foregoing
    deposition as set forth in typewriting is a full, true,
 8  and correct transcript of the proceedings had at the
    time of taking of said deposition.
 9
    I further certify that I am not, in any capacity, a
10  regular employee of the party in whose behalf this
    deposition is taken, nor in the regular employ of his
11  attorney; and I certify that I am not interested in the
    cause, nor of kin or counsel to either of the parties.
12
    GIVEN UNDER MY HAND AND SEAL OF OFFICE, on this, the
13  30TH day of JUNE, 2011.
14
15
                        Phyllis Waltz
16                      PHYLLIS WALTZ, CSR, TCRR, RPR, CRR
                        TEXAS CSR NO. 6813
17                      Expiration Date:  12/31/11
18
    Worldwide Court Reporters, Inc.
19  Firm Certification No. 223
    3000 Weslayan, Suite 235
20  Houston, Texas  77027
    (713) 572-2000
21
22
23
24
25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

WITNESS NAME:    James Cowie

DATE TAKEN:    June 29-30, 2011

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

## CORRECTIONS:

| Page: | 9 | Line: | 19 | Change: | "is two years ago" to "has two years to go" |
|---|---|---|---|---|---|
| Page: | 15 | Line: | 9 | Change: | Insert "of" |
| Page: | 20 | Line: | 16 | Change: | "want" to "what" |
| Page: | 21 | Line: | 14 | Change: | "…data that the driller and the mudloggers are seeing is engaging the team" should be "…data that the driller and the mudloggers are seeing, and it's engaging the wider team." |
| Page: | 29 | Line: | 1 | Change: | Insert "produces to a floating installation" |
| Page: | 31 | Line: | 7 | Change: | "half" to "part" |
| Page: | 32 | Line: | 10 | Change: | Strike "well" |
| Page: | 32 | Line: | 11 | Change: | "wells safe leader" to "well site leader" |
| Page: | 39 | Line: | 10 | Change: | "learns" to "lands" |
| Page: | 42 | Line: | 8 | Change: | "survey" to "summary" |
| Page: | 49 | Line: | 11 | Change: | "at" to "as" |
| Page: | 49 | Line: | 18 | Change: | "analysis" to "analyses" |
| Page: | 49 | Line: | 24 | Change: | "progress" to "process" |
| Page: | 50 | Line: | 3 | Change: | "progress" to "process" |
| Page: | 50 | Line: | 11 | Change: | "analyses" to "analysis" |
| Page: | 68 | Line: | 2 | Change: | "team" to "site"; "offshore" to "onshore" |
| Page: | 69 | Line: | 18 | Change: | "control" to "call" |
| Page: | 77 | Line: | 14 | Change: | "second" to "Sector Engineering" |
| Page: | 78 | Line: | 14 | Change: | "a part" to "apart" |
| Page: | 80 | Line: | 23 | Change: | Strike "don't" |
| Page: | 82 | Line: | 17 | Change: | "…of course, by Belmar" to "…of course, by Piper Alpha." |
| Page: | 102 | Line: | 6 | Change: | "rules" to "roles" |
| Page: | 108 | Line: | 11 | Change: | "hthd" to "hthp"; "for" to "or" |
| Page: | 112 | Line: | 1 | Change: | "under" to "offshore" |
| Page: | 135 | Line: | 8-10 | Change: | "I'm not a specialist in this. I'm in another |

1

|  |  |  |  |  |  | matter ." to "I'm not a specialist on this by any matter or means." |
|---|---|---|---|---|---|---|
| Page: | 137 | Line: | 20 |  | Change: | "wouldn't" to "would" |
| Page: | 139 | Line: | 1 |  | Change: | "how" to "her" |
| Page: | 179 | Line: | 22 |  | Change: | "and" to "in" |
| Page: | 181 | Line: | 17 |  | Change: | "Gaglianno" to "Gagliano" [*same change globally throughout the transcript*] |
| Page: | 189 | Line: | 24 |  | Change: | "tower" to "tour" [*same change globally throughout the transcript*] |
| Page: | 218 | Line: | 16 |  | Change: | Strike "in" |
| Page: | 220 | Line: | 23 |  | Change: | "rescue" to "risk" |
| Page: | 221 | Line: | 6 |  | Change: | "opti sem" to "Opticem" [*same change globally throughout the transcript*] |
| Page: | 225 | Line: | 19 |  | Change: | "speaks" to "speech" |
| Page: | 249 | Line: | 17-18 |  | Change: | "I haven't seen that part of the Bly report" should be "I haven't seen that, apart from the Bly report" |
| Page: | 281 | Line: | 17 |  | Change: | "Azelle's" to "Ezell's" |
| Page: | 281 | Line: | 17 |  | Change: | "DOM's, Harrow" to "the OIM's, Harell's" |
| Page: | 307 | Line: | 13 |  | Change: | "dropping" to "tripping" |
| Page: | 307 | Line: | 19 |  | Change: | Strike "down" |
| Page: | 309 | Line: | 5 |  | Change: | "door" to "driller" |
| Page: | 319 | Line: | 5 |  | Change: | "mind" to "manage" |
| Page: | 321 | Line: | 14 |  | Change: | "…to lay fault, I don't know who used the logger means" should be "…to lay fault, I don't know who used that word, it means difficult." |
| Page: | 323 | Line: | 2 |  | Change: | "-fortunately" to "unfortunately" |
| Page: | 323 | Line: | 21 |  | Change: | "Weatherby" to "Wetherbee" |
| Page: | 343 | Line: | 14 |  | Change: | "arena" to "area" |
| Page: | 353 | Line: | 25 |  | Change: | "had" to "heard" |
| Page: | 354 | Line: | 16 |  | Change: | Strike "of" |
| Page: | 354 | Line: | 18 |  | Change: | Strike "as" |
| Page: | 355 | Line: | 7 |  | Change: | "I" to "he" |
| Page: | 372 | Line: | 2 |  | Change: | "rig" to "risks" |

| Page: | 372 | Line: | 14 | Change: | Insert "of" after "management" |
|---|---|---|---|---|---|
| Page: | 374 | Line: | 1 | Change: | "…so no character was used at that time" to "…so an alternative was used at that time" |
| Page: | 392 | Line: | 17 | Change: | "enrolled in" to "rolled into" |
| Page: | 393 | Line: | 5-6 | Change: | "information" to "formation" |
| Page: | 394 | Line: | 8 | Change: | "and" to "in" |
| Page: | 405 | Line: | 24 | Change: | "sent" to "set" |
| Page: | 413 | Line: | 16 | Change: | "home court" to "homeport" |
| Page: | 413 | Line: | 21 | Change: | "home court" to "homeport" |
| Page: | 440 | Line: | 16 | Change: | "my" to "a" |
| Page: | 453 | Line: | 3, 6, 12, | Change: | "Walz" to "Wall's" |
| Page: | 453 | Line: | 11, 13, 14 | Change: | Walz" to "Wall" |
| Page: | 462 | Line: | 7 | Change: | "Ground up, that's the word I'm looking for" to "Grammar, that's the word I'm looking for" |
| Page: | 469 | Line: | 4 | Change: | "had" to "heard" |

James Cowie

_/s/ James Cowie_
James Cowie