# EXHIBIT 31

# DEPOSITION TRANSCRIPT OF GREGORY WALZ

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
     IN RE:  OIL SPILL      MDL NO. 2179
 3   BY THE OIL RIG
     "DEEPWATER HORIZON"    SECTION:  J
 4   IN THE GULF OF
     MEXICO, ON APRIL       JUDGE BARBIER
 5   20, 2010               MAG. JUDGE SHUSHAN

 6

 7
```



```
13

14

15
              Volume 2 of 2 of the Videotaped
16   Deposition of GREGORY STEPHEN WALZ, 20742
     Castle Bend Drive, Katy, Texas, taken in
17   the Pan American Life Center, Pontchartrain
     Room, 11th Floor, 601 Poydras Street, New
18   Orleans, Louisiana 70130, on Friday, April
     22, 2011.
19
     APPEARANCES:
20
     ON BEHALF OF THE PLAINTIFFS
21   STEERING COMMITTEE

22

23   DEGRAVELLES, PALMINTIER, HOLTHAUS & FRUGE'
     By:  John W. deGravelles, Esquire
24   618 Main Street
     Baton Rouge, LA 70801-1910
25
```

**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters

1          A.    No, I did not.
2          Q.    Are you aware that that float
3    collar was actually owned by Nexen
4    Exploration?
5          A.    No, I was not.
6          Q.    All right.  Now, can you tell
7    me, what was the purpose of that auto-fill
8    7-inch float collar in the Macondo well?
9          A.    It was as far as to -- surge
10   reduction --
11         Q.    Yeah.
12         A.    -- as we ran pipe.
13         Q.    Okay.  Anything else?
14         A.    Once the -- you know, we had the
15   cement in place, hopefully the flapper
16   valves would hold.
17         Q.    Hold the cement until it -- it
18   hardened?
19         A.    Right.  It would be a --
20         Q.    All right.
21         A.    -- a baffle or a valve -- a
22   one-way check valve function.
23         Q.    Now, would it be also correct,
24   Mr. Walz, that the float collar, once the
25   top plug bumped -- and are you familiar

## WITNESS' CERTIFICATE

I, GREGORY STEPHEN WALZ, have read or have had the foregoing testimony read to me and hereby certify that it is a true and correct transcription of my testimony, with the exception of any attached corrections or changes.

_____
GREGORY STEPHEN WALZ

RECEIVED JUN 14 2011

GAUDET, KAISER, L.L.C.
Board-Certified Court Reporters

```
 1
 2                    WITNESS' CERTIFICATE
 3
 4
 5         I, GREGORY STEPHEN WALZ, have read
 6   or have had the foregoing testimony read to
 7   me and hereby certify that it is a true and
 8   correct transcription of my testimony, with
 9   the exception of any attached corrections
10   or changes.
11
12
13
14
15
16                  _____
                    GREGORY STEPHEN WALZ
17
     (Check One)
18
     (   )  NO CORRECTIONS.
19   ( X )  CORRECTIONS; ERRATA SHEET(S)
     ENCLOSED.
20
21
22
23
24
25
```

WITNESS NAME: _____GREGORY STEPHEN WALZ_____

DATE TAKEN: _____APRIL 21, 2011_____

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

### CORRECTIONS:

PAGE: _13__ LINE: _3___ CHANGE: __Greg should be Gregg_____
PAGE: _13__ LINE: __19_ CHANGE: __Steven should be Stephen _____
PAGE: _18__ LINE: __8__ CHANGE: __HSC should be  HSE_____
PAGE: _26__ LINE: __22_ CHANGE: _ _recorded ones should be  recordables_____
PAGE: _44__ LINE: _22_ CHANGE: __Carry should be Carrie_____
PAGE: _57 _ LINE: _12__ CHANGE: __Greg should be Gregg_____
PAGE: _57__ LINE:  __14_ CHANGE: __Greg should be Gregg_____
PAGE: _62__ LINE: __19_ CHANGE: ___bolt should be bow_____
PAGE: _62__ LINE: _25__ CHANGE: ___bolt should be bow_____
PAGE: _93__ LINE: _2___ CHANGE: ___here should be hand_____
PAGE: _93__ LINE: _20_ CHANGE: ___Marianis should be Marianas (global change)_____
PAGE: _102__LINE: _1__ _CHANGE: ___Dupre should be Dupree_____
PAGE: _126__LINE: _19__CHANGE: ___radiological should be rheological_____
PAGE: _157__LINE: _2___ CHANGE: ___pod should be pipe_____
PAGE: _221__LINE: _9___ CHANGE: ___straight should be away_____
PAGE: _243__ LINE: 20___ CHANGE: ___come on should be come in_____
PAGE: _266__ LINE: __6__ CHANGE: ___and EMG should be ENG_____
PAGE: _275__ LINE: _17__ CHANGE: ___would have should be would not have_____
PAGE: _277__ LINE: _11__ CHANGE: ___ACD should be ECD_____
PAGE: _277__ LINE: _11__ CHANGE: ___assist should be as is_____
PAGE: _285__ LINE: _4__ CHANGE: ___rigger should be rig or_____
PAGE: _287__ LINE: __3__ CHANGE: ___in should be and_____
PAGE: _348__ LINE: _17__ CHANGE: ___Marianas_____
PAGE: _348__ LINE: _21__ CHANGE: ___Marianas_____
PAGE: _359_ LINE: _12__ CHANGE: ___Dupre should be Dupree_____
PAGE: _446__ LINE: __3__ CHANGE: ___Greg should be Gregg_____
PAGE: _376_ LINE: __8__ CHANGE: ___Marianas_____
PAGE: _469__ LINE: _4__ CHANGE: ___ taken in by should be taking_____
PAGE: _475__ LINE: __21__ CHANGE: __should say should HAVE probably_____
PAGE: _492__ LINE: _25__ CHANGE: ___pin should be plan_____
PAGE: _499__ LINE: _9_ CHANGE: _____what's should be what it_____
PAGE: _501__ LINE: _3__ CHANGE: _____liner should be long string (questioner included wrong term and response is based on long string- following testimony supports this)
PAGE: _508__ LINE: _12__ CHANGE: __many should be maybe_____
PAGE: _534__ LINE: _13__ CHANGE: ___Greg should be Gregg_____
PAGE: _559__ LINE: __1__ CHANGE: ___settle should be set_____
PAGE: _573__ LINE: __3__ CHANGE: ____that should be with that_____
PAGE: _596__ LINE: _16_ CHANGE: ____decisions should be decision_____
PAGE: _618__ LINE: _24_ CHANGE: ____Greg should be Gregg_____
PAGE: _656__ LINE: _19_ CHANGE: ____Greg should be Gregg_____
PAGE: _659__ LINE: _22__CHANGE: ____Greg should be Gregg_____
PAGE: _660__ LINE: __20__CJANGE: ___Greg should be Gregg_____

PAGE: _669__ LINE: __12__ CHANGE: ___Greg should be Gregg_____
PAGE: _691__ LINE: ___18_ CHANGE: ___Greg should be Gregg _____
PAGE: _715__ LINE: __22___ CHANGE: _Wesirius should be West Sirius_____
PAGE: _719__ LINE: _1___ CHANGE: ___ruled should be rolled_____
PAGE: _720_ LINE: __5__ CHANGE: ___dwelt should be delved_____
PAGE: _747__ LINE: _16__ CHANGE: ___Waltz should be Walz_____
PAGE: _752__ LINE: _12___ CHANGE: __bolt should be bow_____
PAGE: _777_ LINE: __25_ CHANGE: ___a D estimate should be an estimate_____
PAGE: _822___ LINE: _6___ CHANGE: ___Greg should be Gregg _____
PAGE: _838__ LINE: _3__ CHANGE: ____Ely should be E-line_____
PAGE: _842__ LINE: __5__ CHANGE: ___Greg should be Gregg _____
PAGE: _853__ LINE: _12__ CHANGE: ___months should be weeks_____
PAGE: _894_ LINE: __15__ CHANGE: ____now should be not_____
PAGE: _897__ LINE: _13__ CHANGE: ____glass should be gas_____