# EXHIBIT 32

# DEPOSITION TRANSCRIPT OF DAVID SIMS

1         UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF LOUISIANA
2

3

   IN RE:  OIL SPILL       MDL NO. 2179
4  BY THE OIL RIG
   "DEEPWATER HORIZON"     SECTION:  J
5  IN THE GULF OF
   MEXICO, ON APRIL        JUDGE BARBIER
6  20, 2010                MAG. JUDGE SHUSHAN

7

8

14                  **VOLUME II**

15      Deposition of **DAVID C. SIMS,** taken
   in the Pan American Life Center, Bayou
16 Room, 11th Floor, 601 Poydras Street, New
   Orleans, Louisiana 70130, on Thursday,
17 April 7, 2011.

18

19 **APPEARANCES**:

20
        WILLIAMS LAW GROUP, LLC
21      (By:  J. Christopher Zainey, Jr.,
              Esquire)
22      909 Poydras Street
        Suite 1650
23      New Orleans, Louisiana  70112
           (Attorneys for MDL plaintiffs)
24

25

**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters

1    Q.   Good morning, Mr. Sims, my name
2  is Mike Lemoine and I represent
3  Weatherford.  I have a few questions that
4  are all going to pretty much pertain to the
5  auto-fill float collar that was used in the
6  long string.  Okay?
7    A.   Yes.
8    Q.   Are you familiar with an
9  auto-fill float collar?
10   A.   The concept of it.
11   Q.   In your experience have you
12 designed or planned wells in which you've
13 incorporated an auto-fill float collar in a
14 deepwater well?
15   A.   Yes, I have.
16   Q.   Could you tell me, sir, what the
17 function of the auto-fill float collar on
18 the long string on the Macondo well was?
19   A.   Well, the general principle is
20 to allow the casing to fill with fluid.
21 That fluid comes up through the casing
22 while you're running it, and that's the
23 auto-fill concept.  And then when you're
24 ready to begin circulation or when you're
25 ready to convert the float collar there's a

**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters

```
 1    process to, to convert it into an actual
 2    acting float, float collar.
 3         Q.    And check valve?
 4         A.    And check valve; right.
 5         Q.    And then what other function
 6    would it serve?  You talked about during
 7    the running of the casing a surge reduction
 8    function.  Is that a correct way to say it?
 9         A.    Yeah.  That would be one thing.
10         Q.    And once that auto-fill tube is
11    converted, would the float collar for the
12    Macondo well, the long string serve any
13    other purpose?
14         A.    After -- traditionally a float
15    collar's purpose has been to act as a check
16    valve and to, after cementing to prevent
17    cement from U-tubing back up inside the
18    casing until the cement has a chance to set
19    and cure.
20         Q.    All right. And that was, was
21    that one of the functions of the float
22    collar in question on the long string?
23         A.    I believe that was one of the,
24    one of the intended functions.
25         Q.    Okay.  Can you think of any
```

```
 1   other intended function other than those
 2   two that you just mentioned?
 3        A.   I believe that it also acts as a
 4   base for the, for any plugs that you pump
 5   downhole to head up behind associated with,
 6   with the cement job to land on.
 7        Q.   All right.  Any other function?
 8        A.   I can't think of anything right
 9   now.
10        Q.   The last function that you
11   mentioned of a landing place for the plug,
12   let me just talk to you very quickly and
13   briefly about that.
14             When the top plug lands on the
15   float collar, it lands on the bottom plug?
16   In this particular case it was a dual plug
17   system; correct?
18        A.   Yes, I believe it was.
19        Q.   So when the top plug lands on
20   the bottom plug of the float collar, does
21   BP plan to pressurize the casing at that
22   point above the top plug?
23        A.   You know, I can't speak for BP.
24        Q.   Who can you speak for?  I might
25   have missed that.
```

**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters

1    Q.   But you didn't go into the
2  Macondo well with the belief that the
3  Weatherford flapper valve was anything more
4  than a mechanical device that operates on a
5  hinge flapper?
6         Is that an accurate statement?
7    A.   That is the picture I, I would
8  have had or have now.
9    Q.   Right.  It was not a float
10 collar that, say, is activated
11 hydraulically?
12   A.   I'm not sure what that, what you
13 mean by activated hydraulically.
14   Q.   Let me say it another way.  The
15 functioning of that flapper valve would
16 solely be dependent upon flow through it?
17   A.   Whether it was on seat or off
18 seat?
19   Q.   Correct.
20   A.   Yes.  After, after activation.
21   Q.   All right.  And so if you can
22 envision these two flapper valves which are
23 basically hinged valves as you and I have
24 agreed through our question and answer
25 session here, does BP, or let's just say do

1   you, Mr. Sims, recognize that a flapper
2   valve, a hinged flapper valve can
3   malfunction when debris is caught in it?
4        A.   Yes.  There is a -- debris could
5   cause a malfunction, a flapper valve to
6   malfunction.
7        Q.   And that wouldn't, in your mind,
8   render that flapper valve defective?
9        A.   I'm not sure what you mean by
10  defective.
11       Q.   Let me go another way.  Would
12  you agree with me that you recognized that
13  flapper valves, these hinged valves,
14  sometimes won't seal properly because of
15  anticipated debris running through it
16  during auto-fill?
17       MS. KARIS:
18            Object to form.
19       THE WITNESS:
20            It is possible that debris can,
21  can cause a flapper valve to, to
22  malfunction.
23  EXAMINATION BY MR. LEMOINE:
24       Q.   And would you agree that BP
25  foresees this, this is not something that

**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters

```
 1   BP is not aware of?
 2        A.    That had occurred in the past
 3   and so, yes, I think you could say that
 4   that is a, a possibility.
 5        Q.    Right.  And have you ever
 6   encountered that situation where a flapper
 7   valve in one of the wells that you were
 8   involved in failed to seal, or was
 9   suspected as not sealing because of debris,
10   cuttings?
11        A.    Yes.  I don't know if it was --
12   the one, or the one that I'm thinking of, I
13   don't know if it was a flapper valve or a
14   ball, spring loaded ball seat type valve.
15        Q.    All right.  I'm going to show
16   you as my first Exhibit, which we will,
17   which is Tab 1 for those that have a disk
18   and Brett will hand it to you.  And it's
19   marked as Exhibit 1152.  And Karen needs a
20   copy, too.
21              I retrieved this particular
22   document from your custodian files produced
23   by BP.  This is the King South drilling
24   program Mississippi Canyon 129.
25              Do you recognize that well?
```

```
 1          A.    I do remember King South.  Yeah,
 2   I think this is the well I would associate
 3   it with.
 4               (Whereupon, the document
 5   referred to was marked as Exhibit No. 1152
 6   for identification.)
 7   EXAMINATION BY MR. LEMOINE:
 8          Q.    I may not have copied the whole
 9   well casing interval document.  I may not
10   have.  I hope that I did select a relevant
11   portion pertaining to cementing.  If you
12   could turn to the page Bates stamp last
13   four digits 4662.  Are you there?
14          A.    Yes.
15          Q.    Number 18 says circulate three
16   and a half inch ball down to the float
17   collar and activate same.  And it talks
18   about converting the float collar at five
19   to eight barrels per minute.
20               Do you see that?
21          A.    Yes.
22          Q.    Would you agree with me that
23   based upon your knowledge of that well and
24   reading that particular section 18, that
25   we're talking about an auto-fill float
```

**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters

1     collar?
2         A.    That's what I, that's, I
3     would -- yes.  I would agree with that.
4         Q.    Would you then turn a couple of
5     pages to Bates stamp 24665 and look at
6     section 16?
7         A.    Okay.
8         Q.    Would you mind, Mr. Sims,
9     reading that into the record?  And if you,
10    when you come to acronyms could you tell us
11    what they mean?  Would you do that for me?
12        A.    Sure.
13        Q.    Thank you.
14        A.    Shut down, bleed off and check
15    the floats.  Bleed back no more than five
16    barrels.  If the floats fail, re-pump the
17    bled back volume and wait on cement (WOC)
18    for a minimum of six hours (or check lab
19    results) while holding back pressure (use
20    actual cement test and surface samples to
21    make the decision on how long to hold back
22    pressure).
23        Q.    Now, are you familiar with that
24    procedure?
25        A.    Yes.

1      Q.     Was that procedure unique to
2  this well, or was it a common procedure
3  involved in deepwater wells that BP
4  drilled?
5      A.     As to the exact wording, I can't
6  say that it's reproduced anywhere but in
7  general, that would, that is the -- that is
8  a fairly standard procedure.
9      Q.     Would you agree with me,
10 Mr. Sims, that that fairly standard
11 procedure is basically an acknowledgment by
12 BP that these small mechanical flapper type
13 valves can fail downhole?  Would you agree
14 with me?
15     A.     I would agree that, that for
16 whatever reason, sometimes the floats don't
17 appear to be holding after a cement job.
18     Q.     And when that happens, do you
19 personally ascribe that to a problem with
20 the manufacturing of the float collar, or
21 situations of the well itself?
22     MS. KARIS:
23          Object to the form.
24     THE WITNESS:
25          I can't generalize what BP or I

**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters

Case 2:10-md-02179-CJB-DPC   Document 5652-35   Filed 02/10/12   Page 12 of 18
Suggested line for Running Header
861

```
 1   would actually say in every case.  I think
 2   it would be based on what had happened,
 3   what the hole conditions had been, what had
 4   we seen up to that point.
 5   EXAMINATION BY MR. LEMOINE:
 6        Q.   But in auto-fill, in auto-fill
 7   mode, you increase the risk of debris
 8   interfering with the function of a flapper
 9   valve.  Do you agree with that statement?
10        MS. KARIS:
11             Object to the form.
12   EXAMINATION BY MR. LEMOINE:
13        Q.   In an auto-fill mode you
14   increase the risk of debris interfering
15   with the functioning of a flapper float
16   collar valve?
17        MS. KARIS:
18             Same objection.
19        THE WITNESS:
20             I know it's a technicality but
21   I'm not sure I agree with the increase.  I
22   think, I think there is a chance of that
23   happening, but increase implies it's
24   compared to something else and I don't know
25   what.
```

1  EXAMINATION BY MR. LEMOINE:
2       Q.   I appreciate that.  Would you
3  agree, though, that this risk, whether it's
4  an increase or not, this risk is something
5  that BP, number one, acknowledges; yes?
6       A.   Yes.  I would say that.
7       Q.   And plans for; yes?
8       A.   I would say yes, we plan for it.
9       Q.   And in this particular well, the
10 plan, the plan for the contingency that a
11 float collar may fail was to pump back
12 fluid through the float collar, hold
13 pressure until cement is determined by
14 calculations to have hardened?
15      A.   The procedure is to pump fluid
16 back into the, into the pipe, or the
17 casing, or whatever it was pumped out
18 originally.  As far as how many barrels are
19 actually pumped through, if any, through
20 the, the float collar, I'm not sure.  I
21 don't know that they correlate.
22      Q.   Well, regardless of the amount,
23 is this procedure, in your estimation, your
24 interpretation, requiring the rig or
25 whoever's pumping to pump fluid back

```
 1   through down to the float valve?  Is that
 2   an accurate statement?
 3        A.    Pump fluid back into the casing
 4   to, to put the well back into the condition
 5   it was before that fluid was bled.
 6        Q.    And then to hold the pressure;
 7   correct?
 8        A.    Hold whatever pressure that is
 9   at that point after having pumped the fluid
10   back in.
11        Q.    And the purpose of holding
12   pressure at that time would be to serve the
13   same purpose as if the flappers had closed
14   and sealed?  That's an accurate statement?
15        A.    Yes.  Presumably there will be
16   pressure on the well and you have to hold
17   that pressure.
18        Q.    And so can we safely conclude,
19   or correctly conclude that BP, through its
20   knowledge and through its own design, its
21   own well plans, plans for the contingency
22   that if the float collar fails, it can hold
23   pressure to keep the cement from U-tubing
24   up; is that correct?
25        MS. KARIS:
```

```
 1                    Object to form.
 2            THE WITNESS:
 3                    Again, BP everywhere, I don't
 4      know if I can answer for BP everywhere.
 5      EXAMINATION BY MR. LEMOINE:
 6            Q.     And that's my mistake for not
 7      paying close attention all day.  I got a
 8      little tired with the e-mails.  But what
 9      section of BP can you speak for?  I'm not
10      being cute.  I want to know.  I think Ky
11      said something E&A GoM.  Is that the
12      section you can testify for?
13            A.     That's the, that's the group
14      I --
15            Q.     That's the group?
16            A.     Yeah.
17            Q.     Let me just say BP from now on
18      but I mean to limit it to that section.  Is
19      that all right with you?
20            A.     Okay.  That's --
21            Q.     So would you agree with me that
22      BP has a plan to prevent U-tubing of the
23      cement in the event the float valves are
24      suspected of failing by simply holding
25      pressure until enough time has passed or
```

1    elapsed for the cement to harden?
2         A.   Yes.  I would say that we have a
3    procedure to do returning.
4         Q.   Let me show you as the next
5    Exhibit 1153, Tab No. 2.
6              (Whereupon, the document
7    referred to was marked as Exhibit No. 1153
8    for identification.)
9    EXAMINATION BY MR. LEMOINE:
10        Q.   Do you recognize this drilling
11   program for the well designated as
12   Mississippi Canyon 562 No. 1?
13        A.   Yes.  I believe so.
14        Q.   You're listed as the project
15   manager; aren't you?
16        A.   Yes.  I'm just looking to try to
17   figure out which one it is.  I don't always
18   remember them by the number.
19        Q.   Sure.
20        A.   But I think I know which one
21   this is.
22        Q.   Would you turn to the page, it's
23   listed as 14 of 17, Bates stamp 34140.
24        A.   Okay.
25        Q.   Would you agree with me that if

**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters

1                    And so they attempted several
2     more times.  I remember that there was some
3     conversation with the rig but I don't
4     remember the conversation.  I really wasn't
5     a part of the conversation.
6          Q.    Did you or the BP engineers that
7     were participating in the discussions in
8     Houston draw any conclusions as to what was
9     causing these problems in establishing
10    circulation to the shoe track?
11         A.    I remember John mentioning that,
12    you know, he thought it might be LCM or
13    cuttings or some debris that had been in
14    the hole and that he had seen that before.
15         Q.    And had you ever seen that
16    before?
17         A.    I believe somewhere in my past I
18    have seen or attributed issues with the
19    float collar to debris.
20         Q.    And those issues attributable to
21    the float collar from the debris, however
22    you stated it, this is something, would you
23    agree, Mr. Sims, that number one, BP has
24    experience in the past?  Do you agree?
25         A.    Yes.

```
 1            Q.    Was aware of it?
 2            A.    Yes.  Aware of the possibility.
 3            Q.    And listed that as the probable
 4    reason as to why there was difficulty
 5    circulating through the float collar on
 6    April 19th?
 7            MS. KARIS:
 8                  Object to the form.
 9            THE WITNESS:
10                  To my knowledge, that was what
11    was, what was thought to be the problem at
12    that, at that time.
13    EXAMINATION BY MR. LEMOINE:
14            Q.    And what was the response that
15    BP authorized with respect to that problem?
16                  The rig has told you, told BP,
17    your team, they were having trouble
18    circulating and what was the response from
19    the Houston team?
20            A.    Again, not being a, an active
21    complete participant in all of the
22    conversations, what I know is there was
23    a -- there was an effort to, to cycle the
24    pressure, step the pressure up in small
25    increments, higher, each time a little bit
```