# EXHIBIT 33

# DEPOSITION TRANSCRIPT OF JOHN GUIDE

1          UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA
2

3

IN RE:  OIL SPILL      MDL NO. 2179
4   BY THE OIL RIG
    "DEEPWATER HORIZON"   SECTION:   J
5   IN THE GULF OF
    MEXICO, ON APRIL      JUDGE BARBIER
6   20, 2010             MAG. JUDGE SHUSHAN

7



12

13

          Deposition of **A. JOHN GUIDE**, taken
14   in the Pan American Life Center, Bayou
    Room, 11th Floor, 601 Poydras Street, New
15   Orleans, Louisiana 70130, on Monday, May 9,
    2011.

16

17

**APPEARANCES:**

18

19

          COTCHETT, PITRE & MCCARTHY
20        (By:  Bryan Payne, Esquire)
          San Francisco Airport Office Center
21        840 Malcolm Road
          Suite 200
22        Burlingame, California 94010
              (Attorneys for MDL 2185
23            Securities plaintiffs subclass)

24

25

**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters

1    and then went back down.  But let me ask

2    you this:  Do you believe the finding that

3    the hydrocarbons came up the casing?

4         A.    Are you saying inside the

5    casing?

6         Q.    Yes.

7         A.    Yes, I do.

8         Q.    So if the shoe track cement was

9    not contaminated and held, okay?

10        A.    Uh huh.

11        Q.    And if the float color properly

12   converted, how in the world did the

13   hydrocarbons get through the shoe track

14   cement and through the float collar to the

15   surface, if the cement held?

16        A.    I think it's fairly known that

17   the cement did not hold inside the shoe

18   track.

19        Q.    Why didn't it hold?

20   MR. GODWIN:

21            Object to form.

22   THE WITNESS:

23            I don't know why it didn't hold

24   but --

25   MR. GODWIN:

1                    Object to form.

2          THE WITNESS:

3                    But to clarify, the float collar

4     has -- is not considered a barrier, so

5     that's, that's not, it's not put there for

6     that, so.

7          MR. GODWIN:

8                    Object to form.

9     EXAMINATION BY MR. PENTON:

10         Q.    I agree with you.  But you do

11    agree that the cement in the shoe track did

12    not hold?

13         A.    All the evidence I've seen,

14    that's correct.

15         MR. GODWIN:

16                   Object to form.

17    EXAMINATION BY MR. PENTON:

18         Q.    This is that Exhibit 1693, is

19    that April 15th MOC we were talking about

20    earlier.

21         A.    Okay.

22         Q.    We have the benefit of looking

23    at it, let's see, I'll let you take a look

24    at it.

25                   Let me show you that, maybe you

1        UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF LOUISIANA
2

3

   IN RE:  OIL SPILL     MDL NO. 2179
4  BY THE OIL RIG
   "DEEPWATER HORIZON"   SECTION:  J
5  IN THE GULF OF
   MEXICO, ON APRIL      JUDGE BARBIER
6  20, 2010             MAG. JUDGE SHUSHAN

7



13

14                **VOLUME II**

15        Deposition of **A. JOHN GUIDE**, taken
   in the Pan American Life Center, Bayou
16 Room, 11th Floor, 601 Poydras Street, New
   Orleans, Louisiana 70130, on Tuesday, May
17 10, 2011.

18

19 **APPEARANCES**:

20

           COTCHETT, PITRE & MCCARTHY
21         (By:  Bryan Payne, Esquire)
           San Francisco Airport Office Center
22         840 Malcolm Road
           Suite 200
23         Burlingame, California 94010
               (Attorneys for MDL 2185
24              Securities plaintiffs subclass)

25

**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters

1   the definition of the well team leader's

2   role on Bates number 303972.

3        A.     Is there a tab, ma'am?

4        Q.     Tab 1.

5        A.     Okay.

6        Q.     Do you see that there, role

7   definition of the wells team leader?

8        A.     Yes, ma'am.

9        Q.     We're going to label this as

10  Exhibit 1976.

11              (Whereupon, the document

12  referred to was marked as Exhibit No. 1976

13  for identification.)

14  EXAMINATION BY MS. KUCHLER:

15       Q.     And I'd like to direct your

16  attention to the summary.  The wells team

17  leader will be accountable for leading the

18  rig operations team to deliver asset and

19  Gulf of Mexico SPU drilling, completions

20  and interventions objective of upper

21  quartile performance.  You see that?

22       A.     Yes, ma'am.

23       Q.     Would you agree that that was

24  your responsibility when you were the wells

25  team leader on Macondo?

1          A.      Yes, ma'am.

2          Q.      And the wells team leader will

3     also lead wells team in the delivery of

4     health, safety, security and environmental

5     performance objectives.

6               Does that also describe one of

7     your functions as the wells team leader on

8     Macondo?

9          A.      Yes.  It was one of them, ma'am,

10    yes.

11         Q.      Going down the left-hand column,

12    the third bullet, was it your

13    responsibility to quote ensure all

14    drilling, completion and intervention

15    operations comply with well program

16    requirements?

17         A.      Yes, ma'am.

18         Q.      Was it your responsibility to

19    ensure all D, C and I operations were

20    conducted in compliance with BP HSSE/IM/COW

21    standards and DWOP engineering practices

22    and all applicable government regulations

23    and safety standards?

24         MS. KARIS:

25               Object to form.

1          THE WITNESS:

2                I was definitely responsible for

3     helping carry, carry out those issues but

4     of course I was not the only one.

5     EXAMINATION BY MS. KUCHLER:

6          Q.     Is this, as written, an accurate

7     summary, to your understanding, of your

8     responsibilities as the wells team leader

9     with respect to following BP's standards,

10    DWOP engineering practices and government

11    regulations and safety standards?

12         MS. KARIS:

13               Object to form.

14         THE WITNESS:

15               No, ma'am.  Not, not entirely.

16    EXAMINATION BY MS. KUCHLER:

17         Q.     Tell me how it is that you

18    disagree with BP's description of your job

19    function.

20         A.     The, the DWOP engineering

21    practices, ETPs, STPs, really are

22    engineering practices that fall under the

23    drilling engineering team leader.

24               The HSSE -- and I could be

25    mistaken.  I'm not saying I don't have any,

1    any part of this but I think the -- these

2    are, some of these are actually the well

3    operations, the well operations manager's

4    actual primary accountabilities.

5         Q.    Did BP make you aware of this

6    job description?  Did you understand that

7    they expected you to ensure that the DWOP

8    practices were followed?

9         MS. KARIS:

10              Object to form.

11        THE WITNESS:

12              Well, I did help make sure the

13   DWOP practices were followed.

14   EXAMINATION BY MS. KUCHLER:

15        Q.    But that wasn't my question.

16   Did BP make you aware that the company

17   considered it one of your responsibilities

18   to quote ensure compliance with BP's DWOP

19   engineering practices?

20        MS. KARIS:

21              Object to form.

22        THE WITNESS:

23              Yeah.  I don't remember, ma'am,

24   if they did or didn't.

25        MS. KUCHLER:

1          We're close to the end of the

2     tape, so let's stop to change the tape.

3          THE VIDEOGRAPHER:

4               This is the conclusion of

5     Tape 6, the time is 3:28.

6               (Off the record.)

7          THE VIDEOGRAPHER:

8               Returning to the record, it is

9     3:40, this is the start of Tape 7.

10    EXAMINATION BY MS. KUCHLER:

11         Q.    Mr. Guide, I wanted to ask your

12    feedback on one of the conclusions of the

13    Bly report that we had not specifically

14    addressed earlier in your testimony.  And

15    it's on page 36 of what had previously been

16    marked as Exhibit 1 under conclusion.

17              The Bly team wrote, quote,

18    evaluating lift pressure and lost returns

19    did not constitute a proven cement

20    evaluation technique per Section 5 of ETP

21    GP 10-60.  Do you agree with that

22    statement?

23         A.    Yes, as per GP 10-60, yes,

24    ma'am.

25         Q.    And do you agree with the

1      following statement:  Quote, by not

2      conducting a formal risk assessment of the

3      annulus cement barriers per the ETP

4      recommendations, it is the view of the

5      investigation team that the BP Macondo well

6      team did not fully conformed to the intent

7      of ETP GP 10-60.  Do you agree with that?

8           A.    I guess the --

9           MS. KARIS:

10               Object to form.

11          THE WITNESS:

12               The part I did not understand

13     about this was, if I could explain, the --

14     and this is where maybe I was just --

15     didn't understand.  I was confused when I

16     did see this because the engineering

17     authority approved the engineering decision

18     tree that had all this stuff in there that

19     was approving not running some of these

20     things whenever the job was finished.

21               So I, myself, interpreted his,

22     his, his approval of that by, by

23     circumventing this particular piece of

24     this.

25          MR. NICHOLS:

```
 1          A.     That's correct, ma'am.
 2      MS. KUCHLER:
 3             That's it.  I cede the remainder
 4   of my time to the PSC.
 5      THE VIDEOGRAPHER:
 6             Off the record, it is 3:51.
 7             (Off the record.)
 8      THE VIDEOGRAPHER:
 9             Returning to the record, it is
10   3:54.
11   EXAMINATION BY MR. LEMOINE:
12      Q.     Good afternoon, Mr. Guide.  It
13   seems like every time I talk to you I'm
14   always the last one on a late afternoon.
15   My name is Mike Lemoine, I represent
16   Weatherford and to my right is my
17   associate, Sara Valentine.
18             I want to talk to you primarily
19   about the Weatherford float collar.  Were
20   you involved in any way in selecting this
21   particular float collar for the 7-inch
22   portion of the production casing?
23      A.     No, sir.
24      Q.     You weren't?  You just happen to
25   know that there was a float collar that was
```

514

1    going to be installed?

2        A.    Yes, sir.  I saw, I saw the

3    diagram of it but I just didn't select it.

4        Q.    How did you get the diagram?

5        A.    The engineers, usually.  There's

6    a huge folder and they have, they just put

7    all the data in so it would just be in a

8    reasonable facsimile of a electronic well

9    log.

10       Q.    Now, would you agree that one of

11   the purposes of -- I strictly want to talk

12   about the float collar for the 7-inch

13   portion of the long string.  Would you

14   agree that one of the functions of that

15   float collar which was for surge reduction?

16       A.    Yes.  Yes.

17       Q.    As far as you know -- and you

18   mentioned that you were monitoring the

19   running of the long string and this float

20   collar on April 19th.  You were monitoring

21   it real-time; correct?

22       A.    Yes.  Not all of it but, yes.

23   Running of the casing, you mean, sir?

24       Q.    Right.

25       A.    No.  I have to take that back.

1    I didn't see the actual running of the
2    casing live.
3        Q.    Was there anything that you
4    became aware of to indicate that the
5    Weatherford float collar did not function
6    the way it was intended with respect to
7    surge reduction?
8        A.    No.  It worked for surge
9    reduction for sure.
10        Q.    And another function of this
11   particular float collar, I believe that you
12   mentioned earlier, was to keep the cement
13   from flowing up the shoe track; is that
14   correct?
15        A.    Yes, sir.
16        Q.    Is that the way you would say it
17   in your words?
18        A.    Absolutely.  That's what I would
19   say.
20        Q.    From everything that you have
21   seen and have been made aware of, even up
22   to today, do you believe that the
23   Weatherford float collar served that
24   function as intended?
25        A.    Well, all the data that I know,

516

1    you know, that the well did not flow back

2    after we were done pumping, so.

3         Q.    So you have no indication that

4    that Weatherford float collar malfunctioned

5    in any way?

6         A.    That's correct.

7         Q.    You believe, your testimony is

8    that it functioned as intended?

9         A.    To the best of my knowledge.

10        Q.    Besides keeping cement from

11   flowing up the shoe track, was there any

12   other purpose of having that float collar

13   in the 7-inch casing?

14        A.    No.

15        Q.    Now, you mentioned with respect

16   to the questions from Mr. Hymel -- excuse

17   me, I've got a head cold, I apologize to

18   you -- that the differential pressure

19   between the cement in the shoe track and

20   the cement in the annulus was near

21   balanced.  Now, that might be my way of

22   saying it but do you agree with that

23   summary?

24        A.    Yes, sir, I do.

25        Q.    It was near balanced.  And I

 1    take it, then, that it's your opinion from

 2    your experience as a well team leader and

 3    an engineer, that that would basically mean

 4    that the cement, once pumped into the

 5    annulus and shoe track, would remain

 6    static?

 7         A.    Yes.  It's a U-tube.  If the

 8    pressure on the inside is the same as the

 9    outside it should, they should both be

10    static.

11         Q.    And you believe that that

12    condition existed on the Macondo well on

13    April 19, 2010?

14         A.    Yes, sir.

15         Q.    And would you agree with me that

16    that was the case, then, that the function

17    of the float valve to keep the cement in

18    place was really immaterial?

19         MS. KARIS:

20              Object to form.

21         THE WITNESS:

22              You know, I don't, I don't know

23    if it was immaterial but all I know is that

24    it either it worked or the cement was in

25    balance.  But for all practical purposes

518

1    the intent of the job was satisfied.

2    EXAMINATION BY MR. LEMOINE:

3         Q.     All right.  Very good.  Now, do

4    you have any evidence at all about the,

5    that any part of the float collar was

6    damaged during any of the operations that

7    day?

8         A.     No, sir.

9         Q.     Are you aware that there was a

10   float test that was performed after the

11   cement job was complete?

12        A.     Yes, sir.

13        Q.     And could you tell us what the

14   purpose of a float test is?

15        A.     A float test is to see if, if

16   the well is actually, you know, either

17   U-tubing which will be flowing up the

18   annulus, or flowing up the casing.  And

19   that's what the purpose of the flow test

20   is, to see if the well is flowing on either

21   one side or the other.

22        Q.     But it also determines whether

23   or not the float valve is functioning as

24   intended?

25        A.     Yes, sir.  That is one of the

519

 1    other functions, yes.

 2         Q.    Are you aware of the results of

 3    that flow test on the Macondo well on

 4    April 19th or perhaps April 20th by this

 5    time, 2010?

 6         A.    Yes, sir.

 7         Q.    And what was the result?

 8         A.    The result, there was no flow on

 9    the annulus and no flow up the casing.

10         Q.    And for purposes of my client

11    would it also be a correct statement that

12    that flow test showed that the Weatherford

13    float collar was functioning as intended?

14    MS. KARIS:

15              Object to form.

16    THE WITNESS:

17              To the best of my knowledge,

18    there's nothing to dispute that it wasn't.

19    EXAMINATION BY MR. LEMOINE:

20         Q.    And you haven't come across any

21    evidence to the contrary, even as you sit

22    here today?

23         A.    That's correct.

24         Q.    Is that an accurate statement?

25         A.    Yes, sir.

1    the center, it talks about the blowout

2    7-inch casing from Nexen due to short lead

3    time.  Do you see that?

4          A.     Yes, sir.

5          Q.     Take your time.  Just go a

6    couple of sentences.

7          A.     Yeah, it was highlighted.

8          Q.     Good.  Thank you.  And a little

9    bit lower it says difficulty converting

10   Weatherford float equipment but Weatherford

11   rep was not on rig, so Allamon rep

12   recommended procedures to convert.

13              Do you see that?

14         A.     Yes.

15         Q.     Do you recall that incident of

16   the Allamon rep recommending procedures to

17   convert the float collar?

18         A.     No, sir, I don't.

19         Q.     Let me ask you this, Mr. Guide:

20   Could you look at me for a minute?

21         A.     Sorry.

22         Q.     Would you agree with me that

23   between you and I, based upon what you know

24   was happening that afternoon or that

25   evening of April 19th and 20th, that the

1    more correct way to summarize the

2    operations with respect to the float collar

3    was there was an attempt by BP to establish

4    circulation through it, not convert it.

5            Would that be a more accurate

6    description?

7        A.    You have to let me think here

8    for a second.

9            I think we -- the original

10   intent was try to convert the float collar

11   but convert -- and to me, I mean,

12   converting it and establish circulation is

13   about the same thing.

14       Q.    It's one and the same?

15       A.    Yeah.

16       Q.    All right.  But you recall that

17   evening getting a phone call and learning

18   that they were having difficulty

19   establishing circulation.  Is that an

20   accurate statement?

21       A.    Yes, sir.

22       Q.    They could not circulate, they

23   couldn't pump fluid all the way down to the

24   shoe track and out of the reamer shoe?

25       A.    That's correct, sir.

1          Q.    And you personally attributed

2     that to some form of blockage of debris

3     that had accumulated in the shoe track

4     during the auto-fill process?

5          MS. KARIS:

6               Object to form.

7          THE WITNESS:

8               That is correct because I had

9     seen that in the past so that's what I

10    attributed it to.

11    EXAMINATION BY MR. LEMOINE:

12         Q.    That was not unusual?

13         A.    Not common but also, you know,

14    I'd personally seen it happen in the past,

15    so.

16         Q.    Foreseeable?

17         A.    Yes.

18         Q.    Would you agree with me that

19    that blockage in the shoe track which you

20    attribute to the reason why they couldn't

21    establish circulation on April 19th was

22    something that was foreseen and anticipated

23    by BP?

24         MS. KARIS:

25              Object to the form.

```
 1          THE WITNESS:
 2               I don't know if it was -- I
 3    don't know if I can say foreseen.  All I
 4    can -- once again, personally, I had seen
 5    it before.  So it was -- while maybe it
 6    didn't happen on a regular basis, I was not
 7    totally flabber -- surprised.
 8    EXAMINATION BY MR. LEMOINE:
 9         Q.     You didn't attribute that
10    blockage in the shoe track to any
11    malfunction of the Weatherford float
12    collar?
13         A.     No.
14         Q.     This was something that debris
15    can collect in small spaces as the casing
16    is lowered into the hole?
17         A.     Yes, sir.
18         Q.     And debris can come up that shoe
19    track and deposit in small spaces and cause
20    a blockage?
21         A.     Yes, sir.
22         Q.     And that's exactly what you
23    thought was happening on the afternoon of
24    April 19, 2010?
25         A.     That is what I thought, yes,
```

1    sir.

2         Q.    And you authorized an increase

3    in pressure, gradual in pressure at low

4    pump rates to clear that blockage?

5         A.    Yes, sir.

6         Q.    Would you turn to Tab 20,

7    please.  I'm going to ask you to do me a

8    favor, Mr. Guide, could you put this

9    exhibit label on that first page of it,

10   correct.  There you go.

11        A.    Tab 20?

12        Q.    I can do it for you.

13        A.    No.  I'll do it.  Just right

14   down here?

15        Q.    Absolutely.  1977.

16             (Whereupon, the document

17   referred to was marked as Exhibit No. 1977

18   for identification.)

19   EXAMINATION BY MR. LEMOINE:

20        Q.    Had you ever seen this e-mail

21   from Mark Hafle to VHG3, which I represent

22   to you is Vernon Goodwin with Allamon dated

23   April 19th, 2010.

24             Have you ever seen this e-mail?

25        A.    No, sir.

 1                  Would you agree with me that FC
 2      would stand for float collar?
 3           A.    Yes, sir.
 4           Q.    And did you have any knowledge
 5      that Mr. Hafle and Mr. Goodwin were
 6      discussing a procedure on the afternoon of
 7      April 19th to unplug the float collar?
 8           A.    No, I was not.
 9           Q.    But do you agree from your
10      assessment of the situation that, in fact,
11      the float collar was plugged with debris?
12           MS. KARIS:
13                  Object to form.
14           THE WITNESS:
15                  Yeah.  I, I assumed, you know,
16      that the float collar had some, had some
17      debris in it but I was not, not --
18      EXAMINATION BY MR. LEMOINE:
19           Q.    You weren't privy to this?
20           A.    Yes.
21           Q.    And does this refresh your
22      memory now that you've looked at the last
23      page of that exhibit, which is an assembly
24      drawing of the M45 float collar?  Does that
25      refresh your memory of the assembly drawing

Suggested line for Running Header
Case 2:10-md-02179-CJB-DPC   Document 5652-36   Filed 02/10/12   Page 25 of 25
5528

1    that you referenced earlier that you had

2    reviewed?

3         A.     Just let me verify one thing

4    very quick.

5         Q.     Sure.

6         A.     It's the -- it looks, it looks

7    like the, it looks like the, the drawing

8    that was in the well column.

9         Q.     Sure.  Did you suspect any

10   particular area of the float collar that

11   debris had collected and was blocking flow?

12        A.     Well, obviously the, the ones

13   that, that I had experiences with in the

14   past, you never get to see them, you know,

15   so you can't ascertain.  But in this

16   particular case, this, this float collar

17   had what is called a caged ball and, and

18   that's the -- happened to be the common,

19   the common denominator of where I've seen

20   this before is when there was a floating

21   ball, especially in small, small casing

22   strings where debris can come up and

23   sometimes get in here so that the ball, the

24   ball can't go down.

25        Q.     And what do you do to clear that