# EXHIBIT 34

# DEPOSITION TRANSCRIPT OF STEVE ROBINSON

Page 1

```
 1
            UNITED STATES DISTRICT COURT
 2          EASTERN DISTRICT OF LOUISIANA
 3
     IN RE:  OIL SPILL      )    MDL NO. 2179
 4   by the OIL RIG,        )
     DEEPWATER HORIZON in   )    SECTION "J"
 5   the GULF OF MEXICO,    )
     April 20, 2010         )    JUDGE BARBIER
 6                          )
                            )    MAG. JUDGE
 7                          )    SHUSHAN
 8
 9
14
15            Deposition of STEVE ROBINSON,
     taken at Pan-American Building, 601 Poydras
16   Street, 11th Floor, New Orleans, Louisiana,
     70130, on the 27th of January, 2011.
17
18
     APPEARANCES:
19
20   Mr. Paul Sterbcow
     LEWIS, KULLMAN, STERBCOW & ABRAMSON
21   601 Poydras Street, Suite 2615
     New Orleans, Louisiana 70130
22   Phone:  504-588-1500
23   Mr. Ian Taylor
     LEWIS, KULLMAN, STERBCOW & ABRAMSON
24   601 Poydras Street, Suite 2615
     New Orleans, Louisiana 70130
25   Phone:  504-588-1500
```

Case 2:10-md-02179-CJB-DPC Document 5652-37 Filed 02/10/12 Page 3 of 6

IN RE: OIL SPILL by the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, April 20, 2010
STEVE ROBINSON          January 27, 2011          Reported by: THU BUI, CCR, RPR

Page 447

1  question, actually.
2       Q.   I'm asking you:  From an
3  operations standpoint, does BP want the
4  cement to flow back up the shoe track after
5  the cement job?
6       A.   You're asking me if BP, in
7  general, wants flow back into the casing?
8  I cannot answer that.
9       Q.   Why not?
10      A.   You're asking me for BP as a
11 company, everywhere we operate?  I -- I
12 don't understand this question.
13      Q.   Well, let me ask you this:  What
14 is the purpose, in your mind, as a person
15 who's handled float equipment, of an
16 auto-fill float collar with valves?
17      A.   The purpose is to allow running
18 of the casing without surging the
19 formation.
20      Q.   And that's it?
21      A.   And then, after conversion, to
22 prevent the flow back, the U-tube.
23      Q.   All right. So -- so, now, what,
24 is that BP's position, then, to use a float
25 collar such as Weatherford's double-value

**GAUDET KAISER, L.L.C.**
601 Poydras Street, Suite 1720    New Orleans, Louisiana 70130
Phone: (504) 525-9100    Fax: (504) 525-9109

BOARD-CERTIFIED COURT REPORTERS & LITIGATION SUPPORT

WITNESS NAME: Steve Robinson

DATE TAKEN: January 27, 2011

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

## CORRECTIONS:

PAGE: 27 LINE: 12 CHANGE: WELL BOARD TO WELLBORE
PAGE: 29 LINE: 7 CHANGE: BLOCK TO PLUG
PAGE: 45 LINE: 15 CHANGE: WALK TO LOCK
PAGE: 52 LINE: 12 CHANGE: ANGULAR TO ANNULAR
PAGE: 70 LINE: 7 CHANGE: IN TO AND
PAGE: 77 LINE: 6 CHANGE: CABINETS TO CABINS
PAGE: 87 LINE: 18 CHANGE: INVOLVED TO ABOVE
PAGE: 134 LINE: 3 CHANGE: FUEL TO SEAL
PAGE: 171 LINE: 1 CHANGE: THE TO TO
PAGE: 182 LINE: 24 CHANGE: PHYSICALLY TO FISCALLY
PAGE: 230 LINE: 2 CHANGE: STROBE LIGHT TO DRILL PIPE
PAGE: 253 LINE: 4 CHANGE: AUDIBLE TO AUDITABLE
PAGE: 354 LINE: 5 CHANGE: A TO ABLE TO

SIGNED: _/s/ Steve W. Robinson_    DATE: 3-1-2011

RECEIVED MAR 1 5 2011

Website: www.gaudetkaiser.com    ALT. EMAIL: Gkp2003@aol.com & gkp@gaudetkaiser.com

**GAUDET KAISER, L.L.C.**
601 Poydras Street, Suite 1720    New Orleans, Louisiana 70130
Phone: (504) 525-9100    Fax: (504) 525-9109

BOARD-CERTIFIED COURT REPORTERS & LITIGATION SUPPORT

**WITNESS NAME:** Steve Robinson

**DATE TAKEN:** January 27, 2011

**IN RE:** OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

## CORRECTIONS:

PAGE: 391 LINE: 9, 10, 11 CHANGE: This is a question by the lawyer, not my answer.
PAGE: 419 LINE: 3 CHANGE: of LC to to see
PAGE: 419 LINE: 4 CHANGE: A Bond to A Bond Log
PAGE: 434 LINE: 5 CHANGE: Remove it's
PAGE: 467 LINE: 12 CHANGE: Senior to Annular
PAGE: 482 LINE: 3 CHANGE: Amassed to Masked
PAGE: 484 LINE: 20 CHANGE: Add the word 'off' after Pumps
PAGE: 503 LINE: 6 CHANGE: Vary to Barrier

SIGNED: [signature]    DATE: 3-1-2011

Website: www.gaudetkaiser.com    ALT. EMAIL: Gkp2003@aol.com & gkp@gaudetkaiser.com

**GAUDET KAISER, L.L.C.**
601 Poydras Street, Suite 1720   New Orleans, Louisiana 70130
Phone: (504) 525-9100   Fax: (504) 525-9109

BOARD-CERTIFIED COURT REPORTERS & LITIGATION SUPPORT

## **WITNESS CERTIFICATE**

I, **STEVE ROBINSON,** have read or have had the foregoing testimony read to me and hereby certify that it is a true and correct transcription of my testimony, with the exception of any attached corrections or changes.

3-1-2011
(Date Signed)

_____
(Signature)

__✓__ Signed with corrections as attached.

_____ Signed with no corrections noted.

KIM E. SACHAN
Notary Public
STATE OF TEXAS
My Comm. Exp. Aug. 29, 2014

3/1/11

11745 Bricksome Avenue, Suite A-4
Baton Rouge, Louisiana 70816

263 W. Causeway Approach
Mandeville, Louisiana 70448

Website: www.gaudetkaiser.com

PHONE  (225) 291-3411
FAX    (225) 291-7990
PHONE  (504) 525-9100
FAX    (504) 525-9109
ALT. EMAIL:
gkp2003@aol.com & gkp@gaudetkaiser.com