# EXHIBIT 35

# DEPOSITION TRANSCRIPT OF JONATHAN SPRAGUE

Case 2:10-md-02179-CJB-DPC   Document 5652-38   Filed 02/10/12   Page 2 of 9

IN RE: OIL SPILL by the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, April 20, 2010
JONATHAN SPRAGUE VOL. II                March 22, 2011                Reported by: THU BUI, CCR, RPR

Page 369

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
 3    IN RE:  OIL SPILL      )    MDL NO. 2179
      by the OIL RIG,        )
 4    DEEPWATER HORIZON in   )    SECTION "J"
      the GULF OF MEXICO,    )
 5    April 20, 2010         )    JUDGE BARBIER
                             )
 6                           )    MAG. JUDGE
                             )    SHUSHAN
 7
 8
14
15              **************
                   VOLUME 2
16              **************
17
18         Deposition of JONATHAN SPRAGUE,
      taken at Pan-American Building, 601 Poydras
19    Street, 11th Floor, New Orleans, Louisiana,
      70130, on the 22nd of March, 2011.
20
21
      APPEARANCES:
22
23    Mr. Duke Williams
      WILLIAMS LAW GROUP, LLC
24    909 Poydras Street, Suite 1650
      New Orleans, Louisiana 70112
25
```

Case 2:10-md-02179-CJB-DPC   Document 5652-38   Filed 02/10/12   Page 3 of 9

IN RE: OIL SPILL by the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, April 20, 2010
JONATHAN SPRAGUE VOL. II          March 22, 2011          Reported by: THU BUI, CCR, RPR

Page 719

```
 1   further.  Run out of time.  Thank you, sir.
 2          VIDEOGRAPHER:
 3              Off the record.  It is 4:09.
 4              (Off the record.)
 5          VIDEOGRAPHER:
 6              Returning to the record.  It
 7   is 4:10.
 8                    EXAMINATION
 9   BY MR. LEMOINE:
10       Q.   Mr. Sprague, I apologize for
11   speaking sort of fast, time limits, and I
12   need to get going.
13              I represent Weatherford.
14   My name is Mike Lemoine.  It's a pleasure
15   to meet you.
16              I want to talk to you about
17   the float collar.  You understood that that
18   float collar on the Macondo well was an
19   auto-fill float collar?
20       A.   Yes.
21       Q.   And I'm -- I'm going to ask you
22   a series of questions about them and see if
23   you agree.
24              Would you agree that one of
25   the purposes of the float collar was for
```

Case 2:10-md-02179-CJB-DPC   Document 5652-38   Filed 02/10/12   Page 4 of 9

IN RE:  OIL SPILL by the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, April 20, 2010
JONATHAN SPRAGUE VOL. II                 March 22, 2011                 Reported by: THU BUI, CCR, RPR

Page 720

```
 1   surge reduction?
 2        A.   Yes.
 3        Q.   Would you agree that one of the
 4   purposes of the float collar was to keep
 5   cement from flowing up the shoe track until
 6   it had hardened?
 7        A.   Yes.
 8        Q.   And would you agree that another
 9   purpose of the float collar was to serve as
10   a landing place for the wiper plugs to
11   allow a pressure test?
12        A.   Yes.
13        Q.   I want to show you an exhibit
14   that has already been introduced into
15   evidence as Exhibit 95.  Very quickly.
16             Do you recognize this?
17        A.   Yes.
18        Q.   Could you read into the record
19   what it is?
20        A.   Working with pressure.
21        Q.   Okay.  Working with pressure.
22   And I'm going to show you a section of
23   it -- well, actually, I got an extra one.
24   This is an -- under Section 7.  And I would
25   ask that you look at Section 7(e).  That
```

Case 2:10-md-02179-CJB-DPC   Document 5652-38   Filed 02/10/12   Page 5 of 9

IN RE: OIL SPILL by the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, April 20, 2010
JONATHAN SPRAGUE VOL. II          March 22, 2011          Reported by: THU BUI, CCR, RPR

Page 730

```
 1        Q.    Okay.  Would you agree with me,
 2   Mr. Sprague, that that then made the
 3   negative test even more important to
 4   determine if certain barriers were in
 5   place?
 6        A.    As I stated before, I believe
 7   the negative test to be an important test.
 8        Q.    All right.  Let me ask you one
 9   more question.  I know you're tired,
10   Mr. Sprague.  Go back and look at that
11   Section 5.  The -- the next sentence after
12   38 psi.
13                Apply appropriate back
14   pressure on casing if floating equipment
15   does not hold properly.
16                Do you understand as a
17   drilling engineer what that -- that means?
18        A.    Yes.
19        Q.    Would you please explain it
20   quickly?
21        A.    If there are indication that the
22   float isn't holding --
23        Q.    Yes, sir.
24        A.    -- we typically hold pressure on
25   the casing --
```

Case 2:10-md-02179-CJB-DPC   Document 5652-38   Filed 02/10/12   Page 6 of 9

IN RE: OIL SPILL by the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, April 20, 2010
JONATHAN SPRAGUE VOL. II          March 22, 2011          Reported by: THU BUI, CCR, RPR

Page 731

```
 1      Q.   Okay.
 2      A.   -- to ensure, you know, that the
 3   plug is seated --
 4      Q.   Yes.
 5      A.   -- until, you know, we decide to
 6   take remedial action of some sort.
 7      Q.   Let me tell you, Mr. Sprague --
 8   and I'm new to this -- all this.  But
 9   seeing these well plans, I see that this
10   procedure -- I call it a contingency
11   plan -- is fairly common among operators
12   that they have a contingency plan in the
13   event float collars leak.  Is that an
14   accurate statement?
15      A.   There's usually a statement in
16   the well plan.
17      Q.   And that's -- and BP is no
18   exception to the rule?
19      A.   That's correct.
20      Q.   So if -- if it is common to have
21   in the well plan even before the float
22   collar is even running, a contingency plan
23   in case the float collar leaks, am I -- am
24   I to assume that it's not -- it's not
25   uncommon for a mechanical device such as a
```

Case 2:10-md-02179-CJB-DPC   Document 5652-38   Filed 02/10/12   Page 7 of 9

IN RE: OIL SPILL by the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, April 20, 2010
JONATHAN SPRAGUE VOL. II            March 22, 2011                  Reported by: THU BUI, CCR, RPR

Page 732

```
 1   float collar 18,000 feet below surface to
 2   sometimes leak?
 3          MS. KARIS:
 4              Object to form.
 5       A.   It happens.
 6       Q.   Okay.  And in fact, BP plans for
 7   that contingency?
 8       A.   We recognize that it can happen.
 9   And, yes, everybody does.
10       Q.   And you -- you simply hold
11   pressure on top of the top plug until a
12   reasonable amount of time has elapsed that
13   one could expect the cement to harden?
14       A.   That's correct.
15       Q.   Okay.  Why do you say that a
16   float collar is a mechanical barrier?
17       A.   I'm sorry?
18       Q.   Is it your opinion that a float
19   collar is a mechanical barrier to float?
20       A.   Yes.
21       Q.   And what's -- what's the basis
22   of your opinion?
23       A.   We've used -- the industry has
24   used float collars as a barrier.
25       Q.   Would you agree with me that
```

**GAUDET KAISER, L.L.C.**
601 Poydras Street, Suite 1720   New Orleans, Louisiana 70130
Phone: (504) 525-9100   Fax: (504) 525-9109
BOARD-CERTIFIED COURT REPORTERS & LITIGATION SUPPORT


RECEIVED MAY 2 3 2011

## WITNESS CERTIFICATE

I, **JONATHAN SPRAGUE**, have read or have had the foregoing testimony read to me and hereby certify that it is a true and correct transcription of my testimony, with the exception of any attached corrections or changes.

5/3/11

(Date Signed)          (Signature)

____✓____ Signed with corrections as attached.

_____ Signed with no corrections noted.

11745 Bricksome Avenue, Suite A-4        PHONE  (225) 291-3411
Baton Rouge, Louisiana 70816              FAX    (225) 291-7990
263 W. Causeway Approach                  PHONE  (504) 525-9100
Mandeville, Louisiana 70448               FAX    (504) 525-9109
Website: www.gaudetkaiser.com             ALT. EMAIL:
                                          Gkp2003@aol.com & gkp@gaudetkaiser.com

**WITNESS NAME:** J. D. SPRAGUE
**DATE OF DEPOSITION:** March 21 & 22, 2011

| PAGE | LINE | CHANGE | REASON |
|---|---|---|---|
| 664 | 19 | Change word "holiday" to holidays | Transcription error |
| 665 | 2 | Change word "holiday" to holidays | Transcription error |
| 665 | 7 | Change word "holiday" to no change | Transcription error |
| 665 | 9 | Change word "holiday" to no change | Transcription error |
| 692 | 14 | Change word "holiday" to holidays | Transcription error |
| 744 | 9 | Change word "abdicated" to "advocated" | Transcription error |
| 276 | 6 | Change words "status kiln" to static kill | |
| 451 | 23 | Change word "accompany" to company | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**SIGNED:** [signature] **DATE:** 5/1/11