# EXHIBIT 36

# DEPOSITION TRANSCRIPT OF KENT CORSER

Case 2:10-md-02179-CJB-DPC   Document 5652-39   Filed 02/10/12   Page 2 of 9

IN RE: OIL SPILL by the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, April 20, 2010
KENT CORSER                    February 11, 2011                    Reported by: THU BUI, CCR, RPR

Page 1

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2
 3   IN RE:  OIL SPILL       )    MDL NO. 2179
     by the OIL RIG,         )
 4   DEEPWATER HORIZON in    )    SECTION "J"
     the GULF OF MEXICO,     )
 5   April 20, 2010          )    JUDGE BARBIER
                             )
 6                           )    MAG. JUDGE
                             )    SHUSHAN
 7
 8
13
14              **************
                   VOLUME 2
15              **************
16
17
              Deposition of KENT CORSER, taken
18   at Pan-American Building, 601 Poydras
     Street, 11th Floor, New Orleans, Louisiana,
19   70130, on the 11th of February, 2011.
20
21
     APPEARANCES:
22
23   Mr. Paul Sterbcow
     LEWIS, KULLMAN, STERBCOW & ABRAMSON
24   601 Poydras Street, Suite 2615
     New Orleans, Louisiana 70130
25   Phone:  504-588-1500
```

IN RE: OIL SPILL by the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, April 20, 2010
KENT CORSER                         February 11, 2011                     Reported by: THU BUI, CCR, RPR

Page 163

```
 1      Q.    All right.  And -- and BP did
 2  not want to do that?
 3      A.    That -- that would be a -- a
 4  second option.  That's correct.
 5      Q.    Kent, let me ask you this:
 6  Would you agree with me that the float
 7  collar that BP wanted for this well had to
 8  have been an auto-fill float collar?
 9            MS. KARIS:
10                 Object to form.
11      A.    That had wanted for this well.
12      Q.    Yes.
13      A.    Yes, sir.  The -- the plans were
14  to run a auto-fill float collar.
15      Q.    And -- and the -- and, in
16  layman's terms, terms that I could
17  understand, this simply means that the
18  float collar remains an open conduit during
19  the running of the long string into the
20  well.
21                 It allows to fluid come
22  through it --
23      A.    That's correct.
24      Q.    -- like a straw in water?
25      A.    That's correct.
```

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6029          Board-Certified Court Reporters    Facsimile:(504) 525-9109

Case 2:10-md-02179-CJB-DPC   Document 5652-39   Filed 02/10/12   Page 4 of 9

IN RE:  OIL SPILL by the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, April 20, 2010
KENT CORSER                                     February 11, 2011                                     Reported by: THU BUI, CCR, RPR

Page 164

```
 1     Q.   Right.  Wasn't that the main
 2  reason that BP wanted the Weatherford
 3  auto-fill float collar, was to allow that
 4  auto-fill function to reduce surge
 5  pressure?
 6          MS. KARIS:
 7              Object to form.
 8     A.   That is correct.
 9     Q.   Wasn't that the primary reason
10  for it?
11     A.   Yes.  I would have to say yes.
12     Q.   Right.  And -- and once -- once
13  the long string was in the well, once it
14  was at the total depth, then -- then the
15  function of the float collar with respect
16  to BP's interest becomes of lesser
17  importance?
18          MS. KARIS:
19              Object to form.
20     A.   Function of the float collar
21  becomes of lesser importance?
22     Q.   In this particular well, once
23  the auto-fill float collar had served the
24  primary purpose that you testified, of
25  allowing auto-fill, fluid to go through it
```

Case 2:10-md-02179-CJB-DPC   Document 5652-39   Filed 02/10/12   Page 5 of 9

IN RE: OIL SPILL by the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, April 20, 2010
KENT CORSER                                February 11, 2011                    Reported by: THU BUI, CCR, RPR

Page 178

```
 1                  So -- so is it your
 2   testimony that BP does not take the
 3   position that a float collar alone, without
 4   cement behind it, constitutes a reliable,
 5   physical, mechanical barrier to flow?
 6             MS. KARIS:
 7                  Object to form.
 8        A.   I -- I believe that's correct,
 9   yes.
10        Q.   All right.  Now, if that's the
11   case --
12             MR. LEMOINE:
13                  Strike that.
14        Q.   So -- so when I -- when I read
15   the Bly report -- and I -- I have to tell
16   you, I've read it once, and I haven't
17   really memorized it.
18                  But -- but were -- that
19   was -- that part of the Bly report that
20   contained the information about the float
21   collar fell within your area of
22   jurisdiction.
23        A.   It did.
24        Q.   And -- and did you say in that
25   Bly report that the -- that the float
```

Case 2:10-md-02179-CJB-DPC   Document 5652-39   Filed 02/10/12   Page 6 of 9

IN RE: OIL SPILL by the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, April 20, 2010
KENT CORSER — February 11, 2011 — Reported by: THU BUI, CCR, RPR

Page 179

```
 1   collar alone is a physical barrier to flow,
 2   or only in connection with good cement in
 3   the shoe track?
 4       A.   I'd have to look exactly at
 5   the -- the report.
 6       Q.   Regardless -- regardless of who
 7   actually typed the words --
 8       A.   Yeah.
 9       Q.   -- that was your intent?
10       A.   Well, the intent was --
11            MS. KARIS:
12                Object to form.
13       A.   -- was to identify each of those
14   and the failure mode in each of those.
15       Q.   But -- but if the -- if the
16   cement in the shoe track, for whatever
17   reasons, did not constitute a barrier to
18   flow, would it be an accurate statement
19   that it would not be prudent to have
20   considered the float valves alone to have
21   prevented the ingress of hydrocarbons
22   through the long string?
23            MS. KARIS:
24                Object to form.
25       A.   I would agree with that.
```

**GAUDET KAISER, L.L.C.**
601 Poydras Street, Suite 1720     New Orleans, Louisiana 70130
Phone: (504) 525-9100     Fax: (504) 525-9109

BOARD-CERTIFIED COURT REPORTERS & LITIGATION SUPPORT


RECEIVED APR - 4 2011

## WITNESS CERTIFICATE

I, **KENT CORSER,** have read or have had the foregoing testimony read to me and hereby certify that it is a true and correct transcription of my testimony, with the exception of any attached corrections or changes.

3/29/11

(Date Signed)         (Signature)

__X__ Signed with corrections as attached.

_____ Signed with no corrections noted.

KIM E. SACHAN
Notary Public
STATE OF TEXAS
My Comm. Exp. Aug. 29, 2014

11745 Bricksome Avenue, Suite A-4         PHONE  (225) 291-3411
Baton Rouge, Louisiana 70816              FAX    (225) 291-7990

263 W. Causeway Approach                  PHONE  (504) 525-9100
Mandeville, Louisiana 70448               FAX    (504) 525-9109

Website: www.gaudetkaiser.com             ALT. EMAIL:
                                          Gkp2003@aol.com & gkp@gaudetkaiser.com

**GAUDET KAISER, L.L.C.**
601 Poydras Street, Suite 1720   New Orleans, Louisiana 70130
Phone: (504) 525-9100   Fax: (504) 525-9109

BOARD-CERTIFIED COURT REPORTERS & LITIGATION SUPPORT

## **WITNESS CERTIFICATE**

I, **KENT CORSER,** have read or have had the foregoing testimony read to me and hereby certify that it is a true and correct transcription of my testimony, with the exception of any attached corrections or changes.

3/29/11

(Date Signed)    (Signature)

__X__ Signed with corrections as attached.

_____ Signed with no corrections noted.

KIM E. SACHAN
Notary Public
STATE OF TEXAS
My Comm. Exp. Aug. 29, 2014

11745 Bricksome Avenue, Suite A-4
Baton Rouge, Louisiana 70816

263 W. Causeway Approach
Mandeville, Louisiana 70448

Website: www.gaudetkaiser.com

PHONE   (225) 291-3411
FAX        (225) 291-7990
PHONE   (504) 525-9100
FAX        (504) 525-9109
ALT. EMAIL:
Gkp2003@aol.com & gkp@gaudetkaiser.com

**GAUDET KAISER, L.L.C.**
601 Poydras Street, Suite 1720    New Orleans, Louisiana 70130
Phone: (504) 525-9100    Fax: (504) 525-9109

BOARD-CERTIFIED COURT REPORTERS & LITIGATION SUPPORT

WITNESS NAME: KENT CORSER VOL. II

DATE TAKEN: February 11, 2011

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

## CORRECTIONS:

PAGE: 15 LINE: 12 CHANGE: hydro to Hydril
PAGE: 146 LINE: 5 CHANGE: weight to wait
PAGE: 200 LINE: 2 CHANGE: play to pay
PAGE: 240 LINE: 3 CHANGE: Burnity to Beirute
PAGE: 249 LINE: 4 CHANGE: SB to SPE
PAGE: 272 LINE: 24 CHANGE: mors to moured
PAGE: 311 LINE: 3 CHANGE: sec to SAX
PAGE: 339 LINE: 5 CHANGE: negative to sheen
PAGE:___ LINE:___ CHANGE:_____
PAGE:___ LINE:___ CHANGE:_____
PAGE:___ LINE:___ CHANGE:_____
PAGE:___ LINE:___ CHANGE:_____
PAGE:___ LINE:___ CHANGE:_____

SIGNED: [signature]    DATE: 3/29/11

Website: www.gaudetkaiser.com    ALT. EMAIL: Gkp2003@aol.com & gkp@gaudetkaiser.com