# EXHIBIT 37

# DEPOSITION TRANSCRIPT OF DANIEL FARR

Page 351

1         UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF LOUISIANA
2

3  IN RE:  OIL SPILL       )  MDL NO. 2179
   BY THE OIL RIG          )
4  "DEEPWATER HORIZON" IN  )  SECTION "J"
   THE GULF OF MEXICO, ON  )
5  APRIL 20, 2010          )  JUDGE BARBIER
                           )  MAG. JUDGE SHUSHAN
6
7
8
9
10
11
12
13
14
15
16
17              *****************
                    VOLUME 2
18              *****************
19
20
          Deposition of DANIEL FARR, taken
21  at Pan-American Building, 601 Poydras Street,
    11th Floor, New Orleans, Louisiana, 70130, on
22  the 25th day of August, 2011.
23
24
25

PURSUANT TO CONFIDENTIALITY ORDER

```
 1        Q.    And why?
 2        A.    That the ball blew through the
 3   tube and left the tube in place.
 4        Q.    And did Transocean conclude that
 5   that was because of a defect in the float
 6   collar?
 7        A.    It was -- I don't recall it
 8   being a defect in the float collar itself.
 9        Q.    Let me ask you about that.
10   You -- Transocean's report talks about the
11   auto fill ball being extruded through the end
12   of the tube.  That's what you're referring
13   to, correct?
14        A.    Yes.
15        Q.    And do you recall that Stress
16   Engineering performed a test to try to
17   simulate that?
18        A.    Yes.
19        Q.    And do you remember that that
20   test basically was holding the auto fill tube
21   stationary in some type of mandrill or some
22   type of device where it could not move?  Do
23   you remember that?
24        A.    In general, yes.
25        Q.    To where they glued it -- they
```

```
 1        Q.      All right.  Now, did -- do you
 2   know from your investigations whether my
 3   client Weatherford made any representation to
 4   anyone regarding the float collar on the
 5   Macondo well that it could serve the purpose
 6   of well control equipment?
 7        A.      No.
 8        Q.      Did -- did you see any
 9   literature produced by my client,
10   Weatherford, that could be interpreted in any
11   way to suggest that a float collar such as
12   the type on the Macondo well could serve as a
13   well control device?
14        A.      I did not.
15        Q.      Isn't it a fact, sir, that what
16   Transocean considers the function of the
17   float collar is to be able to retain the
18   upward flow of cement from lift pressure
19   until the cement hardness?
20        MR. MURPHY:  Objection to form.
21        A.      I believe so.
22        Q.      (BY MR. LEMOINE)  Would you take
23   a look at Page 26 of the Transocean report,
24   and since I didn't do a very good job of
25   copying the last pages, let's just go to the
```

1  master document.  And would you find the
2  paragraph that starts, "Lowering the casing
3  string into the well with the float
4  equipment."  Do you see it?
5       A.    Yes.
6       Q.    Would you look at the last
7  sentence of that paragraph?  Am I reading it?
8  Because I have it on my screen.
9  Specifically, the auto fill tube.  Do you see
10 that sentence?
11      A.    Yes.
12      Q.    "Specifically, the auto fill
13 tube is forced out of the float collar so
14 that the flapper valves close and prevent mud
15 and cement slurry from flowing back up into
16 the casing."
17            Did I read that right?
18      A.    Yes.
19      Q.    And is that consistent with what
20 your understanding is as to the function of
21 the float collar in the Macondo well?
22      A.    Yes.
23      Q.    And do you have any evidence
24 that that float collar was unable to perform
25 that function on the long string on the



**WORLDWIDE**

*Systems Technology for the Litigation World*

Litigation Group ◆ Court Reporting ◆ Video Production ◆ Videoconferencing

November 15, 2011

J. Robert Warren
HERMAN HERMAN KATZ & COTLAR
820 O'Keefe Avenue
New Orleans, LA 70113

Re: Deposition of **Daniel Farr, Vol. 2**
08/25/2011
In Re: Oil Spill by the Oil Rig "Deepwater Horizon"

Dear Mr. Warren:

Enclosed please find the original deposition of the witness named in the above-referenced matter for filing among your records. By copy of this letter, we are informing all parties shown herein that the deposition has not been signed by the witness.

We appreciate your choosing Worldwide Court Reporters, Inc. and look forward to working with you in the future. If you have any questions regarding this matter, please feel free to contact our office.

Sincerely,

*Mary Perez*
Mary Perez
Worldwide Court Reporters, Inc.

No. 1-37875

cc: Sandi Anderson
Don K. Haycraft
Allan Kanner
Richard W. Mithoff
Linda Price

Corporate Headquarters
3000 Weslayan • Suite 235 • Houston, Texas 77027
Office 713-572-2000 • Fax 713-572-2009

For U.S. & International Services: 800 - 745 - 1101

01-37875
PW/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## CONFIDENTIAL

### WorldwideVIEW™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## Daniel Farr
**VOLUME 2**

AUGUST 25, 2011

## ORIGINAL



Systems Technology for the Litigation World

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

```
 1  THE STATE OF LOUISIANA :
    PARISH    OF   ORLEANS :
 2
    I, PHYLLIS WALTZ, a Certified Court Reporter,
 3  Registered Professional Reporter, and
    Certified Realtime Reporter in and for the
 4  State of Louisiana, do hereby certify that
    the facts as stated by me in the caption
 5  hereto are true; that the above and foregoing
    answers of the witness, DANIEL FARR, to the
 6  interrogatories as indicated were made before
    me by the said witness after being first duly
 7  sworn to testify the truth, and same were
    reduced to typewriting under my direction;
 8  that the above and foregoing deposition as
    set forth in typewriting is a full, true, and
 9  correct transcript of the proceedings had at
    the time of taking of said deposition.
10
    I further certify that I am not, in any
11  capacity, a regular employee of the party in
    whose behalf this deposition is taken, nor in
12  the regular employ of his attorney; and I
    certify that I am not interested in the
13  cause, nor of kin or counsel to either of the
    parties.
14
    GIVEN UNDER MY HAND AND SEAL OF OFFICE, on
15  this, the 25TH day of AUGUST, 2011.
16
17
                    _____
18                  PHYLLIS WALTZ, RPR, CRR
                    TEXAS CSR NO. 6813
19                  Expiration Date:  12/31/11
                    LOUISIANA CCR NO. 2011010
20                  Expiration Date:  12/31/11
21
    Worldwide Court Reporters, Inc.
22  Firm Certification No. 223
    3000 Weslayan, Suite 235
23  Houston, Texas   77027
    (713) 572-2000
24
25
```

**PURSUANT TO CONFIDENTIALITY ORDER**