# EXHIBIT 38

# DEPOSITION TRANSCRIPT OF ROBERT BEIRUTE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL ) MDL NO. 2179
BY THE OIL RIG )
"DEEPWATER HORIZON" IN ) SECTION "J"
THE GULF OF MEXICO, ON )
APRIL 20, 2010 ) JUDGE BARBIER
) MAG. JUDGE SHUSHAN

*****************
VOLUME 2
*****************

Deposition of Robert Marion Beirute, Ph.D., Individually and as a Corporate Representative, taken at the Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 30th day of August, 2011.

A. Yes, I do.

Q. And are you familiar, through your experience, with the function, the Industry Practice, and Standards, for the use of auto-fill float collars in deepwater wells?

A. I am.

Q. Can you tell me what you understand the Industry Standard is with respect to the functions of an auto-fill float collar in a deepwater well?

MS. MINCE: Object to form.

A. Okay. Well, you're -- you're -- what you're trying to do is -- is allow you to get the casing to bottom, or the liner to bottom, without damaging the formation, minimizing surges and so the pressures, so --

Q. (By Mr. Lemoine) Can I -- can I then summarize that as surge reduction, a re -- a surge reduction function would be No. 1?

What would be the next --

A. H'm --

MS. HARDING: I'm just going to object because I -- I just don't think he was finished answering the question. So I just want to --

THE WITNESS: Yeah.

MS. HARDING: -- make sure -- I know you're in a hurry, but I want to make sure --

THE WITNESS: Yeah.

MS. HARDING: -- he answers.

MR. LEMOINE: That's fine.

Q. (By Mr. Lemoine) Go ahead.

A. Yeah.

MS. HARDING: Sorry.

A. Yeah. Sur -- surge reduction is the main -- the main function of it.

Q. (By Mr. Lemoine) Any other functions?

A. I can't think of any. Maybe you can help me.

Q. Well, then, perhaps after the -- the -- the auto-fill tube is -- is -- is released to where now it's a --

A. If it is using --

Q. -- traditional float collar.

A. -- a tube, right.

Q. Right. So -- so now, let's -- so -- so once the tube is -- is released and -- and then -- and then the float collar takes on the -- the role of a traditional float collar, does it not?

A. M-h'm.

Q. Can you tell me what you understand Industry Practice is as to the function of the float collar at that time in a deepwater well?

A. Oh, okay.

MS. HARDING: Object to form.

A. Well, once that the float -- cir -- I mean, once that the -- the device is activated, then it's supposed to hold pressure.

Q. (By Mr. Lemoine) Okay. And pressure from what?

A. From the annulus.

Q. From the annulus?

A. Yeah.

Q. And that is to --

A. Back into the casing.

Q. And that -- is that to prevent the ingress of cement?

A. Yes. Well, yes.

Q. Yeah.

A. Yeah.

Q. Now --

A. At that time, you will have cement in the annulus, right.

Q. So -- some what?

A. At that time, you will have cement in the annulus.

Q. Cement in the annulus. All right.

A. They are serving two functions here. We're getting our surge reduction and then prevention of flow inside the casing after it's activated, right.

Q. But -- but specifically flow inside the casing, of cement?

MS. HARDING: Object to the --

A. Yes.

MS. HARDING: -- form.

Q. (By Mr. Lemoine) And -- and the purpose of retaining that flow of cement is to allow it time to set and to become a barrier?

A. That's right.

Q. All right. Does the Industry recognize a float collar as being a well control device?

MS. HARDING: Object to the form.

A. Well, that's a good question. I wouldn't.

Q. (By Mr. Lemoine) You would not?

A. No, I would not. I -- it's -- it's a temporary -- okay. My view would be it is a temporary barrier to allow time for the cement to

set.

Q. Yes. Okay. Now, are you familiar with API RP 10F, Category IIIC?

A. Yes.

Q. Is that the -- the most stringent standard performance criteria for a float collar?

A. Well, that's how you guys are supposed to design the equip --

Q. Okay. But I mean --

A. And that is the string -- the stringest level of --

Q. Right.

A. -- clari -- classi -- class -- classification.

Q. Doctor -- Dr. Beirute, do you know if API RP 10F requires that the -- that the float collar valves form an oil- or gas-tight seal?

A. It allows a certain amount of leakage, if I re -- I haven't reviewed it in a while.

Q. Okay.

A. But it allows a certain amount of leakage.

Q. Right.

A. So it's not a tight, tight --

Q. Right.

A. -- permanent.
Q. Right.
A. Yeah.
Q. So -- so it -- so it -- you -- or your understanding is the Ind -- the Industry Standard is that a float collar, a Category IIIC float collar, is allowed to have some amount of opening in the valves to allow some leakage of fluids?
MS. HARDING: Object to the form.
A. I would say that it's allowed to have some leakage.
Q. (By Mr. Lemoine) Yes. And that -- that would not upset its function of retaining solid-laden cement from U-tube ingress?
A. Yeah. It's -- it's very small leakage, if I --
Q. Yes.
A. -- remember correctly.
Q. And that's acceptable in the Industry?
A. Yes.
Q. Okay. Now, I'm almost finished my questioning, in light of those answers. So let me finish with this line of questioning and bear with me on this: You -- did you -- did you analyze the -- the cement slurry, the Halliburton

01-37931
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br>SECTION: J<br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

# *CONFIDENTIAL*

***WorldwideVIEW***™

**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Robert Marion Beirute, Ph.D.

**VOLUME 2**

AUGUST 30, 2011

# *ORIGINAL*




*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) | MDL NO. 2179<br>SECTION "J"<br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

REPORTER'S CERTIFICATION
TO THE ORAL AND VIDEOTAPED DEPOSITION OF
ROBERT MARION BEIRUTE, PH.D.
INDIVIDUALLY AND AS CORPORATE REPRESENTATIVE
AUGUST 30, 2011
VOLUME 2

I, Emanuel A. Fontana, Jr., Certified Shorthand Reporter in and for the State of Texas, hereby certify to the following:

That the witness, **ROBERT MARION BEIRUTE, PH.D.**, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

That the deposition transcript was submitted on September 28, 2011, to the witness or to Attorney J. Robert Warren for the witness to examine, sign, and return to Worldwide Court Reporters, Inc., by November 12, 2011.

That the amount of time used by each party at the deposition is as follows:

Mr. Bowman - 1 Hour, 12 Minutes
Ms. Easterling - 45 Minutes
Mr. Lemoine - 8 Minutes
Ms. Schell - 17 Minutes
Ms. Harding - 55 Minutes
Mr. Thornhill - 29 Minutes

I further certify that I am neither counsel for, related to, nor employed by any of the parties in the action in which this proceeding was taken, and further that I am not financially or otherwise interested in the outcome of the action.

SUBSCRIBED AND SWORN to by me on this 30th day of August, 2011.

Emanuel A. Fontana, Jr., RPR
Texas CSR No. 1232
Expiration Date: 12/31/12
Worldwide Court Reporters
Firm Registration No. 223
3000 Weslayan, Suite 235
Houston, Texas 77027
(713) 572-2000

I, ROBERT MARION BEIRUTE, PH.D., have read the foregoing deposition and hereby affix my signature that same is true and correct, except as noted on the attached Amendment Sheet.

ROBERT MARION BEIRUTE, PH.D.

Sep 11 11 01:42p Robert M. Beirute, Ph.D. 918 298 5100 p.3

**CHANGES**

**WITNESS NAME; ROBERT MARION BEIRUTE, PH.D.**

**DATE OF DEPOSITION; AUGUST 30, 2011**

| PAGE/LINE | READS: | SHOULD BE: |
|---|---|---|
| 406/17 and 18 | a tool that can to run simulators. | a tool that can be used to run simulations. |
| 409/20 | convert the float by shutting. | convert the float by shutting down. |
| 410/3 | I know what he's talking about. | I do not know what he is talking about. |
| 430/9 | Well, the cement is traveling through the | Well, the cement is connected to the |
| 434/23 | the column of 15 hours, but | the column at 15 hours, but |
| 441/17 | which is a liner which | which differs from a liner which |
| 442/25 | you got the PVR. | you got the PBR |
| 443/3 and 4 | which might -- you have a tight fracture pressure. It might make it prohibited | which you might if you have a tight annulus. It might make it prohibited |
| 445/12 | One is just a lift well, the other | One is just a relief well, the other |
| 445/21 | Project is to bring a Team together | Project it was to bring a Team together |
| 447/14 | the operations, as well, stand in success. | the operations as well, were an outstanding success. |
| 451/19 | attend -- to meet these objectives. | attempt to meet those objectives. |
| 458/3 | Another way to run what's called a | Another way is to run what is called a |
| 460/22 | find out that the sickly -- the simulations | find out that sadly – the simulations |
| 463/4 | Well, to control fluid loss, you add to | Well, to control the fluid loss, you add the |
| 463/12 | depends on sort of particles they are using and | depends on the particle sizes they are using and |
| 463/16 | control, your fluid loss is going | control additives, your fluid loss is going |
| 464/20 | Because I think that Report indicates | Because I think the Report indicates |
| 467/22 and 23 | That's the first thing that you do is you drop your fluid loss control, | That's the first thing that you do, to use fluid loss control. |
| 468/22 | narrow the channel at the top, that it -- | generate a channel on the high side of the annulus, that it -- |
| 470/3 | you don't know where the slurry's are | you don't know where the slurry particles are |
| 482/23 and 24 | use the soil densities that you want to use. You might minimize the pump rates that you want to | use the slurry density that you want to use. It might minimize the pump rates that you want to |

| | | |
|---|---|---|
| 490/21 | it to be able to mix it in the base slurry. | it to be able to mix the base slurry. |
| 492/21 | pressures. It created | pressures, for example. It created |
| 493/5 | cement job going to the gelation stage. | cement is going through the gelation stage. |
| 495/10 | an uncompressible fluid, but if you have a | an incompressible fluid, but if you have a |
| 495/25 | means is as the bubbles are collapsing, the | means is as the bubbles are coalescing, the |
| 510/2 and 3 | a comment or clarification or something I said | a comment or clarification of something I said |
| 518/6 | disadvantage of too light type, | disadvantages of TuneLight type, |
| 526/10 | some of the data that was presented with | some of the data that was presented by |
| 543/24 | was the area. The Drilling Engineers | was their area. The Drilling Engineers |
| 544/2 | So there was not a specialized. | So they were not as specialized. |
| 563/22 | At some point during this year and a | At some point during this day and a |
| 582/16 | could have been contributed | could have been contributing |
| 605/25 | you know where the tight zones are. | you know where the pay zones are. |