# EXHIBIT 41

# DEPOSITION TRANSCRIPT OF

# NATHANIEL CHAISSON

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2

 3

 4   IN RE:  OIL SPILL      MDL NO. 2179
     BY THE OIL RIG
 5   "DEEPWATER HORIZON"    SECTION:  J
     IN THE GULF OF
 6   MEXICO, ON APRIL       JUDGE BARBIER
     20, 2010               MAG. JUDGE SHUSHAN
 7

 8
```

**VOLUME II**

Deposition of **NATHANIEL J. CHAISSON**, taken in the Pan American Life Center, Bayou Room, 11th Floor, 601 Poydras Street, New Orleans, Louisiana 70130, on Thursday, March 17, 2011.

**APPEARANCES:**

```
         THORNHILL LAW FIRM, APLC
         (By: Tom W. Thornhill, Esquire and
          Emily E. Gebhardt, Esquire)
         2500 Energy Centre
         1100 Poydras Street
         New Orleans, Louisiana  70163-2500
             (Attorneys for derivative
              plaintiffs)
```

**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters

1   A. That is correct.
2   Q. I take it that you have no
3  expertise in the field of float collars?
4   A. No, I do not.
5   Q. Have you ever seen a diagram of
6  what the float collar on this Macondo well
7  looked like?
8   A. No, I have not.
9   Q. So you're not here to offer any
10 opinion testimony regarding the float
11 collar, whether it worked or didn't work?
12  A. No, I am not.
13  Q. But you know what it is?
14  A. Yes, I do.
15  Q. What do you understand the
16 purpose of it is in a cement job?
17  A. A cement job, once the heavier
18 fluid, the cement, is pumped around the
19 annulus there is a differential pressure at
20 the casing shoe or anywhere within the
21 casing, for that matter. The float collar
22 acts as a check valve in a sense. Holds
23 back any fluid from U tubing. It's the
24 easiest way for me to explain it.
25  Q. Thank you. And in my way of

1  understanding things, let me ask you this
2  question:  If I was explaining this to an
3  8th grade class, okay, would I be correct
4  in saying that the purpose of that float
5  collar is to make sure that cement in the
6  annulus doesn't lower than what was planned
7  as far as its height?
8       A.    Doesn't lower by U tubing back
9  into the casing.  That is correct.
10      Q.    So we don't want, we want -- we
11 meaning the operator, BP, wants the top of
12 that cement to be a certain level.  And if
13 it U tubes then the logical assumption is
14 it will be lower in the annulus; correct?
15      A.    That is correct.
16      Q.    And the check valve, the float
17 collar as you know it, as you say now,
18 you're an experienced foam cementer, is
19 just to prevent that?
20      A.    That is correct.
21      MS. HARDING:
22           Object to form.
23 EXAMINATION BY MR. LEMOINE:
24      Q.    I want to ask you to take a look
25 at Exhibit 711, 711, 711.

# ERRATA/CORRECTION PAGE
## Deposition of Nathaniel Chaisson
### Date of Deposition: March 16 & 17, 2011



| Page | Line(s) | Testimony | | Correction | Reason for the Change |
|---|---|---|---|---|---|
| 27 | 19 | Theriot | Change to | Serio | spelling/clerical error |
| 27 | 21 | Folse | Change to | Faul | spelling/clerical error |
| 28 | 3 | Theriot | Change to | Serio | spelling/clerical error |
| 28 | 4 | Theriot | Change to | Serio | spelling/clerical error |
| 31 | 3 | Theriot | Change to | Serio | spelling/clerical error |
| 68 | 20-22 | the computer that was on the rig or my personal laptop | Change to | for the first half of the job, it would have been my laptop for the second half of the job I looked at Sperry data | clarification |
| 112 | 23 | That is correct. | Change to | Correct as to Ms. Willis and whoever was on the radio on the rig floor. | clarification |
| 116 | 17 | Theriot | Change to | Serio | spelling/clerical error |
| 116 | 25 | Theriot | Change to | Serio | spelling/clerical error |
| 117 | 1 | Theriot | Change to | Serio | spelling/clerical error |
| 117 | 2 | Theriot | Change to | Serio | spelling/clerical error |
| 153 | 18 | volume | Change to | rate | clarification |
| 153 | 19 | Volumes | Change to | Rates | clarification |
| 187 | 7 | geological | Change to | rheological | clerical error |
| 221 | 1 | CDL | Change to | CBL | clerical error |
| 226 | 5 | procedure | Change to | program | clarification |
| 235 | 10 | hole with casing | Change to | hole with drill pipe | clarification |
| 249 | 24 | downhole | Change to | downstream | clarification |
| 275 | 22 | zone field | Change to | zoneseal | clerical error |
| 330 | 9 | static | Change to | circulating | clarification |

| PAGE | LINE(S) | TESTIMONY | | CORRECTION | REASON FOR THE CHANGE |
|---|---|---|---|---|---|
| 335 | 9 | optics | Change to | Opti-Cem™ | clerical error |
| 355 | 14-17 | I learned later, yes, of the time of the pressure testing. Yes, I believe I was still on the rig at that time. | | I am not certain if I was on the rig at the time of the pressure testing. | clarification |
| 358 | 13 | don't | Change to | do | clarification |
| 434 | 1 | cooled | Change to | stored | clarification |
| 440 | 22 | zone field | Change to | zoneseal | clerical error |
| 455 | 18 | settling | Change to | setting | clerical error |
| 526 | 11 | GSP | Change to | GFP | clerical error |
| 556 | 3 | pumping | Change to | company | clerical error |
| 584 | 13 | No, I did not. | Change to | Not that I recall. | clarification |
| 627 | 10 | I never raised an eyebrow. | Change to | I may have raised an eyebrow. | clarification |
| 644 | 23 | four | Change to | full | clerical error |
| 644 | 25 | four | Change to | full | clerical error |
| 651 | 24 | It's in the Opti-Cem™ report; correct. | Change to | It's in the procedure that was typed up on the rig and in the Opti-Cem™ report. | clarification |

5/2/2011
**Date Signed**

_(signature)_
**Nathaniel Chaisson**

## WITNESS' CERTIFICATE

I, **NATHANIEL J. CHAISSON**, read or have had the foregoing testimony read to me and hereby certify that it is a true and correct transcription of my testimony, with the exception of any attached corrections or changes.

*[signature: Nathaniel J. Chaisson]*

NATHANIEL J. CHAISSON

✓ **Signed with corrections as attached.**

_____ **Signed with no corrections noted.**

**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters

Case 2:10-md-02179-CJB-DPC   Document 5652-44   Filed 02/10/12   Page 9 of 9
Suggested line for Running Header
718

## WITNESS' CERTIFICATE

**VOLUME II**

I, **NATHANIEL J. CHAISSON**, read or have had the foregoing testimony read to me and hereby certify that it is a true and correct transcription of my testimony, with the exception of any attached corrections or changes.

*[Signature: Nathaniel J. Chaisson]*

NATHANIEL J. CHAISSON

__✓_____   **Signed with corrections as attached.**

_____   **Signed with no corrections noted.**

**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters