# EXHIBIT 42

# EXPERT REPORT OF

# CALVIN BARNHILL (TRANSOCEAN)

# (DEPO EX. 7676)

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

*In re: Oil Spill by the Oil Rig Deepwater Horizon in the Gulf of Mexico on April 20, 2010* (MDL No. 2179)

Before the Honorable Judge Carl J. Barbier

## EXPERT REPORT OF CALVIN BARNHILL
*Macondo Engineering, Operations and Well Control Response*

Submitted by Transocean Offshore Deepwater Drilling, Inc.

## INTRODUCTION

This report outlines the findings and conclusions of Calvin Barnhill relating to Macondo engineering, operations and well control response. This report also presents the basis and reasoning for the opinions and conclusions reached on these subjects, including the data and information considered in forming such opinions and conclusions.

## TABLE OF CONTENTS

I.   Executive Summary
II.  Report of Calvin Barnhill
III. Rule 26 Requirements
     1. Curriculum Vitae
     2. Statement of Compensation
     3. Materials Considered
     4. Prior Testimony

7676

Exhibit No. ———
Worldwide Court
Reporters, Inc.

Date of Submission: September 23, 2011

CONFIDENTIAL

DWH                                        09/23/11                                       Page 18

was in place, with the hanger landed in the wellhead by 14:00 hours on April 19, 2010.

The production casing's shoe track covered the open hole interval from 18,114'to 18,303' RKB. The section of open hole covered by the production casing's shoe tract included the main productive sand, the M56E. Normally the production casing's shoe track is positioned below any productive interval such that the shoe tract does not have to be drilled out to complete the well. However, due to the well problems the Macondo Well's TD was called before the open hole was deep enough to place the shoe track below the main objective M56E sand.

### Float Collar Conversion

Once the production casing was landed operations commenced to rig up the cementing lines to the cementing head on top of the casing running string. Operations then followed to convert the Weatherford double valved float collar for cementing operations. The Weatherford double valve float collar played a dual role in the casing running and cementing operations. During the running of the casing an internal sleeve held the two check valves in the float collar in the open position so that the SBM in the well could flow up into and fill the casing. This reduced the surge effect created by running the casing in the hole, helping to reduce the risk of loss circulation or other well problems. The Weatherford float collar acted in concert with the Allamon equipment as an anti-surge system for the running of the production casing. The open float collar also allowed the casing to be filled automatically and eliminated the need to stop at regular intervals and fill the casing with mud. Filling casing with mud manually is time consuming and increases the running time for the casing, which increases the risk of hole problems while attempting to install the casing

The primary function to be provided by the Weatherford double valve float collar was to stop cement from u-tubing back above the production casing's shoe track once the cement was in place. To accomplish the normal check valve function of the float collar the conversion of the float collar from a fixed open conduit to a check valve configuration had to be accomplished. To convert the float collar the insert sleeve had to be pumped out of its position across the two check valves. To accomplish pumping the insert out of place required the shearing of shear pins under both given rate and pressure conditions. The indicated rate and pressure requirements for conversion of the Weatherford doubled valve float collar were 500 to 700 PSI at 5 to 7 barrels per minute (BPM).

Operations commenced to convert the float collar shortly after 14:30 hours on April 19th. Nine attempts were made to convert the float. The first eight attempts were not successful as circulation could not be established, suggesting that either the float collar or somewhere lower in the shoe track was plugged. Each subsequent attempt was made utilizing higher pressures. The rate utilized was 1 to 2 BPM. During the ninth attempt the well was pressured up to 3142 PSI at 1 BPM.

CONFIDENTIAL