# EXHIBIT 43

# DEPOSITION TRANSCRIPT OF

# DAVID BOLADO

Page 336

1      UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF LOUISIANA
2
3   IN RE:  OIL SPILL     )  MDL NO. 2179
    BY THE OIL RIG        )
4   "DEEPWATER HORIZON" IN )  SECTION "J"
    THE GULF OF MEXICO, ON )
5   APRIL 20, 2010        )  JUDGE BARBIER
                          )  MAG. JUDGE SHUSHAN
6
7
8
9
10
11
12
13
14
15
16
17         *****************
               VOLUME 2
18         *****************
19
20
         Deposition of David L. Bolado, taken at
21  the Pan-American Building, 601 Poydras Street,
    11th Floor, New Orleans, Louisiana, 70130, on the
22  23rd day of December, 2011.
23
24
25

1    A.   No, I did not.
2    Q.   Okay.  So your -- it's your opinion,
3  though, that hydro -- that the Weatherford float
4  collar is designed to hold back hydrocarbons?
5    A.   I believe that it's designed, and one of
6  its purposes could be well control.
7    Q.   Okay.  I think yesterday you said that
8  float collars are barriers to formation fluids,
9  correct?
10   A.   They are.
11   Q.   Are Halliburton float collars barriers to
12 the formation fluids?
13   A.   I believe they are.
14   Q.   All right.  You -- and then you were
15 asked what literature are you aware of that gives
16 you a basis for your opinion that float collars
17 are barriers to formation fluids.
18   A.   I was asked that.
19   Q.   Okay.  And what literature are you aware
20 of, sir, that says that float collars are
21 barriers to formation fluids?
22   A.   I believe that it -- it mentions it in
23 API, I believe it's 10F.
24   Q.   All right.  We'll turn to API 10F.  But
25 before we go there, are you aware of any

1   Weatherford literature -- Product Bulletins,
2   technical informations -- any product literature
3   of Weatherford that says that its float collars
4   are barriers to formation fluids?
5       A.  No, I'm not.
6       Q.  Okay.  Have you reviewed any Weatherford
7   literature at all concerning the float collar
8   that was run in the Macondo Well?
9       A.  I may have, but I did not review it
10  specifically for this well, if I have.
11      Q.  Okay.  You did not review it in
12  connection with the opinions expressed in this
13  Report?
14      A.  Correct.  I may have seen it before in --
15  in my work in the industry, but I did not review
16  it.
17      Q.  All right.  Now, so the only literature
18  that you're aware of that forms a basis for your
19  statement that float collars are barriers to
20  formation fluids is API RP 10F?
21      A.  That's the only document that I can
22  reference.
23      Q.  All right.
24      A.  There are other references that I could
25  give you.

```
 1   on this sentence alone, and the work you did on
 2   this well in 2001, is that if hydrocarbons come
 3   in contact with the float collar, the float
 4   collar will be a barrier to flow of the
 5   hydrocarbons?
 6        A.   I believe that there's a high probability
 7   that it would be a barrier.
 8        Q.   Okay.  But you've not done any testing of
 9   float collars, you personally testing a float
10   collar, to determine the probability or not of
11   the float collar being a barrier to hydrocarbon
12   flow, correct?
13        A.   I have not done any testing to that
14   extent.
15        Q.   Okay.  You've not rendered any opinions
16   in this case that the Weatherford float collar
17   was defective in its design, have you, sir?
18        A.   No, I have not.
19        Q.   You've not rendered any opinions in this
20   case that the Weatherford float collar was in any
21   way defective in its manufacture or its
22   construction or its composition, have you?
23        A.   I have not.
24        Q.   And you do not believe -- and you do not
25   have an opinion that the Weatherford float collar
```

1  was in any way defective, do you?

2     A.  I do not.

3     Q.  And do you feel that the Weatherford

4  float collar, in this case, was fit for its

5  intended purpose?

6     A.  I believe it was.

7     Q.  Now -- and you would agree that the

8  primary purpose of cementing float equipment is

9  to prevent cement that has been placed in the

10 casing from flowing up the casing?

11    A.  I would agree that that's its primary

12 purpose.

13    Q.  All right.  Now --

14          MR. ZERINGUE:  How much time do we

15 have?

16          THE COURT REPORTER:  21.

17          THE VIDEOGRAPHER:  (Indicating.)

18          MR. ZERINGUE:  (Nodding.)

19    Q.  (By Mr. Zeringue) Let's take a look at

20 the next tab in your binder.  It's No. 27.

21    A.  Okay.

22    Q.  And it's "API STANDARD 65-PART 2."  Are

23 you familiar with this API Standard?

24    A.  I have reviewed this before.

25    Q.  All right.  Did you review it in