# EXHIBIT 44

# TRANSCRIPT OF 30(B)(6) DEPOSITION OF STRESS ENGINEERING, INC. THROUGH KENNETH YOUNG

Page 1

```
 1              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2
 3    IN RE:  OIL SPILL        )     MDL NO. 2179
      BY THE OIL RIG,          )
 4    DEEPWATER HORIZON IN     )     SECTION "J"
      THE GULF OF MEXICO,      )
 5    APRIL 20, 2010           )     JUDGE BARBIER
                               )
 6                             )     MAG. JUDGE
                               )     SHUSHAN
 7
13
14              * * * * * * * * * * * * *

                       VOLUME 1
15              * * * * * * * * * * * * *
16
17
18           DEPOSITION OF STRESS ENGINEERING
      THROUGH ITS 30(B)(6) DESIGNATED
19    REPRESENTATIVE, KENNETH YOUNG, TAKEN AT
      PAN-AMERICAN BUILDING, 601 POYDRAS STREET,
20    11TH FLOOR, NEW ORLEANS, LOUISIANA, 70130, ON
      JUNE 2, 2011.
21
22
23
24
25
```

Page 33

```
 1   GET DAMAGED.  WE GUESSED IT AT 50,000.  WE

 2   SAW NO DAMAGE.

 3        Q.     WHY DIDN'T THE FLAPPER VALVE

 4   CLOSE AT THE EXPECTED RATES OF 5- TO 600 PSI?

 5        MR. CHEN:  OBJECTION, FORM.

 6        THE WITNESS:  THE DATA THAT WE SAW,

 7   THEY DID NOT HAVE FLOW.  THAT WAS A STATIC

 8   PRESSURE, NOT A DYNAMIC PRESSURE.

 9        Q.     (BY MR. GONZALEZ)  WHY WAS THERE

10   A FLOW PROBLEM?

11        A.     THAT WAS UNKNOWN.  THERE WAS

12   POTENTIALLY A BLOCKAGE SOMEWHERES.

13        Q.     DID YOU REACH A HYPOTHESIS OF

14   WHAT THE BLOCKAGE MAY BE?

15        A.     WE ASSUMED EITHER A BLOCKAGE

16   BELOW OR ABOVE, AND THAT'S THE WAY THAT WE

17   TESTED THE VALVE.  WE DID NOT KNOW WHERE THE

18   BLOCKAGE WAS IN THE WELL.

19        Q.     NOW, IF THERE'S A BLOCKAGE

20   BELOW, HOW DOES THAT TRAP THE VALVE AND NOT

21   ALLOW IT TO CLOSE?

22        A.     IT STOPS FLOW THROUGH THE VALVE.

23        Q.     SO THE TUBE CAN'T GO THROUGH?

24        A.     IF YOU DON'T HAVE FLOW, THERE'S

25   NOTHING TO FORCE THE TUBE THROUGH.
```

601 Poydras Street, Suite 1720
New Orleans, LA 70130-6029

GAUDET KAISER, L.L.C.
Board-Certified Court Reporters

Telephone: (504) 525-9100
Facsimile: (504) 525-9109

Page 34

```
 1        Q.      THEN THAT'S A BLOCKAGE BELOW?

 2        A.      CORRECT.

 3        Q.      AND WHAT COULD CAUSE THE

 4   BLOCKAGE BELOW?

 5        MR. CHEN:  OBJECT TO THE FORM OF THE

 6   QUESTION.

 7        Q.      (BY MR. GONZALEZ)  DEBRIS?

 8        A.      IT -- IT COULD BE MULTIPLE

 9   PLACES, MULTIPLE THINGS.  I DON'T KNOW.  WE

10   DID NOT LOOK AT THAT.  WE JUST ASSUMED THERE

11   WAS A BLOCKAGE.

12        Q.      I JUST WANT TO UNDERSTAND IT IN

13   MY MIND, AND IT HELPS IF I CAN UNDERSTAND

14   WHAT THE POSSIBILITIES ARE.  SO WOULD ONE OF

15   THE THINGS -- COULD IT BE CUTTINGS, SCRAP

16   METAL --

17        A.      COULD BE ALL OF THE ABOVE.

18        Q.      SOIL?  COULD SOIL GET IN THERE?

19        A.      YEAH, I WOULD ASSUME SO.  YOU'RE

20   DIGGING WAY DOWN DEEP.

21        Q.      RIGHT.  SO ANY OF THAT COULD

22   CAUSE A BLOCKAGE NOT ALLOWING THE -- FROM

23   BELOW, WHICH WOULD NOT ALLOW THE FLAPPER

24   VALVE -- WHICH WOULD CAUSE A PARTIAL BLOCK

25   WHICH WOULD NOT ALLOW THE FLOW THROUGH?
```

Page 35

1        A.     IF THERE'S A BLOCKAGE THAT DID

2   NOT PERMIT FLOW THROUGH, THEN YOU'RE BUILDING

3   UP STATIC PRESSURE, NOT DYNAMIC PRESSURE, AND

4   AS A RESULT YOU DO NOT GET CONVERSION IF THAT

5   BLOCKAGE REMAINS THERE.

6        Q.     AND SO WHEN WE REVIEW THIS DEPO

7   DOWN THE ROAD AND I'M TRYING TO FIGURE OUT

8   WHAT WE MEAN BY CONVERSION, WE DON'T MEAN A

9   RELIGIOUS CHANGE OF HEART.  WE'RE TALKING

10  ABOUT ALLOWING THE FLAPPER VALVE TO CLOSE?

11       A.     CONVERSION IN THIS CASE MEANS

12  THAT THERE ARE THREE PINS THAT HOLD THE FILL

13  TUBE IN THAT VALVE, AND THE DRAG FROM THE

14  FLOW WILL SHEAR THOSE PINS OFF AND THAT TUBE

15  WILL GO DOWN, AND THAT PERMITS THE FLAPPER TO

16  CLOSE.

17       Q.     AND THAT'S SOMETHING THAT WE'RE

18  LOOKING FOR, RIGHT?  WE WANT THAT?

19       A.     YES.

20       Q.     WHEN DOES THAT -- WHEN IS

21  CONVERSION APPROPRIATE?  AT WHAT POINT DO YOU

22  DO IT?  AFTER THE CEMENTING?

23       A.     I DON'T KNOW IF IT'S BEFORE OR

24  AFTER THE CEMENT.  YOU'VE GOT THE FILL TUBE

25  IN THERE TO -- IN THE RUNNING PROCESS OF THAT

In Re: OIL SPILL by the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, APRIL 20, 2010                                   Reported by:
KENNETH YOUNG                                         June 2, 2011                              DONNA WRIGHT, CSR

Page 41

```
 1        Q.      I'M THINKING OF MY OLD SCIENCE
 2   DAYS WHEN WE HAD AN OLD SCIENCE JOURNAL.  DO
 3   YOU REMEMBER THOSE?
 4        A.      WE KEPT SOME NOTES PERIODICALLY,
 5   BUT THE PRIMARY WAS EVERYTHING WAS RECORDED
 6   ON THE COMPUTER.
 7        Q.      AFTER YOU DID THE FLOW-THROUGH
 8   TEST, WHAT WAS THE NEXT STEP?
 9        A.      WE -- WE DID THAT MULTIPLE TIMES
10   AND THEN WE DID A CONVERSION BASED UPON A
11   BLOCKAGE SCENARIO.
12        Q.      BEFORE I GET TO THE CONVERSION
13   ON BLOCKAGE SCENARIO, DID THE FLOW-THROUGH
14   TEST PROVE -- WERE THERE ANY PROBLEMS WITH
15   THE FLOW COLLAR WHEN YOU DID THE FLOW-THROUGH
16   TEST?
17        A.      NO.  NO.
18        Q.      SO FAR THE -- AND IS THIS A
19   WEATHERFORD PRODUCT?
20        A.      YES, IT WAS.
21        Q.      SO THE WEATHERFORD FLOW COLLAR
22   MET THE API RECOMMENDED PRACTICE
23   REQUIREMENTS?
24        A.      CORRECT.
25        Q.      AND WHEN YOU DID THE
```

Page 42

```
 1    FLOW-THROUGH TEST, WHICH YOU DID DIFFERENT

 2    WAYS, IT MET --

 3         A.      ALWAYS --

 4         Q.      -- MET YOUR STANDARDS?

 5         A.      ALWAYS CONVERTED.

 6         Q.      AS PER MANUFACTURER

 7    SPECIFICATIONS?

 8         A.      WE SAW NO -- NO REAL DEVIATION

 9    FROM WHAT THEY STATED IN THEIR LITERATURE.

10    WE DID SOME TESTING BEYOND WHAT THEY STATED.

11         Q.      AND IT WAS STILL --

12         MR. CHEN:  OBJECTION, FORM.

13         Q.      (BY MR. GONZALEZ)  AND IT WAS

14    STILL ACCEPTABLE?

15         A.      CORRECT.

16         Q.      SO AS FAR -- AT LEAST THIS FAR

17    YOU FOUND NO DEFECT WITH THE WEATHERFORD FLOW

18    COLLAR AND IT WORKED AS -- ACCORDING TO

19    SPECIFICATIONS AND MANUFACTURER SPECS?

20         MR. CHEN:  OBJECTION, FORM.

21         THE WITNESS:  THE SPECIFICATIONS THAT

22    WE SAW AND API SPECIFICATIONS, YES.

23         Q.      (BY MR. GONZALEZ)  THEN YOU TURN

24    TO -- WAS THERE A BLOCKAGE THAT IMPACTED THE

25    ABILITY TO HAVE THE FLOAT COLLAR CONVERT,
```

In Re: OIL SPILL by the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, APRIL 20, 2010                    Reported by:
KENNETH YOUNG                                    June 2, 2011                    DONNA WRIGHT, CSR

Page 46

1   DO THAT FOR ME?

2        A.      IF YOU -- THE BLOCKAGE -- WE

3   DIDN'T KNOW WHERE IT WAS.  BUT IF THAT

4   BLOCKAGE WAS ALL THE WAY UP THROUGH THE --

5   THE FLOAT COLLAR TO A HIGHER LEVEL AND THEN

6   IT RELEASED, THAT'S WHAT WE TESTED AND GOT

7   THE SAME RESULTS.

8        Q.      SO EITHER -- WHETHER IT WAS FROM

9   THE BOTTOM OR THE TOP, IT WOULD BE CLEARED IN

10  SOME WAY?

11       A.      CORRECT.  THE DATA THAT WE HAD

12  DID NOT HAVE ENOUGH RESOLUTION FOR US TO

13  EVALUATE WHERE THAT BLOCKAGE MAY HAVE BEEN.

14       Q.      I THOUGHT YOU SAID THAT YOU

15  CONVERT -- YOU ALSO USED PRESSURE GREATER

16  THAN WHAT BP HAD USED IN THE MACONDO WELL TO

17  CONVERT THE FLOAT COLLAR?

18       A.      NO.  THAT WAS A HYDROSTATIC BACK

19  PRESSURE TEST.

20       Q.      OKAY.  I APOLOGIZE.  THANK YOU

21  FOR CLARIFYING IT FOR ME.

22               SO WHAT YOU TRY TO DO IS

23  SIMULATE THE PRESSURE THAT BP ACTUALLY USED

24  IN THE MACONDO TO CONVERT THE FLOAT COLLAR,

25  RIGHT?

In Re: OIL SPILL by the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, APRIL 20, 2010                    Reported by:
KENNETH YOUNG                                June 2, 2011                        DONNA WRIGHT, CSR

Page 47

```
 1        A.     YES.  YES.  AS CLOSE AS WE COULD
 2   IN A TEST SCENARIO.
 3        Q.     SURE.  AND WHEN YOU DID THAT,
 4   DID YOU TEST TO SEE IF THERE WAS ANY DAMAGE
 5   TO THE COMPONENT PARTS?
 6        A.     YES.
 7        Q.     WHAT DID YOU FIND?
 8        A.     IT STILL HELD BACK PRESSURE TEST
 9   AND WE SAW NO VISUAL DAMAGE.
10        Q.     TO THE CASING?
11        A.     THAT'S CORRECT.
12        Q.     OR ANY OTHER COMPONENT PART?
13        A.     THAT IS CORRECT.
14        Q.     WHAT DOES THAT LEAD YOU TO
15   BELIEVE?
16        A.     IN THOSE SCENARIOS IT PERFORMS
17   AS INTENDED.
18        Q.     THE FLOAT COLLAR?
19        A.     CORRECT.
20        Q.     SO IN YOUR OPINION, WITHIN A
21   REASONABLE DEGREE OF ENGINEERING PROBABILITY,
22   BASED ON YOUR EXPERIENCE, EDUCATION AND
23   TRAINING, AND BASED ON THE ACTUAL TESTING YOU
24   DID ON THIS WEATHERFORD COLLAR, YOU DO NOT
25   BELIEVE THAT IT WAS DEFECTIVE?
```

In Re: OIL SPILL by the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, APRIL 20, 2010                    Reported by:
KENNETH YOUNG                                    June 2, 2011                    DONNA WRIGHT, CSR

Page 48

1        A.       I SAW NO INDICATION OF THAT.

2        Q.       AND YOU ALSO SAW THAT IT ACTED

3   AS EXPECTED?

4        A.       IN THE TESTING AND ANALYSIS THAT

5   WE DID, YES.

6        Q.       IS A BLOCKAGE OF A FLOAT COLLAR

7   SOMETHING THAT'S FORESEEABLE?

8        MR. CHEN:  OBJECTION, FORM.

9        THE WITNESS:  THAT I CAN'T ANSWER.

10       Q.       (BY MR. GONZALEZ)  DOES IT

11   HAPPEN FREQUENTLY?

12       MR. CHEN:  OBJECTION, FORM.

13       THE WITNESS:  I DO NOT KNOW.

14       Q.       (BY MR. GONZALEZ)  I'M JUST

15   TRYING TO FIGURE HOW OFTEN PEOPLE HAVE TO

16   ENCOUNTER THAT SITUATION.

17       A.       I DO NOT KNOW.

18       Q.       ARE YOU CRITICAL OF BP FOR THE

19   WORK THAT THEY DID IN TRYING TO FREE THE

20   FLOAT COLLAR -- CONVERT -- I'M SORRY --

21   CONVERT IT?

22       A.       NO.  THE DATA THAT WE HAD.  WE

23   JUST WAS LOOKING AT THAT DATA AND ANALYZING

24   IT, HOW DOES IT CONVERT, WILL IT CONVERT

25   UNDER THOSE SCENARIOS AS WE BEST UNDERSTOOD

Page 49

```
 1   THE DATA WE HAD.  AND IT DID.
 2        Q.     IF -- WHAT ARE THE DANGERS IF IT
 3   DOESN'T CONVERT, THE FLOAT COLLAR?
 4        MR. CHEN:  OBJECTION, FORM.
 5        THE WITNESS:  IF IT DOES NOT CONVERT,
 6   YOU'VE GOT AN OPEN PATH THROUGH THAT FLOAT
 7   COLLAR COMING UP THAT CASING.
 8        Q.     (BY MR. GONZALEZ)  WHAT DID YOU
 9   DO NEXT?  WE'VE TALKED ABOUT THE THREE THINGS
10   YOU'VE DONE SO FAR.  WAS THERE ANYTHING ELSE?
11        A.     JUST THE -- THE API TESTING, THE
12   VARIOUS CONVERSION TESTING, AND THEN THE
13   BLOCKAGE TEST.  AND AFTER WE DID A BLOCKAGE
14   TEST TO CONVERT, THEN WE DID A SUBSEQUENT
15   BLOCKAGE TEST, VERY SIMILAR, TO EVALUATE
16   WHERE THAT SURGE FLOW WOULD DAMAGE A CLOSED
17   VALVE.
18        Q.     ON THE BOP?
19        A.     NO.  ON THE FLOAT COLLAR.
20        Q.     ON THE FLOAT COLLAR.  HOW DID
21   YOU TEST FOR THAT?
22        A.     WE CREATE A BLOCKAGE JUST LIKE
23   WE DID DURING THE SURGE FLOW FOR CONVERSION.
24   AND WITH THE RELEASE OF THAT BLOCKAGE THEN WE
25   GOT THAT SURGE FLOW THROUGH THE CLOSED
```

601 Poydras Street, Suite 1720
New Orleans, LA 70130-6029

GAUDET KAISER, L.L.C.
Board-Certified Court Reporters

Telephone: (504) 525-9100
Facsimile: (504) 525-9109

In Re: OIL SPILL by the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, APRIL 20, 2010                    Reported by:
KENNETH YOUNG                                June 2, 2011                     DONNA WRIGHT, CSR

Page 50

```
 1    FLAPPER VALVE AND WE STILL SAW NO DAMAGE.
 2         Q.     NO DAMAGE TO THE FLOW COLLAR,
 3    ITS VALVES OR ITS COMPONENT PARTS?
 4         A.     THAT'S CORRECT.
 5         Q.     HOW DID YOU RECREATE THE
 6    BLOCKAGE?
 7         A.     WE HAD A RUPTURED DISK.  IT WAS
 8    A DISK IN A VALVE THAT HAD A -- IT WAS
 9    DESIGNED SO THAT AT A CERTAIN PRESSURE, IT
10    WILL SHATTER AND RELEASE PRESSURE, RELEASE
11    FLOW THROUGH IT.
12         Q.     DID YOU ACTUALLY DAMAGE THE DISK
13    OR DID YOU GET JUST BROKEN DISK PARTS AND PUT
14    THEM IN THERE?  DID YOU DAMAGE IT IN THE
15    PROCESS OF CREATING PRESSURE AND LET IT FALL
16    WHERE IT WOULD NORMALLY FALL, OR DID YOU
17    ACTUALLY PUT IT IN PLACE?
18         A.     YOU PUT THAT RUPTURED DISK IN
19    ITS HOLDER, IN ITS VALVE, AND IT NEVER DID
20    RELEASE ANY PARTS DOWNHOLE, IT JUST OPENED
21    UP.
22         Q.     AND THAT CAUSES A PARTIAL
23    OBSTRUCTION?
24         A.     SOMEWHAT.  BUT THE FLOW RATES
25    THAT WE GOT WERE SIGNIFICANT.
```

601 Poydras Street, Suite 1720              GAUDET KAISER, L.L.C.              Telephone: (504) 525-9100
New Orleans, LA 70130-6029            Board-Certified Court Reporters          Facsimile: (504) 525-9109

Page 51

```
 1        Q.      TO ALLOW CONVERSION?

 2        A.      AND IT CONVERTED, YES.

 3        Q.      WHAT WAS THE THINKING WHEN YOU

 4   WERE TESTING TO SEE IF THERE WAS DAMAGE TO

 5   THE VALVE AND THE FLOAT COLLAR?

 6        A.      WE JUST WANTED TO SEE IF THERE

 7   WAS.  IT'S PRUDENT TO -- PRUDENT TO INSPECT

 8   PARTS AFTER YOU TEST THEM.

 9        Q.      NO DAMAGE AT ALL TO THE VALVE?

10        A.      NOTHING VISUAL OR WHAT WE COULD

11   DIMENSIONALLY INSPECT, NO.

12        Q.      SO AFTER -- EVEN AFTER THAT IT

13   WOULD STILL BE ABLE TO PERFORM WELL?

14        A.      CORRECT.

15        Q.      WAS THE SUBJECT VALVE EVER

16   FOUND?

17        A.      I DON'T KNOW.

18        Q.      THE ACTUAL FLOAT COLLAR?

19        A.      NOT TO MY KNOWLEDGE.

20        Q.      AND AFTER YOU DID THAT BLOCKAGE

21   TEST TO DETERMINE IF THERE WAS ANY DAMAGE TO

22   VALVES OR ANY INTERNAL WORKINGS OF THE FLOAT

23   COLLAR, DID YOU DO ANYTHING ELSE?

24        A.      NO.

25        Q.      OTHER THAN PREPARE A REPORT?
```

Page 84

1    HIGH-LEVEL PLAN TOGETHER.  BUT PRIMARILY IT

2    WAS TOTALLY LEFT UP TO US TO EVALUATE ITS

3    CAPABILITIES.

4          Q.    WERE THERE ANY TESTS THAT STRESS

5    ENGINEERING RECOMMENDED BE CONDUCTED THAT

6    WERE NOT CONDUCTED AS PART OF THE FLOAT

7    COLLAR TESTING?

8          A.    WHEN WE FIRST STARTED, WE SAID

9    LET'S DO THE TESTING PER API TO BEGIN WITH

10   TO -- AS A BASELINE.  THAT CONSISTS OF TWO

11   BASIC TESTS.  ONE IS THE CONVERSION AND

12   ENDURANCE TEST, AND A SECOND IS AN ELEVATE

13   TEMPERATURE TEST.

14              AS WE STARTED REVIEWING THE

15   DATA, THE ELEVATED TEMPERATURE TESTING REALLY

16   DID NOT ENTER INTO ANY ISSUES THAT WE SAW

17   FROM THE DATA, SO IT TOOK SECOND PLACE, PUT

18   ON THE BACK BURNER.  AND WE NEVER DID DO THAT

19   PARTICULAR TEST BECAUSE WE DIDN'T SEE A REAL

20   NEED FOR IT.

21         Q.    WERE THERE ANY OTHER TESTS THAT

22   YOU RECOMMENDED THAT WERE NOT CONDUCTED?

23         A.    NONE THAT I CAN REMEMBER.

24         Q.    WAS IT -- WAS IT YOUR TESTIMONY

25   EARLIER TODAY THAT THE FLOAT COLLARS OVERALL

Page 85

```
 1    CONVERTED WITHIN THE EXPECTED FLOW RATES?
 2         A.    THEY WERE ALL WITHIN REASONABLE
 3    FLOW RATES, MET THE CRITERIA THAT WEATHERFORD
 4    HAD STATED TO BEGIN WITH.
 5         Q.    WHAT WAS THE WEATHERFORD
 6    CRITERIA?
 7         A.    THEY SAID FOUR -- I BELIEVE FOUR
 8    TO SIX BARRELS PER MINUTE, WHICH RESULTS IN
 9    ABOUT A 500 TO 700 PSI.
10         Q.    IF YOU COULD TURN TO TAB 18.
11         A.    YOU SAID 18?
12         Q.    YES, SIR.  HAVE YOU SEEN THIS
13    DOCUMENT BEFORE?
14         A.    NO, I HAVE NOT.
15         Q.    HAVE YOU SEEN WHAT IS ATTACHED
16    TO DOCUMENT 18, THE E-MAIL?
17         A.    I ONLY SEE ONE SHEET.
18         Q.    THERE YOU GO.
19         A.    OH, OKAY.  NO, I DON'T RECOGNIZE
20    THAT DOCUMENT.
21         Q.    WOULD YOU BE ABLE TO PROVIDE ANY
22    TESTIMONY THEN AS TO THE KEY ISSUE IDENTIFIED
23    BY KENT CORSER ON NOVEMBER THE 1ST AS IN THE
24    E-MAIL?
25         A.    I DON'T KNOW WHAT HE WAS
```

In Re: OIL SPILL by the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, APRIL 20, 2010                    Reported by:
KENNETH YOUNG                                      June 2, 2011                    DONNA WRIGHT, CSR

Page 86

```
 1   SPECIFICALLY THINKING OF.  IT CONVERTED IN

 2   EVERY TEST THAT WE DID, AND IT HELD PRESSURE

 3   WHEN WE RAN A BACK PRESSURE TEST.

 4        Q.    AND I'M GOING TO GET TO THOSE

 5   TESTS BRIEFLY IN A MOMENT.  BEFORE DOING SO,

 6   THOUGH, DID ANY OF THE TESTS THAT STRESS

 7   ENGINEERING CONDUCT IDENTIFY ANY CAUSES OF

 8   POSSIBLE FAILURE OF THE FLOAT EQUIPMENT THAT

 9   WAS ACTUALLY USED IN THE MACONDO WELL?

10        A.    NO.

11        Q.    ALL OF THE EQUIPMENT THAT YOU

12   TESTED WAS BRAND-NEW EQUIPMENT FROM

13   WEATHERFORD, CORRECT?

14        A.    CORRECT.

15        Q.    SO AS FAR AS WHAT WAS NOT TESTED

16   AS PART OF YOUR ANALYSIS, YOU DID NOT

17   PHYSICALLY TEST THE ACTUAL FLOAT COLLAR THAT

18   WAS RUN ON THE MACONDO WELL?

19        A.    THAT IS CORRECT.

20        Q.    AND SINCE YOU DIDN'T TEST THE

21   ACTUAL FLOAT COLLAR WELL [SIC] ON THE MACONDO

22   WELL, YOU CAN'T OFFER ANY OPINION AS TO

23   WHETHER THE ACTUAL -- THE ACTUAL FLOAT COLLAR

24   CONVERTED, CAN YOU?

25        A.    THAT'S CORRECT, I CANNOT.
```

Page 92

```
 1    CAPABILITIES.  HOW THAT IS USED IN THE WELL,

 2    THAT'S BEYOND MY SCOPE.

 3         Q.    OKAY.  SO IN YOUR ANALYSIS YOU

 4    WERE NOT ASKED TO DETERMINE WHETHER THE FLOAT

 5    COLLAR THAT WAS ACTUALLY RUN IN THE MACONDO

 6    WELL WAS SUITABLE FOR THE MACONDO WELL; IS

 7    THAT CORRECT?

 8         A.    THAT'S CORRECT, I DID NOT -- WAS

 9    NOT ASKED.

10         Q.    AND DURING YOUR TESTING, THE API

11    TESTING, YOU TESTED THESE AS A 3C?

12         A.    CORRECT.  A 5000 PRESSURE

13    RATING.

14         Q.    AND FOR THE LAYMAN, WHAT DOES 3C

15    INDICATE?

16         A.    THEY HAVE GOT THREE DIFFERENT

17    CATEGORIES OF VALVES, WHICH DEFINE THEIR

18    PRESSURE RATING CAPABILITY, AND THE

19    DOCUMENTATION THAT WE HAD SHOWED THAT THIS

20    ONE HAD A 5000 PRESSURE RATING.  SO THAT IS

21    THE PRESSURE THAT WE USED FOR THE BACK

22    PRESSURE TEST.

23         Q.    AND WHAT DOES A BACK PRESSURE

24    RATING OF 5000 PSI MEAN?

25         A.    THAT IT'S STRUCTURALLY CAPABLE
```

In Re: OIL SPILL by the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, APRIL 20, 2010

Reported by:

KENNETH YOUNG                    June 2, 2011                    DONNA WRIGHT, CSR

Page 93

1    OF HOLDING THAT PRESSURE.

2        Q.    IF YOU CAN EXPLAIN TO THE LAYMAN

3    IN THE EVENT THAT A JUDGE OR JURY SEES THIS

4    ONE DAY, HOW, IN LAYMAN'S TERMS, IS A 5000

5    PSI BACK PRESSURE TEST CONDUCTED?

6        A.    AFTER YOU GO THROUGH THE

7    CONVERSION, YOU PRESSURIZE FROM BELOW THE

8    VALVE AND SEE IF IT CAN HOLD PRESSURE FOR AN

9    EXTENDED PERIOD OF TIME, A FEW MINUTES.

10        Q.    AND IN ALL OF YOUR TESTING

11    WITH -- SCRATCH THAT.

12            WITH RESPECT TO THE 5000 PSI

13    BACK PRESSURE TEST, YOU CONDUCTED THAT AS

14    PART OF YOUR TESTING, CORRECT?

15        A.    YES, YES.

16        Q.    IT'S MY UNDERSTANDING THE API

17    DOES NOT SPECIFY WHETHER THERE IS A PASS OR

18    FAIL; IS THAT CORRECT?

19        A.    THAT IS CORRECT.

20        Q.    AND SO WHAT WAS THE RESULT OF

21    YOUR TEST, NOT IN A PASS OR FAIL TERMINOLOGY,

22    BUT I GUESS -- WELL, HOW WOULD YOU

23    CHARACTERIZE THE RESULTS OF YOUR TEST BECAUSE

24    THE API DOES NOT GIVE ANY PASS OR FAIL

25    CRITERIA?

Page 94

1          A.      IT WAS ABLE TO HOLD THE

2     PRESSURE.  WE HAD A VERY SMALL VOLUME OF

3     FLUID THAT WAS PRESSURIZED.  AS A RESULT, WE

4     GOT A SMALL PRESSURE DROP, BUT IT WAS STILL

5     HOLDING PRESSURE.  WE TRIED TO CHARACTERIZE

6     WHAT THAT LEAK RATE MAY BE AND IT WAS VERY

7     SMALL LEAK RATES.  SO THAT APPEARED TO BE

8     ACCEPTABLE TO API THAT IT HOLDS PRESSURE.  WE

9     WERE TESTING WITH WATER.

10          Q.      SO YOUR CONCLUSION WITH REGARD

11     TO THE RATE OF THE LOSS WAS THAT IT WAS A

12     RELATIVELY SMALL VOLUME OF FLUID?

13          A.      CORRECT.

14          Q.      SO THE PRESSURE DROP REALLY

15     WASN'T A BIG DEAL BECAUSE THE SIZE WAS --

16          A.      THAT'S CORRECT.

17          Q.      -- OF YOUR TESTING MODEL WAS SO

18     SMALL?

19          A.      YES.

20          Q.      IN TAB 1, THE SUMMARY THAT WE

21     WERE LOOKING AT ON IV -- PAGE IV?

22          A.      IN THE REPORT?

23          Q.      YES.  TAB 1, EXHIBIT 198.

24          A.      OKAY.

25          Q.      WITH RESPECT TO THE RATE OF THE

Page 95

```
 1   LOSS IN YOUR REPORT, YOU KNOW THAT IT CAN BE

 2   PARTLY ATTRIBUTED TO THE COMPARATIVELY SMALL

 3   VOLUME -- SMALL TOTAL FLUID VOLUME IN THE

 4   FLUID SETUP.  THAT'S WHAT YOU --

 5        A.     CORRECT.

 6        Q.     -- AND I WERE JUST DISCUSSING,

 7   CORRECT?

 8        A.     CORRECT.

 9        Q.     WHAT ELSE CAN IT BE ATTRIBUTED

10   TO IS MY QUESTION.

11        A.     THERE IS NOTHING THAT'S STATED

12   IN THE API DOCUMENT THAT -- IN SOME OF THE

13   API DOCUMENTS, WHEN THEY TALK ABOUT PRESSURE

14   TESTING, IT GIVES CRITERIA AS TO HOW MUCH

15   PRESSURE LOSS YOU CAN HAVE, OR, IN MOST CASES

16   IT SAYS NO VISIBLE LEAKAGE.

17        Q.     OKAY.

18        A.     THIS DID NOT STATE THAT.

19        Q.     OKAY.

20        A.     SO OUR CONCLUSION, IT MET THE

21   REQUIREMENTS.

22        Q.     SO AT THE END OF THE DAY, YOU

23   WERE ABLE TO CONCLUDE THAT ALL THE FLOAT

24   COLLARS SATISFIED THE API RP 10F TESTING

25   STANDARDS?
```

In Re: OIL SPILL by the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, APRIL 20, 2010          Reported by:
KENNETH YOUNG                          June 2, 2011                    DONNA WRIGHT, CSR

Page 96

1          A.       CORRECT.

2          Q.       YOU TESTIFIED THAT YOU DID NOT

3    PHYSICALLY TEST THE ACTUAL FLOAT COLLAR THAT

4    WAS ON THE MACONDO WELL; IS THAT CORRECT?

5          A.       THAT IS CORRECT.

6          Q.       DID YOU EVALUATE WHETHER THE

7    FLOAT COLLAR THAT WAS RUN ON THE MACONDO WELL

8    WAS MANUFACTURED TO SPECIFICATION?  WAS THAT

9    PART OF YOUR ANALYSIS?

10          A.       YES.  WE HAD THE DRAWINGS FOR

11    THE FLOAT COLLAR, AND WE MEASURED

12    DIMENSIONALLY, INSPECTED VARIOUS ASPECTS OF

13    IT, AND THEY ALL MET THE REQUIREMENTS OF THE

14    DRAWINGS, THE MANUFACTURED DRAWINGS.

15          Q.       THOSE THAT YOU TESTED, HOWEVER,

16    YOU DID NOT DO THE SAME WITH RESPECT TO THE

17    FLOAT COLLAR THAT WAS ACTUALLY RUN ON THE

18    MACONDO WELL, CORRECT?

19          A.       OH, THAT IS CORRECT.

20          Q.       SO YOU ALSO WOULD NOT HAVE

21    REVIEWED ANY SORT OF MATERIAL TRACEABILITY

22    REPORTS FOR THE FLOAT COLLAR THAT WAS

23    ACTUALLY RUN ON THE MACONDO WELL, CORRECT?

24          A.       THAT IS CORRECT.

25          Q.       I WOULD LIKE TO TALK BRIEFLY

In Re: OIL SPILL by the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, APRIL 20, 2010                                Reported by:
KENNETH YOUNG                              June 2, 2011                    DONNA WRIGHT, CSR

Page 129

```
 1    BY MR. LEMOINE:

 2         Q.    MR. YOUNG, WE'VE -- I'VE

 3    INTRODUCED MYSELF TO YOU BEFORE.  MY NAME IS

 4    MIKE LEMOINE AND I'M AN ATTORNEY WITH THE

 5    JONES WALKER FIRM.  I REPRESENT WEATHERFORD.

 6              IT'S A PLEASURE TO MEET YOU.

 7         A.    SAME HERE.

 8         Q.    I'M GOING TO -- I HAVE TO GO

 9    OVER SOME OF THE THINGS THAT HAVE BEEN

10    DISCUSSED BEFORE JUST TO SET A FOUNDATION FOR

11    SOME OF MY QUESTIONS, BUT I PROMISE I'LL TRY

12    NOT TO PLOW THROUGH SIMILAR TESTIMONY.

13              LET'S START OFF WITH THE NUMBER

14    OF FLOAT COLLARS THAT WERE PROVIDED BY

15    WEATHERFORD TO STRESS ENGINEERING.  AM I

16    CORRECT THAT IT WAS NINE FLOAT COLLARS AND

17    ONE DISASSEMBLED COLLAR?

18         A.    THAT IS CORRECT.

19         Q.    ALL RIGHT.  NOW, WERE YOU ABLE

20    TO -- YOU WERE ALSO PROVIDED SOME ASSEMBLY

21    DRAWINGS FROM WEATHERFORD REGARDING THIS

22    FLOAT COLLAR?

23         A.    CORRECT.

24         Q.    AND YOU WERE ABLE TO LOOK AT THE

25    ASSEMBLY DRAWINGS THAT WEATHERFORD
```

In Re: OIL SPILL by the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, APRIL 20, 2010          Reported by:
KENNETH YOUNG                                    June 2, 2011                          DONNA WRIGHT, CSR

Page 130

1    REPRESENTED TO YOU WERE THE ASSEMBLY DRAWINGS

2    FOR THIS FLOAT COLLAR AND COMPARE THOSE

3    DRAWINGS WITH THE ACTUAL FLOAT COLLARS FOR A

4    DIMENSIONAL COMPARISON?

5         A.     SOME OF THE DIMENSIONS WE WAS

6    ABLE TO -- TO GET, AND EVERYTHING APPEARED TO

7    BE THE SAME.

8         Q.     BUT YOU MADE AN EFFORT --

9         A.     YES.

10        Q.     -- TO -- LET ME FINISH MY

11   QUESTION.  I JUST WANT TO MAKE SURE I GET IT

12   ON THE RECORD.

13             YOU MADE AN EFFORT, THAT WAS

14   PART OF YOUR -- OF YOUR ANALYSIS TO SEE IF

15   WEATHERFORD WAS CONSISTENT IN THE MANUFACTURE

16   OF ITS FLOAT COLLARS WITH WHAT IT REPRESENTED

17   ON MACHINE ASSEMBLY DRAWINGS.

18        A.     CORRECT.

19        Q.     AND YOU FOUND --

20        MR. CHEN:  OBJECTION, FORM.

21        Q.     (BY MR. LEMOINE)  AND YOU FOUND

22   THAT THEY WERE?

23        A.     WE FOUND NO DEVIATIONS.

24        Q.     NO DEVIATION.  OUT OF -- OUT OF

25   NINE FULLY ASSEMBLED FLOAT COLLARS, NO

Page 131

```
 1   DEVIATION?

 2        A.     THE NINE ASSEMBLED COLLARS,

 3   THERE WAS VERY FEW DIMENSIONAL

 4   CHARACTERISTICS THAT WE WAS ABLE TO MEASURE

 5   PRIOR TO TESTING.  THE ONES THAT WE DID TEST,

 6   WE CHECKED THE AUTO-FILL TUBE AFTER TESTING,

 7   AND IT APPEARED THAT IT MET THE MANUFACTURING

 8   REQUIREMENTS.

 9        Q.     DO YOU HAVE ANY REASON TO

10   SUSPECT, AS YOU SIT HERE TODAY, AS A PERSON

11   THAT WAS RESPONSIBLE FOR TESTING AND

12   ANALYZING THESE FLOAT COLLARS, THAT THE

13   MACONDO WELL FLOAT COLLAR WAS MANUFACTURED

14   DIFFERENTLY THAN THE ONES THAT YOU TESTED AND

15   EXAMINED AT YOUR FACILITIES?

16        A.     I HAD -- I DON'T REMEMBER HAVING

17   INFORMATION ON WHAT ONE WAS ACTUALLY USED AS

18   SUCH.  I THINK THERE WAS A COUPLE DOCUMENTS

19   SOMEWHERES ALONG THE LINE THAT SHOWED WHAT

20   THEY ORDERED OR RECEIVED FOR THE MACONDO, AND

21   IT CARRIED -- CARRIED THE SAME MODEL NUMBER

22   AS WHAT WE TESTED.

23        Q.     ALL RIGHT.  AND SO GIVEN THAT,

24   THOUGH, YOU DON'T -- YOU HAVE NO EVIDENCE OR

25   NO INDICATION TODAY THAT THE MACONDO FLOAT
```

Page 132

```
 1    COLLAR WAS MANUFACTURED DIFFERENTLY THAN THE

 2    FLOAT COLLARS THAT WERE PROVIDED TO YOU BY

 3    WEATHERFORD FOR TESTING LAST YEAR?

 4         A.    NO INDICATION THAT THERE'S ANY

 5    DIFFERENCE.

 6         Q.    AND YOU SAW VERY LITTLE

 7    VARIATION OF THE FLOAT COLLARS THAT YOU WERE

 8    ABLE TO EXAMINE FOR DIMENSIONAL COMPARISON

 9    WITH THE DRAWINGS?

10         A.    CORRECT.

11         Q.    AND CAN I ASSUME, THEN,

12    MR. YOUNG, THAT IF THE MACONDO WELL FLOAT

13    COLLAR WAS MANUFACTURED IN THE SAME MANNER,

14    IN THE SAME -- WITH THE SAME DIMENSIONS AS

15    THE ONES THAT YOU TESTED, THAT THAT MACONDO

16    WELL FLOAT COLLAR WOULD BE ABLE TO PASS THE

17    SAME TEST THAT YOU APPLIED TO THESE FLOAT

18    COLLARS?

19         A.    I SEE NO REASON WHY IT WOULDN'T.

20         Q.    WOULD THAT BE A LOGICAL

21    ASSUMPTION THAT AN ENGINEER LIKE YOURSELF CAN

22    MAKE?

23         A.    WE GOT CONSISTENT RESULTS IN THE

24    ONES THAT WE TESTED, SO, YES, I WOULD THINK

25    IT WOULD.
```

In Re: OIL SPILL by the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, APRIL 20, 2010                                    Reported by:
KENNETH YOUNG                                      June 2, 2011                             DONNA WRIGHT, CSR

Page 133

```
 1        Q.      ALL RIGHT.  SO IF WE -- IF THE
 2   COURT -- IF THE COURT HEARS NO OTHER EVIDENCE
 3   TO INDICATE TO THE CONTRARY THAT THE MACONDO
 4   WELL FLOAT COLLAR WAS DESIGNED IN THE SAME
 5   MANNER AS THE FLOAT COLLAR THAT YOU -- FLOAT
 6   COLLARS THAT YOU TESTED, YOU HAVE NO REASON
 7   TO BELIEVE THAT THAT MACONDO WELL FLOAT
 8   COLLAR WOULD NOT HAVE MET THE API
 9   TEST THAT YOU PERFORMED ON THE SAMPLE FLOW
10   COLLARS?
11        A.      TO ANSWER YOUR QUESTION, NO.  WE
12   DON'T HAVE THE RECORDS FOR THAT MACONDO FLOAT
13   COLLAR, BUT WE SAW NO REAL DEVIATIONS IN ANY
14   CONSISTENCY IN THE MANUFACTURE OF THE ONES
15   THAT WE HAD.  THE ONLY -- THE ONLY CAVEAT TO
16   THAT IS THAT THE SERIAL NUMBERS OF THE ONES
17   THAT WE HAD WERE ALL CONSECUTIVE, SO THEY
18   WERE PROBABLY MANUFACTURED AT THE SAME PERIOD
19   OF TIME, WHICH MAY OR MAY NOT HAVE BEEN
20   DIFFERENT FROM THE MACONDO FLOAT COLLAR.
21        Q.      NOW, THE -- YOU SAID THERE WERE
22   NINE FULLY ASSEMBLED FLOAT COLLARS AND ONE
23   DISASSEMBLED, CORRECT?
24        A.      IT WAS ASSEMBLED, BUT IT WAS NOT
25   CEMENTED TOGETHER.
```

Page 134

1          Q.      SO YOU CAN TAKE IT APART?

2          A.      CORRECT.

3          Q.      ALL RIGHT.  ON THE -- ON THE

4     NINE ASSEMBLED FLOAT COLLARS, WERE ANY OF

5     THOSE FLOAT COLLARS SUBJECTED TO DESTRUCTIVE

6     TESTING?

7          A.      DESTRUCTIVE OTHER THAN

8     CONVERSION, NO.

9          Q.       LET ME BACK UP JUST A MINUTE.

10    WE'LL COME BACK TO THIS LINE OF QUESTIONING.

11    LET ME JUST BACK UP JUST A TAD BIT.

12               API, AMERICAN PETROLEUM

13    INSTITUTE, HOW WOULD YOU DESCRIBE -- WHAT

14    WOULD YOU DESCRIBE FROM YOUR EXPERIENCE AND

15    KNOWLEDGE IS THE FUNCTION OF THAT

16    ORGANIZATION?

17         A.       IT'S TO PROVIDE A MINIMUM

18    STANDARDIZATION OF EQUIPMENT THAT RECEIVES

19    INDUSTRY -- BROAD INDUSTRY CONSENSUS.

20         Q.      AND -- AND WITH RESPECT TO FLOAT

21    COLLARS, THAT INDUSTRY CONSISTENCE IS --

22    IS -- IS CODIFIED, OR I SHOULD SAY

23    MEMORIALIZED IN API RP 10F?

24         A.      CORRECT.

25         Q.      AND IN FACT, WOULD YOU AGREE,

Page 135

```
 1    MR. YOUNG, THAT WITHIN API RP 10F, THERE ARE

 2    DIFFERENT CATEGORIES OF TESTING, INCLUDING

 3    CATEGORY III?

 4         A.    THAT IS CORRECT.

 5         Q.    IS CATEGORY III, AS OPPOSED TO

 6    CATEGORY II OR CATEGORY I, IS CATEGORY III

 7    THE MOST STRINGENT OF THE TESTING CRITERIA?

 8         A.    IT'S A HIGHER PRESSURE RATING,

 9    RECEIVES THE MOST TESTING, YES.

10         Q.    YES.  AND THAT IS THE TESTING

11    THAT YOU SUBJECTED THE WEATHERFORD FLOAT

12    COLLARS AT YOUR LAB IN HOUSTON THAT WE'RE

13    HERE ABOUT TODAY AND THAT WAS THE SUBJECT OF

14    YOUR REPORT?

15         A.    CORRECT.

16         Q.    AND IT PASSED EVERY ONE OF THOSE

17    TESTS?

18         A.    THAT IS CORRECT.

19         Q.    NOW, I'M GOING TO TALK AS A

20    LAYMAN RIGHT NOW.  WOULD YOU AGREE,

21    MR. YOUNG, THAT THE TESTING THAT STRESS DID

22    ON THESE FLOAT COLLARS WENT BEYOND API RP 10F

23    III TESTING CRITERIA?

24         A.    I -- AS FAR AS -- THERE'S TWO

25    BASIC TESTS WITHIN THE API DOCUMENT.
```

Page 136

1        Q.     YES, SIR.

2        A.     ONE IS THE FLOW CONVERSION

3   ENDURANCE TEST, THE OTHER IS THE ELEVATE

4   TEMPERATURE TESTING.  THAT ELEVATE

5   TEMPERATURE TESTING WE DID NOT DO.

6        Q.     OKAY.

7        A.      BUT THE FLOW CONVERSION TESTING

8   WE TESTED PER API AND WE WENT BEYOND THAT.

9        Q.     THANK YOU.  YOU WENT BEYOND

10  THAT.  AND DID YOU GO BEYOND THAT AT THE

11  REQUEST OF BP?

12       A.     NO.  WE WENT BASED UPON OUR

13  JUDGMENT AS TO POTENTIAL FAILURE MODES.

14       Q.     AND YOU COULD NOT RECREATE A

15  FAILURE MODE ON ANY OF THOSE WEATHERFORD

16  FLOAT COLLARS?

17       A.      IF IT CONVERTED, IN ALL CASES

18  NEAR WHAT WAS PUBLISHED DATA.

19       Q.     AND YOU HAVE NO EVIDENCE TO

20  INDICATE THAT IF THE MACONDO WELL FLOAT

21  COLLAR WAS MANUFACTURED AND DESIGNED --

22  DESIGNED AND MANUFACTURED IN THE SAME MANNER

23  AS THESE FLOAT COLLARS, THAT IT WOULD NOT

24  HAVE ALSO PASSED THOSE MORE STRINGENT TESTS

25  THAT YOU PERFORMED?

Page 137

```
 1        A.      I SAW NO INDICATION WHY IT
 2   WOULDN'T.
 3        Q.      YOU SUSPECT THAT IT -- THAT IT
 4   WOULD HAVE PASSED?
 5        A.      CORRECT.
 6        Q.      YOU WERE IMPRESSED WITH THIS
 7   FLOAT COLLAR, WEREN'T YOU?
 8        A.      IMPRESSED WAS NOT PART OF -- OUR
 9   OBJECTIVE IS TO LOOK AT THE CAPABILITY AND
10   LIMITATIONS OF IT.  AND THAT'S WHAT WE DID.
11        Q.      WELL, LET ME ASK YOU THIS.
12   LET'S TALK ABOUT THE TEST THAT YOU DID THAT
13   EXCEEDED THE TEST CRITERIA OF API RP 10F.
14   WERE THOSE TESTS INCLUDING THE SURGE TEST?
15        A.      YES.
16        Q.      ALL RIGHT.  AND IF I'M -- IF I'M
17   CORRECT FROM READING YOUR REPORT, YOU DID
18   FOUR SURGE TESTS?
19        A.      THAT IS CORRECT.
20        Q.      AND IN EACH OF THOSE SURGE TESTS
21   YOU SUBJECTED THE FLOAT COLLAR TO PRESSURES
22   OF APPROXIMATELY 3000 PSI OR MORE?
23        A.      THAT -- THAT IS CORRECT.
24        Q.      AND THOSE PRESSURES WOULD BE IN
25   EXCESS OF WHAT THE -- WHAT THE FLOAT COLLAR
```

Page 138

```
 1    IS DESIGNED TO WITHSTAND UNDER NORMAL

 2    OPERATING CONDITIONS?

 3         A.    WE HAD ABOUT 3000 PRESSURE WHEN

 4    THE BLOCKAGE WAS OPENED UP, LET ME SAY.

 5         Q.    RIGHT.

 6         A.    BUT THE DIFFERENTIAL PRESSURE

 7    ACROSS THE FLOAT COLLAR WAS STILL IN THE

 8    RANGE OF ABOUT 500 PSI.

 9         Q.    I SEE.  NOW, ONE OF THE TESTS

10    THAT YOU PERFORMED WAS TO SUBJECT THE FLOAT

11    COLLAR TO APPROXIMATELY 3000 PSI OF SURGE

12    PRESSURE WITH THE FLAPPERS CLOSED?

13         A.    THAT IS CORRECT.

14         Q.    NOW, THAT WAS A -- THAT WAS A

15    PURPOSEFUL TEST.  YOU DID THAT FOR A PURPOSE,

16    DID YOU NOT?

17         A.    CORRECT.

18         Q.    WOULD YOU TELL US WHY?

19         A.    THAT WAS AFTER THE CONVERSION

20    HAD ALREADY TAKEN PLACE.

21         Q.    UH-HUH.

22         A.    WE HIT IT WITH A SECOND SURGE OF

23    ABOUT 3000 TO VERIFY WHETHER OR NOT THE

24    FLAPPER, BEING CLOSED AT THAT TIME, WOULD

25    OPEN UP AND NOT BE DAMAGED.
```

Page 139

1        Q.      WHAT WAS THE RESULT OF THAT

2    TEST?

3        A.      IT STILL HELD PRESSURE POST THAT

4    TEST.

5        Q.      DID YOU SUSPECT PRIOR TO

6    PERFORMING THE TEST -- SAY AFTER THAT YOU HAD

7    DEVELOPED THE TEST PARAMETERS TO DETERMINE --

8    TO SUBJECT THOSE FLAPPERS TO THAT PRESSURE,

9    DID YOU SUSPECT THAT YOU WERE GOING TO CREATE

10   DAMAGE?

11       A.      NO.  THE PIN -- THE PIN WAS WHAT

12   WE FIGURED WAS PROBABLY THE WEAK LINK FROM

13   THE ANALYSIS AND WE WANTED TO VERIFY OUR

14   ANALYSIS, AND THAT'S THE REASON WE RAN THE

15   TEST.

16       Q.      THE PIN -- I APOLOGIZE.

17       A.      THE PIN THAT HOLDS THAT FLAPPER

18   IN POSITION.

19       Q.      IT IS A HINGED FLAPPER?

20       A.      THAT IS CORRECT.

21       Q.      AND WOULD YOU AGREE WITH ME THAT

22   THE DESIGN OF THIS PARTICULAR FLAPPER VALVE,

23   THAT IS A HINGED FLAPPER VALVE, DOES NOT

24   REQUIRE BACK FLOW FOR THE FLAPPER TO CLOSE?

25       A.      THAT IS CORRECT.  IT'S GOT A

Page 143

```
 1          MR. CHEN:  OBJECTION, FORM.
 2          THE WITNESS:  NO, THEY USED ALUMINUM.
 3     WE DID NOT EVALUATE THE POTENTIAL OF ANY
 4     OTHER MATERIALS.  THAT WAS NOT PART OF OUR
 5     SCOPE.
 6          Q.     (BY MR. LEMOINE)  YOU HAD NO
 7     CRITICISM OF THEIR USE OF ALUMINUM?
 8          A.     NO.
 9          Q.     IN FACT, IT'S A FAIRLY STRONG
10     METAL AND STILL IS CAPABLE OF BEING DRILLED?
11          A.     THAT IS CORRECT.
12          Q.     DID YOU HAVE ANY CRITICISMS OF
13     THE DESIGN OF THE WEATHERFORD FLAPPER VALVE
14     FLOAT COLLAR?
15          MR. CHEN:  OBJECTION, FORM.
16          THE WITNESS:  IT SEEMED TO BE
17     ACCEPTABLE FOR THE API AND OUR UNDERSTANDING
18     OF WHAT IT'S SUPPOSED TO DO.  WE DID NOT
19     COMPARE IT TO ANY OTHERS.
20          Q.     (BY MR. LEMOINE)  YOU MENTIONED
21     THAT THE -- THAT THE FLAPPER VALVE SEALING
22     COMPONENT WAS AN ELASTOMER.  DID I SAY THAT
23     RIGHT?
24          A.     THAT IS CORRECT.
25          Q.     COULD YOU, IN LAYMAN'S TERMS,
```

June 2, 2011

Page 144

```
 1    EXPLAIN THAT TO ME.

 2          A.     IT'S A RUBBER SEAL ON THE

 3    FLAPPER ITSELF SO THAT WHEN THAT FLAPPER

 4    CLOSES THAT RUBBER DOES THE INITIAL SEALING.

 5          Q.     AND IN YOUR OPINION, FROM YOUR

 6    INSPECTION OF THESE FLOAT COLLARS AND

 7    TESTING, IS THAT ELASTOMER SEALING ELEMENT

 8    SUFFICIENT TO SEAL THE VALVE AND HOLD BACK OR

 9    RETAIN THE INGRESS OF WET CEMENT?

10          A.     THE ELASTOMER, OUR

11    UNDERSTANDING, IS TO TAKE CARE OF ANY

12    IRREGULARITIES IN THE SURFACE BETWEEN THE

13    FLAPPER AND THE SEAT TO PROVIDE BETTER

14    SEALING CAPABILITIES.  AND WITH CEMENT, YES,

15    I WOULD THINK IT WOULD HOLD BACK THE CEMENT

16    THAT -- FOR A PERIOD OF TIME.

17          Q.     RIGHT.  SUCH AS?

18          A.     USUALLY IT'S HOURS OR DAYS AT

19    THE MOST.

20          Q.     NOW, YOU MENTIONED EARLIER THAT

21    IT WAS NOT A MECHANICAL BARRIER TO

22    HYDROCARBON FLOW, AND WHEN SOMEONE PRESSED

23    YOU, YOU MENTIONED, WELL, IT MAY DETER SUCH

24    FLOW.  DO YOU REMEMBER TESTIFYING TO THAT?

25          A.     I THINK I MADE THAT COMMENT.
```

Page 145

```
 1        Q.       DID I UNDERSTAND CORRECTLY, WHAT
 2   YOU'RE SAYING IS THAT AS OPPOSED TO AN OPEN
 3   CONDUIT, A CLOSED VALVE WOULD BE A DETERRENT
 4   TO GAS FLOW?
 5        A.       YEAH.   YOU CLOSE IT DOWN.   IT
 6   PROVIDED GOOD SEALING CAPABILITY.   IT WAS NOT
 7   TOTALLY LEAK PROOF.
 8        Q.       THAT'S RIGHT.   AND WEATHERFORD,
 9   FROM WHAT YOU COULD TELL -- STRIKE THAT.
10              DID YOU REVIEW ANY WEATHERFORD
11   PRODUCT LITERATURE ON THESE FLOAT COLLARS?
12        A.       YES.
13        Q.       DID YOU SEE ANY REPRESENTATION
14   FROM WEATHERFORD THAT THAT FLOAT COLLAR WAS
15   DESIGNED AND MANUFACTURED FOR THE PURPOSE OF
16   BEING A BARRIER TO HYDROCARBON FLOW?
17        A.       NOT TO MY KNOWLEDGE --
18        Q.       DID YOU SEE --
19        A.       -- OR RECOLLECTION.
20        Q.       DID YOU SEE A REPRESENTATION
21   FROM WEATHERFORD THAT THE FLOAT COLLAR WAS
22   DESIGNED AND MANUFACTURED TO MEET THE
23   PERFORMANCE CRITERIA OF API RP 10F?
24        A.       YES.
25        Q.       AND IF THAT PARTICULAR FLOAT
```



**GAUDET KAISER, L.L.C.**

601 Poydras Street, Suite 1720          New Orleans, Louisiana 70130
Phone: (504) 525-9100                      Fax: (504) 525-9109

BOARD-CERTIFIED COURT REPORTERS & LITIGATION SUPPORT

RECEIVED

AUG 24 2011

## WITNESS CERTIFICATE

I, **KENNETH YOUNG** , have read or have had the foregoing testimony read to me and hereby certify that it is a true and correct transcription of my testimony, with the exception of any attached corrections or changes.

_7/27/2011_                                    _Kenneth Young_

(Date  Signed)                             (Signature)


_✗_  Signed with corrections as attached.

_____  Signed with no corrections noted.

11745 Bricksome Avenue, Suite A-4          PHONE   (225) 291-3411
Baton Rouge, Louisiana 70816              FAX       (225) 291-7990

263 W. Causeway Approach                  PHONE   (504) 525-9100
Mandeville, Louisiana 70448               FAX       (504) 525-9109

Website: www.gaudetkaiser.com            ALT. EMAIL:
                                          Gkp2003@aol.com  &  gkp@gaudetkaiser.com

# GAUDET KAISER, L.L.C.

601 Poydras Street, Suite 1720     New Orleans, Louisiana 70130
Phone: (504) 525-9100     Fax: (504) 525-9109

### BOARD-CERTIFIED COURT REPORTERS & LITIGATION SUPPORT

**WITNESS NAME:  KENNETH YOUNG**

**DATE TAKEN:  June 2, 2011**

**IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010**

## CORRECTIONS:

PAGE: 12 LINE: 24 CHANGE: 10,000 or some designs even higher

PAGE: 23 LINE: 14 CHANGE: I did the testing of the

PAGE: 23 LINE: 16 CHANGE: to the - early on relative to the wellhead, as I was

PAGE: 28 LINE: 18 CHANGE: It is basically a flapper valve on

PAGE: 28 LINE: 20 CHANGE: the upward movement of the cement during

PAGE: 29 LINE: 17 CHANGE: drag force to shear out the pins

PAGE: 30 LINE: 16 CHANGE: and it did convert

PAGE: 33 LINE: 1 CHANGE: get damaged. We tested it at 5000. We

PAGE: 33 LINE: 25 CHANGE: nothing to force the tube to shear out.

PAGE: 36 LINE: 1 CHANGE: casing to permit the flow to come back up

PAGE: 36 LINE: 2 CHANGE: that casing so that you don't have a buoyancy

PAGE: 44 LINE: 4 CHANGE: blockage. We're saying the blockage

PAGE: 51 LINE: 7 CHANGE: was any damage. It's prudent to - prudent to inspect

SIGNED: _Kenneth Young_     DATE: 7/27/2011

Website: www.gaudetkaiser.com

ALT. EMAIL:
Gkp2003@aol.com  &  gkp@gaudetkaiser.com

# GAUDET KAISER, L.L.C.

601 Poydras Street, Suite 1720     New Orleans, Louisiana 70130
Phone: (504) 525-9100     Fax: (504) 525-9109

**BOARD-CERTIFIED COURT REPORTERS & LITIGATION SUPPORT**

**WITNESS NAME:  KENNETH YOUNG**

**DATE TAKEN:  June 2, 2011**

**IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010**

## CORRECTIONS:

PAGE: _63_ LINE: _7_ CHANGE: _28th 2010. To Fereidoun Abbassian_

PAGE: _69_ LINE: _8_ CHANGE: _just appeared that they did not._

PAGE: _88_ LINE: _24_ CHANGE: _Mr. Fowler or Mr. Randy Long_

PAGE: _88_ LINE: _25_ CHANGE: _Mr. Long, okay. Are the_

PAGE: _97_ LINE: _11_ CHANGE: _we had was rated for 5000_

PAGE: _111_ LINE: _10_ CHANGE: _and it shattered with that high a concentrated load_

PAGE: _161_ LINE: _2_ CHANGE: _came from Nexen, I think it was - they_

PAGE: ____ LINE: ____ CHANGE: _____

PAGE: ____ LINE: ____ CHANGE: _____

PAGE: ____ LINE: ____ CHANGE: _____

PAGE: ____ LINE: ____ CHANGE: _____

PAGE: ____ LINE: ____ CHANGE: _____

PAGE: ____ LINE: ____ CHANGE: _____

SIGNED: _Kenneth Young_     DATE: _7/27/2011_

Website: www.gaudetkaiser.com

ALT. EMAIL:
Gkp2003@aol.com  &  gkp@gaudetkaiser.com