# EXHIBIT 45

# EXPERT REPORT OF

# JOHN HUGHETT (HALLIBURTON)

# (DEPO EX. 7725)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>Applies to:<br><br>ALL CASES and<br>2:10-cv-02771 | MDL No. 2179<br><br>Section: J<br><br>The Honorable Judge Barbier<br>Mag. Judge Shushan |

# EXPERT REPORT OF JOHN P. HUGHETT, P.E.

7725
Exhibit No. _____
Worldwide Court
Reporters, Inc.

**EXPERT REPORT OF JOHN P. HUGHETT, P.E.**

operations (including that of its providers) are conducted in a safe and responsible manner. On *Deepwater Horizon*, this ultimate authority was exerted on numerous occasion related to the work Halliburton performed.

### (a) BP Ignored Halliburton's Recommendation to Use Twenty-One Centralizers on the Macondo Well

Mr. Guide, BP's Macondo Well Team Leader, ignored Halliburton's recommendation to use twenty-one (21) centralizers on the Macondo Well. Instead, Mr. Guide ordered that BP use only six (6) centralizers believing intuitively that it would work out despite what the cement design software (OptiCem™) model had predicted.

> *Centralization of the casing is of paramount importance to successful zonal isolation. Computer simulators are highly recommended for determining the best centralization design for a given application.* [26]

Centralizers are used on a casing string to give uniform clearance between the casing and the walls of the hole to ensure the entire void is filled with cement. In order to isolate permeable hydrocarbon bearing zones, the casing placement must be optimized.

Cement does not simply and completely fill the space between the casing and the hole wall. The cement will flow through the path of least resistance. If the casing string is not centered, there will be one side that is much further away from the hole wall. Cement will naturally flow through this larger passage than the smaller passage on the opposite side of the casing string. To avoid uneven cement flow, centralizers are used to position the casing string closer to the center of the drilled hole.

In situations, where the casing string is not centralized, cement will not surround the casing string creating a channel filled with drilling mud and other fluids. It is most desired that the cement completely fill the space between the casing and the hole walls. The term "Standoff" is used to

---

[26] API RP 65-2, Isolating Potential Flow Zones During Well Construction, First Edition, May 2010, p. 24 (BP-HZN-2179MDL00380187).

**EXPERT REPORT OF JOHN P. HUGHETT, P.E.**

and confirm a successful cement job before proceeding with operations;

- BP did not utilize Weatherford's centralizers, despite Halliburton's recommendations;
- BP ignored the Halliburton OptiCem™ model, and the warning of a "severe" risk of gas flow reported by Halliburton;
- BP did not utilize the Sperry mud logger's active pit system during displacement; and
- BP failed to follow Weatherford's guidance on converting the float collar.

BP, like most for-profit businesses, watches cost closely. In order to do this, BP has had an efficiency program in the past known as "Every Dollar Counts."[51] This program, introduced in 2008, allowed the company to evaluate cost-saving ideas no matter how small. Inherently there is nothing wrong with cost-saving incentives but when they do not fully encompass performance and only consider the financial saving then they are a detriment to the company. This program was put in place by Tony Hayward the then CEO of BP. Programs such as Every Dollar Counts define BP as a company -- one that is more constantly focused on the expenses and profit.

## V. Stop Work Authority

Most service company contracts and drilling contracts have what is referred to as a stop work clause. The purpose of the clause is to allow a service company to be able to cease work if there is a clear safety risk. Generally, a clear safety risk is construed to be a safety risk that is life-threatening or could be life-threatening. Almost exclusively, stop work authority is utilized in the context of personal safety. For example, it is customary for a worker to exercise his authority to stop an activity if it is apparent that a physical injury is imminent. Further, for example, personnel might exercise stop work authority if rig personnel were about to get hit by a crane, or a crew member was at immediate risk of severing his hand on machinery. Stop work authority is not utilized in the industry by providers to predict loss of

---

[51] Depo. Ex. 5353, Slides from GoM Town Hall, Sept. 23, 2009, p. 8 (BP-HZN-271e MDL0e11 8 575); Guide 5/9/11 Depo. Tr. at 396:3 - 399:11.

28

**EXPERT REPORT OF JOHN P. HUGHETT, P.E.**

well control, because providers are rarely, if ever, in a position to forecast such an event -- particularly with their limited information regarding well operations.

Even in the context of imminent personal safety issues, it is customary for service companies with significant concerns to have discussions with the operator to address a safety issue. Anything beyond these discussions with the operator is typically not feasible or welcome by the operator -- particularly because the operations are those of the operator and not the service company. When a service company stops work at a well site, it has negative financial consequences for the operator and service companies recognize this.

## VI.   Transocean Also Contributed to the Blowout

Transocean, in its unique position as a drilling contractor, also contributed to the blowout. The *Deepwater Horizon* was a very sophisticated drilling rig that utilized a state-of-art well monitoring system. As owner of the *Deepwater Horizon* rig, one of Transocean's primary duties is well monitoring. Well monitoring consists of monitoring fluids in the well. A "kick" is indicated when the returns from the well <u>are greater than</u> the volume of the fluids being pumped into the well. "Lost Circulation" is indicated when fluids returned from the well <u>are less than</u> the fluids being pumped into the well.

On the evening of April 20, 2010, Transocean failed to properly monitor the Macondo well. For example, Transocean was aware of the anomalies in the negative pressure tests and failed to take immediate corrective action. Instead, Transocean's toolpusher Mr. Anderson and driller Mr. Revette concocted a "Bladder Effect" excuse to explain away the abnormal results of the negative pressure test. BP's Company Man, Mr. Kaluza, improperly accepted this explanation.[52] There is no accepted industry or scientific definition for "Bladder Effect." The pressure on the drill pipe should have been zero with no flow on the kill line. Instead, during the negative pressure test, the drill pipe had positive pressure. This should have alerted Transocean that there was a well control event occurring and it should

---

[52] Depo. Ex. 3577, Kaluza's hand-written notes (BP HZN-MBI00172324).

29

have taken immediate action. At this point in time, the well could have been controlled.

Additionally, at 9:30 PM Transocean identified a well control issue presumed to be a kick. Transocean personnel are trained to immediately shut in the well and then investigate the issue. On the evening of the blowout, however, when mud and gas began shooting up through the derrick, Transocean should have immediately activated the emergency disconnect system (EDS). The emergency situation required decisive action but confusion over authority resulted in a 12-13 minute delay in action.[53] Decisive action would have allowed the *Deepwater Horizon* to disconnect from the Macondo well and may have prevented the sinking of the *Deepwater Horizon*.

Furthermore, Transocean did not follow its own maintenance schedule and required procedures regarding equipment repair. Transocean failed to follow the testing and maintenance guidelines specified in 30 CFR § 250 and API RP 53. For example, in September 2009, as a result of a BP audit, Transocean was made aware of three hundred ninety (390) maintenance issues on the *Deepwater Horizon* that required its attention.[54] Generally, an audit with over one hundred (100) items is considered poor. Of these items, thirty-one (31) were related to the well control equipment. At the time of the blowout, Transocean had not fully addressed the items in the report. This is consistent with Transocean's practice of "run-it-until-it-breaks" described below:

> *When the piece of equipment fails, we replace it or make repairs to it.* [55]

---

[53] Williams 7/20/11 Depo. Tr. at 80:17-81:25.

[54] Deepwater Horizon Follow Up Rig Audit, Marine Assurance Audit and Out of Service Period September 2009 p. 2 & 11 (BP-HZN-MBI00136212 & 6221).

[55] M. Hay 6/29/11 Depo. Tr. at 120:18-19.

30

**EXPERT REPORT OF JOHN P. HUGHETT, P.E.**

## VII. BP Set Up Macondo to Fail By Not Allowing the Shoe Track Cement to Properly Set

It is almost certain that sufficient differential pressure was applied to the wiper plug during the cement curing process to move the plug inside the long string casing. Movement of the plug was likely up the hole, but pressures generated by rig operations, including the positive pressure test, would have tended to push the plug back down. Nevertheless, the cyclical movement of the wiper plug in the long string production casing likely extended the setting time of the cement and thus extended the wait-on-cement time. This delay of shoe track cement setting, prior to the initiation of the negative pressure tests, was detrimental.

### A. BP's Failure to Convert the Float Collar Allowed Flow Back Up the Casing



U-Tubing is a situation that occurs after pumping cement in a well. Cementing the well involved pumping cement down the casing string through the shoe (bottom of the casing). The cement then begins filling up the wellbore annulus rising toward the surface. See Figure 6 below illustrating the cement flowing up the wellbore annulus around the casing. Because the cement weighs more than the drilling fluid in the well, once pumping stops, the system wants to seek equilibrium. This seeking of equilibrium is known as

*Figure 6 – Cement Lift Pressure / U-Tube*

31

U-Tubing. This causes the cement to rise in the casing and fall in the annular space. Float equipment valves are designed to stop this flow.

To keep the cement in the proper position and prevent it from U-Tubing, it is necessary to have a device serve as a check valve to prevent the cement from reentering the casing. These devices are called float equipment and may consist of a float collar or a float shoe. In most wells both are run. Due to the likelihood that the flow path for the blowout was up the casing, it is very unlikely that BP properly converted the Macondo well float collar.

BP purchased a Weatherford M45AP float collar as shown below in Figure 7.



Figure 7 – Weatherford float collar used by BP in the Macondo well

This is an auto-fill type float collar. Auto-fill means that the check valve feature of the collar is held open while running in the hole to automatically fill up the casing. This is to prevent increasing the pressure on the formations to be cemented.

Once the casing is successfully at the bottom of the well, then the float collar must be converted so that it will act as a check valve. The conversion method recommended by Weatherford is to circulate fluid at a rate of 5-7 barrels per minute with pump pressures of 400 to 700 pounds per square inch (PSI). This pressure pushes the auto-fill tube out of the float collar allowing the two aluminum flapper valves to close. Once this conversion is accomplished, the well is circulated and then cemented.

**EXPERT REPORT OF JOHN P. HUGHETT, P.E.**

At Macondo, once BP had the casing shoe located at 18,304 feet they were ready to convert the float collar. BP's Mr. Kaluza was BP's well site leader at the time float conversion was attempted. When Mr. Kaluza attempted to circulate the well he could not. There was an obstruction somewhere in the lower part of the casing, most likely in the reamer shoe. It required nine (9) attempts before circulation was established.[56]

In step with the Weatherford recommended procedure to convert the flow collar, BP's Mr. Morel distributed on April 15, 2010, conversion guidance to BP's well site leaders. Mr. Morel recommended circulating at 8 barrels per minute with approximately 500 to 700 pounds per square inch (PSI) of pressure:

> *Continue to circulate and slowly increase pump rates greater than 8 bpm to convert the float equipment (~500-700 psi) per Weatherford recommendation* [57]

BP, however, paid little attention to Mr. Morel's or Weatherford's recommended conversion process. In his interview with the BP investigating team, BP's well site leader, Mr. Kaluza, indicated that he was given authority to go to 3,000 pound of pressure -- much higher than the recommended 500 to 700 PSI of pressure. Mr. Kaluza actually reached 3,124 PSI.

> *To shear out we had to gradually ramp up - I called town as I wasn't sure how high to go (Weatherford said 7-800 psi). I called 2 times and spoke to John Guide- Got the OK to go higher went to 3000 then sheared out at 3,124 psi.* [58]

---

[56] BP DIMS Daily Operations Report dated April 19, 2010, pp. 3-4 (BP-HZN-2179MDL00004014-4015).

[57] Depo. Ex. 4513, Well Forward Plan E-Mail containing Production Casing Operations, dated April 15, 2010 (BP-HZN-MBI00127537).

[58] Depo. Ex. 3570, Bob Kaluza Interview - Wednesday 28th April 2010 (BP-HZN-BLY00083876).

33

**EXPERT REPORT OF JOHN P. HUGHETT, P.E.**

In fact, the Weatherford guidelines prior to conversion limit pressure to 1,300 PSI to protect the mechanisms in the float collar. Weatherford rates the M45AP float collar for a back pressure of 6,500 PSI.

The various Macondo casing strings contained numerous float collars at different depths. BP did not see indications the float conversion occurred on either the 13 5/8 inch liner or 11 7/8 inch liner. Similarly, BP did not mention float conversion on the 9 7/8 inch drilling liner. It may be this history of indifference to conversion that led the BP Macondo well team to be complacent about float conversions. The long string float collar conversion is the most important in the well due to the impending negative pressure test and displacement of the well with seawater prior to temporary abandonment.

Once BP established circulation after nine (9) attempts, it never circulated at a rate higher than 4.3 barrels per minute – far less than the BP recommended eight (8) barrels per minute. If the float collars had not already been converted, this circulation rate was too low to convert.

It is highly unlikely that the float collar was ever converted due to the likelihood that the flow path for the blowout was up the casing. In fact, during the nine (9) extremely high-pressure attempts to establish flow, BP's Mr. Kaluza may have forced the ball in the float collar all the way through auto-fill tube. But, regardless of whether or not the ball blew out of the auto-fill tube, the mere failure to convert would prevent the float collar from sealing. This would have left the flapper valves in the float collar wide open and created a direct path for cement back up the casing. See Figure 8 below.

34

**EXPERT REPORT OF JOHN P. HUGHETT, P.E.**



*Figure 8 – Weatherford M45AP Float Collar illustrating flow path up auto-fill tube with and without the ball.*

## B. BP Failed to Refrain From Activities That Would Disturb the Cement During the Cement Setting Time

On April 19, 2010, at 7:30 PM the cement job on the Macondo well commenced and cement was placed as per the cement design of BP. At just past midnight, at 12:36 AM on April 20, 2010, the cement job was complete. Over the next sixteen (16) hours leading up the negative pressure test, BP continued a series of activities on the Macondo well that varied the differential pressure acting on the top wiper plug. These activities almost certainly moved the wiper plug during this critical cement curing time.

The wiper plugs used on the Macondo well had a composite core and polyurethane fins, and the plugs were designed to seal against the walls of

35