# EXHIBIT 47

# DEPOSITION TRANSCRIPT OF

# GREG MCCORMACK

Page 1

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2
 3   IN RE:  OIL SPILL       )  MDL NO. 2179
     BY THE OIL RIG          )
 4   "DEEPWATER HORIZON" IN  )  SECTION "J"
     THE GULF OF MEXICO, ON  )
 5   APRIL 20, 2010          )  JUDGE BARBIER
                             )  MAG. JUDGE SHUSHAN
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20           Deposition of GREGORY MCNIEL
21   MCCORMACK, taken at Pan-American Building,
22   601 Poydras Street, 11th Floor, New Orleans,
23   Louisiana, 70130, on the 16th day of
24   December, 2011.
25
```

PURSUANT TO CONFIDENTIALITY ORDER

Electronically signed by Phyllis Waltz (001-286-766-3805)                                                c5a55f31-cd77-4913-aa85-c66c0ae8615b

 1   control device, fair enough?
 2        A.    You -- you've read it correctly.
 3        Q.    And you haven't done any
 4   testing, scientific analysis, or engineering
 5   analysis of any sort to determine whether or
 6   not a converted float collar can be a barrier
 7   to hydrocarbon flow, correct?
 8        A.    I have not seen any testing
 9   whatsoever that the float collar, the float
10   valves are a barrier to hydrocarbons.
11        Q.    And a little bit down further on
12   Page 23 of your report, there's an inset
13   paragraph from API RP 65, and the last
14   sentence in that inset paragraph says,
15   "Standard float equipment is not designed to
16   provide a gas-tight seal."
17              Do you see that?
18        A.    I do.
19        Q.    Are you aware as to whether or
20   not that statement was in API RP 65 at the
21   time of the Macondo blowout?
22        A.    The RP 65 that I looked at
23   was -- had not been published at that date,
24   but as you so accurately stated before, this
25   is memorializing standards and practices that

```
 1   have been in the industry, they're proven
 2   standards and practices in the industry.  So
 3   the industry would have been following these
 4   standards and practices long before it was
 5   published.
 6        Q.   And this statement was not in
 7   the prior version of APR -- API RP 65 that
 8   was in existence at the time of the Macondo
 9   blowout, correct?
10        A.   Could you show me the
11   previous --
12        Q.   I certainly can.  If you will
13   turn to tab 10.
14        A.   Yes.
15        Q.   And the page we're looking for
16   is Page 25 in the top right corner.  And is
17   the second paragraph under Section 4.4.3,
18   entitled "Flow Equipment."  The last sentence
19   in this version of API RP 65 ends with the
20   sentence ending in "float equipment valve
21   designs."
22             Do you see that?
23        A.   I do.
24        Q.   And you see that in your expert
25   report the API version that you cited
```

1   flow-back from the well, correct?
2         A.     That is correct.
3         Q.     The coat -- if the float collar,
4   for example, did not convert and there is a
5   very low differential pressure between the
6   annulus and the interior long string
7   production casing, you won't have flow-back,
8   correct?
9         A.     That is also correct.
10        Q.     Flipping back to Page 23 of your
11  report.  And, again, this is the -- the inset
12  from API RP 65.  That last sentence says,
13  "Standard float equipment is not designed to
14  provide a gas-tight seal."
15               I noticed you bolded that
16  statement.  Why did you bold that statement?
17        A.     Well, it's not designed to
18  provide a gas-tight seal.  And the material
19  that we're looking at at the base of the
20  Macondo well is as close to gas as you're
21  probably going to get.  It has a -- an API
22  gravity of about 75 degrees API, and gasoline
23  is about 35 degrees API.  So it is lighter
24  than gasoline.
25        Q.     You're not suggesting that gas

1    analysis to determine that?
2         A.    I have not done any analysis.
3         Q.    If you'll turn to Page 24 of
4    your report.  You -- here you have some
5    discussion comparing the -- the BOP to the
6    float collar as far as whether or not the
7    float collar is a -- is a -- a well control
8    device.  And in the -- let's see, the third
9    full paragraph there you write -- about
10   midway through the paragraph, "Downhole, at
11   reservoir temperature and pressure, the
12   hydrocarbons in the Macondo Well had an API
13   gravity of approximately 75 degrees API, due
14   to the volume effect."
15              Did I read that correctly?
16        A.    You did.
17        Q.    My understanding, though, is
18   that API gravity is, by definition,
19   determined at stock tank conditions; is that
20   right?
21        A.    When -- when you measure for
22   measurement purposes it is at 60 degrees and
23   atmospheric pressure.  In this case because
24   of the temperature, pressure, and the amount
25   of gas contained in it, the apparent API

PURSUANT TO CONFIDENTIALITY ORDER

Electronically signed by Phyllis Waltz (001-286-766-3805)                                      c5a55f31-cd77-4913-aa85-c66c0ae8615b

1  degrees would be 75.  It's got a 2.14 volume
2  effect at reservoir temperature and pressure.
3  At stock temperatures it's 35 degrees API.
4        Q.    Okay.  So you simply -- you
5  simply multiplied the -- the API, the
6  35 degrees, or something close to that, but
7  2.14, is that how you came up with the
8  number?
9        A.    Well, if the volume is 2.14,
10 then the density is less by 2.14.  So that's
11 one way to calculate it.
12       Q.    Is that how you calculated it?
13       A.    Yes, it's the simplest way to
14 calculate it.
15       Q.    Okay.  And the API gravity is
16 how heavy or light a petroleum or liquid as
17 compared to water, correct?
18       A.    That's correct.
19       Q.    And then you write in the next
20 paragraph, "The hydrocarbons in the Macondo
21 Well were very light, with a density
22 approaching the density of gas, and therefore
23 capable of passing through extremely small
24 openings."
25             When -- what gas were you using

PURSUANT TO CONFIDENTIALITY ORDER

Electronically signed by Phyllis Waltz (001-286-766-3805)                                    c5a55f31-cd77-4913-aa85-c66c0ae8615b

1   there when you say it approaches the density
2   of gas?
3         A.    You can't compare API gravity
4   and the density of gas because gas doesn't
5   have an API gravity.  But I looked at the
6   next hydrocarbon that said liquid at normal
7   temperatures and pressures, which is pentane,
8   and pentane's a little over a hundred -- I
9   forget the exact number, but it's approaching
10  that.  It's closer to that than it is to
11  water.
12        Q.    And what conditions were you
13  considering that pentane?
14        A.    That -- the only data that I had
15  was normal temperature and pressure.
16        Q.    When you say "normal," you mean
17  stock tank, 60 degrees and atmospheric?
18        A.    That's correct.
19        Q.    Okay.  Do you recall what the --
20  what the density of the fluid at the -- at
21  bottom hole conditions was on the Macondo
22  well?
23        A.    The density of the drilling mud?
24        Q.    No, of the -- of the
25  hydrocarbons.