# EXHIBIT 48

# DEPOSITION TRANSCRIPT OF

# ADAM BOURGOYNE

Page 1

```
 1                UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
 2
 3      IN RE:  OIL SPILL          )  MDL NO. 2179
        BY THE OIL RIG             )
 4      "DEEPWATER HORIZON" IN     )  SECTION "J"
        THE GULF OF MEXICO, ON     )
 5      APRIL 20, 2010             )  JUDGE BARBIER
                                   )  MAG. JUDGE SHUSHAN
 6
 7
 8
 9
10
11
12
13
14
15
16
17                    ***************
                       VOLUME 2 of 2
18                    ***************
19
20
                  Deposition of ADAM THEODORE
21      BOURGOYNE, JR., Ph.D., P.E., taken at
        Pan-American Building, 601 Poydras Street, 11th
22      Floor, New Orleans, Louisiana, 70130, on December
        22, 2011.
23
24
25
```

PURSUANT TO CONFIDENTIALITY ORDER

```
 1                    Objection, asked and answered.
 2            A.      In this displacement procedure, no.
 3      EXAMINATION BY MR. FUNDERBURK:
 4            Q.      Thank you, Doctor.  I have no
 5      further questions.
 6                 THE VIDEOGRAPHER:
 7                    We're off the record at 4:03, end
 8      Tape 13.
 9                    (Short recess.)
10                 THE VIDEOGRAPHER:
11                    We're on the record at 4:10, start
12      Tape 14.
13                              EXAMINATION
14      BY MR. BALART:
15            Q.      Good afternoon, Dr. Bourgoyne.  My
16      name Etienne Balart, and I represent Weatherford,
17      along with my associate Lauren Mastio.  I only
18      have a few minutes here, so I obviously will be
19      brief.
20                    I want to talk for a few minutes
21      about what you're not offering an expert opinion
22      on.  You've been asked a lot of questions over
23      the last day and a half, but am I correct that
24      you are not going to offer an expert opinion on
25      the design of Weatherford float collar?
```

Page 348

```
 1            A.    That's correct.
 2            Q.    And you're not going to offer an
 3     expert opinion on the manufacturing of the
 4     Weatherford float collar?
 5            A.    That's correct.
 6            Q.    And you have no intention to offer
 7     an expert opinion on whether the design and
 8     manufacture of the Weatherford float collar meets
 9     industry standards?
10            A.    That's correct.
11            Q.    Okay.  And you're not offering
12     expert -- you are not offering an expert opinion
13     on whether the float collar in this case actually
14     converted?
15            A.    That's correct.
16            Q.    Okay.  But you did note yesterday
17     that you have reviewed the Stress Engineering
18     testing, correct?
19            A.    Yes.
20            Q.    And based on your review of that
21     testing, particularly the Stress testing for BP,
22     you indicate that there's at least some
23     scientific indication that they got to -- that
24     indicates that the float collar did indeed
25     convert during that pressure surge event?
```

Page 349

```
 1             A.      Yes, that's correct.
 2             Q.      Okay.  And am I correct that you did
 3     not do any scientific analysis of whether a
 4     converted float collar can hold back or be a
 5     barrier to hydrocarbons?
 6             A.      I did not.
 7             Q.      Okay.  Did you review the
 8     Weatherford tech unit for the float collar in
 9     this -- that was run in the Macondo well?
10             A.      The Weatherford what?
11             Q.      Technical unit.
12             A.      It's -- it's a -- a written
13     description of -- of how to run it and that sort
14     of thing?
15             Q.      It's actually a sort of a written
16     description of the product itself.
17             A.      I may have seen parts of it, but no,
18     I don't recall seeing the whole document.
19             Q.      Okay.  And do you recall reviewing
20     any other product literature regarding the
21     Weatherford float collar that was run in the
22     Macondo well?
23             A.      You know, I may have gotten on your
24     Web site to kind of get a better picture, but,
25     you know, just sort of a general review to
```

Page 350

```
 1    understand how -- what it looked like.  But, you
 2    know, I primarily relied on the Stress
 3    Engineering reports, which were fairly complete.
 4          Q.    Okay.  Halliburton's counsel
 5    yesterday asked you a series of questions
 6    regarding the float collar and it being a barrier
 7    to hydrocarbon flow.
 8                Do you recall that?
 9          A.    Yes.
10          Q.    Okay.  Are you aware of any industry
11    standards or testing that requires float collars
12    and the valves within them to provide a gas-tight
13    seal?
14          A.    I'm not.
15          Q.    Okay.  Yesterday Halliburton's
16    counsel asked you whether a converted float
17    collar would have prevented the blowout.
18                Do you recall that?
19          A.    No.
20          Q.    Okay.  Well --
21          A.    I'm sorry.
22          Q.    I know yesterday was -- yesterday
23    was -- was lengthy.
24          A.    Yeah.
25          Q.    In your -- in your report, in
```

Page 351

```
 1      particular in the rebuttal report, you state that
 2      the float collar is generally not regarded as
 3      being reliable enough to consider it a barrier to
 4      hydrocarbons, correct?
 5              A.      Right.  That -- that would be my
 6      opinion.
 7              Q.      Okay.  And is that your opinion of
 8      how the oil and gas industry views float collars?
 9              A.      That's my general understanding.
10              Q.      Okay.  And if you, Dr. Bourgoyne,
11      were using a float collar on a well, you would
12      not rely on it as a barrier to hydrocarbon flow,
13      would you?
14              A.      I would not.
15              Q.      Okay.  Likewise -- well, strike
16      that.
17                      Have you seen any evidence in this
18      case that BP relied on the float collar to be a
19      barrier to hydrocarbon flow?
20              A.      No.
21              Q.      Have you seen any evidence in this
22      case that Transocean relied on the float collar
23      to be a barrier to hydrocarbon flow?
24              A.      No.
25              Q.      Okay.  Are you familiar with -- with
```

Page 352

```
 1     API RP 10F?
 2          A.    Not -- I may have seen it at one
 3     time, but I didn't study it as part of this case.
 4          Q.    Could -- do you understand -- and --
 5     and I've got a copy for you, if you want.  And I
 6     don't want to belabor the point, Doctor, but what
 7     I've handed you is a copy of Recommended Practice
 8     For Performance Testing of Cementing Float
 9     Equipment.  And that's 10F, Third Edition,
10     April 2002.
11          A.    Okay.
12          Q.    Does this sort of refresh your
13     recollection as to what this particular API RP
14     is?
15          A.    I don't -- you know, I don't
16     recognize it.
17          Q.    Okay.  You're not familiar with
18     whether or not this is the criteria by which
19     float equipment is performance tested by
20     manufacturers?
21          A.    I guess I had never gotten into
22     that.
23          Q.    Okay.  Under this criteria, float
24     collars are rated and tested with drilling mud
25     weighted between 12.0 ppg and 12.5 ppg.  And
```

1      that's at Section 4.2, if you could turn to that.
2           A.      12.1 --
3           MR. BALART:
4                Do you want a copy, Mike?
5           A.      -- 2, circulating test fluid?
6      EXAMINATION BY MR. BALART:
7           Q.      Yeah.  What -- what does -- what
8      does the API identify as a circulating test
9      fluid?
10          A.      Should be a water-based drilling
11     fluid that has the following properties at
12     120 degrees F, density between 12 to 12.5 pounds
13     per gallon, plastic viscosity 10 to 50
14     centipoise, yield .5 to 25 pounds per 100 square
15     foot, gel strength greater than 4 pounds per 100
16     square foot, sand content at 2 to 4 percent.
17          Q.      The circulating test fluid that you
18     just described that's in API RP 10F, that -- that
19     test fluid has significantly different physical
20     properties than the hydrocarbons that were
21     present in the Macondo well; is that correct?
22          A.      Than the synthetic oil-based fluid
23     or the -- the hydrocarbons that flowed from the
24     well?
25          Q.      The actual hydrocarbons that flowed

Page 354

```
 1      from the well.
 2           A.     Oh, yeah.
 3           Q.     Okay.
 4           A.     Great -- greatly different.
 5           Q.     Okay.  And so if the float collar's
 6      valves are rated against this circulating test
 7      fluid identified in API RP 10F, obviously it's
 8      not -- you're not rating and testing the float
 9      collar against the kind of hydrocarbons that were
10      present in the Macondo well?
11           A.     Lower density, lower viscosity,
12      hydrocarbons versus water based, lots of
13      differences, yes.
14           Q.     Thank you.
15                  And yesterday Halliburton's counsel
16      was asking you about the concept of differential
17      pressures.  Do you recall that?
18           A.     Yes.
19           Q.     Okay.  And he was asking you about
20      differential pressures that the float collar
21      could withstand and not withstand.  Do you
22      remember that?
23           A.     I -- I don't remember too much about
24      it, but . . .
25           Q.     Vaguely, maybe?
```

PURSUANT TO CONFIDENTIALITY ORDER

Electronically signed by Rene Moarefi (401-392-745-8300)                                                   ca2bd051-34a2-4679-bc7a-5a3edaafc882

```
 1     not going to have a high differential across
 2     the -- the check valve at the beginning
 3     irrespective of what the fluid is.
 4          Q.   I'm sorry.  Poor question on my
 5     part.
 6               I guess what I'm trying to -- to
 7     understand is if I have a tool that's rated to
 8     withstand a differential pressure created by
 9     12.0-12.5 drilling mud against a valve, can I
10     rely on that differential pressure rating if
11     what's exerting pressure at the valve is not that
12     12.0 to 12.5 drilling mud?
13          A.   Well, you -- you can't rely on --
14     you know, if you -- if you do a -- a test as to
15     whether or not it leaks with the mud, that
16     doesn't tell you whether or not it's going to
17     leak with the -- with the thin hydrocarbon.
18          Q.   All right.  Thank you.
19               And then let me go ahead and mark
20     10F as Exhibit 8187 to your deposition.
21               (Exhibit No. 8187 marked for
22     identification.)
23     EXAMINATION BY MR. FUNDERBURK:
24          Q.   If you could put this . . .
25          MR. BROCK:
```