# EXHIBIT 49

# ENGINEERING REPORT ON TESTING OF WEATHERFORD M45AP FLOAT COLLAR, STRESS ENGINEERING SERVICES, INC., NOV. 22, 2010

## (DEPO EX. 0198)

EXHIBIT # 198
WIT:




# Engineering Report on Testing of Weatherford M45AP Float Collar

Report PN 1751225

Prepared for:

**BP America Inc.**
**Houston, Texas**

| REV | DATE | DESCRIPTION | ORIGINATOR | REVIEWER | APPROVER |
|---|---|---|---|---|---|
| 0 | 22 Nov 2010 | Final for Distribution | KDY | JRL | N/A |
| Draft B | 17 Nov 2010 | Revised Draft for Review | KDY | JRL | N/A |
| Draft A | 2 Sep 2010 | Draft for Review | KDY | JRL | N/A |

# Engineering Report
# On Testing of
# Weatherford M45AP Float Collar

Prepared for:
BP America Inc.
Houston, Texas

PN 1751225

22 November 2010

Prepared by: _____  Reviewed by: _____
Kenneth Young, PE                    Andreas Katsounas, PE
Staff Consultant                     Principal

Reviewed by: _____  Reviewed by: _____
Jack Miller, PE                      J. Randy Long, PE
Vice President                       Vice President



STRESS ENGINEERING SERVICES INC.

Texas Registered Engineering Firm F-195

BP America Inc.
Engineering Report on Testing of Weatherford M45AP Float Collar

22 November 2010

## Limitations of this Report

The scope of this report is limited to the matters expressly covered. This report is prepared for the sole benefit of BP America Inc. In preparing this report, Stress Engineering Services (SES) has relied on information provided by BP America Inc. and Weatherford International Ltd. Stress Engineering Services has made no independent investigation as to the accuracy or completeness of such information and has assumed that such information was accurate and complete. Further, Stress Engineering Services is not able to direct or control the operation or maintenance of the client's equipment or processes.

All recommendations, findings and conclusions stated in this report are based on facts and circumstances as they existed at the time that this report was prepared. A change in any fact or circumstance on which this report is based may adversely affect the recommendations, findings, and conclusions expressed in this report.

NO IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE SHALL APPLY. STRESS ENGINEERING SERVICES MAKES NO REPRESENTATION OR WARRANTY THAT IMPLEMENTATION OR USE OF THE RECOMMENDATIONS, FINDINGS, OR CONCLUSIONS OF THIS REPORT WILL RESULT IN COMPLIANCE WITH APPLICABLE LAWS OR PERFECT RESULTS.

WFT-MDL-00003372

BP America Inc.
Engineering Report on Testing of Weatherford M45AP Float Collar                     22 November 2010

# Executive Summary

Stress Engineering Services (SES) was contracted by BP America Inc. (BP) to conduct various performance tests on the Weatherford 7" Model M45AP float collar with dual valve seats and an auto-fill tube. The objective of the test program is to evaluate the performance and design limits of various aspects of the float collar and to document its performance under conditions similar (according to information provided to SES) to those downhole in the Macondo well before, during, and after the cementing operation.

## API RP 10F Testing

API RP 10F specifies procedures and parameters for qualification testing of float collars. SES completed flow endurance tests based on API RP 10F on Weatherford float collar SN 29679918-01. Water-base mud was used for all tests in the program. Mud weight for the API tests was 12.0–12.5 ppg. Flow rate, pressures upstream and downstream of the float collar, and fluid temperature were continuously recorded throughout the testing.

The first phase of the API test was to pump mud through the float collar in the reverse direction at a flow rate of 3 bpm (126 gpm) for 6 hours. This test, intended to simulate running the casing in the hole, was completed successfully.

The second phase of the test was to flow normally through the float collar at a sufficient flow rate to convert the auto-fill float collar into a flapper check valve. During this test, the flow rate was incrementally increased to near 2.7 bpm and held steady. At that rate, the upstream pressure was about 136 psi and downstream pressure was 19 psi. Conversion of the float collar was then observed, with three upstream pressure spikes recorded at pressure levels of approximately 450 psi. Immediately after the pressure spikes, the upstream pressure level dropped and became equal with the downstream pressure at near 20 psi, indicating that conversion had occurred.

The last phase of the API tests was flow endurance testing. A sequence of cycles comprising a back-pressure test followed by forward flow for 2 hr at 10 bpm was to be repeated 12 times for a total flow duration of 24 hours. These cycles were completed as specified. The average differential pressure across the float collar during the 24-hr flow test was approximately 13 psi. The pressure decline rate during the 250-psi back-pressure tests increased during the sequence. For the first cycle, the pressure loss was about 6 psi/min; for the twelfth (final) cycle, the pressure loss was about 27 psi/min.

After flow cycling was completed, a final back-pressure test to 5000 psi was performed, with a pressure decline rate of 32 psi/min measured during the 30-minute hold period. The corresponding leakage rate was estimated as 0.8 in$^3$/min. The relatively high pressure decline rate, for both low-pressure and high-pressure tests, can partly be attributed to the comparatively small total fluid volume in the test setup.

Visual inspection of the float collar subsequent to API testing did not reveal any obvious wear. However, the visual inspection is limited since the valves are still encased within the 7" float collar casing. Dimensional inspection of the auto-fill tube and the ball showed that all features met Weatherford's manufacturing drawing requirements.

Stress Engineering Services, Inc.                     Page iv                     Report No.: PN 1751225
                                          Confidential

BP America Inc.
Engineering Report on Testing of Weatherford M45AP Float Collar                                    22 November 2010

## Mechanical Failure Testing

A mechanical loading test was performed to measure loads required to convert the float collar. The float collar shear ring was supported while a downward load was applied directly to the 2" ball. The shear pins supporting the auto-fill tube sheared from the retainer ring with a load of 2420 lb applied to the ball.

A second load test was performed to test the load capacity of the auto-fill tube under conditions where the shear pins might fail to shear. A mechanical load was applied to the 2" ball while the top of the auto-fill tube was restrained from movement. Load was increased until the ball shattered at a load of 7869 lb. The tube remained intact throughout the test. Results indicated that the load capacity of the auto-fill tube is at least three times greater than the capacity of the shear screws. Inspection of the tested parts showed that all parts met the dimensional requirements of the manufacturing drawings.

## Steady-State Conversion Tests

Testing on the second specimen float collar (SN 29679918-02) was similar to the API testing described above except that the flow rates and durations were modified to be more representative of the conditions on the Macondo well. The mud weight was increased to 14.0 ppg. Reverse flow was maintained at a nominal flow rate of 1.5 bpm for 8 hours. A choke was installed downstream of the float collar to provide additional flow resistance to prevent cavitation.

The float collar converted at a flow rate of near 3.8 bpm at a differential pressure of 305 psi. Subsequent to the conversion test, back-pressure tests and forward flow for 4 hours at 4 bpm were completed. Post-test inspection showed that all critical dimensions met Weatherford's manufacturing drawing requirements.

Testing of the third specimen float collar (SN 29679918-03) was similar to the previous conversion test except that the downstream choke was adjusted to provide additional flow resistance and the pump truck setup was modified to allow more precise control of flow rate. The float collar converted at a flow rate of 5.7 bpm with 14.0-ppg mud. Upstream pressure was 1626 psi and downstream pressure was 1105 psi, for a differential pressure of 521 psi. Weatherford's flow conversion equation predicts that, with a flow rate of 5.7 bpm and a mud density of 14.0 ppg, nominal conversion pressure would be 575 psi.

## Flow Surge Conversion Tests

The next test sequence was designed to evaluate whether the float collar will convert when subjected to a surge (rapid increase) in flow resulting from the clearing of a blockage in the flow path. This scenario was simulated by adding a rupture disk downstream of the float collar that would block mud flow until pressure increased sufficiently to rupture the disk at near 3000 psi. Accumulators were also placed upstream and downstream of the float collar to act as a flow source and a sink for the flow surge.

The first flow surge tests were conducted with Weatherford float collar SN 29679918-05 with 14.0-ppg mud at a constant flow rate of about 1.0 bpm. Flow initially accumulated in the upstream accumulator and increased system pressure gradually until the rupture disk fractured. At that instant, the high pressure in the upstream accumulator forced a flow surge through the float collar until the upstream and downstream pressures became equal. The rupture disk fractured at a pressure of approximately 3036 psi, releasing a flow surge that reached a peak flow rate of 10.5 bpm. The float collar was observed to

Stress Engineering Services, Inc.                    Page v                        Report No.: PN 1751225
                                                 Confidential

convert during the flow surge. The differential pressure between above and below the float collar peaked at 196 psi.

A second flow surge conversion test with an Allamon ball on the top of the float collar was conducted on Weatherford float collar SN 29679918-04. All other test parameters remained the same as the previous conversion test. For this specimen, the rupture disk fractured at a pressure of approximately 3210 psi. As before, the float collar converted in the resulting flow surge (peak flow rate of 11.5 bpm). The differential pressure between above and below the float collar peaked at 792 psi.

## Second Flow Surge Tests

Another test series was designed to evaluate the durability of a converted float collar (closed flapper valve and flapper hinge) when subjected to a flow surge event subsequent to conversion (that is, a second flow surge). The test was to be performed with (1) a simulated blockage placed downstream of the float collar and (2) a blockage placed upstream of the float collar.

For the second flow surge test on the converted float collar SN 29679918-05, the rupture disk was placed downstream of the float collar. All other test setup parameters were the same as the conversion test on this specimen. System pressure was gradually increased until the rupture disk fractured at approximately 3297 psi. The peak flow rate and peak differential pressure were 10.8 bpm and 298 psi, respectively.

A second flow surge test was also conducted on the converted float collar SN 29679918-04. For this case, the rupture disk was installed upstream of the float collar. All other test setup parameters were unchanged from the conversion test on this specimen. System pressure was gradually increased until the rupture disk fractured at approximately 2680 psi. Peak flow rate after the disk fractured was 10.6 bpm; differential pressure peaked at 1536 psi.

Visual inspection of the two float collars (SN 29679918-05 and -04) subsequent to all flow surge testing did not reveal any obvious wear or damage. On float collar SN 29679918-05, the O-ring between the shear ring of the auto-fill tube and the upper valve assembly was observed to be slightly protruding into the bore of the valve.

## Summary

Performance tests on five Weatherford M45AP float collars were successfully completed at the SES test facility in Waller, Texas, from 23 July to 20 October 2010. The performance tests consisted of flow endurance tests, steady-state flow conversion tests, flow-surge conversion tests, flow-surge tests on converted float collars, and mechanical failure tests on auto-fill tubes. The flow-surge tests represented the sudden clearance of a blockage in the flow path, such as a blockage at the reamer shoe.

Based on test results, the float collars appear to meet the requirements of API RP 10F for endurance testing. Test results do not indicate any performance conflicts with published Weatherford data for the M45AP float collar. Post-test inspection did not reveal any damage or anomalies that would affect the intended performance of the float collar.

SES found that, for all test scenarios executed in this program, conversion of the float collar occurred.