# EXHIBIT 50

# DEPOSITION TRANSCRIPT OF

# MARK BLY

```
 1            UNITED STATES DISTRICT COURT

 2            EASTERN DISTRICT OF LOUISIANA

 3

 4
     IN RE:  OIL SPILL          MDL NO. 2179
 5   BY THE OIL RIG
     "DEEPWATER HORIZON"        SECTION:  J
 6   IN THE GULF OF
     MEXICO, ON                 JUDGE BARBIER
 7   APRIL 20, 2010             MAG. JUDGE SHUSHAN

 8

 9

10
```

17                         **VOLUME 1**

19         Deposition of **MARK ROBERT BLY**, 501
20   Westlake Park Boulevard, Houston, Texas
21   77210, taken in the Pan American Life
22   Center, Louisiana 70130, reported on
23   Thursday, February 17th, 2011.

**GAUDET, KAISER, L.L.C.**
Board-Certified Court Reporters

```
 1   through all of those media; do you know?
 2        A.    I don't know.  I mean, what we
 3   know is, we've described our conclusions
 4   carefully here to say since it got in, we
 5   know the cement didn't stop it from getting
 6   in.  That's about as well as you can do it.
 7        Q.    I think there was a conclusion
 8   drawn from the data analysis that the
 9   hydrocarbon flow did not occur outside of the
10   casing through the annulus.
11        A.    Yes.
12        Q.    That was the conclusion that
13   y'all were able to make?
14        A.    Yeah, that's right.
15        Q.    Did the report conclude that the
16   float collars were intended either by design
17   or manufacture to act as a barrier to
18   hydrocarbon flow?
19        A.    No.  I don't think it did.  The
20   report concluded that in order to come
21   through the flow path that it did, through
22   the shoe track, it had to -- it meant that
23   the cement in the shoe track must have not
24   prevented the influx and the float collar
25   itself must have, it must have allowed the
```

1  oil to go past it as well.
2       Q.     Okay.  But was there ever any
3  analysis done by BP as part of this effort to
4  determine whether the float collars were ever
5  intended to prevent hydrocarbon flow, a
6  barrier to prevent flow backup through the
7  casing?
8       A.     I don't know if I quite
9  understand the question.  I mean, the float
10 collar --
11      Q.     Let me ask it this way:  At the
12 time that the hydrocarbons began to flow back
13 up through the shoe track and into the well,
14 has BP come to any conclusion as to how many
15 barriers were in place from the mud line down
16 to the rathole to prevent that occurrence?
17      A.     Well, as we said in here -- I
18 can't count barriers with you, what I can
19 tell you is it came through the shoe track,
20 it came through cement that was intended to
21 be there, and a float valve that was intended
22 to be there.
23      Q.     And I think we can agree that
24 the cement is specifically put in the hole to
25 prevent this from happening, that is, a

```
 1   barrier placed into the hole to specifically
 2   prevent hydrocarbon influx backup, either the
 3   annulus or through the casing?
 4        A.    I think that's correct, yeah.
 5        Q.    So if -- do you know whether or
 6   not float collars are ever intended for the
 7   same purpose or are they not there to also
 8   prevent hydrocarbon flow back through the
 9   casing?
10        A.    I don't know if I can describe
11   all of the intended purposes of the float
12   collar.  What I came to understand through
13   the course of the investigation is you pump
14   the cement through it and it stops, the
15   cement is to stop the cement from flowing
16   backwards out of the hole.
17        Q.    All right.  Well, having said
18   that then, is it fair for me to conclude that
19   at least, and I'm only speaking of your
20   knowledge, obviously, that you're not sure or
21   you don't know whether float collars are also
22   intended to act as the cement is intended to
23   act to prevent hydrocarbon flow back through
24   the casing?
25        A.    I don't know if I understand the
```

WITNESS NAME:   Mark Robert Bly

DATE TAKEN:   February 17-18, 2011

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

## GENERAL CORRECTIONS:

| PAGE | LINE | CHANGE |
|---|---|---|
| 14 | 3 | "real" to "very" |
| 28 | 20 | "two" to "three" |
| 28 | 21 | "two" to "three" |
| 28 | 25 | "very near" to "earlier" |
| 38 | 18 | "compromised" to "comprised" |
| 43 | 1-2 | "barrier. Do not" to "barrier did not" |
| 54 | 2-3 | "contract to" to "contractor" |
| 55 | 22 | "rigger" to "rigor" |
| 70 | 15 | "involve" to "involved" |
| 85 | 21 | "what" to "whether this" |
| 85 | 22 | "certainly" to "assert the privilege but" |
| 86 | 7 | "don't think I'll" to "was hoping to" |
| 96 | 10 | "STRANGE" to "STERBCOW" |
| 99 | 11 | "report" to "note" |
| 104 | 15 | "regular" to "remedial" |
| 129 | 21 | "Simms" to "Sims" |
| 129 | 22 | "Simms" to "Sims" |
| 129 | 25 | "Simms" to "Sims" |
| 130 | 18 | "Simms" to "Sims" |
| 131 | 17 | "file" to "final" |
| 132 | 16 | "Moral" to "Morel" |
| 137 | 15 | "management change" to "management of change" |
| 178 | 20 | "he" to "we" |
| 184 | 15 | "image in" to "dimension to" |
| 190 | 24 | "Know" to "As I have said to you sir, I don't know" |
| 224 | 2 | "Objection" to "Objection as to form." |
| 225 | 7 | "or potentially" to "potentially" |
| 226 | 14 | "governments" to "governance" |
| 245 | 16 | "CSV" to "CSB" |
| 251 | 17 | "Simms" to "Sims" |
| 260 | 8 | "instant" to "incident" |
| 284 | 4 | "don't" to "they'll" |
| 289 | 4 | "press understandings" to "precedents to any" |
| 293 | 17 | "EES" to "EDS" |
| 293 | 18 | "share" to "shear" |
| 296 | 6 | "EES" to "EDS" |

SIGNED: _Mark R Bly_   DATE: 4/4/11

RECEIVED APR - 4 2011

WITNESS NAME:   Mark Robert Bly

DATE TAKEN:   February 17-18, 2011

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

| PAGE | LINE | CHANGE |
|---|---|---|
| 305 | 9 | "assistance" to "assurance" |
| 310 | 5 | "Killingray" to "Kellingray" |
| 311 | 7 | "Killingray" to "Kellingray" |
| 314 | 2 | "in the contract" to "with the contractor" |
| 333 | 15 | "knew" to "do believe that" |
| 334 | 3 | "ratch it" to "ratchet" |
| 349 | 18 | "PTL13" to "PTO #17" |
| 349 | 22 | "PTL" to "PTO" |
| 349 | 25 | "objection." to "objection?" |
| 349 | 25 | "PTL17" to "PTO #17" |
| 380 | 14 | "Simms" to "Sims" |
| 381 | 3 | "Simms" to "Sims" |
| 381 | 4 | "Simms" to "Sims" |
| 381 | 8 | "Simms" to "Sims" |
| 466 | 7 | "OMC'd" to "MOC'd" |
| 466 | 9 | "management change" to "management of change" |
| 516 | 24 | "Lynette Bitt" to "Kent Corser" |
| 520 | 12 | "GODFREY" to "GODWIN" |
| 522 | 22 | "specialty" to "specialties" |
| 533 | 14-15 | "analysis in this area" to "nous in cementing sir" |
| 537 | 13 | "day" to "page" |
| 542 | 15 | "wellside" to "well site" |
| 614 | 20 | "Fool" to "Follow" |
| 620 | 13 | "failed failure test" to "failure here" |
| 630 | 3 | "to" to "to form" |
| 636 | 19 | "log" to "law" |
| 655 | 6 | "Maconda" to "Macondo" |
| 663 | 12 | "tiers" to "chairs" |
| 665 | 3 | "into any other" to "and P & A the" |
| 669 | 21 | "about." to "about?" |
| 669 | 24 | "here." to "here?" |
| 670 | 23-24 | "that the guy" to "what they've done" |
| 675 | 24 | "did developing" to "did in developing" |
| 686 | 25 | "Insights" to "insights" |
| 687 | 3 | "Insight" to "Insite" |
| 691 | 5 | "Insight" to "Insite" |
| 691 | 6 | "Insight" to "Insite" |
| 692 | 22 | "relate to -- linkaged" to "related linkage" |

SIGNED: _Mark R Bly_     DATE: 4/4/11

WITNESS NAME:   Mark Robert Bly

DATE TAKEN:   February 17-18, 2011

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

| PAGE | LINE | CHANGE |
|---|---|---|
| 701 | 1 | "formation" to "information" |
| 705 | 7 | "Insight" to "Insite" |
| 705 | 23 | "place" to "it placed" |
| 726 | 25 | "it in town. I -- It's" to "it. In town, I -- it's" |
| 758 | 24 | "just connect it to it" to "disconnect the two" |
| 758 | 25 | "just connect it to it" to "disconnect the two" |
| 787 | 16 | "it" to "at" |
| 789 | 12 | "this discussion" to "these things" |
| 798 | 25 | Strike "MR. GODFREY:" |
| 799 | 1 | "I think a tool." to "-- that's a tool that we use." |
| 799 | 14-15 | "digi-copies" to "particular documents" |
| 801 | 14 | "ALAR" to "ALARP" |
| 801 | 23 | "ALAR" to "ALARP" |
| 802 | 9 | "ALAR" to "ALARP" |
| 807 | 3 | "Nodules" to "Modules" |
| 808 | 19 | "leave" to "lead" |
| 809 | 3 | "Graham" to "Graham McNeillie" |
| 844 | 23 | "Don't" to "I don't" |
| 857 | 25 | "IT" to "IIT" |

SIGNED: _Mark R Bly_   DATE: 4/4/11

**GAUDET KAISER, L.L.C.**

601 Poydras Street, Suite 1720     New Orleans, Louisiana 70130
Phone: (504) 525-9100     Fax: (504) 525-9109

BOARD-CERTIFIED COURT REPORTERS & LITIGATION SUPPORT

## WITNESS CERTIFICATE

I, **MARK ROBERT BLY,** have read or have had the foregoing testimony read to me and hereby certify that it is a true and correct transcription of my testimony, with the exception of any attached corrections or changes.

_4/4/11_
(Date Signed)

_[signature: Mark R Bly]_
(Signature)

✓    Signed with corrections as attached.

___    Signed with no corrections noted.

11745 Bricksome Avenue, Suite A-4
Baton Rouge, Louisiana 70816
263 W. Causeway Approach
Mandeville, Louisiana 70448
Website: www.gaudetkaiser.com

PHONE   (225) 291-3411
FAX       (225) 291-7990
PHONE   (504) 525-9100
FAX       (504) 525-9109
ALT. EMAIL:
Gkp2003@aol.com & gkp@gaudetkaiser.com

**GAUDET KAISER, L.L.C.**
601 Poydras Street, Suite 1720   New Orleans, Louisiana 70130
Phone: (504) 525-9100   Fax: (504) 525-9109

BOARD-CERTIFIED COURT REPORTERS & LITIGATION SUPPORT

## WITNESS CERTIFICATE

I, **MARK ROBERT BLY,** have read or have had the foregoing testimony read to me and hereby certify that it is a true and correct transcription of my testimony, with the exception of any attached corrections or changes.

4/4/11

(Date Signed)   (Signature)

✓ Signed with corrections as attached.

___ Signed with no corrections noted.

11745 Bricksome Avenue, Suite A-4   PHONE (225) 291-3411
Baton Rouge, Louisiana 70816        FAX   (225) 291-7990

263 W. Causeway Approach            PHONE (504) 525-9100
Mandeville, Louisiana 70448         FAX   (504) 525-9109

Website: www.gaudetkaiser.com       ALT. EMAIL:
                                    Gkp2003@aol.com & gkp@gaudetkaiser.com