# EXHIBIT 51

# DEPOSITION TRANSCRIPT OF

# BRETT COCALES

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4
     IN RE:  OIL SPILL            MDL NO. 2179
 5   BY THE OIL RIG
     "DEEPWATER HORIZON"          SECTION:  J
 6   IN THE GULF OF
     MEXICO, ON                   JUDGE BARBIER
 7   APRIL 20, 2010               MAG. JUDGE SHUSHAN

 8

 9

10




16

17                      VOLUME 2

18

19       Deposition of BRETT WILLIAM COCALES,

20   17613 Pine Brook Trail, Cypress, Texas 77429,

21   taken in the Pan American Life Center, Bayou

22   Room 1 and 2, 11th Floor, 601 Poydras Street,

23   New Orleans, Louisiana 70130, reported on

24   Tuesday, April 26th, 2011.

25
```

```
 1         A.     I did not.
 2         Q.     You didn't assist in writing the
 3   well procedure for circulation and cementing
 4   of the long string?
 5         A.     No, I did not.
 6         Q.     You weren't involved in that?
 7         A.     No.
 8         Q.     You mentioned yesterday to
 9   Mr. Sterbcow's questions that you considered
10   a float collar to be a barrier to flow.  Do
11   you remember that?
12         A.     Yes.
13         Q.     A barrier to flow of what?
14         A.     Cement or potentially some
15   fluid, water, oil.
16         Q.     How about gas?
17         A.     I don't know.  I don't -- my
18   understanding is that it would not be a gas,
19   it's not a gas type seal on these valves,
20   that's my understanding.
21         Q.     Do you know whether the --
22   strike that.
23                Who would have been the person
24   with BP that would have been responsible for
25   designing the long string and placing the
```

```
 1  Weatherford float collar in that long string
 2  as part of the design, that is?
 3       A.    That would have been one of the
 4  drilling engineers.
 5       Q.    And do you know whether that
 6  drilling engineer or engineers intended on
 7  that float collar to be a barrier to
 8  hydrocarbon flow?
 9       A.    I do not know.
10       Q.    Have you ever seen anything in
11  your career with BP in writing that states
12  substantive-wise that a float collar is to be
13  considered a barrier to hydrocarbon flow?
14       A.    I have not seen that
15  specifically stated for hydrocarbon flow, no.
16       MR. LEMOINE:
17            Thank you, Brett.  That's all I
18  have.
19       THE VIDEOGRAPHER:
20            Off the record.  It is 6:50.
21            (Whereupon, a brief recess was
22  taken.)
23       THE VIDEOGRAPHER:
24            Returning to the record.  It's
25  6:51.
```

**GAUDET KAISER, L.L.C.**
601 Poydras Street, Suite 1720   New Orleans, Louisiana 70130
Phone: (504) 525-9100   Fax: (504) 525-9109
BOARD-CERTIFIED COURT REPORTERS & LITIGATION SUPPORT



RECEIVED JUN 2 3 2011

## WITNESS CERTIFICATE

I, **BRETT WILLIAM COCALES,** have read or have had the foregoing testimony read to me and hereby certify that it is a true and correct transcription of my testimony, with the exception of any attached corrections or changes.

6/22/11     B.W. Cocales
(Date Signed)     (Signature)

__✓__  Signed with corrections as attached.

_____  Signed with no corrections noted.

11745 Bricksome Avenue, Suite A-4
Baton Rouge, Louisiana 70816
263 W. Causeway Approach
Mandeville, Louisiana 70448
Website: www.gaudetkaiser.com

PHONE (225) 291-3411
FAX   (225) 291-7990
PHONE (504) 525-9100
FAX   (504) 525-9109
ALT. EMAIL:
Gkp2003@aol.com & gkp@gaudetkaiser.com

WITNESS NAME:     Brett William Cocales

DEPOSITION DATES:   April 25-26, 2011

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON, APRIL 20, 2010; MDL 2179.

GENERAL CORRECTIONS:

| PAGE | LINE | CHANGE |
|---|---|---|
| 23 | 19 | "day" to "date" |
| 91 | 12 | "collocated" to "co-located" |
| 157 | 11 | "you" to "he" |
| 157 | 11 | "you said" to — incorrect did not say this |
| 208 | 18 | "prove" to "approve" |
| 230 | 16 | "God's" to "Guide's" |
| 231 | 23 | "without" to "with" |
| 234 | 10 | "different set" to "difference is" |
| 247 | 21 | "flow" to "float" |
| 287 | 7 | "what" to "that" |
| 287 | 20 | "the" to "a" |
| 312 | 23 | "cement" to "it" |
| 354 | 1 | "not" remove "not" |
| 363 | 15 | "DVD" to "TVD" |
| 366 | 8 | "air" to "error" |
| 396 | 23-4 | Because you can't get from a problem with the cement job –loss of circulation on a cement job to a blowout. That doesn't factor in, in my mind. |
| 397 | 1-2 | "I don't know what I'm trying to say" to "what I'm trying to say" |
| 399 | 20 | "efficient" to "as efficient" |
| 428 | 13 | "side" to "site" |
| 461 | 1 | "Anticipatedly" to "Unanticipatedly" |
| 465 | 16 | "Exhibit" to "Tab" |
| 469 | 5 | "an" to "It's not an" |
| 469 | 6 | "yes, that's correct" to "not technically an outside group" |
| 473 | 14 | "Exhibit" to "Tab" |
| 493 | 8 | "ought" to "spot" |
| 493 | 13 | "knock-down" to "knock-on" |
| 513 | 19 | "fracrate" to "frac gradient" |
| 516 | 7 | "flow" to "BizFlow" |
| 517 | 13 | "number. That" to "number that" |

SIGNED: *Brett W. Cocales*     DATE: 6/22/11

WITNESS NAME:     Brett William Cocales

DEPOSITION DATES:   April 25-26, 2011

IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON, APRIL 20, 2010; MDL 2179.

| PAGE | LINE | CHANGE |
|---|---|---|
| 528 | 6 | "some" to "Those weren't |
| 593 | 23 | "notified" to "informed" |
| 625 | 7 | "I have not" to "I don't remember seeing these" |
| 703 | 15 | "know. Preparation." to "know about his preparation." |
| 712 | 20 | "I don't know if I would" to "I would try to clarify any disagreement with him." |
| 720 | 10 | "poor" to "pore" |
| 726 | 10 | "when" to "what" |
| 748 | 13 | "then" to "they" |
| 792 | 25 | "could" to "could be" |
| 798 | 16 | "many" to "much" |
| 800 | 4 | "bowstring" to "bowspring" |
| 800 | 7 | "bowstring" to "bowspring" |
| 800 | 11 | "bowstring" to "bowspring" |
| 800 | 12 | "bowstring" to "bowspring" |
| 809 | 13 | "an" to "an email?" |
| 820 | 13 | "We will" to "Let's" |
| 828 | 18 | "for" to "to" |
| 841 | 2-3 | "I don't know if you have the transcript." to "Well – I don't know– if you have the transcript–" |
| 871 | 8 | "pre-pressure frac rate" to "pore-pressure frac gradient" |
| 877 | 14 | "straight" to "separate" |
| 891 | 4 | "Examination by MS. HERTZ" to "Examination by MR. LANCASTER" |
| 893 | 4-5 | "89 – 189 feet" to "8989 feet" |

SIGNED: _Brett W. Cocales_     DATE: 6/22/11