# EXHIBIT 53

# BP DAILY OPERATIONS REPORT,

# 4/19/10

# (DEPO EX. 1425)

## North America - North America Exploration - BP
### Daily Operations Report - Partners (Completion)

Page 1 of 7

| | | | | | |
|---|---|---|---|---|---|
| Operator: | BP | Event Type: | COM- OFFSHORE | Report: | 5 |
| Well/Wellbore No.: | OCS-G 32306 MC252 #1/01 | Event Objective: | OIL WELL PRODUCER | Date: | 4/19/2010 |
| WB Objective: | NEW DRILL | Well Type: | EXPLORATION | | |
| Site: | MC252 | Job Number: | | | |
| Contractor: | TRANSOCEAN OFFSHORE | Rig: | DEEPWATER HORIZON 87 | | |

### Current Well Status

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Depth MD: | 18,360.00 (ft) | Casing Size: | | | | Rig Accept: | 12:00:00AM 4/15/2010 |
| Est TVD: | 38,296.25 (ft) | Casing(MD): | | | | Rig Release: | |
| Progress: | 0.00 (ft) | Liner Size: | 9.875 (in) | Cest in: | | Spud Date: | 10/6/2009 |
| Auth Depth: | | Liner(MD): | 17,168.00 (ft) | Exchange Rate: | | WX Date: | 3/18/2010 |
| Hole Size: | 9.875 (in) | Liner TOP: | 14,759.00 (ft) | Daily Mud: | 4556 | Water Depth: | 4,992.00 (ft) |
| Elev Ref: | R-K-B @75.00ft (above Mean Sea Level) | | | Cum. Mud: | 76,473 | KB Elev: | 75.00(ft) |
| DOL/DFS/Target: | | Exist Perf Int: | NO | Daily Well: | 853,769.00 | Total Personnel: | 144 |
| Geologist: | BODEK / BONDURANT | | | Cum. Well: | 3,644,930 | Wellbore Max Angle: | 9.94 |
| Engineer: | HAFLE / MOREL / COCALES | | | Est Days: | | | |
| Day WSL: | R. KALUZA | | | Rig. Days: | 147.56 | | |
| Night WSL: | D. VIDRINE, L. LAMBERT( WSLF) | | | | | | |
| Weather: | PARTLY CLOUDY, SEAS 1' - 2', WIND 4-8 KNOTS | | | | | | |
| Current Status: | DISPLACING CEMENT W' 14.0 PPG MUD | | | | | | |
| 24 Hr Summary: | FINISH P/U 7" X 9-7/8" CASING AND RIH ON LANDING STRING, LAND OUT SAME, R/D CSG TOOLS, R/U AND CEMENT CASING STRING | | | | | | |
| 24 Hr Forecast: | FINISH CEMENTING CASING STRING, R/D CEMENT TOOLS, SET SEAL ASSY, POOH W' L/S, P/U CMT STINGER, RIH, DISPLACE RISER, SET CMT PLUG, WOC | | | | | | |
| Update at 06:00: | SEE REMARKS PAGE FOR MIDNIGHT TO 0500 REPORT | | | | | | |
| Comments: | NO ACCIDENTS, NO INCIDENTS, NO DAMAGE TO THE ENVIRONMENT. TOTAL POB = 144, TOI & CATERING = 92, BP = 6, BP 3RD PARTY = 46, TOI 3RD PARTY = 0 | | | | | | |

### HSE and Well Control

| | | | | | |
|---|---|---|---|---|---|
| Days Since Last DAFWC: 2,546 | | All Freq Days: 2,548 (days) | | | |
| Incident Details: | | | | | |
| Last Csg Test Press: | 914.00 (psi) | Number of Dropped Objects: | | Last H2S Drill: | |
| Last BOP Pressure Test: | 4/10/2010 | Last Abandonment Drill: | 4/18/2010 | Last Trip Drill (D1): | |
| Next BOP Press Test: | 4/24/2010 | Last Accum Drill (O4): | | Last Safety Meeting: | 4/19/2010 |
| Last Diverter Drill (D3): | 4/16/2010 | Last Spill Drill: | 5/10/2009 | Last Environmental Incident: | |
| Stop Cards: | 102 | Regulatory Agency Insp: | No | Non-compliance Issued: | No |
| Kick Tolerance: | | Kick Volume: | | | |
| LOT TVD: | 17,158.00 (ft) | BHP: | 14,246.0 (psi) @17,158.00 (ft) | MAASSP: | 0.0 (psi) |
| LOT EMW: | 15.98 (ppg) | Test Pressure: | 1,500.0 (psi) | | |

| No. | Slow Pump Rates (Circ) | | Slow Pump Rates (Choke) | | Slow Pump Rates (Kill) | |
|---|---|---|---|---|---|---|
| | Stroke Rate | Pressure (psi) | Stroke Rate | Pressure (psi) | Stroke Rate | Pressure (psi) |
| | | | No Pump Operations with Slow Pump Rates | | | |

### Performance Measures

| | Stop Cards | SOC | JSEA/TOFS | First Aid | Near Miss |
|---|---|---|---|---|---|
| Today | 102 | | 16 | | |
| Total | 482 | | 102 | | |

### Operational Parameters

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ROP Daily: | | Rotating Weight: | | Daily Bit Hrs: | 0.00 (hr) | Pump Status - Drilling and Riser | | | | |
| ROP Cum: | | Pick Up Wt: | | Daily Sliding Hrs: | 0.00 (hr) | No. | Operation Type | Efficiency (%) | SPM (spm) | Liner Size (in) | Circ. Rate (gpm) |
| WOB (min): | | Slack Off Wt: | | Cum Bit Hrs: | | | | | | | |
| WOB (max): | | Circ Rate Riser: | 0.00 (gpm) | | | | | | | | |
| Min RPM: | | Circ Rate Hole: | 0.00 (gpm) | Ann. Vel. Riser: | | | | | | | |
| RPM DH: | | Circ Off Bottom: | | Ann. Vel. DC: | | | | | | | |
| Torque on Bottom: | | Circ On Bottom: | | Ann. Vel. DP: | | | | | | | |
| Torque off Bottom: | | Jar Hrs since Inspect: | (hr) | | | | | | | | |

EXHIBIT # 1425
WIT: Burgess

4/20/2010   6:27:42AM

## North America - North America Exploration - BP
### Daily Operations Report - Partners (Completion)

Page 2 of 7

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Operator: | BP | | Event Type: | COM- OFFSHORE | | Report: | 5 |
| Well/Wellbore No.: | OCS-G 32306 MC252 #1/01 | | Event Objective: | OIL WELL PRODUCER | | Date: | 4/19/2010 |
| WB Objective: | NEW DRILL | | Well Type: | EXPLORATION | | | |
| Site: | MC252 | | Job Number: | | | | |
| Contractor: | TRANSOCEAN OFFSHORE | | Rig: | DEEPWATER HORIZON 87 | | | |

### Drilling Fluid

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Type: | SYNTHETIC OBM | 10 sec gels: | 14.000 (lbf/100ft²) | Ca: | | ES: | |
| Time: | 21:00 /PIT | 10 min gels: | 23.000 (lbf/100ft²) | K+: | | Solids: | 26.06 (%) |
| Depth: | 18,360.00 (ft) | Fluid Loss: | | CaCl2: | | Oil: | 72.00 (%) |
| FL Temp.: | (°F) | HTHP Temp: | 250.0 (°F) | NaCl: | | Water: | 28.00 (%) |
| Density: | 14.00 (ppg) | HTHP WL: | 2.4 (cc/30min) | Cl-: | | Oil/Water: | |
| Funnel Visc: | 93.00 (s/qt) | Cake: | | Sand: | | Daily Cuttings: | |
| ECD: | | MBT: | | HGS: | 314.30 (lbm/bbl) | Cum Cuttings: | 0.0 (bbl) |
| PV: | 28.00 (cp) | Lime: | | LGS: | 42.09 (lbm/bbl) | Lost Downhole: | |
| YP: | 14.000 (lbf/100ft²) | PM: | | Pf/Mf: | | Lost Surface: | |



4/20/2010   6:27:42AM

North America - North America Exploration - BP  
**Daily Operations Report - Partners (Completion)**  
Page 3 of 7

| Operator: | BP | Event Type: | COM- OFFSHORE | Report: | 5 |
|---|---|---|---|---|---|
| Well/Wellbore No.: | OCS-G 32306 MC252 #1/01 | Event Objective: | OIL WELL PRODUCER | Date: | 4/19/2010 |
| WB Objective: | NEW DRILL | Well Type: | EXPLORATION | | |
| Site: | MC252 | Job Number: | | | |
| Contractor: | TRANSOCEAN OFFSHORE | Rig: | DEEPWATER HORIZON 87 | | |

### Operations Summary (Derrick 1)

| From - To Op. Depth (ft) | Hrs (hr) | Phase | Task | Activity | Code | NPT | Operation |
|---|---|---|---|---|---|---|---|
| 00:00 - 00:30 / 18,360.0 | 0.50 | RUNPRD | CASING | SAFETY | P | | HELD PRE-JOB SAFETY MEETING WITH CREW ON PICKING UP CASING. MONITOR WELL ON TRIP TANK, WELL STATIC. |
| 00:30 - 01:30 / 18,360.0 | 1.00 | RUNPRD | CASING | PU | P | | PICK UP 9-7/8", 62.8#, Q-125, HYD 523 CASING FROM 9,833' MD TO 10,810' MD. MONITOR DISPLACEMENT ON TRIP TANK. |
| 01:30 - 02:30 / 18,360.0 | 1.00 | RUNPRD | CASING | REPEQP | N | SFAL | TROUBLE SHOOT &REPAIR WEATHERFORD'S CASING TONGS (ROLLER PIN HAD TO BE READJUSTED ALLOWING THE HOUSING DOOR TO CLOSE PROPERLY). MONITOR WELL ON TRIP TANK, WELL STATIC. |
| 02:30 - 06:30 / 18,360.0 | 4.00 | RUNPRD | CASING | PU | P | | PICK UP 9-7/8", 62.8#, Q-125, HYD 523 CASING FROM 10,810' MD TO 13,220' MD. TOTAL AMOUNT OF 7" CSG P/U: 126 JTS = 5,816'. TOTAL AMOUNT OF 9-7/8" CSG P/U: 171 JTS = 7,404'. MONITOR DISPLACEMENT ON TRIP TANK. |
| 06:30 - 07:00 / 18,360.0 | 0.50 | RUNPRD | CASING | RD | P | | RIG DOWN ELEVATORS AND OES FLOW BACK TOOL. MONITOR WELL ON TRIP TANK. WELL STATIC. |
| 07:00 - 07:30 / 18,360.0 | 0.50 | RUNPRD | CASING | PU | P | | PICK UP 9-7/8" HANGER FROM 13,220' MD TO 13,296' MD. INSTALL PIP TAG AT 5084'. MONITOR DISPLACEMENT ON TRIP TANK. |
| 07:30 - 09:00 / 18,360.0 | 1.50 | RUNPRD | CASING | RD | P | | RIG DOWN CASING HANDLING EQUIPMENT. MONITOR WELL ON TRIP TANK, WELL STATIC. |
| 09:00 - 13:30 / 18,360.0 | 4.50 | RUNPRD | CASING | RIH | P | | RUN IN THE HOLE WITH 9-7/8", 62.8#, Q-125, HYD 523 CASING ON LANDING STRING AT 3 MINUTES PER STAND FROM 13,296' MD TO 18,294' MD. DROP ALLAMON 1-5/8" BRASS BALL WHEN THE 7" SHOE WAS AT 9-7/8" SHOE 17,168' MD ( CSG STRING TOOK 10K WEIGHT BOBBLE AT 18,218' MD — ONLY TIME THE STRING TOOK WEIGHT IN THE OPEN HOLE ). MONITOR PIPE DISPLACEMENT ON TRIP TANK. |
| 13:30 - 14:00 / 18,360.0 | 0.50 | RUNPRD | CASING | SLHR | P | | PICK UP CEMENT HEAD AT 18,294' MD SHOE DEPTH AND SLACK OFF AND LAND CASING IN WH WITH 848K WEIGHT AND TAG 9' IN ON CEMENT STAND. FINAL 7" SHOE DEPTH 18,303', FC DEPTH 18,114' & 7" X 9 7/8" X-O DEPTH 12,484'. CONTINUE TO SLACK OFF AND SHEAR OUT PINS IN HANGER WITH 180K DOWN, CONTINUE TO SLACK OFF TO 450K HOOK LOAD. MONITOR PIPE DISPLACEMENT ON TRIP TANK. |
| 14:00 - 14:30 / 18,360.0 | 0.50 | RUNPRD | CASING | RU | P | | RIG UP HALLIBURTON CHICKSAN LINES AND NITROGEN LINES. MONITOR WELL ON TRIP TANK WELL STATIC. |
| 14:30 - 17:30 / 18,360.0 | 3.00 | RUNPRD | CASING | CIR | N | DFAL | PRESSURE UP TO 1,000 PSI TO SHIFT DIVERTER, SHEARED AT 2,442 PSI. BALL ON SEAT IN DTD PRESSURED AND SHEARED AT 2,765 PSI. RAMP PUMPS TO 1 BPM TO BREAK CIRC - UNABLE TO CIRCULATE. PRESSURE UP TO 1,800 PSI AT 1BBL PER MINUTE, BLEED OFF. 2ND ATTEMPT PRESSURE UP AT 1BBL PER MINUTE TO 1,900 PSI, BLEED-OFF FAST MONITOR ON TRIP TANK. THIRD ATTEMPT: PRESSURE UP TO 2,000 PSI AT 1 BBL. PRESSURE HELD AT 1,950 PSI. BLED OFF. FOURTH ATTEMPT: PRESSURE UP TO 2,000 PSI @ 1 BBL PER MINUTE, TOOK 6.7 BBLS TO PRESSURE-UP. PRESSURE HELD AT 1940 PSI. BLEED OFF. FIFTH ATTEMPT: PRESSURE UP TO 2,000 PSI @ 1 BBL PER MINUTE , TOOK 6.6 BBLS TO PRESSURE-UP. HELD PRESSURE 10 MIN. BLEED-OFF. SIXTH ATTEMPT: PRESSURE UP TO 2,000 PSI @ 2 BBLS PER MINUTE, BLEED-OFF. SEVENTH ATTEMPT: PRESSURE UP TO 2,250 PSI @ 1 BBL PER MINUTE, TOOK 7.3 BBLS TO PRESSURE-UP. BLEED-OFF FAST. |

4/20/2010   6:27:42AM

Confidential

BP-HZN-MBI00191722

## North America - North America Exploration - BP
### Daily Operations Report - Partners (Completion)

Page 4 of 7

| Operator: | BP | Event Type: | COM- OFFSHORE | Report: | 5 |
|---|---|---|---|---|---|
| Well/Wellbore No.: | OCS-G 32306 MC252 #1/01 | Event Objective: | OIL WELL PRODUCER | Date: | 4/19/2010 |
| WB Objective: | NEW DRILL | Well Type: | EXPLORATION | | |
| Site: | MC252 | Job Number: | | | |
| Contractor: | TRANSOCEAN OFFSHORE | Rig: | DEEPWATER HORIZON 87 | | |

### Operations Summary (Derrick 1)

| From - To Op. Depth (ft) | Hrs (hr) | Phase | Task | Activity | Code | NPT | Operation |
|---|---|---|---|---|---|---|---|
| | | | | | | | EIGHTH ATTEMPT: PRESSURE UP TO 2,500 PSI @ 1 BBL PER MINUTE. TOOK 7.8 BBLS TO PRESSURE-UP. PRESSURE HELD AT 2,450 PSI. BLEED-OFF FAST. NINTH ATTEMPT: PRESSURE UP TO 2,750 PSI @ 1 BBL PER MINUTE AND HOLD FOR 2 MINUTES, THEN PRESSURE UP TO 3,000 PSI AND HOLD FOR 2 MINUTES AND SHEARED @ 3,142 PSI. CIRCULATE @ 1 BBL PER MINUTE AND STAGE UP PUMPS PUMP TO 4 BBLS PER MINUTE. PUMP #4 PRESSURES AS FOLLOWS: AT 1BBL PER MINUTE, 125 PSI. AT 2 BBLS PER MINUTE, 170 PSI. AT 2.5 BBLS PER MINUTE, 215 PSI. AT 3 BBLS PER MINUTE, 255 PSI. AT 3.5 BBLS PER MINUTE 295 PSI. AT 4 BBLS PER MINUTE 340 PSI. SHUT DOWN PUMP. PERFORM SURFACE TEST TO IBOP TO 500 PSI (GOOD TEST). SWITCH TO PUMP #3, BRING PUMP UP AND BREAK CIRCULATION @ 1BBL PER MINUTE. STAGE PUMP UP TO 4 BBLS PER MINUTE. PUMP #3 PRESSURES AS FOLLOWS: AT 1 BBL PER MINUTE, 205 PSI. AT 2 BBLS PER MINUTE, 260 PSI. AT 2.5 BBLS PER MINUTE, 290 PSI. AT 3 BBLS PER MINUTE, 320 PSI. AT 3.5 BBLS PER MINUTE, 345 PSI. AT 4 BBLS PER MINUTES 390 PSI. MONITOR ACTIVE SYSTEM FOR GAINS AND LOSSES. |
| 17:30 - 19:00 18,360.0 | 1.50 | RUNPRD | CASING | CIR | P | | LINE UP AND TEST CHOKE AND KILL LINES (GOOD TEST). BREAK CIRCULATION ON CHOKE AND KILL LINE. CLOSE LOWER ANNULAR AND LINE UP TO TAKE RETURNS UP CHOKE AND KILL TO VERIFY DIVERTER CLOSED. PUMP DOWN DRILL PIPE, UP CHOKE AND KILL LINE TO VERTICAL GAS SEPARATOR. BRING UP PUMP @ 1 BBL PER MINUTE PRESSURE UP TO 250 PSI. SHUT DOWN. BRING PUMP UP TO 1 BBL PER MINUTE AND BREAK CIRCULATION @ 174 PSI, STAGE UP TO 200 PSI, SLOW BACK TO 1BBL PER MNIUTE WITH 140 PSI. SHUT DOWN PUMP AND OBSERVE FLOW LINE. OPEN ANNULAR.  CONFIRMED DIVERTER NOT LEAKING. |
| 19:00 - 19:30 18,360.0 | 0.50 | RUNPRD | CEMT | CIR | P | | BREAK CIRCULATION AND STAGE PUMP UP TO 4 BBLS PER MINUTE AND CIRCULATE 111 BBLS. NOTE: HELD PRE-JOB CEMENT MEETING. |
| 19:30 - 20:00 18,360.0 | 0.50 | RUNPRD | CEMT | TSTPRS | P | | PRESSURE TEST HALLIBURTON NITROGEN LINES TO 5,000 PSI (GOOD TEST). HALLIBURTON PUMP 7 BBLS OF 6.7 PPG BASE OIL AND 10 BBLS OF 14.3 PPG SPACER TEST LINES TO 5,000 PSI (GOOD TEST). PUMPED 62 BBLS SPACER. MONITOR WELL ON TRIP TANK WELL STATIC. |
| 20:00 - 22:00 18,360.0 | 2.00 | RUNPRD | CEMT | CMT | P | | PERFORM CEMENT JOB AS FOLLOWS: PUMP 62 BBLS OF 14.3 PPG TUNED SPACER @ 4 BBLS PER MINUTE. PUMP 4 BBLS OF 16.74 PPG CLASS 'H' CEMENT, PUMP RATE 2 BPM. DROP DART # 1 ON THE RUN. PUMP 4 BBLS OF CEMENT AT <2 BPM. START PUMPING N2 - PUMP 39 BBLS CEMENT. FOAMED VOLUME 48 BBLS. PUMP 4 BBLS CEMENT: PUMP 3 BBLS OF 14.3 PPG SPACER. DROP DART # 2 ON THE RUN. PUMP 17 BBLS SPACER @ 4 BPM. PUMP 133 BBLS OF 14.0 PPG MUD WITH CEMENT UNIT @ 4 BPM. BOTTOM DART TO DIVERTER: 3,500 PSI SHEARED @ 43 BBLS MUD PUMPED. BOTTOM DART TO DTD: 3,250 PSI, DTD SHEARED- 150 BBLS MUD PUMPED, BOTTOM DART TO PLUG: NO INDICATION OF PLUG SHEAR, TOP DART TO DIVERTER: 3,200 PSI TOP PLUG SHEAR @ 100 BBLS MUD PUMPED, TOP DART TO DTD: 3,400 PSI DTD SHEAR 109 BBLS MUD PUMPED, TOP DART TO PLUG 3,300 PSI SHEAR @ 119 BBLS MUD PUMPED. SWITCH TO |

4/20/2010   6:27:42AM

Confidential

BP-HZN-MBI00191723

## North America - North America Exploration - BP
### Daily Operations Report - Partners (Completion)

Page 5 of 7

| Operator: | BP | Event Type: | COM- OFFSHORE | Report: | 5 |
|---|---|---|---|---|---|
| Well/Wellbore No.: | OCS-G 32306 MC252 #1/01 | Event Objective: | OIL WELL PRODUCER | Date: | 4/19/2010 |
| WB Objective: | NEW DRILL | Well Type: | EXPLORATION | | |
| Site: | MC252 | Job Number: | | | |
| Contractor: | TRANSOCEAN OFFSHORE | Rig: | DEEPWATER HORIZON 87 | | |

### Operations Summary (Derrick 1)

| From - To Op. Depth (ft) | Hrs (hr) | Phase | Task | Activity | Code | NPT | Operation |
|---|---|---|---|---|---|---|---|
| 22:00 - 00:00 18,360.0 | 2.00 | RUNPRD | CEMT | DISPL | P | | RIG PUMPS. CEMENT RECIPE AS FOLLOWS: SPACER: TUNED SPACER III + 0.6 GAL/BBL SURFACTANT A + 0.6 GAL/BBL SURFACTANT B + 0.6 GAL/BBL SEM-8 + 1 LB/BBL WELLLIFE 734, MIXED WITH FRESH WATER. LEAD CEMENT: 22 SACKS, 5.26 BBLS, 30.14CU.FT. PREMIUM H CMT. + 0.07% EZ-FLO + 0.25% D-AIR 3000 + 1.88 LB/SK KCL + 20% SSA-1+ 15% SSA-2 + 0.2% SA-541 + 11GPHS ZONESEAL 2000 + 9 GPHS SCR-100L + 1LB/BBL WELLLIFE - 734. YIELD = 1.37 CUFT/SK, WATER = 5.13 GAL/SK (FRESH WATER) MIXED AT 16.74 PPG. FOAM TAIL CEMENT: 159 SACKS, 47.75 BBLS, 268.11CU FT. PREMIUM H CMT + 0.07% EZ-FLO + 0.25% D-AIR 3000 + 1.88 LB/SK KCL + 20% SSA-1 + 15 % SSA-2 + 0.2% SA-541 + 11GPHS ZONE SEAL 2000 + 9 GPHS SCR-100L + 1 LB/BBL WELLLIFE-734. YIELD = 1.37 CUFT/SK, WATER = 5.13 GAL/SK ( FRESH WATER) MIXED AT 16.74 PPG. FOAMED TO 14.5 PPG. FOAM YIELD = 1.69 CUFT/SK, NITROGEN = 584 SCF/BBL. UNFOAMED TAIL AND SHOE CEMENT: 28 SACKS, 6.93 BBLS, 38.91CU FT PREMIUM H CMT + 0.07% EZ-FLO + 0.25% D-AIR 3000 + 1.88 LB/SK KCL + 20% SSA-1 + 15 % SSA-2 + 0.2% SA-541 + 11 GPHS ZONE SEAL 2000 + 9 GPHS SCR-100L + 1 LB/BBL WELLLIFE-734. YEILD = 1.37 CUFT/SK, WATER = 5.13 GAL/SK (FRESH WATER) MIXED AT 16.74 PPG. DISPLACE CEMENT WITH 14.0 PPG MUD WITH RIG PUMP @ 4 BPM @ 530 PSI. INDICATION BOTTOM PLUG THROUGH CROSS OVER WITH 830 PSI AND 469 BBLS. MONITOR ACTIVE SYSTEM FOR GAINS AND LOSSES. |

### Mud Log Information

| Formation: | | Formation top @: | | Max Background Gas: | | Max Trip Gas: | 0.00 (%) |
|---|---|---|---|---|---|---|---|
| Lithology: | | | | Max Connection Gas: | | Pore Press: | |

### Materials/Consumption

| Item | Unit | Usage | On Hand | Item | Unit | Usage | On Hand |
|---|---|---|---|---|---|---|---|
| DIESEL | BBLS | 226 | 17,118 | POTABLE WATER | BBLS | 352 | 4,535 |
| DRILL WATER | BBLS | 138 | 10,756 | CEMENT LITE FILL | SACKS | | 619 |
| BARITE | SACKS | | 11,879 | CEMENT | SACKS | | 2,582 |
| CEMENT CLASS G | SACKS | | 254 | HELICOPTER FUEL | GAL | | 0 |

### Personnel
Personnel on Board: 144

| Company | No. People | Hours | Company | No. People | Hours |
|---|---|---|---|---|---|
| BP | 144 | 1,644.00 | | | |

### Weather

| Temperature H/L: | 80.0(°F) /68.0(°F) | Wind Speed: | 4.0(knots) | Visibility: | 10.00(mi) | Prec Type: | |
|---|---|---|---|---|---|---|---|
| Bar Press: | 30.09(in-Hg) | Wind Direction: | 22.50(°) | Ceiling: | | Prec Amt: | |
| Wind Chill: | | Gust Speed: | 8.0(knots) | | | | |

### Anchoring/Marine

| Rig Heading: | 135.00 (°) | Sea Height: | 1.00 (ft) | Rig Heave: | 0.10 (ft) | Current Speed: | 0.4 (knots) |
|---|---|---|---|---|---|---|---|
| VDL: | 8.3 (klbf) | Sea Dir: | 22.50 (°) | Rig Roll: | 0.20 (°) | Current Direction: | 11.00 (°) |
| Swell Height: | 2.00 (ft) | Sea Period: | 3 (sec) | Rig Pitch: | 0.20(°) | | |
| Comments: | | | | | | | |

### Cumulative Phase Breakdown

| Phase | Planned | | | | | | Change of Scope | | | | | Total Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prod | % Total | NPT | % Total | WOW | % Total | Prod | % Total | NPT | % Total | WOW | % Total | |

4/20/2010   6:27:42AM

Confidential

BP-HZN-MBI00191724

## North America - North America Exploration - BP
## Daily Operations Report - Partners (Completion)

Page 6 of 7

| Operator: | BP | Event Type: | COM- OFFSHORE | Report: | 5 |
| --- | --- | --- | --- | --- | --- |
| Well/Wellbore No.: | OCS-G 32306 MC252 #1/01 | Event Objective: | OIL WELL PRODUCER | Date: | 4/19/2010 |
| WS Objective: | NEW DRILL | Well Type: | EXPLORATION | | |
| Site: | MC252 | Job Number: | | | |
| Contractor: | TRANSOCEAN OFFSHORE | Rig: | DEEPWATER HORIZON 87 | | |

### Cumulative Phase Breakdown

| Phase | Planned | | | | Change of Scope | | | | Total Hours |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| RUNCMP | 52.00 | 80.62 | 12.50 | 19.38 | 0.00 | 0.00 | 0.00 | 0.00 | 64.50 |
| RUNPRD | 43.50 | 91.58 | 4.00 | 8.42 | 0.00 | 0.00 | 0.00 | 0.00 | 47.50 |
| Total | 95.50 | 85.27 | 16.50 | 14.73 | 0.00 | 0.00 | 0.00 | 0.00 | 112.00 |

### Support Craft/Logistics

| Arrival | Depart | Type | Number | Comments |
| --- | --- | --- | --- | --- |
| 00:01 | 23:59 | SUPPLY BOAT | DAMON BANKS | AT RIG BACKLOADING MISC CARGO (Cr: 1 ) |
| 08:00 | 08:12 | HELICOPTER | PHI 592PH | CREW CHANGE FLIGHT FOR CATERING, 3RD PARTY, TRANSOCEAN (Cr: 1 In: 13 Out: 13 ) |

### Remarks

NOTE: RIG EQUIPMENT THAT IS DOWN, WAITING ON PARTS OR BEING REPAIRED:

1. ROTARY TABLE LOCKED OUT UNTIL PARTS ARE RECEIVED.
2. WORK IN THE STBD COLUMN PUMP ROOM - 98% COMPLETE.
3. PS-30'S ARE REPAIRED BUT CAN NOT BE USED UNTIL ROTARY IS REPAIRED.
4. #2 THRUSTER IS OUT OF SERVICE. PARTS ON ORDER
5. #4 ENGINE DOWN
6. CATWALK, PORCH
7. #2 RISER TENSIONER OUT OF SERVICE
8) #4 DRAWWORKS MOTOR DOWN, TOOK PARTS TO REPAIR TOPDRIVE TORQUE READING.

********************************************************************************
********************************************************************************

ROV OPERATIONS: DIVE # 1931: PERFORM RISER & BOP INSPECTION, CURRENT SURVEY, BOTTOM SCAN, #4 TRANSPONDER WAITING TO SET.

********************************************************************************
********************************************************************************

METAL RECOVERED FROM DITCH MAGNETS:
TOTAL METAL RECOVERED THIS HOLE SECTION = 8.47 LBS
TOTAL METAL RECOVERED IN PAST 24 HOURS = 0.00 LBS
TOTAL METAL RECOVERED THIS WELL = 23.46 LBS

********************************************************************************
********************************************************************************

0000 - 0500 UPDATE:

0000 - 0030: CONTINUE DISPLACING CEMENT WITH 727 BBLS OF 14.0 PPG MUD. WITH 4,155 STKS/ 523 BBLS TOP PLUG WENT THROUGH X-O WITH 590 PSI. BOTTOM PLUG LANDED WITH 673 BBLS PUMPED AT 2,932 PSI. WITH 727 BBLS PUMPED, BUMPED TOP PLUG WITH 740 PSI OVER CIRCULATING PRESSURE. BLED PRESSURE OFF, BLED BACK 5 BBLS, FLOATS HOLDING. CEMENT IN PLACE AT 12:35 HRS.

0030 - 0100: RELEASE DRIL-QUIP RUNNING TOOL AND SET SEAL ASSEMBLY AT 5,059'. MONITOR WELL ON TRIP TANK, WELL STATIC.

0100 - 0200: BREAK CIRCULATION DOWN KILL LINE. HALLIBURTON TEST LINES TO 11,000 PSI - GOOD TEST. CLOSED UPPER PIPE RAMS, HALLIBURITON PRESSURE TEST SEAL ASSEMBLY TO 4,000 PSI AND HOLD FOR 30 SEC. PRESSURE UP TO 10,000 PSI AND HOLD FOR 10 SEC. BLEED PRESSURE OFF TO 6,500 PSI AND HOLD FOR 5 MINUTES.

0200 - 0230: SHEAR OUT OF SEAL ASSEMBLY WITH 85K OVER STRING WEIGHT. CIRCULATE 10 MINUTES TO FLUSH OUT HANGER. MONITOR ACTIVE SYSTEM FOR GAINS AND LOSSES.

0230 - 0300: SLACK OFF TO 335K HOOKLOAD, CLOSE UPPER PIPE RAMS. HALLIBURITON PRESSURE UP ON SEAL ASSEMBLY TO 10,000 PSI FOR

4/20/2010    6:27:42AM

Confidential

BP-HZN-MBI00191725

## North America - North America Exploration - BP
### Daily Operations Report - Partners (Completion)

Page 7 of 7

| | | | | | |
|---|---|---|---|---|---|
| Operator: | BP | Event Type: | COM- OFFSHORE | Report: | 5 |
| Well/Wellbore No.: | OCS-G 32306 MC252 #1/01 | Event Objective: | OIL WELL PRODUCER | Date: | 4/19/2010 |
| WB Objective: | NEW DRILL | Well Type: | EXPLORATION | | |
| Site: | MC252 | Job Number: | | | |
| Contractor: | TRANSOCEAN OFFSHORE | Rig: | DEEPWATER HORIZON 87 | | |

### Remarks

10 SEC. BLEED OFF TO 6,500 PSI AND HOLD FOR 5 MINUTES.

0300 - 0330:  RIG DOWN CHIKSAN LINES AND LAY DOWN CEMENT KELLY. MONIOTR WELL ON TRIP TANK, WELL STATIC.

0330 - 0400:  PULL OUT OF THE HOLE (WET) FROM 5,059' MD TO 4,770' MD. MONITOR DISPLACEMENT ON TRIP TANK.

0400 - 0500:  DROP FOAM WIPER BALL AND CIRCULATE 1-1/2 TIMES THE DRILL PIPE VOLUME. PUMPED 30 BBLS OF 16.3 PPG SLUG. MONITOR ACTIVE SYSTEM FOR GAINS AND LOSSES.

0500 - 0600:  PULL OUT OF THE HOLE WITH 6-5/8" LANDING STRING FROM 4,770' MD TO 1,000' MD. MONITOR DISPLACEMENT ON TRIP TANK.

*************************************************************************************************************
*************************************************************

ADDITIONAL DATA FOR THE MARINE OPERATIONS SUPPORT GROUP:

STACK HEADING: 135°
WIND-UP LIMIT:  000°
PRESENT WIND-UP: 000°
TOTAL POWER AVAILABLE: 14,000 kw
PRESENT POWER USED: 32%
THRUSTERS ONLINE: 4
THRUSTERS AVAILABLE: 2
THRUSTERS BLOCKED: 2
THRUST USED (%) : 2%
ENVIRONMENTAL CURRENT (DP/KONGSBERG CURRENT): 0.47 kts
ENVIRONMENTAL CURRENT DIRECTION (TOWARDS) : 003° DEGREES
KG MARGIN (FT) (FOR MODU'S): 9.22-FT

MISC COMMENTS:
MARINE EQUIPMENT DOWN / UNAVAILABLE: OPERATIONAL
DP FAULTS OR ANOMALIES:  #2 THRUSTER OUT OF SERVICE WAITING ON PARTS

*************************************************************************************************************

4/20/2010     6:27:42AM

Confidential

BP-HZN-MBI00191726