# EXHIBIT 54

# BP'S GULF OF MEXICO SPU RECOMMENDED PRACTICE FOR CEMENT DESIGN AND OPERATIONS (DEPO EX. 0790)

_____ Gulf of Mexico Strategic Performance Unit



# Gulf of Mexico SPU

## Recommended Practice for Cement Design and Operations in DW GoM



EXHIBIT # 740
WIT: _____

| Rev | Date | Document Status | Author | Reviewer | Approver |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| B | 07-Oct-09 | Issued for Review | Bryan Daire | Doug Chester | Jonathan Sprague |
| A | 30-Sep-09 | Issued for Review | Bryan Daire | Doug Chester | Jonathan Sprague |

| Document Control Number | Asset | Sector ID | Discipline ID | Document Class | Sequence Number | Document Revision |
|---|---|---|---|---|---|---|
|  | 2200 | T2 | DO | DC | 0001 | B |

## AMENDMENT RECORD

| Amendment Date | Revision Number | Amender Initials | Amendment |
|---|---|---|---|
| 30-Sep-09 | A | BD | Draft |
| 07-Oct-09 | B | BD | Draft |
| | | | |
| | | | |

| Title of Document: | Recommended Practice for Cement Design and Operations in DW GoM | Document Number: | 2200-T2-DO-DC-0001 |
|---|---|---|---|
| Authority: | Jonathan Sprague | Revision: | B |
| Custodian: | Doug Chester | Issue Date: | 10/08/2009 |
| Retention Code: | ADM3000 | Next Review Date (if applicable): | N/A |
| Security Classification: | Project Confidential | Page: | Page 2 of 36 |
| Warning: Check DW Docs revision to ensure you are using the correct revision. | | | |

# 5 BP's ETP Checklists for Planning and Executing Cement Jobs

## 5.1 Wellsite Leader/Drilling Engineer's Cementing Responsibilities

### 5.1.1 General

- Supervise all companies involved in the safe execution of the cement job.
- Verify that the final slurry recommendation meets the job requirements including DWOP and ETP compliance.
- The specifications given in the drilling program should be checked against actual conditions in the well.
- Ensure that all companies are contacted and informed in time to complete these preparations for the job.
- Approve all reports, worksheets and job tickets.
- In areas where the "Working Time Directive" applies ensure there are sufficient resources to prepare and execute the cement job.
- In areas where a chemical permit is required, ensure that all chemicals including contingencies are included in the permit.

### 5.1.2 Slurry Design

- For an offshore location ensure all final slurry designs have been based on samples of materials taken at the rig site.
- Confirm with the cement engineer that sufficient materials and contingency materials (normally 100% extra) are available at the rig site.
- Ensure the thickening time of the slurry is greater than the planned job time, including mixing time.
  - As a general guide, the thickening time to 50Bc at the bottom hole circulating temperature should exceed the time to mix, pump and displace by more than 2 hours.
  - Review achievable mixing rate based on bulk supply and ensure this is factored into the pumping time estimate.
- Review strength development indicated by laboratory testing against timeline for subsequent operations (pressure testing, barrier removal, drill out) and discuss any WOC identified with Cement Company to assess possible mitigations.

### 5.1.3 Equipment

- Confirm with Cement Engineer that all cement unit maintenance is current and all pressure retaining equipment (e.g., cement heads/chiksans) have appropriate testing/certification.
- Confirm that acceptable wash up procedures and disposal plans have been made.

| Title of Document: | Recommended Practice for Cement Design and Operations in DW GoM | Document Number: | 2200-T2-DO-DC-0001 |
|---|---|---|---|
| Authority: | Jonathan Sprague | Revision: | B |
| Custodian: | Doug Chester | Issue Date: | 10/08/2009 |
| Retention Code: | ADM3000 | Next Review Date (if applicable): | N/A |
| Security Classification: | Project Confidential | Page: | Page 18 of 36 |
| Warning: Check DW Docs revision to ensure you are using the correct revision. | | | |

- Confirm float equipment was callipered, checked for debris and threads are acceptable.
- Also confirm operation of float equipment during casing running operation.
- If a stage collar is being used, confirm it has been checked for closed position, it is clear of debris and the threads are not damaged. Check plugs and baffles are correctly installed.
- For a subsea plug or liner system, confirm plugs are correctly assembled, swivel is acceptable and plugs are compatible with launch balls/darts and landing collar.
- Drift drill pipe and x-overs in landing/running string.
- Check the launch balls/darts have been correctly loaded in the dropping head.
- Ensure there are no beveled profiles inside any of the equipment that restrict the travel of a plug or dart.
- For surface cement heads, confirm O-rings, valves and manifold are acceptable and that the pipe seals and indicator system are functioning.
- Confirm the LAS calibration is correct (particularly verify accuracy of automatic LAS) and all data recording devices are functioning correctly.
- Confirm correct centralizers are available and suitable stop collars have been supplied.
- Confirm installation is according to design and review any necessary changes with the Cement Company engineer.
- Where a computer based LAS is used, the Wellsite Leader will verify that the correct information has been loaded.
- Ensure exclusion of non-essential personnel during pressure testing operations and ensure an announcement is made.
- Confirm that all temporary pipe work connections and ratings are compatible.
- Confirm that the Drilling Contractor has prepared the bulk system and pits

### 5.1.4 Job Planning

- Review job simulation from the Cement Company and ECD predictions at relevant depths. Review/agree proposed pumping schedule with Cement Engineer and Drilling Contractor.
- Confirm planned slurry excess with Cement Engineer and whether this is on caliper or theoretical OH diameter.
- Assess the potential for TOC to impact APB mitigations or the BOP.
- Review field spacer properties against planned design; confirm it has been amended to deal with any changes in mud properties required during the drilling phase. Ensure a biocide is added to any spacer left behind pipe.
- Ensure any departures from the plan are discussed with Cementing Company to ensure their impact is fully assessed.
- Where appropriate, the BP "Management of Change" process should be followed.
- Agree plug launching sequence and verify plug launches via indicators on cement head.
- Review casing pressure testing requirements, timing and contingencies.
- Review and communicate plans for mud and hole conditioning, equipment clean-up and disposal of contaminated returns.

### 5.1.5 Execution

- Coordinate the execution of the cement job. Ensure that all relevant personnel are issued with a detailed program of the cement job, highlighting individual responsibilities.  The

| Title of Document: | Recommended Practice for Cement Design and Operations in DW GoM | Document Number: | 2200-T2-DO-DC-0001 |
|---|---|---|---|
| Authority: | Jonathan Sprague | Revision: | B |
| Custodian: | Doug Chester | Issue Date: | 10/08/2009 |
| Retention Code: | ADM3000 | Next Review Date (if applicable): | N/A |
| Security Classification: | Project Confidential | Page: | Page 19 of 36 |
| Warning: Check DW Docs revision to ensure you are using the correct revision. | | | |

detailed program must include volumes, pressures and pump rates for the cementing and displacing operations. Contingency plans must also be drawn up. Procedures must be written to cover alternative mix water supply, rig pump failure, and what to do if predicted pressures are exceeded or return volumes are insufficient to maintain displacement with mud.

- Ensure Drilling Contractor, Cementer, Mud Engineer and Mud Logger have reviewed their responsibilities for supporting the cementing operation and confirm they have met all requirements in their appropriate checklists.
- Hold pre-job meeting with all involved in the cementing and pressure testing operations.
- Confirm PPE is available and MSDS reviewed before handling chemicals.
- Clarify with the Cement Contractor if job involves any new technology at this location.
- If new technology is involved, verify competence and experience of Cement Company personnel.
- Clarify lines of communication and use of PA or radios in noisy areas.

- Where a pill has been spotted in the rat hole to prevent cement slumping, ensure circulation has occurred at casing setting depth.
- Carry out independent calculations for the cement job and reconcile results.
- Determine the displacement volume, pump strokes and time at which the displacement rate should be reduced prior to bumping the plugs. Displace cement at maximum rate allowable by pressure limitations, unless advised otherwise.
- Confirm mud compressibility with Mud Engineer and ensure this is factored into the displacement calculation.
- Review pre-job circulation and mud conditioning requirements with Cementer and Mud Engineer and agree plan.
- Where mud properties are different from those used in simulations by Cement Company, request modeling of pressures and displacement to be updated.
- Displacement should be from a separate pit than the returns, so that displacement volumes can be accurately monitored.
- The pump stroke counters will not be relied on as the only means of calculating the volume of displacement pumped (this may not be possible with large displacement volumes).
- Agree in advance the additional displacement volume that can be pumped to bump the plug and the pressure which must be held after bump and the duration of the test.
- Unless rig pump efficiency is very well understood, use the cement unit to displace cement plugs, liner jobs and for all cementing through drill pipe.
- Volumes should be cross checked from mud pit measurements as well as the cement unit displacement tanks.
- Inform the mudloggers and Driller as to which mud pits are being used for mix water preparation.
- The volume of each type of mix water to be used for both lead and tail cement jobs.
- The expected gain, per barrel of mix water blended with cement, for both lead and tail slurries.
- The expected total volume of returns during the cement job and the expected overall increase in pit volume.
- Ensure the pressurized mud balance has been calibrated and is used to confirm slurry density during cementing operation.
- Inform the mudloggers and the Driller at the start of mixing cement.

| Title of Document: | Recommended Practice for Cement Design and Operations in DW GoM | Document Number: | 2200-T2-DO-DC-0001 |
|---|---|---|---|
| Authority: | Jonathan Sprague | Revision: | B |
| Custodian: | Doug Chester | Issue Date: | 10/08/2009 |
| Retention Code: | ADM3000 | Next Review Date (if applicable): | N/A |
| Security Classification: | Project Confidential | Page: | Page 20 of 36 |
| Warning: Check DW Docs revision to ensure you are using the correct revision. | | | |

CONFIDENTIAL

BP-HZN-2179MDL00360863
BP-HZN-2179MDL00360844

| | |
|---|---|
| Quickly review the experience level of Service Provider personnel on location. Previous experience and experience with cement jobs on this rig. | |
| With the SPL and rig personnel, walk around the cement bulk equipment and cement and water delivery systems as well as venting rig-up including lines, to gain assurance that no interruptions will take place during the job due to poor materials movement or venting of cement into for example a pressurized tank. Ask about previews delivery or venting problems if any and recent corrective actions taken. | |
| Quickly review the experience level of rig personnel that will be assisting during the cementing operation. | |

| Safety Meeting Before the Cement Job | ✓ |
|---|---|
| Detailed review of relevant HSE issues: lines pressure testing, areas to stay away from, PPE equipment needed for the job, emergency shut-in procedure, contingencies plan, etc. | |
| Review of cement job, e.g., volumes, pump schedules, maximum displacement volumes, etc. Emphasis on the job to be mixed and pumped as closely as possible to the way it was designed and simulated. Need to keep written logs of all operations including time, volumes and pressures at the time of the events. | |
| Pipe movement, if any. For example, liner rotation. Rate, duration? Maximum allowed torque/drag. | |
| Darts, plugs releasing. Expected release pressures. Expected volume, pressure when plug bumps. | |
| Assignment of responsibilities. For example, who will be monitoring returns? Where will the Wellsite Leader and SPL be located during the job if needed?  Who will be checking the density with the pressurized mud balance? How often? Who will be watching the cement delivery? Releasing of darts, Delivering of liquid additives to the mix water? Collecting cement, additive, mix water samples, wet samples? Etc. | |
| Communication devises: type, availability, who will have them? | |

### 5.2.4  Cement Job Execution

| Cementing Job Execution | ✓ |
|---|---|
| All personnel wearing required PPE? | |
| SPL present when mixing spacer? | |
| Correct spacer volume mixed in clean pits including dead volume? _____ bbls | |
| Density of spacer verified with pressurized mud balance? _____ lbs/gal | |
| Surface rheology of spacer measured and corresponding to expected/lab values?  If not, spacer disposed of and remixed? | |
| Lines pressure tested to desired pressure?  Lines retested if needed? _____ psi | |
| Spacer and slurry/slurries pumped as per design: volumes, rates? | |
| Spacer and slurry/slurries pumped at the designed density? | |
| Density monitored with densiometer and periodically checked during the job with the pressurized mud balance? | |
| Surface job pressures periodically checked vs. simulation? | |
| Measured surface pressures correlating to expected/predicted pressures? | |
| Samples taken and sealed: mix water, dry cement, additives? | |

| Title of Document: | Recommended Practice for Cement Design and Operations in DW GoM | Document Number: | 2200-T2-DO-DC-0001 |
|---|---|---|---|
| Authority: | Jonathan Sprague | Revision: | B |
| Custodian: | Doug Chester | Issue Date: | 10/08/2009 |
| Retention Code: | ADM3000 | Next Review Date (if applicable): | N/A |
| Security Classification: | Project Confidential | Page: | Page 23 of 36 |
| Warning: Check DW Docs revision to ensure you are using the correct revision. | | | |

| Cementing Job Execution | ✓ |
|---|---|
| Wet samples taken: spacer, lead and tail slurries? | |
| Wet samples placed in water bath?  Bath temperature: _____ °F | |
| All job data recorded including during displacement? Rates, densities, surface pressure. | |
| Pumping equipment working properly? | |
| Delivery systems working properly? | |
| Good communications among all personnel involved? | |
| Rate of returns during the job? Full, partial losses, total losses? When? | |
| Corrective action taken if losses are experienced? Reduction of rate? | |
| Darts, plugs released and landing as expected? | |
| Displacement volume pumped as agreed? Total _____ bbls | |
| Top plug landed? | |
| Extra pressure applied to plug after landing as agreed? _____ psi | |
| Final lifting pressure? Value as expected? _____ psi | |
| Floats held? | |
| Flowback volume after releasing the surface pressure? _____ bbls | |

### 5.2.5  Post Cement Job

| Actions after the Cement Job | ✓ |
|---|---|
| Document detailed description of any event not going as plan: shutdowns, leaks, problems with delivery of materials, rates, densities, pressures different from plan, etc. | |
| Conduct a brief materials balance: cement, mix water, additives used vs. expected quantities? | |
| After the job, conduct a meeting with the Wellsite Leader and Service Provider Leader. What went right? What went wrong?  Lessons Learned? | |

| Title of Document: | Recommended Practice for Cement Design and Operations in DW GoM | Document Number: | 2200-T2-DO-DC-0001 |
|---|---|---|---|
| Authority: | Jonathan Sprague | Revision: | B |
| Custodian: | Doug Chester | Issue Date: | 10/08/2009 |
| Retention Code: | ADM3000 | Next Review Date (if applicable): | N/A |
| Security Classification: | Project Confidential | Page: | Page 24 of 36 |
| Warning: Check DW Docs revision to ensure you are using the correct revision. | | | |

CONFIDENTIAL

BP-HZN-2179MDL00360867
BP-HZN-2179MDL00360844