# EXHIBIT 55

# WEATHERFORD TECHNICAL UNIT, DUAL WIPER PLUG CEMENTING SYSTEMS

# (TRIAL EX. 87,068)



| Revision | C |
|----------|---|
| Date | 25/Mar/2010 |
| File | ELAS-TU-006 |

**DUAL WIPER PLUG CEMENTING SYSTEMS**

# DWP-NR SYSTEM

The Weatherford DWP Sub-Surface Release Plug System is run in conjunction with a sub-sea casing hanger or a liner hanger to separate fluids while cementing.  The 1.78" bore allows the passage of 1.5" trip balls to convert equipment below.

## Applications:

The DWP system has been designed for use with sub-sea casing hanger or liner hanger systems where the minimum drift of the running string is 2.17". This plug system is also recommended for surge reduction in pressure sensitive formations and close tolerance annuli, in conjunction with Weatherford Large Bore Auto-Fill Float Equipment.

## Features:

Top & Bottom plugs released by darts that maintain fluid separation through drill pipe & casing.

- Integral Pressure Equalizer system* prevents pressure building up above plugs
- Polyurethane plug fins offer superior abrasion resistance and wiping action
- PDC Drillable with WiperLok™ non-rotating system
- Two large 50 mm (2.0") bottom plug burst disks minimize risk of plugging with solids or debris.
- Secondary bottom dart bypass system

## Compatibility

The DWP N-R system was designed for compatibility with the following Weatherford products:

- 402P and 402NP float collars
- Sure-Seal 3™ and auto-fill float equipment
- Weatherford Liner Hanger Systems
- New Liner Hanger system MBS



*Certain aspects and features of this equipment are protected under US Patent 7,143,831 B2*

---

**Cementing Products**

Weatherford products and services are subject to Weatherford's standard terms and conditions. For more information concerning the full line of Weatherford products and services, please contact your authorized Weatherford representative. Unless noted otherwise, trademarks and servicemarks noted herein are the property of Weatherford.

© 2009  Weatherford. All rights reserved.

CONFIDENTIAL                                                                                       WFT-MDL-00134874



| Revision | C |
|---|---|
| Date | 25/Mar/2010 |
| File | ELAS-TU-006 |

## DWP Components



Integral Pressure Equalizer

Top Dart Receiver

Top Dart

Bottom Dart Receiver

Top Plug

Primary Burst Tube

Bottom Dart

Bottom Plug

Weatherford products and services are subject to Weatherford's standard terms and conditions. For more information concerning the full line of Weatherford products and services, please contact your authorized Weatherford representative. Unless noted otherwise, trademarks and servicemarks noted herein are the property of Weatherford.

© 2009  Weatherford. All rights reserved.

CONFIDENTIAL                                        WFT-MDL-00134875



# Weatherford®

| Revision | C |
|---|---|
| Date | 25/Mar/2010 |
| File | ELAS-TU-006 |

## Specifications

| Plug Size<br>(in./mm) | 7<br>177.8 | 7 × 7-5/8<br>177.8 × 193.7 | 7 × 8-5/8<br>177.8 × 219.1 | 7 × 9-5/8<br>177.8 × 244.5 | 7-5/8<br>193.7 | 7 5/8 × 8-5/8<br>193.7 × 219.7 | 7 5/8 × 9-5/8<br>193.7 × 244.5 |
|---|---|---|---|---|---|---|---|
| Maximum plug bump pressure<br>(psi/kPa) | \multicolumn{7}{c}{8,000<br>55,158} |
| Maximum plug back pressure<br>(psi/kPa) | \multicolumn{7}{c}{3,000<br>20,684} |
| Bottom Plug launch pressure<br>(psi/kPa) | \multicolumn{7}{c}{800 to 1,200<br>5,516 to 8,274} |
| Top Plug launch pressure<br>(psi/kPa) | \multicolumn{7}{c}{2,000 to 2,500<br>13,790 to 17,237} |
| Primary Bursting Tube pressure<br>(psi/kPa) | \multicolumn{7}{c}{900 to 1,100<br>6,205 to 7,584} |
| Secondary Bursting Tube pressure<br>(psi/kPa) | \multicolumn{7}{c}{2,500 to 3,000<br>17,237 to 20,684} |
| Pressure required to open equalizer<br>(psi/kPa) | \multicolumn{7}{c}{50 to 100<br>345 to 689} |
| Miminum plug ID<br>(in./mm) | \multicolumn{7}{c}{1.78<br>45.2} |
| Minimum flow area<br>(in.2/mm2) | \multicolumn{7}{c}{2.49<br>1603} |
| Maximum rigid dart diameter<br>(in./mm) | \multicolumn{7}{c}{2.126<br>54} |
| Minimum pump-through drift diameter<br>(in./mm) | \multicolumn{7}{c}{2.165<br>55} |
| Temperature rating<br>(°F/°C) | \multicolumn{7}{c}{300°<br>149°} |
| Flow endurance before ball seat shear<br>(bpm) | \multicolumn{7}{c}{10<br>for 24 hours} |
| Flow endurance after ball seat shear<br>(bpm) | \multicolumn{7}{c}{14<br>for 4 hours} |
| Thread connection box up<br>(in) | \multicolumn{7}{c}{4.750 - 6 Stub Acme 2G} |

Weatherford products and services are subject to Weatherford's standard terms and conditions. For more information concerning the full line of Weatherford products and services, please contact your authorized Weatherford representative. Unless noted otherwise, trademarks and servicemarks noted herein are the property of Weatherford.

© 2009  Weatherford. All rights reserved.

CONFIDENTIAL

WFT-MDL-00134876



## Weatherford®

| Revision | C |
|---|---|
| Date | 25/Mar/2010 |
| File | ELAS-TU-006 |

**Specifications single casing size DWP systems**

| Nominal Size (in./mm) | Part Number + HP or LP | ID Range (in./mm) |
|---|---|---|
| 7 *177.8* | SRDWP0700 | 5.795 to 6.456 *147.19 to 163.98* |
| 7-5/8 *193.7* | SRDWP0758 | 6.376 to 7.025 *161.95 to 178.44* |





| Nominal Size (in./mm) | Part Number + HP or LP | A (in./mm) | B (in./mm) | C (in./mm) | D (in./mm) | E (in./mm) | F (in./mm) |
|---|---|---|---|---|---|---|---|
| 7 *177.8* | SRDWP0700 | 25.5 *658* | 5.31 *135* | 6.69 *170* | 5.50 *139.7* | 1.976 *50.2* | 1.78 *45.2* |
| 7-5/8 *193.7* | SRDWP0758 | | 5.71 *145* | 7.28 *185* | | | |

Weatherford products and services are subject to Weatherford's standard terms and conditions. For more information concerning the full line of Weatherford products and services, please contact your authorized Weatherford representative. Unless noted otherwise, trademarks and servicemarks noted herein are the property of Weatherford.

© 2009  Weatherford. All rights reserved.

CONFIDENTIAL                                                        WFT-MDL-00134877



# Weatherford®

| Revision | C |
|---|---|
| Date | 25/Mar/2010 |
| File | ELAS-TU-006 |

## Specifications combination casing size DWP systems

| Nominal Size (in./mm) | Part Number + HP or LP | ID Range (in./mm) |
|---|---|---|
| 7 × 7-5/8<br>177.8 × 193.7 | SRDWP0707 | 5.795 to 7.025<br>147.19 to 178.44 |
| 7 × 8-5/8<br>177.8 × 219.1 | SRDWP0708 | 5.795 to 8.097<br>147.19 to 205.66 |
| 7 × 9-5/8<br>177.8 × 244.5 | SRDWP0709 | 5.795 to 9.001<br>147.19 to 228.63 |
| 7 5/8 × 8-5/8<br>193.7 × 219.7 | SRDWP0785 | 6.376 to 8.097<br>178.44 to 205.66 |
| 7 5/8 × 9-5/8<br>193.7 × 244.5 | SRDWP0795 | 6.376 to 9.001<br>178.44 to 228.63 |





| Nominal Size (in./mm) | Part Number + HP or LP | A (in./mm) | B (in./mm) | C (in./mm) | D (in./mm) | E (in./mm) | F (in./mm) | G (in./mm) |
|---|---|---|---|---|---|---|---|---|
| 7 × 7-5/8<br>177.8 × 193.7 | SRDWP0707 | | 5.31<br>135 | 6.69<br>170 | 7.28<br>185 | | | |
| 7 × 8-5/8<br>177.8 × 219.1 | SRDWP0708 | | 5.31<br>135 | 6.69<br>170 | 8.27<br>210 | | | |
| 7 × 9-5/8<br>177.8 × 244.5 | SRDWP0709 | 25.50<br>658 | 5.31<br>135 | 6.69<br>170 | 9.25<br>235 | 5.50<br>139.7 | 1.976<br>50.2 | 1.78<br>45.2 |
| 7 5/8 × 8-5/8<br>193.7 × 219.7 | SRDWP0785 | | 5.71<br>145 | 7.28<br>185 | 8.27<br>210 | | | |
| 7 5/8 × 9-5/8<br>193.7 × 244.5 | SRDWP0795 | | 5.71<br>145 | 7.28<br>185 | 9.25<br>235 | | | |

**Cementing Products**

Weatherford products and services are subject to Weatherford's standard terms and conditions. For more information concerning the full line of Weatherford products and services, please contact your authorized Weatherford representative. Unless noted otherwise, trademarks and servicemarks noted herein are the property of Weatherford.

© 2009  Weatherford. All rights reserved.

CONFIDENTIAL

WFT-MDL-00134878



| Revision | C |
|---|---|
| Date | 25/Mar/2010 |
| File | ELAS-TU-006 |

## Specifications DWP Top Dart

| Drill Pipe Size (in./mm) | Legacy Part Number | JDE Part Number | Min. ID (in./mm) | Max. ID (in./mm) |
|---|---|---|---|---|
| 3-1/2 to 5 | SDTLH0305 | 1275229 | 3.00 | 4.47 |
| 88.9 to 114.3 | | | 76.2 | 113.5 |
| 5 to 5-7/8 | SDTLH0505 | 1285949 | 3.00 | 5.16 |
| 114.3 to 149.2 | | | 76.2 | 131.1 |
| 5-7/8 to 6-5/8 | SDTLH0506 | 1204953 | 3.00 | 5.91 |
| 149.2 to 168.3 | | | 76.2 | 150.1 |



| Drill Pipe Size (in./mm) | A (in./mm) | B (in./mm) | C (in./mm) | D (in./mm) | E (in./mm) | F (in./mm) | G (in./mm) | H (in./mm) |
|---|---|---|---|---|---|---|---|---|
| 3-1/2 to 5 | 11.64 | | | | 4.72 | 4.00 | 3.25 | 4.72 |
| 88.9 to 114.3 | 296 | | | | 119.9 | 101.5 | 82.5 | 119.9 |
| 5 to 5-7/8 | 11.88 | 2.126 | 3.07 | 3.77 | 5.34 | 4.72 | 4.25 | 5.34 |
| 114.3 to 149.2 | 302 | 54 | 78 | 95.8 | 135.6 | 119.9 | 108.0 | 135.6 |
| 5-7/8 to 6-5/8 | 12.20 | | | | 5.75 | 5.34 | 4.48 | 6.10 |
| 149.2 to 168.3 | 310 | | | | 146.0 | 135.6 | 113.8 | 155.0 |

Weatherford products and services are subject to Weatherford's standard terms and conditions. For more information concerning the full line of Weatherford products and services, please contact your authorized Weatherford representative. Unless noted otherwise, trademarks and servicemarks noted herein are the property of Weatherford.

© 2009  Weatherford. All rights reserved.

CONFIDENTIAL                                                                WFT-MDL-00134879



**Weatherford**®

| Revision | C |
|---|---|
| Date | 25/Mar/2010 |
| File | ELAS-TU-006 |

## Specifications DWP Bottom Dart

| Drill Pipe Size (in./mm) | Legacy Part Number | JDE Part Number | Min. ID (in./mm) | Max. ID (in./mm) |
|---|---|---|---|---|
| 3-1/2 to 4-1/2 <br> *88.9 to 114.3* | SDBLH0304 | 1288143 | 3.25 <br> *82.6* | 4.00 <br> *101.6* |
| 5 <br> *127* | SDBLH0500 | 1275304 | 3.72 <br> *94.5* | 4.47 <br> *113.5* |
| 5-1/2 <br> *139.7* | SDBLH0512 | 1288121 | 4.20 <br> *106.7* | 4.95 <br> *125.7* |
| 5-1/2 to 5-7/8 <br> *139.7 to 149.2* | SDBLH5578 | 1286910 | 4.34 <br> *110.2* | 5.09 <br> *129.3* |
| 6-5/8 <br> *168.3* | SDBLH0658 | 1204970 | 5.10 <br> *129.5* | 5.85 <br> *148.6* |



| Drill Pipe Size (in./mm) | A (in./mm) | B (in./mm) | C (in./mm) | D (in./mm) | E (in./mm) |
|---|---|---|---|---|---|
| 3-1/2 to 4-1/2 <br> *88.9 to 114.3* | 9.06 <br> *230* | | | | 4.38 <br> *111.3* |
| 5 <br> *127* | 9.21 <br> *234* | | | | 4.72 <br> *120* |
| 5-1/2 <br> *139.7* | 9.41 <br> *239* | 1.91 <br> *48.4* | 3.07 <br> *78* | 4.13 <br> *105* | 5.20 <br> *132* |
| 5-1/2 to 5-7/8 <br> *139.7 to 149.2* | 9.48 <br> *241* | | | | 5.34 <br> *136* |
| 6-5/8 <br> *168.3* | 9.29 <br> *236* | | | | 6.10 <br> *155* |

---

**Cementing Products**

Weatherford products and services are subject to Weatherford's standard terms and conditions. For more information concerning the full line of Weatherford products and services, please contact your authorized Weatherford representative. Unless noted otherwise, trademarks and servicemarks noted herein are the property of Weatherford.

© 2009 Weatherford. All rights reserved.

CONFIDENTIAL

WFT-MDL-00134880



| Revision | C |
|---|---|
| Date | 25/Mar/2010 |
| File | ELAS-TU-006 |

## DWP System 7"

The new Weatherford DWP system offers the following advantages over the SSR DC double collet system:

- Increased fluid flow capacity
- Improved debris tolerance
- Lower surge pressures when run with auto-fill equipment
- Integral pressure equalizer system

The DWP System is also equipped with a by-pass safety feature that allows the cementing job to be completed in the unlikely event that both top and bottom plugs are launched simultaneously with a bottom dart. The bottom plug is equipped with a secondary burst tube that extends into the top plug. If the top plug is released without a top dart in its receiver, pressure will be exerted on the secondary burst tube when the plugs bump the float equipment. At 2,500 to 3,000 psi, a weakened port in the secondary burst tube will rupture and allow fluid to surround the primary burst tube. The primary burst tube will rupture with 900 to 1100 psi and allow fluid to by-pass the plug set into the shoe track. An indication that both plugs launched simultaneously would be a very high bottom plug burst pressure (normal burst pressure is 900-1100 psi).

> **Note:** Should both plugs launch simultaneously as indicated by an unusually high bottom plug burst pressure, the displaced volume of cement must be carefully managed since there will be no top plug bump pressure indication.

The DWP cementing plugs are primarily constructed from polyurethane and aluminum core. These plugs contain a Weatherford non-rotating feature, and therefore must be used with Weatherford float equipment equipped with a non-rotating landing plate or the Large Bore float equipment with a tapered landing surface and non-rotating feature. Plugs without the non-rotating profile can be special ordered from the Weatherford Elastomers division. The plug sets are delivered fully assembled with an integral pressure equalizer and swivel mechanism. _**A crossover is required from the 4-3/4"-6 Stub Acme box thread at the upper end of the plug set to the connection at the bottom of the casing or liner hanger running tool. The crossover should be torqued to the casing hanger or liner running tool prior to installing the plug set.**_

The plugs should always be checked for visible damage. In the case of a top and bottom plug set there should be some vertical separation (up to ¼") when the top plug is lifted off of the bottom plug. On all plug assemblies (plug sets), there should be both free rotation and limited vertical movement (up to ¼") between the equalizer and the aluminum top tube. For DWP sets in the sizes 7" - 7 5/8", the bottom dart receiver should have an ID of 1.78". The top dart receiver ID is 1.976". DWP dart receivers inside the plug should be painted blue and match the blue stickers on the dart tags and crossover.

DWP sets are available in either standard or combination fin designs. The term "standard" refers to a plug or plug set designed for a particular casing size and weight range. The term "combination" refers to a plug or plug set designed for use in a casing string with multiple casing sizes and weights.

---

**Cementing Products**

Weatherford products and services are subject to Weatherford's standard terms and conditions. For more information concerning the full line of Weatherford products and services, please contact your authorized Weatherford representative. Unless noted otherwise, trademarks and servicemarks noted herein are the property of Weatherford.

© 2009 Weatherford. All rights reserved.

CONFIDENTIAL                                        WFT-MDL-00134881



| Revision | C |
|----------|---|
| Date | 25/Mar/2010 |
| File | ELAS-TU-006 |

## Installation of the DWP Set

Follow these procedures to assemble and install the DWP set onto the casing or liner hanger running tool and into the casing hanger.  It is important that all the connections between the plugs and the casing hanger be pressure tight.  Verify that the plug set is designed for the casing weight(s) to be run and any restrictions through which the plugs must pass (such as supplemental casing hangers).  Check with Weatherford Engineering if in doubt.  Document installation using the "SSR Pre-Job Installation Report" form provided.

Installation (vertically or horizontally) of the running tool and plugs into the casing hanger is recommended in a properly equipped shop under Weatherford and Casing or Liner Hanger manufacturer's supervision.  Installation on the rig floor is also acceptable with proper supervision.

**Caution:**   *All crossovers, pup joints, drill pipe, and any other component through which the dart(s) will travel must be drifted (2.165 inches).  Do not use DWP darts in any transitions with more than a 1 in. (25.4mm) difference in inside diameters unless the transition angle is no greater than 30 degrees from the longitudinal axis.  Transition angles of 45 degrees or lower are acceptable when the change in inside diameters is less than 1 in.  There should also be no square shoulders in any transitions involving 0.5" or larger changes in inside diameter.*



**NOT ACCEPTABLE**                    **RECOMMENDED**

*Note:* Coordinate with the casing hanger service representative before the plug set is stabbed into the casing hanger.  A seal is usually installed between the casing or liner hanger running tool and the hanger.

1. Inspect and drift casing pup joint to specifications.
2. Inspect and drift Casing or Liner Hanger Running Tool.
3. Inspect and drift drill pipe sub, if required.
4. Drift and install crossover with 4-3/4"-6 Stub Acme pin thread end facing down, onto the casing or liner hanger running tool, with crossover if necessary and tighten to torque recommended for the connection. Record the make-up torque.  Visually inspect seal area of 4-3/4"-6 Stub acme pin for nicks, etc.  Repair or replace if seal area is questionable.

Weatherford products and services are subject to Weatherford's standard terms and conditions. For more information concerning the full line of Weatherford products and services, please contact your authorized Weatherford representative. Unless noted otherwise, trademarks and servicemarks noted herein are the property of Weatherford.

© 2009  Weatherford. All rights reserved.

CONFIDENTIAL                                                                WFT-MDL-00134882



| Revision | C |
|---|---|
| Date | 25/Mar/2010 |
| File | ELAS-TU-006 |



**DWP Crossover Pin Seal Area Details**

5. Inspect the pressure equalizer and plugs
   a. Record Pressure Equalizer/Plug Set serial number for full traceability.
   b. Visually inspect the box threads of pressure equalizer for nicks, etc. Make sure the o-ring is intact and free of nicks. Make sure the pressure equalizer and top collet turn and swivel freely, and have up to 0.22" upward movement.
   c. Move the top and bottom plugs apart from each other, rotationally, to confirm the free movement of the lower collet and to confirm the anti-rotation feature.
   d. Visually inspect the bottom side of the DWP plugs to confirm that the primary burst tube, inside the lower plug, is intact and not damaged.
6. Record all of the pertinent information regarding the hanger assembly and running tool, i.e. model, size, P/N, minimum ID of hanger and running tool, casing joint weight, grade, threads, etc.
7. Make up the pressure equalizer and plug assembly to the casing or liner hanger running tool with a chain wrench – minimum ~450 ft-lb torque (150 lb. @ 3 ft).

**Caution:**   *Do not attempt to disassemble the cement plug set. Should disassembly be attempted damage to the components may render the plugs inoperative.*

8. Prepare the casing or liner hanger and running tool for assembly per manufacturer's recommendations.
9. Securely position the casing hanger to allow for stab-in of the plug set and running tool.
10. Lubricate the plug set with grease or soap.
11. Carefully align the running tool and plug set with the casing hanger.
12. Gradually push the plug set into the casing hanger. Use care to keep the applied force in the axial direction. **Do not allow the plug set to become misaligned. Do not "hammer" the running tool assembly into the hanger assembly. Proceed slowly and carefully.**
13. Assemble the running tool to the casing hanger per manufacturer's recommendations.
14. Inspect the plugs from the pin end of the caing hanger pup joint to ensure they are centered in the casing.
15. Record on the hanger pup joint, with a permanent marker, the following items:
    a. DWP information, including serial number, part number, size and type.
    b. Drill Pipe dart type and size to be used.
    c. This should be initialed and dated by Weatherford Service Personnel.
16. Set this assembly aside while the remainder of the casing is being run.

**Note:** *The DWP System has been designed to withstand retrieval after stabbing into the casing; however, any damage that may have occurred during retrieval may not be visible. It is recommended that retrieved plug sets be replaced if possible.*

**Cementing Products**          10 of 24

Weatherford products and services are subject to Weatherford's standard terms and conditions. For more information concerning the full line of Weatherford products and services, please contact your authorized Weatherford representative. Unless noted otherwise, trademarks and servicemarks noted herein are the property of Weatherford.

© 2009 Weatherford. All rights reserved.



| Revision | C |
|---|---|
| Date | 25/Mar/2010 |
| File | ELAS-TU-006 |

**Dart Loading**

1. Check that the darts are compatible with the plug set by matching the blue colored sticker on the equalizer crossover, the blue top and bottom dart receivers inside the plug and the blue tags on the top and bottom darts.  DWP Darts can be identified by blue stickers on the tags and an aluminum nose with lock-ring on the top dart (yellow) and an aluminum ring between the first and second fin of the bottom dart (orange).

*Note: Always confirm that the dart(s) are compatible with the plugs in which they are to be landed and ensure that the correct size and version of the darts is used for the drill pipe and plug set being used.  The DWP sets can be identified by the letters "LH" in the part number, the blue stickers on the equalizer crossover and dart tags and blue dart receivers inside the plugs.*

**Caution:**   ***All crossovers, pup joints, drill pipe, and any other component through which the dart(s) will travel must be drifted (2.165 inches minimum).  Do not use DWP darts in any transitions with more than a 1 in. (25.4mm) difference in inside diameters unless the transition angle is no greater than 30 degrees from the longitudinal axis.  Transition angles of 45 degrees or lower are acceptable when the change in inside diameters is less than 1 in.  There should also be no square shoulders in any transitions involving 0.5" or larger changes in inside diameter.***



**NOT ACCEPTABLE**                          **RECOMMENDED**

*Note:  When running a top only plug set, it is important to note the length of the SSR MB top dart. The top dart may be too long to be placed in the lower chamber of the Nodeco TDH Top Drive Cementing Head or Nodeco RCTDH Remote-Controlled Top Drive Cementing Head and therefore must be placed in the upper chamber. It is strongly advised to consult the operating instructions for the Nodeco TDH Top Drive Cementing Head or Nodeco RCTDH Remote-Controlled Top Drive Cementing Head when operating situation requires using one dart in the upper chamber only.*

2. Pre-load the top and bottom darts into SSR dart containers or cement head.  The darts should be greased thoroughly before inserting into a spool or cement head.  Weatherford SSR or TDH cementing heads are recommended for launching the DWP darts.

*Note: Top darts and top plugs are color-coded yellow while bottom darts and bottom plugs are color-coded orange.  The orange bottom darts are always loaded below and launched before the yellow top dart.*

3. The darts will be tagged and part number should be noted from each tag.  It is recommended that the tag from each dart be removed from the dart and tie-wrapped to the corresponding hand wheel.

---

**Cementing Products**                 11 of 24

Weatherford products and services are subject to Weatherford's standard terms and conditions. For more information concerning the full line of Weatherford products and services, please contact your authorized Weatherford representative. Unless noted otherwise, trademarks and servicemarks noted herein are the property of Weatherford.

© 2009  Weatherford. All rights reserved.

                                          WFT-MDL-00134884



| Revision | C |
|----------|---|
| Date | 25/Mar/2010 |
| File | ELAS-TU-006 |

*Note: It is good practice to tie-wrap the two hand wheels together once the dart container is pre-loaded and re-assembled. This practice will enable the operator to confirm that nothing has been disturbed during shipping or handling of the dart container.*

4. Calculate drill string length required to land casing and coordinate with rig personnel to space dart container out properly using required crossovers, safety valves and pup joints.

5. Make up dart container as part of drill string stand as agreed upon with rig personnel. Rack dart container assembly back in derrick.

## Running Procedure

Perform the following procedures to operate the DWP system. If a Top Plug Only system is run, skip the Bottom Dart Release Section.

1. Calculate all displacement volumes and expected differential pressures.
2. Before making up the casing or liner hanger pup joint or prior to entering a restricted zone, unless using a Weatherford MudMaster Filter Shoe, it is recommended that a minimum volume equal to the internal pipe capacity be circulated to remove debris that may have accumulated in the casing when running in the hole. This will help minimize the amount of debris entering the DWP(s) when running the casing with the landing string or drill pipe.
3. Make up the casing hanger with plug set installed on the last joint of casing.
4. Run the casing in the hole with drill pipe or running string.
5. When casing is landed, make up the dart container or cementing head stand onto the drill pipe at the surface.

*Note: Prior to commencing cementing operations, it is recommended that the cementing lines be tested to 5000 psi (or higher if the displacement and plug bump pressure may exceed 5000 psi), provided that this can be done safely. Do not exceed equipment ratings.*

6. When starting to circulate through the cement head, pump at a low rate until returns are established. Circulate as determined by cementing program. A minimum volume equal to the internal pipe capacity is recommended. Maximum rate through 7" and larger plugs should not exceed 10 barrels per minute (BPM) for 24 hours or 14 BPM for 4 hours.

*Note: Do not exceed maximum recommended flow rates for the cementing head (normally 15 BPM) before launching darts.*

7. Mix and pump spacer in the hole and initiate cementing.
8. "Cock" the flipper indicator (if used) on the dart container pin adapter.

### Bottom Dart Release

1. Prepare to launch the bottom plug by releasing the bottom dart. Every effort should be made to release dart in cement.
2. Re-cock the flipper indicator
3. Pump rate should be minimum 3 to 4 BPM several barrels before expected dart contact with plug. Do **NOT** slow down the pump rate below 3 BPM.

Caution:    *Pump rates higher than 4 bbl/min may make it difficult to record the plug launch pressures and lower pump rates can result in failure to shear darts and bump plugs at calculated displacements.*

---

**Cementing Products**          12 of 24

Weatherford products and services are subject to Weatherford's standard terms and conditions. For more information concerning the full line of Weatherford products and services, please contact your authorized Weatherford representative. Unless noted otherwise, trademarks and servicemarks noted herein are the property of Weatherford.

© 2009 Weatherford. All rights reserved.

                                                                  WFT-MDL-00134885



| Revision | C |
|---|---|
| Date | 25/Mar/2010 |
| File | ELAS-TU-006 |

4. Pump at this reduced rate until the bottom plug has been launched.
5. Record the amount of fluid pumped behind the dart when it engages the bottom plug.  Record the launch pressure of the bottom plug.

**Note:**  *Due to "freefall" effect of cement, indication of bottom plug launch and bottom plug burst tube rupture may not be evident at the surface.  Cementing program should resume after displacing calculated volume of cement for bottom dart to reach the bottom plug and bottom plug to reach the float collar.*

6. When close to the amount of cement calculated for the bottom plug to reach the float collar carefully monitor the pressure gauge.
7. Slow the pump rate to 4 BPM and record the circulating pressure just before the plug bump and the pressure at which the bursting tube ruptures.

**Top Dart Release**

1. Once the calculated volume of cement has been pumped, the top dart should be released from the dart container.  Every effort should be made to release the top dart in cement.

**Note:**  *It is recommended that an additional volume of cement equal to 10 feet above the top plug be pumped after the top dart is released.  The additional cement will help secure the plug for drill out.*

2. Continue to displace the cement and top dart with rig displacement fluid.
3. Slow pump rate to 3 to 4 BPM several barrels before expected dart contact with plug.
4. Pump at this reduced rate until the top plug has been launched.
5. Record the circulation pressure just before the top dart reaches the top plug.  Record the plug launch pressure.
6. Calculate and record the displacement volume required for the top plug to land on the bottom plug.  Before the top plug lands, slow displacement rate to 3 to 4 BPM.  Record whether the top plug bumped, and if so, the maximum pressure exerted.

**Caution:**  *Bump pressure applied should not exceed casing and casing accessories ratings including safety factor.  Bumping plugs above the displacement pressure increases the tensile load applied to the casing string in proportion to the internal cross section.*

7. Record the means that was used to displace the top plug, i.e., the cementing unit or the rig mud pump.
8. Record the length of time the bump pressure was held.  If bump pressure bleeds off, record rate and volume of leak.
9. Release the bump pressure from the casing and record whether the float equipment holds backpressure.  Allow sufficient back flow to allow for fluid compressibility including aeration and casing expansion.  If the float equipment fails to hold backpressure, record the leak rate, volume and pressure. If allowed, displace top plug to float collar and check floats again, attempting to clear floats of debris.  If the floats fail after 2 or 3 attempts, shut-in at surface until cement sets.  Record any pressure applied to plugs at this point as well as length of time the pressure was maintained.

**Cementing Products**                                   13 of 24

Weatherford products and services are subject to Weatherford's standard terms and conditions. For more information concerning the full line of Weatherford products and services, please contact your authorized Weatherford representative. Unless noted otherwise, trademarks and servicemarks noted herein are the property of Weatherford.

© 2009  Weatherford. All rights reserved.



| Revision | C |
|---|---|
| Date | 25/Mar/2010 |
| File | ELAS-TU-006 |

## Bump Pressure and Temperature Ratings

The plugs are rated for the following maximum bump pressures (differential pressure across plugs, above displacement pressure) up to the corresponding maximum temperatures given.  Verify that the float equipment is also rated to the required bump pressure rating.  Do not exceed the lower of these ratings. For all sizes 7" – 7-5/8" the maximum bump pressure rating is 8,000 psi at 300ºF.

 In the case of combination plug sets, the pressure and temperature designation will be governed by the casing size in which the plug is landed.

## Plug Release and Burst Tube Ratings

The shear values observed on the rig floor will be largely dependent on the hydrostatic pressures in place at the time of shear and the velocity of the fluids when the darts make contact.  Due to "freefall" effect of cement, indication of bottom plug launch and bottom plug burst tube rupture may not be evident at the surface.  Cementing program should resume after displacing calculated volume of cement for bottom dart to reach the bottom plug and bottom plug to reach the float collar.  It is recommended that darts be landed in plugs at a pump rate of 3 to 4 bbl/min.

*Note*: *Higher than expected top dart displacement and top plug release pressures have been noted in field applications.  In some instances, this is due to debris or restrictions within the running string.  Prior to commencing cementing operations, it is recommended that the cementing lines be tested to 5000 psi (or higher if the displacement and plug bump pressure may exceed 5000 psi), provided that this can be done safely.  Do not exceed equipment ratings.*

| Event | Pressure Range (psi) |
|---|---|
| | |
| Bottom Plug Release | 800 – 1,200 |
| High Pressure (HP)* Top Plug Release | 2,000 – 2,500 |
| Optional Low Pressure (LP)* Top Plug Release | 800 – 1,000 |
| Primary Bursting Tube Rupture | 900 – 1100 |
| Secondary Bursting Tube Rupture | 2,500 – 3,000 |

\*    *Last two digits of part number will contain HP for high-pressure top dart receiver and LP for low-pressure top dart receiver.*

Weatherford products and services are subject to Weatherford's standard terms and conditions. For more information concerning the full line of Weatherford products and services, please contact your authorized Weatherford representative. Unless noted otherwise, trademarks and servicemarks noted herein are the property of Weatherford.

© 2009  Weatherford. All rights reserved.

CONFIDENTIAL                                                                      WFT-MDL-00134887



| Revision | C |
| --- | --- |
| Date | 25/Mar/2010 |
| File | ELAS-TU-006 |

# DWP PRE-JOB INSTALLATION REPORT

CUSTOMER:_____

DATE:_____

DELIVERY TICKET NUMBER:_____

WELL CHARGES (LOCATION & WELL NO.):_____

WEATHERFORD SERVICE REPRESENTATIVE:_____

CUSTOMER REPRESENTATIVE PRESENT:_____

THIRD PARTY REPRESENTATIVE PRESENT:_____

**Plug Type:**

☐ DWP PLUGSET   ☐ SSR MB PLUGSET   ☐ SSR LARGE BORE PLUGSET   ☐ SSR DC PLUGSET

**Plug body:**

☐ TOP AND BOTTOM PLUG   ☐ TOP PLUG ONLY

**Nose Profile:**

☐ LATCH-IN              ☐ NON-ROTATING

SET_____

*SERIAL NUMBER FOR DWP SET*_____

*CASING SIZE AND WEIGHT*_____

*DRILL PIPE SIZE AND WEIGHT*_____

LIST OF WEATHERFORD EQUIPMENT ON JOB SITE:

    1. _____    6. _____

    2. _____    7. _____

    3. _____    8. _____

    4. _____    9. _____

    5. _____    10. _____

**INSTALLATION CHECKLIST**

☐ INSPECT AND DRIFT RUNNING TOOL, DRILL PIPE SUB AND CROSSOVERS TO:
_____2.165"  *NOTE: LARGER DIAMETER DRIFTS ARE ACCEPTABLE*

☐ MOVEMENT OF PLUGS RIGHT TO LEFT ON TOP AND BOTTOM PLUG SETS _____

☐ UP AND DOWN MOVEMENT OF COLLET FOR BOTH TOP & BOTTOM AND TOP ONLY SETS_____

☐ PRIMARY BURST TUBE INTACT (VISIBLE FROM BOTTOM)_____

☐ THREADS IN CROSSOVER/PRESSURE EQUALIZER IN GOOD SHAPE, NO BURRS OR DEFORMITIES___

☐ O-RING INSTALLED IN TOP THREAD OF PRESSURE EQUALIZER _____

☐ DART RECEIVER (INSIDE PLUG) COLOR IS SAME AS STICKERS ON DART TAGS AND CROSSOVER*
(YES / NO)_____

☐ MAKE-UP TORQUE - CROSSOVER OR SWIVEL EQUALIZER TO RUNNING TOOL (FT*LBS)_____

☐ PRESSURE EQUALIZER TORQUED ON RUNNING TOOL CROSSOVER W/ CHAIN WRENCH –MIN ~ 450 FT*LB
(150 LB @ 3 FT)_____

☐ MAKE-UP OK? (YES / NO)_____

☐ TYPE OF STAB-IN SYSTEM USED (HORIZONTAL / VERTICAL)_____

☐ MEANS OF SET UP FOR STAB-IN (WORK STAND, FORK LIFT, ETC)_____

☐ FOR VERTICAL STAB-IN, WT. USED TO START PLUGS (IF KNOWN)_____

☐ STAB-IN COMPLETE W/ RUNNING TOOL_____

---

Weatherford products and services are subject to Weatherford's standard terms and conditions. For more information concerning the full line of Weatherford products and services, please contact your authorized Weatherford representative. Unless noted otherwise, trademarks and servicemarks noted herein are the property of Weatherford.

© 2009  Weatherford. All rights reserved.

CONFIDENTIAL

WFT-MDL-00134888



| Revision | C |
|----------|---|
| Date | 25/Mar/2010 |
| File | ELAS-TU-006 |

*Signature* OF WEATHERFORD REPRESENTATIVE:_____

ADDED COMMENTS: _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Weatherford products and services are subject to Weatherford's standard terms and conditions. For more information concerning the full line of Weatherford products and services, please contact your authorized Weatherford representative. Unless noted otherwise, trademarks and servicemarks noted herein are the property of Weatherford.

© 2009 Weatherford. All rights reserved.

CONFIDENTIAL

WFT-MDL-00134889



| Revision | C |
|---|---|
| Date | 25/Mar/2010 |
| File | ELAS-TU-006 |

# Sub Surface Release
# Pre-Job Check List

| Customer Name: | Country: | State: |
|---|---|---|
| Company Contact: | Lease: | Well: |
| Location: | Date: | |

**Well Data**

| Casing Size: | Casing I.D.: | Casing Grade: |
|---|---|---|
| Casing Weight: | Casing Burst: | 80% of Burst: |
| Maximum Press Planned: | Deviation at Shoe: | Total Depth: |
| Drill Pipe Size: | Drill Pipe Weight: | Drill Pipe Thread: | Min. Drill Pipe I.D.: |
| Drill Pipe Connection: | Tool Joint I.D.: | Drill Pipe Drifted? *2.165"* min. for DWP:   Yes: ☐   No: ☐ Other drift dia._____ | |

**Cementing Head**

| Cementing Head Type: Gemoco: ☐   Nodeco TDH: ☐   Other: ☐ | Cementing Head Serial #: |
|---|---|
| Pick Up Sub Type: Standard ☐   Swivel: ☐ | Pick Up Sub Size: 4 ½" ☐   5" ☐   5 ½" ☐   Other: ☐ |
| Bottom (Orange) Dart In Bottom Spool/Chamber: Yes: ☐   No: ☐ | Nose of Bottom Dart Located At Bottom of Lower Spool/Chamber: Yes: ☐   No: ☐ |
| Bottom Dart Spool On Bottom Plunger Release (Gemoco head only):   Yes: ☐   No: ☐ | Turn(s) to Move Bottom Plunger/Valve Diverter: In: _____   Out: _____ |
| Top (Yellow) Dart In Top Spool/Chamber: Yes: ☐   No: ☐ | Nose of Top Dart Located At Bottom of Upper Spool: Yes: ☐   No: ☐ |
| Top Dart Spool On Top Plunger Release (Gemoco head only):   Yes: ☐   No: ☐ | Turn(s) to Move Top Plunger/Valve Diverter: In: _____   Out: _____ |
| Maximum Hookload Expected: | Rating of Cement Head: |
| Thread on Cement Head Pin Sub: 4 ½" IF  Pin: ☐   Other: | Cement Head Drifted *2.165"* min. for DWP:   Yes: ☐   No: ☐ Other drift dia._____ |
| Indicator Sub Used: Yes: ☐   No: ☐ | |

Weatherford products and services are subject to Weatherford's standard terms and conditions. For more information concerning the full line of Weatherford products and services, please contact your authorized Weatherford representative. Unless noted otherwise, trademarks and servicemarks noted herein are the property of Weatherford.

© 2009  Weatherford. All rights reserved.

CONFIDENTIAL

WFT-MDL-00134890



**Weatherford®**

| Revision | C |
|---|---|
| Date | 25/Mar/2010 |
| File | ELAS-TU-006 |

| Crossovers Used below Cement Head:<br>1._____ ID=_____<br>2._____ ID=_____<br>3._____ ID=_____<br>4._____ ID=_____ | Crossovers and TIW valves below cement head drifted<br>*2.165"* min. for DWP:        Yes: ☐   No: ☐<br>Other drift dia._____ |
|---|---|

**Swivel Equalizer**

| Pressure/Swivel Equalizer Serial No.: | |
|---|---|
| O-ring in Top Thread in place:  Yes: ☐  No: ☐ | Does lower thread make up smoothly to plug<br>set:  Yes: ☐  No: ☐ If no, replace. |
| Running Tool<br>Thread down: _____  Box: ☐ Pin: ☐ | Hanger Type: |
| Crossover<br>Required:  Yes: ☐  No: ☐  Type: _____ | Minimum I.D.  Of Hanger: _____<br>Less than 2.165"?    Yes: ☐        No: ☐ |

**Plugs and Float Equipment**

| Plug Type:        DWP system ☐ | |
|---|---|
| Optional Equipment: | |
| DWP system<br>Part No.: | Plug O.D.:<br>Fins_____Body____ | Top & Bottom Plug:    Top Plug Only:<br>☐                               ☐ |
| Sticker on Crossover, Dart Tags/Noses and Dart receivers same color:   Yes: ☐  No: ☐<br>*(Blue for DWP system)* | |
| Bottom Plug Releasing<br>Dart Part Number: | Bottom Plug Releasing Dart Fin O.D.:<br>Bottom:        Middle:        Top: |
| Top Plug Releasing<br>Dart Plug Number: | Top Plug Releasing Dart Fin O.D.:<br>Bottom:        Middle:        Top: |
| Top Dart Nose OD: | |
| | |
| | |
| Float Equipment Manufacturer:<br>Weatherford: ☐ Other: | If Other, has Non-Rotating Profile been removed:<br>Yes: ☐   No: ☐ |
| Float Equipment Model: | |
| NOTE:  Compatibility with any other manufacturer's float equipment cannot be assured.  Non-Weatherford equipment should have a flat top and be used with a plug set not equipped with a Non-Rotating profile. | |

Weatherford products and services are subject to Weatherford's standard terms and conditions. For more information concerning the full line of Weatherford products and services, please contact your authorized Weatherford representative. Unless noted otherwise, trademarks and servicemarks noted herein are the property of Weatherford.

© 2009  Weatherford. All rights reserved.

CONFIDENTIAL                    WFT-MDL-00134891



| Revision | C |
|----------|---|
| Date | 25/Mar/2010 |
| File | ELAS-TU-006 |

**Notes:**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Cementing Products**   19 of 24

Weatherford products and services are subject to Weatherford's standard terms and conditions. For more information concerning the full line of Weatherford products and services, please contact your authorized Weatherford representative. Unless noted otherwise, trademarks and servicemarks noted herein are the property of Weatherford.

© 2009  Weatherford. All rights reserved.

CONFIDENTIAL   WFT-MDL-00134892



| Revision | C |
|---|---|
| Date | 25/Mar/2010 |
| File | ELAS-TU-006 |

**Pumping Data**

| Drill Pipe #1 Volume: | Length: | × | Drill Pipe Capacity: | = | Volume: |
|---|---|---|---|---|---|
| Drill Pipe #2 Volume: | Length: | × | Drill Pipe Capacity: | = | Volume: |
| Drill Pipe #3 Volume: | Length: | × | Drill Pipe Capacity: | = | Volume: |

| Total Drill Pipe Length from Surface to Cement Plugs: | Total Drill Pipe Volume from Surface to Cement Plugs: |
|---|---|

|  | Total Drill Pipe Length | ÷ | Freefall Speed (ft/min) | 400 (Low Density/ Visc.)  200 (High Density/ Visc.)  _____ Other | = | _____  _____  _____ | Minutes to reach plug(s) |
|---|---|---|---|---|---|---|---|

| Casing Volume Plugs to Float Eq.: | Length: | × | Casing Capacity: | = | Volume: |
|---|---|---|---|---|---|
| Casing Volume Csg. Hanger to X-Over: | Length: | × | Casing Capacity: | = | Volume: |
| Casing Volume X-Over to Plugs.: | Length: | × | Casing Capacity: | = | Volume: |

| Trip ball freefall time | Casing Length (plugs to FE) | ÷ | Freefall Speed (ft/min) | 400 (Low Density/ Visc.)  200 (High Density/ Visc.)  _____ Other | = | _____  _____ | Minutes to reach FE |
|---|---|---|---|---|---|---|---|

| Pump Strokes Surface to Plug Set: | Total Drill Pipe Volume: | ÷ | Volume/ Stroke: | = | Total Strokes: |
|---|---|---|---|---|---|
| Pump Strokes Plugs to Float Eq.: | Total Casing Volume: | ÷ | Volume/ Stroke: | = | Total Strokes: |

| Cement Blend And Additives: |
|---|

| Cement Volume: | Cementing Company: |
|---|---|

Weatherford Representative: _____

Date: _____

Weatherford products and services are subject to Weatherford's standard terms and conditions. For more information concerning the full line of Weatherford products and services, please contact your authorized Weatherford representative. Unless noted otherwise, trademarks and servicemarks noted herein are the property of Weatherford.

© 2009  Weatherford. All rights reserved.

CONFIDENTIAL                                                    WFT-MDL-00134893



| Revision | C |
|---|---|
| Date | 25/Mar/2010 |
| File | ELAS-TU-006 |

# Sub Surface Release
# Field Run Report

| Date: | | D.T. Number: |
|---|---|---|
| Customer Name: | Country: | State: |
| Company Rep: | Lease: | Well: |
| Location: | Drilling Contractor: | Cementing Company: |

## Well Data

| Casing Size: | | Casing Weight: | Casing Grade: |
|---|---|---|---|
| Casing Thread: | Casing Depth: #1_____#2_____ Total: _____ | Open Hole Size: | Min. Casing I.D.: |
| Water Depth: | | Deviation at Shoe: | Total Depth: |
| Drill Pipe Size: #1___ #2____#3_____ | Drill Pipe Weight: #1____ #2_____ #3_____ Total_____ | Drill Pipe Thread: | Min. Drill Pipe I.D.: #1_____#2_____#3_____ |

## Equip. Data

| Cementing Head Type: Gemoco ☐  Nodeco TDH: ☐   Other: ☐ | Cementing Head Serial #: |
|---|---|
| Pick Up Sub Type:     Standard ☐      Swivel: ☐ | PICK UP Sub Size: 4 ½" ☐   5" ☐   5 ½" ☐ Other: ☐ |
| Well Head Manufacturer: | Well Head Type: |
| Indicator Sub Used: Yes: ☐    No: ☐ | |
| Running Tool Thread down:_____  Box: ☐  Pin: ☐ | Equalizer Sub Thread:       4 ½" IF ☐      4 ½" 8rd ☐ |

## Fluid Data

| Circulating Fluid | Type | Circulation Time | Flow Rate | Weight | Volume | Max. Pressure |
|---|---|---|---|---|---|---|
| MUD | | | | | | |
| PRE-FLUSH 1 | | | | | | |
| PRE-FLUSH 2 | | | | | | |
| SLURRY 1 | | | | | | |
| SLURRY 2 | | | | | | |
| DISPLACEMENT FLUID | | | | | | |

**Cementing Products**                    21 of 24

Weatherford products and services are subject to Weatherford's standard terms and conditions. For more information concerning the full line of Weatherford products and services, please contact your authorized Weatherford representative. Unless noted otherwise, trademarks and servicemarks noted herein are the property of Weatherford.

© 2009  Weatherford. All rights reserved.



**Weatherford®**

| Revision | C |
|---|---|
| Date | 25/Mar/2010 |
| File | ELAS-TU-006 |

## Pumping Data

| Plug Type: | DWP ☐ | | |
|---|---|---|---|
| DWP system Part No.: | Top & Bottom Plug: ☐ | | |
| | | | Top Plug Only: ☐ |
| Drill Pipe Displacement: | Calculated: | Float Equipment Conversion Pressure: | Conversion Flow Rate (if applicable): |
| Bottom Dart Pump Rate When landing on plugs: | Pressure Just Prior to Bottom Plug Release: | Pumped: | Casing Displacement | Calculated: | Pumped: |
| Bottom Plug Pump Rate When landing on Collar: | Pressure Just Prior to Landing on Collar: | Bottom Plug Release Pressure: |
| Top Dart Pump Rate When landing on plugs: | Pressure Just Prior to Top Plug Release: | Bottom Plug Bypass Burst Pressure: |
| Did Plugs Bump?: Yes: ☐    No: ☐ | Top Plug Pump Rate when landed on plug: | Top Plug Release Pressure: |
| Bump Pressure Held * IF no, then bleed rate_____ Yes: ☐  No: ☐ * Bleed volume_____ | Time Bump Pressure Held: | Pressure prior To Plug Bump: | Max Bump Pressure: |
| Did F.E. Hold?    Yes: ☐    No: ☐ | Bleed Back Volume: | Displacement Method: Cement Unit: ☐    Rig: ☐ |

## Drill Out Data

| Hours Since top Plug Bumped: | Bit Type/Manufacturer:_____ | PDC: ☐  Roller: ☐ |
|---|---|---|
| Bit Size: | Bit Condition Before Drillout: | After Drillout: |
| Weight on Bit: | Pump Rate: | RPM: |
| Hole made after Plug/FE drillout: | | |

| | Manufacturer | Model | Type | Estimated Drill Out Time |
|---|---|---|---|---|
| Float Equipment | | | | |
| Cementing Plug(s) | | | | |

**Cementing Products**      22 of 24

Weatherford products and services are subject to Weatherford's standard terms and conditions. For more information concerning the full line of Weatherford products and services, please contact your authorized Weatherford representative. Unless noted otherwise, trademarks and servicemarks noted herein are the property of Weatherford.

© 2009  Weatherford. All rights reserved.

CONFIDENTIAL

WFT-MDL-00134895



| Revision | C |
|----------|---|
| Date | 25/Mar/2010 |
| File | ELAS-TU-006 |

**Comments**

Customer Comments, Special Well Conditions, Suggested Improvements:

Return to:

Product Line Manager – Cementation Products

515 Post Oak Blvd., Suite 600

Houston, TX   77027-9496

USA

Weatherford Representative: _____

Date: _____

**Notes:**

**Cementing Products**                    23 of 24

Weatherford products and services are subject to Weatherford's standard terms and conditions. For more information concerning the full line of Weatherford products and services, please contact your authorized Weatherford representative. Unless noted otherwise, trademarks and servicemarks noted herein are the property of Weatherford.

© 2009 Weatherford. All rights reserved.

CONFIDENTIAL                    WFT-MDL-00134896



| Revision | C |
|---|---|
| Date | 25/Mar/2010 |
| File | ELAS-TU-006 |

Find out how to increase the safety and efficiency of your operations. Visit **weatherford.com**, or contact your Weatherford representative.



Elastomer products
George Stephensonweg13
3133KJ Vlaardingen
The Netherlands
Tel: +31 10 445 1155
elastomers@eu.weatherford.com
www.weatherford.com

**Cementing Products**                    24 of 24

Weatherford products and services are subject to Weatherford's standard terms and conditions. For more information concerning the full line of Weatherford products and services, please contact your authorized Weatherford representative. Unless noted otherwise, trademarks and servicemarks noted herein are the property of Weatherford.

© 2009  Weatherford. All rights reserved.

CONFIDENTIAL                                    WFT-MDL-00134897