# EXHIBIT 56

# DEPOSITION TRANSCRIPT OF

# LEE LAMBERT

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3   IN RE:  OIL SPILL      )    MDL NO. 2179
     by the OIL RIG,        )
 4   DEEPWATER HORIZON in   )    SECTION "J"
     the GULF OF MEXICO,    )
 5   April 20, 2010         )    JUDGE BARBIER
                            )
 6                          )    MAG. JUDGE
                            )    SHUSHAN
 7

 8




14

15                  * * * * * * * * * * * * *
16                          VOLUME 2
                    * * * * * * * * * * * * *
17

18

19         Deposition of LEE LAMBERT, taken
     at Pan-American Building, 601 Poydras
20   Street, 11th Floor, New Orleans, Louisiana,
     70130, on the 10th of May, 2011.
21

22

23

24

25
```

```
 1   observation was made?
 2        A.    I believe I was on the cement
 3   unit.
 4        Q.    Okay.
 5        A.    Hold on a second.  Scratch that.
 6   Let me think about it.  I believe I was on
 7   the rig floor during that time.
 8        Q.    Because that -- that point comes
 9   after displacement of cement, correct?
10        A.    That's correct.  Yes, sir.
11        Q.    So you would have been on the
12   rig floor at that time?
13        A.    Yes, sir.
14        Q.    Okay.  How did you observe that
15   floats were holding?
16        A.    Once you bump your plug, you
17   should have a certain amount of bleed back
18   due to the compressibility of the mud you
19   displaced with and it should stop flowing
20   back.
21        Q.    Right.  And in this instance,
22   the floats held, five barrels bled back.
23   Is that consistent with how you recall?
24        A.    Yes, sir.
25        Q.    Okay.  How -- where did you --
```

```
 1    bleed back, right?
 2         A.    That's -- to my recollection,
 3    yes.
 4         Q.    Then there was no flow after
 5    that, correct?
 6         A.    That's my understanding, yes.
 7         Q.    Okay.  And the importance of
 8    that is if it's within an anticipated
 9    volume and it's -- if the bleed back is in
10    an anticipated volume and it stops flowing
11    after that point, that it's an indication
12    that the floats are holding, correct?
13              MR. BROCK:
14                   Object to form.
15         A.    That is my understanding, yes.
16         Q.    Okay.  Do you remember
17    specifically what Mr. Tabler said over the
18    radio?
19         A.    I do not, no.
20         Q.    So you obviously gathered
21    information for purposes of preparing this
22    e-mail, correct?
23         A.    That is correct.
24         Q.    And one of the things that you
25    gathered, at the bottom, was the fact that
```

WITNESS NAME: Lee Lambert

DATE TAKEN: May 9-10, 2011

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

**GENERAL CORRECTIONS:**

| PAGE | LINE | CHANGE |
|---|---|---|
| 12 | 1 | "run" to "I ran" |
| 12 | 1 | "together" to "to gather" |
| 11 | 3 | "South Creek" to "Southcreek" |
| 14 | 15 | "Yeah" to "yes" |
| 28 | 4 | "That's" to "That was the" |
| 28 | 8 | "needs" to "need" |
| 53 | 2 | "nothing" to "anything" |
| 83 | 21 | "think" to "THINK" |
| 85 | 6 | "think" to "THINK" |
| 85 | 23 | "think" to "THINK" |
| 87 | 4 | "think" to "THINK" |
| 87 | 23 | "think" to "THINK" |
| 89 | 4 | "line" to "be lined" |
| 115 | 1 | "blow" to "below" |
| 123 | 1 | "annular" to "annulus" |
| 126 | 6 | "hydrostatic mud" to "hydrostatic pressure with mud" |
| 126 | 7 | "of pressure" to "of back pressure" |
| 152 | 19 | "balance" to "balanced" |
| 152 | 21 | "balance" to "balanced" |
| 159 | 18 | "them" to "up" |
| 187 | 5 | "light" to "late" |
| 280 | 7 | "ability" to "responsibility" |
| 334 | 10 | "I --" to "it" |
| 351 | 6 | "for practice" to "where it would be a poor practice" |
| 360 | 12 | "or" to "and" |
| 360 | 13 | "engineers" to "engineer" |
| 437 | 15 | "close" to "closed" |
| 437 | 20 | "close" to "closed" |
| 467 | 22 | "displaying" to "displacing" |
| 471 | 6 | "occurred" to "covered" |
| 566 | 12 | "well" to "well will" |
| 576 | 10-11 | "document. My understanding is that -- for -- for the negative test, it" to "document -- my understanding is that -- for -- for the negative test. It" |
| 635 | 15-16 | "Mr. Brock: Object to form." to "" |

SIGNED: _[signature]_   DATE: 28 June 2011

RECEIVED 06/28/11

WITNESS' CERTIFICATE

I, **LEE LAMBERT**, read or have had the foregoing testimony read to me and hereby certify that it is a true and correct transcription of my testimony, with the exception of any attached corrections or changes.

*[signature]*

LEE LAMBERT