# EXHIBIT 57

# DEPOSITION TRANSCRIPT OF

# VINCENT TABLER

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3   IN RE:  OIL SPILL     )    MDL NO. 2179
     by the OIL RIG,       )
 4   DEEPWATER HORIZON in  )    SECTION "J"
     the GULF OF MEXICO,   )
 5   April 20, 2010        )    JUDGE BARBIER
                           )
 6                         )    MAG.  JUDGE
                           )    SHUSHAN
 7

 8




14

15

16

17

18            Videotaped deposition of VINCENT
     TABLER, taken at Pan-American Building, 601
19   Poydras Street, 11th Floor, New Orleans,
     Louisiana, 70130, on the 13th of June,
20   2011.

21

22

23

24

25
```

**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters

```
 1          A.     No, sir.
 2          Q.     Did you testify at the Coast
 3   Guard hearing that at some point when the
 4   plug was bumped that cement began to flow
 5   back at a finger-length trickle?
 6          A.     No, sir.  That was not cement.
 7   That was mud.  We were checking the floats.
 8          Q.     What happened?
 9                 MR. HARTLEY:
10                       Object to form.
11          A.     When we bleed off, you -- you
12   bleed off back in our tanks.  And when it
13   quits -- when you quit getting any fluid
14   back, you hold it, you let it sit there for
15   about five, ten minutes to make sure the
16   floats and the plugs are holding.
17          Q.     So what does it mean when the
18   mud begins to flow back at a finger-length
19   trickle?  What is that a sign of?
20                 MR. HARTLEY:
21                       Object to form.
22          A.     That's -- that's telling us that
23   it's -- we're -- the finger trickle is just
24   how much it's -- it's barely coming back
25   and it's stopping.
```

```
 1          Q.    So when mud flows back at a
 2    finger-length trickle, is that acceptable
 3    to you?
 4          A.    Yes, sir.
 5          Q.    All right.  So it's not a sign,
 6    in your opinion, that there's anything
 7    wrong with the displacement or the
 8    cementing job, right?
 9          A.    No, sir.
10          Q.    That's correct?
11          A.    That's correct.
12          Q.    And when the mud was flowing
13    back, you were actually present with the
14    wellsite leader, Lee Lambert, at the time,
15    right?
16                MR. CHEN:
17                    Objection, form.
18          A.    Yes, sir.  He was on the unit.
19          Q.    And both of you were watching
20    the finger-length trickle of the mud flow
21    back, right?
22          A.    Yes, sir.
23          Q.    Did Mr. Lambert say anything
24    about the finger-length trickle?
25                MR. HARTLEY:
```

```
1                    Object to form.
2         A.    No, sir.  I had the headset on.
3   I told Dewey.  One of the company man were
4   on the rig floor.  We communicated with him
5   also, and everybody was --
6         Q.    Everyone on the rig was
7   comfortable that the finger-length trickle
8   of mud flow back was not indicative of any
9   kind of problem?
10        A.    Correct.
11        Q.    It's your understanding that
12  Schlumberger was on the rig as well?
13        A.    Yes, sir.
14        Q.    What is your understanding of
15  why Schlumberger was there?
16        A.    They were out there to run a
17  bond log.
18        Q.    What's a bond log?
19        A.    It's a tool that Schlumberger
20  has that they can go in and -- I don't
21  understand exactly how the tool works.  I'm
22  not a tool expert.  It's someway they can
23  determine the height of the cement between
24  the casing and the formation.
25        Q.    Is it your understanding that
```