# EXHIBIT 59

# TRANSOCEAN DAILY DRILLING

# REPORT, APRIL 19, 2010

# (DEPO EX. 1455)

NO 512100-000033-1                         DAILY DRILLING REPORT                    REPORT NO  33

| LEASE OCSGG32306 | MC 292 #1 ST00 BP01 | | WATER DEPTH 4992 | DATE 19 Apr 2010 |
|---|---|---|---|---|
| OPERATOR BP Exploration | CONTRACTOR Transocean | | | RIG Deepwater Horizon |

SIGNATURE OF OPERATORS REPRESENTATIVE             SIGNATURE OF CONTRACTORS TOOL PUSHER

| D.P. SIZE | WEIGHT | GRADE | TOOL JT O.D. | TYPE THREAD | STRING NO. | PUMP NO. | PUMP MANUFACTURER | TYPE | STROKE LENGTH |
|---|---|---|---|---|---|---|---|---|---|
| 6.625 | 32 | S-135 | 8.25 | 6.625 F-H | | 1 | Continental Emsco | Triplex | 15 |
| - | - | - | - | - | - | 2 | Continental Emsco | Triplex | 15 |
| - | - | - | - | - | - | 3 | Continental Emsco | Triplex | 16 |
| - | - | - | - | - | - | 4 | Continental Emsco | Triplex | 15 |

### TIME DISTRIBUTION - HOURS

| CODE NO. - OPERATION | NIGHT | DAY |
|---|---|---|
| 1. Rig Up and Tear Down | 0.0 | |
| 2. Drill Actual | 0.0 | |
| 3. Reaming | 0.0 | |
| 4. Coring | 0.0 | |
| 5. Condition Mud & Circulate | 0.0 | 2.0 |
| 6. Trips | 0.0 | |
| 7. Lubricate Rig | 0.0 | |
| 8. Repair Rig | 0.0 | |
| 9. Cut Off Drilling Line | 0.0 | |
| 10. Deviation Survey | 0.0 | |
| 11. Wire Line Logs | 0.0 | |
| 12. Run Casing & Cement | 11.0 | 12.0 |
| 13. Wait On Cement | 0.0 | |
| 14. Nipple Up B.O.P. | 0.0 | |
| 15. Test B.O.P. | 0.0 | |
| 16. Drill Stem Test | 0.0 | |
| 17. Plug Back | 0.0 | |
| 18. Squeeze Cement | 0.0 | |
| 19. Fishing | 0.0 | |
| 20. Dir. Work | 0.0 | |
| 21. | 1.0 | |
| 22. | 0.0 | |
| 23. | 0.0 | |

COMPLETION
| | |
|---|---|
| A. Perforating | |
| B. Tubing Trips | |
| C. Testing | |
| D. Swabbing | |
| E. Testing | |
| F. | |
| G. | |
| H. | |

| TOTALS | 12.0 | 12.0 |

#### DAYWORK TIME SUMMARY (OFFICE USE ONLY)
| | |
|---|---|
| Hours w/ Contr. D.P. | |
| Hours w/ Opr. D.P. | |
| Hours W/Head D.P. | |
| Hours Standby | |

| TOTAL DAYWORK | 0 | 0 |
| NO. OF DAYS FROM SPUD | |
| CUMULATIVE ROTATING HOURS | |
| DAILY MUD COST | 9358.25 |
| TOTAL MUD COST | 5247837.75 |

### NIGHT TOUR

DRILLING ASSEMBLY / BIT RECORD / MUD RECORD

| MUD RECORD | |
|---|---|
| TIME | 0800 |
| WEIGHT | 14.0 |
| PRESSURE GRADIENT | .728 |
| FUNNEL VISCOSITY | 93 |
| PV / YP | 28 / 14 |
| GEL STRENGTH | 15 / 15 |
| FLUID LOSS | 2.4@2 |
| pH | |
| SOLIDS | |

CUTTING STRUCTURE / MUD & CHEMICALS ADDED
| TYPE | AMOUNT |
|---|---|
| SYNTH | 675Gal |

| STANDS D.P. | 0.000 |
| SINGLES D.P. | 0.000 |
| KELLY DOWN | 0.000 |
| TOTAL | 0.000 |
| WT. OF STRING | 0.00 |

REMARKS NO INCIDENTS REPORTED, NO POLLUTION SIGHTED. TEST DP ALARMS, VISUALLY INSPECTED DIVERTER AND SLIP JOINT, HELD PRE-JOB SAFETY MEETING WITH CREW, VERIFIED CROWN SAVER AND FLOOR SAVER, SWIVEL PACKING HOURS 640 JAR HOUR 47.5 METAL ON DITCH MAGNETS 0 OZ. ROV INSPECTED SUBSEA BOP AND MARINE RISER, ONE EACH 7" AND 9 7/8" CASING SWEDGE WITH LOW TORQUE MADED-UP AND FUNCTION TESTED ON RIG FLOOR WHILE RUNNING CASING.

JAR HOURS  47.5        DRILLER  Burgess, Mitch Brandon

### DAY TOUR

DRILLING ASSEMBLY / BIT RECORD / MUD RECORD

| BIT RECORD | |
|---|---|
| BIT NO. | 9 |
| SIZE | 8.5 |
| IADC CODE | |
| MANUFACTURER | HUGHES |
| TYPE | HC408XC |
| SERIAL NO. | |
| JETS | 4 X 14 |
| TFA | .601 |
| DEPTH OUT | 0 |
| DEPTH IN | 0 |
| TOTAL DRILLED | 0.00 |
| TOTAL HOURS | 0.00 |

| MUD RECORD | |
|---|---|
| TIME | 2100 |
| WEIGHT | 14.0 |
| PRESSURE GRADIENT | .728 |
| FUNNEL VISCOSITY | 94 |
| PV / YP | 28 / 15 |
| GEL STRENGTH | 14 / 14 |
| FLUID LOSS | 2.4@2 |
| pH | |
| SOLIDS | |

REMARKS NO INCIDENTS REPORTED, NO POLLUTION SIGHTED. TEST DP ALARMS, VISUALLY INSPECTED DIVERTER AND SLIP JOINT, HELD PRE-JOB SAFETY MEETING WITH CREW, VERIFIED CROWN SAVER AND FLOOR SAVER. SWIVEL PACKING HOURS 644.0 JAR HOUR 47.5 METAL ON DITCH MAGNETS 0 OZ.

JAR HOURS  47.5        DRILLER  Rewette, Dewey

EXHIBIT # 1455
WIT:

BP-HZN-IIT-0009274

Confidential

BP-HZN-MBI00136940

NO 512100-000033-1        DAILY DRILLING REPORT        REPORT NO. 33

| FIELD OR DISTRICT | COUNTY | STATE / COUNTRY | WIRE LINE RECORD | REEL NO |
|---|---|---|---|---|
| MISSISSIPPI | OFFSHORE | Louisiana / United States | | 5 |

| LAST CASING TUBING OR LINER | SIZE | MAKE | WEIGHT & GRADE | NO. JOINTS | LENGTH | RKD. TO CSG. NO. | SET AT |
|---|---|---|---|---|---|---|---|
| | 9.625 | | 62.80   HCQ-125 | 240/58 | | 14759 | 17168 |
| | 11.375 | | 71.80   HCQ-135 | 2067/53 | | 12817 | 15103 |
| | 13.425 | | HIV | 12-176 | 196/196 | 11153 | 13140 |

| SIZE | NO. LINES | LENGTH SLIPPED |
|---|---|---|
| 2 | 1-4 | 100 |
| LENGTH CUT OFF 200.00 | | PRESENT LENGTH 1290 |
| WEAR OR TRIPS SINCE LAST CUT 6429.00 | | |
| CUMULATIVE WEAR OR TRIPS 289185.00 | | |

| DEPTH INTERVAL | | DRILL. D REAM. R CORE. C | CORE NO. | FORMATION (SHOW CORE RECOVERY) | ROTARY TABLE SPEED | WT. ON BIT | PUMP PRESSURE | PUMP NO. 1 | | PUMP NO. 2 | | PUMP NO. 3 | | PUMP NO. 4 | | TOTAL PUMP OUTPUT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM | TO | | | | | | | LINER | S.P.M. | LINER | S.P.M. | LINER | S.P.M. | LINER | S.P.M. | |
| 0.00 | 0.00 | | | | | / | | / | | | | | | | | / |
| 0.00 | 0.00 | | | | | / | | / | | | | | | | | / |
| 0.00 | 0.00 | | | | | / | | / | | | | | | | | / |

| DEVIATION RECORD | DEPTH | DEV. | DIR. | TVD | HORIZ DISP | DEPTH | DEV. | DIR. | TVD | HORIZ DISP | DEPTH | DEV. | DIR. | TVD | HORIZ DISP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |

| TIME LOG | | ELAPSED TIME | CODE NO. | DETAILS OF OPERATIONS IN SEQUENCE AND REMARKS |
|---|---|---|---|---|
| FROM | TO | | | |
| 03:00 | 00:30 | 0H30M | 12 | (M) (On) HELD PRE-JOB SAFETY MEETING WITH CREW ON PICKING UP CASING. MONITOR WELL ON TRIP TANK, WELL STATIC. |
| 00:30 | 01:30 | 1H0M | 12 | (M) (On) PICK UP 9 7/8 CASING FROM 9,803 "O 10,810. MONITOR DISPLACEMENT ON TRIP TANK. |
| 01:30 | 02:30 | 1H0M | 21 | (M) (On) TROUBLE SHOOT WEATHERFORD'S CASING TONGS. MONITOR WELL ON TRIP TANK, WELL STATIC. |
| 02:30 | 06:30 | 4H0M | 12 | (M) (On) PICK UP 9 7/8 CASING FROM 10,810' TO 13,296'.  7" CASING DISCRIPTION= 125 JTS= 5,816', GRADE= Q 125, WE GHT= 32.0 PPF, CONNECTION= HYD.153.  9 7/8" CASING DISCRIPTION= 170 JTS= 7,464', GRADE= Q 125, WEIGHT= 62.8 PPF, CONNECTION= HYD.153. MONITOR DISPLACEMENT ON TRIP TANK. |
| 06:30 | 07:00 | 0H30M | 12 | (M) (On) RIG DOWN ELEVATORS AND OBS FLOW BACK TOOL. MONITOR WELL ON TRIP TANK, WELL STATIC. |
| 07:00 | 07:30 | 0H30M | 12 | (M) (On) PICK UP 9 7/8" HANGER FROM 13,220' TO 13,296'. MONITOR DISPLACEMENT ON TRIP TANK. |
| 07:30 | 09:00 | 1H30M | 12 | (M) (On) RIG DOWN CASING HANDLING EQUIPMENT. MONITOR WELL ON TRIP TANK, WELL STATIC. |
| 09:00 | 12:00 | 3H0M | 12 | (M) (On) RUN IN THE HOLE WITH CASING ON LANDING STRING AT 3 MINUTES PER STAND FROM 13,296' TO 15,736' |

| DEPTH | | | | Shoe TVD: 17137 |
|---|---|---|---|---|
| | | | | Shoe Press: 1500 |
| | | | | Test MW: 14.3 |
| | | | | Equiv MW: 16.58 |

| DEPTH INTERVAL | | DRILL. D REAM. R CORE. C | CORE NO. | FORMATION (SHOW CORE RECOVERY) | ROTARY TABLE SPEED | WT. ON BIT | PUMP PRESSURE | PUMP NO. 1 | | PUMP NO. 2 | | PUMP NO. 3 | | PUMP NO. 4 | | TOTAL PUMP OUTPUT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM | TO | | | | | | | LINER | S.P.M. | LINER | S.P.M. | LINER | S.P.M. | LINER | S.P.M. | |
| 0.00 | 0.00 | | | | | / | | / | 6 | 0 | 6 | 0 | 6 | 0 | 6 | 0 | / |
| 0.00 | 0.00 | | | | | / | | / | | | | | | | | | / |
| 0.00 | 0.00 | | | | | / | | / | | | | | | | | | / |

| DEVIATION RECORD | DEPTH | DEV. | DIR. | TVD | HORIZ DISP | DEPTH | DEV. | DIR. | TVD | HORIZ DISP | DEPTH | DEV. | DIR. | TVD | HORIZ DISP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |

| TIME LOG | | ELAPSED TIME | CODE NO. | DETAILS OF OPERATIONS IN SEQUENCE AND REMARKS |
|---|---|---|---|---|
| FROM | TO | | | |
| 12:00 | 13:30 | 1H30M | 12 | (M) (On) CONTINUE TO RUN IN HOLE WITH 9 7/8" CASING ON LANDING STRING FROM 15,736' TO 18,285' @ 3 MINUTES PER STAND. DRIFT LAST 12 STAND WITH 3 1/8" DRIFT. DROP ALLAMON 1 5/8" BRASS BALL @ 9 7/8" SHOE 17,168'. ( SAW 10K WEIGHT AT 18,218' OK). MONITOR PIPE DISPLACEMENT ON TRIP TANK. |
| 13:30 | 14:00 | 0H30M | 12 | (M) (On) PICK-UP CEMENT KELLY @ 18,285' AND SLACK-OFF WITH 840 K WEIGHT AND TAG 9 IN . CONTINUE TO SLACK-OFF AND SHEAR OUT PINS IN HANGER WITH 180 K DOWN. CONT NUE TO SLACK OFF TO 450 K HOOK LOAD. MONITOR PIPE DISPLACEMENT ON TRIP TANK. |
| 14:00 | 14:30 | 0H30M | 12 | (M) (On) RIG UP HALLIBURTON CHICKSAN LINES AND NITROGEN LINES. MONITOR WE LL ON TRIP TANK WELL STATIC. |
| 14:30 | 17:30 | 3H0M | 12 | (M) (On) PRESSURE UP TO 1,600 PSI AND SHIFT DIVIER AND SHEAR @ 2,442 PSI. BALL ON SEAT @ DTD WITH 2,765 PSI. TEST DIVERTER, UNABLE TO CIRCULATE, PRESSURE UP TO 1,800 PSI, @ 1BBL PER MINUTE, BLEED-OFF, 2ND ATTEMPT PRESSURE UP @ 1 DDL PER MINUTE TO 1,900 PSI, BLEED-OFF MONITOR ON TRIP TANK. THIRD ATTEMPT; PRESSURE UP TO 2,000 PSI @ 1 DBL PER MINUTE, BLEED-OFF, FOURTH ATTEMPT; PRESSURE UP TO  2,000 PSI @ 1 BBL PER MINUTE, BLEED OFF. FIFTH ATTEMPT; PRESSURE UP TO 2,000 PSI @ 1 BBL PER MINUTE , BLEED-OFF.  SIXTH ATTEMPT; PRESSURE UP TO 2,000 PSI @ 2 BBLS PER MINUTE, BLEED-OFF SEVENTH ATTEMPT; PRESSURE UP TO 2,250 PSI @ 1 BBL PER MINUTE, BLEED-OFF. EIGHT ATTEMPT; PRESSURE UP TO 2,500 PSI @ 1 BBL PER MINUTE BLEED-OFF. NINTH ATTEMPT; PRESSURE UP TO 2,750 PSI @ 1BBL PER MINUTE AND HOLD FOR (2) MINUTES THEN PRESSURE UP TO 3,000 PSI HOLD FOR (2) MINUTES AND SHEARED @ 3,142 PS , AND CIRCULATE @ 1 BBL PER MINUTE AND STAGE UP PUMPS. PUMP TO 4 BBLS PER MINUTE. PUMP # 4 PRESSURES ARE AS FOLLOWS: @ 10BL PER MINUTE 125 PSI, @ 2 DBLS PER MINUTE 170 PSI, @ 3 BBLS PER MINUTE 215 PSI, @ 3 BBLS PER MINUTE 255 PSI, @3.5 BBLS PER MINUTE 295 PSI, @ 4 BBLS PER MINUTE 340 PSI. SHUT DOWN PUMP, PERFORM SURFACE TEST TO 800 TO 500 PSI ( GOOD TEST). BRING PUMP #3 UP AND BREAK CIRCULATION @ 1BBL PER MINUTE STAGE PUMP UP TO 4 BBLS PER MINUTE. PUMP #3 PRESSURES ARE AS FOLLOW: @1 BBL PER MINUTE 205 PSI, @ 2 BBLS PER MINUTE 260 PSI, @ 2.5 3BLS PE MINUTE 290 PSI, @ 3 BBLS PER MINUTE 320 PSI, @ 3.5 BBLS PER MINUTE 345 PSI, @ 4 BBLS PER MINUTE 5 356 PSI. MONITOR ACTIVE SYSTEM FOR GAINS AND LOSSES. |
| 17:30 | 19:00 | 1H30M | 5 | (M) (On) LINE UP AND TEST CHOKE AND KILL LINES. ( GOOD TEST.). BREAK CIRCULA"ION ON CHOKE AND KILL LINE. CLOSE |

| DEPTH | | | | PSI WK: 847500 | Shoe TVD: 17157 |
|---|---|---|---|---|---|
| | | | | STU AVG: 839600 | Shoe Press: 1600 |
| | | | | | Test MW: 14.3 |
| | | | | | Equiv MW: 16.58 |

Confidential

BP-HZN-IIT-0009275

BP-HZN-MBI00136941

NO. 512100-000033-1      DAILY DRILLING REPORT      REPORT NO. 33

| FIELD OR DISTRICT MISSISSIPPI | COUNTY OFFSHORE | | STATE / COUNTRY Louisiana / United States | | | WIRE LINE RECORD | | REEL NO. 5 |
|---|---|---|---|---|---|---|---|---|

| LAST CASING TUBING OR LINER | SIZE | MAKE | WEIGHT & GRADE | | NO. JOINTS | LENGTH | RKB TO CSG.HD. | SET AT | SIZE 2 | NO. LINES 14 | LENGTH SLIPPED 100 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 9.625 | | 62.80 | HCQ-125 | 2409/66 | | 14759 | 17986 | LENGTH CUT OFF 200.00 | | PRESENT LENGTH 1280 |
| | 11.875 | | 71.80 | HCQ-125 | 2267/52 | | 12817 | 15103 | WEAR OR TRIPS SINCE LAST CUT 6429.00 | | |
| | 13.625 | | 88ʺ | Q-125 | 1959/45 | | 11153 | 10345 | CUMULATIVE WEAR OR TRIPS 289185.00 | | |

| DEPTH INTERVAL | | DRILL. D REAM. R CORE. C | CORE NO. | FORMATION (SHOW CORE RECOVERY) | ROTARY TABLE SPEED | WT. ON BIT | PUMP PRESSURE | PUMP NO. 1 | | PUMP NO. 2 | | PUMP NO. 3 | | PUMP NO. 4 | | TOTAL PUMP OUTPUT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM | TO | | | | | | | LINER | E.P.M. | LINER | E.P.M. | LINER | E.P.M. | LINER | E.P.M. | |
| 0.00 | 0.00 | | | | | | / | | | | | | | | | / |
| 0.00 | 0.00 | | | | | | / | | | | | | | | | / |
| 0.00 | 0.00 | | | | | | / | | | | | | | | | / |

| DEVIATION RECORD | DEPTH | DEV. | DIR. | TVD | HORIZ DISP | DEPTH | DEV. | DIR. | TVD | HORIZ DISP | DEPTH | DEV. | DIR. | TVD | HORIZ DISP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |

| TIME LOG | | ELAPSED TIME | CODE NO. | DETAILS OF OPERATIONS IN SEQUENCE AND REMARKS - (CONTINUATION) |
|---|---|---|---|---|
| FROM | TO | | | |
| | | · | | |
| | | · | | |
| | | · | | |
| | | · | | |
| | | · | | |
| | | · | | |
| | | · | | |
| | | · | | |
| | | · | | |
| | | · | | |
| | | · | | |
| | | · | | |
| | | · | | |
| | | · | | |
| | | · | | |
| | | · | | |
| | | · | | |
| | | · | | |

| DEPTH | | | | Sinc TVD: 17197 |
|---|---|---|---|---|
| | · | | | Show Pres: 1500 |
| | · | | | Test MW: 14.3 |
| | · | | | Equiv MW: 15.59 |

| DEPTH INTERVAL | | DRILL. D REAM. R CORE. C | CORE NO. | FORMATION (SHOW CORE RECOVERY) | ROTARY TABLE SPEED | WT. ON BIT | PUMP PRESSURE | PUMP NO. 1 | | PUMP NO. 2 | | PUMP NO. 3 | | PUMP NO. 4 | | TOTAL PUMP OUTPUT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM | TO | | | | | | | LINER | S.P.M. | LINER | S.P.M. | LINER | S.P.M. | LINER | S.P.M. | |
| 0.00 | 0.00 | | | | | | / | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | / |
| 0.00 | 0.00 | | | | | | / | | | | | | | | | / |
| 0.00 | 0.00 | | | | | | / | | | | | | | | | / |

| DEVIATION RECORD | DEPTH | DEV. | DIR. | TVD | HORIZ DISP | DEPTH | DEV. | DIR. | TVD | HORIZ DISP | DEPTH | DEV. | DIR. | TVD | HORIZ DISP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |

| TIME LOG | | ELAPSED TIME | CODE NO. | DETAILS OF OPERATIONS IN SEQUENCE AND REMARKS - (CONTINUATION) |
|---|---|---|---|---|
| FROM | TO | | | |
| | | | | LOWER ANNULAR AND LINE UP TO TAKE RETURNS. UP CHOKE AND KILL TO VERIFY. DIVERTER WAS CLOSED. PUMP DOWN DRILL PIPE. |
| | | | | UP CHOKE AND KILL LINE TO VERTICAL GAS SEPERATOR. BRING UP PUMP #1 @ 1 BBL PER MINUTE PRESSURE UP TO 250 PSI SHUT DOWN. |
| | | | | BRING PUMP UP TO 1 BBL PER MINUTE AND BREAK CIRCULATION @ 174 PSI. STAGE UP TO 200 PSI, SLOW BACK TO 188L PER MINUTE |
| | | | | WITH 140 PSI. SHUT DOWN PUMP AND OBSERVE FLOW LINE. OPEN ANNULAR. |
| 19:00 | 19:30 | 0H30M | 5 | (W) (Dr) BREAK CIRCULATION AND STAGE PUMP UP TO 4 BBLS PER MINUTE AND CIRCULATE 111 BBLS. NOTE: (HOLD PRE-JOB CEMENT MEETING). |
| 19:30 | 20:00 | 0H30M | 12 | (W) (On) HALLIBURTON NITROGEN TEST LINES TO 5,000 PSI. ( GOOD TEST) HALLIBURTON. PUMP 7 BBLS 6.7 PPG BASE OIL AND 10 BBLS 14.3 PPG TUNED CEMENT AND TEST LINES TO 5,000 PSI. ( GOOD TEST). MONITOR WELL ON TRIP TANK WELL STATIC. |
| 20:00 | 22:00 | 2H00M | 12 | (W) (On) PERFORM CEMENT JOD PCR DF AND HALLIBURTON PROCEDURE IS AS FOLLOWS: PUMP 62 BBLS OF 14.3 PPG TUNED SPACER @ 4 BBLS PER MINUTE. PUMP 6 BBLS, 16.74 PPG 1ʺ CEMENT, PUMP RATE 2 DPM, DROP DART #1 ON TIE RUN , PUMP 4 BBLS OF CEMENT AT < 2 BPM , START PUMPING N2— PUMP 39 BBLS FOAMED CEMENT , FOAMED VOLUME 48 BBLS. PUMP 4 BBLS CEMENT , PUMP 3 BBLS, 14.3 PPG SPACER, DROP DART #2 ON THE RUN , PUMP 17 BBLS SPACER @ 4 BPM. , PUMP 133 BBLS , 14.0 PPG MUD WITH CEMENT UNIT @ 4 BPM. BOTTOM DART TO DIVERTER, 3,500 PSI SHEARED @ 43 BBLS MUD PUMPED., BOTTOM DART TO DTD 3,250 PSI DTD SHEARED.- 159 BBLS MUD PUMPED, BOTTOM DART TO PLUG : NO SIGN OF PLUG SHEAR , TOP DART TO DIVERTER 3,200 PSI TOP PLUG SHEAR @ 100 BBLS MUD PUMPED, TOP DART TO DTD : 3,400 PSI DTD SHEAR 106 BBLS MUD PUMPED, TOP DART TO PLUG 3,300 PSI SHEAR @ 119 BBLS MUD PUMPED. SWITCH TO RIG PUMPS . CEMENT RECIPE IS AS FOLLOWS: SPACER. TUNED SPACER III / 0.6 GAL/BBL SURFACTANT A / 0.6 GAL/BBL SURFACTANT B / 9.6 GAL/BBL SEM-8 / 1 LB/BBL WELLLIFE 734, MIXED WITH FRESH WATER.LEAD CEMENT: 22 SACKS - 5.26 BBLS -30.14 CU.FT.PREMIUM H CMT. / 07% EZ-FLO / .25% D-AIR 3000 / 1.89 LD/SK KCL / 20% SSA-1/ 15% SSA-2 / .12% SA-541 / 11 GPH/S ZONESEAL 2000 / 9 GPHS SCR-100L / 1LB/BBL WELLLIFE- 734. YIELD = 1.37 CUFT/SK WATER= 5.13 GAL/SK ( FRESAH WATER) MIXED AT 16.74 PPG.FOAM TAIL CEMENT: 109 SACKS- 47 / 5 BBLS -268.11 CU.FT. PREMIUM H CMT. / .07% EZ-FLO / .25% D-AIR 3000 / 1.88 LB/SK KCL / 20% SSA-1 / 15 % SSA-2 / .2% SA-541 / 11 GPHS ZONE SEAL 2000 / 9 GPHS SCR-100L / 1 LD/BBL WELLLIFE-734 YIELD= 1.37 CUFT/SK |

| DEPTH | | | | PW IN: 347000    Sinc TVD: 17197 |
|---|---|---|---|---|
| | · | | | S/O IN: 630000    Show Pres: 1500 |
| | · | | | Test MW: 14.3 |
| | · | | | Equiv MW: 15.59 |

BP-HZN-IIT-0009276

Confidential

BP-HZN-MBI00136942

NO 512100-000033-1                    DAILY DRILLING REPORT                    REPORT NO  33

| FIELD OR DISTRICT MISSISSIPPI | | COUNTY OFFSHORE | | | STATE / COUNTRY Louisiana / United States | | | | WIRE LINE RECORD | | REEL NO | | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | SIZE | MAKE | WEIGHT & GRADE | NO. JOINTS | LENGTH | RKB. TO CSG. HD. | SET AT | SIZE 2 | | NO. LINES 14 | | LENGTH SUPPED 100 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LAST CASING TUBING OR LINER | 9.625 | | 62.80   HC-Q-125   2408:56 | | | 14759 | 17108 | LENGTH CUT OFF 200.00 | | | | PRESENT LENGTH 1280 | |
| | 11.875 | | 71.80   HC-Q-125   2287:52 | | | 12517 | 15100 | WEAR OR TRIPS SINCE LAST CUT 8429.00 | | | | | |
| | 13.625 | | 88V   Q-125   1969/45 | | | 11153 | 13146 | CUMULATIVE WEAR OR TRIPS 288185.00 | | | | | |

| DEPTH INTERVAL | | DRILL. D REAM. R CORE. C | CORE NO. | FORMATION (SHOW CORE RECOVERY) | ROTARY TABLE SPEED | WT. ON BIT | PUMP PRESSURE | PUMP NO.1 | | PUMP NO.2 | | PUMP NO.3 | | PUMP NO.4 | | TOTAL PUMP OUTPUT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM | TO | | | | | | | LINER | E.P.M. | LINER | S.P.M. | LINER | S.P.M. | LINER | S.P.M. | |
| 0.00 | 0.00 | | | | / | | / | | | | | | | | | / |
| 0.00 | 0.00 | | | | / | | / | | | | | | | | | / |
| 0.00 | 0.00 | | | | / | | / | | | | | | | | | / |

| DEVIATION RECORD | DEPTH | DEV. | DIR. | TVD | HORIZ DISP | DEPTH | DEV. | DIR. | TVD | HORIZ DISP | DEPTH | DEV. | DIR. | TVD | HORIZ DISP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |

| TIME LOG | | ELAPSED TIME | CODE NO. | DETAILS OF OPERATIONS IN SEQUENCE AND REMARKS - (CONTINUATION) |
|---|---|---|---|---|
| FROM | TO | | | |
| | | - | | |
| | | - | | |
| | | - | | |
| | | - | | |
| | | - | | |
| | | - | | |
| | | - | | |
| | | - | | |
| | | - | | |
| | | - | | |
| | | - | | |
| | | - | | |
| | | - | | |
| | | - | | |
| | | - | | |
| | | - | | |
| | | - | | |
| | | - | | |

| DEPTH | | | - | | | | | | | | | | | | Shoe TVD: 17157 |
| | | | - | | | | | | | | | | | | Shoe Press.: 1600 |
| | | | - | | | | | | | | | | | | Test MW: 14.2 |
| | | | - | | | | | | | | | | | | Equiv MW: 16.58 |

| DEPTH INTERVAL | | DRILL. D REAM. R CORE. C | CORE NO. | FORMATION (SHOW CORE RECOVERY) | ROTARY TABLE SPEED | WT. ON BIT | PUMP PRESSURE | PUMP NO.1 | | PUMP NO.2 | | PUMP NO.3 | | PUMP NO.4 | | TOTAL PUMP OUTPUT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM | TO | | | | | | | LINER | S.P.M. | LINER | S.P.M. | LINER | S.P.M. | LINER | S.P.M. | |
| 0.00 | 0.00 | | | | / | | / | 6 | 0 | 6 | 0 | 6 | 0 | 6 | 0 | / |
| 0.00 | 0.00 | | | | / | | / | | | | | | | | | / |
| 0.00 | 0.00 | | | | / | | / | | | | | | | | | / |

| DEVIATION RECORD | DEPTH | DEV. | DIR. | TVD | HORIZ DISP | DEPTH | DEV. | DIR. | TVD | HORIZ DISP | DEPTH | DEV. | DIR. | TVD | HORIZ DISP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |

| TIME LOG | | ELAPSED TIME | CODE NO. | DETAILS OF OPERATIONS IN SEQUENCE AND REMARKS - (CONTINUATION) |
|---|---|---|---|---|
| FROM | TO | | | |
| | | | | WATER: 5.13 GAL/SK ( FRESH WATER) MIXED AT 16.74 PPG. FOAMED TO 14.5 PPG., FOAM YIELD= 1.69 CUFT/SK., NITROGEN= |
| | | | | 584 SCF/BBL. UNFOAMED TAIL AND SHOE CEMENT: 78 SACKS - 6.93 BBLS = 38.91 CU.FT. PREMIUM H CMT. / .07% EZ-FLO / |
| | | | | .25% D-AIR 3000 / 1.88 LB/SK KCL / 20% SSA-1 / 15 % SSA-2 / .2% SA-541 / 11 GPHS ZONE SEAL 2000 / 9 GPHS SCR-100L |
| | | | | / 1 LINER, WELLLIFE-734, YIELD = 1.37 CUFT/SK., WATER- 6.13 GAL/SK ( FRESH WATER) MIXED AT 16.74 PPG. |
| 22:30 | 00:00 | 1½HR | 12 | MI (UN) DISPLACE CEMENT WITH 14.0 PPG MUD WITH RIG PUMP@ 4 SPM @ 500 PSI. INDICATION THROUGH BOTTOM PLUG THROUGH |
| | | | | CROSS OVER WITH 830 PSI AND 469 BBLS. MONITOR ACTIVE SYSTEM FOR GAINS AND LOSSES. |
| | | - | | |
| | | - | | |
| | | - | | |
| | | - | | |
| | | - | | |
| | | - | | |
| | | - | | |
| | | - | | |
| | | - | | |
| | | - | | |
| | | - | | |

| DEPTH | | | - | | | | | | P/U Wt: 847000 | Shoe TVD: 17157 |
| | | | - | | | | | | S/O Wt: 836000 | Shoe Press.: 1600 |
| | | | - | | | | | | | Test MW: 14.2 |
| | | | - | | | | | | | Equiv MW: 16.58 |

Confidential

BP-HZN-IIT-0009277

BP-HZN-MBI00136943

NO 512100-000033-1

DAILY DRILLING REPORT

REPORT NO  33

DRILLING CREW PAYROLL DATA

DATE  19 Apr 2010

WELL NAME & NO.  MC 252 #1 ST00 BP01

COMPANY  Transocean

TOOLPUSHER  RANDY EZELL

RIG NO.  Deepwater Horizon

| Night Tour | | From  00:00  To  12:00 | | | INJURED ON THIS TOUR? |
|---|---|---|---|---|---|
| CREW | EMPL. ID NO. | NAME | HRS. | INITIAL | YES/NO |
| TOOLPUSHER/TOURPUSH | 17267 | Anderson, Jason | 12.00 | | NO |
| DRILLER | 22344 | Burgess, Micah | 12.00 | | NO |
| ASSISTANT DRILLER | 22019 | Morgan, Patrick | 12.00 | | NO |
| ASSISTANT DRILLER | 25197 | Sensie, Allen | 12.00 | | NO |
| DERRICKHAND | 69061 | Petty, Alonzo | 12.00 | | NO |
| PUMPHAND | 26023 | Rhodes, Karl | 12.00 | | NO |
| FLOORHAND | 503589 | Nunley, Mark | 12.00 | | NO |
| FLOORHAND | 25582 | Pitts, Jerry | 12.00 | | NO |
| FLOORHAND | 27155 | Hughes, Matthew | 12.00 | | NO |
| FLOORHAND | 34874 | Kersey, Jonathan | 12.00 | | NO |
| FLOORHAND | 18957 | Graham, Anthony | 12.00 | | NO |
| ELECTRONIC TECHNICIAN | 34721 | Williams, Michael | 12.00 | | NO |
| ELECTRICIAN | 26040 | Murray, Chad | 12.00 | | NO |
| SUBSEA SUPERVISOR | 19013 | Odenwald, Jay | 12.00 | | NO |
| DECK PUSHER | 23163 | Martinez, Dennis | 12.00 | | NO |
| MECHANIC | 17171 | Cochran, Charles | 12.00 | | NO |
| SENIOR DPO / DPO III | 12803 | Mayfield, Mike | 12.00 | | NO |
| WAREHOUSE PERSONNEL | 171611 | Evans, Joseph | 12.00 | | NO |
| ROUSTABOUT / PAINTER | 502683 | Cole, Kennedy | 12.00 | | NO |
| MOTORMAN | 17599 | Sellers, Terry | 12.00 | | NO |
| ENGINEER - 1ST - 2ND - 3 | 503316 | Oldham, Jarod | 12.00 | | NO |
| ENGINEER - 1ST - 2ND - 3 | 30070 | Mansfield, James | 12.00 | | NO |
| CRANE OPERATOR | 322437 | Mann, Eugene | 12.00 | | NO |
| ROUSTABOUT / PAINTER | 01353 | Rigg Jr, Samuel | 12.00 | | NO |
| ROUSTABOUT / PAINTER | 502979 | Jacobs, Matthew | 12.00 | | NO |
| ROUSTABOUT / PAINTER | 502594 | Crawford, Truitt | 12.00 | | NO |
| ROUSTABOUT / PAINTER | 503368 | Choy, Christopher | 12.00 | | NO |
| ROUSTABOUT / PAINTER | 501372 | Stone, Stephen | 12.00 | | NO |
| ROUSTABOUT / PAINTER | 504149 | Cole, Thomas | 12.00 | | NO |
| ROUSTABOUT / PAINTER | 505046 | Jones, Cole | 12.00 | | NO |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| NO OF DAYS SINCE LAST LOST TIME ACCIDENT | | 2008 | | | |

Confidential

BP-HZN-IIT-0009278

BP-HZN-MBI00136944

NO  512100-000033-1                    DAILY DRILLING REPORT                    REPORT NO   33

BRILLING CREW PAYROLL DATA

DATE   19 Apr 2010

WELL NAME & NO.   MC 252 #1 ST00 BP01

COMPANY   Transocean

TOOLPUSHER   RANDY EZELL                         RIG NO.   Deepwater Horizon

| Day Tour | | From   12:00 | To   24:00 | | INJURED ON THIS TOUR? | |
|---|---|---|---|---|---|---|
| CREW | EMPL ID NO. | NAME | | HRS. | INITIAL | YES/NO |
| TOOLPUSHER/TOURPUSH | 185223 | Wheeler, Wyman | | 12.00 | | NO |
| DRILLER | 12554 | Revette, Dewey | | 12.00 | | NO |
| ASSISTANT DRILLER | 22056 | Curtis, Stephen | | 12.00 | | NO |
| ASSISTANT DRILLER | 68364 | Clark, Donald | | 12.00 | | NO |
| DERRICKHAND | 01302 | Kemp, Roy | | 12.00 | | NO |
| PUMPHAND | 25228 | Lacner, Todd | | 12.00 | | NO |
| FLOORHAND | 502436 | Weise, Adam | | 12.00 | | NO |
| FLOORHAND | 34561 | Holloway, Caleb | | 17.00 | | NO |
| FLOORHAND | 43863 | Darron III, Daniel | | 12.00 | | NO |
| FLOORHAND | 01598 | Koshto, Shane | | 12.00 | | NO |
| FLOORHAND | 18759 | Kleppinger, Karl | | 12.00 | | NO |
| CRANE OPERATOR | 18963 | Burdwin, Aaron | | 12.00 | | NO |
| CRANE OPERATOR | 61744 | Sandell, Micah | | 12.00 | | NO |
| ROUS"ABOUT / PAINTER | 502578 | Johnson, Dustin | | 12.00 | | NO |
| ROUS"ABOUT / PAINTER | 43870 | Morklas, Herber | | 12.00 | | NO |
| ROUG"ABOUT / PAINTER | 502532 | Ramos, Carlos | | 12.00 | | NO |
| ROUS"ABOUT / PAINTER | 504291 | Anderson, Joseph | | 12.00 | | NO |
| ROUS"ABOUT / PAINTER | 02822 | Watson, Nickelus | | 12.00 | | NO |
| ROUS"ABOUT / PAINTER | 505045 | Jones, Cole | | 12.00 | | NO |
| ELECTRONIC TECHNICIAN | 35444 | Cox, Patrick | | 12.00 | | NO |
| ELECTRICIAN | 02359 | Armstrong, Daniel | | 12.00 | | NO |
| | | | | | | |

NO OF DAYS SINCE LAST LOST TIME ACCIDENT    2608

Confidential

BP-HZN-IIT-0009279

BP-HZN-MBI00136945