# EXHIBIT 61

# DEPOSITION TRANSCRIPT OF IAN FRIGAARD

Page 1

```
 1                UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
 2
 3      IN RE:  OIL SPILL       )  MDL NO. 2179
        BY THE OIL RIG          )
 4      "DEEPWATER HORIZON" IN  )  SECTION "J"
        THE GULF OF MEXICO, ON  )
 5      APRIL 20, 2010          )  JUDGE BARBIER
                                )  MAG. JUDGE SHUSHAN
 6
 7
 8
 9
10
11
12
13
14
15
16
17                   ***************
                      VOLUME 2 of 2
18                   ***************
19
20
               Deposition of IAN FRIGAARD, taken at
21      Pan-American Building, 601 Poydras Street,
        11th Floor, New Orleans, Louisiana, 70130, on
22      December 8, 2011.
23
24
25
```

PURSUANT TO CONFIDENTIALITY ORDER

Page 107

```
 1     wiper plug product specifications from
 2     Weatherford; is that correct?
 3            A.     That's correct.
 4            Q.     Okay.  Doctor, would it be fair to
 5     say that you've seen no evidence and you've
 6     expressed no opinion that the float collar used
 7     in the long string of the Macondo well, the
 8     M45AP, was defective either in its design,
 9     competition, or construction, correct?
10            A.     I think that's correct.
11            Q.     Okay.  And relative to your comments
12     about -- you indicated what the float collar was
13     rated.  Were you talking about -- well, what were
14     you talking about?
15            A.     There was a -- a figure, I -- I
16     believe, of maybe 2,500 in psi which was given in
17     one of the expert reports, but I -- I don't
18     recall exactly -- exactly which -- which report.
19     And -- and I -- I believe that's the rating of
20     the -- of each valve.  But it's -- I -- I
21     wouldn't say that has been a big influence on my
22     opinions.
23            Q.     Okay.  Doctor, you would agree with
24     me that whether or not the float collar
25     converted, that's not the question I'm going to
```

PURSUANT TO CONFIDENTIALITY ORDER

Electronically signed by Rene Moarefi (401-392-745-8300)                                         628f63b2-1052-4d3e-9f80-4e6410b2e0f0

**WORLDWIDE**

*Systems Technology for the Litigation World*

Court Reporting ◆ Video Production ◆ Videoconferencing ◆ Litigation Group

December 12, 2011

Paul Savoy – *Via e-mail*
BECK REDDEN & SECREST
1221 McKinney, Suite 4500
Houston, TX 77010

Re:   Deposition of **Ian Frigaard, Vol. 1**
      12/07/2011
      In Re: Oil Spill by the Oil Rig "Deepwater Horizon"

Dear Mr. Savoy:

Enclosed please find the signature copy of the deposition of the witness named above. Please have the witness review the deposition and **sign the signature page and amendment sheets** prior to returning it to our office.

In accordance with the Federal Rules of Civil Procedure, your client has **45** days to review, sign and amend the deposition, then return the amendment sheets and signature page back to our office by **January 26, 2011** for further processing.

We sincerely appreciate your choosing Worldwide Court Reporters, Inc. and look forward to working with you in the future. If you have any questions regarding this matter, please feel free to contact our office.

Sincerely,

Rebeca Aguirre
Worldwide Court Reporters, Inc.

No. 1-38844

cc:   US Dept. of Justice
      Don K. Haycraft
      J. Robert Warren