# EXHIBIT 62

# DEPOSITION TRANSCRIPT OF JJ AZAR

Page 312

```
 1                UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF LOUISIANA
 2
                                  ) MDL NO. 2179
 3    IN RE:  OIL SPILL           ) SECTION "J"
      by the OIL RIG,             )
 4    DEEPWATER HORIZON in        ) JUDGE BARBIER
      the GULF OF MEXICO,         )
 5    April 20, 2010              )
                                  ) MAG. JUDGE SHUSHAN
 6
 7
 8
 9
10
11
12                     VOLUME 2 OF 2
13
14
15
16
17
             Deposition of J.J. AZAR, Ph.D., taken
18    at Pan-American Building, 601 Poydras Street,
      11th Floor, New Orleans, Louisiana, 70130, on
19    December 6, 2011.
20
21
22
23
24
25
```

PURSUANT TO CONFIDENTIALITY ORDER

Page 453

```
 1     correct?
 2          A.   That is correct.
 3          Q.   And the only opinions that you intend to
 4     offer at the trial of this matter are the
 5     opinions that are expressed in your report that's
 6     been identified as an exhibit here, correct?
 7          A.   That is correct, sir.
 8          Q.   And as I understand it, you were asked to
 9     review the -- the drilling of the Macondo well
10     against the standards and/or accepted drilling
11     engineering practices in the industry, correct?
12          A.   That is correct.
13          Q.   You were not asked to review any issue
14     with respect to the Weatherford float collar
15     insofar as whether or not that float collar was
16     defective, correct, sir?
17          A.   That is correct, sir.
18          Q.   And in connection with that, you will not
19     be offering any opinion at trial with respect to
20     any issue concerning a defective condition or
21     nondefective condition of the Weatherford float
22     collar, correct?
23          A.   Correct, sir.
24          Q.   And as you sit here today, you're not
25     aware of any fact which would indicate that the
```

Page 454

```
 1     Weatherford float collar was defective in any
 2     way, are you, sir?
 3          A.  No, sir.
 4                MR. WEGMANN:  That's all the
 5     questions I have.  Thank you.
 6                THE WITNESS:  Thank you.
 7                THE VIDEOGRAPHER:  The time is
 8     11:24 a.m., and we're off the record.
 9                      (Break.)
10                THE VIDEOGRAPHER:  The time is
11     11:31 a.m., and we're back on the record.
12                      EXAMINATION
13     BY MR. UNDERHILL:
14          Q.  Good afternoon, Dr. Azar.
15          A.  Good afternoon, sir.
16          Q.  We met yesterday.  Mike Underhill for the
17     U.S.  I'll be very brief.
18              Dr. Azar, I think in response to
19     Mr. Godwin's questions, you gave very brief
20     testimony about pore -- pore pressure and
21     fracture gradient.
22              Do you recall that?
23          A.  Yes, I do.
24          Q.  Let me see if I understand your
25     testimony.
```

PURSUANT TO CONFIDENTIALITY ORDER

Electronically signed by Tamara Chapman (501-213-791-1192)                440e84cd-6d10-40b8-82ad-ff16282700a2

# WORLDWIDE

*Systems Technology for the Litigation World*

Court Reporting ♦ Video Production ♦ Videoconferencing ♦ Litigation Group

December 7, 2011

Lauren Hibbe – *Via e-mail*
KIRKLAND & ELLIS, L.L.P.
300 N. LaSalle
Chicago, IL 60654

Re:   Deposition of **J. J. Azar, Ph. D., Vol. 2**
12/06/2011
In Re: Oil Spill by the Oil Rig "Deepwater Horizon"

Dear Ms. Hibbe:

Enclosed please find the signature copy of the deposition of the witness named above. Please have the witness review the deposition and **sign the signature page and amendment sheets** prior to returning it to our office.

In accordance with the Federal Rules of Civil Procedure, your client has **45** days to review, sign and amend the deposition, then return the amendment sheets and signature page notarized back to our office by **January 21, 2012** for further processing.

We sincerely appreciate your choosing Worldwide Court Reporters, Inc. and look forward to working with you in the future. If you have any questions regarding this matter, please feel free to contact our office.

Sincerely,

Rebeca Aguirre
Worldwide Court Reporters, Inc.

No. 1-38833

cc:   US Dept. of Justice
Don K. Haycraft
J. Robert Warren

**Corporate Headquarters**

3000 Weslayan St.   Suite 235   Houston TX 77027

713-572-2000   Fax 713-572-2009

For U.S. & International Services: 1-800-745-1101