# EXHIBIT 63

# DEPOSITION TRANSCRIPT OF GEORGE MEDLEY

Page 357

1              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
2
3   IN RE:  OIL SPILL         )   MDL NO. 2179
    BY THE OIL RIG            )
4   "DEEPWATER HORIZON" IN    )   SECTION "J"
    THE GULF OF MEXICO, ON    )
5   APRIL 20, 2010            )   JUDGE BARBIER
                              )   MAG. JUDGE SHUSHAN
6
7
8
9
10
11
12
13
14
15
16
17              \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
                     VOLUME 2
18              \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
19
20
            Deposition of GEORGE H. MEDLEY,
21  JR., P.E., taken at Pan-American Building,
    601 Poydras Street, 11th Floor, New Orleans,
22  Louisiana, 70130, on the 8th day of December,
    2011.
23
24
25

```
 1          A.      That's -- that's correct.
 2          Q.      And as you sit here today you're
 3   not aware of any fact or opinion that would
 4   indicate that the float collar on the Macondo
 5   well was defective in any way; is that
 6   correct?
 7          A.      That's correct.
 8          Q.      Okay.  And you intend to no
 9   offer -- offer no opinion at trial whatsoever
10   with respect to the Weatherford float collar,
11   correct, sir?
12          A.      That's correct.
13          MR. WEGMANN:  Thank you, sir.
14          THE VIDEOGRAPHER:  We're off the record
15   at 9:07.
16          (Recess from 9:07 a.m. to 9:12 a.m.)
17          THE VIDEOGRAPHER:  We're on the record
18   at 9:12, start tape 9.
19          MR. TANNER:  Yeah, I hear it, too.  Can
20   we get rid of that feedback?
21          THE VIDEOGRAPHER:  Yeah, she's taken
22   care of it.
23          MS. BERTAUT:  Maybe he can speak up a
24   little bit, because now we're --
25          MR. STEPHANY:  Okay great.
```

PURSUANT TO CONFIDENTIALITY ORDER

# WORLDWIDE

### Systems Technology for the Litigation World

Court Reporting ♦ Video Production ♦ Videoconferencing ♦ Litigation Group

December 15, 2011

Denise Scofield – *Via e-mail*
MORGAN LEWIS & BOCKIUS, L.L.P.
1000 Louisiana, Suite 4000
Houston, TX 77002

Re: Deposition of **George H. Medley, Jr, P.E., Vol. 2**
12/08/2011
In Re: Oil Spill by the Oil Rig "Deepwater Horizon"

Dear Ms. Scofield:

Enclosed please find the signature copy of the deposition of the witness named above. Please have the witness review the deposition and **sign the signature page and amendment sheets** prior to returning it to our office.

In accordance with the Federal Rules of Civil Procedure, your client has **45** days to review, sign and amend the deposition, then return the amendment sheets and signature page back to our office by **January 29, 2012** for further processing.

We sincerely appreciate your choosing Worldwide Court Reporters, Inc. and look forward to working with you in the future. If you have any questions regarding this matter, please feel free to contact our office.

Sincerely,

Rebeca Aguirre
Worldwide Court Reporters, Inc.

No. 1-38849

cc: US Dept. of Justice
Don K. Haycraft
J. Robert Warren

**Corporate Headquarters**
3000 Weslayan St.   Suite 235   Houston TX 77027
713-572-2000   Fax 713-572-2009                         For U.S. & International Services: 1-800-745-1101