# EXHIBIT 64

# BP'S JANUARY 2010 WELL PROGRAM FOR THE 9 7/8" CASING

# (DEPO EX. 1157)

|  | GoM Exploration Wells<br>MC 252 #1 – Macondo Prospect<br>9-7/8" Casing Interval |  |
|---|---|---|



## Table of Contents


10 9-7/8" CASING INTERVAL .......... 2
10.1 Introduction .......... 2
10.2 Objectives .......... 2
10.3 Concerns .......... 2
10.4 General Drilling Operations Procedure .......... 4
*Figure 1: 9-7/8" Casing OH Section: Drill String – MOP* .......... 7
*Figure 2: BHA Schematic* .......... 8
10.5 9-7/8" Casing and Cementing Operations .......... 9
*10.5.1 Casing and Cement Preparation* .......... 9
*10.5.2 Casing Procedure* .......... 10
*10.5.3 Cementing 9-7/8" Casing* .......... 12
Attachments .......... 14
*Attachment 1: 9-7/8" Casing Diagram* .......... 15
*Attachment 2: 9-7/8" Casing Landing String – MOP* .......... 16
*Attachment 3: Allamon Tool Pressure Sequence 9-7/8" ATC Surge Reduction* .......... 17


| Interval Notes | |
|---|---|
| **Item** | **Comment** |
| Bits | 12-1/4" QD507 Hughes (primary) |
| Underreamers | *Hughes GuagePro XPR 14-1/2" (contingency)* |
| BHA | RSS, MWD, PWD, LWD, DDS, GR, Res, FPWD |
| Special equipment | 18-3/4" casing hanger and seal assembly running tool, Allamon diverter & DTD, Bore protector, mud surge tool, Allamon cement head |
| Drillstring | 6-5/8" 32 ppf S-135 FH x 6-5/8" 40 ppf S-135 FH x 6-5/8" 40 ppf V-150 FH (if required to reach TD, length issue only not tension) |
| Mud system | SOBM, Drillout MW = TD MW 13-5/8" hole section (`13.6 ppg), Projected MW at end of interval 14.2 ppg |
| Casing | 9-7/8", 62.8 ppf, Q-125, 0.625" wall, Hyd 523<br>(only will be run if commercial hydrocarbons are found) |
| Landing string | 6-5/8" 40 ppf S-135 FH |
| Cementing | Foamed nitrogen cement (see detailed cement program) |
| Anticipated LOT at drillout (start of 13-5/8" interval) | 14.7 ppg LOT |






Confidential

# 10 9-7/8" Casing Interval

## 10.1 Introduction

The objective of this interval is drill through the production interval and set 9-7/8" long string at 19,650 ft MD / TVD if a thick enough productive sand is found. The primary well design is to drill this section with a 12-1/4" hole and no underreamer, however based on casing point selection the section may required to be set-up with 12-1/4" x 14-1/2" or 10-5/8" x 12-1/4" hole. It is preferred that 12-1/4" hole be drilled through the productive interval to help achieve a competent cement job for completions, therefore prior to drilling this section the BHA design will be reviewed to best suit the dynamic needs of this well. As with all sections of this well, the fracture and pore pressure margins are tight, therefore mud weights and ECD should be managed to permit drilling as deep as possible without requiring any extra strings of casing.

This section is the primary exploration interval, and should contain small sand units interbedded throughout, with the anticipated production sand (M56) existing at approximately 18,400' MD / TVD. It is planned that the wellbore will be extended past this sand to determine if more hydrocarbons exist in the M54 interval. Once this object has been completed, the section TD will be called. As seen on the PP/FG chart, a pressure ramp occurs below the M54.

## 10.2 Objectives

- Drill section without major losses, well control, or other NPT.
- Set long string of 9-7/8" casing after drilling the M54 sand package, prior to entering the pressure ramp in the lower Miocene and Oligocene.
- Cement 9-7/8 casing per design to achieve isolation and required LOT without remedial operations.

## 10.3 Concerns

| Concern / Hazard | Mitigation of Concern / Hazard |
|---|---|
| Pore Pressures and Fracture Gradients | Utilize BP GoM procedures during 13-5/8" LOT to ensure accurate measurement.<br>Wellsite geologists to monitor pore pressure trends to ensure proper analysis of wellsite pore pressures. Wellsite leaders, tool pushers, drillers, and crew are responsible for monitoring drilling trends and will have an active role in ECD management.<br>Wellsite leaders must ensure that personnel become familiar with wellbore pressure/ECD management guidelines. |
| Monitor for Losses / Wellcontrol | Utilize all available tools and personnel for ECD management. Limit pump pressures when a pack-off is detected or suspected. Pore pressure and fracture gradients are tight in each interval and getting production casing to depth without requiring a contingency liner will be dependent on pushing both the 16" to 13-5/8" strings as deep as possible. If ECD trends differ from models a large deal discuss options with Houston. |

| Concern / Hazard | Mitigation of Concern / Hazard |
|---|---|
| Surge problems and losses while running 9-7/8" casing | Optimize running speeds to avoid sudden starts and stops. Utilize Allamon system to minimize surge pressures. Also, have a mud surge return tool available to minimize mud losses on the floor while running the casing. |
| Vibration issues | Monitor BHA vibration. Utilize all prior lessons learned on 13-5/8" shoe track.<br>Vary drilling parameters (WOB, RPM, etc) to minimize downhole and/or surface vibrations. Discuss alternatives with Houston Team. |
| Casing Wear | Casing wear is a critical issue. Install and monitor ditch magnets. Report daily and cumulative metal volumes on morning report on a daily basis. Watch for trends.<br>As this well is planned vertical, wear problems should not be a major issue. However, if any high doglegs are established or unexpected issues downhole (shifting, damage to casing, ect...) then wear may exist. Either way retrieved metal should be monitored for and reported. |
| Faults | The well has been designed not to encounter any major faulting in this interval. |
| Offsets | No major problems encountered on offset wells (if previous casing points are all pushed to all the required depths). If casing points are not pushed deep enough or pore pressure greatly differs from the prediction losses could be encountered and a contingency liner needed to reach TD. |

## 10.4 General Drilling Operations Procedure

1. Ensure BOP has been tested (per compliance with approved APD).
   - Initiate well control and emergency disconnect drills.
   - Ensure all personnel are in compliance with MMS Sub Part "O".
2. Ensure 13-5/8" casing and blind shear rams have been tested (per APD requirements). Record pressure with volume pumped. This data will be compared with the 13-5/8" shoe LOT.
3. Pick-up and run-in-hole with the drilling assembly complete with Dril-Quip Selective Retrievable Wear Bushing with Running/Retrieving Tool set to leave Wear Bushing in place on trip out.
   - Hole size may change based on 13-5/8" setting depth, and deployment of the expandable contingency.
   - The objective is to allow for the entire interval to be drilled using 6-5/8" pipe. Ensure enough 6-5/8" pipe is on location to reach TD.
   - Run selectable wear sleeve in drilling BHA, it will be remain in the wellbore during drilling, logging, and will be retrieved on the clean-out run BHA.

| Note: | **If formation pressure tool is used, give special attention when picking up BHA to ensure formation pressure probe is correctly oriented in relationship with the MWD for down hole measurements. WSL / Drilling Engineer / Geologist to discuss formation pressure objectives prior to running BHA in hole.** |
|---|---|

4. After washing down to liner wiper plugs, drill-out cement and float equipment.
   - Follow Weatherford FE and plug drill out procedure.
   - Tag plug, turn drill string 60-80 rpm and pump enough to remove cuttings (40-50 gpm/inch of bit ~490 – 613 gpm)
   - Slowly apply 2 klbs WOB until bit pattern is made then slowly increase WOB to 3-5 kips.
   - Maintain WOB. If issues are encountered refer to Weatherford procedure.
5. Clean out rat hole and drill 10' of new hole.
   - Drill-out mud weight is expected to be same as MW at TD of prior 13-5/8" section (~13.6 ppg).
   - Circulate cuttings above the stack.
   - Close annular or pipe ram.
   - Perform LOT per standard GoM LOT procedure (anticipated = ~ 14.7 ppg surface EMW)



Confidential BP-HZN-MBI 00100389

- A minimum acceptable value for a successful LOT will be supplied to the rig prior to completing the test. If this is not reached contact Houston to discuss options prior to drilling ahead.

| Note: | **Prior to LOT, obtain ESD value with MWD. However, if unable to get ESD value after two attempts, continue LOT. After LOT, make one attempt to get ESD value.**<br>**Shape of LOT curve rather than an actual value will dictate whether a squeeze job is required.**<br>**If surface mud weight is < 0.5 ppg of surface LOT, MMS approval is required.** |
|---|---|

6. Drill ahead mud weight to be determined by LOT at shoe.
   - Adjust mud weight prior to drilling ahead per hole conditions and weight up schedule.
   - Estimated mud weight at TD will be 14.2 ppg.
7. Control drill hole using following parameters.

| Parameter | Guideline |
|---|---|
| ROP | Limit to rate for adequate hole cleaning (as determined by WS Leader and Mud Engineer). |
| WOB | 10 - 50 kips (limited by Vibration, Bit / BHA performance, and Wellbore Inclination) |
| RPM | 120 – 160 is planned range. Optimize for ROP, vibration limits, and directional considerations. |
| Torque | Monitor difference between on and off bottom torque. Do not exceed makeup torque of weakest connection in hole. |
| ECD / PWD | Maintain ECD / PWD of at least 0.3 ppg < LOT value. (Remember to include any mud compressibility in LOT number.)<br>Close coordination between BP wellsite leaders, drilling crew, and LWD Engineers will be required on ECD management to achieve maximum performance. Roles and responsibilities of all involved parties should be discussed in hole interval planning meeting. |
| Pump Rates | 650 -750 is planned range. Optimize for ROP, hole cleaning, and ECD limits. |
| Mud Weight | Drill-out with same mud weight as TD 13-5/8" section. Monitor output and drilling parameters for indications of increasing formation pressure and adjust mud weight accordingly. |
| Hole Deviation | Limit hole deviation to under 3°. Rotary steerable tools will be in the hole and dog legs should be kept under 1°/100. |
| Section TD | 9-7/8" x 10-3/4" production casing point is designed at 20,200 ft MD / TVD. Objective of this interval is to drill through the production sands (M56) and test the M54 sands for hydrocarbons. Final TD will be determined by paleo picks and downhole LWD data. The rigsite and office based teams should confirm final section TD prior to pulling out of the hole.<br>**Prior to drilling more than 100' TVD deeper than permitted hole section TD, MMS approval is required.** |

8. Pump weighted / viscous sweeps, <u>as needed</u>, to clean hole and minimize ECD. As this is a vertical wellbore with sufficient pumps, sweeps should not be required.
9. Continue drilling to TD.

10. At interval TD, pump a 100 bbl viscous sweep and circulate hole clean (at a minimum one bottoms up or until shakers clean up).
    - Rat Hole - Plan to set casing ~50' off bottom (unless reamed, then set 150' off bottom or ~ 50' above pilot hole).
    - Lower YP to ~15 or as hole conditions dictate and keep gels flat.
    - Prior to POOH, spot a 16.5 ppg weighted SOBM pill in rathole. Monitor displacement while TOOH.
11. If hole conditions warrant, make a short trip to determine hole conditions and reduce potential of sticking 9-7/8" liner.
12. POOH into casing shoe, ensuring cement sheath has been removed. If drag is observed in casing shoe, wash and ream cement sheath until drag is gone. Attention should be paid, as reamer will still be activated with flow.
13. Continue POOH, recovering wear sleeve.
14. Once bit is at the wellhead, wash the hanger landing profile.
15. POOH, lay down the BHA, and prepare to log the wellbore.
16. Log well per the PDDP program
17. Once logging is complete, make up BHA and RIH for a clean-out trip prior to running casing. Ensure wear bushing tool is set to retrieve on the way out.
18. Stage in the hole to condition mud, without damaging the wellbore.
19. Once in open hole, continue to stage in as necessary and clean out wellbore, working any tight spots to ensure smooth casing running conditions.
20. POOH and lay down the BHA, retrieve bushing, and prepare to run 9-7/8" casing.



Confidential 








**Figure 1: 9-7/8" Casing OH Section: Drill String – MOP**

## Drill String Design - Margin of Overpull

This worksheet calculates *Margin of Overpull (MOP)* for pipe configurations with up to 5 different sizes of drill pipe and 3 different sizes of drill collars plus hevi-wate dp. It can also incorporate a safety factor.

**Well:** Macondo **Description:** Drill to TD

### Drill Pipe Data

Bottommost Section ----------------------------------------> Uppermost Section

| Pipe #1 | | Pipe #2 | | Pipe #3 | | Pipe #4 | | Pipe #5 |
|---|---|---|---|---|---|---|---|---|
| 6.625 | OD | 6.625 | OD | 6.625 | OD | | OD | |
| 5.625 | ID | 5.375 | ID | 5.345 | ID | | ID | |
| 32.67 | Nominal Wt | 40.01 | Nominal Wt | 40.86 | Nominal Wt | | Nominal Wt | |
| 37.71 | Adjusted Wt | 46.46 | Adjusted Wt | 47.23 | Adjusted Wt | | Adjusted Wt | |
| 135,000 | Yield strength, psi | 135,000 | Yield strength, psi | 150,000 | Yield strength, psi | | Yield strength, psi | |
| 80 | % rem wall | 80 | % rem wall | 80 | % rem wall | | % rem wall | |

**Tensile strengths from the pipe drill pipe data entered above**

| 1,022,117 | Tensile Strength | 1,245,838 | Tensile Strength | 1,413,144 | Tensile Strength | | Tensile Strength |
|---|---|---|---|---|---|---|---|

### BHA Data

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 9.500 | ⇐ DC #1 OD | 8.000 | ⇐ DC #2 OD | | ⇐ DC #3 OD | 6.625 | ⇐ HWDP OD | Tensile Str. |
| 2.38 | ⇐ DC #1 ID | 3 | ⇐ DC #2 ID | | ⇐ DC #3 ID | 4.499 | ⇐ HWDP ID | 1,021,600 |
| 25 | ⇐ DC #1 Length | 350 | ⇐ DC #2 Length | | ⇐ DC #3 Length | 920 | ⇐ HWDP Length | HWDP Air Wt. |
| ☐ Spiraled | ⇐ Spiraled (√) | ☑ Spiraled | ⇐ Spiraled (√) | ☐ Spiraled | ⇐ Spiraled (√) | ☑ Spiraled | ⇐ Spiraled (√) | 67,503 |
| 226 | Wt/ft DC #1 | 141 | Wt/ft DC #2 | | Wt/ft DC #3 | Buoyancy Factor | | 0.7831 |
| 5,660 | Wt. DC #1 | 49,464 | Wt. DC #2 | | Wt. DC #3 | Air weight of BHA | | 122,627 |
| | | | | | | Buoyed weight of BHA | | 96,026 |
| *Depth of Interest* ⇒⇒⇒⇒ | | 19,650 | Safety Factor | | 80 % | Total length of BHA | | 1,295' |
| Anticipated Mud weight | | 14.20 | Block Wt. | | 145,000 | **Total depth** | | **19,650** |

| | | Buoyed Wt | Section MOP | | |
|---|---|---|---|---|---|
| | | | | Pipe needed on last sec. | 0' |
| Enter Length DP #1 ⇒ | 13,750 | 406,033 | **315,634 #** | Weak point in string | **315,634** |
| Enter Length DP #2 ⇒ | 4,100 | 149,165 | **345,446 #** | Total weight of string | **669,901** |
| Enter Length DP #3 ⇒ | 505 | 18,677 | **460,613 #** | Total weight BLK & string | **814,901** |
| Enter Length DP #4 ⇒ | 0 | | | Total weight Indicator Reading | |
| Enter Length DP #5 ⇒ | 0 | | | With over pull | **1,130,536** |

**NOTE:** The air weight of spiraled hevi-wate drill pipe is calculated as 96% of non-spiraled HWDP.
Assumes lowest planned mud weight 14.2 ppg




**GoM Exploration Wells**

**MC 252 #1 – Macondo Prospect**
**9-7/8" Casing Interval**




**Figure 2: BHA Schematic**



sperry-sun
DRILLING SERVICES

BHA Schematic

Bp America Production
Macondo Prospect
BHA ID #: 10
12 1/4" Geo-Pilot

BHA Configuration

| O.D. | Length | Description |
|---|---|---|
| 12.25" | 1.9' | 12 1/4"Fulldrift long gauge PDC |
| 9.625" | 18.39' | 9600 Series GeoPilot |
| 8.5" | 2.83' | 12 1/8" IB Stabilizer - BFF |
| 7.875" | 10' | Flex Collar w/ DM |
| 8" | 25' | 8" PWD+GR+RES+DDS |
| 8" | 3.8' | 12 1/8" In-Line Stabilizer |
| 8" | 21' | 8" QBAT Sonic |
| 8" | 26.7' | 8" GeoTap |
| 8" | 3.8' | 12 1/8" In-Line Stabilizer |
| 8" | 17' | 8" Pulser |
| 8" | 6' | Filter Sub |
| 8" | 7' | 12 1/8" IB Stabilizer - Float Valve |
| 8" | 270' | 9 x 8 1/4" Drill Collars |
| 8.25" | 4' | Cross Over Sub |
| 6.625" | 270' | 9 x 6 5/8" HWDP |
| 8" | 32' | H-E Drilling Jar |
| 6.625" | 600' | 20 x 6 5/8" HWDP |
| 6.625" | 30' | 6 5/8" DP |







## 10.5 9-7/8" Casing and Cementing Operations

### *10.5.1 Casing and Cement Preparation*

- Prior to shipping, primary float equipment should have been bucked up and thread-locked onto a joint of pipe. Inspect shoe and float collar joints for debris prior to picking up.
- Ensure cement, additives, and fresh and seawater samples are sent to cement company lab for final lab testing.
- Prior to shipment, verify casing has been drifted to 8-1/2". Visually inspect to ensure there is no debris in pipe. A laser caliper of all joints should have been completed, engineer should supply to the rig prior to running the casing.
- Prepare 9-7/8" casing tally. Inspect threads and clean as required.
- Boost riser while rigging up casing equipment (not while running 16", as mud can flow up through casing).
- Calculate swab/surge pressures for various running speeds. Select an acceptable speed to ensure formation breakdown pressure isn't exceeded.
- Prior to running casing, rabbit 6-5/8" running string to 2-3/4 in drift ID.
- Ensure any crossover required in landing string is rented, inspected, and has a specific request to provide material certifications to rig and engineer. These certs are to be used to verify proper load carrying capabilities.
- Ensure all crossovers in string do NOT have internal square shoulders as these have proven to hang up drill pipe darts.
- Make-up primary Dril-Quip casing hanger running tool and place on riser skate
- Ensure wellhead protector sleeve has been pulled prior to running casing.
- Ensure that a 9-7/8" Halliburton Fast drill is on location for remedial cement job or temporary abandonment.
- 750 ton equipment should be used for this section, ensure inspected and ready to use prior to running casing.
- Centralizers will be run every joint for the first 5 joints, followed by every other joint from the shoe to 500' above productive interval. Check system which is supplied to ensure it's in proper working fashion.
- Rig up Allamon Top Drive Surface Cement Equipment as follows and place on riser skate or stand back in derrick:
  - 6-5/8" DP singled (drifted to 2-5/8")
  - 15' DP pup jt
  - Full open safety valve
  - ATC dual Dart Cement Head
    - ATC 2.375" bottom DP dart (pre-installed)
    - ATC 2.5" top DP dart (pre-installed)
  - ATC positive launch indicator sub (PLI)
  - Full open safety valve
    - Function test valve to verify alignment versus the bore is centered
  - 6-5/8"DP single (drifted to 2-3/4")

### 10.5.2 *Casing Procedure*

1. Rig-up 22' bails for Fill and Circulate Tool.

| Item | Ftg | Size | Wall | ppf | Grade | Connection |
|---|---|---|---|---|---|---|
| Shoe Jt with Guide Shoe | ~45' | 9-7/8" | 0.625" | 62.8 | Q125 | Hydril 523 |
| Shoe Track Jts | ~210' | 9-7/8" | 0.625" | 62.8 | Q125 | Hydril 523 |
| Float Collar Jt with L47WA float collar | ~45 | 9-7/8" | 0.625" | 62.8 | Q125 | Hydril 523 |
| Casing Jts | ~xx,xxx' | 9-7/8" | 0.625" | 62.8 | Q125 | Hydril 523 |
| 2nd Position Hanger (9-7/8) w/ 1st Position Dummy Hanger (13-3/8) | ~5 | NA | NA | NA | NA | Hydril 523 |
| Dual ATC Wiper Plug Subsea system | NA | NA | NA | NA | NA | 4-1/2" IF |
| 18-3/4" Casing Hanger & Seal Assembly Running Tool | ~8' | NA | NA | NA | NA | 4-1/2" IF x 6-5/8FH |
| Landing String | ~480' | 6-5/8" | 0.625" | 40 | S-135 | FH |
| ATC Diverter Sub | ~6' | 9-1/4" | N/A | N/A | Q-125 | FH |
| Landing String | ~x,xxx' | 6-5/8" | 0.625" | 40 | S-135 | FH |

Centralizer details: ***Bow springs every jt for the first 5 jts, followed by every other jt to 500' above productive interval.***

Casing ID: 8.625"

Casing drift: 8.5"

Casing collar OD: 9.875"

| Connection Size | Minimum Torque Required | Optimum Torque | Maximum Torque |
|---|---|---|---|
| 9-7/8 in | 25,000 ft-lbs | 30,000 ft-lbs | 187,000 ft-lbs (yield) |

- Have Hydril thread representative on location to inspect casing threads and connection make-up.
- Thread lock first (5) casing joints.
- Monitor well via choke and kill lines.
- Casing swedge required is required as the casing length > water depth

2. Pickup and run 9-7/8" shoe track:
   - Apply a thin coating of API-modified thread dope to pin end only, as needed.
   - Check for proper thread make-up.

| Notes: | **Recommended Well Control consideration while running this casing:**<br>**If fill-ups are marginal, there are two options:**<br>• **Convert auto-fill float equipment to a positive float collar and run casing conventionally.**<br>• **Run 1-7/8" wash-down ball in place in ATC Diverter Sub to minimize time required to close tool. With 1-7/8" wash-down ball on seat, if you observe any type of increased returns while running drillpipe, stop running drillpipe and screw top drive into drillstring. Commence pumping. It should take 20 to 30 strokes to pressure-up on ball to close diverter sub and then blow ball.** |
|---|---|

3. Continue running 9-7/8" casing:
   - Take returns to trip tank.
   - Verify casing is filling through auto-fill float equipment.
   - Run ~xx,xxx' ft of 9-7/8" casing @ approximately 1 minute per jt.
4. Observe and record pick-up and slack-off weights before entering open hole
5. Pick up off the skate: hanger joint, 2nd position hanger (9-7/8") and 1st position dummy hanger (13-3/8") along with running tool and seal assembly. Record casing weight.
6. Free drop the 2-1/4" float conversion ball prior to entering open hole.
7. After entering the open hole change running speeds based on hole conditions and modeling. Estimated to be 2 mps.
8. Makeup ATC Diverter Sub ~(4) stands above top of 1st position casing hanger running tool. Review surge pressure calculations running speeds with Allamon rep to determine optimum drill pipe-running speed. (For Allamon Tool pressure sequence, see Attachment 5.)
   - ATC dual subsea plug system
   - Dril-quip casing hanger / seal assembly running tool
   - ~(4) stands 6-5/8" FH DP
   - ATC Diverter Test Device
   - 6-5/8" 40 ppf FH Drill pipe (inspected to 95%)

| Note: | **Ensure all DP has been drifted with a 2-3/4" in. drift prior to or while running casing.**<br>**Do not circulate the drill string (will close the diverter)** |
|---|---|

9. Pick up the ATC cement head and land out the 1st position hanger:
   - Do not pick-up or rotate once the hanger has landed until the cement job is complete.
   - After landing out, start pumping slowly to close ATC Diverter Sub.

- Wash-down ball will be on seat so pressure up to 1000 psi slowly and hold same for 2 minutes.
- Continue to increase pump pressure until ball yields seat with 2400 psi.
- Stop pumped and let the 2-1/4" ball free fall to ATC dual plug system
- Pressure up to 800 psi (test running tool and landing string for pressure integrity)
- Increase pressure to 2600 psi and yield the seat. This will launch the 3-1/2" float conversion ball.
- Circulate 3-1/2" ball down to the float collar and convert (~600 psi / may not be seen). Max flow rate not to exceed 12 bpm.

10. Circulate and condition the drilling fluid (1.5 x pipe volume), unless loss returns are experienced or more time is required to properly clean up the mud for the cement job.

### *10.5.3 Cementing 9-7/8" Casing*

Test Pressures and Volumes are provided for reference, review APD for final values.

1. After conditioning the mud, mix and pump the foam spacer.
2. Once the cement is ready to pump downhole, launch the 2.375" bottom dart; a 1400 psi pressure increase will be seen as the dart exits the PLI sub. (Min displacement rate = 5 bpm)
3. Mix and pump foam cement (per Halliburton detailed program).
4. After the cement has been pumped, launch the 2.5" top wiper dart; a 1700 psi pressure increase will be seen as the dart exits the PLI sub.
5. Displace as fast as possible to catch up to the slugging cement/darts.
    - Once indication that the cement has been caught continue displacing until 5 bbls before the bottom dart reaches the diverter sub.
    - Displacement may be limited to slow speeds, if not slow pump rates to 5 bpm. When the dart yields the diverter seat, a 1200 psi pressure spike will be seen.
    - Continue displacing the bottom dart down to the bottom plug. The bottom dart will land out and release the bottom plug with 1200 psi above circulating pressure.
    - Continue to displace job, until 5 bbls before the top dart reaches the diverter. Slow pumps to 5 bpm, an 1800 psi pressure increase over circulating pressure will be seen when the seat yields.
    - Continue displacing the top dart down to the top plug. The top dart will land out and release the bottom plug with 1800 psi above circulating pressure.
    - Continue with displacement at max displacement rate (do not slow)
    - Bump the bottom plug without slowing displacement rate, plug will shift to allow circulation with 1200 psi above circulating pressure.

- Displace top wiper plug to the landing collar at max rate and land out with 500 psi above circulating pressure. The plugs will land / lock / non-rotate together.

| Note: | **It is responsibility of Driller, Mud Engineer, and Mud Logger to closely monitor and agree on amount of mud lost during casing job. Report mud losses for different phases of job as follows:**<br>• **Bbls lost while PU and running casing.**<br>• **Bbls lost while TIH with casing on landing string.**<br>• **Bbls lost while washing casing to bottom, if required.**<br>• **Bbls lost while circulating, after casing is landed.**<br>• **Bbls lost while pumping and displacing cement.**<br>• **Bbls left behind pipe.** |
|---|---|

6. Release the pressure to check if floats are holding. Allow max of 10-15 bbls to flow back if floats aren't holding, then pump back the same. Hold pressure until cement has sufficient time to set-up.
7. Release the subsea running tool.
   - Set 20 kips down on the running tool and mark the drill pipe at the rotary table for vertical movement.
   - Rotate the drill string 5-6 turns to the right or until the string drops about 10 inches (rotation releases the running tool and lands the seal assembly, indicated by the 10 inch drop).
   - Set drill string weight down on the seal assembly (per Dril-quip rep) to energize the resilient seals.
   - Close the drill pipe rams and pressure test: Build quickly to 3000 psi, then increase to 6500 psi and ensure, seals are holding. Finally increase pressure to 10,000 psi and hold for 10 seconds. This provides the force required to establish a metal to metal seal and lock down the seal assembly to the casing hanger.
8. Pick up running tool from the wellhead. Approximately 60-90 kips over-pull will be required to shear the pins
9. Once fully release from the hanger, position the cement plug launcher above the wellhead and circulate (drop a nerf ball) one drill string volume.
10. Trip back in the hole and land running tool with 30 kips down. Re-test the casing hanger to 6,500 psi for 1-2 minutes to ensure seals are still effective.
11. POOH with the running tool.
12. Test casing prior to releasing (pressure will be supplied to the rig).




GoM Exploration Wells

MC 252 #1 – Macondo Prospect
9-7/8" Casing Interval




## Attachments

| No. | Title |
|---|---|
| 1 | 9-7/8" Casing Diagram |
| 2 | 9-7/8" Casing Landing String – MOP |
| 3 | Allamon Tool Pressure Sequence |



Confidential



**GoM Exploration Wells**

**MC 252 #1 – Macondo Prospect**
**9-7/8" Casing Interval**




***Attachment 1:***
***9-7/8" Casing Diagram***

**9-7/8" Casing Shoe Diagram**




NOTE: Back up equipment on site includes:
Bow spring centralizers
Float equipment
Casing hanger

NOTE: Float collar is a Weatherford model L47WA auto-fill double valve float collar

NOTE: Centralizers will be run on the 1st 5 joints followed by every other jt to 500' above the productive interval

|  | GoM Exploration Wells<br>MC 252 #1 – Macondo Prospect<br>9-7/8" Casing Interval |  |
|---|---|---|





## *Attachment 2: 9-7/8" Casing Landing String – MOP*

**Well:** Macondo **Description:** 9-7/8" CASING LANDING STRING

**Drill Pipe Data**

Bottommost Section ------------------------------------> Uppermost Section

| Casing | | Pipe #1 | | Pipe #2 | | Pipe #3 | | Pipe #4 |
|---|---|---|---|---|---|---|---|---|
| 9.875 | OD | 6.625 | OD | | OD | | OD | |
| 8.625 | ID | 5.375 | ID | | ID | | ID | |
| 62.8 | Nominal Wt | 40.05 | Nominal Wt | | Nominal Wt | | Nominal Wt | |
| 62.8 | Adjusted Wt | 47.8 | Adjusted Wt | | Adjusted Wt | | Adjusted Wt | |
| 125,000 | Yield strength, psi | 135,000 | Yield strength, psi | | Yield strength, psi | | Yield strength, psi | |
| 100 | % rem wall | 95 | % rem wall | | % rem wall | | % rem wall | |

**Tensile strengths from the pipe drill pipe data entered above**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2,270,292 | Tensile Strength | 1,503,040 | Tensile Strength | | Tensile Strength | | Tensile Strength |

**BHA Data**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | ⇐ DC #1 OD | | ⇐ DC #2 OD | | ⇐ DC #3 OD | 6.625 | ⇐ HWDP OD | Tensile Str. |
| | ⇐ DC #1 ID | | ⇐ DC #2 ID | | ⇐ DC #3 ID | 4.499 | ⇐ HWDP ID | 1,021,600 |
| | ⇐ DC #1 Length | | ⇐ DC #2 Length | | ⇐ DC #3 Length | 0 | ⇐ HWDP Length | HWDP Air Wt. |
| ☐ Tqjsbrfe | ⇐ Spiraled (√) | ☐ Tqjsbrfe | ⇐ Spiraled (√) | ☐ Tqjsbrfe | ⇐ Spiraled (√) | ☐ Tqjsbrfe | ⇐ Spiraled (√) | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Wt/ft DC #1 | | Wt/ft DC #2 | | Wt/ft DC #3 | Buoyancy Factor | 0.7831 |
| | Wt. DC #1 | | Wt. DC #2 | | Wt. DC #3 | Air weight of BHA | 3,500 |
| | | | WH / RT | 3,500 | | Buoyed weight of BHA | 2,741 |
| Depth of Interest ⇒⇒⇒⇒ | | 19,650 | Safety Factor | 80 % | | Total length of BHA | 0' |
| Anticipated Mud weight | | 14.20 | Block Wt. | 145,000 | | **Total depth** | 19,650 |

| | | Buoyed Wt. | Section MOP | Pipe needed on last sec. | **0'** |
|---|---|---|---|---|---|
| Enter Casing Length ⇒ | 14,594 | 717,689 | | Weak point in string | **292,751** |
| Enter Length DP #1 ⇒ | 5,056 | 189,251 | **292,751 #** | Total weight of string | **909,681** |
| Enter Length DP #2 ⇒ | 0 | | | Total weight BLK & string | **1,054,681** |
| Enter Length DP #3 ⇒ | 0 | | | Total weight Indicator Reading | |
| Enter Length DP #4 ⇒ | 0 | | | With over pull | **1,347,432** |

WH / RT includes liner hanger, seal assembly, and running tool




## GoM Exploration Wells

MC 252 #1 – Macondo Prospect
9-7/8" Casing Interval




### *Attachment 3: Allamon Tool Pressure Sequence 9-7/8" ATC Surge Reduction*

| No | Operation | Anticipated Pressure |
|---|---|---|
| 1 | Drop the 2-1/4" ball | - |
| 2 | Pressure up and shift diverter seat (hold for 2 minutes) | 1000 |
| 3 | Yield the diverter ball seat | 2400 |
| 4 | Test Dril-quip subsea RT and landing string intergrity | 800 |
| 5 | Yield ball seat and release 3-1/2" float conversion ball | 2600 |
| 6 | Convert float equipment | 600 |
| 7 | Launch the bottom dart through PLI sub | 1400 |
| 8 | Yield the diverter ball seat | 1200 |
| 9 | Release the bottom plug | 1200 |
| 10 | Release the top dart through the PLI sub | 1700 |
| 11 | Yield the diverter ball seat | 1800 |
| 12 | Release the top plug | 1800 |
| 13 | Bump the bottom plug | 1200 |
| 14 | Bump the top plug | 500 |
| 15 | Pressure up on Casing hanger seal assembly | 3000 |
| 16 | Pressure up to confirm no leaks on seal assembly | 6500 |
| 17 | Set casing hanger seal assembly and lock down | 10000 |
| 18 | Re-test casing hanger seal assembly | 6500 |