UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| *All Cases* | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

After the close of discovery regarding the cause of the blowout and oil spill, Defendants Weatherford U.S., L.P. and Weatherford International, Inc. (collectively, "Weatherford") filed a Motion for Summary Judgment, requesting that the Court dismiss with prejudice all claims asserted against Weatherford, or alternatively, dismiss all claims for punitive damages with prejudice. (Rec. Doc. 5652; *see also* Rec. Docs. 5347, 5349, 5651, 5650). Before setting a briefing schedule for this Motion, the Court requested that any party wishing to oppose Weatherford's Motion for Summary Judgment inform the Court of its intent to do so, otherwise the Motion would be considered unopposed. (Rec. Doc. 5447). Initially, two parties—M-I, L.L.C. and Halliburton Energy Services, Inc.—noticed their intent to oppose. These parties subsequently withdrew their oppositions. Consequently, Weatherford's Motion for Summary Judgment is unopposed.

Moreover, after considering the Motion, Memoranda in Support, and the attached Exhibits, the Court finds for reasons stated in Weatherford's Memoranda that there is no evidence that the Weatherford float collar used in the production string of the Macondo Well was defective and/or that any actions or inactions by Weatherford caused or contributed to the cause of the blowout and oil spill. Weatherford has met its burden under Federal Rule 56 and is entitled to summary judgment.

Accordingly,

**IT IS ORDERED** that the Motion for Summary Judgment (Rec. Doc. 5652) is **GRANTED** and that all claims asserted against Weatherford are **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 10th day of February, 2012.

_____
United States District Judge