UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document applies to:<br><br>In re: Triton Asset Leasing GmbH<br>Case No. 2:10-cv-02771-CJB-SS | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SUSHAN |

## MOTION TO QUASH

Plaintiff Craig Michael Breland moves the Court to Quash Transocean Offshore Deepwater Drilling, Inc.'s subpoenas to Christopher L. Jenkins, M.D., LLC ("Jenkins") and Lynn J. Adams, LCSW ("Adams"). In support of this motion, Plaintiff states the following:

1. Plaintiff is a resident of Mobile, Alabama. He was working aboard the Deepwater Horizon at the time of the Macondo blowout as a crane operator. Plaintiff's claims fall within the "Bundle A" group of claims.

2. Pre-Trial Order Number 42 lays out the procedure for obtaining medical records for Bundle A plaintiffs. Pursuant to that process, Plaintiffs were required to provide Liskow & Lewis executed releases for certain medical providers. Liskow & Lewis is then required to request each plaintiff's medical records and distribute them to the parties.

3. The Court set up this process to prevent medical providers from being overwhelmed with subpoenas from multiple parties requesting essentially the same documents. The Plaintiff has complied with the requirements of Pre-Trial Order Number 42. Moreover, Liskow & Lewis has sent records requests to Plaintiff's medical providers. Accordingly, Transocean's subpoena to Jenkins and Adams should be quashed, and Transocean, like all other defendants, should be required to go through the process outlined in Pre-Trial Order Number 42 in order to obtain Mr. Breland's medical records.

Wherefore, premises considered, for the reasons stated above, Transocean's subpoena to Jenkins and Adams should be quashed and

Transocean should be ordered to follow the requirements of Pre-Trial Order Number 42 in obtaining Plaintiff's medical records.

*/s/ William E. Bonner*

ROBERT T. CUNNINGHAM, JR
rtc@cunninghambounds.com
WILLIAM E. BONNER
web@cunninghambounds.com
Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, Alabama 36604
251-471-6191 (O)
251-479-1031 (F)
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this February 10, 2012 electronically filed the foregoing with the Clerk of this Court using the CM/ECF system which will send notification of such filing to each and every lawyer who has at the time of this filing appeared in this proceeding.

*/s/ William E. Bonner*

WILLIAM E. BONNER