---- Original Message ----
From: Steve Herman [mailto:SHERMAN@hhkc.com]
Sent: Thursday, February 09, 2012 04:53 PM
To: Bob Habans <bobhab@bellsouth.net>
Cc: Miller, Kerry J.; Sally Shushan; CMaze@ago.state.al.us <CMaze@ago.state.al.us>; dsc2179@liskow.com <dsc2179@liskow.com>; Jim R; Mike Underhill; Mike O'Keefe; treyphillipsdwh@ag.state.la.us <treyphillipsdwh@ag.state.la.us>
Subject: Re: MDL 2179 - Trial Subpoenas - Don Vidrine

I apologize if I am speaking out of turn, and have admittedly not done any formal research, but it would seem to me that if someone uses his or her medical condition as a basis for avoiding a subpoena, then he or she has placed his medical condition at issue, and effectively waived the privilege.


Steve Herman
Cell: (504) 453-7462
E-Mail: sherman@hhkc.com


On Feb 9, 2012, at 4:40 PM, "Bob Habans" <bobhab@bellsouth.net> wrote:

> Respectfully, there is no "important case" exception to doctor-patient privilege.


   Bob Habans
   Habans & Carriere
   10843 N. Oak Hills Pkwy
   Baton Rouge, Louisiana 70810
>
> Office (225) 757-0225
   FAX (225) 757-0398
> Cell (985) 707-6400
>
   bobhab@bellsouth.net
>
> Confidentiality Notice: This email and any attachments are confidential and may be privileged. If you are not the intended recipient, do not review, disclose, copy, distribute or take any action in reliance on the contents of this information. If you have received this email in error, notify sender by return email that you have received it and then delete it.
> Thank you
>
>
>
   Original Message-----
   From: Miller, Kerry J. [mailto:kmiller@frilot.com]
> Sent: Thursday, February 09, 2012 3:48 PM
> To: 'bobhab@bellsouth.net'; Sally Shushan
> Cc: 'CMaze@ago.state.al.us'; 'dsc2179@liskow.com'; Jim R; Mike Underhill; Mike O'Keefe; Steve Herman; 'treyphillipsdwh @ag.state.la.us'
> Subject: Re: MDL 2179 - Trial Subpoenas - Don Vidrine

>                                                                                    **Exhibit B**

> We will promptly file a motion to compel the deposition of Don Vidrine's doctor. Such a critical witness (Don Vidrine) in such an important case should not be insulated from discovery based on words alone from his lawyer and a "confidential" letter from a Lafayette, Louisiana psychiatrist.
>
   Original Message ---
   From: Bob Habans [mailto:bobhab@bellsouth.net]
> Sent: Thursday, February 09, 2012 03:35 PM
> To: Sally Shushan; Miller, Kerry J.
> Cc: CMaze@ago.state.al.us <CMaze@ago.state.al.us>; dsc2179@liskow.com
> <dsc2179@liskow.com>; Jim R; Mike Underhill; Mike O'Keefe; Steve
   Herman; treyphillipsdwh@ag.state.la.us
> <treyphillipsdwh@ag.state.la.us>
> Subject: RE: MDL 2179 - Trial Subpoenas - Don Vidrine
>
> Judge Shushan:
   I was out of the state for two days and only now have an opportunity to respond on behalf of Mr. Don Vidrine to your email (February 8, 2012).
   Pre-Trial Order No. 13 seems to be issued "to prevent competitive injury" and "commercial harm" ... "among persons and entities ... commercially adverse ... in the marketplace." It has no application to the doctor- patient and health care provider-privilege as suggested by Transocean, in its effort to conduct discovery of confidential and privileged medical information.
> On behalf of Mr. Vidrine, we assert all rights and privileges he may have under the F.R.E., the Louisiana Code of Evidence and HIPAA, and respectfully claim his right to doctor-patient confidentiality.

     Mr. Vidrine is not a personal injury plaintiff and no valid exception may be claimed, in good faith, in an attempt to vitiate his privilege.
   If those parties who seek to violate Mr. Vidrine's privilege intend to move forward with this effort, I request that they submit a motion , backed by whatever authority that rely upon, and that I be served with that motion and afforded sufficient time to respond. I also request oral argument to address these matters.
> This Court has previously recognized the confidentiality of Mr. Vidrine's medicals by filing them under seal when the Court sought to review them. For medical reasons, Mr. Vidrine has been excused from attending a deposition and not required to answer written interrogatories. Also, on January 23, 2012, this Court ordered that Mr. Vidrine's name be removed from a final, Master List of fact witnesses to be prepared by one of the parties.
   Mr. Miller saw fit to include this statement in his email to the Court on February 7: " Transocean's process server personally served Mr. Vidrine, and reported that Mr. Vidrine appeared to be emotionally and physically fine." I trust that the ridiculousness of that offer of a medical diagnosis by a process server does not require a response.
   Respectfully,
   Bob Habans
   Habans & Carriere
   10843 N. Oak Hills Pkwy
   Baton Rouge, Louisiana 70810
>
> Office (225) 757-0225
   FAX (225) 757-0398
> Cell (985) 707-6400
>
   bobhab@bellsouth.net
>
> Confidentiality Notice: This email and any attachments are confidential and may be privileged. If you are not the intended recipient, do not review, disclose, copy, distribute or take any action in reliance on the contents of this information. If you have received this email in error, notify sender by return email that you have received it and then delete it.
> Thank you.

> 
>   Original Message----
>   From: Sally_Shushan@laed.uscourts.gov
>   [mailto:Sally_Shushan@laed.uscourts.gov]
> Sent: Wednesday, February 08, 2012 6:14 AM
> To: Miller, Kerry J.
> Cc: 'bobhab@bellsouth.net'; 'CMaze@ago.state.al.us'; 'dsc2179@liskow.com'[1]; Jim R; Mike Underhill; Mike O'Keefe; Steve Herman; 'treyphillipsdwh@ag.state.la.us'
> Subject: Re: MDL 2179 - Trial Subpoenas - Don Vidrine
>
> All: Please let us know if there is any objection to Kerry's plan
> outlined below. Thanks,
> > > >
> Sally Shushan
> 504 589 7620 work
> 504 881 9861 cell


>   From: "Miller, Kerry J." <kmiller@frilot.com>
> To: Steve Herman <SHERMAN@hhkc.com>, "'dsc2179@liskow.comm
>   <dsc2179@liskow.com>, Mike Underhill
>   <mike.underhill@usdoj.gov>, "'CMaze@ago.state.al.us'"
>   <CMaze@ago.state.al.us>, "Veyphillipsdwh@ag.state.la.us'"
>   <treyphillipsdwh@ag.state.la.us>
> Cc: Jim R <jimr@wrightroy.com>, Sally Shushan
>   <Sally_Shushan@laed.uscourts.gov>, Mike O'Keefe
>   <Mike_OKeefe@laed.uscourts.gov>, "'bobhab@bellsouth.ner
>   <bobhab@bellsouth.net>
>   Date: 02/07/2012 12:38 PM
> Subject: Re: MDL 2179 - Trial Subpoenas - Don Vidrine
>
>
>   Dear Magistrate Shushan,
>
> This letter is meant to bring to the Court's attention current developments regarding Transocean's intent to pursue the deposition and/or trial testimony of Don Vidrine.

    Mr. Vidrine was the BP Well Site Leader on duty at the time of the Deepwater Horizon blowout. He alone possesses key information regarding the negative pressure test and the BP operations and decisions made in the final hours before the incident. For example, Mr. Vidrine has direct and unique knowledge of his conversation with BP drilling engineer Mark Hafle regarding the differential pressures seen during the negative pressure test, and BP's decision to continue with temporary abandonment and displacement operations despite Mr. Hafle's statement that the observed differential pressures were not possible with a successful negative test.

> To date, Mr. Vidrine has not been deposed in the case and has not raised his 5th Amendment rights. Rather, Mr. Vidrine has refused to testify, citing medical issues which were disclosed to the Court under seal.

> On February 6, Transocean served a trial subpoena on Don Vidrine at his residence in Lafayette, LA. Transocean's process server personally served Mr. Vidrine, and reported that Mr. Vidrine appeared to be emotionally and physically fine.

In response to the subpoena, Mr. Vidrine's personal counsel, Bob Habens, contacted counsel for Transocean to inquire regarding whether Transocean planned to pursue Mr. Vidrine's testimony at trial. It is Transocean's understanding that it is still Mr. Vidrine's position that he is medically unfit to testify in person or by written discovery.

In light of Mr. Vidrine's position, Transocean intends to depose Mr.
> Vidrine's treating physician, Dr. Bob Winston. Transocean has requested that Mr. Vidrine voluntarily release his medical records and cooperate with the deposition of Dr. Winston, and it is Transocean's position that Pre-Trial Order 13 (Rec. Doc. No. 641) and the confidentiality structure set forth therein is sufficient to address any doctor-patient confidentiality concerns. Counsel for Mr. Vidrine indicated that he is willing to review PTO 13 and consider Transocean's requests.
>
> While at this time Transocean and counsel for Mr. Vidrine are working to address these issues, Transocean is bringing this issue before the Court so that in the event an amicable resolution is not achieved, the Court will be apprised of the issues when Transocean seeks a Court order compelling the deposition testimony of Dr. Winston (and the production of Mr. Vidrine's medical records) and the deposition and/or trial testimony of Mr. Vidrine.
>
>
From: Steve Herman [mailto:SHERMAN@hhkc.com]
> Sent: Tuesday, February 07, 2012 11:54 AM
> To: dsc2179@liskow.com <dsc2179@liskow.com>; Mike Underhill; 'Maze, Corey'
> <CMaze@ago.state.al.us>; Trey Phillips
   (treyphillipsdwh@ag.state.la.us) <treyphillipsdwh@ag.state.la.us>
> Cc: Jim R; Sally Shushan; Mike O'Keefe
> Subject: MDL 2179 - Trial Subpoenas
>
> See attached DRAFT chart of Trial Subpoenas which have been served. If there are any additional, please let me know. (If you sent me an e-mail with additional names, and I missed it, I apologize.) Thanks.
> > > Stephen J. Herman,
Esq.
   Herman Herman Katz & Cotlar LLP
> Cell: (504) 453-7462
> Office (direct): (504) 680-0554
   E-Mail: sherman@hhkc.com
> > > > > > CONFIDENTIAL ATTORNEY WORK PRODUCT
> This e-mail message contains confidential, privileged information
> intended solely for the addressee. Please do not read, copy, or
> disseminate it unless you are the addressee. If you have received it
> in error, please call us
   (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.
>

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.