AO 88 (Rev. 06/09) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Louisiana

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" In the Gulf of Mexico, on April 20, 2010 | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:10-MD-02179-CJB-SS |
| BP, et al | ) | |
| *Defendant* | ) | |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Donald J. Vidrine
104 Pierret Drive, Lafayette, Louisiana 71486

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Eastern District of Louisiana 500 Poydras Street New Orleans, LA 70130 | Courtroom No.: Judge Barbier - Room C268 |
|---|---|
| | Date and Time: February 27, 2012 through the conclusion of Transocean's case in the Phase I trial. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Fed. R. Civ. P. 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:   02/03/2012

CLERK OF COURT

OR

_____
*Signature of Clerk or Deputy Clerk*

_____
*Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*        Transocean

        (Triton Asset Leasing GmbH, et al)        , who issues or requests this subpoena, are:

Paul C. Thibodeaux of Frilot LLC, 1100 Poydras Street, Suite 3700, New Orleans, LA 70163, pthibodeaux@frilot.com, (504) 813-2170.

Exhibit A

Civil Action No. 2:10-MD-02179-CJB-SS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*   DONALD J VIDRINE

was received by me on *(date)*   2|3|12   .

☒ I served the subpoena by delivering a copy to the named person as follows:   PERSONNEL SERVICE

_____   on *(date)*   2|6|12   ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____   .

My fees are $ _____   for travel and $ _____   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   2|6|12

_____
*Server's signature*

WALTER KOMIE
*Printed name and title*

424 REALTY DR STE C GRETNA, LA 70056
*Server's address*

Additional information regarding attempted service, etc: