*Return*

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" In the Gulf of Mexico, on April 20, 2010 <br> v. <br> BP, et al <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 2:10-MD-02179_CJB-SS <br> (If the action is pending in another district, state where: ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Dr. Bob Winston
234 Rue Beauregard, Suite 100, Lafayette, LA 70508

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

All issues relative to Dr. Winston's evaluation, treatment, diagnosis and prognosis of Donald J. Vidrine and related medical records and other documents.

| Place: Preis & Roy PLC <br> 102 Versailles Blvd., Suite 400 <br> Lafayette, LA 70501 | Date and Time: <br> 02/17/2012 9:00 am |
|---|---|

The deposition will be recorded by this method: __Certified Court Reporter__

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

Any and all medical records, files, charts, notes, correspondence, prescriptions, diagnosis, and any other documents related to patient Donald J. Vidrine.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: __02/10/2012__

CLERK OF COURT

OR

_____     _____
Signature of Clerk or Deputy Clerk            *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* __Transocean (Triton Asset Leasing GmbH, et al)__, who issues or requests this subpoena, are:
Paul C. Thibodeaux of Frilot LLC, 1100 Poydras Street, Suite 3700, New Orleans, LA 70163, pthibodeaux@frilot.com, (504) 813-2170.

**Exhibit D**

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 2:10-MD-02179_CJB-SS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* 2-10-12

☒ I served the subpoena by delivering a copy to the named individual as follows: Dr. Bob Winston accepted by Brittany Thibodeaux, 234 Rue Beauregard, Ste. 100, Lafayette, La on *(date)* 2-10-12; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2-10-12

Annie Abdella
Server's signature

Annie Abdella - Process Server
Printed name and title

P.O. Box 53434
Lafayette, La 70505
Server's address

Additional information regarding attempted service, etc: