# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois  60654

J. Andrew Langan, P.C.
To Call Writer Directly:                                    (312) 862-2000                                    Facsimile:
(312) 862-2064                                                                                                    (312) 862-2200
andrew.langan@kirkland.com                              www.kirkland.com

February 10, 2012

**VIA E-MAIL**

The Honorable Sally Shushan
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA  70130

Re:    In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico
on April 20, 2010, MDL No. 2179

Dear Judge Shushan:

We are writing in regard to some of the confidentiality issues raised in Mike Underhill's February 8, 2012 letter to the Court.  Mike's letter about the use of documents from the MMS-produced TIMS/eWell database raises a number of issues that warrant additional discussion -- between BP and the U.S. Government as a first step.  For example, BP believes that much of the TIMS/eWell production is publically available and/or outside of the confidentiality provisions of 30 C.F.R. § 250.197, and we believe that the regulation does not require confidentiality for the entire production.  Indeed, because the TIMS/eWell production was date restricted to April 2010, the vast majority of the documents in the database fall outside of the two years of confidentiality that is often provided by the regulations.  It is BP's view that as the producing party, the U.S. Government should identify with specificity the information it believes actually warrants protection under applicable regulations.  BP can then work with the U.S. Government to develop appropriate procedures for preserving the confidentiality of any information deserving of such protections.

BP agrees that identifying specific documents in the TIMS/eWells production poses a challenge, but this challenge arises primarily because the government produced the entire production using a single bates number.  Further, issues with the government's production of this information—which was not provided to BP in its current format until late September 2011—meant that these documents were not available for use in the depositions of the MMS/BOEMRE employee witnesses, and specific subsets of pages of that production are therefore not already marked as individual deposition exhibits.

# KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
February 10, 2012
Page 2


        BP is willing to look into these issues and work with the U.S. Government to address the concerns raised in Mike's letter.  We respectfully suggest that the parties undertake such an effort amongst themselves first, rather than burdening the Court any further with this matter at this time.

        Thank you for the Court's consideration.

                                        Sincerely,


                                        /s/ J. Andrew Langan, P.C.



cc:      Plaintiffs' Liaison Counsel
         Defense Liaison Counsel
         Mike Underhill
         Trey Phillips
         Hon. Attorney General Luther Strange
         Corey Maze