AO 88A  (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.  2:10-MD-02179_CJB-SS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* 2-10-12

☑ I served the subpoena by delivering a copy to the named individual as follows: Donald J. Vidrine (personal service) 104 Pierret Dr., Lafayette, LA
on *(date)* 2-11-12 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2-11-12

*John Abdella*
Server's signature

John Abdella - Process Server
Printed name and title

P.O. Box 53434
Lafayette, La 70505
Server's address

Additional information regarding attempted service, etc:

*Return*

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

In Re: Oil Spill by the Oil Rig "Deepwater Horizon"
In the Gulf of Mexico, on April 20, 2010

v.

BP, et al

Defendant

Civil Action No.   2:10-MD-02179_CJB-SS

(If the action is pending in another district, state where:                )

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:  Donald J. Vidrine
     104 Pierret Drive, Lafayette, LA  71486

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Preis & Roy PLC<br>102 Versailles Blvd., Suite 400<br>Lafayette, LA  70501 | Date and Time:<br>02/17/2012 9:00 am |
|---|---|

The deposition will be recorded by this method:   Certified Court Reporter

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

Any and all documents in the possession of Mr. Vidrine relating to the Macondo well or April 20, 2010 Deepwater Horizon incident, post-incident BP related activities and employment, and post-incident medical issues, including but not limited to any journals, notes or other personal accounts relating to the Macondo well or April 20, 2010 Deepwater Horizon incident.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:   02/10/2012

*CLERK OF COURT*

OR

_____
Signature of Clerk or Deputy Clerk

_____
Attorney's signature

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*     Transocean (Triton Asset Leasing GmbH, et al)                                  , who issues or requests this subpoena, are:
Paul C. Thibodeaux of Frilot LLC, 1100 Poydras Street, Suite 3700, New Orleans, LA 70163, pthibodeaux@frilot.com, (504) 813-2170.