UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**ORDER**

[Regarding Allocation for Dr. Kris Ravi on February 15 and 16]

| | Request | Allocation |
|---|---|---|
| PSC | 360 minutes | 240 minutes |
| United States | 220 minutes | 130 minutes |
| States | No request | 0 minutes |
| Transocean | 75 minutes | 60 minutes |
| BP | 600 minutes | 370 minutes |
| Cameron | 30 minutes | 20 minutes |
| Anadarko | 10 minutes | 10 minutes |
| M-I Swaco | 10 minutes | 10 minutes |
| Weatherford | 60 minutes | 0 minutes |
| Halliburton | 70 minutes | 60 minutes |
| Total | | **900 minutes** |

The parties shall be permitted to cede time among themselves. The examination shall be conducted in the order provided above. Any appeal of this order must be filed by no later than **Monday, February 13, 2012.**

New Orleans, Louisiana, this 10th day of February, 2012.

Sally Shushan
**United States Magistrate Judge**