# COURT RECORD LOAN FORM
## U.S. DISTRICT COURT
*This portion remains with Court Records*

S

No. 10md2179  Short Title **IN RE: Oil Spill**  Date 2/10/12

To: **Lloyd Frischhertz**
Name

Address: **1130 St. Charles Ave**

City: **New Orleans**  State: **LA**  Zip: **70130**

**Documents Enclosed:**
- [x] Record Vols: **2**
- [ ] Exhibits  [ ] Env.
- [ ] Box:  [ ]
- [ ] Supp. Record Vols.
- [ ] Second Supp. Record Vols.
- [ ] Third Supp. Record Vols.

Complete the area below and return this form along with the documents to 5th Circuit.

**\*\*KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES\*\***

**Attorney Return:**
**Send Record with Brief of Appellee to 5th Circuit**

TO: CLERK, 5TH CIRCUIT

- [ ] Record Vols.
- [ ] Supp. Record Vols.
- [ ] Exhibits [ ]

Records listed above are returned to Clerk

ATTORNEY NAME_____
DATE_____

---

Clerk's Receipt: To be completed by 5th Circuit Clerk's Office and forwarded to person in previous section

No._____  Short Title_____

- [ ] Record Vols.
- [ ] Supp. Record Vols.
- [ ] Exhibits [ ]

Records listed above have been received by Clerk

NAME_____
DATE_____

EASTERN DISTRICT OF LOUISIANA

---

Attorney Forwarding Receipt:
If documents are forwarded to another person, complete the section below, detach and return it to: **District Court Clerk's Office**.

No._____  Short Title_____

- [ ] Record Vols.
- [ ] Supp. Record Vols.
- [ ] Exhibits [ ]

Records listed above have been forwarded to:

ATTORNEY NAME_____
ADDRESS_____
CITY, STATE, ZIP_____
SIGNED_____
DATE_____

TO: CLERK, U.S. DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

---

Attorney Receipt: The area below is to be completed by Original Recipient.
Upon receipt of documents, detach this portion and forward it to **District Court Clerk's Office**.

No._____  Short Title_____

- [ ] Record Vols.
- [ ] Supp. Record Vols.
- [ ] Exhibits [ ]

Case records listed above received by:

JUDGE/ATTY NAME_____
DATE_____

TO: CLERK, U.S. DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

# COURT RECORD LOAN FORM
## U.S. DISTRICT COURT
*This portion remains with Court Records*

No. 10-3897 J  Short Title: In Re: Seacor Holdings  Date: 2/10/12

To: Lloyd Frischhertz
Name

Address: 1130 St. Charles Ave.

City: N.O.  State: LA  Zip: 74130

**Documents Enclosed:**
- ☑ Record Vols: 1
- ☐ Exhibits ☐ Env.
- ☐ Box:
- ☐ Supp. Record Vols.
- ☐ Second Supp. Record Vols.
- ☐ Third Supp. Record Vols.

**KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES**

Complete the area below and return this form along with the documents to 5th Circuit.

**Attorney Return:**
**Send Record with Brief of Appellee to 5th Circuit**

TO: CLERK, 5TH CIRCUIT

- ☐ Record Vols.
- ☐ Supp. Record Vols.
- ☐ Exhibits ☐

Records listed above are returned to Clerk

ATTORNEY NAME _____
DATE _____

---

Clerk's Receipt: To be completed by 5th Circuit Clerk's Office and forwarded to person in previous section

No. _____ Short Title _____

- ☐ Record Vols.
- ☐ Supp. Record Vols.
- ☐ Exhibits ☐

Records listed above have been received by Clerk

NAME _____
DATE _____

EASTERN DISTRICT OF LOUISIANA

---

Attorney Forwarding Receipt:
If documents are forwarded to another person, complete the section below, detach and return it to: **District Court Clerk's Office**.

No. _____ Short Title _____

- ☐ Record Vols.
- ☐ Supp. Record Vols.
- ☐ Exhibits ☐

Records listed above have been forwarded to:

ATTORNEY NAME _____
ADDRESS _____
CITY, STATE, ZIP _____
SIGNED _____
DATE _____

TO: CLERK, U.S. DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

---

Attorney Receipt: The area below is to be completed by Original Recipient.
Upon receipt of documents, detach this portion and forward it to **District Court Clerk's Office**.

No. _____ Short Title _____

- ☐ Record Vols.
- ☐ Supp. Record Vols.
- ☐ Exhibits ☐

Case records listed above received by:

JUDGE/ATTY NAME _____
DATE _____

TO: CLERK, U.S. DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

# COURT RECORD LOAN FORM
## U.S. DISTRICT COURT
*This portion remains with Court Records*

No. **10-1986** Short Title **Robin v. Seacor Marine** Date **2/10/12**

To: **Lloyd Frischhertz**
Name

**1130 St. Charles Ave.**
Address

**NO** **LA** **70130**
City  State  Zip

**KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES**

**Documents Enclosed:**
- ☑ Record Vols: **1**
- ☐ Exhibits ☐ Env.
- ☐ Box:
- ☐ Supp. Record Vols.
- ☐ Second Supp. Record Vols.
- ☐ Third Supp. Record Vols.

Complete the area below and return this form along with the documents to 5th Circuit.

**Attorney Return:**
**Send Record with Brief of Appellee to 5th Circuit**

TO: CLERK, 5TH CIRCUIT

☐ Record Vols.
☐ Supp. Record Vols.
☐ Exhibits ☐

Records listed above are returned to Clerk

ATTORNEY NAME
DATE

---

Clerk's Receipt: To be completed by 5th Circuit Clerk's Office and forwarded to person in previous section

No._____ Short Title_____

EASTERN DISTRICT OF LOUISIANA

☐ Record Vols.
☐ Supp. Record Vols.
☐ Exhibits ☐

Records listed above have been received by Clerk

NAME
DATE

---

Attorney Forwarding Receipt:
If documents are forwarded to another person, complete the section below, detach and return it to: **District Court Clerk's Office**.

No._____ Short Title_____

TO: CLERK, U.S. DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

☐ Record Vols.
☐ Supp. Record Vols.
☐ Exhibits ☐

Records listed above have been forwarded to:

ATTORNEY NAME
ADDRESS
CITY, STATE, ZIP
SIGNED
DATE

---

Attorney Receipt: The area below is to be completed by Original Recipient.
Upon receipt of documents, detach this portion and forward it to **District Court Clerk's Office**.

No._____ Short Title_____

TO: CLERK, U.S. DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

☐ Record Vols.
☐ Supp. Record Vols.
☐ Exhibits ☐

Case records listed above received by:

JUDGE/ATTY NAME
DATE

**COURT RECORD LOAN FORM**
**U.S. DISTRICT COURT**
*This portion remains with Court Records*

No. 10-4168  Short Title: In Re: Island Ventures  Date: 2/10/12

To:
Name: Lloyd Frischhertz
Address: 1130 St. Charles Ave.
City: NO  State: LA  Zip: 70130

**Documents Enclosed:**
- [x] Record Vols: 1
- [ ] Exhibits  [ ] Env.
- [ ] Box: [ ]
- [ ] Supp. Record Vols.
- [ ] Second Supp. Record Vols.
- [ ] Third Supp. Record Vols.

Complete the area below and return this form along with the documents to 5th Circuit.

**KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES**

**Attorney Return:**
**Send Record with Brief of Appellee to 5th Circuit**

TO: CLERK, 5TH CIRCUIT

- [ ] Record Vols.
- [ ] Supp. Record Vols.
- [ ] Exhibits

Records listed above are returned to Clerk

ATTORNEY NAME _____
DATE _____

---

Clerk's Receipt: To be completed by 5th Circuit Clerk's Office and forwarded to person in previous section

No. _____ Short Title _____

- [ ] Record Vols.
- [ ] Supp. Record Vols.
- [ ] Exhibits

Records listed above have been received by Clerk

NAME _____
DATE _____

EASTERN DISTRICT OF LOUISIANA

---

Attorney Forwarding Receipt:
If documents are forwarded to another person, complete the section below, detach and return it to: **District Court Clerk's Office**.

No. _____ Short Title _____

- [ ] Record Vols.
- [ ] Supp. Record Vols.
- [ ] Exhibits

Records listed above have been forwarded to:

ATTORNEY NAME _____
ADDRESS _____
CITY, STATE, ZIP _____
SIGNED _____
DATE _____

TO: CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

Attorney Receipt: The area below is to be completed by Original Recipient.
Upon receipt of documents, detach this portion and forward it to **District Court Clerk's Office**.

No. _____ Short Title _____

- [ ] Record Vols.
- [ ] Supp. Record Vols.
- [ ] Exhibits

Case records listed above received by:

JUDGE/ATTY NAME _____
DATE _____

TO: CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**COURT RECORD LOAN FORM**
U.S. DISTRICT COURT
*This portion remains with Court Records*

No. 10-3896  Short Title **In Re: Seacor Holdings**   Date 2/10/12

To: **Lloyd Frischhertz**
Name
**1130 St. Charles Ave**
Address

**NO**         **LA**      **70130**
City           State       Zip

**KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES**

**Attorney Return:**
**Send Record with Brief of Appellee to 5th Circuit**

TO: CLERK, 5TH CIRCUIT

Documents Enclosed:
☑ Record Vols.: 1
☐ Exhibits ☐ Env.
☐ Box: ☐
☐ Supp. Record Vols.
☐ Second Supp. Record Vols.
☐ Third Supp. Record Vols.

Complete the area below and return this form along with the documents to 5th Circuit.

☐ Record Vols.
☐ Supp. Record Vols.
☐ Exhibits ☐

Records listed above are returned to Clerk

ATTORNEY NAME_____
DATE_____

---

Clerk's Receipt: To be completed by 5th Circuit Clerk's Office and forwarded to person in previous section

No._____ Short Title_____

☐ Record Vols.
☐ Supp. Record Vols.
☐ Exhibits ☐

Records listed above have been received by Clerk

NAME_____
DATE_____

EASTERN DISTRICT OF LOUISIANA

---

Attorney Forwarding Receipt:
If documents are forwarded to another person, complete the section below, detach and return it to: **District Court Clerk's Office**.

No._____ Short Title_____

☐ Record Vols.
☐ Supp. Record Vols.
☐ Exhibits ☐

Records listed above have been forwarded to:

ATTORNEY NAME_____
ADDRESS_____
CITY, STATE, ZIP_____
SIGNED_____
DATE_____

TO: CLERK, U.S. DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

---

Attorney Receipt: The area below is to be completed by Original Recipient.
Upon receipt of documents, detach this portion and forward it to **District Court Clerk's Office**.

No._____ Short Title_____

☐ Record Vols.
☐ Supp. Record Vols.
☐ Exhibits ☐

Case records listed above received by:

JUDGE/ATTY NAME_____
DATE_____

TO: CLERK, U.S. DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

# COURT RECORD LOAN FORM
## U.S. DISTRICT COURT
*This portion remains with Court Records*

No. **10-416** Short Title **In Re: Nautical Solution** Date **2/14/12**

To: **Lloyd Frischhertz**
Name

**1130 St. Charles Ave**
Address

**NO**  **LA**  **70130**
City / State / Zip

**Documents Enclosed:**
- ☑ Record Vols: **1**
- ☐ Exhibits ☐ Env.
- ☐ Box:
- ☐ Supp. Record Vols.
- ☐ Second Supp. Record Vols.
- ☐ Third Supp. Record Vols.

Complete the area below and return this form along with the documents to 5th Circuit.

**KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES**

**Attorney Return:**
**Send Record with Brief of Appellee to 5th Circuit**

TO: CLERK, 5TH CIRCUIT

- ☐ Record Vols.
- ☐ Supp. Record Vols.
- ☐ Exhibits ☐

Records listed above are returned to Clerk

ATTORNEY NAME _____
DATE _____

---

Clerk's Receipt: To be completed by 5th Circuit Clerk's Office and forwarded to person in previous section

No. _____ Short Title _____

EASTERN DISTRICT OF LOUISIANA

- ☐ Record Vols.
- ☐ Supp. Record Vols.
- ☐ Exhibits ☐

Records listed above have been received by Clerk

NAME _____
DATE _____

---

Attorney Forwarding Receipt:
If documents are forwarded to another person, complete the section below, detach and return it to: **District Court Clerk's Office**.

No. _____ Short Title _____

TO: CLERK, U.S. DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

- ☐ Record Vols.
- ☐ Supp. Record Vols.
- ☐ Exhibits ☐

Records listed above have been forwarded to:

ATTORNEY NAME _____
ADDRESS _____
CITY, STATE, ZIP _____
SIGNED _____
DATE _____

---

Attorney Receipt: The area below is to be completed by Original Recipient.
Upon receipt of documents, detach this portion and forward it to **District Court Clerk's Office**.

No. _____ Short Title _____

TO: CLERK, U.S. DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

- ☐ Record Vols.
- ☐ Supp. Record Vols.
- ☐ Exhibits ☐

Case records listed above received by:

JUDGE/ATTY NAME _____
DATE _____

**COURT RECORD LOAN FORM**
**U.S. DISTRICT COURT**
*This portion remains with Court Records*

No. 11-58  Short Title In Re: Monica Ann LLC   Date 2/10/12

To: Lloyd Frischhertz
Name
1130 St. Charles Ave.
Address

NO        LA        70130
City      State     Zip

**Documents Enclosed:**
- ☑ Record Vols. 1
- ☐ Exhibits ☐ Env.
- ☐ Box: ☐
- ☐ Supp. Record Vols.
- ☐ Second Supp. Record Vols.
- ☐ Third Supp. Record Vols.

*Complete the area below and return this form along with the documents to 5th Circuit.*

**KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES**

**Attorney Return:**
**Send Record with Brief of Appellee to 5th Circuit**

TO: CLERK, 5TH CIRCUIT

- ☐ Record Vols.
- ☐ Supp. Record Vols.
- ☐ Exhibits ☐

Records listed above are returned to Clerk

ATTORNEY NAME_____
DATE_____

---

Clerk's Receipt: To be completed by 5th Circuit Clerk's Office and forwarded to person in previous section

No._____ Short Title_____

EASTERN DISTRICT OF LOUISIANA

- ☐ Record Vols.
- ☐ Supp. Record Vols.
- ☐ Exhibits ☐

Records listed above have been received by Clerk

NAME_____
DATE_____

---

Attorney Forwarding Receipt:
If documents are forwarded to another person, complete the section below, detach and return it to: **District Court Clerk's Office**.

No._____ Short Title_____

TO: CLERK, U.S. DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

- ☐ Record Vols.
- ☐ Supp. Record Vols.
- ☐ Exhibits ☐

Records listed above have been forwarded to:

ATTORNEY NAME_____
ADDRESS_____
CITY, STATE, ZIP_____
SIGNED_____
DATE_____

---

Attorney Receipt: The area below is to be completed by Original Recipient.
Upon receipt of documents, detach this portion and forward it to **District Court Clerk's Office**.

No._____ Short Title_____

TO: CLERK, U.S. DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

- ☐ Record Vols.
- ☐ Supp. Record Vols.
- ☐ Exhibits ☐

Case records listed above received by:

JUDGE/ATTY NAME_____
DATE_____

COURT RECORD LOAN FORM
U.S. DISTRICT COURT
*This portion remains with Court Records*

No. 10-3895 Short Title **In RE: Seacor Holdings** Date **2/10/12**

To: **Lloyd Frischhertz**
Name
**1130 St. Charles Ave.**
Address

**NO** **LA** **70130**
City   State   Zip

**KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES**

Documents Enclosed:
☑ Record Vols: **1**
☐ Exhibits ☐ Env.
☐ Box: _____ ☐
☐ Supp. Record Vols._____
☐ Second Supp. Record Vols._____
☐ Third Supp. Record Vols._____

Complete the area below and return this form along with the documents to 5th Circuit.

**Attorney Return:**
**Send Record with Brief of Appellee to 5th Circuit**

TO: CLERK, 5TH CIRCUIT

☐ Record Vols._____
☐ Supp. Record Vols._____
☐ Exhibits ☐ _____

Records listed above are returned to Clerk

ATTORNEY NAME_____
DATE_____

---

Clerk's Receipt: To be completed by 5th Circuit Clerk's Office and forwarded to person in previous section

No._____ Short Title_____

EASTERN DISTRICT OF LOUISIANA

☐ Record Vols._____
☐ Supp. Record Vols._____
☐ Exhibits ☐ _____

Records listed above have been received by Clerk

NAME_____
DATE_____

---

Attorney Forwarding Receipt:
If documents are forwarded to another person, complete the section below, detach and return it to: **District Court Clerk's Office**.

No._____ Short Title_____

TO: CLERK, U.S. DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

☐ Record Vols._____
☐ Supp. Record Vols._____
☐ Exhibits ☐ _____

Records listed above have been forwarded to:

ATTORNEY NAME_____
ADDRESS_____
CITY, STATE, ZIP_____
SIGNED_____
DATE_____

---

Attorney Receipt: The area below is to be completed by Original Recipient.
Upon receipt of documents, detach this portion and forward it to **District Court Clerk's Office**.

No._____ Short Title_____

TO: CLERK, U.S. DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

☐ Record Vols._____
☐ Supp. Record Vols._____
☐ Exhibits ☐ _____

Case records listed above received by:

JUDGE/ATTY NAME_____
DATE_____