UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | MDL No. 2179 |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | SECTION "J" |
| | * | |
| **Applies to:** | * | JUDGE BARBIER |
| *All Cases* | * | |
| | * | MAGISTRATE SHUSHAN |

# ORDER

On February 10, 2012, the Court granted a Motion for Summary Judgment and dismissed all claims against Weatherford U.S., L.P. and Weatherford International, Inc. (collectively, "Weatherford"). (Rec. Doc. 5653). In light of that decision, Weatherford's counsel has advised that the following Motions are now moot:

(1) Weatherford's Ex Parte Motion for Leave to File Third Supplemental and Amended Exhibit List (Rec. Doc. 5645);

(2) Weatherford's Motion in Limine to Exclude Expert Testimony Relating to the Purported Disturbance of the Cement at the Bottom of the Macondo Well (Rec. Doc. 5396);

(3) Weatherford's Motion for Judgment on the Pleadings Pursuant to Rule 12(c) (Rec. Doc. 5344)

**IT IS ORDERED** that Weatherford's Motions (Rec. Docs. 5645, 5396, 5344) are **DENIED AS MOOT.**

New Orleans, Louisiana, this 13th day of February, 2012.

_____
United States District Judge