**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: Oil Spill by the Oil Rig      *    **MDL Np. 2179**
     "Deepwater Horizon" in the Gulf   *
     of Mexico, on April 20, 2010.      *    **SECTION J**
                                  *
                                  *    **JUDGE BARBIER**

This Document Applies to: 11-1773    *
                                  *    **MAGISTRATE JUDGE**
                                  *    **SHUSHAN**
_____/

## <u>ORDER ON MOTION FOR LEAVE TO WITHDRAW</u>

This cause coming before the Court on Plaintiff's Stipulation for Withdrawal of Counsel, and

the Court having considered the same, is of the opinion that the same should be, and is hereby

**GRANTED.**

It is therefore **ORDERED and ADJUDGED** as follows:

1. James F. McKenzie, Esquire is hereby granted leave to withdraw as attorney for Gary R.

   Goodwin d/b/a JAMIE G and OWNER OF THE MV JAMIE G;

2. James F. McKenzie, Esquire, shall retain a lien for costs expended in this case; ;and,

3. Gary R. Goodwin d/b/a JAMIE G and OWNER OF THE MV JAMIE G; is hereby

   granted sixty (60) days from the date of this Order to obtain new counsel or prepare to

   proceed pro se.

Done in chambers, at New Orleans, Louisiana this 13th day of February, 2012.

_____
United States District Judge