UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010, | MDL NO. 2179 |
| | Case No. 2:11-cv-02766 |
| HONG VAN TRUONG, BARISICH INC., MICHAEL HUFF, DARRIN HELMER, and those persons identified in Exhibits A, C, and D, | SECTION: J |
| | Judge Barbier |
| Plaintiffs, | Magistrate Judge Shushan |
| vs. | **SECOND AMENDED COMPLAINT** |
| BP AMERICA PRODUCTION COMPANY; BP EXPLORATION AND PRODUCTION, INC.; UNITED STATES MARITIME SERVICES, INC.; UNITED STATES MARITIME SERVICES, LLC; UNITED STATES ENVIRONMENTAL SERVICES, LLC; and DRC EMERGENCY SERVICES, LLC, | **JURY TRIAL DEMANDED** |
| Defendants. | |

## INTRODUCTION

1.     Plaintiffs are shrimpers, crabbers, and oystermen ("Fishermen" or "Plaintiffs") who participated in BP's Vessels of Opportunity" ("VoO") program but have not been paid the amounts Defendants owe them for the use of their boats.

2.     BP America Production Company and BP Exploration and Production, Inc.'s (collectively "BP") *Deepwater Horizon* oil spill placed the livelihoods of the Fishermen at profound risk.  Shortly after the explosion of the *Deepwater Horizon*, BP and the other named Defendants hired the Fishermen to assist BP in responding to the cataclysmic spill that BP caused.  Rather than honor their contractual commitments to pay the Fishermen for helping to

1


EXHIBIT A

clean up BP's mess, Defendants refuse to pay what is unequivocally owed under their contracts with the Fishermen.

3.     Moreover, in many instances, Defendants have made it impractical for the Fishermen to use their boats for any purpose other than the VoO program by failing to decontaminate the boats.  As a result, Defendants have forced Fishermen to keep their boats idle at the docks and available for BP's use at any time.  Yet Defendants refuse to pay for this exercise of control over the Fishermen's boats.

4.     BP has responded to the Fishermen's claims for compensation with a campaign of deceit designed to manipulate the Fishermen and deprive them of their rights.  Among other things, BP has attempted to induce the Fishermen to substitute contracts long after the fact that change the Fishermen's rights under the original contract.  BP has also misled Vietnamese-speaking fishermen while failing to provide key legal documents in Vietnamese including the contract itself.

5.     The Fishermen bring this action to hold BP and the other Defendants responsible for their breach of contract and ongoing pattern of misconduct related to the VoO program.

<u>**THE PARTIES**</u>

**A.  Plaintiffs**

6.     Plaintiff Mr. Hong Van Truong is a commercial shrimper and resident of Jackson County, Mississippi.  He was hired by BP on May 2, 2010, to participate in the VoO program, and he actively participated in the program.  Mr. Truong owns two fishing vessels that participated in the VoO program:  f/v *Mimi II* and f/v *Way of Life*.  Mr. Hong Van Truong grew up in a fishing family in Vietnam before escaping to the United States in 1984 and building an extremely successful commercial fishing operation here.

2

7.      Plaintiff Barisich Inc. is a Louisiana company that owns and operates fishing vessels.  It is owned by Mr. George Barisich and Mr. Joseph Barisich, who reside in Baton Rouge, Louisiana.  Barisich Inc. was hired by United States Maritime Services, LLC (collectively with United States Maritime Services, Inc., "USMS") on June 6, 2010, to participate in the VoO program, and its f/v *Camille Marie* actively participated in the program.

8.      Plaintiff Mr. Michael Huff is a commercial fisherman and resident of Arabi, Louisiana.  Mr. Huff was hired by United States Environmental Services, LLC ("USES") on June 6, 2010, to participate in the VoO program, and he actively participated in the program. Mr. Huff owns one fishing vessel that actively participated in the VoO program: *LA-1539-CA*.

9.      Plaintiff Mr. Darrin P. Helmer, Sr. is a commercial fisherman and resident of Barataria, Louisiana.  Mr. Helmer was hired by DRC Emergency Services, LLC ("DRC") on June 6, 2010, to participate in the VoO program, and he actively participated in the program. Mr. Helmer owns one fishing vessel that actively participated in the VoO program:  f/v *My Three Daughters*.

10.     Attached as Exhibit A is a list of 495 Plaintiffs who were also hired by BP, USMS, USES, or DRC (collectively "Defendants") under contract to participate in the VoO program.

11.     Attached as Exhibit C is a list of 105 additional Plaintiffs who were also hired by BP, USMS, USES, or DRC (collectively "Defendants") under contract to participate in the VoO program.

12.     Attached as Exhibit D is a list of 47 additional Plaintiffs who were also hired by BP, USMS, USES, or DRC (collectively "Defendants") under contract to participate in the VoO program.

13.     BP drafted and executed contracts governing participation in the VoO program entitled Master Vessel Charter Agreement ("MVCA").  All Defendants proffered and executed contracts with VoO participants having material terms identical to BP's MVCA.

14.     Virtually all of the Plaintiffs are commercial fishermen whose boats are used for shrimping, crabbing, and harvesting oysters.

15.     Many of the Fishermen are Vietnamese immigrants with limited English abilities and no ability to read legal documents in English.

**B.  Defendants**

16.     BP America Production Company is a Delaware corporation doing business within the jurisdiction of this District.  Its registered agent for service of process is CT Corporation System, 5615 Corporate Boulevard, Suite 400B, Baton Rouge, LA 70808.

17.     BP Exploration and Production Company, Inc. is a Delaware corporation doing business within the jurisdiction of this District.  Its registered agent for service of process is CT Corporation System, at 5615 Corporate Boulevard, Suite 400B, Baton Rouge, LA 70808.

18.     United States Maritime Services, Inc. is a Louisiana corporation doing business within the jurisdiction of this District.  Its registered agent for service of process is Barry J. Thibodeaux, at 365 Canal Street, Suite 2500, New Orleans, LA 70130.  United States Maritime Services, LLC is a closely related entity that does business in this District and shares the same registered agent for service of process.

19.     USES is a Louisiana limited liability company doing business within the jurisdiction of this District.  USES is closely related to USMS and shares with USMS both the same ownership and registered agent for service of process.

4

20.     DRC is an Alabama limited liability company doing business within the jurisdiction of this District.  Its registered agent for service of process is Robert Isakson, at 740 Museum Dr., Mobile, AL 36608.

## JURISDICTION AND VENUE

21.     This Court has jurisdiction of this matter pursuant to Article III of the Constitution of the United States and 28 USC § 1333, as this matter falls within the Court's admiralty and maritime jurisdiction.  This claim is being filed pursuant to Rule 9(h) of the Federal Rules of Civil Procedure.

22.     The MVCA is the contract at issue in this action.  The MVCA specifies New Orleans, Louisiana as a venue for disputes related to the contract.  Accordingly, venue in this District is proper.

## FACTUAL BACKGROUND

### A.  The VoO program

23.     On April 20, 2010, the *Deepwater Horizon* exploded 42 miles southeast of Venice, Louisiana.  For 87 days, oil from the well gushed into the Gulf of Mexico at estimated rates of between 2,000 and 40,000 barrels a day.  Just ten days after the explosion, oil began washing ashore in Louisiana and has continued to wash ashore in all five Gulf states ever since.

24.     In a purported attempt to combat the effects of the spill, BP enlisted local fishing vessels in the VoO program to identify locations of oil slicks, skim oil from the Gulf, tend and maintain boom, collect sheen and light oil in shallow waters, find and remove tar balls from the water, and transport supplies, personnel and wildlife.

25.     BP began executing written contracts with fishermen just days after the *Deepwater Horizon* explosion.  The contracts were drafted by BP, and the terms were non-negotiable for any vessel owner seeking to participate in the VoO program.  As a result, every

fisherman who participated in the VoO program in 2010 was subject to the same contract and contractual language.

26.     For example, on May 2, 2010, Mr. Truong committed both of his vessels to the VoO program by signing identical MVCAs for each vessel.

27.     BP demanded exclusive use of vessels as a condition for participating in the VoO program.  Article 2 of the MVCA expressly states that participating vessels must be used exclusively for the VoO program during the entirety of the charter term:

> A.  During each CHARTER TERM, the VESSEL **shall be employed exclusively for CHARTERER'S use** as a vessel of opportunity in the carriage of CHARTERER'S employees, contractors, business invitees, equipment and provisions and in the performance of various tasks associated with oil spill response and containment efforts as directed by CHARTERER . . . **.  The VESSEL shall be available and at CHARTERER's disposal for operation twenty-four (24) hours per day**.  The **VESSEL shall not be used for any purpose** other than performance of SERVICES during the CHARTER TERM.
>
> B.  The **whole reach of the VESSEL's deck and accommodation spaces shall be at CHARTERER's disposal**, reserving only proper and sufficient space for VESSEL OWNER's crew.

(Emphases added.)

28.     BP's MVCA requires that Fishermen provide BP with complete, exclusive, and absolute control of vessels throughout the entire "charter term."  The MVCA expressly defines the start and end of the charter term:

- "The term of the CHARTER shall commence on the date of the departure of the Vessel from the mutually agreed location of delivery. . ."  (Article I.A.)

- ""The VESSEL shall be redelivered to VESSEL OWNER at the close of each CHARTER TERM to the original point of delivery by CHARTERER, **as determined by off-hire dispatch notification**. . . ."  (Article I.B.)

- "The termination of the CHARTER TERM (termination of dispatch) is determined by the time the VESSEL is secure in its moorings at the original point of delivery during drills and exercises, and secure at its mooring **after final**

**decontamination** after an oil spill response (which process shall be as undertaken without delay)."  (Article 10.E.) (Emphasis added.)

Thus, the MVCA unequivocally defines the charter term to run from a vessel's date of departure through "<u>final</u> decontamination" and "off-hire dispatch notification."

29.     Thus, according to the unequivocal terms of the MVCA, the charter term does not terminate until two events have occurred:  1) BP has issued an "off-hire dispatch notification" to the vessel owner; and 2) the vessel has received "final decontamination."

30.     Off-hire dispatch notifications were provided by BP via a document entitled "Notice of Non-renewal of Master Vessel Charter."  Drafted by BP, the notices explicitly state: "Please be advised that pursuant to the terms of the Master Vessel Charter Agreement ('MVCA'), **BP is providing this 'Off Hire Dispatch Notification'** which terminates the MVCA immediately as of the date below."  (Emphasis added.) Thus, the earliest possible termination of a charter term occurs when a Notice of Non-renewal provides the vessel owner with the off-hire dispatch notification.

31.     Under the MVCA, a charter term does not terminate until an activated vessel has also been decontaminated.  This contractual term recognizes the reality that a vessel cannot practicably be used for any other purpose until decontamination, and, in so defining the charter term, BP provided a contractual assurance to the Fishermen that BP would compensate vessel owners until decontamination is final.

32.     Additionally, BP routinely and systematically informed Fishermen who signed the MVCA that their boats must remain at the docks and ready for activation or a return to active participation.  BP instructed Fishermen that, as a condition for participation in the program, they should not use their boats for fishing and should be available for immediate activation.  Relying

on this instruction, many Fishermen refrained from using their boats for any other economically useful purpose.

33.     Consistent with the exclusive nature of the MVCA and the vessel owner's obligations, the MVCA promises to pay participants a daily rate for every day of the charter term.  The daily rate specified in the MVCA ranges from $1200 to $3000 per day, depending on vessel size.

34.     BP contracted with USMS, USES, and DRC to assist in operating and coordinating the VoO program.  USMS, USES, and DRC directly contracted with many of the Fishermen using contracts identical in all material respects to the MVCA drafted by BP.

35.     Mr. Truong worked the f/v *Mimi II* continuously in the VoO program until on or around July 22, 2010, and the f/v *Way of Life* until on or around July 30, 2010, when BP sent his vessels back to the docks.

### B.  BP's Failed Decontamination Program

36.     Decontamination is a critical component of the VoO program.  Boats that have participated in an oil spill response would bear substantial risks of severe regulatory and marketplace consequences by fishing without having been decontaminated.  Indeed, boats caught fishing without having been decontaminated may be subject to fines, forfeitures, and penalties that can be devastating to fishermen's livelihoods.  Oil contamination may also result in processors refusing to purchase shrimp that a fisherman has invested significant time and money to catch.

37.     The MVCA recognizes the legal significance of decontamination by extending the charter term through the date of final decontamination.  This provision ensures that the boats are subject to BP's exclusive control until decontaminated.  Additionally, BP's promise to decontaminate boats offers Fishermen a contractual assurance critical to the decision to

participate in the program.  For all practical purposes, Fishermen cannot use their boats for anything other than VoO until decontaminated.

38.     Unfortunately, BP's decontamination program was a fiasco.  BP did not commission nearly enough resources to ensure that boats could be decontaminated in a timely manner.  BP's failure to decontaminate boats resulted in an enormous backlog of contaminated boats, leaving hundreds of vessels moored in a contaminated condition at the docks after returning from active participation in VoO.

39.     Many vessel owners spent weeks and months attempting to have BP decontaminate their boats.  BP has failed to decontaminate some vessels to this day.  In the meantime, BP enjoys an exclusive and absolute lease to these vessels, and the vessel owners cannot use the boats for any other purpose.

40.     For example, while Mr. Truong's f/v *Mimi II* was sent back to the dock on July 22, 2010, BP failed to decontaminate the vessel until October 5, 2010.  Mr. Truong's f/v *Way of Life* was not decontaminated until October 7, 2010.  BP stored VoO materials and property on the vessels through the date of decontamination.

41.     As another example, Plaintiff Justin Lassabe has two vessels that have never been decontaminated.  While BP has never decontaminated his vessels, it did place a device on both of his boats that record each time they leave the dock.  Mr. Lassabe has tried repeatedly to contact BP to arrange for decontamination, but BP will not return his calls.  The devices remain on Mr. Lassabe's boats, and he continues to be unable to use them to earn a living by fishing.  BP has placed similar devices on other VoO boats.

42.     Plaintiff Anthony Johnson contacted BP repeatedly to arrange to have his boat decontaminated.  BP never responded.  Unable to use his boat, Mr. Johnson paid himself out-of-pocket to have his boat decontaminated in December 2010 but has never been reimbursed.

43.     Kim Le has two vessels that have never been decontaminated.  After months of attempts, Mr. Le informed Mark Holstein, from BP's Office of General Counsel, that Mr. Le's vessels remain contaminated and under BP's control.  Continuing BP's pattern of delay, inaction, and false promises, Mr. Holstein promised to check on the status of Mr. Le's vessels, but Mr. Le's boats still have not been decontaminated to this day.

44.     Many vessels that participated in the VoO program have never been decontaminated.  The charter terms for these vessels continue to run, with Defendants contractually obligated to pay the daily rate until the vessels have been decontaminated and the charter term has ceased.

### C.  BP's Schemes To Avoid Paying

45.     Under the MVCA, Defendants must pay the Fishermen the daily rate specified in the MVCA until the boats have received the Notice of Non-renewal and have been subject to final decontamination.  In every case, Defendants have breached the MVCA by failing to do so.

46.     For example, BP did not pay Mr. Truong for the exclusive use of the f/v *Mimi II* from July 23, 2010, until it was decontaminated on October 5, 2010, nor did it pay for the exclusive use of the f/v *Way of Life* from July 31, 2010, until it was decontaminated on October 7, 2010.  BP owes Mr. Truong payment, day-to-day, for the exclusive uses of his vessels from initial activation of Mr. Truong's contracts through the final decontamination of his vessels and receipt of a Notice of Non-renewal.  BP has failed to pay him for this time.

47.     Rather than pay the promised amounts, BP has hatched various schemes to manipulate the Fishermen.  For example, by early this year, BP had significantly reduced the

vessels actively in the VoO program.  At the same time, BP was in the process of denying claims for payment of the daily rate through the end of the charter term.

48.      In an attempt to evade the MVCA and its obligation, BP sent "Transitional Master Vessel Charter Agreement" to VoO participants in April and May 2011.  A true and correct copy of the Transitional Master Vessel Charter Agreement ("Transitional MVCA") is attached as Exhibit B.

49.      By its terms, the Transitional MVCA "supersede[s] all other Master Vessel Charter Agreements."  The Transitional MVCA eliminated reference to decontamination in the definition of charter term and disavowed payment for so-called "stand-by days."  On information and belief, the Transitional MVCA was sent to hundreds of vessel owners possessing claims under the original MVCA, despite the fact that BP had no intention of ever activating these vessels.

50.      BP has not provided the original MVCA or Transitional MVCA to Vietnamese VoO participants in any language other than English.  BP notes in the Transitional MVCA that vessel owners should "read the terms carefully," while knowing that a significant percentage of VoO participants have no ability to do so.

51.      The Transitional MVCA was a ruse designed to allow BP to avoid the contractual obligations set forth in the original MVCA.  BP drafted and delivered the Transitional MVCA because it knows that the original MVCA unambiguously obligates BP to pay contracted daily rates through date of decontamination and receipt of the Notice of Non-renewal.  BP expected that many vessel owners would sign the Transitional MVCA hoping to continue work in the VoO program, the only material source of income for many Fishermen since the Deepwater Horizon spill.

52.     BP has acted in bad faith.  Knowing that it has assumed control over the Fishermen's vessels and that it owes the Fishermen money, BP has stalled, made false promises, and resorted to deception to avoid paying the Fishermen what it owes them.

## COUNT I
## BREACH OF CONTRACT

53.     Plaintiffs incorporate all preceding paragraphs as if fully set forth herein.

54.     Defendants and the Fishermen entered into MVCAs.  By the terms of those contracts, Defendants were obligated to pay Fishermen for the exclusive use of their vessels from the day they were activated until the vessels received final decontamination and the Notice of Non-renewal providing an off-hire dispatch notification.

55.     At all relevant times, the Fishermen complied with the terms of the MVCAs and fulfilled their contractual obligations.

56.     Defendants have failed to pay the Fishermen the contracted daily rates for their vessels through the entire charter term as contractually required.

57.     Defendants have breached its contracts with the Fishermen.

58.     As a result of Defendants' breach of the MVCAs, Defendants the Fishermen have suffered damages.

## COUNT II
## QUASI-CONTRACT

59.     Plaintiffs incorporate all preceding paragraphs as if fully set forth herein.

60.     The Fishermen made their vessels available for Defendants' exclusive use in the VoO program from the first day they began working until they were finally decontaminated and received a Notice of Non-renewal.

61.     Defendants knew that once the Fishermen's vessels began working in the VoO program, those vessels could not be used for any other purpose until they were finally decontaminated.

62.     Defendants also knowingly stored and placed equipment on the Fishermen's vessels and requested that the vessels not be used for any other purpose until the day they were finally decontaminated.

63.     Defendants benefited from storing their equipment on the Fishermen's vessels and retaining the exclusive right to use their vessels in the VoO program until they were finally decontaminated and received a Notice of Non-renewal.

64.     Defendants represented to Fishermen that they must remain available for activation or re-activation, and Fishermen avoided using their vessels for any other purpose until receipt of a Notice of Non-renewal.

65.     The Fishermen reasonably expected that they would be compensated for Defendants' use of their vessels for each and every day until they were finally decontaminated and received a Notice of Non-renewal.

66.     The Fishermen have suffered damages and Defendants have been unjustly enriched as a result of their failure to pay daily rates for use of the Fishermen's vessels.

## COUNT III
## UNJUST ENRICHMENT

67.     Plaintiffs incorporate all preceding paragraphs as if fully set forth herein.

68.     The explicit terms of the MVCAs prohibited the Fishermen from using their vessels for any purpose other than the Defendants' VoO program until they were finally decontaminated and received a Notice of Non-renewal.

69.     Defendants benefitted from use of the Fishermen's vessels and from retaining exclusive control over the Fishermen's vessels.

70.     The Fishermen were harmed by Defendants' failure to compensate them for their use of their vessels.

71.     The Fishermen have suffered damages and Defendants have been unjustly enriched as a result of their failure to pay daily rates for use of the Fishermen's vessels.

**COUNT IV**
**DECLARATORY JUDGMENT**

72.     Plaintiffs incorporate all preceding paragraphs as if fully set forth herein.

73.     Defendants entered into contracts with the Fishermen.

74.     By the express terms of those contracts, Defendants are required to pay the Fishermen for each and every day of the charter term.

75.     The charter term begins when the vessel is placed on active duty and terminates when the vessel is secured in its moorings at the original point of delivery after final decontamination and the vessel owner has received an off-hire dispatch notification.

76.     The Defendants are contractually obligated to pay the daily rate for each contracted vessel from the date a vessel was placed on active duty through the date that the vessel was finally decontaminated and received a Notice of Non-renewal providing an off-hire dispatch notification.

**COUNT V**
**CONVERSION**

77.     Plaintiffs incorporate all preceding paragraphs as if fully set forth herein.

78.     Defendants knew that Plaintiffs' vessels are rightfully owned by the Plaintiffs.

14

79.     Defendants knowingly and intentionally assumed control and dominion of the Plaintiffs' vessels by rendering them unfit for any purpose other than Defendants' uses.

80.     Defendants wrongfully detained the vessels, excluded the Plaintiffs from use of their vessels, and exercised dominion and control over the vessels without compensating Plaintiffs.

81.     Plaintiffs suffered damages from loss of the use of their property due to Defendants' misconduct.

**WHEREFORE,** the Plaintiffs pray this Honorable Court to issue a judgment in favor of the Plaintiffs against Defendants for:

1)     Unpaid time at the vessel and crew rates specified in the MVCA from formal activation through both final decontamination and receipt of the Notice of Non-renewal, in accordance with the MVCA and/or quasi-contract and/or unjust enrichment;

2)     Punitive and exemplary damages;

3)     Entry of a declaratory judgment that Defendants violated the MVCA by not paying Plaintiffs for each day from formal activation through final decontamination and receipt of Notice of Non-renewal;

3)     Unpaid property damages;

4)     Pre-judgment and post-judgment interest;

5)     Attorneys' fees and litigation costs and expenses; and

6)     All such other relief as they may show themselves justly entitled to receive.

Plaintiffs demand a jury trial.

Dated:  February 13, 2012.

RESPECTFULLY SUBMITTED:

BY:  /s/ *Stephen S. Kreller*

THE KRELLER LAW FIRM

> Stephen S. Kreller (LA # 28440)
> 4224 Canal Street
> New Orleans, LA  70119
> Telephone:  504-484-3488
> Facsimile:  504-294-6091
> Email:  ssk@krellerlaw.com

FAEGRE BAKER DANIELS, LLP

> Gerard M. Nolting
> William L. Roberts
> Craig S. Coleman
> 2200 Wells Fargo Center
> 90 South Seventh Street
> Minneapolis, MN  55402
> Telephone:  612-766-7000
> Facsimile:  612-766-1600

LANGSTON & LOTT, P.A.

> Duncan Lott
> Casey L. Lott
> 100 South Main Street
> Booneville, MS  38829
> Telephone:  662-728-9733
> Facsimile:  662-728-1992

**ATTORNEYS FOR PLAINTIFFS**

fb.us.8096426.01

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| HOU-0466 MOB5-57463 | Nguyen, Tony | Captain T&G (88ft) |
| HOU-0464 MOB5-8149 | Dao, Vang | Golden & Diamond I (48ft) |
| MOB5-9295 | Thai, Thomas | Thaunh Hai (86ft) |
| MOB6-0002.3 | Dang, Khang Van | Sea Lion I (83ft) |
| MOB6-0005 | Dang, Dap Van | Sea Lion (63ft) |
| MOB6-0002.1 | Dang, Khang Van | Sea Lion V (85ft) |
| MOB6-0002.2 | Dang, Khang Van | Sea Lion VI (85ft) |
| MOB6-0006 | Dang, Thuong Van | Sea Dolphin (82ft) |
| MOB5-9368 HOU-0479 | Tran, Tony | Lady JoAnn (73ft) |
| MOB5-0164 | Nguyen, Cao Thi | Kien Giang II (53ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB5-5820 | Le, An | Blue Sky (65ft) |
| MOB5-3214 | Ho, Michael | Loving Boy (60ft) |
| MOB5-0165 | Nguyen, Anthony | LA-5340-BU (20ft) |
| MOB5-8188 HOU-0436 | Stapleton, Brad | Lady Karine (51ft) |
| HOU-2383 | Tran, Khoi | LA-5340-BU (20ft) |
| HOU-2382 | Tran, Khoi | LA-6119-CA (23ft) |
| HOU-2770 | Nguyen, Victoria | Seaz D Day (26ft) |
| HOU-3383 | Lai, Tuoi V. | Hankos (21ft) |
| HOU-2818 | Vo, Ha | Johnnie Canh (65ft) |
| HOU-2418 | Huynh, Hong | LA-6699-BR (23ft) |

**Exhibit A**

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| HOU-2559 | Le, Lac | LA-4436-FS (24ft) |
| HOU-0418 | Hoang, Nguyen | Captain Justin (60ft) |
| HOU-2558 | Thi, Dien | LA-3941-BV (23ft) |
| MOB5-8057 HOU-0458 | Vo, Johnny | Lucky II (26.4ft) |
| HOU-0471 | Harris, Luke | Hannah Boo (38ft) |
| HOU-0472 | Harris, Luke | MI-8847-BH (21ft) |
| MOB5-0107 | Boyd, George | Lady Kimberly (55ft) |
| MOB5-6224 | Vo, Son Duc | Golden Dragon (87.7ft) |
| MOB5-9427 HOU-0411 | Dang, Do Thi Vo | Hoang Suong |
| MOB5-8189 HOU-0411 | Toler, Rudy | Sugar Babe (53ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB5-5210 | Tran, Tony Thanh | Thanh Liem (56ft) |
| MOB5-5484 | Nguyen, Ra | Prosea (65ft) |
| MOB5-9335 | Dao, Trang | Miss My Vessel (62ft) |
| MOB5-5349 | Williams, Greg | AL-3818-PR (22ft) |
| MOB5-5349 | Williams, Greg | AL-8342-EL (14ft) |
| MOB5-9211 | Bosarge, Robert A., Sr. | AL-4334-AK (32ft) |
| HOU-0476 | Dennis, David | MI-8216-BP (20ft) |
| MOB6-0610 | Ladnier, Homer | AL-4836-PN (25ft) |
| MOB5-6209 | Sprinkle, Avery | Baywatcher (20ft) |
| MOB5-5452.1 | Bates, Raymond | AL-1170-AV (28ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB5-5452.2 | Bates, Raymond | AL-2244-HD (18ft) |
| MOB5-8905 | Johnson, Jenny Lynn | AL-3482-HR (20ft) |
| MOB5-6165.1 | Johnson, Debra | Empty Pockets (38ft) |
| MOB5-6165.2 | Johnson, Debra | Prince of Peace (53ft) |
| MOB6-1103 | Deakle, Pamela | AL-1733-HD (19ft) |
| MOB5-6449.1 | Sprinkle, Ellen | AL-4462-AT (23ft) |
| MOB5-6449.2 | Sprinkle, Ellen | AL-6229-PF (20ft) |
| MOB5-6449.2 | Sprinkle, Ellen | AL-3080-KV (19ft) |
| MOB5-5351.2 | Poole, Eric | AL-3659-PR (22ft) |
| MOB5-5351.1 | Poole, Eric | AL-6184-PN (24ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB5-5347.1 | Poole, Urban | AL-4840-PN (25ft) |
| MOB5-5347.2 | Poole, Urban | AL-4841-PN (20ft) |
| MOB5-6240 | Grand Castelin, Inc. | Cassandra Cheyenne (56ft) |
| MOB5-6265 | Collier, Ronald | AL-3803-KR (20ft) |
| MOB5-7579 | Pham, Thoi | Midnight Star (53ft) |
| MOB6-0663 | PJ Seafoods (Collier, Ricky) | AL-0933-HT (19ft) |
| MOB6-0664 | PJ Seafoods (Collier, Ricky) | AL-5665-PN (22ft) |
| MOB5-5745 | Rando, Barry Johnson | Barry Kelly (28ft) |
| MOB6-0710 | Rando, Barry Johnson | Emmanuel (28ft) |
| 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 | Lassabe, James | Leevie Marie (31ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB5-7014 | Lassabe, James | Miss Cassie II (38ft) |
| MOB5-5538 | Ladnier, Mary | AL-9758-LB (23ft) |
| MOB6-0114 | Nguyen, Tuyet | Gypsy Wind (92.6ft) |
| HOU-0912 | Nguyen, Ricky T. | Princess Alexis (54ft) |
| MOB5-5149 | Nguyen, Hoa V. | King Diamond III (77ft) |
| HOU-0419 | Alexander, Everett | Capt. Travis (51.6ft) |
| HOU-0419 | Alexander, Everett | Lady D (22ft) |
| MOB5-9010 | McLendon, Herbert | Mac Attack (35ft) |
| MOB5-8021 | Cao, Tommy | Queen Elizabeth I (84.2ft) |
| HOU-1263 | Biggs, Jerry | Jessi Jo (39ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| HOU-1307 | Do, Ta | Double D (85.2ft) |
| HOU-0615 MOB56194 | Nguyen, Peter | Lucky Tommy (76ft) |
| MOB5-5201 | Phu, Tri | MI-8777-AN (21ft) |
| MOB5-5201 | Phu, Tri | MI-8816-BF (24ft) |
| HOU-0462 | Bui, Johanna | Lady Saiah (58ft) |
| MOB5-6166 | Le, De V. | Lucky Le Mai II (63ft) |
| HOU-2614 | Vo, Nhon T. | Andy Vo (81.6ft) |
| MOB5-8837 | Verrett, Donald | Variety Pack (65ft) |
| MOB5-5622.1 | Barbour, Robert | AL-0817-LW (23ft) |
| MOB5-5622.2 | Barbour, Robert | AL-0897-LW (24ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB5-5622.3 | Barbour, Robert | AL-2182-PJ (23ft) |
| MOB5-7730 | Floyd, Russell | AL-8928-HN (24ft) |
| MOB6-0062 | Holifield, Wayne | AL-0443-LW (25ft) |
| MOB6-0259 | Rodgers, David | Lady Charlotte (49ft) |
| MOB5-9447 | Vo, Han Van | Blue Thunder (56ft) |
| MOB6-0097 | Hall, Winston | AL-0083-MB (26ft) |
| MOB6-0955 | Hall, Winston | AL-8234-AA (33ft) |
| MOB5-6239.1 | Hall, Austin | AL-9105-EL (15ft) |
| MOB5-6239 | Hall, Austin | Perseverance (63ft) |
| MOB5-7202 | Vaughan, Perry L., Sr. | Captain SJ (50ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB5-5804 | Johnson, Alvin Ed | Alisha Gail (36ft) |
| MOB5-9399 MOB5-8062 HOU-0447 HOU-0446 | Johnson, Richard and Melonie | Richard and Melonie (46ft) |
| MOB5-9399.2 | Johnson, Richard and Melonie | MI-5325-BA (19ft) |
| MOB5-8033.2 | Cuevas, Michelle | Blue Moon (18ft) |
| MOB5-8033.1 | Cuevas, Michelle | Eight is Enough (50ft) |
| HOU-1873 | Nguyen, Nuong | Capt Sang (73ft) |
| HOU-1884 | Nguyen, Hung | Ocean Bird (70ft) |
| MOB5-8295 | Dang, Quynh | Tabitha Dang (57ft) |
| HOU-0465 MOB5-8054 | Nguyen, Nhan | Sang Tam (55ft) |
| MOB5-6144 | Driskell, Greg | AP-3148-PY (19ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| 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 | Krennerich, Raymond | LA-4805-BR (30ft) |
| MOB5-8049 | Bosarge, Richard | Royster (42ft) |
| MOB5-8781 HOU-0520 | Phan, Trong Van | Jimmy Boy (34ft) |
| MOB5-5627 | Tran, Dan | Captain Patrick (46ft) |
| MOB5-5627 | Tran, Dan | Captain Patrick I (MI-2952-BI) (30ft) |
| HOU-0755 | Nguyen, Ha Van | VH (68ft) |
| HOU-0525 | Nguyen, Tran Van | TC (69ft) |
| HOU-0432 | Nguyen, Can Cong | Captain Can (66ft) |
| MOB5-5701 | McClain, Chong H. | Capt. John (60ft) |
| MOB5-5700 | McClain, Chong H. | Ngoc & Tam (48ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB5-5695 | Huynh, Bay | Captain Jimmy (42ft) |
| MOB5-5690 | Huynh, Joei | Vincent (48ft) |
| HOU-0841 | Tra, Ngo | Capt. Andy (52ft) |
| MOB5-8487 | Ryan, Larry Jr. | Preacher Man (20ft) |
| MOB6-0252 | Nguyen, Huu Van | Capt. Cameron (40ft) |
| MOB6-0408 | Tran, Hoa Tri | Sea Pearl (60ft) |
| MOB5-5382 | Stork, Billy E. | MI-8185-BL (16ft) |
| MOB5-7373 | Davis, John Xuan | Sea-Aire (22ft) |
| MOB5-5203 | Le, Su Van | Captain Ryan (81.3ft) |
| MOB5-5212 | Ryan, Larry, Sr. | MI-0292-BD (19ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB5-5212 | Ryan, Larry, Sr. | MI-0667-BL (17ft) |
| MOB5-5200.3 | Ryan, Rayme | MI-2047-BK (19ft) |
| MOB5-5200.2 | Ryan, Rayme | MI-2674-AR (26ft) |
| MOB5-5200.1 | Ryan, Rayme | MI-2735-BN (17ft) |
| MOB6-0802 | Sok, Montha | Capt Hoa (85.2ft) |
| MOB6-0715 | Ragas, Shane Allen | One Time (23ft) |
| HOU-0576 | Tran, Hung | Night Star (67ft) |
| HOU-0632 | Huynh, Hai | Miss Kimberly (67ft) |
| MOB5-5341.1 | Cornelius, Troy | AC-1398-AK (32ft) |
| MOB5-5341.3 | Cornelius, Troy | AL-1176-AS (29ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB5-5341.2 | Cornelius, Troy | AL-3807-DE (12ft) |
| MOB5-5440 | Roberson, Anthony | AL-0052-PC (24ft) |
| MOB5-8245 | Ryan, Jimmy | Miss Shelby (MI-4376-BC) (19ft) |
| MOB5-8243 MOB5-8896.2 | Ryan, Jimmy | Capt Gage (MI- 0330-BG) (17ft) |
| MOB5-8244 | Ryan, Jimmy | Capt London (MI-3476-BN) (23ft) |
| MOB5-5689 | Vo, Quan | Vy Vo (42ft) |
| MOB5-5652 | Seymour, Joshua | MI-8828-BL (16ft) |
| 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 | Slavich, Randy | Lady Susan II (42ft) |
| 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 | Slavich, Randy | Lady Susan (43ft) |
| 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 | Slavich, Randy | Franka (62ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB6-0801 | Phan, Than | Lucky Thomas (73ft) |
| MOB5-7138 | Huynh, Trinh | MI-0848-BR (42ft) |
| MOB5-8179 | Kieu, Thiet | Capt T K II (46ft) |
| MOB5-5266 | Tran, Hong | Dustin Randy (65ft) |
| MOB5-5278 | Truong, Amanda | Miss Mimi (48ft) |
| MOB5-5277 | Nguyen, Yen Bach | Capt. Thanh (48ft) |
| MOB5-0072 | Nguyen, Chi | MI-3580-AV (50ft) |
| HOU-0404 | Powell, James | MI-2907-BP (32ft) |
| MOB5-0064 HOU-0455 | Lam, Long | MI-6779-BJ (24ft) |
| MOB5-7421 HOU-0454 MOB5-0067 | Lam, Long | MI-8351-BP (26ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB5-9000 | Vuong, Jason | AL-1340-LC (17ft) |
| HOU-2633 | Nguyen, Buom | Capt. Dragon (45.5ft) |
| MOB5-6234 | Phan, Anh | Captain A (60ft) |
| HOU-1463 | Nguyen, Lien | St. Martin IV (85.9ft) |
| HOU-1462 | Nguyen, Lien | St. Martin V (88ft) |
| HOU-1111 | Tran, Thu | Sea Angel (43ft) |
| HOU-1461 | Tran, Tuyan | Sea Angels II (75ft) |
| MOB5-9420.2 | Koenenn, Randy and Natalie N. | Baja (21ft) |
| MOB5-9420.3 | Koenenn, Randy and Natalie N. | Happy Times (24ft) |
| MOB5-9420.5 | Koenenn, Randy and Natalie N. | Lil Scoobie (16ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB5-9420.4 | Koenenn, Randy and Natalie N. | Ms Morreale (20ft) |
| MOB5-7882 | Koenenn, Randy and Natalie N. | No Limit (46ft) |
| MOB 6-0718 MOB 56123.4 | Nguyen, Hong | Andy & Charlie Jr (85.3ft) |
| MOB 6-0718 MOB 56123.5 | Ngueyn, Hong | Andy & Johnny Jr (85.2ft) |
| MOB 6-0718 MOB 56123.2 | Nguyen, Hong | Jimmy & Charlie Jr (88.4ft) |
| MOB 6-0718 MOB 56123.3 | Nguyen, Hong | Jimmy & Johnny Jr (85.9ft) |
| MOB 6-0718 MOB 56123.1 | Nguyen, Hong | Johnny & Charlie Jr (83.8ft) |
| HOU-0198 | Vath, Raymond | Tiffany Lynn II (LA-1969-FS) (24ft) |
| HOU-0198 | Vath, Raymond | Two Rays (LA-9218-FT) (52ft) |
| HOU-3157 | Vo, Hoang | St. Peter (62ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| HOU - 3560 | Pham, Hai Hong | Hai Viet (85.6ft) |
| MOB5-5185 | Dang, Lam | Miss Katelyn (60ft) |
| MOB5-9391 MOB5-0022 | Dang, Duong | Sea Spider (909599) (70ft) |
| MOB-56153 | Gollot, Michael | Little Miss Can't Be Wrong (22ft) |
| MOB5-8296 | Nguyen, Thanh | Captain Thanh II (82ft) |
| MOB-60115 HOU-0482 | Dang, Son | Atlantis I (77ft) |
| HOU-1083 | Kieff, Ralph (James), Jr. | Linda Michelle (47ft) |
| 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 | Kieff, Ralph (James), Jr. | Skeeter (LA-9232-FR) (24ft) |
| 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 | Melerine, Marty, Jr. | LA-5600-FK |
| MOB5-9379 | Tran, Thanh | Ivana (46ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB5-8973 | Le, Phat | Mississippi III (80ft) |
| MOB5-8994 | Do, Liet | Miss Linda (94ft) |
| MOB5-6263 | Collier, Forrest | AL-3812-HY (20ft) |
| MOB5-6263.2 | Collier, Forrest | AL-7433-TB (15ft) |
| HOU-0463 MOB6-0645 | Nguyen, Kevin | Sweet Joshua (55ft) |
| MOB5-5703 | Le, Tien Q. | Trung Thanh (60ft) |
| MOB5-5458 | Collier, Richard, Jr. | AL-0045-LT (28ft) |
| MOB5-0150.01 | Duval, Alfred Douglas | AL-0438-MB (20ft) |
| MOB5-0150.02 | Duval, Alfred Douglas | AL-2835-AD (30ft) |
| 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 | Ladnier, Michael Keith | AL-5810-KF (25ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| 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 | Ladnier, Michael Keith | AL-3041-PJ (20ft) |
| MOB5-60258 | Jackson, Jerome | Gambler (50ft) |
| 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 | Jackson, Jerome | Little Lady |
| MOB5-8298.2 | Miller, Fletcher | AL-5952-PR (24ft) |
| MOB5-8298.1 | Miller, Fletcher | Teri Malynn (75ft) |
| MOB5-6215 | Nguyen, Hy Thi | Rico (62ft) |
| HOU-1296 | Nguyen, Thuyen | Sea Flower (68ft) |
| 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 | Kieff, Ralph (James), Sr. | Lady Jennifer (LA-8816-FT) (47ft) |
| HOU-1688 | Nguyen, Ngan | Miss Thao NHI (Missing) |
| HOU-1881 | Tran, Tran | Ocean City (Missing) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| HOU-0700 | Huber, Charles | Tasha Lou (40ft) |
| HOU-1006 | Helmer, Kenneth | White Boy (40ft) |
| HOU-0500 | Parria, Ross | Miss Irene (45ft) |
| MOB5-6217 | Nguyen, Trieu | Capt Le (73.9ft) |
| MOB5-6339 | KLV Corporation | Kim Thuy (79ft) |
| HOU-1081 MOB5-1081 | Clark, Richard, Sr. | Inspector (LA-1885-FU) (47.8ft) |
| HOU-1082 MOB5-1082 | Clark, Richard Sr. | Miss Jessica (LA-2275-EK) (41ft) |
| HOU-0671 | Ross, Earl Wildon | Lady Dizzy (71.5ft) |
| MOB5-5715 | LNN Corporation | Mississippi (81ft) |
| MOB5-5202 | Thinh, Tran Kim | Samuel I (60ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| HOU-1635 | Le, Quy V. | Capt L&T (55ft) |
| MOB5-8213 | Seal, Joseph and Brandon | MI 0214 BP (17ft) |
| MOB5-5287 | Seal, Joseph and Brandon | Stacey Leigh (64ft) |
| 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 | Golden, Owen | Owen & Devin (51ft) |
| MOB5-9224 | Johnson, Paul | AL-2133-AH (36ft) |
| MOB5-9225 | Johnson, Daniel | AL-1117-AY (24ft) |
| MOB5-5276 | Sahuque, Oliver | Seacock (49ft) |
| 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 | White, James, Jr. | Miss Alli (LA-9825-FT) (37ft) |
| 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 | Jackson, David | LA-4640-FW (25ft) |
| 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 | Jackson, David | LA-2970-CA (28ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| HOU-3427 | Son, Chau | MI-7199-AW |
| MOB5-0036 | Nguyen, Mai Thai | Miss Jasmine (82.5ft) |
| MOB5-215 | Nguyen, Hung Tan | Rico (62ft) |
| MOB5-5292 | Tran, Tien | Lucky JJ (76.7ft) |
| 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 | M.R. Meyer, LTD | Master Trey (LA-9620-BS) (46ft) |
| 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 | M.R. Meyer, LTD III | Anaconda (LA-3830-EV) (30ft) |
| 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 | M.R. Meyer, LTD III | Miss Katy (LA-9708-BU) (30ft) |
| 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 | M.R. Meyer, LTD III | Mule (LA-0684-CW) (32ft) |
| MOB5-6184 | Lowell, Shane | Miss Voncille (67.2ft) |
| MOB5-6185 | Lowell, Shane | Rowboat (56ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| DRC-178 | Haydel, Gregory | Sheena-Greg (35ft) |
| 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 | Enclade, Patricia | Lady Patricia (46ft) |
| 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 | Plaisance, Gwen P. | Champ (LA-2578-FB) (28ft) |
| MOB5-0155 | Truong, Chi | LA 4562 BH (20ft) |
| 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 | LoBue, Michael | LA-8579-EY (35ft) |
| 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 | LoBue, Michael | LA-9695-FM (23ft) |
| HOU-3434 | Gaspard, Ronald, Sr. | Lady INA (45ft) |
| MOB5-6191 | Dang, Hung | Captain Eric III (79.2ft) |
| 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 | Helmer, Gerry and Claudia | LA-6959-EW (38ft) |
| 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 | Vincent, Gene Bowdie | Jade Kade (LA-6985-FD) (38ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| HOU-0521 | Le, Kim | Captain DC (35ft) |
| HOU-0522 | Le, Kim | Sofia Le (65ft) |
| 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 | Guidry, Kenneth | LA-7415-FJ (22ft) |
| 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 | Guidry, Kenneth | LA-1049-FL (38ft) |
| 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 | Zar, Penny | Jeanne Ryan (LA-3131-FF) (41ft) |
| MOB5-0175 | Joost, Donald | Resolve (55ft) |
| HOU-2585 | Nguyen, Gary | Little Binny (75ft) |
| HOU-2227 | Luu, Binh | Capt. Devin (42ft) |
| MOB5-6416 | Nguyen, Chien Van | Virgin Mary (74.5ft) |
| MOB6-0029 | Ly, Paul | Second Wife (22ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB5-5672 | Nguyen, Thinh | Kevin (55ft) |
| MOB5-6417 | Vu, Song | Lady Tiffany (81.5ft) |
| MOB5-6414 | Hoang, Giap | Queen Angel (48ft) |
| MOB6-0642 | Tran, Dung | Sunrise (75.9ft) |
| MOB5-6415 | Nguyen, Peter | Lady Kim T (78.8ft) |
| MOB5-6418 | Nguyen, Tony | Dreamer (89ft) |
| 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 | Vincent, Gage | LA-3976-FF (35ft) |
| DRC-068 | Fazende, Thomas | LA 8148 BR (37ft) |
| LA-1018-BV | Muth, Gary Sr. | LA-1018-BV (31ft) |
| DRC - 124 | Fazende, Jeffrey | LA-6693-CA (29ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| HOU-0907 | Varney, Randy | LA-6601-AJ (37ft) |
| HOU-0903 | Le, Giac | Capt Le I (60ft) |
| HOU 1488 | Cuong Luc, Inc. | Miss Penny Penny (82.5ft) |
| HOU-2635 | Dupre, Jimmie | T-Turbo (38ft) |
| HOU-3113 | Brandhurst, Kay | Four Winds (47ft) |
| 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 | Le, Jimmy | Anthony Le (70ft) |
| 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 | Wiseman, Clarence | LA-3001-CA (28ft) |
| LA-7614-FE | Hickman, Diana | Waymaker (32ft) |
| MOB5-5293 | Nguyen, Min Quoc | Miss Theresa (1075295) (92ft) |
| 433-25-77-88 | Jackson, Steven | LA-1221-FW |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| HOU-0216 | Parria, Ronald | Misty Dee (64ft) |
| 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 | Parria, Louis, III | Miss Destany (45ft) |
| HOU-0705 | Parria, Louis, Jr. | Parria Bros. (65ft) |
| 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 | Matherne, Larry, Jr. | Dawn Marie (LA-3890-FD) (38ft) |
| 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 | Slavich, Frank, Jr. | Lady Janet (LA-3692-FH) (38ft) |
| HOU-0332 | Rojas, Kerry D., Jr. | Miss Edna (68ft) |
| 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 | Chester, Herbert III | LA-4492-FK (24ft) |
| MOB6-0269 | Foster, Neal | Intense (36ft) |
| MOB6-0457 | Foster, Neal | Intense II (32ft) |
| 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 | Frickey, Ricky | Never Satisfied (49ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB6-0243 | Nhat, Vam Le | Capt. Dylan (69ft) |
| HOU-0423 | Truong, Hon Van | Mimi II (71ft) |
| HOU-0424 | Truong, Hon Van | Way of Life (67.5ft) |
| HOU-0412 | Hopper, Paul | MI-7245-BJ (20ft) |
| MOB5-5406 | Southern Breeze, LLC | Pacific (54ft) |
| 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 | Tank, Bobby, Sr. | LA-6215-BL (22ft) |
| 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 | Camargo, Homero | Johnnys Dream (LA-8318-FT) (45ft) |
| MOB5-5226 | Fortenberry, Jimmy | Krista Lynn (73ft) |
| MOB5-58170.1 | Lassabe, Justin, Jr. | Captain Jerry (33ft) |
| MOB5-58170.2 | Lassabe, Justin, Jr. | Ruby C (40ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB5-58170.3 | Lassabe, Justin, Jr. | MI-1223-BN (19ft) |
| 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 | Lassabe, Justin Jr. | MI-9511-BJ (16ft) |
| MOB5-8152 | Hoang, Kimberly | Justin Dang (81ft) |
| MOB5-5780 | Schmidt, Henry | Nightmare (24ft) |
| MOB5-8264.1 | Tran, Quang | Captain Quang (88ft) |
| MOB5-8264.2 | Tran, Quang | Quoc Thai (89ft) |
| HOU-3388 | Nguyen, Tam Van | Elizabeth T (70ft) |
| MOB5-5835 | Nga, Ho | Lady Kristie I (83ft) |
| MOB5-5198 | Nga, Ho | Lady Kristie II (85ft) |
| HOU-3635 | Thai, Nguyen | LA-0407-FX (20ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| HOU-0807 | Despaux, Glen | LA-2547-EY (24ft) |
| HOU-1650 | Tran, Than | Mother Cabrini (79ft) |
| MOB5-8437 | Acosta, Ray | Garfish (MI-5712-AU) (69ft) |
| MOB5-8439 | Acosta, Ray | Last Chance (40ft) |
| 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 | Terry, Alfonso | LA-1389-FD (25ft) |
| MOB5-6182 | Le, Linh | Thanh Liem (56ft) |
| MOB5-6447.1 | Graham, Charles | Angela C (67ft) |
| MOB5-6447.2 | Graham, Charles | Fair Play (43ft) |
| MOB5-7540 | Le, Chia Van | Tuan Kiet (1122566) (98ft) |
| MOB5-9355 MOB6-0007.2 MOB6-0007.5 MOB6-0007.7 | Nguyen, Hoa Thi | Sharon II (57ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB5-9444 | Phan, Van Tran | St Peter (58ft) |
| MOB5-9359 | Nguyen, Tin D. | St. Martin (55ft) |
| HOU-2982 | Omes, Michael Richard | LA-3974-EB (40ft) |
| HOU-2982 | Omes, Michael Richard | LA-8150-FH (24ft) |
| 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 | Lee, Edward Earl III | LA-7086-FA |
| 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 | Barisich, George | Camille Marie (LA-8804-BC) (42ft) |
| 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 | Battle, Louis | LA-7102-BR (36ft) |
| 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 | Battle, Louis | LA-0117-ZR (24ft) |
| MOB5-8048 | Kopszywa, Mark | MI-6648-AV (20ft) |
| HOU-0481 | Phan, Nighia D. | Big Boy (64ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB5-8908 | Johnson, Wilson, Jr. | AL-0401-LW (18ft) |
| 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 | Parria, Gavin C., . | LA-9408-FT (65ft) |
| 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 | Charmaine, Cain | LA-5170-FN (21ft) |
| MOB5-8154 | MS Marine Services | Captain Allen |
| HOU-1102 | LaFrance, Brandt | Bandit II |
| HOU-1100 | LaFrance, Brandt | Caladonia (40ft) |
| HOU-3264 | LaFrance, Brandt | LA-2534-BH (16ft) |
| MOB6-0016.1 | Jenkins, Joseph | Gambler |
| MOB6-0016.2 | Jenkins, Joseph | Outrage (MI-1904-AE) |
| MOB6-0712 | Jenkins, Phyllis | Sundance |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB6-0481 | Jenkins, Phyllis | Starlight |
| MOB5-7812 | Rowe, William Kelly | MI-6385-AW (20ft) |
| MOB5-8082 | Rowe, William Kelly | C-Hawk (25ft) |
| MOB5-7016 | Winchester, Danny | Lynden Ellis (24ft) |
| MOB5-5730.3 | Pavolini, Gerald | MI-4457-BA (21ft) |
| MOB5-5730.2 | Pavolini, Gerald | Captain G (MI-8470-BJ) (31ft) |
| MOB5-5730.1 | Pavolini, Gerald | MI-1242-AF (24ft) |
| MOB5-0062 | Bordages, Lionel T., Jr. | MI-3657-AF (32ft) |
| 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 | Lurhs Mop, LLC | Bite This (36ft) |
| 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 | Assevado, Dan R. | Miss Rebecca (LA-4901-AT) (34ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| 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 | Wertz, Christopher | Tina Marie (35ft) |
| 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 | Wertz, Christopher | Tina Marie (LA-4694-CA) (29ft) |
| MOB5-6403 | Biehl, Albert D., IV | Vernon F. Seymour (52ft) |
| 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 | Morales, Clinton, A., Jr. | LA-3799-ES (19ft) |
| 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 | Morales, Clinton, A., Jr. | LA-4129-CA (19ft) |
| 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 | Palmisano, Kim and Robin | Texas Lady (67ft) |
| 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 | Palmisano, Kim and Robin | Master Jason (LA-3074-FD) (41ft) |
| HOU-1249 | Matherne, James | Superfisherman (38ft) |
| 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 | Helmer, Michael | Daddy's Boy (LA-7501-FG) (36ft) |
| HOU-0055 | Tran, Nhieu | Ms Tima T. (LA-2250-FF) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB6-0017 MOB5-8208 | Storrs, George C., Jr. | MI-7242-BL |
| HOU-0513 | Lee, Jacqueline | Lucky Danny (80ft) |
| MOB5-9421 | Nguyen, Hue Thi | St. Peter (58ft) |
| MOB5-6466.1 | Parker, Karen | Angler (269067) |
| MOB5-6466.2 | Parker, Karen | Nixie (946217) |
| HOU-1370 | Maise, Roubin Sr. | Baby Doll (LA-5539-FH) (32ft) |
| MOB5-5688 | Nguyen, Mai T. | Phouc Thanh Mai III (83ft) |
| 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 | Evans, Kevin | Hard To Handle (LA-9116-FE) (38ft) |
| 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 | Evans, Kevin | LA-8670-FA (25ft) |
| HOU-0717 | Tran, Than Van | LA-4111-FE (40ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| 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 | Gonzales, Rudolph | White Tiger (LA-4623-FF) (35ft) |
| MOB5-5282 | Le, Kent | Lucky Jem (910807) (80.9ft) |
| MOB5-5283 | Jem, Trang | Captain Sam (MI-3325-BC) (30ft) |
| MOB5-8079.1 | Sekul, Morris Glenn | MI-4369-BP (30ft) |
| MOB5-8079.2 HOU-0484 | Sekul, Morris Glenn | Miss Dot (664530) (50ft) |
| MOB5-8495 HOU-0401 | Braden, Robert | Wade Jr (565920) (46ft) |
| MOB5-5317 | Clark, Lamar and Stephanie | Windy Charlene (MI-9787-BP) (36ft) |
| 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 | Guerra, Troy A. | LA-6169-FF (35ft) |
| 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 | Cucquet, Stanley | Castaway (LA-3320-FN) (24ft) |
| 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 | Evans, Lester | Captain Swampy (LA-2179-BE) (21ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| 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 | Zar, John III | LA-1746-CA (31ft) |
| HOU-0078 | Nguyen, Luom | Sea Eagle (38ft) |
| 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 | Fazende, Thomas Jr. | Lady Rose (LA-9908-BM) (28ft) |
| 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 | Christen, Parnell | LA-6369-AN (31ft) |
| 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 | Perez, Gregory | LA-1342-FL (21ft) |
| HOU-0427 | Tillman, Aaron | Captain Aaron Jr (661031) (50ft) |
| 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 | Nunez, Wade J. | LA-5325-EH (37ft) |
| 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 | Camargo, Daniel | LA-3211-AK (30ft) |
| HOU-1968 | Nguyen, Hanh | LA-9769-FF (20ft) |
| 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 | Boudreaux, Jason | Boudreaux Sport (LA-5085-FU) (21ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB5-0133 | Fayard, Matthew | Bay Boys (20ft) |
| MOB6-0749 | Nguyen, Thang C. | Bronco II (616365) (70ft) |
| 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 | Verdin, Robert R., Jr. | LA-6342-EU (20ft) |
| 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 | Gonzales, Larry | LA-5154-FB (22ft) |
| 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 | Leto, Ben H. | Leto Weapon (LA-2021-FD) (25ft) |
| MOB5-8160 | Sims, Michael | Rambo (MI-9552-AT) (14ft) |
| MOB5-8663 | LVS Investments, Inc. (a/k/a Sinh Tran) | Capt. T (99ft) |
| MOB5-8664 MOB5-2119 | Gulf's Finest Investment Co. (a/k/a Sinh Tran) | Sir Lawrence (95ft) |
| 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 | Helmer, Darrin P., Sr. | My Three Daughters (LA-7569-AT) (27ft) |
| HOU-0402 | Montiforte, James Glen | Glen & Carol (986781) (53ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB5-0177.2 | Dardar, Walter J. | MI-7906-BP (13.5ft) |
| MOB5-0177.1 | Dardar, Walter J. | MI-0268-BN (19ft) |
| HOU-0842 | Nguyen, Thi C. | MI-7798-BG (18ft) |
| MOB5-5390 | Rogers, McIllwain | Money Bags (23ft) |
| 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 | Howard, Jeff | LA-9424-EU |
| HOU-1017 | Plaisance, Dean | Comanche Warrior (39ft) |
| MOB5-5834 MOB5-6132.1 MOB5-6132.2 | Hill, Joseph R. | Joseph James (581111) (53ft) |
| 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 | Gonzales, Wayne | LA-1220-EK (21ft) |
| 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 | Gonzales, Wayne | LA-6327-EZ (22ft) |
| 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 | Alfanso, Kim | LA-3001-FB (24ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| 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 | Alfanso, Kim | LA-5875-ER (24ft) |
| 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 | Escott-Jackson, Soyana | Midnight Son (LA-5636-BA) (28ft) |
| 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 | Escott Jackson, Soyana | LA-5636-BA |
| 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 | Hobson, Ryan | Medicine Man (LA-5326-EX) (24ft) |
| 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 | Evans, James & Silvia | LA-3166-CA (38ft) |
| LA-3659-FV | Ruttley, Christopher | LA-3659-FV |
| LA-6392-CA | Alfanso, Brad | LA-6392-CA (23ft) |
| LA-7279-FV | Alfonso, Anthony, Jr. | LA-4279-FV (29ft) |
| 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 | Robin, Kenneth | Miss Eloise (LA-4373-FP) (25ft) |
| LA-4064-BC | Blanchard, David | LA-4064-BC (30ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| LA-8647-AZ | Perez, Warren Sr. | Nickels (LA-8647-AZ) (30ft) |
| 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 | Perez, Warren, Jr. | High Risk (LA-7196-EU) (24ft) |
| 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 | Guerra, William, Jr. | LA-3634-EX (24ft) |
| 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 | Evans, Emile Sr. | Big Daddy (LA-3301-AP) (29ft) |
| LA-5183-EW | Perez, Wesley, Sr. | LA-5183-EW (24ft) |
| LA-6056-CA | Perez, Wesley, III | LA-6056-CA (18ft) |
| LA-9575-FC | Guerra, Billy R. | LA-9575-FC (25ft) |
| 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 | Latapie, Paul III | LA-3512-FA (19ft) |
| LA-6301-CA | Mellerine, Brandon | LA-6301-CA (24ft) |
| LA-0337-FH | Mellerine, Claude | LA-0337-FH (24ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB5-8082 | Stork, Rodney | MI-8874-AN (25ft) |
| MOB5-4460 | Sirgo, Jace | Pops Shadow (LA-1290-EZ) (34ft) |
| MOB5-5197 | Tran, Thu Hong Thi | Southern Bell (591119) (74ft) |
| 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 | Huff, Michael | LA-1539-CA (20ft) |
| MOB5-5269.1 | Strong, Harold | Camelia (50ft) |
| MOB5-5269.2 | Strong, Harold | Lady Gracie (MI-7190-BK) (37ft) |
| LA-7531-BP | Cat N' Cookie, LLC | LA-7531-BP (35ft) |
| LA-4018-BH | Kuhn, Bruce, Sr. | LA-4018-BH (33ft) |
| LA-8605-FK | Kuhn, Bruce, Jr. | LA-8605-FK |
| LA-9364-FC | Alfonso, Paul | LA-9364-FC (24ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB5-5710.2 | Doan, Hung and Dang, Phvang | MI-9015-AY (45ft) |
| MOB5-5710.1 | Doan, Hung and Dang, Phvang | MI-4738-AP (38ft) |
| LA-6141-FJ | Robin, Brad Sr. | LA-6141-FJ (40ft) |
| LA-4998-FF | Robin, Brad, Jr. | LA-4998-FF (43ft) |
| 958573 | Robin, Don | Donna Ann (55ft) |
| LA-1245-FU | Robin, Don | LA-1245-FU (65ft) |
| 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 | Nacio, Lance | Anna Marie (55ft) |
| LA-9117-FE | Robin, Cary | Whiskey Girl (LA-9117-FE) (38ft) |
| LA-3554-EW | Robin, Cary | Brandy Ann (LA-3554-EW) (24ft) |
| MOB5-5659 | Cao, Gio Van | Capt. Dennis (86ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| LA-8689-FT | White, Robert, Sr. | LA-8689-FT (45ft) |
| LA-3378-FD | Mamolo, Charles H. | Lil Charles (LA-3378-FD) (35ft) |
| USMSI | Keenan, Shane | LA-4352-FG (24ft) |
| MOB5-8774 | Tran, Loan | Lucky Kim (37ft) |
| MOB5-8774 | Tran, Loan | Lucky Kim (37ft) |
| LA-3685-CA | LeBouef, Wallace | LA-3685-CA (21ft) |
| LA-4618-FT | Mones, Philip, Jr. | LA-4618-FT (25ft) |
| LA-4388-FS | DeRouen, Clifford | LA-4388-FS (50ft) |
| HOU-1452 | Hudson, Harold | MI-9962-BH (31ft) |
| LA-6860-FE | Darda, Kyle | LA-6860-FE (27ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| LA-3918-EU | Coulon, Don | LA-3918-EU (35ft) |
| LA-2547-FN | Hebert, David | LA-2547-FN (20ft) |
| LA-3223-FU | Bradford, Jordan Jr. | Captain Ivan B (66ft) |
| LA-3224-FU | Bradford, Jordan Sr. | Mr. Bob (60ft) |
| MOB5-6252 | Gill, Donald | Miss Joanne (48ft) |
| MOB5-9301 | Stork, Curtis | Carla D (45ft) |
| LA-6325-CA | Guerra, Chad | LA-6325-CA (24ft) |
| HOU-0408 | Rhodes, Edward P. | Terri Lynn (51ft) |
| MOB5-7395 | Rhodes, Edward P. | Buckshot (31ft) |
| MOB5-6412.1 | Young, Rufus | Ms. Ruth (48ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB5-6412.2 | Young, Rufus | Silver Ship (24ft) |
| LA-3886-CA | White, Robert, Jr. | LA3886-CA (24ft) |
| MOB5-4575 | Gregory, Donald R. | MI-8175-AH (19ft) |
| MOB5-8035 | Gregory, David | Holly G (69ft) |
| MOB5-5387 | Gregory, David | Sea Ghost (48ft) |
| HOU-1677 | Rogers, Chad | LA-1512-FU (22ft) |
| MOB5-09381 | DuFrene, Rodger | Roger Rennan (33ft) |
| LA-2349-FB | Gonzales, Lazarus (Satch) | LA-2349-FB (24ft) |
| LA-2700-FL | Judice, Misty | LA-2700-FL (19ft) |
| LA-4701-FV | Parria, Christy | LA-4701-FV (19ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| LA-1027-BF | Rojas, Kerry, III | LA-1027-BF (25ft) |
| MOB5-0134 | Buehler, Franklin | Flat Boat (14ft) |
| MOB5-5662 | Truong, Tuan | MI-9314-BF (25ft) |
| MOB5-0106 | Ladner, Robert and Freddie | MI-2180-BS |
| LA-3855-CA | Quoc Do, Keith | LA-3855-CA (21ft) |
| LA-3961-FU | Keenan, Robert | LA-3961-FU (52ft) |
| LA-4465-CA | Keenan, Robert | LA-4465-CA (40ft) |
| Miss Toni | Keenan, Robert | Miss Toni |
| LA-8999-FS | Guidroz, Warren J., Jr. | LA-8999-FS (25ft) |
| LA-5029-EW | Alfonso, John | LA-5029_EW (24ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| LA-3532-FE | Alexie, John | LA-3532-FE (35ft) |
| HOU-0273 | Trahan, Tracey | LA-6475-FL (46ft) |
| MOB5-6259 | Lewis, Lonnie | AL-9690-KA |
| MOB5-5350.3 | Lewis, Lonnie | Escort |
| MOB5-5350.2 | Lewis, Lonnie | Little Dragon |
| MOB5-5350.1 | Lewis, Lonnie | Carloina Skiff |
| LA-1793-FA | Jackson, David L. | LA-1793-FA (24ft) |
| LA-5056-FS | Jackson, David L. | LA-5056-FS (22ft) |
| LA-6146-BA | Anglada, Rodney | LA-6146-BA (29ft) |
| LA-2270-FT | Anglada, Rodney | LA-2270-FT (24ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| LA-8920-BC | Robin, Gary | LA-8920-BC (30ft) |
| LA-3137-FD | Navarro, Baron | LA-3137-FD (31ft) |
| MOB5-8757 | Johnson, Walter | The Grinder |
| HOU-0509 | Arcement, Craig, Sr. | Capt. Craig (75ft) |
| MOB5-8683 | Nguyen, Cong | New Life II (51ft) |

**From:** Khanh Le <Khanh.Le@danos.com>
**To:** jbeamcl1@aol.com <jbeamcl1@aol.com>
**Cc:** Gary Hutchinson (BP) <gary.hutchinson@bp.com>
**Subject:** additional sign up forms with BP
**Date:** Tue, May 3, 2011 7:22 am
**Attachments:** Transitional_MVCA.pdf (443K), Notice_of_Termination_letter.pdf (28K), ACH.pdf (69K), W-9_FORM.pdf (443K)

---

Hi Herbert,

It was nice speaking to you. Thank you for your interest in working with BP in their efforts to clean up the oil spill. I am attaching the following documents for you to complete:

1. Transitional MVCA - Complete a contract for your vessel, AND **INITIAL THE BOTTOM OF EACH PAGE**.
2. Notice of Termination letter - If your boat has worked under BP's Vessels of Opportunity before this new program, we need to terminate your vessels under that old contract.
3. ACH, and
4. W-9 form – Name and Address on these two forms must match the name on the first page of the contract & the address on Exhibit A of the contract.

And last but not least, please attach a copy of your <u>vessel's registration</u>, a <u>captain's license</u> issued by the US Coast Guard, and <u>business/commercial fishing license</u>. **All documents must be MAILED to my attention at**:

Danos & Curole
P.O. Box 1460
13083 Hwy 308
Larose, La 70373

If you have any questions, please feel free to contact me.

Best regards,
Khanh Le
985.693.3313

Confidentiality Statement:
This e-mail may contain confidential information.It is for the sole use of the intended recipient. If you have received this transmission in error, please delete this e-mail from your computer and do not forward or otherwise retransmit the e-mail or the information contained in the e-mail. Your cooperation is appreciated.

**EXHIBIT**
**B**

## Notice of Termination of Master Vessel Charter
## Commencement of Transitional MC252 Master Vessel Charter



| **Charterer:** | **Project:** Mississippi Canyon (MC-252) |
| --- | --- |
| **BP Exploration & Production Inc.** 501 WestLake Park Boulevard Houston, Texas 77079 | |

To:                                                                                     Date:

Master Vessel Charter Agreement No.:

Vessel Name:

Dear Vessel Owner:

As the Mississippi Canyon spill response transitions from an emergency response into a more normal and routine operating condition, it is appropriate that the contracts and the way we work also transition into a more normal way of working. To this end, please be advised that pursuant to the terms of the current and effective Master Vessel Charter Agreement ("MVCA"), BP is providing this "Off Hire Dispatch Notification" which terminates the current MVCA immediately as of the date noted below.

However, as BP continues to have a need for the services of your vessel, we would request that you consider continuing your support of the response by working under the terms and conditions of the attached MC 252 Transitional Master Vessel Charter Agreement. We feel that the terms and conditions of the MC 252 Transitional Master Vessel Charter Agreement are more aligned with our ongoing operational needs and commercial situation.

BP very much appreciates and thanks you for your willingness to assist in the oil spill response to date. We hope that you will continue your support of response operations by signing the new MC 252 Transitional Master Vessel Charter Agreement. If you choose not to continue BP will arrange for an off hire inspection and decontamination of your vessel as soon as possible.

Thank you for your cooperation.

Sincerely,
**BP Exploration & Production, Inc. (Charterer):**

William D. Wallace

Termination Date of MCVA: November 26, 2010

## MC252
## TRANSITIONAL MASTER VESSEL CHARTER AGREEMENT

This Master Vessel Charter Agreement (hereinafter referred to as the CHARTER) is by and between BP Exploration & Production Inc. (hereinafter referred to as CHARTERER), and _____ hereafter referred to as VESSEL OWNER), and applies to each VESSEL described in Exhibit "A" (Vessel Information) that has been signed by VESSEL OWNER, and signed and numbered (with a unique contract number) by CHARTERER.

**PLEASE BE ADVISED THAT THE TERMS OF THIS CHARTER SUPERSEDE ALL OTHER MASTER VESSEL CHARTER AGREEMENTS ENTERED INTO BETWEEN VESSEL OWNER AND CHARTERER. THE TERMS OF THIS CHARTER DIFFER FROM ANY PREVIOUS MASTER VESSEL CHARTER AGREEMENT AND THEREFORE THE VESSEL OWNER SHOULD READ THE TERMS CAREFULLY. THE TERMS OF THIS CHARTER ARE DESIGNED TO COMPLY FULLY WITH ANY AND ALL CONSENT JUDGMENTS ENTERED PREVIOUSLY WITH RESPECT TO THE ORIGINAL MASTER VESSEL CHARTER AGREEMENT.**

### ARTICLE 1. TERM OF CHARTER

A.  Subject to the availability (as mutually agreed upon between CHARTERER and VESSEL OWNER) of the vessel described in Exhibit "A" (hereinafter referred to as VESSEL), VESSEL OWNER agrees to let and CHARTERER agrees to hire the VESSEL from DAY to DAY as may be requested by CHARTERER. VESSEL OWNER shall deliver or otherwise make available the VESSEL to CHARTERER and place the VESSEL at CHARTERER's disposal at a mutually agreed location. The term of the CHARTER shall commence on the date of the departure of the VESSEL from the mutually agreed location of delivery into the service of Charterer, and shall be referred to as the "CHARTER TERM." CHARTERER may terminate the CHARTER at any time and the CHARTER TERM will terminate as set out in Paragraph B of this Article 1.

B.  The VESSEL shall be delivered at the commencement of the CHARTER TERM, fully tanked with fuel, hydraulic fluid, lubricated, manned, provisioned and ready in all respects to perform SERVICES as required by this CHARTER. The VESSEL shall be redelivered to VESSEL OWNER at the close of each DAY to the original point of delivery by CHARTERER, unless VESSEL OWNER elects not to return directly to the point of dispatch, in which case, the CHARTER TERM shall cease immediately upon such election.

### ARTICLE 2. EMPLOYMENT AND SERVICES OF VESSEL

A.  During each CHARTER TERM, the VESSEL shall be utilized exclusively in the carriage of CHARTERER's employees, contractors, business invitees, equipment and provisions and in the performance of various tasks associated with oil spill response and containment efforts as directed by CHARTERER (hereinafter referred to as SERVICES). Such SERVICES shall include, but not be limited to, tending or deploying boom and skimming equipment, skimming operations, recovering oiled debris, collecting garbage, assistance with wildlife operations and towing equipment. BP, in cooperation with OSHA and the U.S. Coast Guard, has developed a training and safety program ("HORIZON Response Program" or "HRP") for VESSELS and VESSEL crews engaged in oil spill response activities under this CHARTER. The HRP was approved by OSHA on May 7, 2010 and received approval from the U.S. Coast Guard on May 8, 2010. Per OSHA and U.S. Coast Guard directives, the HRP is subject to continuous improvement processes. As of May 10, 2010, BP will ensure that all VESSEL crews engaged in oil spill response activities (1) receive all necessary training for such activities as per the HRP, (2) receive all necessary credentials for such activities as per the HRP, and (3) receive all necessary protective equipment for such activities as per the HRP. The VESSEL shall be available and at CHARTERER's disposal for operation twenty-four (24) hours per day on the days that the CHARTERER has instructed the VESSEL OWNER that the VESSEL is hired for that twenty-four (24) hour period.

B.  The VESSEL shall not be used for any purpose other than performance of SERVICES while operating and being paid under this CHARTER.

## ARTICLE 3. PERFORMANCE OF VOYAGES

During the CHARTER TERM, the VESSEL OWNER or its designated master shall perform all voyages without delay. VESSEL OWNER or its designated master shall load, stow, and trim the VESSEL. The decision to proceed on a trip in the face of adverse or changing weather or sea conditions shall be the sole decision of the VESSEL OWNER or the designated master.

## ARTICLE 4. OPERATION IN COMPLIANCE WITH LAW

A.   VESSEL OWNER warrants (i) that it has the right to charter the VESSEL to CHARTERER, (ii) that the VESSEL is entitled to perform the SERVICES under all applicable law (including having all endorsements on its documentation that may be required to perform the SERVICES in accordance with applicable law) and (iii) that the same is free of all encumbrances which might disturb CHARTERER's full right to SERVICES described in this CHARTER. The VESSEL OWNER shall exercise due diligence to deliver and maintain the VESSEL in a seaworthy condition. The VESSEL must display a current United States Coast Guard Safety Examination decal, unless otherwise approved by the CHARTERER. The VESSEL shall be operated, manned and maintained by VESSEL OWNER at all times during the term of this CHARTER in accordance with all applicable state and federal laws, rules and regulations, including (but not limited to) life saving requirements and operating area limitations. The VESSEL OWNER warrants to exercise good faith in the performance of each and every obligation under this CHARTER.

B.   VESSEL OWNER shall be responsible for paying any civil, criminal, or administrative fines, citations, or penalties that VESSEL OWNER may incur as a result of VESSEL OWNER's violation of any laws, rules, or regulations during the term of this CHARTER.

C.   VESSEL OWNER shall indemnify and hold CHARTERER harmless from any liability for personal injury, death, or property damage attributable to VESSEL OWNER's intentional misconduct constituting a violation of state or federal criminal law.

## ARTICLE 5. DESCRIPTION OF VESSEL

The VESSEL and its capabilities and capacities are described in Exhibit "A". VESSEL OWNER warrants, in good faith, the accuracy of all information set forth in Exhibit "A" and that the VESSEL has the capabilities and capacities as set forth in Exhibit "A" and that it shall be seaworthy (Fit for Purpose) at the time of delivery to CHARTERER. Length of the VESSEL will be determined by the VESSEL's state or federal registration documents as of March 30, 2010.

## ARTICLE 6. MANNING REQUIREMENTS

A.   VESSEL OWNER shall at all times man the VESSEL with a sufficient number of competent, physically fit for duty and properly licensed crew and/or deckhands trained and experienced in the operation of the VESSEL in the waters in which the VESSEL is to operate under this CHARTER. The specific number of crew shall be two (2) crew members (captain and one crew) for vessels under 41 feet in length, and three (3) crew members (captain and 2 crew) for vessels 41 feet or greater in length, unless otherwise approved by CHARTERER in writing. VESSEL OWNER shall cause the crew of the VESSEL to carry out their duties with due care and workmanship and the utmost dispatch and diligence. VESSEL OWNER shall be responsible for properly receiving and stowing all cargo, including maintenance of the proper trim and draft of the VESSEL. Cargo loading and unloading operations shall be under the supervision and control of VESSEL OWNER. VESSEL OWNER and crew shall operate the VESSEL in such a way as to not cause unreasonable risk or avoidable damage to any personnel or cargo. Through notification to, and upon advance written approval by, CHARTERER, VESSEL OWNER may provide additional crew members.

B.   VESSEL OWNER warrants that the crew to be provided by VESSEL OWNER shall meet legal manning requirements in accordance with all applicable law for uses and purposes of the VESSEL required hereunder and as more particularly stated in ARTICLE 2 - EMPLOYMENT AND SERVICES OF VESSEL. The VESSEL's crew shall be VESSEL OWNER's employees at all times. VESSEL OWNER shall pay all wages, fringe benefits, applicable taxes, expenses, applicable fees/taxes, and transportation costs required for the

VESSEL's crew. VESSEL OWNER shall provide a list, including names and addresses, of all crew members employed by the VESSEL OWNER on the VESSEL while the VESSEL is performing SERVICES under this CHARTER.

## ARTICLE 7.    RADIO COMMUNICATIONS

VESSEL OWNER shall have, as a minimum, the following radio equipment in a functional and working condition at all times on VESSEL:  one (1) VHF marine radio.  Except when outside of communication range, VESSEL OWNER may be required to maintain constant communications on an hourly basis with the assigned Task Force Leader (TFL) and/or CHARTERER designated dispatcher by monitoring the VHF marine radio and providing VESSEL's position as directed by TFL and/or dispatcher.  If VESSEL OWNER fails to comply with the provisions of this Article, CHARTERER may terminate this CHARTER upon twenty-four (24) hours notice, to be confirmed in writing.

## ARTICLE 8.    VESSEL PROVISIONS

VESSEL OWNER shall provide and pay for all supplies necessary for the VESSEL's mechanical functioning including, but not limited to, fuel.  VESSEL OWNER shall provide and pay for all expenses necessary for the maintenance of the crew including, but not limited to, provisions, commissary, water, laundry and any necessary lodging.

## ARTICLE 9.    MAINTENANCE OF VESSEL

VESSEL OWNER shall maintain the VESSEL's hull and machinery in a seaworthy condition (Surveyor designation of "Fit for Purpose").  VESSEL OWNER will be solely responsible for any normal wear and tear to the VESSEL for the SERVICES the VESSEL is performing under the CHARTER. CHARTERER shall provide or otherwise reimburse VESSEL OWNER's  actual cost of hull and gear cleaning and decontamination if VESSEL requires such cleaning as a direct result exposure to oil or oil waste coming from the MC252 while performing SERVICES under this CHARTER.

## ARTICLE 10.    HIRE

A.    CHARTERER will pay VESSEL OWNER for each CHARTER TERM or SERVICES satisfactorily performed and accepted by the CHARTERER in accordance with Exhibit "B".  Any amendment or modification of this CHARTER must be in writing and duly executed by both parties in order to be binding. Provided, however, that CHARTERER shall be entitled at any time during the term of this CHARTER to revise Exhibit "B", by submitting or making available for viewing to VESSEL OWNER, a new Exhibit "B".

B.    CHARTERER shall pay Hire for the VESSEL and the SERVICES to be provided by the VESSEL OWNER, for each CHARTER TERM in accordance with the following provisions.  For the purposes of ARTICLE 10 - HIRE, a day shall be deemed to be any portion of a twenty-four (24) hour period beginning at 12:00 midnight and ending at 11:59 pm.  The length of vessels will be determined by the length noted on the VESSEL's state or federal registration documentation which was in effect on March 30, 2010. CHARTERER will not pay for stand by days, weather delays or down time due to any VESSEL repairs. CHARTERER will only pay for actual days on which the VESSEL and its crew are performing SERVICES on the water under this CHARTER.

C.    The termination of the CHARTER TERM (termination of dispatch) shall be determined by the date noted as the "termination date" stated on the written notice of termination provided by CHARTERER to VESSEL OWNER. If termination is by VESSEL OWNER, termination of dispatch shall be on the last day the VESSEL actually performed SERVICES as directed by CHARTERER during the CHARTER TERM.

D.    VESSEL OWNER shall be compensated after receipt and approval of invoices submitted by VESSEL OWNER to CHARTERER. The VESSEL OWNER shall provide all necessary information with an invoice to CHARTERER. Payment of all sums due shall be made within fifteen (15) days of receipt of an invoice and supporting documentation by CHARTERER.

**ARTICLE 11.  PORT FEES, MOORAGE, TAXES**

A.      VESSEL OWNER shall pay all taxes incidental to use of the VESSEL.

B.      The VESSEL shall be loaded and unloaded at any dock, berth, or place that CHARTERER may direct, as approved by VESSEL OWNER, which approval shall not be unreasonably withheld. VESSEL OWNER shall assist CHARTERER in locating and selecting the docks and landings suitable to accomplish the safe loading and unloading of passengers and cargo.

**ARTICLE 12.   OFF HIRE**

A.      In the event of any loss of time, not due to fault of CHARTERER, on account of: dry-docking or other necessary measures to maintain the efficiency of the VESSEL; deficiency of crewing or stores; breakdown of machinery, gear or equipment, damage to hull; collision; breach of orders; neglect of duty of master, officer or crew; strike or other labor stoppages of master, officers or crew; refusal to sail; stranding; fire; difficulties to the VESSEL's flag, ownership or previous ports of call; requisition of title or use of the VESSEL; failure to comply with rules, regulations or laws of ports of call; interference by authorities; detention of VESSEL or master or officers; or any other similar accident or event whatsoever either hindering or preventing the full working of the VESSEL, then no HIRE is to be paid for any time loss until the VESSEL is again in sufficient state to fully resume SERVICES.

B.      In the case of the VESSEL taken off-HIRE while on a voyage by any reason or as a result of an accident or occurrence described in 12A above, the hire shall be suspended from the time of the accident or occurrence until the VESSEL is again in the same position as before the accident or occurrence and the VESSEL returns to an equivalent position or a substitute voyage directed by CHARTERER.

C.      During any period of off-HIRE all reimbursable items that would otherwise be for CHARTERER's account, if any, under this CHARTER shall be for the VESSEL OWNER's account.

D.      It is understood that the VESSEL shall use due diligence to comply with all applicable federal, state and local environmental protection and safety laws, regulations, and stipulations when performing SERVICES in effect at all ports within the trading limits. If the VESSEL is found not to comply with any such rule, regulation or law, VESSEL OWNER shall take immediate measures to comply, and all expenses incurred as a result of such failure to comply shall be for VESSEL OWNER's account under the off-HIRE provisions of ARTICLE 12.

E.      If the VESSEL is lost or becomes a constructive total loss, HIRE shall cease at 11:59 PM on the day of VESSEL loss or constructive total loss. If the VESSEL is missing, HIRE shall be suspended as of 11:59 PM on the day when the VESSEL was last heard from and until the VESSEL's safety has been established, unless loss of contact is deemed to have occurred through no fault of VESSEL OWNER or breakdown of the VESSEL's equipment.

F.      Any HIRE paid for in advance is to be adjusted by refund or deduction from future payments for any off-HIRE or suspension during the period for which payment was made.

G.      If the VESSEL is off-HIRE for a period of time exceeding twenty-four (24) hours for any of the events referred to in ARTICLE 12, CHARTERER may terminate this CHARTER at its sole option if VESSEL OWNER is not making best efforts to return to a safe harbor.

**ARTICLE 13.   INSURANCE**

A.      VESSEL OWNER confirms that it will maintain in place any insurance policies it is carrying as of the date immediately prior to entering into this CHARTER or that it routinely carries for its usual operations

B.      The insurance coverage referred to in Paragraph A above shall remain in effect during the CHARTER TERM, when the VESSEL is on HIRE for training as directed by CHARTERER, or the VESSEL is on HIRE for oil spill response. The time of coverage shall be from dispatch until termination of dispatch by either the VESSEL OWNER or CHARTERER.

C.    In the event of any happening that may result in a claim against the coverage afforded in Paragraph A, prompt notice thereof shall be given to the party first aware of such claim in order to afford both parties an immediate opportunity to investigate the facts and circumstances giving rise to the potential claim.

D.    The parties understand and agree that the insurance coverage summarized in Paragraph A is more particularly described in the insurance policies, the terms, conditions and exclusions of which shall control.

Note: Copies of the insurance policies summarized in Paragraph A shall be provided upon request.

E.    VESSEL OWNER warrants that during the term of this CHARTER that as to the insurance described in Paragraph A of this Clause 13, it shall:

1.    Pay all premiums to keep such insurance policies in full force and effect on the terms and conditions more particularly described in such policies.

2.    Will not modify, amend or otherwise agree to any reduction in coverage afforded under the policies.

F.    If VESSEL OWNER has a claim against CHARTERER or has Notice of any claim(s) for which CHARTERER is or could be accountable:

1.    VESSEL OWNER will exercise good faith and prudent management of all claims, including third party claims, and will not defend or settle third-party claims without CHARTERER's knowledge and prior written consent.

G.    In the event VESSEL OWNER's cost for insurance as provided for hereunder is, by virtue of the SERVICES being provided hereunder, in excess of that normally paid by VESSEL OWNER for its standard coverage, then CHARTERER agrees to pay the cost over and above that normally incurred by VESSEL OWNER for its standard coverage. VESSEL OWNER shall advise CHARTERER of such excess cost before incurring same and shall document the amount of such cost it is claiming for. Nothing herein shall prevent CHARTERER from taking out insurance for any risks it may deem appropriate but nothing herein shall require CHARTERER to do so.

## ARTICLE 14. SALVAGE

All derelicts and salvage shall be for VESSEL OWNER's and CHARTERER's equal benefit, after deducting VESSEL OWNER's and CHARTERER's expenses and crew portion.

## ARTICLE 15. CHARTER NOT A DEMISE

Nothing stated in this CHARTER is to be construed as demise of the VESSEL to CHARTERER. VESSEL OWNER shall at all times remain responsible for the navigation of the VESSEL, acts of pilots, tug vessels, crew, selection of safe ports/berths, and all other similar matters as if trading for its own account.

## ARTICLE 16. CHARTERER'S USE OF VESSEL

During the CHARTER TERM the VESSEL OWNER shall not make any other use of the VESSEL without CHARTERER's prior written authorization. In addition, the VESSEL OWNER shall not allow on board the VESSEL any non-crew member who would interfere with the VESSEL OWNER's performance of SERVICES under this CHARTER. If the VESSEL OWNER allows on board the VESSEL any persons who are not crew members, or CHARTERER employees, or business invitees, the VESSEL OWNER shall be solely responsible for any liability for any injury to or death to any such person attributable to that person's presence on board the VESSEL. In no event shall CHARTERER be liable for any expenses resulting from the injury to or death of any such person allowed on board without CHARTERER's prior written authorization.

## ARTICLE 17. VESSEL OWNER IS INDEPENDENT

A.    VESSEL OWNER and its employees and any approved Subcontractors and their employees are

independent contractors and are not employees, partners, or joint ventures with CHARTERER. VESSEL OWNER and Subcontractors and their respective employees will not represent CHARTERER in performance of SERVICES under this CHARTER, or engage in any conduct that would imply that VESSEL OWNER and Subcontractors and their respective employees are other than independent contractors.

B.     VESSEL OWNER is responsible for the manner, means and methods of performing SERVICES under this CHARTER.

C.     VESSEL OWNER shall pay all federal and state taxes, contributions and/or assessments associated with the performance of SERVICES, including, but not limited to, income taxes and self-employment taxes, and shall be responsible for providing its own employee benefit plans.

D.     VESSEL OWNER acknowledges and understands that as an independent contractor, VESSEL OWNER and its employees and Subcontractors and their employees are not eligible for any employee benefits under any plans maintained by CHARTERER, including, but not limited to, the CHARTERER Savings and Investment Plan, Pension Plan, Sick Pay Plan, Long Term Disability Insurance Plan, Voluntary Personal Accident Insurance Plan, Severance Plan, Group Life Insurance Plan, Dental Plan, Occupational Death Plan, Business Travel Plan and Medical Plan.

E.     VESSEL OWNER will indemnify, defend and hold CHARTERER and its respective employees and agents harmless from and against any and all claims, demands, actions, losses, expenses and/or liabilities resulting from or related to:

1.     Any claim, demand, and/or determination that VESSEL OWNER, its employees and/or Subcontractors and their employees are not independent contractors in connection with the performance of SERVICES under this CHARTER, including, but not limited to, any claims or liabilities for regular or overtime wages, salaries, taxes, contributions, and/or assessments; and/or

2.     Any claim, demand, and/or determination that VESSEL OWNER, its employees and/or Subcontractors and their employees are entitled to benefits in connection with the performances of SERVICES under this CHARTER under any employee benefit plans maintained by CHARTERER; and/or

3.     Any claim, demand, and/or determination that VESSEL OWNER's employees or Subcontractors' employees are entitled to additional compensation or benefits as a result of VESSEL OWNER's employment policies and practices; and/or

4.     Any claim, demand, and/or determination that VESSEL OWNER's employees or Subcontractors' employees are entitled to additional compensation or benefits, of whatever kind or character, or damages, of whatever kind or character, based on whole or in part upon theories that they are direct, dual, loaned, borrowed, and/or co- employees of CHARTERER, in addition to being employees of VESSEL OWNER or Subcontractor.

5.     Should VESSEL OWNER or Subcontractor assume the defense of CHARTERER pursuant to Paragraph E, CHARTERER shall also be entitled to separate defense and representation of its interests through counsel acceptable to CHARTERER.

## ARTICLE 18.  NOTICES

All notices and communications from VESSEL OWNER to CHARTERER and from CHARTERER to VESSEL OWNER shall be addressed as follows:

CHARTERER:

BP Exploration & Production Inc.
Attn: VoO Logistics

_____
_____
_____
_____

(to be completed by VoO Logistics)

VESSEL OWNER: (See Appendix A)

ARTICLE 19.   CHOICE OF LAW AND FORUM

The rights and obligations of the Parties to this CHARTER including all matters of construction, validity and performance, shall in all respects be governed and enforced in accordance with the general maritime laws of the United States. In the event, but only in the event, the maritime laws of the United States do not apply, the laws of the State of Louisiana shall govern. Any litigation arising out of or relating to the CHARTER may be brought in a court of competent jurisdiction in New Orleans, Louisiana or Houston, Texas.

ARTICLE 20.   AUDIT AND TERMINATION

At any time during the term of this CHARTER, CHARTERER shall have the right to audit logs, books, payrolls, and records relating to any of the services performed hereunder. In addition to any other right of termination herein, VESSEL OWNER may terminate this CHARTER or any company listed in Exhibit "A" at any time for any reason whatsoever by giving the said party twenty-four (24) hours advance written notice of such termination, and any company listed in Exhibit "A" may terminate its obligations upon (24) hours advance written notice to CHARTERER.

ARTICLE 21.   ASSIGNMENT/SUBCONTRACTING

A.      VESSEL OWNER will not assign any of its rights or delegate any of its obligations under this CHARTER without prior written approval from CHARTERER. CHARTERER's approval of any assignment, subcontract or delegation will not relieve VESSEL OWNER of any responsibility under this CHARTER.

B.      VESSEL OWNER shall not assign any rights or delegate any obligations hereunder without CHARTERER's prior written approval, which shall not be unreasonably withheld. Any such unauthorized assignment shall be void. CHARTERER may assign this CHARTER to third parties specifically including any of its respective affiliates or a response action contractor.

C.      Always subject to CHARTERER'S prior written approval, should VESSEL OWNER assign/subcontract its obligations hereunder, the hire rate shall remain the same as for the Original VESSEL OWNER.

D.      VESSEL OWNER agrees to abide by the BP Conflict of Interest policy which is incorporated herein as if fully set forth herein. VESSEL OWNER acknowledges that he and his crew have read the Conflict of Interest policy and will be guided accordingly.

ARTICLE 22.   WAIVER

If CHARTERER fails to enforce any right or remedy available under this CHARTER, that failure will not be construed as a waiver of any right or remedy. A waiver of any claim, demand, right or remedy based on

the breach of any provision of this CHARTER will not be construed as a waiver of any other claim, demand, right or remedy based on a subsequent breach of the same or any other provision.

## ARTICLE 23. SEVERABILITY

If any part, term or provision of this CHARTER is determined by a court of competent jurisdiction to be unlawful or unenforceable, the validity and enforceability of the remaining parts, terms and provisions will not be affected.

## ARTICLE 24. ENTIRE AGREEMENT; SUCCESSORS

A.     This CHARTER includes Exhibits A and B attached hereto and constitutes the entire agreement between the Parties with respect to this CHARTER. This CHARTER cancels and supersedes all prior negotiations, representations or agreements, both written and oral, including any proposals submitted by VESSEL OWNER. The Parties have not been induced by any representation, statements or agreements other than those expressed in this CHARTER. No changes, alterations, or modifications to this CHARTER will be effective unless made in writing and signed by both Parties.

B.     This CHARTER will benefit and bind the successors, representatives and assignees of both Parties.

## ARTICLE 25. PRIORITY OF TERMS

In the event of any conflict or inconsistency between the various parts of this CHARTER, the Articles will take precedence over all other parts of this CHARTER, including any Exhibits, Attachments and Addenda, unless specifically stated otherwise.

THE PARTIES HAVE EXECUTED THIS CHARTER, by their respective authorized representatives, on the dates indicated below. This CHARTER will be ineffective until signed by both parties. Its terms and conditions will apply to the VESSEL described in an Exhibit "A" (Vessel Description). There may be multiple Exhibits "A". However each will cover a single VESSEL, and each must have unique contract number assigned by CHARTERER. Small boats, skiffs, etc. carried on, or towed by, the VESSEL shall not constitute an additional VESSEL eligible for compensation.

VESSEL OWNER:                                              CHARTERER :
_____                              BP Exploration & Production Inc.


By:_____  _____    By:_____  _____
(Signature)                    (Date)          (Signature)                    (Date)


_____                    _____
(Print or Type Name)                           (Print or Type Name)


_____                    _____
(Print or Type Title)                          (Print or Type Title)

## EXHIBIT A

### VESSEL INFORMATION

***Only one vessel may be listed. A unique contract number, assigned by
CHARTERER, is required for each vessel. Each Exhibit A must be signed by
VESSEL OWNER, and signed and numbered by CHARTERER, to be effective.***

## Contract Number: _____ # ___ ___ ___ ___ ___

A. **General Information**

VESSEL Name: _____

Type/Use of VESSEL (e.g., shrimp, crab, oyster, fishing, etc.): _____

Call Sign: _____

Location and home port (include county/parish): _____

USCG Safety Decal No. and Expiration Date: _____

Federal or State Registration No. and Expiration Date: _____
(You must provide copy of the VESSEL registration)

VESSEL Type (circle the one that applies): <u>*Commercial Vessel*</u>   *or*   <u>*Recreational Boat*</u>

Commercial License # and date of issue (if applicable): _____ / _____
(You must provide a copy of a commercial fishing permit or business license, or other evidence of
commercial activity, such as, catch weigh bills.)

VESSEL Construction (steel, wood*, etc): _____
(* Wood vessels, being difficult to decontaminate if oiled, are generally not suitable for the VoO Program.)

VESSEL Length ( You must provide a copy of the state or federal vessel documentation as of March 30,

2010) : _____

Bunk (sleeping) Capacity: _____

Crew Number Requirement: _____

B. **VESSEL OWNER & Contact Info**

Company/Individual Name: _____

Contact Name: _____

Email Address: _____

Mailing Address: _____

Physical Address: _____

Home Phone: _____

Cell Phone: _____

Facsimile Phone: _____

C.   **VESSEL Survey/Insurance Information**

Date/Place of Survey: _____

Insured? (Yes/No) If yes, insurance company name: _____

D.   **VESSEL Engine Information**

Make: _____

Model: _____

Total HP: _____

Number of Engines: _____

Drive Type (Inboard, Outboard, Inboard/Outboard): _____

Fuel Storage Amount (Gallons): _____

Burn Rate (GPH): _____

Fuel Type: _____

Aux. Engine? (Yes/No, used for what?) _____

Aux. HP: _____

Aux. Fuel Type: _____

Number of Engine Hours to date: _____

E.   (This item no longer used.)

F.   **Comments:** (Additional information that could be useful in vetting the VESSEL, e.g., additional
     communication equipment other than VHF radio, GPS, special capabilities, etc.)

_____

_____

_____

_____

_____

_____

_____

This Exhibit is subject to, and fully incorporates, the terms and conditions of the MASTER VESSEL CHARTER AGREEMENT between the VESSEL OWNER and CHARTERER.

VESSEL OWNER hereby certifies the accuracy of the information above and the documentation submitted with this Exhibit.

VESSEL OWNER: _____

CHARTERER :
BP Exploration & Production Inc.

By:_____    _____    By:_____    _____
(Signature)                              (Date)              (Signature)                              (Date)

_____                        _____
(Print or Type Name)                                (Print or Type Name)

_____                        _____
(Print or Type Title)                                (Print or Type Title)

MVCA-0703                                                                        Page 11

## EXHIBIT B

### COMPENSATION PROVISIONS/PUBLISHED RATE SCHEDULE

1. **COMPENSATION**

A.    No compensation will be paid for days the VESSEL does not work due to the election of the OWNER or operators of the VESSEL, or due to the suspension of operations for any reason whatsoever, including weather. No compensation will be paid for stand by days. Compensation will only be paid for actual days worked on the water. Otherwise, as full and complete compensation to VESSEL OWNER for SERVICES satisfactorily performed and for assuming obligations hereunder, CHARTERER, for and on behalf of OWNERS, will pay VESSEL OWNER on the basis of the fixed rates (Fixed Rates), set forth below in Paragraph 2 - FIXED RATES. CHARTERER shall be entitled at any time during the term of this CHARTER to revise this Exhibit "B", by submitting or making available for viewing to VESSEL OWNER, a new EXHIBIT "B".

B.    There may be multiple Exhibits "A" to the CHARTER. However each will cover a single VESSEL, and each must have unique contract number assigned by CHARTERER. Small boats, skiffs, etc. carried on, or towed by, the VESSEL shall not constitute an additional VESSEL eligible for compensation.

2. **FIXED RATES**

VESSEL OWNER's FIXED RATES (hereinafter FIXED RATES) are agreed to be VESSEL OWNER's sole, complete, and exclusive compensation for performing and completing SERVICES under CHARTER, FIXED RATES are not subject to renegotiation or retroactive adjustments based on actual experience and are not subject to escalation.

A.  Rates:

| Length of Vessel | Day Rate |
|---|---|
| Less than 24' | $600.00 |
| 24' to 40' | $1200.00 |
| 41' and greater | $1500.00 |

Plus:
  Specialized equipment required by BP reimbursable at cost +10%
  PPEs will be provided by CHARTERER

Note:   VESSEL OWNER is to provide meals for crewmembers at no additional cost to CHARTERER.

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB5-8412 | Trosclair, Daniel, Jr. | My Two Sons (24ft) |
| FL-0194-CF | Barber, Devin L | FL-0194-CF (24ft) |
| 645957 | White, Wade, H. | Master Wade (48ft) |
| LA-5425-FD | White, Wade, H. | Miss Mandy (LA-5425-FD) |
| LA-4001-BH | Plaisance, Earl, J. | Karlie Belle (40ft) |
| LA-4215-CA | Martinez, Mathew | LA-4215-CA (19ft) |
| MOB5-0106.2 | Ladner, Robert and Freddie | Ladner II (16ft) |
| LA-3609-EU | Matherne, Joe | LA-3609-EU (38ft) |
| LA-6647-EZ | Guerra, Bruce, Jr. | LA-6647-EZ (24ft) |
| LA-9764-EP | Guerra, Bruce, III | Captain Caden (21ft) |
| LA-6302-CA | Guerra, Jared | LA-6302-CA (18ft) |
| LA-1583-FU | Lemoine, Donald | LA-1583-FU (26ft) |
| LA-3031-FJ | Doane, Ronald | LA-3031-FJ (24ft) |
| LA-6329-AK | Cajun Saint, LLC (Robin, Shane) | Cajun Saint (42ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| LA-1968-FS | Cajun Saint, LLC (Robin, Shane) | St. Nick (37ft) |
| HOU-0743 | Reynon, Marcello | LA-1006-BJ (35ft) |
| 1136060 | Tomasevic, Davor | Hustler (60ft) |
| 652758 | Oyster Chaser, LLC (Cibilic, Pero and Mary Ann) | Pero (58ft) |
| LA-5212-ES | Oyster Chaser, LLC (Cibilic, Pero and Mary Ann) | Peter (38ft) |
| LA-4944-FW | Creppel, Colby | LA-4944-FW (18ft) |
| LA-6260-FK | Creppel, Colby | LA-6260-FK (17ft) |
| LA-3394-CA | Creppel, Kenneth | LA-3394-CA (29ft) |
| LA-2137-FG | Adam, Richard | LA-2137-FG (21ft) |
| LA-8806-FA | Nunez, Randy | LA-8806-FA (18ft) |
| MOB5-7992 | Walker, Louis Raymond | Fishmaster (19ft) |
| MOB5-7513 | Wolcott, Robert | Family Affair (24ft) |
| LA-7278-AK | Evans, Tracy | LA-7278-AK (27ft) |
| LA-1252-FS | Assevedo, Floyd | LA-1252-FS (17ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| LA-4011-CA | Royce, Robert | LA-4011-CA (30ft) |
| LA-5115-FJ | Campo, Roy | LA-5115-FJ (23ft) |
| LA-7672-EG | Martin, Kevin | LA-7672-EG (19ft) |
| LA-2330-EV | Matherne, Grace | LA-2330-EV (45ft) |
| LA-7872-FB | Demptster, Jerry | LA-7872-FB (24ft) |
| LA-7755-FS | Martinez, Rene | LA-7755-FS (23ft) |
| LA-4298-FV | Martinez, Henry | LA-4298-FV (24ft) |
| LA-2909-AZ | Serigne, Kimmie, Jr. | LA-2909-AZ (21ft) |
| LA-3529-FS | Arabie, Georgia and Adrian | LA-3529-FS (17ft) |
| HOU-0523 | Le, Nhac Van | Captain Peter (64ft) |
| LA-8351-FK | Schultz, Troy | LA-8351-FK (24ft) |
| LA-8890-EY | Schultz, Troy, Jr. | LA-8890-EY (35ft) |
| LA-5010-FB | Menesses, Dennis, Sr. | No Mas (35ft) |
| LA-4874-FD | Artus, Russell | LA-4874-FD (21ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| LA-7888-BK | Serigne, Paul | LA-7888-BK (17ft) |
| LA-7888-BK | Serigne, Howard | LA-7888-BK (17ft) |
| LA-1082-FJ | Campo, Merlin | LA-1082-FJ (21ft) |
| LA-3934-EW | Ochello, Dominick | LA-3934-EW (16ft) |
| LA-8581-FN | Ochello, Dominick | LA-8581-FN (24ft) |
| LA-8774-FG | Greppel, Craig | LA-8774-FG (29ft) |
| 551837 | Alfonso, Jesse | Lady Wendy (37ft) |
| LA-1933-CA | Contrenchis, Joseph | LA-1993-CA (21ft) |
| LA-8904-BC | Cheramie, Alan | LA-8904-BC (24ft) |
| LA-3305-FV | RC Boat Rentals (Alfonso, Randy) | LA-3305-FV (25ft) |
| LA-5071-BK | RC Boat Rentals (Alfonso, Randy) | LA-5071-BK (25ft) |
| LA-7226-FG | Alexie, Benny | BJ the Tiger (35ft) |
| 924144 | Robin, Chris, Jr. | Cajun Viagra Express (65ft) |
| 952837 | Robin, Chris, Jr. | Rebel Express (56ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| LA-5194-FG | Rivet, Jase | LA-5194-FG (19ft) |
| LA-3709-FP | Matherne, Keith | LA-3709-FP (22ft) |
| LA-1353-FS | Jaunet, David | LA-1353-FS (18ft) |
| LA-8743-FP | O'Niel, Serigne | LA-8743-FP (25ft) |
| LA-6048-FG | Alfonso, Vernon, Sr. | LA-6048-FG (25ft) |
| LA-6209-FF | Darda, Emile | Big Scoop (32ft) |
| HOU-1608 | Cheramie, Mark | LA-5579-FK (24ft) |
| HOU-2095 | Le, Trang Van | Heaven Sent (56ft) |
| HOU-3484 | Brett Anthony, Inc. (Anthony, Brett) | Brett Anthony (67ft) |
| HOU-3317 | Master N.T., Inc. (Nguyen, Thanh P.) | Master NT (85ft) |
| LA-5690-FD | Morales, Eugene, Sr. | LA-5690-FD (35ft) |
| LA-6247-FU | Greco, Anthony, III | Slow Ride (54ft) |
| LA-5266-FF | Berthelot, Gerard | LA-5266-FF (23ft) |
| LA-5311-FE | Basse, Donald | LA-5311-FE (24ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| LA-7641-FG | Despeaux, Byron | Miss Mendy (35ft) |
| LA-7290-EW | Coulon, Allen, J., Sr. | LA-7290-EW (19ft) |
| MOB6-0838 | Clopton, Johnnie, M. | Hurricane Deck (19ft) |
| LA-4743-FF | Arabie, James | LA-4743-FF (19ft) |
| LA-4464-FP | Naquinn, Junius, Jr. | LA-4464-FP (23ft) |
| LA-5603-EX | Naquin, Junius, Jr. | LA-5603-EX (18ft) |
| HOU-0477 | Burton, George | Scuby Do (25ft) |
| HOU-0289 | Amalia, LLC (Zarak, Nikolas and Diane) | Miss Amalia (48ft) |
| HOU-0189 | Atlantis, LLC (Zarak, Nikolas and Diane) | Atlantis (682178) (60ft) |
| MOB6-0025.1 | Tran, Minh | Dolphin (30ft) |
| LA-3168-FS | Tran, Dung Van | LA-3168-FS (18ft) |
| MOB5-5947 | Foster, Phelan (Ray) | Miss Joyce (35ft) |
| HOU-1530 | Terrebonne, Gary | Betty T (46ft) |
| HOU-3104 | Tronn, Shaun | Miss Melissa (35ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| HOU-3123 | Thonn, William | Master Shaun (40ft) |
| HOU-3142 | Julian, John | Sheena Marie (35ft) |
| MOB5-6215 | Wilkerson, Othor | OCW 1974 (20ft) |
| LA-0298-ZC | Campo, Nicholas (Nicky) | LA-0298-ZC (28ft) |
| LA-5695-EL | Campo, Kevin | Colton's Fury (28ft) |
| LA-1909-AB | Morales, Alex, Jr. | Stevie Brad (27ft) |
| LA-3021-BU | Mones, Jason | LA-3021-BU (24ft) |
| MOB5-8103.1 | Lambeth, Cecil | Miss Kathleen (57ft) |
| MOB5-8022.1 | Bradley, William | Itchy Mon (34ft) |
| 621470 | Frickey, Jimmy | Buccaneer (60ft) |
| MOB5-7516.1 | Shish, Mauro and Christi | Captain TK (47ft) |
| MOB5-5976.1 | Bosarge, Charles | AL-2222-HD (21ft) |
| MOB5-5976.2 | Bosarge, Charles | Big Buddy (42ft) |
| MOB5-6396 | Carter, Richard Devere | MI-9048-AY (27ft) |

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB6-0999 | Johnson, Brent | Al-0261-LV (22ft) |
| HOU-1231 | Matherne, Paul | LA-6342-FU (31ft) |
| LA-1134-CA | Bundy, Ronald | LA-1134-CA (28ft) |
| LA-6931-EW | Bundy, Ronnie | LA-6931-EW (35ft) |
| HOU-3590 | Nguyen, Joa Chim | Maria Sandi (72ft) |
| MOB5-0069 | Goetz, George W. | Bonnie Sue II (16ft) |
| MOB5-0068 | Estate of George P. Goetz II | Bonnie Sue (50ft) |

**Exhibit D**

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| LA-8961-FR | Rogers, Chad, Jr. | LA-8961-FR (19ft) |
| LA-3720-FG | Sassoni, Scott | LA-3720-FG ( 19ft) |
| LA-5244-FF | Billiot, Cassidy | Last One (35ft) |
| HOU-0413 | Dong, Le Van | MI-0081-BA (30ft) |
| MOB5-8598.1 | Wilbourn, Roger and June | Pretty Penny (43ft) |
| MOB5-8598.2 | Wilbourn, Roger and June | Gale Force (56ft) |
| LA-3544-FW | Bollette, Darren | LA-3544-FW (24ft) |
| LA-8205-AR | Vo, Lenny | LA-8205-AR (24ft) |
| LA-6181-BV | Vo, Lenny | LA-6181-BV (24ft) |
| 1115242 | Molero, Allan Stephen | Mon Cache (38ft) |

**Exhibit D**

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB6-0879 | Hicks, Larry | Naomi (58.4ft) |
| MOB6-0877 | Hicks, Larry | Patricia (40.8ft) |
| MOB6-0878.1 | Hicks, Larry | Jacquilin Marie (56.7ft) |
| MOB6-0878.2 | Hicks, Larry | Skiff (21ft) |
| LA-8010-FD | Menesses, James | LA-8010-FD (37ft) |
| MOB6-0069 | Mason, Lynn | FL-6660-DB (21ft) |
| MOB6-0070 | Mason, Grant | FL-4607-NC (21ft) |
| LA-7412-AW | Morales, Charles | LA-7412-AW (30ft) |
| HOU-0798 | Pounders, John, III | LA-1560-ER (19ft) |
| LA-5478-EW | Alfonso, Tracy | LA-5478-EW (14ft) |

**Exhibit D**

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| LA-5322-EU | Alfonso, Tracy | LA-5322-EU (14ft) |
| LA-6583-FT | Alfonso, Tracy | LA-6583-FT (14ft) |
| MOB5-6085 | Webb, Bryan | Bottom Dweller II (FL-4960-NF) (27ft) |
| MOB5-8378 | Johnson, Ashley | AL-1269-LM (24ft) |
| MOB5-5342 | Choeun, Chim | Dream Catcher (20ft) |
| LA-1559-FE | Guerra, Bruce M. Sr. | Miss Hali (LA-1559-FE) (26ft) |
| MOB6-0785 | Helms, George (Trey), III | Tomahawk (46ft) |
| MOB5-8650 | Johnson, Paul | AL-0993-LW (20ft) |
| MOB5-0086 | Crosby, William (Dennis) | Miss Emily (42.8ft) |
| MOB5-7938 | Bailey, George, Jr. | Peregrine (23ft) |

**Exhibit D**

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB5-7568 | Le, John | Candie Luck (83.1ft) |
| MOB5-5529 | Horton, Robert | Cory Lee (20ft) |
| MOB5-8409 | Wilkerson, Bryan | AL-9318-HN (21ft) |
| LA-8125-FL | Kennair, Michael | LA-8125-FL (22ft) |
| LA-9542-BS | Helmer, Larry, Jr. | LA-9542-BS (31ft) |
| MOB5-5593 | Hicks, Walter | Lorie Ann (50.3ft) |

**<u>Exhibit D</u>**

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| MOB6-0932 | Luke, William (Scott) | Renegade II (36.3) |
| LA-9275-ET | Jackson, Brandon | LA-9275-ET (23ft) |
| LA-7922-FK | Robichaux, Philip | LA-7922-FK (25ft) |
| MOB5-8606 | Robinson, Robert | FL-8276-NG (24ft) |
| LA-5853-EZ | Hebert, Robert | LA-5853-EZ (41ft) |
| LA-5183-EW | Perez, Wesley | LA-5183-EW (30ft) |
| MOB5-8013 | Edwards, Tim | Side Line I (30ft) |
| LA-7311-FB | Serigne, James | LA-7311-FB (35ft) |
| MOB6-0605 | Hromadka, George | Jean Marie (31ft) |
| LA-1280-CA | Cassanova, David | LA-1280-CA (31ft) |

## Exhibit D

| VoO Claim # | Name | Vessel Name & Length |
|---|---|---|
| LA-7150-FK 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 | Mones, Valentino | LA-7150-FK |