UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010, <br><br> HONG VAN TRUONG, BARISICH INC., MICHAEL HUFF, DARRIN HELMER, and those persons identified in Exhibits A, C, and D, <br><br>             Plaintiffs, <br> vs. <br><br> BP AMERICA PRODUCTION COMPANY; BP EXPLORATION AND PRODUCTION, INC.; UNITED STATES MARITIME SERVICES, INC.; UNITED STATES MARITIME SERVICES, LLC; UNITED STATES ENVIRONMENTAL SERVICES, LLC; and DRC EMERGENCY SERVICES, LLC, <br><br>             Defendants. | MDL NO. 2179 <br><br> Case No. 2:11-cv-02766 <br><br> SECTION: J <br><br> Judge Barbier <br> Magistrate Judge Shushan |

## **ORDER**

Considering the foregoing Motion for Leave to File Second Supplemental and Amended Complaint and Memorandum in Support filed by Plaintiffs, Hong Van Truong, Barisich, Inc., Michael Huff, Darrin Helmer, and those persons identified in Exhibits A, C, and D,

IT IS HEREBY ORDERED: that the Plaintiff's Motion is GRANTED.

New Orleans, Louisiana, this _____ day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE