UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 ) ) ) ) ) ) ) This Document Relates To: 210-CV-02771; MDL No. 2179 ) ) ) ) ) ) | MDL NO. 2179 SECTION: J JUDGE BARBIER MAGISTRATE NO. 1 MAGISTRATE SHUSHAN |

**MOTION OF DEFENDANTS AND CROSS-CLAIM PLAINTIFFS
ANADARKO PETROLEUM CORPORATION AND ANADARKO E&P COMPANY LP
FOR LEAVE TO AMEND CROSS-CLAIMS**

**NOW INTO COURT** come Defendants and Cross-Claim Plaintiffs Anadarko Petroleum Corporation and Anadarko E&P Company LP (together "Anadarko') and respectfully move pursuant to Federal Rule of Civil Procedure 15(a)(2), and for the reasons set forth more fully in the accompanying Memorandum of Law, for leave to amend Anadarko's Cross-Claims filed on April 19, 2011 [Docket 10-2771, Rec. Doc. 338].

**WHEREFORE**, Defendants and Cross-Claim Plaintiffs Anadarko Petroleum Corporation and Anadarko E&P Company LP pray that this Court grant the requested leave to amend their cross-claims in the form set forth in Exhibit A.

Respectfully submitted,

DATED: February 13, 2012          BINGHAM McCUTCHEN LLP

*/s/ James J. Dragna*_____
James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400

Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

Ky E. Kirby
ky.kirby@bingham.com
David B. Salmons
david.salmons@bingham.com
Michael B. Wigmore
michael.wigmore@bingham.com
Warren Anthony Fitch
tony.fitch@bingham.com
Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-0696

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on February 13, 2012.

_____*/s/ James J. Dragna*_____
James J. Dragna