UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>This Document Relates To:<br>210-CV-02771; MDL No. 2179 | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE NO. 1<br>MAGISTRATE SHUSHAN |

**CONDITIONAL MOTION OF ANADARKO PETROLEUM CORPORATION AND ANADARKO E&P COMPANY LP TO SUBSTITUTE BP EXPLORATION & PRODUCTION, INC. AS THE CROSS-CLAIM PLAINTIFF IN THE FIRST AMENDED CROSS-CLAIMS OF ANADARKO PETROLEUM CORPORATION AND ANADARKO E&P COMPANY LP**

**NOW INTO COURT** come Anadarko Petroleum Corporation and Anadarko E&P Company LP (together "Anadarko') and respectfully move pursuant to Federal Rules of Civil Procedure 17(a) and 25(c), that, if the Court grants Anadarko's concurrently filed Motion for Leave to Amend Cross-Claims, and for the reasons set forth more fully in the accompanying Memorandum in Support, the Court further grant Anadarko leave to substitute BP Exploration & Production Inc., ("BPXP") for Anadarko as the cross-claim plaintiff in Anadarko's First Amended Cross-Claims.

**WHEREFORE**, Anadarko Petroleum Corporation and Anadarko E&P Company LP respectfully pray that, if the Court grants Anadarko's concurrently filed Motion to Amend Cross-Claims, that the Court further grant leave to substitute BPXP as the cross-claim plaintiff in Anadarko's First Amended Cross-Claims.

Respectfully submitted,

DATED: February 13, 2012       BINGHAM McCUTCHEN LLP

/s/ James J. Dragna_____
James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

Ky E. Kirby
ky.kirby@bingham.com
David B. Salmons
david.salmons@bingham.com
Michael B. Wigmore
michael.wigmore@bingham.com
Warren Anthony Fitch
tony.fitch@bingham.com
Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA  70112

Tel: (504) 592-0691
Fax: (504) 592-0696

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on February 13, 2012.

_____/s/ James J. Dragna_____
James J. Dragna