UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>This Document Relates To:<br>210-CV-02771; MDL No. 2179 | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE NO. 1<br>MAGISTRATE SHUSHAN |

**MEMORANDUM IN SUPPORT OF CONDITIONAL MOTION OF ANADARKO PETROLEUM CORPORATION AND ANADARKO E&P COMPANY LP TO SUBSTITUTE BP EXPLORATION & PRODUCTION, INC. AS THE CROSS-CLAIM PLAINTIFF IN THE FIRST AMENDED CROSS-CLAIMS OF ANADARKO PETROLEUM CORPORATION AND ANADARKO E&P COMPANY LP.**

**NOW INTO COURT** come Anadarko Petroleum Corporation and Anadarko E&P Company LP (together "Anadarko') and respectfully move pursuant to Federal Rule of Civil Procedure 17(a) and 25(c), that, if the Court grants Anadarko's concurrently filed Motion for Leave to Amend Cross-Claims, the Court further grant Anadarko leave to substitute BP Exploration & Production Inc., ("BPXP") for Anadarko as the cross-claim plaintiff in Anadarko's First Amended Cross-Claims.

**I.   BACKGROUND**

This Motion is brought because Anadarko and BP exploration & Production Inc. are parties to a Confidential Settlement Agreement (the "Settlement"). Among other things, the Settlement provides that Anadarko releases all claims against BPXP and its affiliates, and that Anadarko assigns to BPXP all right, title and interest in its cross-claims for damages against other defendants in the above captioned case. Pursuant to the

Settlement, BPXP is the real party in interest to Anadarko's First Amended Cross-Claims, and therefore the First Amended Cross-Claims should be prosecuted in BPXP's name under Federal Rule of Civil Procedure 17(a).

Before filing this Motion, Anadarko sought consent of the cross-claim defendants to the relief requested. Undersigned counsel hereby certifies that cross-claim defendants Transocean and M-I do not object to the relief requested. Counsel for Halliburton has stated that Halliburton opposes the Motion.

## II.   ARGUMENT

Under Fed. R. Civ. P. 17(a)(1), "[a]n action must be prosecuted in the name of the real party in interest." As assignee, BPXP has become the real party in interest for all of Anadarko's Cross-Claims for damages. *See La-Tex Supply Co. v. Fruehauf Trailer Division, Fruehauf Corp.*, 444 F.2d 1366 (5th Cir. 1971) (holding that assignee of claims was the real party in interest). Substitution pursuant to Federal Rule 25(c) is an appropriate method of ensuring that Rule 17(a) is followed. *See* Fed. R. Civ. P. 17(a)(3) (real party in interest may "be substituted into the action"); Fed. R. Civ. P. 25(c) ("If an interest is transferred, the action may be continued by or against the original party unless the court, on motion, orders the transferee to be substituted in the action or joined with the original party."). Substitution of BPXP as plaintiff in Anadarko's First Amended Cross-Claims will not alter the factual allegations in that pleading. Thus, substitution will not prejudice the cross-claim defendants. *See Engines Southwest, Inc. v. Kohler Co.*, No. 03-1460, 2006 WL 1896071, at *4 (W.D. La. July 7, 2006) ("Rule 17(a) substitution of plaintiffs should be liberally allowed when the change is merely formal and in no way alters the original complaint's factual allegations as to the events or the participants.").

Finally, the Court previously granted MOEX Offshore 2007 LLC leave to substitute BPXP for MOEX as the real party in interest in MOEX's cross-claims. *See* Motion to Substitute BP Exploration & Production, Inc. as Cross-Claim Plaintiff in Amended Cross-Claims of MOEX Offshore 2007 LLC [Rec. Doc. 4591]; Order [Rec. Doc. 4946, 12/16/2011]. For the same reasons that the Court granted MOEX leave to substitute, the Court also should grant Anadarko the requested leave.

## III. CONCLUSION

For the foregoing reasons, Anadarko Petroleum Corporation and Anadarko E&P Company LP respectfully pray that, if the Court grants Anadarko's concurrently filed Motion for Leave to Amend Cross-Claims, that the Court further grant leave to substitute BPXP as the cross-claim plaintiff in Anadarko's First Amended Cross-Claims.

Respectfully submitted,

DATED: February 13, 2012         BINGHAM McCUTCHEN LLP

*/s/ James J. Dragna*_____
James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

Ky E. Kirby
ky.kirby@bingham.com
David B. Salmons
david.salmons@bingham.com
Michael B. Wigmore
michael.wigmore@bingham.com
Warren Anthony Fitch
tony.fitch@bingham.com
Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006-1806

Telephone (202) 373-6000
Facsimile (202) 373-6001

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-0696

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on February 13, 2012.

                                                    _____*/s/ James J. Dragna*_____
                                                           James J. Dragna