UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| | JUDGE BARBIER |
| This Document Relates To:<br>210-CV-02771; MDL No. 2179 | MAGISTRATE NO. 1<br>MAGISTRATE SHUSHAN |

**ORDER**

Considering the Conditional Motion of Defendants and Cross-Claims Plaintiffs Anadarko Petroleum Corporation and Anadarko E&P Company LP to Substitute BP Exploration & Production, Inc., as the Cross-Claim Plaintiff in the First Amended Cross-Claims of Anadarko Petroleum Corporation and Anadarko E&P Company LP, and having granted the concurrently filed Motion for Leave to Amend Cross-Claims, and good cause being shown, the Motion is hereby GRANTED.

IT IS FURTHER ORDERED that BP Exploration & Production Inc. is substituted for Anadarko Petroleum Corporation and Anadarko E&P Company LP as the cross-claim plaintiff in Anadarko's First Amended Cross-Claims.

SO ORDERED.

This day of _____, 2012.

_____
United States District Judge