

Stephen S. Kreller
ssk@krellerlaw.com

February 13, 2012

Hon. Loretta G. Whyte, Clerk of Court
U. S. District Court for the
Eastern District of Louisiana
500 Poydras Street, Room C151
New Orleans, Louisiana 70130

  Re: Thanh Hai, Inc., et al. v. BP American Production Company, et al.
     U.S.D.C. for E.D. of LA, Case No. 2:11-cv-03180

Dear Hon. Whyte:

  I am writing to respectfully request that summons on the First Amended Complaint be issued to the following defendants:

1. **BP AMERICAN PRODUCTION COMPANY**
   Through its registered agent for service of process:
   CT Corporation System
   5615 Corporate Boulevard, Suite 400B
   Baton Rouge, Louisiana 70808

2. **BP EXPLORATION AND PRODUCTION COMPANY**
   Through its registered agent for service of process:
   CT Corporation System
   5615 Corporate Boulevard, Suite 400B
   Baton Rouge, Louisiana 70808

3. **ANADARKO PETROLEUM CORPORATION**
   Through its registered agent for service of process:
   CT Corporation System
   5615 Corporate Boulevard, Suite 400B
   Baton Rouge, Louisiana 70808

4. **MOEX OFFSHORE 2007, LLC**
   Through its registered agent for service of process:
   The Corporation Trust Company
   Corporation Trust Center
   1209 Orange Street
   Wilmington, DE 19801

Hon. Loretta G. Whyte, Clerk of Court
February 13, 2012
Page 2 of 3

5. **MOEX USA CORPORATION**
   Through its registered agent for service of process:
   The Corporation Trust Company
   Corporation Trust Center
   1209 Orange Street
   Wilmington, DE 19801

6. **TRANSOCEAN HOLDINGS LLC**
   Through its registered agent for service of process:
   Corporation Service Company, Inc.
   Corporation Trust Center
   1209 Orange Street
   Wilmington, DE 19801

7. **TRANSOCEAN DEEPWATER, INC.**
   Through its registered agent for service of process:
   Capitol Services, Inc.
   1675 South State Street, Suite B
   Dover, DE 19901

8. **TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.**
   Through its registered agent for service of process:
   Capital Corporate Services, Inc.
   800 Brazos, Suite 400
   Austin, Texas 78701

9. **TRANSOCEAN, LTD.**
   Through the Louisiana Long-Arm Statute:
   4 Greenway Plaza
   Houston, Texas 77046

10. **CAMERON INTERNATIONAL CORPORATION**
    **F/K/A COOPER-CAMERON CORPORATION**
    Through its registered agent for service of process:
    CT Corporation System
    5615 Corporate Boulevard, Suite 400B
    Baton Rouge, Louisiana 70808

11. **HALLIBURTON ENERGY SERVICES, INC.**
    Through its registered agent for service of process:
    CT Corporation System
    5615 Corporate Boulevard, Suite 400B
    Baton Rouge, Louisiana 70808

Hon. Loretta G. Whyte, Clerk of Court
February 13, 2012
Page 3 of 3

12. **WEATHERFORD U.S. L.P.**
    C/O CT Corporation System
    5615 Corporate Boulevard, Suite 400B
    Baton Rouge, Louisiana 70808

13. **M-I, LLC**
    Through its registered agent for service of process:
    Capitol Services, Inc.
    1675 South State Street, Suite B
    Dover, DE 19901

14. **MITSUI OIL EXPLPORATION CO., LTD.**
    Through its registered agent for service of process:
    Naoki Ishii
    9 Greenway Plaza, Suite 1220
    Houston, Texas 77046-0910

If you have any questions and/or need additional information, please do not hesitate to contact me at (504) 484-3488.

With kindest regards, I am

                        Very truly yours,

                        *[signature]*

                        Stephen S. Kreller

Attachments