UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | |
| "DEEPWATER HORIZON" IN THE | * | MDL NO. 2179 |
| GULF OF MEXICO, ON APRIL 20, 2010 | * | |
| | * | SECTION "J" |
| THIS PLEADING APPLIES TO: | * | |
| AUGUST WALTER V. BP AMERICA, INC. | * | JUDGE: BARBIER |
| CIVIL ACTION NOS.: | * | |
| 2:12-CV-177 AND 10-MD-2179 | * | MAGISTRATE: SHUSHAN |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Sever and De-Consolidate:

**IT IS ORDERED** that the Motion to Sever and De-Consolidate is **GRANTED**.

**IT IS FURTHER ORDERED** that the instant matter will be severed and de-consolidated from the MDL case and placed on this Honorable Court's normal docket.

New Orleans, Louisiana, this _____ day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE