# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

*In re: Oil Spill by the Oil Rig Deepwater Horizon in the Gulf of Mexico on April 20, 2010* (MDL No. 2179)

Before the Honorable Judge Carl J. Barbier

## EXPERT REPORT OF CALVIN BARNHILL
*Macondo Engineering, Operations and Well Control Response*

Submitted by Transocean Offshore Deepwater Drilling, Inc.

## INTRODUCTION

This report outlines the findings and conclusions of Calvin Barnhill relating to Macondo engineering, operations and well control response. This report also presents the basis and reasoning for the opinions and conclusions reached on these subjects, including the data and information considered in forming such opinions and conclusions.

## TABLE OF CONTENTS

I.     Executive Summary
II.    Report of Calvin Barnhill
III.   Rule 26 Requirements
          1. Curriculum Vitae
          2. Statement of Compensation
          3. Materials Considered
          4. Prior Testimony

Date of Submission: September 23, 2011

CONFIDENTIAL

secured status and responding with limited misinterpretation. The drilling personnel on the rig involved with the well were the BP well site leaders, the Transocean drill crew, the Sperry Sun mud loggers and the MI personnel.

The negative test actually confirmed the lack of well integrity and a lack of adequate primary flow barriers in the Macondo Well. However, due primarily to the effects created by the unorthodox spacer, and a lack of understanding of the results being viewed, the negative test was approved by BP and BP then allowed the displacement to continue. However, this information should have resulted in the recognition that zonal isolation was not confirmed and that the SBM displacement should not proceed.

BP's acceptance of the negative test added a major component to a perception on the rig that the well was safe. Rightly or wrongly the perception on the rig would be that any well related issues were securely behind cemented pipe in a well that had been fully tested.

The information and data available on the blowout of the Macondo Well indicates the following as to the well control event.

1. The high quality hydrocarbon bearing zone(s) exposed during the drilling of the Macondo Well were not isolated by the cemented production casing.

2. The hydrostatic pressure in the Macondo Well was significantly reduced by design as part of the BP TA procedure that was implemented.

3. Due to the lack of zonal isolation and the significant reduction in wellbore hydrostatic pressure - a pressure differential (i.e. underbalance) occurred that resulted in hydrocarbon movement out of the high quality hydrocarbon bearing zone(s) into the well; thus *creating the well control situation*.

4. The hydrocarbons flowed from the high quality producible rock through the annulus space outside of the production casing, into the production casing and to the surface. The flow path would have involved some and possibly all of the unconfirmed primary flow barriers.

5. Well conditions were misinterpreted and not understood; both during the negative testing and during the SBM displacement to seawater.

6. Observation of the developing well control indications were likely confused and confounded by the lack of certain information, by certain events and by accepted beliefs as to the well's secured condition. Initial developing well control signs were not noted by any of the personnel monitoring the well real time. This should not have happened. It is unknown why the Sperry Sun mud logger never noted any anomalies at all. Once the driller noted an anomaly the actions taken were consistent with trying to diagnose a problem but were not indicative of a realization of an eminent large scale well control event. The Macondo Well should have been immediately flow checked and shut in but was not due to the drill crew attempting to diagnose and understand the situation. At some point in the diagnostic process

CONFIDENTIAL

Case 2:10-md-02179-CJB-DPC   Document 5680-1   Filed 02/14/12   Page 3 of 11

The properties of the spacer are typically such that the interface between the SBM and the spacer stays relatively in-tack providing for an efficient displacement. The properties of the spacer are also designed to provide a relatively efficient interface between the spacer and the seawater that will replace the SBM.  Spacer sizes typically are in the range of 200 barrels to allow for any mixing that occurs between the SBM and the spacer and the spacer and the seawater.

The spacer that BP used for the displacement of the weighted SBM in the Macondo Well was unorthodox to say the least.  It was composed of two high viscosity, weighted, specialty lost circulation material (LCM) pills that were left over from the drilling of the well.  The two LCM pills were supplied by MI.  One specialty LCM pill was Form-A-Set pill and the other was Form-A-Squeeze pill.  The two LCM pills were approximately the same volume and when combined created the 446 barrel reported volume of the spacer.  MI suggested BP mix and use these pills as the spacer in lieu of having to transport the pills back to shore and dispose of them.  It is my understanding that by regulation the specialty LCM pills could only be discharged overboard if they were circulated out of the well but could not be discharged overboard directly if they had not been used in the well.

Prior to using the spacer one of the MI mud engineers tested the two pills by mixing a sample of each together and letting them sit overnight.  No adverse affects or significant settling was noted. One of the BP well site leaders also checked with a BP fluids expert, with no issues being raised.  However no testing was ever conducted between the specialty LCM mixture and seawater to determine if any adverse affects or settling issue would occur.  After the fact testing indicated that significant settling did occur when the mixture was tested in seawater.

The combination LCM pill spacer was highly viscous and weighed 16.0 PPG.  Therefore, it should have been very efficient at displacing the lighter 14.0 PPG SBM.  However, because of the spacer's weight and viscosity the displacement of it by the much lighter 8.6 PPG seawater would be problematic.  The interface between the two fluid types would be maintained largely by velocity but would be expected to deteriorate over time.

Given the indicated displacement volumes, coupled with the effect of the spacer on the spacer/seawater interface, and the possibly effect the spacer could have on pump efficiency, it is highly unlikely that the specialty LCM spacer had cleared the wellbore and was above the BOPs at the time the initial displacement was stopped to conduct the negative test.  The location of the unorthodox spacer in the BOPs and the top of the wellbore created a situation that confused and confounded the negative test; either through plugging or hydrostatic pressure effect.  The use of the unorthodox spacer also quite possibly confounded and confused certain critical events that followed the negative test.

## Displacement Pressure Schedule

It was noted that a displacement pump schedule was not prepared prior to displacing the Macondo Well.  A displacement pump schedule indicates the pump

CONFIDENTIAL

21:17 hours, rig pump #2's pressure spiked to over 7,000 PSI apparently due to a closed valve or plugging of the kill/choke line. The kill/choke line in question may have been the same line utilized during the negative test and if so may have been plugged with spacer. The sudden pressure spike caused rig pump #2's pressure relief valve (PRV) to open. Rig pumps, #2, #3, and #4 were immediately shut down, with rig pump #1 continuing to pump seawater in the riser through the boost line. The pump pressure noted on the post incident Sperry Sun data did not return to as low a value or a lower value than during the sheen test. Again, having a displacement pump schedule may have aided the personnel monitoring the well by allowing them to compare the pressures being seen with what should have been expected. The driller immediately dispatched drilling personnel from both the driller's shack and other areas to the pump room to assist the derrick hand. At some point the on tour toolpusher also left the driller's shack and went to the pump room. This event injected distraction into the displacement operation and well monitoring efforts for the drill crew. However, it should not have affected the monitoring focus of the Sperry Sun Mud logger.

The rig pumps that had been shut down were brought back on line at +/- 21:20 hours. Ramp up time for the rig pumps was +/- 2 minute. The driller continued to manually ramp up the pumps over the next +/- 4 minutes. Also during that time the kill/choke line pressure was noted to be gradually increasing until approximately 21:26 hours when the kill line pressure started to significantly increase to over 800 PSI. This was an indication that the kill/choke line may have been plugged and was now partially opened and was now in communication. The kill line pressure peaked at +/- 830 PSI and then began a gradual decline.

It appears that after noting the anomaly the driller shut down to diagnose the situation. Rig pumps #3 and #4, which were on the displacement string, were shut down by 21:30 hours. Rig pump #1 was shut down by 21:31 hours. Repairs to rig pump #2's PRV were being completed so it was still offline. Once the rig pumps were offline a steady build up of drill pipe pressure was noted. The drill pipe pressure steadily increased for the next +/- 3 minutes building up from +/- 1200 PSI to 1800 PSI. The drill pipe pressure then stabilized and began to slightly decrease over the next 2 minutes, to +/- 1700 PSI.

At 21:36 hours the drill crew opened a valve on the standpipe manifold and bled the drill pipe pressure for +/- 2 minutes. The drill pipe pressure dropped significantly (to +/- 800 PSI) but did not bleed off. The drill pipe was then shut back in, with drill pipe pressure building back to +/- 1400 PSI, which was lower that the pre-bleed drill pipe pressure. The drill pipe pressure stabilized at 1400 PSI for 1 minute and then began to decline steadily. Over the next 3 minutes the drill pipe pressure declined to a low of +/- 300. During this period of time the well was lined up on the trip tank and significant flow from the well was noted. The drill pipe pressure then started to increase again. Well fluid overflowed onto the rig floor and shot up into the derrick.

CONFIDENTIAL

# Cirriculum Vitae

### RESUME AND
### PERSONAL DATA

Calvin Charles Barnhill          Telephone:
200 Travis Street, Suite 103     Office:   (337) 233-0830
P. O. Box 5-A   (70505)          Fax:      (337) 233-9772
Lafayette, Louisiana  70503      Home:     (337) 989-8075

## PERSONAL DATA

Date of Birth:          September 13, 1950
Height:                 5'10"
Weight:                 200 Lbs.
Health:                 Excellent

## PROFESSIONAL EDUCATION

High School:            Graduated 1968.
                        Curriculum - College Preparatory

College:                B.S. in Petroleum Engineering -
                        L.S.U., 1975
                        M.S. in Petroleum Engineering L.S.U., 1977, with
                        an additional 33 hours of graduate level
                        environmental course work

## INDUSTRY EDUCATION

I.A.D.C. Blowout School (L.S.U.)
U.S.L. Blowout School
PETEX (UT) well control School
Advanced Well Control School
Bariod Basic Mud School
Bariod Advanced Mud School
Preston Moore Drilling Practices
Hughes Bit and Hydraulics School
Halliburton Sand Control School
Wilson Fishing Tools and Fishing Practices
B-J Seminar on Gravel Packing
Baker Seminar on Gravel Packing
Tenneco Oil Company Economics School

CONFIDENTIAL

DWH                                        9/23/11                                        Page 2

First Aid School
Pal Mix Workover and Completion Fluids School
Drilling Problems and Practical Solutions
Well Planning School
Drilling Optimization School
Abnormal Pressure Detection School
Hydrogen Sulfide School
Well Planning II
Advanced Casing Design

## HONORS

Pi Epsilon Tau - The Petroleum Engineering Honor Society

L.L.&E. Scholarship - Awarded for Petroleum Engineering Studies

R.C. Baker Scholarship - Awarded for Petroleum Engineering Studies

W.A.A.I.M.E. National Scholarship and Grant - Awarded for Petroleum
Engineering Studies

## FELLOWSHIP

Louisiana Water Resource Research Institute - Awarded for Graduate Work in
Petroleum Engineering Studies at L.S.U. - Duties:  Research work for Miscible
Storage Processes

## ORGANIZATIONS AND BOARDS

National Society of Professional Engineers
Louisiana Engineering Society
Society of Petroleum Engineers
American Association of Drilling Engineers
Society of Independent Professional Earth Scientists
National Association of Corrosion Engineers
Acadiana Safety Association
American Society of Safety Engineers
I.A.D.C.
Who's Who Registry of Business Leaders
University Of Texas PETEX Advisory Board
Chairman of PETEX Publications Committee
PETEX IADC Well CAP Representative
Episcopal School of Acadiana

CONFIDENTIAL

DWH                                    9/23/11                                    Page 3

PROFESSIONAL STATUS

Registered Professional Engineer
State of Louisiana
Number 18851

MANUALS/PUBLICATIONS

The Effect of Mixed Zone Length on the Growth of Viscous Fingers during a
Miscible Displacement.  (Masters thesis L.S.U.)

Blowouts - Wasteful of Time, Money and Natural Resources - Presented at the
Congress of Petroleum Engineers - Mexico City, Mexico, March, 1979.

Underground Blowouts in Deep Well Drilling - S.P.E.  Paper 7855 - Presented at
the Deep Drilling Symposium - Amarillo, Texas, April, 1979.

MMS certified Well Control Manual for the Marlin Drilling/Tenneco Oil Company
MMS certified Well Control School – Basic and Advanced Level.

Drilling Manuals for Marlin Drilling and Tenneco Oil Company.

EMPLOYMENT HISTORY

Current:     Northstar Exploration Company – Lafayette Louisiana
             Company President:

             Exploration/Production Operations
             Work with geologists and geophysicists generating and developing
             prospects in south Louisiana, offshore Louisiana, southeast Texas and
             southwest Mississippi.  My duties involve the management,
             engineering, geological, land, legal and funding aspects of oil and gas
             exploration.  This includes overseeing operations for Northstar and its
             associated partners while developing various prospects.

             Engineering/Safety/Consulting Operations
             Registered Professional Engineer - duties include:  Reservoir
             engineering studies including lease evaluations, reservoir analysis and
             economic forecast on properties; designing drilling, completion and
             workover operations; designing surface production process facilities,
             including pumping units and salt water disposal systems; on-site rig
             supervision work; office and field supervision of drilling, completion
             and workover operations; office and field supervision of production
             operations; teaching various schools to include: Deep water drilling
             operations and well control courses; Rig Inspection Courses; drilling

CONFIDENTIAL

and production phase of Petex Offshore Operations School; and an accident investigation course; incident investigation for both litigation and non-litigation purposes; presentation of investigative results to State and Federal agencies; pre-job rig inspection surveys on both offshore and onshore drilling, completion and workover rigs; certification of offshore production platform safety systems to comply with 30 CFR 250 as per API 14C; University of Texas Petroleum Extension Service's (Petex) representative for IADC Well Cap committee; University of Texas' Petroleum Extension Service (Petex) Advisory Board Member and Chair of the Petex Publications Committee.

Analysis / Investigative Work
Worked with the United Stated Department of Justice, Texas Attorney General's office, various domestic and international insurance companies and various law firms in Louisiana, Texas, Mississippi, Oklahoma, Alabama, California, West Virginia, North Dakota, Utah, Kentucky and Alaska. Work performed included well control, drilling, completion, workover and production operations issues plus design issues, equipment failures, reservoir analysis and economic evaluation issues to include lost and/or deferred production claims, safety issues and environmental issues. I have testified in and have been accepted in Texas state and federal courts, Louisiana state courts, Louisiana Western District Federal Court, Middle District Federal Court and Eastern District Federal Court, Mississippi federal courts, California state courts and New Mexico state courts. Investigated incidents both domestically and internationally to include: offshore Egypt, offshore Spain, offshore Malaysia, offshore Italy, the North Sea and the South China Sea.

Blowout Investigation
Investigated over one hundred (100) major blowouts (both surface and underground) for various companies. These wells ranged in depth from a few thousand feet to wells in excess of 21,500 feet. This work included wells located both domestically and internationally. H2S was a major consideration in some of the deeper wells.

Arbitration
Worked as an arbitrator in resolving disputes between various companies involving drilling operations and/or equipment failures.

Environmental
Supervised drilling, completion and workover procedures to include waste management disposal, pit closures, salt water and hydrocarbon disposal and location clean up and restoration work. Managed

CONFIDENTIAL

production facilities to include waste management and fluids disposal. Supervised the P&A and site restoration of producing wells and production facilities, to include NORM contaminated sites.

1979 – 1985: <u>C & B Exploration Co., Inc., (CBX)</u> – Lafayette Louisiana
Company President, managed engineering, exploration and consulting operations.

<u>Exploration/Production Operations</u>
CBX maintained an exploration staff and operated its producing properties. I was involved in all phases of these operations. I worked with and managed geologist in determining prospects: raised funds for the prospects; acquired leases; worked with lawyers on title opinions; drilled and completed wells; put wells on line; worked with pipeline companies making distributions; managed production payments; managed field personnel and oversaw drilling and production operations.

<u>Engineering Operations</u>
Designed, drilled and completed wells (performed both in office and onsite operations); designed, installed and maintained surface equipment, production facilities, pipelines, pumping units, and salt water disposal systems; performed lease evaluations, reservoir analysis and economic forecast on properties.

<u>Consultant/Safety/Operations</u>
Designed wells and oversaw drilling operations from the office for several rigs simultaneously for major independents; worked on site as a company man for major independents; performed lease evaluation, reservoir analysis and economic forecast for individuals and small independent oil companies; wrote and taught U.S.G.S. Certified well control schools and wrote a drilling practices manual for a major international drilling contractor; taught U.S.G.S. certified well control schools for the University of Texas; performed expert witness work for various Law Firms in Louisiana, Mississippi and Texas.

<u>Environmental</u>
Supervised onshore and offshore drilling completion and workover operations to include waste management and disposal, pit closures, salt water and hydrocarbon disposal and location clean up and restoration.

1978 - 1979: <u>Independent Self Employed Consultant</u>
Worked for Prentice and Records Enterprises, Inc., of Lafayette,

CONFIDENTIAL

Louisiana as a Certified Well Control Instructor in the following schools: The U.S.L. Certified Well Control School; The U.S.L. Certified Well Control Refresher School; and the International Well Control School. (The certification is by the MMS). Instructor for the Prentice and Records Drilling Practices and Practical Solutions Course. This course is a two week course which covers well control, drilling fluids, drilling optimization and well planning.

Worked for Louis Records & Associates of Lafayette Louisiana doing well planning and well history analysis.

1977 - 1978: <u>Tenneco Oil Company</u> - Lafayette, Louisiana
Worked as a Drilling Engineer in the Offshore Division. The duties performed consisted of the following: Well planning work for normal and abnormal pressured wells; well completion planning; rig site supervision of drilling, workover, and completion operations; bringing out new rigs; budget work and computer work. Duties included all safety and environmental aspects of drilling, completion and workover operations offshore.

1976 - 1977: <u>I.A.D.C. Blowout School</u> - L.S.U. Baton Rouge Louisiana
Instructed classroom sessions, well site sessions and simulator sessions in all phases of Well Control work.

<u>Masters Degree Program</u> - L.S.U. Baton rouge Louisiana
Work to obtain a Masters Degree in Petroleum Engineering consisted of the following: constructing a sandstone reservoir and determining its flow characteristics; performing fluid flow test through the model to determine the effects of fluid behavior in a reservoir using an unfavorable mobility ratio during a miscible displacement; analyzing all results to determine the most efficient method for conducting a miscible type secondary recovery project. Upon completion of the work, a thesis was prepared. This work was done in conjunction with the Civil Engineering Department.

<u>Penrod Drilling Company</u> - False River Field
Worked as derrickman and relief driller while attending L.S.U.

1974 - 1976: <u>Louisiana Water Resource Research Institute</u> - L.S.U.
Worked while attending L.S.U. for a B.S. in Petroleum Engineering. The work consisted of working with the larger reservoir flow models in the graduate laboratories. The studies consisted of the following: water storage and recovery in underground reservoirs; effects of bed dip on storage and recovery of fluid from reservoirs; effects of fluid characteristics in a homogeneous system; favorable and unfavorable

CONFIDENTIAL

mobility ratio studies; effects of boundary wells and image wells for fluid control and boundary effects. These studies were conducted through the Petroleum Engineering Department and the Civil Engineering Department.

Penrod Drilling Company, H&P Company, and Noble Drilling Company - False River
Worked as roughneck and derrickman while attending L.S.U. for B.S. in Petroleum Engineering.

Amoco Oil Company - New Orleans, Louisiana
Worked as a Reservoir Engineer in the division office in the special Reservoir Engineering section. Duties were to evaluate offshore reservoirs for the potential of conducting secondary recovery processes. This included determining which reservoirs were secondary recovery candidates and determining what processes would be used in which reservoir.

Getty Oil Company - Houston Texas Research Laboratory
Work consisted of conducting polymer based secondary recovery floods to determine the feasibility of actual polymer floods working in given West Texas fields.

1971 - 1973: Penrod Drilling Company: The Mayronne Company
Work consisted of all types of rig work from roughnecking to drilling. Worked on various new rigs. Worked on both offshore and onshore locations. Worked offshore Louisiana and Texas. Worked onshore in North Louisiana, South Alabama and North East Florida. Worked in normal and abnormal pressured environments and H2S environments.

Summers /
Holidays
1968 - 1970: Chevron Oil Company - Gulf of Mexico
Worked as a contract production hand on offshore production platforms and bay facilities.

CONFIDENTIAL