1

1        UNITED STATES DISTRICT COURT

         EASTERN DISTRICT OF LOUISIANA

2

3    IN RE:  OIL SPILL      )   MDL NO. 2179

     BY THE OIL RIG         )

4    "DEEPWATER HORIZON" IN )   SECTION "J"

     THE GULF OF MEXICO, ON )

5    APRIL 20, 2010         )   JUDGE BARBIER

                            )   MAG. JUDGE SHUSHAN

6

7

8

9

10

11

12

13

14

15

16

17            * * * * * * * * * * * * * * * *

                      VOLUME 1

18            * * * * * * * * * * * * * * * *

19

20

          Deposition of Calvin Charles Barnhill,

21   P.E., taken at the Pan-American Building, 601

     Poydras Street, 11th Floor, New Orleans,

22   Louisiana, 70130, on the 29th day of November,

     2011.

23

24

25

**PURSUANT TO CONFIDENTIALITY ORDER**

1  rather than using the shear pins?

2      A.   I -- I think the idea was to see if --

3  and, again, I didn't -- I wasn't involved in the

4  tests they conducted --

5      Q.   M-h'm.

6      A.    -- I'm just giving you my -- my 2-cent

7  opinion here is, you know, if you -- you're

8  fixing the cage, then it's what's -- what

9  pressure is it going to take to shear the ball

10  out of the cage.

11     Q.   All right.  But if you fix the cage,

12  are -- you're eliminating the ability of the

13  shear pins on the top of the tube to shear,

14  correct?

15     A.   If you fix them, you are, yes.

16     Q.   Okay.  Mr. Barnhill, how many negative

17  tests would you say you've designed in your

18  40-year career?

19     A.   I don't know.

20     Q.   Do you have -- do you think more than

21  one?

22     A.   Oh, yeah.

23     Q.   Okay.  And -- and how many tests --

24  negative tests have you supervised?

25     A.   Again, I don't know.

PURSUANT TO CONFIDENTIALITY ORDER

108

1    Q.   Okay.

2    A.   It's been several.

3    Q.   Okay.  Would you give the same answer to

4  the number of negative tests that you've actually

5  conducted?

6    A.   Yes.

7    Q.   And the same answer to the number of

8  negative tests you've participated in?

9    A.   Yeah.

10    Q.   So you have personally designed,

11  supervised, conducted, or participated in

12  multiple negative tests?

13    A.   I have.

14    Q.   Okay.  Were any of those on deepwater

15  wells?

16    A.   They were not.

17    Q.   Okay.  Were any of them offshore?

18    A.   Yes.

19    Q.   Okay.  Are you aware of any Law or

20  Regulation that governs the United States of

21  America concerning how to conduct a negative

22  test?

23    A.   I am not.

24    Q.   Are you aware of any Law or Regulation

25  in -- anywhere that defines how to interpret a

1           MR. HYMEL:   Object to form.

2    A.   Unless I've got a really ornery Company

3 Man, I would expect him to.

4    Q.   (By Mr. Regan) Okay.   Do you know who

5 prepared the Displacement Procedure that's set

6 forth on Exhibit 3196?

7    A.   It's my understanding Leo Lindner, the

8 SWACO -- one of the SWACO personnel provided

9 this.

10    Q.   Okay.   And do you understand that he was

11 instructed to prepare this procedure consistent

12 with the way the rig had done negative tests

13 before?

14    A.   I don't know that I know that.   I may --

15 I may have read it in a deposition, but I

16 don't --

17    Q.   Okay.

18    A.   -- I don't remember that sitting here.

19    Q.   Several places in your Report you refer

20 to the spacer that was used as "unorthodox."

21    A.   It --

22    Q.   Do you recall using that term?

23    A.   I do.

24    Q.   What do you mean by "unorthodox"?

25    A.   It contained -- it was made up of two

**PURSUANT TO CONFIDENTIALITY ORDER**

147

1  lost circulation material pills.

2      Q.  Okay.  And that would be FORM-A-SET and

3  FORM-A-SQUEEZE?

4      A.  It was.

5      Q.  Okay.  The FORM-A-SET, what type of agent

6  does it need to actually activate?

7      A.  There is an activator.  I don't remember

8  off the top of my head what it is, but there is

9  an activator.

10     Q.  Right.  The FORM-A-SET uses a

11  cross-linking agent to activate, correct?

12     A.  If it's a polymer based, yes.

13     Q.  Right.  And was there a cross-linking

14  agent used in the FORM-A-SET that was used in the

15  spacer on April 20th, 2010?

16     A.  My understanding is there was not.

17     Q.  Okay.  The FORM-A-SQUEEZE, that's a

18  defluidizer, correct?

19     A.  That's my understanding, yes.

20     Q.  And that needs pressure and temperature

21  in order to activate, correct?

22     A.  Correct.

23     Q.  Was the pressure and temperature at the

24  mud line, 5,000 below -- feet below sea level,

25  sufficient to activate the FORM-A-SQUEEZE?

**PURSUANT TO CONFIDENTIALITY ORDER**

272

1    but I had seen it earlier when we talked about

2    it.

3        Q.   Okay.   And you saw on Tab 30, which is

4    Exhibit 3326, the negative test while displacing

5    procedure --

6        A.   Where?   Wait.   You lost me on that one.

7        Q.   Tab 30.

8        A.   Tab 30.

9        Q.   Just one --

10       A.   Okay.

11       Q.   -- one over.

12       A.   Okay.

13       Q.   That in this Negative Test While

14   Displacing Procedure, again, it said there would

15   be the use of a water-based spacer for the

16   negative test?

17       A.   (Reviewing document.) Yes.

18       Q.   Okay.   In your opinion, Mr. Barnhill, is

19   there a problem with using water-based spacer

20   material to isolate riser mud in order to allow a

21   controlled underbalance for a negative test?

22       A.   The problem I see with the negative

23   test -- with using a spacer -- or conducting your

24   negative test with the spacer involved is it

25   creates or has the potential to create a level of

**PURSUANT TO CONFIDENTIALITY ORDER**

1  confusion, and I think that's what we saw here in

2  the Macondo Well.

3      Q.  Okay.

4      A.  I'm not saying you can't do it, but you

5  run the risk of, when you do it, it can create

6  complications for your test, and if it means that

7  you misinterpret your test, then the results can

8  be catastrophic.

9      Q.  You have seen from the documents we've

10  gone through today, that April 20th was not the

11  first time that the DEEPWATER HORIZON had a

12  negative test conducted that involved the use of

13  water-based spacer?

14      A.  I have seen that today.

15      Q.  Okay.  And you've seen that the

16  Displacement Procedure for April 20th, 2010

17  indicated that the spacer was to be above the BOP

18  stack?

19      A.  That was the plan.

20      Q.  That was the plan.  You see in the

21  document in front of you, the January 28th

22  procedure, Exhibit 3326, the procedure sets forth

23  that the spacer would be displaced above the top

24  of the stack?

25      A.  It does.

**PURSUANT TO CONFIDENTIALITY ORDER**

435

1  plugged --

2              MS. SCOFIELD:  Objection, form.

3       Q.   (By Mr. Ayers) -- by the LCM spacer?

4       A.   In my opinion, that is one of the

5  possibilities, yes.

6       Q.   Had you, in your 40 years of experience,

7  ever seen LCM materials used as a -- a spacer?

8       A.   Not that I remember.  I -- I do not

9  remember these types of spacer materials being

10 used as a spacer.

11      Q.   Okay.  And you also note that spacers are

12 typically on the order of 200 barrels?

13      A.   They are.

14      Q.   And in this case, it was over 400

15 barrels?

16      A.   It was.

17      Q.   And that is unusual, in your opinion?

18      A.   It is unusual.  Typically you want to

19 have a sufficient amount of spacer to make sure

20 you don't have interface problems between the two

21 boundaries.  But other than that, you know, as

22 long as you're not concerned about mixing or

23 contamination, then there's -- you know, more

24 spacer just means more time and more expense.

25      Q.   M-h'm.  But the more you pump into the

**PURSUANT TO CONFIDENTIALITY ORDER**

567

1  consider yourself to be an Expert in the chemical

2  composition of spacer fluids generally?

3      A.  Do not.

4      Q.  Okay.  And you've never conducted any

5  formal research on the topics of the chemical

6  composition of spacer fluids or lost circulation

7  materials, correct?

8      A.  Have -- as far as chemical compositions,

9  no.  There are some mechanical properties of

10 certain types of spacer -- or of lost circulation

11 material that I'm familiar with, but not chemical

12 composition.

13     Q.  Okay.  We'll get into that shortly.

14     A.  Okay.

15     Q.  Have you ever testified as an Expert on

16 the topic of lost circulation materials in the

17 past?

18     A.  I have testified some in the -- in the

19 dealing with the issues of lost circulation, and

20 whether certain lost circulation materials were

21 appropriate to be used in those applications, but

22 not as to the design, makeup, chemical

23 composition of the lost circulation material.

24     Q.  And how about as to spacer fluid

25 generally, have you testified as an Expert on

**PURSUANT TO CONFIDENTIALITY ORDER**

568

1  that topic?

2      A.  I have testified in -- in matters where

3  there have been displacements of fluids where

4  packer fluids -- I'm sorry, spacer fluids have

5  been used, but I -- I don't know that that was a

6  topic of the discussion.

7      Q.  Have you ever worked as a Drilling Fluids

8  Engineer, or a Mud Engineer as you might know it?

9      A.  I have not.  Correct, I have not.

10     Q.  Okay.  Did Transocean ask you to evaluate

11 this spacer that was used in the Displacement

12 Procedure on the Macondo?

13     A.  Did not.

14     Q.  Did Transocean ask you to opine on the

15 spacer that was used in the Displacement

16 Procedure on the Macondo?

17     A.  No.  There was nothing specific as far

18 as -- as that.  Again, the comments I made

19 dealing with the spacer fluid were in the context

20 of the overall event as it occurred.

21     Q.  With whom have you discussed the use of

22 the spacer material that was used on the Macondo

23 other than the lawyers at Transocean?  Have you

24 interviewed anyone in regard to your opinions

25 regarding the spacer fluid?

**PURSUANT TO CONFIDENTIALITY ORDER**

578

1    Q.  And we'll get to that --

2          MR. HYMEL:  You need to let him

3  finish his answer.

4    Q.  (By Ms. Scofield) Go ahead.

5    A.  Okay.  But anyway, so, go ahead.

6    Q.  What I'm really asking is:  What weight

7  would you normally expect a spacer to be if

8  you're looking at a 14-pound synthetic-based mud?

9    A.  I think you'd want -- you know, it's,

10  typically, something slightly heavier.  I don't

11  know that I would have gone to 16 pound.  You

12  might go to 14.5, 15 pound, something like that.

13  I don't particularly have a problem with the

14  16 pound.  You could use the 16 pound.

15    Q.  Throughout your Report, you refer to the

16  spacer as "unorthodox?"

17    A.  It is.

18    Q.  Tell me the basis for your opinion.  What

19  made the spacer "unorthodox" in your opinion?

20    A.  The fact they're using two lost

21  circulation mater -- material pills to -- to do

22  this spacer.

23    Q.  And so --

24    A.  That's not -- and all -- what I meant by

25  "unorthodox" is it's not what we normally use as

**PURSUANT TO CONFIDENTIALITY ORDER**

579

1 spacer material.

2 Q. So when you use the term "unorthodox,"

3 you're not ascribing any sort of nefarious term

4 to that. It's simply it's a different type of

5 spacer than normally would be used; is that

6 correct?

7 A. Correct, correct.

8 Q. And the only thing that makes it

9 different from a normal spacer would be the use

10 of the FORM-A-SET AK and the FORM-A-SQUEEZE in

11 the spacer, correct?

12 A. Right. I -- in my experience, I'm just

13 not used to people using lost circulation

14 material as -- as spacer.

15 Q. Regarding the comment -- and turn to

16 Page 28 in your Report.

17 A. Sure.

18 Q. You state that: "After the fact testing

19 indicated that significant settling did occur

20 when it was tested in seawater."

21 A. Correct.

22 Q. To what testing are you referring?

23 A. I think there was some work done maybe in

24 association with the Bly Report where they had

25 done some -- some indication of that.

**PURSUANT TO CONFIDENTIALITY ORDER**

580

1      Q.   When you say "they," to whom are you

2    referring?

3      A.   BP, I think, is the one that had -- I

4    don't know that they did the work, but I think

5    that's who had the work done.

6      Q.   Specifically what portion of the testing

7    did you rely on to reach the opinion that

8    significant settling did occur?

9      A.   I think it was reported that they saw

10   settling in the -- in the test.

11     Q.   And do you recall specifically what was

12   stated in that regard?

13     A.   I don't remember exactly.

14     Q.   What do you consider "significant" to be?

15     A.   Well, again, one of my concerns would be

16   not so much on the spacer end in -- in contact

17   with the synthetic-based mud, it's more of what's

18   going to happen with the -- the seawater.

19          So if you're going to have suff --

20   significant settling so that you could create a

21   plugging problem, that would be significant in

22   my pero -- in -- in -- in my opinion.

23     Q.   Based on the testing that you referenced

24   in your Report, can you recall what amount of

25   settling lead to you believe that it was

581

1  significant?

2     A.  I don't remember what the Report -- how

3  it would -- said it.  What -- what I -- to me,

4  what's going on was, basically, we know that

5  there was a differential in the negative test.

6  The diff -- the differential was created during a

7  time where there was spacer in that area to be

8  able to have an effect on the choke and kill

9  line.

10       We know the choke and kill line got a

11  totally different response than you would have

12  gotten off the drill pipe side.  So that had to

13  be associated with either plugging of the line or

14  a differential in hydrostatic pressure associated

15  with the line.

16       So if you're getting significant -- if

17  you're plugging, then that, to me, would be

18  significant settling.

19     Q.  And you've done no testing to

20  conclusively establish that any plugging

21  occurred, correct?

22     A.  The only thing that we have to -- that I

23  have to go by is, is the -- the indications that

24  occurred in the negative test.

25     Q.  How much time did you spend reviewing and

PURSUANT TO CONFIDENTIALITY ORDER

582

1  evaluating the testing you referred to?

2      A.   The negative test?

3      Q.   I -- no.  I'm sorry.  The testing you

4  refer to as the basis for your opinion on Page 28

5  regarding significant settlement.

6      A.   Well, again, I just -- all I did was

7  referencing the fact that they had prepared that

8  document, and that document had indicated that

9  there was some settling associated with it, which

10 would not surprise me.

11     Q.   Okay.

12     A.   I would have expected to see settling

13 with seawater.  And if --

14     Q.   And --

15     A.   I'm sorry.

16     Q.   Go ahead.

17     A.   No.  I was going to say, and -- and, to

18 me, one of the, you know -- I -- I did note that

19 Mr. Lindner indicated that he took two gallons of

20 the substance, the different substances, and

21 mixed them together and tested them.

22          To me, one of -- I think one of the tests

23 I would have wanted to see ahead of time was,

24 "Okay, now let's take that two-gallon mixture

25 and -- and put it in with two gallons of seawater

**PURSUANT TO CONFIDENTIALITY ORDER**

583

1    and let's see what's going to happen."

2         Q.   And you've not performed that test

3    yourself, correct, after the fact?

4         A.   I have not.

5         Q.   And Transocean did not ask you to perform

6    any such tests, correct?

7         A.   Did not.

8         Q.   And you've not reviewed the testi -- the

9    Expert Report of Dr. Martin Chenevert in that

10   regard, correct?

11        A.   I did not.

12        Q.   Back to my question about how much time

13   you spent reviewing the testing that form -- the

14   Report that formed the basis of your opinion

15   regarding significant settlement occurred when

16   the LCM mixture was tested in seawater.

17             Did you interview anyone involved in this

18   testing?

19        A.   Did not.

20        Q.   Did you do anything to independently

21   corroborate what you believe you read in that

22   Test Report?

23        A.   Did not.

24        Q.   Okay.

25        A.   Again, that had nothing to do with the

**PURSUANT TO CONFIDENTIALITY ORDER**

584

1   basis of my opinion.  It didn't surprise me that

2   they saw settling out of it.

3       Q.  And --

4       A.  But my opinion was -- dealt more with why

5   did -- why were we seeing the anomaly that we saw

6   during the negative test.

7       Q.  And yesterday I believe you testified

8   that you think it was the barite that would have

9   settled out from the spacer material, correct?

10      A.  That -- typically, that's what you're

11  going to see.

12      Q.  And so, in that regard, the LCM spacer

13  really would not have been any different than a

14  typical spacer used in the Gulf, correct?

15      A.  Correct.  Again, the issue is not so much

16  makeup of spacer.  Although, to me, it's an

17  unorthodox spacer.  It's the fact that we had the

18  spacer there that had the ability to confound or

19  confuse the -- the test.

20      Q.  So it's the mec -- the mechanical use of

21  the spacer, where it was placed in the procedure,

22  as opposed to the actual makeup of or the

23  chemical composition of the spacer itself?

24      A.  And -- and I don't even know that I would

25  say it exactly like that.  It was the

**PURSUANT TO CONFIDENTIALITY ORDER**

585

1    intertwining of the spacer and the negative test.

2        Q.   And, again, you offer that as only one

3    possibility.  You've also said that it could have

4    been a hydrostatic effect, correct?

5        A.   But that would have been a hydrostatic

6    effect created by the weight associated or the

7    density associated with the spacer.

8        Q.   It could have been caused by a closed

9    valve, correct?

10       A.   Yeah, it could it have been, but I'm not

11   sure that that's really plausible, but it could

12   have been.

13       Q.   Going back to the settlement testing that

14   was done by BP that you reference on Page 28, you

15   understand that that testing was performed over

16   several -- over several days, correct?

17       A.   I do.

18       Q.   And that the spacer was actually downhole

19   for only a couple of hours, correct?

20       A.   I don't know the exact time, but whatever

21   it took to displace it around, yes.

22       Q.   Certainly not several days?

23       A.   It was not several days.

24       Q.   Are you familiar with what -- with what

25   the downhole temperature was?

**PURSUANT TO CONFIDENTIALITY ORDER**

586

```
 1        A.   The external temperature would have

 2   been -- my memory is right around 40 degrees.

 3        Q.   Do you have an understanding of what

 4   temperature the testing was performed at that

 5   performed the basis -- that formed the basis of

 6   your opinion?

 7        A.   Again, I'd have to go back and look at

 8   the document.  I don't remember as I'm sitting

 9   here.

10        Q.   Do you have an understanding that the

11   testing did not replicate the actual downhole

12   temperature?

13        A.   That would not surprise me, but I -- I

14   just don't remember my -- as I'm sitting here.

15        Q.   Would it surprise you that the testing

16   did not replicate downhole conditions in terms of

17   timing or temperature?

18        A.   No, it would not have particularly

19   surprised me.

20        Q.   And you have no other basis for your

21   opinion that settlement occurred, other than that

22   testing, correct?

23        A.   The fact that barite could settle out of

24   a water-based fluid is something that I've been

25   familiar with for a long time.  So I guess the
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1 way I would say it is, the test results didn't

2 surprise me any.

3    The fact that potential plugging and -- I

4 did not rely on that Report or that statement for

5 a belief that either -- that the anomaly that we

6 were seeing of no flow on the choke and kill line

7 was associated with either a plugging problem or

8 a hydrostatic pressure problem.

9   Q. Which, again, brings us to the fact that

10 your testimony regarding the spacer itself is not

11 based on the fact that LCM components were

12 included in it, correct?

13   A. My concern with the spacer was the effect

14 this spacer fluid had on the -- the results of

15 the test, whether that would be from barite,

16 viscosity, whatever.

17   Q. Have you done any testing on the

18 potential settlement rate of a spacer that would

19 be of a typical variety made up of water,

20 DUO-VIS, and barite?

21   A. I have not.

22   Q. And your testimony is that you don't

23 prefer to perform a negative test during

24 displacement, correct?

25   A. My preference would have been, in this

**PURSUANT TO CONFIDENTIALITY ORDER**