UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISISNA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>THIS DOCUMENT APPLIES TO:<br>ALL CASES | MDL No. 2179<br><br>SECTION "J"(1)<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**AFFIDAVIT**

STATE OF LOUISIANA

PARISH OF LAFAYETTE

BE IT KNOWN, that on this 14th day of February, 2012, before me, the undersigned Notary Public, duly commissioned and qualified as such, personally came and appeared Affiant, **CALVIN BARNHILL**, who after being duly sworn did depose and state:

1.

That Affiant, **CALVIN BARNHILL**, is of the full age of majority and is of sound mind and competence to state the facts contained herein;

2.

That Affiant, **CALVIN BARNHILL**, states the facts contained herein based upon his own personal knowledge and belief;

3.

That Affiant, **CALVIN BARNHILL**, has over 40 years experience in the oil and gas industry, has both a bachelor's and master's degree in petroleum engineering, and has training and experience in well blowouts, drilling, drilling mud, and drilling practices, to include the

1

displacement of drilling mud by both spacers and salt water. He has personally designed, supervised, conducted and participated in multiple negative tests during his career.

4.

That as a petroleum engineer, Affiant, **CALVIN BARNHILL**, has extensive knowledge, skill, experience, training, and education concerning the hydrostatic effect of fluids on downhole pressures and well conditions and that solids, such as barite can settle out of water-based fluids. Petroleum engineers are trained in and are capable of determining and understanding the relationships between fluids, including spacers in a downhole well setting. Understanding the pressure relationships and/or fluid suspensions properties of various fluids, to include spacers, is an important part of training that petroleum engineers go through, both in the class room and the field.

FURTHER, AFFIANT SAYETH NOT.

WITNESSES:

_____
(SIGNATURE)

_Casy M. Gary_
(PRINTED NAME OF WITNESS)

_____
(SIGNATURE)

_Kay McGuffie_
(PRINTED NAME OF WITNESS)

_____
CALVIN BARNHILL

2

SWORN TO AND SUBSCRIBED before me, Notary Public, on this _14th_ day of _February_, 2012.

_____
(SIGNATURE/SEAL)
NOTARY PUBLIC

_____
(NOTARY/PRINTED NAME)

NOTARY # 20230
NOTARY IDENTIFICATION NUMBER OR
NOTARY/ATTORNEY'S STATE BAR ROLL NUMBER)

3