# EXPERT REPORT

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
MDL NO. 2179, SECTION J
JUDGE BARBIER; MAGISTRATE SHUSHAN

OCTOBER 17, 2011

*Adam T. Bourgoyne Jr*

**ADAM T. BOURGOYNE, JR., PHD, PE**

6006 BOONE DRIVE, BATON ROUGE, LA 70808-5005
VOICE: 225.766.6536    FAX: 225.766.3779

**CONFIDENTIAL**

The intent of the procedure was to place the entire spacer above the upper annular in the blowout preventer. The actual position of the bottom of the spacer at the time pumping was stopped to do the negative pressure test cannot be accurately determined. If the spacer tank contained 454 barrels of spacer,[46] the interface would be below the bottom of the blowout preventer. In addition, the pump pressure observed when pumping was stopped indicated that the effective height of the spacer was greater than expected for all of the spacer to be above the blowout preventer. I would expect mixing at the spacer seawater interface during the displacement because the spacer was almost twice the density of the water. Once pumping stopped, the rate of settling of solids from the spacer into the seawater below would have increased. Spacers are designed to separate fluids for circulating conditions and not for static conditions. In my opinion, the procedure followed did not place all of the spacer above the blowout preventer and spacer material was in and below the blowout preventer.

## NEGATIVE PRESSURE TEST

A summary of the actions taken by the rig crew during the first Negative Pressure Test is shown in Table 2. A plot of data recorded in real time and transmitted to shore bases by the Sperry-Sun well monitors is shown in Figure 20.

The first action was to close the blowout preventer and bleed fluid from the drill pipe. The Transocean Rig crew conducting the negative pressure test should have expected the drill pipe pressure and choke line pressure to both bleed to zero after bleeding about 4 barrels of water from the drill pipe. Estimates of the initial amount of fluid bled back were in the range of 15 to 25 barrels and the pressure did not bleed to zero. This was an indication that the Negative Pressure Test had failed, but it also could be explained by fluid leaking past the closed blowout preventer. With some additional checking and bleeding, it was seen that the annular preventer was leaking and allowing fluid from above the blowout preventer to leak into the casing that was intended to contain only seawater. The leak was stopped by increasing the closing pressure to the annular in the blowout preventer. An estimate of the amount of fluid that was required to refill the casing was in the range of 50-65 barrels.[47] This is an indication that the 50-65 barrels of seawater had been bled from the well before the leak was found. This would have moved additional spacer material down into the area where the choke line and kill line connect with the

---

[46] The MI-Swaco Drilling Fluid Specialist testified that the volume of spacer in the tank was measured to be 454 bbl. L. Lindner 9/14/11 Dep. Tr. at 151, 268.

[47] MDL Ex. 1 BP Deepwater Horizon Accident Investigation Report at 84; Macondo Well Incident Transocean Investigation Report, Vol. 1 at 96.

between the surface drill pipe pressure and the surface kill line pressure, both the drill pipe pressure and the kill line pressure would have to be zero for the negative test pressure to be good.

As shown in Figure 18, the hydrostatic pressure computed at the top of the shoe joint using a surface mud weight of 14 pounds per gallon is 10,784 psi. Adding a stabilized surface drill pipe pressure of 1,400 psi to the hydrostatic pressure gives a pressure of 12,184 psi at the top of the shoe joint. This is equivalent to a 12.95 pressure gradient, which is close to the measured formation pore pressure. This calculation does not account for low density oil that may have occupied an unknown height above the Shoe Track. The effect of the oil would be to slightly lower the equivalent density calculated and make it even closer to the measured formation pore pressure. This calculation also does not account for the potential effect of the fluid column height of spacer below the blowout preventer, which could also impact the pressure reading.

The reason that the kill line did not flow during the 30 minute test cannot be completely resolved. It could have been caused by a sufficient effective height of spacer material[51] on the kill line side of the U-tube, by a plugged kill line due to settling of barite and loss of circulation material, or a closed valve. We know that a pressure relief valve actuated later when trying to start pumping down the kill line. This could have been caused by a plugged kill line or a closed valve. There were other instances of pressure relief valve actuations reported in the drilling records.

If plugging did occur due to spacer, in my opinion, the plugging would be related more to the placement of the spacer than to the inclusion of loss circulation material in the spacer. Barite was by far the predominant solid in the spacer. A 16 pound per gallon spacer with no loss circulation material will contain about 30% barite by volume. The barite is about twice as dense as loss circulation material and would settle readily from a 16 pound per gallon mud that is mixing freely with seawater in a static condition. Barite is a good plugging agent and is sometimes intentionally used to plug off an underground blowout. If a 16 pound per gallon spacer had been used that had no loss circulation material included, placement of the spacer opposite the kill line prior to a negative test would have still been undesirable.

---

[51] Some spacer material would have to be in the kill line and below the closed blowout preventer to have sufficient hydrostatic head.