UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010

Applies to: *All Cases*

MDL NO. 2179

SECTION J

JUDGE BARBIER
MAGISTRATE JUDGE SHUSHAN

## ORDER

[Regarding Transocean's Motion to Compel Deposition
Testimony of Donald Vidrine (Rec. doc. 5656)]

Donald Vidrine was the BP Well Site Leader at the time of the incident. The parties, including Transocean, have sought the deposition of Vidrine. Because of medical issues, he has not appeared for a deposition. In this motion, Transocean contends that medical conditions do not prevent Vidrine from giving a deposition. It served subpoenas for depositions on Vidrine and his physician, Dr. Bob Winston. Vidrine submitted an opposition with a brief update from Dr. Winston, who reports that for medical reasons Vidrine is unable to testify at a deposition.

The subpoenas issued to Dr. Winston and Vidrine are quashed.

Pursuant to Fed. R. Civ. P. 35(a), Dr. Rennie W. Culver will be appointed by the Court to examine Vidrine and provide a report to the Court on whether he is able to give a deposition. Transocean will be responsible for all charges by the physician for the examination of Vidrine and the provision of the report to the Court.

It is not necessary to complete the examination and report before the start of the Phase One trial on February 27, but the examination will be scheduled as promptly as possible.

**IT IS ORDERED** that: (1) Transocean's motion to compel deposition testimony of Donald Vidrine (Red. doc. 5656) is GRANTED in PART and DENIED in PART as provided herein; (2) the subpoenas issued to Dr. Winston and Vidrine are quashed; (3) the Court appoints Dr. Rennie W.

Culver as its expert; and (4) the deadline for any appeal of this order is **Monday, February 20, 2012.**

**IT IS FURTHER ORDERED** that counsel for Mr. Vidrine promptly provide all Mr. Vidrine's medical records and reports of his treating physician to Dr. Culver and schedule an appointment with Dr. Culver for Mr. Vidrine at Dr. Culver's convenience, with the aim that the appointment will be scheduled as soon as possible. Transocean will promptly contact Dr. Culver to make all financial arrangements.

New Orleans, Louisiana, this 14th day of February, 2012.

**SALLY SHUSHAN**
**United States Magistrate Judge**

**Clerk to notify counsel for Donald Vidrine through:**

**Mr. Robert Habans**
**bobhab@bellsouth.net**