UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document applies to:<br><br>In re: Triton Asset Leasing GmbH<br>Case No. 2:10-cv-02771-CJB-SS | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SUSHAN |

## WITHDRAWAL OF MOTION TO QUASH

Plaintiff Craig Michael Breland hereby withdraws his Motion to Quash Transocean Offshore Deepwater Drilling, Inc.'s ("Transocean") subpoenas to Christopher L. Jenkins, M.D., LLC ("Jenkins") and Lynn J. Adams, LCSW ("Adams"). Transocean recently informed the undersigned that it has withdrawn its subpoenas to Jenkins and Adams. Therefore, Plaintiff's Motion to Quash is moot and hereby withdrawn.

s/William E. Bonner
ROBERT T. CUNNINGHAM, JR
rtc@cunninghambounds.com
WILLIAM E. BONNER
web@cunninghambounds.com
Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, Alabama 36604
251-471-6191 (O)
251-479-1031 (F)
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this February 14, 2012 electronically filed the foregoing with the Clerk of this Court using the CM/ECF system which will send notification of such filing to each and every lawyer who has at the time of this filing appeared in this proceeding.

s/William E. Bonner
WILLIAM E. BONNER