UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>THIS DOCUMENT APPLIES TO:<br>ALL CASES | MDL No. 2179<br><br>SECTION "J" (1)<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**TRANSOCEAN'S RESPONSE TO
BP'S OBJECTIONS TO AND APPEAL
FROM MAGISTRATE JUDGE'S ORDER DENYING
BP'S MOTION TO COMPEL LIVE TRIAL ATTENDANCE OF STEVEN NEWMAN
(REC. DOC. 5557)**

COME NOW Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc. and Triton Asset Leasing GmbH (collectively "Transocean") and file this, their response to BP's objections to and appeal from Magistrate Judge's Order entered February 1, 2012 (Rec. Doc. 5557) denying BP's Motion to Compel Live Testimony from Transocean Ltd.'s President and CEO Steven Newman. As is more fully set forth in the accompanying Memorandum, the Order is consistent with Rule 45 of the Federal Rules of Civil Procedure. Therefore, Mr. Newman is not subject to a Rule 45 subpoena and cannot be compelled to testify live at trial.

Respectfully submitted,

By: /s/ Steven L. Roberts
Steven L. Roberts (Texas, No. 17019300)
Rachel Giesber Clingman (Texas, No. 00784125)
Kent C. Sullivan (Texas, No. 19487300)
Sutherland Asbill & Brennan LLP
1001 Fannin Street, Suite 3700

By: /s/ Kerry J. Miller
Kerry J. Miller (Louisiana, No. 24562)
Frilot, L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8169

Houston, Texas 77002  
Telephone:  (713) 470-6100  
Facsimile:  (713) 654-1301  
Email:  steven.roberts@sutherland.com  
rachel.clingman@sutherland.com  
kent.sullivan@sutherland.com  

Facsimile: (504) 599-8154  
Email: kmiller@frilot.com  

-and-

By:   /s/ Edwin G. Preis, Jr.  
Edwin G. Preis, Jr. (Louisiana, No. 10703)  
Richard J. Hymel (Louisiana, No. 20230)  
Preis & Roy PLC  
102 Versailles Boulevard, Suite 400  
Lafayette, Louisiana 70501  
Telephone: (337) 237-6062  
Facsimile: (337) 237-9129  

-and-

601 Poydras Street, Suite 1700  
New Orleans, Louisiana 70130  
Telephone: (504) 581-6062  
Facsimile: (504) 522-9129  
Email: egp@preisroy.com, rjh@preisroy.com  

-and-

By:   /s/ Brad D. Brian  
Brad D. Brian (California, No. 79001)  
Allen M. Katz (California, No. 54933)  
Munger Tolles & Olson LLP  
355 South Grand Avenue, 35th Floor  
Los Angeles, California 90071  
Telephone: (213) 683-9100  
Facsimile: (213) 683-5180, (213) 683-4018  
Email: brad.brian@mto.com, allen.katz@mto.com  

Of Counsel:

John M. Elsley (Texas, No. 0591950)  
Royston, Rayzor, Vickery & Williams LLP  
711 Louisiana Street, Suite 500  
Houston, Texas 77002  
Telephone: (713) 224-8380  
Facsimile: (713) 225-9945  
Email: john.elsley@roystonlaw.com  

Daniel O. Goforth (Texas, No. 08064000)  
Goforth Geren Easterling LLP  

2

4900 Woodway, Suite 750
Houston, Texas 77056
Telephone: (713) 650-0022
Facsimile: (713) 650-1669
Email: dangoforth@goforthlaw.com

*Counsel for Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc. and Transocean Deepwater Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2012, I electronically filed the foregoing with the Court's CM/ECF system and service on all counsel by using the LexisNexis File & Serve, in accordance with Pretrial Order No. 12 which will send a notice of filing to all counsel accepting electronic notice.

/s/  Kerry J. Miller