Exhibit

1

## AFFIDAVIT OF HEATHER G. CALLENDER

STATE OF TEXAS

HARRIS COUNTY

BEFORE ME, the undersigned notary public, personally came and appeared:

### HEATHER G. CALLENDER

who, after first being duly sworn, did depose and testify as follows:

1.  I am over 18 years of age and competent to give testimony.

2.  I am employed as Associate General Counsel and Corporate Secretary for Transocean Offshore Deepwater Drilling, Inc. where I have worked for over two years.

3.  Serving in the capacity of Associate General Counsel and Corporate Secretary for Transocean Offshore Deepwater Drilling, Inc., I have personal knowledge of the corporate structure and the various corporate officers for the Transocean limiting parties (Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling, Inc., and Transocean Deepwater Inc.) and the other various non-limiting Transocean entities.

4.  Based upon my personal knowledge of the corporate structure of the various Transocean entities, I do hereby attest to the following:

    (a) Steven Newman is currently the Chief Executive Officer of Transocean Ltd., a position he has held since March 2010.

    (b) Steven Newman was not employed as an officer of Triton Asset Leasing GmbH at the time of the April 20, 2010 *Deepwater Horizon* incident nor has he ever been subsequently employed as an officer to the present day.

(c) Steven Newman was not employed as an officer of Transocean Holdings LLC at the time of the April 20, 2010 *Deepwater Horizon* incident nor has he ever been subsequently employed as an officer to the present day.

(d) Steven Newman was not employed as an officer of Transocean Offshore Deepwater Drilling, Inc. at the time of the April 20, 2010 *Deepwater Horizon* incident nor has he ever been subsequently employed as an officer to the present day.

(e) Steven Newman was not employed as an officer of Transocean Deepwater Inc. at the time of the April 20, 2010 *Deepwater Horizon* incident nor has he ever been subsequently employed as an officer to the present day.

5.   I declare under penalty of perjury that I know all of the foregoing to be true and correct of my own personal knowledge.

*Heather G. Callender*
HEATHER G. CALLENDER
Associate General Counsel and Corporate Secretary
Transocean Offshore Deepwater Drilling, Inc.

Sworn to and subscribed before me,
this the 25th day of January, 2012.

*Veronica M. Allison*
NOTARY PUBLIC


VERONICA M. ALLISON
Notary Public,
State of Texas
Comm. Exp. 08-03-12

2