AO 88  (Rev. 07/10)  Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Louisiana

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater" et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  USDC -EDLA 10-md-2179 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:  Larry McMahan through his Attorney of Record Kerry J. Miller, Frilot LLC, 1100 Poydras Street, Suite 3700, New
Orleans, LA 70163

   **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below
to testify at a hearing or trial in this civil action.  When you arrive, you must remain at the court until the judge or a court
officer allows you to leave.

| Place: Eastern District of Louisiana<br>500 Poydras Street<br>New Orleans, LA 70130 | Courtroom No.: Barbier Room C268 |
|---|---|
| | Date and Time: |

   You must also bring with you the following documents, electronically stored information, or objects *(blank if not
applicable)*:

   The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Fed.
R. Civ. P. 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing
so, are attached.

Date:  _Feb 8 2012_

| *CLERK OF COURT* | | |
|---|---|---|
| | OR | |
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____ BP
_____ , who issues or requests this subpoena, are:

Don K. Haycraft, Liskow & Lewis, 701 Pydras Street, Suite 5000, New Orleans, LA 70139; 504-556-4128;
dkhaycraft@liskow.com

AO 88  (Rev.07/10)  Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No.   USDC -EDLA 10-md-2179

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*   Larry McMahan

was received by me on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named person as follows:   Kerry J. Miller

Frilot LLC, 1100 Poydras Street, Suite 3700, New Orleans, LA 70163

on *(date)*   2|9|12   ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   2|9|12

_____
*Server's signature*

Corey Savona
*Printed name and title*

701 Poydras St ste: 5000 N.O., LA 70139
*Server's address*

Additional information regarding attempted service, etc: