AO 88 (Rev. 07/10) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater" et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  USDC-EDLA 10-md-2179 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:  Timothy Quirk through his Attorney of Record Eric Reed, The Reed Law Firm, PLLC, 402 Main Street, Suite 3
     South, Houston, TX 77002

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below
to testify at a hearing or trial in this civil action.  When you arrive, you must remain at the court until the judge or a court
officer allows you to leave.

| | |
|---|---|
| Place:  Eastern District of Louisiana<br>500 Poydras Street<br>New Orleans, LA 70130 | Courtroom No.: Barbier Room C268 |
| | Date and Time: 8:00 am Monday, Feb. 27, 2012 |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not
applicable)*:

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Fed.
R. Civ. P. 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing
so, are attached.

Date:  Feb 8 2012

| | | |
|---|---|---|
| *CLERK OF COURT* | OR | |
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____ BP _____
_____ , who issues or requests this subpoena, are:

Don K. Haycraft, Liskow & Lewis, 701 Pydras Street, Suite 5000, New Orleans, LA 70139; 504-556-4128;
dkhaycraft@liskow.com

AO 88 (Rev.07/10) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No.   USDC-EDLA 10-md-2179

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*    Timothy Quirk

was received by me on *(date)*   2-9-12        .

☑ I served the subpoena by delivering a copy to the named person as follows:    Eric Reed

The Reed Law Firm, PLLC, 402 Main Street, Suite 3 South, Houston, TX 77002

on *(date)* February 9, 2012    ; or
@2:45 P.M.

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$   40.00       .

My fees are $ _____    for travel and $ _____    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:   2-9-12

_____        ACTION Process
*Server's signature*

JACK ADDISON JR
*Printed name and title*

P O Box 132042
Houston Texas 77219

X _____
_____
*Server's address*

Additional information regarding attempted service, etc:

ERIC REED
ATTORNEY AT LAW

THE REED LAW FIRM, PLLC          PHONE: 713-600-1800
402 MAIN STREET, SUITE 3 SOUTH    FAX: 713-600-1840
HOUSTON, TEXAS 77002             EREED@REEDLAWPLLC.COM