TRANSOCEAN'S RESPONSE IN OPPOSITION TO UNITED STATES' MOTION
TO EXCLUDE ERIC GREGORY CHILDS AS AN EXPERT

# EXHIBIT A



SUTHERLAND ASBILL & BRENNAN LLP
First City Tower
1001 Fannin, Suite 3700
Houston, TX 77002-6760
713.470.6100 Fax 713.654.1301
www.sutherland.com

**CARTER L. WILLIAMS**
DIRECT LINE: 713.470.6126
E-mail carter.williams@sutherland.com

November 11, 2011

**VIA FEDERAL EXPRESS**

Stephen J. Herman, Esq.  
Herman Herman Katz & Cotlar  
820 O'Keefe Avenue  
New Orleans, LA 70113-1116

James Parkeson Roy, Esq.  
Domengeaux, Wright, Roy & Edwards LLC  
556 Jefferson Street, Suite 500  
Lafayette, LA 70501

Re:   *In re:* Deepwater Horizon, MDL No. 2179

Dear Messrs. Herman and Roy:

Pursuant to the Court's September 2, 2011 Order, please find enclosed a production of documents by Transocean Offshore Deepwater Drilling, Inc. ("TODDI"). The production has been labeled TRN-MDL-02995997 – TRN-MDL-02996086, and constitutes Volume 128 (TRS128) of Transocean's production. Volume 128 contains non-publicly available, previously unproduced Consideration Materials that were listed in the rebuttal reports of the experts retained by TODDI. Please note that many of the documents included in this production have been designated "Confidential" or "Highly Confidential" by TODDI and should be treated in accordance with Pretrial Order No. 13.

Sincerely,

Carter L. Williams

Enclosure

cc:   Paul Sterbcow, Esq.  
      Mary Rose Alexander, Esq.  
      Thomas Nelson, Esq.  
      Michael G. Lemoine, Esq.  
      Theodore E. Tsekerides, Esq.  
      Donald E. Godwin, Esq.  
      Connie S. Delgado, Esq.  
      Daniel Shubert, Esq.  
      Geoff Gannaway, Esq.  
      C. Dennis Barrow, Esq.  
      John C. Funderburk, Esq.  
      Sarah D. Himmelhoch, Esq.  
      Grady J. Flattmann, Esq.  
      Patricia Mills  
      Anthony Irpino, Esq. (w/o enclosure)