UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to: *All Cases*<br><br>(Including No. 10-2771) | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**OPPOSITION TO M-I'S *DAUBERT* MOTION TO EXCLUDE
BEA AND GALE'S OPINIONS REGARDING THE SPACER**

Plaintiffs respectfully submit the following Opposition to M-1's *Daubert* Motion to Exclude Certain Opinions of Dr. Robert Bea and Dr. William Gale [Doc 5402]:

**MAY IT PLEASE THE COURT:**

M-I argues that the Bea-Gale opinion should be excluded regarding the loss-circulation material that M-1 recommended be used as a spacer because Dr. Bea and Dr. Gale testified that they are not experts in "drilling fluids."  However, as unchallenged Process Safety experts, Drs. Bea and Gale are entitled to rely upon the data and opinions of other experts when it is of a type relied upon in that field.  This is especially true where Bea-Gale's opinion is couched in terms of "risk assessment."

**As Unchallenged Experts in Process Safety and Risk Management, Bea and Gale Are Entitled to Rely Upon the Expertise and Reports of Others.**

Bea-Gale's Opinion, as narrowly challenged by M-I, is that BP's decision to use an untried experimental spacer concoction made from left over lost circulation materials increased risk and saved BP both time and money. Report, at 64.  Bea-Gale's opinion is

"risk" centric. The focus is that, by deciding to use an untried experimental spacer (a fact that M-I does not challenge), BP increased the risk profile of the drilling.

It is violative of Risk Management principles to use an untested and unknown substance for such an important function in the dangerous activity of deepwater drilling. Industry Standard Risk Management dictates that when using something for the very first time, a formal risk assessment must be completed where BP should have engaged in testing and research with scientific or industry standard methodology to ensure that it would work. Simply put, BP increased risk by pumping a substance down-hole without knowing whether it would function as intended. Unfortunately, this was emblematic of BP's gross violations of basic Process Safety principles.

As for whether the decision saved time (and therefore saved money), Bea-Gale relied upon the Bly Report. The Bea-Gale Report quotes the Bly Report for the proposition that the decision to use this untested and readily available substance was "brought about by perceived expediency." Report, at 64 n.218. An expert is allowed to use the data and opinions of others, (particularly the primary defendant).

The purpose of allowing experts to rely on another expert's opinions and data is that "an expert cannot be an expert in all fields, and it is reasonable to expect that experts will rely on the opinion of experts in other fields as background material for arriving at an opinion." Concerned Area Residents for the Environ. v. Southview Farm, 834 F. Supp. 1422, 1436 (W.D.N.Y. 1993). "An expert may rely on the reliable opinion of another expert in forming his own opinion." Johnson v. Samsung Electronics America, Inc., 277 F.R.D. 161, 166 (E.D. La. 2011) (Duval, J.) (quoting Mason v. Safeco Insurance Company of America, 2010 WL 3341582 at *8 (E.D. Mo. 2010) (citing Fed.R.Evid. 702

Advisory Committee Notes to 2000 Amendments ("The term 'data' is intended to encompass the reliable opinions of other experts.")).

While Bea and Gale are not experts in every scientific and engineering field involved in drilling a deepwater well, (and frankly it is doubtful that any one person could be), Bea and Gale are experts in the field of Process Safety. M-I does not challenge this qualification.

Because Process Safety involves the assessment and management of risk across an Engineering System which itself entails a number of different disciplines, a Process Safety expert must rely upon experts in these other disciplines when measuring the risk. "It 'is common in technical fields for an expert to base an opinion in part on what a different expert believes on the basis of expert knowledge not possessed by the first expert.'" In re Genetically Modified Rice Litigation, 666 F.Supp.2d 1004, 1033 (E.D. Mo. 2009) (quoting Dura Auto. Sys. of Ind., Inc. v. CTS Corp., 285 F.3d 609, 613 (7th Cir.2002)).

As Process Safety experts, Bea and Gale are opining on the "increase of risk" for the decision, not on the underlying decision itself. These types of risk-centric opinions are squarely within the province of Process Safety experts.

**Conclusion**

For the above and foregoing reasons, M-I's Motion to Exclude Bea and Gale's Opinions Regarding the Spacer should be denied.

Dated:  February 14, 2012.

Respectfully submitted,

| | |
|---|---|
| <u>     /s/ Stephen J. Herman    </u> | <u>     /s/ James Parkerson Roy    </u> |
| Stephen J. Herman, La. Bar No. 23129 | James Parkerson Roy, La. Bar No. 11511 |
| HERMAN HERMAN KATZ | DOMENGEAUX WRIGHT ROY |
|    & COTLAR LLP |   & EDWARDS LLC |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhkc.com | E-Mail: jimr@wrightroy.com |
| *Plaintiffs' Liaison Counsel MDL 2179* | *Plaintiffs' Liaison Counsel MDL 2179* |

**PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Brian H. Barr | Robin L. Greenwald |
| LEVIN, PAPANTONIO, THOMAS, | WEITZ & LUXENBERG, PC |
| MITCHELL, ECHSNER & PROCTOR, PA | 700 Broadway |
| 316 South Baylen St., Suite 600 | New York, NY  10003 |
| Pensacola, FL 32502-5996 | Office:  (212) 558-5802 |
| Office:  (850) 435-7045 | Telefax: (212) 344-5461 |
| Telefax: (850) 436-6187 | E-Mail:  rgreenwald@weitzlux.com |
| E-Mail: bbarr@levinlaw.com | |
| | |
| Jeffrey A. Breit | Rhon E. Jones |
| BREIT DRESCHER IMPREVENTO & | BEASLEY, ALLEN, CROW, METHVIN, |
| WALKER, P.C. | PORTIS & MILES, P. C. |
| 999 Waterside Drive, Suite 1000 | 218 Commerce St., P.O. Box 4160 |
| Norfolk, VA 23510 | Montgomery, AL 36104 |
| Office:  (757) 670-3888 | Office:  (334) 269-2343 |
| Telefax: (757) 670-3895 | Telefax: (334) 954-7555 |
| E-Mail: jbreit@bdbmail.com | E-Mail:  rhon.jones@beasleyallen.com |

4

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Office:  (415) 956-1000
Telefax: (415) 956-1008
E-Mail:  ecabraser@lchb.com

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA &
TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA  70037
Office:  (504) 394-9000
Telefax: (504) 394-9110
E-Mail:  pcossich@cossichlaw.com

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL  36660
Office:  (251) 471-6191
Telefax: (251) 479-1031
E-Mail:  rtc@cunninghambounds.com

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399
E-Mail:  mike@mikespy.com

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA  70726
Office:  (225) 664-4193
Telefax: (225) 664-6925
E-Mail:  calvinfayard@fayardlaw.com

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: (305) 476-7400
Telefax: (305) 476-7444
E-Mail:  ervin@colson.com

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU & SOUTH,
LLP
501 Broad Street
Lake Charles, LA  70601
Office:  (337) 439-0707
Telefax: (337) 439-1029
E-Mail:  mlundy@lundylawllp.com

Michael C. Palmintier
deGRAVELLES, PALMINTIER,
HOLTHAUS & FRUGE'
618 Main Street
Baton Rouge, LA  70801-1910
Office:  (225) 344-3735
Telefax: (225) 344-0522
E-Mail:  mpalmintier@dphf-law.com

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW &
ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA  70130
Office:  (504) 588-1500
Telefax:  (504) 588-1514
E-Mail:  sterbcow@lksalaw.com

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Office:  (214) 521-3605
Telefax: (214) 599-1172
E-Mail:  ssummy@baronbudd.com

Mikal C. Watts (PSC)
WATTS GUERRA CRAFT, LLP
Four Dominion Drive, Building 3, Suite 100
San Antonio, TX 78257
Office: (210) 447-0500
Telefax: (210) 447-0501
E-Mail:  mcwatts@wgclawfirm.com

**CERTIFICATE OF SERVICE**

      WE HEREBY CERTIFY that the above and foregoing Opposition will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 14th day of February, 2012.

                                      /s/ Stephen J Herman and James Parkerson Roy