UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates To: All Actions | : : : : | MAGISTRATE JUDGE SHUSHAN |
| ……………………………………………... | : | |

### BP'S RESPONSE TO CAMERON'S MOTION TO EXCLUDE WITHDRAWN BOP CONTROL SYSTEM DESIGN OPINIONS PREVIOUSLY OFFERED BY BP'S EXPERT, ARTHUR ZATARAIN

The opinions formulated by BP's blowout preventer (BOP) expert, Arthur Zatarain, originally included opinions regarding alternative designs for the Cameron Mark II control system that was used with the *Deepwater Horizon* BOP. BP has withdrawn those alternative-design opinions in light of its settlement with Cameron and does not intend to present them at trial.[1] Although BP does not agree with Cameron's position that those withdrawn opinions were not adequately supported, BP does not oppose the relief requested by Cameron.

BP does oppose the motion, however, to the extent that Cameron or any other party argues that any of Mr. Zatarain's remaining opinions should be excluded based on his qualifications. Mr. Zatarain is a Professional Engineer for Control Systems Engineering with over 30 years of experience working with control systems. He will proffer a number of opinions at trial regarding the *Deepwater Horizon* BOP control system separate and apart from his opinions with regard to alternative designs, and he is well-qualified to do so.

---

[1] Mr. Zatarain **did not include** the alternative design opinions in the expert report that BP submitted to the Court on January 17, 2012. He did include alternative design opinions in the expert report that was exchanged among the parties on October 17, 2011. If the Court grants Cameron's requested relief, no sections of the January 17, 2012 report should be affected. Only sections 2D, 4.4C-D and 6.1.4 of the October 17, 2012 report should be stricken.

**I.	Cameron Seeks to Exclude a Narrow Opinion Regarding Alternative Designs to the *Deepwater Horizon* BOP.**

Parties to this matter have alleged that the *Deepwater Horizon*'s automated "AMF/deadman" emergency system failed to successfully activate the BOP to secure the well on April 20, 2010, because of certain deficiencies with the control system. Mr. Zatarain, who has worked with control systems for 30 years and is well qualified to opine regarding their deficiencies, opined that those control pod deficiencies – a depleted Blue pod battery and a miswired Yellow solenoid valve – precluded the *Deepwater Horizon* BOP from successfully operating the AMF/deadman system during the Macondo incident. Mr. Zatarain further opined that Transocean's flawed BOP maintenance caused those control pod deficiencies. Zatarain Dep. at 27:18-28:9; Zatarain Report at 11-12; 17-18; 25. To support his opinions and conclusions, Mr. Zatarain, using his expertise and experience, conducted an exhaustive evaluation of the *Deepwater Horizon*'s control system using the extensive available record regarding it.

In his October 17, 2011 report, Mr. Zatarain also opined that alternative battery designs were available "that could have prevented the Blue pod failure." Zatarain Report at 17-18. Having settled its dispute with Cameron, BP does not intend to pursue product design defect claims against Cameron, and thus, will not affirmatively solicit Mr. Zatarain's opinion at trial regarding alternative battery designs for the Mark II control system. Accordingly, none of Mr. Zatarain's opinions that he offers in his report submitted to the Court on January 17, 2012, or will offer at trial, are impacted by Cameron's requested relief.

**II.	Mr. Zatarain Is Qualified to Offer Opinion Testimony on the *Deepwater Horizon* BOP Control System.**

Mr. Zatarain has a bachelor's degree in engineering and a master's degree in engineering, both from the University of New Orleans. Zatarain Report at 67; Zatarain Dep. at 15:22-24. Mr. Zatarain is also licensed in Louisiana as a Professional Engineer for Control Systems

2

Engineering, and is similarly licensed as an Electrical Engineer in Louisiana, California, Alaska and Alabama and a Master Electrician in Texas. Zatarain Report at 67. And he has been certified as a Systems Integrator, a specialty involving the integration of control systems, which combines computer control with electrical and mechanical components. *Id*. at 68. Mr. Zatarain has also taught control systems, among other topics, as an instructor at the University of New Orleans in both the Electrical and Mechanical departments and has lectured electrical engineers on subjects such as control systems and computer technology. *Id.* at 67.

Since 1976, Mr. Zatarain has also applied his training and knowledge regarding control systems to the oil and gas industry, working extensively with control system applications in offshore drilling environments. Zatarain Dep. at 9:14-10:3; 13:15-18; 64:20-65:1; 68:25-69:14; 73:10-13. He has more than thirty years of experience designing, fabricating, installing, and servicing control systems for oil and gas drilling, production, and transportation systems, including control systems involving computers, networked communications, subsea cables, and battery operated equipment. Zatarain Report at 66-67. In particular, he has evaluated the designs of BOP control systems in relation to fabrication and testing. This work included fabricating surface BOP components, such as programmable logic controller (PLC) based driller consoles, PLC-controlled hydraulic power units, hydraulic accumulator racks, and diverter skids. Zatarain Dep. at 68:25-69:14; 70:9-20. In addition, he has designed and installed electrical and battery systems related to subsea production systems with a one atmosphere environment similar to that of the BOP control pods. *Id.* at 13:15-14:4.

Mr. Zatarain has also built and tested control systems that are used with BOPs, and took courses relating to BOPs when working for Shell. Zatarain Report at 67; Zatarain Dep. at 9:9-

10:3; 15:25-16:13; 68:25-69:14. And Mr. Zatarain has published articles related to control systems, including the following:

- Arthur Zatarain, *Don't Gamble with your SIS*, Plant Services Mag., July 2010, at 31 (discusses fault tolerant control systems and their role in safety instrumented systems);

- Arthur Zatarain, *Outwit Control System Gremlins*, Plant Services Mag., Mar. 2005, at 31 (discusses four often-overlooked flaws that can creep into modern automation and control systems); and

- Arthur Zatarain, *Take Advantage of Missed Opportunities to Test Redundant and Backup Systems*, Plant Services Mag., Mar. 2006, at 45 (discusses reliable testing methods for fail safe, fault tolerant, and secondary control systems).

Zatarain Report at 68. Additionally, Mr. Zatarain has been retained as an expert in other cases to analyze control systems and solenoid valves. Zatarain Dep. at 137:7-16. And while Cameron correctly notes that Mr. Zatarain is a named inventor on a "medical device" patent, it does not identify that such patent is for a control system, including solenoid valves and batteries. *Id.* at 15:13-21.

Cameron does not dispute that Mr. Zatarain is an expert in electrical engineering and is qualified to offer expert opinions on the *Deepwater Horizon* control pod deficiencies, such as the functionality of the depleted batteries and miswired solenoid valve during the incident. Cameron Mem. at 3 n.1. But Mr. Zatarain's qualifications provide him broader knowledge and expertise than this, providing him the "knowledge, skill, experience, training and education" to opine broadly regarding BOP control systems. While BP will not proffer Mr. Zatarain's opinions regarding alternative designs, and does not oppose Cameron's requested relief in that regard, Mr. Zatarain has the requisite "knowledge, skill, experience, training and education" required by Rule 702 to proffer opinions regarding BOP control systems, and in particular the opinions he

4

intends to proffer at trial regarding the *Deepwater Horizon* control system as set forth in his report as submitted on January 17, 2012.

Dated: February 14, 2012                              Respectfully submitted,

/s / Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

Richard C. Godfrey, P.C.
(richard.godfrey@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
Timothy A. Duffy, P.C.
(tim.duffy@kirkland.com)
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

and

Robert C. "Mike" Brock
(mbrock@cov.com)
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985
*Attorneys for the BP Exploration & Production Inc. & BP America Production Company*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of February, 2012.

/s/  Don K. Haycraft__