UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : : | MDL No. 2179  SECTION: J  JUDGE BARBIER |
| This Document Relates To: All Actions | : : | MAGISTRATE JUDGE SHUSHAN |
| ………………………………………………... | : | |

**BP'S RESPONSE TO CAMERON'S MOTION TO EXCLUDE
WITHDRAWN SHEAR RAM DESIGN OPINIONS PREVIOUSLY
OFFERED BY BP'S EXPERT, FORREST EARL SHANKS**

BP does not intend to pursue at the upcoming trial claims that Cameron's blind shear ram was defectively designed. Accordingly, Forrest Earl Shanks, one of BP's BOP experts, has withdrawn his opinion that Cameron's "SBR" model blind shear ram design was defective because it could not shear off center drill pipe. Although BP does not agree with Cameron's position that those withdrawn opinions were not adequately supported, BP does not oppose Cameron's requested relief seeking to exclude Mr. Shanks' withdrawn opinions.

BP does, however, dispute any contention that Mr. Shanks lacks the purported qualifications to offer opinions regarding BOP design, especially to the extent that Cameron or other parties suggest that Mr. Shanks is not qualified to render the BOP-related opinions that he will proffer at trial.[1] BP respectfully submits that Mr. Shanks, a formally trained Mechanical Engineer with 40 years of BOP-related experience, is eminently qualified to render opinions regarding the *Deepwater Horizon* BOP at trial.

---

[1] Cameron's criticism is limited to Mr. Shanks' **withdrawn** opinions regarding Cameron's design of the "SBR" blind shear rams, and therefore none of the opinions that Mr. Shanks submitted in his report to the Court on January 17, 2012, are implicated by Cameron's exclusion request. In fact, Cameron admits in its Motion that Mr. Shanks is "undoubtedly qualified" to offer his non-withdrawn opinions regarding the *Deepwater Horizon* BOP. Cameron Mem. at 3 n.2.

Unlike some of the purported BOP experts in this matter, many who have never seen a BOP previously or have little – if any – BOP experience,[2] Mr. Shanks, who has a Masters degree in Mechanical Engineering from Oklahoma State University, has almost four decades of industry experience working with subsea drilling equipment, including BOPs and their components. These are some of the highlights from his professional experience:

- **Design Engineer, Vetco Offshore and Baylor Company (1974-1976).** Mr. Shanks began his career as design engineer. During this time, he designed subsea pressure control systems and related components.

- **Manager Systems Engineering, SEDCO (1976 to 1985)**. His work involved, among other things, analyzing and evaluating BOP system and component design, including BOP ram and annular preventers and other components. In particular, Mr. Shanks was responsible for specifying and approving the well control systems equipment requirements, including BOP rams and configurations, for 29 offshore drilling rigs (MODUs).

- **Various engineering positions, Mobil Oil (1985-1998)**. While holding many engineering positions, Mr. Shanks' work focused on subsea engineering, and included projects relating to evaluating BOP capabilities and developing BOP equipment for new environments.

- **Director Technology Development, Transocean (1998-2003)**. Mr. Shanks was responsible for analyzing and evaluating technical developments in subsea systems and equipment. This work included projects that specifically involved surface BOPs and subsea BOP control systems. Additionally, during this time Mr. Shanks was Chairman of an IADC committee tasked with writing surface BOP guidelines.

- **Engineering consultant, DTC (2004 to 2011)**. Mr. Shanks, as an engineering consultant mostly for BP, worked on many subsea engineering projects for deepwater drilling operations, including several projects relating to BOPs. In particular, Mr. Shanks, as a technical lead for a project team, designed a new generation BOP that is currently being developed by Hydril. As technical lead, Mr. Shanks reviewed and

---

[2] For example, PSC's expert Gregg Perkin opines on BOP-related issues but has almost no professional or practical experience with BOPs and very limited consulting experience related to BOPs. Perkin Dep. at 73-89, Nov. 28, 2011. Similarly, US' expert for BOP-related issues, Rory Davis, Ph.D., has no experience in the oil and gas industry, much less with BOPs or offshore drilling, and had never seen or touched a BOP before his work in this case. Davis Dep. at 17-28, Nov. 16, 2011. Halliburton's BOP expert, Glenn Stevick, has not designed, operated, or maintained a BOP, and his only professed BOP experience appears to be mathematical calculations performed more than 20 years ago. Stevick Dep. at 46-53, Dec. 14, 2011.

2

approved design drawings and detailed machine drawings for the BOP components. As part of the same project, Mr. Shanks also led the team in evaluating BOP ram cavity design and life cycle fatigue.

Shanks Report, App. B ("Resume of Forrest Earl Shanks II"), at 1-5.

Mr. Shanks' expertise in BOP design and evaluation is also recognized by the industry. Mr. Shanks has served as the co-chairman for an IADC committee that wrote "Guidelines for Surface BOP Planning and Operations," and has participated in an effort by API to write a technical report on the design verification of high pressure, high temperature ("HPHT") drilling equipment, including BOPs. He also is the Chairman of the design verification effort of API's Task Group to develop protocols for subsea equipment, including BOPs. Shanks Report at 3.

In sum, Mr. Shanks is qualified to opine regarding the *Deepwater Horizon* BOP based on his comprehensive professional experience and expertise in the evaluation and design of BOPs at both the system and component level. Although BP does not oppose Cameron's request to exclude Mr. Shanks' withdrawn opinions regarding blind shear ram design defects, BP opposes any suggestion that Mr. Shanks is not qualified to provide opinions on BOP design, and especially those opinions that Mr. Shanks will offer at trial regarding the *Deepwater Horizon* BOP.

Dated: February 14, 2012　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s / Don K. Haycraft
　　　　　　　　　　　　　　　　　　　　　　Don K. Haycraft (Bar #14361)
　　　　　　　　　　　　　　　　　　　　　　R. Keith Jarrett (Bar #16984)
　　　　　　　　　　　　　　　　　　　　　　LISKOW & LEWIS
　　　　　　　　　　　　　　　　　　　　　　One Shell Square
　　　　　　　　　　　　　　　　　　　　　　701 Poydras Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　New Orleans, Louisiana 70139-5099
　　　　　　　　　　　　　　　　　　　　　　Telephone: (504) 581-7979
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (504) 556-4108

and

Richard C. Godfrey, P.C.
(richard.godfrey@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
Timothy A. Duffy, P.C.
(tim.duffy@kirkland.com)
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

and

Robert C. "Mike" Brock
(mbrock@cov.com)
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985
*Attorneys for the BP Exploration & Production Inc. & BP America Production Company*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of February, 2012.

/s/  Don K. Haycraft__