UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : : | MDL No. 2179 SECTION: J |
| This Document Relates To: All Actions | : : | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |
| ……………………………………………….. | : | |

**BP'S RESPONSE TO AND PARTIAL JOINDER IN THE UNITED STATES' MOTION TO EXCLUDE ERIC GREGORY CHILDS AS AN EXPERT[1]**

BP agrees with the United States that facts and data regarding control-pod testing that Transocean performed under its exclusive control,[2] and upon which Transocean's blowout preventer (BOP) expert, Eric Gregory Childs, has relied, have not been fully provided in violation of applicable discovery rules. U.S. Mem. at 2. BP also concurs that Mr. Childs, who was not present during this control pod testing and relied upon others for the testing because admittedly it was "over his head," Childs Dep. at 53:5-13, 54:6-9, 480:23-481:5, was unable to provide the data and information that would allow others to understand these tests and evaluate their technical validity. U.S. Mem. at 2-4. Because evaluation of this testing's scientific reliability has been hampered by the dearth of information, BP – like the United States – will be prejudiced by admitting this control pod testing into the record. BP therefore partially joins the

---

[1] BP notes that there is significant overlap between the positions that the United States articulates in this motion and those that BP articulates in support of its own *Daubert* motion to exclude Mr. Childs' testimony regarding control pod testing. *See* Dkt. No. 5423. These positions that both the United States and BP articulate support the relief sought under either motion.

[2] This control pod testing, which was purported to simulate behavior of the *Deepwater Horizon*'s BOP control system, was performed using BOP equipment from other Transocean rigs exclusively under Transocean's control and without any knowledge or involvement of the other parties. Childs Rebuttal Report at 2-3; 5. This was the case even though the parties were simultaneously involved with testing being performed by an independent engineering entity, DNV, on the actual BOP equipment retrieved from the *Deepwater Horizon.*

United States' motion to exclude for failure to comply with Fed. R. Civ. P. 26(a), and joins the request to strike Mr. Childs' expert opinions that:

- Solenoid valve 103 of the Yellow control pod was functional on April 20 based on testing that was performed using BOP equipment from Transocean's *Discoverer Enterprise*; and

- *Deepwater Horizon* Blue control pod batteries were operational during the Macondo incident and depleted after the Macondo incident based on testing that was performed using BOP equipment from the *Deepwater Nautilus*.

Additionally, BP agrees with the United States that any sanction short of exclusion is inadequate to cure any prejudice. U.S. Mem. at 9. Nonetheless, to the extent that the Court does not strike Mr. Childs' opinions supported by these questionable control pod tests, BP respectfully joins the United States' alternative request to compel Transocean to produce all unproduced data and information regarding them and to present for deposition those persons upon whom Mr. Childs relied, such as Mr. Tolleson. BP further requests the opportunity for its BOP control systems expert, Arthur Zatarain, to provide a written opinion to respond to this additional information regarding the control-pod testing.

Dated: February 14, 2012               Respectfully submitted,

/s / Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979

Facsimile: (504) 556-4108

and

Richard C. Godfrey, P.C.
(richard.godfrey@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
Timothy A. Duffy, P.C.
(tim.duffy@kirkland.com)
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

and

Robert C. "Mike" Brock
(mbrock@cov.com)
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985
*Attorneys for the BP Exploration & Production*
*Inc. & BP America Production Company*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of February, 2012.

/s/  Don K. Haycraft__