# Exhibit B

**Excerpts from Deposition Testimony**

| ASKING WITNESSES TO DEFINE SAFETY CULTURE | |
|---|---|
| **Kevin Lacy** | |
| **Deposition Citation** | **Deposition Quote** |
| 500:8-502:4 | Q. Okay. And when you say safety culture, are you speaking specifically about the cultures on the deepwater rigs or the rigs in the Gulf of Mexico, rather?<br>     A. So this reference would have been to the SPU. And so in my capacity, not just from the D&C organization, but relative to the entire Gulf of Mexico organization, I had -- had been asked by Neil Shaw to formulate a plan for 2010 and to attempt to put the plan in action early enough in '09 that we had an effective use of the plan for the whole year in 2010.<br>     Q. Okay. So what -- what was your characterization -- at the time you started this initiative, what would your characterization be of the safety culture on the rigs in the Gulf of Mexico?<br>     MS. KARIS:<br>          Object to form.<br>     THE WITNESS:<br>          I was satisfied with the safety culture that we had on the rigs at the time and our efforts in improving the safety culture. It's a -- it's a daily issue. So, you know, at any given point in time, you get up and say: What's the worse that can happen today? And on a drilling rig, frankly, there's a lot of potential for fatalities and serious incidents. So you can't be complacent.<br>          You can -- I think I've used the term here, you have to daily overwhelm the risks. And so you have to actually do more than you think you have to do, and that's the fundamental question.<br>  EXAMINATION BY MR. HILL: |

|  | Q. Okay. One of the things I'm going to ask your help with, and understand that the reason is, the lawyers coming into this case, we hear these terms, "safety culture." <br> A. Right. <br> Q. I don't know necessarily where it begins and ends. So I'd like to talk to you a little bit about -- about that. <br> A. All right. |
|---|---|
| **David Sims** |  |
| **Deposition Citation** | **Deposition Quote** |
| 117:22-119:23 | Q. What does safety culture mean to you? <br> A. A definition of safety culture would be the way that safety is approached, or handled, or dealt with, or otherwise a part of something. <br> Q. And would one of those somethings be that it's a part of the oil and gas drilling in the Gulf of Mexico? <br> A. It could be, should be, yes. It should be a part of oil and gas drilling in the Gulf of Mexico. <br> Q. Is it your job, one of your job responsibilities to make sure that it is? <br> A. That safety culture is part of a drilling and completion operation in the Gulf of Mexico? <br> Q. Correct. <br> A. It's many people's job. It's lot of people's job. It's part of everyone's job. <br> Q. Okay. It's part of everyone's job. That would include you; right? <br> A. Yes, sir. <br> Q. That would include Mr. Sprague? <br> A. Yes, sir. <br> Q. Mr. O'Bryan? <br> A. Yes, sir. <br> Q. Mr. Dupré? <br> A. Yes, sir. <br> Q. Safety culture, whatever it is, is something that applies to everybody who works for BP; correct? <br> A. Yes. <br> Q. Would you agree with me that safety culture, as you defined it, includes a culture of |

3

| | |
|---|---|
| | leadership responsibility?<br>A.  Certainly that has a role in it, yes.<br>Q.  That's what the OMS and the DWOP require; correct?<br>A.  What do they require?  I'm sorry.<br>Q.  That -- that safety culture includes a culture of leadership responsibility?<br>MS. KARIS:<br>     Object to the form.<br>THE WITNESS:<br>     I don't know that it's defined that way, in exactly that way, you know, as you've asked. |
| **David Wall** | |
| **Deposition Citation** | **Deposition Quote** |
| 25:9-26:1 | Q.  Let me ask the question a little bit different way.  Can you describe for me the characteristics displayed by corporations with healthy -- with a healthy, robust safety culture?<br><br>A.  I -- I think --<br><br>     MR. GODFREY:  Objection as to form.<br><br>A.  (Continuing)  I think a company that has a -- a robust safety culture really cares about safety and might have processes like we have in terms of the Orange Book process where it's monitoring its performance and its data, making sure that when it has incidents, it -- it's trying to learn from them, making sure it has a -- a stronger system in place, systematic management of safety performance, like we have with our operating management system.  I think having employees feel like they can do the right thing in terms of safety, safety should come first, all of the things that -- that I think I've heard BP talk to and do. |
| 30:23-31:5 | Q.  We were talking about health -- you know, companies with healthy, robust safety cultures a few minutes ago.  Would you agree with me that a healthy, robust -- a company with a |

4

|  | healthy, robust safety culture would place great value on process safety?<br><br>A.  I would expect a company in our industry to have all the systems and management processes in place to manage process safety. |
|---|---|
| **LEADERSHIP'S ROLE IN SAFETY CULTURE** ||
| Steve Flynn |  |
| Deposition Citation | Deposition Quote |
| 141:14-143:5 | Q.  Okay.  In other words, good operational culture is primarily an outcome of safety and operations leadership at the highest levels; isn't that true?<br>    A.  So we talked about safety, you know, and operational culture being a -- quite a subjective -- subjective issue.  To say it's primarily an outcome would be -- would quite a generalizations.  Leadership, for sure, established systems and processes, can get involved in capability building, the way they measure performance.  But it's not the only thing that shaped cul- -- cultures.  Culture is very subjective and broad term.<br>    Q.  But that leadership comes from the top that creates that broad safety culture, isn't it?<br>    A.  Leadership from the top is -- is very important -- is -- is an important component, but it's not the own -- only component.<br>    Q.  If the operations people, the line personnel, put profit over safety, company leadership, in that case, has failed to instill a proper safety culture; isn't that true?<br>        MR. BROCK:  Object to form.<br>    A.  I don't think he can make that -- that direct connection, but what I would say is that I don't believe people do put profit over safety.<br>    Q.  (BY MR. DART)  Well, I didn't ask that.  I just asked:  If they did -- if someone did, would that be a failure to instill proper safety culture?<br>        MR. BROCK:  Object to form. |

| | |
|---|---|
| | A. It -- it's a speculative question to try to -- to -- trying to make a connection that I don't believe exists. I don't believe people put profit over safety.<br>Q. (BY MR. DART) Is it the obligation of company leadership to make sure that no one in the company puts profit over safety?<br>A. So company leadership sets systems and processes. They can measure performance. They can allocate resources. They also set the tone at the top. I think a very clear tone at the top was set that you don't put profit over -- over safety, that safety is the number one priority, and, in fact, good safety is good business. |
| **QUESTIONS REGARDING COST V. SAFETY AND SAFETY CULTURE** ||
| **David Rainey** | |
| **Deposition Cite** | **Deposition Quotation** |
| 83:7-23 | Q. Okay. Would you agree with me that in the business of offshore oil and gas exploration there should never ever be a bias that favors time and cost at the expense of safety?<br>A. Yes.<br>Q. If there were such a bias, that would be evidence of an unhealthy safety culture, would it not?<br>MR. LANCASTER: Object to form.<br>A. Yeah, I'm not an expert in safety culture. |
| **Jonathan Sprague** | |
| **Deposition Cite** | **Deposition Quotation** |
| 120:6-121:1 | Q. Okay. And -- okay. Thank you.<br>Is it -- would you agree with me that in the business of offshore oil and gas exploration that there should never be a bias that favors time and cost at the expense of safety?<br>A. I believe that safety is a boundary condition, yes, and that should always come first.<br>Q. Okay. |

6

|  | A. That's what I believe.<br>Q. Okay. If it didn't, that would be indicative of an unhealthy safety culture, wouldn't it?<br>    MS. KARIS:<br>     Object to form.<br>A. I think it would be inconsistent with my belief of how to conduct operations.<br>Q. In a safe manner?<br>A. Yes. |
|---|---|