# Exhibit C

**Excerpts from Bea and Gale Report**

| Page No. | Quotation |
|---|---|
| vii | Emphasizing a "forward agenda" that focused on "slashing management layers" and embedding an "every dollar counts" culture in the organization. |
| xiv | BP Management fostered an entrepreneurial risk-taking culture. |
| 6 | The organization's safety culture has major effects on maintenance of appropriate balances between production and protection, and consequently, on the effectiveness of barriers to prevent failures. |
| 13-14 | Effective execution of Process Safety and Risk Management, in turn, can only be done with effectual managing leadership and a strong organizational *safety culture* as explained in the CCPS's review of Piper Alpha's case history. |
| 24-25 | Hayward embedded a company culture based on cost-cutting, increasing production, and risk-taking rather than fostering a safety-based culture. In fact, as stated in the Gulf of Mexico SPU Operating Plan OMS Handbook, a key BP strategy is to foster an "every $ counts culture." |
| 32 | 3.2.1 BP Management emphasized and incentivized a culture that placed profits over safety. |
| 36-37 | In the cases of Grangemouth, Texas City, and Prudhoe Bay, BP Management's refusal to focus on and provide leadership in Process Safety and Risk Management resulted in expected and common Process Safety failures. Risks were poorly identified and barriers failed in expected ways, with tragic consequences. The degree of commonality between these failures, which involved different operations separated by thousands of miles, is indicative of the systemic and organizational flaws in BP's Process Safety and Risk Management culture. |
| 43 | 3.4 BP Management has not changed BP's Process Safety and Risk Management culture. |
| 43 | BP Management's responses to the Grangemouth, Texas City, and Prudhoe Bay incidents were similar in nature and result. After each incident, BP Management promised to fundamentally change the way BP operated in order to prevent similar incidents. However, following these promises BP Management continued to make decisions that fundamentally undermined BP's ability to change its Process Safety and Risk Management culture. |
| 45 | Mogford also acknowledged the importance of changing BP's Process Safety and Risk Management culture, noting that if BP did not get better BP was going to *have another "Texas City" every 10-15 years*. |

| Page No. | Quotation |
|---|---|
| 47 | Since the Prudhoe Bay and Texas City incidents, BP's performance is not indicative of an organization that has changed its Process Safety and Risk Management culture. |
| 47 | Most indicative of BP Management's refusal to change BP's Process Safety and Risk Management culture are the continued failures, fines, and problems occurring at BP's Texas City refinery. Since the 2005 Texas City explosion, four additional deaths have occurred at the facility. |
| 49 | The Macondo drilling team (and BP as a whole) did not possess a functional Process Safety and Risk Management culture. Their Engineered System was not propelled toward the goal of maximum safety in all of its manifestations but rather was geared toward a trip-and-fall compliance mentality rather than being focused on the big-picture. The Macondo drilling team "forgot to be afraid." The system was not reflective of one having well-informed, reporting, or a just culture. The system showed little evidence of possessing a rapid learning culture that had the willingness and competence to draw the right conclusions from the system's safety signals. |
| 183 | A similar culture was prevalent at the Texas City refinery, where the Chemical Safety Board noted "Texas City was at a "high risk" for the "check the box" mentality. This included going through the motions of checking boxes and inattention to the risk after the check-off." U.S. Chemical Safety and Hazard Investigation Board Investigation Report: Refinery Explosion and Fire, Report No. 2005-04-I-TX (March 2007), Exh. 6012, pp. 174. Hopkins, Failure to Learn: The BP Texas City Refinery Disaster. |
| 72 | The Macondo drilling team also refused to follow established written policies and procedures. The Macondo drilling team's culture was to keep "*doing what we have been doing*" and, as a result, they refused to create, implement, or follow procedures that did exist. |