# Exhibit D

## Excerpts from Hudson Reports

| | Hudson Opening Report |
|---|---|
| Page No. | Quotation |
| 6 | The catastrophic failures to address the risks presented at Macondo, and those which had been identified by BP's upper management in London as their highest operational risk (a blowout), above and beyond commercial pursuits, was a natural consequence of BP's management culture. |
| 6 | Whereas other oil majors, such as Exxon-Mobil and Shell, can be characterised as risk averse, unwilling to take on extra risks to achieve possible extra benefits, BP developed a culture that was *loss averse*, knowingly taking extra risks to attain aggressive commercial goals. |
| 7 | Most of the decisions taken by BP's supervisory drilling staff reflected the influence of BP's opportunistic and speed-driven culture. Whenever they could they drove on—never stopping long enough to consider or listen to the warnings of their contractors, their own personnel, or the well itself. |
| 17 | IV. BP's Corporate Culture and Management Practices Induced Reckless Decision-Making. |
| 17 | A. BP's Management Induces Risky Decision-Making. |
| 17 | The management and culture of an organization drive decision-making within the corporation, down to the most routine of actions by its lower level employees. Not surprisingly then, an analysis of Macondo would be incomplete without examining the events that occurred well before April 20, 2010, to the creation of a culture that made a major disaster all but inevitable. |
| 18 | Many reports and commentators have described what happened on the Deepwater Horizon as a sorry tale of human error, but the human error did not arise in a vacuum. It was the result of a distorted system created by the modern culture of BP—a culture in which misguided frugality and revenue generation commanded top priority. |
| 19 | 3. BP's Culture Focused on Cost-Cutting and Short-Term Goals. |
| 20 | Over time, however, the legacy of John Browne's costcutting and outsourcing initiatives depleted BP's technological core competencies and created a highly risk tolerant culture. |
| 22 | 4. BP Remade Itself Into a Loss Averse Organization as Opposed to a Risk Averse Organization. |

| \ | Hudson Opening Report |
|---|---|
| Page No. | Quotation |
| 28-29 | Despite experiencing three major disasters in the span of six years, all resulting from process safety failures, BP did little to change its ways.  Captain Hung Nguyen of the Coast Guard said it best: **"One dot is a point, two dots is a line, and three dots is a trend. . . . There's a trend there about the safety culture of BP."** |
| 29 | BP's culture continued to encourage excessive risk taking in pursuit of commercial targets. BP's risk taking culture comes to the fore on a drilling rig in which it is the sole and final decision making authority. |
| 35 | 4. BP Consistently Demonstrated a Culture That Resisted External Signals. |
| 35 | In addition to the previously discussed cultural problems within BP, another factor was at work on Macondo. BP's domineering culture actively resisted signals that did not align with their overarching goals and objectives. |
| 37 | BP's flawed culture should have encouraged feedback from Halliburton regarding technical advice, but instead erected barriers towards soliciting timely technical advice from Halliburton. |
| 37 | BP's culture served to initially deprive Halliburton of information necessary to give proper technical advice, and then served to block attempts by Halliburton employees to correct this and communicate Halliburton's technical position. |
| 55 | The lessons of BP's Texas City disaster five years earlier appear not to have reached the Gulf of Mexico in time, particularly the importance of having a good safety culture, implementing and making use of the management of change ("MOC") processes, and of the priority of process safety even above individual personal safety. |
| 57 | The lessons of BP's Texas City disaster five years earlier, about the vital importance of having a good safety culture, as well as the necessity to implement and make use of management of change ("MOC") processes and proper risk assessments, and of the priority of process safety even above individual personal safety, all appear not to have reached the Macondo Well. The deliberate decision to not include management analysis in the Bly report further confirms that BP, to this day, does not recognise that management and cultural failures are the root causes of its long string of incidents worldwide. BP's dominant loss averse, risk taking culture is what drives the organization towards large accidents. |

| Hudson Rebuttal Report ||
|---|---|
| **Page No.** | **Quotation** |
| 8 | These steps describe the levels of a safety culture, from one that is nonexistent (Pathological) to one that is truly advanced (Generative). Sutcliffe's description of BP's culture is one where everyone agrees that safety is very important; however, the reality is that BP is not very good at being safe. This is the hallmark of a Reactive culture—which is anything but an advanced safety culture. Furthermore, on the Deepwater Horizon, BP's safety culture was often Pathological, which allows us to understand why everything went so terribly wrong. |
| 23 | BP lacks the learning culture it claims to possess. Rather, BP has obviously not learned much from its own accidents, nor from those of its industry peers. BP claims, time and time again, to "get it," but roughly every five years the company has *major* process related disaster. BP has paid at least $186.9 Million in government fines related to a single facility (Texas City) since 2004, including a $50 plus million dollar fine as recent as August 2010 for missing deadlines for making certain safety upgrades. |
| 23 | The behaviour and culture of BP is, therefore, classically **Reactive** in the terms of the OGP model discussed above, with considerable activity immediately after an accident, followed by a reversion to "the real business" until the next accident happens. This sort of organisational behaviour is highly instructive when conducting a proper analysis of BP's culture and explains the recurrence of accidents. |