UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § § § | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |
| Applies to: ALL CASES AND 2:10-CV-2771 | | |

**HALLIBURTON ENERGY SERVICES INC.'S *EX PARTE* CONSENT MOTION FOR LEAVE TO FILE *DAUBERT* RELATED EXHIBITS UNDER SEAL**

Defendant Halliburton Energy Services, Inc. ("HESI") files this Motion For Leave to File *Daubert* Related Exhibits Under Seal pursuant to Federal Rule of Civil Procedure 5 and EDLA L.R. 5.6, and respectfully shows as follows:

1. On January 30, 2012, the Court issued an Order Regarding *Daubert* Motions. Dkt. No. 5472. Pursuant to this Court's Order, parties are to file all *Daubert* motions and memoranda unsealed. *Id*. All exhibits, however, are to be filed under seal pending further Order of the Court. *Id*.

2. In light of the foregoing, HESI seeks leave to file under seal Exhibits A-S, attached to HESI's Combined Response in Opposition to Motions to Limit Testimony of its Expert Witnesses.

3. On February 14, 2012, HESI separately provided copies of its Combined Response in Opposition to Motions to Limit Testimony of its Expert Witnesses and associated Exhibits A-S to the Court and counsel of record.

## CONCLUSION

For these reasons, Halliburton Energy Services, Inc. respectfully requests that the Court grant it leave to file under seal its Exhibits A-S, in Support of HESI's Combined Response in Opposition to Motions to Limit Testimony of its Expert Witnesses, and for such other and further relief the Court may deem it justly entitled.

Respectfully Submitted,

**GODWIN RONQUILLO PC**

**By:** /s/ *Donald E. Godwin*
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
dgodwin@GodwinRonquillo.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
bbowman@GodwinRonquillo.com
Jenny L. Martinez
State Bar No. 24013109
jmartinez@GodwinRonquillo.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
fhartley@GodwinRonquillo.com
Gavin E. Hill
State Bar No. 00796756
ghill@GodwinRonquillo.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

and

R. Alan York
AYork@GodwinRonquillo.com
Jerry C. von Sternberg
JVonSternberg@GodwinRonquillo.com
Misty Hataway-Coné
MCone@GodwinRonquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Halliburton Energy Services Inc.'s *Ex Parte* Consent Motion for Leave To File Daubert Related Exhibits Under Seal has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 14th day of February, 2012.

/s/  *Donald E. Godwin*
Donald E. Godwin