UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § § § | MDL No. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |
| Applies to: ALL CASES AND 2:10-CV-2771 | | |

**ORDER GRANTING HALLIBURTON ENERGY SERVICES INC.'S EX PARTE CONSENT MOTION FOR LEAVE TO FILE *DAUBERT* RELATED EXHIBITS UNDER SEAL**

On this day the Court heard and considered Halliburton Energy Services, Inc.'s *Ex Parte* Consent Motion for Leave to File *Daubert* Related Exhibits Under Seal (the "Motion").

The Court, after reviewing the Motion, finds that good cause has been shown, and that Halliburton Energy Services, Inc.'s Motion should be and is in all things GRANTED.

IT IS HEREBY ORDERED that Halliburton Energy Services, Inc. is permitted to file under seal Exhibits A-S, attached to HESI's Combined Response in Opposition to Motions to Limit Testimony of its Expert Witnesses, to be included the record.

Signed on the _____ day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE