IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § § § | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**HESI'S COMBINED RESPONSE IN OPPOSITION TO MOTIONS TO LIMIT TESTIMONY OF ITS EXPERT WITNESSES**
**EXHIBIT INDEX**

| Exhibit | Description of Exhibit |
|---|---|
| A | TREX-00001:<br>Deepwater Horizon Accident Investigation Report (Bly Report) - dated September 8, 2010 |
| B | Leif Colson Deposition Excerpts |
| C | Brent Lirette Deposition Excerpts |
| D | John Hughett Deposition Excerpts |
| E | TREX-06404<br>E-Mail – From: Huawen Gai Sent: Thu Jul 16 12:49:13 2009 – Subject: Macondo likely abandonment pressure? |
| F | TREX-07279<br>E-Mail – From: Kent Corser Sent Fri Jun 25 19:15:28 2010 – Subject: ACTION – Dynamic Simulation Report |
| G | TREX-03533<br>BP Gulf of Mexico SPU Technical Memorandum Dated: 26th July 2010 |
| H | Richard Strickland Deposition Excerpts |
| I | Jesse Gagliano Deposition Excerpts |
| J | David Bolado Deposition Excerpts |
| K | Doyle Maxie Deposition Excerpts |

| Exhibit | Description of Exhibit |
|---|---|
| L | TREX-01388:<br>April 15, 2010 9 7/8" X 7" Production Casing Design Report<br>TREX-01391<br>E-Mail - From: Jesse Gagliano Sent: Thu Apr 15  20:35:05 2010 - Subject: OptiCem Report<br>TREX-60546:<br>April 18, 2010 9 7/8" X 7" Production Casing Design Report |
| M | Ronald Crook Deposition Excerpts |
| N | Affidavit of Justin Henderson |
| O | Letter from Raines to Bartoszek dated February 14, 2012 |
| P | BP and HESI Stipulation and Agreement |
| Q | Glen Stevick Deposition Excerpts |
| R | David Trocquet Deposition Excerpts |
| S | Clifton Knight Deposition Excerpts |