UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This Document Relates To:<br><br>ALL CASES | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: MOEX Offshore 2007 LLC and MOEX USA Corporation.

Dated: February 15, 2012

Respectfully submitted,

Thomas A. Campbell
PILLSBURY WINTHROP SHAW PITTMAN LLP
2 Houston Center
909 Fannin, Suite 2000
Houston, TX 77010-1018
Tel. (703) 276-7676
Fax (703) 276-7673
tom.campbell@pillsburylaw.com

**ATTORNEYS FOR MOEX OFFSHORE 2007 LLC and MOEX USA CORPORATION**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing, **APPEARANCE OF THOMAS A. CAMPBELL** has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with PreTrial Order No.12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of February, 2012.

_____
Thomas A. Campbell