UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179 |
| | * | SECTION: J |
| This Document relates to: | * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |
| 2:10-cv-10-8888-CJB-SS Doc. Nos. 75474, 75478, 75482 Short Form Joinder of Adele Z. Daake, Daake Family Trust 125, LLC, Beach View Investments, LLC, | * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

## AND

## SUBSTITUTE NEW COUNSEL OF RECORD

Now into Court comes counsel herein, Jarrell E. Godfrey, Jr. of The Godfrey Firm, PLC, for the purpose of requesting permission of the Court to withdraw as counsel of record for claimants: Adele Z. Daake (Doc. No. 75474), Daake Family Trust 125, LLC (Doc. No. 75478), and Beach View Investments, L.L.C. (Doc. No. 75482) (hereinafter collectively the "Claimants"), and to substitute as counsel of record for all Claimants Henry W. Kinney and Natalie Mitchell of the firm of Kinney, Ellinghausen, Richard & DeShazo upon averring that:

1. Each of the Claimants filed a *Direct Filing Short Form Joinder*, asserting a claim in *Complaint and Petition of Triton Asset Leasing Gmbh, et al.* No. 10-2771; adopting and incorporating the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al*, No. 10-2771; and/or intervening into, joining and otherwise adopting the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10-md-2179).

2. As instructed by the Court through Pre-Trial Order No. 24 [Rec. Doc. 982], Claimants' *Direct Filing Short Form Joinders* were filed in case number CA 10-8888 [2:10-cv-08888-CJB-SS] [Rec. Doc. 75487] and were deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179.

3. Jarrell E. Godfrey, Jr. is retiring from the practice of law for medical reasons and The Godfrey Firm, PLC is closing. Accordingly, Jarrell E. Godfrey, Jr. desires that the Court enter an order allowing him and all attorneys previously associated with The Godfrey Firm, PLC to withdraw as counsel of record and to substitute as Claimants' counsel of record in these related proceedings Henry W. Kinney and Natalie Mitchell of the firm of Kinney, Ellinghausen, Richard & DeShazo.

4. The principals of all the Claimants have previously agreed in writing to the requested substitution of counsel of record.

Respectfully Submitted, this 9th day of February, 2012.

WITHDRAWING COUNSEL:

The Godfrey Firm, PLC
2500 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163
Phone: 504-585-7538
Fax: 504-585-7535

By: *Jarrell E. Godfrey*
Jarrell E. Godfrey, Jr.
LA Bar Roll No. 06072

SUBSTITUTED COUNSEL OF RECORD:

Kinney, Ellinghausen, Richard & DeShazo
1250 Poydras Street, Suite 2450,
New Orleans, LA 70113
Phone: 504-524-0206
Fax: 504-525-6216

By: _____
Henry W. Kinney La Bar No. 07410
Natalie Mitchell La Bar No. 32599

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of Court.