UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179 |
| | * | SECTION: J |
| This Document relates to: | * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |
| 2:10-cv-10-8888-CJB-SS Doc. Nos. 75474, 75478, 75482 Short Form Joinder of Adele Z. Daake, Daake Family Trust 125, LLC, Beach View Investments, LLC, | * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

IT IS HEREBY ORDERED THAT Jarrell E. Godfrey, Jr. and The Godfrey Firm PLC is hereby relieved of all responsibilities as counsel of record for Adele Z. Daake (Doc. No. 75474), Daake Family Trust 125, LLC (Doc. No. 75478), and Beach View Investments, L.L.C. (Doc. No. 75482) and it is further ordered that Henry W. Kinney and Natalie Mitchell of the firm of Kinney, Ellinghausen, Richard & DeShazo are hereby substituted as counsel of record for all thereof.

New Orleans, Louisiana the _____ day of February, 2012

_____
United States District Judge or Magistrate