## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * | MDL NO. 2179 |
| | | SECTION: J |
| This Document Relates To: Case No. 2:10-cv-08888-CJB-SS Doc No. 107934 Short-Form Joinder of Shane Elrod | * * * * * | JUDGE BARBIER |
| | | MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * *

### MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, the undersigned counsel, and moves this Court for an order withdrawing J. Parker Miller and the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., as counsel of record for Plaintiff Shane Elrod. In further support, Movant states as follows:

1. On or about June 17, 2011, Shane Elrod, retained the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., to serve as counsel with regards to its oil spill case.

2. On September 29, 2011, the undersigned filed a Short Form Joinder on behalf of Plaintiff Shane Elrod Doc #107934.

3. On February 15, 2012 the parties terminated their relationship.

4. Shane Elrod will remain in the litigation. Neither the Plaintiff, nor any other party, will be prejudiced by Movants' withdrawal of counsel.

WHEREFORE, PREMISES CONDIDERED, the undersigned counsel, both individually and on behalf of his respective law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., move this Court for an Order withdrawing them as counsel of record for Plaintiff Shane Elrod.

Respectfully Submitted this the 15th day of February, 2012.

/s/  J. Parker Miller
J. Parker Miller
ASB-7363-H53M

OF COUNSEL:

BEASLEY,ALLEN,CROW,
METHVIN,PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36104
(334) 269-2343

<u>Certificate of Service</u>

I hereby certify that the foregoing has been served in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of the Court using. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via US Mail, postage prepaid and properly addressed, on the others listed below this the 15th day of February, 2012.

Mr. Elrod has been made aware of all deadlines and pending court appearances.

Mr. Jarod Shane Elrod
2200 Mill Run Circle
Hoover, Alabama 35226
(205) 475-3011

                                                                */s/ J. Parker Miller*
                                                                 Of Counsel