# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| *All Cases* | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

Before the Court is BP's Appeal (Rec. Doc. 5619) from the Magistrate Judge's Order (Rec. Doc. 5557), which denied (Rec. Doc. 5409) BP's Motion to compel live trial attendance by Steven Newman. BP's Appeal is opposed by Transocean. (Rec. Doc. 5684). Having considered the arguments of counsel, the record, and the applicable law, the Court finds that the Magistrate Judge's Order was not clearly erroneous or contrary to law under Fed. R. Civ. P. 72(a). Accordingly,

**IT IS ORDERED** that BP's objections (Rec. Doc. 5619) are **OVERRULED** and the Magistrate Judge's Order (Rec. Doc. 5557) is **AFFIRMED.**

New Orleans, Louisiana, this 15th day of February, 2012.

_____
United States District Judge