AO 88 (Rev. 07/10) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater" et al )<br>*Plaintiff* )<br>v. )<br>_____ )<br>*Defendant* ) | Civil Action No. USDC-EDLA 10-md-2179 |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Tommy Roth through his Attorney of Record Michael Madigan, Orrick, Herrington & Sutcliffe, LLP, Columbia Center, 1152 35th Street, NW Washington, DC 20005

YOU ARE COMMANDED to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: Eastern District of Louisiana<br>500 Poydras Street<br>New Orleans, LA 70130 | Courtroom No.: Barbier Room C268 |
|---|---|
| | Date and Time: |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Fed. R. Civ. P. 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: Feb 8 2012
*CLERK OF COURT*

OR

_____          *[signature]*
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____BP_____, who issues or requests this subpoena, are:

Don K. Haycraft, Liskow & Lewis, 701 Pydras Street, Suite 5000, New Orleans, LA 70139; 504-556-4128; dkhaycraft@liskow.com

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig "Deepwater", et al.           )
                                                              )
                                                              )
                                                              )
                                                              ) Case No.: 10-MD-2179
                                                              )
                                                              )
                                                              )
                                                              )
                                                              )
                                                              )

## AFFIDAVIT OF SERVICE

I, Ted Metzger, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Subpoena To Appear and Testify at a Hearing or Trial in a Civil Action and Witness fee check in the amount of $40.00

SERVE TO: Tommy Roth c/o Michael Madigan, Esquire
SERVICE ADDRESS: Orrick Herrington & Sutcliffe LLP, 1152 15th Street, NW, Washington, DC 20005

DATE SERVED: February 10, 2012   TIME SERVED: 2:09 PM

PERSON SERVED: Laurie Ulria, Secretary, authorized to accept

Described herein:
Gender: Female   Race/Skin: White   Hair: Brown   Age: 55   Height: 5'8"   Weight: 1135

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

Executed on: 2/14/2012

Ted Metzger
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 12-071058                                                                 Client Reference: 24000 Matter 1599

CAPITOL PROCESS SERVICES, INC. • 1827 18th Street, NW, Washington, DC 20009-5526 • (202) 667-0050