UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISISNA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>THIS DOCUMENT APPLIES TO: ALL CASES | MDL No. 2179<br><br>SECTION "J"<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**DEFENDANT TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN HOLDINGS LLC, TRANSOCEAN DEEPWATER INC.
AND TRITON ASSET LEASING GMBH 'S SIXTH SUPPLEMENTAL DEPOSITION
TESTIMONY CONFIDENTIALITY STATUS CHART**

Pursuant to Pre-Trial Order 13 and the Court's Order of November 18, 2011 (Dkt. 4637), Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc. and Triton Asset Leasing GmbH (collectively "Transocean"), submit their Sixth Deposition Testimony Confidentiality Status Chart.

Dated:	February 16, 2012

Respectfully submitted,

By:___/s/ Steven L. Roberts_____
Steven L. Roberts (Texas, No. 17019300)
Rachel Giesber Clingman (Texas, No. 00784125)
Kent C. Sullivan (Texas, No. 19487300)
Sutherland Asbill & Brennan LLP
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 470-6100
Facsimile: (713) 654-1301
Email: steven.roberts@sutherland.com

By:___/s/ Kerry J. Miller_____
Kerry J. Miller (Louisiana, No. 24562)
Frilot, L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8169
Facsimile: (504) 599-8154
Email: kmiller@frilot.com

	-and-

| | |
|---|---|
| rachel.clingman@sutherland.com<br>kent.sullivan@sutherland.com | By:  /s/ Edwin G. Preis, Jr.<br>Edwin G. Preis, Jr. (Louisiana, No. 10703)<br>Richard J. Hymel (Louisiana, No. 20230)<br>Preis & Roy PLC<br>102 Versailles Boulevard, Suite 400<br>Lafayette, Louisiana 70501<br>Telephone: (337) 237-6062<br>Facsimile: (337) 237-9129<br><br>-and-<br><br>601 Poydras Street, Suite 1700<br>New Orleans, Louisiana 70130<br>Telephone: (504) 581-6062<br>Facsimile: (504) 522-9129<br>Email: egp@preisroy.com, rjh@preisroy.com |
| Of Counsel:<br><br>John M. Elsley (Texas, No. 0591950)<br>Royston, Rayzor, Vickery & Williams LLP<br>711 Louisiana Street, Suite 500<br>Houston, Texas 77002<br>Telephone: (713) 224-8380<br>Facsimile: (713) 225-9945<br>Email: john.elsley@roystonlaw.com<br><br>Daniel O. Goforth (Texas, No. 08064000)<br>Goforth Geren Easterling LLP<br>4900 Woodway, Suite 750<br>Houston, Texas 77056<br>Telephone: (713) 650-0022<br>Facsimile: (713) 650-1669<br>Email: dangoforth@goforthlaw.com<br><br>Brad D. Brian (California, No. 79001)<br>Allen M. Katz (California, No. 54933)<br>Munger Tolles & Olson LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, California 90071<br>Telephone: (213) 683-9100<br>Facsimile: (213) 683-5180, (213) 683-4018<br>Email: brad.brian@mto.com, allen.katz@mto.com | |
| | *Counsel for Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc. and Transocean Deepwater Inc.* |

2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2012, I electronically filed the foregoing with the Court's CM/ECF system and service on all counsel by using the LexisNexis File & Serve, in accordance with Pretrial Order No. 12 which will send a notice of filing to all counsel accepting electronic notice.

/s/  Kerry J. Miller