UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL NO. 2179
SECTION: J
JUDGE BARBIER
MAG. JUDGE SHUSHAN

IN RE: OIL SPILL by the OIL RIG
DEEPWATER HORIZON in the
GULF OF MEXICO, on April 20, 2011

TRANSOCEAN'S SIXTH SUPPLEMENTAL DEPOSITION TESTIMONY CONFIDENTIALITY STATUS CHART

Transocean reserves the right to supplement this response.

| Deponent Name | From Page:Line | To Page:Line | Designation |
|---|---|---|---|
| Ambrose, Billy Dean | 775:5 | 775:5 | Confidential |
| Hughett, John Paul | 297:23 | 298:2 | Confidential |
| Hughett, John Paul | 298:16 | 298:20 | Confidential |
| Inglis, Andy | 445:22 | 452:24 | Highly Confidential |
| Keeton, Jonathan | 267:18 | 268:8 | Confidential |
| Kent, James | 236:13 | 246:12 | Confidential |
| Kent, James | 12:12 | 12:18 | Highly Confidential |
| Newman, Steven | 98:8 | 99:17 | Highly Confidential |
| Newman, Steven | 227:16 | 227:25 | Highly Confidential |
| Newman, Steven | 242:11 | 243:4 | Confidential |
| McMahan, Larry | 17:24 | 18:6 | Confidential |
| McMahan, Larry | 18:22 | 23:20 | Confidential |
| McMahan, Larry | 19:1 | 21:25 | Confidential |
| McMahan, Larry | 27:9 | 27:14 | Confidential |
| McMahan, Larry | 52:11 | 53:16 | Confidential |
| McMahan, Larry | 189:4 | 189:11 | Confidential |

| McMahan, Larry | 284:22 | 290:13 | Confidential |
| McMahan, Larry | 294:1 | 296:12 | Confidential |
| McMahan, Larry | 298:9 | 299:7 | Confidential |
| McMahan, Larry | 405:20 | 408:6 | Confidential |
| McMahan, Larry | 410:6 | 410:13 | Confidential |
| McMahan, Larry | 410:23 | 411:21 | Confidential |
| McMahan, Larry | 412:12 | 412:17 | Confidential |
| McMahan, Larry | 412:21 | 419:2 | Confidential |
| McMahan, Larry | 420:8 | 421:7 | Confidential |
| McMahan, Larry | 421:17 | 422:1 | Confidential |
| McMahan, Larry | 422:20 | 429:5 | Confidential |
| McMahan, Larry | 440:2 | 447:7 | Confidential |
| Morgan, Patrick K. | 67:8 | 67:10 | Confidential |
| Prichard, David | 94:9 | 94:10 | Confidential |
| Sannan, Stuart | 151:12 | 151:16 | Confidential |
| Sannan, Stuart | 158:21 | 158:22 | Confidential |
| Smith, Newton Pharr | 70:12 | 70:12 | Confidential |
| Smith, Newton Pharr | 70:20 | 70:20 | Confidential |
| Smith, Newton Pharr | 71:21 | 71:24 | Confidential |
| Smith, Newton Pharr | 276:15 | 276:15 | Confidential |
| Smith, Newton Pharr | 276:20 | 276:20 | Confidential |
| Smith, Newton Pharr | 276:25 | 276:25 | Confidential |
| Smith, Newton Pharr | 277:4 | 277:4 | Confidential |
| Smith, Newton Pharr | 283:22 | 283:23 | Confidential |
| Smith, Newton Pharr | 284:5 | 284:15 | Confidential |
| Watson, Nick | 155:2 | 155:3 | Confidential |
| Watson, Nick | 155:14 | 155:15 | Confidential |
| Wolfe, Jeff | 61:12 | 61:18 | Confidential |