UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179<br><br>SECTION: J |
| These Pleadings apply to:<br>*All Cases in Pleading Bundle B3*<br><br>(Including No. 10-2771) | * * * * * * * | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**CONSIDERING** Plaintiffs' Motion for Leave:

**IT IS ORDERED** that Plaintiffs be and are hereby granted leave to file their Second Amended B3 Master Complaint.

Claims against Marine Spill Response Corporation ("MSRC"), Airborne Support, Inc., Airborne Support International, Inc., Lynden, Inc., Dynamic Aviation Group, Inc., International Air Response, Inc., Lane Aviation, National Response Corporation ("NRC"), O'Brien Response Management, Inc., The Modern Group, Ltd d/b/a Tiger Safety, and Nalco Company are dismissed, without prejudice, from the Master Complaint.  All claims other than Vessel of Opportunity breach of contract claims against DRC Emergency Services, LLC ("DRC") are dismissed, without prejudice, from the Master Complaint.

Any remaining claims against such defendants are hereby stayed.

**SIGNED** this ___ day of February, 2012, New Orleans, Louisiana.

_____
Hon. Carl J. Barbier