UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig     MDL NO. 2179
      "Deepwater Horizon" in the Gulf
      of Mexico, on April 20, 2010     SECTION J

Applies to: *All Cases*     JUDGE BARBIER
       MAGISTRATE JUDGE SHUSHAN

## ORDER

**[Regarding the Baxter Investigation]**

The PSC sought discovery from BP of documents relating to investigations into systemic causes of the incident. It sought production of documents relating to the Baxter investigation. BP responded that the Baxter investigation was a project directed by its outside counsel and involved certain BP employees, including Mr. Baxter. After an *in camera* review of information relating to the Baxter investigation, the Court concluded that the investigation was conducted by counsel for BP and is protected from disclosure by the attorney-client privilege and the work-product doctrine. On May 17, 2011, the request for the Baxter investigation documents was denied. Rec. doc. 2396 at 3. The PSC did not appeal the order.

In January 2011, the BP raised issues about the clawback of an inadvertently produced privileged document regarding the Baxter investigation. After an *in camera* review of the document, the PSC's clawback challenge was denied. Rec. doc. 5324.

One issue remains. BP contends that the PSC should refrain from cross-examination at trial regarding the Baxter investigation. The PSC responds that the fact that an investigation took place is not privileged. For the reasons stated by BP, its request that the parties refrain from cross-examination of the Baxter investigation will be granted.

IT IS ORDERED as follows:

1. The Baxter investigation was conducted by counsel for BP and is protected from disclosure by the attorney-client privilege and work-product doctrine.  See Rec. doc. 2396 at 3.

2. All parties shall refrain from cross-examination at trial regarding the Baxter investigation and its work, including the analyses referenced in the clawed back portion of the document.

3. Any appeal of this order shall be taken by **Monday, February 20, 2012.**

New Orleans, Louisiana, this 16th day of February, 2012.

                            **SALLY SHUSHAN**
                            **United States Magistrate Judge**