UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br><br>SECTION "J" (1)<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |
| This document relates to:  2:10-cv-04536 | |

## MOTION TO WITHDRAW COUNSEL

**NOW INTO COURT,** through undersigned counsel, comes defendant QBE Marine & Energy Syndicate 1036, referred to in the Complaint as QBE Underwriting Ltd., Lloyd's Syndicate 1036 ("QBE Marine & Energy Syndicate 1036"), who respectfully moves to withdraw George M. Gilly as co-counsel of record.  Richard N. Dicharry, Evans Martin McLeod and Kyle S. Moran shall remain as counsel of record.

**WHEREFORE,** mover prays that this Honorable Court enter an order permitting the withdrawal of George M. Gilly as co-counsel of record for QBE Marine & Energy Syndicate 1036.

PD.5968570.1

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: /s/ Kyle S. Moran
Richard N. Dicharry (Bar #4929)
Evans Martin McLeod (Bar #24846)
Kyle S. Moran (Bar #33611)
Canal Place
365 Canal Street | Suite 2000
New Orleans, LA  70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: Richard.Dicharry@phelps.com
George.Gilly@phelps.com
Marty.McLeod@phelps.com
Kyle.Moran@phelps.com

**ATTORNEYS FOR QBE MARINE & ENERGY SYNDICATE 1036**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12 on this 16th day of February, 2012.

/s/ Kyle S. Moran