UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br><br>SECTION "J" (1)<br><br>JUDGE BARBIER |
| This document relates to:  2:10-cv-04536 | MAGISTRATE SHUSHAN |

## ORDER

Considering the foregoing Motion to Withdraw Counsel:

**IT IS HEREBY ORDERED** that George M. Gilly is hereby withdrawn as co-counsel of record for QBE Marine & Energy Syndicate 1036.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____

UNITED STATES DISTRICT COURT JUDGE

PD.5968572.1