UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br><br>SECTION "J" (1)<br><br>JUDGE BARBIER |
| This document relates to: 11-275 (consolidated with 11-274) | MAGISTRATE SHUSHAN |

## MOTION TO WITHDRAW COUNSEL

**NOW INTO COURT,** through undersigned counsel come Certain Underwriters at Lloyd's, London and Various Insurance Companies ("Underwriters") subscribing certain excess liability insurance policies issued to Transocean Ltd., who respectfully move to withdraw George M. Gilly as co-counsel of record. Richard N. Dicharry, Evans Martin McLeod and Kyle S. Moran shall remain as counsel of record.

**WHEREFORE,** mover prays that this Honorable Court enter an order permitting the withdrawal of George M. Gilly as co-counsel of record for Underwriters.

PD.5968504.1

Respectfully submitted,

**PHELPS DUNBAR LLP**


BY:  /s/ Kyle S. Moran
Richard N. Dicharry (Bar #4929)
Evans Martin McLeod (Bar #24846)
Kyle S. Moran (Bar #33611)
Canal Place
365 Canal Street | Suite 2000
New Orleans, LA  70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email:  Richard.Dicharry@phelps.com
           George.Gilly@phelps.com
           Marty.McLeod@phelps.com
           Kyle.Moran@phelps.com

**ATTORNEYS FOR CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND VARIOUS INSURANCE COMPANIES**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12 on this 16th day of February, 2012.

/s/ Kyle S. Moran

PD.5968504.1