UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br><br>SECTION "J" (1)<br><br>JUDGE BARBIER |
| This document relates to: 11-275 (consolidated with 11-274) | MAGISTRATE SHUSHAN |

## ORDER

Considering the foregoing Motion to Withdraw Counsel:

**IT IS HEREBY ORDERED** that George M. Gilly is hereby withdrawn as co-counsel of record for Certain Underwriters at Lloyd's, London and Various Insurance Companies.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____

UNITED STATES DISTRICT COURT JUDGE

PD.5968556.1