UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br><br>SECTION "J" (1)<br><br>JUDGE BARBIER |
| This document relates to: 11-01439 and 11-01440 | MAGISTRATE SHUSHAN |

## MOTION TO WITHDRAW COUNSEL

**NOW INTO COURT,** through undersigned counsel come Certain Underwriters at Lloyd's, London and Various Insurance Companies (collectively "First Excess Layer Insurers"), who respectfully move to withdraw George M. Gilly as co-counsel of record. Richard N. Dicharry, Evans Martin McLeod and Kyle S. Moran shall remain as counsel of record.

**WHEREFORE,** mover prays that this Honorable Court enter an order permitting the withdrawal of George M. Gilly as co-counsel of record for the First Excess Layer Insurers.

PD.5969186.1

Respectfully submitted,

**PHELPS DUNBAR LLP**


BY: _____/s/ Kyle S. Moran_____
Richard N. Dicharry (Bar #4929)
Evans Martin McLeod (Bar #24846)
Kyle S. Moran (Bar #33611)
Canal Place
365 Canal Street | Suite 2000
New Orleans, LA  70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: Richard.Dicharry@phelps.com
         George.Gilly@phelps.com
         Marty.McLeod@phelps.com
         Kyle.Moran@phelps.com

**ATTORNEYS FOR CERTAIN
UNDERWRITERS AT LLOYD'S, LONDON
AND VARIOUS INSURANCE COMPANIES**


### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12 on this 16th day of February, 2012.


_____/s/ Kyle S. Moran_____