UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "DEEPWATER HORIZON" in the Gulf of Mexico on April, 20, 2010 | * * * * | MDL 2179 |
| | * | SECTION J(2) |
| | * | JUDGE BARBIER |
| This Document Applies to: No. 12-179 c/w 12-259 | * * * * | MAG. JUDGE WILKINSON |

## ORDER

Case No. 12-179, *Constantin Land Trust v. BP America Production Co., et al.*, and Case No. 12-259, *Constantin Land Trust v. Epic Diving & Marine Services, LLC*, were transferred to Section J(1) from Sections N and G, respectively.

**IT IS ORDERED** that Case No. 12-179 is **CONSOLIDATED WITH** Case No. 12-259.

**IT IS FURTHERED ORDERED** that Case No. 12-179 c/w 12-259 is **CONSOLIDATED WITH** MDL 2179.

**IT IS FURTHER ORDERED** that Case No. 12-179 c/w 12-259 is **REASSIGNED AND REFERRED TO** Magistrate Judge Joseph C. Wilkinson, Jr. (Division 2) for the purpose of pretrial case management, including issuing a scheduling order, overseeing discovery, and any other preliminary matters. Parties are encouraged to consider consenting to trial before Magistrate Judge Wilkinson under Fed. R. Civ. P. 73, but are free to withhold consent without adverse substantive consequences.

Parties are directed to use the above caption in future filings with this Court.

FEB 1 6 2012

TRANSFERRED TO
**MAG. 2**

___Fee _____
___Process_____
X_Dktd _____
___CtRmDep_____
___Doc. No._____

New Orleans, Louisiana this 15th day of February, 2012

_____
United States District Court