UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CONSTANTIN LAND TRUST** | * CIVIL ACTION NO.: 12-CV-00179 |
| | * |
| **versus** | * JUDGE KURT ENGELHARDT |
| | * |
| **BP AMERICA PRODUCTION COMPANY,** | * MAGISTRATE ALMA CHASEZ |
| **BP EXPLORATION & PRODUCTION,** | * |
| **SEA SUPPORT SERVICES, L.L.C. AND** | * |
| **RANDY J. ADAMS** | * |
| ****************************************** | * |

## MOTION TO REMAND

**NOW INTO COURT**, through undersigned counsel comes plaintiff, Constantin Land Trust ("CLT"), who for the reasons set forth in the supporting Memorandum, moves this Honorable Court to remand this matter to the 17th Judicial District Court for the Parish of Lafourche, State of Louisiana; and for an award of costs and expenses, including attorneys' fees associated with the remand of this case, and for preparation of this Motion, all as more fully set forth in the attached Memorandum in Support.

Respectfully submitted,

**REICH, ALBUM & PLUNKETT, L.L.C.**

/S/ ROBERT S. REICH
**ROBERT S. REICH (#11163)**
**ROBERT B. ACOMB (#02303)**
Two Lakeway Center, Suite 1000
3850 N. Causeway Boulevard
Metairie, Louisiana 70002
Tel: (504) 830-3999
Fax: (504) 830-3950
e-mail: rreich@rapllclaw.com
        racomb@rapllclaw.com
*Attorney for Plaintiff, Constantine Land Trust*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing has been served upon all counsel of record by hand delivery, electronic delivery, facsimile transmission, or by placing same in the U. S. Mail, postage prepaid, this 27th day of January 2012.

/S/ ROBERT S. REICH