## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CONSTANTIN LAND TRUST** | * CIVIL ACTION NO.:  12-CV-00179 |
| | * |
| **versus** | * JUDGE KURT ENGELHARDT |
| | * |
| **BP AMERICA PRODUCTION COMPANY,** | * MAGISTRATE ALMA CHASEZ |
| **BP EXPLORATION & PRODUCTION,** | * |
| **SEA SUPPORT SERVICES, L.L.C. AND** | * |
| **RANDY J. ADAMS** | * |
| ***************************************** | * |

### NOTICE OF SUBMISSION

**NOTICE IS HEREBY GIVEN** that the Motion to Remand filed by Constantin Land Trust will be brought for hearing before the Honorable Kurt Engelhardt, United States District Judge, at the United States Courthouse, 500 Poydras Street, New Orleans, LA 70130, on the 22nd day of February 2012 at 9:30 a.m., or as soon thereafter as counsel may be heard.

Respectfully submitted,

**REICH, ALBUM & PLUNKETT, L.L.C.**

/S/ ROBERT S. REICH
**ROBERT S. REICH (#11163)**
**ROBERT B. ACOMB III (#02303**
Two Lakeway Center, Suite 1000
3850 N. Causeway Boulevard
Metairie, Louisiana  70002
Tel: (504) 830-3999
Fax: (504) 830-3950
e-mail: rreich@rapllclaw.com;
racomb@rapllclaw.com
*Attorney for Plaintiff, Constantin Land Trust*

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing has been served upon all counsel of record by hand delivery, electronic delivery, facsimile transmission, or by placing same in the U. S. Mail, postage prepaid, this 27th day of February 2012.

/S/ ROBERT S. REICH