UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf Of Mexico, on April 20, 2010<br><br>This document applies to:<br>*All Cases* | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## TRANSOCEAN'S SECOND SUPPLEMENTAL AND AMENDED EXHIBIT LIST

**NOW INTO COURT**, through undersigned counsel, come Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc., who, in accord with the Court's Order of February 10, 2012 [Doc. 5719], respectfully submit the following Second Supplemental and Amended Exhibit List ("Exhibit List") for Phase One of the February 2012 Limitation and Liability Trial.

(1) Transocean incorporates by reference all exhibits filed in Transocean's First Supplemental and Amended Exhibit List. [Doc. 5208].

(2) Transocean reserves the right to supplement this Exhibit List with any deposition exhibits identified in depositions not due to inData at this time.

(3) Transocean incorporates by reference all Expert Reliance exhibits set forth by the United States of America regarding the expert report of Glen Benge.

(4) Transocean incorporates by reference any exhibit set forth in any party's Exhibit List.

(5) Because discovery is ongoing, Transocean reserves the right to add documents discovered subsequent to the filing of this Exhibit List.

(6) Transocean reserves the right to amend or supplement its Exhibit List as necessary, in order to add documents required for deposition designations, for expert or other discovery, or due to the unavailability of fact witnesses, as well as to remove or add documents in connection with Court rulings on motions in limine.

(7) Transocean reserves the right to add exhibits as impeachment or rebuttal evidence or to refresh a witness' recollection.

(8) Transocean has not attempted to list separately each copy or version of an exhibit as it was produced or used during discovery.  Transocean reserves the right to make use of or object to a different copy or version of the same document at trial if, for example, the document has been assigned a different Bates number or deposition exhibit number, or if the document is in a different electronic or native format than the version identified.

(9) The inclusion of an exhibit on this Exhibit List does not mean that Transocean agrees to the exhibit's admission for all purposes, as some exhibits are offered as party admissions only against others, or as possible impeachment materials. Transocean reserves the right to object as appropriate to other parties introducing these exhibits into evidence.

(10) In addition to the exhibits identified on its Exhibit List, and in addition to any exhibits added to that list, Transocean reserves the right to use demonstrative exhibits, models, aids, charts, graphs and other presentations at trial.

(11) By including a document on its Exhibit List, Transocean does not agree or admit that a document or category of documents is admissible for any or all purposes. By way of example, Transocean has included certain exhibits on its Exhibit List that are admissible as party admissions if offered by Transocean against another party, but not if offered against Transocean. Transocean has also included certain documents on a provisional basis only, subject to rulings on motions in limine and other pending issues before the Court. Transocean reserves the right to object if other parties' seek to introduce into evidence exhibits that Transocean has identified, depending on the specifics of the document.

In addition to the aforementioned exhibits, and subject to the above statements and reservations, Transocean specifically submits the following Trial Exhibits that have been added to Transocean's Phase One Exhibit List (Attached hereto as Exhibit "A").

Respectfully submitted,

By:   /s/ Steven L. Roberts
Steven L. Roberts (Texas, No. 17019300)
Rachel Giesber Clingman (Texas, No. 00784125)
Kent C. Sullivan (Texas, No. 19487300)
Sutherland Asbill & Brennan LLP
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 470-6100
Facsimile:  (713) 654-1301
Email: steven.roberts@sutherland.com,
rachel.clingman@sutherland.com,
kent.sullivan@sutherland.com,

By:   /s/ Kerry J. Miller
Kerry J. Miller (Louisiana, No. 24562)
Frilot, L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8169
Facsimile: (504) 599-8154
Email: kmiller@frilot.com

By:   /s/ Edwin G. Preis, Jr.
Edwin G. Preis, Jr. (Louisiana, No. 10703)
Richard J. Hymel (Louisiana, No. 20230)
Preis & Roy PLC
102 Versailles Boulevard, Suite 400
Lafayette, Louisiana 70501
Telephone: (337) 237-6062
Facsimile: (337) 237-9129

-and-

3

601 Poydras Street, Suite 1700
New Orleans, Louisiana 70130
Telephone: (504) 581-6062
Facsimile: (504) 522-9129
Email: egp@preisroy.com, efk@preisroy.com

Of Counsel:

John M. Elsley (Texas, No. 0591950)
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone: (713) 224-8380
Facsimile: (713) 225-9945
Email: john.elsley@roystonlaw.com

Daniel O. Goforth (Texas, No. 08064000)
Goforth Geren Easterling LLP
4900 Woodway, Suite 750
Houston, Texas 77056
Telephone: (713) 650-0022
Facsimile: (713) 650-1669
Email: dangoforth@goforthlaw.com

Brad D. Brian (California, No. 79001)
Allen M. Katz (California, No. 054933)
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5180, (213) 683-4018
Email: brad.brian@mto.com, allen.katz@mto.com

*Counsel for Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc. and Transocean Deepwater Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of February 2012, I electronically filed the foregoing with the Court's CM/ECF system and/or by using the LexisNexis File & Serve, in accordance with Pretrial Order No. 12 which will send a notice of filing to all counsel accepting electronic notice.

/s/ Kerry J. Miller