**Transocean's Second Supplemental and Amended Exhibit List**

| Trial Exhibit Number | Beginning Bates Number | Ending Bates Number | Document Date | Document Description |
|---|---|---|---|---|
| TREX-07443 | none | | 7/2/2001 | Crook, Ronald J., et al., Drilling & Production - "Eight steps ensure successful cement jobs" Oil & Gas Journal - |
| TREX-07460 | none | | | Primary cementing: Optimizing for maximum displacement, by Richard C. Haut & Ronald K. Crook |
| TREX-07461 | TREX-07462 | | | SPE8253, Primary Cementing: The Mid Displacement Process, by Richard C. Haut & Ronald J. Crook |
| TREX-07462 | none | | | Spacers and Their Applications in Primary Cementing, by Ronald A. Crook, Wallace G. Darden & Jim L. Watson |
| TREX-07463 | BP-HZN-BLY00105786 BPD007-002789 | | 8/21/2010 | Email from McKay to Corser & Brock, Subject: Centralizer graph, attaching centralizers graph with caliper Log.xls |
| TREX-07464 | TRN-MDL-00621086 TDR024-017899 | TRN-MDL-00621192 TDR024-018005 | 5/1/2010 | Isolating Potential Flow Zones During Well Construction - API Recommended Practice 65 - Part 2 - First Edition |
| TREX-07465 | none | | 7/1/2004 | Recommended Practice on Testing of Deepwater Horizon Well Cement Formulations - ANSI/API Recommended Practice 10B-3 - First Edition |
| TREX-07466 | BP-HZN-2179MDL00315248 BPD115-041400 | BP-HZN-2179MDL00315253 BPD115-041404 | 4/17/2010 | Email from Morel to Guide, FW: Lab tests, attaching Halliburton Lab Results - Primary 4/12/10 |
| TREX-07469 | BP-HZN-MBI 00066224 BPD107-154625 | BP-HZN-MBI 00066259 BPD107-154660 | 6/11/2009 | Email from Gagliano to Morel & Hafle, Subject: Macondo BoD, attaching Halliburton Macondo BoD |
| TREX-07471 | BP-HZN-2179MDL01580110 BPD187-066559 | BP-HZN-2179MDL01580110 BPD187-066559 | 1/15/2010 | Email from Morel to Guide, Cocales, Hafle & LeBleu, Subject: Macondo Decisions |
| TREX-07475 | HAL_0010515 | HAL_0010517 | 4/14/2010 | Email from Morel to Gagliano, RE: OptiCem Report, attaching OptiCem Circulating Pressure and Density at Reservoir Zone |
| TREX-07476 | HAL_0010518 | HAL_0010520 | 4/14/2010 | Email from Morel to Gagliano, RE: OptiCem Report, attaching OptiCem Circulating Pressure and Density at Reservoir Zone |
| TREX-07477 | BP-HZN-MBI 00127261 BPD107-215662 | BP-HZN-MBI 00127265 BPD107-215666 | 4/15/2010 | Email from Morel to Gagliano, Fw: 7" float collar, attaching Weatherford Item Navigator sheet |
| TREX-07478 | BP-HZN-2179MDL03431749 BPD298-075926 | BP-HZN-2179MDL03431796 BPD298-075973 | 4/14/2010 | Email from Leweke to Gagliano, Subject: Caliper Data, attaching Caliper Data |
| TREX-07481 | HAL_0513707 HDR032-000001 | HAL_0513866 HDR032-000160 | | Screen shots of Well Cat inputs - Highly Confidential |
| TREX-07491 | none | | 00/00/0000 | Halliburton Experience with Foam Cement Using D-AIR 3000 in The Slurry In The GOM - 2005 - April 20, 2010 chart |

Transocean's Second Supplemental
and Amended Exhibit List

| Trial Exhibit Number | Beginning Bates Number | Ending Bates Number | Document Date | Document Description |
|---|---|---|---|---|
| TREX-07855 | HCG151-000002<br>HCG151-000006<br>CGD000005 | HCG151-000002<br>HCG151-000111<br>CGD000110 | | Excerpt of Transcript |
| TREX-07856 | HCG151-000186<br>CGD000185 | HCG151-000189<br>CGD000188 | | Excerpt of Transcript |
| TREX-07857 | HCG151-000257<br>CGD000256 | HCG151-000260<br>CGD000259 | | Excerpt of Transcript |
| TREX-07858 | HCG151-000368<br>HCG151-000492<br>CGD000491 | HCG151-000368<br>HCG151-000495<br>CGD000494 | | Excerpt of Transcript |
| TREX-07859 | HCG151-000368<br>HCG151-000460<br>CGD000459 | HCG151-000368<br>HCG151-000463<br>CGD000462 | | Excerpt of Transcript |
| TREX-07860 | HCG151-002860<br>HCG151-002882<br>CGD001376 | HCG151-002860<br>HCG151-002885<br>CGD001379 | | Excerpt of Transcript |
| TREX-07861 | HCG151-002891<br>HCG151-002955<br>CGD001449 | HCG151-002891<br>HCG151-002958<br>CGD001452 | | Excerpt of Transcript |
| TREX-07862 | HCG151-002891<br>HCG151-002971<br>CGD001465 | HCG151-002891<br>HCG151-002974<br>CGD001468 | | Excerpt of Transcript |
| TREX-07863 | HCG151-003452<br>HCG151-003646<br>CGD001958 | HCG151-003452<br>HCG151-003649<br>CGD001961 | | Excerpt of Transcript |
| TREX-07864 | HCG151-003474<br>HCG151-003568<br>CGD002062 | HCG151-003474<br>HCG151-003574<br>CGD002068 | | Excerpt of Transcript |
| TREX-07865 | HCG151-003719<br>HCG151-003743<br>CGD002522 | HCG151-003719<br>HCG151-003748<br>CGD002527 | | Excerpt of Transcript |
| TREX-07867A | none | | | To be produced and delivered to court reporter |