UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| All Cases | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

**IT IS ORDERED** that (Rec. Doc. 5455) Plaintiffs' Motion for Certification of Interlocutory Appeal Under 28 U.S.C. § 1292(b) is **DENIED.**

New Orleans, Louisiana this 16th day of February, 2012.

_____
United States District Judge