UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**ORDER**

**[Regarding BP's Motion *in limine* to Preclude Using any Extrinsic Evidence to Interpret Indemnities (Rec. doc. 5359)]**

BP seeks an order precluding the use of any purported extrinsic evidence to interpret indemnities during Phase One of the trial. On January 26, 2012, an order was issued on Transocean's partial motion for summary judgment as to whether BP must defend and indemnify Transocean for pollution claims asserted by third parties. Rec. doc. 5446. On January 31, 2012, an order was issued on Halliburton's partial motion for summary judgment regarding indemnity. Rec. doc. 5493. For the reasons stated by Transocean (Rec. doc. 5471),

IT IS ORDERED that BP's motion *in limine* to preclude using any extrinsic evidence to interpret indemnities (Rec. doc. 5359) is DENIED as MOOT.

New Orleans, Louisiana, this 16th day of February, 2012.

CARL J. BARBIER
United States District Judge