UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

# ORDER

[Regarding PSC's Motion for Order Regarding Material
Previously Maintained as Confidential (Rec. doc. 5486)]

On January 30, 2012, the PSC filed a motion for an order regarding the handling of documents, depositions, expert reports and related material which were designated as confidential or highly confidential. Rec. doc. 5486. On that same date, an order was issued concerning confidential information at the trial. Rec. doc. 5476 at 7.

IT IS ORDERED that the PSC's motion for an order regarding material previously maintained as confidential (Rec. doc. 5486) is DISMISSED as MOOT.

New Orleans, Louisiana, this 17th day of February, 2012.

SALLY SHUSHAN
**United States Magistrate Judge**