IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | ) ) ) ) ) ) | MDL No.: 10- 2179  Section: J  Judge Barbier |
| This Pleading Relates to: | ) ) | Mag. Judge Shushan |
| Goodwin, Gary, v. BP America Production Company. | ) ) ) | |
| No.: 11-1773. | ) ) ) ) ) | |

## NOTICE OF APPEARANCE

COMES NOW Lange Clark of the Law Office of Lange Clark, P.C. and make his appearance as counsel for the Plaintiff in the above referenced action.

Respectfully submitted,

/s/ Lange Clark
Lange Clark

Law Office of Lange Clark, P.C.
301 19th Street North
Suite 550
Birmingham, Alabama 35203
Telephone: 205-939-3933
langeclark@mindspring.com

## Certificate of Service

      I hereby certify that the above and foregoing Notice of Appearance has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on the date stamped by the system.

                                                        /s/ Lange Clark
                                                           Lange Clark