UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL NO. 2179 |
| | : | SECTION J |
| THIS DOCUMENT RELATES TO: | : : | JUDGE BARBIER |
| 10-4536 | : : | MAGISTRATE JUDGE SHUSHAN |

NOTICE OF LODGING OF PROPOSED PARTIAL CONSENT DECREE

And

REQUEST THAT THE COURT TAKE NO ACTION
UNTIL A MOTION FOR ENTRY IS FILED

The United States of America respectfully files with the Court a proposed Consent Decree between the United States of America, and defendant MOEX Offshore 2007. The settlement relates to the First Claim for Relief in the complaint in the matter of *United States v. BP et al.*, 10- 4536, which is the claim under the Clean Water Act. The settlement also involves the five Gulf coast states: Texas, Louisiana, Mississippi, Alabama, and Florida.

However, the proposed Consent Decree is contingent upon a public comment period, so the United States requests that the Court not sign the Consent Decree until the United States files a Motion for Entry. Pursuant to Paragraph 50 of the proposed Consent Decree, and 28 C.F.R. § 50.7, the public will have 30 days in which to submit comments to the United States Department of Justice on the proposed Consent Decree. The 30-day period will begin on the date notice of the lodging of the proposed Consent Decree is

published in the Federal Register. After the 30-day public comment period has expired, the United States will inform the Court of any public comments received and any responses thereto.

If, after reviewing the public comments, the Department of Justice concludes that the proposed Consent Decree should be entered, the United States will seek its entry as a final order of the Court. Because of the public comment period, we respectfully request that the Court refrain from executing the proposed Consent Decree at this time. During the public comment period, no action is required or requested of the Court.

Plaintiff therefore respectfully requests that this Court receive the proposed Decree for lodging only, and that it abstain from acting upon the Consent Decree until the period for public comment has expired and the Plaintiff has moved for entry of the proposed Consent Decree.

Dated:  February 17, 2012                    Respectfully Submitted,

| | |
|---|---|
| IGNACIA S. MORENO | TONY WEST |
| Assistant Attorney General | Assistant Attorney General |
| Environment & Natural Resources Division | Civil Division |
| | |
| JAMES NICOLL | PETER F. FROST |
| Senior Counsel | Director, Torts Branch, Civil Division |
| NANCY FLICKINGER | Admiralty and Aviation |
| Senior Attorney | STEPHEN G. FLYNN |
| SARAH HIMMELHOCH | Assistant Director |
| Senior Litigation Counsel | MICHELLE DELEMARRE |
| DEANNA CHANG | SHARON SHUTLER |
| SCOTT CERNICH | JESSICA SULLIVAN |
| A. NATHANIEL CHAKERES | JESSICA MCCLELLAN |
| JUDY HARVEY | DAVID PFEFFER |
| MATT LEOPOLD | MALINDA LAWRENCE |
| ABIGAIL ANDRE | Trial Attorneys |
| Trial Attorneys | |

/s/ Steven O'Rourke
STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-514-2779
Facsimile: 202-514-2583
E-mail: steve.o'rourke@usdoj.gov

JIM LETTEN
United States Attorney
SHARON SMITH
Assistant United States Attorney
Eastern District of Louisiana
650 Poydras St., Ste 1600
New Orleans, LA 70130

/s/ R. Michael Underhill
R. MICHAEL UNDERHILL, T.A.
Attorney in Charge, West Coast Office
   Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg, Box 36028
450 Golden Gate Avenue
San Francisco, CA 94102-3463
Telephone: 415-436-6648
Facsimile: 415-436-6632
E-mail: mike.underhill@usdoj.gov

Attorneys for the UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of February, 2012.

/s/  Steve O'Rourke
U.S. Department of Justice