UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION<br><br>MDL 2179 |
| Member Cases: <u>Constantin Land Trust v. BP America Production Co. et al.</u>; C.A. No. 12-179 c/w <u>Constantin Land Trust v. Epic Diving & Marine Services, LLC</u>, C.A. No. 12-259 | SECTION "J" (2) |

## ORDER

The captioned case has recently been reassigned and referred to me by Judge Barbier. Record Doc. No. 5725. Accordingly,

**IT IS ORDERED** that a status conference is hereby SCHEDULED in this matter on **MARCH 8, 2012 at 10:30 a.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Hale Boggs Building, Room B409, New Orleans, Louisiana. The purpose of the conference is to discuss possible consent to proceed before a magistrate judge pursuant to 28 U.S.C. § 636(c), scheduling and to select pre-trial and trial dates, if appropriate. Parties who wish to participate in the conference by telephone may make arrangements to do so by calling the undersigned magistrate judge's chambers at 504-589-7630.

The Clerk is hereby directed to place a copy of this order in the captioned MDL case and the individual cases, C.A. No. 12-179 and C.A. No. 12-259.

New Orleans, Louisiana, this ___17th___ day of February, 2012.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**