U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  FEB 14 2012

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 12-30133

MDL -2179

In re: BRENT RODRIGUE, SR.; DAVID BATT; BRIAN ACKERSON; AFFULENTIALS, L.L.C.; AMA DISTRIBUTORS, L.L.C.; DANICA ANSARDI; MICHAEL ARDOIN; ARMAND'S BISTRO, L.L.C.; MICHELLE BADEAUX; HEBERT BADEAUX; KURT BADEAUX; JOHN BARRETT; LYNCHELLE BELLAMY; H. THOMAS BOURGEOIS; PETER BRADY, JR.; DAVID BROWN; HOWARD BURAS; RIA CAGAN; COLLIN CAGAN; CAJUN CUISINE, L.L.C.; CAJUN GRILL & CATERING, L.L.C.; CD GROCERY, L.L.C.; MURPHY CHRISTINA; CHARLES COATES; MARK COOPER, ET AL,

    Petitioners

Petition for a Writ of Mandamus to the
Eastern District of Louisiana, New Orleans

Before GARZA, SOUTHWICK, and HAYNES, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that the petition for writ of mandamus is DENIED.

A true copy
Attest:

Clerk, U. S. Court of Appeals, Fifth Circuit
By Sabrina B Short
      Deputy
New Orleans, Louisiana     FEB 14 2012



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   FEB 14 2012
LORETTA G. WHYTE
CLERK

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

February 14, 2012

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

**RECEIVED FEB 1 4 2012 U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA DEPUTY CLERK**

   USCA No. 12-30133,   In re: Brent Rodrigue, Sr., et al
        USDC No. 2:10-MD-2179

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                         By: *Sabrina B. Short*
                              Sabrina B. Short, Deputy Clerk
                              504-310-7817

cc w/encl:
   Honorable Carl J. Barbier
   Ms. Mary Rose Alexander
   Mr. David J. Beck
   Mr. Daniel E Becnel Jr.
   Ms. Carmelite M. Bertaut
   Ms. Frances E. Bivens
   Mr. Salvadore Christina Jr.
   Mr. Robert R Gasaway
   Mr. Donald Everett Godwin
   Mr. Daniel O. Goforth
   Mr. Glenn G. Goodier
   Mr. Don Keller Haycraft
   Mr. Edward Thomas Hayes
   Mr. Don Jackson
   Mr. Russell Keith Jarrett
   Mr. Ky E. Kirby
   Ms. Deborah D Kuchler
   Mr. James Andrew Langan
   Mr. Michael J. Lyle
   Ms. Jenny LaNell Martinez
   Mr. Kerry J. Miller
   Mr. William A. Percy III
   Mr. Paul Maury Sterbcow
   Mr. Hugh Earl Tanner
   Mr. Paul C Thibodeaux
   Mr. Theodore E. Tsekerides
   Mr. Alan M. Weigel
   Mr. Phillip A. Wittmann
   Mr. Robert Alan York

