# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 12-30163

In Re: PLAQUEMINES PARISH SCHOOL BOARD

Petitioner

MDL - 2179
c/w 11-348 J

Petition for a Writ of Mandamus to the
Eastern District of Louisiana, New Orleans

Before GARZA, SOUTHWICK, and HAYNES, Circuit Judges.

PER CURIAM:

IT IS ORDERED that the petition for writ of mandamus is DENIED.

*U. S. DISTRICT COURT*
*EASTERN DISTRICT OF LOUISIANA*
*FILED FEB 17 2012*
*LORETTA G. WHYTE*
*CLERK*

A true copy
Attest
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
Deputy
New Orleans, Louisiana   FEB 14 2012

**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

February 14, 2012

RECEIVED
FEB 17 2012
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
DEPUTY CLERK

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 12-30163, In Re: Plaquemines Parish School Bd
        USDC No. 2:10-MD-2179
        USDC No. 2:11-CV-348

Enclosed is a copy of the judgment issued as the mandate.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _Misty Fontenot_
                Misty L. Fontenot, Deputy Clerk
                504-310-7716

cc w/encl:
    Honorable Carl J. Barbier
    Ms. Mary Rose Alexander
    Mr. Robert Elton Arceneaux
    Mr. David J. Beck
    Ms. Carmelite M. Bertaut
    Ms. Frances E. Bivens
    Mr. Robert R Gasaway
    Mr. Donald Everett Godwin
    Mr. Daniel O. Goforth
    Mr. Glenn G. Goodier
    Mr. Don Keller Haycraft
    Mr. Don Jackson
    Mr. Russell Keith Jarrett
    Mr. Ky E. Kirby
    Ms. Deborah D Kuchler
    Mr. James Andrew Langan
    Mr. Michael J. Lyle
    Ms. Jenny LaNell Martinez
    Mr. Kerry J. Miller
    Mr. Paul Maury Sterbcow
    Mr. Hugh Earl Tanner
    Mr. Paul C Thibodeaux
    Mr. Theodore E. Tsekerides
    Mr. Alan M. Weigel
    Mr. Phillip A. Wittmann
    Ms. Margaret E Woodward
    Mr. Robert Alan York