IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 12-30135

In re: GABRIEL SANCHEZ, MDL-2179

Petitioner

Petition for a Writ of Mandamus to the
Eastern District of Louisiana, New Orleans

Before GARZA, SOUTHWICK, and HAYNES, Circuit Judges.

PER CURIAM:

IT IS ORDERED that the petition for writ of mandamus is DENIED.

*U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   FEB 17 2012
LORETTA G. WHYTE
CLERK*

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By Sabrina B Short
                Deputy
New Orleans, Louisiana   FEB 1 4 2012

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

RECEIVED FEB 17 2012 U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA DEPUTY CLERK

February 14, 2012

Ms. Loretta Whyte  
U.S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

    **USCA** No. 12-30135,  In re: Gabriel Sanchez  
        USDC No. 2:10-MD-2179

Enclosed is a copy of the judgment issued as the mandate.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _Sabrina B. Short_  
        Sabrina B. Short, Deputy Clerk  
        504-310-7817

cc w/encl:  
    Honorable Carl J. Barbier  
    Ms. Mary Rose Alexander  
    Mr. David J. Beck  
    Ms. Frances E. Bivens  
    Mr. Anthony G Buzbee  
    Mr. Donald Everett Godwin  
    Mr. Daniel O. Goforth  
    Mr. Glenn G. Goodier  
    Mr. Don Keller Haycraft  
    Mr. Don Jackson  
    Mr. Ky E. Kirby  
    Ms. Deborah D Kuchler  
    Mr. James Andrew Langan  
    Mr. Michael J. Lyle  
    Mr. Kerry J. Miller  
    Mr. Hugh Earl Tanner  
    Mr. Alan M. Weigel  
    Mr. Phillip A. Wittmann