MINUTE ENTRY
SHUSHAN, J.
FEBRUARY 17, 2012
MJSTAR: 2 hr.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG :   MDL NO. 2179
"DEEPWATER HORIZON" in the :
GULF OF MEXICO, on :
APRIL 20, 2010 :   SECTION: J (1)
:
:
:   JUDGE BARBIER
:   MAG. JUDGE SHUSHAN

| CASE MANAGER: | COURT REPORTER: |
|---|---|
| Stephanie Kall | Karen Ibos |

FRIDAY, FEBRUARY 17, 2012   9:30 A.M.
MAGISTRATE JUDGE SALLY SHUSHAN PRESIDING

A discovery status conference was held this date before Magistrate Judge Sally Shushan.

PRESENT: See attached sign-in sheets for attorneys who participated in person and via telephone.