# CONFERENCE ATTENDANCE RECORD

DATE: 2-17-12     TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

(DISCOVERY STATUS CONFERENCE)

☞ **PRINT LEGIBLY**

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| David Beck | Cameron |
| Don Godwin | Halliburton |
| Alan York | " |
| Jenny Martinez | " |
| Gavin Hill | " |
| Gwen Richard | " |
| Sean Fleming | " |
| Stefanie Major | " |
| Lauren Mitchell | " |
| Don Haycraft | BP |

cont-d

# CONFERENCE ATTENDANCE RECORD

DATE: 2/24/12  TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

~~DISCOVERY STATUS~~ CONFERENCE

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Dowel Jones | CAM |
| Alex Roberts | CAM |
| Corey Maze | AL |
| Win Sinclair | AL |
| Deb Kuchler | APC |
| Tony Fitch | " |
| Steve Herman | PSC |
| Jef Breit | PSC |
| Paul Sterbcow | PSC |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Duke Williams | PSC |
| Tony Fitch | Anadarko |
| Carmelite Bertaut | Cameron |
| Denise Scofield | MI |
| John Funderburk | MI |
| William Bonn | PSC |
| Stella Pulman | MOEX |
| Jimmy Williamson | PSC |
| Doug Kraus | La. |
| Brian Barr | PSC |
| David Tressler | BP |
| J. m Roy | PSC |
| Brian Kavanaugh | BP |
| Ryan Babiuch | BP |
| Jessica McCarsky | BP |
| Scott Cernich | US DOJ |
| Steve O'Rourke | US DOJ |

# CONFERENCE ATTENDANCE RECORD

DATE:_____    TIME:_____

CASE NAME:_____

DOCKET NUMBER & SECTION:_____

STATUS    PRELIMINARY    PRE-TRIAL    SETTLEMENT

## ☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Mike Underhill | U.S. DOJ |
| Anthony Irpino | PSC |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Ky Kirby

Robert Cunningham

Tim Duffy

Ed Flanders

Bill Stradley

Rob Gassaway and Joe Eicert