IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br><br>*All cases* | * * * * | Judge Barbier<br><br>Magistrate Judge Shushan |

**BP'S AND M-I'S CONSENT MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE THEIR CLAIMS AGAINST EACH OTHER**

BP Exploration & Production Inc. ("BPXP") and M-I L.L.C. ("M-I") have entered into a settlement of their claims against each other relating to the *Deepwater Horizon* incident. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a), BPXP, BP America Production Company, and BP p.l.c. (collectively, "BP") and M-I have agreed to mutually dismiss with prejudice all claims that the parties brought, or could have brought, against each other in the litigation arising out of the *Deepwater Horizon* incident. Therefore, pursuant to Federal Rule of Civil Procedure 41(a), BP moves to voluntarily dismiss with prejudice the claims, and withdraw all associated allegations, that they have brought, or could have brought, against M-I in the litigation arising out of the *Deepwater Horizon* incident, including *The BP Parties' Counter-Complaint Against M-I L.L.C.,* Docket No. 2917 filed in Case 2:10-md-02179-CJB-SS. M-I moves to voluntarily dismiss with prejudice the claims, and withdraw all associated allegations, that it has brought, or could have brought, against BP in the litigation arising out of the *Deepwater Horizon* incident, including the claims and allegations against BP in *Defendant M-I L.L.C.'s Cross-Claims*, Docket No. 2500 filed in Case 2:10-md-02179-CJB-SS, and *Defendant*

*M-I L.L.C.'s First Amended Cross-Claims*, Docket No. 2531 filed in Case 2:10-md-02179-CJB-SS.

WHEREFORE, BP respectfully moves to dismiss with prejudice all claims that they brought, or could have brought, against M-I in the litigation arising out of the *Deepwater Horizon* incident, and M-I respectfully moves to dismiss with prejudice all claims that it brought, or could have brought, against BP in the litigation arising out of the *Deepwater Horizon* incident.

Date: February 17, 2012

Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
R. Chris Heck
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

*Attorneys for BP p.l.c., BP Exploration & Production Inc., and BP America Production Company*

/s/ Hugh E. Tanner
Hugh E. Tanner

2

> Texas Bar No. 19637400
> Denise Scofield
> Texas Bar No. 00784934
> Morgan, Lewis & Bockius LLP
> 1000 Louisiana, Suite 4000
> Houston, Texas 77002
> Telephone: (713) 890-5000
> Facsimile: (713) 890-5001
>
> *Attorneys for Defendant M-I L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of February, 2012.

> /s/ Don K. Haycraft
> Don K. Haycraft