## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) MDL No. 2179 |
| | ) Section: J |
| IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | ) ) ) Judge: Barbier ) ) Magistrate: Shushan |
| This Document Relates To: 2:10-CV-02771 | ) ) ) ) ) |

### MOTION FOR PARTIAL SUMMARY JUDGMENT – SPECIFIC PERFORMANCE OF CONTRACTUAL ACCESS AGREEMENT

**NOW INTO COURT,** through the Plaintiffs' Steering Committee and additional undersigned counsel of record, comes Plaintiff the Edward Wisner Donation, and respectfully moves for partial summary judgment finding BP in breach of an August 2010 contractual Access Agreement permitting oil spill response operations on the Wisner Donation's property. The basis for this motion is set forth fully in Plaintiffs' Memorandum in Support, Statement of Uncontested Material Facts, and Exhibits, which are fully incorporated herein.

The Wisner Donation has consulted with the Plaintiffs' Steering Committee in this proceeding and the PSC has indicated that it concurs with the filing of this motion.

The Wisner Donation further submits that in light of the upcoming Phase I trial proceedings in the Deepwater Horizon MDL, this motion could be referred to a Magistrate Judge for findings and recommendations or mediation.

1

Respectfully Submitted:

/s/ Robert Wiygul  
Robert Wiygul (LA #17411)  
1011 Iberville Drive  
Ocean Springs, MS 39564  
Office: (228) 872-1125  
Fax:    (228) 872-1128  
robert@waltzerlaw.com

/s/ Joel Waltzer  
Joel Waltzer (LA #19268)  
3715 Westbank Expressway, Ste. 13  
Harvey, LA  70058  
Office:  (504) 340-6300  
Fax:     (504) 340-6330  
joel@waltzerlaw.com

*Counsel for Plaintiffs*:

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been electronically filed through the Court's CM/ECF system and/or LexisNexis File & Serve, in accordance with Pretrial Order No. 12, which will send a notice of electronic filing to all counsel of record on this 17th day of February, 2012.

/s/ Robert Wiygul