UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GODFREY J. LEBOEUF | * | MDL NO. 2179 |
| | * | |
| VERSUS | * | SECTION J |
| | * | |
| BP AMERICA PRODUCTION | * | JUDGE BARBIER |
| COMPANY and DANOS AND | * | |
| CUROLE MARINE CONTRACTORS, | * | MAGISTRATE JUDGE SHUSHAN |
| LLC | * | |
| | * | |
| THIS DOCUMENT RELATES TO | * | |
| 2:12-CV-00417 | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATE OF COMPLIANCE WITH 28 U.S.C. § 1447(b)**

NOW INTO COURT, through undersigned counsel, comes BP America Production Company ("BP"), who files this Certificate of Compliance with 28 U.S.C. § 1447(b), as required by this Court's Order of February 15, 2012.

1.

The parties remaining in this action are:

Godfrey J. LeBoeuf

        Counsel of Record:
        Jerry L. Hermann
        Kopfler & Hermann (L.C.)
        7910 Main Street, Suite 400
        Post Office Box 3760
        Houma, Louisiana 70361
        Telephone: (985) 851-3311

Danos and Curole Marine Contractors, LLC

      Counsel of Record:
      Harold J. Flanagan, Stephen M. Pesce,
      Sean P. Brady, Brandon C. Briscoe,
      and Andy Dupre
      201 St. Charles Avenue, Suite 2405
      New Orleans, Louisiana 70170
      Telephone:  (504) 569-0235


BP America Production Company

      Counsel of Record:
      Don K. Haycraft, R. Keith Jarrett
      Emma J. Hinnigan, and Devin C. Reid
      Liskow & Lewis
      701 Poydras Street, Suite 5000
      New Orleans, Louisiana  70139
      Telephone:  (504) 581-7979

2.

Copies of all pleadings filed by the above-referenced parties in state court are attached hereto as Exhibit "A."

3.

Copies of the returns on service of process of Plaintiff's Suit on Contract are attached hereto as Exhibit "B."

Respectfully submitted,


/s/ Emma J. Hinnigan
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
Emma J. Hinnigan (Bar #31783)
Devin C. Reid (Bar #32645)
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

***Attorneys for BP America Production Company***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing pleading has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of February, 2012.

/s/    Emma J. Hinnigan

Emma J. Hinnigan