| | |
|---|---|
| GODFREY J. LEBOEUF | 17TH JUDICIAL DISTRICT COURT |
| VS. NO. 119420 | PARISH OF LAFOURCHE |
| BP AMERICA PRODUCTION COMPANY and DANOS AND CUROLE MARINE CONTRACTORS, LLC | STATE OF LOUISIANA |

## SUIT ON CONTRACT DIVISION E

The petition of Godfrey J. Leboeuf, a person of the full age of majority and domiciled in the Parish of Lafourche, State of Louisiana, respectfully represents:

1.

Made defendants herein are:

A. **BP AMERICA PRODUCTION COMPANY (BP),** a foreign corporation authorized to do and doing business in the Parish of Lafourche, State of Louisiana; and

B. **DANOS AND CUROLE MARINE CONTRACTORS, LLC,** a domestic limited liability company authorized to do and doing business in the Parish of Lafourche, State of Louisiana.

2.

Defendants are justly and truly indebted unto petitioner for the following.

3.

On April 20, 2010, the Deepwater Horizon rig exploded in the Gulf of Mexico south of Lafourche parish. BP's Macondo well began spewing oil into the Gulf until a relief well stopped the hemorrhage on September 1, 2010.

4.

The cleanup of this massive spill took on a multi-pronged form. One of the efforts employed by BP was the charter of a number of local shrimping and other vessels to deploy oil absorbents and boom.

5.

The program developed by BP was called the Vessels of Opportunity (VOO) Program. Under this program, BP contracted with defendant, Danos and Curole Marine Contractors, LLC, to enter into agreements with vessel owners for clean-up of the oil spill.

1


EXHIBIT A

6.

On July 2, 2010, plaintiff and defendants entered into a charter agreement for petitioner's vessel, the M/V Landon Paul, as part of the VOO program. Petitioner's vessel/contract identification number was HOU2748, for the VOO program. Under the terms of the parties' agreement, defendants were to pay plaintiff $1,500 per day for vessel rental, and $200 per day for each crew member who worked 8 hours a day, until the vessel was released from the charter.

7.

Petitioner furnished his vessel and two-member crew to defendants during the period of time from September 28, 2010 until December 4, 2010. Petitioner was consistently and constantly advised to keep his vessel in the service of BP during this time frame, and to refrain from using the vessel for any other purpose, including shrimping.

8.

Defendants paid plaintiff's vessel and crew rates for three days. However, despite numerous requests and invoices, defendants have failed and refused to pay petitioner's vessel rate and his crew rates as set forth in the parties' agreement.

9.

Defendants' failure and refusal to pay the amounts owed to plaintiff is a bad faith violation of the contractual agreements between plaintiff and defendants.

10.

Defendants are indebted to plaintiff for such damages as are reasonable in the premises.

WHEREFORE, petitioner, GODFREY J. LEBOEUF, prays that this petition be served on defendants, BP AMERICA PRODUCTION COMPANY and DANOS AND CUROLE MARINE CONTRACTORS, LLC, and after due proceedings are had, that there be judgment in favor of petitioner, GODFREY J. LEBOEUF, and against defendants, BP AMERICA PRODUCTION COMPANY and DANOS AND CUROLE MARINE CONTRACTORS, LLC, for all such damages as are reasonable in the premises, for all

2

costs of these proceedings, together with legal interest from date of judicial demand, and for all other general and equitable relief.

                                                Respectfully Submitted,

JERRY L. HERMANN
KOPFLER & HERMANN (L.C.)
7910 Main Street, Ste. 400
P. O. Box 3760
Houma, Louisiana 70361
Phone: (985) 851-3311
Fax: 985-851-4521

_____
JERRY L. HERMANN (#6823)

**PLEASE SERVE:**

**BP AMERICA PRODUCTION COMPANY**
Through its agent for service of process:
  C.T. Corporation Systems
  5615 Corporate Blvd.
  Suite 400B
  Baton Rouge, LA 70808

**DANOS AND CUROLE MARINE CONTRACTORS, LLC**
Through its agent for service of process:
  Janell Ledet
  13083 Highway 308
  Larose, LA 70373

FILED
JAN 27 2012
CLERK OF COURT

3

GODFREY J. LEBOEUF                                    17TH JUDICIAL DISTRICT COURT

VS. NO. 119420

                                                      PARISH OF LAFOURCHE
BP AMERICA PRODUCTION
COMPANY and DANOS AND
CUROLE MARINE CONTRACTORS, LLC       STATE OF LOUISIANA

---

### REQUEST FOR NOTICE   DIVISION E

---

TO: The Honorable Clerk of Court
    17th Judicial District Court
    Parish of Lafourche
    State of Louisiana

In accordance with the Louisiana Code of Civil Procedure Article 1572, GODFREY J. LEBOEUF, plaintiff herein, requests that the Court give written notice by mail ten (10) days in advance of the date fixed for the trial of hearing of this case, whether on exceptions, motions, rules or the merits. Plaintiff also requests immediate notice of all orders or judgments, whether interlocutory or final, made or rendered in this case upon the rendition thereof as provided by the Louisiana Code of Civil Procedure Articles 1913 and 1914, including notice of judgment in the event this cause be taken under advisement, or if the judgment is not signed at the conclusion of the trial.

Respectfully Submitted,

JERRY L. HERMANN
**Kopfler & Hermann, (L.C.)**
7910 Main Street, Ste. 400
P. O. Box 3760
Houma, Louisiana 70361
Phone: 985-851-3311
Fax: 985-851-4521

_____
JERRY L. HERMANN (Bar #6823)


FILED
JAN 27 2012
_____
CLERK OF COURT

17TH JUDICIAL DISTRICT COURT FOR THE PARISH OF LAFOURCHE

STATE OF LOUISIANA

NO. 11-9420                                                           DIVISION "E"

GODFREY J. LEBOEUF

VERSUS

BP AMERICA PRODUCTION COMPANY AND
DANOS AND CUROLE MARINE CONTRACTORS, LLC

FILED:_____          _____
                                              DEPUTY CLERK

### NOTICE OF FILING NOTICE OF REMOVAL

To:   Clerk of Court
      17th Judicial District Court
      Courthouse
      201 Green Street
      Thibodaux, Louisiana 70301

**YOU ARE HEREBY NOTIFIED** that a Notice of Removal of the above-captioned case, a copy of which is annexed hereto as Exhibit "1," was filed in the United States District Court for the Eastern District of Louisiana on the 14th day of February, 2012.

Respectfully submitted,

_____
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
Emma J. Hinnigan (Bar #31783)
Devin C. Reid (Bar #32645)
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

*Attorneys for BP America Production Company*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Filing Notice of Removal has been served upon all counsel of record by electronic mail and/or by placing the same in the United States mail, properly addressed and postage prepaid, this 14th day of February, 2012.

*[signature]*

FILED
FEB 15 2012
CLERK OF COURT