D286948

# CITATION

| | |
|---|---|
| GODFREY J LEBOEUF | SEVENTEENTH JUDICIAL DISTRICT |
| VS | PARISH OF LAFOURCHE |
| BP AMERICA PRODUCTION COMPANY, ET AL | STATE OF LOUISIANA |
| DOCKET NUMBER: C-119420 | |

TO:  BP AMERICA PRODUCTION COMPANY
     Through its agent for service of process:
     C.T. Corporation Systems
     5615 Corporate Blvd., Ste 400B
     Baton Rouge, La 70808

residing in the PARISH OF EAST BATON ROUGE, STATE OF LOUISIANA

You are hereby cited to comply with the demand contained in the Petition on Contract a certified copy of which accompanies this citation. Alternatively, you should file an answer or other pleading to said Petition on Contract in the office of the Clerk of the Seventeenth Judicial District Court, in Thibodaux, Louisiana, within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS the Honorable Judges of said Court.

Granted under the impress of my seal of office and my official signature at Thibodaux, Louisiana, January 27, 2012.

VERNON H. RODRIGUE
CLERK OF COURT

_____
Deputy Clerk of Court

Kopfler & Hermann
Attorneys at Law
P.O. Box 3760
Houma, La 70361

FILED
JAN 27 2012
CLERK OF COURT

PERSONAL SERVICE

On _____ on the _____
Day of _____, 20___
Service:_____
Mileage:_____

Dty. Sheriff East Baton Rouge Parish

DOMICILIARY SERVICE

On _____ by _____
Leaving the same with _____
_____
On the ___ day of _____
_____, 20____
Service:_____
Mileage:_____

Dty. Sheriff East Baton Rouge Parish

EXHIBIT
B

D286948

# CITATION

| | |
|---|---|
| GODFREY J LEBOEUF | SEVENTEENTH JUDICIAL DISTRICT |
| VS | PARISH OF LAFOURCHE |
| BP AMERICA PRODUCTION COMPANY, ET AL | STATE OF LOUISIANA |
| DOCKET NUMBER: C-119420 | |

TO: BP AMERICA PRODUCTION COMPANY
Through its agent for service of process:
C.T. Corporation Systems
5615 Corporate Blvd., Ste 400B
Baton Rouge, La 70808

residing in the PARISH OF EAST BATON ROUGE, STATE OF LOUISIANA.

You are hereby cited to comply with the demand contained in the Petition on Contract a certified copy of which accompanies this citation. Alternatively, you should file an answer or other pleading to said Petition on Contract in the office of the Clerk of the Seventeenth Judicial District Court, in Thibodaux, Louisiana, within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS the Honorable Judges of said Court.

Granted under the impress of my seal of office and my official signature at Thibodaux, Louisiana, January 27, 2012.

VERNON H. RODRIGUE
CLERK OF COURT

_____
Deputy Clerk of Court

[Stamp: I made service on the named party through the CT Corporation by tendering a copy of this document to ☐ LYNETTE BASS ☐ LISA UTTECH ☐ RODERICK THOMAS ☐ JULIE CHISM ☐ Antoine Pierce — Baton Rouge, La — Deputy]

Kopfler & Hermann
Attorneys at Law
P.O. Box 3760
Houma, La 70361

[Stamp: FILED FEB -2 2012 CLERK OF COURT]

NOTICE OF SERVICE
I hereby certify that this Notice of Service was mailed by me to the requesting party.
Date: Feb 2, 2012
_____
Deputy Clerk of Court

PERSONAL SERVICE

On _____ on the _____
Day of _____, 20___
Service:_____
Mileage:_____

Dty. Sheriff East Baton Rouge Parish

DOMICILIARY SERVICE

On _____ by
Leaving the same with _____
_____
On the ___ day of
_____, 20_____
Service:_____
Mileage:_____

Dty. Sheriff East Baton Rouge Parish

D286955

# CITATION

GODFREY J LEBOEUF

VS

BP AMERICA PRODUCTION COMPANY, ET AL
DOCKET NUMBER: C-119420

SEVENTEENTH JUDICIAL DISTRICT

PARISH OF LAFOURCHE

STATE OF LOUISIANA

TO: DANOS AND CUROLE CONTRACTORS, LLC
Through its agent for service of process:
Janell Ledet
13083 Hwy 308
Larose, La 70373

residing in the PARISH OF LAFOURCHE, STATE OF LOUISIANA

You are hereby cited to comply with the demand contained in the Petition on Contract a certified copy of which accompanies this citation. Alternatively, you should file an answer or other pleading to said Petition on Contract in the office of the Clerk of the Seventeenth Judicial District Court, in Thibodaux, Louisiana, within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS the Honorable Judges of said Court.

Granted under the impress of my seal of office and my official signature at Thibodaux, Louisiana, January 27, 2012.

VERNON H. RODRIGUE
CLERK OF COURT

_____
Deputy Clerk of Court

Kopfler & Hermann
Attorneys at Law
P.O. Box 3760
Houma, La 70361

FILED
FEB - 9 2012
_____
CLERK OF COURT

(29)119420-1-CI/CV
PERS
JANELL LEDET at
13083 HIGHWAY 308, LAROSE
Service Date & Time: 2/1/2012 3:33 PM

275 - Chiasson, Curtis, Lafourche Parish Deputy

'CILIARY SERVICE

_____ by
he same with _____
..e ___ day of
_____, 20____
Service: _____
Mileage: _____

Dty. _____    ..RCHE Parish

NOTICE OF SERVICE
Dty Sheriff Lafourche Parish Service
I hereby certify that the Eld. Parish
was mailed by me to the requesting party.
Date: Feb. 9, 2012

_____
Deputy Clerk of Court