# EXHIBIT A

M-I L.L.C.'s Reply In Support Of Its Motion to Exclude
Calvin Barnhill's Opinions Regarding The Relationship Between The Spacer
And The Negative Pressure Test

(Provided Under Seal)