# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                          **MDL NO. 2179**
    "Deepwater Horizon" in the Gulf
    of Mexico, on April 20, 2010          **SECTION J**

Applies to: *All Cases*                                  **JUDGE BARBIER**
                                       **MAGISTRATE JUDGE SHUSHAN**

## ORDER

### [Regarding Don Vidrine]

The PSC requested the deposition of Don Vidrine.  Counsel for Mr. Vidrine requests that he be excused from testifying by deposition for medical reasons.  In support of the request, medical records were submitted for *in camera* review.  These records are filed in the record under seal.  Rec. doc. 3388.  They were reviewed.

IT IS ORDERED that Don Vidrine is not required to appear for a deposition.

New Orleans, Louisiana, this 21st day of July, 2011.

                                                   **Sally Shushan**
                                      **United States Magistrate Judge**

EXHIBIT "A"