# EXHIBIT A

(FILED UNDER SEAL PURSUANT TO DKT. NO. 5472)