1

```
 1                UNITED STATES DISTRICT COURT

                  EASTERN DISTRICT OF LOUISIANA

 2

 3   IN RE:  OIL SPILL        )  MDL NO. 2179

     BY THE OIL RIG           )

 4   "DEEPWATER HORIZON" IN    )  SECTION "J"

     THE GULF OF MEXICO, ON    )

 5   APRIL 20, 2010            )  JUDGE BARBIER

                               )  MAG. JUDGE SHUSHAN

 6

 7

 8

 9

10

11

12

13

14

15

16

17               * * * * * * * * * * * * * * * *

                        VOLUME 1

18               * * * * * * * * * * * * * * * *

19

20          Deposition of GREGG S. PERKIN,

21   P.E., taken at Pan-American Building,

22   601 Poydras Street, 11th Floor, New Orleans,

23   Louisiana, 70130, on the 28th day of

24   November, 2011.

25
```

Exhibit 1

**PURSUANT TO CONFIDENTIALITY ORDER**

83

```
    1         Q.      Have you ever performed any

    2    design work other than what we've already

    3    discussed in connection with a BOP used for

    4    offshore purposes?

09:49 5         A.      I'm having trouble with the

    6    "offshore purposes," because you have BOPs

    7    that are sitting on the ocean floor and you

    8    have BOPs that are above the water line.

    9    Those BOPs can be used both onshore and

09:50 10   offshore.  So that's the -- I'm having

    11   trouble with how you're asking the question.

    12        Q.      Okay.  Have you done design work

    13   other than what we've already discussed in

    14   connection with a BOP used for offshore or

09:50 15   onshore purposes?

    16        A.      Well, if we're talking subsea,

    17   no.

    18        Q.      Have you ever been asked to

    19   provide any consulting services for any BOP

09:50 20   manufacturer?

    21        A.      I have.

    22        Q.      Okay.  And have you ever been

    23   asked to assess the design of a BOP for a BOP

    24   manufacturer?

09:50 25        A.      I have.
```

**PURSUANT TO CONFIDENTIALITY ORDER**

84

1          Q.     Okay.  Have you ever done such

2    work for Cameron?

3          A.     I have.

4          Q.     Okay.  Describe for me the work

09:50  5    that you've done for Cameron in connection

6    with BOP design.

7          A.     It's been awhile, but many, many

8    years ago I recall working with Cameron in

9    their Patterson, Louisiana shop relative to

09:51  10   components that were used in a blowout

11   preventer on a well, I believe, in Louisiana

12   or Mississippi that blew out; and our role

13   was to essentially be independent -- do an

14   independent analysis of what happened to that

09:51  15   blowout preventer.

16          Q.     What components were you asked

17   to perform an analysis on?

18          A.     I believe it was the entire

19   blowout preventer.  There is -- there is --

09:51  20   if I can explain.  Blowout preventers of all

21   manufacturers, mainly Hydril, Shaver,

22   Cameron, there's third parties that

23   manufacture not only the hardware, but the

24   elastomer components, substitute parts, if

09:51  25   you will.  And I recall in that particular

**PURSUANT TO CONFIDENTIALITY ORDER**

1  instance there was issues relative to the

2  elastomers, and I do recall that Cameron

3  had -- Cameron had advised us they had

4  certain tracer elements in their -- in their

09:51   5  elastomers that they were -- they were

6  telling us about so that when we did our

7  analysis, those -- if they were truly

8  Cameron's, those elements should show up.

9          Q.     And what was your conclusion?

09:52  10          A.     I don't remember.  I don't think

11  it was -- I think, as I recall -- we've seen

12  a number of different applications of

13  third-party components, but I don't remember

14  what happened in that case.

09:52  15          Q.     Do you recall approximately when

16  you did that work?  A year, ballpark.

17          A.     Oh, '95, '96, somewhere in

18  there.

19          Q.     Okay.  Have you ever been asked

09:52  20  by any operator to determine the shearing

21  capacity of a BOP?

22          A.     Not that I recall.

23          Q.     Have you been ever -- have you

24  ever been asked by any drilling contractor to

09:52  25  determine the shearing capacity of a BOP?

**PURSUANT TO CONFIDENTIALITY ORDER**

1  information I had on the Macondo BOP.

2         Q.     Okay.  Was there an analysis

3  that you were unable to do when you looked at

4  the Hydril and Shaver BOP, since you said you

09:58  5  did whatever you could?

6         A.     Well, from an engineering

7  standpoint it's always nice to have the

8  drawings, and I don't have the drawings for

9  the Shaver and the comparable Hydril BOPs.

09:59 10         Q.     Have you looked at the drawings

11  for any other BOP other than the Deepwater

12  Horizon BOP?

13         A.     I -- I have looked at many

14  drawings of BOPs in my career, but --

09:59 15         Q.     Did you -- I'm sorry, go ahead.

16         A.     But not -- they didn't relate to

17  this case.

18         Q.     Okay.  So I asked a poor

19  question.  Let me try it again.  Did you look

09:59 20  at the drawings of any other BOPs and compare

21  those drawings to the design of the Deepwater

22  Horizon's BOP?

23         A.     I didn't have those drawings.

24  That's -- that was my point.  I --

09:59 25         Q.     Okay.

**PURSUANT TO CONFIDENTIALITY ORDER**

92

```
        1         A.      If I could go to Shaver and ask

        2   them for those drawings, I don't think they'd

        3   give them to me.

        4         Q.      Did you undertake that effort to

09:59   5   go and ask --

        6         A.      No.

        7         Q.      -- for any drawings?

        8         A.      No.

        9         Q.      Okay.  So it's fair to say that

09:59  10   you have not compared the drawings of any

       11   other BOP to the Deepwater Horizon BOP,

       12   correct?

       13         A.      When you talk about drawings,

       14   let's be clear, detailed machine drawings,

10:00  15   yes, you're right.

       16         Q.      Okay.  But you did look at the

       17   Hydril and Shaver publicly available similar

       18   design BOPs, correct?

       19         A.      What's in the public domain,

10:00  20   yes.

       21         Q.      Okay.  Does Shaver offer a BOP

       22   with a single blind shear ram?

       23         A.      I'd have to go back and look.  I

       24   don't recall.  It's been awhile.

10:00  25         Q.      When did you look at the similar
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1   design Shaver BOP?
 2        A.      Probably as early as a few weeks
 3   after we were -- I was retained by the
 4   Plaintiffs Steering Committee.
10:00  5        Q.      Did you look at the Shaver
 6   design in connection with rendering the
 7   opinions that you issued in this case?
 8        A.      No, there is nothing in my
 9   reports that discuss comparing rams of one
10:00 10   manufacturer with another.
11        Q.      I noticed that.  That's what I
12   was trying to be clear on.  So nothing in
13   connection with your expert reports compares
14   the design of other manufacturers' BOPs to
10:01 15   the Cameron BOP that was on the Deepwater
16   Horizon, correct?
17        A.      Right.
18        Q.      As you sit here today do you
19   know whether Shaver offers in the marketplace
10:01 20   post-Macondo a single blind shear ram BOP?
21        A.      I'd have to go back and look.  I
22   don't remember.  I think they have a single
23   blind shear ram, but I don't recall.
24        Q.      Does Hydril, sitting here today
10:01 25   after the April 20th blowout, offer a single
```

**PURSUANT TO CONFIDENTIALITY ORDER**