UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § | MDL NO. 2179  SECTION: J  JUDGE BARBIER |
| THIS DOCUMENT RELATES TO:  Case No. 2:10-CV-04226  Oleander Benton, et al v.  Transocean Ltd., et al. | § § § § | MAG. JUDGE SHUSHAN |

## ORDER

Considering the above and foregoing Motion to Dismiss With Prejudice;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all matters in this controversy filed by, **OLEANDER BENTON,** against any party including but not limited to **TRANSOCEAN LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, L.L.C., CAMERON INTERNATIONAL CORPORATION A/K/A CAMERON SYSTEMS CORPORATION, HALLIBURTON ENERGY SERVICES, INC., BP EXPLORATION & PRODUCTION, INC., BP PLC. and M-I L.L.C.,**. be and the same are hereby dismissed and discontinued, with full prejudice, each party to bear their own costs.

**SIGNED IN NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2012.

_____
**HONORABLE CARL J. BARBIER**
**UNITED STATES DISTRICT COURT JUDGE**