```
                                                             1

 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
 3   IN RE:  OIL SPILL     )   MDL NO. 2179
     BY THE OIL RIG        )
 4   "DEEPWATER HORIZON" IN )  SECTION "J"
     THE GULF OF MEXICO, ON )
 5   APRIL 20, 2010         )  JUDGE BARBIER
                            )  MAG. JUDGE SHUSHAN
 6
 7
 8
 9
10
11
12
13
14
15
16
17              *****************
                    VOLUME 1
18              *****************
19
20
          Deposition of Rory Ronald Davis, PhD, PE,
21   taken at the Pan-American Building, 601 Poydras
     Street, 11th Floor, New Orleans, Louisiana,
22   70130, on the 16th day of November, 2011.
23
24                                          Exhibit 1
25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1    A.   Yes, that's my best estimate of what it
2  was.
3    Q.   Now, have you -- strike that.
4         You've not done any analysis of what
5  would happen if you closed a blind shear ram with
6  an evacuated riser and a differential pressure of
7  7400 psi in the drill pipe, have you?
8    A.   I have not done a particular analysis,
9  no.
10   Q.   And you have not done any sort of
11 analysis of the effect that that operation would
12 have on the drill pipe itself, have you?
13   A.   No, no specific analysis.
14   Q.   And you have not done any analysis of the
15 effect that that operation would have on the side
16 packers, correct?
17   A.   Correct.
18   Q.   Am I correct, then, that the basis for
19 your opinion that it is almost certain that it
20 would have cut the pipe and sealed the well is
21 that the conditions of the pipe were such that it
22 was centered and the pressure in the annulus was
23 low?
24   A.   Yes.  It -- it was conditions that were
25 quite conducive to that blind shear ram properly

**PURSUANT TO CONFIDENTIALITY ORDER**

1  functioning, because that are conditions that the
2  blind shear ram is designed to deal with.
3      Q.  And when you say -- well, but you don't
4  know and have not analyzed at all what would
5  happen when you pinch that pipe, correct?
6      A.  When you pinch the pipe with pressure in
7  it, no.
8      Q.  Okay.  In Bullet Point No. 10, second
9  sentence, you say:  "The Autoshear did actuate
10 the BSR and ST locks (a hydraulic-only system.)"
11         Do you see where I am?
12     A.  Yes.
13     Q.  What do you mean when you say "a
14 hydraulic-only system"?
15     A.  Well, the Autoshear function is -- is put
16 into actuation by the Autoshear pin moving and
17 switching a valve.  So there is not the need in
18 that system for the electronic components, for
19 example, that are used during AMF.
20     Q.  The previous sentence states:  "At the
21 time of" the "Autoshear on April 22, 2010, the
22 pipe was offset in the wellbore due to the
23 relative freedom of the open UVBR, and the
24 accumulated movement of the drill pipe for many
25 hours in the presence of some restraint from the

**PURSUANT TO CONFIDENTIALITY ORDER**