# Exhibit A

# Chen, Philip T.

| | |
|---|---|
| **From:** | Chen, Philip T. |
| **Sent:** | Friday, December 16, 2011 6:58 PM |
| **To:** | jmartinez@GodwinRonquillo.com |
| **Cc:** | Yang, Betty X. |
| **Subject:** | Bolado reliance documents |

Jenny –

Could you let me know what bates ranges I can find David Bolado's reliance documents.  I understand from my team that there are not any reliance documents that indicate that Mr. Bolado was the custodian.

Thanks,
Philip.

Philip T. Chen
Kirkland & Ellis LLP
333 South Hope Street · Los Angeles, CA 90071
Tel +1-213-680-8341 · Fax +1-213-680-8500

philip.chen@kirkland.com