# Exhibit B

# Chen, Philip T.

| | |
|---|---|
| **From:** | Martinez, Jenny [JMartinez@GodwinRonquillo.com] |
| **Sent:** | Saturday, December 17, 2011 2:37 PM |
| **To:** | Chen, Philip T. |
| **Subject:** | FW: (No Subject) |
| **Attachments:** | EXPERT RELIANCE EXHIBITS - David Bolado FINAL.XLS |

Here you go




Jenny  Martinez
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
214.939.4620 Direct  (800.662.8393 Toll Free)
214.527.3119 Fax
JMartinez@GodwinRonquillo.com
GodwinRonquillo.com

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify Godwin Ronquillo PC immediately by telephone (800.662.8393) and destroy the original message. Messages sent to and from us may be monitored.
IRS Circular 230 Required Notice--IRS regulations require that we inform you as follows: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended to be used and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter[s].

-----Original Message-----

From: Roberts, Leslie
Sent: Friday, December 16, 2011 07:33 PM Central Standard Time
To:   Martinez, Jenny
Subject:

# MDL NO. 2179

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*

## DAVID BOLADO RELIANCE EXHIBITS

| TRIAL EXHIBIT NO. | BATES RANGE | DATE | SUMMARY / DESCRIPTION |
|---|---|---|---|
| 2144 | BP-HZN-MBI00128316 | 4/16/2010 | E-Mail - From: Morel, Brian P  Sent: Fri Apr 16 20:04:53 2010 - Subject: RE: 7x 9 7/8 casing talley |
| 3533 | BP-HZN-BLY00082874-82914 | 7/26/2010 | Gulf of Mexico SPU; Technical Memorandum, dated 26th July 2010 |
| 3808 | | 6/20/2011 | Macondo Well Incident Transocean Investigation Report, Volume 1 |
| 4304 | | 6/30/2011 | Macondo Well Incident Transocean Investigation Report, Volume 2 |
| 60043 | BP-HZN-2179MDL00249820-249822 | 4/15/2010 | Gagliano email to Hafle, et al. re OptiCem Report |
| 60044 | BP-HZN-2179MDL00251192-251196 | 4/2/2010 | Transocean Daily Drilling Report |
| 60045 | BP-HZN-2179MDL00323685-323687 | 6/5/2010 | Sabins email to Watters, et al., re Feedback on CSI report draft |
| 60046 | BP-HZN-2179MDL01287421 | 4/15/2010 | Gagliano email to Morel, et al., re Revised OptiCem Report with additional Centralizers |
| 60047 | BP-HZN-2179MDL01287423-1287444 | 4/15/2010 | Halliburton 9 7/8" X 7" Production Casing Design Report for Brian Morel |
| 60048 | BP-HZN-2179MDL01940292 | | Macondo Geotap Spreadsheet |
| 60049 | BP-HZN-2179MDL01982363-1982366 | 7/14/2009 | Bondurant email to Gai, et al., re Macondo likely abandonment pressure? |
| 60050 | BP-HZN-2179MDL03082878-3083151 | 02/00/11 | Chief Counsel's Report:  National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling |
| 60051 | BP-HZN-BLY00124217-124231 | 7/1/2010 | BP Incident Investigation Team - Notes on Interview with John Guide |
| 60052 | BP-HZN-BLY00140873-140910 | 5/25/2010 | Technical Memorandum - Post-Well Subsurface Description of Macondo Well (MC 252) |
| 60053 | BP-HZN-MBI 00128489-128490 | 4/17/2010 | Gagliano email to Morel, et al., re Revised OptiCem Report with additional Centralizers |
| 60054 | BP-HZN-MBI00126428 | 4/13/2010 | Bodek email to Skripnikova re Top hydrocarbon bearing zone? |
| 60055 | BP-HZN-MBI00128383-128385 | 4/16/2010 | Cocales email to Morel re Macondo STK Geodetic |
| 60056 | BP-HZN-MBI00193549-193563 | 4/16/2008 | ETP GP 10-60, Zonal Isolation Requirements during Drilling Operations and Well Abandonment and Suspension |
| 60057 | BP-HZN-SNR00019033-19034 | 4/16/2010 | Guide email to Sims re Additional Centralizers |
| 60058 | HAL_0010355-10373 | 4/14/2010 | Halliburton 9 7/8" X 7" Production Casing Design Report for Brian Morel |
| 60059 | HAL_0010393-10411 | 4/14/2010 | Halliburton 9 7/8" X 7" Production Casing Design Report for Brian Morel |

| TRIAL EXHIBIT NO. | BATES RANGE | DATE | SUMMARY / DESCRIPTION |
|---|---|---|---|
| 60060 | HAL_0010620 | 4/15/2010 | Gagliano email to Hafle, et al., re OptiCem Report |
| 60061 | HAL_0010621-10640 | 4/15/2010 | Halliburton 9 7/8" X 7" Production Casing Design Report for Brian Morel |
| 60062 | HAL_0028381-28407 | 10/29/2009 | Halliburton 22" Casing Post Job Report |
| 60063 | HAL_0051763-51782 | 3/22/2010 | Halliburton 18" Liner Post Job Report |
| 60064 | HAL_0051963-51978 | 3/27/2010 | Halliburton 16" Liner Post Job Report |
| 60065 | HAL_0060925 | | Pressure Transient Summary |
| 60066 | HAL_0080818-80839 | 4/15/2010 | Halliburton 9 7/8" X 7" Production Casing Design Report for Brian Morel |
| 60067 | HAL_0112924-112943 | 4/15/2010 | Halliburton 9 7/8" X 7" Production Casing Design Report for Brian Morel |
| 60068 | HAL_0128952 | 4/18/2010 | Gagliano email to Cupit, et al., re Updated info for Prod Casing job |
| 60069 | HAL_1144029-1144064 | 7/19/2011 | Halliburton 9-7/8 in X 7 in Production Casing Review for Review |
| 60070 | TRN-MDL-00011465-11469 | 4/3/2010 | Transocean Daily Drilling Report |
| 60071 | | 8/31/2011 | Expert Report of Glen Benge (USA) |
| 60072 | | | Production Casing; OptiCem:<br>Macondo Prospect MC 252 #1 - 9.875 X 7 prod Casing.adi<br>Macondo Prospect MC 252 #1 - 9.875 X 7 prod Casing_Cent.adi<br>Macondo Prospect MC 252 #1 - 9.875 X 7 Prod Liner.adi<br>Macondo Prospect MC 252 #1 - 9.875 X 7.625 prod Casing.adi<br>RT-Macondo Prospect MC 252 #1 - 9.875 X 7 prod Casing.adi<br>9.875 X 7 Prod Casing Design Report - 6 Cent.doc<br>9.875 X 7 Prod Casing Design Report - 6 Cent.pdf<br>9.875 X 7 Prod Casing Design Report - 21 Cent.doc<br>9.875 X 7 Prod Casing Design Report - 21 Cent.pdf<br>9.875 X 7 Prod Casing Design Report - Final.doc<br>9.875 X 7 Prod Casing Design Report - Final.pdf<br>9.875 X 7 Prod Casing Design Report - Mark.doc<br>9.875 X 7 Prod Casing Design Report - Mark.pdf<br>9.875 X 7 Prod Casing Design Report - with Cal Data and Cent.doc<br>9.875 X 7 Prod Casing Design Report - with Cal Data and Cent.pdf<br>Centralizer Calculations.txt<br>Job OptiCem - Macondo Prospect MC 252 #1 - 9.875 X 7 prod Casing.adi<br>Macondo MC 252 #1 - 9.875 X 7 Prod Casing 4-13-10.adi<br>Macondo MC 252 #1 - 9.875 X 7 prod Casing - With Comp.adi<br>Macondo Prospect MC 252 #1 - 9.875 X 7 prod Casing - 6 Cent jg.adi<br>Macondo Prospect MC 252 #1 - 9.875 X 7 prod Casing - 21 Cent.adi |

| TRIAL EXHIBIT NO. | BATES RANGE | DATE | SUMMARY / DESCRIPTION |
|---|---|---|---|
| 60073 | | | Production Casing; Other Files:<br>Mud Report 4-19-2010 Third Party.pdf<br>Production Graphs.ppt<br>9875x7000_JSMacondo SDL Report MC252#1.xls<br>BP_Macondo_OCSG_32306_001_ST00BP01_TCOM_Main_Pass_Caliper.las<br>Copy of Macondo #1  9 875 x 7 CSGRUN (2) (4).brian.XLS<br>Macondo SDL Report MC252#1_BP01_MWD_Survey_Rec_4_10_10.cgm<br>Macondo SDL Report MC252#1_BP01_MWD_Survey_Rec_4_10_10.emf<br>Macondo SDL Report MC252#1_BP01_MWD_Svy_Rec_4_10_10.zip<br>Macondo SDL Report MC252#1_BP01_Svy_Rec_3 COLUMN_4_10_10.txt<br>Macondo SDL Report MC252#1_BP01_Svy_Rec_NO_4_10_10.txt |
| 60074 | | | Production Casing; Post Job Report:<br>Rig Procedure - revised 9.875 x 7 in Prod. Csg Foam Cement Job Procedure.doc<br>BP_M.C. 252_Macondo #1 - 9.875 x 7 in Foamed Casing Post Job Summary ver 2.pdf<br>BP_M.C. 252_Macondo #1 - 9.875 x 7 in Foamed Casing Post Job Summary ver 3.pdf |
| 60075 | | 6/8/2011 | Transocean Response to USCG Draft Report |
| 60076 | | 9/11/2011 | JIT Joint Memo to Final Report |
| 60077 | | 9/14/2011 | JIT Final Report |
| 60078 | | 9/14/2011 | JIT Final Report Appendices |
| 60079 | | 6/11/2010 | Transcript of Jesse Gagliano before US House of Representatives |
| 60080 | | | Expert Report of Sam Lewis |
| 60081 | | | Expert Report of Dr. Frederick "Gene" Beck |
| 60082 | | | Expert Report of John P. Hughett, P.E. |
| 60083 | | | Expert Report of Dr. Rod Strickland |
| 60084 | | | Halliburton, Summary of Cement Jobs in Gulf of Mexico 2006-2010 (Spreadsheet). |
| 60085 | | | Heathman, J.F., SPE, Halliburton Energy Services, Technology Today Series: Advances in Cement-Plug Procedures |
| 60086 | | | Crawshaw, J.P., and Frigaard, I. Cement Plugs: Stability and Failure by Buoyancy-Driven Mechanism, SPE 56959, September 1999. |
| 60087 | | | Figure 1:  View of hole showing cement and mud channel |

| TRIAL EXHIBIT NO. | BATES RANGE | DATE | SUMMARY / DESCRIPTION |
|---|---|---|---|
| **60088** | | | Figure 2:  View of Macondo Well from above |
| **60089** | | | Figure 3:  Directional Hole with Casing in Hole Touching Wall |
| **60090** | | | Figure 4:  Weatherford Centralizer Sub |
| **60091** | | | Figure 5:  Weatherford Slip on Centralizer |
| **60092** | | | Figure 6:  Lift Pressure |
| **60093** | | | Figure 7:  Lost Circulation |
| **60094** | | | Figure 8:  Additional 20 psi lift pressure indicating extra height on top of cement |