# Exhibit C

# Chen, Philip T.

| | |
|---|---|
| **From:** | Martinez, Jenny [JMartinez@GodwinRonquillo.com] |
| **Sent:** | Monday, December 19, 2011 9:46 AM |
| **To:** | Chen, Philip T. |
| **Subject:** | RE: (No Subject) |
| **Attachments:** | EXPERT REBUTTAL RELIANCE EXHIBITS - David Bolado.xls |

rebuttal list...

-----Original Message-----
From: Chen, Philip T. [mailto:pchen@kirkland.com]
Sent: Saturday, December 17, 2011 2:54 PM
To: Martinez, Jenny
Subject: RE: (No Subject)

Jenny -

Is this for Mr. Bolado's opening and rebuttal reports?

Thanks.

Philip T. Chen
Kirkland & Ellis LLP
333 South Hope Street * Los Angeles, CA 90071 Tel +1-213-680-8341 * Fax +1-213-680-8500

philip.chen@kirkland.com


-----Original Message-----
From: Martinez, Jenny [mailto:JMartinez@GodwinRonquillo.com]
Sent: Saturday, December 17, 2011 12:37 PM
To: Chen, Philip T.
Subject: FW: (No Subject)

Here you go




Jenny  Martinez
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
214.939.4620 Direct  (800.662.8393 Toll Free)
214.527.3119 Fax
JMartinez@GodwinRonquillo.com
GodwinRonquillo.com
This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and

1

any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify Godwin Ronquillo PC immediately by telephone (800.662.8393) and destroy the original message. Messages sent to and from us may be monitored.
IRS Circular 230 Required Notice--IRS regulations require that we inform you as follows: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended to be used and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter[s].

-----Original Message-----

From: Roberts, Leslie
Sent: Friday, December 16, 2011 07:33 PM Central Standard Time
To:   Martinez, Jenny
Subject:

*************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
*************************************************************

# MDL NO. 2179

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*

## DAVID BOLADO REBUTTAL RELIANCE EXHIBITS

| TRIAL EXHIBIT NO. | BATES RANGE | DATE | SUMMARY / DESCRIPTION |
|---|---|---|---|
| 209 | BP-HZN-BLY00103214-103215 | 6/5/2010 | E-Mail - From: Corser, Kent Sent: Sat Jun 05 17:44:42 2010 - Subject: Feedback on CSI report draft |
| 247 | BP-HZN-BLY00103131-103134 | 12/00/1998 | *Predicting potential gas-flow rates to help determine the best cementing practices*, Drilling Contractor November/December 1998 |
| 1689 | BP-HZN-2179MDL0081650-81652 | 4/17/2010 | E-Mail - From: Cocales, Brett W Sent: Sat Apr 17 14:25:07 2010 - Subject: RE: Cement Procedure |
| 2466 | BP-HZN-2179MDL00323630-323665 | | OptiCem Analysis of Cementing Operations on the Deepwater Horizon and Possible Contributing Factors in the Loss of Well Control |
| 2468 | BP-HZN-2179MDL00323421-323459 | | OptiCem Analysis of Cementing Operations on the Deepwater Horizon and Possible Contributing Factors in the Loss of Well Control |
| 2470 | BP-HZN-2179MDL00322741-322783 | 6/7/2010 | CSI Technologies, Draft Analysis of Cementing Operations on the Deepwater Horizon and Possible Contributing Factors to Loss of Well Control |
| 2475 | BP-HZN-2179MDL00322631-322740 | | OptiCem Analysis of Cementing Operations on the Deepwater Horizon and Possible Contributing Factors in the Loss of Well Control |
| 2969 | BP-HZN-BLY00104526-104991 | 6/30/2010 | Email from A. Febbraro to J. McKay, et al. re Updates to CSI models |
| 2976 | BP-HZN-BLY00105488-105491 | 6/8/2010 | E-Mail - From: Brown, David Sent: Tue Jun 08 17:00:16 2010 - Subject: RE: Feedback on CSI report draft |
| 2978 | BP-HZN-2179MDL00323709-323711 | 6/8/2010 | E-Mail - From: Sabins, Fred Sent: Tuesday, June 08, 2010 11:50 AM - Subject: FW: Feedback on CSI report draft |
| 60046 | BP-HZN-2179MDL01287421 | 4/15/2010 | Gagliano email to Morel, et al., re Revised OptiCem Report with additional Centralizers |
| 60053 | BP-HZN-MBI 00128489-128490 | 4/17/2010 | Gagliano email to Morel, et al., re Revised OptiCem Report with additional Centralizers |
| 60057 | BP-HZN-SNR00019033-19034 | 4/16/2010 | Guide email to Sims re Additional Centralizers |
| 60060 | HAL_0010620 | 4/15/2010 | Gagliano email to Hafle, et al., re OptiCem Report |
| 60071 | | 8/31/2011 | Expert Report of Glen Benge (USA) |
| 60080 | | 10/17/2011 | Expert Report of Sam Lewis (HESI) |

| TRIAL EXHIBIT NO. | BATES RANGE | DATE | SUMMARY / DESCRIPTION |
|---|---|---|---|
| 60081 | | 10/17/2011 | Expert Report of Frederick E. Beck on Well Design, Control, Drilling, and Monitoring (Halliburton) |
| 60124 | | 9/23/2011 | Expert Report of Calvin Barnhill (TO) |
| 60852 | | 10/17/2011 | Expert Report of David Bolado (Halliburton) |
| 60853 | | 10/17/2011 | Expert Report of David G. Calvert (Weatherford) |
| 60857 | | 10/17/2011 | Evaluation of the Cementing on the 9 7/8" x 7" Production Casing String on the Macondo Well," Expert Report by Fred Sabins |
| 60863 | | 10/17/2011 | Review of the Macondo #1 9-7/8" x 7" Production Casing Cementation Operation, by Ian A. Frigaard (Cameron) |
| 60875 | | 10/17/2011 | Expert Report of Richard F. Strickland, P.E., Ph.D. (Halliburton) |
| 60905 | | 10/17/2011 | Expert Report of Kevin Trahan (Cameron) |
| 60911 | BP-HZN-2179MDL00003541-3545 | 4/16/2010 | BP Daily Operations Report - Partners (Completion) |
| 60912 | BP-HZN-2179MDL00004012-4018 | 4/19/2010 | BP Daily Operations Report - Partners (Completion) |
| 60913 | BP-HZN-2179MDL00249844-249847 | 4/15/2010 | Email from B. Morel to J. Gagliano, et al. re OptiCem Report |
| 60914 | BP-HZN-BLY00134469-134472 | 5/10/2010 | Winters email to Sabins, et al. re Centralizer Depths and Permeable Zones |
| 60915 | BP-HZN-BLY00174922-175056 | 7/15/2010 | CSI Technologies, Analysis of Cementing Operations on the Deepwater Horizon and Possible Contributing Factors to Loss of Well Control |
| 60916 | BP-HZN-BLY00319705 | 5/2/2010 | BP's Horizon Incident Investigation Team Organizational Chart |
| 60917 | CSI(30b6)00177-180 | 5/11/2010 | Email from W. Winters to D. Brown, et al. re Centralizer Depths and Permeable Zones |
| 60918 | CSI(30b6)04988-4989 | 5/2/2010 | Email from L. Watters to F. Sabins re Data Files for GoM Incident Investigation - NT03 |
| 60919 | CSI(30b6)08080 | 5/17/2010 | Email from D. Brown to W. Winters re CSI Technologies |
| 60920 | CSI(30b6)08092-8109 | 5/21/2010 | CSI Technologies, OptiCem Analysis |
| 60921 | CSI(30b6)13876-13878 | 6/8/2010 | Email from F. Sabins to A. Febbraro, et al., re Feedback on CSI report draft |
| 60922 | CSI(30b6)2-25573-25676 | 6/15/2010 | CSI Technologies, Analysis of Cementing Operations on the Deepwater Horizon and Possible Contributing Factors to Loss of Well Control |
| 60923 | | | BP's CSI Modified Files:<br>CSI Modified 10-24 A-Macondo Prospect MC 252 #1 - 9.875 X 7 prod Casing.adi<br>CSI Modified 10-24 B-Macondo Prospect MC 252 #1 - 9.875 X 7 prod Casing.adi<br>CSI File used in Expert Report-Macondo Prospect MC 252 #1 - 9.875 X 7 prod Casing.adi |
| 60924 | | 11/7/2011 | Rebuttal Expert Report of Hamlin Jennings on Cement |

| TRIAL EXHIBIT NO. | BATES RANGE | DATE | SUMMARY / DESCRIPTION |
|---|---|---|---|
| 60925 | | 11/7/2011 | Rebuttal Expert Report of Richard F. Strickland, P.E., Ph.D. |
| 60926 | | | CSI3-Macondo - 17468.adi |
| 60927 | | | CSI3-Macondo - 17720.adi |
| 60928 | | | CSI3-Macondo - 17790.adi |
| 60929 | | | CSI3-Macondo - 18062.adi |
| 60930 | | | CSI3-Macondo - 18140.adi |
| 60931 | | | CSI3-Macondo - 18212.adi |
| 60932 | | | CSI3-Macondo non-compress 17468.adi |
| 60933 | | | CSI3-Macondo non-compress 17720.adi |
| 60934 | | | CSI3-Macondo non-compress 17790.adi |
| 60935 | | | CSI3-Macondo non-compress 18062.adi |
| 60936 | | | CSI3-Macondo non-compress 18140.adi |
| 60937 | | | CSI3-Macondo non-compress 18212.adi |
| 60938 | | | CSI4-Macondo - 17468 ft.adi |
| 60939 | | | CSI4-Macondo - 17720 ft.adi |
| 60940 | | | CSI4-Macondo - 17790 ft.adi |
| 60941 | | | CSI4-Macondo - 18062 ft.adi |
| 60942 | | | CSI4-Macondo - 18140 ft.adi |
| 60943 | | | CSI4-Macondo - 18212 ft.adi |
| 60944 | | | CSI4-Macondo non-copress 17468.adi |
| 60945 | | | CSI4-Macondo non-copress 17720.adi |
| 60946 | | | CSI4-Macondo non-copress 17790.adi |
| 60947 | | | CSI4-Macondo non-copress 18062.adi |
| 60948 | | | CSI4-Macondo non-copress 18140.adi |
| 60949 | | | CSI4-Macondo non-copress 18212.adi |
| 60950 | | | CSI-Macondo 17720.adi |
| 60951 | | | CSI-Macondo 17790.adi |
| 60952 | | | CSI-Macondo 18062.adi |
| 60953 | | | CSI-Macondo 18140.adi |
| 60954 | | | CSI-Macondo 18212.adi |
| 60955 | | | CSI-Macondo non-compress 29 gel.adi |
| 60956 | | | CSI-Macondo non-compress 50 gel.adi |
| 60957 | | | CSI-Macondo non-compress 100 gel.adi |
| 60958 | | | CSI-Macondo non-compress 150 gel.adi |
| 60959 | | | CSI-Macondo non-compress 200 gel.adi |

| TRIAL EXHIBIT NO. | BATES RANGE | DATE | SUMMARY / DESCRIPTION |
|---|---|---|---|
| 60960 | | | CSI-Macondo non-compress 17720.adi |
| 60961 | | | CSI-Macondo non-compress 17790.adi |
| 60962 | | | CSI-Macondo non-compress 18062.adi |
| 60963 | | | CSI-Macondo non-compress 18140.adi |
| 60964 | | | CSI-Macondo non-compress 18212.adi |
| 60965 | | | Bolado Rebuttal Figure 1:  Zones identified in Bly Report |
| 60966 | | | Bolado Rebuttal Figure 2:  Flow Potentials in Mr. Sabins' OptiCem Model |
| 60967 | | | Bolado Rebuttal Figure 3:  Screen shot of Mr. Sabins' OptiCem model as produced |
| 60968 | | | Bolado Rebuttal Figure 4:  Screen shots of pore pressure inputs in CSI3 and CSI4 OptiCem models |
| 60969 | | | Bolado Rebuttal Figure 5:  Screen shots of CSI3 and CSI4 OptiCem models' flow potentials as produced |
| 60970 | | | Bolado Rebuttal Figure 6:  Screen shot of Mr. Sabins' final OptiCem model pore pressures as produced |
| 60971 | | | Bolado Rebuttal Figure 7:  Screen shot of input data from CSI OptiCem in July 15, 2010 report |
| 60972 | | | Bolado Rebuttal Figure 8:  Flow Potentials of CSI OptiCem models after reversing compressibility |
| 60973 | | | Bolado Rebuttal Figure 9:  Channeling with 29 lbf/100 ft2 Mud Gel Strength |
| 60974 | | | Bolado Rebuttal Figure 10:  Channeling with 200 lbf/100 ft2 Mud Gel Strength |
| 60975 | | | Bolado Rebuttal Figure 11:  Centralizer depths provided by BP |