UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf Of Mexico, on April 20, 2010<br><br>This document applies to:<br>ALL CASES | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**TRANSOCEAN'S OPPOSITION TO BP'S RESPONSE AND PARTIAL JOINDER IN THE UNITED STATES' MOTION TO EXCLUDE ERIC GREGORY CHILDS AS AN EXPERT**

In addition to filing its own motion to exclude certain opinions of Transocean's expert, Greg Childs, BP has now joined the United States' Motion to Exclude Eric Gregory Childs As An Expert. BP and the United States complain that they will be prejudiced by the "dearth of information" provided by Mr. Childs to support the testing he relied upon to form the opinions in his report. The truth is that 1) Mr. Childs timely produced lengthy testing documents supporting both the independent tests on the solenoids and batteries; and 2) BP and the United States have known about Transocean's battery testing since June 22, 2011 (publication date of Transocean's internal investigation report) and Transocean's solenoid testing since September 23, 2011 (publication of Childs's expert report). To claim that they are now somehow prejudiced borders on the ridiculous. For these reasons, Transocean respectfully requests that the Court deny the United States' Motion to Exclude Eric Gregory Childs as an Expert ("Motion") and BP's Response and Joinder to that Motion.

As explained in detail in Transocean's Opposition to the United States' Motion (Docket No. 5689), which is incorporated herein for all purposes, the documents sought by BP and the United States have been produced in accordance with this Court's orders and Federal Rule of Civil Procedure 26(a)(2)(B), and well in advance of Mr. Childs's deposition. Mr. Childs indicated in both his initial expert report submitted on September 23, 2011 and in his rebuttal report submitted on November 7, 2011 that Transocean had conducted its own SEM battery and solenoid testing. (Childs Expert Report at 32-35; 32 fn. 75; Childs Rebuttal Report at 3-6.) The documents Mr. Childs cites in both of those reports were produced per this Court's order (Docket No. 3916) on October 14, 2011 and November 11, 2011. The produced testing documents specifically name Childs's WEST Engineering Team, including Mr. Tolleson. (See Childs Rebuttal Report at 3 fn. 7, 4 fn. 8; Childs Report at 32 fn. 75 (referring to TRN-MDL-02971987 produced on October 14, 2011).) In other words, since at least October 14, 2011 and November 11, 2011, BP and the United States knew that Childs's WEST Engineering Team, including Mr. Tolleson, conducted SEM battery and solenoid testing; yet neither BP nor the United States requested Mr. Tolleson's deposition. They first proposed deposing him in this Motion and Joinder.

Clearly, the time period set aside by this Court for Phase I depositions has long since past. The United States and BP have only themselves to blame for not making the request sooner. If either had real interest in challenging Transocean's testing, they would have made timely objections. Transocean produced Mr. Childs's reliance documents in October and November 2011, long before his December 1-2, 2011 deposition. Accordingly, the United States has not been harmed or prejudiced by Transocean's disclosures and productions, and the request for sanctions to exclude Mr. Childs is improper and should be denied.

Finally, BP's request for its BOP control systems expert, Mr. Arthur Zatarain, to provide a written opinion in response to Mr. Childs's expert reports also should be denied. Mr. Zatarain submitted his expert report on October 17, 2011. By that time, Mr. Zatarain had sufficient opportunity to address Transocean's testing as set forth in Childs's initial expert report submitted on September 23, 2011 and in Transocean's Internal Investigation Report issued in June 2011. Mr. Zatarain was deposed on December 21, 2011, three weeks after Mr. Childs's deposition, which means Mr. Zatarain had an additional opportunity during his deposition to address Mr. Childs's opinions. Mr. Zatarain has had his day.

For these reasons, this Court should deny any requests made in BP's Response and Partial Joinder in the United States' Motion to Exclude Mr. Childs as an Expert.

Respectfully submitted this 20th day of February, 2012,

| | |
|---|---|
| /s/ Steven L. Roberts | By:   /s/ Kerry J. Miller |
| Steven L. Roberts (Texas, No. 17019300) | Kerry J. Miller (Louisiana, No. 24562) |
| Rachel Giesber Clingman (Texas, No. 00784125) | Frilot, L.L.C. |
| Kent C. Sullivan (Texas, No. 19487300) | 1100 Poydras Street, Suite 3700 |
| David A. Baay (Texas, No. 24027050) | New Orleans, Louisiana 70163 |
| Sutherland Asbill & Brennan LLP | Telephone: (504) 599-8169 |
| 1001 Fannin Street, Suite 3700 | Facsimile: (504) 599-8154 |
| Houston, Texas 77002 | Email: kmiller@frilot.com |
| Telephone: (713) 470-6100 | Facsimile: (713) 654-1301 |
| Email: steven.roberts@sutherland.com, | |
| rachel.clingman@sutherland.com, | |
| kent.sullivan@sutherland.com, | |
| david.baay@sutherland.com | |

-and-

By:   /s/ Edwin G. Preis, Jr.
Edwin G. Preis, Jr. (Louisiana, No. 10703)
Edward F. Kohnke, IV (LA, No. 07824)
Richard J. Hymel (Louisiana, No. 20230)
Preis & Roy PLC
102 Versailles Boulevard, Suite 400
Lafayette, Louisiana 70501

3

Telephone: (337) 237-6062
Facsimile: (337) 237-9129

-and-

601 Poydras Street, Suite 1700
New Orleans, Louisiana 70130
Telephone: (504) 581-6062
Facsimile: (504) 522-9129
Email: egp@preisroy.com,
efk@preisroy.com, rjh@preisroy.com

**Of Counsel:**

Daniel O. Goforth (Texas, No. 08064000)
Goforth Geren Easterling LLP
4900 Woodway, Suite 750
Houston, Texas 77056
Telephone: (713) 650-0022
Facsimile: (713) 650-1669
Email: dangoforth@goforthlaw.com

John M. Elsley (Texas, No. 0591950)
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone: (713) 224-8380
Facsimile: (713) 225-9945
Email: john.elsley@roystonlaw.com

Brad D. Brian (California, No. 79001)
Allen M. Katz (California, No. 054933)
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5180, (213) 683-4018
Email: brad.brian@mto.com, allen.katz@mto.com

*Counsel for Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc. and Transocean Deepwater Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 20th, 2012, I electronically filed the foregoing with the Court's CM/ECF system and service on all counsel by using the LexisNexis File & Serve, in accordance with Pretrial Order No. 12 which will send a notice of filing to all counsel accepting electronic notice.

/s/  Kerry J. Miller