UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, on APRIL 20, 2010 | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE BARBIER |
| Lockridge v. BP, plc., et al., No. 2:10-cv-2659 | * | MAG. JUDGE SHUSHAN |
| | * | |

**********************************************

## NOTICE OF CHANGE OF FIRM NAME

NOW COMES Gary E. Mason, formerly with the law firm of Mason LLP and counsel of record for Plaintiffs Captain Edward Lockridge, and hereby gives notice to this Court of the change of the above attorney's firm name to Whitfield Bryson & Mason LLP. Counsel's address and telephone numbers have not changed. Counsel's email address has changed to: gmason@wbmllp.com.

Dated: February 21, 2012

/s/ Gary E. Mason
Gary E. Mason
DC Bar No. 418073
Whitfield Bryson & Mason LLP
1625 Massachusetts Ave., NW
Suite 605
Washington, DC  20036
Telephone: 202-429-2290
Email: gmason@wbmllp.com

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 21st day of February, 2012.

                                              /s/ Gary E. Mason
                                              Gary E. Mason