# Exhibit A

## List of Short Forms

Marie Adamson
Thresea Allen
Ashley C. Ary
Cindy Ary
Kermit R. Ary
Paula S. Ary
Carolyn Askew
Herbert Barr
Joyce Barr
Harris Barrett
Michele Barrett
Thomas Baxivanos
Bonnie Beckman
Charles Beckman
Charles Brock
Wanda Brock
Jenny Browning
Thomas Browning
Kimberly Burgett
Randall Burgett
Rita A. Callihan
Cynthia Carnley
Michael Carnley
Lamar Chatham
Sylvia Chatham
Arthus Childress
Grady Church
Janis Connor
Paul D'Agnese
George Daniel
Russell Daniel
Dana K. Davis
Barbara DeBois
Dennis DeBois
DebtX LLC

Delta Southern Resource, LLC
Mark Dickinson
Diversified Executive Crestwood LLC
Don Bishop 108 LLC
James Edwards
Entrust Administration of the Southeast, Inc., as Custodian of IRA Account 1325
James Ezell
James Ezell, Jr.
Kenneth Flake
John Guidry
Pamela Guidry
Patricia Hackley
Jeff Hagood
Arthur Halvorsen
Jeanne Halvorsen
James Harper
James Hart
Timothy Hightower
Hilsman-Morrison, LLC
James Holland
Sandra Holland
Phillip Hurley
Sheryl Hurley
International Dev Group I LLC
Fred Isreal
John Hilsman Investments, LLC
Dixie Johnson
Tommy Johnson
James Joiner, Jr.
James Joiner, Sr.
Wilma Joiner
Emanuel Jones
Michael F. Koch
James Lane
LaRiva 5E, LLC
Lawson Properties, LP
William Leathers

2

Carol Lynn
Karen Lynn
Leon Lynn
M&N LLC
Alton Mathis
Charles Mathis, Jr.
James Mayes
Sarah Mayes
Jamie McConnell
Kelli Ann McConnell
MDP Holdings LLC
Edwin Miller
Tina Marie Miller
Money Coastal Development Corporation
Edward and Carla Moreland
Dariusz Mrozinski
Jadwiga Mrozinski
Adrianne Naquin
LJ Naquin
Ronald Nelson and Karen Cory
Northern Aviation Unlimited
Steve Norton
John Novak
Marylou Novak
John Omohundro
Peggy Omohundro
Peggy Ann Picard
Pruitt Seafood
Keith Rabren
Costa Regas
Renta Living Trust (and Sam Renta)
Roy H. Swatzell, Jr. 2002 Recovable Trust
Gray and Nancy Sass
Satinwood, LLC
Georgina Smith
Danny Speigner
Deborah Speigner

Michael Springrose
Sally Springrose
Barbara Stephens
Jim Stephens
Sterling Trust Company
Robert Theus
Angela Trantham
Charles Trantham
Turner Furniture Holding Corp.
Edward Updike
Kimberly Updike
Karen Vernor
Michael Vernor
John Wells
Craig Wiggins
Lisa Wiggins
Randal W. Wilson
Gail Witter
Wayne Witter
Isabelle Yaroch