**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG | ) | MDL NO. 2179 |
| "DEEPWATER HORIZON" | ) | |
| in the GULF OF MEXICO, | ) | |
| on APRIL 20, 2010 | ) | SECTION: J |
| | ) | |
| This Document Relates To: | ) | |
| | ) | JUDGE BARBIER |
| In Re: TRITON ASSET LEASING, | ) | MAG. JUDGE SHUSHAN |
| GmbH | ) | |
| Case No. 2:10-cv-2771-CJB-SS | ) | |

**ORDER**

**CONSIDERING** the plaintiffs' Motion for Leave to File Short Form Joinders In

Limitation (Doc. 5795),

**IT IS ORDERED** that the motion is GRANTED.  The short forms identified in

EXHIBIT B attached to the motion shall be considered timely filed answers and claims in

the Transocean Limitation, (Civil Action No. 10-2771), as well as joinder in the appropriate

Master Complaints.

New Orleans, Louisiana, this the _____ day of _____, 2012.

_____
United States District Judge