# Exhibit A

# Revised List of Short Forms

Bonnie Beckman
Charles Beckman
Jenny Browning
Thomas Browning
Kimberly Burgett
Randall Burgett
Rita A. Callihan
Lamar Chatham
Sylvia Chatham
Grady Church
Janis Connor
Paul D'Agnese
Russell Daniel
DebtX LLC
Delta Southern Resource, LLC
Mark Dickinson
Diversified Executive Crestwood LLC
Don Bishop 108 LLC
Entrust Administration of the Southeast, Inc., as Custodian of IRA Account 1325
James Ezell
James Ezell, Jr.
Kenneth Flake
Patricia Hackley
Jeff Hagood
James Harper
James Hart
Hilsman-Morrison, LLC
James Holland
Sandra Holland
International Dev Group I LLC
Dixie Johnson
Tommy Johnson
James Joiner, Jr.
James Joiner, Sr.
Wilma Joiner
Michael F. Koch
James Lane
LaRiva 5E, LLC

Karen Lynn
Leon Lynn
Alton Mathis
Charles Mathis, Jr.
James Mayes
Sarah Mayes
Jamie McConnell
Kelli Ann McConnell
MDP Holdings LLC
Money Coastal Development Corporation
Edward and Carla Moreland
Dariusz Mrozinski
Jadwiga Mrozinski
Northern Aviation Unlimited
Steve Norton
John Omohundro
Peggy Omohundro
Peggy Ann Picard
Pruitt Seafood
Costa Regas
Renta Living Trust (and Sam Renta)
Roy H. Swatzell, Jr. 2002 Recovable Trust
Gray and Nancy Sass
Michael Springrose
Sally Springrose
Sterling Trust Company
Robert Theus
Angela Trantham
Charles Trantham
Turner Furniture Holding Corp.
Edward Updike
Kimberly Updike
Gail Witter
Wayne Witter
Isabelle Yaroch