UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>Section: J |
| THIS DOCUMENT RELATES: | |
| All Cases and 2:10-CV-2771 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## MEMORANDUM IN SUPPORT OF MOTION FOR ACCEPTANCE OF LIMITATION SHORT FORM JOINDERS FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE

NOW ITNO COURT, through undersigned counsel, come various claimants who file this Memorandum in Support of the accompanying Motion for Acceptance of Limitations Short Form Joinders Beyond the September 16, 2011 Deadline. Attached to this Memorandum is a list of all claimants who filed late short forms and are joint movants for the purpose of this motion (Attached as "Exhibit A"). These claimants seek this Honorable Court's permission to accept claimants' late-filed claims in the limitation proceeding for the following reasons:

1. All claimants contacted counsel after the Court-established deadline of September 16,2011 seeking assistance for injuries and damages incurred as a result of the *Deepwater Horizon* explosion and resulting oil spill.

2. Because claimants were unaware of the Court-established deadlines, or had not yet fully realized their damages, they did not timely filed in the Transocean limitation proceeding.

3. No prejudice will result from the acceptance of the late filings. Such filings have been filed in the Court-established filing system under the action 2:10-cv-0888-CJB-SS. No action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding.

4. Supplemental Admiralty Rule 14(f) gives the Court discretion to permit the late filing of claims in a limitation proceeding. Where no prejudice could be suffered by plaintiffs in the limitation

In Re: Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179

proceeding, the acceptance of late filed claims should be allowed where equitable reasons are shown. *Texas Gulf Sulfur Co. v. Blue Stack Towing Co.*, 313 F.3d 359, 362 (5th Cir. 1963) ("[S]o long as rights of the parties are not adversely affected, the court will freely grant permission to file late claims."); *In re Gladiator Marine, Inc.*, No. 98-2037, 1999 WL 378121 (E.D. La. June 7, 1999) (*citing Golnoy Barge Co. v. M/T Shinoussa*, 980 F.2d 349, 351 (5th Cir, 1993)). Here, there are not indications that any limitation plaintiff would be adversely affected or suffer any prejudice if these late-filed claims are deemed timely.

5. Limitation has not been determined, and there is no prejudice to the limiting parties or other defendants.

For these reasons, claimants respectfully request that the Court accept their late-filed short forms and grant the accompanying Motion for Acceptance of Limitation Short Form Joinders Beyond the September 16, 2011 Deadline.

Respectfully submitted:

/s/ Frank M. Petosa
Frank M. Petosa, Esquire
Morgan & Morgan, P.A.
6824 Griffin Road, Suite 3
Davie, Florida 33314
(305) 318-0268 office
(305) 333-3515 facsimile
fpetosa@forthepeople.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 17, 2011, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through Lexis Nexis to all counsel of record.

/s/ Frank M. Petosa
Frank M. Petosa, Esquire

In Re: Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179

# EXHIBIT A

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT NUMBER |
|---|---|---|
| Baranowski, Walker | 11/04/11 | 109448 |
| Bartley, Khristian Lorraine | 11/04/11 | 109449 |
| Beach Hair Exchange | 11/04/11 | 109450 |
| BSP Transportation, Inc. | 11/04/11 | 109451 |
| Bullock, Jeffrey | 11/04/11 | 109452 |
| Charles, Amanda | 11/04/11 | 109453 |
| Curri, Thomas Scott | 11/04/11 | 109454 |
| DeBenedetta, Lauren | 11/04/11 | 109455 |
| Delgado, Zoila | 11/04/11 | 109456 |
| Donovan, Roy | 11/04/11 | 109457 |
| Gibson, Daniel D. | 11/04/11 | 109458 |
| Gillins, Paul | 11/04/11 | 109459 |
| Hall, Melissa | 11/04/11 | 109460 |
| Jeanmarie, Isnette | 11/04/11 | 109461 |
| Joseph, James E. | 11/04/11 | 109463 |
| Longo, Kathryn Mary | 11/04/11 | 109464 |
| Bisesti, Anthony | 11/16/11 | 109602 |
| Dolph, Frances | 11/16/11 | 109603 |
| Elbouab, Youssef | 11/16/11 | 109604 |
| Griesbach, Bradley | 11/16/11 | 109605 |
| Leone, Anthony | 11/16/11 | 109606 |
| Emerald Coast Rest. Repair | 12/02/11 | 110066 |
| Diaz, Jose Guillermo | 12/02/11 | 110067 |
| Garov, Peter | 12/02/11 | 110068 |
| Guerrero, Joseph | 12/02/11 | 110069 |
| Belitsos, George | 12/12/11 | 110132 |
| Bohannan, Cody | 12/12/11 | 110133 |
| Saverna Park, LLC (Dunham, Kevin) | 12/12/11 | 110134 |
| Fairbank Construction, Inc. | 12/12/11 | 110135 |
| Pasco Fire & Safety Equip. (Ekstrom) | 12/12/11 | 110136 |
| Binno, LLC (Akyol, Islemun) | 01/02/12 | 110325 |
| Draper, David | 01/02/12 | 110326 |
| Frank's Ice, LLC (Kunze, Mary Ann) | 01/02/12 | 110327 |
| Frost, Michael | 01/02/12 | 110328 |
| Gibson Business Development Dba Gibson & Associates | 01/02/12 | 110329 |
| Glorioso, Robert | 01/02/12 | 110339 |
| Gray, Heather | 01/02/12 | 110331 |
| Hogan, Rosemary | 01/02/12 | 110333 |
| Judd, Timothy | 01/02/12 | 110332 |

In Re: Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179

| | | |
|---|---|---|
| Kelly Brothers, Inc. | 01/02/12 | 110334 |
| Bruce K. Felder, DDS, MS, PA | 01/18/12 | 110609 |
| Chueh, Tracy Nai-Weh | 01/18/12 | 110610 |
| D& W Hardware | 01/18/12 | 110611 |
| Lane, Cherylann | 01/18/12 | 110612 |
| North Hill Developers of Santa Rosa | 01/18/12 | 110613 |
| Povia Paints, Inc. | 01/18/12 | 110614 |
| Comerford, Nicholas | 01/24/12 | 110746 |
| Glass, Jarod | 01/24/12 | 110747 |
| Burback, Pamela | 01/27/12 | 110918 |
| Frost, Ryan C. | 01/27/12 | 110919 |
| Florida Limousine Services, LLC | 02/02/12 | 110982 |
| Ultimate Charters (Gary Clark) | 02/02/12 | 110983 |
| Captiva Pizza, Yogurt & Gift Emporium | 02/02/12 | 110984 |
| Captiva Nook, LLC | 02/02/12 | 110985 |
| Cantina Captiva, LLC | 02/02/12 | 110986 |
| RC Otter's Captiva, LLC | 02/02/12 | 110987 |
| Sunshine Café of Captiva, LLC | 02/02/12 | 110988 |
| Hopkins, Rachelle | 02/02/12 | 110996 |
| Brewster Giduz, Molly | 02/08/12 | 111069 |
| Dan Findley Salon, Inc. | 02/08/12 | 111070 |
| Destiny Sunset Properties, LLC | 02/08/12 | 111071 |
| Johnson, William Joseph | 02/08/12 | 111072 |
| Bradshaw, Frank | 02/15/12 | 111213 |
| Carroll, Kenneth A. | 02/15/12 | 111214 |
| HRW Enterprises, LLC (Cynthia Harrington) | 02/15/12 | 111215 |
| Partner-Partner, Inc. (Lorenz) | 02/20/12 | 111349 |
| Keilman, Michael | 02/20/12 | 111350 |
| Addison, Ray E. | 02/21/12 | 111390 |
| Erickson & Jenson Seafood Packers, LLP | 02/21/12 | 111391 |
| Aransas Pass Seafood Packers, LLC | 02/21/12 | 111392 |
| Anna E, LLC | 02/21/12 | 111393 |
| Bonnie Lass, LCC | 02/21/12 | 111394 |
| E & E, LLC | 02/21/12 | 111395 |
| Galaxy Star, LLC | 02/21/12 | 111396 |
| Green Flash, LLC | 02/21/12 | 111397 |
| Jenna Dawn, LLC | 02/21/12 | 111398 |
| Malolo, LLC | 02/21/12 | 111399 |
| Nautilus, LLC | 02/21/12 | 111400 |
| Odin, LLC | 02/21/12 | 111401 |
| Penny V, LLC | 02/21/12 | 111402 |
| Perseverance I, LLC | 02/21/12 | 111403 |
| Pleiades, LLC | 02/21/12 | 111404 |