UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § § § | MDL No. 2179 SECTION:  J JUDGE BARBIER MAG. JUDGE SHUSHAN |
| Applies to: ALL CASES AND 2:10-CV-2771 | | |

ORDER GRANTING HALLIBURTON ENERGY SERVICES INC.'S *EX PARTE*
CONSENT MOTION FOR LEAVE TO FILE *DAUBERT* REPLY
EXHIBITS UNDER SEAL

On this day the Court heard and considered Halliburton Energy Services, Inc.'s *Ex Parte*

Consent Motion for Leave to File *Daubert* Reply Exhibits Under Seal (the "Motion").

The Court, after reviewing the Motion, finds that good cause has been shown, and that

Halliburton Energy Services, Inc.'s Motion should be and is in all things GRANTED.

IT IS HEREBY ORDERED that Halliburton Energy Services, Inc. is permitted to file

under seal Exhibits A-C, attached to HESI's Combined Reply in Support of its Motion to

Exclude Testimony of Expert Witnesses and to Strike Expert Reports, to be included the record.

Signed on the 22nd day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE