UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * | MDL 2179 SECTION J/1 |
| This document relates to: | * * | JUDGE CARL J. BARBIER |
| CIVIL ACTION NUMBER: 11-cv-1480 | * | MAJ. JUDGE SALLY SHUSHAN |

## ORDER

Oppositions to Plaintiff's Motion for Extension of Time to File Untimely Notice of Appear (Rec. Doc. 5538) were due by February 17, 2012 (Rec. Doc. 5606). No oppositions were filed; Plaintiff's Motion is unopposed. Accordingly,

IT IS ORDERED that the State of Louisiana, by and through the Cameron Parish District Attorney, be granted an extension of time to file its Notice of Appeal. The extension of time shall be the later of 30 days after the prescribed time or 14 days after the date when this Order is entered pursuant to Federal Rule of Appellate Procedure 4(a)(5)(C).

New Orleans, Louisiana, this 22nd day of February, 2012.

_____
United States District Court