**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG | ) | MDL NO. 2179 |
|         "DEEPWATER HORIZON" | ) | |
|         in the GULF OF MEXICO, | ) | |
|         on APRIL 20, 2010 | ) | SECTION: J |
| | ) | |
| This Document Relates To: | ) | |
| | ) | JUDGE BARBIER |
| In Re: TRITON ASSET LEASING, | ) | MAG. JUDGE SHUSHAN |
| GmbH | ) | |
| Case No. 2:10-cv-2771-CJB-SS | ) | |

**MOTION TO SUPPLEMENT PLAINTIFFS' MOTION TO ALLOW LATE**
**FILED SHORT FORM JOINDER**

COMES NOW, through undersigned counsel, multiple plaintiffs, as evidenced by the

list attached hereto as Exhibit "A", who move this Court to supplement their earlier Motion

to Allow Late Filed Short Form Joinder [Doc. 5795], and as grounds shows the court as

follows:

1.      On February 21, 2012, these plaintiffs moved this Court to allow the filing of

a Short Form Joinder in the limitation proceedings brought by Triton Asset Leasing GmbH,

Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean

Deepwater, Inc., as Owner, Managing Owners, Owners Pro Hac Vice, and/or Operators of

the MODU Deepwater Horizon, and in the Master Complaint [Rec. Doc. 879] for private

economic losses and property damage claims ("B1 Bundle") filed in MDL No. 2170 (10 md

2179), as evidenced by Document Number 5795, 2:10-md-02179-CJB-SS.

2.      The list of plaintiffs attached as Exhibit "A" to the previous Motion [Doc.

5795] was incorrect and some of the Short Form Joinders attached as Exhibit "B" to the

previous Motion [Doc. 5795] had previously been filed and accepted by the Court.

3.      Since no action has been taken in the limitation action which could cause prejudice to any party in the proceedings, the movants respectfully request the Court grant this Motion and allow Exhibit "A" and Exhibit "B" to the previous Motion [Doc. 5795] to be amended and supplemented by Exhibit "A" and "B" attached to this Motion.  Therefore, for good cause and without resulting prejudice, the plaintiffs submit the proposed supplemental corrected list of plaintiffs, which is attached hereto as Exhibit "A", and the corrected Short Form Joinders, which are attached hereto as Exhibit "B."

WHEREFORE, Movants request that the Court grant their request to include only the Short Form Joinders attached hereto as Exhibit "B", instead of the Short Form Joinders attached to the original Motion [Doc. 5795].

Respectfully submitted,


/s/ Jeff Friedman
Jeff Friedman (asb-6868-n77j)
Matt Conn (asb-9628-t83c
FRIEDMAN, LEAK
3800 Corporate Woods Drive
Birmingham, Alabama 35243-3219
Phone:  (205) 278-7000
Fax: (205) 278-7001
jfriedman@friedmanleak.com
mconn@friedmanleak.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion has been filed electronically with

the Clerk of Court using the CM/ECF system and served on all counsel of record through

Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on Wednesday, February

22, 2012.

/s/ Jeff Friedman