UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG  )<br>         "DEEPWATER HORIZON"   )<br>         in the GULF OF MEXICO,    )<br>         on APRIL 20, 2010             )<br>                                                     )<br>This Document Relates To:           )<br>                                                     )<br>In Re: TRITON ASSET LEASING, )<br>GmbH                                            )<br>Case No. 2:10-cv-2771-CJB-SS  ) | MDL NO. 2179<br><br><br>SECTION: J<br><br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## ORDER

**CONSIDERING** the plaintiffs' Motion to Supplement Plaintiffs' Motion to Allow Late Filed Short Form Joinders In Limitation (Doc. 5802),

**IT IS ORDERED** that the motion is GRANTED. The list of plaintiffs, attached as EXHIBIT A, and the Short Forms, attached as Exhibit B, to the Motion to Allow Late Filed Short Form Joinders (Doc. 5795) shall be amended and supplemented by EXHIBIT A and EXHIBIT B attached to Plaintiffs' Motion to Supplement (Doc. 5802) in the Transocean Limitation, (Civil Action No. 10-2771).

New Orleans, Louisiana, this the ____ day of _____, 2012.

_____
United States District Judge