UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This Document Relates to: | Judge Barbier |
| MARY GIFFORD WALTON, ROGER BARNHARDT, HEATHER and KENNETH CLARK, Husband and Wife, and DEREK PAYNE, individually and as Representatives of similarly situated persons, No. 10-cv-4204 | Mag. Judge Shushan |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF <u>HYUNDAI HEAVY INDUSTRIES CO., LTD.</u>**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Mary Gifford Walton, Roger Barnhardt, Heather and Kenneth Clark, and Derek Payne, individually and as Representatives of similarly situated persons, through undersigned counsel, hereby voluntarily dismiss this action without prejudice as against Defendant Hyundai Heavy Industries Co., Ltd. ("HHI") only.[1]  HHI has not served either an answer or a motion for summary judgment in response to Plaintiffs' complaint.

                 LYONS & FARRAR, P.A.

                 By:  /s  Douglas S. Lyons
                     Douglas S. Lyons

                 325 North Calhoun Street
                 Tallahassee, Florida 32301
                 Tel: (850) 222-8811

---

[1] *See, e.g., Plains Growers, Inc. ex rel. Florists' Mut. Ins. Co. v. Ickes-Braun Glasshouses, Inc.*, 474 F.2d 250, 254-55 (5th Cir. 1973) ("[A] plaintiff is entitled to a dismissal against one defendant under Rule 41(a), even though the action against another defendant would remain pending.").

Fax: (850) 222-5583
doug.lyons@lyonsandfarrar.com

Phillip Timothy Howard
Howard & Associates, P.A.
8511 Bulll Headley Rd.
Suite 405
Tallahassee, FL 32312
Tel: (850) 298-4455
Email: ptim@aol.com

Robert C. Hilliard
Robert C. Hilliard, LLP
719 S. Shoreline Blvd.
Suite 500
Corpus Christi, TX 78401
Tel: (361) 882-1612
Email: bobh@hmglawfirm.com

Samuel T. Adams
Samuel T. Adams, P.A.
460 Grace Ave.
P. O. Box 191
Panama City, FL 32402-0191
Tel: (850) 785-3469
Fax: (850) 640-1562
Email: tom@samueltadams.com

Talbot D'Alemberte
D'Alemberte & Palmer
P. O. Box 10029
Tallahassee, FL 32302
Tel: (850) 325-6292

William C. Owen
William C. Owen, LLC
241 Pinewood Dr.
Tallahasse, FL 32303
Tel: (850) 513-0600
Email: harveyali@aol.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
106 W. Seventh St.
P. O. Drawer H

Reserve, LA 70084
Tel: 985-536-1186
Email: dbecnel@becnellaw.com

3

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Plaintiffs' Notice of Voluntary Dismissal Without Prejudice of Hyundai Heavy Industries Co., Ltd. has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, which will send a notice in accordance with the procedures established in MDL 2179, on this 22nd day of February, 2012.

                                      /s/   Douglas S. Lyons