## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In re: | Oil Spill by the Oil Rig | * | MDL No. 2179 |
| | "*Deepwater Horizon*" in the Gulf of | * | |
| | Mexico, on April 20, 2010 | * | SECTION:  J |
| | | * | |
| Applies to:  *All Cases*. | | * | JUDGE BARBIER |
| | | * | MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

### DEFENDANT ANADARKO PETROLEUM CORPORATION'S AND
### ANADARKO E&P COMPANY LLP'S OBJECTIONS TO DEMONSTRATIVE AIDES

Pursuant to the Court's January 23, 2012 Order [Rec. Doc. 5327], Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP (collectively "Anadarko") submit their objections to the demonstrative aides exchanged by the parties.

Anadarko generally objects to any demonstrative aid that has been or will be proposed by any party for the purpose of demonstrating Anadarko's purported knowledge of, or access to information about, the design of the Macondo well or operations on the Macondo Prospect.  For the reasons set forth in Anadarko's pending Motion *in Limine* to Exclude Evidence Regarding the Anadarko Entities' Knowledge or Access to Information About Well Design and/or Operations on the Macondo Prospect from the Limitation of Liability Trial [Rec. Doc. 4319], under the Court's orders resolving the Motions to Dismiss the Amended Master Complaints for Pleading Bundles B1 and B3 [Rec. Doc. 3830; Rec. Doc. 4209], and granting Anadarko's Motions to Dismiss all cross-claims against it [Rec. Doc. 4642], Anadarko's purported knowledge or access to information about the Macondo well design or operations on the Macondo Prospect is irrelevant to any issue to be addressed in Phase One, and must be excluded.

In addition to the foregoing, Anadarko objects to the demonstratives identified in Exhibit A for the reasons stated in Exhibit A.  Anadarko reserves the right to add, remove, or modify its objections.  Anadarko reserves the right:  (1) to add objections due to the fact that parties have not only served demonstratives on February 15, 2012, but have continued to serve supplemental demonstratives since then and therefore review of the demonstratives is ongoing; (2) to add and/or remove objections based on objections by other parties; (3) to add and/or remove objections based on any party's motions *in limine* or rulings by the Court; (4) to object to any other demonstrative related only to Phase II or III issues; (5) and to object to any demonstrative aid that is based on evidence whose admission is barred by statute or regulation or otherwise is ruled inadmissible.  By objecting to any demonstrative aid, Anadarko does not waive the right to make use of such demonstrative aid at trial.


Dated:  February 22, 2012                    Respectfully submitted,


                                             ___ */s/ Ky E. Kirby*_____
                                             Ky E. Kirby
                                             ky.kirby@bingham.com
                                             David B. Salmons
                                             david.salmons@bingham.com
                                             Michael B. Wigmore
                                             michael.wigmore@bingham.com
                                             Warren Anthony Fitch
                                             tony.fitch@bingham.com
                                             Randall M. Levine
                                             randall.levine@bingham.com
                                             2020 K Street, NW
                                             Washington, DC 20006-1806
                                             Telephone (202) 373-6000
                                             Facsimile (202) 373-6001

                                             James J. Dragna
                                             Jim.Dragna@bingham.com
                                             BINGHAM MCCUTCHEN LLP

355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

Deborah D. Kuchler (La. Bar No. 17013)
Janika Polk (La. Bar No. 27608)
Robert Guidry (La. Bar No. 28064)
KUCHLER POLK SCHELL
WEINER & RICHESON, LLC
1615 Poydras Street, Suite 1300
New Orleans, LA  70112

**ATTORNEYS FOR ANADARKO
PETROLEUM CORPORATION AND
ANADARKO E&P COMPANY LP**

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on this 22d day of February, 2012.


_____*/s/  Ky E. Kirby*_____

4

A/74770518.1