UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010
MDL NO. 2179, SECTION J

ANADARKO'S OBJECTIONS
TO PROPOSED
DEMONSTRATIVE AIDES

| Demonstrative Aid | Party | Objection |
|---|---|---|
| D-8002 | HESI | Irrelevant; D-8002 is a figure purporting to show the estimated flow rate for the Deepwater Horizon oil spill. The Court's Amended Pre-Trial Order No. 41 [Rec. Doc. 4083] makes clear that all issues related to quantification of the discharge will be addressed in Phase Two. PTO 41 at 2. To the extent that Demonstrative Exhibit D-8002 is to be used for the purpose of adducing evidence related to the quantification of the discharge, D-8002 is irrelevant to Phase One and should be excluded. |