UNITED STATED JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

IN RE:  OIL SPILL BY THE OIL RIG         MDL No. 10MD2179
DEEPWATER HORIZON IN THE GULF OF
MEXICO, ON APRIL 20, 2010                SECTION: J

This Document Relates to:

| | |
|---|---|
| Murray, et al v. BP, PLC, et al: | 11cv2886 |
| Jenmar Investments, LLC v. BP, PLC, et al: | 11cv2887 |
| JSOCO, LLC v. BP, PLC, et al: | 11cv2888 |
| Yentzen, PLLC v. BP, PLC, et al | 11cv2889 |
| Owen v. BP, PLC, et al | 11cv2890 |

PLAINTIFFS' MOTION FOR ADDITIONAL
TIME FOR SERVICE OF COMPLAINT

Plaintiffs, Thomas Daniel Murray and Theresa D. Murray, Jenmar Investments, LLC, JSOCO, LLC, Michael J. Yentzen, PLLC and Sherry L. Owen, move this Court to grant additional time to serve the Defendant, BP, PLC, with the Summons and Complaint, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, and states as follows:

I.

Plaintiffs filed their Complaint on October 28, 2011.

II.

Upon information and belief BP, PLC has its principle place of business in London, England.  Counsel for the Plaintiffs has forwarded the Complaints along with the Summons' to Legal Language Services, a corporation dealing in the service of

international defendant. Plaintiffs request additional time so that Legal Language Services may locate and serve all BP, PLC in this matter.

### III.

For these reasons, the Plaintiffs move this Court to grant its extension of an additional forty-five days in which to serve the Defendant, BP, PLC.

Respectfully submitted this the 17th day of February, 2012.

                                     PLAINTIFFS

                                     OWEN, GALLOWAY & MYERS, P.L.L.C.

                                     /s/   JOE SAM OWEN, MSB #3965

OWEN, GALLOWAY & MYERS, P.L.L.C.
1414 25th Avenue
Gulfport, MS  39502
228/868-2821 – Telephone
228/864-6421 – Facsimile
Email: jso@owen-galloway.com

**CERTIFICATE OF SERVICE**

I, JOE SAM OWEN, counsel for Plaintiffs, do hereby certify that I have electronically filed the above and foregoing MOTION FOR ADDITIONAL TIME FOR SERVICE OF COMPLAINT with the Clerk of the Court using the ECF System which sent notification of such filing to all counsel of record.

Respectfully submitted this the 17th day of February, 2012.

        PLAINTIFFS

        OWEN, GALLOWAY & MYERS, P.L.L.C.

        /s/ JOE SAM OWEN, MSB #3965

OWEN, GALLOWAY & MYERS, P.L.L.C.
1414 25th Avenue
Gulfport, MS  39502
228/868-2821 – Telephone
228/864-6421 – Facsimile
Email: jso@owen-galloway.com