UNITED STATED JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION


IN RE:  OIL SPILL BY THE OIL RIG                        MDL No. 10MD2179
DEEPWATER HORIZON IN THE GULF OF
MEXICO, ON APRIL 20, 2010                                SECTION: J

**This Document Relates to:**

| | |
|---|---|
| Murray, et al v. BP, PLC, et al: | 11cv2886 |
| Jenmar Investments, LLC v. BP, PLC, et al: | 11cv2887 |
| JSOCO, LLC v. BP, PLC, et al: | 11cv2888 |
| Yentzen, PLLC v. BP, PLC, et al | 11cv2889 |
| Owen v. BP, PLC, et al | 11cv2890 |


**ORDER FOR ADDITIONAL TIME FOR SERVICE OF COMPLAINT**

On Plaintiffs' Motion for Additional Time for Service of Complaint requesting an additional forty-five (45) days in which to effect service on the Defendant, BP, PLC in this matter, the Court finds good cause has been demonstrated and the Motion should be granted.  It is therefore,

ORDERED AND ADJUDGED that the Plaintiffs are hereby granted an additional forty-five (45) days in which to effect service on the Defendant, BP, PLC.

SO ORDERED AND ADJUDGED this the _____ day of _____, 2012.


_____
UNITED STATES DISTRICT JUDGE