UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig          MDL NO. 2179
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010          SECTION J (1)

Applies to: *All Cases*          JUDGE BARBIER
                                 MAGISTRATE JUDGE SHUSHAN

## ORDER

**[Motions *in Limine* Regarding Joint Investigation Report and Government Reports]**

The Court previously excluded the Joint Investigation Report and testimony (Rec. Doc. 5448) and the National Commission Report and Chief Counsel's Report (Rec. Doc. 5635). The Court previously clarified that Oilfield Testing & Consulting ("OTC") test results and data are admissible and that the testimony of Greg Garrison, the head of the OTC laboratory, is not admissible (Rec. Doc. 5618). This clarifying order granted the United States's request to exclude Mr. Garrison's expert opinions. However, the fact testimony of Mr. Garrison may be necessary to provide context and his direct observations concerning cement testing results. Additionally, although the Court excluded the National Commission Report and Chief Counsel's Report, no party has contested BP's assertion that the Chevron cement test results and fact testimony of Craig Gardner exist independently of those reports. Accordingly;

The fact testimony of Mr. Garrison is admissible, and his opinion testimony is inadmissible. The Chevron cement testing report, Chevron cement testing data, and associated fact testimony of Mr. Gardner are not rendered inadmissible by their relationship to the excluded government reports.

New Orleans, Louisiana, this 22nd day of February, 2012.

United States District Judge