**EXHIBIT A**

| Party | Demonstrative No. | File Name | Title | TREX # | Notes/Description | Objection as Trial Exhibit | Objection as Demonstrative* |
|---|---|---|---|---|---|---|---|
| BP | D4001 | D4001 | Magnet Board | | Picutre Provided | | Lacks Foundation; Misleading |
| BP | D4002 | D4002 | | | | | Lacks Foundation; Misleading |
| BP | D4110A-D4112A | D4110A-D4112A | | | | | Lacks Foundation; Misleading |
| BP | D4257A-4262A | | Slide Demonstratives (Part of D4020-D4298) | | | | Lacks Foundation, Misleading |
| BP | D4268-D4279 | D4020-D4298 | Slide Demonstratives (Part of D4020-D4298) | | | | Lacks Foundation, Misleading |
| BP | D4270 | D4020-D4298 | Slide Demonstratives (Part of D4020-D4298) | | | | Lacks Foundation; Misleading |
| BP | D4276 | D4020-D4298 | Slide Demonstratives (Part of D4020-D4298) | | | | Lacks Foundation; Misleading |
| BP | D4277 | D4020-D4298 | Slide Demonstratives (Part of D4020-D4298) | | | | Lacks Foundation; Misleading |
| BP | D4278-4284 | D4020-D4298 | Slide Demonstratives (Part of D4020-D4298) | | | | Lacks Foundation; Misleading |
| BP | D4288 | D4020-D4298 | Slide Demonstratives (Part of D4020-D4298) | | | | Lacks Foundation; Misleading |
| BP | D4289 | D4020-D4298 | Slide Demonstratives (Part of D4020-D4298) | | | | Lacks Foundation; Misleading |
| PSC/US | D-00001.001 | D-00001.001.pdf | Macondo Well | TREX-00001.001 | BP Bly Report (Sec 1, Fig 4) | 702, 802, MIL04, MIL08 | Lacks Foundation; Misleading |
| PSC/US | D-00001.105 | D-00001.105.pdf | Key Finding #4 – Influx Was Not Recognized Until Hydrocarbons Were in Riser | TREX-00001.105 | BP Bly Report (Slide Presentation) | 702, 802, MIL04, MIL08 | Lacks Foundation; Misleading |
| PSC/US | D-00001.106 | D-00001.106.pdf | Key Finding #4 – Influx Was Not Recognized Until Hydrocarbons Were in Riser | TREX-00001.106 | BP Bly Report (Slide Presentation) | 702, 802, MIL04, MIL08 | Lacks Foundation; Misleading |
| PSC/US | D-00001.107 | D-00001.107.pdf | Key Finding #4 – Influx Was Not Recognized Until Hydrocarbons Were in Riser | TREX-00001.107 | BP Bly Report (Slide Presentation) | 702, 802, MIL04, MIL08 | Lacks Foundation; Misleading |
| PSC/US | D-00001.008 | D-00001.008.pdf | Table: Cement Job | TREX-00001.008 | BP Bly Report (Sec 3) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-00001.009 | D-00001.009.pdf | Table: Positive-Pressure and Negative-Pressure Test | TREX-00001.009 | BP Bly Report (Sec 3) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-00001.010 | D-00001.010.pdf | Table: Positive-Pressure and Negative-Pressure Test (cont.) | TREX-00001.010 | BP Bly Report (Sec 3) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-00001.011 | D-00001.011.pdf | Table: Well Monitoring and Simultaneous Operations | TREX-00001.011 | BP Bly Report (Sec 3) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-00001.021 | D-00001.021.pdf | Hydrocarbons Entering Riser | TREX-00001.021 | BP Bly Report (Sec 4, Fig 4) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-00001.024 | D-00001.024.pdf | Planned Cement Slurry Placement | TREX-00001.024 | BP Bly Report (Sec 5A, Fig 2) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-00001.025 | D-00001.025.pdf | Planned Cement Fluid Locations | TREX-00001.025 | BP Bly Report (Sec 5A, Fig 3) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-00001.029 | D-00001.029.pdf | Table: Halliburton Cement Blend | TREX-00001.029 | BP Bly Report (Sec 5A) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-00001.030 | D-00001.030.pdf | Table: Halliburton Cement Slurry Densities | TREX-00001.030 | BP Bly Report (Sec 5A) | 702, 802, MIL04, MIL08 | Lacks Foundation |

* For demonstratives that are also designated as Trial Exhibits, in full or in part, HESI asserts the same objections against the corresponding demonstrative(s) that were asserted against the Trial Exhibit(s).

**EXHIBIT A**

| Party | Demonstrative No. | File Name | Title | TREX # | Notes/Description | Objection as Trial Exhibit | Objection as Demonstrative* |
|---|---|---|---|---|---|---|---|
| PSC/US | D-00001.034 | D-00001.034.pdf | Real-time Data Recording During Negative-Pressure Test (Pressure and Flow) | TREX-00001.034 | BP Bly Report (Sec 5B, Fig 4) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-00001.035 | D-00001.035.pdf | Flow Indication Graph Showing Anomalies (Real-time Data) | TREX-00001.035 | BP Bly Report (Sec 5B, Fig 8) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-00001.036 | D-00001.036.pdf | Pressure Increase During Sheen Test (Real-time Data) | TREX-00001.036 | BP Bly Report (Sec 5B, Fig 9) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-00001.037 | D-00001.037.pdf | Normal Versus Abnormal Flow Out Signature as Pumps Shut Off (Real-time Data) | TREX-00001.037 | BP Bly Report (Sec 5B, Fig 10) | 702, 802, MIL04, MIL08 | Lacks Foundation; Misleading |
| PSC/US | D-00001.038 | D-00001.038.pdf | Flow Path Before and After Routing the Spacer Overboard | TREX-00001.038 | BP Bly Report (Sec 5B, Fig 11) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-00001.039 | D-00001.039.pdf | Mud Pump #2 Pressure Increase at 21:17 Hours (Real-time Data) | TREX-00001.039 | BP Bly Report (Sec 5B, Fig 13) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-00001.040 | D-00001.040.pdf | OLGA Well Flow Modeling for Flow Condition with an Open Annular Preventer | TREX-00001.040 | BP Bly Report (Sec 5B, Fig 14) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-00001.041 | D-00001.041.pdf | Investigation of Pressure Response After Shutting Down Pumps (Real-time Data) | TREX-00001.041 | BP Bly Report (Sec 5B, Fig 15) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-00001.042 | D-00001.042.pdf | Modeled Pressure Responses Resulting from Hydrostatic Changes in Wellbore | TREX-00001.042 | BP Bly Report (Sec 5B, Fig 16) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-00001.043 | D-00001.043.pdf | Interpretation of Well Control Response (Real-time Data) | TREX-00001.043 | BP Bly Report (Sec 5B, Fig 17) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-00001.044 | D-00001.044.pdf | OLGA Well Flow Modeling Prediction of Cumulative Gain Excluding Pumped Volumes (20:52 Hours-21:49 Hours) | TREX-00001.044 | BP Bly Report (Sec 5B, Fig 18) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-00001.047 | D-00001.047.pdf | OLGA Well Flow Modeling Prediction of Fluid Outflow from Riser | TREX-00001.047 | BP Bly Report (Sec 5C, Fig 1) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-00001.048 | D-00001.048.pdf | Simplified Process Flow Diagram of Selected DWH Surface Equipment | TREX-00001.048 | BP Bly Report (Sec 5C, Fig 2) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-00001.050 | D-00001.050.pdf | OLGA Well Flow Modeling Prediction of Backpressure and Flow at Diverter Packer | TREX-00001.050 | BP Bly Report (Sec 5C, Fig 4) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-00001.058 | D-00001.058.pdf | Drill Pipe Pressure Measured at Cement Pump PI and Mud Pump PI | TREX-00001.058 | BP Bly Report (Sec 5C, Fig 12) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-00001.059 | D-00001.059.pdf | Mud Pump #2 Pressure Plot Showing Line Test During Negative-Pressure Test | TREX-00001.059 | BP Bly Report (Sec 5C, Fig 13) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-00001.060 | D-00001.060.pdf | Mud Pump #2 Pressure Plot Showing Lift Pressure of PRV | TREX-00001.060 | BP Bly Report (Sec 5C, Fig 14) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-00001.061 | D-00001.061.pdf | Illustration of Wellbore and Position of Hydrocarbons at 21:38 Hours if BOP Was Closed | TREX-00001.061 | BP Bly Report (Sec 5C, Fig 15) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-00001.072 | D-00001.072.pdf | Drill Pipe Pressure – OLGA Well Flow Modeling of Drill Pipe Pressure for Closed BOP Versus Recorded Data | TREX-00001.072 | BP Bly Report (Sec 5D, Fig 1) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-00001.073 | D-00001.073.pdf | OLGA Well Flow Modeling of Wellbore Pressure for Leaking and Sealing Annular Preventer | TREX-00001.073 | BP Bly Report (Sec 5D, Fig 2) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-00001.091 | D-00001.091.pdf | Eight Barriers Were Breached | TREX-00001.091 | BP Bly Report (Slide Presentation) | 702, 802, MIL04, MIL08 | Lacks Foundation |

* For demonstratives that are also designated as Trial Exhibits, in full or in part, HESI asserts the same objections against the corresponding demonstrative(s) that were asserted against the Trial Exhibit(s).

**EXHIBIT A**

| Party | Demonstrative No. | File Name | Title | TREX # | Notes/Description | Objection as Trial Exhibit | Objection as Demonstrative* |
|---|---|---|---|---|---|---|---|
| PSC/US | D-00001.092 | D-00001.092.pdf | Production Casing Installation | TREX-00001.092 | BP Bly Report (Slide Presentation) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-00001.093 | D-00001.093.pdf | Cement Job | TREX-00001.093 | BP Bly Report (Slide Presentation) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-00001.094 | D-00001.094.pdf | Key Finding #1 – Annulus Cement Barrier Did Not Isolate Reservoir Hydrocarbons | TREX-00001.094 | BP Bly Report (Slide Presentation) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-00001.095 | D-00001.095.pdf | Cement Slurry Design Issues | TREX-00001.095 | BP Bly Report (Slide Presentation) | 702, 802, MIL04, MIL08 | Lacks Foundation; Misleading |
| PSC/US | D-00001.096 | D-00001.096.pdf | Flow Through Shoe Track – Supporting Evidence | TREX-00001.096 | BP Bly Report (Slide Presentation) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-00001.097 | D-00001.097.pdf | Key Finding #2 – Shoe Track Mechanical Barriers Did Not Isolate Hydrocarbons | TREX-00001.097 | BP Bly Report (Slide Presentation) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-00001.099 | D-00001.099.pdf | Negative Pressure Test | TREX-00001.099 | BP Bly Report (Slide Presentation) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-00001.100 | D-00001.100.pdf | Negative Pressure Test | TREX-00001.100 | BP Bly Report (Slide Presentation) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-00001.101 | D-00001.101.pdf | Negative Pressure Test | TREX-00001.101 | BP Bly Report (Slide Presentation) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-00001.121 | D-00001.121.pdf | Summary of Key Findings | TREX-00001.121 | BP Bly Report (Slide Presentation) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-00986.002 | D-00986.002. mpg | Cement Job Sequence | TREX-00986.002 | OSC Chief Counsel's Report Animation (Time – 4:50) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-00986.006 | D-00986.006.mpg | Float Conversion | TREX-00986.006 | OSC Chief Counsel's Report Animation (Time – 4:40) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-00986.017 | D-00986.017.pdf | Flow in Typical Mud System | TREX-00986.017 | OSC Chief Counsel's Report (Fig 2.10) | 702, 802, MIL03 | Lacks Foundation |
| PSC/US | D-00986.018 | D-00986.018.pdf | Cementing (Modified) | TREX-00986.018 | OSC Chief Counsel's Report (Fig 2.13) | 702, 802, MIL03 | Lacks Foundation |
| PSC/US | D-00986.034 | D-00986.034.pdf | Typical Completed Cement Job | TREX-00986.034 | OSC Chief Counsel's Report (Fig 4.3.1) | 702, 802, MIL03 | Lacks Foundation |
| PSC/US | D-00986.039 | D-00986.039.pdf | Full Bottoms Up | TREX-00986.039 | OSC Chief Counsel's Report (Fig 4.3.7) | 702, 802, MIL03 | Lacks Foundation |
| PSC/US | D-00986.040 | D-00986.040.pdf | Wiper Plugs Cause Cement Contamination | TREX-00986.040 | OSC Chief Counsel's Report (Fig 4.3.8) | 702, 802, MIL03 | Lacks Foundation |
| PSC/US | D-00986.041 | D-00986.041.pdf | Lift Pressure | TREX-00986.041 | OSC Chief Counsel's Report (Fig 4.3.9) | 702, 802, MIL03 | Lacks Foundation |
| PSC/US | D-00986.042 | D-00986.042.pdf | Bumping the Plugs | TREX-00986.042 | OSC Chief Counsel's Report (Fig 4.3.10) | 702, 802, MIL03 | Lacks Foundation |
| PSC/US | D-00986.044 | D-00986.044.pdf | Remedial Cementing – Squeeze Job | TREX-00986.044 | OSC Chief Counsel's Report (Fig 4.3.12) | 702, 802, MIL03 | Lacks Foundation |
| PSC/US | D-00986.047 | D-00986.047.pdf | BP's Pre-Cementing Mud Circulation | TREX-00986.047 | OSC Chief Counsel's Report (Fig 4.3.18) | 702, 802, MIL03 | Lacks Foundation |
| PSC/US | D-00986.048 | D-00986.048.pdf | Page 23 of Halliburton's April 18, 2010 OptiCem Report | TREX-00986.048 | OSC Chief Counsel's Report (Fig 4.3.22) | 702, 802, MIL03 | Lacks Foundation |
| PSC/US | D-00986.049 | D-00986.049.pdf | Foam Testing Apparatus | TREX-00986.049 | OSC Chief Counsel's Report (Fig 4.4.2; 4.4.3) | 702, 802, MIL03 | Lacks Foundation |
| PSC/US | D-00986.051 | D-00986.051.pdf | Planned Configuration After Temporary Abandonment | TREX-00986.051 | OSC Chief Counsel's Report (Fig 4.5.1) | 702, 802, MIL03 | Lacks Foundation |
| PSC/US | D-00986.057 | D-00986.057.pdf | End of Cement to Temporary Abandonment | TREX-00986.057 | OSC Chief Counsel's Report (Fig 4.6.5) | 702, 802, MIL03 | Lacks Foundation |
| PSC/US | D-00986.059 | D-00986.059.pdf | First Test Failure Second Test Failure | TREX-00986.059 | OSC Chief Counsel's Report (Fig 4.6.7; 4.6.8) | 702, 802, MIL03 | Lacks Foundation |
| PSC/US | D-00986.063 | D-00986.063.pdf | Negative Pressure Test Progress, 4:55pm | TREX-00986.063 | OSC Chief Counsel's Report (Fig 4.6.12) | 702, 802, MIL03 | Lacks Foundation |
| PSC/US | D-00986.064 | D-00986.064.pdf | Negative Pressure Test Progress, 4:58pm | TREX-00986.064 | OSC Chief Counsel's Report (Fig 4.6.13) | 702, 802, MIL03 | Lacks Foundation |
| PSC/US | D-00986.066 | D-00986.066.pdf | Negative Pressure Test Progress, 5:26pm | TREX-00986.066 | OSC Chief Counsel's Report (Fig 4.6.15) | 702, 802, MIL03 | Lacks Foundation |
| PSC/US | D-00986.067 | D-00986.067.pdf | Negative Pressure Test Progress, 5:53pm | TREX-00986.067 | OSC Chief Counsel's Report (Fig 4.6.16) | 702, 802, MIL03 | Lacks Foundation |
| PSC/US | D-00986.070 | D-00986.070.pdf | Active Pit Volume in Closed-Loop System | TREX-00986.070 | OSC Chief Counsel's Report (Fig 4.7.1) | 702, 802, MIL03 | Lacks Foundation |

* For demonstratives that are also designated as Trial Exhibits, in full or in part, HESI asserts the same objections against the corresponding demonstrative(s) that were asserted against the Trial Exhibit(s).

**EXHIBIT A**

| Party | Demonstrative No. | File Name | Title | TREX # | Notes/Description | Objection as Trial Exhibit | Objection as Demonstrative* |
|---|---|---|---|---|---|---|---|
| PSC/US | D-00986.071 | D-00986.071.pdf | Hitec Data Display Sperry-Sun Display | TREX-00986.071 | OSC Chief Counsel's Report (Fig 4.7.3; 4.7.4) | 702, 802, MIL03 | Lacks Foundation |
| PSC/US | D-00986.072 | D-00986.072.pdf | Flow-Out Sensors and Flow Line Camera | TREX-00986.072 | OSC Chief Counsel's Report (Fig 4.7.5) | 702, 802, MIL03 | Lacks Foundation |
| PSC/US | D-00986.076 | D-00986.076.pdf | Typical Flow-Out Signature vs. Spike at 9:08pm | TREX-00986.076 | OSC Chief Counsel's Report (Fig 4.7.9) | 702, 802, MIL03 | Lacks Foundation; Misleading |
| PSC/US | D-00986.077 | D-00986.077.pdf | Drill Pipe Pressure Anomalies, 9:01pm to 9:14pm | TREX-00986.077 | OSC Chief Counsel's Report (Fig 4.7.10) | 702, 802, MIL03 | Lacks Foundation |
| PSC/US | D-00986.078 | D-00986.078.pdf | Drill Pipe Pressure and Kill Line Pressure Anomalies, 9:27 -9:40pm | TREX-00986.078 | OSC Chief Counsel's Report (Fig 4.7.11) | 702, 802, MIL03 | Lacks Foundation; Misleading |
| PSC/US | D-00986.079 | D-00986.079.pdf | Last Two Hours of Sperry-Sun Data | TREX-00986.079 | OSC Chief Counsel's Report (Fig 4.7.12) | 702, 802, MIL03 | Lacks Foundation |
| PSC/US | D-00986.080 | D-00986.080.pdf | Diverter System | TREX-00986.080 | OSC Chief Counsel's Report (Fig 4.8.1) | 702, 802, MIL03 | Lacks Foundation |
| PSC/US | D-00986.081 | D-00986.081.pdf | BOP Control Panels on Rig Floor and Bridge | TREX-00986.081 | OSC Chief Counsel's Report (Fig 4.8.2; 4.8.3) | 702, 802, MIL03 | Lacks Foundation |
| PSC/US | D-00986.093 | D-00986.093.pdf | Halliburton's Internal Laboratory Data – Stability of Macondo Cement Slurry | TREX-00986.093 | OSC Chief Counsel's Report (Table 4.4.1) | 702, 802, MIL03 | Lacks Foundation; Misleading |
| PSC/US | D-00986.100 | D-00986.100.pdf | Examples of Decisions That Increased Risk at Macondo While Potentially Saving Time | TREX-00986.100 | OSC Chief Counsel's Report (Table 5.2) | 702, 802, MIL03 | Lacks Foundation |
| PSC/US | D-00986.219 | D-00986.219.pdf | Planned Cement Job at Macondo | TREX-00986.219 | OSC Bartlit Slides | 702, 802, MIL03 | Lacks Foundation |
| PSC/US | D-00986.220 | D-00986.220.pdf | Planned Cement Job at Macondo | TREX-00986.220 | OSC Bartlit Slides | 702, 802, MIL03 | Lacks Foundation |
| PSC/US | D-00986.221 | D-00986.221.pdf | BP Understood This Was a Complex Cement Job | TREX-00986.221 | OSC Bartlit Slides | 702, 802, MIL03 | Lacks Foundation |
| PSC/US | D-00986.222 | D-00986.222.pdf | Low Cement Flow Rate | TREX-00986.222 | OSC Bartlit Slides | 702, 802, MIL03 | Lacks Foundation |
| PSC/US | D-00986.223 | D-00986.223.pdf | Low Top of Cement | TREX-00986.223 | OSC Bartlit Slides | 702, 802, MIL03 | Lacks Foundation |
| PSC/US | D-00986.224 | D-00986.224.pdf | Long String Compared to Liner | TREX-00986.224 | OSC Bartlit Slides | 702, 802, MIL03 | Lacks Foundation |
| PSC/US | D-00986.232 | D-00986.232.pdf | Indirect Cementing Indicators | TREX-00986.232 | OSC Bartlit Slides | 702, 802, MIL03 | Lacks Foundation |
| PSC/US | D-00986.233 | D-00986.233.pdf | Halliburton's April 20, 2010 Post-Job Report | TREX-00986.233 | OSC Bartlit Slides | 702, 802, MIL03 | Lacks Foundation |
| PSC/US | D-00986.235 | D-00986.235.pdf | Cement Evaluation | TREX-00986.235 | OSC Bartlit Slides | 702, 802, MIL03 | Lacks Foundation |
| PSC/US | D-00986.238 | D-00986.238.pdf | How Foam Cement Testing Is Done | TREX-00986.238 | OSC Bartlit Slides | 702, 802, MIL03 | Lacks Foundation |
| PSC/US | D-00986.240 | D-00986.240.pdf | Halliburton's Pre-Job Test Results | TREX-00986.240 | OSC Bartlit Slides | 702, 802, MIL03 | Lacks Foundation |
| PSC/US | D-00986.241 | D-00986.241.pdf | Results of Chevron Testing of Macondo Slurry (Chart) | TREX-00986.241 | OSC Bartlit Slides | 702, 802, MIL03 | Lacks Foundation; Misleading |
| PSC/US | D-00986.242 | D-00986.242.pdf | Halliburton Foam Stability Testing | TREX-00986.242 | OSC Bartlit Slides | 702, 802, MIL03 | Lacks Foundation; Misleading |
| PSC/US | D-00986.243 | D-00986.243.pdf | Consequences of Unstable Foam Cement | TREX-00986.243 | OSC Bartlit Slides | 702, 802, MIL03 | Lacks Foundation |
| PSC/US | D-00986.244 | D-00986.244.pdf | Situation at Time of Cement Job – April 19, 2010 | TREX-00986.244 | OSC Bartlit Slides | 702, 802, MIL03 | Lacks Foundation |
| PSC/US | D-00986.251 | D-00986.251.pdf | Negative-Pressure Test at Macondo | TREX-00986.251 | OSC Bartlit Slides | 702, 802, MIL03 | Lacks Foundation |
| PSC/US | D-00986.253 | D-00986.253.pdf | Displacing to 8,300 Feet Underbalanced Well More Than Necessary | TREX-00986.253 | OSC Bartlit Slides | 702, 802, MIL03 | Lacks Foundation |
| PSC/US | D-00986.260 | D-00986.260.pdf | Anomalies in Data Indicate Kick | TREX-00986.260 | OSC Bartlit Slides | 702, 802, MIL03 | Lacks Foundation |
| PSC/US | D-00986.265 | D-00986.265.pdf | Last Two Hours: Explosion at 21:49 (9:49pm) | TREX-00986.265 | OSC Bartlit Slides | 702, 802, MIL03 | Lacks Foundation |
| PSC/US | D-04248.005 | D-04248.005.pdf | 9-7/8 in. Casing Hanger Seal Assembly Tests (1:01-2:47am) | TREX-04248.005 | Transocean Report (Chap 3.1, Fig 3) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-04248.006 | D-04248.006.pdf | Macondo 9-7/8 in. Casing Hanger (interior) | TREX-04248.006 | Transocean Report (Chap 3.1, Fig 4) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-04248.007 | D-04248.007.pdf | Macondo 9-7/8 in. Casing Hanger (exterior) | TREX-04248.007 | Transocean Report (Chap 3.1, Fig 5) | 702, 802, MIL04, MIL08 | Lacks Foundation |

* For demonstratives that are also designated as Trial Exhibits, in full or in part, HESI asserts the same objections against the corresponding demonstrative(s) that were asserted against the Trial Exhibit(s).

**EXHIBIT A**

| Party | Demonstrative No. | File Name | Title | TREX # | Notes/Description | Objection as Trial Exhibit | Objection as Demonstrative* |
|---|---|---|---|---|---|---|---|
| PSC/US | D-04248.012 | D-04248.012.pdf | Conversion of Diverter Tool (to closed position) and Test with DTD (April 19, 2010) | TREX-04248.012 | Transocean Report (Chap 3.1, Fig 10) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-04248.014 | D-04248.014.pdf | Nine Attempts Prior to Assumed Conversion of Auto-Fill Collar (April 19, 2010) | TREX-04248.014 | Transocean Report (Chap 3.1, Fig 13) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-04248.021 | D-04248.021.pdf | Actual Cement Volumes Pumped for 9-7/8 in. Production Casing (April 19, 2010) | TREX-04248.021 | Transocean Report (Chap 3.1, Fig 23) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-04248.022 | D-04248.022.pdf | Actual Cement Volumes Pumped for 9-7/8 in. Production Casing (April 19, 2010) | TREX-04248.022 | Transocean Report (Chap 3.1, Fig 24) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-04248.023 | D-04248.023.pdf | Reduction in Foamed Slurry Volume from 12,487 ft. Crossover to 18,115 ft. (float collar) | TREX-04248.023 | Transocean Report (Chap 3.1, Fig 25) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-04248.024 | D-04248.024.pdf | Differential Pressure at End of 9-7/8 in. Production Casing Cement Program Displacement (April 19, 2010) | TREX-04248.024 | Transocean Report (Chap 3.1, Fig 26) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-04248.025 | D-04248.025.pdf | Expected (Positive) and Actual (Negative) Lift Pressure Post Cementing of Production Casing | TREX-04248.025 | Transocean Report (Chap 3.1, Fig 27) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-04248.026 | D-04248.026.pdf | Table: Theoretical Lift Pressure at End of Displacement While Checking Float Equipment | TREX-04248.026 | Transocean Report (Chap 3.1) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-04248.039 | D-04248.039.pdf | Planned Partial Displacement with Spacer Above BOP; Underdisplacing Spacer by 32bbl as Result of Calculations Errors in Displacement Procedure; Pressure Observed After Turning Off Pumps and Closing Annular | TREX-04248.039 | Transocean Report (Chap 3.2, Fig 13) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-04248.040 | D-04248.040.pdf | Columns of Fluid With Different Densities Result in Different Bottom Hole Pressures | TREX-04248.040 | Transocean Report (Chap 3.2, Fig 14) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-04248.044 | D-04248.044.pdf | Attempt to Equalize Drill Pipe and Kill Line Pressures, Resulting in U-Tube Effect | TREX-04248.044 | Transocean Report (Chap 3.2, Fig 18) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-04248.046 | D-04248.046.pdf | Overview of Events During Negative Pressure Test from 5:34-8:02pm | TREX-04248.046 | Transocean Report (Chap 3.2, Fig 20) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-04248.049 | D-04248.049.pdf | Actual Pressure Observed When Pumps Shut Down to Conduct Sheen Test; Theoretical Pressure That Should Have Been Observed Had 16-ppg Spacer Been at Surface When Pumps Shut Down | TREX-04248.049 | Transocean Report (Chap 3.2, Fig 23) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-04248.051 | D-04248.051.pdf | Pressure Anomaly Identified and Pumps Shut Down | TREX-04248.051 | Transocean Report (Chap 3.2, Fig 25) | 702, 802, MIL04, MIL08 | Lacks Foundation |

* For demonstratives that are also designated as Trial Exhibits, in full or in part, HESI asserts the same objections against the corresponding demonstrative(s) that were asserted against the Trial Exhibit(s).

**EXHIBIT A**

| Party | Demonstrative No. | File Name | Title | TREX # | Notes/Description | Objection as Trial Exhibit | Objection as Demonstrative* |
|---|---|---|---|---|---|---|---|
| PSC/US | D-04248.052 | D-04248.052.pdf | Overview of Events During Riser Displacement from 9:31-9:49pm | TREX-04248.052 | Transocean Report (Chap 3.2, Fig 26) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-04248.053 | D-04248.053.pdf | Hydrocarbons Reached End of Drilling String | TREX-04248.053 | Transocean Report (Chap 3.2, Fig 27) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-04248.054 | D-04248.054.pdf | Hydrocarbons Reach Top Casing | TREX-04248.054 | Transocean Report (Chap 3.2, Fig 28) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-04248.056 | D-04248.056.pdf | Hitec Display Screens | TREX-04248.056 | Transocean Report (Chap 3.3, Fig 2) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-04248.060 | D-04248.060.pdf | Simulated Sperry Sun Screen | TREX-04248.060 | Transocean Report (Chap 3.3, Fig 6) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-04248.061 | D-04248.061.pdf | 9:04pm Increase in Flow During Trip Tank Dump | TREX-04248.061 | Transocean Report (Chap 3.3, Fig 7) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-04248.062 | D-04248.062.pdf | Change in Drill Pipe Pressure From 9:08-9:14pm | TREX-04248.062 | Transocean Report (Chap 3.3, Fig 8) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-04248.063 | D-04248.063.pdf | End Static Sheen Test | TREX-04248.063 | Transocean Report (Chap 3.3, Fig 9) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-04248.064 | D-04248.064.pdf | 9:27pm Kill Line Pressure Climbs to 833 psi | TREX-04248.064 | Transocean Report (Chap 3.3, Fig 10) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-04248.065 | D-04248.065.pdf | 9:31pm Pumps Stopped to Determine Pressure Difference | TREX-04248.065 | Transocean Report (Chap 3.3, Fig 11) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-04248.066 | D-04248.066.pdf | 9:34pm Pressure Increase with Pumps Offline | TREX-04248.066 | Transocean Report (Chap 3.3, Fig 12) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-04248.067 | D-04248.067.pdf | Drill Pipe Pressure Builds After Bleed | TREX-04248.067 | Transocean Report (Chap 3.3, Fig 13) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-04248.068 | D-04248.068.pdf | 9:42pm Trip Tank Fills | TREX-04248.068 | Transocean Report (Chap 3.3, Fig 14) | 702, 802, MIL04, MIL08 | Lacks Foundation |
| PSC/US | D-04941.010 | D-04941.010.pdf | Examples of Decisions That Increased Risk at Macondo While Potentially Saving Time | TREX-04941.010 | OSC Report To President (Fig 4.1) | 702, 802, MIL03, MIL04 | Lacks Foundation |
| PSC/US | D-20509 | D-20509.pdf | DWH Cementing Plan Under Scrutiny | TREX-20509 | Times Picayune | 802 | Lacks Foundation |
| PSC/US | D-20514 | D-20514.pptx | DWH Investigation Findings (DRAFT of BP's Animated PowerPoint) | TREX-20514 | Document Production (BP-HZN-BLY00193425[1]) | 802, 802, MIL04 | Lacks Foundation |
| PSC/US | D-21721 | | | | | | Lacks Foundation; Misleading |
| PSC/US | D-21726 | D-21726.pdf | Summary of Halliburton Tests Showing Cement | TREX-21726 | | Previously Unavailable | Lacks Foundation; Misleading |
| PSC/US | D-21726.001 | D-21726.001.pdf | Summary of Halliburton Tests Showing Cement | TREX-21726.001 | | Previously Unavailable | Lacks Foundation; Misleading |
| PSC/US | D-30033 | | | | | | Lacks Foundation; Misleading |
| PSC/US | D-30048 | | | | | | Lacks Foundation; Misleading |
| PSC/US | D-37000 | | | | Bly Report | 702, 802, MIL04, MIL08* (Objection to Underlying Report) | Lacks Foundation; Misleading |
| PSC/US | D-37011 | | | | | | Lacks Foundation; Misleading |

* For demonstratives that are also designated as Trial Exhibits, in full or in part, HESI asserts the same objections against the corresponding demonstrative(s) that were asserted against the Trial Exhibit(s).