UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Release of Evidence to BP]**

Pursuant to the order of September 13, 2011 (Rec. doc. 4013), Captain Suzanne E. Englebert was appointed as Master for Supervision of Custody of the BOP and Related Items. Captain Englebert requested authorization to release certain evidence to BP. The request was presented to the parties and discussed at the working group conferences.[1] No party objected to the release of the items.

---

[1] See Rec. doc. 5609 at 1.

IT IS ORDERED that Captain Englebert is authorized to release to BP its "gator boxes" and the following items:

| | | | | |
|---|---|---|---|---|
| 290 | 0047528 | Capping Stack Kill Side Choke 0047528 | 9/24/2010 | Post - Incident |
| 622 | n/a | Choke intervention panel - 400 lbs | 9/20/2010 | Post - Incident |
| 623 | n/a | Pipe ram intervention panel - 1400 lbs w/ 2 ROV Stabs | 9/20/2010 | Post - Incident |
| 624 | n/a | Kill valve intervention panel - 400 lbs | 9/20/2010 | Post - Incident |
| 625 | n/a | Connector intervention panel - 800 lbs w/ 1 ROV Stab and green hoses #16, 17, 18 attached | 9/20/2010 | Post - Incident |
| 627 | n/a | Single Ram intervention panel - 400 lbs | 9/20/2010 | Post - Incident |
| 628 | n/a | Lift frame - 8500 lbs | 9/20/2010 | Post - Incident |
| 629 | n/a | Lower guide base - 2000 lbs | 9/20/2010 | Post - Incident |
| 631 | n/a | (47) Nuts | 9/20/2010 | Post - Incident |
| 632 | n/a | (3) Kevlar Slings | 9/20/2010 | Post - Incident |
| 709 | 0047513 | Flex hose 0047513 | 9/24/2010 | Post - Incident |
| 710 | 0047514 | Flex hose 0047514 | 9/24/2010 | Post - Incident |
| 712 | 0047526 | Yellow J-Lock 0047526 w/ Ring and Bracket | 9/24/2010 | Post - Incident |
| 714 | 0047373 | HFL/EFL piggy-backed lead ~400' 0047373 | 9/24/2010 | Post - Incident |
| 715 | 0047384 | Straight Dispersant Wand with 400' hose 0047384 | 9/24/2010 | Post - Incident |
| 716 | 0047383 | "J" Dispersant Wand 0047383 | 9/24/2010 | Post - Incident |
| 717 | 0047515 | 1" X 1100' dispersant lead 0047515 | 9/24/2010 | Post - Incident |
| 718 | 0047516 | Long White Dispersant Wand 0047516 | 9/24/2010 | Post - Incident |
| 719 | 0047517 | 1/2" X 200' dispersant lead 0047517 w/ ROV Stab | 9/24/2010 | Post - Incident |

New Orleans, Louisiana, this 23rd day of February, 2012.

SALLY SHUSHAN
United States Magistrate Judge

Clerk to Notify
Captain Suzanne E. Englebert
sueenglebert@sseesservices.com

2