UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Cameron's Motion to Resume Standard Business Practices and Cease Collection of Data Created After January 31, 2012 (Rec. doc. 5600)]**

On February 7, 2012, Cameron filed a motion for an order permitting it to resume standard business practices with respect to the collection of data. Rec. doc. 5600. The PSC reports that it has no opposition to the motion. Any party with opposition to Cameron's motion shall notify the Court by **Thursday, March 1, 2012.** If there is no opposition to the motion, it will be granted as unopposed.

New Orleans, Louisiana, this 23rd day of February, 2012.

SALLY SHUSHAN
United States Magistrate Judge