# EXHIBIT A

## IN RE: OIL SPILL by "Deepwater Horizon"

MDL 2179　　　　　　　　　　SECTION: J　　　　　　　　HON. CARL J. BARBIER

## VoO CONTRACT CLAIM PLAINTIFF FACT SHEET

Last Name **Cominey**

First Name **Christopher**

Middle/Maiden _____ Suffix _____

Street Address **1208 Madar Street**

City/State/Zip **Mobile, AL 36603**

Phone Number **251-510-7593**　Email Address **cpcomminey@yahoo.com**

Employer Name **Personnel Staffing, Inc.**

Job Title/Description **Decontamination Worker**

Business Address **309 South 5th Street**

Business City/State/Zip **Gadsen, AL 35901**

Attorney Name **Frank M. Petosa, Esquire**

Law Firm **Morgan & Morgan, P.A.**

Attorney Address **6824 Griffin Road**

Attorney City/State/Zip **Davie, FL 33314**

Original Case Caption (if applicable) **n/a**

Originating Court **EDLA**

Original EDLA Civil Action No./Short Form 10-8888 Doc. Ref. No. **51636**

Did you serve a PPF in MDL 2179: ___ yes **X** no

If yes, date of PPF _____

Claim Filed with BP ___ yes **X** no    If yes, BP Claim No. **n/a**

Claim Filed with GCCF  X  yes ___ no   If yes, GCCF Claimant ID No. 3122598

VoO Master Vessel Charter Agreement Number  n/a

Date of Contract  n/a

Vessel Name  The Destiny

Daily Vessel Rate  n/a

Dates Instructed to Work  June 2010

From Whom Instruction to Work was Received  Personnel Staffing, Inc.

Wages received to date  $4,512.00

Did you receive safety training  X  yes ___ no  If yes, when?  Approx. June 2010

Was any vessel decontamination performed? ___ yes  X  no

If yes, date of decontamination  n/a

Was vessel decontamination completed? ___ yes  X  no

If yes, date of decontamination completion  n/a

Did you receive charter termination notification? ___ yes  X  no

If yes, date received  n/a

Did your vessel sustain damage? ___ yes  X  no

Brief Description / Primary Valuation of Claim other than information provided above:

Claimant seeks any and all damages and interest owed to him pursuant to the terms and/or breach of any agreed upon written/verbal

employment contract. Claimant reserves the right to supplement and/or amend this response, including his calculation of damages, as the case develops.

_____                    10/06/11
**Attorney / VoO Plaintiff Signature**                   Date
Frank M. Petosa for Morgan & Morgan, P.A.
**Print Name**