# EXHIBIT A

## IN RE: OIL SPILL by "Deepwater Horizon"

MDL 2179　　　　　　　　　　SECTION: J　　　　　　　HON. CARL J. BARBIER

## VoO CONTRACT CLAIM PLAINTIFF FACT SHEET

Last Name **Hughes**

First Name **Keith**

Middle/Maiden _____　Suffix _____

Street Address **5101 Ridgedale Road**

City/State/Zip **Mobile, AL 36609**

Phone Number **251-442-9179**　Email Address **jkmamie@yahoo.com**

Employer Name **Aerotek**

Job Title/Description **Decontamination worker**

Business Address **7301 Parkway Drive**

Business City/State/Zip **Hanover, MD 21076**

Attorney Name **Frank M. Petosa, Esquire**

Law Firm **Morgan & Morgan, P.A.**

Attorney Address **6824 Griffin Road**

Attorney City/State/Zip **Davie, FL 33314**

Original Case Caption (if applicable) **n/a**

Originating Court **EDLA**

Original EDLA Civil Action No./Short Form 10-8888 Doc. Ref. No. **51771**

Did you serve a PPF in MDL 2179: ___ yes **X** no

If yes, date of PPF _____

Claim Filed with BP ___ yes **X** no   If yes, BP Claim No. **n/a**

Claim Filed with GCCF __X__ yes ___ no    If yes, GCCF Claimant ID No. 3150691

VoO Master Vessel Charter Agreement Number n/a

Date of Contract n/a

Vessel Name unknown

Daily Vessel Rate n/a

Dates Instructed to Work June 2010

From Whom Instruction to Work was Received LVI Environmental Services of New Orleans, Inc.

Wages received to date $7,472.90

Did you receive safety training __X__ yes ___ no  If yes, when? Approx. June 2010

Was any vessel decontamination performed? ___ yes __X__ no

   If yes, date of decontamination n/a

Was vessel decontamination completed? ___ yes __X__ no

   If yes, date of decontamination completion n/a

Did you receive charter termination notification? ___ yes __X__ no

   If yes, date received n/a

Did your vessel sustain damage? ___ yes __X__ no

Brief Description / Primary Valuation of Claim other than information provided above:

Claimant seeks any and all damages and interest owed to him pursuant to the terms and/or breach of any agreed upon written/verbal

employment contract. Claimant reserves the right to supplement and/or amend this response, including his calculation of damages, as the case develops.

_____                     10/06/11
**Attorney / VoO Plaintiff Signature**                    Date
Frank M. Petosa for Morgan & Morgan, P.A.

**Print Name**