# EXHIBIT A

## IN RE: OIL SPILL by "Deepwater Horizon"

MDL 2179                SECTION: J                HON. CARL J. BARBIER

## VoO CONTRACT CLAIM PLAINTIFF FACT SHEET

Last Name **Jackson**

First Name **Donald**

Middle/Maiden _____  Suffix _____

Street Address **2866 Barataria**

City/State/Zip **Marrero, LA 70072**

Phone Number **504-458-7952**   Email Address **realcandyman45@att.net**

Employer Name **LVI Environmental Services of New Orleans, Inc.**

Job Title/Description **Decontamination worker**

Business Address **12 Oak Drive**

Business City/State/Zip **Shawnee, OK 74801**

Attorney Name **Frank M. Petosa, Esquire**

Law Firm **Morgan & Morgan, P.A.**

Attorney Address **6824 Griffin Road**

Attorney City/State/Zip **Davie, FL 33314**

Original Case Caption (if applicable) **n/a**

Originating Court **EDLA**

Original EDLA Civil Action No./Short Form 10-8888 Doc. Ref. No. **61421 (revised 72903)**

Did you serve a PPF in MDL 2179: ___ yes **X** no

If yes, date of PPF _____

Claim Filed with BP ___ yes **X** no   If yes, BP Claim No. **n/a**

Claim Filed with GCCF __X__ yes ____ no   If yes, GCCF Claimant ID No. **3025459**

VoO Master Vessel Charter Agreement Number **n/a**

Date of Contract **n/a**

Vessel Name **unknown**

Daily Vessel Rate **n/a**

Dates Instructed to Work **June 2010**

From Whom Instruction to Work was Received **LVI Environmental Services of New Orleans, Inc.**

Wages received to date **$18,110**

Did you receive safety training __X__ yes ____ no   If yes, when? **Approx. June 2010**

Was any vessel decontamination performed? ____ yes __X__ no

If yes, date of decontamination **n/a**

Was vessel decontamination completed? ____ yes __X__ no

If yes, date of decontamination completion **n/a**

Did you receive charter termination notification? ____ yes __X__ no

If yes, date received **n/a**

Did your vessel sustain damage? ____ yes __X__ no

Brief Description / Primary Valuation of Claim other than information provided above:

Claimant seeks any and all damages and interest owed to him pursuant to the terms and/or breach of any agreed upon written/verbal employment contract. Claimant reserves the right to supplement and/or amend this response, including his calculation of damages, as the case develops.

_____         **10/06/11**
**Attorney / VoO Plaintiff Signature**              Date
Frank M. Petosa for Morgan & Morgan, P.A.
**Print Name**