UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 10MD2179<br><br>SECTION: J |

**This Document Relates to:**

| | |
|---|---|
| Murray, et al v. BP, PLC, et al: | 11cv2886 |
| Jenmar Investments, LLC v. BP, PLC, et al: | 11cv2887 |
| JSOCO, LLC v. BP, PLC, et al: | 11cv2888 |
| Yentzen, PLLC v. BP, PLC, et al | 11cv2889 |
| Owen v. BP, PLC, et al | 11cv2890 |

### ORDER FOR ADDITIONAL TIME FOR SERVICE OF COMPLAINT

On Plaintiffs' Motion for Additional Time for Service of Complaint requesting an additional forty-five (45) days in which to effect service on the Defendant, BP, PLC in this matter, the Court finds good cause has been demonstrated and the Motion should be granted. It is therefore,

ORDERED AND ADJUDGED that the Plaintiffs are hereby granted an additional forty-five (45) days in which to effect service on the Defendant, BP, PLC.

SO ORDERED AND ADJUDGED this the 23rd day of February, 2012.

_____
United States District Judge