IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179  SECTION J |
| This document relates to: | * * | Judge Barbier |
| *All Cases* | * * | Magistrate Judge Shushan |

**ORDER GRANTING THE BP'S AND M-I 'S CONSENT MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE THEIR CLAIMS AGAINST EACH OTHER**

The Court has considered BP's And M-I's Consent Motion To Voluntarily Dismiss With Prejudice Their Claims Against Each Other, and all responses and replies to that Consent Motion.

The Court ORDERS that BP's And M-I's Consent Motion To Voluntarily Dismiss With Prejudice Their Claims Against Each Other is GRANTED. All claims and all associated allegations brought, or that could have been brought, by BP Exploration & Production Inc., BP America Production Company or BP plc (collectively, "BP") against M-I L.L.C. ("M-I") in the litigation arising out of the *Deepwater Horizon* incident are dismissed and withdrawn with prejudice, including *The BP Parties' Counter-Complaint Against M-I L.L.C.*, Docket No. 2917 filed in Case 2:10-md-02179-CJB-SS; and all claims and all associated allegations brought, or that could have been brought, by M-I against BP in the litigation arising out of the *Deepwater Horizon* incident are dismissed and withdrawn with prejudice, including the claims and allegations against BP in *Defendant M-I L.L.C.'s Cross-Claims*, Docket No. 2500 filed in Case 2:10-md-02179-CJB-SS, and *Defendant M-I L.L.C.'s First Amended Cross-Claims*, Docket No. 2531 filed in Case 2:10-md-02179-CJB-SS.

IT IS SO ORDERED

New Orleans, Louisiana this 23rd day of February, 2012.

_____
United States District Judge