09:27AM

1                     UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA
2

3       ****************************************************************

4       IN RE:  OIL SPILL BY THE
        OIL RIG *DEEPWATER HORIZON*
5       IN THE GULF OF MEXICO ON
        APRIL 20, 2010
6
                                   CIVIL ACTION NO. 10-MD-2179 "J"
7                                  NEW ORLEANS, LOUISIANA
                                   FRIDAY, DECEMBER 9, 2011, 9:30 A.M.
8

9       THIS DOCUMENT RELATES TO
        ALL ACTIONS
10

11      ****************************************************************

12          TRANSCRIPT OF DISCOVERY STATUS CONFERENCE PROCEEDINGS
               HEARD BEFORE THE HONORABLE SALLY SHUSHAN
13                  UNITED STATES MAGISTRATE JUDGE

14

15      APPEARANCES:

16
        FOR THE PLAINTIFFS'
17      LIAISON COUNSEL:          DOMENGEAUX WRIGHT ROY & EDWARDS
                                  BY:  JAMES P. ROY, ESQUIRE
18                                P. O. BOX 3668
                                  556 JEFFERSON STREET
19                                LAFAYETTE, LA  70502

20
                                  HERMAN HERMAN KATZ & COTLAR
21                                BY:  STEPHEN J. HERMAN, ESQUIRE
                                  820 O'KEEFE AVENUE
22                                NEW ORLEANS, LA  70113

23
        FOR THE PLAINTIFFS:       IRPINO LAW FIRM
24                                BY:  ANTHONY IRPINO, ESQUIRE
                                  ONE CANAL PLACE
25                                365 CANAL STREET, SUITE 2990
                                  NEW ORLEANS, LA  70130

```
 1   APPEARANCES CONTINUED:

 2

 3                              LEVIN PAPANTONIO THOMAS MITCHELL
                               RAFFERTY & PROCTOR
 4                             BY:  BRIAN H. BARR, ESQUIRE
                               316 SOUTH BAYLEN STREET, SUITE 600
 5                             PENSACOLA, FL  32502

 6

 7                              BREIT DRESCHER IMPREVENTO & WALKER
                               BY:  JEFFREY A. BREIT, ESQUIRE
 8                             1000 DOMINION TOWER
                               999 WATERSIDE DRIVE
 9                             NORFOLK, VA  23510

10

11                              LEWIS, KULLMAN, STERBCOW & ABRAMSON
                               BY:  PAUL M. STERBCOW, ESQUIRE
12                             PAN AMERICAN LIFE BUILDING
                               601 POYDRAS STREET, SUITE 2615
13                             NEW ORLEANS, LA  70130

14

15   FOR THE FEDERAL
     GOVERNMENT INTERESTS:     U.S. DEPARTMENT OF JUSTICE
16                             TORTS BRANCH, CIVIL DIVISION
                               BY:  R. MICHAEL UNDERHILL, ESQUIRE
17                                  SARAH D. HIMMELHOCH, ESQUIRE
                                    A. NATHANIEL CHAKERES, ESQUIRE
18                             450 GOLDEN GATE AVENUE
                               7TH FLOOR, ROOM 5395
19                             SAN FRANCISCO, CA  94102

20

21   FOR THE UNITED STATES
     OF AMERICA:               ENVIRONMENTAL ENFORCEMENT SECTION
22                             U.S. DEPARTMENT OF JUSTICE
                               BY:  STEVEN O'ROURKE, ESQUIRE
23                             P.O. BOX 7611
                               WASHINGTON, DC  20044
24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR STATE INTERESTS:      ALABAMA ATTORNEY GENERAL'S OFFICE
                               BY:  COREY L. MAZE, ESQUIRE
 4                             500 DEXTER AVENUE
                               MONTGOMERY, AL  36130
 5

 6
     FOR THE STATE OF
 7   LOUISIANA:                KANNER & WHITELEY
                               BY:  DOUGLAS R. KRAUS, ESQUIRE
 8                             701 CAMP STREET
                               NEW ORLEANS, LA  70130
 9

10
     FOR BP AMERICA INC.,
11   BP AMERICA PRODUCTION
     COMPANY, BP COMPANY
12   NORTH AMERICA INC.,
     BP CORPORATION NORTH
13   AMERICA INC.,
     BP EXPLORATION &
14   PRODUCTION INC.,
     BP HOLDINGS NORTH
15   AMERICA LIMITED,
     BP PRODUCTS NORTH
16   AMERICA INC.:            LISKOW & LEWIS
                              BY:  DON K. HAYCRAFT, ESQUIRE
17                            ONE SHELL SQUARE
                              701 POYDRAS STREET
18                            SUITE 5000
                              NEW ORLEANS, LA  70139
19

20

21                            KIRKLAND & ELLIS
                              BY:  J. ANDREW LANGAN, ESQUIRE
22                                 MARK J. NOMELLINI, ESQUIRE
                                   RYAN S. BABIUCH, ESQUIRE
23                            300 N. LASALLE
                              CHICAGO, IL  60654
24

25
```

```
 1    APPEARANCES CONTINUED:

 2

 3                              KIRKLAND & ELLIS
                               BY:  ROBERT R. GASAWAY, ESQUIRE
 4                              655 FIFTEENTH STREET, N.W.
                               WASHINGTON, DC  20005
 5

 6
      FOR TRANSOCEAN HOLDINGS
 7    LLC, TRANSOCEAN
      OFFSHORE DEEPWATER
 8    DRILLING INC., AND
      TRANSOCEAN DEEPWATER
 9    INC.:                    FRILOT
                               BY:  KERRY J. MILLER, ESQUIRE
10                             ENERGY CENTRE, 36TH FLOOR
                               1100 POYDRAS STREET
11                             NEW ORLEANS, LA  70163

12

13    FOR CAMERON INTERNATIONAL
      CORPORATION:             STONE PIGMAN WALTHER WITTMANN
14                             BY:  CARMELITE M. BERTAUT, ESQUIRE
                               546 CARONDELET STREET
15                             NEW ORLEANS, LA  70130

16

17    FOR HALLIBURTON
      ENERGY SERVICES, INC.:   GODWIN RONQUILLO
18                             BY:  JENNY L. MARTINEZ, ESQUIRE
                                    STEFANIE K. MAJOR, ESQUIRE
19                             RENAISSANCE TOWER
                               1201 ELM STREET, SUITE 1700
20                             DALLAS, TX  75270

21
                               GODWIN RONQUILLO
22                             BY:  R. ALAN YORK, ESQUIRE
                               1331 LAMAR, SUITE 1665
23                             HOUSTON, TX  77010

24

25
```

```
 1   APPEARANCES CONTINUED:

 2


 3   FOR ANADARKO
     PETROLEUM CORPORATION,
 4   ANADARKO E&P COMPANY,
     LP:                        KUCHLER POLK SCHELL
 5                              WEINER & RICHESON
                                BY:  DEBORAH D. KUCHLER, ESQUIRE
 6                              1615 POYDRAS STREET, SUITE 1300
                                NEW ORLEANS, LA  70112
 7

 8
                                BINGHAM MCCUTCHEN
 9                              BY:  WARREN A. FITCH, ESQUIRE
                                2020 K STREET, NW
10                              WASHINGTON, DC  20006

11

12   FOR MOEX OFFSHORE
     2007 LLC:                  CARVER DARDEN KORETZKY TESSIER
13                              FINN BLOSSMAN & AREAUX
                                BY:  PHILLIP D. NIZIALEK, ESQUIRE
14                              1100 POYDRAS STREET, SUITE 3100
                                NEW ORLEANS, LA  70163
15

16
                                PILLSBURY WINTHROP SHAW PITTMAN
17                              BY:  EDWARD FLANDERS, ESQUIRE
                                1540 BROADWAY
18                              NEW YORK, NY  10036

19

20   FOR WEATHERFORD U.S.,
     L.P.:                      JONES WALKER
21                              BY:  WILLIAM C. BALDWIN, ESQUIRE
                                PLACE ST. CHARLES
22                              201 ST. CHARLES AVENUE
                                NEW ORLEANS, LA 70170
23

24

25
```

```
1   APPEARANCES CONTINUED:

2

3   FOR M-I L.L.C.:          MORGAN, LEWIS & BOCKIUS
                             BY:  JAMES B. TARTER, ESQUIRE
4                                 DENISE SCOFIELD, ESQUIRE
                                  WILLIAM B. "BRAD" NES, ESQUIRE
5                                 STEVEN LUXTON, ESQUIRE
                             1000 LOUISIANA STREET, SUITE 4000
6                            HOUSTON, TX  77002

7

8   FOR DRIL-QUIP,
    INC.:                    WARE, JACKSON, LEE & CHAMBERS
9                            BY:  C. DENNIS BARROW, JR., ESQUIRE
                             2929 ALLEN PARKWAY, 42ND FLOOR
10                           HOUSTON, TEXAS   77019

11
    FOR MARINE SPILL
12  RESPONSE CORPORATION:    BLANK ROME
                             BY:  ALAN M. WEIGEL, ESQUIRE
13                           THE CHRYSLER BUILDING
                             405 LEXINGTON AVENUE
14                           NEW YORK, NY  10174

15

16  FOR MDL 2185:            MITHOFF LAW FIRM
                             BY:  WILLIAM STRADLEY, ESQUIRE
17                           3450 ONE ALLEN CENTER
                             500 DALLAS STREET
18                           HOUSTON, TX  77002

19

20  ALSO PRESENT:            BRYAN PAYNE, ESQUIRE

21

22  OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                CERTIFIED REALTIME REPORTER
23                              500 POYDRAS STREET, ROOM HB406
                                NEW ORLEANS, LA  70130
24                              (504) 589-7779
                                Cathy_Pepper@laed.uscourts.gov
25  PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
    PRODUCED BY COMPUTER.
```

I N D E X

AGENDA ITEMS                                                    PAGE

AN UPDATE ON THE REQUEST BY THE CHEMICAL SAFETY BOARD     11

FOR DEPOSITIONS IN THIS CASE...........................

WE'VE RESOLVED THE ISSUE OF THE REQUEST FOR              11

DEPOSITIONS IN THE 2185 SECURITIES CASE................

THE BOP AND CAPPING STACK..............................   11

THE ISSUE OF PROVIDING THE PRIVILEGED LOG..............   12

AN UPDATE ON THE PHASE TWO STIPULATIONS................   15

B3 STIPULATIONS........................................   16

THE ISSUE OF THE U. S. DISPOSING OF THE DUPLICATE AND    16

TRASH DOCUMENTS........................................

PRIVILEGED LOGS........................................   18

WE HAVE CONTINUED OUR CONFERENCES WITH THE STATE OF      18

LOUISIANA RELATIVE TO PRODUCTION OF DOCUMENTS..........

WE HAD 70 ADDITIONAL DEPOSITIONS THAT WERE IN PLAY FOR   19

DESIGNATIONS BY THE DEFENDANTS, 69 OF WHICH HAVE BEEN

DESIGNATED.............................................

PHASE ONE EXHIBITS.....................................   19

THE ISSUE OF THE JAPANESE TRANSLATION..................   19

PSC REPORT.............................................   22

WORKING WITH WORLDWIDE ON THE SUBSTITUTION OF EXHIBITS.  22

COUNSEL CREATED AN EXHIBIT THAT SOUNDS LIKE WE'VE GOT .  22

1   A LITTLE DISAGREEMENT BREWING THERE.  AS I UNDERSTAND

2   IT, THE PARTIES HAVE AGREED THAT DECEMBER 30TH IS THE

3   DATE THAT ANY REMAINING ISSUES ON THAT WILL BE BROUGHT

4   TO OUR ATTENTION.......................................

5   FEEDBACK RELATIVE TO DOCUMENTS THAT HAVE NOT YET BEEN    22

6   PRODUCED...............................................

7   MARK'S LETTER, WHICH I GUESS WAS ANDY'S LETTER, I'M      29

8   TRYING TO FIND OUT WHETHER WE CAN REACH THIS

9   DECEMBER 15TH DEADLINE.................................

10  PUBLICLY AVAILABLE DOCUMENTS..........................    29

11  MOTIONS *IN LIMINE*...................................    31

12  MOTIONS TO EXCLUDE NONGOVERNMENTAL REPORTS............    32

13  INAPPROPRIATE EVIDENCE ARISING FROM DEPOSITION           32

14  DESIGNATIONS OR ANTICIPATED TESTIMONY.................

15  CLAWBACK EVIDENCE.....................................    32

16  OTHER APPROPRIATE MOTIONS.............................    32

17  BP HAS UNTIL TODAY TO FILE A RESPONSE TO THE PSC'S       34

18  MOTION *IN LIMINE* TO EXCLUDE BP TESTIMONY AND ARGUMENT

19  REGARDING BOP REGULATORY COMPLIANCE...................

20  PHASE ONE EXPERTS.....................................    34

21  A FURTHER PROPOSED SCHEDULE FOR REBUTTAL EXPERTS.......   34

22  A POTENTIAL RESCHEDULING OF IN-HOUSE EXPERT,             37

23  MR. FRIEDHEIM.........................................

24  THE DEPOSITION OF MR. SABINS AND CSI WILL BE SUSPENDED   39

25  PENDING RESOLUTION OF THE APPEAL ON THE ORDER THAT WAS .

 1   ISSUED YESTERDAY.......................................

 2   THE WITHDRAWAL OF THE DESIGNATION OF HAMLIN JENNINGS    39

 3   BY HALLIBURTON........................................

 4   UPDATE ON THE PSC'S REQUEST FOR THE LIVE TESTIMONY OF   39

 5   MR. ELLIS ARMSTRONG...................................

 6   A REPORT ON THE STATUS OF PHASE ONE STIPULATIONS.......   40

 7   DEMONSTRATIVE EXHIBITS................................   41

 8   THE ISSUE OF SERVICE OF NOTICES ON THIRD PARTIES FOR    42

 9   PHASE TWO DEPOSITIONS.................................

10   THE ISSUE OF MORE MOTIONS FOR SUMMARY JUDGMENT.........   43

11   FORMAL PRETRIAL ORDER.................................   43

12   SWIZZLE STICK NEXT THURSDAY, 4:00 TO 4:15 P.M. ON THE   44

13   15TH, AND CAMERON IS OUR GRACIOUS HOST................

14   THE BRIEFING SCHEDULE FOR A COUPLE OF MOTIONS THAT     44

15   WERE FILED THIS WEEK BY BP IN TERMS OF RESPONSES FROM

16   HALLIBURTON...........................................

17   WOODS HOLE 30(B)(6....................................   46

18   THE LOOK-BACK DATE FOR THAT ONE TOPIC THAT I          51

19   REFERENCED IN MY LETTER...............................

20

21

22

23

24

25

1                         **P-R-O-C-E-E-D-I-N-G-S**

09:27AM   2                    FRIDAY, DECEMBER 9, 2011

09:27AM   3                  M O R N I N G   S E S S I O N

09:27AM   4                    (COURT CALLED TO ORDER)

09:28AM   5

09:31AM   6

09:31AM   7          THE DEPUTY CLERK:  Good morning, everybody.  Have a

09:31AM   8   seat.  Good morning, phone participants.  Hello, phone

09:32AM   9   participants?

09:32AM  10          MS. HIMMELHOCH:  Good morning, Your Honor.

09:32AM  11          THE COURT:  Good morning, Sarah.  How are you?

09:32AM  12          MS. HIMMELHOCH:  Good.  And yourself?

09:32AM  13          THE COURT:  Very well, thank you.  I'm sorry you can't

09:32AM  14   be here today to see what we have projected onto the wall.  It is

09:32AM  15   a picture of Captain Susan Englebert with Rear Admiral somebody

09:32AM  16   at her retirement ceremony.  I want everybody to please notice

09:32AM  17   the sword that she is wearing, which was really impressive to me,

09:32AM  18   and I wonder whether I can get one of those.  What do y'all think

09:32AM  19   about that?

09:32AM  20          MS. KUCHLER:  No, Judge, if you're in a bad mood and you

09:32AM  21   have a sword at one of our conferences...

09:32AM  22          THE COURT:  Or if I might fall on it.

09:32AM  23          MR. YORK:  Judge, if you were going to have one, you

09:32AM  24   should have had one about nine months ago.

09:33AM  25          THE COURT:  But I did think about falling on it.

09:33AM 1          MS. KUCHLER:  Off with their heads.

09:33AM 2          THE COURT:  Then we have got another picture, Corey, the

09:33AM 3   one that was on top.  That was a picture of the captain during

09:33AM 4   the ceremony.  Right on top right by Charles.  This is a picture

09:33AM 5   immediately after her retirement.  Isn't that nice.  Yeah.

09:33AM 6   Happy.

09:33AM 7          All right.  So let's get ourselves rolling.  Okay.

09:33AM 8   Let's see what we've got to do today.  We were supposed to get an

09:33AM 9   update on the request by the Chemical Safety Board for

09:33AM 10  depositions in this case.  Does anybody have anything further

09:34AM 11  they want to report on that?

09:34AM 12         MR. HAYCRAFT:  Transocean is titled on that.

09:34AM 13         THE COURT:  Yes, exactly.  I'm noticing that.

09:34AM 14  Mr. Miller was supposed to come and see me this morning, and he

09:34AM 15  was noticeably absent, so I guess we'll come back to that if

09:34AM 16  anybody does show up.

09:34AM 17         I believe we've resolved the issue of the request

09:34AM 18  for depositions in the 2185 Securities case?  Does everyone agree

09:34AM 19  to that?

09:34AM 20         MR. LANGAN:  The expert reports.  The BP expert reports,

09:34AM 21  Your Honor.

09:34AM 22         THE COURT:  The expert reports, you're correct.

09:34AM 23  Everybody agrees that that's resolved?

09:34AM 24         MR. LANGAN:  That's fine with us, Your Honor.

09:34AM 25         THE COURT:  Good.  Okay.  The BOP and capping stack.  We

09:34AM  1    entered the protocol for the capping stack.  We did not receive

09:35AM  2    any objections to the allocation of Captain Englebert's

09:35AM  3    November 7th billing invoice, and if you have not done so please

09:35AM  4    process those payments so that she stays on the payroll.  That

09:35AM  5    would be good.

09:35AM  6            MR. HAYCRAFT:  Keep that smile on her face.

09:35AM  7            THE COURT:  Oh, Mr. Miller.  Welcome.  The late

09:35AM  8    Mr. Miller.

09:35AM  9            MR. MILLER:  Close.  I apologize, Your Honor.

09:35AM  10           THE COURT:  Close but no banana.

09:35AM  11              Regarding BOP and capping stack issues, there have

09:35AM  12   been a couple of requests for video, and there is no problem with

09:35AM  13   that, but I would like to you all to make your requests for

09:35AM  14   copies of videos through Captain Englebert.  You can cc me on it,

09:35AM  15   and then the videographer will go ahead and make you a copy and

09:35AM  16   charge you directly.  That way at least Captain Englebert will

09:36AM  17   have a record of what's been copied and sent to whom, and she

09:36AM  18   would like that.

09:36AM  19              Okay.  Let's see.  Sarah, I believe I have you up

09:36AM  20   for a report next.  First was the issue of providing the

09:36AM  21   privileged log.  We're aiming for December 20th.  How are you

09:36AM  22   looking on that?

09:36AM  23           MS. HIMMELHOCH:  Your Honor, I have sent you a very

09:36AM  24   unclear e-mail.  I had asked for January 15th for EOP and for

09:36AM  25   December 20th to do Army Corps and --

09:36AM 1          THE COURT:  DOE.

09:36AM 2          MS. HIMMELHOCH:  -- DOE.  We have been talking with BP

09:36AM 3     about a proposed order that reduces the number of deadlines and

09:36AM 4     sets them all in relation to when BP will be deposing U. S.

09:36AM 5     witnesses, and I sent that to BP last night.  I would expect

09:37AM 6     we'll able to get you a proposed order next week.

09:37AM 7          It will give us additional time to complete the DOE and

09:37AM 8     the privileged log, but we don't have an agreed upon date between

09:37AM 9     DOE and me.  I can't tell you for sure when we'll be done with

09:37AM 10    that because, obviously, we'll strive to meet whatever the

09:37AM 11    deadline is we agree upon.  So I would expect you'll see

09:37AM 12    something early next week from us with the proposed order

09:37AM 13    revising the deadlines.

09:37AM 14          We also have pending a request for an extension of

09:37AM 15    time to respond to the various defendants' RFAs and

09:37AM 16    interrogatories.  Anadarko had raised a concern at the last

09:37AM 17    conference about the fact that that was so close, that our

09:37AM 18    proposed new deadline was so close to the anticipated start of,

09:37AM 19    say, two depositions, and I wondered if we could perhaps talk

09:37AM 20    about the fact that, in our conversation with BP, you had

09:38AM 21    indicated that we would push the deposition start till late

09:38AM 22    February, and whether we could, as a result of that, get that

09:38AM 23    extension on the RFAs and interrogatories.

09:38AM 24          THE COURT:  Okay.  That's a good report, Sarah.  You are

09:38AM 25    correct that because of the issues that we are encountering on

09:38AM 1  production of documents, we have decided to move the Phase Two

09:38AM 2  deposition start to Thursday, February 23rd.  You all will be

09:38AM 3  happy to know that is Mardi Gras week, but you will be past

09:38AM 4  Ash Wednesday and recovered by then.

09:38AM 5          I want to make sure that we're all on the same

09:38AM 6  page -- and, Sarah, that is not meant as a criticism in any

09:38AM 7  way -- the reason to extend that date is to make sure that we

09:39AM 8  have comfortably produced documents, completed our 30(b)(6)

09:39AM 9  notices, come up with the order of witnesses that are going to be

09:39AM 10 taken, slotted them into dates, and prepared to really commence

09:39AM 11 comfortably on that date.  So I have no problem with extensions

09:39AM 12 but extensions that will be modest enough to allow the goal of

09:39AM 13 comfortably starting depositions on the new date.

09:39AM 14     MS. HIMMELHOCH:  Your Honor, yeah, I certainly

09:39AM 15 understand that, and it is our intention to do that.  And I

09:39AM 16 believe we're going to be able to start getting out more frequent

09:39AM 17 updates installments so that whatever comes at the end of the

09:39AM 18 time period will be a smaller chunk.

09:39AM 19         We got, frankly, hung up a little bit readjusting

09:40AM 20 our discovery procedures to address BP's interpretation of

09:40AM 21 PTO 16.  It turned out to be more of a change to our system than

09:40AM 22 we anticipated it would be, but we understand that's the goal.

09:40AM 23         To be quite honest, you're not surprised when you

09:40AM 24 see the proposed order, if BP agrees, we had suggested that the

09:40AM 25 order would provide that, with respect to depositions of U. S.

09:40AM 1  and BP that start on March 1st, that doesn't mean that that last

09:40AM 2  week of February couldn't be used for other 30(b)(6) depositions.

09:40AM 3          THE COURT:  Right.

09:40AM 4          MS. HIMMELHOCH:  Not of the U. S. and BP.  But it is our

09:40AM 5  understanding and our intention and our goal to make sure that

09:40AM 6  everybody has the documents well in advance of those depositions

09:40AM 7  so that they can move forward much more smoothly than the

09:40AM 8  Phase One.

09:40AM 9          THE COURT:  Good.  Thank you.

09:40AM 10          Okay.  Do you want to give us an update on the

09:40AM 11  Phase Two stipulations.

09:41AM 12          MS. HIMMELHOCH:  Well, the Phase Two stipulations, we

09:41AM 13  owe BP a final okay.  Sharon, maybe you -- Sharon Shutler, my

09:41AM 14  colleague in the Department of Justice, is on the phone.  I don't

09:41AM 15  know that there is any more the detail to say than we are close

09:41AM 16  to having a draft that we can circulate to the other parties,

09:41AM 17  but, Sharon, please step in and correct me if I'm wrong on that.

09:41AM 18          MS. SHUTLER:  No, I think we've reached agreement on

09:41AM 19  almost every issue, and we're just going to final approvals

09:41AM 20  within the Department of Justice.

09:41AM 21          THE COURT:  Good.  Thank you.

09:41AM 22          MR. LANGAN:  Andy Langan for BP.

09:41AM 23          MR. GASAWAY:  I'm sorry, go ahead, Andy.  This is Rob.

09:41AM 24  I'm sorry.

09:41AM 25          MR. LANGAN:  I was going to make sure that you were on

09:41AM  1  the phone, but I think what has been said is correct.  We're kind

09:41AM  2  of ready to roll these out, and I think we're -- to the other

09:41AM  3  parties subject to the department's final blessing, but that's

09:41AM  4  consistent with what was just said.

09:41AM  5         THE COURT:  Okay.  Good.  Good, good, good news.

09:41AM  6         MS. HIMMELHOCH:  Then on the B3 stipulations,

09:41AM  7  Your Honor, Mr. Chakeres is in the courtroom, and he's been our

09:42AM  8  lead on that.  The short news is that we got a revised draft back

09:42AM  9  to the responder defendants and Mr. Chakeres, and they are

09:42AM  10  scheduled to speak this afternoon in the hopes of getting those

09:42AM  11  wrapped up as well.

09:42AM  12         THE COURT:  Good.  Okay.  Then last but not least,

09:42AM  13  Sarah, the issue of the U. S. disposing of the duplicate and

09:42AM  14  trash documents.

09:42AM  15         MS. HIMMELHOCH:  I have heard no objection from any

09:42AM  16  party, so I was planning to submit that as an unopposed motion to

09:42AM  17  the Court sometime early next week.

09:42AM  18         THE COURT:  That's fine.

09:42AM  19         MS. HIMMELHOCH:  I believe, because of the preservation

09:42AM  20  order, it has to be submitted for Judge Barbier's signature, but

09:42AM  21  I'll be making that motion early next week.

09:42AM  22         THE COURT:  Alan, do you have something on that?

09:42AM  23         MR. YORK:  No.  The only thing I was going to say is, in

09:42AM  24  line with Sarah e-mail, we have circulated that amongst our team

09:42AM  25  with a deadline for response by December 14th because she said

09:42AM 1    she was going to file on December 15th.  I don't expect any

09:43AM 2    objections but I just --

09:43AM 3              THE COURT:  So, Sarah, you heard that that Alan

09:43AM 4    indicated that his team was told to let him know if there are any

09:43AM 5    objections by the 14th, and so you can go ahead, if you haven't

09:43AM 6    heard anything by close of business on the 14th, send it on in on

09:43AM 7    the 15th.

09:43AM 8              Good morning, Mark.

09:43AM 9              MR. NOMELLINI:  Good morning, Your Honor.  May I ask

09:43AM 10   that before you enter February 23rd as the new deposition start

09:43AM 11   date, that you wait for the negotiations between the U. S. and BP

09:43AM 12   on the order because we're going to address depositions as well

09:43AM 13   as documents, and the depositions are going to depend on the

09:43AM 14   documents.

09:43AM 15             THE COURT:  Oh, I agree that that's right.  So you think

09:43AM 16   the date might be beyond the 23rd?

09:43AM 17             MR. NOMELLINI:  It may, Your Honor.  We need -- we just

09:43AM 18   need to see, look at what the U. S. is saying about the documents

09:43AM 19   and respond accordingly to that.  I don't know for sure.  I just

09:44AM 20   don't want you to do something and then be dismayed when we come

09:44AM 21   back.

09:44AM 22             THE COURT:  Everything we do is subject to revision; is

09:44AM 23   that true?

09:44AM 24             THE CLERK:  Except February 27th.

09:44AM 25             THE COURT:  Except February 27th.  And I say that in

09:44AM  1    case Judge Barbier is listening.  Everything else is subject to

09:44AM  2    change.

09:44AM  3                    Sharon, could you spell your last name please for

09:44AM  4    us.

09:44AM  5              MS. SHUTLER:  Sure.  Shutler, S-H-U-T-L-E-R.

09:44AM  6              THE COURT:  Mr. Maze.

09:44AM  7              MR. MAZE:  Good morning.

09:44AM  8              THE COURT:  How are you?

09:44AM  9              MR. MAZE:  Good.  We were just next on the list so I

09:44AM 10    would stand up.

09:44AM 11              THE COURT:  Well, you are next on the list.  How are you

09:44AM 12    coming on your privileged logs?

09:44AM 13              MR. MAZE:  It has been produced and served on Wednesday,

09:44AM 14    so we should be done with Phase Two.

09:44AM 15              THE COURT:  Terrific.  Thank you very much.

09:44AM 16                    We have continued our conferences with the State of

09:45AM 17    Louisiana relative to production of documents.  The last report

09:45AM 18    was that progress was being made.  We will have another

09:45AM 19    conference this coming Monday, but that's my report on that.  Is

09:45AM 20    there anything else anybody else wants to add?

09:45AM 21              MR. LANGAN:  Your Honor, Andy Langan for BP.  We concur.

09:45AM 22    Mr. Lamb, of course, from our firm has been handling this for us,

09:45AM 23    and -- but we agree with Your Honor's report on that, and thank

09:45AM 24    you for your attention.

09:45AM 25              THE COURT:  You're very welcome.

09:45AM  1          Okay.  We had 70 additional depositions that were

09:45AM  2  in play for designations by the defendants, 69 of which have been

09:45AM  3  designated.  We got out an amended schedule for designations of

09:45AM  4  those 69 this morning, so you all can chew on that this weekend.

09:45AM  5          Phase One exhibits, we've got the issue of the

09:46AM  6  Japanese translation.  I was going to suggest that Mike do that

09:46AM  7  for us.  Is there any report on translations?

09:46AM  8          All right.  Moving on, Mr. Nomellini, what have you

09:46AM  9  got?

09:46AM 10          MR. NOMELLINI:  Your Honor, it was our understanding

09:46AM 11  that the PSC was working that out with MOEX.  I don't know the

09:46AM 12  status of that.

09:46AM 13          MR. CHAKERES:  I think the U. S. is working on that.

09:46AM 14          THE COURT:  The U. S. is working on that.

09:46AM 15          MR. UNDERHILL:  Your Honor, this is Mike Underhill on

09:46AM 16  the phone.  I think I can answer this.

09:46AM 17          THE COURT:  Okay, Mike.  You're doing it.

09:46AM 18          MR. UNDERHILL:  I think, if I'm talking about the same

09:46AM 19  documents, the amended U. S./PSC/States exhibit list that was

09:46AM 20  filed, what, a week ago, a week and a half ago, should have added

09:46AM 21  the Japanese translations.

09:46AM 22          Let's assume the English -- let's assume the

09:46AM 23  Japanese translations was exhibit 30001, the Japanese translation

09:47AM 24  to English was 30001(a), so I think those are all added to the

09:47AM 25  list.

09:47AM 1          THE COURT:  You think don't that there are any further

09:47AM 2   outstanding issues with regard to the accuracy of the

09:47AM 3   translation?

09:47AM 4          MR. UNDERHILL:  Well, all I can say is we've given it

09:47AM 5   our best shot, and I think that to the extent that a party has an

09:47AM 6   objection, I guess our response is that if you can do better,

09:47AM 7   let's see it, but the problem that we have is English speakers,

09:47AM 8   not Japanese speakers, no pun intended but it's all Japanese to

09:47AM 9   me.  So if they've got something that says it's more accurate,

09:47AM 10  then I say we meet and confer and work it out.

09:47AM 11         THE COURT:  Are you sure there wasn't a --

09:47AM 12         MR. UNDERHILL:  We gave it our best shot.

09:47AM 13         THE COURT:  As I understood the letter, it was an

09:47AM 14  objection to the accuracy of the translation.  Am I mistaken on

09:47AM 15  that?

09:47AM 16         MR. BREIT:  No, Your Honor, if I may speak for just a

09:48AM 17  moment.

09:48AM 18         THE COURT:  You may, Mr. Breit.  Good morning.

09:48AM 19         MR. BREIT:  Jeffrey Breit for the PSC.  Good morning.

09:48AM 20  We were involved in a great deal of discussion about authenticity

09:48AM 21  with these documents, particularly the Japanese translations.

09:48AM 22  What Mike indicated for purposes of the exhibit list is exactly

09:48AM 23  right.  We added the Japanese first, and then we added the

09:48AM 24  English translation afterwards.

09:48AM 25              During all of the authenticity meetings with

09:48AM  1   primarily BP, we told them we believe the translations are

09:48AM  2   correct.  We went back to the United States Government, and they

09:48AM  3   went back to their translators who said, "We believe they are

09:48AM  4   correct."  We went back to BP and said, "If you don't think they

09:48AM  5   are correct, tell us what you think is wrong, and we can meet and

09:48AM  6   confer, but if you have nothing that you're going to tell us

09:48AM  7   specifically, then we're going to stand."  The U. S. government's

09:48AM  8   translator said, "We believe we're right," and nothing has

09:48AM  9   happened since; so, we've done what we were asked to do.

09:48AM 10          MR. UNDERHILL:  Can I clarify one more thing,

09:48AM 11   Your Honor?

09:48AM 12          THE COURT:  You may.

09:48AM 13          MR. UNDERHILL:  For purposes of testimony, we made it a

09:49AM 14   point of the Japanese witnesses to have any documents translated.

09:49AM 15   If a question was asked based upon a document, it was translated

09:49AM 16   at the deposition into English back and forth with the Japanese

09:49AM 17   speaker, so there should be no problem with that whatsoever

09:49AM 18   because that was done on the record.

09:49AM 19          MR. FLANDERS:  Your Honor, this is Ed Flanders from

09:49AM 20   MOEX.

09:49AM 21          THE COURT:  Hello.  Good morning.

09:49AM 22          MR. FLANDERS:  Your Honor, I haven't been involved in

09:49AM 23   the discussions between the PSC and BP with respect to the

09:49AM 24   translations, but following up on Mr. Underhill's statement, I

09:49AM 25   will certainly reach out to the government, and to the extent

09:49AM  1   that there are any issues concerning the accuracy of the exhibits

09:49AM  2   that have now been added to the list, we will work them out.

09:49AM  3   　　　　　THE COURT:  Good.  I like that.  Thank you.  I

09:49AM  4   appreciate it.

09:50AM  5   　　　　　　Next up, PSC report, I take it you're working with

09:50AM  6   Worldwide on the substitution of exhibits and getting that at all

09:50AM  7   straight.  Nothing to report?

09:50AM  8   　　　　　MR. HERMAN:  I don't think so, Your Honor.

09:50AM  9   　　　　　THE COURT:  Good.  Then last, but not least, Counsel

09:50AM 10   created an exhibit that sounds like we've got a little

09:50AM 11   disagreement brewing there.  As I understand it, the parties have

09:50AM 12   agreed that December 30th is the date that any remaining issues

09:50AM 13   on that will be brought to our attention; is that correct?

09:50AM 14   　　　　　MR. NOMELLINI:  I think that's correct, Your Honor.

09:50AM 15   　　　　　THE COURT:  Good, good, good.  Let's do that.

09:50AM 16   　　　　　MR. HERMAN:  It's okay with us.

09:50AM 17   　　　　　THE COURT:  Okay.  Good.

09:50AM 18   　　　　　　All right.  I guess Mr. Miller, have you had any

09:50AM 19   feedback at all relative to documents that have not yet been

09:50AM 20   produced?  We discussed that last week.

09:50AM 21   　　　　　MR. MILLER:  Your Honor, Kerry Miller for Transocean.

09:51AM 22   Right before the conference, Mr. Nomellini, I think, sent a

09:51AM 23   letter in outlining a proposal to deal with that issue.

09:51AM 24   　　　　　THE COURT:  Good.

09:51AM 25   　　　　　MR. MILLER:  So I have the letter.  I think it came in

09:51AM  1   about 8:30 or 9:00 this morning.  It appears to be a reasonable

09:51AM  2   proposal, and I think that everyone should take a look at it and

09:51AM  3   see if this can be adopted by the Court as a way to cure those

09:51AM  4   issues.

09:51AM  5          In essence, you know, the two issues are, Number 1,

09:51AM  6   missing Bates numbers, the proposal is that they be supplied by

09:51AM  7   December 15th; and, Number 2, missing documents with certain

09:51AM  8   exceptions may also be supplied by December 15th.

09:51AM  9          THE COURT:  Good.

09:51AM  10          MR. MILLER:  Mark, I just have one question for you

09:51AM  11   while we're here:  What do you mean "by documents in the KPMG

09:51AM  12   database"?  That's the DNV KPMG database?

09:51AM  13          MR. NOMELLINI:  I believe that's correct.  I'll double

09:51AM  14   check that, but I believe that there is a DNV KPMG database, and

09:52AM  15   the documents have no Bates numbers on them.

09:52AM  16          THE COURT:  That helps.

09:52AM  17          MR. UNDERHILL:  Your Honor, Mike Underhill.  Could I ask

09:52AM  18   a question of that as well?

09:52AM  19          THE COURT:  Certainly, Mr. Underhill.

09:52AM  20          MR. UNDERHILL:  Thank you, Judge.  I think that was Mark

09:52AM  21   that was speaking.  When you're talking about documents in the

09:52AM  22   KPMG database, I suspect those are the Phase Two BOP testing data

09:52AM  23   that was done with BP.  I'm not sure whether Phase One BOP

09:52AM  24   testing done by the DNV, all of the documents, exhibits, photos,

09:52AM  25   etcetera, have Bates stamp numbers, and if your intent is not to

09:52AM  1   Bates stamp KPMG and to the extent that DNV Phase One data is

09:52AM  2   likewise not Bates stamped, I would ask that the same process

09:52AM  3   apply because, lord, it's a big database, and for anybody to go

09:52AM  4   back now would be almost impossible, I think.

09:52AM  5          THE COURT:  Okay.  Mark, if you'll look at that.  I'm

09:53AM  6   surprised that KPMG didn't Bates as they went, but we can't

09:53AM  7   unring that bell.

09:53AM  8          MR. NOMELLINI:  We'll do that, Your Honor.

09:53AM  9          THE COURT:  Thank you, Mark.  I appreciate it.

09:53AM 10          MR. YORK:  Judge.

09:53AM 11          THE COURT:  Alan.  Alan first; Steve next.

09:53AM 12          MR. YORK:  Alan York for Halliburton.  I just wanted to

09:53AM 13   seek the Court's and perhaps the parties' guidance on an issue

09:53AM 14   that we've come up with on the deposition designations in

09:53AM 15   conjunction with the exhibits.

09:53AM 16          As the Court is well aware, there are exhibits that

09:53AM 17   were admitted several times as different versions.  Some may have

09:53AM 18   a page here or there.  What we're running into in a couple of

09:53AM 19   instances is a situation where an attorney questions a witness on

09:53AM 20   a document giving the Bates range, but that Bates range was not

09:53AM 21   actually admitted as an exhibit at the deposition; instead,

09:54AM 22   another form of that same document with a different Bates range

09:54AM 23   was admitted as the exhibit.

09:54AM 24          So to the extent that we have testimony from the

09:54AM 25   Bates range, I've been having conversations with Jordan this week

09:54AM 1   to try to figure out what we do on this, it would seem to me that

09:54AM 2   the easiest thing to be would be to use, as long as the

09:54AM 3   information that is included is being testified about is in the

09:54AM 4   admitted exhibit, to use the admitted exhibit and simply tell

09:54AM 5   Jordan where to key that up in the deposition transcript based

09:54AM 6   upon the reference to the other version of the exhibits by its

09:54AM 7   Bates numbers.  I apologize for making this more confusing, but I

09:54AM 8   just want to make sure everyone is on board with that idea before

09:54AM 9   we do it.

09:54AM 10          THE COURT:  So what you're proposing to do is use the

09:54AM 11  identified exhibit number and substitute it for the Bates range

09:55AM 12  version of the same document referred to in the deposition?

09:55AM 13          MR. YORK:  In all candor, it may not be exactly the same

09:55AM 14  because the Bates range number -- we ran into this situation this

09:55AM 15  week:  It had it, like, one extra page than the admitted exhibit,

09:55AM 16  but most everything we want for the deposition is on the admitted

09:55AM 17  exhibit.

09:55AM 18          Otherwise, the only other thing that we could come

09:55AM 19  up with was to add that exhibit to our exhibit list since it's

09:55AM 20  not a deposition exhibit, but then there would be no way to link

09:55AM 21  it back to the deposition because it hasn't been admitted as a

09:55AM 22  deposition.  So this seemed to be the most reasonable way to try

09:55AM 23  to deal with it efficiently.  I just wanted to get the Court's

09:55AM 24  guidance and see if anybody else had an objection.

09:55AM 25          THE COURT:  It sounds like it's most reasonable, but

09:55AM 1    let's see if anybody else wants to chime in on that.

09:55AM 2         MR. HERMAN:  Steve Herman for the plaintiffs.  On Alan's

09:55AM 3    issue -- and I was just talking to Jeff about this -- I thought

09:56AM 4    we were going to try to embark on a process to satisfy two

09:56AM 5    purposes, both authenticity objections and duplicity issues,

09:56AM 6    where we were going to try to find the, as best as we could, the

09:56AM 7    original, authentic, as-produced version of the document.  That

09:56AM 8    was going to be the exhibit that was submitted to Indata, and it

09:56AM 9    will be, if admitted, submitted to the Court.

09:56AM 10        THE COURT:  I think that's what Alan is saying.  Is that

09:56AM 11   correct?

09:56AM 12        MR. YORK:  Steve, if what you're saying is that we

09:56AM 13   should get the other one and replace it for the depo exhibit,

09:56AM 14   we're fine with that too.  I just want to keep the same number.

09:56AM 15        MR. HERMAN:  Oh, yeah, the same depo exhibits.  The

09:56AM 16   trial exhibit number will be the same.  What we hope to provide

09:56AM 17   to the Court and everybody else is a concordance so that everyone

09:56AM 18   can see formerly Depo Exhibit 512, now Trial Exhibit 512 also

09:57AM 19   happens to be, you know, with these Bates numbers is the same

09:57AM 20   document as all of these other exhibits that have been listed,

09:57AM 21   all of these other series of Bates numbers that, you know, just

09:57AM 22   happens to be a duplicate version of the document itself,

09:57AM 23   etcetera.

09:57AM 24        MR. YORK:  We're happy to coordinate with the PSC.  I'll

09:57AM 25   provide them with the document numbers specifically that we've

09:57AM 1    come across.

09:57AM 2            THE COURT:  Then they will tell what you the final, full

09:57AM 3    version of that document is.

09:57AM 4            MR. YORK:  It may have already been addressed.

09:57AM 5            MR. HERMAN:  I think this is an ongoing process.

09:57AM 6            MR. MILLER:  I suspect we all have duplicate lists that

09:57AM 7    we are putting together.  We are too.  If the issue is putting

09:57AM 8    together a list of duplicates in trial exhibit database, I think

09:57AM 9    Steve is right, it is an ongoing process, and I think we all have

09:57AM 10   input to put into it.  There is a lot of duplication.

09:57AM 11           THE COURT:  Which is not surprising.

09:57AM 12           MR. YORK:  The only reason it came up this time is,

09:57AM 13   again, it was during the actual deposition testimony that the

09:58AM 14   reference was not to the exhibit, it was to a Bates range that

09:58AM 15   was never admitted as an exhibit.  So that's the only thing we're

09:58AM 16   trying to do is figure out how you key that up to the deposition

09:58AM 17   transcript so that there is a hyperlink.

09:58AM 18           MR. HERMAN:  I think we're going to have a lot of those

09:58AM 19   issues because a lot of times the lawyers -- to the extent I can

09:58AM 20   complain about this, I guess, I will -- you know, lawyers are

09:58AM 21   taking expert depositions right now where they are still

09:58AM 22   referring to tab numbers --

09:58AM 23           THE COURT:  People, people, people.

09:58AM 24           MR. HERMAN:  -- instead of exhibit numbers, which we

09:58AM 25   can't really understand.

09:58AM 1       THE COURT:  To the extent that you can, if it's been

09:58AM 2  identified as an exhibit number on the preliminary exhibit list,

09:58AM 3  please try to use those during the expert depositions so that we

09:58AM 4  don't have to go through another whole process of trying to

09:58AM 5  substitute Bates numbers with exhibit numbers.  Please, please,

09:59AM 6  please.

09:59AM 7       MR. HERMAN:  It just depends on the way that the lawyer

09:59AM 8  took the deposition, but there is an overriding process that I

09:59AM 9  think everybody, if they are not now, they are going to be

09:59AM 10  collaborately engaged in of trying to assimilate trial exhibit

09:59AM 11  numbers, deposition exhibit numbers, Bates numbers, and tab

09:59AM 12  numbers, which is people would bring binders and say, "Okay,

09:59AM 13  everybody look at tab 52," which doesn't mean anything unless the

09:59AM 14  lawyer says, "Tab 52 is," so I hope that all of those things are

09:59AM 15  going to get worked out.

09:59AM 16       There is going to be a single hyperlink for the

09:59AM 17  Court, and there will be a concordance that will tell everyone

09:59AM 18  that the Bly report, which is Trial Exhibit 1, is also all of

09:59AM 19  these other 50,000 things.

09:59AM 20       THE COURT:  Right.  Exactly.  So if you're going to use

09:59AM 21  your tabs, guys, which is perfectly okay, would you please

09:59AM 22  identify it for the record as the exhibit list designated number

09:59AM 23  as well so it will be clear for the record the preliminary

10:00AM 24  exhibit list number that you are using when you show them a tab.

10:00AM 25  I have no problem with using the tab.  Everybody is used to that.

10:00AM  1        MR. MILLER:  I really think it's a cleanup issue,

10:00AM  2   Your Honor, but I also think it's going to be inevitable that

10:00AM  3   you're going to have one document bear multiple trial exhibit

10:00AM  4   numbers and probably reintroduced multiple times at trial the

10:00AM  5   same document bearing multiple numbers, so you're going to do

10:00AM  6   pretrial clean up, probably during trial clean up, and probably

10:00AM  7   posttrial clean up.  I just think it's probably inevitable.

10:00AM  8        THE COURT:  To the extent that we can minimize it, let's

10:00AM  9   try.

10:00AM 10        MR. MILLER:  Yes, I think that's pretrial cleanup.

10:00AM 11        THE COURT:  And during expert depositions, I think we

10:00AM 12   should pay particular attention to that.

10:00AM 13             Okay.  What else, Steve?

10:00AM 14        MR. HERMAN:  On Mark's letter, which I guess was Andy's

10:00AM 15   letter, I'm trying to find out whether we can reach this

10:01AM 16   December 15th deadline.  We have been talking about this

10:01AM 17   internally, you know, what to do with all these exhibits that,

10:01AM 18   for one reason or another, a party doesn't know what the exhibit

10:01AM 19   list is talking about because we don't have a copy of it for

10:01AM 20   whatever reason.

10:01AM 21             Maybe December 15th isn't realistic deadline for

10:01AM 22   this, but it just occurs to me, the one, I guess, quibbling point

10:01AM 23   that I would make, if we're going to exclude publicly available

10:01AM 24   documents, I think that's a problem.

10:01AM 25             At some point, if something is going to be either

10:01AM 1   shown as a demonstrative or a learned treatise or formally

10:01AM 2   admitted into evidence, there has got to be a copy of it.  It's

10:01AM 3   got to go to Worldwide, and ultimately it's got to be admitted.

10:01AM 4   Well, it's got to go to the Court, proffered, admitted, whatever

10:01AM 5   it is.

10:01AM 6        So at some point, if you've listed -- if we've

10:01AM 7   listed a publicly available document, the fact that it's publicly

10:01AM 8   available should not relieve us collectively, not just the PSC,

10:02AM 9   from the burden of taking that document, putting it into some

10:02AM 10  scannable form, whether it's PDF or .tif or whatever you're

10:02AM 11  using, and give it to Worldwide as the exhibit, and so I don't

10:02AM 12  think that publicly available documents should be excluded.

10:02AM 13       I don't want to get into a fight about what is or

10:02AM 14  isn't publicly available.  If you have some stuff on the

10:02AM 15  Internet, it may change.  You might have books that go into and

10:02AM 16  out of print.  Then what do we do?  Buy a used book and that

10:02AM 17  might be marked up?

10:02AM 18       I think if you've listed something, whether it's

10:02AM 19  publicly available or not, by some deadline you have to give some

10:02AM 20  version of that to Indata so all of the other parties can see it,

10:02AM 21  raise any objections to it, etcetera.

10:02AM 22       THE COURT:  Okay.  Mark.

10:02AM 23       MR. NOMELLINI:  Your Honor, I think Mr. Herman makes

10:02AM 24  some good points.  As long as the rules apply across the board,

10:02AM 25  we are fine with parties having to produce publicly available

10:02AM  1  documents.

10:02AM  2          There might be some exceptions we have to work out.

10:02AM  3  Some stuff have copyright issues.  There are books, there are

10:03AM  4  other things that have copyright issues.  Do we want to be

10:03AM  5  copying whole books and producing them?

10:03AM  6          So I think maybe I can get together with somebody

10:03AM  7  from the PSC, and we can work out something on the publicly

10:03AM  8  available documents.

10:03AM  9      THE COURT:  That would be helpful.  The answer to do we

10:03AM 10  want to copy the entire book is clearly no.  So for what that's

10:03AM 11  worth.  Is that good guidance, Steve?

10:03AM 12      MR. HERMAN:  I think that's good guidance.  I just

10:03AM 13  wanted to report I got an e-mail back that, from our point of

10:03AM 14  view, mostly because of our expert reliance exhibits,

10:03AM 15  December 22nd is a more realistic goal than December 15th.

10:03AM 16      THE COURT:  Fine.  No problem.

10:03AM 17      MR. HERMAN:  At least for us.

10:03AM 18      MR. YORK:  Alan York for Halliburton.  We do share some

10:03AM 19  of the same concerns with BP about copyrights and things like

10:03AM 20  that.  We would like, if possible, be kept apprised of all those

10:03AM 21  conversation.

10:03AM 22      MR. NOMELLINI:  We will.

10:03AM 23      MR. YORK:  Thank you.

10:03AM 24      THE COURT:  Anything else on those kinds of issues?

10:04AM 25          Motions *in Limine*.  We've got one, two, three,

10:04AM 1     four, five, six under advisement -- seven under advisement.

10:04AM 2     Relative to the motions to exclude nongovernmental reports, those

10:04AM 3     motions were brought by Cameron and Transocean.  BP has reported

10:04AM 4     that it will not be filing such a motion but those are under

10:04AM 5     submission.

10:04AM 6              THE CLERK:  No, they haven't been fully briefed yet.

10:04AM 7              MR. HERMAN:  I think there is also a letter brief by

10:04AM 8     Halliburton.

10:04AM 9              THE COURT:  All right.  Sorry.

10:04AM 10             MR. HERMAN:  Then we were going to respond to all of

10:04AM 11    those together in one brief.  I think ours are due Monday.

10:04AM 12             THE COURT:  Yes, responses are due on December 12th.

10:04AM 13    Reply is on December 19th.  Then they'll go over to

10:05AM 14    Judge Barbier.

10:05AM 15             Then the last group, inappropriate evidence arising

10:05AM 16    from deposition designations or anticipated testimony, number 11.

10:05AM 17    Number 12 includes clawback evidence.  Number 13, other

10:05AM 18    appropriate motions.  Those are going to be set for January 9th,

10:05AM 19    responses January 16th, replies January 23rd.

10:05AM 20             Then any other *in limine* or pretrial motions, the

10:05AM 21    23rd of January is the deadline, but obviously, guys, if you all

10:05AM 22    know of a motion you want to bring, sooner is better than later.

10:05AM 23             By January 23rd, Judge Barbier is going to be up to

10:05AM 24    his ears in alligators and motions and pretrial submissions, so

10:06AM 25    if you all know of other motions that we have not discussed, you

10:06AM 1   have the right to file them on January 23rd, but you may not have

10:06AM 2   a resolution of them prior to the commencement of trial.  So just

10:06AM 3   a word to the wise.

10:06AM 4              Yes, Alan.

10:06AM 5       MR. YORK:  Alan York for Halliburton.  In terms of

10:06AM 6   pretrial dates -- and I don't know whether this is something that

10:06AM 7   no one else cares about; if not, we'll live with the dates, but I

10:06AM 8   think the current date for filing *Daubert* motions is January 9th.

10:06AM 9   I believe that's --

10:06AM 10             THE CLERK:  That's correct.

10:06AM 11             THE COURT:  That is correct.

10:06AM 12        MR. YORK:  I think that the way that the rebuttal

10:06AM 13  experts are now scheduled, there are going to be still expert

10:06AM 14  depositions going on.  I raise it only to see, since

10:07AM 15  Judge Barbier has said he's not going to rule on those motions

10:07AM 16  until he hears the expert testimony at trial, if it might make

10:07AM 17  sense to give a period of time after the expert depositions are

10:07AM 18  finished so that we make sure that we capture everything that

10:07AM 19  needs to be captured in the *Daubert* motions.  Just a thought

10:07AM 20  looking at the schedule.

10:07AM 21        THE COURT:  Good.  Okay.  We'll put that down.  Why

10:07AM 22  don't you all think about that the next week.

10:07AM 23             I'm looking at my iPad and I see that I need to

10:07AM 24  enter a password for cmaze@ago.

10:07AM 25        MR. MAZE:  Would you like the password?

| | | |
|---|---|---|
| 10:07AM | 1 | THE COURT:  He's carrying his own wi fi with him today. |
| 10:07AM | 2 | MR. MAZE:  The state has upgraded, Judge.  I got a 4S |
| 10:07AM | 3 | this time.  I know, I'm shocked too.  I still have the iPad 1. |
| 10:07AM | 4 | But we have gone upscale on our new phones, so... |
| 10:07AM | 5 | THE COURT:  I like a go.  It's like a go-go. |
| 10:08AM | 6 | MR. MAZE:  It's supposed to be AGO, which is |
| 10:08AM | 7 | Attorney General office, but I like a go better. |
| 10:08AM | 8 | THE COURT:  I'm very impressed that you're carrying your |
| 10:08AM | 9 | own wi-fi with you. |
| 10:08AM | 10 | MR. MAZE:  Mr. Breit is already stealing the Internet |
| 10:08AM | 11 | from me. |
| 10:08AM | 12 | THE COURT:  Why don't you e-mail me the password so it |
| 10:08AM | 13 | won't be on the record. |
| 10:08AM | 14 | MR. MAZE:  I will do that. |
| 10:08AM | 15 | THE COURT:  Okay.  BP has until today to file a response |
| 10:08AM | 16 | to the PSC's Motion *In Limine* to exclude BP testimony and |
| 10:08AM | 17 | argument regarding BOP regulatory compliance.  So we just need to |
| 10:08AM | 18 | give the PSC a date to reply.  We'll send it up. |
| 10:08AM | 19 | What would you like, Mr. Herman?  Mr. Herman, have |
| 10:09AM | 20 | you got a date in mind if you get their response today? |
| 10:09AM | 21 | MR. HERMAN:  A week. |
| 10:09AM | 22 | MR. LANGAN:  Fine. |
| 10:09AM | 23 | THE COURT:  Fine. |
| 10:09AM | 24 | Okay.  On Phase One experts, we've gotten out the |
| 10:09AM | 25 | schedule for week six.  We've gotten out a further proposed |

10:09AM 1    schedule for rebuttal experts.  Comments are due by noon on

10:09AM 2    Monday, and after we get those comments, we'll finalize it and

10:09AM 3    get out the allocation of time.

10:09AM 4            Good morning.  Good morning.

10:09AM 5            MR. BALDWIN:  Good morning, Your Honor.  Will Baldwin

10:09AM 6    for Weatherford.  A quick request from week six regarding the

10:09AM 7    Weatherford experts.  If you look at the schedule, David Calvert

10:09AM 8    is the 19th and the 20th, and Brent Lirette, L-I-R-E-T-T-E, is

10:10AM 9    the 22nd and 23rd.

10:10AM 10           The way they are scheduled is the first day they

10:10AM 11   are half days, and the second day is a full day.  My

10:10AM 12   understanding is that they are scheduled that way so you can go

10:10AM 13   on a rolling basis, and so I think it was requested by other

10:10AM 14   parties so they can have one team on continuing experts.

10:10AM 15           My only request is based on depositions that have

10:10AM 16   taken place to today, several have ended in one day, and so I

10:10AM 17   want, A, request the Court's permission if that happens, that the

10:10AM 18   next expert can go beyond that half day, if it's -- so that there

10:10AM 19   is no expert before him, if that makes sense.

10:10AM 20           THE COURT:  I'm not sure I'm following you.  Give me an

10:10AM 21   example.  Give me a witness.

10:10AM 22           MR. BALDWIN:  David Calvert is scheduled for the 19th

10:10AM 23   and 20th.

10:10AM 24           THE COURT:  And he's scheduled for a half day on the

10:10AM 25   19th?

10:10AM 1          MR. BALDWIN:  On the 19th.  And, I guess, to follow

10:11AM 2    Gregory McCormack ^ .  If McCormack ^  finishes that Friday

10:11AM 3    before, and so there is no need for him to come back on the 19th,

10:11AM 4    can we have the Court's permission to have Calvert ^  start at

10:11AM 5    8:30 on the 19th --

10:11AM 6          THE COURT:  And go for a full day?

10:11AM 7          MR. BALDWIN:  And knock it out.

10:11AM 8          THE COURT:  Does anybody object to that?

10:11AM 9          MR. HERMAN:  No.

10:11AM 10         THE COURT:  No problem.  Alan?

10:11AM 11         MR. YORK:  I don't think we have an objection,

10:11AM 12   Your Honor, but we just need to check with -- I'm not sure how

10:11AM 13   our expert teams are deployed on that stuff, so we need to check

10:11AM 14   and make sure.

10:11AM 15          Is it possible that you could send an e-mail to

10:11AM 16   counsel with a proposal and then --

10:11AM 17         MR. BALDWIN:  Will do.  The other request is if

10:11AM 18   Brent Lirette could start on the 22nd at 8:30.

10:11AM 19         THE COURT:  He's scheduled now for when?

10:11AM 20         MR. BALDWIN:  He's a half day on the 22nd and a full day

10:11AM 21   on the 23rd.

10:11AM 22         THE COURT:  So you would rather do a full day.

10:11AM 23         MR. BALDWIN:  If possible.  I understand that I think

10:11AM 24   there may be some request from other parties to have their team

10:12AM 25   in place and rolling.

10:12AM 1      THE COURT:  Why don't you put that in your circulation

10:12AM 2  to all counsel and to us, to Mike O'Keefe and me, and we'll see

10:12AM 3  if there is any problem.  It doesn't sound like there is going to

10:12AM 4  be but let's make sure.

10:12AM 5      MR. BALDWIN:  Thank you.

10:12AM 6      THE COURT:  You're welcome.

10:12AM 7          Good morning.

10:12AM 8      MR. LUXTON:  Good morning, Your Honor.  Steve Luxton for

10:12AM 9  M-I.  While we're talking about scheduling or rescheduling

10:12AM 10 experts, I wonder if I could re-raise an issue that Ms. Scofield

10:12AM 11 raised for M-I the other day regarding a potential rescheduling

10:12AM 12 of our in-house expert, Mr. Friedheim.

10:12AM 13     THE COURT:  F-R-I-E-D-H-E-I-M.

10:12AM 14     MR. LUXTON:  He's currently scheduled for the 20th and

10:12AM 15 21st of December; however, we just were informed by the client

10:12AM 16 that one of M-I's clients on short notice asked that

10:12AM 17 Mr. Friedheim go to Europe to help with a problem over there.  He

10:12AM 18 has been deployed to Europe, and we would ask that based on that,

10:12AM 19 that he possibly be rescheduled to January 5th or 6th, or, in the

10:12AM 20 alternative, depending on scheduling or the whatever the Court

10:12AM 21 wants to do, to January 11th to the 13th.

10:13AM 22     THE COURT:  Okay.  We saw that, and I would like for

10:13AM 23 everyone to please look at their calendars and see what they can

10:13AM 24 do to accommodate the request for Mr. Friedheim, see if you can

10:13AM 25 reach a consensus on when he would be, whether it's January 5, 6

10:13AM 1    or January 11, 12, or 13, are the windows that he would be

10:13AM 2    available.

10:13AM 3              MR. YORK:  5 and 6, 11, 12, and 13?

10:13AM 4              THE COURT:  No, 5 and 6 or 11, 12 or 13.

10:13AM 5              MR. LUXTON:  5 and 6 or 11, 12 or 13.

10:13AM 6              THE COURT:  Right.

10:13AM 7              MR. LUXTON:  Who would you like us to liaison with?

10:13AM 8              THE COURT:  Who wants to take the lead in coordinating

10:13AM 9    that issue?

10:13AM 10             MR. YORK:  Probably the easiest thing to do would be to

10:13AM 11   send an e-mail to the group and let everybody respond, I would

10:13AM 12   think.

10:13AM 13             THE COURT:  I don't anticipate a problem.  Let's just

10:14AM 14   see which of those dates works best for the group.

10:14AM 15             MR. LUXTON:  Would it be all right if we sent out an

10:14AM 16   e-mail today because it is a bit time sensitive with him being in

10:14AM 17   Europe and the deposition being in a week and a half.

10:14AM 18             THE COURT:  I think that's fine.  I think we're agreeing

10:14AM 19   that we're going to defer it, and the issue is when are we going

10:14AM 20   to reschedule it?

10:14AM 21             MR. LUXTON:  Okay.  Well, we will send out an e-mail to

10:14AM 22   the group then and see if there is a consensus.

10:14AM 23             THE COURT:  Include Mike and me on it.

10:14AM 24             MR. LUXTON:  Of course.

10:14AM 25             THE COURT:  No, I think we are in agreement that we will

10:14AM 1   reschedule.  It's just when we will reschedule.  Okay?

10:14AM 2              MR. LUXTON:  Thank you very much, Your Honor.

10:14AM 3              THE COURT:  You're very welcome.

10:14AM 4              MR. YORK:  Just as a procedural matter, if everyone,

10:14AM 5   when you're sending these e-mails out, if you'll make sure to use

10:14AM 6   the DSC 2179 e-mail as opposed to the liaison counsel e-mail,

10:14AM 7   that's actually the broader one that gets to all counsel.  So

10:14AM 8   just a note.

10:14AM 9              THE COURT:  Do we use that e-mail?

10:14AM 10             MR. HAYCRAFT:  You have been lately.

10:14AM 11             THE COURT:  I have been?

10:14AM 12             THE CLERK:  I'll make sure.

10:15AM 13             THE COURT:  Okay.  The deposition of CSI and

10:15AM 14  Mr. Sabins -- Mr. Jennings.  Hold on.  Let me just finish what

10:15AM 15  I'm doing.

10:15AM 16             The deposition of Mr. Sabins and CSI will be

10:15AM 17  suspended pending resolution of the appeal on the order that was

10:15AM 18  issued yesterday.

10:15AM 19             Now let me back up because Mike tells me that I

10:15AM 20  skipped over the withdrawal of the designation of Hamlin Jennings

10:15AM 21  by Halliburton.  We've received no opposition, and he will be

10:15AM 22  withdrawn as an expert, so that's taken care of.

10:15AM 23             Now, let's see.  Andy, have you got anything to

10:15AM 24  update on the PSC's request for the live testimony of

10:15AM 25  Mr. Ellis Armstrong?

10:15AM 1          MR. LANGAN:  We need a little more time.  And so we'll

10:16AM 2   get back to Mr. Herman or whomever shortly on that.  If we could

10:16AM 3   just have a little more time, that would be great.  The issue

10:16AM 4   about whether he's, in fact, an officer is unresolved, and also

10:16AM 5   whether we want to make an issue of it, even if he's not, is

10:16AM 6   unresolved.  If he's an officer, we understand the rules apply.

10:16AM 7          THE COURT:  Okay.  Fine.  We'll carry it over.

10:16AM 8          MR. LANGAN:  Thank you.

10:16AM 9          THE COURT:  Let's see.  We were supposed to get a report

10:16AM 10  on the status of Phase One stipulations.  How are we coming?

10:16AM 11         MR. LANGAN:  Your Honor, going back in time now, we

10:16AM 12  circulated to, I think, everybody on November 18th, a set of

10:16AM 13  stipulations as they existed at that time and BP's position on

10:16AM 14  those.  Since that time, Weatherford has given us a set of

10:16AM 15  proposed fact stipulations, and I think BP is doing the same

10:16AM 16  scrubbing, at least from our purposes, and I think we need to

10:16AM 17  maybe get our response to that out.

10:16AM 18              But beyond that, I'm not sure we've gotten any

10:16AM 19  comments yet.  I think Kerry has mentioned that they will have

10:17AM 20  some at some point.  I don't know that we've gotten those; so,

10:17AM 21  you know, understandably everybody is busy with other stuff, but

10:17AM 22  we have -- we have -- that's an understatement.  I see Mike

10:17AM 23  laughing.  So we've kind of done our part --

10:17AM 24         THE COURT:  Yes, you have.

10:17AM 25         MR. LANGAN:  -- but we understand that everybody is

10:17AM  1    busy, and it hasn't been everyone's top priority, I guess.

10:17AM  2            THE COURT:  Well, Phase One is coming, guys, so I know

10:17AM  3    everybody is busy.  That's an understatement, as you said, but

10:17AM  4    let's try to get Andy's comments on those Phase One draft

10:17AM  5    stipulations.

10:17AM  6            Alan.

10:17AM  7            MR. YORK:  I was just going to update the Court also on

10:17AM  8    our status.  We are going to be getting those comments, but we

10:17AM  9    also are in the process of putting together a proposed list of

10:17AM  10   affirmative stipulations from our side so that we can get those

10:17AM  11   circulated as well, and we are trying to push that through all of

10:17AM  12   the channels.

10:17AM  13           THE COURT:  That would be helpful as well.  Anybody else

10:18AM  14   that either have comments or wants to propose your own

10:18AM  15   stipulations, let's roll on that.

10:18AM  16           Okay.  Demonstrative exhibits.  I would like to

10:18AM  17   propose that the deadline for exchange of the demonstrative

10:18AM  18   exhibits be February 1st.

10:18AM  19           MR. LANGAN:  One?

10:18AM  20           THE COURT:  One.

10:18AM  21           MR. LANGAN:  Thank you, Your Honor.

10:18AM  22           MR. HERMAN:  I think you issued an order.

10:18AM  23           THE COURT:  Approximately three weeks before.  Now, it's

10:18AM  24   February 1st.

10:18AM  25           MR. HERMAN:  Thank you.

10:18AM 1          MR. LANGAN:  That's approximately four weeks.

10:18AM 2          THE COURT:  Whatever.  It's approximately four, slightly

10:18AM 3    less than four.

10:18AM 4          MR. HAYCRAFT:  It's 35 percent less than four.

10:18AM 5          THE COURT:  In any event, I am proposing February 1st,

10:18AM 6    which gives you all a sufficient time to exchange, look at,

10:19AM 7    object to -- I won't add other adjectives.

10:19AM 8               Okay.  We had the issue of service of notices on

10:19AM 9    third parties for Phase Two depositions.  Is there anything we

10:19AM 10   need to discuss on that today?  Brian?

10:19AM 11         MR. BARR:  Your Honor, Brian Barr for the PSC.  I think

10:19AM 12   we have this worked out.  The BP has agreed to attempt to gain

10:19AM 13   the cooperation of Add-Energy and BP Institute to get those

10:19AM 14   notices.  They are obviously reserving their rights on that, but

10:19AM 15   they are going to go forward on that.

10:19AM 16              And the drafters of each of the third party notices

10:20AM 17   are going to use Rule 45 subpoenas and get those out, and that

10:20AM 18   process has already started.

10:20AM 19         THE COURT:  Lovely.  Best report so far today.

10:20AM 20         MR. GASAWAY:  Your Honor, this is Rob Gasaway.  May I

10:20AM 21   add just one footnote to that?

10:20AM 22         THE COURT:  Sure.

10:20AM 23         MR. GASAWAY:  I just wanted to say that pursuant to that

10:20AM 24   discussion between Ken Duffy and Brian, we recently served -- and

10:20AM 25   I think everybody has notice of it -- but we did recently serve

10:20AM  1    the Woods Hole Oceanographic Institute with a Rule 45 subpoena;

10:20AM  2    so, everybody should be aware of that.

10:20AM  3             THE COURT:  Okay.  Is everybody aware of that?

10:20AM  4             Okay.  The issue of more motions for summary

10:20AM  5    judgment was called to our attention recently.  I don't know what

10:21AM  6    brought it up.  Well, I won't ask the question, but I assume some

10:21AM  7    of you all anticipate bringing more motions for summary judgment.

10:21AM  8    That's what brought the issue up.

10:21AM  9             I guess if you've got motions for summary judgment

10:21AM 10    that you're working on, is it doable for you all to get those

10:21AM 11    motions filed by December 23rd?  Is that something that you all

10:21AM 12    can focus on and do?  I see people conferring.

10:21AM 13             The fact discovery is over, blah, blah, blah, and

10:21AM 14    if we've got some more dispositive motions, it seems to me sooner

10:21AM 15    is better than later; yet, again, for Judge Barbier's purposes,

10:22AM 16    I'm trying to get these done prior to calling the case.  So if

10:22AM 17    that is a problem, would you let us know; otherwise, let's just

10:22AM 18    say December 23rd.

10:22AM 19             We have raised the issue with Judge Barbier about a

10:22AM 20    formal pretrial order.  I don't think that he is going to require

10:22AM 21    a formal order.  We are doing a lot of what would otherwise be

10:22AM 22    done when you prepare a final order.  What is left is what we're

10:22AM 23    looking at now.

10:22AM 24             So we will try to finalize a list of what we think,

10:22AM 25    in addition to what you're doing, will need to be submitted to

10:22AM 1  him, but I think it's going to be not a lot and that's a good

10:22AM 2  thing; so, I don't think we'll have a formal pretrial order.  Is

10:23AM 3  everybody in favor of that?  All opposed?

10:23AM 4          All right.  I think that's all I've got on the

10:23AM 5  agenda.  I've got a couple of things on trial planning that we

10:23AM 6  can cover off the record.

10:23AM 7          Don't forget that we've got the Swizzle Stick next

10:23AM 8  Thursday, and Cameron is our gracious host, so mark your

10:23AM 9  calendars for 4:00 to 4:15 p.m. on the 15th.

10:23AM 10         Does anybody else have anything else they want to

10:23AM 11 discuss before we go off the record and discuss trial planning?

10:23AM 12         MR. GASAWAY:  Your Honor, this is Rob Gasaway again.  We

10:23AM 13 don't have to do it now, but I just wanted to say that on the

10:23AM 14 issue of the 30(b)(6) topic, the Woods Hole and the breadth, I

10:24AM 15 did see Mr. Barr's letter that came in late last night, so we

10:24AM 16 would be prepared to discuss that now if it would be helpful for

10:24AM 17 you and Mr. Barr, or we can do it later, whichever ways you want.

10:24AM 18         THE COURT:  No problem.  Bryan, do you want to discuss

10:24AM 19 it now?

10:24AM 20         Alan came up first, so let's see what's on Alan's

10:24AM 21 mind.

10:24AM 22         MR. YORK:  We can do this off record if we wanted to.

10:24AM 23 We just wanted to talk about the briefing schedule for a couple

10:24AM 24 of motions that were filed this week by BP in terms of responses

10:24AM 25 from Halliburton.

10:24AM 1          THE COURT:  Did I skip that?

10:24AM 2          THE CLERK:  Yes, you did.

10:24AM 3          THE COURT:  Oops, I meant to cover that.  Let me back

10:24AM 4  up.  Oh, it's Number 20.  I was so excited, I skipped it.

10:24AM 5          MR. YORK:  Having checked our troops deployed, and

10:25AM 6  that's the third *deployed* reference in the status conference

10:25AM 7  today.  We would like to ask Your Honor that we be allowed to

10:25AM 8  file a response to the Motion to Compel no later than next Friday

10:25AM 9  and the response to the sanctions motions by the following

10:25AM 10  Monday.

10:25AM 11          THE COURT:  And those dates are?

10:25AM 12          MR. YORK:  Today is the 9th, so that would be the 16th

10:25AM 13  and the 19th.

10:25AM 14          THE COURT:  That will be fine.

10:25AM 15          MR. YORK:  Thank you, Judge.

10:25AM 16          MR. LANGAN:  Should we talk about a reply.

10:25AM 17          THE COURT:  Sure.  What's your pleasure?

10:25AM 18          MR. YORK:  So we just figured we would be so persuasive

10:25AM 19  there would be no need for a reply.

10:25AM 20          MR. LANGAN:  So on the Motion to Compel --

10:25AM 21          THE COURT:  Yes, they are filing on the 16th.

10:25AM 22          MR. LANGAN:  23rd?

10:25AM 23          THE COURT:  23rd.

10:25AM 24          MR. LANGAN:  And on the spoliation, the 19th.  Why don't

10:25AM 25  we say the 28th.

10:25AM 1          THE COURT:  Mike and I are really looking forward to

10:25AM 2   Christmas and New Year's.

10:25AM 3          MR. LANGAN:  What's Your Honor's suggestion?

10:25AM 4          THE COURT:  I have none.

10:25AM 5          MR. LANGAN:  I noticed -- I picked between Christmas and

10:26AM 6   New Year's because I know Judge Barbier is having some briefs

10:26AM 7   filed in that period.

10:26AM 8          THE COURT:  I have none.

10:26AM 9          THE CLERK:  December 28th is fine.

10:26AM 10         MR. LANGAN:  Thank you.  It seems reasonable in terms

10:26AM 11  of --

10:26AM 12         MR. YORK:  That's fine with us.

10:26AM 13         THE COURT:  Yes, in terms of your schedule that's fine.

10:26AM 14         MR. LANGAN:  Your Honor, we're open to other schedules,

10:26AM 15  really.

10:26AM 16         THE COURT:  All right.  Mr. Barr.

10:26AM 17         MR. BARR:  Yes, Your Honor.  This relates to the

10:26AM 18  Woods Hole 30(b)(6), and Rob sent over a letter on it and I've

10:26AM 19  responded.  We don't have an objection to some of the issues.  I

10:26AM 20  believe this is Topic 12 in the proposed notice.  We just think

10:26AM 21  it goes a little too far.

10:26AM 22             It's the way the language is worded.  We've offered

10:26AM 23  an alternative that limits the request to the work conducted by

10:26AM 24  Woods Hole.  We got -- we get concerned when we see things like

10:27AM 25  in Rob's letter where it talks about BP has a legitimate interest

10:27AM 1   in understanding the government's practices.  That may or may not

10:27AM 2   be true, but I don't know that Woods Hole is the right person to

10:27AM 3   come in and testify on a 30(b)(6) as far as government practices

10:27AM 4   and government expectations of the acoustic flow model.

10:27AM 5        THE COURT:  Let me ask you this:  I want to back up a

10:27AM 6   little bit.  Neither of you tell me what the involvement of the

10:27AM 7   company is -- not the company, the lab.  So let's back up a

10:27AM 8   little bit and give me a little history of who we're talking

10:27AM 9   about.

10:27AM 10       MR. BARR:  It's my understanding, and Rob probably knows

10:27AM 11  this better than I do, but it's my understanding that Woods Hole

10:27AM 12  was contracted -- I honestly don't know if it was by the

10:27AM 13  government or somebody else.  I assume it was requested by the

10:27AM 14  government to conduct some acoustic testing to figure outflow

10:28AM 15  rate, and they have since published an article on it that has

10:28AM 16  some flow rate model numbers on it.  That, in a nutshell, is my

10:28AM 17  understanding of the work that they did.

10:28AM 18       MS. HIMMELHOCH:  Your Honor, that is correct.  They were

10:28AM 19  contracted by the U. S. government.

10:28AM 20       THE COURT:  Thank you, Sarah.

10:28AM 21       MR. BARR:  The request, at least the topic, as worded,

10:28AM 22  would require Woods Hole to come in and testify as to any other

10:28AM 23  measurement techniques that were used at Macondo, even if they've

10:28AM 24  read a study, and we just don't think that's appropriate.

10:28AM 25            We think it should be limited to the work

10:28AM 1   Woods Hole did in the requested proposal that Woods Hole put

10:28AM 2   together, and they shouldn't be required to come up with somebody

10:28AM 3   that can talk about government practices and government

10:28AM 4   expectations pertaining to their work or anybody else's.

10:28AM 5          THE COURT:  Okay.  Rob, let me ask you this:  Do you

10:28AM 6   know that they have done more extensive work for the government

10:29AM 7   than just this retention that we have for this incident?

10:29AM 8          MR. GASAWAY:  I don't know, Your Honor, but the critical

10:29AM 9   point is as to the extent that they have done work for the

10:29AM 10  government for other incidents, that's not relevant here.  So I

10:29AM 11  think that the worry that Mr. Barr has, Your Honor, is really --

10:29AM 12  shouldn't be a worry at all.  Remember that this is a corporate

10:29AM 13  representative 30(b)(6) deposition we're talking about here.

10:29AM 14          So both in BP's proposed wording and in the PSC's

10:29AM 15  proposed wording it says, "your knowledge," so your knowledge and

10:29AM 16  understanding.  That doesn't mean knowledge elsewhere in the

10:29AM 17  government.  It just means Woods Hole's knowledge and

10:29AM 18  understanding of any RFPs that pertain to, one, using acoustic

10:29AM 19  technology; two, to measure flow rate; three, for the MC252 well,

10:30AM 20  so those three limitations are there.

10:30AM 21          It has to be acoustic technology, flow rate,

10:30AM 22  Macondo well.  So we think it's inappropriate, let's say, to the

10:30AM 23  extent that they framed an RFP in competition with other

10:30AM 24  potential providers of this service to be different.

10:30AM 25          Let's say that there was a competitive bidding

10:30AM 1   process, and I know it had to be compressed, but to the extent

10:30AM 2   that Bidder A and Bidder B wanted to attack the flow rate problem

10:30AM 3   in Bidder A's way and Bidder B's way, but they won the contract

10:30AM 4   as Bidder C by saying, no, we don't want to do that, we want to

10:30AM 5   attack the Macondo problem using this, we think it's clearly

10:30AM 6   relevant and not at all burdensome to say, okay, show me what you

10:30AM 7   know about Bidder A and Bidder B as opposed to Bidder C.

10:31AM 8           What Mr. Barr is suggesting is that we should just

10:31AM 9   get, in essence, the winning bid.  We should just get what they

10:31AM 10  themselves did, and we think that this context is very important

10:31AM 11  and, again, not at all burdensome given those three limitations

10:31AM 12  that I mentioned.  This is the only acoustics, only Woods Hole,

10:31AM 13  only MC252, and only flow rate.

10:31AM 14          THE COURT:  What if this was a closed bid process and

10:31AM 15  they don't know about anyone else's bid?

10:31AM 16          MR. GASAWAY:  Well, then they wouldn't know anything

10:31AM 17  else, and this distinction between the framing that BP is

10:31AM 18  proposing and the framing the PSC is proposing is hypothetical

10:31AM 19  and not relevant in the real world, so it only becomes relevant

10:31AM 20  if there is important information, and if it is relevant, it's

10:31AM 21  precisely because there is important information.

10:31AM 22          THE COURT:  Sarah, let me ask you this question:  Do you

10:31AM 23  take a position on this?

10:32AM 24          MS. HIMMELHOCH:  Your Honor, we agree with the Plaintiff

10:32AM 25  Steering Committee that what's appropriate to ask Woods Hole in a

10:32AM 1  30(b)(6) deposition in this phase is what did you do, see, hear,

10:32AM 2  smell, feel, and touch with respect to the estimates of flow rate

10:32AM 3  at the MC252 well?

10:32AM 4        To the extent that they are seeking to get

10:32AM 5  Woods Hole to opine on other companies' views or other published

10:32AM 6  estimates of flow rate, that's a request for expert testimony,

10:32AM 7  and that is not appropriate in this phase.

10:32AM 8        But to the extent that they want to know what was

10:32AM 9  Woods Hole charged to do, what did Woods Hole do, what did they

10:32AM 10 find, what did they report, what did they see, that's

10:32AM 11 appropriate, but beyond that, its either inappropriately seeking

10:32AM 12 free expert testimony or it's ranging beyond the question of what

10:32AM 13 was the estimated flow rate out of this well at the wellhead,

10:33AM 14 which is the question that's relevant to Phase Two.

10:33AM 15      THE COURT:  Would it be appropriate for BP to request

10:33AM 16 those bids from the U. S.?

10:33AM 17      MS. HIMMELHOCH:  I must confess my ignorance.  I do not

10:33AM 18 know precisely the contractual mechanism that was used in this

10:33AM 19 circumstance, but -- and I am not an expert in procurement law,

10:33AM 20 so I would ask Your Honor to defer that question until I can find

10:33AM 21 out both the contracting mechanism used and the regulations that

10:33AM 22 govern what we say about losing bids if a competitive bidding

10:33AM 23 process was engaged.

10:33AM 24      THE COURT:  I understand at least the issue.  Thank you.

10:33AM 25      Brian.  Was there a second one that you all wanted

10:33AM 1  to discuss?

10:33AM 2          MR. BARR:  The only other one, and nobody else has

10:33AM 3  responded on it but I know that they have comments, is the

10:33AM 4  look-back date for that one topic that I referenced in my letter

10:33AM 5  and it set out.  We can address it now if people are prepared to

10:34AM 6  talk about it or we can wait and kick it for another week.

10:34AM 7          THE COURT:  I looked at that this morning.  Why don't we

10:34AM 8  kick that one for another week.

10:34AM 9          Anything else that we want to do on the record?  Do

10:34AM 10 you want to take a quick break?

11         (WHEREUPON, the proceedings were concluded at

12  10:34 a.m.)

13                      *   *   *

14

15                REPORTER'S CERTIFICATE

16     I, Cathy Pepper, Certified Realtime Reporter, Registered
   Merit Reporter, Registered Professional Reporter, Certified Court
17  Reporter, Official Court Reporter for the United States District
   Court, Eastern District of Louisiana, do hereby certify that the
   foregoing is a true and correct transcript, to the best of my
18  ability and understanding, from the record of the proceedings in
   the above-entitled and numbered matter.

19

24                      Cathy Pepper, CCR, RMR, CRR
                        Official Court Reporter
25                      United States District Court
                        Cathy_Pepper@laed.uscourts.gov

1

## 1

**1** [3] - 23:5, 28:18, 34:3
**10-MD-2179** [1] - 1:6
**1000** [2] - 2:8, 6:5
**10036** [1] - 5:18
**10174** [1] - 6:14
**10:34** [1] - 51:12
**11** [8] - 7:5, 7:7, 7:9, 32:16, 38:1, 38:3, 38:4, 38:5
**1100** [2] - 4:10, 5:14
**11th** [1] - 37:21
**12** [7] - 7:10, 32:17, 38:1, 38:3, 38:4, 38:5, 46:20
**1201** [1] - 4:19
**12th** [1] - 32:12
**13** [5] - 32:17, 38:1, 38:3, 38:4, 38:5
**1300** [1] - 5:6
**1331** [1] - 4:22
**13th** [1] - 37:21
**14th** [3] - 16:25, 17:5, 17:6
**15** [1] - 7:11
**1540** [1] - 5:17
**15TH** [2] - 8:9, 9:13
**15th** [9] - 12:24, 17:1, 17:7, 23:7, 23:8, 29:16, 29:21, 31:15, 44:9
**16** [3] - 7:12, 7:13, 14:21
**1615** [1] - 5:6
**1665** [1] - 4:22
**16th** [3] - 32:19, 45:12, 45:21
**1700** [1] - 4:19
**18** [2] - 7:15, 7:16
**18th** [1] - 40:12
**19** [3] - 7:18, 7:21, 7:22
**19th** [9] - 32:13, 35:8, 35:22, 35:25, 36:1, 36:3, 36:5, 45:13, 45:24
**1st** [4] - 15:1, 41:18, 41:24, 42:5

## 2

**2** [1] - 23:7
**20** [2] - 1:5, 45:4
**20005** [1] - 4:4
**20006** [1] - 5:10
**20044** [1] - 2:23

**2007** [1] - 5:12
**201** [1] - 5:22
**2010** [1] - 1:5
**2011** [2] - 1:7, 10:2
**2020** [1] - 5:9
**20th** [5] - 12:21, 12:25, 35:8, 35:23, 37:14
**2179** [1] - 39:6
**2185** [3] - 6:16, 7:8, 11:18
**21st** [1] - 37:15
**22** [4] - 7:23, 7:24, 7:25, 8:5
**22nd** [4] - 31:15, 35:9, 36:18, 36:20
**23510** [1] - 2:9
**23rd** [3] - 14:2, 17:10, 17:16, 32:19, 32:21, 32:23, 33:1, 35:9, 36:21, 43:11, 43:18, 45:22, 45:23
**2615** [1] - 2:12
**27th** [2] - 17:24, 17:25
**28th** [2] - 45:25, 46:9
**29** [2] - 8:7, 8:10
**2929** [1] - 6:9
**2990** [1] - 1:25

## 3

**30(b)(6** [7] - 14:8, 15:2, 44:14, 46:18, 47:3, 48:13, 50:1
**30(B)(6...................... ................** [1] - 9:17
**300** [1] - 3:23
**30001** [1] - 19:23
**30001(a** [1] - 19:24
**30th** [1] - 22:12
**30TH** [1] - 8:2
**31** [1] - 8:11
**3100** [1] - 5:14
**316** [1] - 2:4
**32** [4] - 8:12, 8:13, 8:15, 8:16
**32502** [1] - 2:5
**34** [3] - 8:17, 8:20, 8:21
**3450** [1] - 6:17
**35** [1] - 42:4
**36130** [1] - 3:4
**365** [1] - 1:25
**3668** [1] - 1:18
**36TH** [1] - 4:10
**37** [1] - 8:22
**39** [3] - 8:24, 9:2, 9:4

## 4

**40** [1] - 9:6
**4000** [1] - 6:5
**405** [1] - 6:13
**41** [1] - 9:7
**42** [1] - 9:8
**42ND** [1] - 6:9
**43** [2] - 9:10, 9:11
**44** [2] - 9:12, 9:14
**45** [2] - 42:17, 43:1
**450** [1] - 2:18
**46** [1] - 9:17
**4:00** [2] - 9:12, 44:9
**4:15** [2] - 9:12, 44:9
**4S** [1] - 34:2

## 5

**5** [4] - 37:25, 38:3, 38:4, 38:5
**50,000** [1] - 28:19
**500** [3] - 3:4, 6:17, 6:23
**5000** [1] - 3:18
**504** [1] - 6:24
**51** [1] - 9:18
**512** [2] - 26:18
**52** [2] - 28:13, 28:14
**5395** [1] - 2:18
**546** [1] - 4:14
**556** [1] - 1:18
**589-7779** [1] - 6:24
**5th** [1] - 37:19

## 6

**6** [4] - 37:25, 38:3, 38:4, 38:5
**600** [1] - 2:4
**601** [1] - 2:12
**60654** [1] - 3:23
**655** [1] - 4:4
**69** [3] - 7:19, 19:2, 19:4
**6th** [1] - 37:19

## 7

**70** [2] - 7:18, 19:1
**701** [2] - 3:8, 3:17
**70112** [1] - 5:6
**70113** [1] - 1:22
**70130** [5] - 1:25, 2:13, 3:8, 4:15, 6:23
**70139** [1] - 3:18
**70163** [2] - 4:11, 5:14

**70170** [1] - 5:22
**70502** [1] - 1:19
**75270** [1] - 4:20
**7611** [1] - 2:23
**77002** [2] - 6:6, 6:18
**77010** [1] - 4:23
**77019** [1] - 6:10
**7th** [1] - 12:3
**7TH** [1] - 2:18

## 8

**820** [1] - 1:21
**8:30** [2] - 23:1, 36:5, 36:18

## 9

**9** [2] - 1:7, 10:2
**94102** [1] - 2:19
**999** [1] - 2:8
**9:00** [1] - 23:1
**9:30** [1] - 1:7
**9th** [2] - 32:18, 33:8, 45:12

## A

**A's** [1] - 49:3
**A.M** [1] - 1:7
**a.m** [1] - 51:12
**ability** [1] - 51:18
**able** [2] - 13:6, 14:16
**above-entitled** [1] - 51:18
**ABRAMSON** [1] - 2:11
**absent** [1] - 11:15
**accommodate** [1] - 37:24
**accordingly** [1] - 17:19
**accuracy** [3] - 20:2, 20:14, 22:1
**accurate** [1] - 20:9
**acoustic** [4] - 47:4, 47:14, 48:18, 48:21
**acoustics** [1] - 49:12
**ACTION** [1] - 1:6
**ACTIONS** [1] - 1:9
**actual** [1] - 27:13
**Add** [1] - 42:13
**add** [4] - 18:20, 25:19, 42:7, 42:21
**Add-Energy** [1] - 42:13
**added** [5] - 19:20, 19:24, 20:23, 22:2
**addition** [1] - 43:25

**ADDITIONAL** [1] - 7:18
**additional** [2] - 13:7, 19:1
**address** [3] - 14:20, 17:12, 51:5
**addressed** [1] - 27:4
**adjectives** [1] - 42:7
**Admiral** [1] - 10:15
**admitted** [13] - 24:17, 24:21, 24:23, 25:4, 25:15, 25:16, 25:21, 26:9, 27:15, 30:2, 30:3, 30:4
**adopted** [1] - 23:3
**advance** [1] - 15:6
**advisement** [1] - 32:1
**afternoon** [1] - 16:10
**afterwards** [1] - 20:24
**agenda** [1] - 44:5
**AGENDA** [1] - 7:3
**ago** [3] - 10:24, 19:20
**AGO** [1] - 34:6
**agree** [5] - 11:18, 13:11, 17:15, 18:23, 49:24
**AGREED** [1] - 8:2
**agreed** [3] - 13:8, 22:12, 42:12
**agreeing** [1] - 38:18
**agreement** [2] - 15:18, 38:25
**agrees** [2] - 11:23, 14:24
**ahead** [3] - 12:15, 15:23, 17:5
**aiming** [1] - 12:21
**AL** [1] - 3:4
**ALABAMA** [1] - 3:3
**ALAN** [2] - 4:22, 6:12
**Alan** [12] - 16:22, 17:3, 24:11, 24:12, 26:10, 31:18, 33:4, 33:5, 36:10, 41:6, 44:20
**Alan's** [2] - 26:2, 44:20
**ALL** [1] - 1:9
**ALLEN** [2] - 6:9, 6:17
**alligators** [1] - 32:24
**allocation** [2] - 12:2, 35:3
**allow** [1] - 14:12
**allowed** [1] - 45:7
**almost** [2] - 15:19, 24:4
**ALSO** [1] - 6:20
**alternative** [2] - 37:20, 46:23
**amended** [2] - 19:3, 19:19

**AMERICA** [7] - 2:21, 3:10, 3:11, 3:12, 3:13, 3:15, 3:16
**AMERICAN** [1] - 2:12
**AN** [3] - 7:5, 7:11, 7:25
**ANADARKO** [2] - 5:3, 5:4
**Anadarko** [1] - 13:16
**AND** [6] - 4:8, 7:9, 7:13, 8:18, 8:24, 9:13
**ANDREW** [1] - 3:21
**Andy** [4] - 15:22, 15:23, 18:21, 39:23
**ANDY'S** [1] - 8:7
**Andy's** [2] - 29:14, 41:4
**answer** [2] - 19:16, 31:9
**ANTHONY** [1] - 1:24
**anticipate** [2] - 38:13, 43:7
**anticipated** [3] - 13:18, 14:22, 32:16
**ANTICIPATED** [1] - 8:14
**ANY** [1] - 8:3
**apologize** [2] - 12:9, 25:7
**appeal** [1] - 39:17
**APPEAL** [1] - 8:25
**APPEARANCES** [6] - 1:15, 2:1, 3:1, 4:1, 5:1, 6:1
**apply** [3] - 24:3, 30:24, 40:6
**appreciate** [2] - 22:4, 24:9
**apprised** [1] - 31:20
**APPROPRIATE** [1] - 8:16
**appropriate** [6] - 32:18, 47:24, 49:25, 50:7, 50:11, 50:15
**approvals** [1] - 15:19
**APRIL** [1] - 1:5
**AREAUX** [1] - 5:13
**argument** [1] - 34:17
**ARGUMENT** [1] - 8:18
**arising** [1] - 32:15
**ARISING** [1] - 8:13
**Armstrong** [1] - 39:25
**ARMSTRONG**........... ........................ [1] - 9:5
**Army** [1] - 12:25
**article** [1] - 47:15
**AS** [1] - 8:1
**as-produced** [1] - 26:7

**Ash** [1] - 14:4
**assimilate** [1] - 28:10
**assume** [4] - 19:22, 43:6, 47:13
**attack** [2] - 49:2, 49:5
**attempt** [1] - 42:12
**attention** [4] - 18:24, 22:13, 29:12, 43:5
**ATTENTION**.............. ........................ [1] - 8:4
**Attorney** [1] - 34:7
**ATTORNEY** [1] - 3:3
**attorney** [1] - 24:19
**authentic** [1] - 26:7
**authenticity** [3] - 20:20, 20:25, 26:5
**available** [9] - 29:23, 30:7, 30:8, 30:12, 30:14, 30:19, 30:25, 31:8, 38:2
**AVAILABLE** [1] - 8:10
**AVENUE** [5] - 1:21, 2:18, 3:4, 5:22, 6:13
**aware** [3] - 24:16, 43:2, 43:3

### B

**B's** [1] - 49:3
**B3** [2] - 7:12, 16:6
**BABIUCH** [1] - 3:22
**BACK** [1] - 9:18
**bad** [1] - 10:20
**BALDWIN** [9] - 5:21, 35:5, 35:22, 36:1, 36:7, 36:17, 36:20, 36:23, 37:5
**Baldwin** [1] - 35:5
**banana** [1] - 12:10
**Barbier** [6] - 18:1, 32:14, 32:23, 33:15, 43:19, 46:6
**Barbier's** [2] - 16:20, 43:15
**Barr** [5] - 42:11, 44:17, 46:16, 48:11, 49:8
**BARR** [6] - 2:4, 42:11, 46:17, 47:10, 47:21, 51:2
**Barr's** [1] - 44:15
**BARROW** [1] - 6:9
**based** [4] - 21:15, 25:5, 35:15, 37:18
**basis** [1] - 35:13
**Bates** [18] - 23:6, 23:15, 23:25, 24:1, 24:2, 24:6, 24:20, 24:22, 24:25, 25:7,

25:11, 25:14, 26:19, 26:21, 27:14, 28:5, 28:6
**BAYLEN** [1] - 2:4
**BE** [2] - 8:3, 8:24
**bear** [1] - 29:3
**bearing** [1] - 29:5
**becomes** [1] - 49:19
**BEEN** [2] - 7:19, 8:5
**BEFORE** [1] - 1:12
**bell** [1] - 24:7
**BERTAUT** [1] - 4:14
**best** [6] - 20:5, 20:12, 26:6, 38:14, 42:19, 51:17
**better** [5] - 20:6, 32:22, 34:7, 43:15, 47:11
**between** [6] - 13:8, 17:11, 21:23, 42:24, 46:5, 49:17
**beyond** [5] - 17:16, 35:18, 40:18, 50:11, 50:12
**bid** [3] - 49:9, 49:14, 49:15
**Bidder** [8] - 49:2, 49:3, 49:4, 49:7
**bidding** [2] - 48:25, 50:22
**bids** [2] - 50:16, 50:22
**big** [1] - 24:3
**billing** [1] - 12:3
**binders** [1] - 28:12
**BINGHAM** [1] - 5:8
**bit** [4] - 14:19, 38:16, 47:6, 47:8
**blah** [3] - 43:13
**BLANK** [1] - 6:12
**blessing** [1] - 16:3
**BLOSSMAN** [1] - 5:13
**Bly** [1] - 28:18
**BOARD** [1] - 7:5
**Board** [1] - 11:9
**board** [2] - 25:8, 30:24
**BOCKIUS** [1] - 6:3
**book** [2] - 30:16, 31:10
**books** [3] - 30:15, 31:3, 31:5
**BOP** [7] - 7:9, 8:19, 11:25, 12:11, 23:22, 23:23, 34:17
**BOX** [2] - 1:18, 2:23
**BP** [37] - 3:10, 3:11, 3:11, 3:12, 3:13, 3:14, 3:15, 8:17, 8:18, 9:15, 11:20, 13:2, 13:4, 13:5, 13:20, 14:24, 15:1,

15:4, 15:13, 15:22, 17:11, 18:21, 21:1, 21:4, 21:23, 23:23, 31:19, 32:3, 34:15, 34:16, 40:15, 42:12, 42:13, 44:24, 46:25, 49:17, 50:15
**BP's** [1] - 14:20, 40:13, 48:14
**BRAD** [1] - 6:4
**BRANCH** [1] - 2:16
**breadth** [1] - 44:14
**break** [1] - 51:10
**BREIT** [4] - 2:7, 2:7, 20:16, 20:19
**Breit** [3] - 20:18, 20:19, 34:10
**Brent** [2] - 35:8, 36:18
**brewing** [1] - 22:11
**BREWING** [1] - 8:1
**Brian** [4] - 42:10, 42:11, 42:24, 50:25
**BRIAN** [1] - 2:7
**brief** [2] - 32:7, 32:11
**briefed** [1] - 32:6
**BRIEFING** [1] - 9:14
**briefing** [1] - 44:23
**briefs** [1] - 46:6
**bring** [2] - 28:12, 32:22
**bringing** [1] - 43:7
**broader** [1] - 39:7
**BROADWAY** [1] - 5:8
**brought** [4] - 22:13, 32:3, 43:6, 43:8
**BROUGHT** [1] - 8:3
**Bryan** [1] - 44:18
**BRYAN** [1] - 6:20
**BUILDING** [2] - 2:12, 6:13
**burden** [1] - 30:9
**burdensome** [2] - 49:6, 49:11
**business** [1] - 17:6
**busy** [3] - 40:21, 41:1, 41:3
**buy** [1] - 30:16
**BY** [33] - 1:4, 1:17, 1:21, 1:24, 2:4, 2:7, 2:11, 2:16, 2:22, 3:3, 3:7, 3:16, 3:21, 4:3, 4:9, 4:14, 4:18, 4:22, 5:5, 5:9, 5:13, 5:17, 5:21, 6:3, 6:9, 6:12, 6:16, 6:25, 6:25, 7:5, 7:19, 9:3, 9:15

### C

**CA** [1] - 2:19
**calendars** [2] - 37:23, 44:9
**CALLED** [1] - 10:4
**Calvert** [3] - 35:7, 35:22, 36:4
**Cameron** [2] - 32:3, 44:8
**CAMERON** [2] - 4:13, 9:13
**CAMP** [1] - 3:8
**CAN** [1] - 8:8
**CANAL** [2] - 1:24, 1:25
**candor** [1] - 25:13
**CAPPING** [1] - 7:9
**capping** [3] - 11:25, 12:1, 12:11
**Captain** [4] - 10:15, 12:2, 12:14, 16:16
**captain** [1] - 11:3
**capture** [1] - 33:18
**captured** [1] - 33:19
**care** [1] - 39:22
**cares** [1] - 33:7
**CARMELITE** [1] - 4:14
**CARONDELET** [1] - 4:14
**carry** [1] - 40:7
**carrying** [2] - 34:1, 34:8
**CARVER** [1] - 5:12
**case** [4] - 11:10, 11:18, 18:1, 43:16
**CASE**.............. [1] - 7:8
**CASE**..................... . [1] - 7:6
**Cathy** [2] - 51:15, 51:24
**CATHY** [1] - 6:22
Cathy_Pepper@laed .uscourts.gov [1] - 51:25
cathy_Pepper@laed. uscourts.gov [1] - 6:24
**cc** [1] - 12:14
**CCR** [2] - 6:22, 51:24
**CENTER** [1] - 6:17
**CENTRE** [1] - 4:10
**ceremony** [2] - 10:16, 11:4
**certain** [1] - 23:7
**certainly** [3] - 14:14, 21:25, 23:19
**CERTIFICATE** [1] - 51:14

CERTIFIED [1] - 6:22
Certified [2] - 51:15, 51:16
certify [1] - 51:17
Chakeres [2] - 16:7, 16:9
CHAKERES [2] - 2:17, 19:13
CHAMBERS [1] - 6:8
change [3] - 14:21, 18:2, 30:15
channels [1] - 41:12
charge [1] - 12:16
charged [1] - 50:9
CHARLES [2] - 5:21, 5:22
Charles [1] - 11:4
check [3] - 23:14, 36:12, 36:13
checked [1] - 45:5
CHEMICAL [1] - 7:5
Chemical [1] - 11:9
chew [1] - 19:4
CHICAGO [1] - 3:23
chime [1] - 26:1
Christmas [2] - 46:2, 46:5
CHRYSLER [1] - 6:13
chunk [1] - 14:18
circulate [1] - 15:16
circulated [3] - 16:24, 40:12, 41:11
circulation [1] - 37:1
circumstance [1] - 50:19
CIVIL [2] - 1:6, 2:16
clarify [1] - 21:10
CLAWBACK [1] - 8:15
clawback [1] - 32:17
clean [3] - 29:6, 29:7
cleanup [2] - 29:1, 29:10
clear [1] - 28:23
clearly [2] - 31:10, 49:5
CLERK [7] - 10:7, 17:24, 32:6, 33:10, 39:12, 45:2, 46:9
client [1] - 37:15
clients [1] - 37:16
close [6] - 12:9, 12:10, 13:17, 13:18, 15:15, 17:6
closed [1] - 49:14
cmaze@ago [1] - 33:24
collaborately [1] - 28:10
colleague [1] - 15:14

collectively [1] - 30:8
comfortably [3] - 14:8, 14:11, 14:13
coming [4] - 18:12, 18:19, 40:10, 41:2
commence [1] - 14:10
commencement [1] - 33:2
comments [7] - 35:1, 35:2, 40:19, 41:4, 41:8, 41:14, 51:3
Committee [1] - 49:25
companies' [1] - 50:5
COMPANY [3] - 3:11, 5:4
company [2] - 47:7
Compel [2] - 45:8, 45:20
competition [1] - 48:23
competitive [2] - 48:25, 50:22
complain [1] - 27:20
complete [1] - 13:7
completed [1] - 14:8
compliance [1] - 34:17
COMPLIANCE............ .............. [1] - 8:19
compressed [1] - 49:1
COMPUTER [1] - 6:25
concern [1] - 13:16
concerned [1] - 46:24
concerning [1] - 22:1
concerns [1] - 31:19
concluded [1] - 51:11
concordance [2] - 26:17, 28:17
concur [1] - 18:21
conduct [1] - 47:14
conducted [1] - 46:23
confer [2] - 20:10, 21:6
conference [4] - 13:17, 18:19, 22:22, 45:6
CONFERENCE [1] - 1:12
CONFERENCES [1] - 7:16
conferences [1] - 18:16
conferences.. [1] - 10:21
conferring [1] - 43:12
confess [1] - 50:17
confusing [1] - 25:7
conjunction [1] - 24:15

consensus [2] - 37:25, 38:22
consistent [1] - 16:4
context [1] - 49:10
continued [1] - 18:16
CONTINUED [6] - 2:1, 3:1, 4:1, 5:1, 6:1, 7:16
continuing [1] - 35:14
contract [1] - 49:3
contracted [2] - 47:12, 47:19
contracting [1] - 50:21
contractual [1] - 50:18
conversation [2] - 13:20, 31:21
conversations [1] - 24:25
cooperation [1] - 42:13
coordinate [1] - 26:24
coordinating [1] - 38:8
copied [1] - 12:17
copies [1] - 12:14
copy [4] - 12:15, 29:19, 30:2, 31:10
copying [1] - 31:5
copyright [1] - 31:3, 31:4
copyrights [1] - 31:19
Corey [1] - 11:2
COREY [1] - 3:3
corporate [1] - 48:12
CORPORATION [4] - 3:12, 4:13, 5:3, 6:12
Corps [1] - 12:25
correct [15] - 11:22, 13:25, 15:17, 16:1, 21:2, 21:4, 21:5, 22:13, 22:14, 23:13, 26:11, 33:10, 33:11, 47:18, 51:17
COTLAR [1] - 1:20
Counsel [1] - 22:9
COUNSEL [2] - 1:17, 7:25
counsel [4] - 36:16, 37:2, 39:6, 39:7
COUPLE [1] - 9:14
couple [4] - 12:12, 24:18, 44:5, 44:23
course [2] - 18:22, 38:24
Court [14] - 16:17, 23:3, 24:16, 26:9, 26:17, 28:17, 30:4, 37:20, 41:7, 51:16, 51:16, 51:17, 51:24,

51:25
COURT [129] - 1:1, 6:22, 10:4, 10:11, 10:13, 10:22, 10:25, 11:2, 11:13, 11:22, 11:25, 12:7, 12:10, 13:1, 13:24, 15:3, 15:9, 15:21, 16:5, 16:12, 16:18, 16:22, 17:3, 17:15, 17:22, 17:25, 18:6, 18:8, 18:11, 18:15, 18:25, 19:14, 19:17, 20:1, 20:11, 20:13, 20:18, 21:12, 21:21, 22:3, 22:9, 22:15, 22:17, 22:24, 23:9, 23:16, 23:19, 24:5, 24:9, 24:11, 25:10, 25:25, 26:10, 27:2, 27:11, 27:23, 28:1, 28:20, 29:8, 29:11, 30:22, 31:9, 31:16, 31:24, 32:9, 32:12, 33:11, 33:21, 34:1, 34:5, 34:8, 34:12, 34:15, 34:23, 35:20, 35:24, 36:6, 36:8, 36:10, 36:19, 36:22, 37:1, 37:6, 37:13, 37:22, 38:4, 38:6, 38:8, 38:13, 38:18, 38:23, 38:25, 39:3, 39:9, 39:11, 39:13, 40:7, 40:9, 40:24, 41:2, 41:13, 41:20, 41:23, 42:2, 42:5, 42:19, 42:22, 43:3, 44:18, 45:1, 45:3, 45:11, 45:14, 45:17, 45:21, 45:23, 46:1, 46:4, 46:8, 46:13, 46:16, 47:5, 47:20, 48:5, 49:14, 49:22, 50:15, 50:24, 51:7
Court's [4] - 24:13, 25:23, 35:17, 36:4
courtroom [1] - 16:7
cover [2] - 44:6, 45:3
created [1] - 7:25
CREATED [1] - 7:25
critical [1] - 48:8
criticism [1] - 14:6
CRR [2] - 6:22, 51:24
CSI [3] - 8:24, 39:13, 39:16
cure [1] - 23:3
current [1] - 33:8

**D**

DALLAS [2] - 4:20, 6:17
DARDEN [1] - 5:12
data [2] - 23:22, 24:1
database [6] - 23:12, 23:14, 23:22, 24:3, 27:8
date [11] - 13:8, 14:7, 14:11, 14:13, 17:11, 17:16, 22:12, 33:8, 34:18, 34:20, 51:4
DATE [2] - 8:3, 9:18
dates [5] - 14:10, 33:6, 33:7, 38:14, 45:11
Daubert [2] - 33:8, 33:19
David [2] - 35:7, 35:22
days [1] - 35:11
DC [3] - 2:23, 4:4, 5:10
deadline [8] - 13:11, 13:18, 16:25, 29:16, 29:21, 30:19, 32:21, 41:17
DEADLINE................ ................. [1] - 8:9
deadlines [2] - 13:3, 13:13
deal [3] - 20:20, 22:23, 25:23
DEBORAH [1] - 5:5
December [17] - 12:21, 12:25, 16:25, 17:1, 22:12, 23:7, 23:8, 29:16, 29:21, 31:15, 32:12, 32:13, 37:15, 43:11, 43:18, 46:9
DECEMBER [4] - 1:7, 8:2, 8:9, 10:2
decided [1] - 14:1
DEEPWATER [3] - 1:4, 4:7, 4:8
DEFENDANTS [1] - 7:19
defendants [2] - 16:9, 19:2
defendants' [1] - 13:15
defer [2] - 38:19, 50:20
demonstrative [3] - 30:1, 41:16, 41:17
DEMONSTRATIVE [1] - 9:7
DENISE [1] - 6:4
DENNIS [1] - 6:9
Department [2] -

15:14, 15:20
**DEPARTMENT** [2] -
2:15, 2:22
**department's** [1] -
16:3
**deployed** [4] - 36:13,
37:18, 45:5, 45:6
**depo** [2] - 26:13,
26:15
**Depo** [1] - 26:18
**deposing** [1] - 13:4
**DEPOSITION** [2] -
8:13, 8:24
**deposition** [22] -
13:21, 14:2, 17:10,
21:16, 24:14, 24:21,
25:5, 25:12, 25:16,
25:20, 25:21, 25:22,
27:13, 27:16, 28:8,
28:11, 32:16, 38:17,
39:13, 39:16, 48:13,
50:1
**depositions** [17] -
11:10, 11:18, 13:19,
14:13, 14:25, 15:2,
15:6, 17:12, 17:13,
19:1, 27:21, 28:3,
29:11, 33:14, 33:17,
35:15, 42:9
**DEPOSITIONS** [3] -
7:6, 7:8, 7:18
**DEPOSITIONS...........**
**............................** [1] -
9:9
**DEPUTY** [1] - 10:7
**designated** [2] - 19:3,
28:22
**DESIGNATED...........**
**............................**
**.** [1] - 7:20
**designation** [1] -
39:20
**DESIGNATION** [1] -
9:2
**designations** [4] -
19:2, 19:3, 24:14,
32:16
**DESIGNATIONS** [2] -
7:19, 8:14
**detail** [1] - 15:15
**DEXTER** [1] - 3:4
**different** [3] - 24:17,
24:22, 48:24
**directly** [1] - 12:16
**DISAGREEMENT** [1] -
8:1
**disagreement** [1] -
22:11
**DISCOVERY** [1] - 1:12
**discovery** [2] - 14:20,

43:13
**discuss** [6] - 42:10,
44:11, 44:16, 44:18,
51:1
**discussed** [2] - 22:20,
32:25
**discussion** [2] -
20:20, 42:24
**discussions** [1] -
21:23
**dismayed** [1] - 17:20
**DISPOSING** [1] - 7:13
**disposing** [1] - 16:13
**dispositive** [1] - 43:14
**distinction** [1] - 49:17
**District** [3] - 51:16,
51:17, 51:25
**DISTRICT** [2] - 1:1, 1:1
**DIVISION** [1] - 2:16
**DNV** [4] - 23:12,
23:14, 23:24, 24:1
**doable** [1] - 43:10
**DOCUMENT** [1] - 1:9
**document** [13] -
21:15, 24:20, 24:22,
25:12, 26:7, 26:20,
26:22, 26:25, 27:3,
29:3, 29:5, 30:7,
30:9
**DOCUMENTS** [1] - 8:5
**documents** [21] -
14:1, 14:8, 15:6,
16:14, 17:13, 17:14,
17:18, 18:17, 19:19,
20:21, 21:14, 22:19,
23:7, 23:11, 23:15,
23:21, 23:24, 29:24,
30:12, 31:1, 31:8
**DOCUMENTS...........**
**............................** [1] - 7:17
**DOCUMENTS...........**
**............................** [1] - 8:10
**DOCUMENTS...........**
**............................** [1]
**-** 7:14
**DOE** [4] - 13:1, 13:2,
13:7, 13:9
**DOMENGEAUX** [1] -
1:17
**DOMINION** [1] - 2:8
**DON** [1] - 3:16
**done** [12] - 12:3, 13:9,
18:14, 21:9, 21:18,
23:23, 23:24, 40:23,
43:16, 43:22, 48:6,
48:9
**double** [1] - 23:13
**DOUGLAS** [1] - 3:7
**down** [1] - 33:21
**draft** [3] - 15:16, 16:8,

41:4
**drafters** [1] - 42:16
**DRESCHER** [1] - 2:7
**DRIL** [1] - 6:8
**DRIL-QUIP** [1] - 6:8
**DRILLING** [1] - 4:8
**DRIVE** [1] - 2:8
**DSC** [1] - 39:6
**due** [3] - 32:11, 32:12,
35:1
**Duffy** [1] - 42:24
**duplicate** [3] - 16:13,
26:22, 27:6
**DUPLICATE** [1] - 7:13
**duplicates** [1] - 27:8
**duplication** [1] - 27:10
**duplicity** [1] - 26:5
**during** [6] - 11:3,
20:25, 27:13, 28:3,
29:6, 29:11

### E

**E&P** [1] - 5:4
**e-mail** [11] - 12:24,
16:24, 31:13, 34:12,
36:15, 38:11, 38:16,
38:21, 39:6, 39:9
**e-mails** [1] - 39:5
**early** [3] - 13:12,
16:17, 16:21
**ears** [1] - 32:24
**easiest** [2] - 25:2,
38:10
**EASTERN** [1] - 1:1
**Eastern** [1] - 51:17
**Ed** [1] - 21:19
**EDWARD** [1] - 5:17
**EDWARDS** [1] - 1:17
**efficiently** [1] - 25:23
**either** [3] - 29:25,
41:14, 50:11
**Ellis** [1] - 39:25
**ELLIS** [3] - 3:21, 4:3,
4:5
**ELM** [1] - 4:19
**elsewhere** [1] - 48:16
**embark** [1] - 26:4
**encountering** [1] -
13:25
**end** [1] - 14:17
**ended** [1] - 35:16
**ENERGY** [2] - 4:10,
4:17
**Energy** [1] - 42:13
**ENFORCEMENT** [1] -
2:21
**engaged** [2] - 28:10,
50:23

**Englebert** [3] - 10:15,
12:14, 12:16
**Englebert's** [1] - 12:2
**English** [5] - 19:22,
19:24, 20:7, 20:24,
21:16
**enter** [2] - 17:10,
33:24
**entered** [1] - 12:1
**entire** [1] - 31:10
**entitled** [1] - 51:18
**ENVIRONMENTAL** [1]
- 2:21
**EOP** [1] - 12:24
**ESQUIRE** [35] - 1:17,
1:21, 1:24, 2:4, 2:7,
2:11, 2:16, 2:17,
2:17, 2:22, 3:3, 3:7,
3:16, 3:21, 3:22,
3:22, 4:3, 4:9, 4:14,
4:18, 4:18, 4:22, 5:5,
5:9, 5:13, 5:17, 5:21,
6:3, 6:4, 6:4, 6:5,
6:9, 6:12, 6:16, 6:20
**essence** [2] - 23:5,
49:9
**estimated** [1] - 50:13
**estimates** [2] - 50:2,
50:6
**etcetera** [2] - 23:25,
26:23, 30:21
**Europe** [3] - 37:17,
37:18, 38:17
**event** [1] - 42:5
**evidence** [3] - 30:2,
32:15, 32:17
**EVIDENCE** [1] - 8:13
**EVIDENCE...............**
**............................** [1]
- 8:15
**exactly** [4] - 11:13,
10:22, 25:13, 28:20
**example** [1] - 35:21
**except** [2] - 17:24,
17:25
**exceptions** [2] - 23:8,
31:2
**exchange** [2] - 41:17,
42:6
**excited** [1] - 45:4
**EXCLUDE** [2] - 8:12,
8:18
**exclude** [3] - 29:23,
32:2, 34:16
**excluded** [1] - 30:12
**exhibit** [31] - 19:19,
19:23, 20:22, 22:10,
24:21, 24:23, 25:4,
25:11, 25:15, 25:17,
25:19, 25:20, 26:8,

26:13, 26:16, 27:8,
27:14, 27:15, 27:24,
28:2, 28:5, 28:10,
28:11, 28:22, 28:24,
29:3, 29:18, 30:11
**Exhibit** [3] - 26:18,
28:18
**EXHIBIT** [1] - 7:25
**exhibits** [13] - 19:5,
22:1, 22:6, 23:24,
24:15, 24:16, 25:6,
26:15, 26:20, 29:17,
31:14, 41:16, 41:18
**EXHIBITS** [1] - 7:24
**EXHIBITS...............**
**............................** [1] - 9:7
**EXHIBITS...............**
**............................** [1] - 7:21
**existed** [1] - 40:13
**expect** [3] - 13:5,
13:11, 17:1
**expectations** [2] -
47:4, 48:4
**expert** [18] - 11:20,
11:22, 27:21, 28:3,
29:11, 31:14, 33:13,
33:16, 33:17, 35:18,
35:19, 36:13, 37:12,
39:22, 50:6, 50:12,
50:19
**EXPERT** [1] - 8:22
**experts** [6] - 33:13,
34:24, 35:1, 35:7,
35:14, 37:10
**EXPERTS......** [1] -
8:21
**EXPERTS...............**
**............................** [1] -
8:20
**EXPLORATION** [1] -
3:13
**extend** [1] - 14:7
**extension** [2] - 13:14,
13:23
**extensions** [2] -
14:11, 14:12
**extensive** [1] - 48:6
**extent** [12] - 20:5,
21:25, 24:1, 24:24,
27:19, 28:1, 29:8,
48:9, 48:23, 49:1,
50:4, 50:8
**extra** [1] - 25:15

### F

**F-R-I-E-D-H-E-I-M** [1] -
37:13
**face** [1] - 12:6

**fact** [6] - 13:17, 13:20, 30:7, 40:4, 40:15, 43:13
**fall** [1] - 10:22
**falling** [1] - 10:25
**far** [3] - 42:19, 46:21, 47:3
**favor** [1] - 44:3
**February** [9] - 13:22, 14:2, 15:2, 17:10, 17:24, 17:25, 41:18, 41:24, 42:5
**FEDERAL** [1] - 2:15
**FEEDBACK** [1] - 8:5
**feedback** [1] - 22:19
**fi** [2] - 34:1, 34:9
**FIFTEENTH** [1] - 4:4
**fight** [1] - 30:13
**figure** [3] - 25:1, 27:16, 47:14
**figured** [1] - 45:18
**file** [4] - 17:1, 33:1, 34:15, 45:8
**FILE** [1] - 8:17
**FILED** [1] - 9:15
**filed** [4] - 19:20, 43:11, 44:24, 46:7
**filing** [3] - 32:4, 33:8, 45:21
**final** [5] - 15:13, 15:19, 16:3, 27:2, 43:22
**finalize** [2] - 35:2, 43:24
**FIND** [1] - 8:8
**fine** [13] - 11:24, 16:18, 26:14, 30:25, 31:16, 34:22, 34:23, 38:18, 40:7, 45:14, 46:9, 46:12, 46:13
**finish** [1] - 39:14
**finished** [1] - 33:18
**finishes** [1] - 36:2
**FINN** [1] - 5:13
**FIRM** [2] - 1:23, 6:16
**firm** [1] - 18:22
**first** [5] - 12:20, 20:23, 24:11, 35:10, 44:20
**FITCH** [1] - 5:9
**five** [1] - 32:1
**FL** [1] - 2:5
**FLANDERS** [3] - 5:17, 21:19, 21:22
**Flanders** [1] - 19:19
**FLOOR** [3] - 2:18, 4:10, 6:9
**flow** [9] - 47:4, 47:16, 48:19, 48:21, 49:2, 49:13, 50:2, 50:6, 50:13
**focus** [1] - 43:12

**follow** [1] - 36:1
**following** [3] - 21:24, 35:20, 45:9
**footnote** [1] - 42:21
**FOR** [26] - 1:16, 1:23, 2:15, 2:21, 3:3, 3:6, 3:10, 4:6, 4:13, 4:17, 5:3, 5:12, 5:20, 6:3, 6:8, 6:11, 6:16, 7:6, 7:7, 7:18, 8:21, 9:4, 9:10, 9:14, 9:18
**foregoing** [1] - 51:17
**forget** [1] - 44:7
**form** [2] - 24:22, 30:10
**FORMAL** [1] - 9:11
**formal** [2] - 43:20, 43:21, 44:2
**formally** [1] - 48:1
**formerly** [1] - 26:18
**forth** [1] - 21:16
**forward** [3] - 15:7, 42:15, 46:1
**four** [5] - 32:1, 42:1, 42:2, 42:3, 42:4
**framed** [1] - 48:23
**framing** [2] - 49:17, 49:18
**FRANCISCO** [1] - 2:19
**frankly** [1] - 14:19
**free** [1] - 50:12
**frequent** [1] - 14:16
**FRIDAY** [2] - 1:7, 10:2
**Friday** [2] - 36:2, 45:8
**Friedheim** [3] - 37:12, 37:17, 37:24
**FRIEDHEIM................
...........................** [1] -
8:23
**FRILOT** [1] - 4:9
**FROM** [2] - 8:13, 9:15
**full** [5] - 27:2, 35:11, 36:6, 36:20, 36:22
**fully** [1] - 32:6
**FURTHER** [1] - 8:21

**G**

**gain** [1] - 42:12
**Gasaway** [2] - 42:20, 44:12
**GASAWAY** [7] - 4:3, 15:23, 42:20, 42:23, 44:12, 48:8, 49:16
**GATE** [1] - 2:18
**General** [1] - 34:7
**GENERAL'S** [1] - 3:3
**given** [3] - 20:4, 40:14, 49:11
**go-go** [1] - 34:5

**goal** [4] - 14:12, 14:22, 15:5, 31:15
**GODWIN** [2] - 4:17, 4:21
**GOLDEN** [1] - 2:18
**GOT** [1] - 7:25
**govern** [1] - 50:22
**Government** [1] - 21:2
**GOVERNMENT** [1] - 2:15
**government** [11] - 21:25, 47:3, 47:4, 47:13, 47:14, 47:19, 48:3, 48:6, 48:10, 48:17
**government's** [2] - 21:7, 47:1
**gracious** [1] - 44:8
**GRACIOUS** [1] - 9:13
**Gras** [1] - 14:3
**great** [2] - 20:20, 40:3
**Gregory** [1] - 36:2
**group** [4] - 32:15, 38:11, 38:14, 38:22
**GUESS** [1] - 8:7
**guess** [9] - 11:15, 20:6, 22:18, 27:20, 29:14, 29:22, 36:1, 41:1, 43:9
**guidance** [4] - 24:13, 25:24, 31:11, 31:12
**GULF** [1] - 1:5
**guys** [3] - 28:21, 32:21, 41:2

**H**

**HAD** [1] - 7:18
**half** [6] - 19:20, 35:11, 35:18, 35:24, 36:20, 38:17
**HALLIBURTON** [1] - 4:17
**Halliburton** [6] - 24:12, 31:18, 32:8, 33:5, 39:21, 44:25
**HALLIBURTON.........
.............................
[1]** - 9:3
**HALLIBURTON.........
.............................
... [1]** - 9:16
**Hamlin** [1] - 39:20
**HAMLIN** [1] - 9:2
**handling** [1] - 18:22
**happy** [3] - 11:6, 14:3, 26:24
**HAS** [1] - 8:17
**HAVE** [4] - 7:16, 7:19,

8:2, 8:5
**HAYCRAFT** [5] - 3:16, 11:12, 12:6, 39:10, 42:4
**HB406** [1] - 6:23
**heads** [1] - 11:1
**hear** [1] - 50:1
**HEARD** [1] - 1:12
**heard** [4] - 16:15, 17:3, 17:6
**hears** [1] - 33:16
**hello** [2] - 10:8, 21:21
**help** [1] - 37:17
**helpful** [3] - 31:9, 41:13, 44:16
**helps** [1] - 23:16
**hereby** [1] - 51:17
**Herman** [5] - 26:2, 30:23, 34:19, 40:2
**HERMAN** [20] - 1:20, 1:21, 22:8, 22:16, 26:2, 26:15, 27:5, 27:18, 27:24, 28:7, 29:14, 31:12, 31:17, 32:7, 32:10, 34:21, 36:9, 41:22, 41:25
**HIMMELHOCH** [14] - 2:17, 10:10, 10:12, 12:23, 13:2, 14:14, 15:4, 15:12, 16:6, 16:15, 16:19, 47:18, 49:24, 50:17
**history** [1] - 47:8
**hold** [1] - 39:14
**HOLDINGS** [2] - 3:14, 4:6
**HOLE** [1] - 9:17
**Hole** [14] - 43:1, 44:14, 46:18, 46:24, 47:2, 47:11, 47:22, 48:1, 49:12, 49:25, 50:5, 50:9
**Hole's** [1] - 48:17
**honest** [1] - 14:23
**honestly** [1] - 47:12
**Honor** [40] - 10:10, 11:21, 11:24, 12:9, 12:23, 14:14, 16:7, 17:9, 17:17, 18:21, 19:10, 19:15, 20:16, 21:11, 21:19, 21:22, 22:8, 22:14, 22:21, 23:17, 24:8, 29:2, 30:23, 35:5, 36:12, 37:8, 39:2, 40:11, 41:21, 42:11, 42:20, 44:12, 45:7, 46:14, 46:17, 47:18, 48:8, 48:11, 49:24, 50:20
**Honor's** [2] - 18:23,

46:3
**HONORABLE** [1] - 1:12
**hope** [2] - 26:16, 28:14
**hopes** [1] - 16:10
**HORIZON** [1] - 1:4
**host** [1] - 44:8
**HOST................** [1] - 9:13
**HOUSE** [1] - 8:22
**house** [1] - 37:12
**HOUSTON** [4] - 4:23, 6:6, 6:10, 6:18
**hung** [1] - 14:19
**hyperlink** [2] - 27:17, 28:16
**hypothetical** [1] - 49:18

**I**

**I'M** [1] - 8:7
**I's** [1] - 37:16
**idea** [1] - 25:8
**identified** [2] - 25:11, 28:2
**identify** [1] - 28:22
**ignorance** [1] - 50:17
**IL** [1] - 3:23
**immediately** [1] - 11:5
**important** [3] - 49:10, 49:20, 49:21
**impossible** [1] - 24:4
**impressed** [1] - 34:8
**impressive** [1] - 10:17
**IMPREVENTO** [1] - 2:7
**IN** [10] - 1:4, 1:5, 7:6, 7:8, 7:18, 8:11, 8:18, 8:22, 9:15, 9:19
**IN-HOUSE** [1] - 8:22
**in-house** [1] - 37:12
**inappropriate** [2] - 32:15, 48:22
**INAPPROPRIATE** [1] - 8:13
**inappropriately** [1] - 50:11
**INC** [9] - 3:10, 3:12, 3:13, 3:14, 3:16, 4:8, 4:9, 4:17, 6:8
**incident** [1] - 48:7
**incidents** [1] - 48:10
**include** [1] - 38:23
**included** [1] - 25:3
**includes** [1] - 32:17
**Indata** [2] - 26:8, 30:20

**indicated** [3] - 13:21, 17:4, 20:22
**inevitable** [2] - 29:2, 29:7
**information** [3] - 25:3, 49:20, 49:21
**informed** [1] - 37:15
**input** [1] - 27:10
**installments** [1] - 14:17
**instances** [1] - 24:19
**instead** [2] - 24:21, 27:24
**Institute** [2] - 42:13, 43:1
**intended** [1] - 20:8
**intent** [1] - 23:25
**intention** [2] - 14:15, 15:5
**interest** [1] - 46:25
**INTERESTS** [2] - 2:15, 3:3
**internally** [1] - 29:17
**INTERNATIONAL** [1] - 4:13
**Internet** [2] - 30:15, 34:10
**interpretation** [1] - 14:20
**interrogatories** [2] - 13:16, 13:23
**invoice** [1] - 12:3
**involved** [2] - 20:20, 21:22
**involvement** [1] - 47:6
**iPad** [2] - 33:23, 34:3
**IRPINO** [2] - 1:23, 1:24
**IS** [2] - 8:2, 9:13
**issue** [21] - 11:17, 12:20, 15:19, 16:13, 19:5, 22:23, 24:13, 26:3, 27:7, 29:1, 37:10, 38:9, 38:19, 40:3, 40:5, 42:8, 43:4, 43:8, 43:19, 44:14, 50:24
**ISSUE** [6] - 7:7, 7:10, 7:13, 7:22, 9:8, 9:10
**ISSUED** [1] - 9:1
**issued** [2] - 39:18, 41:22
**issues** [13] - 12:11, 13:25, 20:2, 22:1, 22:12, 23:4, 23:5, 26:5, 27:19, 31:3, 31:4, 31:24, 46:19
**ISSUES** [1] - 8:3
**IT** [1] - 8:2
**ITEMS** [1] - 7:3
**itself** [1] - 26:22

**J**

**JACKSON** [1] - 6:8
**JAMES** [2] - 1:17, 6:3
**January** [12] - 12:24, 32:18, 32:19, 32:21, 32:23, 33:1, 33:8, 37:19, 37:21, 37:25, 38:1
**JAPANESE** [1] - 7:22
**Japanese** [10] - 19:6, 19:21, 19:23, 20:8, 20:21, 20:23, 21:14, 21:16
**Jeff** [1] - 26:3
**JEFFERSON** [1] - 1:18
**Jeffrey** [1] - 20:19
**JEFFREY** [1] - 2:7
**Jennings** [2] - 39:14, 39:20
**JENNINGS** [1] - 9:2
**JENNY** [1] - 4:18
**JONES** [1] - 5:20
**Jordan** [2] - 24:25, 25:5
**JR** [1] - 6:9
**JUDGE** [1] - 1:13
**Judge** [12] - 10:20, 16:20, 18:1, 23:20, 32:14, 32:23, 33:15, 34:2, 43:15, 43:19, 45:15, 46:6
**judge** [2] - 10:23, 24:10
**judgment** [3] - 43:5, 43:7, 43:9
**JUDGMENT........** [1] - 9:10
**JUSTICE** [2] - 2:15, 2:22
**Justice** [2] - 15:14, 15:20

**K**

**KANNER** [1] - 3:7
**KATZ** [1] - 1:20
**keep** [2] - 12:6, 26:14
**Ken** [1] - 42:24
**kept** [1] - 31:20
**KERRY** [1] - 4:9
**Kerry** [2] - 22:21, 40:19
**key** [2] - 25:5, 27:16
**kick** [2] - 51:6, 51:8
**kind** [2] - 16:1, 40:23
**kinds** [1] - 31:24

**KIRKLAND** [2] - 3:21, 4:3
**knock** [1] - 36:7
**knowledge** [4] - 48:15, 48:16, 48:17
**knows** [1] - 47:10
**KORETZKY** [1] - 5:12
**KPMG** [6] - 23:11, 23:12, 23:14, 23:22, 24:1, 24:6
**KRAUS** [1] - 3:7
**KUCHLER** [4] - 5:4, 5:5, 10:20, 11:1
**KULLMAN** [1] - 2:11

**L**

**L.L.C** [1] - 6:3
**L.P** [1] - 5:20
**LA** [12] - 1:19, 1:22, 1:25, 2:13, 3:8, 3:18, 4:11, 4:15, 5:6, 5:14, 5:22, 6:23
**lab** [1] - 47:7
**LAFAYETTE** [1] - 1:19
**LAMAR** [1] - 4:22
**lamb** [1] - 18:22
**LANGAN** [22] - 3:21, 11:20, 11:24, 15:22, 15:25, 18:21, 34:22, 40:1, 40:8, 40:11, 40:25, 41:19, 41:21, 42:1, 45:16, 45:20, 45:22, 45:24, 46:3, 46:5, 46:10, 46:14
**Langan** [2] - 15:22, 18:21
**language** [1] - 46:22
**LASALLE** [1] - 3:23
**last** [10] - 13:5, 13:16, 15:1, 16:12, 18:3, 18:17, 22:9, 22:20, 32:15, 44:15
**late** [3] - 12:7, 13:21, 44:15
**lately** [1] - 39:10
**laughing** [1] - 40:23
**LAW** [2] - 1:23, 6:16
**law** [1] - 50:19
**lawyer** [2] - 28:7, 28:14
**lawyers** [2] - 27:19, 27:20
**lead** [2] - 16:8, 38:8
**learned** [1] - 30:1
**least** [7] - 12:16, 16:12, 22:9, 31:17, 40:16, 47:21, 50:24
**LEE** [1] - 6:8

**left** [1] - 43:22
**legitimate** [1] - 46:25
**less** [2] - 42:3, 42:4
**LETTER** [2] - 8:7
**letter** [10] - 20:13, 22:23, 22:25, 29:14, 29:15, 32:7, 44:15, 46:18, 46:25, 51:4
**LETTER.............
............** [1] - 9:19
**LEVIN** [1] - 2:3
**LEWIS** [3] - 2:11, 3:16, 6:3
**LEXINGTON** [1] - 6:13
**liaison** [2] - 38:7, 39:6
**LIAISON** [1] - 1:17
**LIFE** [1] - 2:12
**LIKE** [1] - 7:25
**likewise** [1] - 24:2
**LIMINE** [1] - 8:18
**Limine** [2] - 31:25, 34:16
**limine** [1] - 32:20
**LIMINE.............
............** [1] - 8:11
**limitations** [2] - 48:20, 49:11
**limited** [1] - 47:25
**LIMITED** [1] - 3:15
**limits** [1] - 46:23
**line** [1] - 16:24
**link** [1] - 25:20
**Lirette** [2] - 35:8, 36:18
**LIRETTE** [1] - 35:8
**LISKOW** [1] - 3:16
**list** [14] - 18:9, 18:11, 19:19, 19:25, 20:22, 22:2, 25:19, 27:8, 28:2, 28:22, 28:24, 29:19, 41:9, 43:24
**listed** [4] - 26:20, 30:6, 30:7, 30:18
**listening** [1] - 18:1
**lists** [1] - 27:6
**LITTLE** [1] - 8:1
**live** [2] - 33:7, 39:24
**LIVE** [1] - 9:4
**LLC** [2] - 4:7, 5:12
**log** [2] - 12:21, 13:8
**LOG.............** [1] - 7:10
**logs** [1] - 18:12
**LOGS.............
............** [1] - 7:15
**look** [8] - 17:18, 23:2, 24:5, 28:13, 35:7, 37:23, 42:6, 51:4
**LOOK** [1] - 9:18
**look-back** [1] - 51:4

**LOOK-BACK** [1] - 9:18
**looked** [1] - 51:7
**looking** [5] - 12:22, 33:20, 33:23, 43:23, 46:1
**lord** [1] - 24:3
**losing** [1] - 50:22
**LOUISIANA** [5] - 1:1, 1:7, 3:7, 6:5, 7:17
**Louisiana** [2] - 18:17, 51:17
**lovely** [1] - 42:19
**LP** [1] - 5:4
**LUXTON** [9] - 6:5, 37:8, 37:14, 38:5, 38:7, 38:15, 38:21, 38:24, 39:2
**Luxton** [1] - 37:8

**M**

**M-I** [1] - 37:9
**M-I's** [1] - 37:16
**Macondo** [3] - 47:23, 48:22, 49:5
**MAGISTRATE** [1] - 1:13
**mail** [11] - 12:24, 16:24, 31:13, 34:12, 36:15, 38:11, 38:16, 38:21, 39:6, 39:9
**mails** [1] - 39:5
**MAJOR** [1] - 4:18
**March** [1] - 15:1
**Mardi** [1] - 14:3
**MARINE** [1] - 6:11
**mark** [3] - 23:10, 24:5, 44:8
**MARK** [1] - 3:22
**Mark** [4] - 17:8, 23:20, 24:9, 30:22
**Mark's** [1] - 29:14
**MARK'S** [1] - 8:7
**marked** [1] - 30:17
**MARTINEZ** [1] - 4:18
**matter** [2] - 39:4, 51:18
**MAZE** [9] - 3:3, 18:7, 18:9, 18:13, 33:25, 34:2, 34:6, 34:10, 34:14
**maze** [1] - 18:6
**MC252** [3] - 48:19, 49:13, 50:3
**McCormack** [1] - 36:2
**MCCUTCHEN** [1] - 5:8
**MDL** [1] - 6:16
**mean** [4] - 15:1, 23:11,

28:13, 48:16
**means** [1] - 48:17
**meant** [2] - 14:6, 45:3
**measure** [1] - 48:19
**measurement** [1] -
47:23
**MECHANICAL** [1] -
6:25
**mechanism** [2] -
50:18, 50:21
**meet** [1] - 13:10,
20:10, 21:5
**meetings** [1] - 20:25
**mentioned** [2] - 40:19,
49:12
**Merit** [1] - 51:16
**MEXICO** [1] - 1:5
**MI** [2] - 6:3, 37:11
**MICHAEL** [1] - 2:16
**might** [6] - 10:22,
17:16, 30:15, 30:17,
31:2, 33:16
**Mike** [10] - 19:6, 19:15,
19:17, 20:22, 23:17,
37:2, 38:23, 39:19,
40:22, 46:1
**MILLER** [8] - 4:9, 12:9,
22:21, 22:25, 23:10,
27:6, 29:1, 29:10
**Miller** [5] - 11:14, 12:7,
12:8, 22:18, 22:21
**mind** [2] - 34:20,
44:21
**minimize** [1] - 29:8
**missing** [2] - 23:6,
23:7
**mistaken** [1] - 20:14
**MITCHELL** [1] - 2:3
**MITHOFF** [1] - 6:16
**model** [2] - 47:4,
47:16
**modest** [1] - 14:12
**MOEX** [3] - 5:12,
19:11, 21:20
**moment** [1] - 20:17
**Monday** [4] - 18:19,
32:11, 35:2, 45:10
**MONTGOMERY** [1] -
3:4
**months** [1] - 10:24
**mood** [1] - 10:20
**MORE** [1] - 9:10
**MORGAN** [1] - 6:3
**morning** [19] - 10:7,
10:8, 10:10, 10:11,
11:14, 17:8, 17:9,
18:7, 19:4, 20:18,
20:19, 21:21, 23:1,
35:4, 35:5, 37:7,
37:8, 51:7

**most** [3] - 25:16,
25:22, 25:25
**mostly** [1] - 31:14
**MOTION** [1] - 8:18
**motion** [4] - 16:16,
16:21, 32:4, 32:22
**Motion** [3] - 34:16,
45:8, 45:20
**Motions** [1] - 31:25
**MOTIONS** [4] - 8:11,
8:12, 9:10, 9:14
**motions** [16] - 32:2,
32:3, 32:18, 32:20,
32:24, 32:25, 33:8,
33:15, 33:19, 43:4,
43:7, 43:9, 43:11,
43:14, 44:24, 45:9
**MOTIONS..................
..........** [1] - 8:16
**move** [2] - 14:1, 15:7
**moving** [1] - 19:8
**MR** [132] - 8:23, 8:24,
9:5, 10:23, 11:12,
11:20, 11:24, 12:6,
12:9, 15:22, 15:23,
15:25, 16:23, 17:9,
17:17, 18:7, 18:9,
18:13, 18:21, 19:10,
19:13, 19:15, 19:18,
20:4, 20:12, 20:16,
20:19, 21:10, 21:13,
21:19, 21:22, 22:8,
22:14, 22:16, 22:21,
22:25, 23:10, 23:13,
23:17, 23:20, 24:8,
24:10, 24:12, 25:13,
26:2, 26:12, 26:15,
26:24, 27:4, 27:5,
27:6, 27:12, 27:18,
27:24, 28:7, 29:1,
29:10, 29:14, 30:23,
31:12, 31:17, 31:18,
31:22, 31:23, 32:7,
32:10, 33:5, 33:12,
33:25, 34:2, 34:6,
34:10, 34:14, 34:21,
34:22, 35:5, 35:22,
36:1, 36:7, 36:9,
36:11, 36:17, 36:20,
36:23, 37:5, 37:8,
37:14, 38:3, 38:5,
38:7, 38:10, 38:15,
38:21, 38:24, 39:2,
39:4, 39:10, 40:1,
40:8, 40:11, 40:25,
41:7, 41:19, 41:21,
41:22, 41:25, 42:1,
42:4, 42:11, 42:20,
42:23, 44:12, 44:22,
45:5, 45:12, 45:15,

45:16, 45:18, 45:20,
45:22, 45:24, 46:3,
46:5, 46:10, 46:12,
46:14, 46:17, 47:10,
47:21, 48:8, 49:16,
51:2
**MS** [17] - 10:10, 10:12,
10:20, 11:1, 12:23,
13:2, 14:14, 15:4,
15:12, 15:18, 16:6,
16:15, 16:19, 18:5,
47:18, 49:24, 50:17
**multiple** [3] - 29:3,
29:4, 29:5
**must** [1] - 50:17
**MY** [1] - 9:19

**N**

**N.W** [1] - 4:4
**name** [1] - 18:3
**NATHANIEL** [1] - 2:17
**need** [12] - 17:17,
17:18, 33:23, 34:17,
36:3, 36:12, 36:13,
40:1, 40:16, 42:10,
43:25, 45:19
**needs** [1] - 33:19
**negotiations** [1] -
17:11
**NES** [1] - 6:4
**never** [1] - 27:15
**NEW** [14] - 1:7, 1:22,
1:25, 2:13, 3:8, 3:18,
4:11, 4:15, 5:6, 5:14,
5:18, 5:22, 6:14,
**New** [2] - 46:2, 46:6
**new** [4] - 13:18, 14:13,
17:10, 34:4
**news** [2] - 16:5, 16:8
**next** [13] - 12:20, 13:6,
13:12, 16:17, 16:21,
18:9, 18:11, 22:5,
24:11, 33:22, 35:18,
44:7, 45:8
**NEXT** [1] - 9:12
**nice** [1] - 11:5
**night** [2] - 13:5, 44:15
**nine** [1] - 10:24
**NIZIALEK** [1] - 5:13
**NO** [1] - 1:6
**nobody** [1] - 51:2
**Nomellini** [2] - 19:8,
22:22
**NOMELLINI** [9] - 3:22,
17:9, 17:17, 19:10,
22:14, 23:13, 24:8,
30:23, 31:22

**none** [2] - 46:4, 46:8
**nongovernmental** [1]
- 32:2
**NONGOVERNMENT
AL** [1] - 8:12
**noon** [1] - 35:1
**NORFOLK** [1] - 2:9
**NORTH** [4] - 3:12,
3:12, 3:14, 3:15
**NOT** [1] - 8:5
**note** [1] - 39:8
**nothing** [3] - 21:6,
21:8, 22:7
**notice** [4] - 10:16,
37:16, 42:25, 46:20
**noticeably** [1] - 11:15
**noticed** [1] - 46:5
**notices** [4] - 14:9,
42:8, 42:14, 42:16
**NOTICES** [1] - 9:8
**noticing** [1] - 11:13
**November** [2] - 12:3,
40:12
**Number** [3] - 23:5,
23:7, 45:4
**number** [11] - 13:3,
25:11, 25:14, 26:14,
26:16, 28:2, 28:22,
28:24, 32:16, 32:17
**numbered** [1] - 51:18
**numbers** [18] - 23:6,
23:15, 23:25, 25:7,
26:19, 26:21, 26:25,
27:22, 27:24, 28:5,
28:11, 28:12, 29:4,
29:5, 47:16
**nutshell** [1] - 47:16
**NW** [1] - 5:9
**NY** [2] - 5:18, 6:14

**O**

**O'Keefe** [1] - 37:2
**O'KEEFE** [1] - 1:21
**O'ROURKE** [1] - 2:22
**object** [2] - 36:8, 42:7
**objection** [6] - 16:15,
20:6, 20:14, 25:24,
36:11, 46:19
**objections** [5] - 12:2,
17:2, 17:5, 26:5,
30:21
**obviously** [3] - 13:10,
32:21, 42:14
**occurs** [1] - 29:22
**Oceanographic** [1] -
43:1
**OF** [28] - 1:1, 1:5,
1:12, 2:15, 2:21,

2:22, 3:6, 7:7, 7:10,
7:13, 7:16, 7:17,
7:19, 7:22, 7:24,
8:22, 8:24, 8:25, 9:2,
9:4, 9:6, 9:8, 9:10,
9:14, 9:15
**offered** [1] - 46:22
**OFFICE** [1] - 3:3
**office** [1] - 34:7
**officer** [2] - 40:4, 40:6
**OFFICIAL** [1] - 6:22
**Official** [2] - 51:16,
51:24
**OFFSHORE** [2] - 4:7,
5:12
**OIL** [2] - 1:4, 1:4
**ON** [10] - 1:5, 7:5,
7:11, 7:24, 8:3, 8:25,
9:4, 9:6, 9:8, 9:12
**ONE** [1] - 1:24, 3:17,
6:17, 7:21, 8:20, 9:6,
9:18
**one** [27] - 10:18,
10:21, 10:23, 10:24,
11:3, 21:10, 23:10,
25:15, 26:13, 29:3,
29:18, 29:22, 31:25,
32:11, 33:7, 35:14,
35:16, 37:16, 39:7,
41:19, 41:20, 42:21,
48:18, 50:25, 51:2,
51:4, 51:8
**ongoing** [2] - 27:5,
27:9
**oops** [1] - 45:3
**open** [1] - 46:14
**opine** [1] - 50:5
**opposed** [3] - 39:6,
44:3, 49:7
**opposition** [1] - 39:21
**OR** [1] - 8:14
**order** [14] - 13:3, 13:6,
13:12, 14:9, 14:24,
14:25, 16:20, 17:12,
39:17, 41:22, 43:20,
43:21, 43:22, 44:2
**ORDER** [2] - 8:25,
10:4
**ORDER.....................
..........** [1] - 9:11
**original** [1] - 26:7
**ORLEANS** [12] - 1:7,
1:22, 1:25, 2:13, 3:8,
3:18, 4:11, 4:15, 5:6,
5:14, 5:22, 6:23
**OTHER** [1] - 8:16
**otherwise** [3] - 25:18,

43:17, 43:21
**OUR** [3] - 7:16, 8:4, 9:13
**ourselves** [1] - 11:7
**OUT** [1] - 8:8
**outflow** [1] - 47:14
**outlining** [1] - 22:23
**outstanding** [1] - 20:2
**overriding** [1] - 28:8
**owe** [1] - 15:13
**own** [3] - 34:1, 34:9, 41:14

**P**

**P.M** [1] - 9:12
**p.m** [1] - 44:9
**P.O** [1] - 2:23
**PAGE** [1] - 7:3
**page** [3] - 14:6, 24:18, 25:15
**PAN** [1] - 2:12
**PAPANTONIO** [1] - 2:3
**PARKWAY** [1] - 6:9
**part** [1] - 40:23
**participants** [2] - 10:8, 10:9
**particular** [1] - 29:12
**particularly** [1] - 20:21
**parties** [8] - 15:16, 16:3, 22:11, 30:20, 30:25, 35:14, 36:24, 42:9
**PARTIES** [2] - 8:2, 9:8
**parties'** [1] - 24:13
**party** [4] - 16:16, 20:5, 29:18, 42:16
**password** [3] - 33:24, 33:25, 34:12
**past** [1] - 14:3
**PAUL** [1] - 2:11
**pay** [1] - 29:12
**payments** [1] - 12:4
**PAYNE** [1] - 6:20
**payroll** [1] - 12:4
**PDF** [1] - 30:10
**pending** [2] - 13:14, 39:17
**PENDING** [1] - 8:25
**PENSACOLA** [1] - 2:5
**people** [6] - 27:23, 28:12, 43:12, 51:5
**Pepper** [2] - 51:15, 51:24
**PEPPER** [1] - 6:22
**percent** [1] - 42:4
**perfectly** [1] - 28:21
**perhaps** [2] - 13:19,

24:13
**period** [3] - 14:18, 33:17, 46:7
**permission** [2] - 35:17, 36:4
**person** [1] - 47:2
**persuasive** [1] - 45:18
**pertain** [1] - 48:18
**pertaining** [1] - 48:4
**PETROLEUM** [1] - 5:3
**Phase** [15] - 14:1, 15:8, 15:11, 15:12, 18:14, 19:5, 23:22, 23:23, 24:1, 34:24, 40:10, 41:2, 41:4, 42:9, 50:14
**phase** [2] - 50:1, 50:7
**PHASE** [5] - 7:11, 7:21, 8:20, 9:6, 9:9
**PHILLIP** [1] - 5:13
**phone** [5] - 10:8, 15:14, 16:1, 19:16
**phones** [1] - 34:4
**photos** [1] - 23:24
**picked** [1] - 46:5
**picture** [4] - 10:15, 11:2, 11:3, 11:4
**PIGMAN** [1] - 4:13
**PILLSBURY** [1] - 5:16
**PITTMAN** [1] - 5:16
**place** [2] - 35:16, 36:25
**PLACE** [2] - 1:24, 5:21
**Plaintiff** [1] - 49:24
**plaintiffs** [1] - 26:2
**PLAINTIFFS** [1] - 1:23
**PLAINTIFFS'** [1] - 1:16
**planning** [3] - 16:16, 44:5, 44:11
**PLAY** [1] - 7:18
**play** [1] - 19:2
**pleasure** [1] - 45:17
**point** [7] - 21:14, 29:22, 29:25, 30:6, 31:13, 40:20, 48:9
**points** [1] - 30:24
**POLK** [1] - 5:4
**position** [2] - 40:13, 49:23
**possible** [3] - 31:20, 36:15, 36:23
**possibly** [1] - 37:19
**posttrial** [1] - 29:7
**potential** [2] - 37:11, 48:24
**POTENTIAL** [1] - 8:22
**POYDRAS** [2] - 2:12, 3:17, 4:10, 5:6, 5:14, 6:23

**practices** [3] - 47:1, 47:3, 48:3
**precisely** [2] - 49:21, 50:18
**preliminary** [2] - 28:2, 28:23
**prepare** [1] - 43:22
**prepared** [3] - 14:10, 44:16, 51:5
**PRESENT** [1] - 6:20
**preservation** [1] - 16:19
**pretrial** [7] - 29:6, 29:10, 32:20, 32:24, 33:6, 43:20, 44:2
**PRETRIAL** [1] - 9:11
**primarily** [1] - 21:1
**print** [1] - 30:16
**priority** [1] - 41:1
**privileged** [3] - 12:21, 13:8, 18:12
**PRIVILEGED** [2] - 7:10, 7:15
**problem** [15] - 12:12, 14:11, 20:7, 21:17, 28:25, 29:24, 31:16, 36:10, 37:3, 37:17, 38:13, 43:17, 44:18, 49:2, 49:5
**procedural** [1] - 39:4
**procedures** [1] - 14:20
**PROCEEDINGS** [3] - 1:12, 6:25, 10:1
**proceedings** [2] - 51:11, 51:18
**process** [12] - 12:4, 24:2, 26:4, 27:5, 27:9, 28:4, 28:8, 41:9, 42:18, 49:1, 49:14, 50:23
**PROCTOR** [1] - 2:3
**procurement** [1] - 50:19
**produce** [1] - 30:25
**PRODUCED** [1] - 6:25
**produced** [6] - 14:8, 18:13, 22:20, 26:7
**PRODUCED..............**
**.................................**
[1] - 8:6
**producing** [1] - 31:5
**PRODUCTION** [3] - 3:11, 3:14, 7:17
**production** [2] - 14:1, 18:17
**PRODUCTS** [1] - 3:15
**Professional** [1] - 51:16
**proffered** [1] - 30:4
**progress** [1] - 18:18

**projected** [1] - 10:14
**proposal** [5] - 22:23, 23:2, 23:6, 36:16, 48:1
**propose** [2] - 41:14, 41:17
**PROPOSED** [1] - 8:21
**proposed** [11] - 13:3, 13:6, 13:12, 13:18, 14:24, 34:25, 40:15, 41:9, 46:20, 48:14, 48:15
**proposing** [2] - 25:10, 42:5, 49:18
**protocol** [1] - 12:1
**provide** [4] - 14:25, 26:16, 26:25
**providers** [1] - 48:24
**providing** [1] - 12:20
**PROVIDING** [1] - 7:10
**PSC** [19] - 7:23, 19:11, 20:19, 21:23, 22:5, 26:24, 30:8, 31:7, 34:18, 42:11, 49:18
**PSC's** [3] - 34:16, 39:24, 48:14
**PSC'S** [2] - 8:17, 9:4
**PTO** [1] - 14:21
**PUBLICLY** [1] - 8:10
**publicly** [8] - 29:23, 30:7, 30:12, 30:14, 30:19, 30:25, 31:7
**published** [2] - 47:15, 50:5
**pun** [1] - 20:8
**purposes** [5] - 20:22, 21:13, 26:5, 40:16, 43:15
**pursuant** [1] - 42:23
**push** [2] - 13:21, 41:11
**put** [4] - 27:10, 33:21, 37:1, 48:1
**putting** [4] - 27:7, 30:9, 41:9

**Q**

**questions** [1] - 24:19
**quibbling** [1] - 29:22
**quick** [2] - 35:6, 51:10
**QUIP** [1] - 6:8
**quite** [1] - 14:23

**R**

**RAFFERTY** [1] - 2:3
**raise** [3] - 30:21,

33:14, 37:10
**raised** [3] - 13:16, 37:11, 43:19
**ran** [1] - 25:14
**range** [7] - 24:20, 24:22, 24:25, 25:11, 25:14, 27:14
**ranging** [1] - 50:12
**rate** [9] - 47:15, 47:16, 48:19, 48:21, 49:2, 49:13, 50:2, 50:6, 50:13
**rather** [1] - 36:22
**RE** [1] - 1:4
**re** [1] - 37:10
**re-raise** [1] - 37:10
**reach** [3] - 21:25, 29:15, 37:25
**REACH** [1] - 8:8
**reached** [1] - 15:18
**read** [1] - 47:24
**readjusting** [1] - 14:19
**ready** [1] - 16:2
**real** [1] - 49:19
**realistic** [2] - 29:21, 31:15
**really** [7] - 10:17, 14:10, 27:25, 29:1, 46:1, 46:15, 48:11
**Realtime** [1] - 51:15
**REALTIME** [1] - 6:22
**Rear** [1] - 10:15
**reason** [4] - 14:7, 27:12, 29:18, 29:20
**reasonable** [4] - 23:1, 25:22, 25:25, 46:10
**REBUTTAL** [1] - 8:21
**rebuttal** [2] - 33:12, 35:1
**receive** [1] - 12:1
**received** [1] - 39:21
**recently** [3] - 42:24, 42:25, 43:5
**record** [12] - 12:17, 21:18, 28:22, 28:23, 34:13, 44:6, 44:11, 44:22, 51:9, 51:18
**RECORDED** [1] - 6:25
**recovered** [1] - 14:4
**reduces** [1] - 13:3
**reference** [3] - 25:6, 27:14, 45:6
**REFERENCED** [1] - 9:19
**referenced** [1] - 51:4
**referred** [1] - 25:12
**referring** [1] - 27:22
**regard** [1] - 20:2
**regarding** [4] - 12:11, 34:17, 35:6, 37:11

**REGARDING** [1] - 8:19

**Registered** [2] - 51:15, 51:16

**regulations** [1] - 50:21

**regulatory** [1] - 34:17

**REGULATORY** [1] - 8:19

**reintroduced** [1] - 29:4

**relates** [1] - 46:17

**RELATES** [1] - 1:9

**relation** [1] - 13:4

**relative** [3] - 18:17, 22:19, 32:2

**RELATIVE** [2] - 7:17, 8:5

**relevant** [6] - 48:10, 49:6, 49:19, 49:20, 50:14

**reliance** [1] - 31:14

**relieve** [1] - 30:8

**remaining** [1] - 22:12

**REMAINING** [1] - 8:3

**remember** [1] - 48:12

**RENAISSANCE** [1] - 4:19

**replace** [1] - 26:13

**replies** [1] - 32:19

**reply** [4] - 32:13, 34:18, 45:16, 45:19

**report** [14] - 11:11, 12:20, 13:24, 18:17, 18:19, 18:23, 19:7, 22:5, 22:7, 28:18, 31:13, 40:9, 42:19, 50:10

**REPORT** [1] - 9:6

**REPORT.....................
........................** [1] - 7:23

**reported** [1] - 32:3

**Reporter** [6] - 51:15, 51:16, 51:16, 51:24

**REPORTER** [2] - 6:22, 6:22

**REPORTER'S** [1] - 51:14

**reports** [4] - 11:20, 11:22, 32:2

**REPORTS............** [1] - 8:12

**representative** [1] - 48:13

**REQUEST** [3] - 7:5, 7:7, 9:4

**request** [14] - 11:9, 11:17, 13:14, 35:6, 35:15, 35:17, 36:17, 36:24, 37:24, 39:24,

46:23, 47:21, 50:6, 50:15

**requested** [3] - 35:13, 47:13, 48:1

**requests** [2] - 12:12, 12:13

**require** [2] - 43:20, 47:22

**required** [1] - 48:2

**reschedule** [3] - 38:20, 39:1

**rescheduled** [1] - 37:19

**RESCHEDULING** [1] - 8:22

**rescheduling** [2] - 37:9, 37:11

**reserving** [1] - 42:14

**resolution** [2] - 33:2, 39:17

**RESOLUTION** [1] - 8:25

**resolved** [2] - 11:17, 11:23

**RESOLVED** [1] - 7:7

**respect** [3] - 14:25, 21:23, 50:2

**respond** [4] - 13:15, 17:19, 32:10, 38:11

**responded** [2] - 46:19, 51:3

**responder** [1] - 16:9

**RESPONSE** [2] - 6:12, 8:17

**response** [7] - 16:25, 20:6, 34:15, 34:20, 40:17, 45:8, 45:9

**RESPONSES** [1] - 9:15

**responses** [3] - 32:12, 32:19, 44:24

**result** [1] - 13:22

**retention** [1] - 48:7

**retirement** [2] - 10:16, 11:5

**revised** [1] - 16:8

**revising** [1] - 13:13

**revision** [1] - 17:22

**RFAs** [2] - 13:15, 13:23

**RFP** [1] - 48:23

**RFPs** [1] - 48:18

**RICHESON** [1] - 5:5

**RIG** [1] - 1:4

**rights** [1] - 42:14

**RMR** [2] - 6:22, 51:24

**Rob** [6] - 15:23, 42:20, 44:12, 46:18, 47:10, 48:5

**Rob's** [1] - 46:25

**ROBERT** [1] - 4:3

**roll** [2] - 16:2, 41:15

**rolling** [3] - 11:7, 35:13, 36:25

**ROME** [1] - 6:12

**RONQUILLO** [2] - 4:17, 4:21

**ROOM** [2] - 2:18, 6:23

**ROY** [2] - 1:17, 1:17

**rule** [1] - 33:15

**Rule** [2] - 42:17, 43:1

**rules** [2] - 30:24, 40:6

**running** [1] - 24:18

**RYAN** [1] - 3:22

---

**S**

---

**S-H-U-T-L-E-R** [1] - 18:5

**S./PSC/States** [1] - 19:19

**SABINS** [1] - 8:24

**Sabins** [2] - 39:14, 39:16

**Safety** [1] - 11:9

**SAFETY** [1] - 7:5

**SALLY** [1] - 1:12

**SAN** [1] - 2:19

**sanctions** [1] - 45:9

**Sarah** [9] - 10:11, 12:19, 13:24, 14:6, 16:13, 16:24, 17:3, 47:20, 49:22

**SARAH** [1] - 2:17

**satisfy** [1] - 26:4

**saw** [1] - 37:22

**scannable** [1] - 30:10

**schedule** [7] - 19:3, 33:20, 34:25, 35:1, 35:7, 44:23, 46:13

**SCHEDULE** [2] - 8:21, 9:14

**scheduled** [8] - 16:10, 33:13, 35:10, 35:12, 35:22, 35:24, 36:19, 37:14

**schedules** [1] - 46:14

**scheduling** [2] - 37:9, 37:20

**SCHELL** [1] - 5:4

**SCOFIELD** [1] - 6:4

**Scofield** [1] - 37:10

**scrubbing** [1] - 40:16

**seat** [1] - 10:8

**second** [2] - 35:11, 50:25

**SECTION** [1] - 2:21

**SECURITIES** [1] - 7:8

**Securities** [1] - 11:18

**see** [29] - 10:14, 11:8, 11:14, 12:19, 13:11, 14:24, 17:18, 20:7, 23:3, 25:24, 26:1, 26:18, 30:20, 33:14, 33:23, 37:2, 37:23, 37:24, 38:14, 38:22, 39:23, 40:9, 40:22, 43:12, 44:15, 44:20, 46:24, 50:1, 50:10

**seek** [1] - 24:13

**seeking** [2] - 50:4, 50:11

**seem** [1] - 25:1

**seeking** [1] - 25:1

**sensitive** [1] - 38:16

**sent** [6] - 12:17, 12:23, 13:5, 22:22, 38:15, 46:18

**series** [1] - 26:21

**serve** [1] - 42:25

**served** [2] - 18:13, 42:24

**service** [2] - 42:8, 48:24

**SERVICE** [1] - 9:8

**SERVICES** [1] - 4:17

**set** [4] - 32:18, 40:12, 40:14, 51:5

**sets** [1] - 13:4

**seven** [1] - 32:1

**several** [2] - 24:17, 35:16

**share** [1] - 31:18

**Sharon** [4] - 15:13, 15:17, 18:3

**SHAW** [1] - 5:16

**SHELL** [1] - 3:17

**shocked** [1] - 34:3

**short** [2] - 16:8, 37:16

**shortly** [1] - 40:2

**shot** [2] - 20:5, 20:12

**show** [3] - 11:16, 28:24, 49:6

**shown** [1] - 30:1

**SHUSHAN** [1] - 1:12

**Shutler** [2] - 15:13, 18:5

**SHUTLER** [2] - 15:18, 18:5

**side** [1] - 41:10

**signature** [1] - 16:20

**simply** [1] - 25:4

**single** [1] - 28:16

**situation** [2] - 24:19, 25:14

**six** [3] - 32:1, 34:25, 35:6

**skip** [1] - 45:1

**skipped** [2] - 39:20, 45:4

**slightly** [1] - 42:2

**slotted** [1] - 14:10

**smaller** [1] - 14:18

**smell** [1] - 50:2

**smile** [1] - 12:6

**smoothly** [1] - 15:7

**so..** [1] - 34:4

**sometime** [1] - 16:17

**sooner** [2] - 32:22, 43:14

**sorry** [4] - 10:13, 15:23, 15:24, 32:9

**sound** [1] - 37:3

**SOUNDS** [1] - 7:25

**sounds** [2] - 22:10, 25:25

**SOUTH** [1] - 2:4

**speaker** [1] - 21:17

**speakers** [2] - 20:7, 20:8

**speaking** [1] - 23:21

**specifically** [2] - 21:7, 26:25

**spell** [1] - 18:3

**SPILL** [2] - 1:4, 6:11

**spoliation** [1] - 45:24

**SQUARE** [1] - 3:17

**ST** [2] - 5:21, 5:22

**stack** [3] - 11:25, 12:1, 12:11

**STACK.................
........** [1] - 7:9

**stamp** [2] - 23:25, 24:1

**stamped** [1] - 24:2

**stand** [2] - 18:10, 21:7

**start** [8] - 13:18, 13:21, 14:2, 14:16, 15:1, 17:10, 36:4, 36:18

**started** [1] - 42:18

**starting** [1] - 14:13

**STATE** [3] - 3:3, 3:6, 7:16

**state** [1] - 34:2

**State** [1] - 18:16

**statement** [1] - 21:24

**STATES** [3] - 1:1, 1:13, 2:21

**States** [3] - 21:2, 51:16, 51:25

**status** [4] - 19:12, 40:10, 41:8, 45:6

**STATUS** [2] - 1:12, 9:6

**stays** [1] - 12:4
**stealing** [1] - 34:10
**Steering** [1] - 49:25
**STEFANIE** [1] - 4:18
**STENOGRAPHY** [1] -
6:25
**step** [1] - 15:17
**STEPHEN** [1] - 1:21
**STERBCOW** [2] -
2:11, 2:11
**Steve** [7] - 24:11, 26:2,
26:12, 27:9, 29:13,
31:11, 37:8
**STEVEN** [2] - 2:22, 6:5
**Stick** [1] - 44:7
**STICK** [1] - 9:12
**still** [3] - 27:21, 33:13,
34:3
**stipulations** [9] -
15:11, 15:12, 16:6,
40:10, 40:13, 40:15,
41:5, 41:10, 41:15
**STIPULATIONS......**
[1] - 9:6
**STIPULATIONS.........**
...... [1] - 7:11
**STIPULATIONS.........**
............................
[1] - 7:12
**STONE** [1] - 4:13
**STRADLEY** [1] - 6:16
**straight** [1] - 22:7
**STREET** [16] - 1:18,
1:25, 2:4, 2:12, 3:8,
3:17, 4:4, 4:10, 4:14,
4:19, 5:6, 5:9, 5:14,
6:5, 6:17, 6:23
**strive** [1] - 13:10
**study** [1] - 47:24
**stuff** [4] - 30:14, 31:3,
36:13, 40:21
**subject** [3] - 16:3,
17:22, 18:1
**submission** [1] - 32:5
**submissions** [1] -
32:24
**submit** [1] - 16:16
**submitted** [4] - 16:20,
26:8, 26:9, 43:25
**subpoena** [1] - 43:1
**subpoenas** [1] - 42:17
**substitute** [2] - 25:11,
28:5
**substitution** [1] - 22:6
**SUBSTITUTION** [1] -
7:24
**sufficient** [1] - 42:6
**suggest** [1] - 19:6
**suggested** [1] - 14:24
**suggesting** [1] - 49:8

**suggestion** [1] - 46:3
**SUITE** [9] - 1:25, 2:4,
2:12, 3:18, 4:19,
4:22, 5:6, 5:14, 6:5
**SUMMARY** [1] - 9:10
**summary** [2] - 43:4,
43:7, 43:9
**supplied** [2] - 23:6,
23:8
**supposed** [4] - 11:8,
11:14, 34:6, 40:9
**surprised** [2] - 14:23,
24:6
**surprising** [1] - 27:11
**Susan** [1] - 10:15
**suspect** [2] - 23:22,
27:6
**suspended** [1] - 39:17
**SUSPENDED** [1] -
8:24
**Swizzle** [1] - 44:7
**SWIZZLE** [1] - 9:12
**sword** [2] - 10:17,
10:21
**system** [1] - 14:21

## T

**tab** [5] - 27:22, 28:11,
28:13, 28:24, 28:25
**Tab** [1] - 28:14
**tabs** [1] - 28:21
**talks** [1] - 46:25
**TARTER** [1] - 6:3
**team** [4] - 16:24, 17:4,
35:14, 36:24
**teams** [1] - 36:13
**techniques** [1] - 47:23
**technology** [2] -
48:19, 48:21
**TERMS** [1] - 9:15
**terms** [4] - 33:5,
44:24, 46:10, 46:13
**terrific** [1] - 18:15
**TESSIER** [1] - 5:12
**testified** [1] - 25:3
**testify** [2] - 47:3, 47:22
**TESTIMONY** [2] -
8:18, 9:4
**testimony** [9] - 21:13,
24:24, 27:13, 32:16,
33:16, 34:16, 39:24,
50:6, 50:12
**TESTIMONY..............**
... [1] - 8:14
**testing** [3] - 23:22,
23:24, 47:14
**TEXAS** [1] - 6:10
**THAT** [10] - 7:18, 7:25,

8:2, 8:3, 8:5, 8:25,
9:14, 9:18
**THE** [175] - 1:4, 1:5,
1:12, 1:16, 1:23,
2:15, 2:21, 3:6, 6:13,
7:5, 7:7, 7:8, 7:9,
7:10, 7:11, 7:13,
7:16, 7:19, 7:22,
7:24, 8:2, 8:17, 8:24,
8:25, 9:2, 9:4, 9:6,
9:8, 9:10, 9:12, 9:14,
9:18, 10:7, 10:11,
10:13, 10:22, 10:25,
11:2, 11:13, 11:22,
11:25, 12:7, 12:10,
13:1, 13:24, 15:3,
15:9, 15:21, 16:5,
16:12, 16:18, 16:22,
17:3, 17:15, 17:22,
17:24, 17:25, 18:6,
18:8, 18:11, 18:15,
18:25, 19:14, 19:17,
20:1, 20:11, 20:13,
20:18, 21:12, 21:21,
22:3, 22:9, 22:15,
22:17, 22:24, 23:9,
23:16, 23:19, 24:5,
24:9, 24:11, 25:10,
25:25, 26:10, 27:2,
27:11, 27:23, 28:1,
28:20, 29:8, 29:11,
30:22, 31:9, 31:16,
31:24, 32:6, 32:9,
32:12, 33:10, 33:11,
33:21, 34:1, 34:5,
34:8, 34:12, 34:15,
34:23, 35:20, 35:24,
36:6, 36:8, 36:10,
36:19, 36:22, 37:1,
37:6, 37:13, 37:22,
38:4, 38:6, 38:8,
38:13, 38:18, 38:23,
38:25, 39:3, 39:9,
39:11, 39:12, 39:13,
40:7, 40:9, 40:24,
41:2, 41:13, 41:20,
41:23, 42:2, 42:5,
42:19, 42:22, 43:3,
44:18, 45:1, 45:2,
45:3, 45:11, 45:14,
45:17, 45:21, 45:23,
46:1, 46:4, 46:8,
46:9, 46:13, 46:16,
47:5, 47:20, 48:5,
49:14, 49:22, 50:15,
50:24, 51:7
**themselves** [1] - 49:10
**THERE** [1] - 8:1
**they've** [2] - 20:9,
47:23

**THIRD** [1] - 9:8
**third** [3] - 42:9, 42:16,
45:6
**THIS** [4] - 1:9, 7:6, 8:8,
9:15
**THOMAS** [1] - 2:3
**three** [5] - 31:25,
41:23, 48:19, 48:20,
49:11
**Thursday** [2] - 14:2,
44:8
**THURSDAY** [1] - 9:12
**tif** [1] - 30:10
**titled** [1] - 11:12
**TO** [11] - 1:9, 7:17, 8:4,
8:5, 8:8, 8:12, 8:17,
8:18, 9:12, 10:4
**today** [11] - 10:14,
11:8, 34:1, 34:15,
34:20, 35:16, 38:16,
42:10, 42:19, 45:7,
45:12
**TODAY** [1] - 8:17
**together** [6] - 27:7,
27:8, 31:6, 32:11,
41:9, 48:2
**took** [1] - 28:8
**top** [3] - 11:3, 11:4,
41:1
**Topic** [1] - 46:20
**TOPIC** [1] - 9:18
**topic** [3] - 44:14,
47:21, 51:4
**TORTS** [1] - 2:16
**touch** [1] - 50:2
**TOWER** [2] - 2:8, 4:19
**TRANSCRIPT** [2] -
1:12, 6:25
**transcript** [2] - 25:5,
27:17, 51:17
**translated** [2] - 21:14,
21:15
**translation** [5] - 19:6,
19:23, 20:3, 20:14,
20:24
**TRANSLATION.........**
........ [1] - 7:22
**translations** [6] - 19:7,
19:21, 19:23, 20:21,
21:1, 21:24
**translator** [1] - 21:8
**translators** [1] - 21:3
**TRANSOCEAN** [3] -
4:6, 4:7, 4:8
**Transocean** [3] -
11:12, 22:21, 32:3
**trash** [1] - 16:14
**TRASH** [1] - 7:14
**treatise** [1] - 30:1
**trial** [10] - 26:16, 27:8,

28:10, 29:3, 29:4,
29:6, 33:2, 33:16,
44:5, 44:11
**Trial** [2] - 26:18, 28:18
**troops** [1] - 45:5
**true** [3] - 17:23, 47:2,
51:17
**try** [8] - 25:1, 25:22,
26:4, 26:6, 28:3,
29:9, 41:4, 43:24
**TRYING** [1] - 8:8
**trying** [6] - 27:16,
28:4, 28:10, 29:15,
41:11, 43:16
**turned** [1] - 14:21
**two** [5] - 13:19, 23:5,
26:4, 31:25, 48:19
**TWO** [2] - 7:11, 9:9
**Two** [7] - 14:1, 15:11,
15:12, 18:14, 23:22,
42:9, 50:14
**TX** [4] - 4:20, 4:23,
6:6, 6:18

## U

**U.S** [3] - 2:15, 2:22,
5:20
**ultimately** [1] - 30:3
**unclear** [1] - 12:24
**under** [3] - 32:1, 32:4
**Underhill** [3] - 19:15,
23:17, 23:19
**UNDERHILL** [9] -
2:16, 19:15, 19:18,
20:4, 20:12, 21:10,
21:13, 23:17, 23:20
**Underhill's** [1] - 21:24
**UNDERSTAND** [1] -
8:1
**understandably** [1] -
40:21
**understatement** [2] -
40:22, 41:3
**understood** [1] -
20:13
**United** [3] - 21:2,
51:16, 51:25
**UNITED** [3] - 1:1, 1:13,
2:21
**unless** [1] - 28:13
**unopposed** [1] - 16:16
**unresolved** [2] - 40:4,
40:6
**unring** [1] - 24:7
**UNTIL** [1] - 8:17
**up** [27] - 11:16, 12:19,
14:9, 14:19, 16:11,
18:10, 21:24, 22:5,

24:14, 25:5, 25:19, 27:12, 27:16, 29:6, 29:7, 30:17, 32:23, 34:18, 39:19, 43:6, 43:8, 44:20, 45:4, 47:5, 47:7, 48:2
**UPDATE** [3] - 7:5, 7:11, 9:4
**update** [4] - 11:9, 15:10, 39:24, 41:7
**updates** [1] - 14:17
**upgraded** [1] - 34:2
**upscale** [1] - 34:4

### V

**VA** [1] - 2:9
**various** [1] - 13:15
**version** [6] - 25:6, 25:12, 26:7, 26:22, 27:3, 30:20
**versions** [1] - 24:17
**video** [1] - 12:12
**videographer** [1] - 12:15
**videos** [1] - 12:14
**view** [1] - 31:14
**views** [1] - 50:5

### W

**wait** [2] - 17:11, 51:6
**WALKER** [2] - 2:7, 5:20
**wall** [1] - 10:14
**WALTHER** [1] - 4:13
**wants** [5] - 18:20, 26:1, 37:21, 38:8, 41:14
**WARE** [1] - 6:8
**WARREN** [1] - 5:9
**WAS** [2] - 8:7, 8:25
**WASHINGTON** [3] - 2:23, 4:4, 5:10
**WATERSIDE** [1] - 2:8
**ways** [1] - 44:17
**WE** [3] - 7:16, 7:18, 8:8
**WE'VE** [2] - 7:7, 7:25
**wearing** [1] - 10:17
**Weatherford** [3] - 35:6, 35:7, 40:14
**WEATHERFORD** [1] - 5:20
**Wednesday** [2] - 14:4, 18:13
**week** [19] - 13:6, 13:12, 14:3, 15:2,

16:17, 16:21, 19:20, 22:20, 24:25, 25:15, 33:22, 34:21, 34:25, 35:6, 38:17, 44:24, 51:6, 51:8
**WEEK** [1] - 9:15
**weekend** [1] - 19:4
**weeks** [2] - 41:23, 42:1
**WEIGEL** [1] - 6:12
**WEINER** [1] - 5:5
**welcome** [4] - 12:7, 18:25, 37:6, 39:3
**wellhead** [1] - 50:13
**WERE** [2] - 7:18, 9:15
**whatsoever** [1] - 21:17
**WHEREUPON** [1] - 51:11
**WHETHER** [1] - 8:8
**WHICH** [2] - 7:19, 8:7
**whichever** [1] - 44:17
**WHITELEY** [1] - 3:7
**whole** [2] - 28:4, 31:5
**wi** [2] - 34:1, 34:9
**wi-fi** [1] - 34:9
**WILL** [2] - 8:3, 8:24
**WILLIAM** [3] - 5:21, 6:4, 6:16
**windows** [1] - 38:1
**winning** [1] - 49:9
**WINTHROP** [1] - 5:16
**wise** [1] - 33:3
**WITH** [2] - 7:16, 7:24
**withdrawal** [1] - 39:20
**WITHDRAWAL** [1] - 9:2
**withdrawn** [1] - 39:22
**witness** [2] - 24:19, 35:21
**witnesses** [3] - 13:5, 14:9, 21:14
**WITTMANN** [1] - 4:13
**won** [1] - 49:3
**wonder** [2] - 10:18, 37:10
**wondered** [1] - 13:19
**Woods** [15] - 43:1, 44:14, 46:18, 46:24, 47:2, 47:11, 47:22, 48:1, 48:17, 49:12, 49:25, 50:5, 50:9
**WOODS** [1] - 9:17
**word** [1] - 33:3
**worded** [2] - 46:22, 47:21
**wording** [2] - 48:14, 48:15
**WORKING** [1] - 7:24
**works** [1] - 38:14

**world** [1] - 49:19
**WORLDWIDE** [1] - 7:24
**Worldwide** [3] - 22:6, 30:3, 30:11
**worry** [2] - 48:11, 48:12
**worth** [1] - 31:11
**wrapped** [1] - 16:11
**WRIGHT** [1] - 1:17

### Y

**y'all** [1] - 10:18
**Year's** [2] - 46:2, 46:6
**yesterday** [1] - 39:18
**YESTERDAY.............**
**.........................** [1] - 9:1
**YET** [1] - 8:5
**York** [3] - 24:12, 31:18, 33:5
**YORK** [27] - 4:22, 5:18, 6:14, 10:23, 16:23, 24:10, 24:12, 25:13, 26:12, 26:24, 27:4, 27:12, 31:18, 31:23, 33:5, 33:12, 36:11, 38:3, 38:10, 39:4, 41:7, 44:22, 45:5, 45:12, 45:15, 45:18, 46:12
**yourself** [1] - 10:12