# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | Section: J |
| THIS DOCUMENT RELATES: | |
| *All Cases and 2:10-CV-2771* | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |
| _____ / | |

## ORDER

Considering the Motion for Acceptance of Limitation Short Form Joinders Filed Beyond the September 16, 2011, Deadline and Supporting Memorandum of Law:

It is ORDERED that the Motion for Acceptance of Limitation Short Form Joinders Filed Beyond the September 16, 2011, Deadline is hereby GRANTED and all Short Form Joinders filed by the Plaintiffs listed on the attached Exhibit A into the record of Civil Action No. 10-8888 shall be considered timely filed in the Transocean Limitation (Civil Action No. 10-2771).

Signed this _____ day of _____, 2012.

_____
Honorable Carl J. Barbier, U.S. District Court Judge

# EXHIBIT A

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT # |
|---|---|---|
| Keath Ladner | 9/29/2011 | 108919 |
| Kirk D. Ladner | 9/29/2011 | 108920 |
| George H. Reno | 10/5/2011 | 109067 |
| George T. Reno | 10/5/2011 | 109068 |
| John Patrick Treadaway Jr. | 10/5/2011 | 109069 |
| Sandy A. Reno | 10/5/2011 | 109070 |
| Darrell Domangue | 10/6/2011 | 109097 |
| Clark M. Fontaine | 10/6/2011 | 109100 |
| Darryl Frelich | 10/6/2011 | 109101 |
| Harold J. Pierce Jr. | 10/6/2011 | 109103 |
| Robert E. Mayne | 10/6/2011 | 109118 |
| Ricky J. Trahan | 10/6/2011 | 109119 |
| Craig Authement | 10/6/2011 | 109121 |
| Ranzell Joseph Domangue Jr. | 10/6/2011 | 109123 |
| Cuzan Services, LLC | 10/6/2011 | 109126 |
| Curtis Paul Domangue | 10/6/2011 | 109128 |
| Jody J. Guy | 10/6/2011 | 109142 |
| Jordan Picou d/b/a JS&L II | 10/14/2011 | 109200 |
| Jeffrey Straus MD | 10/14/2011 | 109226 |
| Sterling Paul Martin | 10/18/2011 | 109258 |
| George E. Picard | 10/18/2011 | 109260 |
| Jimmie Earl Rowell | 10/19/2011 | 109261 |
| Fishing with T Ball | 10/26/2011 | 109316 |
| Timothy R. Carver | 10/26/2011 | 109317 |
| Slabic Oysters, LLC | 11/1/2011 | 109425 |
| Mario Popich | 11/2/2011 | 109426 |
| Godfrey Cadiere Jr. | 11/16/2011 | 109620 |
| Jack Louis Bergeron | 11/16/2011 | 109621 |
| Kevin Michael Hebert | 11/16/2011 | 109622 |
| Elaine Stratton | 11/16/2011 | 109624 |
| Ernest Stratton | 11/16/2011 | 109625 |
| Terry W. Lee | 11/16/2011 | 109626 |
| MKB, Inc. d/b/a West End Restaurant | 11/22/2011 | 109645 |
| Dwayne Kenny | 12/14/2011 | 110183 |
| Alice Griffin | 12/27/2011 | 110306 |
| Todd Raymond LaValla | 1/13/2012 | 110592 |
| Crew Service Marine Personnel of LA., Inc. | 1/25/2012 | 110835 |
| Gary C. Bonadonna | 2/3/2012 | 111005 |
| Brian M. Territo | 2/3/2012 | 111006 |
| Gerald T. Chassion, LLC d/b/a Wiggins Seafood | 2/3/2012 | 111007 |
| Corbert J. Plaisance Sr. | 2/3/2012 | 111008 |
| Alfred Daigle | 2/3/2012 | 111010 |

| Name | Date | Number |
|---|---|---|
| Edward E. Floyd | 2/3/2012 | 111011 |
| Joel Floyd | 2/3/2012 | 111012 |
| Margaret Floyd | 2/3/2012 | 111013 |
| Allen J. Gros | 2/3/2012 | 111014 |
| Hotel Dixie of Morgan City, Inc. | 2/3/2012 | 111015 |
| Elton J. Landry | 2/3/2012 | 111016 |
| Victor J. Pisani Sr. | 2/3/2012 | 111017 |
| Tina's Cafe, LLC d/b/a Wiggins Seafood #2 | 2/3/2012 | 111019 |
| Mark J. Bergeron Sr. | 2/7/2012 | 111056 |
| Mark Brockhoeft | 2/7/2012 | 111057 |
| Custom Iron Works, LLC | 2/7/2012 | 111058 |
| Timmy Scott Duval | 2/7/2012 | 111059 |
| Fontenot's Precision Iron Works | 2/7/2012 | 111060 |
| Brent J. Gros | 2/7/2012 | 111061 |
| Delmas Gray Guthrie | 2/7/2012 | 111062 |
| Pell Bros. Inc. d/b/a Capt. Pell's Fairfax Crabhouse | 2/7/2012 | 111063 |
| Bertha Faye Pellegrin | 2/7/2012 | 111064 |
| Ardy's Oyster's Inc. (formerly T&A Oyster) | 2/7/2012 | 111066 |
| Gerald A. Turlich Jr. | 2/7/2012 | 111068 |
| Captain Chad, LLC | 2/17/2012 | 111341 |
| Harold J. Treadaway Jr. | 2/17/2012 | 111342 |
| Lady Ella, LLC | 2/17/2012 | 111343 |
| Master Shane, LLC | 2/17/2012 | 111344 |
| R&D Oysters, Inc. | 2/22/2012 | 111464 |
| Robert Monsted | 2/22/2012 | 111465 |
| Deanna Singleton | 2/22/2012 | 111515 |
| Craig Johnson, Jr. | 2/22/2012 | 111513 |
| Charles Walton | 2/22/2012 | 111544 |
| Hall Real Estate Management Company, LLC | 2/22/2012 | 111545 |
| Jane Hall | 2/22/2012 | 111546 |
| Patricia Alley | 2/22/2012 | 111547 |
| William L. Hall, III | 2/22/2012 | 111548 |
| Jacqueline Blair | 2/23/2012 | 111595 |
| Eugene A. Hickman | 2/23/2012 | 111651 |
| TLC Novelty Co., Inc. | 2/23/2012 | 111653 |
| | | |
| Jody J. Guy, Amending Doc. Number 109142 | 10/10/2011 | 109149 |
| Mario Popich, Amending Doc. Number 109426 | 2/3/2012 | 111018 |