# Exhibit 2

# Tsekerides, Theodore

| | |
|---|---|
| **From:** | Steve Herman <SHERMAN@hhkc.com> |
| **Sent:** | Sunday, February 12, 2012 8:48 PM |
| **To:** | 'Sally_Shushan@laed.uscourts.gov' |
| **Cc:** | Jim Roy; dsc2179@liskow.com; liaison2179@liskow.com; Mike.Underhill@usdoj.gov; CMaze@ago.state.al.us; Trey Phillips (treyphillipsdwh@ag.state.la.us); Mike_OKeefe@laed.uscourts.gov |
| **Subject:** | BP Oil - Limited B3 Discovery Track |

Dear Judge Shushan,

Given the developments which have occurred since the original scheduling Order was entered, and the focus of the Court and most parties' attention on the Phase One Trial, we would respectfully suggest that the existing limited B3 schedule be pushed back, if not vacated altogether.

Respectfully submitted,
Plaintiffs Liaison Counsel

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.