# Exhibit 3

# Tsekerides, Theodore

**From:** Tsekerides, Theodore
**Sent:** Sunday, February 12, 2012 10:12 PM
**To:** 'Steve Herman'; 'Sally_Shushan@laed.uscourts.gov'
**Cc:** Jim Roy; dsc2179@liskow.com; liaison2179@liskow.com; Mike.Underhill@usdoj.gov; CMaze@ago.state.al.us; Trey Phillips (treyphillipsdwh@ag.state.la.us); Mike_OKeefe@laed.uscourts.gov; 'MARY.ROSE.ALEXANDER@lw.com'; 'Thomas.Heiden@lw.com'; 'Weigel, Alan M.'; 'pokeefe@monbar.com'; 'Jed Mestayer'; 'Frank Neuner'; 'Ben Mayeaux'; 'lmcaloon@glllaw.com'; 'mcangelosi@glllaw.com'; 'Philip Brooks'; 'Cherry, Darrell K.'; 'George E. Crow'; 'hflanagan@flanaganpartners.com'; 'sbrady@flanaganpartners.com'; 'Kevin R. Tully'; 'myellin@dkslaw.com'; 'Stephen Pesce'; 'H. Carter Marshall'; 'Gregory S. LaCour'; 'John Galloway'; Francis MCGOVERN (MCGOVERN@law.duke.edu); Lyle, Michael; Grabill, Jeremy; Simson, Sylvia
**Subject:** RE: BP Oil - Limited B3 Discovery Track

Dear Judge Shushan,

Mr. Herman's request is, frankly, outrageous given the months we have spent working under the Court's order regarding limited B3 Discovery. The time to have objected to proceeding with the limited B3 discovery was back in October, 2011 when discovery for the limited purpose of renewing the Clean-Up Responder Defendants' preemption and immunity arguments was first raised. Since that time we have worked out stipulations with the United States and have produced (and continue to produce) thousands of documents in connection with the schedule set forth by the Court. Nothing has changed to warrant abandoning this procedure and nothing supports vacating this Court's prior orders relating to limited B3 discovery. The PSC has over 300 lawyers working on this case, surely all of them are not working on the upcoming Phase One trial. In any event, the PSC was well aware of the trial date when the limited B3 discovery schedule was put in place. The fact that the PSC does not want to deal with these issues now because it has other things it would rather focus on is no reason to deviate from a process that has been in place for several months. The Clean-Up Responder Defendants have been operating under the limited B3 discovery schedule in good faith, and the plaintiffs and the PSC should do the same.

We respectfully request that the PSC's "suggestions" be rejected outright and that the limited B3 discovery proceed as set out in this Court's order (Doc 5000). Given the PSC's obvious efforts to derail the process this Court has put in place, we suggest that a conference call with the Court to discuss the open B3 discovery issues we have previously raised would make sense. Of course, we will be guided by the Court's directions and will make ourselves available at the Court's convenience.

Respectfully,


-----Original Message-----
From: Steve Herman [mailto:SHERMAN@hhkc.com]
Sent: Sunday, February 12, 2012 8:48 PM
To: 'Sally_Shushan@laed.uscourts.gov'
Cc: Jim Roy; dsc2179@liskow.com; liaison2179@liskow.com; Mike.Underhill@usdoj.gov; CMaze@ago.state.al.us; Trey Phillips (treyphillipsdwh@ag.state.la.us); Mike_OKeefe@laed.uscourts.gov
Subject: BP Oil - Limited B3 Discovery Track

Dear Judge Shushan,

Given the developments which have occurred since the original scheduling Order was entered, and the focus of the Court and most parties' attention on the Phase One Trial, we would respectfully suggest that the existing limited B3 schedule be pushed back, if not vacated altogether.

Respectfully submitted,
Plaintiffs Liaison Counsel



CONFIDENTIAL ATTORNEY WORK PRODUCT

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.