**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:   OIL SPILL by the OIL RIG
          "DEEPWATER HORIZON" in the
          GULF OF MEXICO, on
          APRIL 20, 2010

THIS DOCUMENT RELATES TO:

*ALL CASES IN PLEADING BUNDLE*
*SECTION III.B(3)*

MDL NO. 2179

SECTION: J

JUDGE BARBIER
MAG. JUDGE SHUSHAN

## ORDER

IT IS ORDERED that Plaintiffs' Motion for Leave to Amend Master Complaint (Rec. Doc. 5718) is GRANTED IN PART and DENIED IN PART such that all claims that have been asserted against O'Brien's Response Management, Inc. (incorrectly identified as O'Brien Response Management, Inc.), National Response Corporation, Marine Spill Response Corporation, Dynamic Aviation Group, Inc., Airborne Support, Inc., Airborne Support International, Inc., DRC Emergency Services, LLC, International Air Response, Inc., Lynden, Inc., Lane Aviation, Tiger Rentals, Ltd., The Modern Group, Ltd., and The Modern Group GP-SUB, Inc. (collectively, the "Clean-Up Responder Defendants") in the Master Complaint in Accordance with PTO No. 11 Section III.B(3) (Rec. Doc. 881) and First Amended Master Complaint in Accordance with PTO No. 11 Section III.B(3) (Rec. Doc. 1812), with the exception of Vessel of Opportunity breach of contract claims against DRC Emergency Services, LLC, are hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that, to the extent that any individual or entity has filed a short-form joinder in accordance with Pretrial Order No. 25 (Rec. Doc. 983) that adopts the

allegations of the Master Complaint in Accordance with PTO No. 11 Section III.B(3) (Rec. Doc. 881) or the First Amended Master Complaint in Accordance with PTO No. 11 Section III.B(3) (Rec. Doc. 1812), the claims of all such individuals or entities against the Clean-Up Responder Defendants, with the exception of Vessel of Opportunity breach of contract claims against DRC Emergency Services, LLC, are also hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that, in accordance with Pretrial Order No. 25, all allegations, claims, theories of recovery and/or prayers for relief against the Clean-Up Responder Defendants related to the post-explosion clean-up efforts, including all claims for personal injury and/or medical monitoring for exposure or other injury occurring after the explosion and fire of April 20, 2010, that are contained within individual petitions or complaints, with the exception of Vessel of Opportunity breach of contract claims against DRC Emergency Services, LLC, are also hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Plaintiffs be and are hereby granted leave to file their Second Amended B3 Master Complaint.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
**UNITED STATES DISTRICT JUDGE**