UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Regarding Final Witness Lists]**

Attached are the final lists of witness to be called live and experts to be called for the trial of Phase One.

New Orleans, Louisiana, this 24th day of February, 2012.

_____
SALLY SHUSHAN
United States Magistrate Judge