UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON
APRIL 20, 2010
MDL NO. 2179

## MDL 2179:  Master List of Phase 1 Will Call & May Call Fact Witnesses[1]

| No. | Witness | May/Will Call | Party | Requesting Party | Deposition Date |
|---|---|---|---|---|---|
| 2 | Anderson, Paul | Will Call | HESI | HESI | 04/27/11 - 04/28/11 |
| 3 | Billon, Brad | Will Call | MI-SWACO | HESI, MI-SWACO | 06/23/11 - 06/24/11 |
| 4 | Bly, Mark | Will Call | BP | HESI, Cameron, US/PSC/States | 02/17/11 - 02/18/11 |
| 5 | Chaisson, Nate | Will Call | HESI | BP, HESI, Cameron, US/PSC/States | 03/16/11 - 03/17/11 |
| 6 | Chemali, Roland | Will Call | HESI | HESI | 11/03/2011 |
| 9 | Dubois, Richard | Will Call | HESI | HESI | 7/19/2011 |
| 10 | Ezell, Randy | Will Call | Transocean | US/PSC/States, Transocean | 04/27/11 - 04/28/11 |
| 11 | Gagliano, Jesse | Will Call | HESI | HESI | 05/11/2011 |
| 12 | Gisclair, John | Will Call | HESI | HESI | 03/14/11 - 03/15/11 |
| 13 | Guide, John | Will Call | BP | BP | 05/09/11 - 05/10/11 |
| 14 | Harrell, Jimmy | Will Call | Transocean | US/PSC/States | 07/12/2011 |
| 15 | Hollek, Darrell | Will Call | Anadarko | HESI | 06/22/2011 |
| 17 | Ishii, Naoki | Will Call | MOEX | MOEX, HESI | 06/29/11 - 06/30/11 |
| 18 | Keith, Joseph | Will Call | HESI | BP, HESI, Cameron, US/PSC/States | 03/28/2011 |
| 19 | Kronenberger, Kurt | Will Call | HESI | HESI | 08/02/2011 |
| 20 | Lambert, Lee | Will Call | BP | BP | 05/09/11 - 05/10/11 |
| n/a | LeNormand, William | May Call | Cameron | Cameron | 06/20/11 - 06/21/11 |
| 21 | Lindner, Leo | Will Call | MI-SWACO | BP, US/PSC/States, MI-SWACO | 09/14/11 - 09/15/11 |
| 22 | Lirette, Brent | Will Call | Weatherford | BP | 06/06/11-06/07011, 12/22/11-12/23/11 |

---

[1] This list was created pursuant to the Court's January 23, 2012 Order Regarding Witness Lists (Doc. 5332).  The above list can be amended or supplemented by the parties for good causes show.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON
APRIL 20, 2010
MDL NO. 2179

| No. | Witness | May/Will Call | Party | Requesting Party | Deposition Date |
|---|---|---|---|---|---|
| 23 | McKay, Lamar | Will Call | BP | HESI, Cameron, US/PSC/States | 11/03/11 - 11/04/11 |
| 24 | McMahan, Larry | Will Call | Transocean | BP, HESI, Cameron | 06/29/11 - 06/30/11 |
| 25 | McWhorter, David | Will Call | Cameron | Cameron | 07/07/11 - 07/08/11 |
| 26 | Meche, Gregory | May Call | MI-SWACO | MI-SWACO | 10/06/2011 |
| 27 | Newman, Steve | May Call | Transocean | Transocean (May Call) | 09/30/2011 |
| 28 | O'Bryan, Patrick | Will Call | BP | BP | 07/14/11 - 07/15/11 |
| 29 | Probert, Tim | May Call | HESI | HESI | 05/09/11 - 05/10/11 |
| 30 | Quirk, Timothy | Will Call | HESI | BP, HESI, Cameron | 03/21/11 - 03/22/11 |
| 31 | Quitzau, Robert | May Call | Anadarko | Anadarko | 05/25/11 - 05/26/11 |
| 32 | Roth, Tommy | Will Call | HESI | BP, Cameron | 07/25/11 - 07/26/11 |
| 33 | Sabins, Fred[2] | Will Call | CSI | BP | 05/24/11 - 05/25/11; 06/13/11 |
| 34 | Sanders, Sarah | Will Call | HESI | HESI | 10/18/2011 |
| 35 | Sepulvado, Murray | Will Call | BP | Transocean, MI | 05/11/11 - 05/12/11 |
| 36 | Sepulvado, Ronald | Will Call | BP | BP, Transocean, US/PSC/States, MI | 03/10/11 - 03/11/11 |
| 37 | Shaw, Neil | Will Call | BP | BP | 10/26/2011 |
| 38 | Tabler, Vince | Will Call | HESI | HESI | 06/13/11 - 06/14/11 |
| 39 | Unnamed Records Custodian | May Call | BP | US/PSC/States | N/A |
| 40 | Unnamed Records Custodian | May Call | HESI | US/PSC/States | N/A |
| 41 | Unnamed Records Custodian | May Call | Transocean | US/PSC/States | N/A |

---

[2] BP has listed Mr. Sabins only as a witness for his work in connection with the BP Internal Investigation which is the subject of a motion *in limine*.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON
APRIL 20, 2010
MDL NO. 2179

| No. | Witness | May/Will Call | Party | Requesting Party | Deposition Date |
|---|---|---|---|---|---|
| 42 | Unnamed Records Custodian | May Call | US | US/PSC/States | N/A |
| 43 | Unnamed Records Custodian | May Call | Cameron | US/PSC/States | N/A |
| 44 | Unnamed Records Custodian | May Call | Anadarko | US/PSC/States | N/A |
| 45 | Unnamed Records Custodian | May Call | MOEX | US/PSC/States | N/A |
| 46 | Vargo, Richard | Will Call | HESI | HESI | 03/30/11 - 03/31/11 |
| 47 | Vinson, Graham ("Pinky")[3] | Will Call | BP | BP | 06/23/11 - 06/24/11 |
| 48 | Walz, Gregory | May Call | BP | BP | 04/21/11 - 04/22/11 |
| 49 | Williams, Mike | Will Call | Transocean | US/PSC/States | 7/20/2011 |
| 50 | Winslow, Daun | Will Call | Transocean | US/PSC/States, Transocean | 04/20/11 - 04/21/11 |
| 51 | Wong, Norman | Will Call | BP | BP | 06/13/11 - 06/14/11 |
| 52 | Young, David | Will Call | Transocean | US/PSC/States, Transocean | 9/22/2011 |

---

[3] Mr. Vinson will also be called in his capacity as an in-house expert for BP.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON
APRIL 20, 2010
MDL NO. 2179

**EXPERT WITNESSES TO BE CALLED BY ALL PARTIES DURING THE TRIAL**

| NO. | LAST NAME | FIRST NAME | PARTY | WILL CALL | MAY CALL | DEPOSITION DATE |
|---|---|---|---|---|---|---|
| 1 | Azar | J.J. | BP | X | | December 5-6, 2011 |
| 2 | Barnhill | Calvin | Transocean | X | | November 29-30, 2011 |
| 3 | Batte | J.R. | BP | X | | December 5, 2011 |
| 4 | Bea | Bob | PSC/USA Transocean | X | | November 14-15, 2011 |
| 5 | Beck | Gene | Halliburton | X | | December 15-16, 2011 |
| 6 | Benge | Glen | USA/PSC | X | | November 17-18, 2011 |
| 7 | Bolado | David | Halliburton | X | | December 22-23, 2011 |
| 8 | Bourgoyne, Jr. | Adam | BP | X | | December 21-22, 2011 |
| 9 | Burch | Morris | BP | X | | December 5, 2011 |
| 10 | Cain | Gordon | Moex | X | | December 19, 2011 |
| 12 | Chenevert | Martin | M-I LLC | X | | January 5, 2012 |
| 13 | Childs | Greg | Transocean | X | | December 1-2, 2011 |
| 14 | Colson | Leif | BP | X | | January 11, 2012 |
| 15 | Coronado | Richard | Cameron | X | | December 5-6, 2011 |
| 16 | Corser | Kent | BP | X | | February 10-11, 2011 |
| 17 | Cowie | Jim | BP | X | | June 29-30, 2011 |
| 18 | Crook | Ron | BP Halliburton | X | | January 17-18, 2012 |
| 19 | Davis | Rory | USA/PSC | X | | November 16-17, 2011 |
| 20 | Dias | Paul | BP | X | | December 16, 2011 |
| 21 | Doughty | D.H. | USA/PSC | X | | January 6, 2012 |
| 22 | Emilsen | Morten | BP | X | | June 23-24, 2011 December 8, 2011 |
| 23 | Friedheim | James | M-I LLC | X | | January 5, 2012 |
| 25 | Grace | Robert | BP | X | | December 12, 2011 |
| 26 | Heenan | Richard | USA/PSC | X | | November 21, 2011 |
| 27 | Hudson | Patrick | Halliburton | X | | December 19-20, 2011 |
| 28 | Huffman | Alan | USA/PSC | X | | November 16-17, 2011 |
| 29 | Hughett | John | Halliburton | X | | December 7-8, 2011 |
| 30 | Hurst | Andrew | PSC/USA | X | | November 14, 2011 |
| 31 | Knight | Clifton | Cameron | X | | December 19, 2011 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON
APRIL 20, 2010
MDL NO. 2179

| NO. | LAST NAME | FIRST NAME | PARTY | WILL CALL | MAY CALL | DEPOSITION DATE |
|---|---|---|---|---|---|---|
| 32 | Lang | James | USA/PSC | X | | January 11, 2012 |
| 33 | Lee | Richard | BP | X | | January 12, 2012 |
| 34 | Lewis | David | BP | X | | December 22-23, 2011 |
| 35 | Lewis | Sam | Halliburton | X | | December 5-6, 2011 |
| 38 | McGuire | Lindell | Cameron | X | | December 5-6, 2011 |
| 39 | Medley | George | M-I LLC | X | | December 7-8, 2011 |
| 41 | Mitchell | Capt Andrew | BP | X | | December 14, 2011 |
| 43 | O'Donnell | David | Cameron | X | | December 7, 2011 |
| 44 | Perkin | Greg | PSC/USA | X | | November 28-29, 2011 |
| 45 | Pritchard | David | PSC/USA | X | | November 14-15, 2011 |
| 46 | Quoyeser | Joseph | BP | X | | December 8, 2011 |
| n/a | Ravi | Kris | HESI | X | | February 15-16, 2012 |
| 48 | Robinson | Steve | BP | X | | January 27, 2011 |
| 49 | Scates | Robert | Transocean | X | | December 1, 2011 |
| 50 | Schoennagel | Chuck | BP | X | | December 22-23, 2011 |
| 51 | Shanks | Earl | BP | X | | December 12-13, 2011 |
| 52 | Stevick | Glen | Halliburton | X | | December 14-15, 2011 |
| 53 | Strickland | Richard | Halliburton | X | | December 20-21, 2011 |
| 54 | Sutcliffe | Kathleen | BP | X | | December 15, 2011 |
| 55 | Vernon | Roger | Anadarko | X | | December 13, 2011 |
| 56 | Vinson | Graham | BP | X | | June 23-24, 2011 January 11, 2012 |
| 57 | Webster | Edward Geoff | PSC/USA | X | | November 18, 2011 |
| 58 | Wecker | William | BP | X | | December 19, 2011 |
| 59 | Wolfe | Jeff | Transocean | X | | December 1-2, 2011 |
| 61 | Zatarain | Arthur | BP | X | | December 21-22, 2011 |