| CLAIMANT NAME | DATE OF FILING | SHORT FORM NO. |
|---|---|---|
| Tanks-A-Lot | 2/9/2012 | 111113 |
| Scott Bundy | 9/28/2011 | 108697 |
| Christopher Butler | 9/28/2011 | 108700 |
| Timothy Christiansen | 9/28/2011 | 108702 |
| Bernard Dreas | 9/28/2011 | 108705 |
| Danyson Eddy | 9/28/2011 | 108708 |
| Ian Griffin | 9/28/2011 | 108710 |
| Ryan Jockers | 9/28/2011 | 108711 |
| Levi Mahurin | 9/28/2011 | 108712 |
| Jason Myers | 9/28/2011 | 108713 |
| James Paul | 9/28/2011 | 108714 |
| Rhodes Rollins | 9/28/2011 | 108715 |
| Matthew Staubs | 9/28/2011 | 108716 |
| Charles Seguin, Jr. | 9/29/2011 | 108841 |
| Brandon Martin | 9/29/2011 | 108845 |
| David Gibson | 9/29/2011 | 108847 |
| Rhett Nelson | 9/29/2011 | 108848 |
| Jason Portmann | 9/29/2011 | 108852 |
| Julian Fesmire | 9/29/2011 | 108856 |
| Matthew Cleveland | 9/29/2011 | 108863 |
| Joseph Hardison | 9/29/2011 | 108872 |
| Michael Johnson | 9/29/2011 | 108877 |
| Jeffrey Jusino | 9/29/2011 | 108878 |
| Carl Griffin | 9/29/2011 | 108879 |
| Michael Hickman | 9/29/2011 | 108880 |
| John Gentry | 9/29/2011 | 108881 |
| Kurt Campbell | 9/29/2011 | 108910 |
| Timothy Smith | 9/29/2011 | 108909 |
| Justin Olson | 9/29/2011 | 108911 |
| Jason Kleinschmidt | 9/29/2011 | 108912 |
| Matthew Ballard | 9/29/2011 | 108913 |
| Travis York | 9/29/2011 | 108914 |
| Mark Diebold | 9/29/2011 | 108915 |
| Omar Bassa | 9/29/2011 | 108916 |
| Brian Hoyt | 9/29/2011 | 108917 |
| Don Karcher | 9/29/2011 | 108918 |
| Duane Fishell | 9/29/2011 | 108921 |
| John Pearson | 9/29/2011 | 108922 |
| Kevin Preusser | 9/29/2011 | 108923 |
| Joshua Borrello | 9/29/2011 | 108924 |
| Spencer Slate | 9/29/2011 | 108925 |
| Raymond Padilla | 9/29/2011 | 108926 |
| Rodrigo Boyle | 9/29/2011 | 108927 |
| Darin Miller | 9/29/2011 | 108928 |
| Albert Powell | 9/29/2011 | 108929 |
| Gary Larsen | 9/29/2011 | 108931 |

| Name | Date | Number |
|---|---|---|
| Michael Hofmann | 9/29/2011 | 108932 |
| Timothy Kivi | 9/29/2011 | 108933 |
| Tony Snyder | 9/29/2011 | 108934 |
| Charles Cashiola | 9/29/2011 | 108935 |
| Evan Howington | 9/29/2011 | 108936 |
| Jay Whitehouse | 9/29/2011 | 108937 |
| Daney Beach III | 9/29/2011 | 108938 |
| Cody Williams | 9/29/2011 | 108940 |
| Stephen Hyska | 9/29/2011 | 108941 |
| Jerico Jeansonne | 9/29/2011 | 108942 |
| Patrick Harkness | 9/29/2011 | 108943 |
| Shawn Foote | 9/29/2011 | 108944 |
| James Geissler | 9/29/2011 | 108945 |
| Eric Hansen | 9/29/2011 | 108946 |
| Joseph Basse | 9/29/2011 | 108947 |
| Quinn Durand | 9/30/2011 | 108949 |
| Joshua Johnson | 9/30/2011 | 108950 |
| Andrew Bringard | 9/30/2011 | 108951 |
| James Tranbarger | 9/30/2011 | 108952 |
| Felix Mejia Jr. | 9/30/2011 | 108953 |
| Tyler Michaelson | 9/30/2011 | 108954 |
| Cory Reynoldson | 11/9/2011 | 109509 |
| Hilton Johns | 11/9/2011 | 109510 |
| John Hoard | 11/9/2011 | 109511 |
| David Wintz, Sr. | 11/9/2011 | 109512 |
| William Smith | 11/9/2011 | 109513 |
| Ian Costin | 11/9/2011 | 109514 |
| Luis Carattini | 11/9/2011 | 109515 |
| Paul Van Groll | 11/9/2011 | 109516 |
| David Crantz | 11/9/2011 | 109531 |
| Travis Watson | 11/9/2011 | 109532 |
| Andrew Hill | 11/9/2011 | 109533 |
| Daniel Johnson | 11/9/2011 | 109534 |
| Edward Johnston | 11/9/2011 | 109535 |
| Christopher Kobasic | 11/9/2011 | 109536 |
| Robert Leveritt | 11/9/2011 | 109537 |
| Albert Reagan | 11/9/2011 | 109538 |
| Douglas Sheldon | 11/9/2011 | 109539 |
| James Hitt, Jr. | 11/9/2011 | 109540 |
| Shawn Sargent | 11/9/2011 | 109541 |
| Martin Stevens | 11/9/2011 | 109542 |
| Shane Chelette | 11/9/2011 | 109543 |
| Peter Arthur | 11/9/2011 | 109544 |
| Cody Bradley | 11/9/2011 | 109545 |
| Eric Padilla | 11/9/2011 | 109546 |
| Charles Dague | 11/9/2011 | 109547 |
| John Burton | 11/9/2011 | 109548 |

| Name | Date | ID |
|---|---|---|
| Jesse Ingram | 11/9/2011 | 109549 |
| David Butler | 11/9/2011 | 109550 |
| Dean Nielsen | 11/9/2011 | 109553 |
| Thomas Robins | 11/9/2011 | 109554 |
| Ricardo Chamberlin | 11/9/2011 | 109555 |
| Brian Strand | 11/9/2011 | 109556 |
| Daniel Lokerson | 11/9/2011 | 109557 |
| Jeremy Tully | 11/9/2011 | 109558 |
| Eugene Mason | 11/9/2011 | 109559 |
| James Kazuk | 11/9/2011 | 109560 |
| Simon Tarr | 11/9/2011 | 109561 |
| Lucas Weiss | 11/9/2011 | 109562 |
| Robert Laney | 11/9/2011 | 109563 |
| Eric Judice | 11/9/2011 | 109564 |
| Andrew Metzger | 11/9/2011 | 109565 |
| Paul Bessey | 11/9/2011 | 109566 |
| Thomas Campbell | 11/9/2011 | 109567 |
| Thomas Marsh | 11/9/2011 | 109568 |
| Scott McDonald | 11/9/2011 | 109569 |
| Kyle Oblinger | 11/9/2011 | 109570 |
| Steven Moncreiff | 11/10/2011 | 109571 |
| Carlos Leiva | 11/14/2011 | 109582 |
| Andrew Merchant | 11/14/2011 | 109583 |
| John Ebbecke | 11/15/2011 | 109591 |
| Derek Staal | 11/15/2011 | 109592 |
| Justin Wilson | 11/23/2011 | 109875 |
| Raymond McCleary | 11/23/2011 | 109876 |
| Carl Bryant | 11/23/2011 | 109877 |
| Corey Sexton | 11/23/2011 | 109878 |
| Robert Johnson | 11/23/2011 | 109879 |
| Daniel Schafer | 11/23/2011 | 109880 |
| Christopher Bucklaew | 11/23/2011 | 109881 |
| Thomas Engel | 11/23/2011 | 109882 |
| Thad Plunk | 1/5/2012 | 110355 |
| Steven Manning | 1/5/2012 | 110356 |
| James Kober (LLC) | 1/5/2012 | 110357 |
| Grant Wiles | 1/5/2012 | 110358 |
| Richard Gallant | 1/5/2012 | 110359 |
| Michael Schultz | 1/5/2012 | 110361 |
| Shane Kunschner | 1/5/2012 | 110363 |
| Michael Wilcox | 1/5/2012 | 110365 |
| Mark Pera | 1/5/2012 | 110367 |
| Levy Morgan | 1/5/2012 | 110368 |
| Nicholas Dykes | 1/5/2012 | 110369 |
| David Diehl | 1/5/2012 | 110370 |
| Anthony Fowler | 1/5/2012 | 110371 |
| Jeremy York | 1/5/2012 | 110372 |

| Name | Date | ID |
|---|---|---|
| Nicholas Bledsoe-Feigt | 1/5/2012 | 110373 |
| Robert MacMicking | 1/5/2012 | 110374 |
| Albert Herzog | 1/5/2012 | 110375 |
| John Bubenik | 1/5/2012 | 110376 |
| Stephen Volesky | 1/5/2012 | 110377 |
| David J. Thomas | 1/5/2012 | 110378 |
| James Robbinson | 1/5/2012 | 110379 |
| Michael Inglis | 1/5/2012 | 110380 |
| Jimmy Wells | 1/5/2012 | 110381 |
| Jeff Hensley | 1/5/2012 | 110382 |
| Jake Voisine | 1/12/2012 | 110473 |
| Andy Anderson | 1/12/2012 | 110474 |
| Jeffrey Carter | 1/12/2012 | 110475 |
| Devlin Jackson | 1/12/2012 | 110476 |
| Travis Hamilton | 1/12/2012 | 110477 |
| Thomas Savage | 1/12/2012 | 110478 |
| James Stohr | 1/12/2012 | 110479 |
| Rodrigo Molina | 1/12/2012 | 110480 |
| Darrell Stephens | 1/12/2012 | 110481 |
| Michael McKenney | 1/12/2012 | 110482 |
| David Lindberg | 1/12/2012 | 110483 |
| Adam LaCross | 1/12/2012 | 110484 |
| Steven Zeppieri | 1/12/2012 | 110485 |
| Raymond Bell | 1/12/2012 | 110486 |
| Matthew Shea | 1/12/2012 | 110487 |
| Adrian Belmontez | 1/12/2012 | 110488 |
| George Crossland | 1/12/2012 | 110489 |
| Matthew Garrett | 1/12/2012 | 110490 |
| Daniel Merz | 1/12/2012 | 110491 |
| Justin Wagner | 1/12/2012 | 110492 |
| John Willis | 1/12/2012 | 110493 |
| Curtis Standifer | 1/12/2012 | 110494 |
| Sean Naughton | 1/12/2012 | 110495 |
| William Mills | 1/12/2012 | 110497 |
| Emily DeMars | 2/2/2012 | 110981 |
| Sean McElroy | 2/22/2012 | 111460 |
| Robert Plasse | 2/24/2012 | 111856 |