UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico on April 20, 2010** | * | **SECTION "J"** |
| | * | **JUDGE BARBIER** |
| | * | |
| | * | **MAGISTRATE NO. 1** |
| **THIS DOCUMENT RELATES TO:** | * | **MAGISTRATE SHUSHAN** |
| **Nos. 10-3059, 10-4182, 10-4183 and 11-516** | * | |
| | * | |
| | * | |
| * * * * * * * * * * * * | | |

**MOTIONS OF MOEX OFFSHORE 2007 LLC AND
MOEX USA CORPORATION AND MITSUI OIL EXPLORATION
COMPANY, LTD (BY SPECIAL APPEARANCE) TO DISMISS
CROSSCLAIMS AND COUNTERCLAIMS OF CAMERON
INTERNATIONAL CORPORATION FOR FAILURE TO
<u>STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED</u>**

NOW INTO COURT through their respective undersigned counsel, come Cross-Defendants and Counter-Defendants, MOEX Offshore 2007 LLC[1], MOEX USA Corporation[2], and, by special limited appearance, Mitsui Oil Exploration Company, Ltd.[3] ("MOECO"), which,

---

[1] MOEX Offshore 2007 LLC files this motion jointly with MOEX USA and MOECO in accordance with the Court's instructions. In so doing, Offshore does not waive any and all of its claims, rights, remedies and defenses relating to the separate and distinct nature of the entities joining in this motion, all of which claims, rights, remedies and defenses are hereby expressly reserved.

[2] MOEX USA Corporation files this motion jointly with Offshore and MOECO in accordance with the Court's instructions. In so doing, MOEX USA does not waive any and all of its claims, rights, remedies and defenses relating to the separate and distinct nature of the entities joining in this motion, all of which claims, rights, remedies and defenses are hereby expressly reserved.

[3] Mitsui Oil Exploration Company, Ltd. joins this motion only by special limited appearance, with full reservation of rights, and without waiving formal service of process with respect to any Complaint, Counterclaim, Crossclaim, or any other pleading asserting a claim against MOECO in this MDL, and without waiving personal jurisdiction or any other defense in this MDL. MOECO files this motion jointly with Offshore and MOEX USA in accordance with the Court's instructions. In so doing, MOECO does not waive any and all of its claims, rights, remedies and defenses

pursuant to Federal Rule of Civil Procedure 12(b)(6), move this Court to dismiss the crossclaims and counterclaims Cameron International Corporation set forth in its *Answer of Defendant Cameron to First Amended Complaint of the State of Louisiana, Together with Cross-Claims* (applicable to #10-3059 and #11-516) [Rec. Doc. 4903] and in its *Answer of Defendant Cameron to the State of Alabama's First Amended Complaint, Together with Cross-Claims* (applicable to #10-4182 and #10-4183) [Rec. Doc. 4904] for failing to state a claim upon which relief can be granted. The grounds and reasons in support of this motion are fully set forth in the accompanying Memorandum in Support.

WHEREFORE, Cross-Defendants and Counter-Defendants, MOEX Offshore 2007 LLC, MOEX USA Corporation and, by special limited appearance, Mitsui Oil Exploration Company, Ltd., pray that the Court dismiss all crossclaims and/or counterclaims asserted against them by Cameron International Corporation for failure to state a claim upon which relief can be granted.

DATED:  February 24, 2012            /s/ Philip D. Nizialek
Philip D. Nizialek (La. Bar No. 24180)
M. Hampton Carver (La. Bar No. 3947)
CARVER, DARDEN, KORETZKY, TESSIER,
FINN, BLOSSMAN & AREAUX, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163
Telephone: (504) 585-3800
Fax: (504) 585-3801

**ATTORNEYS FOR
MOEX OFFSHORE 2007 LLC**

---

relating to the separate and distinct nature of the entities joining in this motion, all of which claims, rights, remedies and defenses are hereby expressly reserved.

-And-

/s/ *Robert S. Stassi*
Robert S. Stassi (La. Bar No. 25259)
CARVER, DARDEN, KORETZKY, TESSIER,
FINN, BLOSSMAN & AREAUX, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163
Telephone: (504) 585-3800
Fax: (504) 585-3801

**ATTORNEY FOR
MOEX USA CORPORATION**

-And-

*s/ William T. Finn*
William T. Finn (La. Bar. No. 1359)
CARVER, DARDEN, KORETZKY, TESSIER,
FINN, BLOSSMAN & AREAUX, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163
Telephone: (504) 585-3800
Fax: (504) 585-3801

**ATTORNEY FOR
MITSUI OIL EXPLORATION CO., LTD.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on February 24, 2012.

/s/ *Philip D. Nizialek*

4835-6514-8942, v. 2