UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico on April 20, 2010 | * | SECTION "J" |
| | * | JUDGE BARBIER |
| | * | |
| | * | MAGISTRATE NO. 1 |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE SHUSHAN |
| Nos. 10-3059, 10-4182, 10-4183 and 11-516 | * | |
| | * | |
| * * * * * * * * * * * | * | |

## NOTICE OF SUBMISSION

TO:   Counsel

**PLEASE TAKE NOTICE** that subject to Pre-trial Order Nos. 11 and 25, in which the Court directed that the Court will set the date of all hearings on Motions in this case, the Motions of Defendants MOEX Offshore 2007 LLC and MOEX USA Corporation and Mitsui Oil Exploration Company, Ltd. To Dismiss Crossclaims And Counterclaims Of Cameron International Corporation For Failure To State A Claim Upon Which Relief Can Be Granted is tentatively noticed for submission to Judge Carl J. Barbier on _____, 20\_\_ at 9:30 a.m.

DATED:  February 24, 2012              /s/ Philip D. Nizialek
                                                        Philip D. Nizialek (La. Bar No. 24180)
                                                        M. Hampton Carver (La. Bar No. 3947)
                                                        CARVER, DARDEN, KORETZKY, TESSIER,
                                                        FINN, BLOSSMAN & AREAUX, LLC
                                                        1100 Poydras Street, Suite 3100
                                                        New Orleans, LA 70163
                                                        Telephone: (504) 585-3800
                                                        Fax: (504) 585-3801

                                                        **ATTORNEYS FOR**
                                                        **MOEX OFFSHORE 2007 LLC**

-And-

*/s/ Robert S. Stassi*
Robert S. Stassi (La. Bar No. 25259)
CARVER, DARDEN, KORETZKY, TESSIER,
FINN, BLOSSMAN & AREAUX, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163
Telephone: (504) 585-3800
Fax: (504) 585-3801

**ATTORNEY FOR**
**MOEX USA CORPORATION**

-And-

*s/ William T. Finn*
William T. Finn (La. Bar. No. 1359)
CARVER, DARDEN, KORETZKY, TESSIER,
FINN, BLOSSMAN & AREAUX, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163
Telephone: (504) 585-3800
Fax: (504) 585-3801

**ATTORNEY FOR**
**MITSUI OIL EXPLORATION CO., LTD.**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on February 24, 2012.

/s/ *Philip D. Nizialek*

4811-8411-4446, v. 1