UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * * | MDL No. 2179<br><br>SECTION "J"<br>JUDGE BARBIER |
| THIS DOCUMENT RELATES TO<br>Nos. 10-3059, 10-4182, 10-4183 and 11-516 | * * * * | MAGISTRATE NO. 1<br>MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

## REQUEST FOR ORAL ARGUMENT

Defendants MOEX Offshore 2007 LLC and MOEX USA Corporation and Mitsui Oil Exploration Company, Ltd. respectfully request oral argument before Judge Carl J. Barbier on its Motions To Dismiss Crossclaims And Counterclaims Of Cameron International Corporation For Failure To State A Claim Upon Which Relief Can Be Granted and believes that oral argument may assist the Court in evaluating the legal and factual issues raised by the Motion.

DATED: February 24, 2012

/s/ Philip D. Nizialek
Philip D. Nizialek (La. Bar No. 24180)
M. Hampton Carver (La. Bar No. 3947)
CARVER, DARDEN, KORETZKY, TESSIER,
FINN, BLOSSMAN & AREAUX, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163
Telephone: (504) 585-3800
Fax: (504) 585-3801

**ATTORNEYS FOR
MOEX OFFSHORE 2007 LLC**

-And-

   */s/ Robert S. Stassi*
Robert S. Stassi (La. Bar No. 25259)
CARVER, DARDEN, KORETZKY, TESSIER,
FINN, BLOSSMAN & AREAUX, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163
Telephone: (504) 585-3800
Fax: (504) 585-3801

**ATTORNEY FOR
MOEX USA CORPORATION**

-And-

   *s/ William T. Finn*
William T. Finn (La. Bar. No. 1359)
CARVER, DARDEN, KORETZKY, TESSIER,
FINN, BLOSSMAN & AREAUX, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163
Telephone: (504) 585-3800
Fax: (504) 585-3801

**ATTORNEY FOR
MITSUI OIL EXPLORATION CO., LTD.**

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on February 24, 2012.

             */s/ Philip D. Nizialek*

4821-0718-9006, v. 1