# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig            **MDL NO. 2179**
       "Deepwater Horizon" in the Gulf
       of Mexico, on April 20, 2010           **SECTION J(1)**

Applies to: *All Cases*                     **JUDGE BARBIER**
                                    **MAGISTRATE JUDGE SHUSHAN**

## <u>ORDER</u>

### [Regarding Motions *in Limine* Concerning Miscellaneous Exhibits]

Before the Court are motions *in limine* filed by BP (Rec. Doc. 4757) and Halliburton (Rec. Doc. 4525), oppositions by the PSC (Rec. Docs. 4763 & 4766 ), and a reply by Halliburton (Rec. Doc. 4777).  This fifth set of motions *in limine* is described as "BP and others to Advise of Other Miscellaneous Issues Arising from PSC List of 300."  Rec. Doc. 4572, at 1.  With regard to the motions, the Court rules as follows:

As to BP's objections:

1.     TREX 6027:  iWatch News Article, **objection sustained**.

2.     TREX 6026:  *Failure to Learn* Book, **objection sustained**.  However, to the extent that a process safety or similar expert relies on this book in reaching conclusions, that expert is not necessarily precluded from testifying nor is his opinion necessarily rendered inadmissible.

3.     TREX 2641 & 4996:  Certain Emails, **objection overruled**.

4.     TREX 6028:  OSHA Fact Sheet, **objection overruled as moot because of the Court's prior order excluding this exhibit**.

As to Halliburton's objections:

1.     TREX 20012:  N2 Summaries, **ruling is reserved**.

2.     TREX 380:  Cement Slurry and Spacer Testing Protocol, **objection overruled**.

3.       TREX 1601:  Email Regarding "INSITE" Problems, **objection overruled**.

4.       TREX 2003 & 2004:  Emails About Operational Inefficiencies, **objection overruled**.

5.       TREX 1047:  Robert Bodek Email Exchange, **ruling is reserved**.

6.       TREX 1057:   Robert Bodek Email Regarding Quality of Cementing Job, **objection overruled**.

7.       TREX 4996:  Email Regarding Flow Rate, **objection overruled and overruled as moot**.

8.       TREX 1966:  Bundled Exhibits, **objection overruled as moot**.

Accordingly,

**IT IS ORDERED** that the subject motions *in limine* (Rec. Doc. 4757 and Rec. Doc. 4525) are **GRANTED IN PART and  DENIED IN PART** as set forth above.

New Orleans, Louisiana, this 24th day of February, 2012.

_____
United States District Judge