## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig        MDL NO. 2179
       "Deepwater Horizon" in the Gulf
       of Mexico, on April 20, 2010        SECTION J (1)

Applies to: *All Cases*        JUDGE BARBIER
       MAGISTRATE JUDGE SHUSHAN

### ORDER

**[Motion *in Limine* to Exclude BP Testimony Regarding BOP Regulatory Compliance or Temporary Abandonment Plan]**

Considering the foregoing PSC's Motion *in Limine* to Exclude BP Testimony and Argument Regarding BOP Regulatory Compliance or Temporary Abandonment Plan (Rec. Doc. 4484), BP's opposition to same (Rec. Doc. 4850), and the PSC's reply (Rec. Doc. 4940);

**IT IS ORDERED** that the PSC's motion (Rec. Doc. 4484) is hereby **DENIED.**

New Orleans, Louisiana, this 24th day of February, 2012.

_____
United States District Judge