UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig             MDL NO. 2179
   "Deepwater Horizon" in the Gulf
   of Mexico, on April 20, 2010            SECTION J (1)

Applies to: *All Cases*                     JUDGE BARBIER
                                            MAGISTRATE JUDGE SHUSHAN

**ORDER**

**[Motion *in Limine* to Exclude Evidence of Anadarko's Knowledge of or Access to Information About Well Design and/or Operations]**

Before the Court is Anadarko's Motion *in Limine* to Exclude Evidence Regarding the Anadarko Entities' Knowledge of or Access to Information About Well Design and/or Operations of the Macondo Prospect from the Limitation of Liability Trial (Rec. Doc. 4319); oppositions filed by the PSC (Rec. Doc. 4485), the United States (Rec. Doc. 4543), Halliburton (Rec. Doc. 4544), M-I L.L.C. (Rec. Doc. 4546), and Transocean (Rec. Doc. 4549); and Anadarko's reply (Rec. Doc. 4613). Upon consideration of the above and foregoing;

**IT IS ORDERED** that Anadarko's motion (Rec. Doc. 4319) is hereby **GRANTED.** Evidence of Anadarko's knowledge of or access to information about Macondo Well design and/or operations is irrelevant to any issue in the Phase I trial.

New Orleans, Louisiana, this 24th day of February, 2012.

_____
United States District Judge