UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>Section: J |
| THIS DOCUMENT RELATES TO: | |
| *All Cases and 2:10-CV-2771* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## MOTION FOR ACCEPTANCE OF LIMITATION SHORT FORM JOINDERS FILED BEYOND THE SEPTEMBER 16, 2011, DEADLINES

Now Into Court, through undersigned counsel, comes various claimants who move this court for acceptance of their late-filed Short form Joinders in the limitation proceedings brought by Triton Asset Leasing, GmbH, Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., as Owner, Managing Owners, Owners Pro Hac Vice and/or Operations of the MODU *Deepwater Horizon*, and as grounds therefore would show the court as follows:

1.     This court originally established a deadline for filing of the claims in the Transocean limitations proceeding for April 20, 2011.

2.     The court extended the deadline for filing of the claims in the Transocean limitations proceeding to September 16, 2011.

3.     Claimants contacted counsel after September 16, 2011, seeking assistance in filing claims for injuries and damages occurred as a result of the *Deepwater Horizon* explosion and resulting oil spill.

2

4. Because claimants were unaware of the Court-established deadlines, or had not yet fully realized their damages, they did not timely file in the Transocean limitation proceeding.

5. No prejudice will result from the acceptance of the late-filed Short Form Joinders, a list of which is attached hereto as "Exhibit A". No action has been taken in the limitation proceeding which could cause prejudice to any other party in the proceeding.

6. Counsel for Transocean does not oppose the present motion.

For these reasons, Movants respectfully request that the Court grant Movant's Motion for Acceptance of Limitation Short Form Joinders Filed Beyond the April 20, 2011, and September 16, 2011, Deadlines, and that the Court deem said Short Form Joinders as timely filed.

Respectfully submitted:

/s/ Brian H. Barr
Brian H. Barr
Levin, Papantonio, Thomas,
Mitchell, Rafferty & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
(850) 435-7074 office
(850) 436-6064 facsimile
bbarr@levinlaw.com

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on February 24, 2012, I electronically filed the foregoing document with the Clerk of Court for the United States District court for the Eastern District of Louisiana via the CM/ECF system, and provided notice by and through Lexis Nexis to all counsel of record.

                        /s/ Brian H. Barr
                        Brian H. Barr

In Re: Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 – MDL NO. 2179

**EXHIBIT A**

| Claimant Name | Date of Filing | Short Form Document No. |
|---|---|---|
| Charles W. Bonner | 11/29/2011 | 109978 |
| Charles W. Bonner | 11/29/2011 | 109977 |
| Coastal Marina Management, LLC | 11/29/2011 | 109976 |
| William Anthony Campion | 11/29/2011 | 109975 |
| Jon Marcus Deshler | 11/29/2011 | 109973 |
| Doug Howie | 11/29/2011 | 109970 |
| La Veranda Bed & Breakfast | 11/29/2011 | 109968 |
| William C. McMillen, Jr. | 11/29/2011 | 109969 |
| Fisherman's Ventures, Inc. | 11/29/2011 | 109964 |
| Moore's Stonecrab Restaurant Marina, Inc. | 11/29/2011 | 109965 |
| Brettmun Corporation | 11/29/2011 | 109966 |
| Marsha Nelson | 11/29/2011 | 109962 |
| Milton Carpet Center, Inc. | 11/29/2011 | 109963 |
| David C. Peery | 11/29/2011 | 109961 |
| Rigsbee & Company, Inc. | 11/29/2011 | 109959 |
| Garnet and Gold Charters, LLC | 11/29/2011 | 109957 |
| CHMB Florida Hotel Investors, LLC | 11/30/2011 | 110031 |
| Naples Hotel Group, LLC | 11/30/2011 | 110030 |
| Chisholm Properties of Pensacola, LLC | 11/30/2011 | 110027 |
| Hooters of Channelside, Inc. | 11/30/2011 | 110008 |
| Hooters of North Tampa, Inc. | 11/30/2011 | 110006 |
| Pete and Shorty's of Clearwater | 11/30/2011 | 110026 |
| Pete & Shorty's of Pinellas Park, LLC | 11/30/2011 | 110028 |
| Hooters of Brandon, Inc. | 11/30/2011 | 110007 |
| Hooters of Clearwater, Inc. | 11/30/2011 | 110023 |
| Hooters on Roosevelt, Inc. | 11/30/2011 | 110024 |
| Hooters of Port Richey, Inc. | 11/30/2011 | 110022 |
| Hooters III, Inc. | 11/30/2011 | 110021 |
| Hooters II, Inc. | 11/30/2011 | 110020 |
| Hooters Management Corporation | 11/30/2011 | 110033 |
| Hooters of South Tampa, Inc. | 11/30/2011 | 110019 |
| Emerald Coast Title Services, Inc. | 11/30/2011 | 110018 |
| Jay F. Fromm | 11/30/2011 | 109998 |
| Bruce R. Gamiere | 11/30/2011 | 109999 |
| George T. Golematis | 11/30/2011 | 110017 |

| Claimant Name | Date of Filing | Short Form Document No. |
|---|---|---|
| Hollywood Subs | 11/30/2011 | 110016 |
| Dale's Marine Construction | 11/30/2011 | 110015 |
| Accent Foot Fashions, LLC | 11/30/2011 | 110013 |
| Nationwide Tents N Events, LLC | 11/30/2011 | 110009 |
| Thomas Riney, Jr. | 11/30/2011 | 109997 |
| 3 Way Street, Inc. | 11/30/2011 | 109996 |
| Penny Shenkel Orchestras | 11/30/2011 | 110011 |
| Hotel Liquidation, Inc. | 11/30/2011 | 110005 |
| Diane Smith | 11/30/2011 | 110004 |
| Touchstone Resorts Vacation Rentals, LLC | 11/30/2011 | 110002 |
| Bob Tyler Suzuki, Inc. | 11/30/2011 | 110001 |
| Pensacola Motor Sales, Inc. | 11/30/2011 | 110003 |
| Thomas Walker | 11/30/2011 | 110010 |
| Dinah Wells | 11/30/2011 | 110000 |
| Stephen C. Wilkey | 11/30/2011 | 110029 |
| Hooters of Spring Hill, Inc. | 12/01/2011 | 110048 |
| Hardy Marine Services | 12/01/2011 | 110047 |
| Liz's Salon | 12/01/2011 | 110046 |
| Donald Taylor | 02/23/2012 | 111784 |
| Donald Taylor | 02/23/2012 | 111783 |
| Donald Taylor | 02/23/2012 | 111782 |
| Donald Taylor | 02/23/2012 | 111781 |
| Donald Taylor | 02/23/2012 | 111780 |
| Donald Taylor | 02/23/2012 | 111779 |
| Donald Taylor | 02/23/2012 | 111778 |
| Donald Taylor | 02/23/2012 | 111777 |
| Donald Taylor | 02/23/2012 | 111776 |
| Donald Taylor | 02/23/2012 | 111775 |
| Donald Taylor | 02/23/2012 | 111774 |
| Donald Taylor | 02/23/2012 | 111773 |
| Donald Taylor | 02/23/2012 | 111772 |
| Octavio J. Machado | 02/23/2012 | 111771 |
| Bel-Air Hotels, LLC | 02/23/2012 | 111770 |
| Joan G. Adkins | 02/23/2012 | 111769 |
| Hired Gun, Inc. | 02/23/2012 | 111768 |
| Lawrence Bell | 02/23/2012 | 111767 |
| Charles W. Bonner | 02/23/2012 | 111766 |
| Michael Allen Bossert | 02/23/2012 | 111764 |
| Sam's Seafood Restaurant, Inc. | 02/23/2012 | 111762 |
| Kenneth Dale Canady | 02/23/2012 | 111761 |
| Goin' Fishin', LLC | 02/23/2012 | 111760 |
| Rita Chimiak | 02/23/2012 | 111756 |
| Panhandle Underwater Maintenance And Salvage, LLC | 02/23/2012 | 111753 |

| Claimant Name | Date of Filing | Short Form Document No. |
|---|---|---|
| George Markham and Sons Signs, Inc. | 02/23/2012 | 111748 |
| Cox Fisheries, Inc. | 02/23/2012 | 111745 |
| Fidelity Group of Clearwater, LLC | 02/23/2012 | 111742 |
| Ted Cserep, Inc. | 02/23/2012 | 111740 |
| Charter Boat Lil'Stacia, LLC | 02/23/2012 | 111736 |
| Anthony Davis | 02/23/2012 | 111734 |
| Roma Chain, Inc. | 02/23/2012 | 111731 |
| MRD Associates, Inc. | 02/23/2012 | 111728 |
| Capstone Transportation Management, LLC | 02/23/2012 | 111726 |
| Freddie Falgout | 02/23/2012 | 111723 |
| David A. Foley | 02/23/2012 | 111721 |
| Fusion Art Glass, Inc. | 02/23/2012 | 111719 |
| Fish Lipz Holdings, LLC | 02/23/2012 | 111718 |
| N.W. Florida Lung Associates, PA | 02/23/2012 | 111717 |
| S&M Enterprises of Bradenton, Inc. | 02/23/2012 | 111716 |
| TLG Fitness, LLC | 02/23/2012 | 111715 |
| Chet's Seafood Restaurant II, Inc. | 02/23/2012 | 111714 |
| McMahon & Hadder Insurance, Inc. | 02/23/2012 | 111713 |
| First Light Enterprises, Inc. | 02/23/2012 | 111712 |
| Steven Richard Haeusler | 02/23/2012 | 111710 |
| John Hall d/b/a Sage Management And Marketing | 02/23/2012 | 111707 |
| Henkel & Nelson Investments, LLC | 02/23/2012 | 111704 |
| Walter Ray Hicks d/b/a Fishing Vessel Lori Ann | 02/23/2012 | 111701 |
| J. David Holder | 02/23/2012 | 111698 |
| J. David Holder | 02/23/2012 | 111696 |
| J. David Holder | 02/23/2012 | 111693 |
| Beavers Southeast, LLC | 02/23/2012 | 111692 |
| Swim World, Inc. | 02/23/2012 | 111689 |
| Swim World of Fort Myers, Inc. | 02/23/2012 | 111688 |
| Swim World of Naples, Inc. | 02/23/2012 | 111686 |
| Swim Smart of Orlando, Inc. | 02/23/2012 | 111684 |
| Swim World of Ellenton, Inc. | 02/23/2012 | 111683 |
| Swim Mart, Inc. | 02/23/2012 | 111682 |
| B&L Trim, Inc. | 02/23/2012 | 111680 |
| Charter Boat Sunrise, Inc. | 02/23/2012 | 111678 |
| John M. Masterson, LLC | 02/23/2012 | 111677 |
| Swim Mart of Englewood, Inc. | 02/23/2012 | 111672 |
| Stanley D. King | 02/23/2012 | 111644 |
| Stanley D. King | 02/23/2012 | 111643 |
| Stanley D. King | 02/23/2012 | 111639 |
| Stanley D. King | 02/23/2012 | 111637 |

| Claimant Name | Date of Filing | Short Form Document No. |
| --- | --- | --- |
| Stanley D. King | 02/23/2012 | 111633 |
| The Weekly Newspapers, Inc. | 02/23/2012 | 111627 |
| Giovanni G. Lacognata | 02/23/2012 | 111622 |
| Sal's Pizzeria Italian Café, Inc. | 02/23/2012 | 111588 |
| Ragusa Developers, Inc. | 02/23/2012 | 111586 |
| The Wooden Spoon Corporation | 02/23/2012 | 111585 |
| BGR Restaurants, LLC | 02/23/2012 | 111576 |
| RGB Restaurants, LLC | 02/23/2012 | 111551 |
| Winston Legge | 02/23/2012 | 111569 |
| Rajchandra, Inc. | 02/23/2012 | 111839 |
| Hub Stacey's Perdido Point | 02/23/2012 | 111838 |
| Sportmodel Fishing, Inc. | 02/23/2012 | 111837 |
| Hub Stacey's, Inc. | 02/23/2012 | 111836 |
| Yancy Spencer, IV | 02/23/2012 | 111835 |
| Sisco Properties, LLC | 02/23/2012 | 111834 |
| Sisco Properties, LLC | 02/23/2012 | 111833 |
| Sisco Properties, LLC | 02/23/2012 | 111832 |
| Sisco Properties, LLC | 02/23/2012 | 111831 |
| American Bandit, Inc. | 02/23/2012 | 111830 |
| OkieSkokie, Inc. | 02/23/2012 | 111829 |
| Outta the Blue Marina, Inc. | 02/23/2012 | 111828 |
| Islamorada Sportwear, Inc. | 02/23/2012 | 111827 |
| Kingdom Enterprises International, Inc. | 02/23/2012 | 111826 |
| Family of Faith Community Church of Fort Walton Beach, Inc. | 02/23/2012 | 111825 |
| William Henry Sadler, IV | 02/23/2012 | 111823 |
| Gulf Coast Community Bank | 02/23/2012 | 111821 |
| Cedar Shoals, Inc. | 02/23/2012 | 111819 |
| Stanley Phillips d/b/a Sea Winder | 02/23/2012 | 111818 |
| Stanely Phillips d/b/a www.destinfishinginfo.com | 02/23/2012 | 111816 |
| Patricia Petrie | 02/23/2012 | 111814 |
| Vino Rosso Di Amore Enterprises, Inc. | 02/23/2012 | 111813 |
| Russell Roy Neely, Jr. | 02/23/2012 | 111812 |
| Joseph McDonald d/b/a Fisherman Joe's | 02/23/2012 | 111811 |
| Dixie McClaskie Trust | 02/23/2012 | 111809 |
| Franklin Eugene May, Sr. | 02/23/2012 | 111808 |
| Stephen Allen Marsh | 02/23/2012 | 111807 |
| James Wallace Wright | 02/23/2012 | 111806 |
| James Wallace Wright | 02/23/2012 | 111805 |
| Gary Wright | 02/23/2012 | 111804 |
| Charles K. Windes, Jr. | 02/23/2012 | 111803 |

| Claimant Name | Date of Filing | Short Form Document No. |
|---|---|---|
| Destin Fisherman's Cooperative Association, Inc. | 02/23/2012 | 111799 |
| Destin Fishing Fleet, Inc. | 02/23/2012 | 111798 |
| Windes Sport Fishing, Inc. | 02/23/2012 | 111797 |
| Windes Brothers & Associates, Inc. | 02/23/2012 | 111796 |
| Charter Boat Destiny, Inc. | 02/23/2012 | 111795 |
| Sweetheart Cruises, Inc. | 02/23/2012 | 111794 |
| Charles Windes, III | 02/23/2012 | 111793 |
| James Wheeler d/b/a James Wheeler Fisheries | 02/23/2012 | 111792 |
| Gordon West | 02/23/2012 | 111791 |
| No Alibi Charters, Inc. | 02/23/2012 | 111790 |
| Elizabeth Troyer | 02/23/2012 | 111789 |
| Andrew Troyer | 02/23/2012 | 111788 |
| Troyer Yachts Worldwide, Inc. | 02/23/2012 | 111787 |
| Donald J. Taylor | 02/23/2012 | 111786 |
| Donald J. Taylor | 02/23/2012 | 111785 |
| City of Monticello | 02/23/2012 | 195 |
| Sun South Realty of NWFL, Inc. | 02/24/2012 | 111917 |
| Arnold Steinmetz, Jr. | 02/24/2012 | 111915 |
| Anthony J. Martin | 02/24/2012 | 111913 |
| Lavonne Wallace Bryant | 02/24/2012 | 111911 |
| Gander Auto Parts, Inc. | 02/24/2012 | 111910 |
| Advance Design Technology Systems, Inc. | 02/24/2012 | 111909 |
| William S. Wooldridge, II | 02/24/2012 | 111908 |
| Gander Oil Company, Inc. | 02/24/2012 | 111907 |
| Robert Gean, LLC | 02/24/2012 | 111906 |
| J.V. Gander Distributor, Inc. | 02/24/2012 | 111905 |