UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>Section: J |
| THIS DOCUMENT RELATES TO: | |
| *All Cases and 2:10-CV-2771* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering the Motion for Acceptance of Limitations Short Form Joinders Beyond the September 16, 2011, Deadline and Supporting Memorandum of Law:

It is ORDERED that the Motion for Acceptance of Limitations Short Form Joinders Beyond the September 16, 2011, Deadline is hereby GRANTED and all Short Form Joinders filed by the Plaintiffs listed on the attached Exhibit A into the record of Civil Action No. 10-8888, shall be considered timely filed in the Transocean Limitation (Civil Action No. 10-2771), as well as joinder in the Bundle B1 and/or B3 Amended Master Complaints, in accordance with Pretrial Orders Nos. 24 and 25.

Signed this ____ day of _____, 2012.

_____
Honorable Carl J. Barbier, U.S. District Court Judge

Order on Motion for Acceptance of Limitations Short Form Joinders
    Beyond the September 16, 2011, Deadline
In Re: Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 – MDL No. 2179

## EXHIBIT A

| Claimant Name | Date of Filing | Short Form Document No. |
|---|---|---|
| Charles W. Bonner | 11/29/2011 | 109978 |
| Charles W. Bonner | 11/29/2011 | 109977 |
| Coastal Marina Management, LLC | 11/29/2011 | 109976 |
| William Anthony Campion | 11/29/2011 | 109975 |
| Jon Marcus Deshler | 11/29/2011 | 109973 |
| Doug Howie | 11/29/2011 | 109970 |
| La Veranda Bed & Breakfast | 11/29/2011 | 109968 |
| William C. McMillen, Jr. | 11/29/2011 | 109969 |
| Fisherman's Ventures, Inc. | 11/29/2011 | 109964 |
| Moore's Stonecrab Restaurant Marina, Inc. | 11/29/2011 | 109965 |
| Brettmun Corporation | 11/29/2011 | 109966 |
| Marsha Nelson | 11/29/2011 | 109962 |
| Milton Carpet Center, Inc. | 11/29/2011 | 109963 |
| David C. Peery | 11/29/2011 | 109961 |
| Rigsbee & Company, Inc. | 11/29/2011 | 109959 |
| Garnet and Gold Charters, LLC | 11/29/2011 | 109957 |
| CHMB Florida Hotel Investors, LLC | 11/30/2011 | 110031 |
| Naples Hotel Group, LLC | 11/30/2011 | 110030 |
| Chisholm Properties of Pensacola, LLC | 11/30/2011 | 110027 |
| Hooters of Channelside, Inc. | 11/30/2011 | 110008 |
| Hooters of North Tampa, Inc. | 11/30/2011 | 110006 |
| Pete and Shorty's of Clearwater | 11/30/2011 | 110026 |
| Pete & Shorty's of Pinellas Park, LLC | 11/30/2011 | 110028 |
| Hooters of Brandon, Inc. | 11/30/2011 | 110007 |
| Hooters of Clearwater, Inc. | 11/30/2011 | 110023 |
| Hooters on Roosevelt, Inc. | 11/30/2011 | 110024 |
| Hooters of Port Richey, Inc. | 11/30/2011 | 110022 |
| Hooters III, Inc. | 11/30/2011 | 110021 |
| Hooters II, Inc. | 11/30/2011 | 110020 |
| Hooters Management Corporation | 11/30/2011 | 110033 |
| Hooters of South Tampa, Inc. | 11/30/2011 | 110019 |
| Emerald Coast Title Services, Inc. | 11/30/2011 | 110018 |
| Jay F. Fromm | 11/30/2011 | 109998 |
| Bruce R. Gamiere | 11/30/2011 | 109999 |

Order on Motion for Acceptance of Limitations Short Form Joinders
   Beyond the September 16, 2011, Deadline
In Re: Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 – MDL No. 2179

| Claimant Name | Date of Filing | Short Form Document No. |
|---|---|---|
| George T. Golematis | 11/30/2011 | 110017 |
| Hollywood Subs | 11/30/2011 | 110016 |
| Dale's Marine Construction | 11/30/2011 | 110015 |
| Accent Foot Fashions, LLC | 11/30/2011 | 110013 |
| Nationwide Tents N Events, LLC | 11/30/2011 | 110009 |
| Thomas Riney, Jr. | 11/30/2011 | 109997 |
| 3 Way Street, Inc. | 11/30/2011 | 109996 |
| Penny Shenkel Orchestras | 11/30/2011 | 110011 |
| Hotel Liquidation, Inc. | 11/30/2011 | 110005 |
| Diane Smith | 11/30/2011 | 110004 |
| Touchstone Resorts Vacation Rentals, LLC | 11/30/2011 | 110002 |
| Bob Tyler Suzuki, Inc. | 11/30/2011 | 110001 |
| Pensacola Motor Sales, Inc. | 11/30/2011 | 110003 |
| Thomas Walker | 11/30/2011 | 110010 |
| Dinah Wells | 11/30/2011 | 110000 |
| Stephen C. Wilkey | 11/30/2011 | 110029 |
| Hooters of Spring Hill, Inc. | 12/01/2011 | 110048 |
| Hardy Marine Services | 12/01/2011 | 110047 |
| Liz's Salon | 12/01/2011 | 110046 |
| Donald Taylor | 02/23/2012 | 111784 |
| Donald Taylor | 02/23/2012 | 111783 |
| Donald Taylor | 02/23/2012 | 111782 |
| Donald Taylor | 02/23/2012 | 111781 |
| Donald Taylor | 02/23/2012 | 111780 |
| Donald Taylor | 02/23/2012 | 111779 |
| Donald Taylor | 02/23/2012 | 111778 |
| Donald Taylor | 02/23/2012 | 111777 |
| Donald Taylor | 02/23/2012 | 111776 |
| Donald Taylor | 02/23/2012 | 111775 |
| Donald Taylor | 02/23/2012 | 111774 |
| Donald Taylor | 02/23/2012 | 111773 |
| Donald Taylor | 02/23/2012 | 111772 |
| Octavio J. Machado | 02/23/2012 | 111771 |
| Bel-Air Hotels, LLC | 02/23/2012 | 111770 |
| Joan G. Adkins | 02/23/2012 | 111769 |
| Hired Gun, Inc. | 02/23/2012 | 111768 |
| Lawrence Bell | 02/23/2012 | 111767 |
| Charles W. Bonner | 02/23/2012 | 111766 |

Order on Motion for Acceptance of Limitations Short Form Joinders
    Beyond the September 16, 2011, Deadline
In Re: Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 – MDL No. 2179

| Claimant Name | Date of Filing | Short Form Document No. |
|---|---|---|
| Michael Allen Bossert | 02/23/2012 | 111764 |
| Sam's Seafood Restaurant, Inc. | 02/23/2012 | 111762 |
| Kenneth Dale Canady | 02/23/2012 | 111761 |
| Goin' Fishin', LLC | 02/23/2012 | 111760 |
| Rita Chimiak | 02/23/2012 | 111756 |
| Panhandle Underwater Maintenance And Salvage, LLC | 02/23/2012 | 111753 |
| George Markham and Sons Signs, Inc. | 02/23/2012 | 111748 |
| Cox Fisheries, Inc. | 02/23/2012 | 111745 |
| Fidelity Group of Clearwater, LLC | 02/23/2012 | 111742 |
| Ted Cserep, Inc. | 02/23/2012 | 111740 |
| Charter Boat Lil'Stacia, LLC | 02/23/2012 | 111736 |
| Anthony Davis | 02/23/2012 | 111734 |
| Roma Chain, Inc. | 02/23/2012 | 111731 |
| MRD Associates, Inc. | 02/23/2012 | 111728 |
| Capstone Transportation Management, LLC | 02/23/2012 | 111726 |
| Freddie Falgout | 02/23/2012 | 111723 |
| David A. Foley | 02/23/2012 | 111721 |
| Fusion Art Glass, Inc. | 02/23/2012 | 111719 |
| Fish Lipz Holdings, LLC | 02/23/2012 | 111718 |
| N.W. Florida Lung Associates, PA | 02/23/2012 | 111717 |
| S&M Enterprises of Bradenton, Inc. | 02/23/2012 | 111716 |
| TLG Fitness, LLC | 02/23/2012 | 111715 |
| Chet's Seafood Restaurant II, Inc. | 02/23/2012 | 111714 |
| McMahon & Hadder Insurance, Inc. | 02/23/2012 | 111713 |
| First Light Enterprises, Inc. | 02/23/2012 | 111712 |
| Steven Richard Haeusler | 02/23/2012 | 111710 |
| John Hall d/b/a Sage Management And Marketing | 02/23/2012 | 111707 |
| Henkel & Nelson Investments, LLC | 02/23/2012 | 111704 |
| Walter Ray Hicks d/b/a Fishing Vessel Lori Ann | 02/23/2012 | 111701 |
| J. David Holder | 02/23/2012 | 111698 |
| J. David Holder | 02/23/2012 | 111696 |
| J. David Holder | 02/23/2012 | 111693 |
| Beavers Southeast, LLC | 02/23/2012 | 111692 |
| Swim World, Inc. | 02/23/2012 | 111689 |

Order on Motion for Acceptance of Limitations Short Form Joinders
    Beyond the September 16, 2011, Deadline
In Re: Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 – MDL No. 2179

| Claimant Name | Date of Filing | Short Form Document No. |
|---|---|---|
| Swim World of Fort Myers, Inc. | 02/23/2012 | 111688 |
| Swim World of Naples, Inc. | 02/23/2012 | 111686 |
| Swim Smart of Orlando, Inc. | 02/23/2012 | 111684 |
| Swim World of Ellenton, Inc. | 02/23/2012 | 111683 |
| Swim Mart, Inc. | 02/23/2012 | 111682 |
| B&L Trim, Inc. | 02/23/2012 | 111680 |
| Charter Boat Sunrise, Inc. | 02/23/2012 | 111678 |
| John M. Masterson, LLC | 02/23/2012 | 111677 |
| Swim Mart of Englewood, Inc. | 02/23/2012 | 111672 |
| Stanley D. King | 02/23/2012 | 111644 |
| Stanley D. King | 02/23/2012 | 111643 |
| Stanley D. King | 02/23/2012 | 111639 |
| Stanley D. King | 02/23/2012 | 111637 |
| Stanley D. King | 02/23/2012 | 111633 |
| The Weekly Newspapers, Inc. | 02/23/2012 | 111627 |
| Giovanni G. Lacognata | 02/23/2012 | 111622 |
| Sal's Pizzeria Italian Café, Inc. | 02/23/2012 | 111588 |
| Ragusa Developers, Inc. | 02/23/2012 | 111586 |
| The Wooden Spoon Corporation | 02/23/2012 | 111585 |
| BGR Restaurants, LLC | 02/23/2012 | 111576 |
| RGB Restaurants, LLC | 02/23/2012 | 111551 |
| Winston Legge | 02/23/2012 | 111569 |
| Rajchandra, Inc. | 02/23/2012 | 111839 |
| Hub Stacey's Perdido Point | 02/23/2012 | 111838 |
| Sportmodel Fishing, Inc. | 02/23/2012 | 111837 |
| Hub Stacey's, Inc. | 02/23/2012 | 111836 |
| Yancy Spencer, IV | 02/23/2012 | 111835 |
| Sisco Properties, LLC | 02/23/2012 | 111834 |
| Sisco Properties, LLC | 02/23/2012 | 111833 |
| Sisco Properties, LLC | 02/23/2012 | 111832 |
| Sisco Properties, LLC | 02/23/2012 | 111831 |
| American Bandit, Inc. | 02/23/2012 | 111830 |
| OkieSkokie, Inc. | 02/23/2012 | 111829 |
| Outta the Blue Marina, Inc. | 02/23/2012 | 111828 |
| Islamorada Sportwear, Inc. | 02/23/2012 | 111827 |
| Kingdom Enterprises International, Inc. | 02/23/2012 | 111826 |
| Family of Faith Community Church of Fort Walton Beach, Inc. | 02/23/2012 | 111825 |

Order on Motion for Acceptance of Limitations Short Form Joinders
    Beyond the September 16, 2011, Deadline
In Re: Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 – MDL No. 2179

| Claimant Name | Date of Filing | Short Form Document No. |
|---|---|---|
| William Henry Sadler, IV | 02/23/2012 | 111823 |
| Gulf Coast Community Bank | 02/23/2012 | 111821 |
| Cedar Shoals, Inc. | 02/23/2012 | 111819 |
| Stanley Phillips d/b/a Sea Winder | 02/23/2012 | 111818 |
| Stanely Phillips d/b/a www.destinfishinginfo.com | 02/23/2012 | 111816 |
| Patricia Petrie | 02/23/2012 | 111814 |
| Vino Rosso Di Amore Enterprises, Inc. | 02/23/2012 | 111813 |
| Russell Roy Neely, Jr. | 02/23/2012 | 111812 |
| Joseph McDonald d/b/a Fisherman Joe's | 02/23/2012 | 111811 |
| Dixie McClaskie Trust | 02/23/2012 | 111809 |
| Franklin Eugene May, Sr. | 02/23/2012 | 111808 |
| Stephen Allen Marsh | 02/23/2012 | 111807 |
| James Wallace Wright | 02/23/2012 | 111806 |
| James Wallace Wright | 02/23/2012 | 111805 |
| Gary Wright | 02/23/2012 | 111804 |
| Charles K. Windes, Jr. | 02/23/2012 | 111803 |
| Destin Fisherman's Cooperative Association, Inc. | 02/23/2012 | 111799 |
| Destin Fishing Fleet, Inc. | 02/23/2012 | 111798 |
| Windes Sport Fishing, Inc. | 02/23/2012 | 111797 |
| Windes Brothers & Associates, Inc. | 02/23/2012 | 111796 |
| Charter Boat Destiny, Inc. | 02/23/2012 | 111795 |
| Sweetheart Cruises, Inc. | 02/23/2012 | 111794 |
| Charles Windes, III | 02/23/2012 | 111793 |
| James Wheeler d/b/a James Wheeler Fisheries | 02/23/2012 | 111792 |
| Gordon West | 02/23/2012 | 111791 |
| No Alibi Charters, Inc. | 02/23/2012 | 111790 |
| Elizabeth Troyer | 02/23/2012 | 111789 |
| Andrew Troyer | 02/23/2012 | 111788 |
| Troyer Yachts Worldwide, Inc. | 02/23/2012 | 111787 |
| Donald J. Taylor | 02/23/2012 | 111786 |
| Donald J. Taylor | 02/23/2012 | 111785 |
| City of Monticello | 02/23/2012 | 195 |
| Sun South Realty of NWFL, Inc. | 02/24/2012 | 111917 |
| Arnold Steinmetz, Jr. | 02/24/2012 | 111915 |

Order on Motion for Acceptance of Limitations Short Form Joinders
    Beyond the September 16, 2011, Deadline
In Re: Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 – MDL No. 2179

| Claimant Name | Date of Filing | Short Form Document No. |
|---|---|---|
| Anthony J. Martin | 02/24/2012 | 111913 |
| Lavonne Wallace Bryant | 02/24/2012 | 111911 |
| Gander Auto Parts, Inc. | 02/24/2012 | 111910 |
| Advance Design Technology Systems, Inc. | 02/24/2012 | 111909 |
| William S. Wooldridge, II | 02/24/2012 | 111908 |
| Gander Oil Company, Inc. | 02/24/2012 | 111907 |
| Robert Gean, LLC | 02/24/2012 | 111906 |
| J.V. Gander Distributor, Inc. | 02/24/2012 | 111905 |