In Re: Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179

## EXHIBIT A

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT NUMBERS |
|---|---|---|
| Mary Eloise Anderson | 2-24-2012 | 111874 |
| George Collins | 2-24-2012 | 111894 |
| John DeAngelo | 2-24-2012 | 111869 |
| Susan DeAngelo | 2-24-2012 | 111895 |
| Anne Gilmartin | 2-24-2012 | 111872 |
| Jim Gilmartin | 2-24-2012 | 111871 |
| Riley Hoggard | 2-24-2012 | 111888 |
| Jimmy Morton | 2-24-2012 | 111863 |
| Sandra Morton | 2-24-2012 | 111862 |
| Ann Murphy | 2-24-2012 | 111891 |
| Thomas Murphy | 2-24-2012 | 111892 |
| Gerald Parton | 2-24-2012 | 111893 |
| William Schiesz | 2-24-2012 | 111868 |
| Enid Sisskin | 2-24-2012 | 111890 |
| John Weingardt | 2-24-2012 | 111879 |
| Rebecca Weingardt | 2-24-2012 | 111877 |