UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) MDL NO. 2179 ) ) ) SECTION: J ) |
| This Document Relates To: | ) ) JUDGE BARBIER |
| In Re: TRITON ASSET LEASING, GmbH Case No. 2:10-cv-2771-CJB-SS | ) MAG. JUDGE SHUSHAN ) ) |

## ORDER

**CONSIDERING** the plaintiffs' Motion for Leave to File Short Form Joinders In Limitation (Doc. 5838),

**IT IS ORDERED** that the motion is GRANTED. The short forms identified in EXHIBIT A attached to the motion shall be considered timely filed answers and claims in the Transocean Limitation, (Civil Action No. 10-2771), as well as joinder in the appropriate Master Complaints.

New Orleans, Louisiana, this the ____ day of _____, 2012.

_____
United States District Judge