UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | Section: J |
| THIS DOCUMENT RELATES: | |
| *All Cases and 2:10-CV-2771* | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |
| _____ / | |

### ORDER

Considering the Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline and Supporting Memorandum of Law:

IT IS ORDERED that the Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline is hereby GRANTED and all Short Form Joinders filed by the Plaintiffs listed on the attached Exhibit "A" into the record of Civil Action No. 10-8888, shall be considered timely filed in the Transocean Limitation (Civil Action No. 10-2771), as well as joinder in the Bundle B1 and/or B3 Amended Master Complaints, in accordance with Pretrial orders Nos. 24 and 25.

Signed this _____ day of _____, 2012.

_____
HONORABLE CARL J. BARBIER
U.S. DISTRICT COURT JUDGE

# EXHIBIT "A"

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT # |
|---|---|---|
| A.E. New, Jr., Inc. | 02/17/12 | 111300 |
| Bhagwan Inc. | 02/17/12 | 111302 |
| Courtney's on Sanibel | 02/17/12 | 111303 |
| Covenant Hospice Foundation of Northwest | 02/17/12 | 111304 |
| Covenant Hospice, Inc. | 02/17/12 | 111305 |
| Custom Destination Charters, Inc | 02/17/12 | 111307 |
| d/b/a Action Motor Sports | -- | -- |
| Custom Search, Inc | 02/17/12 | 111308 |
| Finch Construction Systems, Inc. | 02/17/12 | 111310 |
| Gulf Beach Construction, Inc. | 02/17/12 | 111311 |
| Hedgecock Electric, Inc. | 02/17/12 | 111312 |
| Kneaded Services aka Back to Business | 02/17/12 | 111315 |
| Landrum Companies, Inc. | 02/17/12 | 111316 |
| Loftin Construction Company | 02/17/12 | 111317 |
| Mathiesen, Melissa Dawn | 02/17/12 | 111320 |
| McGloin, Catherine T. | 02/17/12 | 111321 |
| McGuire, Raymond Scott | 02/17/12 | 111322 |
| McLemore Electric, Inc. | 02/17/12 | 111323 |
| Mickelson Construction Services, Inc. | 02/17/12 | 111324 |
| Miller, Kim Inga | 02/17/12 | 111325 |
| Northwest Florida Community Hospital | 02/17/12 | 111327 |
| Pacheco, Victor Jesus | 02/17/12 | 111328 |
| Poirier, Wanell | 02/17/12 | 111329 |
| Prescott, Sean Fitzpatrick | 02/17/12 | 111331 |
| Quayside Properties, LLC | 02/17/12 | 111332 |
| Quayside Quarters, LLC | 02/17/12 | 111333 |
| Quinnell, Joshuah Cash | 02/17/12 | 111334 |
| Raines, Louis D. | 02/17/12 | 111335 |
| Ramos, Jorge Luis | 02/17/12 | 111336 |
| Ramrakha, Christina Ann | 02/17/12 | 111337 |
| Rickenbrode, John Sann | 02/17/12 | 111338 |
| Rodriguez, Haniel | 02/17/12 | 111340 |
| Scott, Vivian | 02/20/12 | 111351 |
| Slone Doors, Inc. | 02/20/12 | 111352 |
| Southeastern Construction, Inc. | 02/20/12 | 111353 |
| Specialty Contractors, Inc. | 02/20/12 | 111354 |
| Spiering, Devin James | 02/20/12 | 111355 |

Order on Motion for Acceptance of Limitations Short Form Joinders
    Beyond the September 16, 2011 Deadline
In Re:  Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179

| Name | Date | Number |
|---|---|---|
| System Specialists, Inc. | 02/20/12 | 111356 |
| Tate, Logan Alexander | 02/20/12 | 111357 |
| Taxter, Sarah Elizabeth | 02/20/12 | 111358 |
| Terhaar & Cronley General Contractors, Inc. | 02/20/12 | 111359 |
| The Golden Pear | 02/20/12 | 111361 |
| Vision Construction Ent., Inc. | 02/20/12 | 111362 |
| Wescon Corporation | 02/20/12 | 111363 |
| Wickline Plumbing, Inc. | 02/20/12 | 111364 |
| Wilborne, Jerry Allen | 02/20/12 | 111365 |
| Zweifel, Dennis R. | 02/20/12 | 111366 |
| OB Boatman 5 LLC | 02/20/12 | 111375 |
| Pittman, Larry | 02/20/12 | 111377 |
| Pizzuto, Kathleen | 02/20/12 | 111378 |
| Simonson, Ryan | 02/20/12 | 111379 |
| Summit Marathon LLC dba Sombrero Resort | 02/20/12 | 111385 |
| Summit Tavernier LLC | 02/20/12 | 111386 |
| Wyrick, Anthony | 02/20/12 | 111388 |
| Short, William | 02/20/12 | 111389 |
| Vatrachki, Ventsislav Simeonou | 02/24/12 | 111864 |
| Santos, Mike Leonardo | 02/24/12 | 111866 |