UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

THIS DOCUMENT RELATES:

*All Cases and 2:10-CV-2771*

_____ /

MDL No. 2179

Section: J

JUDGE BARBIER
MAGISTRATE JUDGE SHUSHAN

## ORDER

Considering the Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline and Supporting Memorandum of Law:

IT IS ORDERED that the Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline is hereby GRANTED and all Short Form Joinders filed by the Plaintiffs listed on the attached Exhibit "A" into the record of Civil Action No. 10-8888, shall be considered timely filed in the Transocean Limitation (Civil Action No. 10-2771), as well as joinder in the Bundle B1 and/or B3 Amended Master Complaints, in accordance with Pretrial orders Nos. 24 and 25.

Signed this _____ day of _____, 2012.

_____
HONORABLE CARL J. BARBIER
U.S. DISTRICT COURT JUDGE

# EXHIBIT "A"

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT # |
|---|---|---|
| Brass Monkey, Ltd. | 02/20/12 | 111360 |
| Gay 90's Carriages, Inc. | 02/20/12 | 111370 |
| South Beach I, LLC | 02/20/12 | 111380 |
| South Beach II, LLC | 02/20/12 | 111381 |
| South Beach III, LLC | 02/20/12 | 111382 |
| South Beach North, LLC | 02/20/12 | 111383 |
| The Brass Monkey | 02/20/12 | 111387 |
| Biloxi Breeze Beach Club d/b/a Hog Heaven | 02/21/12 | 111415 |
| Bourg, Craig | 02/21/12 | 111416 |
| Adams, Huey Frank | 02/21/12 | 111417 |
| Lively, Keith | 02/22/12 | 111418 |
| Duval, Angela A. | 02/22/12 | 111420 |
| Gulf Coast Oysters, Inc. | 02/22/12 | 111421 |
| Britt, Anita B. | 02/22/12 | 111462 |
| RW Development, LLC | 02/22/12 | 111463 |
| Mike's Seafood Restaurant | 02/23/12 | 111558 |
| Glen's Auto Care Center, Inc. | 02/23/12 | 111559 |
| Barthelemy, Martin | 02/23/12 | 111561 |
| The Boat Doctor, Inc. | 02/23/12 | 111563 |
| Ken-K Trucking | 02/23/12 | 111565 |
| Moore, Thomas | 02/23/12 | 111567 |
| Redfish Group, LLC | 02/23/12 | 111568 |
| Rookie Boats of MS, LLC | 02/23/12 | 111570 |
| Lombardo, Anthony | 02/23/12 | 111609 |
| Lombardo, Elaine | 02/23/12 | 111611 |
| Lombardo, Anthony & Elaine | 02/23/12 | 111613 |
| Ace Contractors, Inc. | 02/23/12 | 111647 |
| Bayou Express | 02/23/12 | 111648 |
| Calhoun County Channel & Dock, Inc. | 02/23/12 | 111649 |
| Haynes, Jerry | 02/23/12 | 111652 |
| Fisher Channel & Dock Co. | 02/23/12 | 111655 |
| Fraley, Jon Thomas | 02/23/12 | 111660 |
| J.T. Fraley Revocable Trust | 02/23/12 | 111662 |
| Lively, James | 02/23/12 | 111665 |
| Moses Lake Harbor, Inc. | 02/23/12 | 111670 |
| US Sea Products, Inc. | 02/23/12 | 111674 |
| Fineran, John J. | 02/23/12 | 111676 |

Order on Motion for Acceptance of Limitations Short Form Joinders
    Beyond the September 16, 2011 Deadline
In Re:  Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179

| Name | Date | Number |
|---|---|---|
| Louisiana Fine Food Companies, Inc. | 02/23/12 | 111681 |
| Taliancich, Srecka G. | 02/23/12 | 111685 |
| Louisiana Foods, Inc. | 02/23/12 | 111687 |
| Cognevich, Rene | 02/23/12 | 111690 |
| Cognevich, Margaret | 02/23/12 | 111691 |
| Becnel, Harold J. | 02/23/12 | 111700 |
| Pittman, Ronald R., Jr. | 02/23/12 | 111705 |
| Crain, Stephen | 02/23/12 | 111709 |
| Gossen, James | 02/23/12 | 111729 |
| Defelice Land Company, LLC | 02/23/12 | 111733 |
| Marino, David Sr. and Shannon | 02/23/12 | 111800 |
| Arnondin, Robert C. | 02/23/12 | 111801 |
| Van Meter, William Earl | 02/23/12 | 111802 |
| Louisiana Foods Global Seafood Source, LLC | 02/24/12 | 111840 |
| Cheramie, Deborah | 02/24/12 | 111841 |
| Cheramie, Glen A. Jr. | 02/24/12 | 111842 |
| Cheramie, Glen Sr. and Gale | 02/24/12 | 111843 |
| M & R Oyster Co., Inc. | 02/24/12 | 111844 |
| Sea Searcher Marine, Inc. | 02/24/12 | 111846 |
| Barrios, Floyd | 02/24/12 | 111858 |
| Wild Bill, LLC | 02/24/12 | 111860 |
| Sherman, Brian J. | 02/24/12 | 111865 |
| Fineran, Frank | 02/24/12 | 111896 |
| Big Play Development, LLC | 02/24/12 | 111902 |

2