

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Mississippi

| | |
|---|---|
| Thomas Daniel Murray and Theresa D. Murray | ) |
| ——————————————————— | ) |
| *Plaintiff* | ) |
| v. | ) |
| BP, PLC, et al. | ) |
| ——————————————————— | ) |
| *Defendant* | ) |

EDLA · 11CV2886
Civil Action No.  1:11CV409 LG-JMR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BP Products North America, Inc.
through Prentice-Hall Corporation System, its agent for service of process
506 S. President Street
Jackson, MS 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joe Sam Owen
Owen, Galloway & Myers, PLLC
Post Office Drawer 420
Gulfport, MS 39502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J.T. NOBLIN

CLERK OF COURT

Date:  10/31/11

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   BP Products North America, Inc.
was received by me on *(date)*                                    .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Danny L. Perry , Prentice-Hall Corp. System , who is
designated by law to accept service of process on behalf of *(name of organization)*   BP Products North
America, Inc. _____ on *(date)* 02/14/12 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.

Date: 02/14/12                          _Julie A. Sanders_
                                              *Server's signature*

                                         _Julie A. Sanders_
                                         *Printed name and title*

                                         298 Quail Hollow
                                         Madison, MS 39110
                                              *Server's address*


Additional information regarding attempted service, etc: