# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| SHERRY L. OWEN <br> _Plaintiff_ <br> v. <br> BP, PLC, et al. <br> _Defendant_ | ) ) ) ) ) ) ) )  EDLA- 11cv2890 <br><br> Civil Action No. 1:11cv413 LG-JmR |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  BP Exploration and Production, Inc.
through CT Corporation System, its agent for service of process
645 Lakeland East Dr., Suite 101
Flowood, MS 39232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joe Sam Owen
Owen, Galloway & Myers, PLLC
Post Office Drawer 420
Gulfport, MS 39502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court..

**J. T. NOBLIN**
_CLERK OF COURT_

Date: 10-31-11

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any)   BP Exploration and Production, Inc.

was received by me on (date) _____ .

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) Joanie S. Jones, CT Corp. System, who is designated by law to accept service of process on behalf of (name of organization) BP Exploration and Production, Inc.   on (date) 02/14/12 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 02/14/12

Julie A. Sanders
*Server's signature*

Julie A. Sanders
*Printed name and title*

298 Quail Hollow
Madison, MS 39110
*Server's address*

Additional information regarding attempted service, etc: