AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Mississippi

| | | |
|---|---|---|
| MICHAEL J. YENTZEN, PLLC | ) | |
| _____ | ) | EDLA 11 cv 2889 |
| *Plaintiff* | ) | Civil Action No.   1:11cv 412 LG-JMR |
| v. | ) | |
| BP, PLC, et al. | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BP Company North America, Inc.
through Prentice-Hall Corporation System, Inc., its agent for service of process
2711 Centerville Road, Suite 400
Wilmington, Delaware 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joe Sam Owen
Owen, Galloway & Myers, PLLC
Post Office Drawer 420
Gulfport, MS 39502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J.T. NOBLIN
*CLERK OF COURT*

Date:  10/31/11                                    P. Stokes
                                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

☑  Other *(specify):*  Certified Mail/Return Receipt

My fees are $ _____0.00_____ for travel and $ _____0.00_____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date:  ____02/24/2012____

_____
*Server's signature*

_____
Cynthia S. Foster
*Printed name and title*

1414 25th Avenue
Gulfport, MS  39502

_____
*Server's address*

Additional information regarding attempted service, etc:

**7196 9008 9111 3605 3245**

| 3. Service Type  **CERTIFIED MAIL™** |
| --- |
| 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |

1. Article Addressed to:

BP COMPANY NORTH AMERICA, INC.
BY AND THROUGH PRENTISS HALL
CORP. SYSTEM, INC.
2711 CENTERVILLE RD., STE. 400
WILMINGTON, DE 19808

A. Received by (Please Print Clearly) | B. Date of Delivery

C. Signature

X ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

### Reference Information

YENTZEN/BP

csf

PS Form 3811, January 2005          Domestic Return Receipt