AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

Jenmar Investments, LLC

*Plaintiff*

v.

BP, PLC

*Defendant*

EDLA 11cv2887

Civil Action No. 1:11cv410LG-JMR

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* BP Corporation North America, Inc.
through Prentice-Hall Corporation System, Inc., agent for service of process
Suite 500, 251 East Ohio Street
Indianapolis, Indiana 46204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Joe Sam Owen
Owen, Galloway & Myers, PLLC
Post Office Drawer 420
Gulfport, MS 39502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J.T. NOBLIN

*CLERK OF COURT*

Date: 10/31/2011

*Signature of Clerk or Deputy Clerk*

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

☐ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

☐ I returned the summons unexecuted because ______________________ ; or

☑ Other *(specify)*: Certified Mail/Return Receipt

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/24/2012

______________________
*Server's signature*

Cynthia S. Foster
*Printed name and title*

1414 25th Avenue
Gulfport, MS 39502
*Server's address*

Additional information regarding attempted service, etc:

7196 9008 9111 3605 3313

A. Received by (Please Print Clearly)

B. Date of Delivery

C. Signature

X

☒ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type **CERTIFIED MAIL™**

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

1. Article Addressed to:

BP CORP. NORTH AMERICA, INC.
BY AND THROUGH PRENTISS HALL
CORP. SYSTEM, INC.
SUITE 500, 251 EAST OHIO STREET
INDIANAPOLIS, ID 46204

CIRCLE CITY ... INDIANAPOLIS IN 46204

FEB 1 4 2012

**Reference Information**

JENMAR/BP

csf

PS Form 3811, January 2005 Domestic Return Receipt