# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 <br> SECTION: J <br> JUDGE BARBIER |
| This Document Relates To: <br> 210-CV-02771; MDL No. 2179 | MAGISTRATE NO. 1 <br> MAGISTRATE SHUSHAN |

## ORDER

Considering the Motion of Defendants and Cross-Claims Plaintiffs Anadarko Petroleum Corporation and Anadarko E&P Company LP for Leave to Amend Cross-Claims, and good cause being shown, the Motion is hereby GRANTED.

IT IS FURTHER ORDERED that the Proposed First Amended Cross-Claims attached to the Motion as Exhibit A shall be entered on the docket.

SO ORDERED.

New Orleans, Louisiana this 24th day of February, 2012.

_____
United States District Judge