UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| *All Cases* | * | |
| | * | MAGISTRATE SHUSHAN |

### ORDER

In light of previous Orders issued by this Court or Counsels' Joint Stipulation, multiple motions are now moot. Accordingly,

**IT IS ORDERED** that the following Motions are **DENIED AS MOOT:**

Dril-Quip Inc.'s Motion to Dismiss Transocean's Cross-Claim/Counterclaim for Failure to State a Claim (Rec. Doc. 2445),[1]

Dril-Quip, Inc.'s Motion to Dismiss M-I, LLC's First Amended Cross-Claims for Failure to State a Claim (Rec. Doc. 2884),[2]

Dril-Quip, Inc.'s Motion to Dismiss Halliburton Energy Services, Inc.'s Cross-Claims for Failure to State a Claim (Rec. Doc. 2887),[3]

Dril-Quip, Inc.'s Motion to Dismiss Weatherford U.S. LP and Weatherford International, Inc.'s Cross-Claim for Failure to State a Claim (Rec. Doc. 2891),[4]

BP's Motion to Stay Litigation Against Dril-Quip in Favor of Arbitration (Rec. Doc. 4306),[5]

Dril-Quip, Inc.'s Ex Parte Motion for Leave to File its First Amended Final Good Faith Trial Exhibit List (Rec. Doc. 5242),[6]

United States' Motion for Partial Summary Judgment as to the Liability of the Anadarko Defendants (Rec. Doc. 2587),[7]

State of Louisiana's Request for Clarification of Amended Pretrial Order No. 41/Case Management Order No. 3 (Rec. Doc. 4186),[8]

M-I L.L.C.'s Motion to Dismiss Cross-Claim of Weatherford U.S., L.P. and Weatherford

International, Inc. (Rec. Doc. 2823),[9]

M-I L.L.C.'s Motion to Join in and Adopt the Arguments Made in the Weatherford Entities' Motion Judgment on the Pleadings Pursuant to Ruel 12(c) of the Federal Rules of Civil Procedure and M-I L.L.C.'s Motion for Judgment on the Pleadings Pursuant to Federal Rule fo Civil Procedure 12(c) (Rec. Doc. 5364),[10] and

M-I L.L.C.'s Motion to Dismiss Transocean's Cross-Claims/Counterclaims (Rec. Doc. 2520).[11]

**IT IS FURTHER ORDERED** that the two Motions in Opposition to Class Certification of any Action in MDL No. 2179 (Rec. Docs. 4782, 4798) are **DENIED AS PREMATURE.** The Court has stayed all class action motion practice and deadlines. (Pretrial Order No. 11/Case Management Order No. 1, ¶ VII, Rec. Doc. 569; Pretrial Order No. 25, ¶ 19, Rec. Doc. 983).

New Orleans, Louisiana, this 24th day of February, 2012.

_____
United States District Judge

1. Rendered moot by the Court's Order of January 20, 2012, granting Dril-Quip, Inc.'s Motion for Summary Judgment Against All Claims. (Rec. Doc. 5306).

2. *Id.*

3. *Id.*

4. *Id.*

5. *Id.*

6. *Id.*

7. Rendered moot by the Court's Order of February 22, 2012, regarding the Cross-Motions for Partial Summary Judgment on the issues of liability under the Oil Pollution Act of 1990 and Clean

Water Act (Rec. Doc. 5809).

8. Rendered moot by Pretrial Order #48 (Rec. Doc. 5276).

9. Rendered moot by the Court's Order of February 10, 2012, granting Weatherford's Motion for Summary Judgment (Rec. Doc. 5653; *see also* 5711).

10. Rendered moot by the Court's Order of February 13, 2012, mooting Weatherford's Motion for Judgment on the Pleadings Pursuant to Rule 12(c) (Rec. Doc. 5664).

11. Rendered moot by Joint Stipulation of Dismissal with Prejudice of Transocean's Rule 13 Cross-Claims/Counter-Claims Against M-I, L.L.C. (Rec. Doc. 5055).