UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
|    "Deepwater Horizon" in the Gulf | * | |
|    of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| *All Cases* | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

MOEX Offshore 2007 LLC and MOEX USA Corporation (collectively, "MOEX") joined in and adopted the arguments made in the Anadarko entities' Motion *in Limine* to Exclude Evidence Regarding the Anadarko Entities' Knowledge of or Access to Information about Well Design and/or Operations of the Macondo Prospect from the Limitation of Liability Trial. (*See* Rec. Docs. 4566, 4498, 4319). The Court subsequently granted Anadarko's Motion *in Limine*. (Rec. Doc. 5836). Having considered Anadarko's arguments as they relate to MOEX,

**IT IS ORDERED** that evidence of MOEX's knowledge of or access to Macondo Well design and/or operations is irrelevant to any issue in the Phase I trial.

New Orleans, Louisiana, this 24th day of February, 2012.

                                                                          _____
                                                                          United States District Judge