UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig<br>         "Deepwater Horizon" in the Gulf<br>         of Mexico, on April 20, 2010<br><br>This Document Relates to:  *All Cases*<br><br>(Including No. 10-2771) | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

MOTION FOR ADVERSE INFERENCES FROM
FIFTH AMENDMENT INVOCATIONS

**NOW INTO COURT** come Plaintiffs, through Co-Liaison Counsel and the Plaintiffs Steering Committee, and respectfully move this Court for adverse inferences based on the Fifth Amendment invocations of the thirteen (13) witnesses listed below. The arguments in favor of the inferences, as well as the specific inferences sought, are detailed in the Exhibits attached hereto.

| Exhibit No. | Name | Employer | Position | Inferences Against |
|---|---|---|---|---|
| 1 | Hafle, Mark | BP | Sr. Drilling Engineer | BP |
| 2 | Morel, Brian | BP | Drilling Engineer | BP<br>Halliburton |
| 3 | Kaluza, Robert | BP | Well Site Leader | BP |
| 4 | Kutcha, Curt | Transocean | Master of Deepwater Horizon | Transocean |
| 5 | Harrell, Jimmy | Transocean | Offshore Installation Manager | Transocean<br>BP |

1

| | | | | |
|---|---|---|---|---|
| 6 | Bertone, Steve | Transocean | Chief Engineer/Maintenance Supervisor | Transocean BP |
| 7 | Haire, Christopher | Halliburton | Service Supervisor | Halliburton Transocean BP |
| 8 | Willis, Cathleenia | Sperry Sun | Mud Logger | Halliburton BP |
| 9 | Fleytas, Andrea | Transocean | Dynamic Positioning Officer | Transocean |
| 10 | Ingram, James | Transocean | Senior Materials Coordinator | BP |
| 11 | Holloway, Caleb | Transocean | Floor Hand | Transocean |
| 12 | Sandell, Micah | Transocean | Crane Operator | BP |
| 13 | Seraile, Alan | Transocean | Assistant Driller | Transocean |

WHEREFORE, for the reasons detailed in the attached Exhibits, Plaintiffs respectfully move this Court for the imposition of adverse inferences against the Defendants as specified.

This 24th day of February, 2012.

Respectfully submitted,

   /s/   Stephen J. Herman                         /s/ James Parkerson Roy
**Stephen J. Herman**, La. Bar No. 23129        **James Parkerson Roy**, La. Bar No.11511
**HERMAN HERMAN KATZ & COTLAR LLP**       **DOMENGEAUX WRIGHT ROY & EDWARDS LLC**
820 O'Keefe Avenue                                      556 Jefferson Street, Suite 500
New Orleans, Louisiana 70113                      Lafayette, Louisiana 70501
Telephone: (504) 581-4892                           Telephone: (337) 233-3033
Fax No. (504) 569-6024                                      Fax No. (337) 233-2796
E-Mail: sherman@hhkc.com                           E-Mail: jimr@wrightroy.com
*Plaintiffs Liaison Counsel*                                     *Plaintiffs Liaison Counsel*

**PLAINTIFFS' STEERING COMMITTEE**

Brian H. Barr                                          Robin L. Greenwald
LEVIN, PAPANTONIO, THOMAS,              WEITZ & LUXENBERG, PC

2

MITCHELL, ECHSNER & PROCTOR, PA
316 South Baylen St., Suite 600
Pensacola, FL 32502-5996
Office:  (850) 435-7045
Telefax: (850) 436-6187
E-Mail: bbarr@levinlaw.com

Jeffrey A. Breit
BREIT, DRESCHER & IMPREVENTO
Towne Pavilion Center II
600 22nd Street, Suite 402
Virginia Beach, Virginia 23451
Office:  (757) 670-3888
Telefax: (757) 670-3895
E-Mail: jbreit@bdbmail.com


Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Office:  (415) 956-1000
Telefax: (415) 956-1008
E-Mail:  ecabraser@lchb.com

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA & TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA  70037
Office:  (504) 394-9000
Telefax: (504) 394-9110
E-Mail:  pcossich@cossichlaw.com


Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL  36660
Office:  (251) 471-6191
Telefax: (251) 479-1031
E-Mail:  rtc@cunninghambounds.com

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.

700 Broadway
New York, NY  10003
Office:  (212) 558-5802
Telefax: (212) 344-5461
E-Mail:  rgreenwald@weitzlux.com

Rhon E. Jones
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P. C.
218 Commerce St., P.O. Box 4160
Montgomery, AL 36104
Office:  (334) 269-2343
Telefax: (334) 954-7555
E-Mail:  rhon.jones@beasleyallen.com


Matthew E. Lundy
LUNDY, LUNDY, SOILEAU & SOUTH, LLP
501 Broad Street
Lake Charles, LA  70601
Office:  (337) 439-0707
Telefax: (337) 439-1029
E-Mail:  mlundy@lundylawllp.com

Michael C. Palmintier
deGRAVELLES, PALMINTIER, HOLTHAUS & FRUGE'
618 Main Street
Baton Rouge, LA  70801-1910
Office:  (225) 344-3735
Telefax: (225) 344-0522
E-Mail:  mpalmintier@dphf-law.com


Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW & ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA  70130
Office:  (504) 588-1500
Telefax:  (504) 588-1514
E-Mail:  sterbcow@lksalaw.com

Scott Summy

188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399
E-Mail:  mike@mikespy.com

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA  70726
Office:  (225) 664-4193
Telefax: (225) 664-6925
E-Mail:  calvinfayard@fayardlaw.

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: (305) 476-7400
Telefax: (305) 476-7444
E-Mail:  ervin@colson.com

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Office: (843) 216-9159
Fax No. (843) 216-9290
E-Mail: jrice@motleyrice.com

BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Office:  (214) 521-3605
Telefax: (214) 599-1172
E-Mail:  ssummy@baronbudd.com

Mikal C. Watts
WATTS GUERRA CRAFT, LLP
Four Dominion Drive, Building 3, Suite 100
San Antonio, TX 78257
Office: (210) 447-0500
Telefax: (210) 447-0501
E-Mail:  mcwatts@wgclawfirm.com

Conrad S.P. "Duke" Williams
WILLIAMS LAW GROUP
435 Corporate Drive, Suite 101
Maison Grand Caillou
Houma, Louisiana 70360
Office: (985) 876-7595
Fax No. (985) 876-7594
E-Mail: duke@williamslawgroup.org

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Motion has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 24th day of February, 2012.

s/ James Parkerson Roy and Stephen J. Herman