EXHIBIT 3

FIFTH AMENDMENT INVOCATIONS - ADVERSE INFERENCES

**NAME:** ROBERT KALUZA

**EMPLOYER:** BP

**TITLE:** WELL SITE LEADER

Kaluza was the replacement for Ronald Sepulvado as BP's Well Site Leader on the *Deepwater Horizon* (together with Donald Vidrine), at the time of the blowout. He arrived on the *Deepwater Horizon* on April 16. BP assigned Kaluza to this position despite having ranked him the second lowest well site leader in the Gulf, and despite the fact that he had only been working on deepwater rigs for one year at the time of the blowout.

A.      The *Libutti* Factors

The Court may draw adverse inferences against BP from Kaluza's invocation of the Fifth Amendment under the four non-exclusive factors suggested by the Second Circuit in *LiButti v. United States*, 107 F.3d 110 (2d Cir. 1997), which Judge Barbier adopted in his Order. Applied here, they are as follows:

**(1) the nature of the relevant relationships** – As this Court noted in its February 14 Order, the Fifth Circuit has refused to require a special relationship between a party and an invoking non-party witness before drawing an adverse inference against the party from the non-party's invocation. *FDIC v. Fidelity & Deposit Co.,* 45 F.3d 969, 978 (5th Cir. 1995). In *FDIC*, an adverse inference was permissibly drawn where the "relationship" in question was that of a bank loan officer and a customer of the bank. BP and Kaluza are in an employer/employee relationship and thus, here, the relationship is stronger. As the Court stated in *FDIC*, "the fact of present employment serves primarily to reduce the chance that the employee will falsely claim to have engaged in criminal conduct for which the defendant employer is liable." *Id.* at 978 (citing ROBERT HEIDT, *The Conjurer's Circle--The Fifth Amendment Privilege in Civil Cases*, 91 YALE L.J. 1062, 1119-20 n. 214 (1982)). Adverse inferences may be drawn from the invocation by former employees, also. "Any factors suggesting that a former employee retains some loyalty to his former employer--such as the fact that the employer is paying for his attorney--would serve the same purpose." *Id.*

**(2) the degree of control of the party over the non-party witness** – As the Court noted in *New Hampshire Ins. Co. v. Blue Water Off Shore LLC,* 2009 WL 792530 (S.D. Ala. 2009), the "control" element deals not with the party's ability to control the witness's testimony, but the degree of control over the witness "in regard to key facts and general

subject matter of the litigation." *Id.*  BP exercised control over Kaluza, its employee, in regard to the temporary abandonment procedure at Macondo, which is the general subject matter of this litigation.

(3) **the compatibility of the interests of the party and non-party witness in the outcome of the litigation** - Kaluza and BP have similar interests; it is in Kaluza's interest that BP succeed in the litigation, particularly with respect to any actions on Kaluza's part.

(4) **the role of the non-party witness in the litigation** - As BP's Well Site Leader during the temporary abandonment procedure leading up to the blowout, Kaluza has unique and critical knowledge concerning the negative pressure test, interpretation of the negative pressure test results, discussions with BP officials concerning the results, and decisions made leading up to the blowout

BP contends that inferences should not be drawn against it from any of its employees' decisions to invoke the Fifth Amendment because: (1) its employees chose to invoke the Fifth Amendment; (2) they did not do so at BP's urging; and (3) it provided corporate designees for all topics on which its employees took the Fifth Amendment. The Court stated in its Order that these arguments would be considered on a case-by-case basis.  Kaluza's choice to invoke the Fifth Amendment, which BP states was not done at its urging, does not demonstrate a lack of loyalty to BP or indicate that Kaluza wishes to harm BP.  Certainly, if Kaluza wished to harm BP, he could do so much more effectively by testifying.  BP asserts that it had no control over these employees' decisions. However, the "control" factor of *Libutti,* as discussed above, does not involve an examination of BP's control over Kaluza's decision whether to testify; instead, this factor refers to BP's control over him during the period of time that is the subject of the litigation.  Clearly, BP had control over Kaluza during his tenure as the *Deepwater Horizon*'s Well Site Leader.  Finally, the corporate designees that BP provided do not have Kaluza's unique knowledge.  Kaluza was on the *Deepwater Horizon* making critical (and reckless) decisions concerning a host of operations during temporary abandonment.  He is a significant witness on the issues of BP's negligence and recklessness, and he has knowledge of facts that cannot be obtained from any other witnesses who are not also invoking the Fifth Amendment.

**B.**     **Inferences to be Drawn Against BP**

1. **BP placed Kaluza, an inexperienced and ill-prepared Well Site Leader, on the Deepwater Horizon for the critical temporary abandonment procedures at Macondo, as demonstrated by the following:**

    a. **Kaluza was first notified that he would be the temporary replacement Well Site Leader on April 6, 2010.**

253:05 - 253:09   253:05     Q.    Now, you didn't learn until
                  06  approximately April 6th that you would be
                  07  acting as the substitute Well Site Leader on

        08  the DEEPWATER HORIZON; is that correct?
        09     A.    Same answer.

### b. Kaluza first arrived on the Deepwater Horizon on April 16, 2010.

253:15 - 253:20     15     Q.    Okay.  And at time that you came
        16  aboard the DEEPWATER HORIZON on April 16th,
        17  2010, you'd only been in deepwater for one
        18  year; isn't that correct?
        20     A.    Same answer.

### c. Kaluza was ranked the second lowest Well Site Leader in the Gulf by BP, and had only worked on deepwater rigs for one year.

017:12 - 017:18  017:12     Q.    (By Mr. Bickford) Okay.  And,
        13  sir, when you arrived on the DEEPWATER
        14  HORIZON on April 16th of 2010, you knew at
        15  that point it was termed the "well from
        16  hell," didn't you?
        18     A.    Same answer.

253:24 - 254:20     24        (Exhibit No. 3568 marked.)
        254:01     MS. HERTZ:  Tab 7.
        03     Q.    (By Ms. Hertz) And this purports
        04  to be a document sent from Charles Holt to
        05  Wes Black and others, including John Guide,
        06  Ian Little, David Rich, and it says well --
        07  "WSL," Well Site Leader, "Ranking
        08  Spreadsheet."
        09        And I wanted to know if you were
        10  aware that in 2009 in the Gulf of Mexico BP
        11  had ranked its Well Site Leaders on a metric
        12  from a highest score to the lowest score?
        14     A.    Same answer.
        15     Q.    (By Ms. Hertz) And were you
        16  aware that you had the second to lowest
        17  ranking in the entire Gulf of Mexico as a
        18  Well Site Leader at BP?
        20     A.    Same answer.

### d. BP never provided Kaluza with any formal training on how to conduct a negative pressure test.

144:23 - 146:06  144:23     Q.    (By Ms. Hankey) You were never
        24  provided any formal training by BP on how to

```
              25  conduct a negative pressure test, were you?
         145:03     A.    Same answer.
              04     Q.    (By Ms. Hankey) You were never
              05  provided any training on what was required
              06  for a pressure test to be successful; is that
              07  correct?
              10     A.    Same answer.
              11     Q.    (By Ms. Hankey) There were no
              12  writings from BP on the rig, any procedure or
              13  document that you could refer to for guidance
              14  on how to co -- conduct a negative pressure
              15  test; is that right?
              18     A.    Same answer.
              19     Q.    (By Ms. Hankey) And the same was
              20  true for -- and there were no documents on
              21  the rig from BP on how to interpret the
              22  results of the negative pressure test?
              25     A.    Same answer.
         146:01     Q.    (By Ms. Hankey) And this is
              02  true, even though a negative pressure test is
              03  a safety-critical test?
              06     A.    Same answer.
```

**2. Despite the specified flow rate of 5-8 barrels at 500-700 psi, Kaluza authorized 9 attempts to convert the float collar with a flow of 1 barrel at 3,142 psi, which was a gross deviation of Weatherford's specified procedure.**

```
024:03 - 025:03   024:03    Q.    (By Mr. Bickford) And, sir,
              04  while onboard the DEEPWATER HORIZON, you
              05  oversaw for BP the conversion of the float
              06  collar, did you not?
              08     A.    Same answer.
              09     Q.    (By Mr. Bickford) And, sir --
              10  and you knew, sir, that Weatherford had
              11  specified that the -- a flow rate of five to
              12  eight barrels per minute at a pressure of 500
              13  to 700 psi was necessary to convert the float
              14  collar, did you not?
              16     A.    Same answer.
              17     Q.    (By Mr. Bickford) And, sir, you,
              18  as a Representative of BP, authorized a gross
              19  deviation from that procedure, didn't you?
              21     A.    Same answer.
              22     Q.    (By Mr. Bickford) And, in fact,
              23  sir, it took you nine attempts to get the --
              24  to get to the point where you believed that
```

```
                  25  you had converted the float collars; isn't
              025:01  that correct?
                  03      A.    Same answer.
```

025:09 - 025:21
```
                  09      Q.    (By Mr. Bickford) And, sir,
                  10  isn't it a fact that rather than using 500 to
                  11  700 psi, you had a pressure up to 3142 psi to
                  12  achieve what you thought was a conversion?
                  14      A.    Same answer.
                  15      Q.    (By Mr. Bickford) And, sir, when
                  16  you finally got what you thought was the
                  17  conversion of the collar, you were only able
                  18  to achieve a flow rate of about 1 barrel per
                  19  minute; isn't that correct?
                  21      A.    Same answer.
```

**3. The Negative Pressure Test Produced Highly Irregular Results that Were Ignored, as demonstrated by the following:**

   **a. The negative test was conducted by underbalancing the well, which was done by placing a spacer of highly viscous material between the mud and seawater.**

044:05 - 044:17
```
              044:05      Q.    (By Mr. Bickford) In effect, you
                  06  underbalanced the well so that you could see
                  07  if there was any infiltration of hydrocarbons
                  08  in the well; is that correct?
                  10      A.    Same answer.
                  11      Q.    (By Mr. Bickford) Sir, when you
                  12  displace the mud in the well -- when the mud
                  13  in the well was displaced to conduct a
                  14  negative test, it was done so by introducing
                  15  a spacer or a "pill" as it's so called in the
                  16  industry; is that correct?
                  17      A.    Same answer.
```

044:24 - 045:11
```
              044:24      Q.    Sir, you knew that in order to
                  25  use up materials that were stored on the rig,
              045:01  there was a decision made to use a
                  02  combination of Form-A-Set and Form-A-Squeeze
                  03  on -- as a spacer on this particular negative
                  04  test; is that correct?
                  06      A.    Same answer.
                  07      Q.    (By Mr. Bickford) And, sir, that
```

|  |  |
|---|---|
| | 08  combination of spacer was a highly viscous, |
| | 09  thick liquid, was it not? |
| | 11      A.    Same answer. |

    **b.  Kaluza knew that the spacer had the potential to compromise the negative test.**

| 045:12-045:25 | 045:12  Q.    (By Mr. Bickford) And when a |
|---|---|
| | 13  spacer was ran, you knew there was a |
| | 14  possibility that the spacer was sitting |
| | 15  across the BOP during the negative testing |
| | 16  procedure; is that correct? |
| | 18      A.    Same answer. |
| | 19      Q.    (By Mr. Bickford) And you knew, |
| | 20  sir, that this highly thick liquid was |
| | 21  sitting across the P -- BOP during the test |
| | 22  might have compromised some of the results of |
| | 23  the test, don't you? |
| | 25      A.    Same answer. |

    **c.  The negative pressure test revealed 1,400 psi on the drill pipe, and no flow through the kill line.**

| 046:01-046:11 | 046:01     Q.    (By Mr. Bickford) And, sir, when |
|---|---|
| | 02  you -- when the test was conducted, |
| | 03  ultimately, there was observed a 1,400 psi |
| | 04  pressure on the drill pipe with no flow out |
| | 05  of the existing kill line; is that correct? |
| | 06      A.    Same answer. |
| | 07      Q.    And just so that we understand |
| | 08  thing -- things, sir, the drill pipe was in |
| | 09  direct communication with the kill line, was |
| | 10  it not? |
| | 11      A.    Same answer. |

    **d.  Regardless of whether the pressure was measured by the drill pipe or kill line, the pressure should be equal.**

| 275:10 - 276:18 | 275:10     Q.    (By Ms. Hertz) And, in fact, on |
|---|---|
| | 11  April 21st, during this interview, before you |
| | 12  got back to town to discuss this matter with |
| | 13  anyone, you told the MMS and the Coast Guard |
| | 14  that during the negative pressure test, no |
| | 15  matter whether you were using the drill pipe |
| | 16  or the kill line, the pressure should be |

```
           17  equal because you have seawater everywhere,
           18  didn't you?
           21       A.   Same answer.
           22       Q.   (By Ms. Hertz) And when the
           23  second negative pressure test was conducted
           24  on April 20th, the drill pipe and the kill
           25  line were both in communication with the
        276:01  well, weren't they?
           03       Q.   (By Ms. Hertz) And if the upper
           04  annular communicated pressure into the well,
           05  that pressure would have been transmitted up
           06  the drill pipe as well as the kill line;
           07  isn't that true?
           09       A.   Same answer.
           10       Q.   (By Ms. Hertz) So if, in fact,
           11  Jason Anderson or anyone told you that there
           12  was a bladder effect and that that would
           13  explain the drill pipe pressure reading of
           14  1400 psi, and that it could co-exist with the
           15  kill line pressure reading of zero, you knew
           16  that was wrong, didn't you?
           18       A.   Same answer.
```

  e. **Kaluza discussed the test results with Guide twice on the evening of April 20; Guide instructed him to finish displacement.**

```
277:10 - 278:08  277:10            You spoke with John Guide twice
           11  for over three minutes between 5:57 and 6:44
           12  on April 20th; isn't that correct?
           14       A.   Same answer.
           15       Q.   (By Ms. Hertz) And you discussed
           16  with him the anomalous pressure readings on
           17  the drill pipe, didn't you?
           19       A.   Same answer.
           20       Q.   (By Ms. Hertz) Okay.  And he was
           21  aware that there was 1400 pounds of pressure
           22  unexplained on the drill pipe when you all
           23  decided it was a good -- to pressure test,
           24  didn't it --
        278:01       Q.   (By Ms. Hertz) -- wasn't he?
           03       A.   Same answer.
           04       Q.   (By Ms. Hertz) And he told you
           05  to go ahead and finish displacement, didn't
           06  he?
           08       A.   Same answer.
```

      **f.** **Without consulting experts in Houston about the negative test results, Kaluza and Vidrine explained the findings of 1,400 psi and no flow out of the kill line as the result of a "bladder effect."**

```
048:01 - 048:10   048:01    Q.   (By Mr. Bickford) Instead of
                       02    consulting experts in Houston about the
                       03    findings in this well, of 1,400 psi on the
                       04    drill pipe and no flow out of the kill line,
                       05    sir, you and Mr. Vidrine chose to explain it
                       06    away with something called "the bladder
                       07    effect."  Is that correct?
                       10    A.   Same answer.
```

      **g.** **Kaluza attempted to explain to Guide in a post-incident email dated April 25 that the test results were due to the "bladder effect" - to which Pat O'Bryan, BP's VP of Completions in the Gulf of Mexico, responded with five lines of question marks.**

```
050:19 - 051:15   050:19    Q.   (By Mr. Bickford) Now, sir, this
                       20    is the chain of E-mails, and the first
                       21    portion -- the first E-mail is from you, sir,
                       22    to Mr. Guide and Mr. Daigle; is that correct?
                       23    A.   Same answer.
                       24    Q.   Okay.  And Mr. Guide was your
                       25    direct superior, was he not, sir?
                  051:01    A.   Same answer.
                       02    Q.   And what you attempted to
                       03    explain to Mr. Guide on April 25th, 2010,
                       04    some five days after this incident, was that
                       05    there was such a thing as a bladder effect;
                       06    is that true, sir?
                       08    A.   Same answer.
                       09    Q.   (By Mr. Bickford) And were you
                       10    aware, sir, that Mr. Guide forwarded on
                       11    your -- that Mr. Daigle forwarded on your
                       12    E-mail, and it eventually reached Mr. Pat
                       13    O'Bryan?
                       15    A.   Same answer.


052:03 - 052:06   052:03    Q.   And Mr. O'Bryan's response on
                       04    April 27th to your explanations was five
                       05    lines of question marks, was it not?
                       06    A.   Same answer.
```

**4. Kaluza failed to follow BP's guidelines for Well Site Leaders (TREX-00569), including**

    **a. Confirmation of Correct Number of Centralizers**

```
122:06- 123:05  122:06     Q.    (By Ms. Hankey) And if you turn
                    07  to Page 5, Bates ending in 3972.  And you --
                    08  look at No. 8.  It says:  "Confirm correct
                    09  centralisers are available and suitable stop
                    10  collars have been supplied.  Confirm
                    11  installation is according to design and
                    12  review any necessary" -- "necessary changes
                    13  with the Cement Company engineer."
                    14           Did you understand this to be
                    15  one of your responsibilities as Well Site
                    16  Leader?
                    17     A.    Same answer.
                    18     Q.    And isn't it true that none of
                    19  the Well Site Leaders for the HORIZON ensured
                    20  that the correct centralizers and suitable
                    21  stop collars were supplied?
                    23     A.    Same answer.
                    24     Q.    (By Ms. Hankey) Did you ensure
                    25  that the correct centralizers are available
                123:01  and suitable stop collars had been sup --
                    02  supplied?
                    05     A.    Same answer.
```

    **b. Verification that the final cement slurry recommendation met job requirements.**

```
123:19 - 124:07      19     Q.   (By Ms. Hankey) And I'm going to
                    20  ask you to turn back to Page 2 in that same
                    21  exhibit.  On Page -- it's Bates numbered 969.
                    22  Item No. 2 says:  "Verify that the final
                    23  slurry" -- "slurry recommendation meets the
                    24  job requirements including" DB -- "DWOP and
                    25  ETP compliance."
                124:01           Did you understand that this was
                    02  one of your responsibilities as Well Site
                    03  Leader?
                    04     A.    Same answer.
                    05     Q.    Did you verify that the final
                    06  recommendation met the job requirements?
                    07     A.    Same answer.
```

      **c. Review of slurry design test results for strength development.**

| | |
|---|---|
| 124:21 - 126:07 | 21   Q.   And then later on that same<br>22   page, Item No. 4 says: "Review strength<br>23   development indicated by laboratory testing<br>24   against timeline for subsequent operations<br>25   (pressure testing," burial -- "barrier<br>125:01   removal, drill out) and discuss any WOC<br>02   identified with Cement Company to assess<br>03   possible mitigations."<br>04        Did you understand that to be<br>05   one of your responsibilities as Well Site<br>06   Leader?<br>07   A.   Same answer.<br>08   Q.   Did you review any of the cement<br>09   testing results for a strength development?<br>10   A.   Same answer.<br>11   Q.   There are a number of other<br>12   items in this checklist for Wellsite Leader,<br>13   Cementing Responsibilities, are there not?<br>14   A.   Same answer.<br>15   Q.   Did you ensure that each one of<br>16   these outlined responsibilities has been --<br>17   had been met before running the cement?<br>18   A.   Same answer.<br>20   Q.   (By Ms. Hankey) To your<br>21   knowledge, did anyone at BP ensure that each<br>22   one of these outlined responsibilities had<br>23   been met before running the cement?<br>25   A.   Same answer.<br>126:01   Q.   (By Ms. Hankey) According to<br>02   this, it was the Well Site Leader and<br>03   Drilling Engineer's responsibility to ensure<br>04   that the proper tests were completed before<br>05   the cement was run, correct?<br>07   A.   Same answer. |