UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL 2179<br><br>SECTION J/1 |
| This document relates to: | * * | JUDGE CARL J. BARBIER |
| CIVIL ACTION NUMBER: 11-cv-1480 | * | MAJ. JUDGE SALLY SHUSHAN |
| * * * * * * * * * * * * * * * * * * | | |

## NOTICE OF APPEAL

In light of this Honorable Court's Order of February 22, 2012, granting the State of Louisiana, by and through, Cecil J. Sanner, the Cameron Parish District Attorney (hereinafter "Cameron Parish") additional time to file its Notice of Appeal in the above entitled cause (MDL 2179 Rec. Doc. 5801):

Notice is hereby given that Cameron Parish, Plaintiff in the above entitled cause, appeals to the United States Court of Appeals for the Fifth Circuit from the District Court's Order and Reasons (Rec. Doc. No. 8, MDL 2179 Rec. Doc. No. 5029) entered by the Honorable Carl J. Barbier on December 28, 2011, granting judgment in favor of all Defendants, and against Plaintiff, Cameron Parish.

Respectfully submitted, this 24th day of February, 2012.

Respectfully submitted,

   /s/ David A. Parsiola
**COSSICH, SUMICH, PARSIOLA & TAYLOR**
Philip F. Cossich, Jr. (1788)
*pcossich@cossichlaw.com*
David A. Parisola (21005)
*dparsiola@cossichlaw.com*
Darin S. Britt (31639)
*dbritt@cossichlaw.com*
8397 Highway 23, Suite 100
Belle Chasse, Louisiana 70037
T: 504.394.9000  F: 504 394 9100


Cecil  Sannner (11713)
CAMERON PARISH DISTRIC ATTORNEY
P.O. Box 280
Cameron, Louisiana 70631
T: 337 775 5720
F  337 775 8152


**COUNSEL FOR CAMERON PARISH
DISTRICT ATTORNEY CECIL SANNER**


**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **Notice of Appeal** has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 24th day of February, 2012.


/s/ David A. Parsiola
David A. Parsiola