UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "*Deepwater Horizon*" in the Gulf | * | SECTION: J |
| of Mexico, on April 20, 2010 | * | JUDGE BARBIER |
| | * | MAGISTRATE SHUSHAN |
| Applies to: *All Cases*. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * | * | |

## DEFENDANT ANADARKO PETROLEUM CORPORATION'S AND ANADARKO E&P COMPANY, LP'S FEBRUARY 24, 2012 OBJECTIONS TO HALLIBURTON'S SIXTH AMENDED GOOD FAITH EXHIBIT LIST: PHASE ONE

Defendants Anadarko Petroleum Corporation and Anadarko E&P Company, LP (collectively "Anadarko") submit their February 24, 2012 objections to newly added documents on Halliburton's Sixth Amended Good Faith Trial Exhibit List: Phase One filed on February 16, 2012 [Dkt #5731].

Anadarko previously filed its Defendant Anadarko Petroleum Corporation's and Anadarko E&P Company's 1/23/2012 Objections to Trial Exhibit Lists [Dkt #5348]. Anadarko restates, reasserts and preserves any and all objections, statements, and reservation of rights made therein as if copied herein *in extenso*.

Since the filing of the Defendant Anadarko Petroleum Corporation's and Anadarko E&P Company's 1/23/2012 Objections to Trial Exhibit Lists [Dkt #5348], Halliburton filed Halliburton's Sixth Amended Exhibit List which added new documents that pertain to Anadarko.

Halliburton filed this Sixth Amended Trial Exhibit List purportedly to add "(1) documents relating to the deposition of Jesse Gagliano and the Expert Report of Dr. Kris Ravi; (2) documents relating to the ongoing deposition designations (1/27/12 Status Conf. Tr. at 19); and (3) documents added for good cause, including eight expert reports and fifteen additional

exhibits, which were inadvertently removed from HESI's prior exhibit lists during the "de-duping" process (only six of which have not been previously identified as other parties' exhibits). Trial Exhibit Numbers 63175 – 63179 were not included with the branded trial exhibits that HESI provided to all parties on February 8."

Anadarko objects to the addition of these documents as untimely and further asserts that good cause has not been shown for their addition.

Anadarko further asserts that on February 23, 2012 this Court granted Anadarko's Motion in Limine to Exclude Evidence of Anadarko's Knowledge of or Access to Information About Well Design and/or Operations [Dkt #5836]. Accordingly, any documents subject to that order, including but not limited to all documents set forth in HESI's Sixth Amended Trial Exhibit List that pertain to Anadarko, should be excluded. However, out of an abundance of caution, Anadarko files these specific objections to the newly added documents.

Anadarko further asserts that any objection on this list to any particular exhibit acts as an objection to all other exhibits that are duplicative or substantially similar but have different trial exhibit numbers. If a party divides or subdivides an exhibit into subsections, Anadarko makes the same objections to those subsections as it did to the original exhibit. To the extent that Anadarko objects to a specific exhibit, Anadarko also objects to all "cured" versions of that exhibit.

Anadarko also reserves the right: (1) to add and/or remove objections based on objections by other parties; (2) to add and/or remove objections based on any party's motions *in limine* or rulings by the Court; (3) to add objections as to foundation (including foundation as to the business records exception to the hearsay rule), depending on what foundation is established at trial; (4) to add and/or remove objections in light of other parties' pre-trial filings, exhibit lists,

physical exhibits, photographs, and demonstratives, as well as the evidence and arguments presented by other parties at trial; (5) to add and/or remove objections based on the ongoing deposition designation process; (6) to add and/or remove objections based on documents produced by other parties (including BP, Halliburton and Transocean) recently, or documents identified in connection with the completion of Phase I discovery; (7) to add and/or remove objections based on the ongoing Phase I expert discovery process; (8) to object to any exhibit related only to Phase II or III issues; (9) to object to any exhibit whose admission is barred by statute or regulation, such as certain exhibits relating to the Marine Board or U.S. Chemical Safety Board investigations; (10) to object to documents addressed in Anadarko's motions *in limine*; (11) to object to exhibits that set forth full or partial deposition testimony, page and line deposition designations; or deposition narrative summaries; (12) to object to any exhibit that any party has insufficiently or incorrectly identified on its exhibit list, or that it has not yet produced; (13) to introduce at trial any exhibit to which Anadarko has objected (e.g., a document may be offered as an admission against another party but may be hearsay with regard to Anadarko); (14) to object at trial to all photographic, demonstrative and/or physical exhibits; (15) to object to the introduction and/or use of all third-party investigation reports and all testimony, attachments, figures, pictures, and documents related thereto; (16) to object to the introduction and/or use of all exhibits that set forth full or partial expert reports, including all attachments, figures, pictures, graphs, and related documents attached thereto or included therein; and (17) to supplement this list with objections to deposition exhibits not due to inData at this time. By objection to certain exhibits, Anadarko does not waive the right to introduce such exhibits at trial.

Respectfully Submitted,

/s/ Deborah D. Kuchler
Deborah D. Kuchler, T.A. (La. Bar No. 17013)
Janika Polk (La. Bar No. 27608)
Robert Guidry (La. Bar No. 28064)
KUCHLER POLK SCHELL
WEINER & RICHESON, LLC
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-0696

Ky E. Kirby
Ky.Kirby@bingham.com
Warren Anthony Fitch
Tony.Fitch@bingham.com
BINGHAM MCCUTCHEN LLP
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
Jim.Dragna@bingham.com
BINGHAM MCCUTCHEN LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

**ATTORNEYS FOR DEFENDANT
ANADARKO PETROLEUM CORPORATION**