| HESI TRIAL EXHIBIT # | BATES RANGE | DATE | DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 01579 | ANA-MDL-000033441 - ANA-MDL-000033447 | 07/21/2009 | Email - From: Glenn Raney To: Paul Chandler - Subject: FW: BP's Macondo Prospect (MC 252), with attachment | • FRE 402 – Irrelevant in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11<br>• FRE 403 – Prejudicial, Confusion of Issues, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11 |
| 01580 | ANA-MDL-000034501 - ANA-MDL-000034503 | 08/18/2009 | Email - From: Paul Chandler To: Ben Manoochehri and others - Subject: FW: Follow-Up - Macondo Resource Volume Calculation, with attachment | • FRE 402 – Irrelevant, 08/09 communication prior to APC entering into agreement regarding Macondo; Irrelevant in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11<br>• FRE 403 – Prejudicial, Confusion of Issues, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11<br>• FRE 802 – Hearsay |
| 01581 | ANA-MDL-000034958; ANA-MDL-00034193 | 08/19/2009 | Email - From: Dawn Peyton To: Paul Chandler - Subject: RE: Macondo Reserve Distribution, with attachment | • FRE 402 – Irrelevant, 08/09 communication prior to APC entering into agreement regarding Macondo; Irrelevant in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11<br>• FRE 403 – Prejudicial, Confusion of Issues, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11<br>• FRE 802 – Hearsay |
| 01582 | ANA-MDL-00034194 | 08/19/2009 | Email - From: Paul Chandler To: Allen Sanders and others - Subject: Macondo Prospect | • FRE 402 – Irrelevant, 08/2009 communication prior to Anadarko entering into agreement regarding Macondo, referring to economics; Irrelevant in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11<br>• FRE 403 – Prejudicial, Confusion of Issues, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11 |
| 01583 | ANA-MDL-000041230 - ANA-MDL-000041231 | 10/20/2009 | Email - From: David O'Brien To: Brad Berg and others - Subject: RE: Macondo - BP farmout opportunity - show & tell for Bob Daniels - 13th Floor conference room | • FRE 402 – Irrelevant, 10/2009 communication prior to Anadarko entering into agreement regarding Macondo, referring to economics and other wells; Irrelevant in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11<br>• FRE 403 – Prejudicial, Confusion of Issues, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11 |

| HESI TRIAL EXHIBIT # | BATES RANGE | DATE | DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 01585 | ANA-MDL-000039054 - ANA-MDL-000039056 | 10/22/2009 | Email - From: Dawn Peyton To: Paul Chandler and others - Subject: Post RCT Ecos - macondo, with attachment | • FRE 402 – Irrelevant, 10/2009 communication prior to Anadarko entering into agreement regarding Macondo, referring to economics; Irrelevant, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11; Irrelevant, Outside Scope of Phase I Trial<br>• FRE 403 – Prejudicial, Confusion of Issues, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11 |
| 01586 | ANA-MDL-00045796 - ANA-MDL-00045828 | 10/??/2009 | PowerPoint: Macondo Prospect, Anadarko | • FRE 402 – Irrelevant, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11<br>• FRE 403 – Prejudicial, Confusion of Issues, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11 |
| 01588 | ANA-MDL-000045222 | 02/01/2010 | Email - From: Paul Chandler To: John Kamm and others - Subject: Prespud meeting with BP concerning Macondo | • FRE 402 – Irrelevant, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11<br>• FRE 403 – Prejudicial, Confusion of Issues, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11 |
| 01594 | ANA-MDL-000053061 - ANA-MDL-000053062 | 04/12/2010 | Email - From: Forrest Burton To: Paul Chandler - Subject: Re: Macondo logs | • FRE 402 – Irrelevant, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11<br>• FRE 403 – Prejudicial, Confusion of Issues, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11 |
| 01901 | APC-SHS2A-000007891 - APC-SHS2A-000007892 | 04/14/2010 | Email - From: Robert Bodek To: Paul Chandler and others - Subject: FW: Pencor field report | • FRE 402 – Irrelevant, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11<br>• FRE 403 – Prejudicial, Confusion of Issues, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11<br>• FRE 802 – Hearsay |
| 01903 | APC-SHS2A-000001264 | 04/13/2010 | Email - From: Robert Bodek To: John Kamm - Subject: FW: Macondo 1 BP01 OBMI | • FRE 402 – Irrelevant, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11<br>• FRE 403 – Prejudicial, Confusion of Issues, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11 |

| HESI TRIAL EXHIBIT # | BATES RANGE | DATE | DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 01906 | ANA-MDL-000003500 | 03/30/2010 | Email - From: Robert Quitzau To: Paul Chandler - Subject: RE: Macondo Update | • FRE 402 – Irrelevant, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11<br>• FRE 403 – Prejudicial, Confusion of Issues, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11 |
| 01914 | ANA-MDL-000041074 - ANA-MDL-000041075 | 10/19/2009 | Email - From: Dawn Peyton To: Robert Strickling - Subject: RE: Value of Interest in Blacktail, Silverton & Mauna Kea | • FRE 402 – Irrelevant, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11<br>• FRE 403 – Prejudicial, Confusion of Issues, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11 |
| 01918 | ANA-MDL-000041677 - ANA-MDL-000041681 | 12/16/2009 | Email - From: Alan O'Donnell To: Darell Hollek - Subject: Macondo economics | • FRE 402 – Irrelevant, 12/2009 communication (and attachment) prior to Anadarko entering into agreement regarding Macondo, referring to economics, ; Irrelevant in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11; Irrelevant, Outside Scope of Phase I Trial<br>• FRE 403 – Prejudicial, Confusion of Issues, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11<br>• FRE 802 – Hearsay |
| 01939 | ANA-MDL-000036510 - ANA-MDL-000036511 | 10/13/2009 | Email - From: Nick Huch To: Jim Bryan - Subject: FW: BP Macodo Proposal | • FRE 402 – Irrelevant, 10/09 communication prior to APC entering into agreement regarding Macondo; Irrelevant in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11<br>• FRE 403 – Prejudicial, Confusion of Issues, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11 |
| 02305 | ANA-MDL-000040928 - ANA-MDL-000040933 | 09/23/2009 | Email - From: Barbara Barnes To: Andy Klein - Subject: FW: BP's Macondo Proposal | • FRE 402 – Irrelevant, 09/2009 communication prior to Anadarko entering into agreement regarding Macondo, referring to economics; Irrelevant, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11; Irrelevant, Outside Scope of Phase I Trial<br>• FRE 403 – Prejudicial, Confusion of Issues, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11<br>• FRE 802 – Hearsay |

| HESI TRIAL EXHIBIT # | BATES RANGE | DATE | DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 02306 | ANA-MDL-000037095 - ANA-MDL-000037098 | 10/14/2009 | Email - From: Alan O'Donnell To: Paul Chandler and others - Subject: FW: BP Macondo Proposal (New) | • FRE 402 – Irrelevant, 10/2009 communication prior to Anadarko entering into agreement regarding Macondo, referring to economics; Irrelevant, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11; Irrelevant, Outside Scope of Phase I Trial<br>• FRE 403 – Prejudicial, Confusion of Issues, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11<br>• FRE 802 – Hearsay |
| 02307 | ANA-SHS2A-000000330 - ANA-SHS2A000000337 | 10/29/2009 | Email - From: Michael Beirne To: Jim Bryan and others - Subject: RE: Macondo Draft Documents | • FRE 402 – Irrelevant in light of B1 and B3 Orders, Order dismissing cross-claims against APC and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11<br>• FRE 403 – Prejudicial, Confusion of Issues, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11 |
| 02308 | APC-SHS2A000000509 - APC-SHS2A000000510 | 11/02/2009 | Email - From: Nick Huch To: Michael Beirne - Subject: RE: Macondo Development Cost | • FRE 402 – Irrelevant in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11<br>• FRE 403 – Prejudicial, Confusion of Issues, , in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11 |
| 02309 | APC-SHS2A-000000589 - APC-SHS2A-000000591 | 11/11/2009 | Email - From: Nick Huch To: Mchael Beirne - Subject: RE: Macondo Well Participation Agreement | • FRE 402 – Irrelevant, 11/09 communication prior to APC entering into agreement regarding Macondo; Irrelevant in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11<br>• FRE 403 – Prejudicial, Confusion of Issues, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11<br>• FRE 802 – Hearsay |
| 02310 | APC-SHS2A-000000598 - APC-SHS2A-000000599 | 11/12/2009 | Email - From: Michael Beirne To: Nick Huch - Subject: RE: Macondo Well Participation Agreement | • FRE 402 – Irrelevant, 11/09 communication prior to APC entering into agreement regarding Macondo; Irrelevant in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11<br>• FRE 403 – Prejudicial, Confusion of Issues, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11<br>• FRE 802 – Hearsay |

| HESI TRIAL EXHIBIT # | BATES RANGE | DATE | DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 02312 | ANA-MDL-000036799 - ANA-MDL-000036801 | 11/18/2009 | Email - From: Jim Bryan To: Nick Huch - Subject: RE: Tie Back language in WPA for Macondo | • FRE 402 – Irrelevant, 11/09 communication prior to APC entering into agreement regarding Macondo; Irrelevant in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11<br>• FRE 403 – Prejudicial, Confusion of Issues, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11 |
| 02313 | APC-SHS2A-000000895 - APC-SHS2A-000000897 | 11/19/2009 | Email - From: Nick Huch To: Kemper Howe and others - Subject: RE: Tie Back language in WPA for Macondo | • FRE 402 – Irrelevant, 11/09 communication prior to APC entering into agreement regarding Macondo; Irrelevant in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11<br>• FRE 403 – Prejudicial, Confusion of Issues, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11 |
| 02314 | APC-SHS2A-000000929 - APC-SHS2A-000000931 | 12/17/2009 | Email - From: Nick Huch To: Michael Beirne and others - Subject: RE: BP's rig commitment at Macondo | • FRE 402 – Irrelevant in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11<br>• FRE 403 – Prejudicial, Confusion of Issues, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11 |
| 02315 | APC-SHS2A-000000958 - APC-SHS2A-000000959 | 01/04/2010 | Email - From: Michael Beirne To: Nick Huch - Subject: RE: Executed Macondo (MC 252) OA | • FRE 402 – Irrelevant communication regarding language in executed Macondo OA; Irrelevant, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11; Outside scope of Phase I Trial<br>• FRE 403 – Prejudicial, Confusion of Issues, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11 |
| 02316 | ANA-MDL-000038593 | 11/11/2009 | Email - From: Nick Huch To: Ron Buehner and others - Subject: BP issue - Lease Exchange Agreement with BP - Macondo | • FRE 402 – Irrelevant in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11<br>• FRE 403 – Prejudicial, Confusion of Issues, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11 |
| 02318 | ANA-MDL-000038086 | 11/19/2009 | Email - From: Nick Huch To: Alan O'Donnell - Subject: RE: Nick, who is the Other partner in macondo? Was it Mitsui? | • FRE 402 – Irrelevant, 11/09 communication prior to APC entering into agreement regarding Macondo; Irrelevant in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11<br>• FRE 403 – Prejudicial, Confusion of Issues, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11 |

| HESI TRIAL EXHIBIT # | BATES RANGE | DATE | DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 02321 | BP-HZN-2179MDL00032130 - BP-HZN-2179MDL00032131 | 04/20/2010 | Email - From: Nick Huch To: Michael Beirne and others - Subject: RE: Macondo TA Letter Agreement to T&A the MC 252 # 1 Well | • FRE 402 – Irrelevant, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11<br>• FRE 403 – Prejudicial, Confusion of Issues, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11 |
| 02323 | APC-HEC1-000004681 - APC-HEC1-000004683 | 10/27/2009 | Email - From: Darrell Hollek To: Alan O'Donnell - Subject: RE: Macondo AFE and Well Plan | • FRE 402 – Irrelevant, 10/09 communication prior to APC entering into agreement regarding Macondo; Irrelevant in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11<br>• FRE 403 – Prejudicial, Confusion of Issues, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11 |
| 02631 | ANA-MDL-000000503 - ANA-MDL-000000506 | 04/05/2010 | Email - From: Robert Bodek To:Robert Quitzau and others - Subject: RE: Real time access | • FRE 402 – Irrelevant, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11<br>• FRE 403 – Prejudicial, Confusion of Issues, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11 |
| 02633 | ANA-MDL-000007458 - ANA-MDL-000007460 | 04/09/2010 | Email - From: Robert Quitzau To: Alan O'Donnell and others - Subject: FW: Macondo Completion Question | • FRE 402 – Irrelevant, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11<br>• FRE 403 – Prejudicial, Confusion of Issues, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11 |
| 02634 | ANA-MDL-000007463 - ANA-MDL-000007467 | 04/09/2010 | Email - From: Dawn Peyton To: Dennis McDaniel - Subject: RE: Macondo Completion Question | • FRE 402 – Irrelevant, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11<br>• FRE 403 – Prejudicial, Confusion of Issues, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11 |
| 04200 | ANA-MDL-000008920; ANA-MDL-000042523 - ANA-MDL-000042524; ANA-MDL-000046909 | ??/??/2010 | Document: AFE Header, AFE Request Type Supplement | • FRE 901 – Authenticity, Documents not in sequential bates number order attached to Jeremy Byrd deposition but witness was not familiar with documents. (Byrd Depo 32:1-18) No other method of authentication has been provided; Illegible<br>• FRE 402 – Irrelevant, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11<br>• FRE 403 – Prejudicial, Confusion of Issues, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11<br>• FRE 802 – Hearsay |

| HESI TRIAL EXHIBIT # | BATES RANGE | DATE | DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 04201 | ANA-MDL-000031079 - ANA-MDL-000031085 | 01/??/2010 | Document: Invoice BP Month of Operation: 01, 2010 to Anadarko | • FRE 402 – Irrelevant, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11; Irrelevant insofar as it may contain information pertaining to other wells<br>• FRE 403 – Prejudicial, Confusion of Issues, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11 |
| 04202 | ANA-MDL-000262826 - ANA-MDL-000262831 | 05/11/2010 | Document: Operator Invoice - JIB to Anadarko | • FRE 402 – Irrelevant, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11; Post Incident Communication; Outside Scope of Phase I Trial<br>• FRE 403 – Prejudicial, Confusion of Issues, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11; Post Incident Communication; Outside Scope of Phase I Trial |
| 04213 | ANA-MDL-000197625 - ANA-MDL-000197627 | 06/25/2010 | Email - From: John Christiansen To: rmasters@qorvis.com and others - Subject: Fw: bp/questions | • FRE 402 – Irrelevant, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11; Post Incident Communication; Outside Scope of Phase I Trial<br>• FRE 403 – Prejudicial, Confusion of Issues, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11; Post Incident Communication; Outside Scope of Phase I Trial<br>• FRE 802 – Hearsay |
| 04987 | ANA-MDL-000034816 | 08/05/2009 | Email - From: Bert Allbritton To: Dawn Peyton - Subject: Macondo Question | • FRE 402 – Irrelevant, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11<br>• FRE 403 – Prejudicial, Confusion of Issues, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11 |
| 04988 | ANA-MDL-000034456 - ANA-MDL-000034458 | 08/06/2009 | Email - From: Nikhil Joshi - To: Dawn Peyton and others - Subject: RE: This look right to you? | • FRE 402 – Irrelevant, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11<br>• FRE 403 – Prejudicial, Confusion of Issues, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11 |
| 04989 | ANA-MDL-000033885 - ANA-MDL-000033925 | 08/19/2009 | Email - From: Dawn Peyton To: Matt Morris - Subject: Macondo Results.xls, with attachment | • FRE 402 – Irrelevant, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11<br>• FRE 403 – Prejudicial, Confusion of Issues, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11 |

| HESI TRIAL EXHIBIT # | BATES RANGE | DATE | DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 04990 | APC-HEC1-000003865 | 08/21/2009 | Email - From: Allen Sanders To: Darrell - Subject: EGOM Weekly Update | • FRE 402 – Irrelevant, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11<br>• FRE 403 – Prejudicial, Confusion of Issues, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11 |
| 04996 | ANA-MDL-000261741 - ANA-MDL-000261742 | 04/23/2010 | Email - From: Dawn Peyton To: Alan O'Donnell - Subject: Macondo Flow Rates, with attachment | • FRE 402 –Irrelevant in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11; Post Incident communication and attachment, Irrelevant, Outside Scope of Phase I Trial<br>• FRE 403 – Prejudicial, Confusion of Issues, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11; Post Incident communication and attachment, Irrelevant, Outside Scope of Phase I Trial |
| 05014 | ANA-MDL-000277580 | 05/10/2010 | Document: HC Recovery Yield | • FRE 402 – Irrelevant, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11; Post Incident Communication; Outside Scope of Phase I Trial<br>• FRE 403 – Prejudicial, Confusion of Issues, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11 ;Post Incident Communication; Outside Scope of Phase I Trial |
| 05018 | ANA-MDL-000003792 | 04/05/2010 | Email - From: Nikhil Joshi To: Dawn Peyton - Subject: RE: | • FRE 402 – Irrelevant, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11<br>• FRE 403 – Prejudicial, Confusion of Issues, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11 |
| 05019 | ANA-MDL-000008010 - ANA-MDL-000008012 | 04/06/2010 | Email - From: Derek Folger To: Peter Botevyle - Subject: RE: Macondo Update | • FRE 402 – Irrelevant, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11<br>• FRE 403 – Prejudicial, Confusion of Issues, in light of B1 and B3 Orders, Order dismissing cross-claims against Anadarko and for reasons set forth in Anadarko's Motion in Limine filed 10/17/11<br>• FRE 802 – Hearsay |
| 07628 | HAL_1145469 | 05/05/2010 | Email - From: David Payne To: Ronald Sweatman and others - Subject: Joint Industry Task Force | • FRE 402 – Irrelevant post-explosion communication; Outside scope of Phase I Trial<br>• FRE 403 – Prejudicial, Confusion of Issues |

| HESI TRIAL EXHIBIT # | BATES RANGE | DATE | DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 07631 | HAL_1145980 - HAL_1145983 | 05/19/2010 | Email - From: Jeff Miller To: Ronald Sweatman - Subject: RE: Approval - ACTION - Joint Industry Task Force Antitrust Acknowledgement | • FRE 402 – Irrelevant post-explosion communication; Outside scope of Phase I Trial<br>• FRE 403 – Prejudicial, Confusion of Issues<br>• FRE 802 – Hearsay |
| 07643 | HAL_1181828 - HAL_1181830 | 07/26/2010 | Email - From: Brian Koons To: Craig Gardner and others - Subject: RE: RP 96 Task 1.4 - Compiled comments to Draft Wording | • FRE 402 – Irrelevant post-explosion communication; Outside scope of Phase I Trial<br>• FRE 403 – Prejudicial, Confusion of Issues |