UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | § | MDL No. 2179 |
| "DEEPWATER HORIZON" IN THE GULF OF | § | |
| MEXICO, ON APRIL 20, 2010 | § | SECTION J |
| | § | |
| IN RE: THE COMPLAINT AND | § | |
| PETITION OF TRITON ASSET | § | JUDGE BARBIER |
| LEASING GMBH, ET AL. IN A | § | |
| CAUSE OF EXONERATION FROM | § | MAGISTRATE JUDGE SHUSHAN |
| OR LIMITATION OF LIABILITY | § | |
| | § | |
| This Document Relates To: | § | |
| *All cases and No.: 2-10-cv-2771* | § | |
| | § | |
| | § | |

## MOTION TO STRIKE PORTIONS OF EXPERT REPORTS AND DEPOSITIONS REFERENCING EXCLUDED JIT REPORT AND JIT TESTIMONY

# EXHIBIT A
## Calvin Barnhill

422

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2
 3   IN RE:  OIL SPILL      )   MDL NO. 2179
     BY THE OIL RIG         )
 4   "DEEPWATER HORIZON" IN )   SECTION "J"
     THE GULF OF MEXICO, ON )
 5   APRIL 20, 2010         )   JUDGE BARBIER
                            )   MAG. JUDGE SHUSHAN
 6
 7
 8
 9
10
11
12
13
14
15
16
17            * * * * * * * * * * * * * * * * *
                         VOLUME 2
18            * * * * * * * * * * * * * * * * *
19
20
          Deposition of Calvin Charles Barnhill,
21   P.E., taken at the Pan-American Building, 601
     Poydras Street, 11th Floor, New Orleans,
22   Louisiana, 70130, on the 30th day of November,
     2011.
23
24
25
```

EXHIBIT
A
Calvin Barnhill

**PURSUANT TO CONFIDENTIALITY ORDER**

694

1  Q. -- I'm going to hand you an Exhibit
2  Sticker 7685, and if you could put that on that
3  document for me.
4  A. Sure.
5  (Exhibit 7685 marked.)
6  Q. (By Mr. Regan) We've marked as 7685 a
7  document, Transocean MDL 01461781 through 889.
8  A. Okay.
9  Q. Which is a cover E-mail from the DWH OIM
10  to Paul Johnson, attaching an E-mail from Murry
11  Sepulvado, attaching the Macondo Drilling
12  Program.
13  Again, my first question to you,
14  Mr. Barnhill, is: Do you think you've seen this
15  document before, Exhibit 7685?
16  A. I have not seen the E-mail. I've seen
17  the final Well Program.
18  Q. Okay. I would like to go to the Well
19  Program then, if we could.
20  A. Okay.
21  Q. And I'd like to go to the very first
22  section titled "Well Information."
23  A. Yes.
24  Q. This first Subsection 1.1, "Well
25  Objectives."

696

1  it's not uncommon for them to adopt that, yes.
2  Q. Okay. All right.
3  (Discussion off the record.)
4  Q. (By Mr. Regan) Let's see. Okay. If I
5  could have you then turn to your Report and to
6  your CV, please.
7  A. Okay.
8  Q. Okay. Actually, sir, it's not your CV.
9  I want to look at the list you have of materials
10  considered.
11  A. Okay.
12  Q. And that's Exhibit 7676.
13  A. Okay.
14  Q. I have a -- I'm on a page that's titled
15  "Materials Considered." Are you on that page?
16  A. I am.
17  Q. Okay. I'd like to turn about four pages
18  to a bullet titled "USCG/BOMRE JIT Hearings."
19  A. Correct.
20  Q. Is it true that in preparing your Expert
21  Report, one of the materials you considered was
22  testimony from the USCG/BOMRE JIT Hearings?
23  A. Like I told you yesterday, I attended
24  those Hearings, I heard that testimony, it's --
25  it's embedded in my brain, so it's -- it's in the

695

1  A. Okay.
2  Q. Do you have that page?
3  A. I do.
4  Q. Okay. Do you see a bullet that starts
5  with "Our HSSE objective..."?
6  A. Yes.
7  Q. Okay. And does it read: "Our HSSE
8  objective is Zero Incidents, no harm to people,
9  environment or equipment. We will accomplish
10  this by," and then a series of -- of bullets.
11  A. Yes.
12  Q. And does the first bullet read, "Fully
13  implementing Transocean's Health & Safety
14  Management System on the Horizon"?
15  A. Yes.
16  Q. And in your experience, Mr. Barnhill, is
17  that unusual that an Operator would have as an
18  HSSE objective zero incidents, no harm to people,
19  environment, or equipment?
20  A. It is not.
21  Q. And in your experience, Mr. Barnhill, is
22  it unusual for an Operator to fully implement the
23  Contractors' Health & Safety Management System on
24  the drilling rig that it's in?
25  A. I -- I've seen it done both ways, but

697

1  mix.
2  Q. Okay. And did you review transcripts
3  from those Hearings?
4  A. I have the transcripts. I did not review
5  the transcripts particularly for the Report.
6  Q. Okay. And did you review exhibits from
7  those Hearings in preparing your opinions 'n th s i
8  case?
9  A. I don't think I used any of the exhibits
10  from that -- from those Hearings.
11  Q. Okay.
12  A. But, again, it was things that I had
13  seen, things that I had heard, so --
14  Q. M-h'm, right. I think you testified
15  yesterday that you would have been physically
16  present in Kenner on late -- in late May of 2010,
17  when Mr. Jimmy Harrell testified in connection
18  with those Hearings, correct?
19  A. That -- 's that's correct, I was.
20  Q. All right. I have --
21  MR. REGAN: Bryan, do we have a
22  couple of copies of this?
23  M. STEPHANY: Here is a copy.
24  MR. REGAN: All right. We just have
25  one?

69 (Pages 694 to 697)

**PURSUANT TO CONFIDENTIALITY ORDER**



698

1   MR. STEPHAN: That's all I have.
2   MR. REGAN: Okay. I apologize,
3 Counsel. I have -- I have just one extra copy,
4 but we'll take our time on it if you need to --
5 to look at it. I'm going to mark as
6 Exhibit 7686.
7   (Exhibit 7686 marked.)
8   Q. (By Mr. Regan) I'll hand that to you,
9 Mr. Barnhill.
0   A. Okay.
1   Q. -- a transcript from May 27, 2010, the
2 morning session, from the U.S. Coast Guard MMS
3 Marine Board of Investigation hearing. And if
4 you see on the first page that this is a portion
5 of the testimony of Mr. Harrell -- it's actually
6 Page 4 of the transcript.
7   A. Right, at the bottom.
8   Q. Okay.
9   A. I see that.
0   Q. I'd just like to confirm, Mr. Barnhill,
1 that you were physically present and heard
2 Mr. Harrell give the following answers to the
3 following questions?
4   A. Okay.
5   Q. Okay? And I'd like to start, if we

699

1 could, on Page 23 of the transcript.
2 Indicating. )
3   A. Okay.
4   Q. Mr. Barnhill, tell me when you have that
5 page.
6   A. I am there.
7   Q. All right. I'm going to start on Line 17
8 of Page 23, and I'm going to read down through
9 Line 8 of 24.
0   Mr. Barnhill, did you hear Mr. Harrell --
1 was he asked these questions, and he -- did he
2 give these answers, on May 27, 2010:
3   "QUESTION: How many times did it take to
4 successfully test the production casing cement
5 job?
6   "ANSWER: Negative, positive or what?
7   "QUESTION: Negative.
8   "ANSWER: They had a good test the first
9 time, but they wanted to do it again before the
0 Company Man" came "on, Don Vidrine.
1   "QUESTION: Why did they want to do it
2 again?
3   "ANSWER: They wanted" it "to bring up
4 the kill line also.
5   " QUESTION: Was there an discussion

700

1 between BP and Transocean on this procedure or
2 why they were doing this?
3   "ANSWER: No, sir. I mean, I don't have
4 any -- I don't have any problem, you know, if
5 they want to do another negative test."
6   Do you remember hearing those question
7 and answers from Mr. Harrell on that day?
8   A. I don't specifically remember this
9 interchange, but I --
0   Q. Okay.
1   A. That's what it says.
2   Q. Okay. And is it consistent with your
3 recollection, Mr. Barnhill, from your attendance
4 at the -- at these hearings, that Mr. Harrell was
5 satisfied with the results of the first negative
6 test that was performed on April 20th, 2010?
7   A. Yeah. I didn't remember that. My memory
8 was, though, that he was satisfied at some point.
9   Q. Okay. And do you have any reason to
0 dispute the testimony I've just read to you?
1   A. I do not.
2   Q. Okay. Can I have you, then, turn to Page
3 33. And we are in the same Exhibit, 7686.
4   A. Again, Page 33?
5   Q. 33, yes, sir.

701

1   A. Okay. Got it.
2   Q. I'm going to start at Line 15 and go
3 through Line 17.
4   A. Okay.
5   Q. Que -- Line 11, sorry, through 17.
6   "QUESTION:" -- well, strike that.
7   I'm going start at Line 15, and I'm going
8 to go through Line 17.
9   "QUESTION: Which annular did you have
0 closed, the upper or the lower?
1   "ANSWER: I believe it was the upper."
2   And, if you need to, Mr. Barnhill, you
3 can read the preceding page, but this is in
4 connection with the discussion of the negative
5 test.
6   Did you recall this testimony being given
7 by Mr. Harrell about the -- what annular was
8 closed in connection with the negative test on
9 April 20th?
0   A. Again, as I'm sitting here, I don't
1 specifically remember that testimony, but that
2 was his testimony, and, you know, if that's what
3 he believed, that's fine.
4   The information I -- I have, I have a
5 diff -- I reached a different conclusion.

70 (Pages 698 to 701)

**PURSUANT TO CONFIDENTIALITY ORDER**

702

1   Q.  I want to step out of this exhibit for a
2   minute --
3       A.  Okay.
4       Q.  -- and then we'll come back to it.
5       But the information that you have is
6   testimony by Chris Pleasant, the Subsea Engineer,
7   correct?
8       A.  Yeah.  There's a couple of things, but
9   one of them, I believe, is Chris.  And I say
10  "Chris."  It made have been one of the other
11  Subsea on there, but --
12      Q.  Did you --
13      A.  Go ahead.  I'm sorry.
14      Q.  Oh, I -- I didn't mean to interrupt you.
15      A.  No.  That's okay.
16      Q.  Okay.  Did you read Mr. Pleasant's
17  deposition that he gave in -- in -- in this case?
18      A.  I have looked at it.  It's been a little
19  bit --
20      Q.  Okay.
21      A.  -- a while ago, but --
22      Q.  Were you present when Mr. Pleasant
23  testified in the MBI Hearings?  I believe --
24      A.  I was.
25      Q.  I believe it was right around the same

703

1   time as -- as Mister --   r. Harrell?
2       A.  I was.
3       Q.  Okay.
4       A.  (Nodding.)
5       Q.  Did  ou see   r. Pleasant's testimony in
6   his deposition in this case, about which annular
7   he believed was closed during the negative test?
8       A.  Yeah.  I -- I don't remember that
9   testimony.  I'm -- I'm sure I looked at his
10  deposition.  I just don't remember.
11      Q.  Only.  I'd like to then come back to the
12  exhibit we were looking at --
13      A.  Okay.
14      Q.  -- 7686.  Okay?  I'm going to have you
15  now turn, if you would, to Page 84.
16      A.  Okay.
17      Q.  Tell me when you're there.
18      A.  Got it.  Okay?
19      Q.  Thank you, sir.
20      Again, I'm going to read from Lines 4
21  through Lines 22, and from Mr. Harrell's
22  testimony on May 27, 2010, where you believe you
23  were physically present.
24      "QUESTIO  :  Okay.  And was the pressure
25  that was bein  h ld somewhere between 1200 and

704

1400 pounds during the negative test, or do you
3   know?
4       "ANSWER:  That is what they had on it
5   initially.
6       "QUESTION:  Did that seem too high to
7   you?
8       "ANSWER:  No, it didn't.
9       "QUESTION:  As I understand it, you would
10  have preferred there to be few or no barrels
11  coming back during the negative test, correct?
12      "ANSWER:  Well, yeah, you always get
13  some, like I said.  The less the better, though.
14      "QUESTION:  Did you consider the first
15  negative test to be successful, even with the
16  barrels that came back?
17      "ANSWER:  Yes, but you can always check
18  your pressure at any time."
19      Okay.  Did I read those questions and
20  answers correctly?
21      A.  You did.
22      Q.  Do you recall Mr.   arrell giving that
23  testimony?
24      A.  Again, I don't remember that specific
25  testimony, but like I said, I was under the
26  impression that Mr. Harrell felt like it was a

705

1   good test.
2       Q.  Okay.  And -- and seeing this testimony,
3   does it refresh your recollection that
4   Mr. Harrell believed that the first negative
5   pressure test, the one that was done on the drill
6   pipe, was a successful pressure test?
7       A.  That's what he seems to indicate here,
8   yes.
9       Q.  Okay.  If you -- if you then go to --
10  well, I'm going to keep going on the same page.
11  I'm going to read Lines 23 over to Line 6,
12  Page 84 and 85.
13      A.  Okay.
14      Q.  "QUESTION:  Did you consider the second
15  negative test to be successful even with the
16  barrels, approximately 15, coming back?
17      "ANSWER:  Yes, I did."
18      M h'm.
19      Q.  "QUESTION:  Who on the DEEPWATER HORIZON
20  was interpreting the negative test data for the
21  first and second tests?
22      "ANSWER:  Who was interpreting the data?
23  The company man and the toolpusher up there."
24      Okay.  And did I read those questions and
25  answers correctly?

71 (Pages 702 to 705)

**PURSUANT TO CONFIDENTIALITY ORDER**



706

1  A. You did.
2  Q. Seeing that in this transcript, does that
3  refresh your recollection about testimony that
4  Mr. Harrell gave on May 27th, 2010, when you were
5  present?
6  A. Yeah. Again, I mean, sitting here, you
7  know, I remember when Mr. Harrell came in to
8  testify. You know, I don't remember
9  word-for-word the testimony, but this is what it
10  said.
11  Q. All right. Can you explain why there's
12  no mention of Transocean's involvement in the --
13  in -- in the -- in terms of this testimony by
14  Mr. Harrell in the Investigation Report that
15  Transocean put forth?
16  A. I have no idea.
17  Q. Okay. I'll have you then turn to
18  Page 107 --
19  A. Okay.
20  Q. -- if you would.
21  A. (Complying.) Okay.
22  Q. Okay.
23  A. Wait one second. Let me get this flipped
24  up here.
25  Q. This is the last one that I'm going to

707

1  do.
2  A. Okay.
3  Q. Lines -- actually, I've got to start on
4  106, Line 25, and I'm going to read through Line
5  24 on 107.
6  "QUESTION: Was the negative test that
7  you and Transocean wanted to have performed at
8  that 11:00 a.m. meeting subsequently performed?
9  "ANSWER: Can you repeat that?
10  "QUESTION: Sure.
11  "Was that test performed?
12  "ANSWER: Yes.
13  "QUESTION: Was that test a successful
14  test in your judgment?
15  "ANSWER: I thought it was. They wanted
16  to do another. I reckon there's nothing wrong
17  with doing a second test.
18  "QUESTION: So the BP person, Mr. Kaluza,
19  wanted a second tes ?
20  "ANSWER: I didn't say that.
21  "QUESTION: Who wanted that?
22  "ANSWER: I think Don Vidrine wanted to.
23  "QUESTION: Was that, at the time, then
24  performed?
25  "ANSWER: Yes, 't was done.

708

1  "QUESTION: And was that test also
2  successfully passed?
3  "ANSWER: Yes. He told me -- I did meet
4  him. He said it was successful for 30 minutes."
5  Did I read those questions and answers
6  correctly?
7  A. You did.
8  Q. And does that refresh your recollection
9  about Mr. Harrell's testimony on May 27th, 2010,
10  that he believed both the first negative test
11  performed on the drill pipe and the second
12  negative test performed on the kill line were
13  successful tests?
14  A. It doesn't specifically refresh my
15  memory, but, again, I was under the impression he
16  believed they were -- it was a successful test,
17  so --
18  Q. Do you think Mister -- Mist -- do you
19  think, Mr. Barnhill, that Mr. Harrell, the OIM on
20  the DEEPWATER HORIZON, was mistaken in his belief
21  that the first negative test was a pass?
22  A. I do.
23  Q. Do you believe, Mr. Barnhill, that
24  Mr. Harrell was mistaken in his belief that the
25  second negative test was a pass?

709

1  A. I do.
2  Q. All right. Do you believe Mr. Harrell
3  was an experienced OIM?
4  A. I do.
5  Q. Do you believe that Mr. Harrell was
6  capable of doing the simple hydrostatic
7  calculations that you've done in reaching your
8  opinions about the negative test?
9  A. He should have been.
10  Q. Okay. Do you believe Mr. Harrell was
11  trying to hurt anybody that day?
12  A. No.
13  Q. Do you think -- believe Mr. Harrell had
14  the best interests of the people on his rig in
15  mind when he was evaluating the negative test?
16  A. I believe he did.
17  Q. Okay.
18  (Discussion off the record.)
19  MR. REGAN: That's all right. I'll
20  skip that.
21  Q. (By Mr. Regan) Do you believe, if the OIM
22  on the DEEPWATER HORIZON were to express a view
23  to the crew that the negative tests that had been
24  performed had passed, that that could lead to the
25  perception of the Rig Crew, as described in your

72 (Pages 706 to 709)

PURSUANT TO CONFIDENTIALITY ORDER

712

opinion, that the well was secure?

A. That could be a piece of it, y        es.

Q. Okay. You wouldn't believe -- say that perception was exclusively caused by BP?

A. No. That -- we talked about yesterday that I think that BP also reaching that conclusion would have reinforced that perception so, again, to me, you know, I think it was an additional piece of information.

Q. Okay. Could you just bear with me one minute? I --

A. Sure.

Q. -- think I might be done.

(Discussion off the record.)

M   . R  EN: Those are all the questions I have, Mr. Barnhill. Thank you, sir.

THE WITNESS: Thank you very much.

THE VIDEOGRAPHER: The time is 3:25 p.m.

We're off the record, ending Tape 15.

(Recess from 3:25 p.m. to 3:28 p.m.)

(On the stenographic record only:)

MR. AYERS: Halliburton has no further questions.

MR. HYMEL: Transocean has no

1

quest*ons.

(Deposition concluded at 3:28 p.m.)

CHANGES AND SIGNATURE

WITNESS NAME: CALVIN CHARLES BARNHILL, P.E.

DATE OF DEPOSITION: NOVEMBER 30, 2011

PAGE LINE    CHANGE      REASON

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

713

I, CALVIN CHARLES BARNHILL, P.E., have        d the foregoing deposition and hereby affix my        gnature that same is true and correct, except        noted on the attached Amendment Sheet.

CALVIN CHARLES BARNHILL, P.E.

HE STATE OF _____)

OUNTY OF _____)

Before me, _____, on        is day personally appeared CALVIN CHARLES        ARNHILL, P.E., known to me (or proved to me        der oath or through _____)        be the person whose name is subscribed to the        regoing instrument and acknowledged to me that        ey executed the same for the purposes and        nsideration therein expressed.        Given under my hand and seal of office this        _____ day of _____, 2011.

NOTARY PUBLIC IN AND FOR        THE STATE OF _____        COMMISSION EXPIRES:_____

73 (Pages 710 to 713)

**PURSUANT TO CONFIDENTIALITY ORDER**