UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § | MDL NO. 2179 SECTION J |
| IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GMBH, ET AL. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |
| This Document Relates To: *All cases and No.: 2-10-cv-2771* | § § § § § | |

MOTION TO STRIKE PORTIONS OF EXPERT REPORTS AND DEPOSITIONS
REFERENCING EXCLUDED JIT REPORT AND JIT TESTIMONY

# EXHIBIT C
## David Bolado

**Expert Report of David Bolado**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>Applies to :<br><br>ALL CASES and<br>2:10-cv-02771 | MDL No. 2179<br><br>Section: J<br><br>The Honorable Judge Barbier<br>Mag. Judge Shushan |

## EXPERT REPORT OF DAVID BOLADO, PREPARED FOR HALLIBURTON ENERGY SERVICES, INC.

1



EXHIBIT
C
David Bolado

**Expert Report of David Bolado**

of flow Halliburton did nothing to breach its standard of care or that caused BP to lose well control, and no act of Halliburton was the cause of the blowout.

## A. Channeling

In my opinion, channeling provided a flow path for hydrocarbons through the annulus. BP's decisions especially failure to properly centralize the casing string—were the cause of any channeling in the annulus. Halliburton's April 18 OptiCem simulation with seven centralizers showed channeling occurring from the prior casing shoe down through most of the open hole:



Channeling in the annulus would provide a path for hydrocarbons to travel from the hydrocarbon zones, including the high-pressure undisclosed zone, all the way to the casing shoe. This would occur even if the cement had completely set. I note that the Joint Investigative Taskforce (JIT) agrees that this is the most likely explanation for the flow path through the annulus. As expressed in the JIT Report, the annular space below the blowout preventer did not contain "free gas," and a perforation test indicated that hydrocarbons were not present in the annulus.[56] The JIT "concluded that the nitrified cement slurry used in the annulus likely did not fail."[57] If the annular cement did not fail, then channeling is the only plausible path for hydrocarbons to travel through the annulus to the shoe from hydrocarbon zones.

---

[56] JIT Report pp. 63-64.
[57] JIT Report p. 64.

**Expert Report of David Bolado**

could disrupt the cement.[61] I agree with this as a rule of thumb waiting period. This provides a margin to account for real-world considerations such as test variability, process variation, and contamination. It is especially important to wait at least 24 hours or more if the operator has any concerns about the integrity of the well equipment, such as if there is a question whether the float shoe converted.

I am confident that the conventional cement in the shoe track and the cement in the annulus—both foamed and conventional—would have set if not moved for a long enough period and if not significantly contaminated. The JIT Report concludes that cement in the annulus—which was primarily foamed cement—set and prevented hydrocarbon flow up the annulus.[62] However, in the event that the cement in the shoe track and/or annulus had not set to adequate compressive strength at the time of the blowout, the failure of the cement job to provide a barrier to hydrocarbon flow would be attributable to BP because of its failure to wait sufficiently on cement before resuming operations. The cement pumping concluded at 12:36 a.m. on April 20.[63] From 12:30 a.m. until 2:30 a.m., the Dril-Quip running tool was released and the casing seal assembly was set.[64] From 3:30 a.m. to 4:00 a.m., the drill pipe was moved 300 ft up the hole.[65] From 5:00 a.m. to 6:00 a.m., the drill pipe was pulled the rest of the way out of the well.[66] From 9:30 a.m. until 10:30 a.m., the drill pipe was run back into the well to a depth of 4,817 ft.[67] BP began its first pressure test, the positive pressure test, at 10:55 a.m. later that same day. Each of these activities could have disturbed the cement and caused a setback in the time one would expect the cement to take to reach 500 psi compressive strength.

---

[61] *See* Beirute Depo Tr. at 433:1-435:4 (stating that 48 hrs is a rule of thumb for WOC time); Ravi Depo Tr. at 342:16-343:18 (stating that he likes to see 48 hrs or more WOC time, but he typically sees 24 hours at least).

[62] JIT Report pp. 63-64.

[63] Hughett Report p. 29.

[64] Hughett Report p. 29.

[65] Hughett Report p. 29.

[66] Hughett Report p. 30.

[67] Hughett Report p. 30.

39