UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § | MDL No. 2179<br><br>SECTION J |
| IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GMBH, ET AL. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |
| This Document Relates To:<br>*All cases and No.: 2-10-cv-2771* | § § § § § | |

## MOTION TO STRIKE PORTIONS OF EXPERT REPORTS AND DEPOSITIONS REFERENCING EXCLUDED JIT REPORT AND JIT TESTIMONY

# EXHIBIT D
## David G. Calvert

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

IN RE: THE MACONDO WELL NO. 1 INCIDENT IN THE
GULF OF MEXICO, ON APRIL 20, 2010

**EXPERT REPORT OF
DAVID G. CALVERT**

SUBMITTED ON BEHALF OF
WEATHERFORD U.S., L.P.

DATED: *October 14, 2011*

Signature: David G. Calvert

EXHIBIT
D
David Calvert

comparing the amount of flow back from the casing to the amount of flow back predicted in pre-job modeling. This test considers the compressibility of the fluids in the casing.

Halliburton's 9 7/8" x 7" Production Casing report dated April 18, 2010[18] sets forth the float check test:

> 23. BUMP PLUG AND PRESSURE UP TO 500 PSI ABOVE CIRCULATING PRESSURE CHECK FLOATS AND BLEED BACK NO MORE THAN 6 BBLS IF 6 BBLS ARE BLED BACK TO THE UNIT PUMP AN ADDITIONAL 6 BLS OF 14.0 PPG MUD AND HOLD PRESSURE TIME TO BE DECIDED BY BP COMPANY REPS AND ENGINEERS.

Post-job reports from BP, Halliburton, and Transocean all confirmed that the floats held.[19] The amount of measured flow back (5 barrels)[20] was within what was expected in pre-job modeling (up to 6 barrels),[21] indicating that the floats had held. First-hand reports from personnel at the cementing unit who were measuring flow back, further confirms that actual flow back was less than 5.5 bbls.[22] Lee Lambert of BP and Vincent Tabler, a Halliburton cementer, personally observed 5.5 bbls of flow back, and noted that the flow was a pencil stream that eventually topped.[23]

From the cementing standpoint, the fact that there was no backflow of wet cement during the float check test establishes that the cement remained in place as pumped. Therefore, it is my opinion that the Weatherford M45AP float collar served its main purpose of checking the back flow of cement. The M45AP auto-fill float collar that was run in the hole by BP for the 9 7/8" x

---

[18] BP-HZN-CEC 021441.

[19] April 21, 2010 e-mail from Lee Lambert, BP-HZN-2179 MDL 00413137; Halliburton's Foamed Production Casing Post-Job Report dated April 20, 2010, HAL_0011213, Transocean Daily Drilling Report, Apri 20, 2010, BP-HZN-MBI 00136947

[20] April 2 , 2010 e-mail from Lee Lambert, BP HZN-2179 MDL 00413 37; Halliburton's Foamed Production Casing Post-Job Report dated April 20, 2010, p. 4, HAL_0011213.

[21] BP-HZN-CEC 021441.

[22] BP-HZN-2179 MDL 00413137; Tabler Tallybook, BP-HZN-MBI 00139606.

[23] Lambert and Tabler Testimony as set forth Chief Couns l's Re ert, Ch.[?]3 at p. 93, Bureau of Ocean Energy Management, Regulation and Enforcement Sept. 14, 2011 Report at p. 54.

9