UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § | MDL No. 2179<br><br>SECTION J |
| IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GMBH, ET AL. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |
| This Document Relates To:<br>*All cases and No.: 2-10-cv-2771* | § § § § | |

**MOTION TO STRIKE PORTIONS OF EXPERT REPORTS AND DEPOSITIONS
REFERENCING EXCLUDED JIT REPORT AND JIT TESTIMONY**

# EXHIBIT E
## Ronald Crook

In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010

# Expert Report of Ronald J. Crook

Ron Crook Consulting

Prepared on behalf of BP

JANUARY 9, 2012

*Ronald J Crook*
01/09/2012



EXHIBIT E
Ronald Crook

**CONFIDENTIAL**

Taken as a whole, the Chevron test results indicate that there were very significant stability problems with Halliburton's foamed slurry design for the Macondo well.

### 7.2.4 OTC Testing

Oilfield Testing & Consulting also conducted post-incident testing of the Macondo Well slurry design, using both laboratory stock and a rig sample from the Deepwater Horizon. Like the Chevron test results, all of OTC's test results indicated an unstable foam system.

In the unset foam stability testing, all eight of the lab samples and the Macondo Well rig sample exhibited bubble break-out, a sign of instability.[112] Additionally, the samples that were conditioned for 1.5 hours showed settling and free water. The set foam stability test results were consistent—all of the test samples showed significant density variation, indicating unstable foam systems.[113] Further, the Macondo Well rig samples did not set hard during the 48 hour curing process. Although failure to set in 48 hours does not conclusively establish slurry instability, the test results are concerning. Further, Mr. Garrison observed a loss in height from the sample.[114] In my experience, the industry considers any loss in height to be an indication of instability.[115]

---

[112] OTC Report at 38.

[113] OTC Report at 39.

[114] OTC Report at 3; Figure #20, Garrison Dep. at 113-114 ( Q. And if you look at the pictures they're hard to see, but do they depict that there is a loss of volume from the cement? A. The – the actual you know, the picture that you see, it's very hard to tell. But, yeah, there we we observed, you know, loss of volume. Q. And you were there when they opened this up and took a picture? A. That's correct. Q. And the cubes were filled to the top when you begin the test? A. Yes Q. And so a loss in volume, what does that mean? A. It -- it depicts an instability of the – of the slurry.")

[115] Lewis Dep. at 147-148 ("Q. Okay. If the customer doesn't provide any criteria, what does -- what do you or what does Halliburton look for in volume changes to determine whether a slurry's stable or not

37

It is also important to note that in both the unset and set foam stability tests, the slurry stability appeared to improve with increase in conditioning time. In the unset foam stability tests, the samples conditioned for 1.5 hours exhibited bubble breakout, settling, and free water, whereas the samples conditioned for 3 hours only exhibited bubble breakout.[116] In the set foam stability tests, the density variations between the test samples decreased with additional conditioning.[117] Although all of the tests results still indicated an unstable foam system, this data suggests that the additional conditioning time activated some of the SA-541 in the slurry and improved the test results in a manner that was inconsistent with job conditions.

The problems with the Macondo Well slurry design were confirmed by OTC's other test results. The low rheology readings documented on page 8 of the report indicate that the base slurry could have issues with settling.[118] And, three of four samples tested exhibited free fluid in excess of industry recommendations.[119]

Finally, OTC's August 2, 2011 report provides further evidence of the problems with the Macondo Well slurry design. After blending for 60 seconds—four times the API-recommended duration—OTC was unable to generate a foam using the Macondo Well

---

stable? A. It would be what we refer to as trace, which is – it dep – kind of depends on the volume of the cylinder, but a 1 percent or less would be – I'd say that's – that's what I teach, anyway. . . . Q. And then density changes – and – and if it changes more than a trace amount of 1 percent, in your opinion, that would – that would mean that it's not a stable foam? A. Yes.").

[116] OTC Report at 38.

[117] OTC Report at 39

[118] OTC Report at 8.

[119] OTC Report at 15

38

slurry design.[120] No noticeable change in pitch was observed in the blending container after 60 seconds Although this foam stability test was intended to be performed on 60% foam quality slurry, it is significant that OTC was no able to generate a foam at all. The only difference between generating a 13% foam quality slurry and a 60% foam quality slurry in the laboratory is the amount of base slurry poured into the blender. If the base slurry were designed correctly, it should have been possible to generate a foam at 60% quality. This conclusion is supported by CSI's ability to foam "neat cement" (consisting of cement, water, and surfactant) at foam qualities ranging from 5% to 60%.[121]

In conclusion, both the Halliburton pre job testing and the Halliburton, Chevron and OTC post-incident testing indicates that the Macondo Well slurry pumped was thin and did not form a stable foam

## 8 THE DESIGN OF THE MACONDO WELL CEMENT JOB WAS CONSISTENT WITH INDUSTRY PRACTICES

The goal of any cement job is to accomplish the objectives within the constraints of the well. As discussed above, the goals of the Macondo Well production interval cement job were to pump cement 500 feet above the known hydrocarbon zones and to establish a barrier that prevented the influx of formation fluids. To that end, Halliburton ran numerous OptiCem simulations, presented those results to BP, received BP's input, and generated a final cement job program that was circulated on April 18, 2010.[122] This job

---

[120] Macondo Well Evaluation of 60% Foam Quality oam Stability Testing at 7.

[121] MDL Dep. Exhibit 2477 at 15-16.

[122] MDL Dep. Exhibits 717A.

39

program contained Halliburton's recommendation for performing the cement job within the well's constraints.[123]

### 8.1 Volume of Cement

The volume of cement pumped is determined by the amount of cement necessary to fufill federal regulations based on the size of a well. For production casings, the MMS requires 500 feet of cement above the uppermost hydrocarbon-bearing zone.[124] In my experience, this requirement includes a safety factor, as it takes far less than 500 ft of competent cement to prevent flow.[125]

Operators meet the regulatory guidelines in one of two ways. For the majority of applications, they make an educated guess regarding the volume of the well and add excess cement as a safety factor, for example, to address unknown washouts in the wellbore. Where formation fracturing is a concern, however, operators incur the additional expense of running caliper logs to confirm the wellbore dimensions. The caliper log data allows operators to calculate with greater accuracy the volume of cement required to meet the MMS regulations. In this way, the need for excess cement

---

[123] MDL Dep. Exhibit 1493 at 2 ("Enclosed is our recommended procedure for cementing the casing strings in the referenced wells. The information in this proposal includes well data, calculations, materials requirements, and cost estimates. This proposal is based on information from our field personnel and previous cementing services in the area.")

[124] 30 C.F.R. 250 421.

[125] Garrison Dep at 137-139 (Q And to be specific, I m talking about set cement. And so – so you're saying it could be five feet, it could be a hundred feet could be sufficient of set, good set cement in the annulus to hold back formation pressure? A. . If I've got isolation and a good seal, it doesn't have to be a lot Q. And that's what I m talking about. So you would agree that if you have isolation you have good centralization, good hundred percent centralization, hundred percent displacement efficiency and you have five feet of cement that sets up good there, that could be sufficient? A My understanding in theory, yes, I would think so."), Beirute Dep. at 335 ("Q. . . . [T]he fact that the cement did not go 500 feet above the highest pay zone, but only goes 130, 140 feet, what could be the potential ramifications of that? A You might be ok.").

mobilizing and eroding filter cake on the formation walls. Turbulent flow is typically not possible, however, in the deepwater wells in the Gulf of Mexico based on the geology of the area.[128] In the Macondo well, the pump rate required for turbulent flow would be too great for the well conditions the mud would need to be pumped at around 9.9 bpm, the spacer at around 18.7 bpm and the slurry at around 11.5 bpm.[129] Such pump rates would likely have caused fracturing and losses. Where turbulent flow cannot be achieved, industry practices dictate pumping at as high of a rate as the well will tolerate.[130] The pump rate for the Macondo Well was chosen consistently with this principle.

Moreover, displacement efficiency is determined by a number of other factors, and there are many indications that the wellbore was adequately cleaned prior to the cement job.[131]

## 8.2 Gas Flow Potential

The gas flow potential factor ("GP")[132] is a concept developed by Halliburton to help predict the potential of a well to be affected by annular gas migration and to match the

---

[128] Garrison Dep. at 162 ("Q. And you're familiar that in deepwater wells in the Gulf of Mexico, the operating margins between frac gradient and pore pressure are also very narrow? A. Yes. Q. And in your experience, are you able to achieve turbulent flow in your cementing program in deepwater wells in the Gulf of Mexico? A. No. No in my experience, no.").

[129] MDL Dep. Exhibit 717A at 11.

[130] R. Crook, G. Benge, R. Faul, and R. Jones, "Eight Steps Ensure Successful Cement Jobs," *Oil and Gas Journal* (2001) at 41 ("When turbulent flow is not a viable option for the formation or wellbore configuration, use the highest pump rate that is feasible.").

[131] See Section discussing pre-job circulation.

[132] Also known as Flow Potential Factor, or "FPF".

42

may have contributed to channeling in the upper annulus, this did not contribute to the blowout because formation fluids could not have flowed the unchanneled lower annulus if Halliburton had designed and pumped a stable cement. The rathole also did not contribute to the blowout. The industry rarely spots a heavy pill in the rathole and the purpose of the shoe cement is to catch contaminants so it is not relied upon to isolate formation fluids like the annular cement.

## 10.1 Pre-Job Circulation

Although the industry's cementing best practice for pre-job circulation is typically to circulate a "bottoms up," the amount of mud circulated is a decision that must be made on a job by job basis depending on well conditions.[167] Bottoms up is not necessary, or even possible, in many wells.[168] When cementing a formation with a low fracture gradient, for example, circulating bottoms up could result in losses and fracturing of the

---

[167] Benge Dep. at 230 ("Q. So an example of that, if you would agree, would be sometimes circu a 'ng ti bottoms up as a cementing best practice, correct? A. Yes, it is. Q. But sometimes it's – you're unable to circulate bottoms up because of well conditions? A. That is correct."); Morgan Dep. at 89 ("Q. And having done these studies on the amount of circulation in the well that you needed need to do in order to get a cement job, would you agree that this is something that would vary from well to well, depending on the conditions downhole? A. Yes, ma'am. Q. And that there's no flat rule that should work the same way for every single well? A. Correct."); Calvert Dep. at 43 ("Q. Yes, sir. So when decideing these things – when deciding the amount of pre-cementing circulation, you have to look at the well conditions; is that correct? A. You always have to look at the well conditions. Q. Yes, sir. And sort of perform – think about how much mud the well is able to receive before you start getting losses and fracturing? A. That would be a consideration.").

[168] Garrison Dep. at 256-257 ("Q. In preparing a cement job – or to – to pump a production casing cement job, do you know what is the general industry guidance on how much you're supposed to circulate the mud ahead of the job? . . . Do you know? A. Not a – not an industry guideline, no. Q. Okay. A. I mean, the one thing you hear is try to at least get one bottoms-up. A. Yes. I mean, that's kind of a – something that everyone tries to shoot for. Q. Okay. A. And sometimes it's not possible. Q. Okay. One of the things what do you mean not possible? Why wouldn't it be possible? A. Sometimes – lost circulation issues become an issue and operators decide not to try to get bottoms-up, just to try to get cement in place.'); Calvert Dep. at 42 ("Q . . . But if you have a potential to fracture a formation, then you that's something else that you would consider in determining how much mud to circulate? A That would be given consideration.")

interaction between wellbore fluids, compared to OptiCem,[182] (2) I do not believe that Mr. Roth would intentionally manipulate the model to achieve a desired result,[183] (3) the lack of channeling predicted by Displace 3D is consistent with my experience as to the superior displacement properties of foam cement, and (4) the lack of channeling is consistent with the fact that the intercept at 17,227' total vertical depth did not find cement in the annulus, indicating that the cement did not channel much above the planned top of cement at 17,300'.[184]

Because all available evidence suggests that there was no channeling in at least the lower annulus of the Macondo well—the section of cement that failed—BP's decision to circulate less than bottoms up did not contribute to the blowout. A stable foam cement across even a few feet of annulus would be sufficient to hold back the formation fluid,[185] and in this case, the modeling predicted hundreds of feet unchanneled cement.[186]

---

[182] http://www.halliburton.com/public/cem/contents/Data_Sheets/web/H/H06210-A4.pdf ("Halliburton's Displace 3D advanced computational fluid dynamics (CFD) simulator models multiple aspects of mud displacement during cementing. . . . Halliburton is known for raising the standard for oil and gas well completion practices. Displace 3D simulator is the only simulator on the market that measures cement locations in a fully three dimensional wellbore environment."); Bolado Dep. at 246 ("Q. Okay. How is Displace 3D better than OptiCem? . . . A. It does give you a – a – a three-dimensional view, so that it – it shows more accurately – for when it does have channeling, it shows channeling more on one side than where OptiCem shows channeling basically all the way around the hole.").

[183] Bolado Dep. at 256-257 ("Q. Okay. Would you say that he's intentionally running an inaccurate model to get a result? A. I would say that that was probably not his [Roth's] intention, to run an inaccurate model.").

[184] MDL Dep. Exhibit 7403 at 5. I disagree with Mr. Bolado's unsupported hypothesis that the intercept may have occurred in a "channel" rather than above the top of cement. The relief well intercept notes indicate that there was a 14 barrel loss upon intersection—a channel could not contain sufficient fluid to allow for a 14 barrel "u-tube" loss.

[185] Garrison Dep. at 137-139 (Q. And to be specific, I'm talking about set cement. And so – so you're saying it could be five feet, it could be a hundred feet could be sufficient of set, good set cement in the annulus to hold back formation pressure? A. . . . If I've got isolation and a good seal, it doesn't have to be a lot. Q. And that's what I'm talking about. So you would agree that if you have isolation, you have good centralization, good – hundred percent centralization, hundred percent displacement

BP's decision not to spot a heavy pill in the rat hole was consistent with industry practices and did not cause the blow out.

## 11 WAIT ON CEMENT TIME

In the industry, wait on cement ("WOC") time is determined by the amount of time it takes for the cement to reach 500 psi.[197] In fact, this industry standard includes a built-in margin of error, and the cement may be sufficiently set to commence operations before it reaches 500 psi.[198] I disagree with Halliburton's argument BP should have waited 24-48 hours before running the negative test regardless of the UCA testing results.[199] As with others in the industry, I am not aware of any industry practice to this effect.[200]

---

[197] Calvert Dep. at 224-225 ("Q. Okay. What I wanted to ask you is, would you agree hat 500 psi compressive strength is an industry s andard where can proceed with cement operations once you've reached that compressive strength? A. That if you – if you achieve 500 psi compressive strength, yes.") and 254 ("Q. . . . So the way that you evaluate – or the way you start to run  do a calculation of how long your WOC time is, is to ook at the compressive strength development profile of the slurry; is that right? A. That's correct."); Benge Dep. at 256 ("Q. And 500 ps  you would agree, is the industry mark for when you can proceed with operations that affect the cement. A. Yes,  would agree."); Morgan Dep. at 125 ("Q. And do you know what genera y is the strength of the cement that's considered acceptable or what's considered set enough to continue with rig operations? A. 've always been to d 500 psi.").

[198] Benge Dep. at 527 ("Q. And would you agree with me that the 500 – even though less might be sufficient, the 500 has built in with n it a margin of error and that's why people wait for 500 psi? A. That's correct.").

[199] Lewis Report at 47; Bolado Report at 38-39; Rebuttal Expert Report of John P. Hughett, P.E. ("Hughett Rebuttal") at 19.

[200] Calvert Dep. at 253 ("Q. Have you ever seen any standards in the industry that [WOC time] should be between 24 hours and 48 hours for every well? A. No."); Garrison Dep. at 130 ("Q. Have you ever recommended to any service operator that they wait 24 to 48 hours to wait for the cement to set regardless of what the UCA test says? A. No, I have not  Q. And have you ever heard anyone else make that recommendation? A. Not that I recall. Q. Okay. And have you heard of that being an industry standard at any time, that the cement – sorry, that the operator should wait at least 24, preferably 48 hours, before doing anything that would disturb the cement, even if the UCA test says you can take operations much earlier? A. No, I've not heard anyone recommend that, no, not me. Q And you've never read any literature that says that? A. Not that I recall. Q. And all the conferences you've ever attended, you never heard a speaker get up and say that? A. No."); Benge Dep. at 530 ("Q. Have you ever heard of an industry norm of waiting 24 to 48 hours for your cement to set regardless of what your test results are? A. I do know of a – an API recommendation that you wait 24 hours unless you have – unless you have other data.    Q. And data to the contrary would be a UCA

Indeed, Halliburton's experts did not identify any industry support for this proposition.[201] In my experience, the operator relies on the cement contractor's compressive strength test results in determining a WOC time.[202]

Typically, the operator and the drilling contractor reach a decision about WOC time based on the compressive strength test results of the pumped cement slurry (UCA compressive strength test results are frequently used),[203] with an added safety factor to account for any inaccuracies with the laboratory data, issues encountered during the cement job, etc. I did not see any specific evidence concerning how the WOC time was determined at the Macondo Well. However, both the drilling contractor and the cement contractor would have been aware of the timing of the pressure tests. In particular, Halliburton performed the positive pressure test at the Macondo Well using the cement

---

test showing when you arrive at 500 psi, correct? A. That you have other supporting data to allow you to – to lower that risk, yes. Q. And that UCA data would be that type of data, correct? A. Yes, that would be that type of data.").

[201] Bolado Dep. at 425 ("Q. Okay. Are there any Halliburton publications, internal or disseminated in the industry, that say: 'You've got to wait on Halliburton cement for 24 to 48 hours'? A. I do not know of – of a document that I can refer to that says that. Q. Are – is – are there any industry publications that you can point me to that say: 'Operators need to wait 24 to 48 hours before doing anything that could disrupt the cement'? A. I can – again, I cannot point you to any document."); Lewis Dep. at 300 ("Q. And have you ever read any material, other than depositions cited [in your report], that indicates an Operator waits 24 to 48 hours before doing anything that may disrupt the cement; for example, doing a negative pressure test? A. I couldn't cite to anything off the top of my head right now, no."); Hughett Dep. at 339 ("Q. I'm asking whether sitting here today, you can point me to any publication that says waiting 24 hours is a prudent amount of time following a cement job? A. No. . . . ").

[202] Benge Dep. at 480 ("Q. People on the rig that have to be on the know for that, how would they – what objective criteria did they have, in your opinion, for them to be able to say prudently we must wait blank hours before conducting activity to allow cement to set? A. The only data that they had would have been the compressive strength tests run on the cement system."); Garrison Dep. at 128 ("Q. The operator gets a UCA compressive strength test result and graph from the service company, right? A. Correct. Q. And the graph will actually call out when 50 psi strength is achieved and when 500 psi strength is achieved typically? A. Yes Q. And can the customer use those numbers as a guideline as to how long to wait on cement? A Yes, they can.").

[203] MDL Dep. Exhibit 7724 at HAL_0131337 ("The advantage of [the UCA compressive strength] test is that you can obtain a plot of strength development vs. time. This allows determination of strength at almost any moment, and can indicate the WOC required to obtain a required strength.").