UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § | MDL No. 2179<br>SECTION J |
| IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GMBH, ET AL. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |
| This Document Relates To:<br>*All cases and No.: 2-10-cv-2771* | § § § § | |

**MOTION TO STRIKE PORTIONS OF EXPERT REPORTS AND DEPOSITIONS REFERENCING EXCLUDED JIT REPORT AND JIT TESTIMONY**

# EXHIBIT F
## Paul Dias





# Subsea Ventures Marine
## Well Control Equipment Specialists

**In re: Oil Spill by the Oil Rig Deepwater Horizon in the Gulf of Mexico on April 20, 2010**

**MDL No. 2179**

*Expert Report*
Regarding
Blowout Preventer Maintenance Methodology

**Paul Dias**
**Subsea Ventures Marine, Inc.**

*October 17 2011*



EXHIBIT F
Paul Dias

**CONFIDENTIAL**

Report of Paul Dias
*Deepwater Horizon* BOP
Maintenance Methodology

The filters below depict cleaner control pod filters from the Blue pod, also examined by DNV.



**Figure 17: DNV Photo; DNV-5592 June 21, 2011**

Once again, the DNV forensic examination showed insufficient maintenance of important control pod components by Transocean.

### F. Transocean Did Not Perform Pre-Deployment Testing of the AMF/ Deadman System That Would Have Revealed the Control Pod Deficiencies.

Contrary to Transocean's own practices and standard subsea practice, Transocean's subsea department did not perform pre-deployment testing of the AMF/ Deadman system to verify satisfactory operation of his emergency function. Transocean's Well Control Handbook provides, "[a]ll control systems and back-up control systems such as EDS, autoshear, deadman, EH, ROV stabs and valves, and acoustic pods must be function tested on surface."[143] There are

---

[143] Transocean Well Control Manual, TRN-MDL 00287073 (Ex. 1454).

40