UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § | MDL No. 2179<br>SECTION J |
| IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GMBH, ET AL. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |
| This Document Relates To:<br>*All cases and No.: 2-10-cv-2771* | § § § § § | |

**MOTION TO STRIKE PORTIONS OF EXPERT REPORTS AND DEPOSITIONS REFERENCING EXCLUDED JIT REPORT AND JIT TESTIMONY**

# EXHIBIT G

**Robert Grace**

01-38858
TB comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) | MDL NO. 2179 |
| | ) | SECTION: J |
| | ) | JUDGE BARBIER |
| | ) | MAG. JUDGE SHUSHAN |

# CONFIDENTIAL

*WorldwideVIEW*™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:

## Robert Grace

**VOLUME 1**

DECEMBER 12, 2011

## COPY

*Systems.Technology for the Litigation World*

Litigation Group•Court Reporting•Video Production•Videoconferencing
**For U.S. & International Services**
**800 - 745 - 1101**

I've missed your question there.
Q. No. That's a -- that's fine. I do want to explore it further.
What they never achieved was a -- a situation where -- where they didn't have differential weighted fluids in -- in different -- in the three different openings being tested, right?
A. They never achieved --
Q. The -- the objective of this test was to get seawater in -- in all three. The kill line, the drill pipe and the annulus up to the BOP, right?
A. Yes.
Q. And that never happens, as far as you can tell?
A. That never happened.
Q. And the objective -- and if you achieve that, whether it's zero pressure or some pressure, you ought to get the same reading on the kill line and the drill pipe, right?
A. If -- if you got the same fluids, yes sir.
Q. And so when ou had a

significant differential, 1400 pounds per square inch on the drill pipe, none on the kill line, that couldn't possibly be an -- an appro riate negative-pressure test, right?
A. Well, it wasn't a negative-pressure test. It was not. And I -- I think the OIM there, I think Jimmy Harrell -- and I think he'd -- he'd -- they were looking at that -- just at that kill line side over there and they're saying there's no pressure, no flow, that's good.
And -- and he said we had the first one over there and that's good. So we got both of them and they're both good. Let's go ahead. And I think -- I think everybody is satisfied, everything is fine.
But -- but the second was one not a negative-pressure test and they weren't underbalanced.
Q. You say that the wellsite leader -- this is again on page 16 -- did confer -- confer with his alternate. Would -- would that be Mr. Kaluza --
A. Yes.
Q. -- conferrin with Mr. Vidrine?

A. Yes. Mr. Vidrine conferring with Mr. Kaluza. I think Vidrine was on the job and -- and he went and talked to Kaluza, is what I remember.
Q. But did not discuss the test with engineers onshore. Are you talking about at the time of the test?
A. Yes.
Q. Do you know if before -- at any time before the blowout if there was a discussion with the engineers onshore about the -- the negative test?
A. Yes. I -- I remember that there was some communication between Mark Hafle and -- and that rig.
Q. And is it your understanding that Mr. Hafle said that you couldn't be lined up right? You couldn't have a -- a negative-pressure test where you got a differential pressure on the drill pipe and the kill line?
MR. BROCK: Object to the form.
A. A differential pressure on a drill pipe. Pressure on drill pipe, different than the pressure on the casing? I

remember something about that.
Q. And wouldn't it have been appropriate to stop things then for -- for Hafle, for Vidrine to stop things then?
MR. BROCK: Object to form.
A. I don't remember exactly when that was.
Q. If it were shortly before 9:00?
MR. BROCK: Object to form.
A. When you say stop things, what do you -- what do you mean?
Q. To -- to -- to stop the displacement and require the negative-pressure test to be run properly.
A. Well --
MR. BROCK: Object to form.
A. -- I don't -- I don't know. I haven't really looked at all the circumstance of that conversation to -- to really opine one way or the other.
Q. Mr. Grace, are you aware of any economic pressures on BP to get the job done and finish as quickly as possible and get the rig on to the next assignment?
A. No.

97

MR. BROCK: Object to form.

**Q. You indicate on page 17 that I have no doubts that the men on the rig involved in the negative test believed that the well had integrity before they proceeded with displacement.**

**And -- and you have no doubts about that, right?**

A. That's correct.

**Q. That's because if -- if they -- if they did believe otherwise, if they believed they -- the well didn't have integrity, it would be very dangerous to proceed, right?**

A. They just wouldn't have done it. I mean, that's just -- the OIM wouldn't have done it, the toolpushers wouldn't have done it, the company man wouldn't have done. They just wouldn't have done it. That's their -- that's their job to -- is to satisfy themselves.

**Q. And, indeed, it ended up costing some of them their lives, right?**

A. Amen, yes, sir.

**Q. But you say the difference**

98

**between the kill line and drill string pressure should have alerted them that there was a hydrostatic imbalance and the test results could not be trusted.**

**You, as we discussed before, think that it's just speculation that the kill line was plugged. You think the more likely results -- or likely circumstances was the kill line was open and had no pressure, small one -- or small I -- because the wellbore had integrity and there was no communication at that time.**

**This is -- now we're talking 8:00, right? How could the wel bore have integrity at 8:00 and start flow'ng at 8:52 -- or 8:59?**

MR. BROCK: object o the form of the question. You should answer.

A. It'd be to -- I mean, really simple. It cou d -- whatever happened down there hadn' had happened yet. You know, they further displaced, got more stress at some point or -- or whatever happened just hadn't happened yet.

**Q. There were no further o erations**

99

**goi g on down at the -- the bottom of the wel , right?**

A. That's correct. But there -- ther was pressure reduction bottom of the wel because they were continuing to displace and o they're putting more stresses on -- on - on everything down there. Whether it be t e cement, the float collar, the -- the casi g, those stresses are changing.

And it could be like it's ben ing a piece of wire. You keep -- keep wor ing it and keep bending it. It don't brea the first time. And then whatever it was hat broke, broke that time.

Now, we don't know that. Any hing -- we don't know that. All we know is w at happened after about 8:52.

**Q. But you indicate another one of the two likely alternatives is that there was communication that the hydrostatics on the annular side, that is, all this heavy spacer exceeded the formation pore pressure and so held it down, right?**

A. It was -- in my view, it was above the formation pore pressure. Had to be

100

because the -- the drill pipe side of --

MR. LUXTON: Object to form.

A. -- the U-tube is above the formation pressure. If I go down that side, 't's above what I'd -- what I know --

MR. LUXTON: Object to form.

A. -- what I thought to be the formation pore pressure. As I said before, it wasn't a negative test. That last part wasn't a negative test. The first part was.

**Q. So the answer is -- the problem is, you just don't know. You don't know -- you haven't really tested as to whether there's formation -- or communication or not?**

A. That -- that's -- that's the problem, is that they have not -- at that point, that second -- what they're relying on, that second -- I'm saying they, I'm talking about as a whole. I don't think that -- I think that Jimmy Harrell was relying as much on the first negative test as the second one. And -- and the hole, I think he said everything is fine. And they're relying on the -- I think there's more reliance ut and more discussion here even

PURSUANT TO CONFIDENTIALITY ORDER

though it was a second negative test, and everybody's relying on that. But it wasn't a ne ative test.

**Q. And you say in this next to last paragraph under this heading, just as it is my view that the negative test was misinterpreted, it is also my opinion, as explained below, that this did not cause the blowout that occurred two hours later.**

**What you explain below is -- are opportunities to detect kicks and to shut in the well, right?**

A. Right.

**Q. But I thought, as we had discussed, if the negative test had been done properly and if it had shown communication or the likelihood of communication or even the possibility of communication, everything would have stopped, right?**

MR. BROCK: Object to form.

A. That's speculation.

**Q. Well, that would have been the appropriate procedure for the wellsite leader and the OIM, if you say we've now got pressure on the drill line and the kill line**

**with just seawater in -- in both and in the annulus, it's got to be coming from somewhere? We can't keep displacing, right?**

MR. BROCK: Object to form.

A. But I'm -- I'm saying that's speculation. I mean, that's -- that's one sequence of events that could have taken place. It could have -- as I said earlier, the OIM was satisfied. The negative test was fine, the first -- the first part of it. He said we bled the drill pipe. It didn't flow back. I was good. They want to do it again, I'm fine with that. So he says it's fine. They -- they look at the thing as a whole and say it's fine.

So I don't know. Nobody knows if it was in communication, if the reservoir was in communication with the inside of the pipe at that time or not. Nobody knows that. That's the nature of blowouts. We -- we don't know -- they're not planned events. We don't know.

**Q. But -- but it might have been, right?**

A. It could have been.

**Q. Could have been. That's one of the possibilities you --**

A. Yeah.

**Q. And if -- if that was the case and you did the negative test correctly because you realized that it had been misinterpreted, and you determined that that's a possibility, then you stop, right? That's not speculation. That's standard well control --**

A. If -- but those if's are speculation.

MR. BROCK: Let me -- let me object to form, if I need to. All right?

THE WITNESS: Okay. Sure.

MR. BROCK: Y'all are talking over each other. So object to the form.

Now, I don't know if you want to re-ask it or if you can remember.

MR. FLEMING: Yeah, let me re-ask it.

**Q. It's not speculation. It's a hypothetical. It's one of the alternatives.**

**You say it is possible, that is, that there was communication with the wellbore?**

MR. BROCK: Object to the form.

**Q. And assume that's so, and this negative-pressure test as -- as done was -- couldn't pick it up or didn't pick it up, but it has anomalies. It should be redone. Somebody recognizes that and says, let's redo it. They redo it and find that there is now pressure.**

**They don't continue displacing, right?**

MR. BROCK: Object to the form.

A. They don't continue displacing, but that doesn't cause the blowout.

**Q. Well, then there's not a blowout, right? Because then you say it's tricky, but they're -- they're going to take steps --**

A. Right. That's one of the -- that's one of the diagnostic things you do in the course of drilling to try to understand what's going on. And it's one of the things you do to catch -- as I say, these are not planned events. So that's one of the things you do to -- to catch what's going on. But it's not causing what's going on.

PURSUANT TO CONFIDENTIALITY ORDER

157

know. And -- that the well is underbalanced, that the well is flowing.

**Q. And we don't know exactly what caused --**

A. We don't know.

**Q. -- the failure to achieve zonal isolation?**

A. That's correct. And so from that point forward, then, the failure to recognize those - those symptoms, recognize those indicators and respond to those indicators, that's what allowed the well to -- to overwhelm us.

**Q. Well, in your view of what is a cause of a blowout, when is something -- when is some action a cause of the blowout?**

A. Or inaction.

**Q. Or inaction, yeah.**

A. When we -- when we knew or should have known that it was -- that it was flowing, that we had a problem.

**Q. And -- and BP and the Transocean rig crew should have known at the time of the negative test that well integrity had not been achieved, correct?**

158

**MR. BROCK:** Object to form.

A. No.

**Q. Well, that's the whole purpose of the test, right?**

A. Well, that's -- that's the whole purpose of the test, yes, but --

**Q. So the test had been --**

**MR. BROCK:** Hold on. Don't -- don't cut him off.

If you're finished, that's fine. Say you're finished. But if you're not, you should finish your answer.

**Q. And so if the test had been properly performed --**

**MR. BROCK:** Hold on.

Were you finished with your answer.

**THE WITNESS:** I don't know. I'm kind of confused with all that.

**MR. BROCK:** Work on your next question. That's fine.

**Q. So if the test -- the negative test had been properly performed, BP and the Transocean crew would have determined whether there was well integrity, correct?**

159

**MR. BROCK:** Object to form.

A. There were two negative tests. I remember Mr. Harrell talked about two negative tests. He's -- he was satisfied with the first one. I don't have anything about -- I don't know anything about BP's guy. Now, if he's satisfied with it and they don't have any indication, they don't know at that time the well doesn't have any integrity.

Now, he's satisfied on the first one. He didn't see any indication of communication on the first one. He's satisfied with it. He could have, on the first one, seen if it had been there.

On the second one, it wasn't a negative test, as I said earlier. They didn't -- they -- they didn't have -- it wasn't underbalanced a thousand pounds to the formation, which is what was intended, more or less. It wasn't underbalanced, so it couldn't tell them anything.

**Q. When you say that Jimmy Harrell from Transocean, the OIM, was satisfied with the first test, what do you base that on?**

160

A. On his testimony.

**Q. His deposition testimony?**

A. No. He didn't testify in deposition. It was at the hearing, I think, one of those hearings or something.

**Q. And what was his basis to be satisfied with the first test?**

A. The best -- the basis was, they released the pressure on the drill pipe and it didn't flow. That's what I read --

**Q. The pressure crept up to 1400 psi, correct?**

A. After they shut it back in.

**Q. When you say the first test, you're saying when the pressure crept up to approximately 1200 psi?**

A. Well, it went to 1200 and they bled it off. They closed the annular and bled it off. And there -- and he's not clear about when that first test is. I'm not sure, frankly. I -- but going back over that, that's the period -- the only period that I could see that they could be talking about.

**Q. Well, in your expert opinion, based upon years of experience was there any**

PURSUANT TO CONFIDENTIALITY ORDER

**basis for the Transocean OIM, Jimmy Harrell, to conclude that the first test showed that there was well integrity?**

A. I believe him. He -- I believe him. He's the most experienced guy out there. He said he looked at it. He looked at -- he did -- he did it and he looked at it and he was satisfied, and I believe him.

**Q. My question to you was, in your years of experience, was there any basis for him to conclude that?**

A. Well, of course there was, or he wouldn't have concluded it.

**Q. Well, what was his basis?**

A. Well, I wasn't there. I can't tell you what his basis was except that beyond the point that he -- he said it wasn't flowing back on the drill pipe.

Now, why wouldn't it flow back? I mean, if that damn thing's in communication with the world down there, why would -- I don't see how they ever would shut it off, period. I mean, at any time through there.

**Q. Can -- can you see any basis for him concluding -- sitting here today, can you**

**see any basis for him concluding that the first test was a success and show that there was well integrity?**

A. Not beyond the fact that he -- he is the most experienced guy out there, yeah. And I believe him. I think he's a -- I think these guys in these floating drilling operations is the creme de la creme. I mean, they're the best of the best we got.

He looked at it. He's done these things a million times. I looked at it. I saw it. I was happy with it. That's what he said. So what that says to me was, he released the pressure. He saw it didn't flow, and he's and he's happy with it.

**Q. I'm just asking -- not -- I understand you're you're saying that -- that he believed it was a pass.**

**I'm asking, sitting here today, can you see any basis for him concluding that the first test was a success?**

**MR. BROCK:** Object to the form.

A. Not beyond what he saw. But, I mean, he saw -- he saw what he was looking for. So if I'd have been there, I would have

seen what he was looking for.

**Q. The BOP design that Transocean and BP selected and used on the Macondo well was not able to stop the blowout once it started, correct?**

**MR. GANNAWAY:** Object to form.

**MR. BROCK:** Object to form.

A. Was not capable of stopping it? I don't -- say that again, now.

**Q. The BOP didn't stop the blowout, correct?**

**MR. BROCK:** Object to the form.

A. When it was activated -- I mean, it never -- it never shut the blowout -- the blowout was never stopped, no.

**Q. But the BOP did not stop the blowout, right?**

A. It -- it didn't. The blowout blew out.

**Q. Was that a cause of the blowout?**

**MR. GANNAWAY:** Object to form.

A. A cause of the blowout. I don't know. I didn't really -- I haven't really tried to form an opinion of whether that would be a cause of blowout. It's a -- I

mean, it didn't stop the flow, but I don't -- I don't see it being a cause of the blowout particularly, but I haven't really thought about it that much.

**Q. Well, under your view of cause, was that a cause of the oil spill?**

A. That the blowout didn't -- that the well preventer didn't hold?

**Q. That's correct.**

A. Or failed?

**Q. Yes.**

A. Well, if it -- I don't -- I don't -- I really don't know, Counselor. I mean, if -- if -- if the BOP had held, it might have busted the drill pipe when the rig went over. And so, you know, your consequences of -- consequences of failure there are all the things that are going on. It's just -- it's just hard to really be speculative as to whether -- what the devil's going to happen in that thing.

**Q. The kick occurred when the well was underbalanced during BP's temporary abandonment procedure, correct?**

**MR. BROCK:** Object to form.

PURSUANT TO CONFIDENTIALITY ORDER

Q. The entirety of the negative-pressure test.
A. I'm not saying -- I'm not saying it was not underbalanced at all during the test. I don't know how to answer that, yes or no. It was underbalanced in the beginning.
There was a negative-pressure test in the beginning. When they bled the 1200 pounds off of there, for that period of time there they shut it in again, it was underbalanced, in my opinion, on the drill pipe, when they bled it off on the drill pipe.
Q. When it crept up to 1400 psi?
A. No. No.
Q. After -- when they bled it down to zero after it was at 1200, that's when you're saying it was underbalanced?
A. Yes.
Q. And how long do you believe it was underbalanced at that point in time?
A. Till they -- till they shut it back in. They shut it in at some point in there and I don't remember those exact times.



Q. And they shut in what?
A. They shut in the well.
Q. Okay.
A. At -- at som point in there, as I remember the -- the details, Vidrine said shut it in and we're going to test it on the annulus -- on the kill line. And so they shut it -- at some point in there, they shut it in after they opened it on the drill pipe and bled it back, observed it there for some period of time and then they shut it back in.
Q. So when they bled it down 1200 psi to zero, the -- the well was open at that point?
A. Yes. It's underbalanced at that point, in my opinion.
Q. It -- it was -- it was open at the drill string?
A. Open on the drill string.
Q. And then they shut it in on the drill string?
A. Yes.
Q. How did hey do that?
A. Closed the valve.
Q. On the r floor?



A. They isolated the pressure casings. They didn't have the pressure on the drill string for a while then.
Q. And approximately how long do you believe the well was underbalanced?
A. I've not made any determination of how long I believe it was underbalanced.
Q. Could -- could you -- could one go back based -- under your view, could one go back and look at the record and determine how long it was underbalanced?
A. I don't think so.
Q. Why not?
A. Because they weren't recording the pressure on the drill string. They isolated the pressure gauges.
Q. And what makes -- leads you to believe that it was underbalanced when they bled -- bled the pressure down to zero?
A. Well, because I can do the hydrostatics from the drill string. Down the drill string I got saltwater to the 8367, mud from there on down. And I know that that's less than the reservoir pressure. That was the intent.



Q. And the whole -- the whole purpose of the negative-pressure test was to underbalance the well, correct?
A. That's correct.
Q. To simulate the state that the well wou d be in when it was left for temporary abandonment, right?
A. That's correct. No, that's not correct. I'm sorry. It's not correct. That's the whole state it would be in prior to setting that cement plug, when they were setting the cement plug. It's not the state it would have been in when it was abandoned.
Q. ow long should have BP and Transocean had the well in the -- in an underbalanced state to properly perform the negative-pressure test?
A. Well, that's just speculation. Don -- not Don. But Jimmy Harrell thought it was underbalanced long enough during the -- during the first negative-pressure test and he was satisfied. And so that's his -- that's his interpretation. His interpretation is as good as anybody else's
BP's rocedures called for the



PURSUANT TO CONFIDENTIALITY ORDER

monitor for 30 minutes. And there's nothing wrong with that. They can monitor it all day if you want to.

**Q. Well, I'm -- I'm asking you from your years of experience in the industry, how long should it have been underbalanced for it to be a -- a proper test to test well integrity?**

A. Oh, if it's -- in my experience, if it's going to show you anything, it'll show you anything in the beginning. You don't have to wait on it. And so if you want to wait five minutes, ten minutes, 15 minutes, 30 minutes, I don't -- I don't really care. I'm -- I'm satisfied you'll see it.

**Q. When BP and Transocean decided to perform the negative-pressure test on the kill line, you don't believe that the kill line was closed, do you? During that test, when they were testing the well on the kill line, you don't believe that the kill line was closed, right?**

**MR. FLEMING:** Objection, form.

A. That's right. The kill line was

open during that 30-minute negative -- negative-pressure test. And they had 1400 pounds on the drill pipe, nothing on the -- nothing on the kill line.

I don't believe that the kill line was closed or plugged or any of those things. I believe it was exactly what they said it was.

**Q. So if you're right, that the kill line was open and the drill string is showing 1400 psi, the kill line is showing no pressure, no flow, then either the kill line was plugged or the kill line was hydrostatically balanced, right? One of those two things?**

A. It was overbalanced, in my opinion.

**Q. But -- but another possible explanation from an engineering standpoint is the kill line was plugged, right?**

A. I think that's just a guess.

**Q. I'm not asking you whether -- again, I'm just saying that is another possible explanation, correct?**

A. Well, I -- I don't think it's --

I don't -- it's not reasonable to me. But for everything that everybody thought they were doing and everything we know about the well, we never saw any indication we were working on a well that the well was plugged, anything. We never had difficulty pumping down the kill line, choke line, anything out there.

**Q. Well, if the kill line was plugged, you would see no pressure, no flow in the kill line, correct?**

A. There's a little gremlin down there, you know, you wouldn't see it, either.

**Q. So that's a yes, right?**

**MR. BROCK:** Object to form.

A. I -- I -- I don't think the drill line was plugged, the kill line was plugged.

**Q. Well --**

A. If it's full of cement, if there's a valve closed, I mean, there's a lot of -- I can give you a lot of scenarios by which you wouldn't see anything.

**Q. Well, under any of those scenarios that doesn't excuse BP with respect**

**to the negative-pressure test, does it?**

A. The -- that doesn't excuse them with respect to a negative-pressure test. They should not -- they should not -- I think that they -- that nobody recognized that the second negative-pressure test was not a negative-pressure test at all. And they shouldn't have proceeded. I think I opined to that.

**Q. Your expert report sets forth the explanation that -- that the reason the kill line showed zero pressure was -- was the hydrostatic -- was that it was hydrostatically balanced, correct?**

A. Hydrostatic. There's hydrostatic imbalance. It was a -- if you do the -- you don't know what's on the kill line side, you know what's on the drill pipe side. And I add all those up and it's greater than any reservoir pressure that I knew of.

**Q. I mean, your explanation in your expert report is that there were heavier -- there were denser fluids in the kill line and that explains why there was zero pressure, no flow in the kill line?**

PURSUANT TO CONFIDENTIALITY ORDER

293

it w'll build pressu e And if it doesn't bu'ld any p essu e, well, then you do 't n worry about that flow, regardless of where it's coming from.

**Q. Thank you.**

**And we just talked briefly about the fact that when they monitored -- or did what you consider to be a negative te t on the drill pipe, they monitored that for a matter of minutes?**

A. That's my that's my understanding, looking at the records. Mr the OIM, Mr. Harrell, is not spec'fic when he says we did the first test and it was good. He's not specific about that time frame, but that's the only time frame tha I can see that is consistent with what he's saying.

**Q. If you can, turn to tab 1 in your binder there -- or actually, I'm sorry -- tab 2.**

**Tab 2 is what's previously been labeled exhibit 3574 in this case. It's a -- the transcript of an interview with obert Kuza, accordin to the front a e of the**

294

**document.**

**Have you reviewed this in the course of -- of --**

A. I don't believe so.

**Q. Okay.**

A. I don't remember it off -- as I sit here ght now.

**Q. Okay. Let me ask my question regarding the drill pipe.**

**Is monitoring the drill pipe for a matter of minutes, say, between three minutes and five minutes, sufficient in your -- sufficient time in your opinion to constitute a -- a complete negative test?**

A. I think it's more important that it was sufficient in -- in Mr. Harrell's mind. He was the guy on location, the guy doing it. And so if it's -- if he -- whatever he sees satisfies him, I can't argue with him.

Now, that's not long to most people. Most people, it would be 5 minutes, 10 minutes, 15 minutes. BP said 30 minutes But whatever he's looking at, if he's satisfied then I wouldn't fuss with him.

295

He's -- he's a knowledgeable guy.

**Q. Okay And you've testified already about what you attribute the pressure that they saw on the drill pipe to. But can you explain that for me like -- in a little more basic terms what it was exactly that that you believe caused the pressure that they observed on the drill pipe?**

A. Okay. They -- they displaced the well and -- with seawater. You're displacing a 16-pound-per-gallon fluid that's -- that's twice as heavy as water with water. Plus, it's -- it's very thick, viscous. It's got -- it's -- and it is displacing yet another fluid that's 14.7 pounds. And if you know anything about fluid dynamics and you know that that's -- that's a tough task, a really tough task because the fluids pass each other in that big annulus. If the pipe's over to one s'de of the hole, then all the flow is up over here and the fluid that's over here is bypassed.

If you remember the sheen test, he said, well, it was 30 percent oil.

296

Well, that's indicative of this fluid bypassing. And so you get these fluids strung up and down in that annulus and the drill pipe side is just water. That's easy.

But in that annulus, you get these fluids strung out. Plus, they're doing it with a -- with a stroke counter, which is accurate with water. Not as accurate with the 14.7 mud, still less accurate with a 16-pound mud. And so less efficient would be a better term than accurate, less efficient.

And so you think, well, I'm going to displace this -- this interface 12 feet above the blowout preventers. Well, that's almost -- that's -- that's just not reasonable. That's an unreasonable expectation that you can know within 12 feet where the interface is.

And -- and so I think in -- I think Transocean made a good point in their incident report. Here's this -- here's this fluid and -- and because of these efficiency -- inefficiencies, it might be down there 1500 feet. It might not be up here feet at 12 feet above it. It might be

PURSUANT TO CONFIDENTIALITY ORDER

A. I got a lot of information about reservoir pressures when we we e working on the kill.

**Q. did not see -- and you can correct me if I'm wrong -- any of those calculations in your report, that is, about reservoir pressures**

A. They're not in my report, that's correct.

**Q. The first effort at the negative test you discussed, which -- which you said Mr. arrell was satisfied with, right?**

A. Yes.

**Q. You recall from the TO report that the -- the stress modeling for Transocean suggested that the bottom of the 16 pounds-per-gallon spacer could have been 1500 feet below the OP?**

A. I believe the exact n ber was 1478, or something like that, rou hly 1500, yes, sir.

**Q. And Mr. arrell would not have -- have known that at the time, right, on April 20th?**

A. No.

T E WITNESS: I'm sorry.

M ROC : That's fine. Just give me a -- just give it a slight pause before you --

A. Okay. No, he -- he wouldn't hav known that at the time. They saw -- they saw that pressure build up, but -- that 1200 pounds, which -- which . Vidrine thought was U-tube, and I -- I believe everybody thought was U-tube. But then they shut off the backside. They had it shut off. And so that impedes its ability to balance.

And so for some reason there, then they were able to see no flow on the drill pipe, even though there was an imbalance. But it had to be -- it had to be because there was a vacuum on that -- eve ything was shut in on that backside. It just takes a little longer to respond, in my mind.

**Q. A vacuum on the backside underneath the -- the closed annular?**

A. Underneath the closed annular, underneath the closed kill line valves.

**Q. And there was -- whatever there**

**was when the annular first closed below the annular in terms of spacer, right, something or not? That stress says maybe 1500 feet, right?**

A. Well, I'm -- I don't remember exactly. My recollection was that it -- that due to the inaccuracies in -- in displacement, it could have been down that far, plus -- plus the other 65 barrels could have been further. When I did all the arithmetic, it could have been the whole dadgum thing was spacer when I did all the stress -- stress analysis arithmetic.

**Q. And as you said, there was another 63 or 65 barrels that apparently leaked. And you know that -- or the crew knew that because that's what they lost in the riser?**

A. That's correct.

**Q. So there was good chance there was a lot of heavy spacer in the annulus below the closed annular, even when they tightened it, right?**

MR. LUXTON: Objection, form.

A. That's correct.

**Q. And then they bled off the pressure in the drill pipe and got -- after a time, got no further flow, right?**

A. That's my understanding, yes, sir.

**Q. Couldn't it be that the -- that the heavy spacer exerted enough hydrostatic pressure to keep the well under control, even though it was in communication at that time?**

A. No. No. If it's -- if it's opened up that drill pipe, then that -- the two distinct sides of that U-tube. And so you got the drill pipe side and the annulus side. And with that drill pipe open, if it's in communication, it's got to -- it's got to reveal itself. It doesn't have any choice because -- because the pressure on that side is less than the reservoir pressure.

**Q. But as -- as you said, you got a vacuum now kind of holding up the annulus. It's in balance with the drill pipe, right?**

A. That's on the annulus side, right.

**Q. On the annulus side?**

A. Right. And so that's impeding

PURSUANT TO CONFIDENTIALITY ORDER

329

its ability to -- to U-tube, ability to equalize, that -- the fact that it's shut i n up here at the surface.

Q. Yes?

A. The other day, I was adding some -- on these new Fords, you know, you go to put the -- you go put the --

MR. BROCK: Bob.

THE WITNESS: Stop?

MR. BROCK: Focus -- just focus on the question.

THE WITNESS: Well, I'm trying to.

MR. BROCK: Well, you're going to tell him about buying a Ford?

THE WITNESS: No.

MR. ALEXANDER: Don't int rrup ·h's t answer, please.

MR. BROCK: Go ahead. Go ahead.

**Q. You've got -- in this U-tube -- all right. A force imbalance, if you will, because you got the vacuum above the spacer in the annulus side and you -- and it is equalized. So there's no flow in the drill pipe si e to the seawater.**

**If there's a resure comin**

330

**from below, there's communication with the well, well, why wouldn't that exert itself similarly on both sides of the U-tube?**

A. Well, it does. And so -- and the drill pipe doesn't have any resistance to that. So it's going to flow up the drill pipe.

**Q. But isn't there a sufficient weight -- okay. I think I see what you're saying. But you're saying if there is communication or pressure from the well at 8:00 p.m., it would be felt in that test on the drill pipe?**

A. I'm not sure about the time. But after they bled that 1200 pounds off and it bled off to zero and then it's open, then if there's flow from the well, the drill pipe has to flow.

**Q. And I think you said if the negative-pressure test had been redone -- let's -- let's skip the one that's done on the drill line, which you said was not a negative-pressure test for reasons you explained, right?**

A. On the kill line.

331

**Q. On the kill line. Excuse me.**

A. Yes, sir.

**Q. And -- and at that time, the -- the pressure is zero on the kill line, 1400 psi on the -- on the drill line, right?**

A That's correct.

**Q. And I believe I asked you if the test had been redone then, wouldn't they have found pressure on -- if it had been redone properly so that there's seawater in -- in everything, wouldn't they have found pressure? And you said, don't know. Depends on whether -- what had gone -- what was going to go wrong had gone wrong, right?**

A. That's correct. If -- if the first -- the first negative test that -- that Mr. Harrell was satisfied with, if that's definitive, then there's no communication with the reservoir.

So if we say, okay, then 30 minutes later, they do all of that again, but now you've got -- somehow, miraculously, you got seawater everywhere, right? So that both sides of the U-tube are seawater and there's no flow, then it's -- whatever

332

happened hadn't happened yet.

**Q. But if there was flow --**

A. Then whatever happened, happened.

**Q. Right. So you heard -- or have talked about the conversation that Mr. Hafle had with Mr. Vidrine by telephone in which they touched on the negative-pressure test, right?**

A. Yes.

MR. BROCK: Form.

**Q. And Mr. Hafle said -- commented on the differential in the drill line and kill line pressure and said you couldn't have it lined up right, something to that effect?**

MR. BROCK: Object to form.

A. There's some conversation of that effect. And -- and then my recollection is that Mr. Vidrine said everybody's happy. And so it got left at that.

**Q. And do you understand this to have been close to 9:00?**

A. I don't remember the time.

**Q. And I think you said this was st not somethin ou considered for our**

PURSUANT TO CONFIDENTIALITY ORDER

**report, this conversation?**
A . That's correct.
**Q. If Mr. Hafle had said, stop what you're doing, get a correct negative-pressure test, or Mr. Vidrine had said, you got a concern, we're going to stop things, or they had told Transocean and Transocean had stopped things at 9:00, there was a flow, wasn't there?**
**MR. BROCK:** Object to form .
A · There was a flow.
**Q. And any test you did for flow, whether it's a negative-pressure test or -- or otherwise, you're going to show that there's a flow at that time, right?**
A · If you -- you wouldn't do a negative-pressure test at that point. You're too far along. You would do flow checks or something like they did later. I mean, you've got all of these -- all of these things that are designed to catch a flow, intended to catch a flow, all these things that you do .
**Q. So if, as a result of that call, ou even do a flow check, ou will see that**

**there is flow, right?**
A . Well, they did a flow check and they didn't catch it, you know, and you got these pressures and they didn't catch t at. h I'm -- I'm just at a loss as to why it wasn't caught.
**Q. But at -- at the time of -- well, if you accept 9:00 as the time of that call, the well was moving, in your opinion, right?**
**MR. BROCK:** Object to form.
A. That's correct.
**Q. And there was still time to shut i in by using the BOP, right?**
A. In my opinion, there was, yes, sir.
**Q. One thing I was just confused about 'n response to the government's questions, you said you had not used loss circulation material as spacer. I thought you told me you had, but I may be wrong. Which is it?**
A. I think I -- I thought I told her I had. Maybe I hadn't. But I've seen it used but I hadn't ersonall . Ma be that

was the difference in the question.
**MR. FLEMING:** Thank you very much, Mr. Grace.
**THE WITNESS:** Thank you.
**VIDEOGRAPHER:** Time is 4:08 p.m., and we're off the record.
(Off the record.)
**VIDEOGRAPHER:** The time is 4:09 p.m., and we're back on the record.

EXAMINATION

**BY MR. POLLINGER:**
**Q. Mr. Grace, Steve Pollinger here again for Halliburton. I've got a few more questions to -- to ask you.**
**In this case, you have not submitted a rebuttal expert report, right?**
A. That's correct.
**Q. Now, there's been a lot of discussion here about the negative-pressure test.**
**In -- in your mind, how many negative-pressure tests were run?**
**R. CK** Object to form.
A. In my mind, there's two attempted and one negative test.

**Q. And what were the two attempted, in your mind?**
A. The first one was the one that . Harrell referred to, and the second one is the -- is the one on the -- on the kill line.
**Q. The first one was on the drill pipe, and the second one was on the kill line?**
A. That's correct.
**Q. If we look at your -- the expert report you submitted in this case on page 2, first paragraph, six lines down, you write, a negative test was misinterpreted by all involved, correct?**
A. Yes.
**Q. You stand by that statement, right?**
A. Yes.
**Q. And then if we turn to page 17 of your expert report, look at the first full paragraph there. The last sentence, you write, in fact, with pressure on the drill string, the negative test failed and the operation should not have continued until the**

PURSUANT TO CONFIDENTIALITY ORDER

337

**reason for the 1400 psi on the drill string was determined.**

**Do you see that?**

A. Yes, sir

**Q. You stand by that, correct?**

A. Yes Yes, sir.

**Q. There's been a lot of complicated discussions about U-tubing and different fluids, different densities elsewhere, and you've -- you've drawn a picture for the U.S.A.'s lawyer to try to explain that.**

**But from a well-control perspective, in terms of ensuring well integrity, what matters is that the negative-pressure test was not done right, correct? The negative-pressure test should not --**

**MR. BROCK:** Let -- let him answer the question you've asked.

A. The negative test was performed correctly. It was performed according to the procedure. It didn't achieve the intended result, that is, to underbalance in the well.

And the second negative test -

338

the negative -- the negative test, as I write about it here, is the second -- the negative test that everybody's talking about, the second negative test, it was performed -- it was performed pursuant to custom and practice in the industry. Nothing wrong with that.

**Q. Well -- we l, the -- the test was supposed to have the same fluids everywhere, right?**

A. That's correct.

**Q. Seawater everywhere?**

A. That's correct.

**Q. So in that sense, the test was not done right, correct?**

A. Well, in the sense that it didn't accomplish the intended objective.

**Q. It was not set up correctly, right?**

A. Well, it was set up correctly. It -- in other words, they did -- they said, okay, I'm going to pump this much water and displace that and it'll be here, and all that's theoretically correct. But it just didn't work out that way.

**Q. Well our write in our ex ert p**

339

**report that they should have started over and re-pumped seawater to make sure they had seawater everywhere, right?**

A That's correct.

**Q. Well, they didn't do that, did they?**

A They didn t do that They -- they should have resolved that 1400 pounds, satisfied themselves before they moved ahead. I agree with that.

**Q. And at the end of the day, the test was misinterpreted, correct?**

A. The test was misinterpreted

**Q. The test should not have been declared a success, correct?**

A That s --

**MR. BROCK:** Object to the form

That's -- that's been asked and answered 11 or 12 times, but answer it one more time.

**Q. Go ahead and answer it.**

A. The question is?

**Q. The test should not have been declared a success, correct?**

A. The second -- the second

340

negative-pressure test shouldn't have been considered successful.

**Q. And the first test should not ave b[illegible]n declared a success, either, ri ht?**

A. I can't say that.

**Q. Well, there was 1400 psi on the drill string. There was -- there was pressure on the drill pipe, but no pressure on the kill line.**

**It should not have been declared a success, right?**

A. That's the second one?

**Q. The first one.**

A. That's not the first one. That wasn't [illegible]e case in the first one.

**Q. Well, in your expert report, you never write that the first test should've been declared a success, do you?**

A. No.

**Q. There's nowhere in your expert port?re**

A. That's correct.

**Q. And there's a lot of discussion about what Transocean's MI [sic], Mr. Harrell said about the first test a ot**

PURSUANT TO CONFIDENTIALITY ORDER

discussion about that here in this deposition.
You've discussed that quite a bit, ri ht?
A. Well, I think it's the OIM, but - -
Q. OI . Excuse me. The OMI, right? You've discussed that quite a bit here?
A. Yes.
Q. And there's no discussion of that in your expert report, is there?
A. No.
Q. You never write in your expert report that Mr. arrell from Transocean correctly determined that the first test was a success right?
A. No. That's right.
Q. It's not in your expert report, but you -- you've talked about that here in your deposition. So let -- let me ask you a few questions about that.
What do you base your testimony here today on that Mr. arrell determined that the first test was a success?

A. he -- he testified -- he testified in the Marine Board, and I saw an e-mail to the effect, that there was two tests. And he was satisfied, but he didn't care if they tested a second time.
I saw some conversation that he wouldn't proceed without a negative test.
Q. And what is your understanding here today in your deposition as to how he could have declared that first test a success?
A. How he could have?
Q. Yes.
A. He saw whatever it took to satisfy m.
Q. And -- and can you tell us what he saw at satisfied him?
A. Well, he would have had to have seen no pressure, no flow, to satisfy him.
Q. And what do you base it upon, just inference, or do you base it upon any evidence that you've seen?
A. Well, he said it was a successful test. In order for it to be successful it has to be no ressure no ,

flow.
Q. And do you have any evidence beyond that? Any specific evidence that the first test was a success?
A. The -- I don't know other than what I read in the documents. And in the Transocean incident report, it speaks to that time interval. And there's no indication that -- the only time interval that I can see that he's ta g about, there's no indication there's any flow from the well, and there's certainly no pressure anywhere.
Q. You believe that Transocean report reports that the first test was a succes
A. I'm not saying it does, no.
Q. You don't know?
A. I'm just -- I'm just -- all I'm saying is that . Harrell referred to this other time, this other test, and that's the only time that I can pick out of the timeline that -- that would meet that -- what he's talking about.
Q. Do you have any evidence that Mr. arrell determined there was no pressure

seen during the first test?
A. What he said, yes.
Q. Any other evidence other than -- than at he said?
A. No.
Q. Do you have any evidence, other than what he said, that there was no flow observed during the first test?
A. That's all that comes to my mind.
Q. o you have any evidence as to how long Mr. arrell supposedly tested for no flow? Any specific evidence?
A. Well, the timeline that's in the Transocean incident report, the only time that I can find that is a matter of minutes, four or five minutes, something like that.
Q. You state that -- if you look at the pressures that were observed, I believe, during the -- the second test, which you call the second test, the 1400 psi, that that -- that does not translate, in your mind, to the reservoir pressures.
Is that what you've told us here toda ?

PURSUANT TO CONFIDENTIALITY ORDER