UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § | MDL No. 2179<br><br>SECTION J |
| IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GMBH, ET AL. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |
| This Document Relates To:<br>*All cases and No.: 2-10-cv-2771* | § § § § § | |

## MOTION TO STRIKE PORTIONS OF EXPERT REPORTS AND DEPOSITIONS REFERENCING EXCLUDED JIT REPORT AND JIT TESTIMONY

# EXHIBIT I
## Greg McCormack

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

## IN RE: OIL SPILL BY THE OIL RIG MDL NO. 2179 "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

## EXPERT REPORT OF GREGORY M. McCORMACK TARTAN ENTERPRISES, INC.

DATED: October 14, 2011



EXHIBIT
I
G. McCorma

degrees), oil or gas, including the hydrocarbons in the Macondo Well with an API gravity of 75 degrees.

### Other Weatherford Products in the Macondo Well

Other Weatherford tools were used in connection with running and cementing the production casing in the Macondo Well, including cementing plugs, centralizers and the reamer shoe. Based upon all of the evidence that I reviewed, this equipment functioned as designed by Weatherford, and intended and used by BP as set forth in BP's Well Program.

BP's Well Program specified a "Weatherford dual plug system."[91] The Weatherford dual plug system consists of a bottom and top plug. When the bottom plug lands, pump pressure increases until a disc in the plug bursts (the burst disc), allowing cement to pass through the plug into the shoe track below. The burst disc is rated at 900 to 1100 psi.[92] Halliburton reported that the disc burst at 2900 psi.[93] This increased pressure may have been due to blockage. In any event, the disc did burst as evidenced by cement being able to flow uninterrupted through the bottom plug, and Halliburton reported the cement job pumped as planned.[94]

During the cementing job, the cementing plugs wipe mud from the walls of the casing and separate the cement from the lead spacer fluid and the tail spacer fluid. Some mud mixing with cement is always a possibility. Spacers, volume considerations as to the amount of cement slurry pumped, along with pump rates, can all be employed to reduce contamination.

In the case of the Macondo Well, it is my opinion that there was little contamination of the cement, if any, that can be associated with the wiper plugs. This is based upon my review of the HAL Realtime data for the cement job as it progressed down the casing.[95] First, as reported by Halliburton in its Post Job report, as calculated by Dr. John Smith in the Joint Investigative Teams Report,[96] and by calculations I performed from the HAL Realtime data,[97] there were full returns throughout the cementing job.[98] Full returns indicate that the volume of cement and fluid pumped into the well was equal to the amount of fluid displaced from the well. Second, the amount of spacer and synthetic oil based mud pumped after the cement was sufficient to displace all of the cement from the casing. Third, the cement volume pumped between the bottom and top cementing plugs remained constant as the

---

[91] BP Well Program, April 15, 2010, BP-HZN-MBI 00128340.

[92] 25 March 2010 Weatherford Technical Unit 006, Dual Wiper Plug Cementing Systems DWP NR System.

[93] Halliburton 9.875" x 7" Foamed Production Casing Post Job Report, April 20, 2010, at p.4, HAL_0011213.

[94] *Ibid.* at p. 5, HAL_0011214.

[95] HAL Realtime Data. BP-HZN-BLY00132084.

[96] Bureau of Ocean Energy Management Regulation and Enforcement Report Regarding the Causes of the April 20, 2010 Macondo Well Blowout Dated September 14, 2011 p55 Dr. John Smith.

[97] HAL Realtime Data, BP-HZN-BLY00132084.

[98] Halliburton 9.875" x 7" Foamed Production Casing Post Job Report April 20, 2010, HAL_0011210 - HAL_0011221.

25