UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § | MDL No. 2179  SECTION J |
| IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GMBH, ET AL. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § | JUDGE BARBIER  MAGISTRATE JUDGE SHUSHAN |
| This Document Relates To: *All cases and No.: 2-10-cv-2771* | § § § § § | |

**MOTION TO STRIKE PORTIONS OF EXPERT REPORTS AND DEPOSITIONS REFERENCING EXCLUDED JIT REPORT AND JIT TESTIMONY**

# EXHIBIT J-1
## Andrew Mitchell



- A 'd ea took instruct ons from the Ch ef mate"

David Young Chief Mate[5]

- "So who is in charge of the vessel?"... "The OIM"... "From the time you came on watch to the time you evacuated the vessel?"... "Yes."
- "...to sort of review the Chain of Command..., the Captain or the Master of the DEEPWATER HORIZON was in charge in eve  way while the ship was underway from one drillin  or e well location to another well location?..."Yes."..."While the the DEEPWATER HORIZON was drillin  and latched onto the well, both the Ca tain and the OIM were in charge of different aspects of the DP positioned vessel at that time, correct?"... "They were in char e of different aspects of the vessel,  es."... "They were each in command of something?"... "Yes."... "Who was in charge during an emergency?"... "Master is in charge for an emer ency situation."
- " Okay   who determines that it's an emer ency?"... "any event that would deem the  en eral alarm being sounded would be considered an emergency" ... "did you deem the point in time when you pushed the button for the General Alarm that at that point it was an emergency"... "we were in an emergency situation when I hit the General Alarm, yes."
- "...when you and/or the DPO sounded the general alarm, was that the point in time when everybody on the ship would know the Captain was in charge?.  . **"I can't speak for if they knew the Master was in charge."**

Jimmy Harrell, OIM[53]

- "normally it would be a driller, toolpusher or the OIM to do the EDS"
- "yes . . . it would eliminate confusion if the OIM and the Master were the same person"

Stephen Bertone, Maintenance Supervisor[54]

- *. . . walked in on Capt. Kuchta yelling at Andrea Fleytas. Curt was screaming at her asking why she had activated the EDS and saying they were not in distress*
- *"Jimmy [ arrell] gave Chris [Pleasant] permission to activate [EDS]"*

---

[52] Yo ng Deposit on, pp. 196-198
[53] Testimony of Jimmy Harrell to the Joint Marine Board of Investigation
[54] MDL Exhibit 4365: Transocean interview with Bertone (06.24.2010)

Report of Captain Andrew Mitchell    Page 18 of 154

