UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § | MDL No. 2179 |
| | § | SECTION J |
| IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GMBH, ET AL. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § | JUDGE BARBIER |
| | § | MAGISTRATE JUDGE SHUSHAN |
| This Document Relates To: *All cases and No.: 2-10-cv-2771* | § | |

**MOTION TO STRIKE PORTIONS OF EXPERT REPORTS AND DEPOSITIONS REFERENCING EXCLUDED JIT REPORT AND JIT TESTIMONY**

# EXHIBIT J-2

## Andrew Mitchell



- *"Andrea took instructions from the Chief mate"*

David Young Chief Mate[52]

- *"So who is in charge of the vessel?". . . "The OIM" . . . "From the time you came on watch to the time you evacuated the vessel?" . . . "Yes."*
- *". . .to sort of review the Chain of Command. . ., the Captain or the Master of the DEEPWATER HORIZON was in charge in every way while the ship was underway from one drilling--one well location to another well location?. . ."Yes.". . ."While the the DEEPWATER HORIZON was drilling and latched onto the well, both the Captain and the OIM were in charge of different aspects of the DP positioned vessel at that time, correct?". . . "They were in charge of different aspects of the vessel, yes.". . . "They were each in command of something?". . . "Yes.". . . "Who was in charge during an emergency?". . . "Master is in charge for an emergency situation."*
- *" Okay. . . who determines that it's an emergency?" . . . "any event that would deem the general alarm being sounded would be considered an emergency" . . . "did you deem the point in time when you pushed the button for the General Alarm that at that point it was an emergency" . . . "we were in an emergency situation when I hit the General Alarm, yes."*
- *". . .when you and/or the DPO sounded the general alarm, was that the point in time when everybody on the ship would know the Captain was in charge?. . . **"I can't speak for if they knew the Master was in charge."***

Jimmy Harrell, OIM[53]

- *"normally it would be a driller, toolpusher or the OIM to do the EDS"*
- *"yes . . . it would eliminate confusion if the OIM and the Master were the same person"*

Stephen Bertone, Maintenance Supervisor[54]

- *. . . walked in on Capt. Kuchta yelling at Andrea Fleytas. Curt was screaming at her asking why she had activated the EDS and saying they were not in distress"*
- *"Jimmy* [Harre ] *gave Chris* P easant] *permission to activate* [EDS]*"*

[52] Young Deposition, pp. 196 198 -
[53] Testimony of Jimmy Harrell to the Joint Marine Board of Investigation
[54] MDL Exhibit 4365: Transocean interview with Bertone (06.24.2010)









MR. FLEMING: All right. Well, in this case I will grant you a leading -- I will grant you a standing objection to any questions concerning the MBI. So if you have an objection, I'll assume it's something other than just the use of the MBI testimony.

MR. KINCHEN: Fair enough, and I can do that.

MR. FLEMING: Okay.

Q. (BY MR. FLEMING) I'm sorry. I can't even remember if there was a question pending anymore.

A. Yes, there was. I was about to say I don't recall the detail of it. It was about nine months ago when I read this.

Q. Okay. Let me ask you to turn to Pages 115 to 116 in tab 29. And down to the bottom of Page 115 there was a question to Mr. Harrell that states, "Is it true that at all times prior to an emergency that you, and you alone as the OIM are responsible for the safety, the conditions and the procedures on board the DEEPWATER HORIZON?"

On Page 116, Line 2, the answer, "Yes, as OIM I am responsible for the safety



of everyone."

Stop right there. Is it your understanding that Mr. Harrell is, in fact, correct in this assessment with respect to the ISM regulations?

A. No, I don't believe he is correct.

Q. Why not?

A. Because he -- he was not the master, as -- as defined. He wasn't qualified to be the master. But I'm not surprised that he thought this because this was supported by his chief executive.

Q. Okay. Who was his chief executive, just for the record?

A. Steve Newman.

Q. And that's Steve Newman of Transocean?

A. Yes.

Q. Okay. If you can turn to Page 35 of Mr. Harrell's MBI testimony. Are you there?

A. Yes, I am, sir.

Q. There was a question to Mr. Harrell. It says, "Once you are on the



hold, who is in charge, the master or you?

"ANSWER: You say "on the hole," you mean latched up?

"QUESTION: Yes?

"ANSWER: Latched up, it would be the OIM which would be me.

"QUESTION: Does the captain work for you at that point? Or what is the relationship between you and him?

"ANSWER: The captain and I work together. Like I say, when we are latched up, I'm in command. Unlatched, he's in command."

Do you see that, sir?

A. I do.

Q. First question, is -- is Mr. Harrell, in your opinion, correct with respect to being in compliance with the ISM regulations?

MR. HAYCRAFT: Object to form.

A. No, I think he's incorrect.

Q. (BY MR. FLEMING) Okay. And why is that?

A. For the same reason as you asked me before, because he -- he isn't the master



of the ship and he isn't qualified to be master of the ship.

Q. So when he says that he is in charge when they are latched up, to use his phrase, is he correct? Well, let me phrase that differently.

Is it a correct statement to be -- I'm trying to think of how to phrase this correctly.

Is the OIM -- if the rig is latched up, to use Mr. Harrell's phrase, is the -- under the IM -- under the ISM code is the OIM ever in charge of the vessel?

A. No.

Q. Who would be?

A. The master.

Q. Okay. So when he states that "When we are latched up, I am in command," is that, in fact, a correct statement with respect to the ISM code?

A. No, it's not.

Q. He states unlatched, he, being the master, is in command.

Is that a correct statement of the IFM code? ISM code, sorry.



PURSUANT TO CONFIDENTIALITY ORDER



253

A. I knew it didn't sound right. The ISM doesn't talk about the word "unlatched." The ISM is based upon the fact Deepwater Horizon is a ship and that she was underway. The term unlatched isn't -- isn't a recognized ISM term.
**Q. If you turn to Page 136 of Mr. Harrell's MBI testimony.**
A. Yes.
**Q. On Line 4 of Page 136, the question is, "So if it didn't activity" -- referring to the EDS system. "Assuming that you were in command before the incident, if the EDS didn't activate, would you still be in command throughout the evolution here instead of the master?**
**"ANSWER: Yes. If it wasn't latched up, yes. I mean, if it wasn't unlatched during the EDS signals."**
**Do you see that, sir?**
A. Yes, I do.
**Q. Same question, in your opinion is Mr. Harrell correct in stating this under -- with respect to the ISM code?**
A. No, he's not.

254

**Q. Okay. And why is that?**
A. For the same reason that he is not the master of the ship. Regardless -- it's irrelevant whether the Deepwater Horizon was latched up or not latched up.
**Q. By the same token, was it irrelevant as to whether the EDS would have properly function, as to who would been in control of the vessel?**
A. Yes it would.
**Q. Who should have been in control of the vessel?**
A. The master.
**Q. Did you see any indications that the master was, in fact, in control of the vessel on April 20th, 2010?**
A. Sorry, would you repeat the question.
**Q. Did you see any indications from your review of any of the record that Captain Kuchta was, in fact, in control of the vessel on April 20th, 2010?**
A. It's unclear whether Captain Kuchta thought he was in command or not. The delays which were incurred to me

255

would indicate that he thought he was not in command.
**Q. Based upon the review of the MBI testimony, do you have a belief as to whether Mr. Harrell believed he was in command or whether Captain Kuchta was in command on April 20th, 2010?**
A. From what I can see from this very short review, it seems quite clear that Mr. Harrell thought he was in command.
**Q. Mr. Harrell was the OIM, correct?**
A. Yes.
**Q. And was not the master?**
A. That's correct.
**Q. Did not have a master's license?**
A. That is correct.
**Q. Finally, if you will, turn with me to Page 140 -- I'm sorry, 142, Line 14. The question is, "So in your opinion, are there any changes you would make in ensuring that clear line of authority?**
**"ANSWER: Yes. It would eliminate confusion if the OIM and master were the same person. Other than that, I am**

256

**satisfied with the organizational chart."**
**Do you see that, sir?**
A. Yes, I do.
**Q. Is the fact that Mr. Harrell believed that it would eliminate confusion if the OIM and the master were the same person, does that have any impact on any of the conclusions that you reached in your report?**
A. Yes, because that is in line with my report.
**Q. So do you find it significant that the OIM of the Deepwater Horizon, in fact, believed that there was confusion between the OIM and master position?**
**MR. KINCHEN:** Object to form.
A. It's -- it's what I would expect to see.
**Q. (BY MR. FLEMING) And why is that?**
A. Because that is what my report says, that I believe that if there had been a single command, that it would have eliminated confusion or reduced confusion. Difficult to say eliminate.
**Q. But you agree with Mr. Harrell**



PURSUANT TO CONFIDENTIALITY ORDER





A. I knew it didn't sound right. The ISM doesn't talk about the word "unlatched." The ISM is based upon the fact Deepwater Horizon is a ship and that she was underway. The term unlatched isn't -- isn't a recognized ISM term.

**Q. If you turn to Page 136 of Mr. Harrell's MBI testimony.**

A. Yes.

**Q. On Line 4 of Page 136, the question is, "So if it didn't activity" -- referring to the EDS system. "Assuming that you were in command before the incident, if the EDS didn't activate, would you still be in command throughout the evolution here instead of the master?**

**"ANSWER: Yes. If it wasn't latched up, yes. I mean, if it wasn't unlatched during the EDS signals."**

**Do you see that, sir?**

A. Yes, I do.

**Q. Same question, in your opinion is Mr. Harrell correct in stating this under -- with respect to the ISM code?**

A. No, he's not.



**Q. Okay. And why is that?**

A. For the same reason that he is not the master of the ship. Regardless -- it's irrelevant whether the Deepwater Horizon was latched up or not latched up.

**Q. By the same token, was it irrelevant as to whether the EDS would have properly function, as to who would been in control of the vessel?**

A. Yes it would.

**Q. Who should have been in control of the vessel?**

A. The master.

**Q. Did you see any indications that the master was, in fact, in control of the vessel on April 20th, 2010?**

A. Sorry, would you repeat the question.

**Q. Did you see any indications from your review of any of the record that Captain Kuchta was, in fact, in control of the vessel on April 20th, 2010?**

A. It's unclear whether Captain Kuchta thought he was in command or not. The delays which were incurred to me



would indicate that he thought he was not in command.

**Q. Based upon the review of the MBI testimony, do you have a belief as to whether Mr. Harrell believed he was in command or whether Captain Kuchta was in command on April 20th, 2010?**

A. From what I can see from this very short review, it seems quite clear that Mr. Harrell thought he was in command.

**Q. Mr. Harrell was the OIM, correct?**

A. Yes.

**Q. And was not the master?**

A. That's correct.

**Q. Did not have a master's license?**

A. That is correct.

**Q. Finally, if you will, turn with me to Page 140 -- I'm sorry, 142, Line 14. The question is, "So in your opinion, are there any changes you would make in ensuring that clear line of authority?**

**"ANSWER: Yes. It would eliminate confusion if the OIM and master were the same person. Other than that, I am**



**satisfied with the organizational chart."**

**Do you see that, sir?**

A. Yes, I do.

**Q. Is the fact that Mr. Harrell believed that it would eliminate confusion if the OIM and the master were the same person, does that have any impact on any of the conclusions that you reached in your report?**

A. Yes, because that is in line with my report.

**Q. So do you find it significant that the OIM of the Deepwater Horizon, in fact, believed that there was confusion between the OIM and master position?**

**MR. KINCHEN:** Object to form.

A. It's -- it's what I would expect to see.

**Q. (BY MR. FLEMING) And why is that?**

A. Because that is what my report says, that I believe that if there had been a single command, that it would have eliminated confusion or reduced confusion. Difficult to say eliminate.

**Q. But you agree with Mr. Harrell**



PURSUANT TO CONFIDENTIALITY ORDER





here that there was, in fact, confusion caused by this dual command structure?
MR. KINCHEN: Object to form.
A. Yes, I do.
Q. (BY MR. FLEMING) Turn with me to tab 38, please.
MR. FLEMING: How much time?
THE VIDEOGRAPHER: You have 40 minutes left.
MR. FLEMING: Thank you.
Q. (BY MR. FLEMING) I will represent to you that these are the excerpts of the deposition transcript of David Hackney. I'm assuming you're familiar with David Hackney?
A. Yes.
Q. Who is David Hackney?
A. He was the master who worked opposite to Captain Kuchta.
Q. So he was, in fact, assigned to the Deepwater Horizon?
A. Yes, he was.
Q. He was not on the vessel at the time of the blowout, though, correct?
A. That's correct.



Q. If you would turn to Page 50 and 51. And Don can help you find that.
MR. HAYCRAFT: I've got it.
Q. (BY MR. FLEMING) The -- the pages that I'm referring to are in the upper right corner of the -- of each of those. Do you see that?
A. I do.
Q. On Page 50 there is a question down at the bottom of the page. It says, "And there was only one person holding the authority as captain aboard the DEEPWATER HORIZON at any one time, correct?
"ANSWER: That's correct.
"QUESTION: And the reason for there being one captain is that if there is a time sensitive decision that needs to be made, there is one person who has the final authority to make that decision, correct?
"ANSWER: Yes, the master is overall responsible and in charge.
"QUESTION: The master is overall responsible and in charge for the safety of the vessel, correct?
"ANSWER: That's correct."



Let me ask you a question. Is Captain Hackney, in fact, correct in your opinion with respect to what the regulations of the ISM code dictate concerning the responsibility of the master?
A. I think he's correct.
Q. And this is in consistent with what we just saw in Mr. Harrell's MBI testimony, correct?
A. Yes, that's correct.
Q. Would this be one of the items of confusion that you mentioned in your report, confusion being the -- I'm sorry, let me rephrase the question.
The fact that the OIM of the Horizon apparently has an inconsistent view with what the master's responsibilities were compared with what Captain Hackney believes his own responsibilities are, is that an example of a confusion that you referenced in your report concerning the single and dual command structure?
MR. KINCHEN: Objection; form.
A. Yes, it is, and it's indicative of the confusion in the Transocean management



system.
Q. (BY MR. FLEMING) Turn with me to Page 54 of Captain Hackney's deposition testimony. Line 17 of Page 54?
"QUESTION: It was -- you had the authority and discretion to take whatever action is required for the safety of the crew and the vessel; is that correct?
"ANSWER: That's correct."
First of all, is that, in your opinion, a correct statement of the -- of what the ISM code requires of masters of vessels?
A. Yes, it is. It's not using the ISM code words, but the implication is there.
Q. And, again, this is inconsistent with what we saw from Mr. Harrell's testimony in the MBI proceeding, correct?
A. Yes, it is.
Q. And, again, is this one more example of the confusion that you referenced in your report concerning the dual command structure?
A. Yes, it is.
Q. Turn with me to Page 71, please.



PURSUANT TO CONFIDENTIALITY ORDER



257

here that there was, in fact, confusion caused by this dual command structure?
MR. KINCHEN: Object to form.
A. Yes, I do.
Q. (BY MR. FLEMING) Turn with me to tab 38, please.
MR. FLEMING: How much time?
THE VIDEOGRAPHER: You have 40 minutes left.
MR. FLEMING: Thank you.
Q. (BY MR. FLEMING) I will represent to you that these are the excerpts of the deposition transcript of David Hackney. I'm assuming you're familiar with David Hackney?
A. Yes.
Q. Who is David Hackney?
A. He was the master who worked opposite to Captain Kuchta.
Q. So he was, in fact, assigned to the Deepwater Horizon?
A. Yes, he was.
Q. He was not on the vessel at the time of the blowout, though, correct?
A. That's correct.

258

Q. If you would turn to Page 50 and 51. And Don can help you find that.
MR. HAYCRAFT: I've got it.
Q. (BY MR. FLEMING) The -- the pages that I'm referring to are in the upper right corner of the -- of each of those. Do you see that?
A. I do.
Q. On Page 50 there is a question down at the bottom of the page. It says, "And there was only one person holding the authority as captain aboard the DEEPWATER HORIZON at any one time, correct?
"ANSWER: That's correct.
"QUESTION: And the reason for there being one captain is that if there is a time sensitive decision that needs to be made, there is one person who has the final authority to make that decision, correct?
"ANSWER: Yes, the master is overall responsible and in charge.
"QUESTION: The master is overall responsible and in charge for the safety of the vessel, correct?
"ANSWER: That's correct."

259

Let me ask you a question. Is Captain Hackney, in fact, correct in your opinion with respect to what the regulations of the ISM code dictate concerning the responsibility of the master?
A. I think he's correct.
Q. And this is in consistent with what we just saw in Mr. Harrell's MBI testimony, correct?
A. Yes, that's correct.
Q. Would this be one of the items of confusion that you mentioned in your report, confusion being the -- I'm sorry, let me rephrase the question.
The fact that the OIM of the Horizon apparently has an inconsistent view with what the master's responsibilities were compared with what Captain Hackney believes his own responsibilities are, is that an example of a confusion that you referenced in your report concerning the single and dual command structure?
MR. KINCHEN: Objection; form.
A. Yes, it is, and it's indicative of the confusion in the Transocean management

260

system.
Q. (BY MR. FLEMING) Turn with me to Page 54 of Captain Hackney's deposition testimony. Line 17 of Page 54?
"QUESTION: It was -- you had the authority and discretion to take whatever action is required for the safety of the crew and the vessel; is that correct?
"ANSWER: That's correct."
First of all, is that, in your opinion, a correct statement of the -- of what the ISM code requires of masters of vessels?
A. Yes, it is. It's not using the ISM code words, but the implication is there.
Q. And, again, this is inconsistent with what we saw from Mr. Harrell's testimony in the MBI proceeding, correct?
A. Yes, it is.
Q. And, again, is this one more example of the confusion that you referenced in your report concerning the dual command structure?
A. Yes, it is.
Q. Turn with me to Page 71, please.



PURSUANT TO CONFIDENTIALITY ORDER