UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § | MDL No. 2179<br><br>SECTION J |
| IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GMBH, ET AL. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |
| This Document Relates To:<br>*All cases and No.: 2-10-cv-2771* | § § § § § | |

**MOTION TO STRIKE PORTIONS OF EXPERT REPORTS AND DEPOSITIONS
REFERENCING EXCLUDED JIT REPORT AND JIT TESTIMONY**

# EXHIBIT M
George Medley

Second, the citations provided by Beck show that Keith was unclear about with whom he spoke about the trip tanks, stating in one instance that it was Leo Lindner, in another that it was "Leo or the compliance guy," and in another that he spoke to a Transocean employee.[8, 9, 10, 11]

Third, Leo Lindner's testimony—wholly ignored by Beck in this instance—shows that Lindner was off tour and in his room when Keith supposedly made the call about the trip tanks.[12] Lindner testified that he did not speak to Keith about emptying the trip tanks and, in fact, that he has no control over the trip tanks.[13]

Finally, Beck ignors the fact that M-I personnel have no responsibility for well control or monitoring. Indeed, in his own report, Beck states that Transocean had primary well monitoring responsibilities and that Sperry provided a "second set of eyes."[14] He does not state that M-I has any responsibility for well control or monitoring, and therefore would be in no position to make such a statement.

- Beck also incorrectly stated that M-I "specified" and "elected to conduct" and "perform simultaneous and non-standard operations."[15] Beck went as far as to imply that the mud company had some control over when the rig would move off the well: "All parties knew a kick could occur during this process, yet in their haste to move to a new drill site, BP, Transocean, and M-I SWACO elected to perform multiple simultaneous and non-standard actions without regard for safety or even their own standard operating procedures."[16]

Despite Beck's position that M-I had sufficient control over the rig to determine when it might move to another drill site, he provided no supporting evidence that M-I, or any other contractor, was allowed to "specify" any operation. To the contrary, Beck opined that "BP, the majority owner and operator of the Macondo well, was responsible for all aspects of the design, development, and operation of the well from initiation to completion."[17]

There is absolutely no evidence that M-I made any election with regard to moving to a new well site or of conducting any operation except under the direction of BP personnel. In fact, besides Beck's previously cited opinions that stand in direct contradiction to these claims about M-I's responsibilities, his statement that "BP, Transocean, and M-I SWACO elected to perform multiple simultaneous and non-standard actions" is found under a contradictory sub-title on the same page that clearly states that BP and Transocean conducted the operations in question.[18]

In addition, at least one other expert, J.J. Azar, stated the operations in question (pit management) did not constitute "non-standard operations".[19] As also pointed out by Azar, the mudlogger on the rig agreed that this did not interfere with his ability to perform his job.[20]

Finally, Beck stated multiple times in his report that BP was responsible for operations, that BP dictated procedures, that BP made the decision to use the LCM in the spacer, and that BP implemented, devised, and conducted procedures.[21, 22, 23, 24, 25, 26, 27, 28, 29]

In summary, M-I had no responsibility for operations on the Macondo well. The Operator of any oil and gas well is responsible for the entire operation. Other experts in this matter agree:

- Plaintiffs' expert, David M. Pritchard, P.E., in his report reached the same conclusion, i.e, BP bears overall responsibility for any operation on site.[30]

- Transocean's expert, Calvin Barnhill, P.E., stated in his report of September 23, 2011 that BP was responsible for supervision of operations when the incident occurred on the Macondo.[31]


EXHIBIT M
Medley

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL ) MDL NO. 2179
BY THE OIL RIG )
"DEEPWATER HORIZON" IN ) SECTION "J"
THE GULF OF MEXICO, ON )
APRIL 20, 2010 ) JUDGE BARBIER
 ) MAG. JUDGE SHUSHAN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
VOLUME 1
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Deposition of GEORGE H. MEDLEY, JR., P.E., taken at Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 7th day of December, 2011.

PURSUANT TO CONFIDENTIALITY ORDER

Page 222

```
 1   and you've planned the procedure correctly
 2   and you know what the parameters are going to
 3   be when the fluids are in the correct place,
 4   if your parameters don't meet that criteria,
 5   then you could expect your fluids are not in
 6   the correct place.
 7       Q.   And in that scenario you would
 8   recommend stopping, setting up the procedure
 9   again, and starting anew, right?
10       A.   Well, I would - in that case
11   when I've identified that the parameters are
12   not meeting my criteria, I'm going to have to
13   try to determine why they're not and quite
14   possibly go ahead and start over.
15       Q.   Search for an explanation first?
16       A.   Yes.
17       Q.   And then depending on what
18   you -- you're able to determine from your
19   investigation, then you may need to
20   recirculate -- or re-set up the test?
21       A.   If I can't determine a cause and
22   can't explain it, if I'm confused in any way
23   then I -- I'm going to redo the test.
24       Q.   Okay.  And if you look still on
25   Exhibit 4640 under the -- the columns
```

Page 223

```
 1   indicated "Communicate" and "Control," do you
 2   see that communicate indicates the "Driller
 3   and drill crew toolpusher"; do you see that?
 4       A.   Yes.
 5       Q.   And "Control," ADs, or assistant
 6   drillers, double check each other; do you see
 7   that?
 8       A.   I see that.
 9       Q.   Do you see anywhere on here that
10   indicates involvement of the well site leader
11   or company man if the fluids are going --
12   quote, going to wrong place?
13       A.   Well, it's a Transocean
14   document, so would expect that they would
15   be specifically talking about the -- what the
16   Transocean personnel are to do.
17       Q.   And these are steps that the
18   Transocean personnel or -- should take
19   regardless of who the operator is for this
20   procedure, correct?
21       A.   Well, in this case it says that
22   that's -- that's what they're supposed to do,
23   and it really just says -- it doesn't really
24   say a whole heck of a lot.  The driller and
25   the drill crew toolpusher communicate.  Okay.
```

Page 224

```
 1   They're doing that all the time, anyway.  The
 2   assistant drillers are going to double-check
 3   each other.  That's a good idea.  It's not
 4   necessarily your only control.
 5       Q.   And you would agree that
 6   communication between the driller and drill
 7   crew and toolpusher is a good idea?
 8       A.   Sure.
 9       Q.   And you would expect that to be
10   happening, correct?
11       A.   No matter what they're doing,
12   yes.
13       Q.   And you don't see any reference
14   on here to a well site leader or a company
15   man; is that correct?
16       A.   I do not see that written on
17   here anywhere.
18       Q.   Mr. Medley, if you could turn to
19   Page 16 of your report.
20       A.   Oh, Page 16.
21       Q.   So it's going to be tab 1.
22       A.   Okay.
23       Q.   Thanks for your patience.  And
24   if you would, Page 16, third paragraph there
25   you indicate that the "Transocean Offshore
```

Page 225

```
 1   Installation Manager Jimmy Harrell testified
 2   that he understood how to set up a negative
 3   test and understood that if the fluids in the
 4   wellbore were in the correct position then
 5   the drill pipe and the kill line would have
 6   the same gauge pressure."
 7       A.   Yes.
 8       Q.   Do you understand that
 9   Mr. Harrell believed that the negative tests
10   were successful?
11       A.   I -- I don't recall if he
12   thought they were successful or not.
13       Q.   If you could look at -- I'm
14   sorry, and your paragraph in your report on
15   Page 16 cites to 80, reference 80, turn back
16   to reference 80.  You'll see that indicates
17   Mr. Harrell's testimony before the IMB
18   quoted in the BOEMRE report, correct?
19       A.   Yes.
20       Q.   Now, if you could turn to
21   tab 27, and I've got a copy here of the MBI
22   testimony for May 27th, 2010.  It's been
23   previously marked as Exhibit 7686.  If I
24   could ask you to please turn to Page 106 of
25   that transcript.
```

57 (Pages 222 to 225)

PURSUANT TO CONFIDENTIALITY ORDER

Page 226

```
 1    A.  Okay.
 2    Q.  And if you could please read
 3  Page 106, Line 25 to Page 107, Line 24.
 4    A.  Okay.
 5    "QUESTION: Was the negative
 6  test that you and Transocean wanted to have
 7  performed at that 11:00 a.m. meeting
 8  subsequently performed?
 9    "ANSWER: Can you repeat that?
10    "QUESTION: Sure. Was that test
11  performed?
12    "ANSWER: Yes.
13    "QUESTION: Was that test a
14  successful test in your judgment?
15    "ANSWER: I thought it was.
16  They wanted to do another. I reckon there's
17  nothing wrong with doing a second test.
18    "QUESTION: So the BP person,
19  Mr. Kaluza, wanted a second test?
20    "ANSWER: I didn't say that.
21    "QUESTION: Who wanted that?
22    "ANSWER: I think Don Vidrine
23  wanted to.
24    "QUESTION: Was that, at the
25  time, then performed?
```

Page 227

```
 1    "ANSWER: Yes, it was done.
 2    "QUESTION: And was that test
 3  also successfully passed?
 4    "ANSWER: Yes He told me  I  --
 5  did meet him. He said it was successful for
 6  30 minutes."
 7    Q.  Okay.
 8    A.  Is that --
 9    Q.  Thank you. And does that
10  refresh your recollection as to whether or
11  not --
12    A.  Yes.
13    Q.  -- Mr. Harrell believed that the
14  first and second negative tests were
15  successful on April 20th 2010?
16    A.  Well, he -- I - it does show
17  that he thought the first test was
18  successful, and it indicates that he relied
19  on what Mr. Kaluza told him about the second
20  test. But Mr. Kaluza told him it was
21  successful for 30 minutes.
22    Q.  Do you think that Mr. Harrell,
23  the OIM on  on the Deepwater Horizon, was
24  mistaken in his belief that the first
25  negative test was a pass?
```

Page 228

```
 1    A.  Well, I - I think it  yes -I
 2  was mistaken if -- if they passed this test.
 3  But, again, I -- I don't know that it was --
 4  it's not his final call as to what a
 5  successful or unsuccessful test is
 6    Q.  You understand that Mr. Harrell
 7  is able to interpret and perform a negative
 8  pressure test, correct?
 9    MR. TANNER: Objection, form.
10    A.  Well, he -- he stated that he
11  was capable of doing it, but...
12    Q.  (BY MR. STEPHANY) And do you
13  think he was mistaken in his belief that the
14  second negative test was a pass as well?
15    A.  I do not believe the second test
16  was a    s. So if he believed it was, I
17  believ  e's mistaken.
18    Q.  And you know that Mr. Harrell is
19  an exp  enced OIM?
20    A.  Yes.
21    Q.  And we talked about it before,
22  but yo  vould agree that he's capable of
23  perfor  ng simple hydrostatic calculations?
24    A.  He should be able to perform
25  those calculations.
```

Page 229

```
 1    Q.  And he's indicated in his own
 2  testimony that he's able to conduct and
 3  interpret a negative pressure test, correct?
 4    A.  He did say he understood what
 5  the tes   as all about, yes
 6    Q.  Mr. Medley, you don't think that
 7  Mr. Harrell and his mistaken interpretation
 8  of the negative test was trying to hurry
 9  anyone on April 20th 2010, do you?
10    A.  No.
11    Q.  And I assume you would agree
12  that he had the best interests of the
13  personnel on that rig in mind?
14    MR. TANNER: Objection, form.
15    A  Well, I -- I think he did have
16  the best interest of everybody on the rig in
17  mind. But, again, I don't believe it was his
18  call as to whether to proceed or not.
19    Q.  (BY MR. STEPHANY) If
20  Mr Harrell or any other Transocean drill
21  crew member wanted to stop the job and not
22  proceed further with displacement, do you
23  believe that they could have?
24    A   I think they could have stopped
25  the job, but if -- if he -- based on what
```

58 (Pages 226 to 229)

PURSUANT TO CONFIDENTIALITY ORDER

Page 230

```
 1     Mr. Kaluza told him on the second test, that
 2     it was successful, based on his belief that
 3     the first one was successful, I don't know
 4     why he would want to stop the job. But it's
 5     his not   it's not his call to continue with
 6     the test. Or continue with the displacement,
 7     I'm sorry.
 8         Q.   While -- do you believe that
 9     anyone on the Deepwater Horizon, well site
10     leaders, the Transocean drill crew, or
11     anybody else had any incentive to
12     misinterpret the negative pressure test?
13         MR. TANNER: Objection; form.
14         A.   Do I believe anyone had any
15     incentive to misinterpret? I can't think of
16     any reason why they would.
17         Q.   (BY MR. STEPHANY) And you
18     haven't seen any evidence suggesting that
19     anyone would have any incentive to
20     misinterpret the negative test?
21         A.   I certainly don't recall any.
22         Q.   You're aware that the well site
23     leaders and the crew took additional time to
24     attempt to get the negative test right?
25         A.   Well, I know it took them --
```

Page 231

```
 1         MR. TANNER: Objection; form.
 2         A.   (Continuing) I know it took
 3     what seemed like a long time for them to
 4     reach a decision or a conclusion.
 5         Q.   (BY MR. STEPHANY) How long
 6     would you usually expect a negative pressure
 7     test to take in the conditions of the Macondo
 8     well?
 9         A.   Well, from starting from the
10     time when they're ready to do the test until
11     they've done the test, maybe an hour.
12         Q.   And do you have any idea how
13     long it took the crew and well site leaders
14     to perform the negative tests on Macondo on
15     April 20th, 2010?
16         A.   I don't recall the exact time,
17     but I -- seems like it was over two hours.
18         Q.   Would it surprise you to know
19     that it was over three hours?
20         A.   That wouldn't really surprise
21     me.
22         Q.   Are you aware that MMS approved
23     the temporary abandonment procedure,
24     including the negative tests submitted by BP
25     for the Macondo well?
```

Page 232

```
 1         A.   Yes, I know MMS approved.
 2         Q.   And have you seen that temporary
 3     abandonment procedure approved by the MMS?
 4         A.   Yes, I believe I have.
 5         Q.   Let's actually take a look at
 6     that and turn to tab 11 in your notebook.
 7     And is this the temporary abandonment
 8     procedure as approved by the MMS that you
 9     reviewed?
10         A.   I believ  this is the procedure
11     that I have seen.
12         Q.   For the record, this has
13     previously been marked as Exhibit 570. If
14     you look to the third page of that procedure,
15     do you see where it indicates step No. 1,
16     "Negative test casing to seawater gradient
17     equivalent fo  30 min. with kill line"?
18         A.   Yes.
19         Q.   And a e you awa e that the first
20     negative test conducted on Ma- -- on the
21     Macondo well on April 20th, 2010 was lined u
22     on the drill pipe?
23         A.   Yes.
24         Q.   And are you further aware that
25     they attempted to perform a second negative
```

Page 233

```
 1     test monitoring on the k ll line to comply
 2     with the MMS approved procedure?
 3         MR. TANNER: Objection; form.
 4         A.   Well, I -- 'm aware that they
 5     attempted to use the kill line to determine
 6     whether or not the negative test was a
 7     success.
 8         Q.   (BY MR. STEPHANY) And use of
 9     the kill line is mentioned in the temporary
10     abandonment procedure approved by the MMS,
11     Exhibit 570, correct?
12         A.   As step 1, yes.
13         Q.   Do you believe that Transocean
14     personnel -- we talked about Mr. Harrell. Do
15     you believe he be- - he thought that the
16     negative pressure test was a success?
17         MR. TANNER: Objection; form.
18         A.   No. I think we just read his
19     testimony and he stated he thought it was a
20     success.
21         Q.   (BY MR. STEPHANY) And that
22     testimony he provided was before the Marine
23     Board of investigation, correct?
24         A.   Right.
25         Q.   If you would turn to tab 15 in
```

PURSUANT TO CONFIDENTIALITY ORDER

Electronically signed by Phyllis Waltz (001-286-766-3805)    295e6a66-19d0-417e-877a-5fa292821a1a

Page 230

1  Mr. Kaluza told him on the second test, that
2  it was successful, based on his belief that
3  the first one was successful, I don't know
4  why he would want to stop the job. But it's
5  his not -- it's not his call to continue with
6  the test. Or continue with the displacement,
7  I'm sorry.
8      Q.   While -- do you believe that
9  anyone on the Deepwater Horizon, well site
10 leaders, the Transocean drill crew, or
11 anybody else had any incentive to
12 misinterpret the negative pressure test?
13     MR. TANNER: Objection; form.
14     A.   Do I believe anyone had any
15 incentive to misinterpret? I can't think of
16 any reason why they would.
17     Q.   (BY MR. STEPHANY) And you
18 haven't seen any evidence suggesting that
19 anyone would have any incentive to
20 misinterpret the negative test?
21     A.   I certainly don't recall any.
22     Q.   You're aware that the well site
23 leaders and the crew took additional time to
24 attempt to get the negative test right?
25     A.   Well, I know it took them --

Page 231

1      MR. TANNER: Objection; form.
2      A.   (Continuing) I know it took
3  what seemed like a long time for them to
4  reach a decision or a conclusion.
5      Q.   (BY MR. STEPHANY) How long
6  would you usually expect a negative pressure
7  test to take in the conditions of the Macondo
8  well?
9      A.   Well, from starting from the
10 time when they're ready to do the test until
11 they've done the test, maybe an hour.
12     Q.   And do you have any idea how
13 long it took the crew and well site leaders
14 to perform the negative tests on Macondo on
15 April 20th, 2010?
16     A.   I don't recall the exact time,
17 but I -- seems like it was over two hours.
18     Q.   Would it surprise you to know
19 that it was over three hours?
20     A.   That wouldn't really surprise
21 me.
22     Q.   Are you aware that MMS approved
23 the temporary abandonment procedure,
24 including the negative tests submitted by BP
25 for the Macondo well?

Page 232

1      A.   Yes, I know MMS approved.
2      Q.   And have you seen that temporary
3  abandonment procedure approved by the MMS?
4      A.   Yes, I believe I have.
5      Q.   Let's actually take a look at
6  that and turn to tab 11 in your notebook.
7  And is this the temporary abandonment
8  procedure as approved by the MMS that you
9  reviewed?
10     A.   I believe this is the procedure
11 that I have seen.
12     Q.   For the record, this has
13 previously been marked as Exhibit 570. If
14 you look to the third page of that procedure,
15 do you see where it indicates step No. 1,
16 "Negative test casing to seawater gradient
17 equivalent for 30 min. with kill line"?
18     A.   Yes.
19     Q.   And are you aware that the first
20 negative test conducted on Ma- -- on the
21 Macondo well on April 20th, 2010 was lined up
22 on the drill pipe?
23     A.   Yes.
24     Q.   And are you further aware that
25 they attempted to perform a second negative

Page 233

1  test monitoring on the kill line to comply
2  with the MMS approved procedure?
3      MR. TANNER: Objection; form.
4      A.   Well, I -- I'm aware that they
5  attempted to use the kill line to determine
6  whether or not the negative test was a
7  success.
8      Q.   (BY MR. STEPHANY) And use of
9  the kill line is mentioned in the temporary
10 abandonment procedure approved by the MMS,
11 Exhibit 570, correct?
12     A.   As step I, yes.
13     Q.   Do you believe that Transocean
14 personnel -- we talked about Mr. Harrell. Do
15 you believe he be- -- he thought that the
16 negative pressure test was a success?
17     MR. TANNER: Objection; form.
18     A.   No. I think we just read his
19 testimony and he stated he thought it was a
20 success.
21     Q.   (BY MR. STEPHANY) And that
22 testimony he provided was before the Marine
23 Board of investigation, correct?
24     A.   Right.
25     Q.   If you would turn to tab 15 in

59 (Pages 230 to 233)

PURSUANT TO CONFIDENTIALITY ORDER

| | Page 234 | | Page 236 |
|---|---|---|---|
| 1 | our binder. Have you seen this document | 1 | the Transocean operations manual for the |
| 2 | before  reviously marked as Exhibit 1472? | 2 | Deepwater Horizon? |
| 3 | A.   Again, I could have seen this. | 3 | A.   No, other than a cursory look |
| 4 | And 1472, I probably have laid eyes on this. | 4 | through, I -- I wouldn't -- haven't reviewed |
| 5 | I don't recall everything on it. | 5 | it in any kind of detail. |
| 6 | Q.   If you would look to the third | 6 | Q.   Would it surprise you to know |
| 7 | e-mail down from Keelan Adamson to Steve Hand | 7 | that the operations manual, Transocean |
| 8 | and others. | 8 | operations manual for the Deepwater Horizon |
| 9 | A.   Okay. | 9 | indicates that the OIM, offshore installation |
| 10 | Q.   Do you see that e-mail? | 10 | manager, is responsible for all operations |
| 11 | A.   Yes. | 11 | conducted on the rig? |
| 12 | Q.   It starts with, We have spoken | 12 | A.   I understand that that for |
| 13 | with Jimmy Harrell(OIM).  He advises that he | 13 | Transocean's purposes the OIM is responsible |
| 14 | was very aware of the rig operations- he had | 14 | for those rig operations. |
| 15 | o ly spoken with TP (Randy), it said | 15 | Q.   And that's a responsibility that |
| 16 | (Idzel) -- | 16 | the OIM would have regardless of who the |
| 17 | A.   Right. | 17 | operator is, correct? |
| 18 | Q.   -- 10 minutes before the | 18 | A.   That's correct, but I -- I think |
| 19 | incident.  They had conducted a successful | 19 | we -- we need to talk about maybe what's rig |
| 20 | inflow test/pressure test.  No flow on | 20 | operations and what are drilling operations. |
| 21 | flowcheck. | 21 | Obviously, he's in the rig to do drilling, |
| 22 | Did I read that correct? | 22 | but there are other operations on the rig |
| 23 | A.   Yes. | 23 | that have their -- ongoing to support the |
| 24 | Q.   Okay.  And this e-mail is dated | 24 | drilling, but aren't directly drilling |
| 25 | April 21st, 2010? | 25 | operations. |
| | Page 235 | | Page 237 |
| 1 | A.   Yes. | 1 | Q.   Would you consider the use of |
| 2 | Q.   The day after the incident? | 2 | the rig mud pumps to be rig operations? |
| 3 | A.   Yes. | 3 | A.   Yes, supporting drilling |
| 4 | Q.   And does this confirm your | 4 | operations. |
| 5 | understanding that Mr. Harrell believed that | 5 | Q.   And the rig mud pumps were used |
| 6 | the negative pressure test or inflow test as | 6 | in the displacement of fluid prior to the |
| 7 | it's referred to here, was successful? | 7 | negative test, correct? |
| 8 | MR. TANNER:  Objection; form. | 8 | A.   Yes. |
| 9 | A.   believe that he thought it was | 9 | Q.   If you would, turn to Page 16 of |
| 10 | successful, but, again, it's -- it's not his | 10 | your report. |
| 11 | call to make as to whether the test was | 11 | A.   Okay. |
| 12 | successful or not successful. | 12 | Q.   You indicate tha  BP's -- this |
| 13 | Q.   (BY MR. STEPHANY)  If | 13 | is at Paragraph B.  You indicate that "BP's |
| 14 | Mr. Harrell felt the test was unsuccessful, | 14 | well site leaders had ample evidence to |
| 15 | would you expect him to stop the job and not | 15 | determine that complete seawater gradient did |
| 16 | allow operations to proceed? | 16 | not exist in the drill pipe and the wellbore |
| 17 | A.   According to his company's | 17 | path to be used before the negative test." |
| 18 | policy, he certainly had the right to do so. | 18 | A.   Yes. |
| 19 | But when I say it's not his call to proceed, | 19 | Q.   And is that still your opinion |
| 20 | it's also not his call to interpret the test. | 20 | today? |
| 21 | Whether he's capable of it or not, his | 21 | A.   Yes. |
| 22 | responsibility is not to do the | 22 | Q.   Can you tel  me what the |
| 23 | interpretation.  The interpretation implies | 23 | evidence -- the avai able evidence was to |
| 24 | you're going to make a decision afterward. | 24 | determine that complete seawater gradient did |
| 25 | Q.   Mr. Medley, have you reviewed | 25 | not exist in the dr ll p pe and the wellbore |

## Page 234

```
 1  your binder. Have you seen this document
 2  before previously marked as Exhibit 1472?
 3      A.  Again, I could have seen this.
 4  And I probably have laid eyes on this.
 5  I don't recall everything on it.
 6      Q.  If you would look to the third
 7  e mail down from Keelan Adamson to Steve Hand
 8  and others.
 9      A.  Okay.
10      Q.  Do you see that e-mail?
11      A.  Yes.
12      Q.  It starts with, We have spoken
13  with Jimmy Harrell(OIM). He advises that he
14  was very aware of the rig operations- he had
15  only spoken with TP (Randy), it said
16  (Idzel) --
17      A.  Right.
18      Q.  -- 10 minutes before the
19  incident. They had conducted a successful
20  inflow test/pressure test. No flow on
21  flowcheck.
22      Did I read that correct?
23      A.  Yes.
24      Q.  Okay. And this e-mail is dated
25  April 1st, 010?
```

## Page 236

```
 1  the Transocean operations manual for the
 2  Deepwater Horizon?
 3      A.  No, other than a cursory look
 4  through, I -- I wouldn't -- haven't reviewed
 5  it in any kind of detail.
 6      Q.  Would it surprise you to know
 7  that the operations manual, Transocean
 8  operations manual for the Deepwater Horizon
 9  indicates that the OIM, offshore installation
10  manager, is responsible for all operations
11  conducted on the rig?
12      A.  I understand that that for
13  Transocean's purposes the OIM is responsible
14  for the rig operations.
15      Q.  And that's a responsibility that
16  the OIM would have regardless of who the
17  operator is, correct?
18      A.  That's correct, but I -- I think
19  we we need to talk about maybe what s rig
20  operations and what are drilling operations.
21  Obviously, he's in the rig to do drilling,
22  but there are other operations on the rig
23  that have their -- ongoing to support the
24  drilling, but aren't directly drilling
25  operations.
```

## Page 235

```
 1      A.  Yes.
 2      Q.  The day after the incident?
 3      A.  Yes.
 4      Q.  And does this confirm your
 5  understanding that Mr. Harrell believed that
 6  the negative pressure test or inflow test as
 7  it's referred to here, was successful?
 8      MR. TANNER: Objection; form.
 9      A.  I believe that he thought it was
10  successful, but, again, it's -- it's not his
11  call to make as to whether the test was
12  successful or not successful.
13      Q.  (BY MR. STEPHANY) If
14  Mr. Harrell felt the test was unsuccessful,
15  would you expect him to stop the job and not
16  allow operations to proceed?
17      A.  According to his company's
18  policy, he certainly had the right to do so.
19  But when I say it's not his call to proceed
20  it's also not his call to interpret the test.
21  Whether he's capable of it or not, his
22  responsibility is not to do the
23  interpretation. The interpretation implies
24  you're going to make a decision afterward.
25      Q.  Mr. Medley, have you reviewed
```

## Page 237

```
 1      Q.  Would you consider the use of
 2  the rig mud pumps to be rig operations?
 3      A.  Yes, supporting drilling
 4  operations.
 5      Q.  And the rig mud pumps were used
 6  in the displacement of fluid prior to the
 7  negative test, correct?
 8      A.  Yes.
 9      Q.  If you would, turn to Page 16 of
10  your report.
11      A.  Okay.
12      Q.  You indicate that BP's -- this
13  is at Paragraph B. You indicate that "BP's
14  well site leaders had ample evidence to
15  determine that complete seawater gradient did
16  not exist in the drill pipe and the wellbore
17  path to be used before the negative test."
18      A.  Yes.
19      Q.  And is that still your opinion
20  today?
21      A.  Yes.
22      Q.  Can you tell me what the
23  evidence -- the available evidence was to
24  determine that complete seawater gradient did
25  not exist in the drill pipe and the wellbore
```

PURSUANT TO CONFIDENTIALITY ORDER

Electronically signed by Phy lis Waltz (001-286 766-3805)    295e6a66-19d0-417e 877a-5fa29282

| | |
|---|---|
| Page 262 | Page 264 |

Page 262

```
                                               Page 6
        1      Q.   And what is your understanding
        2  of  of that term in the context of this
        3  case?
        4      A.   I have no understanding of it.
03:19   5  I've never heard of it.
        6      Q.   What do you know about the term
        7  as it's used in this case?
        8      A.   I know that -- that some of the
        9  testimony has indicated that something called
03:20  10  a bladder effect was discussed as -- as an
       11  explanation for why the pressures might be
       12  different.
       13      Q.   And that's not something, based
       14  on your expert analysis, that you believe to
03:20  15  be a possibility?
       16      A.   I --
       17      Q.   Or Maybe I --
       18      A.   I do not believe that to be a
       19  possibility.
03:20  20      Q.   Okay.  And are you aware of who
       21  suggested the explanation of a bladder effect
       22  as an explanation of the differential
       23  pressure observed during the negative
       24  pressure test?
03:20  25      A.   I -- don't recall exactly who.
```

Page 263

```
        1      MR. STEPHANY:  We're about to run out
        2  of tape.  Let's take a quick break, if that's
        3  all right.
        4      MR. TANNER:  Sure.
03:21   5      THE VIDEOGRAPHER:  We're off the record
        6  at 3:21, end tape 5.
        7      (Recess from 3:21 p.m. to 3:31 p.m.)
        8      THE VIDEOGRAPHER:  We're on the record
        9  at 3:31, start tape 6.
03:31  10      Q.   (BY MR. STEPHANY) Mr. Medley,
       11  we spoke in our last session about
       12  Mr. Harrell, OIM of the Deepwater Horizon, a
       13  Transocean employee, correct?
       14      A.   Yes.
03:32  15      Q.   And we spoke about his belief
       16  that the negative pressure test was
       17  successful.  Do you recall that?
       18      A.   Yes.
       19      Q.   Have you reviewed the deposition
03:32  20  testimony of the senior toolpusher, Miles
       21  Randy Ezell?
       22      A.   Yes.
       23      Q.   And are you aware that Mr. Ezell
       24  testified that it's  it was his belief that
03:32  25  the negative pressure test was also
```

Page 264

```
        1  successful?
        2      A.   Yes.
        3      Q.   Specifically, if you could turn
        4  in the transcript binder that I have in front
03:32   5  of you to --
        6      A.   This?
        7      Q.   Yes.
        8      A.   Okay.
        9      Q.   To Mr. Ezell's deposition on
03:32  10  April 27th to Page 224.
       11      A.   Okay.
       12      Q.   And starting at Line 20, let me
       13  know if -- if you reviewed this testimony in
       14  consideration and developing your expert
03:33  15  opinion in this matter.  Line 20, Page 224.
       16           "QUESTION:  Why did you go call
       17  the rig floor?
       18           "ANSWER:  I wanted to see how
       19  the results of the negative tests had turned
03:33  20  out.
       21           "QUESTION:  And who did you talk
       22  to?
       23           "ANSWER:  I talked to Jason
       24  Anderson."
03:33  25           Page 225, Line 1.
```

Page 265

```
        1           "QUESTION:  And what did Jason
        2  say?
        3           "ANSWER:  His exact words was,
        4  'It was a good test.  We bled it off.  We
03:33   5  watched it for 30 minutes.  It was a no
        6  flow.'
        7           And then I asked him right after
        8  that, 'Well how is your displacement coming?'
        9           And he said, 'It's going good.
03:33  10  We're pretty close to shutting down, having a
       11  spacer at surface.  We're going to do a
       12  static sheen when that happens,' and he said,
       13  'everything is going good.'
       14           And I asked him did he need my
03:33  15  help?
       16           And he said, 'No, I got this.
       17  It's a good bit.'"
       18           Did I read that correctly?
       19      A.   Yes, you did.
03:34  20      Q.   And did you review Mr. Ezell's
       21  testimony in this regard in working on this
       22  case?
       23      A.   Yes, I -- I read this testimony.
       24      Q.   And so you're aware that not
03:34  25  only Mr. Ezell believed that it was a good,
```

67 (Pages 262 to 265)

PURSUANT TO CONFIDENTIALITY ORDER

Electronically signed by Phyllis Waltz (001-286-766-3805)    295e6a66-19d0-417e-877a-5fa292821a1a

Page 266

```
 1  successful negative pressure test, but
 2  Mr. Anderson believed that as well?
 3      A.   According to this testimony,
 4  yes.
 5      Q.   According to Mr. Ezell's
 6  testimony?
 7      A.   Yes.
 8      Q.   And so the Transocean OIM, the
 9  toolpusher, and the driller -- I'm sorry, the
10  senior toolpusher, Mr. Ezell, and the
11  toolpusher, Jason Anderson, all believed that
12  the negative pressure test was a good test;
13  is that correct?
14      MR. TANNER:  Objection; form.
15      A.   I would say that according to
16  the testimony that we've read here, they
17  appeared to have accepted the test as
18  successful.
19      Q.   (BY MR. STEPHANY) And the
20  testimony that you're referring to, Mr. --
21      A.   And when I say "accepted," they
22  appear to have agreed that the test was
23  successful.
24      Q.   And when you reference the
25  testimony, you're referencing the testimony
```

Page 267

```
 1  of Mr. Ezell which specifically mentions
 2  himself and toolpusher Jason Anderson as
 3  believing that the negative test was
 4  successful, correct?
 5      A.   Yes.
 6      Q.   And then we looked at earlier
 7  Transocean OIM Jimmy Harrell also believed
 8  the negative pressure test was successful; is
 9  that correct?
10      A.   According to the -- es, the
11  record that we ead earlier.
12      Q.   If you would turn in your
13  exhibit binder to tab 12.  I ask you to take
14  a look at what's been previously marked as
15  Exhibit 571.  And is this a document you've
16  seen before?
17      A.   I believe I have laid eyes on
18  it, but I -- you know, I don't recall
19  everything I reviewed.
20      Q.   And can you tell us what this
21  item is?
22      A.   It says it's a safety drill
23  report incomplete.  So I'm not exactly
24  certain what it is.
25      Q.   I you would, please turn with
```

Page 268

```
 1  me to the Bates page ending in 7544.
 2      A.   Okay.
 3      Q.   And do you see that it says
 4  safety drill report for the date of
 5  April 18th, 2010?
 6      A.   I'm sorry, for April?
 7      Q.   18th.
 8      A.   18th, yes, I do.
 9      Q.   2010.
10      A.   Yes.
11      Q.   And the comments indicates
12  15,900 sacks of Baroid on board.  First of
13  all, is that an unusual amount of Baroid?
14      A.   It would depend on what you're
15  getting ready to do there.  So I -- yeah, I
16  don't know in this case.  I haven't looked at
17  what their inventory was, what they normally
18  carried.
19      Q.   Do you -- had -- did you look at
20  what the operations were that were being
21  conducted on the Macondo well on April 18th?
22      A.   I know it was toward the end of
23  the well, so I'm not sure exactly what was
24  going on that day.
25      Q.   The next sentence, "Discussed
```

Page 269

```
 1  well control responsibilities with each crew
 2  member, discussed the procedures for shutting
 3  in on casing.  The immediate priority is to
 4  shut in the well."
 5      Did I read that correctly?
 6      A.   Yes.
 7      Q.   And if you look down in the
 8  section labeled attendance?
 9      A.   Yes.
10      Q.   You see Mr. Lindner as the mud
11  engineer listed there?
12      A.   Yes.
13      Q.   Is it consistent with your
14  experience in the industry that the mud
15  engineer would participate in safety drills
16  discussing well control?
17      A.   I -- in my experience they would
18  participate in the safety drill or the safety
19  meeting, regardless of what the discussion
20  would be.
21      Q.   And if you could turn to page
22  ending in Bates 7546.  Should be one page
23  over.
24      A.   Okay.
25      Q.   This is another safety drill for
```

PURSUANT TO CONFIDENTIALITY ORDER

Electronically signed by Phyllis Waltz (001-286-766-3805)

295e6a66 19d0-417e-877a-5fa292821a1a