UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG<br>    "DEEPWATER HORIZON" in the<br>    GULF OF MEXICO, on<br>    APRIL 20, 2010<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## BP'S 2/24/2012 PHASE ONE TRIAL EXHIBIT LIST

Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (collectively "BP") submit their 2/24/2012 Trial Exhibit List for Phase One of the February 2012 Limitation and Liability Trial (attached hereto as "Exhibit A").

This list adds 6 documents added for good cause, including documents from: (1) Phase I productions recently made by Transocean, <u>including over 7,500 documents produced by Transocean on February 15</u> (in addition Transocean produced 98,409 pages on February 10, 2012, 211,269 pages on February 3 and 187,062 on January 31); (2) Dril-Quip's exhibit lists that Dril-Quip did not provide in trial exhibit form, presumably because of its status in the case; and (3) documents responsive to other parties' demonstratives or exhibit lists.

The accompanying Excel spreadsheet includes a column to indicate (with an "X") if a document was not included with the branded trial exhibits that BP provided by February 22.

BP incorporates by reference all of the reservations of rights set forth in the cover pleading accompanying its 1/13/2012 Trial Exhibit List, including but not limited to the right to use documents included on other parties' trial exhibit lists.

Dated: February 24, 2012					Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
312-862-2000 (Tel)
312-862-2200 (Fax)

Robert C. "Mike" Brock
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
202-662-5985

*Attorneys for Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 24th day of February, 2012.

/s/ Don K. Haycraft