UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, on APRIL 20, 2010 | * * * | MDL NO. 2179 |
| | * * | JUDGE BARBIER |
| Relates to: No. 10-2771 | * * * | MAG. JUDGE SHUSHAN |

*******************************

## MOTION FOR LEAVE TO FILE
## SHORT FORM JOINDERS IN LIMITATION

**NOW INTO COURT**, through undersigned counsel, come the claimants identified in Exhibit A, who move the Court to allow their late-filed Short Form Joinders to answer and state a claim in the limitation proceeding brought by the Transocean entities (CA 10-2771). Limitation has not been determined, and there is no prejudice to the Limiting Parties or the other claimants.

Respectfully submitted,

WALTZER & WIYGUL, LLP

_____
Joel Waltzer (LA Bar # 19268)
Clay Garside (LA Bar # 29873)
3715 Westbank Expressway, Ste 13
Harvey, LA 70058
joel@waltzerlaw.com
Tel: (504) 340-6300
Fax: (504) 340-6330

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing motion has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 24th day of February, 2012.

_____