WALTZER & WIYGUL, LLP
**EXHIBIT A**

| NO. | LAST | FIRST | MIDDLE | SSN | DOC # | DATE |
|-----|------|-------|--------|-----|-------|------|
| 1 | Guidry | Jonathan | B. | 0268 | 110832 | 01/25/12 |
| 2 | Nguyen | Dinh | Van | 4028 | 112149 | 02/24/12 |
| 3 | Salina | Jose | Christhiam | 3426 | 110979 | 02/01/12 |
| 4 | Thach | Sang | | 3129 | 110615 | 01/18/12 |
| 5 | Cao | Tuong | Van | 3471 | 111033 | 02/06/12 |
| 6 | Cao | Michael | Joseph | 9769 | 111038 | 02/07/12 |
| 7 | Cao | Tuan | Anh | 6504 | 111022 | 02/06/12 |
| 8 | Jung | Fanny | J | 4768 | 110908 | 01/27/12 |
| 9 | Loga, Sr. | Darrell | Wayne | 3638 | 111118 | 02/09/12 |
| 10 | Loga, Jr. | Darrell | Wayne | 9105 | 111119 | 02/09/12 |
| 11 | Nguyen | Rose | Kim | 9479 | 111824 | 02/23/12 |
| 12 | Nguyen | Cindy | Nhu | 9505 | 111822 | 02/23/12 |
| 13 | Nguyen | Lisa | Thi | 5368 | 111820 | 02/23/12 |
| 14 | Nguyen | Thu | Van | 5299 | 111817 | 02/23/12 |
| 15 | Nguyen | Thu | Van | 0072 | 111815 | 02/24/12 |
| 16 | Nguyen | Thu | Van | 0072 | 111810 | 02/23/12 |
| 17 | Nguyen | Thu | Van | 0072 | 111867 | 02/23/12 |
| 18 | Nguyen | Khoa | Van | 0578 | 111121 | 02/10/12 |
| 19 | Tran | Tho | Dai | 6310 | 111239 | 02/15/12 |
| 20 | Ung | Roeun | | 7810 | 111159 | 02/13/12 |
| 21 | Nguyen | Hue | Hoang | 6707 | 110210 | 02/14/12 |
| 22 | Naquin | Justin | | 5733 | 112170 | 02/24/12 |
| 23 | Hernandez | Jose | | 6259 | 112164 | 02/24/12 |
| 24 | Pham | Dinh | Van | 3667 | 111367 | 02/20/12 |
| 25 | Commardelle | Ronnie | Anthony | 7418 | 110605 | 01/16/12 |
| 26 | Watts | Drew | M. | 3267 | 111679 | 02/23/12 |