UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:   OIL SPILL by the OIL RIG<br>"DEEPWATER HORIZON" in the<br>GULF OF MEXICO, on<br>APRIL 20, 2010<br><br>THIS DOCUMENT RELATES:<br><br>IN RE: TRITON ASSET LEASING GmbH<br>Case No. 2:10-cv-02771-CJB-SS | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

MOTION FOR LEAVE TO FILE LIMITATION
SHORT FORM JOINDERS AFTER THE APRIL 20, 2011 DEADLINE

# EXHIBIT A

| | Claimant | Joinder Doc. Number | Date Filed |
|---|---|---|---|
| 1. | Thomas L. Abernathy | 2/15/2012 | 111219 |
| 2. | American Safety Institute | 12/16/2011 | 110225 |
| 3. | Asset Management Direct, LLC | 1/12/2012 | 110552 |
| 4. | Samuel Baird | 2/16/2012 | 111269 |
| 5. | Christopher B. Battles | 12/5/2011 | 110073 |
| 6. | Bhadu, Inc. | 12/16/2011 | 110226 |
| 7. | Carol D. Biddy | 1/12/2012 | 110447 |
| 8. | Big Fat, LLC | 12/5/2011 | 110076 |
| 9. | John M. Bills | 1/12/2012 | 110448 |
| 10. | Susan Bills | 1/12/2012 | 110449 |
| 11. | Thomas Blackerby | 12/13/2011 | 110178 |
| 12. | Frank Bodiford | 12/16/2011 | 110219 |
| 13. | Carolyn G. Bonds | 1/12/2012 | 110450 |
| 14. | Lowell J. Bonds | 1/12/2012 | 110451 |
| 15. | Candy Butler | 1/12/2012 | 110537 |
| 16. | Greer Butler | 1/12/2012 | 110544 |
| 17. | Cadeaux Caches | 12/16/2011 | 110227 |
| 18. | Campbell's Welding Supply, Inc. | 12/16/2011 | 110228 |
| 19. | David Carrigan | 1/12/2012 | 110529 |
| 20. | Elizabeth Carrigan | 1/12/2012 | 110531 |
| 21. | Jonathan Carrigan | 1/12/2012 | 110533 |
| 22. | Center for Family Health & Wellness, Inc. | 12/16/2011 | 110229 |
| 23. | Deborah Cooley | 1/12/2012 | 110452 |

| # | Name | Date | Number |
|---|---|---|---|
| 24. | Randy Cooley | 1/12/2012 | 110453 |
| 25. | James Copher | 12/12/2011 | 110138 |
| 26. | DCC Investments, LLC | 2/15/2012 | 111220 |
| 27. | Joseph Dier | 12/16/2011 | 110220 |
| 28. | Jennifer Dier | 12/16/2011 | 110221 |
| 29. | Adell Dollins | 1/12/2012 | 110545 |
| 30. | Williford Dollins | 1/12/2012 | 110546 |
| 31. | Vincent Echegarrua | 1/12/2012 | 110454 |
| 32. | Eugene W. Echols Jr. Family Trust | 1/12/2012 | 110455 |
| 33. | Franco Family Properties, LLC | 1/12/2012 | 110456 |
| 34. | James C. Foote | 12/12/2011 | 110139 |
| 35. | Angela Fortenberry | 12/5/2011 | 110075 |
| 36. | Ronald Fortenberry | 12/5/2011 | 110074 |
| 37. | Connie Fratesi | 12/12/2011 | 110140 |
| 38. | Dora Garcia | 1/12/2012 | 110457 |
| 39. | Octavio Garcia | 1/12/2012 | 110458 |
| 40. | Mike Gassaway | 12/12/2011 | 110141 |
| 41. | Gayle Hudson Revocable Trust | 1/12/2012 | 110459 |
| 42. | John D. Glass | 1/12/2012 | 110460 |
| 43. | Francis M. Guin | 1/12/2012 | 110461 |
| 44. | Patricia R. Guin | 1/12/2012 | 110462 |
| 45. | Happy Home Insulation Company, Inc. | 12/16/2011 | 110230 |
| 46. | Lonnie Harrington | 12/5/2011 | 110080 |
| 47. | Peggie Harrington | 12/5/2011 | 110081 |
| 48. | JoAnn S. Henry | 1/12/2012 | 110463 |
| 49. | Jackie Hewitt | 12/12/2011 | 110145 |
| 50. | Stephen Hewitt | 12/12/2011 | 110144 |
| 51. | Tammy Hodgins | 12/16/2011 | 110214 |
| 52. | Sarah C. Hofferber | 1/12/2012 | 110535 |
| 53. | Patricia B. Howell | 1/12/2012 | 110464 |
| 54. | John C. Jay, Jr. | 1/12/2012 | 110465 |
| 55. | Sharon Jay | 1/12/2012 | 110547 |
| 56. | Rick Justice | 1/12/2012 | 110554 |
| 57. | Rose Justice | 1/12/2012 | 110555 |
| 58. | James E. Knight | 1/12/2012 | 110466 |
| 59. | KYM, LLC | 2/15/2012 | 111221 |
| 60. | David Lanzo, Jr. | 1/12/2012 | 110467 |
| 61. | Mary Lanzo | 1/12/2012 | 110468 |
| 62. | John G. Lenaghan | 12/16/2011 | 110218 |
| 63. | Buddy Lindsey | 1/12/2012 | 110469 |
| 64. | Sharon J. Lindsey | 1/12/2012 | 110470 |
| 65. | John P. Liter | 1/12/2012 | 110471 |
| 66. | Norma R. Liter | 1/12/2012 | 110472 |
| 67. | Donald G. Lowe, Jr. | 1/12/2012 | 110498 |
| 68. | Jeannette Lowe | 1/12/2012 | 110499 |
| 69. | LTI, LLC | 2/15/2012 | 111222 |

| | | | |
|---|---|---|---|
| 70. | Henry N. Lyda, III | 1/12/2012 | 110500 |
| 71. | Janie N. Lyda | 1/12/2012 | 110501 |
| 72. | Deborah Massengill | 12/5/2011 | 110077 |
| 73. | Leroy Massengill | 12/5/2011 | 110078 |
| 74. | Frank Massey | 12/16/2011 | 110215 |
| 75. | Susan Massey | 12/16/2011 | 110217 |
| 76. | Ann McFadden | 2/15/2012 | 111223 |
| 77. | Thomas McFadden | 2/15/2012 | 111224 |
| 78. | Wayne D. Mockel | 1/12/2012 | 110502 |
| 79. | Summit Hills, Inc. (Amended 2/25/2012) | 12/12/2011 | 110143 |
| 80. | Catherine Moore | 2/15/2012 | 111225 |
| 81. | Johnny C. Moore | 2/15/2012 | 111226 |
| 82. | Ralph P. Moore | 2/15/2012 | 111228 |
| 83. | Kenneth Moser | 12/12/2011 | 110142 |
| 84. | Patricia Munoz | 12/5/2011 | 110079 |
| 85. | Pedro Munoz | 12/13/2011 | 110177 |
| 86. | Nancy W. Murrill | 1/12/2012 | 110503 |
| 87. | Paul W. Murrill | 1/12/2012 | 110504 |
| 88. | MS Palms, LLC | 12/5/2011 | 110082 |
| 89. | Nathan A. Graham Living Trust | 1/12/2012 | 110505 |
| 90. | Natures Mounts | 1/10/2012 | 110430 |
| 91. | Catherine Nowicki | 1/12/2012 | 110506 |
| 92. | Steven Nowicki | 1/12/2012 | 110507 |
| 93. | Donna Nunnelley | 1/12/2012 | 110508 |
| 94. | Phillip Nunnelley | 1/12/2012 | 110509 |
| 95. | Donna Ortman | 12/13/2011 | 110176 |
| 96. | David Ortman | 12/13/2011 | 110176 |
| 97. | Oyster Bay Village Unit Owners Ass'n, Inc. | 2/15/2012 | 111229 |
| 98. | J. Wayne Palmer | 12/16/2011 | 110212 |
| 99. | Angela T. Palmer | 12/16/2011 | 110213 |
| 100. | Pascalli Foods | 12/16/2011 | 110231 |
| 101. | Robert E. Pitman | 1/12/2012 | 110527 |
| 102. | Platinum Investments, LLC | 1/12/2012 | 110553 |
| 103. | Kelly L. Pollard | 1/12/2012 | 110556 |
| 104. | Bellamie Price | 1/12/2012 | 110510 |
| 105. | Joyce Raburn | 1/12/2012 | 110512 |
| 106. | Robert W. Seibert Revocable Trust | 12/16/2011 | 110223 |
| 107. | Frances Brooks Royster | 12/13/2011 | 110171 |
| 108. | Priscilla Royster | 12/13/2011 | 110170 |
| 109. | Eddie Joseph Russell | 1/12/2012 | 110513 |
| 110. | Joan C. Schilling | 2/16/2012 | 111270 |
| 111. | John H. Schilling | 2/16/2012 | 111271 |
| 112. | Seafood Cargo, Inc. | 12/16/2011 | 110224 |
| 113. | Joe Shine | 12/13/2011 | 110168 |
| 114. | Peggy T. Singleton | 1/12/2012 | 110548 |
| 115. | Andrew Sisk | 12/16/2011 | 110210 |

| | | | |
|---|---|---|---|
| 116. | Linda Sisk | 12/16/2011 | 110211 |
| 117. | Robert L. Sorrells | 1/12/2012 | 110514 |
| 118. | Pauline M. Stallworth | 1/12/2012 | 110515 |
| 119. | Barbara Brabham Sutton | 1/12/2012 | 110557 |
| 120. | Town of Summerdale, Alabama | 2/21/2012 | 194 |
| 121. | Total Therapy Plus, Inc. | 1/12/2012 | 110516 |
| 122. | Perry Trahan | 12/13/2011 | 110173 |
| 123. | Blake Trahan | 12/13/2011 | 110175 |
| 124. | Catherine Trahan | 12/13/2011 | 110174 |
| 125. | Linda Trahan | 12/13/2011 | 110172 |
| 126. | Graham E. Tujague | 2/16/2012 | 111274 |
| 127. | Lawrence Tujague | 2/16/2012 | 111272 |
| 128. | Jeanette Turner | 1/12/2012 | 110517 |
| 129. | Alton Wallace | 12/12/2011 | 110147 |
| 130. | Patsy Wallace | 12/12/2011 | 110146 |
| 131. | Regina H. Washburn | 1/12/2012 | 110549 |
| 132. | Thomas G. Washburn | 1/12/2012 | 110550 |
| 133. | Wayne T. Martin D.D.S., P.C. | 12/16/2011 | 110232 |
| 134. | Ernest D. Westpheling | 1/12/2012 | 110518 |
| 135. | Bobby G. Willie | 1/12/2012 | 110519 |
| 136. | Jeffrey F. Willie | 1/12/2012 | 110520 |
| 137. | Frances C. Wilson | 1/12/2012 | 110521 |
| 138. | Phillip R. Wilson | 1/12/2012 | 110523 |
| 139. | YBW II, LLC | 2/16/2012 | 111273 |
| 140. | Carolyn Yohey | 1/12/2012 | 110525 |
| 141. | A.J. Enterprises, L.L.C. | 2/24/2012 | 111968 |
| 142. | Bayside Harbour, LLC | 2/24/2012 | 111973 |
| 143. | John M. Buchanan | 2/24/2012 | 111977 |
| 144. | Burnside Realty Co. | 2/24/2012 | 111980 |
| 145. | Bert Jameson Chauvin | 2/24/2012 | 111984 |
| 146. | Jennifer M. Chauvin | 2/24/2012 | 111989 |
| 147. | Billy M. Cline | 2/24/2012 | 111992 |
| 148. | Virginia Cline | 2/24/2012 | 111994 |
| 149. | Coastal Customs, Inc. | 2/24/2012 | 111995 |
| 150. | Colonial Wyld Palms of Foley | 2/24/2012 | 111997 |
| 151. | Frank I. Conn | 2/24/2012 | 111999 |
| 152. | Crosstax, LLC | 2/24/2012 | 112001 |
| 153. | Crown Investment Holdings, LLC | 2/24/2012 | 112005 |
| 154. | Jason Hollister Dorey | 2/24/2012 | 112011 |
| 155. | Myra Dorey | 2/24/2012 | 112013 |
| 156. | Double Eagle Investment Group | 2/24/2012 | 112016 |
| 157. | Sharon E. Dunagan | 2/24/2012 | 112019 |
| 158. | Stephen J. Edwards, Jr. | 2/24/2012 | 112022 |
| 159. | FMR 4.41, LLC | 2/24/2012 | 112025 |
| 160. | James L. Garren | 2/24/2012 | 112029 |
| 161. | Jeffrey K. Gilchrist | 2/24/2012 | 112032 |

| | | | |
|---|---|---|---|
| 162. | Elizabeth P. Gilreath | 2/24/2012 | 112034 |
| 163. | Larry M. Gilreath | 2/24/2012 | 112035 |
| 164. | Cindy Haber | 2/24/2012 | 112037 |
| 165. | John Haber | 2/24/2012 | 112039 |
| 166. | Anthony Hall | 2/24/2012 | 112042 |
| 167. | Alicia C. Hammond | 2/24/2012 | 112044 |
| 168. | Mark L. Hughes | 2/24/2012 | 112047 |
| 169. | Michele L. Hughes | 2/24/2012 | 112049 |
| 170. | J Tinker, Inc. | 2/24/2012 | 112051 |
| 171. | Sandra M. Jackson | 2/24/2012 | 112089 |
| 172. | Robert T. Jackson, Sr. | 2/24/2012 | 112091 |
| 173. | William Carl Kelly, Jr. | 2/24/2012 | 112093 |
| 174. | Nora Lee Kelly | 2/24/2012 | 112095 |
| 175. | Bonnie J. Kilburn | 2/24/2012 | 112096 |
| 176. | Clifford T. Klingbeil | 2/24/2012 | 112098 |
| 177. | Pamela Klingbeil | 2/24/2012 | 112100 |
| 178. | Rhonda U. Knesal | 2/24/2012 | 112106 |
| 179. | Robert J. Knesal | 2/24/2012 | 112107 |
| 180. | Land Sales Development, LLC | 2/24/2012 | 112108 |
| 181. | Ingram Allen Lee | 2/24/2012 | 112109 |
| 182. | Patricia Lee | 2/24/2012 | 112111 |
| 183. | LLDG Mobile Airport, LLC | 2/24/2012 | 112113 |
| 184. | Gayla M. Logan | 2/24/2012 | 112115 |
| 185. | Harold G. Logan | 2/24/2012 | 112117 |
| 186. | Benny Magness | 2/24/2012 | 112118 |
| 187. | Phillip C. McCray | 2/24/2012 | 112119 |
| 188. | Charles T. McGlothlen | 2/24/2012 | 112121 |
| 189. | W. Lynn McGlothlen | 2/24/2012 | 112122 |
| 190. | Wayne J. Oberding | 2/24/2012 | 112128 |
| 191. | People's Bank of Alabama | 2/24/2012 | 112131 |
| 192. | Oleg Rajabi-Mugadam | 2/24/2012 | 112132 |
| 193. | Donna W. Rankin | 2/24/2012 | 112136 |
| 194. | Sandra H. Sims | 2/24/2012 | 112140 |
| 195. | Doris Nell Smith | 2/24/2012 | 112142 |
| 196. | Preston G. Smith | 2/24/2012 | 112144 |
| 197. | Katheryne L. Snowden | 2/24/2012 | 112145 |
| 198. | Southern Retreats, LLC | 2/24/2012 | 112147 |
| 199. | Stephen Alexander obo Lorna Alexander | 2/24/2012 | 112148 |
| 200. | James C. Tinker | 2/24/2012 | 112150 |
| 201. | Judith Ann Tinker | 2/24/2012 | 112151 |
| 202. | TR, LLC | 2/24/2012 | 112152 |
| 203. | TTM Holdings, LLC | 2/24/2012 | 112155 |
| 204. | Village Plaza, LLC | 2/24/2012 | 112156 |
| 205. | George M. Ward | 2/24/2012 | 112157 |
| 206. | James R. Whitworth | 2/24/2012 | 112158 |
| 207. | Karen Whitworth | 2/24/2012 | 112159 |

| # | Name | Date | Number |
|---|---|---|---|
| 208. | Paul E. Windham, Sr. | 2/24/2012 | 112160 |
| 209. | Brenda A. Windham | 2/24/2012 | 112161 |
| 210. | Charles A. Wood, Jr. | 2/24/2012 | 112163 |
| 211. | Pike County | 2/24/2012 | 196 |
| 212. | Debra Adams | 2/23/2012 | 111589 |
| 213. | Harold Andrews | 2/23/2012 | 111597 |
| 214. | Alexander T. Arnaout | 2/23/2012 | 111554 |
| 215. | Bryan J. Cacioppo | 2/23/2012 | 111580 |
| 216. | Peggy Carnley | 2/23/2012 | 111625 |
| 217. | Samuel R. Castleberry, Sr. | 2/24/2012 | 111948 |
| 218. | John Charles | 2/23/2012 | 111606 |
| 219. | Allen Cohen | 2/23/2012 | 111557 |
| 220. | Sherry L. Coley | 2/23/2012 | 111631 |
| 221. | Christopher Conrad | 2/23/2012 | 111583 |
| 222. | Alicia K. Conville | 2/23/2012 | 111556 |
| 223. | Steve Cox | 2/23/2012 | 111634 |
| 224. | Kenneth W., Jr. Cramton | 2/23/2012 | 111612 |
| 225. | Frankie J. Crosby | 2/24/2012 | 111951 |
| 226. | Harold Daniel | 2/24/2010 | 112110 |
| 227. | Jeremy R. Dean | 2/24/2010 | 112112 |
| 228. | Kevin Dobson | 2/23/2012 | 111614 |
| 229. | Jennice Doege | 2/23/2012 | 111603 |
| 230. | Elizabeth O. Doucet | 2/23/2012 | 111591 |
| 231. | Alice M. Emery | 2/23/2012 | 111555 |
| 232. | Larry L. Foltz | 2/24/2010 | 112114 |
| 233. | Christina Ford | 2/23/2012 | 111582 |
| 234. | Alan Gilbert | 2/23/2012 | 111553 |
| 235. | Lorri Gilliland | 2/23/2012 | 111617 |
| 236. | Mont E. Gillis | 2/23/2012 | 111618 |
| 237. | Jesus Hernan F. Gomez | 2/23/2012 | 111605 |
| 238. | Samantha Gordon | 2/23/2012 | 111629 |
| 239. | Mark Gosa | 2/23/2012 | 111619 |
| 240. | James Hall | 2/24/2012 | 111952 |
| 241. | Ramona F. Hernandez | 2/24/2012 | 111956 |
| 242. | Corey Hines | 2/23/2012 | 111584 |
| 243. | David K. Hirrlinger | 2/23/2012 | 111587 |
| 244. | Tavares A. Hurd | 2/23/2012 | 111636 |
| 245. | Gregory J. Johnson | 2/23/2012 | 111594 |
| 246. | Oxana Kearney | 2/23/2012 | 111621 |
| 247. | Jeffrey J. Landry | 2/23/2012 | 111599 |
| 248. | Charles A. Lawless, II | 2/24/2012 | 111958 |
| 249. | Candace Lester | 2/23/2012 | 111581 |
| 250. | Ronald Mabins | 2/23/2012 | 111642 |
| 251. | Jose Martinez | 2/23/2012 | 111607 |
| 252. | Tammy Mason | 2/23/2012 | 111635 |
| 253. | William Michael Meadows | 2/24/2012 | 111961 |

| | | | |
|---|---|---|---|
| 254. | Raymond J. Merchant | 2/23/2012 | 111626 |
| 255. | Aberlardo Mota | 2/23/2012 | 111552 |
| 256. | Richard Pascalli | 2/24/2012 | 111964 |
| 257. | Angela Peterson | 2/23/2012 | 111560 |
| 258. | Paul Pieri | 2/23/2012 | 111623 |
| 259. | Nicole Ann Price | 2/23/2012 | 111620 |
| 260. | Willie Ratcliff | 2/23/2012 | 111640 |
| 261. | Phillip Reno | 2/24/2012 | 111966 |
| 262. | Joshua Revere | 2/23/2012 | 111610 |
| 263. | Gerald Richardson | 2/23/2012 | 111592 |
| 264. | Kimberly T. Robinson | 2/23/2012 | 111616 |
| 265. | John Q. Salter | 2/24/2010 | 112116 |
| 266. | Anthony Sanders | 2/23/2012 | 111562 |
| 267. | Yvonne Sassor | 2/24/2012 | 111969 |
| 268. | Sheldon E. Schlieper | 2/23/2012 | 111630 |
| 269. | Trevor W. Scott | 2/23/2012 | 111638 |
| 270. | Joseph R. Seabourn | 2/23/2012 | 111608 |
| 271. | Barbara G. Sparkman | 2/23/2012 | 111564 |
| 272. | Jeffrey Steward | 2/24/2012 | 111971 |
| 273. | Dolores Sylvester | 2/23/2012 | 111590 |
| 274. | Paul Thorington | 2/23/2012 | 111624 |
| 275. | Mike Trejo | 2/24/2012 | 111972 |
| 276. | Sherry S. Weaver | 2/23/2012 | 111632 |
| 277. | Ronnie Wilkerson | 2/23/2012 | 111628 |
| 278. | David Wilson | 2/23/2012 | 111641 |
| 279. | Beverly M. Wright | 2/23/2012 | 111566 |
| 280. | George Wright | 2/24/2012 | 111975 |
| 281. | Grant Wyatt | 2/23/2012 | 111593 |
| 282. | Mexico Beach Charters | 2/22/2012 | 111529 |
| 283. | Brad N. Allen | 2/23/2012 | 111695 |
| 284. | Samuel Warren Amerson | 2/24/2012 | 111938 |
| 285. | Jeremy Ard | 2/22/2012 | 111482 |
| 286. | Leo V. Arnold | 2/23/2012 | 111711 |
| 287. | Martin Baclaan | 2/24/2012 | 111921 |
| 288. | James Gadsen Banks | 2/24/2012 | 111912 |
| 289. | Ricky Lee Banks | 2/24/2012 | 111932 |
| 290. | Dallis Barber | 2/22/2012 | 111473 |
| 291. | Curtis Baxley | 2/24/2012 | 112125 |
| 292. | David Beck | 2/23/2012 | 111702 |
| 293. | Patricia A. Black | 2/23/2012 | 111743 |
| 294. | Mexico Beach Bz. | 2/22/2012 | 111469 |
| 295. | John Blanchard | 2/22/2012 | 111483 |
| 296. | Lynda Blanchard | 2/22/2012 | 111494 |
| 297. | Stephen Bolen | 2/22/2012 | 111466 |
| 298. | Kandice Bolen | 2/22/2012 | 111485 |
| 299. | Lawrence Bosarge | 2/24/2012 | 111918 |

| | | | |
|---|---|---|---|
| 300. | Sharon Boykin | 2/24/2012 | 112139 |
| 301. | Milton Bryant | 2/23/2012 | 111732 |
| 302. | Percy A. Bryant, Jr. | 2/23/2012 | 111744 |
| 303. | About Fun Charters | 2/22/2012 | 111468 |
| 304. | Fred Buskens | 2/24/2012 | 111882 |
| 305. | Lynette Cambridge | 2/22/2012 | 111495 |
| 306. | Capps Crane Service, Inc. | 2/24/2012 | 111883 |
| 307. | Andamo Carey | 2/23/2012 | 111694 |
| 308. | Johnny Carnley | 2/24/2012 | 111916 |
| 309. | Lee Cathey | 2/24/2012 | 111920 |
| 310. | Shawn Chalker | 2/22/2012 | 111523 |
| 311. | Jeff Clayton | 2/22/2012 | 111481 |
| 312. | Lerae Cody-Babington | 2/24/2012 | 112133 |
| 313. | Brandon Corbin | 2/22/2012 | 111467 |
| 314. | Vinson Cowser | 2/23/2012 | 111752 |
| 315. | Royal Crab | 2/22/2012 | 111484 |
| 316. | Tracy Dale | 2/22/2012 | 111532 |
| 317. | Dale Davis | 2/22/2012 | 111472 |
| 318. | Gregory Davis | 2/22/2012 | 111478 |
| 319. | Martin Davis | 2/22/2012 | 111497 |
| 320. | Stephen Davis | 2/22/2012 | 111526 |
| 321. | William Davis | 2/22/2012 | 111539 |
| 322. | Frank DiFilippo | 2/22/2012 | 111474 |
| 323. | Cassandra Dixon | 2/23/2012 | 111697 |
| 324. | Thomas L. Dorsey | 2/24/2012 | 111941 |
| 325. | Donald Dumas | 2/23/2012 | 111703 |
| 326. | Frayed Knot Excursions, LLC | 2/22/2012 | 111475 |
| 327. | Frayed Knot Excursions | 2/24/2012 | 111881 |
| 328. | Howard Lee Enfinger | 2/22/2012 | 111479 |
| 329. | Frederick Erickson | 2/22/2012 | 111477 |
| 330. | Kyle Erickson | 2/22/2012 | 111486 |
| 331. | Kimberly Moore Fitzhenry | 2/23/2012 | 111708 |
| 332. | Ashley Flirt | 2/24/2012 | 112123 |
| 333. | Houston Fortner | 2/24/2012 | 111886 |
| 334. | David Frank | 2/24/2012 | 112146 |
| 335. | Royal Goodwill | 2/22/2012 | 111519 |
| 336. | Trico Shrimp Company | 2/24/2012 | 111923 |
| 337. | St. Joe Shrimp Company | 2/24/2012 | 111873 |
| 338. | Adrenaline Charters | 2/22/2012 | 111480 |
| 339. | Ivory Harvey | 2/24/2012 | 112127 |
| 340. | Robert Wayne Hicks | 2/24/2012 | 111936 |
| 341. | Arthur R. Hollenbeck, III | 2/24/2012 | 111885 |
| 342. | Arthur R. Hollenbeck, Jr. | 2/24/2012 | 111884 |
| 343. | Alvin K. Howard | 2/24/2012 | 111870 |
| 344. | Frederick Hunter | 2/22/2012 | 111476 |
| 345. | Roy Jefferson | 2/24/2012 | 111937 |

| | | | |
|---|---|---|---|
| 346. | Mary Louise Jones | 2/23/2012 | 111725 |
| 347. | Dennis Jones | 2/24/2012 | 111878 |
| 348. | Jacqueline F. Jordan | 2/23/2012 | 111706 |
| 349. | Seawolf Carabelle, Inc. | 2/22/2012 | 111522 |
| 350. | Van Kennedy | 2/23/2012 | 111750 |
| 351. | Black's Island Utility Co., LLC | 2/24/2012 | 112124 |
| 352. | Megan Lambert | 2/22/2012 | 111487 |
| 353. | Botton Trawler | 2/22/2012 | 111491 |
| 354. | Howard Laurie | 2/24/2012 | 112130 |
| 355. | Kenneth Lewis | 2/23/2012 | 111722 |
| 356. | Steve Lister | 2/22/2012 | 111492 |
| 357. | Richard Long Seafood | 2/22/2012 | 111493 |
| 358. | Anthony E. Luna | 2/24/2012 | 112135 |
| 359. | Charles Marks, III | 2/22/2012 | 111496 |
| 360. | Daniel Mason | 2/22/2012 | 111498 |
| 361. | Michael A. McDuffie | 2/23/2012 | 111727 |
| 362. | Patrick R. McFarland, II | 2/22/2012 | 111499 |
| 363. | Thomas McMillian | 2/23/2012 | 111730 |
| 364. | Calvin McNeil | 2/22/2012 | 111500 |
| 365. | Ricky Millender | 2/22/2012 | 111501 |
| 366. | Darlene Millender | 2/24/2012 | 111925 |
| 367. | Megan Millender | 2/24/2012 | 111926 |
| 368. | Kavin Mitchell | 2/23/2012 | 111735 |
| 369. | Kevin Terry Mitchell | 2/23/2012 | 111738 |
| 370. | Spindrift Charters | 2/22/2012 | 111502 |
| 371. | Charles Odom | 2/22/2012 | 111503 |
| 372. | Benjamin Owens | 2/24/2012 | 112137 |
| 373. | Donald Dewayne Page | 2/22/2012 | 111504 |
| 374. | Johnny Paige | 2/23/2012 | 111739 |
| 375. | Judy Parker | 2/23/2012 | 111741 |
| 376. | Brownie's Guide Service | 2/22/2012 | 111505 |
| 377. | Austin Parks | 2/22/2012 | 111506 |
| 378. | Douglas Pelt | 2/22/2012 | 111507 |
| 379. | Paul Potts | 2/22/2012 | 111508 |
| 380. | Rosa Rosa Powell | 2/22/2012 | 111509 |
| 381. | Eric Prevost | 2/23/2012 | 111746 |
| 382. | Ralph Richards | 2/22/2012 | 111510 |
| 383. | Maxwell Richardson | 2/22/2012 | 111511 |
| 384. | Stanley Richardson | 2/22/2012 | 111512 |
| 385. | Northbay Seafood | 2/22/2012 | 111514 |
| 386. | Nickolaus O. Rodweller | 2/22/2012 | 111517 |
| 387. | Christopher Rose | 2/22/2012 | 111518 |
| 388. | Fred A. Sawyer | 2/22/2012 | 111520 |
| 389. | Carolyn F. Scott | 2/22/2012 | 111521 |
| 390. | Robert Sieminski | 2/22/2012 | 111525 |
| 391. | Steven Q. Stewart | 2/24/2012 | 111939 |

| | | | |
|---|---|---|---|
| 392. | Steven Stewart | 2/24/2012 | 112141 |
| 393. | David Sutton | 2/24/2012 | 111940 |
| 394. | Patrica Lanette Thomas | 2/23/2012 | 111747 |
| 395. | James T. Tipton | 2/22/2012 | 111528 |
| 396. | ET Enterprises | 2/22/2012 | 111530 |
| 397. | Killfish Charters | 2/22/2012 | 111531 |
| 398. | Edward Allen Turner | 2/23/2012 | 111749 |
| 399. | Sonia F. Viggen | 2/22/2012 | 111534 |
| 400. | Christine M. Walsh | 2/22/2012 | 111535 |
| 401. | Christine Walsh | 2/22/2012 | 111541 |
| 402. | James O. Watkins | 2/22/2012 | 111536 |
| 403. | Charles Weston | 2/24/2012 | 112143 |
| 404. | Perry L. White | 2/22/2012 | 111537 |
| 405 | William A. White, Sr. | 2/22/2012 | 111538 |
| 406. | Sheila Williams | 2/23/2012 | 111755 |
| 407. | Andrew Willingham | 2/22/2012 | 111540 |
| 408. | Bobbie J. Wilson | 2/23/2012 | 111757 |
| 409. | Herbert Wade Wilson | 2/23/2012 | 111758 |
| 410. | Herbert Wilson | 2/24/2012 | 111942 |
| 411. | Freddy Yarbrough | 2/22/2012 | 111542 |
| 412. | Classy Lady, LLC | 2/22/2012 | 111470 |
| 413. | Costin Insurance Agency, Inc. | 2/22/2012 | 111471 |
| 414. | Van Lierop Insurance Services, Inc. | 2/22/2012 | 111533 |