UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

### BP'S 02/24/2012 OBJECTIONS TO TRIAL EXHIBIT LISTS

Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (collectively "BP") submit their 02/24/2012 objections to the trial exhibit lists filed by the parties (attached hereto as "Exhibit A").

As described in BP's January 20, 2012 Objections to Trial Exhibits, certain parties, most notably the PSC, did not comply with the Court's January 10, 2012 order requiring the identification of all exhibits that were added to or removed from the earlier good faith exhibits. Over 6,000 new exhibits were added by the PSC to the 1/13/12 trial exhibit lists, but not identified as new in violation of the Court's January 10, 2012 order.  Many of these were deposition excerpts or two-page summaries, which should not be on the parties' trial exhibit lists. BP therefore now adds objections in response to the over 6,000 new exhibits that have now been identified as new by the PSC from their 1/13/2012 trial exhibit list.  BP has also revised its objections in a first-pass effort to incorporate the principles set forth in the Court's recent evidentiary rulings.

Any objection on this list to any particular exhibit acts as an objection to all other exhibits that are duplicative or substantially similar but have different trial exhibit numbers. If a party has divided or will divide an exhibit into subsections, BP makes the same objections to those subsections as it did to the original exhibit. To the extent a party cures all of BP's authenticity objections to an exhibit, but BP had other, non-authenticity objections to that exhibit, those non-authenticity objections apply to the cured exhibit.

BP reserves the right: (1) to join objections by other parties; (2) to add and/or remove objections based on any party's motions in limine or ruling by the Court; (3) to add objections as to foundation (including foundation as to the business records exception to the hearsay rule), depending on what foundation is established at trial; (4) to add and/or remove objections in light of other parties' pre-trial filings, exhibit lists, physical exhibits, photographs, and demonstratives, as well as the evidence and arguments presented by other parties at trial; (5) to add and/or remove objections based on documents produced by other parties recently, or documents identified in connection with the completion of Phase One discovery; (6) to object to any exhibit related only to Phase II or III issues; (7) to object to any exhibit whose admission is barred by statute or regulation, such as certain exhibits relating to the Marine Board or U.S. Chemical Safety Board investigations; (8) to object to documents addressed in BP's motions in limine; (9) to object to exhibits that set forth full or partial deposition testimony, page and line deposition designations, or deposition narrative summaries; (10) to object to any exhibit that any party has insufficiently or incorrectly identified on its exhibit list, or that it has not yet produced; and (11) to introduce at trial any exhibit to which BP has objected (*e.g.*, a document may be offered as an admission against another party but may be hearsay with regard to BP).

For any exhibit that BP states is admissible only as an admission by some other party, BP also objects to that exhibit on hearsay (F.R.E. 802) grounds, as inadmissible against BP. BP's objections on this list are in addition to any other objections made to any trial exhibit. BP incorporates by reference all prior objections.

Dated: February 24, 2012	Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
312-862-2000 (Tel)
312-862-2200 (Fax)

Robert C. "Mike" Brock
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
202-662-5985

*Attorneys for Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c.*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 24th day of February, 2012.

                                             /s/ Don K. Haycraft