UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § § § | MDL No. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |
| Applies to: ALL CASES AND 2:10-CV-2771 | | |

**HALLIBURTON ENERGY SERVICES INC.'S MOTION FOR ADVERSE INFERENCES BASED ON ASSERTIONS OF THE FIFTH AMENDMENT**

Defendant Halliburton Energy Services, Inc. ("HESI") files this Motion For Adverse Inferences Based on Assertions of the Fifth Amendment, pursuant to the Court's February 14, 2012, Order regarding Scope of Adverse Inferences Drawn from Invocation of Fifth Amendment Privilege Against Self-Incrimination (Rec. Doc. 5682) and in response to Magistrate Shushan's February 23, 2012, request that parties provide a listing of the adverse inferences to be drawn from the testimony of witnesses who have invoked the Fifth Amendment.  HESI respectfully seeks adverse inferences against BP and Transocean with regard to the following BP and Transocean employees who have invoked the Fifth Amendment:

> Stephen Bertone,
> Mark Hafle,
> Jimmy Harrell,
> Robert Kaluza, Jr.,
> Brian Morel,
> Allen Seraile, and
> Wyman Wheeler.

Dated:  February 24, 2012

Respectfully Submitted,

**GODWIN RONQUILLO PC**

**By:** /s/ *Donald E. Godwin*
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
dgodwin@GodwinRonquillo.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
bbowman@GodwinRonquillo.com
Jenny L. Martinez
State Bar No. 24013109
jmartinez@GodwinRonquillo.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
fhartley@GodwinRonquillo.com
Gavin E. Hill
State Bar No.  00796756
ghill@GodwinRonquillo.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

and

R. Alan York
AYork@GodwinRonquillo.com
Jerry C. von Sternberg
JVonSternberg@GodwinRonquillo.com
Misty Hataway-Coné
MCone@GodwinRonquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone:  713.595.8300
Facsimile:  713.425.7594

**ATTORNEYS FOR DEFENDANT**
**HALLIBURTON ENERGY SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Halliburton Energy Services Inc.'s Motion for Adverse Inferences Based on Assertions of the Fifth Amendment has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 24th day of February, 2012.

                                         /s/  *Donald E. Godwin*
                                         Donald E. Godwin