UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG §<br>"DEEPWATER HORIZON" in the §<br>GULF OF MEXICO, on §<br>APRIL 20, 2010 §<br>§<br>THIS DOCUMENT RELATES: §<br>§<br>IN RE: TRITON ASSET LEASING GmbH §<br>Case No. 2:10-cv-02771-CJB-SS § | | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**MEMORANDUM IN SUPPORT OF
MOTION FOR ACCEPTANCE OF LIMITATION
SHORT FORM JOINDERS FILED AFTER THE SEPTEMBER 16, 2011 DEADLINE**

NOW INTO COURT, through undersigned counsel, come Claimants who file this Memorandum in Support of the accompanying Motion for Acceptance of Limitation Short Form Joinders Filed After the September 16, 2011 Deadline.  Claimants seek this Honorable Court's permission to accept Claimants' late-filed joinders in the limitation proceeding for the following reasons:

1. Because Claimants were unaware of the deadline, or had yet to fully realize their damages, they did not contact counsel in time to meet the Court-established deadline. As such, the Claimants did not timely meet the monition date established by the Court.

2. Upon showing of reason, the Court should grant permission to file late claims if the "limitation proceeding is pending and undetermined, and the rights of the parties are not adversely affected."  *Texas Gulf Sulphur Co. v. Blue Stack Towing Co.*, 313 F.2d

359, 362 (5th Cir. 1963) (citing 3 Benedict on Admiralty § 518, p. 542 (Knauth ed. 1940)).

3. No prejudice will result from the acceptance of the Claimants' Short Form Joinders. No action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding.

4. The Transocean limitation proceeding is pending and undetermined.

For these reasons, Claimants respectfully move this Court for an Order accepting their late-filed joinders and granting the accompanying Motion for Acceptance of Limitation Short Form Joinders Filed After the September 16, 2011 Deadline.

    Respectfully submitted:

    /s/ Rhon E. Jones
    Rhon E. Jones
    BEASLEY, ALLEN, CROW, METHVIN
    PORTIS & MILES, P.C.
    Post Office Box 4160
    Montgomery, Alabama 36103-4160
    (334) 269-2343
    (334) 954-7555 (Facsimile)
    Rhon.Jones@beasleyallen.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2012, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System which will provide notice to all counsel of record.

    /s/ Rhon E. Jones
    Rhon E. Jones