UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179 SECTION J JUDGE BARBIER MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES: | § § | |
| IN RE: TRITON ASSET LEASING GmbH Case No. 2:10-cv-02771-CJB-SS | § § | |

## ORDER

Considering the Motion for Acceptance of Limitation Short Form Joinders Filed After the September 16, 2011 Deadline:

It is ORDERED that the late-filed Short Form Joinders filed by Movants, identified as the 414 claimants in "Exhibit A," shall be considered as timely filed claims in the Transocean Limitation (Civil Action No. 10-2771), as well as properly joined in the B1 and/or B3 Bundle Amended Master Complaints, in accordance with Pre-Trial Orders Nos. 24 and 25.

Signed this ____ day of _____, 2012.

_____
Honorable Carl J. Barbier,
U.S. District Court Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179 SECTION J JUDGE BARBIER MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES: | § § | |
| IN RE: TRITON ASSET LEASING GmbH Case No. 2:10-cv-02771-CJB-SS | § § | |

# EXHIBIT A

| | Claimant Name | Date Filed | Joinder Doc. No. |
|---|---|---|---|
| 1 | AEPJ, LLC | 2/22/2012 | 111432 |
| 2 | Alan Edwards | 2/25/2012 | 112201 |
| 3 | Amanda L. West | 2/25/2012 | 112211 |
| 4 | Andy's Law Care, Inc | 2/22/2012 | 111422 |
| 5 | Ann P. Moran | 2/24/2012 | 112190 |
| 6 | Ann Tyson Hopkins | 2/24/2012 | 112183 |
| 7 | Anna Swindle | 2/25/2012 | 112209 |
| 8 | Arthur Lee Rivers | 2/23/2012 | 111654 |
| 9 | Aubrey Roney | 2/25/2012 | 112236 |
| 10 | Bair Holdings | 2/22/2012 | 111423 |
| 11 | Bay Side Scooters | 2/24/2012 | 112165 |
| 12 | Blythe, LLC | 2/22/2012 | 111433 |
| 13 | Bobby Gibson | 2/25/2012 | 112217 |
| 14 | Brian Demmer | 2/24/2012 | 112174 |
| 15 | Budd Arzie | 2/22/2012 | 111434 |
| 16 | Building Engineering Consultants, Inc. | 2/24/2012 | 111904 |
| 17 | Candice D. Lanier | 2/25/2012 | 112206 |
| 18 | Cando Painting & Woodcare, L.L.C. | 2/22/2012 | 111435 |
| 19 | Carolyn Austin Franklin | 2/24/2012 | 112176 |
| 20 | CAST, LLC | 2/25/2012 | 112246 |
| 21 | Catherine M. Oberding | 2/25/2012 | 112247 |
| 22 | Cathie Grybko's Produce | 2/22/2012 | 111763 |
| 23 | Central Machine Works, Inc. | 2/22/2012 | 111436 |
| 24 | Christopher Patterson | 2/25/2012 | 112239 |
| 25 | Coastal Oil Company, Inc. | 2/23/2012 | 111671 |
| 26 | Country Gables Assisted Living Facility | 2/23/2012 | 111656 |

| | | | |
|---|---|---|---|
| 27 | Cristi L. Daughtery | 2/24/2012 | 112171 |
| 28 | D.R. Signs Service & Repair Company | 2/22/2012 | 111437 |
| 29 | David Green | 2/24/2012 | 112169 |
| 30 | David Wilson Masonry, Inc. | 2/23/2012 | 111751 |
| 31 | Deep South Irrigation | 2/23/2012 | 111759 |
| 32 | Delta Radiology | 2/24/2012 | 112162 |
| 33 | Dennis Miller | 2/25/2012 | 112221 |
| 34 | Derrick Godbold | 2/25/2012 | 112222 |
| 35 | Dive Shop, Inc. | 2/22/2012 | 111452 |
| 36 | D'Lawn Ranger Services, LLC | 2/23/2012 | 111673 |
| 37 | Donald Lee Phelps | 2/25/2012 | 112210 |
| 38 | Donald Wayne Denton | 2/25/2012 | 112202 |
| 39 | Donel S. Bonner | 2/25/2012 | 112200 |
| 40 | Dorles Coates | 2/25/2012 | 112223 |
| 41 | Easy Stop, Inc. | 2/23/2012 | 111657 |
| 42 | Elegant Designs | 2/22/2012 | 111438 |
| 43 | Elwood Landon West | 2/25/2012 | 112208 |
| 44 | Emerald Coast Carpet Cleaning, LLC | 2/22/2012 | 111424 |
| 45 | EMR Brandon, Inc. | 2/22/2012 | 111439 |
| 46 | EMR Dale Mabry, LLC | 2/22/2012 | 111440 |
| 47 | EMR New Port, LLC | 2/22/2012 | 111441 |
| 48 | Encompass Yacht Management | 2/23/2012 | 111658 |
| 49 | Estela's Mexican Restaurant, Inc. | 2/22/2012 | 111442 |
| 50 | F&H Painting | 2/23/2012 | 111659 |
| 51 | Floyd Daniel Franklin | 2/24/2012 | 112177 |
| 52 | Freddie L. Holladay | 2/24/2012 | 112181 |
| 53 | Futterer Partners, LLC | 2/23/2012 | 111765 |
| 54 | Gabriel Fleming | 2/25/2012 | 112224 |
| 55 | Gayle B. Holladay | 2/24/2012 | 112182 |
| 56 | Gene's Place d/b/a The Smokehouse | 2/24/2012 | 112166 |
| 57 | Glover Auten Food Service, Inc. | 2/22/2012 | 111443 |
| 58 | Glynese Irby | 2/24/2012 | 112185 |
| 59 | Go Green on the Beach, LLC d/b/a Free Beach Ride | 2/24/2012 | 112168 |
| 60 | Gregory L. Griffin | 2/24/2012 | 112178 |
| 61 | Gulf Coast Aerial Advertising | 2/25/2012 | 112203 |
| 62 | Gulf Coast Entertainment | 2/23/2012 | 111699 |
| 63 | Gulf Group, Inc. | 2/23/2012 | 111661 |
| 64 | Gustave Sander | 2/25/2012 | 112225 |
| 65 | Harry Saunders | 2/25/2012 | 112213 |
| 66 | Highland Kar Care | 2/24/2012 | 111855 |
| 67 | Hinshaw Seafood Sales | 2/22/2012 | 111425 |
| 68 | Huseyin Ozboy | 2/23/2012 | 111675 |
| 69 | Indoor Air Quality Consultants, LLC | 2/22/2012 | 111444 |

| | | | |
|---|---|---|---|
| 70 | Intergalactech, LLC | 2/22/2012 | 111445 |
| 71 | Iron and Canvas Workshop | 2/22/2012 | 111426 |
| 72 | Island Style-Creations | 2/25/2012 | 112205 |
| 73 | It Don't Matter | 2/22/2012 | 111446 |
| 74 | Jarrett Anderson | 2/25/2012 | 112226 |
| 75 | Jo Ella Cooper | 2/25/2012 | 112228 |
| 76 | Joan Sulynne Denton | 2/25/2012 | 112204 |
| 77 | John F. Klapka | 2/24/2012 | 112187 |
| 78 | John Ward, CFI | 2/23/2012 | 111669 |
| 79 | Judson D. Davis | 2/24/2012 | 112172 |
| 80 | Kishan, LLC d/b/a Scottish Inns of Troy | 2/24/2012 | 112062 |
| 81 | Law Office of Kathie Snowden | 2/22/2012 | 111447 |
| 82 | Leitz & Reed Office Products d/b/a Leitz Office Products | 2/22/2012 | 111448 |
| 83 | Leland L. Irby | 2/24/2012 | 112186 |
| 84 | Lesley Raines | 2/24/2012 | 112193 |
| 85 | Linda Raines | 2/24/2012 | 112194 |
| 86 | Lisa M. Meaney | 2/24/2012 | 112189 |
| 87 | Manley Installation Services, Inc. | 2/24/2012 | 111903 |
| 88 | Maralind C. Klapka | 2/24/2012 | 112188 |
| 89 | Marlon Bell | 2/25/2012 | 112216 |
| 90 | Mary Anna F. Williams | 1/12/2012 | 110551 |
| 91 | Michael Sovine | 2/25/2012 | 112237 |
| 92 | Mike's Produce & Plants, Inc. | 2/22/2012 | 111449 |
| 93 | Nancy Markoe Gallery, Inc. | 2/22/2012 | 111450 |
| 94 | Navarre Sqaure Limited | 2/22/2012 | 111427 |
| 95 | Omni Hospitality of Enterprise, LLC | 2/23/2012 | 111663 |
| 96 | P.M. Reid Living Trust | 2/24/2012 | 112191 |
| 97 | Patricia R. Hendrix | 2/24/2012 | 112179 |
| 98 | Pearl Hospitality, LLC dba Motel 6 | 2/23/2012 | 111664 |
| 99 | Phyliss Raines | 2/24/2012 | 112195 |
| 100 | Pleasure Island Bait | 2/24/2012 | 112065 |
| 101 | Reaux's Carpet & Tile Services | 2/22/2012 | 111451 |
| 102 | Richard Kirkwood | 2/25/2012 | 112231 |
| 103 | Rick Teague | 2/25/2012 | 112210 |
| 104 | Robert Foster Drywall | 2/22/2012 | 111428 |
| 105 | Robert L. Solano | 2/24/2012 | 112196 |
| 106 | Sai Ram Hospitality d/b/a Days Inn Evergreen | 2/22/2012 | 111429 |
| 107 | Showcase Auto Brokers, USA, Inc. | 2/22/2012 | 111430 |
| 108 | Southern Lady Charters, LLC | 2/25/2012 | 112238 |
| 109 | Southern Quality Cleaners | 2/25/2012 | 112207 |
| 110 | Summer Scoops, Inc. | 2/23/2012 | 111754 |
| 111 | Summit Hills, Inc. | 2/24/2012 | 112197 |
| 112 | Sundown Owers Association, Inc. as Termination Trustee | 2/24/2012 | 112198 |

| | | | |
|---|---|---|---|
| 113 | Sweetie Pie, Inc. | 2/22/2012 | 111431 |
| 114 | Theresa Demmer | 2/24/2012 | 112175 |
| 115 | Tiffany H. Davis | 2/24/2012 | 112173 |
| 116 | Tru Cut Builders, LLC | 2/22/2012 | 111454 |
| 117 | Twilight Limousine Services, Inc. | 2/22/2012 | 111455 |
| 118 | Walter B. Chandler, Attorney at Law | 2/22/2012 | 111456 |
| 119 | Warner Louis Pinchback, jr. | 2/24/2012 | 112192 |
| 120 | Wayne A. Thompson | 2/24/2012 | 112199 |
| 121 | William H. Nelson | 2/25/2012 | 112212 |
| 122 | William Hendrix | 2/24/2012 | 112180 |
| 123 | William Sebastian | 2/25/2012 | 112241 |
| 124 | William Thomas Hopkins | 2/24/2012 | 112184 |
| 125 | Wisteria Cottage | 2/22/2012 | 111457 |
| 126 | Woods RV Park and Campground, LLC | 2/22/2012 | 111453 |
| 127 | Youth Ministry Resources | 2/24/2012 | 112069 |
| 128 | Zhong Hua Super Buffet, Inc. | 2/22/2012 | 111458 |
| 129 | Dennis Miller | 2/25/2012 | 112221 |