UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| *All cases* | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

For reasons of judicial efficiency and to allow the parties to make further progress in their settlement discussions, the Court, on its own motion, issues the following Order:

**IT IS ORDERED** that Phase I of the trial scheduled to commence February 27, 2012, is **ADJOURNED** until Monday, March 5, 2012 at 8:00 a.m.

New Orleans, Louisiana, this 26th day of February, 2012.

_____
United States District Judge