UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER |
| THIS DOCUMENT RELATES: | § § | MAG. JUDGE SHUSHAN |
| IN RE: TRITON ASSET LEASING GmbH<br>Case No. 2:10-cv-02771-CJB-SS | § § | |

**MOTION FOR LEAVE TO FILE LIMITATION**
**SHORT FORM JOINDERS AFTER THE APRIL 20, 2011 DEADLINE**

# EXHIBIT A

| | **Claimant Name** | **Date Filed** | **Joinder Doc. No.** |
|---|---|---|---|
| 1 | Roger Randall | 2/26/2012 | 112249 |