UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:   OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER |
| THIS DOCUMENT RELATES:<br><br>IN RE: TRITON ASSET LEASING GmbH<br>Case No. 2:10-cv-02771-CJB-SS | § § § § | MAG. JUDGE SHUSHAN |

## ORDER

Considering the Motion for Acceptance of Limitation Short Form Joinders Filed After the September 16, 2011 Deadline:

It is ORDERED that the late-filed Short Form Joinders filed by Movants, identified as the 414 claimants in "Exhibit A," shall be considered as timely filed claims in the Transocean Limitation (Civil Action No. 10-2771), as well as properly joined in the B1 and/or B3 Bundle Amended Master Complaints, in accordance with Pre-Trial Orders Nos. 24 and 25.

Signed this _____ day of _____, 2012.

_____
Honorable Carl J. Barbier,
U.S. District Court Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER |
| THIS DOCUMENT RELATES: | § § | MAG. JUDGE SHUSHAN |
| IN RE: TRITON ASSET LEASING GmbH<br>Case No. 2:10-cv-02771-CJB-SS | § § | |

# EXHIBIT A

| | Claimant Name | Date Filed | Joinder Doc. No. |
|---|---|---|---|
| 1 | Roger Randall | 2/26/2012 | 112249 |