IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the ) | | MDL No.: 10- 2179 |
| OIL RIG "DEEPWATER HORIZON" ) | | |
| in the GULF OF MEXICO, on ) | | Section: J |
| April 20, 2010 ) | | |
| ) | | Judge Barbier |
| ) | | |
| This DOCUMENT RELATES TO: ) | | Mag. Judge Shushan |
| ) | | |
| IN RE: TRITON ASSET LEASING GmbH ) | | |
| Case No.: 2:10-cv-02771-CJB-SS ) | | |

**MOTION FOR ACCEPTANCE OF LIMITATION
SHORT FORM JOINDERS FILED AFTER THE SEPTEMBER 16, 2011 DEADLINE**

COME NOW Claimants Gary Bryant, Seth Wilson, Dewitt Sightler, Scott6 Johnson, Brernt Shaver and Mike Peek, through undersigned counsel, and move this Court for acceptance of their late-filed Short Form Joinders in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., As Owner, Managing Owners, Owners Pro Hac Vice, and/or Operators of the MODU Deepwater Horizon. In support thereof Claimants state:

1. This Court established an April 20, 2011 monition date for the filing of claims in the Transocean limitation proceeding.

2. This Court extended the deadline for the filing of claims in the Transocean limitation proceeding to September 16, 2011.

3. Because Claimants were unaware of the deadline, or had yet to fully realize their damages, they did not contact counsel in time to meet the September 16, 2011 deadline. As a result, Claimants did not meet the deadline as set by the Court.

4. No prejudice will result from the acceptance of the Short Form Joinders filed after

September 16, 2011.  Moreover, no action has been taken in the limitation proceeding which would cause prejudice to any other party to the proceeding.

     5.    The Transocean limitation proceeding is pending and undetermined. Upon showing of reason, the Court should grant permission to file late claims if the "limitation proceeding is pending and undetermined, and the rights of the parties are not adversely affected." *Texas Gulf Sulphur Co. v. Blue Stack Towing Co.*, 313 F.2d 359, 362 (5th Cir. 1963) (citing 3 Benedict on Admiralty § 518, p. 542 (Knauth ed.1940)).

For these reasons, Claimants respectfully move this Court for an Order granting this Motion for Acceptance of Limitation Short Form Joinders Filed After the September 16, 2011 Deadline, and that the Court deem said Short Form Joinders as timely filed in the Transocean limitation proceeding.

                                Respectfully submitted,

                                /s/ Lange Clark
                                Lange Clark

Law Office of Lange Clark, P.C.
301 19th Street North
Suite 550
Birmingham, Alabama 35203
Telephone: 205-939-3933
langeclark@mindspring.com

### Certificate of Service

I hereby certify that on February 26, 2012, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System which will provide notice to all counsel of record.

                                /s/ Lange Clark
                                Lange Clark