IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the ) | MDL No.: 10- 2179 |
| OIL RIG "DEEPWATER HORIZON" ) | |
| in the GULF OF MEXICO, on ) | Section: J |
| April 20, 2010 ) | |
| ) | Judge Barbier |
| ) | |
| This DOCUMENT RELATES TO: ) | Mag. Judge Shushan |
| ) | |
| IN RE: TRITON ASSET LEASING GmbH ) | |
| Case No.: 2:10-cv-02771-CJB-SS ) | |

## ORDER

Considering the Motion for Acceptance of Limitation Short Form Joinders Filed After the September 16, 2011 Deadline:

It is ORDERED that claimants Gary Bryant, Seth Wilson, Dewitt Sightler, Scott6 Johnson, Brernt Shaver and Mike Peek shall be considered as timely filed claims in the Transocean Limitation (Civil Action No. 10-2771), as well as properly joined in the B1 and/or B3 Bundle Amended Master Complaints, in accordance with Pre-Trial Orders Nos. 24 and 25.

Signed this ____ day of _____, 2012.

_____
Honorable Carl J. Barbier,
U.S. District Court Judge