IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the ) | | MDL No.: 10- 2179 |
| OIL RIG "DEEPWATER HORIZON" ) | | |
| in the GULF OF MEXICO, on ) | | Section: J |
| April 20, 2010 ) | | |
| ) | | Judge Barbier |
| ) | | |
| This DOCUMENT RELATES TO: ) | | Mag. Judge Shushan |
| ) | | |
| IN RE: TRITON ASSET LEASING GmbH ) | | |
| Case No.: 2:10-cv-02771-CJB-SS ) | | |

**ORDER**

Considering the Motion for Acceptance of Limitation Short Form Joinders Filed After the September 16, 2011 Deadline:

It is ORDERED that claimants Gary Bryant, docket number 110185; Seth Wilson, docket number 112400; Dewight Sightler, docket number109393; Scott Johnson, docket number 110247; Brent Shaver, docket number 110186; Keith Powell docket number 112248; and Mike Peek, docket number 112250; shall be considered as timely filed claims in the Transocean Limitation (Civil Action No. 10-2771), as well as properly joined in the B1 and/or B3 Bundle Amended Master Complaints, in accordance with Pre-Trial Orders Nos. 24 and 25.

Signed this ____ day of _____, 2012.

_____
Honorable Carl J. Barbier,
U.S. District Court Judge