# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois 60654

Andrew Langan, P.C.
To Call Writer Directly:
(312) 862-2064
andrew.langan@kirkland.com

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

February 24, 2012

**VIA EMAIL**                                                                 **CONFIDENTIAL**

The Honorable Carl J. Barbier
United States District Court
500 Poydras Street
New Orleans, LA 70130

> In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on
> April 20, 2010, MDL No. 2179

Dear Judge Barbier:

Pursuant to the Court's *Order re Working Group Conference on Friday, February 10, 2012* and similar prior Orders, the BP Parties ("BP") served objections on Wednesday, February 22, 2012 to certain demonstratives exchanged by the parties. BP also sent Plaintiffs a letter Wednesday evening highlighting its particular concern about 30 demonstratives submitted by the Plaintiffs that violate this Court's February 9, 2012 *Order and Reasons Regarding Motions in Limine to Exclude Instances of Prior Alleged Improper Conduct and Prior Adverse Criminal, Civil or Regulatory Proceedings* ("Prior Incidents Order"). BP attaches its letter to the Plaintiffs, along with its objections, as Exhibit A. BP requested that the Plaintiffs agree to withdraw those 30 demonstratives, and/or that they meet and confer as to the objections. Since then, Plaintiffs have refused to withdraw the demonstratives, and have reiterated that they believe that (at least certain of) the demonstratives are permissible, notwithstanding that the demonstratives directly discuss the types of evidence of prior incidents that are excluded by the Prior Incidents Order.

In the Prior Incidents Order, Your Honor explained that you would "grant the motion in limine to exclude evidence of prior accidents or alleged misconduct in Phase I of the trial." Prior Incidents Order at 5. The Order also specified that "evidence of prior adverse criminal, civil, and regulatory proceedings" was excluded. *Id.* at 6.

## KIRKLAND & ELLIS LLP

The Honorable Carl J. Barbier
February 24, 2012
Page 2

The following, while not exhaustive, are illustrative examples of the 30 demonstratives that violate the Court's 2/19/12 Order:[1]

- D-21734.001 and D-22779 list as sources TREX-06006, and D-21734.002 lists as a source TREX-06008. Both TREX-06006 and TREX-6008 are specifically cited in the Prior Incidents Order as examples of the types of evidence that are excluded by the Order. Prior Incidents Order at 2.

- D-3818, D-3821, D-3862, and D-3869 all discuss information excluded by the Prior Incidents Order, including the Major Incident Investigation Report concerning the 2000 incident at BP's Grangemouth complex in Scotland, a report specifically listed in the Prior Incidents Order as an example of excluded evidence.

- D-22782.001, D-22782, and D-7184 include discussion of prior adverse criminal, civil, and regulatory proceedings, which is specifically excluded by the Prior Incidents Order. *Id.* at 6.

BP attaches these examples as Exhibit B.

Given the limited time available to resolve these objections, BP hereby seeks the Court's attention in ruling on BP's objection to the Plaintiffs' demonstratives that violate the Prior Incidents Order. BP believes that at least some of these 30 demonstrative exhibits are intended for use by the Plaintiffs in their opening statement or otherwise during the first week of trial. A ruling on BP's objection is necessary to prevent undue prejudice or avoidable interruptions before Your Honor on the first day of trial.

As always, we appreciate the Court's time and consideration in this matter.

Sincerely,

/s/ Andrew Langan, P.C.

JAL/cs

---

[1] The 30 Plaintiffs' demonstratives at issue in this letter are: D-21734.0001; D-21734.002; D-21734; D-22779; D-22782.001; D-22782.002; D-22782; D-22789; D-22797.001; D-22797.002; D-22797.002; D-22797; D-22795; D-22796; D-3818; D-3821; D-3862; D-3869; D-7153; D-7160; D-7184; D-7190; D-20001.006; D-20001.007; D-20001.008; D-20001.009; D-20001.010; D-20001.011; D-20001.012; and D-20001.013

# KIRKLAND & ELLIS LLP

The Honorable Carl J. Barbier
February 24, 2012
Page 3

cc:    The Honorable Sally Shushan
        Defense Liaison Counsel
        Plaintiffs Liaison Counsel
        Mike Underhill
        Hon. Attorney General Luther Strange
        Cory Maze
        Trey Phillips
        Ben Allums
        Mike O'Keefe