# BP Couldn't Operate Safely

## Texas City



- 15 people killed
- 180 people injured
- BP pled guilty to a felony and was fined $50,000,000

| 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | **2005** | 2006 | 2007 | 2008 | 2009 |

TREX-06006; TREX-06012

TREX-21734.001-DEM

# BP Disasters and Guilty Pleas

**March 23, 2005**



**Texas City**

**February – March 2006**



**Prudhoe Bay**

**April 20, 2010**



**Macondo**

**November 27, 2009**

**Pleads guilty for Prudhoe Bay**
- $20,000,000
- Three years probation

**March 12, 2009**

**Pleads guilty for Texas City**
- $50,000,000
- Three years probation

| 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |

TREX-06006; TREX-06008

TREX-22779-DEM

# BP Couldn't Operate Safely

## Prudhoe Bay



- Over 200,000 gallons of oil spilled
- BP pled guilty to a crime and paid $20,000,000 in fines and restitution



1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | **2006** | 2007 | 2008 | 2009

TREX-06008

TREX-21734.002-DEM

| 2000 GRANGEMOUTH INCIDENTS | 2005 TEXAS CITY EXPLOSION | 2006 ALASKA PIPELINE SPILL | BP'S PROMISED RESPONSE |
|---|---|---|---|
| **HSE GRANGEMOUTH INCIDENT REPORT** | **U.S. REFINERIES INDEPENDENT SAFETY (BAKER) COMMISSION REPORT** | **BOOZ/ALLEN/HAMILTON REPORT** | **BP's Six-Point Plan** |
| Exhibit No. 3818 Worldwide Court Reporters, Inc. | | | 1. Texas City Response Actions – Portable Buildings |
| "Operators should give increased focus to major accident prevention [in] order to ensure serious business risk is controlled and to ensure effective corporate governance" | "Process risk assessment and analysis....the system as a whole does not ensure adequate identification and rigourous analysis of those hazards. The Panel's examination also identifies that the extent and recurring nature of this deficiency is not isolated, but systemic." | "A second priority is to address the fundamental risk assessment and integrity management issues. Without a rigorous and methodical approach that integrates risk assessment into risk management and assurance activities, it will not be possible to have a truly effective integrity management program." | 2. Major Accident Assessment (MAR) & Response Plan |
| "Major hazard industries should ensure that the knowledge available from previous incidents both within their own organization and externally are incorporated into current safety management systems." | "BP should establish and implement an integrated and comprehensive process safety management system that systematically and continuously identifies, reduces and manages process safety risks..." | "An effective response to address the findings in this report would be to develop a comprehensive risk management process for pipeline integrity..., and then implement it across the entire BPXA infrastructure." | 3. Integrity Management & Control of Work Standards Implementation |
| "BP were prosecuted on indictment ...on 18th January 2002 and pleaded guilty to two charges." BP Chemical Limited were fined 250,000 pounds; BP Oil Grangemouth Refinery Limited were fined 750,000 pounds." | "The Defendant further agrees to pay the United States a fine in the amount of fifty million dollars ($50,000,000)..., [and] agrees to serve a term of probation of three (3) years." | BP was sentenced to three years of probation and fined 12 million dollars. "The first priority is to respond to regulatory compliance directives in a timely manner." | 4. Compliance with Applicable Laws and Regulations |
| "BP failed to achieve the operational control and maintenance of process and systems required by law." | "BP has not implemented an effective process safety audit system... BP should establish and implement an effective system to audit and process safety performance" | "A number of key assurance processes (e.g., Audit, Management of Change) were not "closed loop" to ensure that required changes were truly implemented and documented." | 5. More Comprehensive Safety Audit Process - Close Out Audit Actions |
| | "BP should develop and implement a system to ensure that... personnel... possess an appropriate level of process safety knowledge and expertise." | | 6. Staff Training and Development in Safety & Operations |



Ex. 3821





# BP Couldn't Operate Ethically

## Propane Market



- BP conspired to illegally corner and manipulate the propane market
- BP agreed to deferred prosecution agreement
- BP paid over $175,000,000 in fines and restitution

| 1999 | 2000 | 2001 | 2002 | 2003 | **2004** | 2005 | 2006 | 2007 | 2008 | 2009 |

TREX-06010

TREX-22782.001-DEM

# BP Couldn't Operate Ethically

## North Slope



- BP did not report illegal dumping of toxic waste at its oil field
- BP pled guilty to a crime and was fined $15,500,000



1999 | **2000** | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009

TREX-06005

TREX-22782-DEM

# BP CRIMINAL HISTORY

## "Major accident scenarios suggest corporate and individual LIABILITY could be incurred."

2000 – BP pleads guilty to its engineers injecting dangerous materials into a well casing to dispose of the materials. BP is put on five (5) years probation, and entered into a compliance agreement with EPA's debarment division.

2000 – BP's Grangemouth, Scotland Refinery experienced a power failure leading to the emergency shutdown of the refinery, the rupture of a key steam pipe and a fire in the catalytic cracker unit. BP pleads guilty to criminal charges stemming from the incidents, and paid over over €1 million in fines.

2005 – BP's Texas City refinery explodes. BP's Board of Directors authorizes, and BP enters on October 24, 2007, a felony guilty plea. BP pays a $50 million fine, and is put on probation for three (3) years.

2006 – BP's Prudhoe Bay pipeline in the Alaskan North Slope spills 212,000 gallons of oil. BP pleads guilty to a criminal charge arising from the spill, pays a $22 million fine, and receives three (3) years probation.

2007 – 2009 – BP refineries in Ohio and Texas account for 97 percent of the industry's "egregious, willful" violations handed out by OSHA, with BP having 760; Sunoco, 8; Conoco-Phillips, 8; Citgo, 2; Exxon, 1.

2005 – 2009 – In the last five years, BP paid $373 million in fines to avoid prosecution in various criminal proceedings arising from BP's admitting to breaking U.S. environmental and safety laws, and fraud.

2009 – OSHA fines BP $87 million for failing to correct safety problems at its Texas City plant, in violation of its previous settlement agreement with OSHA, and thus, its terms of probation.

2010 – BP's former Vice-President-Integrity, Drilling & Completions, Kevin Lacy: "there has to be a process [available] involving holding people personally liable for serious mistakes. We put C.F.O.s in jail. I think we have to consider the process and the consequences have to be severe enough to get people at all levels to think deeply about what happens when they do the wrong thing."