

| | |
|---|---|
| To: | |
| Cc: | |
| Bcc: | |
| Subject: | Fw: MDL 2179 -- Dispute re PSC Demonstratives Subject to Prior Court Orders |
| From: | Charles Armond/LAED/05/USCOURTS - Monday 02/27/2012 11:32 AM |

| | |
|---|---|
| From: | Robert Cunningham <RTC@cunninghambounds.com> |
| To: | "Mike_OKeefe@laed.uscourts.gov" <Mike_OKeefe@laed.uscourts.gov>, "alangan@kirkland.com" <alangan@kirkland.com> |
| Cc: | "\"Ben Allums <Ben____Allums@laed.uscourts.gov/OU=, Corey Maze <cmaze@ago.state.al.us/O=, \" 'dsc2179/@a30.spamh.com"   <"Ben Allums <Ben____Allums@laed.uscourts.gov/OU=, Corey Maze <cmaze@ago.state.al.us/O=, " 'dsc2179/@a30.spamh.com>, ENRD <Steve_ " <Steve.O'Rourke@usdoj.gov/O=, " taylorc/@uscmail.uscourts.gov> |
| Date: | 02/25/2012 02:07 PM |
| Subject: | RE: MDL 2179 -- Dispute re PSC Demonstratives Subject to Prior Court Orders |

Mike,

I can confirm that none of the thirty demonstratives at issue need to be ruled on before Monday morning. None will be used in opening.

I can also confirm that none of the other thirty listed, aside from the Bea three at issue attached above, will be used for McKay or Bly.

Let me know if you need any further information.

Thanks,

Bobo


ROBERT T. CUNNINGHAM
Post Office Box 66705
Mobile, Alabama  36660
Ph  251-471-6191
Fax  251-479-1031
rtc@cunninghambounds.com
www.cunninghambounds.com

This email contains privileged and confidential information protected by the attorney work product doctrine
and attorney-client privilege.  If you receive this email in error, please notify the sender immediately.