

# Repeated Process Safety failures

| Cause | Grangemouth (2000) | Texas City (2005) | Prudhoe Bay (2006) | Macondo (2010) |
|---|---|---|---|---|
| Focus on profit and cost cutting | √ | √ | √ | √ |
| Focus on personal safety and not on process safety | √ | √ | √ | √ |
| Lack of management oversight | √ | √ | √ | √ |
| Organizational shuffling | √ | √ | √ | √ |
| Blindness to major accident risk | √ | √ | √ | √ |
| Failed process safety audits | √ | √ | √ | √ |
| Failed process safety policies & procedures | √ | √ | √ | √ |
| Integrity management failures | √ | √ | √ | √ |

TREX-22795-DEM

# Process Safety – System Reliability



Grangemouth 2000

Texas City 2005

Prudhoe Bay 2006

TREX-22796-DEM

# BP's Promises

| Year | Location | Event | BP's Promise |
|------|----------|-------|--------------|
| 1999 | Alaska | Illegal dumping of toxic waste | **"NEVER AGAIN"** <br> TREX-06005 |
| 2000 | Grangemouth | Three major accidents in less than two weeks | **"NEVER AGAIN"** <br> Tony Hayward Dep., Pg. 63 |
| 2005 | Texas City | Explosion killing 15 and injuring 180 | **"NEVER AGAIN"** <br> TREX-06007 |
| 2006 | Prudhoe Bay | 200,000 gallon oil spill | **"NEVER AGAIN"** <br> TREX-06009 |
| 2010 | Macondo | Explosion killing 11; worst oil spill in GoM history | **"NEVER AGAIN"** <br> TREX-06001; TREX-07364; TREX-08000 |

TREX-22797-DEM