# Exhibit A

# Testing of the Halliburton Slurry

| Unstable | Stable |
|---|---|
| **Crook (BP):** "Foam stability tests were performed on Halliburton's slurry design for the Macondo well, both before and after the Incident... All of these tests demonstrate that both the base slurry design and the foam system were **unstable**." (1/9/12 Expert Report at 21-22) | **Lewis (Halliburton):** "In my opinion, there is no question the testing indicates that the **foamed cement formula** that was pumped into the production casing string at the Macondo well **was stable**." (10/17/11 Expert Report at 42) |
| **Benge (US):** "Review of subsequent laboratory testing by Chevron for the National Oil Spill Commission indicated it was **unable to generate a stable foam** using the Halliburton slurry. This was confirmed by work conducted by Oilfield Testing and Consulting." (10/17/11 Expert Report at 12) | **Ravi (Halliburton):** "The Macondo slurry . . . was capable of being foamed and was stable." (1/30/2012 Expert Report at 4) |
| **Chevron Testing (10/26/2010):** "A series of nine tests were conducted under varying conditions described below... **None of the tests produced a stable foam**." (TREX 4572 at 9) | |
| **OTC Testing (8/1/2011):** **Bubble breakout** exhibited in all unset foam samples and **large density variations** observed in all set samples. (TREX 5937 at 38) | |
| **CSI Technologies:** "The 18.5% quality foam was **not stable** when generated at atmospheric pressure at 110°F or 140°F." (TREX 2477 at 3) | |

D 4278