Exhibit B











