Exhibit A

| Name of Claimant | Date Filed | Short Form Document # |
|---|---|---|
| Daniel Blay | 2/27/2012 | 112271 |
| Jerrod Bennett | 2/27/2012 | 112273 |
| Christine Tormey | 2/27/2012 | 112272 |
| Erin P. Browne | 2/24/2012 | 111853 |
| Lawrence Lewyn | 2/24/2012 | 111851 |
| BGB Construction | 2/24/2012 | 111852 |