UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig            MDL NO. 2179
      "Deepwater Horizon" in the Gulf
      of Mexico, on April 20, 2010         SECTION J

Applies to: *All Cases*                    JUDGE BARBIER
                                                          MAGISTRATE JUDGE SHUSHAN

### ORDER

**[Regarding Transocean's Motion to Strike Portions of Expert Reports and Depositions Referencing Excluded JIT Report and JIT Testimony (Rec. doc. 5880)]**

On January 26, 2012, an order was issued regarding motions *in limine* to exclude evidence of the Joint Investigation report and testimony. Rec. doc. 5448.[1] On February 24, 2012, Transocean filed a motion to strike portions of fourteen expert reports based on the January 26, 2012 order. Transocean's motion to strike includes the particular page references from the reports and depositions that it contends should be struck.

BP responded that instead of line-by-line submissions, the Court should:

1.    Note Transocean's objections for the record.

2.    Not require other parties to respond to the motion.

3.    Preserve with regard to live witnesses all objections related to the Court's prior rulings.

4.    Require that if a party tenders an expert report with material that another party believes should not be accepted into evidence, an objection may be made at the time.

5.    Require that if necessary, those objections can be specified in writing following the testimony and ruled upon in due course so as to avoid any confusion as to what is in

---

[1] See also the clarifying orders at Rec. docs. 5572 and 5618.

the record.

The PSC, Cameron, HESI and M-I concurred in BP's proposal. Transocean responded that BP's proposal was acceptable. It did request a ruling on it motion to strike the expert report of Edward Geoffrey Webster for substantial reliance on the JIT report and testimony (Rec. doc. 5782).

IT IS ORDERED that: (1) Transocean's motion to strike is GRANTED in PART to the extent that its objections are noted for the record; and (2) the parties shall proceed in accord with BP's proposal as described herein.

New Orleans, Louisiana, this 27th day of February, 2012.

**Sally Shushan**
**United States Magistrate Judge**