UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL NO. 2179 SECTION: J |
| This Document Relates To: In RE: TRITON ASSET LEASING, GmbH Case No. 2:10-cv-2771-CJB-SS | § § § § § | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## ORDER ON MOTION TO ALLOW LATE FILED CLAIM

This Court has considered Movant ABC Welding and Railing, Inc's Motion to Allow Late-Filed Short Form Joinder and is of the opinion that Movant's Motion should be GRANTED. It is therefore ORDERED that Movant ABC Welding and Railing, Inc's Motion to Allow Late-Filed Short Form Joinder is GRANTED.

IT IS SO ORDERED,

Dated this ___ day of _____, 2012.