# CITATION

Fee $29.16

TOP WATER CHARTERS, LLC, ET AL

Versus

BP PLC, ET AL



Case: 0165708
Division: B
32nd Judicial District Court
Parish of Terrebonne
State of Louisiana

*A Resident of TERREBONNE Parish*

TO: AIRBORNE SUPPORT, INC. THROUGH THEIR REGISTERED AGENT FOR SERVICE OF PROCESS:
HOWARD BARKER, PRESIDENT
3226 THUNDERBIRD ROAD
HOUMA, LA. 70363

You are hereby summoned to comply with the demand of the **ORIGINAL PETITION**

A, true and faithful copY,whereof accompanIES this citation, or to make an appearance by filing an answer or other pleading thereto, in writing, with the Clerk of Court at his office in the City of Houma, within fifteen (15) days after the service hereof; and your failure to so comply will subject you to the penalty of having a default judgment rendered against you.

Witness the Honorable Judges of said Court this 19th day of JANUARY, 2012.

**PERSONAL THRU**
1/20/12 @ 1:50 P.M.
BRADLEY C. BAKER
VICE PRESIDENT

I. Robert Boudreaux, Clerk of Court

BY: _____
Deputy Clerk of Court

A true copy:

Clerk's office, Houma, Louisiana

_____ 20__
(L.S.) _____
Deputy Clerk of Court

## SHERIFF'S RETURN

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| STATE OF LOUISIANA | STATE OF LOUISIANA |
| PARISH OF _____ | PARISH OF _____ |
| Received on _____ | Received on _____ |
| the within _____ | the within _____ together with a true copy thereof and a true copy of pleadings mentioned above and on the _____ day of _____, 20__. I served the same at the domicile of the said _____ |
| together with a true copy thereof and a true copy of pleadings mentioned above and on the _____ day of _____, 20__. I served the same on the said _____, IN PERSON in the Parish of _____, LA., at about _____ miles from the courthouse of The said Parish. WHEREOF, I make this my return on this day of _____, 20__. | Situated in the Parish of _____ LA. at about _____ miles from the courthouse of the Parish of _____, LA. by leaving the said true copies in the hands of _____ a person apparently over the age of 16 years, being and residing at the said domicile of the said _____ who was absent at the time of service as determined from the interrogation of the said _____, relative thereto. WHEREOF, I make this my return on this _____ day of _____, 20__. |
| Deputy Sheriff | Deputy Sheriff |
| Parish of _____ | Parish of _____ |

RETURN AND FILED:
JAN 2 3 2012

_____
Deputy Clerk of Court

FEE:
MILEAGE:
Total:

RECEIVED SHERIFF'S OFFICE PARISH OF TERREBONNE, LA
2012 JAN 20 12: 57

Requested By: CATHERINE B. CUMMINS 365 CANAL STREET SUITE 2850 NEW ORLEANS, LA
504-593-9600

[ ORIGINAL ]

# CITATION

Fee $28.16

TOP WATER CHARTERS, LLC, ET AL

Versus

BP PLC, ET AL



Case: 0165708
Division: B
32nd Judicial District Court
Parish of Terrebonne
State of Louisiana

A Resident of TERREBONNE Parish

TO: AIRBORNE SUPPORT INTERNATIONAL, INC. THROUGH THEIR REGISTERED AGENT FOR SERVICE OF PROCESS:
HOWARD BARKER, DIRECTOR
3626 THUNDERBIRD ROAD
HOUMA, LA. 70363

You are hereby summoned to comply with the demand of the **ORIGINAL PETITION**

A, true and faithful copY whereof accompanIES this citation, or to make an appearance by filing an answer or other pleading thereto, in writing, with the Clerk of Court at his office in the City of Houma, within fifteen (15) days after the service hereof; and your failure to so comply will subject you to the penalty of having a default judgment rendered against you.

Witness the Honorable Judges of said Court this 19th day of JANUARY, 2012.

**PERSONAL**
1/23/12 @ 9:56 AM

I. Robert Boudreaux, Clerk of Court
BY: _____
Deputy Clerk of Court

A true copy:
Clerk's office, Houma, Louisiana

_____, 20___

(L.S.) _____
Deputy Clerk of Court

## SHERIFF'S RETURN

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| STATE OF LOUISIANA<br>PARISH OF _____<br>Received on _____<br>the within _____<br>together with a true copy thereof and a true copy of pleadings mentioned above and on the _____ day of _____, 20___.<br>I served the same on the said _____<br>_____,<br>IN PERSON in the Parish of _____,<br>LA., at about ____ miles from the courthouse of The said Parish.<br>WHEREOF, I make this my return on this day of _____, 20___.<br><br>_____<br>Deputy Sheriff<br><br>Parish of _____ | STATE OF LOUISIANA<br>PARISH OF _____<br>Received on _____<br>the within _____<br>together with a true copy thereof and a true copy of pleadings mentioned above and on the _____ day of _____, 20___.<br>I served the same at the domicile of the said _____<br>Situated in the Parish of _____<br>LA. at about _____ miles from the courthouse of the Parish of _____, LA.<br>by leaving the said true copies in the hands of _____<br>a person apparently over the age of 16 years, being and residing at the said domicile of the said _____<br>who was absent at the time of service as determined from the interrogation of the said _____, relative thereto.<br>WHEREOF, I make this my return on this _____ day of _____, 20___.<br><br>_____<br>Deputy Sheriff<br>Parish of _____ |

RETURN AND FILED:
JAN 2 3 2012
_____
Deputy Clerk of Court

FEE:
MILEAGE:
Total:

2012 JAN 20 12: 57 RECEIVED SHERIFF'S OFFICE PARISH OF TERREBONNE, LA

Requested By: CATHERINE B. CUMMINS 365 CANAL STREET SUITE 2850 NEW ORLEANS, LA.
504-593-9600

[ ORIGINAL ]

Date:1/23/201

# CITATION

TOP WATER CHARTERS, LLC, ET AL

Versus

BP PLC, ET AL



Case: 0165708
Division: B
32nd Judicial District Court
Parish of Terrebonne
State of Louisiana

*A Resident of EAST BATON ROUGE Parish*

TO: BP AMERICA PRODUCTION COMPANY THROUGH THEIR REGISTERED AGENT FOR SERVICE OF PROCESS
CT CORPORTATION SYSTEM
5615 CORPORATE BOULEVARD, SUITE 400B
BATON ROUGE, LA. 70808

You are hereby summoned to comply with the demand of the **ORIGINAL PETITION**

A, true and faithful copy whereof accompanIES this citation, or to make an appearance by filing an answer or other pleading thereto, in writing, with the Clerk of Court at his office in the City of Houma, within fifteen (15) days after the service hereof; and your failure to so comply will subject you to the penalty of having a default judgment rendered against you.

Witness the Honorable Judges of said Court this 19th day of JANUARY, 2012

T. Robert Boudreaux, Clerk of Court

BY: _____ Deputy Clerk of Court

A true copy:

Clerk's office, Houma, Louisiana

_____
Deputy Clerk of Court

## SHERIFF'S RETURN

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| STATE OF LOUISIANA<br>PARISH OF _____<br>Received on _____<br>the within _____<br>together with a true copy thereof and a true copy of pleadings mentioned above and on the _____ day of _____, 20___.<br>I served the same on the said _____<br>_____<br>IN PERSON in the Parish of _____,<br>LA., at about ____ miles from the courthouse of The said Parish.<br>WHEREOF, I make this my return on this day of _____, 20___.<br><br>_____<br>Deputy Sheriff<br><br>Parish of _____ | STATE OF LOUISIANA<br>PARISH OF _____<br>Received on _____<br>the within _____<br>together with a true copy thereof and a true copy of pleadings mentioned above and on the _____ day of _____, 20___.<br>I served the same at the domicile of the said _____<br>Situated in the Parish of _____<br>LA. at about ____ miles from the courthouse of the Parish of _____, LA.<br>by leaving the said true copies in the hands of _____<br>a person apparently over the age of 16 years, being and residing at the said domicile of the said _____<br>who was absent at the time of service as determined from the interrogation of the said _____, relative thereto.<br>WHEREOF, I make this my return on this _____ day of _____, 20___.<br><br>_____<br>Deputy Sheriff<br>Parish of _____ |

RETURN AND FILED:
JAN 3 0 2012

_____
Deputy Clerk of Court

FEE:      $_____
MILEAGE:  $_____
Total:    $_____

Requested By: CATHERINE B. CUMMINS 365 CANAL STREET SUITE 2850 NEW ORLEANS, LA. 70130
504-593-9600

E.B.R. SHERIFF'S OFFICE
RECEIVED JAN 23 2012

[ ORIGINAL ]

Date:1/30/201

# CITATION



**TOP WATER CHARTERS, LLC, ET AL**

Versus

**BP PLC, ET AL**

Case: 0165708
Division: B
32nd Judicial District Court
Parish of Terrebonne
State of Louisiana

*A Resident of EAST BATON ROUGE Parish*

TO: HALLIBURTON ENERGY SERVICES INC THROUGH THEIR REGISTERED AGENT FOR SERVICE OF PROCESS
CT CORPORTATION SYSTEM
5615 CORPORATE BOULEVARD, SUITE 400B
BATON ROUGE, LA. 70808

You are hereby summoned to comply with the demand of the **ORIGINAL PETITION**

A, true and faithful copY whereof accompanIES this citation, or to make an appearance by filing an answer or other pleading thereto, in writing, with the Clerk of Court at his office in the City of Houma, within fifteen (15) days after the service hereof; and your failure to so comply will subject you to the penalty of having a default judgment rendered against you.

Witness the Honorable Judges of said Court this 19th day of JANUARY, 2012.

Robert Boudreaux, Clerk of Court

JAN 24 2012

By: Antoine Pierce
Deputy Clerk of Court

A true copy:

Clerk's office, Houma, Louisiana

I made service on the named party through CT Corporation by tendering a copy of this document
☐ LYNETTE BASS  ☐ JULIE ...
☐ LISA UTTECH  ☐ RODERICK THOMAS (L. THOMAS)
Deputy Clerk of Court, Louisiana
East Baton Rouge

**SHERIFF'S RETURN**

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| STATE OF LOUISIANA<br>PARISH OF _____<br>Received on _____<br>the within _____<br>together with a true copy thereof and a true copy of pleadings mentioned above and on the _____ day of _____, 20___.<br>I served the same on the said _____<br>_____,<br>IN PERSON in the Parish of _____,<br>LA., at about ____ miles from the courthouse of The said Parish.<br>WHEREOF, I make this my return on this day of _____, 20___.<br><br>_____<br>Deputy Sheriff<br><br>Parish of _____ | STATE OF LOUISIANA<br>PARISH OF _____<br>Received on _____<br>the within _____<br>together with a true copy thereof and a true copy of pleadings mentioned above and on the _____ day of _____, 20___.<br>I served the same at the domicile of the said _____<br>Situated in the Parish of _____<br>LA. at about ____ miles from the courthouse of the Parish of _____, LA.<br>by leaving the said true copies in the hands of _____<br>a person apparently over the age of 16 years, being and residing at the said domicile of the said _____<br>who was absent at the time of service as determined from the interrogation of the said _____, relative thereto.<br>WHEREOF, I make this my return on this<br>_____ day of _____, 20___.<br><br>_____<br>Deputy Sheriff<br>Parish of _____ |

RETURN AND FILED:
**JAN 3 0 2012**

_____
Deputy Clerk of Court

Requested By: CATHERINE B. CUMMINS 365 CANAL STREET SUITE 2850 NEW ORLEANS, LA. 70130
504-593-9600

FEE: $ _____
MILEAGE: $ _____
Total: $ _____

B.R. SHERIFF'S OFFICE
RECEIVED JAN 2? 2012

[ ORIGINAL ]

Date:1/30/201

# CITATION

**TOP WATER CHARTERS, LLC, ET AL**

Versus

**BP PLC, ET AL**



Case: 0165708
Division: B
32nd Judicial District Court
Parish of Terrebonne
State of Louisiana

A Resident of EAST BATON ROUGE Parish

TO: CAMERON INTERNATIONAL CORPORATION THROUGH THEIR REGISTERED AGENT FOR SERVICE OF PROCESS
CT CORPORTATION SYSTEM
5615 CORPORATE BOULEVARD, SUITE 400B
BATON ROUGE, LA. 70808

You are hereby summoned to comply with the demand of the **ORIGINAL PETITION**

A, true and faithful copY whereof accompanIES this citation, or to make an appearance by filing an answer or other pleading thereto, in writing, with the Clerk of Court at his office in the City of Houma, within fifteen (15) days after the service hereof; and your failure to so comply will subject you to the penalty of having a default judgment rendered against you.

Witness the Honorable Judges of said Court this 19th day of JANUARY, 2012.

JAN 24 2012

I made service on the named party through the
CT Corporation
by tendering a copy of this document to
☐ LYN ___
☐ LISA UTTECH ☐ RODERICK THOMAS
(L.S.)

Robert Boudreaux, Clerk of Court
BY: Antoine Pierce Bergeron
Deputy Clerk of Court

_____ , Baton Rouge, Louisiana _____, 20___
Deputy Clerk of Court

A true copy:

Clerk's office, Houma, Louisiana

## SHERIFF'S RETURN

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| STATE OF LOUISIANA | STATE OF LOUISIANA |
| PARISH OF _____ | PARISH OF _____ |
| Received on _____ | Received on _____ |
| the within _____ | the within _____ |
| together with a true copy thereof and a true copy of pleadings mentioned above and on the _____ day of _____, 20___. | together with a true copy thereof and a true copy of pleadings mentioned above and on the _____ day of _____, 20___. |
| I served the same on the said _____ _____, | I served the same at the domicile of the said _____ Situated in the Parish of _____ LA. at about _____ miles from the courthouse of the Parish of _____, LA. by leaving the said true copies in the hands of |
| IN PERSON in the Parish of _____, LA., at about _____ miles from the courthouse of The said Parish. WHEREOF, I make this my return on this day of _____, 20___. | a person apparently over the age of 16 years, being and residing at the said domicile of the said _____ who was absent at the time of service as determined from the interrogation of the said _____, relative thereto. WHEREOF, I make this my return on this _____ day of _____, 20___. |
| _____ Deputy Sheriff  Parish of _____ | _____ Deputy Sheriff  Parish of _____ |

RETURN AND FILED:
**JAN 3 0 2012**

_Anita W. Arceneaux_
Deputy Clerk of Court

FEE: $_____
MILEAGE: $_____
Total: $_____

E.R. SHERIFF'S OFFICE
JAN 23 2012
RECEIVED

Requested By: CATHERINE B. CUMMINS 365 CANAL STREET SUITE 2850 NEW ORLEANS, LA 70130
504-593-9600

[ ORIGINAL ]

# CITATION

| | | |
|---|---|---|
| TOP WATER CHARTERS, LLC, ET AL |  | Case: 0165708<br>Division: B<br>32nd Judicial District Court<br>Parish of Terrebonne<br>State of Louisiana |
| Versus | | |
| BP PLC, ET AL | | |

*A Resident of EAST BATON ROUGE Parish*

TO: NALCO COMPANY THROUGE THEIR REGISTERED AGENT OF SERVICE OF PROCESS:
CT CORPORTATION SYSTEM
5615 CORPORATE BOULEVARD, SUITE 400B
BATON ROUGE, LA. 70808

You are hereby summoned to comply with the demand of the **ORIGINAL PETITION**

A, true and faithful copY whereof accompanIES this citation, or to make an appearance by filing an answer or other pleading thereto, in writing, with the Clerk of Court at his office in the City of Houma, within fifteen (15) days after the service hereof; and your failure to so comply will subject you to the penalty of having a default judgment rendered against you.

Witness the Honorable Judges of said Court this 19th day of JANUARY, 2012.

I. Robert Boudreaux, Clerk of Court

A true copy:

_____, 20___
Deputy Clerk of Court

Clerk's office, Houma, Louisiana

_____
Deputy Clerk of Court

## SHERIFF'S RETURN

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| STATE OF LOUISIANA | STATE OF LOUISIANA |
| PARISH OF _____ | PARISH OF _____ |
| Received on _____ | Received on _____ |
| the within _____ | the within _____ |
| together with a true copy thereof and a true copy of pleadings mentioned above and on the _____ day of _____, 20___. | together with a true copy thereof and a true copy of pleadings mentioned above and on the _____ day of _____, 20___. I served the same at the domicile of the said |
| I served the same on the said _____ | Situated in the Parish of _____ LA. at about _____ miles from the courthouse of the Parish of _____, LA. by leaving the said true copies in the hands of |
| IN PERSON in the Parish of _____, LA., at about _____ miles from the courthouse of The said Parish. | a person apparently over the age of 16 years, being and residing at the said domicile of the said _____ who was absent at the time of service as determined from the interrogation of the said _____, relative thereto. |
| WHEREOF, I make this my return on this _____ day of _____, 20___. | WHEREOF, I make this my return on this _____ day of _____, 20___. |
| _____<br>Deputy Sheriff | _____<br>Deputy Sheriff |
| Parish of _____ | Parish of _____ |

RETURN AND FILED:
JAN 3 0 2012
_____
Deputy Clerk of Court

FEE: $_____
MILEAGE: $_____
Total: $_____

Requested By: CATHERINE B. CUMMINS 365 CANAL STREET SUITE 2850 NEW ORLEANS, LA. 70130
504-593-9600

[ ORIGINAL ]

# CITATION

TOP WATER CHARTERS, LLC, ET AL

Versus

BP PLC, ET AL



Case: 0165708
Division: B
32nd Judicial District Court
Parish of Terrebonne
State of Louisiana

A Resident of EAST BATON ROUGE Parish
TO: ANADARKO E & P COMPANY THROUGH THEIR REGISTERED AGENT FOR SERVICE OF PROCESS:
CT CORPORATION SYSTEM
5615 CORPORATE BOULEVARD, SUITE 400B
BATON ROUGE, LA. 70808

You are hereby summoned to comply with the demand of the **ORIGINAL PETITION**

A, true and faithful copY whereof accompanIES this citation, or to make an appearance by filing an answer or other pleading thereto, in writing, with the Clerk of Court at his office in the City of Houma, within fifteen (15) days after the service hereof; and your failure to so comply will subject you to the penalty of having a default judgment rendered against you.

Witness the Honorable Judges of said Court this 19th day of JANUARY, 2012.

T. Robert Boudreaux, Clerk of Court

BY: _____ Deputy Clerk of Court

A true copy:

Clerk's office, Houma, Louisiana

_____, 20___

_____ (L.S.)
Deputy Clerk of Court

## SHERIFF'S RETURN

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| STATE OF LOUISIANA | STATE OF LOUISIANA |
| PARISH OF _____ | PARISH OF _____ |
| Received on _____ | Received on _____ |
| the within _____ | the within _____ |
| together with a true copy thereof and a true copy of pleadings mentioned above and on the _____ day of _____, 20___. | together with a true copy thereof and a true copy of pleadings mentioned above and on the _____ day of _____, 20___. |
| I served the same on the said _____ | I served the same at the domicile of the said _____ |
| IN PERSON in the Parish of _____, LA., at about ____ miles from the courthouse of The said Parish. | Situated in the Parish of _____ LA. at about _____ miles from the courthouse of the Parish of _____, LA. by leaving the said true copies in the hands of _____ a person apparently over the age of 16 years, being and residing at the said domicile of the said _____ who was absent at the time of service as determined from the interrogation of the said _____, relative thereto. |
| WHEREOF, I make this my return on this day of _____, 20___. | WHEREOF, I make this my return on this _____ day of _____, 20___. |
| _____ Deputy Sheriff Parish of _____ | _____ Deputy Sheriff Parish of _____ |

RETURN AND FILED:
**JAN 3 0 2012**

_____
Deputy Clerk of Court

FEE: $_____
MILEAGE: $_____
Total: $_____

Requested By: CATHERINE B. CUMMINS 365 CANAL STREET SUITE 2850 NEW ORLEANS, LA. 70130
504-593-9600

[ ORIGINAL ]

# CITATION

TOP WATER CHARTERS, LLC, ET AL

Versus

BP PLC, ET AL



Case: 0165708
Division: B
32nd Judicial District Court
Parish of Terrebonne
State of Louisiana

*A Resident of EAST BATON ROUGE Parish*

TO: ANADARKO PETROLEUM CORPORATION THROUGH THEIR REGISTERED AGENT FOR SERVICE OF PROCESS:
CT CORPORATION SYSTEM
5615 CORPORATE BOULEVARD, SUITE 400B
BATON ROUGE, LA. 70808

You are hereby summoned to comply with the demand of the **ORIGINAL PETITION**

A, true and faithful copY whereof accompanIES this citation, or to make an appearance by filing an answer or other pleading thereto, in writing, with the Clerk of Court at his office in the City of Houma, within fifteen (15) days after the service hereof; and your failure to so comply will subject you to the penalty of having a default judgment rendered against you.

Witness the Honorable Judges of said Court this 19th day of JANUARY, 2012.

*T. Robert Boudreaux,* Clerk of Court / *Antoine Rie___*
BY: _____ Deputy Clerk of Court

A true copy:

Clerk's office, Houma, Louisiana

## SHERIFF'S RETURN

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| STATE OF LOUISIANA | STATE OF LOUISIANA |
| PARISH OF _____ | PARISH OF _____ |
| Received on _____ | Received on _____ |
| the within _____ | the within _____ |
| together with a true copy thereof and a true copy of pleadings mentioned above and on the _____ day of _____, 20___. | together with a true copy thereof and a true copy of pleadings mentioned above and on the _____ day of _____, 20___. I served the same at the domicile of the said |
| I served the same on the said _____ | Situated in the Parish of _____ LA. at about _____ miles from the courthouse of the Parish of _____, LA. by leaving the said true copies in the hands of _____ |
| IN PERSON in the Parish of _____, LA., at about _____ miles from the courthouse of The said Parish. | a person apparently over the age of 16 years, being and residing at the said domicile of the said _____ who was absent at the time of service as determined from the interrogation of the said _____, relative thereto. |
| WHEREOF, I make this my return on this day of _____, 20___. | WHEREOF, I make this my return on this _____ day of _____, 20___. |
| Deputy Sheriff | Deputy Sheriff |
| Parish of _____ | Parish of _____ |

RETURN AND FILED:
JAN 3 0 2012
*Anita W. _____*
Deputy Clerk of Court

FEE: $_____
MILEAGE: $_____
Total: $_____

Requested By: CATHERINE B. CUMMINS 365 CANAL STREET SUITE 2850 NEW ORLEANS, LA. 70130
504-593-9600

[ ORIGINAL ]

Date:1/30/201

# CITATION



TOP WATER CHARTERS, LLC, ET AL

Versus

BP PLC, ET AL

Case: 0165708
Division: B
32nd Judicial District Court
Parish of Terrebonne
State of Louisiana

A Resident of EAST BATON ROUGE Parish
TO: BP EXPLORATION & PRODUCTION INC THROUGH THEIR REGISTERED AGENT FOR SERVICE OF PROCESS:
CT CORPORTATION SYSTEM
5615 CORPORATE BOULEVARD, SUITE 400B
BATON ROUGE, LA. 70808

You are hereby summoned to comply with the demand of the **ORIGINAL PETITION**

A, true and faithful copY whereof accompanIES this citation, or to make an appearance by filing an answer or other pleading thereto, in writing, with the Clerk of Court at his office in the City of Houma, within fifteen (15) days after the service hereof; and your failure to so comply will subject you to the penalty of having a default judgment rendered against you.

Witness the Honorable Judges of said Court this 19th day of JANUARY, 2012.

A true copy:

Clerk's office, Houma, Louisiana

*I. Robert Boudreaux, Clerk of Court*

BY: _____ Deputy Clerk of Court

JAN 24 2012
I made service on the named party thru
CT Corporation
by tendering a copy of this document
☐ LYNETTE BASS  ☐ JULIE _____
☐ LISA UTTECH   ☐ RODERICK THOMAS

_____ , 20__

Deputy Clerk of Court

## SHERIFF'S RETURN

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| STATE OF LOUISIANA<br>PARISH OF _____<br>Received on _____<br>the within _____<br>together with a true copy thereof and a true copy of pleadings mentioned above and on the _____ day of _____, 20___.<br>I served the same on the said _____<br>_____<br>IN PERSON in the Parish of _____,<br>LA., at about ____ miles from the courthouse of The said Parish.<br>WHEREOF, I make this my return on this day of _____, 20___.<br><br>_____<br>Deputy Sheriff<br><br>Parish of _____ | STATE OF LOUISIANA<br>PARISH OF _____<br>Received on _____<br>the within _____<br>together with a true copy thereof and a true copy of pleadings mentioned above and on the _____ day of _____, 20___.<br>I served the same at the domicile of the said<br>Situated in the Parish of _____<br>LA. at about ____ miles from the courthouse of the Parish of _____ , LA.<br>by leaving the said true copies in the hands of _____<br>a person apparently over the age of 16 years, being and residing at the said domicile of the said _____<br>who was absent at the time of service as determined from the interrogation of the said _____ , relative thereto.<br>WHEREOF, I make this my return on this<br>_____ day of _____, 20___.<br><br>_____<br>Deputy Sheriff<br>Parish of _____ |

RETURN AND FILED:
JAN 30 2012

_____
Deputy Clerk of Court

FEE:      $ _____
MILEAGE:  $ _____
Total:    $ _____

Requested By: **CATHERINE B. CUMMINS 365 CANAL STREET SUITE 2856 NEW ORLEANS, LA. 70130**
504-593-9600

E.B.R. SHERIFF'S OFFICE
JAN 23 2012
RECEIVED

[ ORIGINAL ]

# CITATION

TOP WATER CHARTERS, LLC, ET AL

Versus

BP PLC, ET AL



Case: 0165708
Division: B
32nd Judicial District Court
Parish of Terrebonne
State of Louisiana

*A Resident of EAST BATON ROUGE Parish*
TO: WEATHERFORD US LP THROUGH THEIR REGISTERED AGENT FOR SERVICE OF PROCESS
CT CORPORTATION SYSTEM
5615 CORPORATE BOULEVARD, SUITE 400B
BATON ROUGE, LA. 70808

You are hereby summoned to comply with the demand of the **ORIGINAL PETITION**

A, true and faithful copY whereof accompanIES this citation, or to make an appearance by filing an answer or other pleading thereto, in writing, with the Clerk of Court at his office in the City of Houma, within fifteen (15) days after the service hereof; and your failure to so comply will subject you to the penalty of having a default judgment rendered against you.

Witness the Honorable Judges of said Court this 19th day of JANUARY, 2012.

JAN 24 2012
...made service on the named party through the
... CT Corporation
by tendering a copy of this document
☐ LYNETTE B...
☐ LISA UTTECH  ☐ RODERICK THOMAS

T. Robert Boudreaux, Clerk of Court

BY: _____ Bergeron
Deputy Clerk of Court

A true copy:
Clerk's office, Houma, Louisiana

_____, 20___
Deputy Clerk of Court

## SHERIFF'S RETURN

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| STATE OF LOUISIANA | STATE OF LOUISIANA |
| PARISH OF _____ | PARISH OF _____ |
| Received on _____ | Received on _____ |
| the within _____ | the within _____ |
| together with a true copy thereof and a true copy of pleadings mentioned above and on the _____ day of _____, 20___. | together with a true copy thereof and a true copy of pleadings mentioned above and on the _____ day of _____, 20___. |
| I served the same on the said _____ _____, | I served the same at the domicile of the said _____ |
| IN PERSON in the Parish of _____, LA., at about _____ miles from the courthouse of The said Parish. | Situated in the Parish of _____ LA. at about _____ miles from the courthouse of the Parish of _____, LA. by leaving the said true copies in the hands of _____ a person apparently over the age of 16 years, being and residing at the said domicile of the said _____ who was absent at the time of service as determined from the interrogation of the said _____, relative thereto. |
| WHEREOF, I make this my return on this day of _____ 20___. | WHEREOF, I make this my return on this _____ day of _____, 20___. |
| _____ Deputy Sheriff | _____ Deputy Sheriff |
| Parish of _____ | Parish of _____ |

RETURN AND FILED:
JAN 3 0 2012
_____
Deputy Clerk of Court

FEE: $_____
MILEAGE: $_____
Total: $_____

E.B.R. SHERIFF'S OFFICE
JAN 23 2012
RECEIVED

Requested By: CATHERINE B. CUMMINS 365 CANAL STREET SUITE 2850 NEW ORLEANS, LA. 70130
504-593-9600

[ ORIGINAL ]

Date:1/30/201

*CITATION:*

| | | |
|---|---|---|
| TOP WATER CHARTERS, LLC, ET AL |  | Case: 0165708 |
| | | Division: B |
| Versus | | 32nd Judicial District Court |
| | | Parish of Terrebonne |
| BP PLC, ET AL | | State of Louisiana |

A Resident of EAST BATON ROUGE Parish

TO: M-I LLC THROUGH THEIR REGISTERED AGENT FOR SERVICE OF PROCESS:
CAPITOL CORPORATE SERVICES, INC
8550 UNITED PLAZA BUILDING II, SUIT 305
BATON ROUGE, LA. 70809

You are hereby summoned to comply with the demand of the **ORIGINAL PETITION**

A, true and faithful copY whereof accompanIES this citation, or to make an appearance by filing an answer or other pleading thereto, in writing, with the Clerk of Court at his office in the City of Houma, within fifteen (15) days after the service hereof; and your failure to so comply will subject you to the penalty of having a default judgment rendered against you.

Witness the Honorable Judges of said Court this 19th day of JANUARY, 2012.

I. Robert Boudreaux, Clerk of Court

BY: _____
Deputy Clerk of Court

A true copy:

Clerk's office, Houma, Louisiana

_____, 20__

(L.S.) _____
Deputy Clerk of Court

---

**SHERIFF'S RETURN**

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| STATE OF LOUISIANA | STATE OF LOUISIANA |
| PARISH OF EBR | PARISH OF _____ |
| Received on 1/25/12 | Received on _____ |
| the within Citation | the within _____ |
| together with a true copy thereof and a true copy of pleadings mentioned above and on the ___ day of Jan., 20_12_ | together with a true copy thereof and a true copy of pleadings mentioned above and on the ___ day of _____, 20___. |
| I served the same on the said _____ | I served the same at the domicile of the said _____ |
| IN PERSON in the Parish of EBR, LA., at about ___ miles from the courthouse of The said Parish. | Situated in the Parish of _____ LA. at about ___ miles from the courthouse of the Parish of _____, LA. by leaving the said true copies in the hands of _____ a person apparently over the age of 16 years, being and residing at the said domicile of the said _____ who was absent at the time of service as determined from the interrogation of the said _____, relative thereto. |
| WHEREOF, I make this my return on this day of Jan 27, 2012 | WHEREOF, I make this my return on this ___ day of _____, 20___. |
| Dy. B. James 0287 Deputy Sheriff | Deputy Sheriff |
| Parish of EBR | Parish of _____ |

RETURN AND FILED:
FEB 0 1 2012

_____
Deputy Clerk of Court

FEE:
MILEAGE:
Total:

E.B.R. SHERIFF OFFICE
JAN 27 2012
RECEIVED

Requested By: CATHERINE B. CUMMINS 365 CANAL STREET SUITE 2850 NEW ORLEANS, LA. 70130
504-593-9600

[ ORIGINAL ]

Date: 2/1/201