**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | | |
|---|---|---|---|
| **IN RE:** | **OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010** | * | **MDL No. 2179** |
| | | * | **SECTION J** |
| **THIS DOCUMENT RELATES:** | | * | **JUDGE BARBIER** |
| | | * | **MAG. JUDGE SHUSHAN** |
| **IN RE: TRITON ASSET LEASING GmbH** | | * | |
| **Case No. 2:10-cv-02771-CJB-SS** | | * | |

*** * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * ***

**MOTION FOR LEAVE TO FILE A LIMITATION**
**<u>SHORT FORM JOINDER BEYOND THE SEPTEMBER 16, 2011 DEADLINE</u>**

NOW INTO COURT, through undersigned counsel, comes Claimant, Kevin Harriel who moves this Court for acceptance of his late-filed Short Form Joinder, filed February 27, 2012, Document No. 112280, in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., As Owner, Managing Owners, Owners Pro Hac Vice, and/or Operators of the MODU Deepwater Horizon.

Claimant states the following as basis for this motion:

1. This Court established a deadline for the filing of claims in the Transocean limitation proceeding which was extended to September 16, 2011.  2. Claimant, Kevin Harriel was unaware of this deadline.

3. Claimant, Kevin Harriel was employed as an oil spill cleanup worker until May 2011.  He thereafter began to experience a progressive shortness of breath which was not related to his exposure from the cleanup until testing was performed by medical personnel associated with the National Institutes of Health "Gulf Study" of oil spill cleanup workers in December, 2011.  As the claimant's damages did not fully manifest and become known until December 2011, he could not contact counsel in time to meet the September 16, 2011 deadline.

4. No prejudice will result from the acceptance of the Short Form Joinder filed after September 16, 2011.  Moreover, no action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding.

5. The Transocean limitation proceeding is pending and undetermined.

For these reasons, Claimant respectfully moves this Court for an Order granting this Motion for Acceptance of Limitation Short Form Joinder Filed after the September 16, 2011

Deadline, Document No. 112280 filed February 27, 2012 and that the Court deem said Short Form Joinder as timely filed in the Transocean limitation proceeding.

Respectfully submitted:

*/s/ Franklin G. Shaw*
Franklin G. Shaw, Bar No. 1594
LEGER & SHAW
512 E. Boston Street
Covington, LA 70433
Telephone: (985) 809-6625

Facsimile: (985) 809-6626
Email: fshaw@legershaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2012, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System which will provide notice to all counsel of record.

*/s/ Franklin G. Shaw*

FRANKLIN G. SHAW

4