UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:   OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179  SECTION J |
| THIS DOCUMENT RELATES: | * * | JUDGE BARBIER  MAG. JUDGE SHUSHAN |
| IN RE: TRITON ASSET LEASING GmbH  Case No. 2:10-cv-02771-CJB-SS | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Motion for Acceptance of Limitation Short Form Joinder Filed After the September 16, 2011 Deadline:

IT IS ORDERED that the late-filed Short Form Joinder, Document No. 112280 filed by Movant, Kevin Harriel on February 27, 2012 shall be considered as a timely filed claim in the Transocean Limitation (Civil Action No. 10-2771), as well as properly joined in the B1 and/or B3 Bundle Amended Master Complaints, in accordance with Pre-Trial Orders Nos. 24 and 25.

Signed this _____ day of _____ 2012.

_____
Honorable Carl J. Barbier,
U.S. District Court Judge