

SUTHERLAND ASBILL & BRENNAN LLP
First City Tower
1001 Fannin, Suite 3700
Houston, TX 77002-6760
713.470.6100  Fax 713.654.1301
www.sutherland.com

**CARTER L. WILLIAMS**
DIRECT LINE: 713.470.6126
E-mail: carter.williams@sutherland.com

February 22, 2012

VIA EMAIL
Magistrate Judge Sally Shushan
United States District Court
500 Poydras Street
New Orleans, LA 70130

    Re:    *In re:* Deepwater Horizon, MDL No. 2179

Dear Judge Shushan:

    In advance of today's call regarding confidential trial exhibits, I write to provide additional information regarding Transocean's confidentiality claims, including Transocean's responses to the questions in your February 15 memorandum. We hope this information will assist the Court, inData, and the parties in our discussion this afternoon.

    As an initial matter, our February 8 letter identified a number of BP documents that were in Transocean's possession prior to the Macondo incident and over which Transocean therefore believed it needed to assert confidentiality. In light of the fact that BP did not assert confidentiality over these documents, we are willing to remove our confidentiality claims over the following, assuming no objection from BP:

- BP Common Marine Inspection Document ("CMID"), *Deepwater Horizon* (TREX-01794)
- BP CMID Annex (BP Requirements for MODUs) (TREX-01795, TREX-03510)
- BP CMID Audit Worklist (TREX-02167, TREX-47217)
- BP *Deepwater Horizon* Follow Up Rig Audit, Marine Assurance Audit and Out of Service Period September 2009 (TREX-03405, TREX-04706, TREX-47224) and related documents (TREX-47242-51)
- BP *Deepwater Horizon* Technical Rig Audit January 2005 (TREX-03400)
- BP *Deepwater Horizon* Technical Rig Audit January 2008 (TREX-04680)
- Global Leadership Discussion: BP & Transocean Drilling Operations (TREX-02190)
- MC 252 Drilling Program (TREX-00291, TREX-07685)
- Macondo Prospect Well Information (TREX-51422, TREX-51424-6)[1]

---

[1] Our February 8 letter also inadvertently referenced the following documents, which were produced by other parties and over which Transocean does not intend to claim confidentiality: TREX-00754 (BP), TREX-01914 (ANA), TREX-03756 (HESI), and TREX-05181 (HESI).

Secondly, we have conducted extensive internet searches to ascertain whether any of the exhibits referenced in our February 8 letter can be located in the public domain. We have determined that the following document can be located through basic internet searches, and are willing to remove our confidentiality claim:

- Major Accident Hazard Risk Assessment (TREX-02187, TREX-03789)

With respect to the remaining exhibits referenced in our February 8 letter, and in response to questions 1 and 2 of your February 15 memorandum, the enclosed chart reflects where such exhibits are included in deposition designations and the portions of the exhibits used in the designations, where such information can be ascertained from the deposition testimony.

Finally, we currently anticipate that Transocean may use the following exhibits over which other parties have claimed confidentiality during the Phase I trial:

| | | |
|---|---|---|
| TREX-00610 (HESI) | TREX-03170 (CAM) | TREX-07698 (BP) |
| TREX-00745 (HESI) | TREX-03341 (CAM) | TREX-07663 (CAM) |
| TREX-00815 (HESI) | TREX-03533 (BP) | TREX-07765 (CAM) |
| TREX-00983 (HESI) | TREX-03620 (CAM) | TREX-08129 (CAM) |
| TREX-00989 (HESI) | TREX-03621 (CAM) | TREX-33026 (CAM) |
| TREX-01512 (ANA) | TREX-03756 (HESI) | TREX-50375 (CAM) |
| TREX-01703 (HESI) | TREX-03940 (CAM) | TREX-50938 (CAM) |
| TREX-01708 (HESI) | TREX-04348 HESI) | TREX-60622 (HESI) |
| TREX-02083 (CAM) | TREX-04349 (HESI) | TREX-60639 (HESI) |
| TREX-02086 (CAM) | TREX-04350 (HESI) | TREX-60834 (BP) |
| TREX-02093 (CAM) | TREX-05097 (CAM) | TREX-75053 (CAM) |
| TREX-02133 (HESI) | TREX-05153 (CAM) | TREX-75181 (CAM) |
| TREX-03098 (HESI) | TREX-05165 (CAM) | TREX-75192 (CAM) |
| TREX-03119 (HESI) | TREX-06328 (BP) | TREX-75234 (CAM) |
| TREX-03120 (HESI) | TREX-06366 (BP) | |
| TREX-03167 (CAM) | TREX-07237 (BP) | |

Respectfully submitted,

Carter L. Williams

Enclosure

cc:     MDL Liaison and Coordinating Counsel