UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179<br><br>Section J |
| THIS DOCUMENT RELATES: | * | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| *All cases and 2:10-CV-2771<br>Triton Asset Leasing GmbH* | * | |

\*   \*   \*   \*   \*   \*   \*

### MOTION FOR ACCEPTANCE OF LIMITATION SHORT FORM JOINDER FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE

**NOW INTO COURT,** through undersigned counsel, come various Claimants who move this Honorable Court for acceptance of their Short Form Joinders filed beyond the September 16, 2011, deadline in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings, LLC Transocean Offshore Deepwater Drilling, Inc. Transocean Deepwater, Inc., as owner, Managing Owners, Owners Pro Hac Vice and/or Operators of the MODU DEEPWATER HORIZON, on the following grounds:

1. The Court established a deadline for the filing of claims in the Transocean Limitation proceeding for April 20, 2011. That deadline was subsequently extended to September 16, 2011.

2. As Claimants were unaware of the deadline, or had not yet fully realized their damages, they did not file timely in the Transocean Limitation Proceeding.

3. No prejudice will result from the acceptance of the post deadline Short Form Joinders, a list of which is attached as Exhibit A, as no action has been taken in the

1

limitation proceeding which could cause prejudice to any other party in the proceeding.

For reasons more fully set forth in the attached Memorandum in Support, which is incorporated herein by reference, Movants respectfully request that the Court grant Movants' Motion for Acceptance of Limitation Short Form Joinders filed beyond the September 16, 2011, deadline and the Court deem said Short Form Joinders are filed timely.

Respectfully submitted,

UNGAR & BYRNE, APLC

_____
**EVETTE E. UNGAR (29013)**
**GEORGE W. BYRNE, JR. (3744)**
**CHERYL L. WILD (28805)**
650 Poydras Street, Suite 2005
New Orleans, Louisiana 70130
Telephone: (504) 566-1616
Facsimile:  (504) 566-1652

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 28th day of February, 2012, the above and foregoing have been served on ALL COUNSEL by electronically uploading the same to Lexis Nexis File & Serve in accordance with this Court's Order, and further that said pleading has been filed electronically with the Clerk of Court CM/ECF system which will send electronic notice in accordance with the procedures established in MDL 2179.

_____
CHERYL L. WILD