| 1 | Amendarez, Fredys | 2/26/2012 | 112259 |
|---|---|---|---|
| 2 | Barbour, Deborah | 1/27/2012 | 110921 |
| 3 | Bayou Auto Parts | 2/8/2012 | 111091 |
| 4 | Bayou Fabrications, LLC | 1/27/2012 | 110922 |
| 5 | Chan Ta Seafood | 1/27/2012 | 110925 |
| 6 | Chanthavan, Adethsack | 1/27/2012 | 110923 |
| 7 | Chanthavane, Savath | 1/27/2012 | 110924 |
| 8 | Chanthivong, Layou | 2/26/2012 | 112258 |
| 9 | Cheramie, Paul Alcide | 2/26/2012 | 112257 |
| 10 | Delatte, Jr., John | 1/27/2012 | 110927 |
| 11 | Dupre, Joseph | 1/27/2012 | 110929 |
| 12 | Eddins, Stephanie Ann | 1/27/2012 | 110930 |
| 13 | Esfeller, Winter R | 1/27/2012 | 110931 |
| 14 | Fitzhugh, Charles E | 1/27/2012 | 110932 |
| 15 | Harbison, Alisha | 1/27/2012 | 110934 |
| 16 | Jaye, Jason Eugene | 1/27/2012 | 110933 |
| 17 | Johnson, Jr., Victor E. | 1/27/2012 | 110938 |
| 18 | Johnson, Linda | 1/27/2012 | 110936 |
| 19 | Johnson, Shane | 1/27/2012 | 110937 |
| 20 | Johnson, Sr, Andrew J | 1/27/2012 | 110935 |
| 21 | Ladnier, Michael O. | 1/27/2012 | 110939 |
| 22 | Lee, Wayne T. | 1/27/2012 | 110940 |
| 23 | Luke, Jr. Roy Peter | 1/27/2012 | 110941 |
| 24 | Matherne, Sarah Elizabeth | 2/26/2012 | 112252 |
| 25 | Morrison, Sr. Robert | 1/27/2012 | 110942 |
| 26 | Nelson, Terrace Dawn | 2/8/2012 | 111092 |
| 27 | Peters, Doody | 1/27/2012 | 110943 |
| 28 | Rayborn, Jr., Walter | 1/27/2012 | 110944 |
| 29 | Sclater, Debbie | 1/27/2012 | 110945 |
| 30 | Seaman, Catherine Marie | 2/26/2012 | 112253 |
| 31 | Seaman, Herbert Thurman | 2/26/2012 | 112255 |
| 32 | Seaman, Krishana Esfeller | 1/27/2012 | 110946 |
| 33 | Seaman, Trula | 1/31/2012 | 110954 |
| 34 | Seamans Pride | 2/26/2012 | 112254 |
| 35 | Sebert, Brian | 1/31/2012 | 110955 |
| 36 | Shutt, Joe | 1/31/2012 | 110956 |
| 37 | Steele, Myrtle | 2/8/2012 | 111093 |
| 38 | Stewart, Janice | 2/24/2012 | 112167 |
| 39 | Taponpanh, Ta | 1/27/2012 | 110926 |
| 40 | Taylor, Jr. Thomas | 1/31/2012 | 110957 |
| 41 | Wells, Jonathan Darren | 2/26/2012 | 112251 |
| 42 | Wilkerson, Linda Faye | 2/26/2012 | 112256 |
| 43 | Wooten, Michael | 1/31/2012 | 110958 |
| 44 | Wright, George | 1/31/2012 | 110959 |
| 45 | Wright, Patricia | 1/31/2012 | 110960 |
| 46 | Zirlott, Daniel | 2/8/2012 | 111094 |
| 47 | Zirlott, Francis | 1/31/2012 | 110962 |

Exhibit "A"

| 48 | Zirlott, Linda Bryant | 2/8/2012 | 111090 |
| 49 | Zirlott, Raymond | 1/31/2012 | 110961 |