UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the** | | |
| **Gulf of Mexico, on April 20, 2010** | * | **Section J** |
| | | |
| **THIS DOCUMENT RELATES:** | * | **JUDGE BARBIER** |
| | | **MAG. JUDGE SHUSHAN** |
| *All cases and 2:10-CV-2771* | * | |
| *Triton Asset Leasing GmbH* | | |
| *   *   *   *   *   *   * | | |

## ORDER

Considering the Motion for Acceptance of Limitation Short Form Joinders filed beyond the September 16, 2011, Deadline and supporting memorandum:

IT IS ORDERED, that the Motion for Acceptance of Limitation Short Form Joinders filed beyond the September 16, 2011, Deadline is hereby GRANTED, and all Short Forms Joinders filed by the Claimants listed on the attached Exhibit A into the record of Civil Action No. 10-8888 shall be considered timely filed into the Transocean Limitation (MDL 10-2771).

Signed this _____ day of _____, 2012.

_____
U.S. DISTRICT JUDGE CARL J. BARBIER