UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>This Document Relates to: 10-888 | *   CIVIL ACTION<br>*   NO. 2:10-MDL-02179<br>*<br>*   SECTION "J"<br>*<br>*   JUDGE BARBIER<br>*<br>*   MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record for

| | |
|---|---|
| Mohammed E. Mohammed (52838), | Bibekanada Bepary (49761), |
| Betty Pierre (60631), | Warren Taylor (52986), |
| John Williams (49765), | Aaron Washington (58143), |
| Jannyn Erazo (52598), and | George Green (52680). |

**IT IS ORDERED** that Martins I. Imudia, Martins I Imudia & Associates, Terrence J. Lestelle, Andrea S. Lestelle, Jeffery B. Struckhoff, and Richard M. Morgain, Lestelle & Lestelle, A Professional Law Corporation, are hereby withdrawn as counsel of record for

| | |
|---|---|
| Mohammed E. Mohammed (52838), | Bibekanada Bepary (49761), |
| Betty Pierre (60631), | Warren Taylor (52986), |
| John Williams (49765), | Aaron Washington (58143), |
| Jannyn Erazo (52598), and | George Green (52680). |

New Orleans, Louisiana, this <u>28th</u> day of February, 2012.

_____
United States District Judge