UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| This Document Applies to: | * | |
| 11-2515 | * | MAG. JUDGE SHUSHAN |
| | * | |

## ORDER

**IT IS ORDERED** that the Motion for Extension of Time to File Responsive Pleadings (Rec. Doc. 5098) is **DENIED AS MOOT** for reasons stated in the Order signed on Jan. 27, 2012 (Rec. Doc. 5489).

New Orleans, Louisiana, this 28th day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE