UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig　　　　　　　　MDL NO. 2179
　　　　"Deepwater Horizon" in the Gulf
　　　　of Mexico, on April 20, 2010　　　　　SECTION J

Applies to: *All Cases*　　　　　　　　　　　JUDGE BARBIER
　　　　　　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE SHUSHAN

## ORDER

**[Regarding Objections to Demonstratives for the First Week of the Trial]**

BP submitted a letter concerning its objections to thirty demonstratives which the plaintiffs indicated would be used during the trial. Rec. doc. 5897. The PSC responded. Rec. doc. 5893. The PSC confirmed that only three of the demonstratives referred to by BP would be used the plaintiffs during the first week of trial and those would be used during the examination of Dr. Bea, the plaintiffs' expert on process safety. The demonstratives are an exhibit to Rec. doc. 5898. BP submitted a further letter.[1] Rec. doc. 5894.

Halliburton submitted a letter concerning its objections to four demonstratives which BP intends to use in its opening statement or during the first week of the trial. Rec. doc. 5899. The demonstratives are exhibits to the Halliburton letter. BP submitted a response. Rec. doc. 5892.

The parties have not reported that there are issues with any other demonstratives which will be used during the first week of the trial.

The three demonstratives which the plaintiffs want to use during the first week of the trial are D-22795, D-22796, and D-22797. BP contends that they are barred by the February 9, 2012 order regarding motions to exclude instances of prior alleged improper conduct and prior adverse

---

[1] Although this letter is dated February 24, 2012, it was emailed to the Court on February 25, 2012 at 6:08 p.m.

criminal, civil or regulatory proceedings. Rec. doc. 5634. For the reasons stated in that order and the reasons presented by BP, the objections to the three demonstratives are sustained. The language in the order concerning information that process safety experts may rely on in forming opinions about what happened is not applicable.

The four demonstrative exhibits at issue with Halliburton's objections are D 4278, D-4113, D-4114, and D-4205. Halliburton contends that they are barred by the January 26, 2012 order regarding motions to exclude evidence of the Joint Investigation report and testimony and two subsequent clarifying orders. Rec. docs. 5448, 5618 and 5810. For the reasons presented by Halliburton, its objection to D-4278 is sustained. For the reasons presented by BP, Halliburton's objections to D-4113, D-4114 and D-4205 are overruled.

New Orleans, Louisiana, this 28th day of February, 2012.

_____
**CARL J. BARBIER**
**United States District Judge**