# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | * | |
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL NO. 2179 |
| DEEPWATER HORIZON IN THE GULF | * | |
| OF MEXICO, ON APRIL 20, 2010 | * | |
| | * | SECTION:  J |
| | * | |
| THIS DOCUMENT RELATES TO: 11-2588 | * | JUDGE BARBIER |
| KENNETH CAMPO V. BP, ET AL. | * | MAG. SHUSHAN |
| * | | |

**************************************************************************

## CONSENT MOTION TO SEVER CASE FROM MDL

Now come Plaintiffs, Kenneth and Velma Campo, who respectfully request that this Court sever this case from the Multi-District Litigation, MDL No. 2179, and deconsolidate this specific case from the MDL.

This matter involves a controversy and dispute that arises from a separate and distinct set of circumstances that are not represented in the current MDL.   While this dispute is related to the BP Oil Spill that is the subject of the MDL consolidated case, this action is one arising from the lease of premises following the oil spill.   Thus, this matter involves facts and circumstances that are unique and distinct from those presented in the MDL consolidated cases.

As a result, Plaintiffs respectfully request that this Court sever the present action from the MDL and deconsolidate this case from those pending in the MDL so that this case can proceed with its own scheduling order and with its own deadlines that are directed to the facts and circumstances presented by this unique case.

Defendants have been contacted, and Defendants have consented to the granting of this Motion, provided that the matter is retained by the Division to which the case was originally allotted upon removal to this Court.   This matter was allotted to Division J, Judge Barbier, upon

1

removal.   Therefore, the parties hereby request that the matter be severed, deconsolidated, and be allowed to proceed in its original division upon removal, Division J of this Court.

Accordingly, Plaintiffs request that this matter be severed and deconsolidated from the MDL, and that this Court order that the Clerk of this Court set a scheduling conference for the selection of all dates pertinent to this action.

Respectfully Submitted,

**   /s/     Dominick F. Impastato, III**
Lloyd Frischhertz (# 5749)
Dominick F. Impastato, III (#29056)
FRISCHHERTZ, POULLIARD, FRISCHHERTZ,
& IMPASTATO, LLC
1130 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 523-1500
Facsimile:    (504) 581-1670
Email: dimpastato@frischhertzlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on **February 28, 2012,** I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

**/s/ Dominick F. Impastato, III**
Dominick F. Impastato, III (#29056)
FRISCHHERTZ, POULLIARD, FRISCHHERTZ,
& IMPASTATO, LLC
1130 St. Charles Avenue
New Orleans, Louisiana 70130
PHONE: (504) 523-1500
FAX: (504) 581-1670
Dimpastato@frischhertzlaw.com