UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: 11-2588 KENNETH CAMPO V. BP, ET AL. | JUDGE BARBIER MAG. SHUSHAN |

**********************************************************************

## ORDER

Considering the foregoing Motion to Sever:

It is hereby ordered, adjudged, and decreed that this Motion to Sever is GRANTED;

It is further ordered that this matter, Civil Action Number 11-2588 entitled *Kenneth Campo, et al. v. BP, et al.,* 2:11-cv-02588, Division J, Eastern District of Louisiana, be severed and deconsolidated from MDL 2179;

It is further ordered that this matter, Civil Action Number 11-2588 entitled *Kenneth Campo, et al. v. BP, et al.,* 2:11-cv-02588, Division J, Eastern District of Louisiana, be allowed to proceed in its original division upon removal, Division J of this Court; and

It is finally ordered that the Clerk of this Court set a scheduling conference for the selection of all dates pertinent to this action.

Signed this _____ day of _____, 2012 in New Orleans, Louisiana.

_____
JUDGE CARL BARBIER

1