**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG | ) | MDL NO. 2179 |
| "DEEPWATER HORIZON" | ) | |
| in the GULF OF MEXICO, | ) | |
| on APRIL 20, 2010 | ) | SECTION: J |
| | ) | |
| This Document Relates To: | ) | |
| | ) | JUDGE BARBIER |
| In Re: TRITON ASSET LEASING, | ) | MAG. JUDGE SHUSHAN |
| GmbH | ) | |
| Case No. 2:10-cv-2771-CJB-SS | ) | |

## MOTION TO ALLOW LATE FILED SHORT FORM JOINDER

COMES NOW, through undersigned counsel, multiple plaintiffs, as evidenced by the

list attached hereto as Exhibit A, who move this Court to allow the filing of multiple Short

Form Joinders in the limitation proceedings brought by Triton Asset Leasing GmbH,

Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean

Deepwater, Inc., as Owner, Managing Owners, Owners Pro Hac Vice, and/or Operators of

the MODU Deepwater Horizon, and in the Master Complaint [Rec. Doc. 879] for private

economic losses and property damage claims ("B1 Bundle") filed in MDL No. 2170 (10 md

2179) and as grounds shows the court as follows:

1.      This Court previously established a deadline for the filing Short Form Joinders.

2.      Movants contacted undersigned counsel after the Court's deadline.  Movants

sought assistance in filing a claim for damages incurred as a result of the Deepwater Horizon

explosion and resultant oil spill.

3.      Because Movants were unaware of the Court's deadline and unaware of the

availability of the Short Form Joinder generally, Movants did not timely file a Short Form.

4.      Supplemental Admiralty Rule 14(f) allows the Court discretion to permit claims to be filed late in a limitation proceeding. Since no action has been taken in the limitation action which could cause prejudice to any party in the proceeding, Movants respectfully request the Court allow their Short Forms to be added to the present action. Therefore, for good cause and without resulting prejudice, Movants submit the proposed list of plaintiffs whose Short Forms have been filed in 2:10-cv-08888, attached as Exhibit A.

WHEREFORE, Movants request that the Court grant their motion to include and accept the Short Form Joinders, a list of which is attached hereto as Exhibit A, in the pending limitation action and in the Master Complaint [Rec. Doc. 879] for private economic losses and property damage claims ("B1 Bundle") filed in MDL No. 2170 (10 md 2179), and that the Court deem said Short Form Joinders as timely filed.

Respectfully submitted,


/s/ Jeff Friedman
Jeff Friedman (asb-6868-n77j)
Matt Conn (asb-9628-t83c
FRIEDMAN, LEAK
3800 Corporate Woods Drive
Birmingham, Alabama 35243-3219
Phone:  (205) 278-7000
Fax: (205) 278-7001
jfriedman@friedmanleak.com
mconn@friedmanleak.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion has been filed electronically with

the Clerk of Court using the CM/ECF system and served on all counsel of record through

Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on Tuesday, February

28, 2012.

/s/ Jeff Friedman