In Re: Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179

## EXHIBIT A

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT NUMBERS |
|---|---|---|
| The Open Window, Inc. | 02/28/2012 | 112287 |
| Francis Williams | 02/28/2012 | 112286 |