UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: ) | |
| OIL SPILL BY THE OIL RIG ) | |
| "DEEPWATER HORIZON" IN THE ) | MDL Docket No. 2179 |
| GULF OF MEXICO ON APRIL 20, 2010 ) | |
| ) | SECTION J |
| THIS DOCUMENT RELATES: ) | |
| ) | JUDGE BARBIER |
| IN RE: TRITON ASSET LEASING GmbH ) | MAG. JUDGE SHUSHAN |
| Case No. 2:10-cv-02771-CJB-SS ) | |

### ORDER

Considering the Motion for Acceptance of Limitation Short Form Joinders Filed After the September 16, 2011 Deadline:

It is ORDERED that the late-filed Short Form Joinders filed by Movants, identified as the twenty-two (22) claimants in "Exhibit A," shall be considered as timely filed claims in the Transocean Limitation (Civil Action No. 10-2771), as well as properly joined in the B1 and/or B3 Bundle Amended Master Complaints, in accordance with Pre-Trial Orders Nos. 24 and 25.

Signed this ____ day of _____, 2012.

_____
Honorable Carl J. Barbier,
U.S. District Court Judge

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: ) | |
| OIL SPILL BY THE OIL RIG ) | |
| "DEEPWATER HORIZON" IN THE ) | MDL Docket No. 2179 |
| GULF OF MEXICO ON APRIL 20, 2010 ) | |
| ) | SECTION J |
| THIS DOCUMENT RELATES: ) | |
| ) | JUDGE BARBIER |
| IN RE: TRITON ASSET LEASING GmbH ) | MAG. JUDGE SHUSHAN |
| Case No. 2:10-cv-02771-CJB-SS ) | |

**MOTION FOR LEAVE TO FILE LIMITATION**
**SHORT FORM JOINDERS AFTER THE SEPTEMBER 16, 2011 DEADLINE**

# EXHIBIT A

| | **Claimant** | **Joinder Doc. Number** | **Date Filed** |
|---|---|---|---|
| 1. | Tamara J. Nelson | 112308 | 02/28/12 |
| 2. | Walker Key Condo Owner's Association | 112309 | 02/28/12 |
| 3. | H. Brinson Holder | 112310 | 02/28/12 |
| 4. | J. Michael Nelson | 112311 | 02/28/12 |
| 5. | Bell & Company, Inc. | 112312 | 02/28/12 |
| 6. | Brinson Interiors, Inc. | 112313 | 02/28/12 |
| 7. | Wayne B. Holder | 112314 | 02/28/12 |
| 8. | James Wells | 112315 | 02/28/12 |
| 9. | Mark A. Cox | 112316 | 02/28/12 |
| 10. | Bay Title Insurance Company | 112317 | 02/28/12 |
| 11. | Chloe' Properties, Inc. | 112318 | 02/28/12 |
| 12. | Dianna S. Wells | 112319 | 02/28/12 |
| 13. | Dana B. Knowles | 112320 | 02/28/12 |
| 14. | Carolyn B. Lowell | 112321 | 02/28/12 |
| 15. | Angela S. Sherrer | 112322 | 02/28/12 |
| 16. | G. Dean Skipper, Jr. | 112323 | 02/28/12 |
| 17. | Gloria H. Dodds Chiropractor | 112324 | 02/28/12 |
| 18. | South Alabama Road Builders, LLC | 112325 | 02/28/12 |
| 19. | Dana Johnson | 112329 | 02/28/12 |
| 20. | Charles Johnson | 112331 | 02/28/12 |
| 21. | J. Wynn Millson, Jr., d/b/a Hey Boy Charters | 112355 | 02/29/12 |
| 22. | Ni-Cole, LLC | 112356 | 02/29/12 |