UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | MDL No. 2179 |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | SECTION "J" |
| | * | |
| **Applies to:** | * | JUDGE BARBIER |
| **10-1308, 10-2994, 10-4489, 10-2764, 10-** | * | |
| **1539, 10-1325** | * | MAGISTRATE SHUSHAN |

## ORDER

Before the Court is Plaintiffs'[1] Motion for Summary Judgment Against Halliburton Energy Services, Inc. (Rec. Doc. 4871). The Court has not set this Motion for briefing; therefore, no oppositions have been filed. (*See* PTO 15, Rec. Doc. 676). However, the Court finds that there are material issues of fact which preclude summary judgment.[2] Accordingly,

**IT IS ORDERED** that the Motion (Rec. Doc. 4871) is **DENIED.**

New Orleans, Louisiana, this 29th day of February, 2012.

_____
United States District Judge

---

[1] Plaintiffs are represented by counsel who are not members of the Plaintiffs' Steering Committee ("PSC"), and the instant Motion does not reflect that counsel attempted to coordinate its Motion through the PSC, as required by PTO No. 11/ CMO No. 1, ¶ X (Rec. Doc. 569). Counsel's failure to comply with PTO No. 11 is grounds for denying its Motion, in addition to the reasons stated in the main text.

[2] Furthermore, Plaintiffs' Motion is laden with evidentiary issues. (*See, e.g.*, Rec. Doc. 5635 pp. 2-3 (excluding the Chief Counsel's Report—upon which the Motion substantially relied—from Phase I of the trial because, although it meets the public records exception to hearsay, there are multiple instances of hearsay within the document that are not cured by the public records exception)).