1  **UNITED STATE DISTRICT COURT**
2  **EASTERN DISTRICT OF LOUISIANA**

3  500 Poydras Street
4  New Orleans, LA 70130

5  (504) 589-7600

6

*U. S. DISTRICT COURT*
*Eastern District of Louisiana*
**FILED FEB 24 2012**
**LORETTA G. WHYTE**
**Clerk**

| | |
|---|---|
| **D. MONTGOMERY**<br>-And-<br>**All Other Similarly Situated Parties**<br>*Plaintiffs*,<br>Vs<br>**UNITED STATES OF AMERICA DEPARTMENT OF HOMELAND SECURITY UNITED STATES COAST GUARD**<br>-And-<br>Director of National Pollution Funds Center - Craig A. Bennett **(In his Official Capacity** as Director, National Pollution Funds Center United States Coast Guard)<br>*Defendants* | MDL NO.<br><br>SECTION: J-1<br><br>JUDGE<br>MAG. JUDGE<br>Case 2:10-md-02179-CJB-SS (lead)<br>Case 2:11-cv-02298-CJB-SS (member)<br><br>**PLAINTIFF'S Motion for**<br>**CLASS ACTION**<br>**CERTIFICATION ORDER**<br>**as authorized under FRCP Rule 23.** |
| D. Montgomery<br>c/o ETR<br>33523 Eight Mile Rd<br>Bldg A-3, STE 108<br>Livonia, Michigan 48152<br>(313) 670-0371<br><br>Plaintiff, In Pro per | Matthew R. Dursa<br>Torts Branch, Civil Division<br>U.S. Department of Justice<br>.P.O. Box 14271<br>Washington, DC 20044-4271<br>Maryland Bar No. N/A<br>Telephone: (202) 616-4033<br>Facsimile: (202) 616-4159<br>Email: matthew.r.dursa@usdoj.gov<br>Attorney for Defendants |

___ Fee_____
___ Process_____
_X_ Dktd_____
_X_ CtRmDep_____
___ Doc. No._____

7

8   **NOW COMES** Plaintiff, D. Montgomery, In Pro per and pursuant to Rule 23 of the

9   Federal Rules of Civil Procedure, moves the Court to enter a CLASS ACTION Certification

10  Order, in regards to the National Pollution Funds Center violation of members' rights under

*TENDERED FOR FILING*
*FEB 24 2012*
*U.S DISTRICT COURT*
*Eastern District of Louisiana*
*Deputy Cl*

1. U.S.C. Title 5 USC CHAPTER 5, SUBCHAPTER II - ADMINISTRATIVE PROCEDURE ACT.

In support of this motion, Plaintiffs refers to the record herein including the complaint, the answer therein and Plaintiff' affidavit sworn to the __21st__ day of __February_ 2012__.

Date:
Respectfully submitted,

_____
Plaintiff and representative of **All Other Similarly Situated Parties**

D. Montgomery
c/o ETR
33523 Eight Mile Rd
Bldg A-3, STE 108
Livonia, Michigan 48152
(313) 670-0371

Plaintiff, In Pro per

In further support of this motion, plaintiff submits:

1. MEMORANDUM in Support of Plaintiff's Motion for CLASS ACTION Certification Order
2. Exhibit 1 NPFC Claim Determination N10036-0344
3. Exhibit 2 NPFC Claim Determination N10036-0009
4. Exhibit 3 NPFC Claim Determination N10036-0166
5. Exhibit 4 NPFC Claim Determination N10036-0117
6. Exhibit 5 Affidavit of D. Montgomery
7. Exhibit 6 Testimony of Kenneth R. Feinberg before the Committee on Natural Resources

This motion is supported by an accompanying memorandum of points and authorities.