# Attachment A

# GCCF: Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

## Overall Program Statistics
(Status Report as of October 21, 2011)

| All Claimants | No. of Claimants |
|---|---|
| **Total All Claimants** (Claims: 993,217) (This is a unique count that includes all Emergency Advance Payment Claimants) | **549,503** |
| 1. Individual | 435,797 |
| 2. Business | 113,706 |
| *Claimants Represented by Counsel: 68,132* | |

| Current Claimant Status | No. of Claimants |
|---|---|
| **Interim and Final Claimants - Phase II** (This report reflects Claimants' current status as of the report date, therefore each Claimant is only represented in one category below.) | **350,318** |
| **Reviewed - Phase II Only** | **333,233** |
| 1. Final Payment Issued | 180,206 |
| a. Quick Payment | 124,901 |
| b. Full Review | 55,305 |
| 2. Final Release Accepted Pending Payment | 864 |
| 3. Final Offer Acknowledged Pending Accepted Release | 4,654 |
| 4. Final Offer Made | 11,326 |
| With Interim Payment (5,032 out of these 11,326 Final Offers) | |
| 5. Other Claim Determinations: | 136,183 |
| a. Claimants Without an Established Loss | 12,710 |
| b. Withdrawal Requested | 485 |
| c. Claimants Notified Additional Information Required | 17,698 |
| d. Claimant Denied | 105,290 |
| **Under Review** | **17,302** |
| 1. Phase II - Interim & Final | 17,085 |
| 2. Phase I - EAP Unresolved / Under Review (Claims Subject to Liens, Audit Holds, etc.) | 217 |
| **Claimants with Resolved EAP Submissions** (Many EAP Claimants have re-filed in the Phase II: Interim and Final Claim Stage) | **448,266** |

| Paid Claimants | Paid Claimants | Total Amount Paid |
|---|---|---|
| **Total Unique Claimants** | **213,068** | **$ 5,423,651,963.19** |
| 1. Quick Pay / Full Review / Interim Payment | 209,964 | $ 2,840,087,475.31 |
| a. Individual | 150,605 | $ 1,080,575,412.87 |
| b. Business | 59,359 | $ 1,759,512,062.44 |
| 2. Emergency Advanced Payment (EAP) | 169,197 | $ 2,583,564,487.88 |
| a. Individual | 121,566 | $ 1,020,765,083.50 |
| b. Business | 47,631 | $ 1,562,799,404.38 |
| Separate Fund for Real Estate Brokers and Agents | | $ 54,434,574.75 |
| | **Total Paid:** | **$ 5,478,086,537.94** |

| Quick Pay Final Payments | Claimants with Filed Claims | Reviewed Claimants | Paid Claimants | Amount Paid |
|---|---|---|---|---|
| **Total Quick Pay Final Payments** | **127,313** | **126,398** | **124,901** | **$ 1,259,515,000.00** |
| 1. Individual | 94,741 | 94,128 | 93,120 | $ 465,665,000.00 |
| 2. Business | 32,572 | 32,270 | 31,781 | $ 793,850,000.00 |

| Interim Payments | Claimants with Filed Claims | Reviewed Claimants* | Paid Claimants | Amount Paid |
|---|---|---|---|---|
| **Total Interim Payments** | **109,587** | **101,039** | **29,742** | **$ 378,192,732.74** |
| 1. Individual | 75,690 | 69,456 | 18,723 | $ 133,230,648.10 |
| 2. Business | 33,897 | 31,583 | 11,019 | $ 244,962,084.64 |
| *Details on Interim Claimants, including Status are reflected on Page 10 of this report* | | | | |

| Full Review Final Payments | Claimants with Filed Claims | Reviewed Claimants | Paid Claimants | Amount Paid |
|---|---|---|---|---|
| **Total Full Review Final Payments** | **143,571** | **135,867** | **55,321** | **$ 1,202,379,742.57** |
| 1. Individual | 111,163 | 104,783 | 38,762 | $ 481,679,764.77 |
| 2. Business | 32,408 | 31,084 | 16,559 | $ 720,699,977.80 |

| Full Review Final Payment Offers (inclusive of Offers with Release Accepted and Final Payment Issued) | Offers Made | Amount Offered | Offers Accepted | Amount Accepted |
|---|---|---|---|---|
| **Total Final Offers** | **80,912** | **$ 1,592,150,501.94** | **63,133** | **$ 1,308,036,852.69** |
| 1. Final Offers: Individual | 53,748 | $ 524,440,175.89 | 43,862 | $ 441,411,317.32 |
| 2. Final Offers: Business | 27,164 | $ 1,167,710,326.05 | 19,271 | $ 866,625,535.37 |

# Attachment B

**GCCF** — Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

## GCCF - Overall Statistics
### (as of October 21, 2011)

**I.   OVERALL – ALL STATES – OCTOBER 21, 2011**

| | |
|---|---:|
| Number of claimants who have filed - Interim/Final Claims | 350,318 |
| Number of claimants who have been paid | 213,068 |
| The paid percentage | 60.82% |
| The processing percentage | 95.12% |
| The deficient percentage | 5.05% |
| The denial percentage (No losses or No supporting documentation) | 33.68% |
| **Total amount paid (All Phases)** | $ 5,478,086,537.94 |

**II.   ALABAMA**

| | |
|---|---:|
| Number of claimants who have filed - Interim/Final Claims | 50,742 |
| Number of claimants who have been paid | 33,702 |
| The paid percentage | 66.42% |
| The processing percentage | 96.56% |
| The deficient percentage | 4.25% |
| Phase II denial percentage | 31.74% |
| **Total amount paid (All Phases)** | $ 993,048,957.60 |

**III.   FLORIDA**

| | |
|---|---:|
| Number of claimants who have filed - Interim/Final Claims | 144,457 |
| Number of claimants who have been paid | 95,169 |
| The paid percentage | 65.88% |
| The processing percentage | 96.36% |
| The deficient percentage | 5.34% |
| The denial percentage (No losses or No supporting documentation) | 29.01% |
| **Total amount paid (All Phases)** | $ 2,308,213,239.76 |

**IV.   LOUISIANA**

| | |
|---|---:|
| Number of claimants who have filed - Interim/Final Claims | 117,708 |
| Number of claimants who have been paid | 68,386 |
| The paid percentage | 58.10% |
| The processing percentage | 96.32% |
| The deficient percentage | 4.29% |
| The denial percentage (No losses or No supporting documentation) | 38.30% |
| **Total amount paid (All Phases)** | $ 1,686,531,937.68 |

**V.   MISSISSIPPPI**

| | |
|---|---:|
| Number of claimants who have filed - Inteirm/Final Claims | 39,445 |
| Number of claimants who have been paid | 19,352 |
| The paid percentage | 49.06% |
| The processing percentage | 91.31% |
| The deficient percentage | 5.86% |
| The denial percentage (No losses or No supporting documentation) | 38.95% |
| **Total amount paid (All Phases)** | $ 497,125,021.30 |

**VI.   TEXAS**

| | |
|---|---:|
| Number of claimants who have filed - Interim/Final Claims | 10,162 |
| Number of claimants who have been paid | 4,055 |
| The paid percentage | 39.90% |
| The processing percentage | 74.23% |
| The deficient percentage | 6.59% |
| The denial percentage (No losses or No supporting documentation) | 34.21% |
| **Total amount paid (All Phases)** | $ 207,042,566.12 |