1
2
3
4
5

# UNITED STATE DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
500 Poydras Street
New Orleans, LA 70130
(504) 589-7600

6

|  |  |
|---|---|
| -And-  **D. MONTGOMERY**  **All Other Similarly Situated Parties**  *Plaintiffs*,  Vs  **UNITED STATES OF AMERICA DEPARTMENT OF HOMELAND SECURITY UNITED STATES COAST GUARD**  -And-  Director of National Pollution Funds Center - Craig A. Bennett  **(In his Official Capacity** as Director, National Pollution Funds Center United States Coast Guard) *Defendants* | MDL NO.  SECTION: J-1  JUDGE MAG. JUDGE Case 2:10-md-02179-CJB-SS (lead) Case 2:11-cv-02298-CJB-SS (member)  **Proof of Mailing.** |

7
8
9
10

## PROOF OF SERVICE

I, D. Montgomery, certify that I mailed by prepaid first class US mail, copies of the PLAINTIFF's Motion for Summary Judgment & Motion for Class Action Certification Order with Exhibits, to the following parties:

> Matthew R. Dursa, Torts Branch, Civil Division. U.S. Department of Justice
> .P.O. Box 14271, Washington, DC 20044-4271, Maryland Bar No. N/A, Telephone: (202) 616-4033, Facsimile: (202) 616-4159, Email: matthew.r.dursa@usdoj.gov
> Attorney for Defendants

11  On February 22, 2012

12  Date:
13  Respectfully submitted,
14
15  _____
16  Plaintiff and representative of **All Other Similarly Situated Parties**
17

*TENDERED FOR FILING*
*FEB 24 2012*
*U.S. DISTRICT COURT*
*Eastern District of Louisiana*
*Deputy Clerk*

1  D. Montgomery
2  c/o ETR
3  33523 Eight Mile Rd
4  Bldg A-3, STE 108
5  Livonia, Michigan 48152
6  (313) 670-0371



**From:** D. Montgomery
PO Box 1156
Dover, DE 19903

**TO:** U.S. District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130