1  UNITED STATE DISTRICT COURT
2  EASTERN DISTRICT OF LOUISIANA
3  500 Poydras Street
4  New Orleans, LA 70130
5  (504) 589-7600
6

U. S. DISTRICT COURT
Eastern District of Louisiana
FILED   FEB 2 4 2012
LORETTA G. WHYTE
Clerk

D. MONTGOMERY
-And-
All Other Similarly Situated Parties
*Plaintiffs*,
Vs
UNITED STATES OF AMERICA
DEPARTMENT OF HOMELAND SECURITY
UNITED STATES COAST GUARD
-And-
Director of National Pollution Funds Center - Craig A. Bennett
(**In his Official Capacity** as Director, National Pollution Funds Center
United States Coast Guard)
*Defendants*

MDL NO.

SECTION: J-1

JUDGE
MAG. JUDGE
Case 2:10-md-02179-CJB-SS (lead)
Case 2:11-cv-02298-CJB-SS  (member)

### Motion for Summary Judgment BY PlAINTIFF as authorized under FRCP Rule 56.

D. Montgomery
c/o ETR
33523 Eight Mile Rd
Bldg A-3, STE 108
Livonia, Michigan 48152
(313) 670-0371

Plaintiff, In Pro per

Matthew R. Dursa
Torts Branch, Civil Division
U.S. Department of Justice
.P.O. Box 14271
Washington, DC 20044-4271
Maryland Bar No. N/A
Telephone: (202) 616-4033
Facsimile: (202) 616-4159
Email: matthew.r.dursa@usdoj.gov
Attorney for Defendants

___ Fee ___
___ Process ___
_X_ Dktd ___
_X_ CtRmDep ___
Doc. No. ___

7
8  **NOW COMES** Plaintiff, D. Montgomery, In Pro per and pursuant to Rule 56 of the Federal
9  Rules of Civil Procedure, moves the Court to enter summary judgment for the Plaintiffs on the
10 ground that there is no genuine issue as to any material fact, and the Plaintiffs are entitled to
11 judgment as a matter of law.

TENDERED FOR FILING
FEB 24 2012
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

In support of this motion, Plaintiffs refers to the record herein including the complaint, the answer therein and Plaintiff' affidavit sworn to the __21st__ day of __February_ 2012__.

Date:
Respectfully submitted,

*[signature]*

Plaintiff and representative of **All Other Similarly Situated Parties**

D. Montgomery
c/o ETR
33523 Eight Mile Rd
Bldg A-3, STE 108
Livonia, Michigan 48152
(313) 670-0371

Plaintiff, In Pro per

In further support of this motion, plaintiff submits:

1. MEMORANDUM in Support of Plaintiff's Motion for Summary Judgment as **authorized under FRCP Rule 56**
2. Exhibit 1 NPFC July 27, 2011 Final Decision
3. Exhibit 2, March 23, 2011 Letter Request for Additional Information
4. Exhibit 3, March 25, 2011 Response to Request for Additional Information
5. Exhibit 4 NPFC May 25, 2011, Initial Decision
6. Exhibit 5 Plaintiff's June 13, 2011, "REQUEST FOR RECONSIDERATION" and a "REQUEST FOR CORRECTION OF RECORDS"
7. Exhibit 6, Bean Dredging, LLC, et al v. United States of America)
8. Exhibit 7, NPFC Claims Processing System.
9. Exhibit 8 Affidavit of D. Montgomery
10. Exhibit 9, October 2010 Advance Payment from GCCF

This motion is supported by an accompanying memorandum of points and authorities.