1  **UNITED STATE DISTRICT COURT**
2  **EASTERN DISTRICT OF LOUISIANA**
3  500 Poydras Street
4  New Orleans, LA 70130
5  (504) 589-7600

6

| | | |
|---|---|---|
| -And- | D. MONTGOMERY | MDL NO. |
| | All Other Similarly Situated Parties<br>*Plaintiffs,* | SECTION: J-1 |
| Vs | | JUDGE<br>MAG. JUDGE<br>Case 2:10-md-02179-CJB-SS (lead)<br>Case 2:11-cv-02298-CJB-SS (member) |
| | UNITED STATES OF AMERICA<br>DEPARTMENT OF<br>HOMELAND SECURITY<br>UNITED STATES COAST<br>GUARD | |
| -And- | Director of National Pollution Funds Center - Craig A. Bennett **(In his Official Capacity** as Director, National Pollution Funds Center United States Coast Guard)<br>*Defendants* | **Proof of Mailing.** |

7  **PROOF OF SERVICE**
8  I, D. Montgomery, certify that I mailed by prepaid first class US mail, copies of the
9  PLAINTIFF's Motion for Summary Judgment & Motion for Class Action Certification Order
10  with Exhibits, to the following parties:

> Matthew R. Dursa, Torts Branch, Civil Division. U.S. Department of Justice
> .P.O. Box 14271, Washington, DC 20044-4271, Maryland Bar No. N/A, Telephone: (202) 616-4033,
> Facsimile: (202) 616-4159, Email: matthew.r.dursa@usdoj.gov
> Attorney for Defendants

11  On February 22, 2012

12  Date:
13  Respectfully submitted,
14
15  _____
16  Plaintiff and representative of **All Other Similarly Situated Parties**
17

*TENDERED FOR FILING*
*FEB 24 2012*
*U.S. DISTRICT COURT*
*Eastern District of Louisiana*
*Deputy Clerk*

1. D. Montgomery
2. c/o ETR
3. 33523 Eight Mile Rd
4. Bldg A-3, STE 108
5. Livonia, Michigan 48152
6. (313) 670-0371





From: D. Montgomery
PO Box 1158
Dover, DE 19903

TO: US District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130