UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 <br> SECTION J(2) |
| This Document Applies to: <br> No. 12-177 | * * * * * | JUDGE BARBIER <br> MAG. JUDGE WILKINSON |

### ORDER

Before the Court is Plaintiff's Motion to Sever and De-Consolidate member case 12-177, *Walter v. BP America, Inc.* (Rec. Doc. 5673). The Court defers ruling on Plaintiff's Motion. However, Case No. 12-177 is reassigned and referred to Magistrate Judge Wilkinson for pretrial management. Accordingly,

**IT IS ORDERED** that member case no. 12-177, *Walter v. B.P. America, Inc.*, previously assigned to Magistrate Judge Sally Shushan, is hereby **REASSIGNED AND REFERRED** to Magistrate Judge Joseph C. Wilkinson, Jr. (Division 2) for the purpose of pretrial case management, including issuing a scheduling order, overseeing discovery, and any other preliminary matters. Parties are encouraged to consider consenting to trial before Magistrate Judge Wilkinson under Fed. R. Civ. P. 73, but are free to withhold consent without adverse substantive consequences. Parties are directed to use the above caption in future pleadings.

New Orleans, Louisiana this 29th day of February, 2012

United States District Judge

FEB 29 2012
TRANSFERRED TO
MAG. 2