UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | : | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf | : | |
| of Mexico, on April 20, 2010 | : | SECTION: J |
| | : | |
| This Document Relates to: | : | JUDGE BARBIER |
| All Cases | : | MAG. JUDGE SHUSHAN |

∙∙  ∙∙  ∙∙   ∙∙   ∙∙   ∙∙   ∙∙   ∙∙   ∙∙   ∙∙   ∙∙   ∙∙   ∙∙   ∙∙   ∙∙   ∙∙   ∙∙   ∙∙   ∙∙   ∙∙   ∙∙   ∙∙  ∙

### *EX PARTE* CONSENT MOTION
### FOR ENTRY OF STIPULATED ORDER

**COME NOW THE DEFENDANTS** Anadarko Petroleum Corporation and Anadarko E&P Company LP (together "Anadarko"), with the agreement and consent of the United States, and hereby move this honorable Court to enter the attached Proposed Stipulated Order setting forth the agreement and stipulation of the parties hereto with respect to the United States' claims against Anadarko and the Phase I trial.

**WHEREFORE**, Anadarko Petroleum Corporation and Anadarko E&P Company LP, with the consent and agreement of the United States, pray that this Court enter the Proposed Stipulated Order.

DATED: February 27, 2012                         Respectfully submitted

                                                 BINGHAM McCUTCHEN LLP

                                                 */s/ Ky E. Kirby*  _____
                                                 Ky E. Kirby
                                                 ky.kirby@bingham.com
                                                 David B. Salmons
                                                 david.salmons@bingham.com
                                                 Michael B. Wigmore
                                                 michael.wigmore@bingham.com
                                                 Warren Anthony Fitch

A/74773960.2

tony.fitch@bingham.com
Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA 70112
Tel: (504) 592-0691
Fax: (504) 592-0696

Case 2:10-md-02179-CJB-DPC Document 5924 Filed 02/29/12 Page 3 of 3

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on February 27, 2012.



                                                  _____*/s/ Ky E. Kirby*_____
                                                          Ky E. Kirby