UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL No. 2179; CA 10-2771 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| Applies to:  All Cases | * | JUDGE BARBIER |
| | * | |
| (Including No. 10-2771) | * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LEAVE TO FILE JOINDER**

NOW INTO COURT, through undersigned counsel, comes Renegade Super Grafix, Inc. with this its Motion for Leave to File Joinder in Master Complaints. See Exhibit "A", attached.

Respectfully submitted this 26th day of February 2012.

RENEGADE SUPER GRAFIX, INC.

BARIA-WILLIAMSON, PLLC

*s/ David Baria*
DAVID BARIA, ESQ.
MS BAR #8646
MARCIE BARIA, ESQ.
MS BAR #8690
544 Main Street
Bay St. Louis, MS 39520
Telephone: 228-270-0001
Facsimile: 228-466-9233
Email: dbaria@baria-williamson.com
and mbaria@baria-williamson.com

AND

Robert Williamson, ESQ.
755 N. Congress Street
Jackson, MS 39202
Telephone: 601-948-6005
Facsimile: 601-948-0306
Email: rcw@baria-williamson.com