UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179; CA 10-2771 SECTION: J |
| Applies to:  All Cases | * * | JUDGE BARBIER |
| (Including No. 10-2771) | * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion for Leave to File Joinder:

IT IS HEREBY ORDERED that Renegade Super Grafix, Inc. be granted leave to file Joinder in Master Complaints.

New Orleans, Louisiana this _____ day of March 2012.

_____
United States District Judge