UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig<br>   "Deepwater Horizon" in the Gulf<br>   of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

[Regarding Examination of Donald Vidrine]

On February 14, 2012, the motion of Transocean to compel the deposition testimony of Donald Vidrine was granted in part. He was ordered to appear before a Court-appointed expert, Dr. Rennie W. Culver. Rec. doc. 5681. On February 24, 2012, Judge Barbier denied the motion to review this order. His order provides that Vidrine shall not be deemed to have waived the right to assert the psychotherapist-patient privilege with respect to information contained in his medical records. Rec. doc. 5871.

Transocean scheduled an appointment with Dr. Culver for Monday, March 5. Vidrine's counsel reports that: (1) he is considering an appeal to the Fifth Circuit Court of Appeals; (2) he has an out-of-town conflict on March 5; and (3) he intends to be available to Vidrine to provide advice to him regarding testimonial issues that may be implicated by questions asked by Dr. Culver.

When counsel for a party has sought to be present during an independent medical examination, the undersigned has denied the request. The Court sees no reason for a different result here. While Vidrine's counsel has the right to accompany Vidrine to and from Dr. Culver's examination and be in the waiting room during the examination, he does not have the right to be in the examination room.

Transocean shall accommodate the request by Vidrine's counsel to reschedule the

examination. Vidrine's counsel is not permitted to be present in the examination room when Dr. Culver conducts the examination.

**Any appeal of this ruling must be made by 4:00 p.m. on Friday, March 1, 2012.**

New Orleans, Louisiana, this 29th day of February, 2012.

                                      **SALLY SHUSHAN**
                                      **United States Magistrate Judge**

**Clerk to notify counsel for Donald Vidrine through:**

**Mr. Robert Habans**
**bobhab@bellsouth.net**