UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig       "Deepwater Horizon" in the Gulf       of Mexico, on April 20, 2010 | *  *  *  * | MDL 2179    SECTION J(2) |
| This Document Applies to: No. 10-2771, Rec. Doc. 326 | *  *  * | JUDGE BARBIER |

## ORDER

Claimant-in-Limitation,[1] the Edward Wisner Donation, filed a Motion for Partial Summary Judgment—Specific Performance of Contractual Access Agreement (Rec. Doc. 5751).[2] Pursuant to PTO No. 15 (Rec. Doc. 676), this Motion is presently continued and no responses are due until ordered by the Court.

**IT IS ORDERED** that this Motion for Partial Summary Judgment (Rec. Doc. 5751) is **REFERRED** to Magistrate Judge Joseph C. Wilkinson, Jr. for the purpose of establishing a briefing schedule and issuing a recommendation on the Motion, or otherwise resolving (e.g., mediating) the requested relief contained in the Motion.

New Orleans, Louisiana this 29th day of February, 2012

_____
United States District Judge

---

[1] The Edward Wisner Donation asserted an Answer and Claim in the Transocean entities' Limitation Action. (No. 10-2771, Rec. Doc. 326).

[2] As required by PTO No. 11/CMO No. 1, ¶ X (Rec. Doc. 569), the Motion reflects that the Plaintiffs' Steering Committee concurs with the filing of this Motion.