UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20,2010 | * * * * * | MDL NO. 2179  SECTION "J" |
| APPLIES TO: 10-09999 (DOC. 93) | * * * | JUDGE BARBIER  MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# MOTION AND ORDER TO ENROLL CO-COUNSEL

ON MOTION of Robert W. Grant and Michael G. Fanning, attorneys for the Jefferson Parish School Board, who filed a Short Form on April 19, 2011 (Doc.93) suggest to this Honorable Court that movers desire to add Philip F. Cossich (Bar No.: 1788) and Brandon J. Taylor (Bar No.: 27662), as co-counsel for the joinder/plaintiff, Jefferson Parish School Board; and on further suggesting to this Honorable Court that their names be placed of record as co-counsel for joinder/plaintiff, Jefferson Parish School Board, in the above entitled and numbered proceedings.

Respectfully submitted:
**GRANT & BARROW**
A Professional Law Corporation


*/s/ Robert W. Grant*
**ROBERT W. GRANT (#18917)**
**MICHAEL G. FANNING (#5440)**
Attorneys for Plaintiff
238 Huey P. Long Avenue
P.O. Box 484
Gretna, Louisiana 70054
Telephone: (504) 368-7888
Fax: (504) 368-7263

1

/s/ Philip F. Cossich
**PHILIP F. COSSICH (#1788)**
**BRANDON J. TAYLOR (#27662)**
Attorneys for Plaintiff
8397 Highway 23
Suite 100
Belle Chasse, Louisiana 70037
Telephone: (504) 394-9000

**CERTIFICATE OF SERVICE**

I hereby certify that on February 29, 2012, I electronically filed the foregoing pleading which will send a notice of electronic filing to all counsel of record.

/s/ Robert W. Grant
**ROBERT W. GRANT**