UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE GULF | * | |
| OF MEXICO, ON APRIL 20,2010 | * | SECTION "J" |
| | * | |
| | * | |
| APPLIES TO: 10-09999 (DOC. 93) | * | JUDGE BARBIER |
| | * | MAGISTRATE SHUSHAN |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion;

**IT IS ORDERED**, that Philip F. Cossich (Bar No.: 1788) and Brandon J. Taylor (Bar No.: 27662), be enrolled as co-counsel of record for joinder/plaintiff, Jefferson Parish School Board, and that their names be placed of record herein.

New Orleans, Louisiana, this _____ day of March, 2012.

_____
**JUDGE**