UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"<br><br>THIS DOCUMENT RELATES TO:<br><br>CASE NO.:2:10-cv-08888; 2:10-cv-02771 | MDL NO.: 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## MOTION FOR LEAVE TO FILE SHORT FORM JOINDER IN LIMITATION

NOW INTO COURT, through undersigned counsel comes, Martin Thompson, identified in Exhibit A, who moves this Court to allow the late filing of a Short Form Joinder in the limitation proceeding brought by *Triton Asset Leasing GmbH, et al.*, Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc. as Owner, Managing Owners, Owners *Pro Hac Vice*, and/or Operators of the MODU Deepwater Horizon, and as grounds therefore shows the court as follows:

1. This Court originally set a deadline for filing of the claims in the Transocean limitation action for April 20, 2011.

2. The Court extended the deadline for filing of the claims in the Transocean limitation proceedings to September 16, 2011.

3. Movant contacted counsel after the Court's deadline of September 16, 2011 seeking assistance in filing claims for damages incurred as a result of the Deepwater Horizon explosion and resulting oil spill.

4. Because Movant was unaware of the Court's deadline and had not yet fully realized his damages and was unaware of the availability of the Short Form Joinder, generally, Movant did not timely file a Short Form Joinder.

5. No prejudice will result from the acceptance of the proposed Short Form Joinder, which is attached hereto as Exhibit A. No action has been taken in the limitation action which could cause prejudice to any other party in the proceedings.

WHEREFORE, for the above reasons, Movant requests that the Court grant Movant's request to include the Short Form Joinder attached hereto as Exhibit A in the pending limitation action and that the Court deem the Short Form Joinder as timely filed.

Respectfully submitted,

MORRIS BART, P.L.C.
909 Poydras Street, Suite 2000
New Orleans, LA 70112
Telephone:   504-525-8000
Facsimile:   504-599-3380

_____
MEKEL S. ALVAREZ, NO.: 22157

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this ___1___ day of _March_, 2012, the foregoing Motion For Leave to Allow Late Filed Claim was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Don K. Haycraft, James P. Roy and Stephen J. Herman by operation of the court's electronic filing system and to all counsel of record through the Lexis Nexis File & Serve.