UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"<br><br>THIS DOCUMENT RELATES TO:<br><br>CASE NO.:2:10-cv-08888; 2:10-cv-02771 | MDL NO.: 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## ORDER

**CONSIDERING** the above and foregoing Motion for Leave to Allow Late Filed Short Form Joinder:

IT IS ORDERED that the motion is GRANTED and the Short Form Joinder of Mark Thompson, identified in Exhibit A attached to the motion shall be considered timely filed in the Transocean limitation proceedings.

Signed in New Orleans, Louisiana this _____ day of _____, 2012.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable Carl J. Barbier
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE