UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO ON APRIL 20, 2010 | * * * * | MDL 2179  Section J |
| THIS DOCUMENT RELATES TO: | * * | Judge Barbier  Mag. Judge Shushan |
| IN RE: TRITON ASSET LEASING GmbH  Case No. 2:10-cv-02771-CJB-SS | * * | |

## MOTION FOR LEAVE TO FILE LIMITATION SHORT FORM JOINDERS BEYOND THE MONITIONS DEADLINE

NOW INTO COURT, through undersigned counsel, come Claimants who move this Court for acceptance of their late-filed Short Form Joinders in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., as Owner, Managing Owners, Owners Pro Hac Vice, and/or Operators of the MODU Deepwater Horizon, and as grounds Claimants say as follows:

1. This Court established a deadline for the filing of claims in the Transocean limitation proceeding for April 20, 2011.

2. Claimants contacted counsel after the Court-established deadline seeking assistance in filing claims for damages incurred as a result of the Deepwater Horizon explosion and resulting oil spill.

3. Claimants did not timely file in the Transocean limitation proceeding because they were not aware of the deadline.

4. No prejudice will result from the acceptance of the proposed Short Form Joinders, which are attached as Exhibit A.  No action has been taken in the limitation proceeding that could cause prejudice to any other party to the proceeding.

1

For these reasons, Claimants request that the Court grant them leave to file the Short Form Joinders attached and that the Court deem said Short Form Joinders as timely filed.

Respectfully submitted:

/s/ Michael Shane Lucado
Michael Shane Lucado
SHELBY LUCADO, ESQ.
1 Perimeter Park South, Suite 125S
Birmingham, AL 35243
(205) 278-0025 (tel) | (205) 278-0030 (fax)
slucado@lucadolaw.com

/s/ Robert B. Roden
Robert B. Roden, Esq.
SHELBY RODEN LLC
2956 Rhodes Circle
Birmingham, AL  35205
(205) 933-8383 (tel) | (205) 933-8386
rroden@shelbyroden.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2012, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

/s/ Michael Shane Lucado
Michael Shane Lucado

In re: Oil Spill by the Oil Rig "Deepwater Horizon"
In the Gulf of Mexico, on April 20, 2010-MDL NO. 2179

**EXHIBIT A**

| Claimant Name | Date of Filing | Short Form Document No. |
|---|---|---|
| Burton LLC | 2/29/2012 | 112452 |

| Name | Date | Number |
|---|---|---|
| James & Nancy Leonard | 2/29/2012 | 112454 |
| Joan and Peter Anderson | 2/29/2012 | 112456 |
| Charles Renfrow, Jr. | 2/29/2012 | 112457 |
| Pat Salamone | 2/29/2012 | 112458 |
| LaBelle Maison Homeowner's Assoc. Inc. | 2/29/2012 | 112459 |
| Southern Legacy Group, LLC | 2/29/2012 | 112460 |
| Charles Ray Baxter | 2/29/2012 | 112461 |
| James R. Burns | 2/29/2012 | 112462 |
| C. Thomas Crooks, III | 2/29/2012 | 112463 |
| Janet J. Taylor Revocable Trust | 2/29/2012 | 112464 |
| Cole Taylor | 2/29/2012 | 112465 |
| Lance Goodson | 2/29/2012 | 112466 |
| Entrust Retirement Services of GA, LLC | 2/29/2012 | 112467 |
| Suzanne Anselmo | 2/29/2012 | 112468 |
| Judy Marley | 2/29/2012 | 112469 |
| James & Dillie Wammock, Jr. | 3/1/2012 | 112477 |
| Mark Stieglitz | 3/1/2012 | 112479 |
| Edward H. Givhan | 3/1/2012 | 112480 |
| Steve Groover | 3/1/2012 | 112481 |
| Timothy Bridges | 3/1/2012 | 112476 |
| Alan Howard | 3/1/2012 | 112475 |
| Steven Yezzi | 2/28/2012 | 112346 |
| Paul Vanlandingham | 2/28/2012 | 112347 |
| GG's Fine Foods | 3/1/2012 | 112491 |
| David & Tammy McCarty | 3/1/2012 | 112493 |
| Richard Veldman Revocable Trust | 3/1/2012 | 112495 |
| Crystal Clear Properties, LLC | 3/1/2012 | 112507 |
| Detourant, LLC | 3/1/2012 | 112470 |
| Roger and Charlotte Halcomb | 3/1/2012 | 112504 |
| Paul and Patricia Haynes | 3/1/2012 | 112503 |
| Rettu A. Nanda | 3/1/2012 | 112496 |
| AG4 Investments, LLC | 3/1/2012 | 112497 |
| Alex Shahid | 3/1/2012 | 112500 |
| Steve Groover | 3/1/2012 | 112498 |