UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO ON APRIL 20, 2010 | * * * * | MDL 2179 Section J |
| THIS DOCUMENT RELATES TO: | * * | Judge Barbier Mag. Judge Shushan |
| IN RE: TRITON ASSET LEASING GmbH Case No. 2:10-cv-02771-CJB-SS | * * | |

**ORDER**

Considering the Motion for Acceptance of Limitation Short Form Joinders Filed After the Court's Monitions Deadline:

It is ORDERED that the late-filed Short Form Joinders filed by Movants, attached as as Exhibits _____, shall be considered as timely filed claims in the Transocean Limitation (Civil Action No. 10-2771), as well as properly joined in the B1 and/or B3 Bundle Amended Master Complaints, in accordance with Pre-Trial Orders Nos. 24 and 25.

Signed this \_\_\_\_ day of _____, 2012.

_____
Honorable Carl J. Barbier,
U.S. District Court Judge