**EXHIBIT A**

| Claimant Name | Date of Filing | Short Form Doc. No. |
|---|---|---|
| Burton LLC | 2/29/2012 | 112452 |
| James & Nancy Leonard | 2/29/2012 | 112454 |
| Joan and Peter Anderson | 2/29/2012 | 112456 |
| Charles Renfrow, Jr. | 2/29/2012 | 112457 |
| Pat Salamone | 2/29/2012 | 112458 |
| LaBelle Maison Homeowner's Assoc. Inc. | 2/29/2012 | 112459 |
| Southern Legacy Group, LLC | 2/29/2012 | 112460 |
| Charles Ray Baxter | 2/29/2012 | 112461 |
| James R. Burns | 2/29/2012 | 112462 |
| C. Thomas Crooks, III | 2/29/2012 | 112463 |
| Janet J. Taylor Revocable Trust | 2/29/2012 | 112464 |
| Cole Taylor | 2/29/2012 | 112465 |
| Lance Goodson | 2/29/2012 | 112466 |
| Entrust Retirement Services of GA, LLC | 2/29/2012 | 112467 |
| Suzanne Anselmo | 2/29/2012 | 112468 |
| Judy Marley | 2/29/2012 | 112469 |
| James & Dillie Wammock, Jr. | 3/1/2012 | 112477 |
| Mark Stieglitz | 3/1/2012 | 112479 |
| Edward H. Givhan | 3/1/2012 | 112480 |
| Steve Groover | 3/1/2012 | 112481 |
| Timothy Bridges | 3/1/2012 | 112476 |
| Alan Howard | 3/1/2012 | 112475 |
| Steven Yezzi | 2/28/2012 | 112346 |
| Paul Vanlandingham | 2/28/2012 | 112347 |
| GG's Fine Foods | 3/1/2012 | 112491 |
| David & Tammy McCarty | 3/1/2012 | 112493 |
| Richard Veldman Revocable Trust | 3/1/2012 | 112495 |
| Crystal Clear Properties, LLC | 3/1/2012 | 112507 |
| Detourant, LLC | 3/1/2012 | 112470 |
| Roger and Charlotte Halcomb | 3/1/2012 | 112504 |
| Paul and Patricia Haynes | 3/1/2012 | 112503 |
| Rettu A. Nanda | 3/1/2012 | 112496 |
| AG4 Investments, LLC | 3/1/2012 | 112497 |
| Alex Shahid | 3/1/2012 | 112500 |
| Steve Groover | 3/1/2012 | 112498 |