UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| Case No. 2:10-cv-08888-CJB-SS | * | |
| Doc No. 59974 | * | MAGISTRATE JUDGE SHUSHAN |
| Short-Form Joinder of | * | |
| Bau Le | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, the undersigned counsel, and moves this Court for an order withdrawing Martin D. Crump and the law firm of Davis & Crump, P.C., as counsel of record for Plaintiff, Bau Le. In further support, Movant states as follows:

1. On or about August 6, 2010, Plaintiff, Bau Le, retained the law firm of Davis & Crump, P.C., to serve as counsel with regards to his oil spill case.

2. On April 18, 2011, the undersigned filed a Short Form Joinder on behalf of Plaintiff, Bau Le, being Document No.: 59974.

3. On February 13, 2012, Plaintiff, Bau Le, informed the undersigned by written communication that he wished to retain other counsel and no longer wanted representation by Davis & Crump, P.C. The parties have terminated their attorney-client relationship.

4.     Considering Plaintiff, Bau Le has chosen to retain other counsel in this matter, neither he nor any other party will be prejudiced by Movants' withdrawal of counsel.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel, both individually and on behalf of his respective law firm, Davis & Crump, P.C., moves this Court for an Order withdrawing them as counsel of record for Plaintiff, Bau Le.

Respectfully submitted, this the 1st day of March, 2012.

/s/ *Martin D. Crump*
MARTIN D. CRUMP
MSB NO.:  10652
DAVIS & CRUMP, P.C.
Attorneys at Law
Post Office Drawer 6829
Gulfport, MS 39506
228-863-6000
228-864-0907(fax)
E-Mail:  martin.crump@daviscrump.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Withdraw as Counsel will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via U.S. Mail, postage prepaid and properly addressed, on the others listed below this the 1st day of March, 2012.

*Bau Le*
*6819 Rue Mornay North*
*Biloxi, Mississippi  39532*

/s/ *Martin D. Crump*
MARTIN D. CRUMP