UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

In Re: Oil Spill by the Oil Rig * MDL NO. 2179
"Deepwater Horizon in the *
Gulf of Mexico, on April 20, 2010 * SECTION: J
*
*
*
*
This Document Relates To: * JUDGE BARBIER
Case No. 2:10-cv-08888-CJB-SS *
Doc No. 59974 * MAGISTRATE JUDGE
* SHUSHAN
Short-Form Joinder of Bau Le *
*
*
* * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that Martin D. Crump and the law firm of Davis & Crump, P.C., be allowed to withdraw as Counsel for Bau Le.

This the _____ day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE

1