# Exhibit A

**From:** Langan, Andrew
**Sent:** Thursday, February 16, 2012 10:40 AM
**To:** shushan@laed.uscourts.gov
**Cc:** Mike_OKeefe@laed.uscourts.gov; Jim Roy; sherman@hhkc.com; CMaze@ago.state.al.us; Mike.Underhill@usdoj.gov; luther.strange@ago.state.al.us; Trey Phillips (treyphillipsdwh@ag.state.la.us); taylorc@ag.state.la.us; dsc2179@liskow.com; liaison2179@liskow.com
**Subject:** MDL 2179 -- Letter to Judge Shushan re Depositions Affected by MIL Order re Other Incidents

Dear Judge Shushan:

As discussed at last Friday's conference, here is a letter regarding deposition designations (and related exhibits) that are most clearly affected by the Court's ruling on BP's motion in limine (Rec. Doc. 5634).

Respectfully submitted,

Andy Langan


**J. Andrew Langan, P.C.**

**KIRKLAND & ELLIS LLP**
300 North LaSalle Street Chicago, IL 60654
Tel. +1-312-862-2064  Fax +1-312-862-2200

andrew.langan@kirkland.com


📄 2012_02_16 A. Langan ltr to Judge Shushan.pdf (64 KB)

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois 60654

J. Andrew Langan, P.C.
To Call Writer Directly:
(312) 862-2064
andrew.langan@kirkland.com

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

February 16, 2012

**VIA E-MAIL**

The Honorable Sally Shushan
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

Re: In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010, MDL No. 2179

Dear Judge Shushan:

As discussed at last week's conference, this letter provides an initial list of depositions designated by the PSC that are significantly impacted by the Court's February 9, 2012 order excluding evidence of prior alleged improper conduct by BP and prior adverse criminal, civil or regulatory proceedings. (Order and Reasons Regarding MILs to Exclude Instances of Prior Alleged Improper Conduct and Prior Adv. Crim., Civ. or Reg. Proceedings (Rec. Doc. 5634)) While numerous depositions designations are impacted by the Court's ruling, the following transcripts have designations that include multiple lines of questioning excluded by the Court's February 9, 2012 Order:

(1) Ellis Armstrong;
(2) John Baxter;
(3) Mark Bly;
(4) Sir William Castell;
(5) Anthony Hayward;
(6) Andrew Inglis;
(7) Lamar McKay; and
(8) John Mogford

The designated portions of these transcripts also contain exhibits that are excluded pursuant to the Court's Order. Also, as noted above, other deposition transcripts include certain designated testimony that also falls under the Court's Order.

**KIRKLAND & ELLIS LLP**

The Honorable Sally Shushan
February 16, 2012
Page 2

      At the last status hearing, Mr. Herman assured the Court and the parties that the PSC would not offer evidence that has been excluded by the Court's Orders. But it is not yet clear to BP how the PSC will accomplish this worthy goal. BP requests that the PSC provide information regarding the details of its plan to ensure that the evidence excluded pursuant to the Court's Orders, including the excluded testimony and exhibits in the depositions listed above, is not offered as part of the Phase I trial.

      Sincerely,

/s/ J. Andrew Langan, P.C.

JAL/sm

cc:    Plaintiffs' Liaison Counsel
        Defense Liaison Counsel
        Mike Underhill
        Trey Phillips
        Hon. Attorney General Luther Strange
        Corey Maze