# Exhibit B

**From:** Steve Herman [mailto:SHERMAN@hhkc.com]
**Sent:** Thursday, February 16, 2012 10:51 AM
**To:** Langan, Andrew
**Cc:** shushan@laed.uscourts.gov; Mike_OKeefe@laed.uscourts.gov; Jim Roy; CMaze@ago.state.al.us; Mike.Underhill@usdoj.gov; luther.strange@ago.state.al.us; Trey Phillips (treyphillipsdwh@ag.state.la.us); taylorc@ag.state.la.us; dsc2179@liskow.com; liaison2179@liskow.com
**Subject:** MDL 2179 -- Letter to Judge Shushan re Depositions Affected by MIL Order re Other Incidents

That's not what I said, Andy.  I said that we would not waste the Court's (or the parties') time attempting to offer evidence that would likely be deemed inadmissible with live witnesses, but that it was completely impractical to pull apart existing Deposition Bundles and try to put them back together again at this point.  And I am pretty sure that Judge Shushan agreed with me.  It's a bench trial, and, based on my understanding, Judge Barbier has already started to review the bundles.  He is also familiar with this evidence from having read the briefing and exhibits on the Motion *in Limine.*  So, as of right now, with respect to the existing Deposition Bundles, we don't plan to do anything further, unless instructed to do so by the Court.  Respectfully, Steve


**From:** Langan, Andrew [mailto:alangan@kirkland.com]
**Sent:** Thursday, February 16, 2012 10:40 AM
**Subject:** MDL 2179 -- Letter to Judge Shushan re Depositions Affected by MIL Order re Other Incidents

Dear Judge Shushan:

As discussed at last Friday's conference, here is a letter regarding deposition designations (and related exhibits) that are most clearly affected by the Court's  ruling on BP's motion in limine (Rec. Doc. 5634).

Respectfully submitted,

Andy Langan


**J. Andrew Langan, P.C.**

**KIRKLAND & ELLIS LLP**
300 North LaSalle Street Chicago, IL 60654
Tel. +1-312-862-2064  Fax +1-312-862-2200

andrew.langan@kirkland.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.

Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
************************************************************


CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.