UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 <br> SECTION: J(1) |
| This Document Applies to: <br> 11-274 c/w 11-275 | * * * * * | JUDGE BARBIER <br><br> MAGISTRATE JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER
[As to the Insurance Actions]

Considering the Court's Rule 54(b) partial final judgment rendered herein;

IT IS HEREBY ORDERED that the *Ex Parte* Motion for Leave to File Motion for Summary Judgment (Rec. Doc. 4913) filed by Certain Underwriters at Lloyd's, London and Various Insurance Companies is DENIED AS MOOT.

New Orleans, Louisiana, this 1st day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE