UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: J(1) |
| | * | |
| This Document Applies to: | * | JUDGE BARBIER |
| 11-274 c/w 11-275 | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

RULE 54(B) PARTIAL FINAL JUDGMENT
[As to the Insurance Actions]

On November 15, 2011, the Court issued its Order and Reasons (Rec. Doc. 4588) denying a motion for judgment on the pleadings filed by the BP Parties[1] in Action Nos. 11-274 and 11-275 ("Insurance Actions").  The Court now holds, with effect from the date of this Order, that by its terms, the Court's Order and Reasons not only denied BP's motion but also granted judgment on the pleadings against the BP Parties and in favor of the Plaintiff Insurers[2] on the Plaintiff Insurers' complaints.  All of the parties agree that entry of a partial final judgment pursuant to Fed. R. Civ. P. 54(b) is appropriate at this time, and there being no just reason for delay and good cause appearing,

---

[1] BP plc, BP Exploration & Production, Inc., BP America Production Company, BP Corporation North America, Inc., BP Company North America, Inc., BP Products North America, Inc., BP America, Inc., and BP Holdings North America Limited (collectively, "BP") in Action Nos. 11-274 and 11-275 ("Insurance Actions").  Anadarko E&P Company, LP and Anadarko Petroleum Corporation (collectively, "Anadarko"), and MOEX Offshore 2007 LLC ("MOEX"), joined in BP's motion for judgment on the pleadings.

[2] Certain Underwriters at Lloyd's, London and Various Insurance Companies ("Underwriters"), and Ranger Insurance Limited ("Ranger") (collectively, "Plaintiff Insurers").  Transocean Holdings LLC, Transocean Deepwater Inc., and Triton Asset Leasing GmbH (collectively, "Transocean") intervened as plaintiffs/insureds under the subject insurance policies.

IT IS ORDERED, ADJUDGED, AND DECREED that a partial final judgment is hereby entered, under Fed. R. Civ. P. 54(b), in favor of the Underwriters, Ranger, and Transocean and against BP, Anadarko, and MOEX on the insurers' complaints, declaring that all claims by BP, Anadarko, and MOEX for additional insured coverage under the Policies for the sub-surface pollution liabilities BP, Anadarko, and MOEX have incurred and will incur with respect to the Macondo well oil release are dismissed with prejudice.

New Orleans, Louisiana, this 1st day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE