UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico on April 20, 2010 | * | SECTION "J" |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | |
| All Cases | * | MAGISTRATE NO. 1 |
| | * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * *

### ANADARKO PETROLEUM CORPORATION'S AND ANADARKO E&P COMPANY LP'S NOTICE OF WITHDRAWAL OF EXHIBIT LIST FOR THE PHASE I TRIAL AND OF OBJECTIONS TO OTHER PARTIES' EXHIBITS AND WITNESSES FOR THE PHASE I TRIAL

NOW INTO COURT, come Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP (together "Anadarko") and, as a consequence of the Court's Order regarding Anadarko's Motion *in Limine* to Exclude Evidence of Anadarko's Knowledge of or Access to Information About Well Design and/or Operations (Rec. Doc. 5836), the Stipulated Order Regarding Anadarko Entities (Rec. Doc. 5930), and the parties' agreement that Anadarko officer Darrell Hollek is excused from the subpoena to provide testimony during the Phase I trial, Anadarko hereby withdraws its Phase I Exhibit List (Rec. Doc. 5200), the Objections of Anadarko Petroleum Corporation and Anadarko E&P Company LP to Phase One Trial Witness Lists (Rec. Doc. 5467), Defendant Anadarko Corporation's and Anadarko E&P Company LP's 1/23/2012 Objections to Trial Exhibit Lists (Rec. Doc. 5348), and Defendant Anadarko Petroleum Corporation's and Anadarko E&P Company, LP's February 24, 2012 Objections to Halliburton's Sixth Amended Good Faith Exhibit List: Phase One (Rec. Doc 5878).

Respectfully submitted,

DATED:  March 1, 2012  BINGHAM McCUTCHEN LLP

/s/ *Ky E. Kirby*
Ky E. Kirby
ky.kirby@bingham.com
David B. Salmons
david.salmons@bingham.com
Michael B. Wigmore
michael.wigmore@bingham.com
Warren Anthony Fitch
tony.fitch@bingham.com
Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-0696

2

3

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on March 1, 2012.

    DATED: March 1, 2012

                                                      /s/ *Ky E. Kirby*
                                                       Ky E. Kirby