In Re: Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179

## EXHIBIT A

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT NUMBERS |
|---|---|---|
| Betty Patterson | 3/01/2012 | 112572 |
| Raymond Patterson | 3/01/2012 | 112573 |
| Kelly Powell | 3/01/2012 | 112565 |