UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | MDL No.:   2179<br><br>SECTION:  "J" |
| This Document Relates to:<br>     Claim No. 1123040<br>     filed by Darryl Haan | HON. CARL J. BARBIER<br>MAG. JUDGE SALLY SHUSHAN |

**MEMORANDUM IN OPPOSITION TO MOTION
TO HOLD TAMPA SHIP IN CONTEMPT OF COURT FOR
REFUSING TO COMPLY WITH FEDERAL SUBPOENA**

**MAY IT PLEASE THE COURT:**

Apparently, claimant Darryl Haan requested a subpoena for the production of documents to be issued from this Honorable Court (Exhibit 1). The subpoena was directed to Tampa Ship (properly, Tampa Ship, LLC), and was mailed by Mr. Haan to Tampa Ship at its office in Tampa, Florida.

Tampa Ship is a Florida limited liability company, with its principal place of business in Tampa. It has no offices, facilities or presence in Louisiana or within the jurisdiction of this Honorable Court.

Tampa Ship advised Mr. Haan that his subpoena was not valid, which clearly is correct.

Pursuant to the provisions of Rule 45(a)(2)(C), Rule 45(b)(1) and Rule 45 (b)(2)(A)-(D) of the FRCP, the subpoena issued by the U.S. District Court for the Eastern District of Louisiana

is not valid and/or proper to compel production of documents by Tampa Ship. Again, Tampa Ship is a Florida limited liability company with its principal and sole place of business in Tampa.

Accordingly, Tampa Ship respectfully requests that Mr. Haan's Motion for Contempt of Court be denied, at his cost.

        Respectfully submitted,

        **PHELPS DUNBAR LLP**


        BY:   */s/ Colin B. Cambre*
               Colin B. Cambre (No. 31083)
               Canal Place | 365 Canal Street, Suite 2000
               New Orleans, Louisiana 70130-6534
               Telephone: 504-566-1311
               Telecopier: 504-568-9130
               Email: colin.cambre@phelps.com

ATTORNEYS FOR TAMPA SHIP, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of March, 2012, I electronically filed the foregoing *Memorandum in Opposition to Motion to Hold Tampa Ship in Contempt of Court for Refusing to Comply with Federal Subpoena* with the Clerk of the Court using the ECF system. Notification of this filing was sent via e-mail and U.S. Certified Mail, Return Receipt Requested to the following:

Mr. Darryl Haan
5421 Finance Avenue
Weeki Wachee, Florida 34607
Email: darrylh0418@yahoo.com

*/s/ Colin B. Cambre*

Colin B. Cambre
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130-6534