UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION<br><br>MDL 2179 |
| Member Case: <u>In re: Triton Asset Leasing</u>;<br>Civil Action No. 10-2771 | SECTION "J" (1) |

## ORDER

The Motion of Claimant-in-Limitation, the Edward Wisner Donation, for Partial Summary Judgment – Specific Performance of Contractual Access Agreement, Record Doc. No. 5751, has recently been referred to me by Judge Barbier. Record Doc. No. 5928. Accordingly, **IT IS ORDERED** that a status conference is hereby SCHEDULED in this matter on **MARCH 15, 2012 at 3:00 p.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Hale Boggs Building, Room B409, New Orleans, Louisiana. The purpose of the conference is to establish a briefing schedule and to discuss settlement possibilities. Parties who wish to participate in the conference by telephone may do so by calling the undersigned magistrate judge's chambers at 504-589-7630 at the designated time. The Clerk is hereby directed to place a copy of this order in the captioned MDL case <u>and</u> the individual case, C.A. No. 10-2771.

New Orleans, Louisiana, this  2nd  day of March, 2012.

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE