UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | MDL No. 2179 <br><br> Section J <br><br> Judge Carl J. Barbier <br> Magistrate Judge Sally Shushan |
| This document relates to: <br><br> *All Cases and* <br> *No. 2-10-cv-02771* | |

**DEFENDANT M-I L.L.C.'S MOTION FOR RECONSIDERATION OF THE COURT'S FEBRUARY 24, 2012 ORDER, DOCKET NO. 5870**

M-I, L.L.C. ("M-I") respectfully moves for reconsideration of two portions of the Court's Order of February 24, 2012 (Dkt. No. 5870). This Court denied as moot two of M-I's motions: (1) M-I's Motion to Join In and Adopt the Arguments Made in the Weatherford Entities' Motion for Judgment on the Pleadings Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure and M-I L.L.C.'s Motion for Judgment on the Pleadings Pursuant to Federal Rule of Civil Procedure 12(c) (Dkt. No. 5364) and (2) M-I's Motion to Dismiss Transocean's Cross-Claims/Counter-Claims (Dkt. No. 2520). As explained in the attached memorandum, these two motions are not moot.

March 2, 2012                                               Respectfully submitted,

**OF COUNSEL:**                                             MORGAN, LEWIS & BOCKIUS LLP
MORGAN, LEWIS & BOCKIUS LLP

Derek E. Leon                                               By: /s/ *Hugh E. Tanner*
dleon@morganlewis.com.                                          Hugh E. Tanner
Texas Bar No. 24002463                                          htanner@morganlewis.com
5300 Wachovia Financial Center                                  Texas Bar No. 19637400
200 South Biscayne Boulevard                                    1000 Louisiana, Suite 4000
Miami, Florida  33131                                           Houston, Texas  77002
Telephone:     (305) 415-3000                                   Telephone:     (713) 890-5000
Facsimile:      (305) 415-3001                                  Facsimile:      (713) 890-5001

Denise Scofield
dscofield@morganlewis.com                                   **ATTORNEY FOR DEFENDANT**
Texas Bar No. 00784934                                      **M-I L.L.C.**
1000 Louisiana, Suite 4000
Houston, Texas  77002
Telephone:     (713) 890-5000
Facsimile:      (713) 890-5001

**ATTORNEYS FOR DEFENDANT**
**M-I L.L.C.**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Defendant M-I L.L.C.'s Motion for Reconsideration of the Court's February 24, 2012 Order, Docket No. 5870, has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the Court's CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179, on this 2nd day of March, 2012.

   /s/ *Hugh E. Tanner*

Hugh E. Tanner