UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | § § § § § § § § | MDL No. 2179<br><br>Section J<br><br>Judge Carl J. Barbier<br>Magistrate Judge Sally Shushan |
| This document relates to:<br><br>*All Cases and*<br>*No. 2-10-cv-02771* | § § § § § | |

**DEFENDANT M-I L.L.C.'S MEMORANDUM IN SUPPORT OF ITS
MOTION FOR RECONSIDERATION OF THE COURT'S
FEBRUARY 24, 2012 ORDER, DOCKET NO. 5870**

M-I, L.L.C. ("M-I") respectfully suggests that the portions of the Court's Order of February 24, 2012 (Dkt. 5870) finding moot two of M-I's motions require reconsideration.

1. Rule 54(b) of the Federal Rules of Civil Procedure provides that "any order or other decision, however designated, that adjudicates fewer than all the claims . . . may be revised at any time before the entry of a judgment adjudicating all the claims and all the parties' rights and liabilities."

2. On February 24, 2012, this Court denied as moot M-I's Motion to Join In and Adopt the Arguments Made in the Weatherford Entities' Motion for Judgment on the Pleadings Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure and M-I L.L.C.'s Motion for Judgment on the Pleadings Pursuant to Federal Rule of Civil Procedure 12(c) involving Transocean's claims for contribution and subrogation under the Clean Water Act. (Dkt. 5364). The Court found that M-I's motion was moot after denying Weatherford's Motion for Judgment

on the Pleadings Pursuant to Rule 12(c). (Dkt. 5664). Weatherford's motion for judgment on the pleadings was moot because the Court granted summary judgment in favor of Weatherford. (Dkt. 5653).

3.     M-I's motion for judgment on the pleadings was not rendered moot by reason of the denial of Weatherford's motion for judgment on the pleadings. M-I properly adopted and joined in Weatherford's motion as part of its own motion. *See* FED. R. CIV P. 10(c). Thus, the Court's ruling on Weatherford's motion for judgment on the pleadings has no impact on M-I's motion for judgment on Transocean's CWA claims for contribution and subrogation, and M-I's motion is not moot.

4.     The Court also denied as moot M-I's Motion to Dismiss Transocean's Cross-Claims/Counter-Claims. (Dkt. 2520). This motion seeks the dismissal of Transocean's claim for breach of the warranty of workmanlike performance.

5.     The Court denied as moot M-I's motion to dismiss based on M-I and Transocean's joint stipulation of dismissal with prejudice regarding one of Transocean's claims against M-I. (Dkt. 5055). However, this stipulation applied only to the claim in paragraphs 126 through 134 of Transocean's Rule 13 Cross-Claims/Counter-Claims, which contained Transocean's claim for loss of the value of the rig. (Dkt. 2068). Thus, this stipulation had no effect on M-I's motion to dismiss a different claim, breach of the warranty of workmanlike performance, found in paragraphs 71 through 73 of Transocean's cross-claims and counter-claims. (Dkt. 2068). Accordingly, M-I's motion to dismiss is not moot.

6.     For these reasons, M-I respectfully requests that the Court reconsider its rulings and reinstate M-I's motion for judgment on the pleadings (Dkt. 5364) and M-I's motion to dismiss (Dkt. 2520).

March 2, 2012                              Respectfully submitted,

| | |
|---|---|
| **OF COUNSEL:**<br>MORGAN, LEWIS & BOCKIUS LLP | MORGAN, LEWIS & BOCKIUS LLP |
| Derek E. Leon<br>dleon@morganlewis.com.<br>Texas Bar No. 24002463<br>5300 Wachovia Financial Center<br>200 South Biscayne Boulevard<br>Miami, Florida  33131<br>Telephone:     (305) 415-3000<br>Facsimile:      (305) 415-3001 | By:  /s/ *Hugh E. Tanner*<br>       Hugh E. Tanner<br>       htanner@morganlewis.com<br>       Texas Bar No. 19637400<br>       1000 Louisiana, Suite 4000<br>       Houston, Texas  77002<br>       Telephone:     (713) 890-5000<br>       Facsimile:      (713) 890-5001 |
| Denise Scofield<br>dscofield@morganlewis.com<br>Texas Bar No. 00784934<br>1000 Louisiana, Suite 4000<br>Houston, Texas  77002<br>Telephone:     (713) 890-5000<br>Facsimile:      (713) 890-5001 | **ATTORNEY FOR DEFENDANT<br>M-I L.L.C.** |
| **ATTORNEYS FOR DEFENDANT<br>M-I L.L.C.** | |

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing Defendant M-I L.L.C.'s Memorandum in Support of Its Motion for Reconsideration of the Court's February 24, 2012 Order, Docket No. 5870, has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the Court's CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179, on this 2nd day of March, 2012.

                /s/ *Hugh E. Tanner*

                Hugh E. Tanner