UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG<br>"DEEPWATER HORIZON" in the<br>GULF OF MEXICO on<br>APRIL 20, 2010<br><br>This document relates to:<br><br>*All Cases and*<br>*No. 2-10-cv-02771* | § § § § § § § § § § | MDL No. 2179<br><br>SECTION: J<br><br><br>**Judge Carl J. Barbier**<br>**Magistrate Judge Sally Shushan** |

## ORDER

Considering Defendant M-I L.L.C.'s Motion for Reconsideration of the Court's February 24, 2012 Order, Docket 5870, and any responses and replies thereto:

**IT IS HEREBY ORDERED** that M-I L.L.C.'s Motion for Reconsideration of the Court's February 24, 2012 Order, Docket 5870, is GRANTED. M-I's (1) Motion to Join In and Adopt the Arguments Made in the Weatherford Entities' Motion for Judgment on the Pleadings Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure and M-I L.L.C.'s Motion for Judgment on the Pleadings Pursuant to Federal Rule of Civil Procedure 12(c) (Dkt. No. 5364) and (2) Motion to Dismiss Transocean's Cross-Claims/Counter-Claims (Dkt. No. 2520) are not moot and are reinstated on the Court's docket.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE