**MINUTE ENTRY**
**SHUSHAN, M.J.**
**MARCH 2, 2012**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** | **MDL NO. 2179** |
| **"Deepwater Horizon" in the Gulf** | |
| **of Mexico, on April 20, 2010** | **SECTION J** |
| | |
| **Applies to:** *All Cases* | **JUDGE BARBIER** |
| | **MAGISTRATE JUDGE SHUSHAN** |

A telephone conference was held this date.

Participating:   Don Godwin and Bruce Bowman for Halliburton.
Andy Langam and Philip Chen for BP.
Others were present for the call, but did not participate.

On February 18, 2012, an order was issued requiring Halliburton to produce three categories of documents relating to Jesse Gagliano, who testified on February 7 and 8, 2012. Rec. doc. 5796. Halliburton and BP have worked diligently to resolve questions concerning the production of the three categories of documents. Three questions remain.

BP requested clarification concerning the Viking notification for Test Id 813603 sent on April 19, 2010. Halliburton reported that the notification could be found at HAL 1278558. BP responded that its review of the Viking log indicated that there were two notifications sent about ten minutes apart on April 19, 2010. It is concerned with the second notification. Halliburton reported that it will reconfirm with its staff and will respond to BP later today.

The second point of clarification concerned test results and comments in the Viking system that were available to Gagliano. Halliburton directed BP to the location of screen shots where the comments were found. The discussion between Halliburton and BP demonstrated that there were

three categories of information at issue: (1) comments from Gagliano to the technicians ("input comments"); (2) results of tests performed by the technicians in response to Gagliano's comments ("test results"), and (3) comments from the technicians on the test results ("output comments"). Later today Halliburton will produce the following or confirm that the following have been produced: (1) input comments; (2) test results; and (3) output comments.

The third point of clarification concerned Gagliano's handwritten notes. Halliburton will provide a statement of affirmation of Gagliano that either there were no notes written by him relating to the Macondo well between October 23, 2009 to April 22, 2010 or that all such notes were produced. It is understood that Halliburton will require a few days to provide this statement from Gagliano.

                                          **SALLY SHUSHAN**
                                          **United States Magistrate Judge**

MJSTAR 00:30