UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig "Deepwater Horizon" on the Gulf of Mexico, on April 20, 2010

MDL No. 2179

Section J.

THIS DOCUMENT RELATES:

All Cases and 2:10-CV-2771

JUDGE BARBIER
MAGISTRATE JUDGE SHUSHAN

_____ /

### MEMORANDUM IN SUPPORT OF MOTION FOR ACCEPTANCE OF LIMITATION SHORT FORM JOINDER OF PAUL J. MERRITT FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE

NOW INTO COURT, through the undersigned counsel comes Mr. Paul J. Merritt ("the Claimant") who files this Memorandum in Support of the accompanying Motion for Acceptance of Limitations Short Form Joinder of Paul J. Merritt Filed Beyond the September 16, 2011 Deadline. Attached to this Memorandum is Exhibit A, a copy of the Claimant's Short Form Joinder. The Claimant seeks this Honorable Court's permission to accept his post-deadline claims in the limitation proceeding for the following reasons:

1. As claimant was unaware of the Court-established September 16, 2011 deadline, or had not fully realized his damages, he did not timely file in the Transocean limitation proceeding.

2. No prejudice will result from the acceptance of the late filings. Such filings have been filed in the Court-established filing system under the action 2:10-cv-0888-CJB-SS. No action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding.

3. Supplemental Admiralty Rule 14(f) gives the Court discretion to permit the late filing of claims in limitation proceeding. Where no prejudice could be suffered by plaintiffs in the limitation proceeding, the acceptance of late filed claims should be allowed where equitable reasons are shown. *Texas Gulf Sulfur Co. v. Blue Stack Towing Co.*, 313 F.3d 359, 362 (5th Cir. 1963) ("[S]o long as rights of the parties are not adversely affected, the court will freely grant permission to file late claims."); *In re Gladiator Marine, Inc.*, No. 98-2037, 1999 WL 387121 (E.D. La. June 7, 1999) (*citing Golnoy Barge Co. v. M/T Shinoussa*, 980 F.2d 349, 351 (5th Cir. 1993)). Here there are no indications that any limitation plaintiff would be adversely affected or suffer any prejudice if these post-deadline claims are deemed timely.

4. Limitation has not been determined and there is no prejudice to the limiting parties or other defendants.

For these reasons, Mr. Merritt respectfully requests that the Court accept his post-deadline short form and grant the accompanying Motion for Acceptance of Limitation Short Form Joinder of Paul J. Merritt Filed Beyond the September 16, 2011, Deadline.

Respectfully submitted:

Kevin I. Goldberg
Goldberg, Finnegan & Mester, LLC
1010 Wayne Avenue, Suite 950
Silver Spring, Maryland 20910
Telephone: (301) 589-2999
Facsimile: (301) 589-2644
kgoldberg@gfmlawllc.com

## BP Oil Spill Short Claim Form, CA 10-8888

### U. S. District Court

### Eastern District of Louisiana

### Notice of Electronic Filing

The following transaction was entered by Goldberg, Kevin on 3/2/2012 at 10:07 AM CST and filed on 3/2/2012

**Case Name:** In Re: Oil Spill by the Oil Rig "Deepwater Horizon" SHORT-FORM JOINDERS
**Case Number:** 2:10-cv-08888-CJB-SS
**Filer:**
**Document Number:** 112583

**Docket Text:**
**Short-Form Joinder of Paul J. Merritt, 1737.(Goldberg, Kevin)**

2:10-cv-08888-CJB-SS Notice has been electronically mailed to:

2:10-cv-08888-CJB-SS Notice has been delivered by other means to:

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=3/2/2012] [FileNumber=5557433-0]
[3acbe45010423541c0a73aeb5515ad9df5df9d84e12489f60b55d69007a0e50e8333
2f90864677f4592401fe2b4f5275f90436a8e69bafa1c5819fe82e8cf8e2]]

# IN RE: OIL SPILL by "Deepwater Horizon"
## DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

### CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM

By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Merritt | Paul | J. | |

| Phone Number | E-Mail Address |
|---|---|
| (985) 265-3929 | |

| Address | City / State / Zip |
|---|---|
| 401 Arrowwood Drive | Slidell, LA 70458 |

INDIVIDUAL CLAIM [✓]          BUSINESS CLAIM [ ]

| Employer Name | Business Name |
|---|---|
| U.S. Maritime Service Inc./U.S. Environmental Services Inc. | |
| **Job Title / Description** | **Type of Business** |
| Deckhand | |
| **Address** | **Address** |
| 365 Canal Street, Suite 2500 | |
| **City / State / Zip** | **City / State / Zip** |
| New Oleans, La. 70130 | |
| **Last 4 digits of your Social Security Number** | **Last 4 digits of your Tax ID Number** |
| 1737 | |

| Attorney Name | Firm Name |
|---|---|
| Kevin I. Goldberg | Goldberg, Finnegan & Mester LLC |
| **Address** | **City / State / Zip** |
| 1010 Wayne Avenue Suite 950 | Silver Spring, MD 20910 |
| **Phone Number** | **E-Mail Address** |
| (301) 589-2999 | kgoldberg@gfmlawllc.com |

Claim filed with BP?   YES [ ]   NO [✓]          Claim Filed with GCCF?:   YES [ ]   NO [✓]

If yes, BP Claim No.:                          If yes, Claimant Identification No.:

**Claim Type (Please check all that apply):**
- [ ] Damage or destruction to real or personal property
- [ ] Earnings/Profit Loss
- [✓] Personal Injury/Death
- [✓] Fear of Future Injury and/or Medical Monitoring
- [ ] Loss of Subsistence use of Natural Resources
- [ ] Removal and/or clean-up costs
- [✓] Other: BP VoO Compensation

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana in New Orleans, Louisiana in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

Mr. Paul Merritt was a deckhand to a licensed commercial fisherman who oystered, shrimped and crabbed off of Hopedale, La. Mr. Merritt estimates having lost $30,000.00 or more in deckhand pay since the Spill.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

See #3 below

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

Mr. Paul Merritt was trained and hired as a deckhand and worked aboard the LA4861BL and the LA4863BL, stationed at the Hopedale, LA. VoO Port. Mr. Merritt participated in protection team work, deploying, collecting and repairing boom. While working on a protection team Mr. Merritt experienced coughing, nausea and vomiting. He was ill and unable to work for a week because of these symptoms but stayed home instead of seeking medical treatment. Mr. Merritt will require future medical monitoring.

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

Please check the box(es) below that you think apply to you and your claims:
**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- [x] 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- [ ] 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- [ ] 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- [ ] 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- [ ] 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- [ ] 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- [ ] 7. Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- [ ] 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- [ ] 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- [ ] 10. Person who utilizes natural resources for subsistence.
- [x] 11. Other: Deckhand to a licensed commercial fisherman

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- [x] 1. Boat captain or crew involved in the Vessels of Opportunity program.
- [ ] 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- [ ] 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- [ ] 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- [x] 5. Resident who lives or works in close proximity to coastal waters.
- [x] 6. Other: VoO Vessel Decontamination Contractor Employee

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

_____
Claimant or Attorney Signature

Kevin I. Goldberg, Attorney for Paul J. Merritt
Print Name

3/2/12
Date

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon"on the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 <br><br> Section J. |
| THIS DOCUMENT RELATES: | |
| *All Cases and 2:10-CV-2771* | JUDGE BARBIER <br> MAGISTRATE JUDGE SHUSHAN |
| _____/ | |

## ORDER

Considering the Motion for Acceptance of Limitation Short Form Joinder of Paul J. Merritt Filed Beyond the September 16, 2011, Deadline and Supporting Memorandum of Law:

It is ORDERED that the Motion for Acceptance of Limitation Short Form Joinder of Paul J. Merritt Filed Beyond the September 16, 2011 Deadline is GRANTED. Mr. Merritt's Short Form Joinder attached as Exhibit A, filed into the record of Civil Action No. 10-8888 shall be considered timely filed in the Transocean Limitation (Civil Action No. 10-2771).

Signed this _____ day of _____, 2012

_____
Honorable Carl J. Barbier, U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Memorandum In Support of Motion for the Acceptance of Limitation Short Form Joinder of Paul J. Merritt Filed Beyond the September 16, 2011, Deadline, Exhibit A, a copy of Mr. Merritt's Short Form Joinder and the proposed Order have been served on All Counsel by electronically uploading same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing were electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of March, 2012.

Kevin I. Goldberg
Goldberg, Finnegan & Mester, LLC
1010 Wayne Avenue, Suite 950
Silver Spring, Maryland 20910
Telephone: (301) 589-2999
Facsimile: (301) 589-2644
kgoldberg@gfmlawllc.com

3