UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | § § § § § | MDL NO. 2179  SECTION: J |
| This Document Relates to: Case No. 2:11-cv-01160-CJB-SS | § § | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## DEFENDANT'S MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., and files this Motion to Enroll Additional Counsel of Record, and in support thereof would respectfully show the Court the following:

I.

The undersigned counsel, a member in good standing of the State Bar of Texas and admitted to practice before this Court, respectfully advises the Court that Stephen K. Guidry (State Bar No. 08593960) and David L. Merkley (State Bar No. 00798373) of Germer Gertz, L.L.P., Post Office Box 4915, Beaumont, Texas 77704; have been enrolled as additional counsel of record for Defendant TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC.

Defendant would request that copies of all pleadings, motions, notices of hearing and correspondence be served upon Mr. Guidry as additional counsel of record at the above address. Lead and trial counsel as currently designated will remain as such and should continue to be served notice of all pleadings, motions, notices of hearings and correspondence in addition to Mr. Guidry.

Respectfully submitted,

By: _____
Frank Piccolo
TBN: 24031227
PREIS & ROY
Weslayan Tower
24 Greenway Plaza, Suite 2050
Houston, Texas 77046

By: _____
Stephen K. Guidry
TBN: 08593960
David L. Merkley
TBN: 00798373
GERMER GERTZ, L.L.P.
P.O. Box 4915
Beaumont, Texas 77704-4915
(409) 654-6700
(409) 835-2115 Facsimile

ATTORNEYS FOR TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC.

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Defendant's Motion to Enroll Additional Counsel of Record has been served upon all known counsel of record on this the ~~15th~~ 2nd day of ~~February~~ March, 2012.

_____
Frank Piccolo

220547 – Motion to Enroll Counsel