UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | § § § § § | MDL NO. 2179<br><br>SECTION: J |
| This Document Relates to:<br>Case No. 2:10-cv-03168-CJB-SS | § § | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## ORDER GRANTING DEFENDANT'S MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

IT IS HEREBY ORDERED that Stephen K. Guidry (State Bar No. 08593960) and David L. Merkley (State Bar No. 00798373) of Germer Gertz, L.L.P., Post Office Box 4915, Beaumont, Texas 77704, are enrolled as additional counsel of record for Defendant, TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., in the above entitled and numbered matter. Lead and trial counsel as currently designated will remain as such and should continue to be served notice of all pleadings, motions, notices of hearings and correspondence in addition to Mr. Guidry.

ENTERED this the _____ day of _____, 2012.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

210166 – Motion to Enroll Counsel