UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE OIL SPILL BY THE OIL RIG                                   CIVIL ACTION
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010

                                                                 MDL 2179

Member Case: <u>August Walter v. BP America, Inc.</u>            SECTION "J" (2)
          Civil Action No. 12-177

## ORDER

The captioned case has recently been reassigned and referred to me by Judge Barbier.

Record Doc. No. 5923. Accordingly, **IT IS ORDERED** that a status conference is hereby

SCHEDULED in this matter on **MARCH 15, 2012 at 10:30 a.m.** before Magistrate Judge

Joseph C. Wilkinson, Jr., 500 Poydras Street, Hale Boggs Building, Room B409, New

Orleans, Louisiana. The purpose of the conference is to discuss possible consent to proceed

before a magistrate judge pursuant to 28 U.S.C. § 636(c), scheduling and to select pre-trial

and trial dates, if appropriate. Parties who wish to participate in the conference by telephone

may make arrangements to do so by calling the undersigned magistrate judge's chambers at

504-589-7630. The Clerk is hereby directed to place a copy of this order in the captioned

MDL case and the individual case, C.A. No. 12-177.

New Orleans, Louisiana, this _____2nd_____ day of March, 2012.

                                                            JOSEPH C. WILKINSON, JR
                                                            UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**