UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | Section: J |
| THIS DOCUMENT RELATES: | |
| *All Cases and 2:10-CV-2771* | JUDGE BARBIER |
| _____ / | MAGISTRATE JUDGE SHUSHAN |

## MOTION FOR ACCEPTANCE OF SHORT FORM JOINDERS FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE

Now comes various Claimants as set forth on Exhibit "A" ("Claimants") who move this Court for acceptance of their late filed Short Form Joinders in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., as Owner, Managing Owners, Owners Pro Hac Vice and/or Operations of the MODU Deepwater Horizon, and as grounds therefore would show the Court as follows:

1. This Court originally established a deadline for the filing of the claims in the Transocean limitations proceeding for April 20, 2011.

2. The Court extended the deadline for filing of the claims in the Transocean limitations proceeding to September 16, 2011.

3. Claimants contacted counsel after September 16, 2011, seeking assistance in filing claims for injuries and damages occurred as a result of the *Deepwater Horizon* explosion and resulting oil spill.

1

In Re: Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179

4. Claimants were unaware of the Court-established deadlines, or had not yet fully realized their damages, and did not timely file in the Transocean limitation proceeding.

5. No prejudice will result from the acceptance of the late filed Short Form Joinders, a list of which is attached hereto as Exhibit "A". No action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding.

For these reasons, Claimants respectfully request that the Court grant Movants' Motion for Acceptance of Short Form Joinders Filed Beyond the April 20, 2011 and September 16, 2011 Deadlines, and that the Court deem said Short Form Joinders as timely filed.

Respectfully submitted:

/s/ Scott Summy
Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Telephone: 214-521-3605
Facsimile: 214-520-1181
ssummy@baronbudd.com

In Re: Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March __2nd__, 2012, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis File & Serve to all counsel of record.

/s/ Scott Summy
Scott Summy, Esq.

# EXHIBIT "A"

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT # |
|---|---|---|
| Gates, William R. | 02/29/12 | 112350 |
| Wortley, Joseph G. | 02/29/12 | 112352 |
| Martin, Lanie Irvin | 02/29/12 | 112353 |
| Cajun Outboards, Inc. | 02/29/12 | 112406 |
| Strike Yachts | 02/29/12 | 112433 |
| Concept Boats, Inc. | 02/29/12 | 112451 |
| Stainless Marine | 03/01/12 | 112471 |
| Freeze Frame Video, Inc. | 03/01/12 | 112472 |
| Otero, Joe | 03/01/12 | 112473 |
| Gerardi, Jeff | 03/01/12 | 112517 |
| Hell's Bay Holding, Inc. | 03/01/12 | 112551 |
| Hebert, Eric L. | 03/01/12 | 112552 |
| Potts, Stephanie | 03/01/12 | 112555 |
| Ferguson, Sherrie | 03/01/12 | 112556 |
| Potts, Steven E. | 03/01/12 | 112557 |
| Potts, Steven E. II | 03/01/12 | 112558 |
| Potts, Dianne | 03/01/12 | 112559 |
| Schou, Trond | 03/01/12 | 112560 |
| HPBC, Inc. | 03/01/12 | 112561 |
| Sharp, Randal | 03/01/12 | 112562 |
| Sobo, Terry | 03/01/12 | 112563 |
| Hell's Bay Marine, Inc. | 03/01/12 | 112564 |
| Hardison, David Earl | 03/02/12 | 112607 |
| Brown, Kevin Wayne | 03/02/12 | 112624 |
| C.B. Metcalf Company | 03/02/12 | 112791 |
| Southern Marine Sales, Inc. | 03/02/12 | 112792 |
| Custom Built Garages | 03/02/12 | 112800 |
| Power Tech! Propellers | 03/02/12 | 112803 |
| Westport Boat Sales | 03/02/12 | 112804 |
| Abita Inboards, LLC | 03/02/12 | 112815 |
| Strain, Joe | 03/02/12 | 112816 |
| Tompkins, Craig | 03/02/12 | 112833 |
| Wranglers of the Sea Productions, LLC | 03/02/12 | 112835 |
| Cloud Nine Charters, Inc. | 03/02/12 | 112836 |
| Diaz, Juan Carlos | 03/02/12 | 112837 |
| Dream Key Designs, Inc. | 03/02/12 | 112838 |
| Diaz, Lynn Dee | 03/02/12 | 112839 |
| Warnnike, Scotty | 03/02/12 | 112840 |

| | | |
|---|---|---|
| Innovative Lighting, Inc. | 03/02/12 | 112841 |
| Vonderlinden, Guy | 03/02/12 | 112842 |
| Vera, Shad | 03/02/12 | 112844 |
| Leon, Eddy | 03/02/12 | 112845 |
| Hoyo, George | 03/02/12 | 112846 |
| Schmid, Jerry | 03/02/12 | 112847 |
| Spurs Marine Manufacturing Inc. | 03/02/12 | 112849 |
| Water-Land Manufacturing, Inc. | 03/02/12 | 112850 |
| Yacht Distributors | 03/02/12 | 112851 |
| Gulf Coast Marine, Inc. | 03/02/12 | 112852 |