**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re:  Oil Spill by the Oil Rig "Deepwater          MDL No. 2179
Horizon" in the Gulf of Mexico, on
April 20, 2010                                                        Section:  J

THIS DOCUMENT RELATES:

*All Cases and 2:10-CV-2771*                              JUDGE BARBIER
                                                                          MAGISTRATE JUDGE SHUSHAN

_____ /

## MOTION FOR ACCEPTANCE OF SHORT FORM JOINDERS
## FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE

Now comes various Claimants as set forth on Exhibit "A" ("Claimants") who move this

Court for acceptance of their late filed Short Form Joinders in the limitation proceeding brought

by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater

Drilling, Inc., Transocean Deepwater, Inc., as Owner, Managing Owners, Owners Pro Hac Vice

and/or Operations of the MODU Deepwater Horizon, and as grounds therefore would show the

Court as follows:

1.       This Court originally established a deadline for the filing of the claims in the

Transocean limitations proceeding for April 20, 2011.

2.       The Court extended the deadline for filing of the claims in the Transocean

limitations proceeding to September 16, 2011.

3.       Claimants contacted counsel after September 16, 2011, seeking assistance in

filing claims for injuries and damages occurred as a result of the *Deepwater Horizon* explosion

and resulting oil spill.

In Re:  Oil Spill by the Oil Rig "Deepwater Horizon"
In the Gulf of Mexico, on April 20, 2010 - MDL No. 2179

4.      Claimants were unaware of the Court-established deadlines, or had not yet fully realized their damages, and did not timely file in the Transocean limitation proceeding.

5.      No prejudice will result from the acceptance of the late filed Short Form Joinders, a list of which is attached hereto as Exhibit "A".   No action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding.

For these reasons, Claimants respectfully request that the Court grant Movants' Motion for Acceptance of Short Form Joinders Filed Beyond the April 20, 2011 and September 16, 2011 Deadlines, and that the Court deem said Short Form Joinders as timely filed.

Respectfully submitted:


     /s/   Scott Summy
Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas  75219
Telephone:  214-521-3605
Facsimile:  214-520-1181
ssummy@baronbudd.com

In Re: Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March ___2nd___, 2012, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis File & Serve to all counsel of record.

    /s/  Scott Summy
    Scott Summy, Esq.

# EXHIBIT "A"

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT # |
|---|---|---|
| Popich, Alan W. | 02/29/12 | 112348 |
| Oyster Lands Leasing, Inc. | 02/29/12 | 112349 |
| Popich Brothers Superior oysters, L.L.C. | 02/29/12 | 112351 |
| Hi and Dry Boat Lifts, Inc. | 02/29/12 | 112354 |
| Angulo, Asbel | 02/29/12 | 112403 |
| Bocanegra, Araceli Leyva | 02/29/12 | 112404 |
| Bocanegra, Jamie Leyva | 02/29/12 | 112405 |
| Camargo, Cipriano | 02/29/12 | 112407 |
| Wooten, Curtis Shane | 02/29/12 | 112453  (amd) |
| Lam, Hang Minh | 02/29/12 | 112409 |
| Lam Tuan Minh | 02/29/12 | 112410 |
| Leon, Odalys | 02/29/12 | 112411 |
| Leyva, Fermin Ruiz | 02/29/12 | 112412 |
| Leyva, Israel Ruiz | 02/29/12 | 112413 |
| Leyva, Noel | 02/29/12 | 112414 |
| Martin, Mollie K. | 02/29/12 | 112415 |
| Martinez, Rolando Uribe | 02/29/12 | 112416 |
| Nguyen, Giang Thi | 02/29/12 | 112417 |
| Olvera, Georgina O. | 02/29/12 | 112418 |
| Orta, Ruben | 02/29/12 | 112419 |
| Ortega Hernandez, Jose De Jesus | 02/29/12 | 112420 |
| Osornio, Eberardo Terrazas | 02/29/12 | 112421 |
| Ovondo, Nuri Cupil | 02/29/12 | 112422 |
| Padilla, Tirso Aurelio | 02/29/12 | 112423 |
| Perez, Juan Wilson | 02/29/12 | 112424 |
| Perez, Obet Angulo | 02/29/12 | 112425 |
| Sanchez, Erik | 02/29/12 | 112426 |
| Sanchez, Eugenio de la Cruz | 02/29/12 | 112427 |
| Santos-Wilson, Angel Mario | 02/29/12 | 112428 |
| Santos-Wilson, Evelyn Nanette | 02/29/12 | 112429 |
| Sexton, James L. | 02/29/12 | 112430 |
| Spettel, Rene | 02/29/12 | 112431 |
| Sprinkle, Joshua Lee | 02/29/12 | 112432 |
| Terrazas Bucanegra, Juan Daniel | 02/29/12 | 112434 |
| Torea, Lisandro de la Cruz | 02/29/12 | 112435 |
| Trenado-Loa, Daniel | 02/29/12 | 112436 |
| Tu Nguyen, Lan Phuong | 02/29/12 | 112437 |

| | | |
|---|---|---|
| Vong, Mui Sam | 02/29/12 | 112438 |
| Wilson, Bartolo Avalos | 02/29/12 | 112439 |
| Wilson, Josue Santos | 02/29/12 | 112440 |
| De La Cruz, Bartolo Alejandro | 02/29/12 | 112441 |
| De La Cruz, Raciel Alejandro | 02/29/12 | 112442 |
| De la Cruz, Silvia | 02/29/12 | 112443 |
| DelaCruz Torea, Jorge Luis | 02/29/12 | 112444 |
| Diep, Tai Tan | 02/29/12 | 112445 |
| Dominguez-Contrera, Fermin | 02/29/12 | 112446 |
| Espinoza Arias, Jorge Luis | 02/29/12 | 112447 |
| The Tommie Lou Popich Company Trust | 02/29/12 | 112448 |
| DelCarmen, Maria | 02/29/12 | 112449 |
| De la Cruz, Adan Wilson | 02/29/12 | 112450 |
| Doyle, Michael | 03/01/12 | 112474 |
| ATM Bankcard Services, Inc. | 03/01/12 | 112483 |
| ATM's of the South, Inc. | 03/01/12 | 112485 |
| Bennett Landscaping, LLC | 03/01/12 | 112486 |
| Doyle, Chad Michael | 03/01/12 | 112487 |
| Muro, Gregory P. | 03/01/12 | 112489 |
| Warren Springs, LLC | 03/01/12 | 112490 |
| Sayles, Korey R. | 03/01/12 | 112492 |
| ATM Commissions Company, Inc. | 03/01/12 | 112494 |
| Franco, Florencio Nieto | 03/01/12 | 112499 |
| Fuentes-Dominguez, Elizabeth | 03/01/12 | 112501 |
| Garcia, Mariel Cordova | 03/01/12 | 112502 |
| Garcia, Misael Cordova | 03/01/12 | 112516 |
| Harris, Curtis Sean Edward | 03/01/12 | 112550 |
| Hernandez Gomez, Jose Jamie | 03/01/12 | 112553 |
| Ho, Hai | 03/01/12 | 112554 |
| Creppel, Christopher Sr. | 03/02/12 | 112604 |
| Nguyen, Duc | 03/02/12 | 112615 |
| Huynh, Le Thi | 03/02/12 | 112618 |
| Huynh, Hai Minh | 03/02/12 | 112619 |
| Lincoln, Josh | 03/02/12 | 112790 |
| Buras, Mary Dugas | 03/02/12 | 112805 |
| Greenlee, Phillip | 03/02/12 | 112813 |
| Mills, David | 03/02/12 | 112817 |
| Reel Tite Fishing Guide Service, LLC | 03/02/12 | 112818 |
| Da Shrimpman LLC | 03/02/12 | 112829 |
| Barrois, Brenda & J.W. | 03/02/12 | 112832 |
| Seabrook Seafood, Inc. | 03/02/12 | 112848 |