UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>Section: J |
| THIS DOCUMENT RELATES: | |
| *All Cases and 2:10-CV-2771* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |
| _____ / | |

### ORDER

Considering the Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline and Supporting Memorandum of Law:

IT IS ORDERED that the Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline is hereby GRANTED and all Short Form Joinders filed by the Plaintiffs listed on the attached Exhibit "A" into the record of Civil Action No. 10-8888, shall be considered timely filed in the Transocean Limitation (Civil Action No. 10-2771), as well as joinder in the Bundle B1 and/or B3 Amended Master Complaints, in accordance with Pretrial orders Nos. 24 and 25.

Signed this _____ day of _____, 2012.

_____
HONORABLE CARL J. BARBIER
U.S. DISTRICT COURT JUDGE

# EXHIBIT "A"

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT # |
|---|---|---|
| Popich, Alan W. | 02/29/12 | 112348 |
| Oyster Lands Leasing, Inc. | 02/29/12 | 112349 |
| Popich Brothers Superior oysters, L.L.C. | 02/29/12 | 112351 |
| Hi and Dry Boat Lifts, Inc. | 02/29/12 | 112354 |
| Angulo, Asbel | 02/29/12 | 112403 |
| Bocanegra, Araceli Leyva | 02/29/12 | 112404 |
| Bocanegra, Jamie Leyva | 02/29/12 | 112405 |
| Camargo, Cipriano | 02/29/12 | 112407 |
| Wooten, Curtis Shane | 02/29/12 | 112453 (amd) |
| Lam, Hang Minh | 02/29/12 | 112409 |
| Lam Tuan Minh | 02/29/12 | 112410 |
| Leon, Odalys | 02/29/12 | 112411 |
| Leyva, Fermin Ruiz | 02/29/12 | 112412 |
| Leyva, Israel Ruiz | 02/29/12 | 112413 |
| Leyva, Noel | 02/29/12 | 112414 |
| Martin, Mollie K. | 02/29/12 | 112415 |
| Martinez, Rolando Uribe | 02/29/12 | 112416 |
| Nguyen, Giang Thi | 02/29/12 | 112417 |
| Olvera, Georgina O. | 02/29/12 | 112418 |
| Orta, Ruben | 02/29/12 | 112419 |
| Ortega Hernandez, Jose De Jesus | 02/29/12 | 112420 |
| Osornio, Eberardo Terrazas | 02/29/12 | 112421 |
| Ovondo, Nuri Cupil | 02/29/12 | 112422 |
| Padilla, Tirso Aurelio | 02/29/12 | 112423 |
| Perez, Juan Wilson | 02/29/12 | 112424 |
| Perez, Obet Angulo | 02/29/12 | 112425 |
| Sanchez, Erik | 02/29/12 | 112426 |
| Sanchez, Eugenio de la Cruz | 02/29/12 | 112427 |
| Santos-Wilson, Angel Mario | 02/29/12 | 112428 |
| Santos-Wilson, Evelyn Nanette | 02/29/12 | 112429 |
| Sexton, James L. | 02/29/12 | 112430 |
| Spettel, Rene | 02/29/12 | 112431 |
| Sprinkle, Joshua Lee | 02/29/12 | 112432 |
| Terrazas Bucanegra, Juan Daniel | 02/29/12 | 112434 |
| Torea, Lisandro de la Cruz | 02/29/12 | 112435 |
| Trenado-Loa, Daniel | 02/29/12 | 112436 |
| Tu Nguyen, Lan Phuong | 02/29/12 | 112437 |

| Name | Date | Number |
|---|---|---|
| Vong, Mui Sam | 02/29/12 | 112438 |
| Wilson, Bartolo Avalos | 02/29/12 | 112439 |
| Wilson, Josue Santos | 02/29/12 | 112440 |
| De La Cruz, Bartolo Alejandro | 02/29/12 | 112441 |
| De La Cruz, Raciel Alejandro | 02/29/12 | 112442 |
| De la Cruz, Silvia | 02/29/12 | 112443 |
| DelaCruz Torea, Jorge Luis | 02/29/12 | 112444 |
| Diep, Tai Tan | 02/29/12 | 112445 |
| Domingez-Contrera, Fermin | 02/29/12 | 112446 |
| Espinoza Arias, Jorge Luis | 02/29/12 | 112447 |
| The Tommie Lou Popich Company Trust | 02/29/12 | 112448 |
| DelCarmen, Maria | 02/29/12 | 112449 |
| De la Cruz, Adan Wilson | 02/29/12 | 112450 |
| Doyle, Michael | 03/01/12 | 112474 |
| ATM Bankcard Services, Inc. | 03/01/12 | 112483 |
| ATM's of the South, Inc. | 03/01/12 | 112485 |
| Bennett Landscaping, LLC | 03/01/12 | 112486 |
| Doyle, Chad Michael | 03/01/12 | 112487 |
| Muro, Gregory P. | 03/01/12 | 112489 |
| Warren Springs, LLC | 03/01/12 | 112490 |
| Sayles, Korey R. | 03/01/12 | 112492 |
| ATM Commissions Company, Inc. | 03/01/12 | 112494 |
| Franco, Florencio Nieto | 03/01/12 | 112499 |
| Fuentes-Dominguez, Elizabeth | 03/01/12 | 112501 |
| Garcia, Mariel Cordova | 03/01/12 | 112502 |
| Garcia, Misael Cordova | 03/01/12 | 112516 |
| Harris, Curtis Sean Edward | 03/01/12 | 112550 |
| Hernandez Gomez, Jose Jamie | 03/01/12 | 112553 |
| Ho, Hai | 03/01/12 | 112554 |
| Creppel, Christopher Sr. | 03/02/12 | 112604 |
| Nguyen, Duc | 03/02/12 | 112615 |
| Huynh, Le Thi | 03/02/12 | 112618 |
| Huynh, Hai Minh | 03/02/12 | 112619 |
| Lincoln, Josh | 03/02/12 | 112790 |
| Buras, Mary Dugas | 03/02/12 | 112805 |
| Greenlee, Phillip | 03/02/12 | 112813 |
| Mills, David | 03/02/12 | 112817 |
| Reel Tite Fishing Guide Service, LLC | 03/02/12 | 112818 |
| Da Shrimpman LLC | 03/02/12 | 112829 |
| Barrois, Brenda & J.W. | 03/02/12 | 112832 |
| Seabrook Seafood, Inc. | 03/02/12 | 112848 |