**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
|     "Deepwater Horizon" in the Gulf | * | |
|     of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| *All cases* | * | |
| | * | MAGISTRATE SHUSHAN |

**ORDER**

At the Court's request, the parties have been meeting with Magistrate Judge Sally Shushan in an attempt to mediate various claims. Judge Shushan has now advised the Court that Plaintiffs' counsel and counsel for BP have reached an agreement on the terms of a proposed class settlement which will be submitted to the Court for approval pursuant to F.R.Civ.P., Rule 23.

Because such a settlement would likely result in a realignment of the parties in this litigation and require substantial changes to the current Phase I trial plan, and in order to allow the parties to reassess their respective positions, the Court, on its own motion, issues the following Order:

IT IS ORDERED that Phase I of the trial scheduled to commence on Monday, March 5, 2012 at 8:00 a.m. is ADJOURNED. The Court will schedule a status conference with liaison counsel to discuss issues raised by the settlement and to set a new trial date.

New Orleans, Louisiana, this ___2nd___ day of March, 2012.

_____
United States District Judge