UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**ORDER**

**[Regarding Cameron's Motion to Resume Standard Business Practices and Cease Collection of Data Created After January 31, 2012 (Rec. doc. 5600)]**

On February 7, 2012, Cameron filed a motion for an order permitting it to resume standard business practices with respect to the collection of data. Rec. doc. 5600. The PSC reported that it had no opposition to the motion. Any party with opposition to Cameron's motion was required to notify the Court by Thursday, March 1, 2012. Rec. doc. 6817. No party opposes Cameron's motion.

IT IS ORDERED that: (1) Cameron's motion for an order permitting it to resume standard business practices with respect to collection of data (Rec. doc. 5600) is GRANTED; (2) Cameron may cease all collection of data and information created after January 31, 2012; and (3) pursuant to Pretrial Order No. 1, Cameron must continue to preserve all data and information collected to date unless otherwise agreed by the parties or ordered by the Court.

New Orleans, Louisiana, this 5th day of March, 2012.

**SALLY SHUSHAN**
**United States Magistrate Judge**