UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL NO.: 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO ON APRIL 20, 2010 | * | SECTION "J" |
| | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES | * | |
| TO ALL ACTIONS | * | MAGISTRATE DIVISION "1" |
| | * | MAG. JUDGE SHUSHAN |

**NOTICE OF APPEAL**

Notice is hereby given that Donald Vidrine hereby appeals to the United States Court of Appeals for the Fifth Circuit from each of (a) the order of the Magistrate Judge entered on February 14, 2012 (the "February 14, 2012 Order", Rec. Doc. 5681), granting in part and denying in part a motion filed by defendants Transocean Offshore Deepwater Drilling, Inc., Transocean Holdings LLC, Transocean Deepwater Inc., and Triton Asset Leasing GmbH, to compel the deposition testimony of Donald Vidrine (Rec. Doc. 5656), as amended by and (b) the order of the District Court Judge entered on February 24, 2012 (Rec. Doc. 5875), amending the February 14, 2012 Order and denying Donald Vidrine's Motion To Review Magistrate Judge's Order Granting In Part And Denying In Part Transocean's Motion To Compel Deposition Testimony Of Donald Vidrine (Rec. Doc. 5757). The Court of Appeals has jurisdiction to review these orders under 28 U.S.C. § 1291 and the collateral order doctrine as recognized in *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221

(1949) and as later applied by the United Fifth Circuit Court of Appeals in *Acosta v. Tenneco Oil Co.*, 913 F.2d 205 (5th Cir. 1990).

> Robert N. Habans, Jr. (La. Bar No. 6395)
> Habans & Carriere
> 10843 N. Oak Hills Parkway
> Baton Rouge, Louisiana 70810
> Telephone: (225) 757-0225
> Fax:         (225) 757-0398
> Email:       bobhab@bellsouth.net

### CERTIFICATE OF SERVICE

I do hereby certify that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 5th day of March, 2012.

> /s/ Robert N. Habans, Jr.
> Robert N. Habans, Jr.