UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * | MDL NO.: 2179 SECTION "J" JUDGE BARBIER |
| THIS DOCUMENT RELATES TO ALL ACTIONS | * * * | MAGISTRATE DIVISION "1" MAG. JUDGE SHUSHAN |

### DONALD VIDRINE'S MOTION TO STAY EFFECT OF ORDER DATED FEBRUARY 14, 2012, AS AMENDED BY ORDER DATED FEBRUARY 24, 2012, PENDING APPEAL

NOW INTO COURT, through his undersigned counsel, comes Donald Vidrine and he hereby respectfully moves for an order staying the effect of Magistrate Judge Shushan's Order dated February 14, 2012 [Rec. Doc. 5681], as amended by this Court's Order dated February 24, 2012 [Rec. Doc. 5875], in light of Mr. Vidrine's contemporaneously-filed Notice of Appeal of the aforesaid orders to the United States Court of Appeals for the Fifth Circuit, all on the grounds and for the reasons more fully set forth in the memorandum of law filed in support of this motion.

Robert N. Habans, Jr. (La. Bar No. 6395)
Habans & Carriere
10843 N. Oak Hills Parkway
Baton Rouge, Louisiana 70810
Telephone:  (225) 757-0225
Fax:           (225) 757-0398
Email:        bobhab@bellsouth.net

-1-

**CERTIFICATE OF SERVICE**

    I do hereby certify that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 5th day of March, 2012.

                                                                      /s/ Robert N. Habans, Jr.
                                                                         Robert N. Habans, Jr.