# COWAN & LEMMON, L.L.P.

THOMAS C. COWAN±
J. ROSLYN LEMMON±
PHILIP E. RESO
BRANDON D. MOSLEY*
LEAH A. TASCHEK

650 POYDRAS STREET
SUITE 2315
NEW ORLEANS, LOUISIANA  70130
TELEPHONE: (504) 527-6226
FACSIMILE:  (504) 527-0801

OF COUNSEL:
HARRY T. LEMMON

March 2, 2012

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

> Re:  *The Delaney Group, Inc. v. BP Exploration and
> Production, Inc., et al*
> USDC, EDLA No. 2:12-cv-00248-CJB-SS
> Our File No.:      2123.50600

Dear Sir:

Plaintiff, The Delaney Group, Inc., requests the issuance
of summons of the Complaint for Damages to the following:
1. (name) Cameron International Group
   (address) Through Its Agent for Service
         CT Corporation System
         5615 Corporate Boulevard, Suite 400-B
         Baton Rouge, Louisiana   70808
2. (name) Halliburton Energy Services, Inc.
   (address) Through Its Agent for Service
         CT Corporation System
         5615 Corporate Boulevard, Suite 400-B
         Baton Rouge, Louisiana   70808
3. (name) BP America, Inc.
   (address) Through Its Agent for Service
         CT Corporation System
         5615 Corporate Boulevard, Suite 400-B
         Baton Rouge, Louisiana   70808

RIVER PARISHES OFFICE: 15068 RIVER ROAD, HAHNVILLE, LOUISIANA 70057
                TELEPHONE: (985) 783-9849    FACSIMILE: (985) 783-9864
HOUSTON OFFICE:    1301 MCKINNEY STREET, SUITE 2700, HOUSTON, TEXAS 77010
                TELEPHONE: (713) 961-1222    FACSIMILE: (713) 961-1234
{00029497.RTF }

±LICENSED IN LOUISIANA AND TEXAS
*LICENSED ONLY IN TEXAS

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
March 2, 2012
Page 2


4. (name) BP Exploration & Production, Inc.
(address) Through Its Agent for Service
          CT Corporation System
          5615 Corporate Boulevard, Suite 400-B
          Baton Rouge, Louisiana   70808
5. (name) BP Products North America, Inc.
(address) Through Its Agent for Service
          CT Corporation System
          5615 Corporate Boulevard, Suite 400-B
          Baton Rouge, Louisiana   70808
6. (name) Transocean Deepwater Drilling
(address) Through Its Agent for Service
          Capitol Corporate Service
          800 Brazos Street, Suite 400
          Austin, Texas   78701
7. (name) Transocean Deepwater, Inc.
(address) Through Its Agent for Service
          Capitol Corporate Service
          800 Brazos Street, Suite 400
          Austin, Texas   78701


                    Very truly yours,

                    Leah A. Taschek
                    Attorneys for Plaintiff
                     The Delaney Group, Inc.


LAT/ttr


{00029497.RTF }