UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | **SECTION J** |
| | * | |
| **This Document Applies to:** | * | **JUDGE BARBIER** |
| **All cases** | * | |
| | * | **MAG. JUDGE SHUSHAN** |

## ORDER APPOINTING INTERIM CLASS COUNSEL

Upon consideration, and based upon the record in this litigation, good cause appearing therefor pursuant to the provisions and criteria of Fed. R. Civ. P. 23(g)(1)-(4), the Court hereby appoints James Parkerson Roy and Stephen J. Herman to serve as Interim Class Counsel, under Rule 23(g)(3). Interim Class Counsel shall have authority to act on behalf of a putative class or classes in the underlying matters and shall have authority to prepare and submit to this Court all documents and materials necessary and appropriate for this Court's further consideration of any matters pursuant to Fed. R. Civ. P. 23. This order stands until further order of this Court with respect to the appointment of class counsel, if any.

New Orleans, Louisiana, this 5th day of March, 2012

_____
United States District Judge