UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig            MDL No. 2179
    "Deepwater Horizon" in the
    Gulf of Mexico, on
    April 20, 2010                                   Section: J

This Document Relates to:                   Judge Barbier
                                                     Mag. Judge Shushan

2:10-cv-08888-CJB-SS, Document No. 111020

## MOTION TO WITHDRAW

1. Undersigned counsel hereby moves to withdraw from representation of Charles Gaddis and Gaddis Enterprises.

2. Charles Gaddis hired undersigned counsel on or about September 1, 2011.

3. On February 28, 2012, Charles Gaddis notified undersigned counsel that he and Gaddis Enterprises no longer desired representation.

4. Mr. Gaddis has informed undersigned counsel that he and Gaddis Enterprises intend to proceed *pro se*.

4. Accordingly, undersigned counsel hereby requests that this honorable Court grant his motion to withdraw.

RESPECTFULLY SUBMITTED on this the 5th day of March, 2012.

                                     PLAINTIFFS Charles Gaddis and Gaddis Enterprises

             By:      */s/Alex Peet*
                         Alex Peet (FSB # 47606)
                         LOVELACE LAW FIRM, P.A.
                         12870 U.S. Highway, 98 West, Suite 200
                         Miramar Beach, FL 32550
                         Telephone: (850) 837-6020
                         Facsimile: (850) 837-4093
                         dml@lovelacelaw.com

## CERTIFICATE OF SERVICE

The undersigned counsel does hereby certify that he has this day served the above and foregoing document upon all counsel via the Court's ECF system and Lexis Nexis File and Serve.

ON THIS the 5th day of March, 2012.

/s/Alex Peet
Alex Peet (FSB #47606)