UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig<br>"Deepwater Horizon" in the<br>Gulf of Mexico, on<br>April 20, 2010 | MDL No. 2179<br><br>Section: J |
| This Document Relates to:<br><br>2:10-cv-08888-CJB-SS, Document 111020 | Judge Barbier<br>Mag. Judge Shushan |

### ORDER ON MOTION TO WITHDRAW

Pursuant to a Motion to Withdraw filed on or about March __, 2012 it is hereby ordered that counsel Alex Peet is permitted to withdraw from representation of Charles Gaddis and Gaddis Enterprises, who will now proceed *pro se*.

Date: _____                    _____
                                            United States Magistrate Judge