UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig<br>"Deepwater Horizon in the<br>Gulf of Mexico, on April 20, 2010 | \*<br>\*<br>\*<br>\*<br>\*<br>\*<br>\* | MDL NO. 2179<br><br>SECTION: J |
| This Document Relates To:<br>Case No. 2:10-cv-08888-CJB-SS<br>Doc No. 47672<br>Short-Form Joinder of<br>Daniel Courtney | \*<br>\*<br>\*<br>\*<br>\*<br>\* | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **MOTION TO WITHDRAW AS COUNSEL**

NOW INTO COURT, the undersigned counsel, and moves this Court for an order withdrawing Martin D. Crump and the law firm of Davis & Crump, P.C., as counsel of record for Plaintiff, Daniel Courtney. In further support, Movant states as follows:

1. On or about September 9, 2010, Plaintiff, Daniel Courtney, retained the law firm of Davis & Crump, P.C., to serve as counsel with regards to his oil spill case.

2. On April 11, 2011, the undersigned filed a Short Form Joinder on behalf of Plaintiff, Daniel Courtney, being Document No.: 47672.

3. On February 19, 2012, Plaintiff, Daniel Courtney, informed the undersigned by written communication that he no longer wanted representation by Davis & Crump, P.C. The parties have terminated their attorney-client relationship.

4.    Considering Plaintiff, Daniel Courtney, has chosen not to be represented by the undersigned, neither he nor any other party will be prejudiced by Movants' withdrawal of counsel.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel, both individually and on behalf of his respective law firm, Davis & Crump, P.C., moves this Court for an Order withdrawing them as counsel of record for Plaintiff, Daniel Courtney.

Respectfully submitted, this the 5th day of March, 2012.

/s/ *Martin D. Crump*
MARTIN D. CRUMP
MSB NO.: 10652
DAVIS & CRUMP, P.C.
Attorneys at Law
Post Office Drawer 6829
Gulfport, MS 39506
228-863-6000
228-864-0907(fax)
E-Mail: martin.crump@daviscrump.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Withdraw as Counsel will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana.  Further, this is to certify that a true and correct copy of the foregoing instrument has been served via U.S. Mail, postage prepaid and properly addressed, on the others listed below this the 5th day of March, 2012.

*Daniel Courtney*
*1623 Popp's Ferry Road*
*Apt. D-115*
*Biloxi, Mississippi  39532*

/s/ *Martin D. Crump*
MARTIN D. CRUMP