UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon in the Gulf of Mexico, on April 20, 2010 | * * * | MDL NO. 2179 SECTION: J |
| This Document Relates To: Case No. 2:10-cv-08888-CJB-SS Doc No. 47672 | * * * * | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |
| Short-Form Joinder of Daniel Courtney | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that Martin D. Crump and the law firm of Davis & Crump, P.C., be allowed to withdraw as Counsel for Daniel Courtney.

This the _____ day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE

1