UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
| | * | |
| "DEEPWATER HORIZON" in the | * | SECTION J(2) |
| | * | |
| Gulf of Mexico on April, 20, 2010 | * | JUDGE BARBIER |
| | * | |
| This Document Applies to: | * | MAGISTRATE JUDGE WILKINSON |
| No. 12-179 c/w 12-259 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**EPIC DIVING & MARINE SERVICES, LLC'S
CORPORATE DISCLOSURE STATEMENT**

NOW INTO COURT, through undersigned counsel, comes defendant, EPIC Diving & Marine Services, LLC ("EPIC"), which files this Corporate Disclosure Statement in accordance with Rule 7.1 of the Federal Rules of Civil Procedure. EPIC states as follows:

EPIC is a non-governmental corporate entity. The sole member and owner of EPIC is TETRA Applied Technologies, LLC, a non-governmental corporate entity. The sole member and owner of TETRA Applied Technologies, LLC is TETRA Applied Holding Company, a non-governmental corporate entity.

        Respectfully submitted,

        */s/ Brett S. Venn*
        GRADY S. HURLEY (La. No. 13913)
        BRETT S. VENN (La. No. 32954)
        Jones, Walker, Waechter,
          Poitevent, Carrère & Denègre, L.L.P.
        201 St. Charles Avenue, 48th Floor
        New Orleans, Louisiana 70170-5100
        Telephone: (504) 582-8000
        Facsimile: (504) 589-8116

*Attorneys for EPIC Diving & Marine Services, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 5, 2012, a copy of the foregoing pleading was forwarded to all counsel of record via CM/ECF.

*/s/ Brett S. Venn*

{N2428089.1}   2