# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | * | MDL 2179 |
| | * | |
| "DEEPWATER HORIZON" in the | * | SECTION J(2) |
| | * | |
| Gulf of Mexico on April, 20, 2010 | * | JUDGE BARBIER |
| | * | |
| This Document Applies to: | * | MAGISTRATE JUDGE WILKINSON |
| No. 12-179 c/w 12-259 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### EPIC DIVING & MARINE SERVICES, LLC'S MOTION TO DISMISS
### PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE

NOW INTO COURT, through undersigned counsel, comes defendant, EPIC Diving & Marine Services, LLC ("EPIC"), who respectfully moves this Court to dismiss with prejudice the Petition for Damages (the "Petition") filed by plaintiff, Constantin Land Trust ("CLT"), for failure to state a claim upon which relief may be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  As set forth in the accompanying memorandum, CLT's claims against EPIC for "trespass and/or conversion" are barred for several reasons, including: (1) CLT has failed to state claims for trespass and conversion; and (2) CLT's claims are premature to the extent they are based on any lease that is still in effect.  As such, CLT's claims against EPIC fail as a matter of law and should be dismissed with prejudice.

Respectfully submitted,

*/s/ Brett S. Venn*

GRADY S. HURLEY (La. No. 13913)
BRETT S. VENN (La. No. 32954)
Jones, Walker, Waechter,
   Poitevent, Carrère & Denègre, L.L.P.

{N2428085.1}                                   1

201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8000
Facsimile:  (504) 589-8116

***Attorneys for EPIC Diving & Marine Services, LLC***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 5, 2012, a copy of the foregoing pleading was forwarded to all counsel of record via CM/ECF.

*/s/ Brett S. Venn*