UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "DEEPWATER HORIZON" in the | * | SECTION J(2) |
| Gulf of Mexico on April, 20, 2010 | * | JUDGE BARBIER |
| This Document Applies to: | * | MAGISTRATE JUDGE WILKINSON |
| No. 12-179 c/w 12-259 | * | |

* * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Dismiss Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure;

IT IS HEREBY ORDERED, that the Motion to Dismiss is GRANTED and that this suit is dismissed on grounds that the Petition fails to state a claim upon which relief can be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE

{N2428085.1}