UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL 2179 |
| | * | |
| "DEEPWATER HORIZON" in the | * | SECTION J(2) |
| | * | |
| Gulf of Mexico on April, 20, 2010 | * | JUDGE BARBIER |
| | * | |
| This Document Applies to: | * | MAGISTRATE JUDGE WILKINSON |
| No. 12-179 c/w 12-259 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that defendant, EPIC Diving & Marine Services, LLC ("EPIC"), through undersigned counsel, will bring its Motion to Dismiss Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure before the Honorable Magistrate Judge Joseph C. Wilkinson, Jr., United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, on March 21, 2012 at 11:00 a.m. on the basis of the record and without oral argument unless otherwise ordered by the Court.

    Respectfully submitted,

    */s/ Brett S. Venn*
    GRADY S. HURLEY (La. No. 13913)
    BRETT S. VENN (La. No. 32954)
    Jones, Walker, Waechter,
       Poitevent, Carrère & Denègre, L.L.P.
    201 St. Charles Avenue, 48th Floor
    New Orleans, Louisiana 70170-5100
    Telephone: (504) 582-8000
    Facsimile: (504) 589-8116

    ***Attorneys for EPIC Diving & Marine Services, LLC***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 5, 2012, a copy of the foregoing pleading was forwarded to all counsel of record via CM/ECF.

/s/ Brett S. Venn