UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL by the OIL RIG          §        MDL NO. 2179
      "DEEPWATER HORIZON" in the    §
      GULF OF MEXICO, on             §
      April 20, 2010                 §        SECTION: J
                                     §
This Document Relates to:                 §        JUDGE BARBIER
      Case No. 2:10-cv-03815-CJB-SS  §        MAG. JUDGE SHUSHAN

## ORDER GRANTING DEFENDANT'S MOTION
## TO ENROLL ADDITIONAL COUNSEL OF RECORD

IT IS HEREBY ORDERED that Stephen K. Guidry (State Bar No. 08593960) and David

L. Merkley (State Bar No. 00798373) of Germer Gertz, L.L.P., Post Office Box 4915,

Beaumont, Texas 77704, are enrolled as additional counsel of record for Defendant,

TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., in the above entitled and

numbered matter. Lead and trial counsel as currently designated will remain as such and should

continue to be served notice of all pleadings, motions, notices of hearings and correspondence in

addition to Mr. Guidry.

New Orleans, Louisiana this 5th day of March, 2012.

_____
United States District Judge

210184 – Motion to Enroll Counsel