UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>Section: J |
| This Document Relates to:<br><br>2:10-cv-08888-CJB-SS, Document 111020 | Judge Barbier<br>Mag. Judge Shushan |

### ORDER ON MOTION TO WITHDRAW

Pursuant to a Motion to Withdraw filed on or about March __, 2012 it is hereby ordered that counsel Alex Peet is permitted to withdraw from representation of Charles Gaddis and Gaddis Enterprises, who will now proceed *pro se*.

New Orleans, Louisiana this 6th day of March, 2012.

_____
United States District Judge