**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISANA**

In Re:  **Oil Spill by the Oil Rig**               *       **MDL NO. 2179**
       **"Deepwater Horizon in the**          *
       **Gulf of Mexico, on April 20, 2010**   *       **SECTION: J**
                                *
                                *
                                *
                                *
       **This Document Relates To:**          *       **JUDGE BARBIER**
       **Case No. 2:10-cv-08888-CJB-SS**      *
       **Doc No. 47672**                      *       **MAGISTRATE JUDGE**
                                *       **SHUSHAN**
       **Short-Form Joinder of**              *
       **Daniel Courtney**                    *
                                  *

       * * * * * * * * * * * * * * * * * * * * * * * *

## <u>ORDER</u>

Considering the foregoing Motion to Withdraw as Counsel:

      IT IS ORDERED that Martin D. Crump and the law firm of Davis &

Crump, P.C., be allowed to withdraw as Counsel for Daniel Courtney.

      New Orleans, Louisiana this 6th day of March, 2012.

_____
                United States District Judge

1