MINUTE ENTRY
WILKINSON, M.J.
MARCH 6, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION<br><br>MDL 2179 |
| Member Case: <u>Coastal Services Group, LLC v. BP Company North America, Inc. et al.</u>; 11-2891 | SECTION "J" (2) |

     The captioned case was recently reassigned and referred to me by Judge Barbier. Record Doc. No. 5648. A status conference was conducted before me on this date. Participating were: Lee Young and Charles Mikhail, representing plaintiff; Frank Petosa, representing Plaintiffs' Steering Committee; Patrick Bergin, representing defendant Patriot Environmental Services, Inc.; Christina Briesacher and Jason Watkins (both via telephone), representing the BP defendants. During the conference, all parties orally consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). A form of written consent is being circulated for execution.

     Plaintiff's motion to sever and remand, Record Doc. No. 5078, is pending. Defendant, Patriot Environmental Services, Inc., has already filed its written response.

> MJSTAR:   0 : 15

Record Doc. No. 5164.  **IT IS ORDERED** that the BP defendants must file their written statement of their position no later than **March 13, 2012**.  Thereafter, upon receipt of the fully executed consent form, the motion will be decided by me without further briefing or oral argument.

Settlement possibilities were discussed. The parties will pursue private mediation as soon as possible.

The Clerk is directed to file this minute entry in the records of both MDL 2179 and C.A. No. 11-2891.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**