UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| This Document Applies to: | * | JUDGE BARBIER |
| 11-2588 | * | |

## ORDER

Before the Court is Plaintiffs' Consent[1] Motion to Sever Case from MDL (Rec. Doc. 5915).

Upon consideration of the Motion,

**IT IS ORDERED** that the Motion (Rec. Doc. 5915) is **GRANTED.** Member case No. 12-

2588, *Campo v. BP, et al.*, is hereby **SEVERED AND DECONSOLIDATED** from MDL 2179.

**IT IS FURTHER ORDERED** that Case No. 12-2588 is hereby **REASSIGNED AND**

**REFERRED** from Magistrate Judge Sally Shushan to Magistrate Judge Joseph C. Wilkinson, Jr.

(Division 2) for the purpose of pretrial case management, including issuing a scheduling order,

overseeing discovery, and any other preliminary matters. Parties are encouraged to consider

consenting to trial before Magistrate Judge Wilkinson under Fed. R. Civ. P. 73, but are free to

withhold consent without adverse substantive consequences. Parties are directed to use Magistrate

Judge Wilkinson's information in the caption of future pleadings.

New Orleans, Louisiana this 2nd day of March, 2012

United States District Judge

---

[1] The Motion represents that Defendants, two of the BP entities, consent to the motion, "provided that the matter is retained by the Division to which the case was originally allotted upon removal to this Court."

MAR - 6 2012

TRANSFERRED TO

MAG.2

Fee
Process
Dkto