UNITED STATES DISTRICT COURT

For the

EASTERN DISTRICT OF LOUISIANA



U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   MAR - 6 2012

LORETTA G. WHYTE
CLERK

3/2/2012

HAAH  DARRYL      Claim no. 1123040
6421 Finance av.
weeki wachee, fl.
      34607

vs

BP OIL INC.

HON. Carl J. Barbier

Civil Action  No.      MDL-2179

Oil Spill by the Oil Rig Deepwater Horizon

Tampa Ship LLC  1130 McCloskey Blvd,  Tampa , Florida ,33605

**Edison Chouest Offshore**
P.O. Box 310
16201 East Main
Galliano, LA 70354
Ph: 985-601-4444 / Fax: 985-601-4237
-----------------------------------------------------------

IN OPPOSITION TO THE MEMORANDUM IN OPPOSITION  TO MOTION

TO HOLD TAMPA-SHIP IN CONTEMPT OF COURT FOR REFUSING TO

COMPLY WITH FEDERAL SUBPOENA

If it matters to the Court,  Tampa-Ship L.L.C ,  is owned  by  **Edison Chouest**

**Offshore.**

The La Lay Martin  , is the supply ship built by   Tampa Ship LLC  /  **Edison**
**Chouest**

**Offshore. ,  For  BP inc.**

The La Lay Martin , was built in Tampa , Florida , sent to **Edison Chouest Offshore**

To be finished at the sister company , and was the supply ship for the The Oil Rig

Deepwater Horizon, that sank in the gulf of Mexico , for BP inc,

**TENDERED FOR FILING**

MAR - 5 2012

U.S. DISTRICT COURT
Eastern District of Louisiana

Therefor   ,   Tampa Ship LLC  /  **Edison Chouest Offshore**

 **Is the same company and this FEDERAL DISTRICT COURT**

   **has full  JURISDICTION   over**

**The Federal Subpoena  that was sent by the Plaintiff**

**To**  Tampa Ship LLC  / owned  by  **Edison Chouest Offshore**

**The Plaintiff , Respectfully asks the Contempt Of Court**

**For refusing to comply  with a federal subpoena  be**

**Granted**

**3/2/2012**

3/2/2012

**DARRYL HAAN**
*Plaintiff*

UNITED STATES DISTRICT COURT

For the

EASTERN DISTRICT OF LOUISIANA

3/2/2012

HAAH  DARRYL       Claim no. 1123040

6421 Finance av.

Week. wachee, Fl.

39607

vs

BP OIL INC.

HON. Carl J. Barbier

Civil Action  No.      MDL-2179   Section J

Oil Spill by the Oil Rig Deepwater Horizon

Tampa Ship LLC  1130 McCloskey Blvd,  Tampa , Florida ,33605

**Edison Chouest Offshore**
P.O. Box 310
16201 East Main
Galliano, LA 70354
Ph: 985-601-4444 / Fax: 985-601-4237

PROOF OF SERVICE

I , Darryl Haan has  sent a copy by email  and by US Mail   to Attorneys for

Tampa Ship L.L.C.

Colin B. Cambre

**PHELPS DUNBAR, LLP**

365 Canal Street, Suite 2000

New Orleans, LA  70130

Telephone:  (504) 679-5747

Facsimile:  (504) 568-9130

colin.cambre@phelps.com

3/2/2012

Darryl Haan

plaihTIFF

Case 2:10-md-02179-CJB-DPC Document 5975 Filed 03/06/12 Page 4 of 4

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments.
Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; Oct. 2008. All rights reserved.

PRIORITY MAIL
POSTAGE REQUIRED.



U.S. POSTAGE
PAID
SPRING HILL, FL
34606
MAR 02, 12
AMOUNT
$7.70
00078743-21

UNITED STATES POSTAL SERVICE

1006          70130

EP14F

# PRIORITY® MAIL
STATES POSTAL SERVICE

## Flat Rate
## Mailing Envelope

**For Domestic and International Use**

**Visit us at usps.com**

From/Expéditeur:



# PRIORITY® MAIL
**For Domestic and International Use**

UNITED STATES POSTAL SERVICE

From    DARRYL HARN
        6421 FINANCE AVE
        WEEKI WACHEE FL
        34607

**TO**    CLERK OF THE COURT
          MDL-2179 OIL SPILL
          US DISTRICT COURT
          DEEPWATER HORIZON
          500 POYDRAS ST.
          ROOM C151
          NEW ORLEANS, LA
          70130

Label 228, January 2008


Recycled Paper

2307 2390 0000 1328 1449

of mailable material may be enclosed, as long
pe is not modified, and the contents are
ed within the envelope with the adhesive
the means of closure.

IONAL RESTRICTIONS APPLY:

WEIGHT LIMIT ON
IONAL APPLIES

Cradle Certification℠ for their ecologically-intelligent
sign. For more information go to mbdc.com/usps
made to Cradle Certified℠ is a certification mark of MBDC.