UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § § | MDL NO. 2179 SECTION: J |
| This Document Relates to: | § § | JUDGE BARBIER |
| All Cases (Including No. 10-2771) | § § | MAG. JUDGE SHUSHAN |

*****************************************************************************

## MOTION TO VACATE ORDER APPOINTING INTERIM CLASS COUNSEL

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, who respectfully submit the instant Motion to Vacate Order Appointing Interim Class Counsel.  For the reasons more fully set forth in the accompanying Memorandum in Support of Motion to Vacate Order Appointing Interim Class Counsel, Plaintiffs pray that this Honorable Court will grant the instant motion, vacating its March 5, 2012, Order, and order that a hearing take place on the appointment of Class Counsel after the putative class has been adequately defined to allow the appointment of class counsel to comport with Rule 23(g).

Respectfully submitted,

**BECNEL LAW FIRM, LLC**
 /s/Daniel E. Becnel Jr.
Daniel E. Becnel Jr. (LA Bar No.2926)
Salvadore Christina, Jr (LA Bar No. 27198)
106 W. 7th Street, P. O. Drawer H
Reserve, LA 70084
(985) 536-1186
(985) 536-6445 Fax
dbecnel@becnellaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2012, I electronically filed the foregoing instrument with the Clerk of the Court by using the CM/ECF system, and provided notice by and through Lexis Nexis to all counsel of record.

                                                                     _/s/Daniel E. Becnel, Jr.