UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>CIVIL ACTION NO. 2:10-MD-02179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS<br>(including 10-2771) | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

*************************************************************************

## MOTION FOR EXPEDITED HEARING ON MOTION TO VACATE ORDER APPOINITNG INTERIM CLASS COUNSEL

NOW INTO COURT COME the Plaintiffs represented by undersigned counsel and request that this Court grant an expedited hearing on the accompanying Motion To Vacate Order Appointing Interim Counsel also being filed by undersigned counsel.

A Memorandum In Support of this Motion is being filed simultaneously with this Motion.

Respectfully submitted,

*s//Daniel E. Becnel, Jr.*
Daniel E. Becnel, Jr. (2926)
BECNEL LAW FIRM, LLC
106 W. SEVENTH STREET
P.O. DRAWER H
RESERVE, LA 70084
(985) 536-1186
dbecnel@becnellaw.com

## CERTIFICATE OF SERVICE

1

     I hereby certify that on this 6th day of March, 2012, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Don K. Haycraft, James P. Roy and Stephen J. Herman by operation of the Court's electronic filing system and to all counsel of record through the Lexis Nexis File & Serve.

                                                 *s//Daniel E. Becnel, Jr.*
                                                 Daniel E. Becnel, Jr.