UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | CIVIL ACTION NO. 2:10-MD-02179 |
| | SECTION:  J |
| THIS DOCUMENT RELATES TO: ALL ACTIONS (including 10-2771) | JUDGE BARBIER MAG. JUDGE SHUSHAN |

### MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED HEARING OF MOTION TO VACATE ORDER APPOINITNG INTERIM CLASS COUNSEL

Undersigned counsel respectfully requests that his Motion To Vacate Order Appointing Interim Class Counsel be heard on an expedited basis. This is due to the fact that the Proposed Settlement at issue in this matter must be prepared and presented to the Court in only approximately 40 days and unless the Order Appointing Interim Counsel (Doc. 5960) is vacated, the current Interim Counsel may have a conflict in its representation because it is not currently known who is or will be in the class it is reperesenting.

Respectfully submitted,

*s//Daniel E. Becnel, Jr.*
Daniel E. Becnel, Jr. (2926)
BECNEL LAW FIRM, LLC
106 W. SEVENTH STREET
P.O. DRAWER H
RESERVE, LA 70084
(985) 536-1186
dbecnel@becnellaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 6th day of March, 2012, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Don K. Haycraft, James P. Roy and Stephen J. Herman by operation of the Court's electronic filing system and to all counsel of record through the Lexis Nexis File & Serve.

                                                 *s//Daniel E. Becnel, Jr.*
                                                 Daniel E. Becnel, Jr.