UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>CIVIL ACTION NO. 2:10-MD-02179<br><br>SECTION:  J |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS<br>(including 10-2771) | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

**IT IS ORDERED** that certain Plaintiffs's Motion for Expedited Hearing (Doc. 5977) of their Motion To Vacate Order Appointing Interim Class Counsel (Doc. 5976) **IS GRANTED.**

Any memoranda in response to their Motion To Vacate Order Appointing Interim Class Counsel shall be filed no later than March _____, 2012, and shall not exceed _____ pages.

New Orleans, Louisiana, this _____ day of March, 2012.

                                                                             _____
                                                                                          United States District Judge