UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   OIL SPILL by the OIL RIG § <br> "DEEPWATER HORIZON" in the § <br> GULF OF MEXICO, on § <br> APRIL 20, 2010 § <br> § <br> THIS DOCUMENT RELATES: § <br> § <br> IN RE: TRITON ASSET LEASING GmbH § <br> Case No. 2:10-cv-02771-CJB-SS § | MDL No. 2179 <br><br> SECTION J <br><br> JUDGE BARBIER <br> MAG. JUDGE SHUSHAN |

MOTION FOR LEAVE TO FILE LIMITATION
SHORT FORM JOINDERS AFTER THE APRIL 20, 2011 DEADLINE

# EXHIBIT A

| | Claimant | Date Filed | Docket Number |
|---|---|---|---|
| 1 | 2DLake, LLC dba H20 Sports | 3/2/2012 | 112584 |
| 2 | American Marine & Salvage | 3/2/2012 | 112585 |
| 3 | Colonial Marine, LLC | 3/2/2012 | 112586 |
| 4 | Jash Hospitality, LLC | 3/2/2012 | 112587 |
| 5 | Manufactured Housing Group, Inc. | 3/2/2012 | 112588 |
| 6 | Prosperity Bank | 3/2/2012 | 112589 |
| 7 | Ritter Construction | 3/2/2012 | 112590 |
| 8 | Safe Harbour Seafood, Inc. | 3/2/2012 | 112591 |
| 9 | Warren Avila | 3/2/2012 | 112592 |
| 10 | Sandra Cruz | 3/2/2012 | 112593 |
| 11 | Jimmy Davidson | 3/2/2012 | 112594 |
| 12 | Talafario Heard | 3/2/2012 | 112595 |
| 13 | Robert Lannom | 3/2/2012 | 112596 |
| 14 | Nancy Mathews | 3/2/2012 | 112597 |
| 15 | Tami Evans Porter | 3/2/2012 | 112598 |
| 16 | Joseph Powell | 3/2/2012 | 112599 |
| 17 | Connie Sawyer | 3/2/2012 | 112601 |
| 18 | Carlos L. Wells, Sr. | 3/2/2012 | 112600 |
| 19 | AquaSports | 3/2/2012 | 112673 |
| 20 | Heruji, Inc. dba Quality Inn & Suites | 3/2/2012 | 112676 |
| 21 | Michael's hair 2001 Salon | 3/2/2012 | 112680 |
| 22 | Miflin Motors | 3/2/2012 | 112683 |

| | | | |
|---|---|---|---|
| 23 | Vision Environments | 3/2/2012 | 112685 |
| 24 | Shannon M. Dean | 3/2/2012 | 112722 |
| 25 | Audrey A. Warnick | 3/2/2012 | 112755 |
| 26 | Panhandle Sports Braodcasting | 3/2/2012 | 112751 |
| 27 | William E. Brownell | 3/2/2012 | 112771 |
| 28 | Charles Alex Davenport | 3/2/2012 | 112721 |
| 29 | Anita Davenport | 3/2/2012 | 112720 |
| 30 | Gary A. Brown | 3/2/2012 | 112716 |
| 31 | Heyward Carroll | 3/2/2012 | 112717 |
| 32 | Thomas R. Dart | 3/2/2012 | 112719 |
| 33 | Roger Gibbs | 3/2/2012 | 112725 |
| 34 | Lynn Gibbs | 3/2/2012 | 112724 |
| 35 | Fleming 65 Development, LLC | 3/2/2012 | 112723 |
| 36 | Gerald D. Greger | 3/2/2012 | 112726 |
| 37 | Gregory A. Guffin | 3/2/2012 | 112727 |
| 38 | Jamie Haber | 3/2/2012 | 112728 |
| 39 | Hayes Living Trust | 3/2/2012 | 112729 |
| 40 | Thomas D. Lewis | 3/2/2012 | 112736 |
| 41 | Mevelyn L. Lewis | 3/2/2012 | 112734 |
| 42 | LMP, LLC | 3/2/2012 | 112738 |
| 43 | Linda Sue Miller | 3/2/2012 | 112742 |
| 44 | C.D.Norberg | 3/2/2012 | 112749 |
| 45 | David Sanderson | 3/2/2012 | 112753 |
| 46 | Paul Monroe | 3/2/2012 | 112745 |
| 47 | Carol Monroe | 3/2/2012 | 112744 |
| 48 | Lee E. young | 3/2/2012 | 112758 |
| 49 | Martin S. McGrath | 3/2/2012 | 112741 |
| 50 | James H. Welborn | 3/2/2012 | 112757 |
| 51 | Annette Land | 3/2/2012 | 112731 |
| 52 | Laura Newbern | 3/2/2012 | 112747 |
| 53 | Series 4 Properties | 3/2/2012 | 112754 |
| 54 | Scot Rodney Byrd | 3/2/2012 | 112783 |
| 55 | James N. Herrington | 3/2/2012 | 112784 |
| 56 | Mark Perry | 3/2/2012 | 112786 |
| 57 | Zachary Willis | 3/2/2012 | 112787 |
| 58 | Michael Benson | 3/2/2012 | 112730 |
| 59 | Leeann Broadus | 3/2/2012 | 112732 |
| 60 | Caroline Caleb | 3/2/2012 | 112733 |
| 61 | Charles Caleb | 3/2/2012 | 112735 |
| 62 | Ronald Crum | 3/2/2012 | 112737 |
| 63 | Melton Edwards | 3/2/2012 | 112739 |
| 64 | Ricky Eleam | 3/2/2012 | 112740 |
| 65 | Blaine Falcon | 3/2/2012 | 112743 |

| # | Name | Date | Number |
|---|---|---|---|
| 66 | Jessica M. Finklea | 3/2/2012 | 112746 |
| 67 | Gregory F. Fletcher | 3/2/2012 | 112748 |
| 68 | Dennis H. Fulford | 3/2/2012 | 112750 |
| 69 | Deidre Hamm | 3/2/2012 | 112752 |
| 70 | Carl Holland | 3/2/2012 | 112756 |
| 71 | Captain Deep Sea's Charters | 3/2/2012 | 112778 |
| 72 | Erica Johnson | 3/2/2012 | 112779 |
| 73 | Erica Johnson | 3/2/2012 | 112780 |
| 74 | Erica Johnson | 3/2/2012 | 112781 |
| 75 | Brian Keeney | 3/2/2012 | 112759 |
| 76 | Joseph Oscar Lawson, Sr. | 3/2/2012 | 112760 |
| 77 | Kevin Llewallen | 3/2/2012 | 112761 |
| 78 | Frank Meade | 3/2/2012 | 112762 |
| 79 | Roger Clark Nichols | 3/2/2012 | 112763 |
| 80 | Joseph Tanner Plouffe | 3/2/2012 | 112764 |
| 81 | Justin Simmons | 3/2/2012 | 112765 |
| 82 | James Taylor, Jr. | 3/2/2012 | 112766 |
| 83 | Larry J. Tucker | 3/2/2012 | 112767 |
| 84 | SwimLast | 3/2/2012 | 112793 |
| 85 | Franklee the Best Bait Shop | 3/2/2012 | 112794 |
| 86 | Bo's Place,Inc. dba Homeport Lounge | 3/2/2012 | 112796 |
| 87 | Maritime Defense Strategy, LLC | 3/2/2012 | 112797 |
| 88 | Mize Plumbing Services and Supply, Inc. | 3/2/2012 | 112799 |
| 89 | Fuego Coastal Mexican Eatery | 3/2/2012 | 112801 |
| 90 | The National Auction Group, Inc. | 3/2/2012 | 112808 |
| 91 | Ann F. Marsal/Wing Trust | 3/2/2012 | 112810 |
| 92 | William A. Wing, III | 3/2/2012 | 112809 |
| 93 | Hollis R. Byrd | 3/2/2012 | 112812 |
| 94 | Felipe Gonzalez, A Minor | 3/2/2012 | 112820 |
| 95 | Damon Nichols | 3/2/2012 | 112821 |
| 96 | Adela Valazquez | 3/2/2012 | 112822 |
| 97 | Keith Ward | 3/2/2012 | 112823 |
| 98 | Samuel Buckley | 3/2/2012 | 112824 |
| 99 | Jennifer Walker, a Minor | 3/2/2012 | 112825 |
| 100 | Chandler Walker, a Minor | 3/2/2012 | 112826 |
| 101 | William Ard | 3/2/2012 | 112827 |
| 102 | Hotel Magnolia | 3/2/2012 | 112828 |
| 103 | Magnolia Court Restaurant | 3/2/2012 | 112830 |
| 104 | Edward Bruce Wallace | 3/2/2012 | 112831 |
| 105 | Danny R Metcalf | 3/6/2012 | 117391 |
| 106 | Metcalf Crab Co., Inc. | 3/6/2012 | 117392 |