UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG  * | | MDL 2179 |
| "DEEPWATER HORIZON" in the  * | | |
| GULF OF MEXICO, on APRIL 20, 2010  * | | SECTION J/1 |
| * | | |
| This document relates to:  * | | JUDGE CARL J. BARBIER |
| * | | |
| CIVIL ACTION NUMBER: 11-cv-1480  * | | MAJ. JUDGE SALLY SHUSHAN |
| * * * * * * * * * * * * * * * * * * | | |

### DESIGNATION OF RECORD ON APPEAL
### IN FIFTH CIRCUIT CASE NO. 12-30012

Pursuant to the January 17, 2012 Order in Fifth Circuit Case No. 12-30112 (Doc. 00511778459), Plaintiff-Appellant State of Louisiana, by and through, Cecil Sanner, District Attorney for the Parish of Cameron, State of Louisiana, (hereinafter "Cameron Parish") adopts and incorporates the Joint Designations for Record on Appeal in Fifth Circuit Case No. 12-130012 (EDLA Doc. 5534). Cameron Parish further files the following designations for the District Court to use in construing the Record on Appeal. For those docket entries that have attachments or exhibits, Appellant intends that these attachments or exhibits should also be included in the Record.

| Case No. | Doc. No. | Date Filed | Document Name |
|---|---|---|---|
| MDL 2179 | 5538 | 02/01/2012 | MOTION for Extension of Time to File Untimely Notice of Appeal |
| MDL 2179 | 5539 | 02/01/2012 | NOTICE OF APPEAL |
| MDL 2179 | 5566 | 02/02/2012 | ORDER granting Extension of Time to File Untimely Notice of Appeal. Signed by Judge Carl J. Barbier on February 2, 2012. |

| MDL 2179 | 5606 | 02/07/2012 | ORDER vacating February 2, 2012 (Rec. Doc. 5566) order granting Extension of Time to File Untimely Notice of Appeal and setting February 17, 2012 deadline for Opposition to Motion (Red. Doc. 5538). Signed by Judge Carl J. Barbier on February 7, 2012. |
| --- | --- | --- | --- |
| MDL 2179 | 5874 | 02/24/2012 | NOTICE OF APPEAL |

Respectfully submitted,

  /s/ David A. Parsiola
**COSSICH, SUMICH, PARSIOLA & TAYLOR**
Philip F. Cossich, Jr. (1788)
*pcossich@cossichlaw.com*
David A. Parisola (21005)
*dparsiola@cossichlaw.com*
Darin S. Britt (31639)
*dbritt@cossichlaw.com*
8397 Highway 23, Suite 100
Belle Chasse, Louisiana 70037
T: 504.394.9000  F: 504 394 9100

Cecil Sannner (11713)
CAMERON PARISH DISTRIC ATTORNEY
P.O. Box 280
Cameron, Louisiana 70631
T: 337 775 5720
F  337 775 8152


**COUNSEL FOR CAMERON PARISH**
**DISTRICT ATTORNEY CECIL SANNER**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Notice of Appeal** has been served on All Counsel by electronically uploading the same to LexisNexis File & Served in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7th day of March, 2012.

/s/ David A. Parsiola
David A. Parsiola