UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO.: 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO:<br><br>*Fish Commander, LLC v. BP, PLC, et al.*<br>*Member Case No. 10-1339* | JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## EX PARTE MOTION TO ENROLL AS COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Fish Commander, LLC, who hereby move this Honorable Court to enroll David B. Franco of The Dugan Law Firm, APLC as counsel of record in the above-captioned matter.

Respectfully submitted,

By:

**THE DUGAN LAW FIRM**

 /s/ David B. Franco
David B. Franco (Tx Bar No. 24072097)
One Canal Place
365 Canal Street, Suite 1000
New Orleans, Louisiana 70130
Telephone: (504) 648 0180
Facsimile: (504) 648 0181

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Ex Parte Motion to Enroll as Counsel of Record, and the Proposed Order, have been served on all counsel of record by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7th day of March, 2012.

    /s/ David B. Franco
David B. Franco, Esq.