UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO.: 2179<br><br>SECTION:  J |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER |
| *Fish Commander, LLC v. BP, PLC, et al.*<br>Member Case No. 10-1339 | MAG. JUDGE SHUSHAN |

## ORDER

Considering the Ex Parte Motion to Enroll as Counsel of Record filed herein,

**IT IS ORDERED** that David B. Franco of the Dugan Law Firm, APLC be and is hereby enrolled as counsel of record for Plaintiff in the above-captioned matter.

Signed in New Orleans, Louisiana this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE