UNITED STATES DISTRICT OF COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § | MDL No. 2179  SECTION: J |
| Relates to:  *All Cases* | § § § | JUDGE BARBIER  MAG. JUDGE SHUSHAN |

JOINT MOTION
FOR THE ENTRY OF AN ORDER TO ESTABLISH
AND GOVERN TRANSITION PROCESS

NOW INTO COURT come Plaintiffs, through Interim Class Counsel, and the BP Defendants, through undersigned counsel, and jointly move for an ORDER (submitted herewith as Exhibit A) to establish and govern a transition process from the Gulf Coast Claims Facility ("GCCF") to (subject to further preliminary approval by the Court) a new Court Supervised Claims Program, and to otherwise effectuate the agreement-in-principle between the Plaintiffs' Steering Committee and BP.

This 8th day of March, 2012.

Respectfully submitted,

*/s/ Stephen J. Herman*
Stephen J. Herman, LA Bar No. 23129
Herman Herman Katz & Cotlar LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: (504) 581-4892
Fax: (504) 569-6024
E-Mail: sherman@hhkc.com
*Interim Class Counsel*

*/s/ James Parkerson Roy*
James Parkerson Roy, LA Bar No. 1511
Domengeaux Wright Roy & Edwards LLC
556 Jefferson Street, Suite 500
Lafayette, LA 70501
Tel: (337) 233-3033
Fax: (337) 233-2796
E-Mail: jimr@wrightroy.com
*Interim Class Counsel*

/s/ Richard C. Godfrey
Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Kirkland & Ellis, LLP
300 North LaSalle Street
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
E-Mail: richard.godfrey@kirkland.com
E-Mail: alangan@kirkland.com

*Attorneys for Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c.*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Motion and Proposed Order will be filed into the record electronically *via* the Court's ECF system and served on All Counsel *via* the Lexis-Nexis File & Serve system in accordance with Pre-Trial Order No. 12, this 8th day of March, 2012.

/s/ Stephen J. Herman and James Parkerson Roy