UNITED STATES DISTRICT OF COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>Relates to: *All Cases* | § § § § § § § § | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## UNOPPOSED MOTION
## FOR THE ENTRY OF AN ORDER APPOINTING JOHN W. PERRY JR. AS A COURT-DESIGNATED NEUTRAL

NOW INTO COURT come Plaintiffs, through Interim Class Counsel, and respectfully pray for an ORDER (submitted herewith as Exhibit A) to appoint John W. Perry Jr. as a court-designated neutral to preside over the finalization of remaining details and procedures associated with the proposed settlement of certain seafood-related claims.

Undersigned counsel have conferred with Counsel for the BP Defendants, who have no opposition to same.

This 8th day of March, 2012.

Respectfully submitted,

/s/ *Stephen J. Herman*
Stephen J. Herman, LA Bar No. 23129
Herman Herman Katz & Cotlar LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: (504) 581-4892
Fax: (504) 569-6024
E-Mail: sherman@hhkc.com
*Interim Class Counsel*

/s/ *James Parkerson Roy*
James Parkerson Roy, LA Bar No. 1511
Domengeaux Wright Roy & Edwards LLC
556 Jefferson Street, Suite 500
Lafayette, LA 70501
Tel: (337) 233-3033
Fax: (337) 233-2796
E-Mail: jimr@wrightroy.com
*Interim Class Counsel*

## CERTIFICATE OF SERVICE

    WE HEREBY CERTIFY that the above and foregoing Motion and Proposed Order will be filed into the record electronically *via* the Court's ECF system and served on All Counsel *via* the Lexis-Nexis File & Serve system in accordance with Pre-Trial Order No. 12, this 8th day of March, 2012.

                                               /s/ Stephen J. Herman and James Parkerson Roy