UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL No. 2179 |
| | * | SECTION J |
| | * | JUDGE BARBIER |
| This Document Applies to: *All Cases* | * | MAG. SUSHAN |

## ORDER APPOINTING JOHN W. PERRY JR. AS A COURT-DESIGNATED NEUTRAL

On unopposed motion of Interim Class Counsel, and the Magistrate Judge having reported, based on her mediation of settlement discussions to date, that it would facilitate the completion of the seafood component of the proposed settlement to appoint a neutral to preside over the finalization of remaining details and procedures, and the Court finding good cause therefor:

IT IS HEREBY ORDERED that John W. Perry, Jr. is appointed to preside over the proposed settlement of the seafood program until further Order of the Court.

New Orleans, Louisiana, this ____ day of March, 2012.

                                                Hon. Carl J. Barbier
                                              U.S. District Court Judge