

42884666

Mar 5 2012
4:45PM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to:<br><br>JOHN T. FRUGE, et al. v. BP, PLC et al.<br>No. 10-cv-1752 | Judge Barbier<br>Mag. Judge Shushan |

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF HYUNDAI HEAVY INDUSTRIES CO., LTD.

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, through undersigned counsel, hereby voluntarily dismiss this action without prejudice as against Defendant Hyundai Heavy Industries Co., Ltd. ("HHI") only.[1]  HHI has not served either an answer or a motion for summary judgment in response to Plaintiffs' complaint.

                                            WEITZ & LUXENBERG, P.C.

                                            By: _____
                                                  Perry Weitz
                                              Robert J. Gordon
                                              Robin L. Greenwald
                                              Curt D. Marshall
700 Broadway
New York, New York 10003
Tel.: (212) 558-5500
Fax: (212) 344-5461
Email: pweitz@weitzlux.com
Email: rgordon@weitzlux.com
Email: rgreenwald@weitzlux.com

---

[1] *See, e.g., Plains Growers, Inc. ex rel. Florists' Mut. Ins. Co. v. Ickes-Braun Glasshouses, Inc.,* 474 F.2d 250, 254-55 (5th Cir. 1973) ("[A] plaintiff is entitled to a dismissal against one defendant under Rule 41(a), even though the action against another defendant would remain pending.").

Email: cmarshall@weitzlux.com

BREIT DRESCHER & IMPREVENTO

Jeffrey A. Breit
999 Waterside Drive
Norfolk, Virginia 23510
Tel.: 757-670-3888
Fax: 757-670-3895
E-mail: jbreit@bdbmail.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiffs' Notice of Voluntary Dismissal Without Prejudice of Hyundai Heavy Industries Co., Ltd. has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, which will send a notice in accordance with the procedures established in MDL 2179, on this 5th day of March, 2012.

*/s/ Curt Mulhall*