UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates to: | * | JUDGE BARBIER |
| All Cases | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

Before the Court is a Motion to Vacate Order Appointing Interim Class Counsel (Rec. Doc. 5976) and a Motion for Expedited Hearing of same (Rec. Doc. 5977).[1]

IT IS ORDERED that the Motion to Vacate Order Appointing Interim Class Counsel (Rec. Doc. 5976) is DENIED.  The Motion for Expedited Hearing (Rec. Doc. 5977) is MOOT.

New Orleans, Louisiana, this 8th day of March, 2012.

_____
United States District Judge

---

[1] An opposition was filed by the Plaintiffs' Steering Committee.  (Rec. Doc. 5984)