# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
|    "Deepwater Horizon" in the Gulf | * | |
|    of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| *All cases* | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

Upon consideration of Donald Vidrine's Motion to Stay Effect of Order Dated February 14, 2012, as Amended by Order Dated February 24, 2012, Pending Appeal (Rec. Doc. 5958), good cause appearing therefor,

IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the effect of the Court's Order of February 14, 2012 (Rec. Doc. 5681), as amended by the Order dated February 24, 2012 (Rec. Doc. 5875), is hereby STAYED pending Donald Vidrine's appeal of those Order or until further ordered by this Court.

New Orleans, Louisiana, this 8th day of March, 2012.

                                                                                                 United States District Judge