U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED     **FEB 2 7** 2012

**LORETTA G. WHYTE**
**CLERK**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF
OF MEXICO, ON APRIL 20, 2010

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:10-MD-2179

The Court of Appeals understands the record in this case is extremely
voluminous. The court is concerned transporting and working with a record of this
enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those
portions of the record relevant to the pending appeal. The parties should attempt to
agree on which documents should be included and should file a joint designation. If
there are documents the plaintiff(s) believe should be included but the defendant(s) do
not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary)
supplemental designations as soon as practicable but in no instance later than 14 days
after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation
of the parties and supplemental designations if necessary.

_Lyle W. Cayce_
Lyle W. Cayce
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

February 27, 2012

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 12-30136   In Re: Deepwater Horizon
        USDC No. 2:10-MD-2179
        USDC No. 2:10-CV-1768
        USDC No. 2:10-CV-2454

Enclosed is an order entered in this case.

               Sincerely,

               LYLE W. CAYCE, Clerk

               By: _Connie Brown_____
               Connie Brown, Deputy Clerk
               504-310-7671

Mr. Richard Cartier Godfrey
Mr. Daniel O. Goforth
Mr. Don Keller Haycraft
Mr. Kerry J. Miller
Mr. Granta Y. Nakayama
Mr. Edwin G Preis Jr.
Mr. Steven L Roberts
Mr. Daniel C. Snyder
Mr. Charles M. Tebbutt
Ms. Loretta Whyte

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
Filed
FEB 27 2012
LORETTA G. WHYTE
CLERK