UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TOPWATER CHARTERS, L.L.C.<br>AND BACKWATER CHARTER, L.L.C.<br><br>versus<br><br>BP, PLC, BP AMERICA PRODUCTION<br>COMPANY, BP EXPLORATION &<br>PRODUCTION, INC., TRANSOCEAN,<br>LTD., TRANSOCEAN OFFSHORE DEEP-<br>WATER DRILLING, INC., TRANSOCEAN<br>DEEPWATER , INC., TRANSOCEAN<br>HOLDINGS, LLC, TRITON ASSET<br>LEASING GMBH, HALLIBURTON<br>ENERGY SERVICES, INC., M-I, LLC,<br>CAMERON INTERNATIONAL<br>CORPORATION, WEATHERFORD U.S., L.P.,<br>ANADARKO E&P COMPANY LP,<br>ANADARKO PETROLEUM CORP.,<br>MOEX OFFSHORE 2007, LLC, MOEX USA<br>CORP., MITSUI OIL EXPL. CO., LTD.,<br>NALCO COMPANY, NALCO HOLDINGS,<br>LLC, NALCO FINANCE HOLDINGS, LLC,<br>NALCO HOLDING COMPANY, AIRBORNE<br>SUPPORT INC., AND AIRBORNE SUPPORT<br>INTERNATIONAL, INC. | * * * * * * * * * * * * * * * * * * * * * * * * * | CIVIL ACTION NO: 12-381<br><br><br>SECTION "J"(1) |

**********************************************

## ORDER

This matter having come before the Court on Plaintiffs' Motion to Remand and the Court having been fully advised;

IT IS ORDERED that Plaintiffs' Motion to Remand is hereby GRANTED, and this action is hereby remanded to the 32nd Judicial District Court, Terrebonne Parish, Louisiana.

This _____ day of _____ 2012.

_____
MAGISTRATE JUDGE