UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TOPWATER CHARTERS, L.L.C.<br>AND BACKWATER CHARTER, L.L.C. | * <br> * <br> * | CIVIL ACTION NO: 12-381 |
| versus | * <br> * | SECTION "J"(1) |
| BP, PLC, BP AMERICA PRODUCTION COMPANY, BP EXPLORATION & PRODUCTION, INC., TRANSOCEAN, LTD., TRANSOCEAN OFFSHORE DEEP-WATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., M-I, LLC, CAMERON INTERNATIONAL CORPORATION, WEATHERFORD U.S., L.P., ANADARKO E&P COMPANY LP, ANADARKO PETROLEUM CORP., MOEX OFFSHORE 2007, LLC, MOEX USA CORP., MITSUI OIL EXPL. CO., LTD., NALCO COMPANY, NALCO HOLDINGS, LLC, NALCO FINANCE HOLDINGS, LLC, NALCO HOLDING COMPANY, AIRBORNE SUPPORT INC., AND AIRBORNE SUPPORT INTERNATIONAL, INC. | * | |

*******************************************

## NOTICE OF HEARING

**CONSIDERING THE FOREGOING,**

Notice is hereby given that Plaintiffs' Motion to Remand in the above-captioned proceeding shall come for hearing before the court at _____ a.m./p.m. on the _____ day of _____, 2012.

This _____ day of _____ 2012

_____
MAGISTRATE JUDGE

1