UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : | MDL NO. 2179<br><br>SECTION: J<br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| **THIS DOCUMENT RELATES TO NOS. 10-2771; 10-1757; 10-1758; 10-1759; 10-1760; 10-2087; 10-2731; 10-2996; 10-2997; 11-1106; 11-1113; and 11-1480** | : : : : | <br>JURY TRIAL DEMANDED<br> |

. .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .

**DESIGNATION OF RECORD ON APPEAL**
**IN FIFTH CIRCUIT CASE NO. 12-30012**

In addition to the Joint Designations, Doc. 5534, Cameron International Corp. ("Cameron") respectfully designates the following docket entry for the District Court to use in preparing the Record on Appeal:

| | |
|---|---|
| Case No. MDL 2179, Doc. 5809 | ORDER AND REASONS [As to the United States', Transocean's, and Anadarko's Cross-Motions for Partial Summary Judgment Regarding Liability under the CWA and OPA] |

Cameron intends that the designated Order itself should also be included in the record.

Respectfully submitted,

| | |
|---|---|
| David J. Beck, T.A. | /s/ Phillip A. Wittmann |
| dbeck@brsfirm.com | Phillip A. Wittmann, 13625 |
| Joe W. Redden, Jr. | pwittman@stonepigman.com |
| jredden@brsfirm.com | Carmelite M. Bertaut, 3054 |
| David W. Jones | cbertaut@stonepigman.com |
| djones@brsfirm.com | Keith B. Hall, 24444 |
| Geoffrey Gannaway | khall@stonepigman.com |
| ggannaway@brsfirm.com | Jared Davidson, 32419 |
| | jdavidson@stonepigman.com |
| BECK, REDDEN & SECREST, L.L.P. | STONE PIGMAN WALTHER WITTMANN L.L.C. |
| One Houston Center | 546 Carondelet Street |
| 1221 Mckinney, Suite 4500 | New Orleans, Louisiana  70130 |
| Houston, TX  77010-2010 | 504-581-3200 |
| 713-951-3700 | 504-581-3361 (fax) |
| 713-951-3720 (fax) | |

**ATTORNEYS FOR CAMERON INTERNATIONAL CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Designation of Record on Appeal in Fifth Circuit Case No. 12-30012 has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of March, 2012.

/s/ Phillip A. Wittmann
Phillip A. Wittmann

1087285v.1