# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

March 06, 2012

**RECEIVED**
MAR 6 2012
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 12-30230    In Re: Deepwater Horizon
        USDC No. 2:10-MD-2179
        USDC No. 2:11-CV-274
        USDC No. 2:11-CV-275

Enclosed is an order entered in this case.

In addition to filing the designation of the record with the district court, counsel must also provide notice of filing to this court.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _Connie Brown_
                        Connie Brown, Deputy Clerk
                        504-310-7671

Mr. John M Elsley
Mr. Daniel O. Goforth
Mr. David B Goodwin
Mr. Allen M. Katz
Mr. Edward F Kohnke IV
Mr. Michael J Maloney
Mr. Evans Martin McLeod
Mr. Kerry J. Miller
Mr. Allan Baron Moore
Mr. Steven L Roberts
Ms. Loretta Whyte

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   MAR   6 2012
LORETTA G. WHYTE
CLERK

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

---

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:10-MD-2179

---

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

_Lyle W. Cayce_
Lyle W. Cayce
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT