# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

March 06, 2012

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

     No. 12-30237   In Re:  Deepwater Horizon, et al
        USDC No. 2:10-MD-2179

Enclosed is an order entered in this case ordering the parties to
file a joint designation of record within 14 days.

The designation of record should be filed in the district court.
A copy should also be sent to the Fifth Circuit at the time it is
filed in the district court.

          Sincerely,

          LYLE W. CAYCE, Clerk

          By:_Shea E. Pertuit_
          Shea E. Pertuit, Deputy Clerk
          504-310-7666

Mr. Brad D. Brian
Mr. Everett R. Fineran
Mr. Robert N. Habans Jr.
Mr. Edwin G Preis Jr.
Ms. Loretta Whyte



RECEIVED

MAR  6 2012

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF
OF MEXICO, ON APRIL 20, 2010

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   MAR   6   2012

LORETTA G. WHYTE
CLERK

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:10-MD-2179

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

Lyle W. Cayce
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT