UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON | : | SECTION J |
| APRIL 20, 2010 | : | |
| | : | JUDGE BARBIER |
| **THIS DOCUMENT RELATES TO**: | : | |
| | : | MAG. JUDGE SHUSHAN |
| ***Fish Commander, LLC v. BP, PLC, et al*** | : | |
| ***Civil Action No:  2-10-cv-01339*** | : | |
| | : | |

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

**ON MOTION** of Kristopher R. Kahao of Kleinpeter & Schwartzberg, L.L.C., and Joseph E. Ritch, Joseph M. Dunn, and David L. Rumley of Wigington, Rumley, Dunn & Ritch, L.L.P., Attorneys at Law, and on suggesting to this Court that they no longer represent the Plaintiff, Fish Commander, LLC, in the above captioned matter, and that Plaintiff has engaged David B. Franco of The Dugan Law Firm, as his attorney.  The undersigned therefore desire to have their names withdrawn as counsel of record for Plaintiff.

**WHEREFORE**, Kristopher R. Kahao of Kleinpeter & Schwartzberg, L.L.C., and Joseph E. Ritch, Joseph M. Dunn, and David L. Rumley of Wigington, Rumley, Dunn & Ritch, L.L.P., Attorneys at Law, respectfully request that their names be withdrawn as counsel of record for Plaintiff, Fish Commander, LLC.

Respectfully submitted,

**KLEINPETER & SCHWARTZBERG, L.L.C.**
619 Jefferson Highway Suite 2H
Baton Rouge, Louisiana 70806
Telephone: (225) 926-4130
Facsimile: (225) 929-9817

BY:       /s/ Kristopher R. Kahao
        Kristopher R. Kahao (#31804)
        kriskahao@gmail.com

AND

Joseph E. Ritch (Texas Bar No. 24037364)
David L. Rumley (Texas Bar No. 00791581)
**WIGINGTON RUMLEY DUNN & RITCH, LLP**
123 North Carrizo Street
Corpus Christi, Texas 78401
Telephone:  (361) 885-7500
Facsimile:  (361) 885-0487

AND

Joseph M. Dunn (Texas Bar No. 06245650)
**WIGINGTON RUMLEY DUNN & RITCH, LLP**
601 Howard Street
San Antonio, Texas  78212
Telephone:  (210) 487-7500
Facsimile:  (210) 487-7501

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 9, 2012, a copy of the foregoing pleading has been electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

       /s/ Kristopher R. Kahao
        Kristopher R. Kahao (#31804)

2