UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON | : | SECTION J |
| APRIL 20, 2010 | : | |
| | : | JUDGE BARBIER |
| **THIS DOCUMENT RELATES TO:** | : | |
| | : | MAG. JUDGE SHUSHAN |
| *Fish Commander, LLC v. BP, PLC, et al* | : | |
| *Civil Action No: 2-10-cv-01339* | : | |

## **O R D E R**

Considering the above and foregoing Motion to Withdraw as Counsel of Record,

**IT IS HEREBY ORDERED** that Kristopher R. Kahao of Kleinpeter & Schwartzberg, L.L.C., and Joseph E. Ritch, Joseph M. Dunn, and David L. Rumley of Wigington, Rumley, Dunn & Ritch, L.L.P., Attorneys at Law, be and are hereby withdrawn as counsel of record for Plaintiff, Fish Commander, LLC.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE