MINUTE ENTRY
WILKINSON, M.J.
MARCH 8, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION<br><br>MDL 2179 |
| Member Cases: Constantin Land Trust v. BP America Production Co. et al.; C.A. No. 12-179 c/w Constantin Land Trust v. Epic Diving & Marine Services, LLC, C.A. No. 12-259 | SECTION "J" (2) |

    The referenced member cases have recently been consolidated and reassigned and referred to me by Judge Barbier. Record Doc. No. 5725. A status conference was conducted before me on this date. Participating were: Robert Reich (via telephone), representing plaintiff; Irma Espino, representing the Plaintiffs' Steering Committee; Shannon Holtzman, representing defendant BP; Etienne Balart, representing defendants Sea Support and Randy Adams; and Grady Hurley, representing defendant Epic Diving.

    During the conference, all defendants consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). Plaintiff is considering consent, and a form of written consent is being circulated to its counsel for consideration. Plaintiff's counsel will advise the court no later than March 15, 2012, whether all parties consent.

**MJSTAR:   0:30**

Plaintiff's Motion to Remand in C. A. No. 12-179, Record Doc. No. 5726, is pending.  Defendants have already filed their written responses.  Record Doc. Nos. 5727 and 5728. If all parties consent, I will proceed immediately to rule upon this motion.

In addition, defendant Epic Diving has filed a Motion to Dismiss Pursuant to Rule 12(b)(6).  Record Doc. No. 5964.  Counsel agreed during the conference that they will immediately address settlement possibilities. While those discussions are occurring, **IT IS ORDERED** that plaintiff must file its written response to defendant's motion to dismiss no later than **March 23, 2012**.  Thereafter, upon receipt of a fully executed consent form, I will also address this motion.

If all parties consent, I will conduct a new scheduling conference in each case to set trial and pretrial dates, if appropriate and necessary after the pending motions are decided. If all parties do not consent, Judge Barbier will be advised so that he may determine how and when these cases might otherwise be addressed.

 The Clerk is directed to file this minute entry in the records of all three affected matters:  MDL 2179 and C.A. Nos. 12-179 and 12-259.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**