MINUTE ENTRY
SHUSHAN, M.J.
MARCH 9, 2012

**MJSTAR: 0:47**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE                            CIVIL ACTION
OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010           NUMBER: 10-MDL-2179

                                                   SECTION: "J" (1)

MAGISTRATE JUDGE SALLY SHUSHAN PRESIDING

FRIDAY, MARCH 9, 2012 AT 9:30 A.M.

CASE MANAGER:      Charles A. Armond

COURT REPORTER:    Jodi Simcox

   A discovery status conference was held this date before Magistrate Judge Sally Shushan.

PRESENT:   See attached sign-in sheets for attorneys who participated in person and via telephone.