## CONFERENCE ATTENDANCE RECORD

**DATE:** 3-9-12      **TIME:** 9:30

**CASE NAME:** Deep Water

**DOCKET NUMBER & SECTION:** MDL 10-2179

(STATUS)    PRELIMINARY    PRE-TRIAL    SETTLEMENT

Discovery Phase TWO

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Don Godwin | Halliburton |
| Alan York | " |
| Jenny Martinez | " |
| Stefanie Major | " |
| Sean Fleming | " |
| Gwen Richard | " |
| Lauren Mitchell | " |
| Sarah Tians | Anadarko |
| Kathleen Gallagher | CAPI |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Rachel Clingman | Transocean |
| Tony Fitch | Anadarko |
| Steve Luxton | M - I |
| Kerry Miller | Transocean |
| Don Haycraft + | BP |
| Brian Barr | PSC |
| Jimmy Williamson | PSC |
| Nat Chakeres | USA |
| Jeff Prieto | USA |
| Scott Bickford | TI |
| Steve O'Rourke | USA |
| Steve Flynn | USA |
| Camille Bertaut | Cameron |
| Corey May | Alabama |
| Ryan Babiuch | BP |
| Steve Palmer | BP |
| Joel Gross | BP |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| MIKE Beck | BP |
| Doug Kraus | LA |
| Rob Gasaway | BP |
| ANTHONY IRPINO | PSC |
| SCOtt Cernich | US |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**3/9/12**              **Deep Water Horizon - Phase Two Discovery Conference**

<u>Telephone Participants</u>

David Baay - TO

Joe Eisert - BP

Denise Scoffield - M-I

Heather Kennealy - Coast Guard

Grant Davis-Denny - TO

Andy Langan - BP

Ted Skerides - BP

Winnfield Sinclair - Alabama

Mike Petrino - BP

Shawn Brady - DRC Emergency Services

Mark Nomillini - BP

Robin Hanger - USDOJ

Paul Thibodeaux - TO