# UNITED STATE DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | § | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | § | |
| GULF OF MEXICO, ON APRIL 20, 2010 | § | |
| | § | |
| This document related to | § | SECTION: J |
| Docket No. 10-08888 | § | |
| David C. Carlile | § | |
| Document No. 64540 | § | |
| and | § | JUDGE BARBIER |
| Docket No. 10-08888 | § | |
| QMCD, LP | § | |
| Document No. 64562 | § | MAG. JUDGE SHUSHAN |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

Pursuant to Civil LR 83.2.11 and LR 83.2.12(B), Plaintiffs David C. Carlile and QMCD, LP ("Plaintiffs") ask the Court for an Order to withdraw Bruce A. Craig of The Carlile Law Firm, LLP and to substitute Paul W. Turner as their counsel of record. There is good cause for the Court to grant the motion to withdraw because Mr. Craig is deceased. Plaintiffs approve this Motion to Substitute Counsel of Record, and The Carlile Law Firm, LLP consents to this Motion to Substitute Counsel of Record.

For the above reasons, Plaintiffs ask the Court to enter the following Order on Motion to Substitute Counsel of Record, and update the Court ECF system for this case by removing Bruce A. Craig as counsel of record and substituting in his place Paul W. Turner.

Respectfully submitted,

____/s/  Paul W. Turner_____
The Law Office of Paul W. Turner
Paul W. Turner (Texas Bar No. 24037619)
400 S. Alamo
Marshall, Texas 75670
Tel:    903-935-0135
Fax:    903-935-0235
Email:  pturner@thelawofficeofpwt.com

＿＿＿/s/_D. Scott Carlile＿＿＿＿＿＿＿＿

The Carlile Law Firm, LLP

D. Scott Carlile (Texas Bar No. 24004576)

400 S. Alamo

Marshall, Texas 75670

Tel:     903-938-1655

Fax:     903-938-0235

Email: scarlile@carlilelawfirm.com

## Certificate of Service

I hereby certify that the above and foregoing Motion to Substitute Counsel of Record has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United State District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of March 2012.

＿＿＿/s/_Paul W. Turner＿＿＿＿＿＿＿＿

Paul W. Turner