UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | § | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | § | |
| GULF OF MEXICO, ON APRIL 20, 2010 | § | |
| | § | |
| This document related to | § | SECTION: J |
| Docket No. 10-08888 | § | |
| David C. Carlile | § | |
| Document No. 64540 | § | |
| and | § | JUDGE BARBIER |
| Docket No. 10-08888 | § | |
| QMCD, LP | § | |
| Document No. 64562 | § | MAG. JUDGE SHUSHAN |

## ORDER ON MOTION TO SUBSTITUTE COUNSEL OF RECORD

Considering the Motion to Substitute Counsel of Record of Plaintiffs David C. Carlile and QMCD, LP's ("Plaintiffs"), and good cause appearing, the Motion is hereby GRANTED;

It is ORDERED that Bruce A. Craig be withdrawn as counsel of record for Plaintiffs, that Paul W. Turner be substituted as counsel of record for Plaintiffs, and that the Court's ECF system shall be updated to reflect these changes.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
Carl J. Barbier
United States District Judge