THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" In the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 <br><br> SECTION: J |
| Applies to:<br>C.A. 2:11-cv-02298-CJB-SS | Judge Barbier <br> Mag. Judge Shushan |

### UNITED STATES' OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS ACTION CERTIFICATION ORDER

The United States of America, by and through undersigned counsel, submits this Memorandum in Opposition to Plaintiff's Motion for Class Action Certification.

Plaintiff, *pro per*, seeks a Class Action Certification Order representing all parties whose claims have been denied by the Gulf Coast Claims Facility and subsequently upheld by the National Pollution Fund Center.

Plaintiff's request fails under Fed. R. Civ. P. 23. Notwithstanding those deficiencies, this Court previously ordered: "Local Rule 23.1 and Federal Rule 23 motion practice and discovery on class certification issues is hereby stayed for all cases until further order of this Court." C.A. 2:11-cv-02298 Docket 7-1, Pretrial Order #1, page 12.

For the foregoing reasons, Plaintiff's Motion should be denied.

DATED: March 12, 2012

        Respectfully submitted,

        STUART DELERY
        Acting Assistant Attorney General

        JIM LETTEN
        United States Attorney


        *s/ Matthew R. Dursa*
        MATTHEW R. DURSA
        Trial Attorney
        Torts Branch, Civil Division
        U.S. Department of Justice
        Post Office Box 14271
        Washington, DC 20044-4271
        Maryland Bar No: N/A
        Telephone: (202) 616-4033
        Facsimile: (202) 616-4159
        Email: matthew.r.dursa@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that, on the 12th day of March, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, and will send a copy via first-class mail to:

> D. Montgomery
> c/o ETR
> 33523 Eight Mile Rd.
> Bldg A-3, Suite 108
> Livonia, MI 48152

_s/ Matthew R. Dursa_
MATTHEW R. DURSA
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
Post Office Box 14271
Washington, DC 20044-4271
Maryland Bar No: N/A
Telephone: (202) 616-4033
Facsimile: (202) 616-4159
Email: matthew.r.dursa@usdoj.gov
