THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig         )
               "Deepwater Horizon"       )
               In the Gulf of Mexico,          )
               on April 20, 2010                )
                                                        )
Applies to:                                       )
C.A. 2:11-cv-02298-CJB-SS         )
                                                        )
_____  ) | | MDL No. 2179

SECTION: J

Judge Barbier
Mag. Judge Shushan |

UNITED STATES' OPPOSITION TO PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT

The United States of America, by and through undersigned counsel, submits this Memorandum in Opposition to Plaintiff's Motion for Summary Judgment.

Plaintiff, *pro per*, seeks review of actions taken by the National Pollution Funds Center (NPFC) under the Administrative Procedure Act (APA), 5 U.S.C.S. §§ 701-706, and seeks summary judgement that NPFC's actions were "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with the law, under the APA." (Pl.'s Mot. at 25.)

"It is a bedrock principle of judicial review that a court reviewing an agency decision should not go outside of the administrative record." *Goonsuwan v. Ashcroft*, 252 F.3d 383, 391 n.15 (5th Cir. 2001) *citing Fl. Power & Light Co. v. Lorion*, 470 U.S. 729, 743-44 (1985).

The administrative record that pertains to the actions questioned by Plaintiff is not before this Court. This action was filed on September 27, 2011, and the United States

timely answered on December 21, 2011.  The Government will produce a copy of the record shortly and file it with this Court.  Until that record is filed, Plaintiff's motion is premature.

    For the foregoing reasons, Plaintiff's Motion should be denied.

DATED: March 12, 2012

                                       Respectfully submitted,

                                       STUART DELERY
                                       Acting Assistant Attorney General

                                       JIM LETTEN
                                       United States Attorney


                                       _s/ Matthew R. Dursa_
                                       MATTHEW R. DURSA
                                       Trial Attorney
                                       Torts Branch, Civil Division
                                       U.S. Department of Justice
                                       Post Office Box 14271
                                       Washington, DC 20044-4271
                                       Maryland Bar No: N/A
                                       Telephone: (202) 616-4033
                                       Facsimile: (202) 616-4159
                                       Email: matthew.r.dursa@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the 12th day of March, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, and will send a copy via first-class mail to:

>D. Montgomery
>c/o ETR
>33523 Eight Mile Rd.
>Bldg A-3, Suite 108
>Livonia, MI 48152

>  *s/ Matthew R. Dursa*
>MATTHEW R. DURSA
>Trial Attorney
>Torts Branch, Civil Division
>U.S. Department of Justice
>Post Office Box 14271
>Washington, DC 20044-4271
>Maryland Bar No: N/A
>Telephone: (202) 616-4033
>Facsimile: (202) 616-4159
>Email: matthew.r.dursa@usdoj.gov