# HABANS & CARRIERE
### ATTORNEYS AT LAW
10843 N. OAK HILLS PARKWAY
## BATON ROUGE, LOUISIANA 70810

(225) 757-0225
Telefax: (225) 757-0398
E-mail: bobhab@bellsouth.net

ROBERT N. HABANS, JR.



March 6, 2012

Ms. Kim Lange
Financial Administrator
U. S. District Court
Eastern District of Louisiana
500 Poydras Street, Room C151
New Orleans, LA 70130

      Re:    Oil Spill by the Oil Rig "Deepwater Horizon";
             U.S.D.C., E.D.La., MDL No. 2179, Sec. J, Mag. Div. 1

Dear Ms. Lange:

      On March 5, 2012, we filed a Notice of Appeal on behalf of Donald Vidrine in the captioned matter. That notice was docketed as Rec. Doc. 5957. We were properly charged a $455.00 filing fee (receipt no. 053L-3414876).

      However, before that filing was accomplished, we were in the CM/ECF system and were half-way through the filing of the notice when for technical reasons we interrupted the process before completing the filing. Nevertheless, we were charged a $455.00 filing fee for the terminated transaction. The receipt number is 053L-3414801. Because this additional $455.00 charge is in error, please refund it to the credit card you have on file for this transaction. I am not including any additional identifying information because I understand that you may file this letter into the record. Please let me know if there is anything further you require from me to issue the refund as requested. Thank you.

                  Respectfully,

                  ROBERT N. HABANS, JR.
                  Attorney for Donald Vidrine

RNHjr:psh