UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : : : | MDL NO. 2179 SECTION J JUDGE BARBIER |
| **THIS DOCUMENT RELATES TO**: | : : | MAG. JUDGE SHUSHAN |
| *Fish Commander, LLC v. BP, PLC, et al* *Civil Action No:  2-10-cv-01339* | : : : | |

## JOINT MOTION TO SUBSTITUTE COUNSEL OF RECORD

**ON MOTION** of Kristopher R. Kahao of Kleinpeter & Schwartzberg, LLC, and Joseph E. Ritch, Joseph M. Dunn, and David L. Rumley of Wigington, Rumley, Dunn & Ritch, L.L.P., and David B. Franco of The Dugan Law Firm, and on suggesting to this Court that Kristopher R. Kahao, Joseph E. Ritch, Joseph M. Dunn, and David L. Rumley no longer represent the plaintiff, Fish Commander, LLC, in the above captioned matter, and that Plaintiff has engaged David B. Franco of The Dugan Law Firm as its attorney.  David B. Franco desires to be enrolled as counsel of record for Plaintiff, Fish Commander, LLC, and Kristopher R. Kahao, Joseph E. Ritch, Joseph M. Dunn, and David L. Rumley, to be withdrawn.

**WHEREFORE**, David B. Franco respectfully requests to be enrolled as counsel of record for Plaintiff, Fish Command, LLC, and Kristopher R. Kahao of Kleinpeter & Schwartzberg, L.L.C., and Joseph E. Ritch, Joseph M. Dunn, and David L. Rumley of Wigington, Rumley, Dunn & Ritch, L.L.P., Attorneys at Law, respectfully request that their names be withdrawn.

Respectfully submitted,

**KLEINPETER & SCHWARTZBERG, L.L.C.**
619 Jefferson Highway Suite 2H
Baton Rouge, Louisiana 70806
Telephone: (225) 926-4130
Facsimile: (225) 929-9817

BY: /s/ Kristopher R. Kahao\_\_ _____
Kristopher R. Kahao (#31804)
kriskahao@gmail.com

AND

Joseph E. Ritch (Texas Bar No. 24037364)
David L. Rumley (Texas Bar No. 00791581)
**WIGINGTON RUMLEY DUNN & RITCH, LLP**
123 North Carrizo Street
Corpus Christi, Texas 78401
Telephone: (361) 885-7500
Facsimile: (361) 885-0487

AND

Joseph M. Dunn (Texas Bar No. 06245650)
**WIGINGTON RUMLEY DUNN & RITCH, LLP**
601 Howard Street
San Antonio, Texas 78212
Telephone: (210) 487-7500
Facsimile: (210) 487-7501

**AND**

**THE DUGAN LAW FIRM**
One Canal Place
365 Canal Street, Suite 1000
New Orleans, Louisiana 70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181

BY: /s/ David B. Franco
David B. Franco (Tx Bar No. 24072097)

2

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that on March 12, 2012, a copy of the foregoing pleading has been electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

      /s/ Kristopher R. Kahao
      Kristopher R. Kahao (#31804)