UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : : : | MDL NO. 2179 SECTION J JUDGE BARBIER |
| **THIS DOCUMENT RELATES TO:** | : : | MAG. JUDGE SHUSHAN |
| *Fish Commander, LLC v. BP, PLC, et al* *Civil Action No:  2-10-cv-01339* | : : | |

# O R D E R

Considering the above and foregoing Joint Motion to Substitute Counsel of Record,

**IT IS HEREBY ORDERED** that Kristopher R. Kahao of Kleinpeter & Schwartzberg, L.L.C., and Joseph E. Ritch, Joseph M. Dunn, and David L. Rumley of Wigington, Rumley, Dunn & Ritch, L.L.P., Attorneys at Law, be and are hereby withdrawn as counsel of record for Plaintiff, Fish Commander, LLC, and David B. Franco of The Dugan Law Firm be and is hereby enrolled as counsel for Plaintiff.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE