UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig            MDL NO. 2179
       "Deepwater Horizon" in the Gulf
       of Mexico, on April 20, 2010        SECTION J

Applies to: *All Cases*                        JUDGE BARBIER
                                                             MAGISTRATE JUDGE SHUSHAN

## ORDER

**[Working Group Conference on Friday, March 9, 2012]**

**NOTES TO CELL PHONE PARTICIPANTS:** Please do not put your phone on hold during the conference as it causes an annoying beeping sound for everyone else. If you cannot participate for part of the conference, put your phone on mute. Likewise for those who type during the conference.

## BOP & CAPPING STACK

On March 2, 2012, BP proposed an allocation for Captain Englebert's March 1 invoice among BP, Halliburton and the U.S. There was no objection to the allocation. The parties are asked to pay the invoice as promptly as possible.

## PHASE ONE

1. **Halliburton Computer.**

   BP reported on the status of the forensic examination of the computer.

   The contents of the "gator boxes" have been released.

2. **Evidence Bundles**.

   The Evidence Bundles were completed by inData. Subject to the understanding between BP and the PSC reflected in emails during the week of March 5, 2012, there is agreement that until the first marshaling conference after Phase One trial commences, the Evidence Bundles remain subject to PTO 13.

inData is working on the Fifth Amendment bundles.

**3.     Briefing Schedules for Phase One.**

The deadlines for briefs due in connection with the Phase One trial are suspended pending further action by Judge Barbier.

**4.     Resetting Phase One Trial.**

The Court anticipates that Judge Barbier will seek input from the parties on how the proposed class action settlement affects the trial plan. Transocean urged that the parties should see the settlement before being asked to comment on how it affects the trial plan.

**5.     Trial Subpoenas.**

When the Phase One trial is reset, it will not be necessary to re-serve subpoenas. The parties shall notify witnesses that the trial was adjourned and they will be advised of the new trial date.

**6.     Donald Vidrine.**

Judge Barbier granted Vidrine's motion for a stay pending an appeal to the Fifth Circuit.

## PHASE TWO

**1.     Coast Guard Production.**

Because of delays in the completion of the Coast Guard's production of documents and resolution of privilege issues, it will be necessary to schedule the Rule 30(b)(6) depositions on quantification before the source control depositions. The U.S. objected to proceeding with quantification before source control.

BP asked what would remain of source control, if the proposed settlement with the PSC proceeds. The PSC and the States responded that source control remains an important issue and the PSC represents local government entities who have not settled. The States contend that, even though

Judge Barbier dismissed their state law penalty claims, they should be permitted to conduct discovery on those claims pending the resolution of their appeals.

The U.S. reported that its position has always been that source control is not a big part of the case. To the extent the pollution claims remain at issue, Halliburton contends that the non-settling defendants have an interest in seeing source control addressed.

**2.   Stipulations**.

The PSC will respond shortly to the revisions to the stipulations from BP.

**3.   Rule 30(b)(6) Topics for the U.S. and BP on Quantification**.

BP reported that it was not ready to present designees on source control, but it will do so at the next conference. There will be a mutual exchange of the names of the BP and U.S. designees for quantification. At the next conference there will be discussion on the length of the depositions and the amount of time that the parties will require for the examination of the designees.

The U.S. presented the following dates and topics on quantification.

|  | Topics | Designee |
|---|---|---|
| April 11-12 | 61-74 and 82-89 | - Labs |
| April 16-17 | 39 | - Reservoir Depletion |
| April 18-19 | 38, 40-42, 43.1, 54-60 | - Science Adv. |
| April 23-24 | 35.1, 36.1, 37.1 | - Unified Command |
| April 25-26 | 37.2, 43.2, 46.1, 47.1, 49-50, 51.1, 52-1 and 90.1 | Flow Rate Technical Group ("FRTG") |
| May 2-3 | 46.2, 47.2, 51.2, 52.2, 75-81 | - FRTG |
| May 7-8 | 46.3, 47.3, 51.3, 52.3 | - Unified Com. |

3

May 9-10          35.2 and 36.2 - FRTG

May 14-15         46.4, 47.4, 90.3, 103-108 - National Institute of Standards and Technology ("NIST")

May 16-17         44-45, 48, 91-96 and 98 - FRTG

May 23-24         90.2 - Oil Budget

**4.      Woods Hole**.

BP reported on the status of the matter and the fact that it requires more than raw data – analysis as well. The U.S. reported on its efforts to facilitate the production from Woods Hole. The Court responded that the confidentiality issue with Woods Hole can be resolved. Woods Hole has raised issues concerning its proprietary interest in information sought by BP and the jurisdiction of the MDL federal court. The Court requested that by **noon on Thursday, March 15**, counsel for Woods Hole provide a letter brief reporting its concerns with the subpoena without waiver of any objections to the jurisdiction of the Court.

## CONFERENCE SCHEDULE

| | |
|---|---|
| Friday, March 16, 2012 at 9:30 a.m. | WGC meeting - Phase Two. |
| Friday, March 23, 2012 at 9:30 a.m. | WGC meeting - Phase Two. |
| Friday, March 30, 2012 at 9:30 a.m. | WGC meeting - Phase Two. |
| Friday, April 6, 2012 is Good Friday | No meeting |
| Friday, April 13, 2012 at 9:30 a.m. | WGC meeting - Phase Two. |
| Friday, April 20, 2012 at 9:30 a.m. | WGC meeting - Phase Two. |
| Friday, April 27, 2012 at 9:30 a.m. | WGC meeting - Phase Two. |
| Friday, May 4, 2012 at 9:30 a.m. | WGC meeting - Phase Two. |
| Friday, May 11, 2012 at 9:30 a.m. | WGC meeting - Phase Two. |

| | |
|---|---|
| Friday, May 18, 2012 at 9:30 a.m. | WGC meeting - Phase Two. |
| Friday, May 25, 2012 at 9:30 a.m. | WGC meeting - Phase Two. |

New Orleans, Louisiana, this 12th day of March, 2012.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**

## APRIL

| Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|---|---|---|---|---|---|
| 2 | 3 | 4 | 5 | 6 | 7/8 |
| 9 | 10 | 11<br>Labs | 12<br>Labs | 13 | 14/15 |
| 16<br>Res. Depletion[1] | 17<br>Res. Depletion | 18<br>Sci. Advisors | 19<br>Sci. Advisors | 20 | 21/22 |
| 23<br>U. Comm.[2] | 24<br>U. Comm. | 25<br>Flow Rate | 26<br>Flow Rate | 27 | 28/29 |
| 30 | | | | | |

---

[1] Reservoir Depletion

[2] Unified Command

## MAY

| Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|---|---|---|---|---|---|
|  | 1 | 2<br>Flow Rate | 3<br>Flow Rate | 4 | 5/6 |
| 7<br>U. Comm.[1] | 8<br>U. Comm. | 9<br>Flow Rate | 10<br>Flow Rate | 11 | 12/13 |
| 14<br>NIST[2] | 15<br>NIST | 16<br>Flow Rate | 17<br>Flow Rate | 18 | 19/20 |
| 21 | 22 | 23<br>Oil Budget | 24<br>Oil Budget | 25 | 26/27 |
| 28<br><br>MEMORIAL DAY | 29 | 30 | 31 |  |  |

---

[1]  Unified Command

[2]  National Institutes of Standards and Technology