UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § | MDL NO. 2179 |
| This document related to Docket No. 10-08888 David C. Carlile Document No. 64540 | § § § § | SECTION: J |
| and Docket No. 10-08888 QMCD, LP | § § § | JUDGE BARBIER |
| Document No. 64562 | § | MAG. JUDGE SHUSHAN |

**ORDER ON MOTION TO SUBSTITUTE COUNSEL OF RECORD**

Considering the Motion to Substitute Counsel of Record of Plaintiffs David C. Carlile and QMCD, LP's ("Plaintiffs"), and good cause appearing, the Motion is hereby GRANTED;

It is ORDERED that Bruce A. Craig be withdrawn as counsel of record for Plaintiffs, that Paul W. Turner be substituted as counsel of record for Plaintiffs, and that the Court's ECF system shall be updated to reflect these changes.

New Orleans, Louisiana this 12th day of March, 2012.

_____
United States District Judge