UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION "J" |
| **THIS PLEADING APPLIES TO:** | * * | JUDGE: BARBIER |
| In Re The Complaint and Petition of Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc., as Owner, Managing Owners, Owners *Pro-Hac Vice*, and/or Operators of the MODU Deepwater Horizon, in a Cause for Exoneration from or Limitation of Liability | * * * * * * * * * * | MAGISTRATE: SHUSHAN |
| Civil Action Nos.: 2:10-cv-2771 and 2:10-md-2179 | * * | |

### WEATHERFORD U.S., L.P. AND WEATHERFORD INTERNATIONAL, INC.'S MOTION FOR ENTRY OF FINAL JUDGMENT UNDER RULE 54(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, Defendants, Weatherford U.S., L.P. and Weatherford International, Inc. (collectively, "Weatherford"), hereby respectfully move this Court for entry of final judgment regarding the Court's Order of February 10, 2012 (Rec. Doc. 5653) and the Court's Order of February 15, 2012 (Rec. Doc. 5711) (collectively, the "Orders"), granting and unsealing Weatherford's Motion for Summary Judgment and dismissing all claims asserted by Plaintiffs, Cross-Claimants, and Third Party Plaintiffs (collectively, the "Claimants") against Weatherford. Weatherford respectfully suggests to the Court that there is no just reason for delay in directing entry of final judgment related to the Orders while the rights and liabilities of the other parties remain pending for adjudication.

**WHEREFORE**, Weatherford respectfully requests that this Court enter a judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure related to Rec. Docs. 5653 and 5711, which granted and unsealed the Motion for Summary Judgment of Weatherford dismissing all claims asserted against Weatherford in this multi-district litigation, all as set forth more fully in the attached supporting memorandum.

This 12th day of March, 2012.

Respectfully submitted:

*/s/ Glenn G. Goodier*
GLENN G. GOODIER (#06130)
RICHARD D. BERTRAM (#17881)
LANCE M. SANNINO (#29409)
JONES, WALKER, WAECHTER, POITEVENT,
 CARRÈRE & DENÈGRE, L.L.P.
201 St. Charles Avenue. 48th Floor
New Orleans, Louisiana  70170-5100
Telephone:     (504) 582-8174
Facsimile:      (504) 589-8174
ggoodier@joneswalker.com
rbertram@joneswalker.com
lsannino@joneswalker.com

- AND -

MICHAEL G. LEMOINE, T.A. (#8308)
GARY J. RUSSO (#10828)
DOUGLAS C. LONGMAN, JR. (#8719)
JONES, WALKER, WAECHTER, POITEVENT,
 CARRÈRE & DENÈGRE, L.L.P.
600 Jefferson Street, Suite 1600
Lafayette, Louisiana  70501-5100
Telephone:     (337) 593-7624
mlemoine@joneswalker.com
grusso@joneswalker.com
dlongman@joneswalker.com

*Counsel for Weatherford U.S., L.P. and Weatherford International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of March, 2012, the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Court's Pretrial Order No. 12, on November 1, 2010.

                                            */s/ Glenn G. Goodier*