UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179  SECTION "J" |
| **THIS PLEADING APPLIES TO:** | * * | JUDGE: BARBIER |
| In Re The Complaint and Petition of Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc., as Owner, Managing Owners, Owners *Pro-Hac Vice*, and/or Operators of the MODU Deepwater Horizon, in a Cause for Exoneration from or Limitation of Liability | * * * * * * * * * * | MAGISTRATE: SHUSHAN |
| Civil Action Nos.: 2:10-cv-2771 and 2:10-md-2179 | * * | |

**JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b)**

The Court, having determined that there is no just reason for delay in directing the final judgment as to the Court's grant of the Motion for Summary Judgment on All Claims and, Alternatively, Motion for Partial Summary Judgment on Punitive Damages (Rec .Doc. 5652), as set forth more fully in the Orders dated February 10, 2012 (Rec. Doc. 5653) and February 15, 2012 (Rec. Doc. 5711), while other rights and liabilities of the other parties remain for adjudication:

It is therefore HEREBY ORDERED, ADJUDGED and DECREED, pursuant to Fed. Civ. P. 54(b), that the Order dated February 10, 2012 (Rec. Doc. 5653) and the Order dated February 15, 2012 (Rec. Doc. 5711) granting and unsealing the Motion for Summary Judgment of

{N2432141.1}

2

Weatherford and dismissing with prejudice all claims asserted herein against Weatherford, are hereby deemed a final judgment in this action.

It is further HEREBY ORDERED, ADJUDGED and DECREED that there be judgment in favor of Weatherford U.S., L.P. and Weatherford International, Inc. dismissing all claims asserted against Weatherford U.S., L.P. and Weatherford International, Inc. in this multi-district litigation for the reasons stated in the Order dated February 10, 2012 (Rec. Doc. 5653) and the Order dated February 15, 2012 (Rec. Doc. 5711), specifically that there is no evidence that the Weatherford float collar used in the production string of the Macondo Well was defective and/or that any actions or inactions by Weatherford caused or contributed to the cause of the blowout and oil spill.

This \_\_\_\_ day of March, 2012.

UNITED STATES DISTRICT JUDGE