UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br>*MDL 2179; No. 10-1768; No. 10-2454* | * * * * * | Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |

**JOINT DESIGNATIONS FOR RECORD
ON APPEAL IN FIFTH CIRCUIT CASE NO. 12-30136**

Pursuant to the February 27, 2012 Order in Fifth Circuit Case No. 12-30136 (Doc. 00511768363), Plaintiff-Appellant and Defendants-Appellees file these joint designations for the District Court to use in constructing the Record on Appeal.  For those docket entries that have attachments or exhibits, the parties intend that these attachments or exhibits should also be included in the Record.  The parties also request that the Court include in the Record the full docket sheets for all cases listed in the caption.

| Doc. No. | Date | Name |
|---|---|---|
| 222 | 9/13/2010 | Statement of Interest by United States Government Related to the Initial Pretrial Conference |
| 240 | 9/15/2010 | Statement by Center for Biological Diversity, Inc. in Opposition to the United States Proposal for Separate Governmental Track for Pretrial Proceedings |
| 248 | 9/16/2010 | Motion for Leave to Request Creation of Separate Government Case Track and To Appoint Liaison Counsel by Plaintiff State of Louisiana |
| 465 | 10/5/2010 | Notice of Joinder to Request for Government Track |
| 505 | 10/8/2010 | Ex Parte Consent Motion for Hearing re 248 Motion for Creation of Separate Government Track |

| | | |
|---|---|---|
| 569 | 10/19/2010 | Pretrial Order No. 11 |
| 574 | 10/20/2010 | Response to State of Louisiana's Motion for Creation of Separate Government Track |
| 813 | 11/26/2010 | CBD's Amended Complaint |
| 880 | 12/15/2010 | Bundle D1 Master Complaint |
| 931 | 12/27/2010 | Answer and Defenses of Transocean Defendants |
| 983 | 1/12/2011 | Pretrial Order No. 25 |
| 987 | 1/13/2011 | State of Louisiana's Renewed Ex Parte Motion for Hearing on Motion to Create Government Track |
| 1056 | 1/23/2011 | CBD's Response to Louisiana's Renewed Ex Parte Motion to Create Government Track |
| 1057 | 1/23/2011 | CBD's Motion to Reset Request of Hearing Date |
| 1074 | 1/27/2011 | Pretrial Order No. 26 |
| 1076 | 1/27/2011 | Order [re Government Track Issue] |
| 1407 | 2/28/2011 | Transocean's Motion to Dismiss the D1 Master Complaint |
| 1408 | 2/28/2011 | Transocean's Answer to the D1 Master Complaint |
| 1441 | 2/28/2011 | Motion to Dismiss Case Pleading Bundle D1 by BP |
| 1750 | 3/25/2011 | Agreed Amended Stipulation and Schedule Order for Jurisdictional Discovery |
| 1819 | 3/30/2011 | Omnibus Response Memorandum to Motions to Dismiss Bundle D1 Master Complaint |
| 2225 | 4/29/2011 | Reply in Support filed by BP re 1441 Motion to Dismiss Case Pleading Bundle D1 |
| 2784 | 6/16/2011 | Order and Reasons [As to the D1 Master Complaint] |
| 3255 | 7/11/2011 | Ex Parte Consent Motion for Clarification of Order Dismissing the D1 Bundle Master Complaint by Plaintiffs |
| 3666 | 8/9/2011 | Notice of Non-Opposition by Plaintiff Center for Biological Diversity |
| 3852 | 8/30/2011 | CBD's Notice Withdrawing Prior Motions |
| 4371 | 10/20/2011 | Renewed Motion for Clarification of Order Dismissing D1 Bundle |

|  |  | Master Complaint by Plaintiff Center for Biological Diversity, Inc. |
|---|---|---|
| 5304 | 1/19/2012 | Minute Entry for Proceedings held Before Judge Carl Barbier: Status Conference Held on 1/19/2012 |
| 5491 | 1/31/2012 | Judgment with Respect to Center for Biological Diversity v. BP et al. |

In addition to the above-listed documents in lead case MDL 2719, the parties also designate Doc. Nos. 1 and 12 in Case No. 10-1768 and Doc. No. 1 in Case No. 10-2454.

The parties also request the designation of certain correspondence that was not filed but that was sent to the Court and therefore may appropriately be made part of the record:

- Lexis Nexis File & Serve 41483183 (December 19, 2011 Letter to Judge Barbier)
- 1/22/2012 e-mail from Steve Herman to Judge Barbier's clerk et al.
- 1/23/2012 e-mail from Judge Barbier's clerk to Steve Herman et al.
- 1/24/2012 e-mail from Andrew Langan to Judge Barbier's Clerk et al. [1]

This correspondence is attached as Exhibit 1.

---

[1] BP and Transocean understand that the Center for Biological Diversity may make a separate filing in order to designate certain documents or materials that BP and Transocean do not believe are properly part of the Record on Appeal. BP and Transocean reserve all rights to oppose the inclusion of such documents in the Record, or, to the extent that the inclusion of such documents in the Record is ultimately permitted, to supplement the Record on Appeal with their own counter-designations.

3

Dated: March 12, 2012

Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Elizabeth A. Larsen
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Jeffrey Bossert Clark
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000

Joel M. Gross
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: 202.942.5000
Facsimile: 202.942.5999

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

***Attorneys for BP America Production Company, BP Exploration & Production Inc., and BP p.l.c.***

4

By: /s/ Steven L. Roberts
Steven L. Roberts (Texas, No. 17019300)
Rachel Giesber Clingman (Texas, No. 00784125)
Kent C. Sullivan (Texas, No. 19487300)
Sutherland Asbill & Brennan LLP
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 470-6100
Facsimile: (713) 654-1301
Email: steven.roberts@sutherland.com,
rachel.clingman@sutherland.com,
kent.sullivan@sutherland.com

By: /s/ Kerry J. Miller
Kerry J. Miller (Louisiana, No. 24562)
Frilot, L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8169
Facsimile: (504) 599-8154
Email: kmiller@frilot.com

-and-

By: /s/ Edwin G. Preis, Jr.
Edwin G. Preis, Jr. (Louisiana, No. 10703)
Richard J. Hymel (Louisiana, No. 20230)
Preis & Roy PLC
102 Versailles Boulevard, Suite 400
Lafayette, Louisiana 70501
Telephone: (337) 237-6062
Facsimile: (337) 237-9129

-and-

601 Poydras Street, Suite 1700
New Orleans, Louisiana 70130
Telephone: (504) 581-6062
Facsimile: (504) 522-9129
Email: egp@preisroy.com, rjh@preisroy.com

Of Counsel:

John M. Elsley (Texas, No. 0591950)
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone: (713) 224-8380
Facsimile: (713) 225-9945
Email: john.elsley@roystonlaw.com

Daniel O. Goforth (Texas, No. 08064000)
Goforth Geren Easterling LLP
4900 Woodway, Suite 750
Houston, Texas 77056

Telephone: (713) 650-0022
Facsimile: (713) 650-1669
Email: dangoforth@goforthlaw.com

Brad D. Brian (California, No. 79001)
Allen M. Katz (California, No. 054933)
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5180, (213) 683-4018
Email: brad.brian@mto.com, allen.katz@mto.com

**Counsel for Transocean Holdings LLC,**
**Transocean Offshore Deepwater Drilling Inc.**
**and Transocean Deepwater Inc.**


                                           s/Charles M. Tebbutt
                                           Charles M. Tebbutt
                                           Law Offices of Charles M. Tebbutt, P.C.
                                           451 Blair Blvd.
                                           Eugene, OR 97402
                                           Ph: 541-344-3505
                                           E-mail: charlie.tebbuttlaw@gmail.com

                                           **Counsel for Center for Biological Diversity**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of March, 2012.

                                                    /s/ Don K. Haycraft
                                                    Don K. Haycraft