# Exhibit 1

# Tab A



Dec 20 2011
10:01AM

# Law Offices of Charles M. Tebbutt, P.C.
### 451 Blair Blvd., Eugene, OR 97402
### Ph: 541-344-3505 Fax: 541-344-3516
### charlie.tebbuttlaw@gmail.com

December 19, 2011

Via Federal Express

Honorable Carl J. Barbier
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

RE: MDL 2179 and *Center for Biological Diversity v. BP, et al*, No. 10-01768 and No. 10-02454

Dear Judge Barbier:

    On behalf of the Center for Biological Diversity, my client in this matter, I write to respectfully request that Your Honor enter the proposed order submitted to the Court on July 6 and again on October 20, 2011. Entry of the order dismissing the Center's case will allow the Center to exercise its right of appeal in this matter. Presently, the Center's actions are essentially in legal limbo, with its actions having been effectively dismissed by the Court's Order of June 16, 2011 dismissing the D1 Bundle. It is with that backdrop that the Center filed its original Motion for Entry of Final Judgment on July 6, 2011. The Center temporarily withdrew that motion when it appeared that ongoing discharges from the Macondo Well were discovered in August. While the ultimate questions of fact about the source of oil that continues to be found around the Macondo Well and throughout the Gulf are troubling and disputed, and the Center would pursue these facts if allowed back in the case, there is presently no reasonable mechanism for the Center to do so. Accordingly, the Center renewed its motion for entry of final judgment with respect to its claims, which has now been pending for two months. The PSC has not requested that all Bundle D claims should be subject to final dismissal, but does not oppose the Center's request for dismissal of the particular actions requested in the motion.

    Without an entry of final judgment, the Center is in the untenable position of not being able to participate in the ongoing MDL while also not being clear that it is able to appeal the Court's ruling. Given the enormity of the stakes at issue in this matter, the Center believes that it must take all appropriate actions to seek to get back into this case. The only legally feasible route seems to be through appeal. Without the Center's ability to participate, the United States is presently the only entity prosecuting civil claims pursuant to the Clean Water Act, despite the

fact that the Center timely filed its actions many months prior to the action filed by the United States.

In the Center's renewed request for entry of final judgment filed on October 20, 2011, it asked the Court to rule within 30 days. By this letter, the Center respectfully requests that Your Honor make a decision on the pending motion by no later than January 16, 2012, but asks that a decision be made sooner if possible.

The Center recognizes that this letter request is not typical, but believes that it needs to take all available steps to protect its rights to participate in a matter of such profound significance. Thank you for your time and happy holidays.

Respectfully Yours,

Charles M. Tebbutt
Counsel for the Center for Biological Diversity

Cc: Steven Herman, Plaintiffs' Liaison Counsel
James Roy, Plaintiffs' Liaison Counsel
(via e-mail service@mdl2179plc.com)
Don K. Haycraft, Kerry Miller, Don Godwin, Phillip A. Wittmann, and Deborah Kuchler, Defendants' Liaison Counsel
(via e-mail liaison2179@liskow.com)
All Counsel via Lexis Nexis

Tab B

**From:** Steve Herman [mailto:SHERMAN@hhkc.com]
**Sent:** Sunday, January 22, 2012 09:27 AM
**To:** 'Ben Allums' <Ben_Allums@laed.uscourts.gov>
**Cc:** Langan, Andrew; Charlie Tebbutt <charlie.tebbuttlaw@gmail.com>; James Roy <JIMR@wrightroy.com>; 'dsc2179@liskow.com' <dsc2179@liskow.com>; Mike.Underhill@usdoj.gov; CMaze@ago.state.al.us
**Subject:** BP Oil - Final Judgment in Center for Biological Diversity Cases

Dear Ben,

We have had a chance to look at the Proposed Order submitted by the Center for Biological Diversity [Doc 4371-2] (attached), and would respectfully suggest that the language suggesting that the Court's Order on a Master Complaint "operates as a final judgment" might create some confusion regarding the potential (retroactive) application of the Court's Rule 12 decisions to other individual actions or cases.

Perhaps, assuming that there is agreement by BP, it would be better to simply frame the pleading as a Judgment, along the lines of: "By agreement of the parties, and in light of the Court's Order Dismissing the Bundle D1 Master Complaint [Doc 2784], final judgment is hereby entered with respect to *Center for Biological Diversity v. BP, et al.*, Nos. 2:10-cv-02454 and 2:10-cv-01768." - ????

As always, we appreciate the Court's time and consideration in this matter.

Plaintiffs' Liaison Counsel

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010<br><br>**This Document Relates to:**<br>**2:10-cv-02454, 2:10-cv-01768** | ) MDL NO. 2179<br>)<br>) SECTION: J<br>)<br>) JUDGE BARBIER<br>) MAG. JUDGE SHUSHAN<br>)<br>) **[PROPOSED] ORDER**<br>) |

## ORDER ON MOTION TO CLARIFY

IT IS HEREBY ORDERED that, consistent with ¶ 5 of Pre-Trial Order No. 25, the cases *Center for Biological Diversity v. BP, et al.*, 2:10-cv-02454 and 2:10-cv-01768, are dismissed from MDL-2179. The Court's Order Dismissing the Bundle D1 Master Complaint, Doc. No. 2784, as amended by this Order, operates as final judgment as to the Center's individual complaints.

THUS DONE AND SIGNED this ____ day of _____, 2011, New Orleans, Louisiana.

                                                _____
                                              HON. CARL J. BARBIER
                                              UNITED STATES DISTRICT JUDGE

# Tab C

From: Ben_Allums@laed.uscourts.gov [mailto:Ben_Allums@laed.uscourts.gov]
Sent: Monday, January 23, 2012 08:28 AM
To: sherman@hhkc.com
Cc: Langan, Andrew; Charlie Tebbutt <charlie.tebbuttlaw@gmail.com>; CMaze@ago.state.al.us; 'dsc2179@liskow.com' <dsc2179@liskow.com>; James Roy <JIMR@wrightroy.com>; Mike.Underhill@usdoj.gov
Subject: Re: BP Oil - Final Judgment in Center for Biological Diversity Cases

Thank you for your comments, Steve. I'll pass them along to Judge Barbier once Andy has had a chance to look it over and give us BP's take.


Benjamin S. Allums
Judicial Law Clerk
Chambers of the Hon. Carl J. Barbier
United States District Court, Eastern District of Louisiana
(504) 589-7525



From: Steve Herman <SHERMAN@hhkc.com>
To: 'Ben Allums' <Ben_Allums@laed.uscourts.gov>
Cc: "'Langan, Andrew'" <alangan@kirkland.com>, Charlie Tebbutt <charlie.tebbuttlaw@gmail.com>, James Roy <JIMR@wrightroy.com>, "'dsc2179@liskow.com'" <dsc2179@liskow.com>, "Underhill, Mike (CIV)" <Mike.Underhill@usdoj.gov>, Corey Maze <cmaze@ago.state.al.us>
Date: 01/22/2012 09:31 AM
Subject: BP Oil - Final Judgment in Center for Biological Diversity Cases


Dear Ben,

We have had a chance to look at the Proposed Order submitted by the Center for Biological Diversity [Doc 4371-2] (attached), and would respectfully suggest that the language suggesting that the Court's Order on a Master Complaint "operates as a final judgment" might create some confusion regarding the potential (retroactive) application of the Court's Rule 12 decisions to other individual actions or cases.

Perhaps, assuming that there is agreement by BP, it would be better to simply frame the pleading as a Judgment, along the lines of: "By agreement of the parties, and in light of the Court's Order Dismissing the Bundle D1 Master Complaint [Doc 2784], final judgment is hereby entered with respect to Center for Biological Diversity v. BP, et al., Nos. 2:10-cv-02454 and 2:10-cv-01768." - ????

As always, we appreciate the Court's time and consideration in this matter.

Plaintiffs' Liaison Counsel

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.[attachment "Proposed Order
Dismissing CBD Actions [Doc 4371-2].pdf" deleted by Ben
Allums/LAED/05/USCOURTS]

# Tab D

From: Langan, Andrew
Sent: Tuesday, January 24, 2012 12:30 PM
To: Ben_Allums@laed.uscourts.gov; sherman@hhkc.com
Cc: Charlie Tebbutt; CMaze@ago.state.al.us; 'dsc2179@liskow.com'; James Roy; Mike.Underhill@usdoj.gov; dkhaycraft@liskow.com
Subject: RE: BP Oil - Final Judgment in Center for Biological Diversity Cases

Dear Ben,

To make it clear that by agreement, CBD would be given a final judgment in its cases for the reasons stated in the D1 Order and to avoid confusion, we suggest the following language be used:

"By agreement of the parties, final judgment is hereby entered with respect to Center for Biological Diversity v. BP, et al., Nos. 2:10-cv-02454 and 2:10-cv-01768, for the reasons stated in the Court's Order Dismissing the Bundle D1 Master Complaint [Doc 2784] as that Order relates to D1 member cases Nos. 2:10-cv-02454 and 2:10-cv-01768."

And Ben, as always, thanks for your assistance and consideration.

Respectfully submitted,


Andy Langan



J. Andrew Langan, P.C.

KIRKLAND & ELLIS LLP
300 North LaSalle Street Chicago, IL 60654
Tel. +1-312-862-2064   Fax +1-312-862-2200

andrew.langan@kirkland.com


-----Original Message-----
From: Ben_Allums@laed.uscourts.gov [mailto:Ben_Allums@laed.uscourts.gov]
Sent: Monday, January 23, 2012 8:28 AM
To: sherman@hhkc.com
Cc: Langan, Andrew; Charlie Tebbutt; CMaze@ago.state.al.us; 'dsc2179@liskow.com'; James Roy; Mike.Underhill@usdoj.gov
Subject: Re: BP Oil - Final Judgment in Center for Biological Diversity Cases

Thank you for your comments, Steve.  I'll pass them along to Judge Barbier once Andy has had a chance to look it over and give us BP's take.


Benjamin S. Allums
Judicial Law Clerk
Chambers of the Hon. Carl J. Barbier
United States District Court, Eastern District of Louisiana
(504) 589-7525

```
From:    Steve Herman <SHERMAN@hhkc.com>
To:      'Ben Allums' <Ben_Allums@laed.uscourts.gov>
Cc:      "'Langan, Andrew'" <alangan@kirkland.com>, Charlie Tebbutt
         <charlie.tebbuttlaw@gmail.com>, James Roy <JIMR@wrightroy.com>,
         "'dsc2179@liskow.com'" <dsc2179@liskow.com>, "Underhill, Mike
         (CIV)" <Mike.Underhill@usdoj.gov>, Corey Maze
         <cmaze@ago.state.al.us>
Date:    01/22/2012 09:31 AM
Subject: BP Oil - Final Judgment in Center for Biological Diversity
         Cases
```

Dear Ben,

We have had a chance to look at the Proposed Order submitted by the Center for Biological Diversity [Doc 4371-2] (attached), and would respectfully suggest that the language suggesting that the Court's Order on a Master Complaint "operates as a final judgment" might create some confusion regarding the potential (retroactive) application of the Court's Rule 12 decisions to other individual actions or cases.

Perhaps, assuming that there is agreement by BP, it would be better to simply frame the pleading as a Judgment, along the lines of: "By agreement of the parties, and in light of the Court's Order Dismissing the Bundle D1 Master Complaint [Doc 2784], final judgment is hereby entered with respect to Center for Biological Diversity v. BP, et al., Nos. 2:10-cv-02454 and 2:10-cv-01768." - ????

As always, we appreciate the Court's time and consideration in this matter.

Plaintiffs' Liaison Counsel


CONFIDENTIAL ATTORNEY WORK PRODUCT

This e-mail message contains confidential, privileged information intended solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.[attachment "Proposed Order Dismissing CBD Actions [Doc 4371-2].pdf" deleted by Ben Allums/LAED/05/USCOURTS]