UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * MDL NO. 2179; CA 10-2771 <br> * <br> * SECTION: J <br> * JUDGE BARBIER |
| Applies to:  *All Cases* | * <br> * MAGISTRATE JUDGE SHUSHAN <br> * |

**ORDER**

At the suggestion and stipulation of Plaintiffs, by and through Plaintiffs' Liaison Counsel and of Defendants, by and through Defense Liaison Counsel, in order to facilitate the execution of this Court's order of September 12, 2011 appointing Epiq Systems to serve as a database manager to create and maintain a ***Shared Database to House Plaintiff Data Relating to Bundle B1, B3 and C Plaintiffs and Claimants-in-Limitation*** [Doc 3986], and to facilitate the efficient and effective management and prosecution of the coordinated actions herein:

**IT IS ORDERED** that Epiq Systems shall be enrolled on the service list for all cases in MDL No. 2179 and CA 10-2771.  This enrollment is done for the purpose of allowing Epiq Systems to obtain access to the Plaintiff Fact Sheets and Plaintiff Profile Forms that have been served, pursuant to PTO No. 25, via *Lexis Nexis File & Serve*.

New Orleans, Louisiana this 12th day of March, 2012.

_____
United States Magistrate Judge