UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179  SECTION J  JUDGE BARBIER |
| THIS DOCUMENT RELATED TO: | * * | MAG. JUDGE SHUSAN |
| IN RE: TRITON ASSET LEASING GmbH Case No. 2:10-cv-02771-CJB-SS | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION FOR LEAVE TO FILE LIMITATION**
**SHORT FORM JOINDERS AFTER THE APRIL 20, 2011 DEADLINE**

# EXHIBIT A

| | Claimant | Date Filed | Docket Number |
|---|---|---|---|
| 1 | Art Catering | 03/01/2012 | 112518 |
| 2 | Fallon & Associates Insurance Agency | 09/28/2011 | 108690 |
| 3 | Leslie Peters | 09/28/2011 | 108670 |
| 4 | Michael Burns | 09/28/2011 | 108677 |
| 5 | Brian Brown | 09/28/2011 | 108679 |
| 6 | Anthony Caronia | 03/01/2012 | 112549 |
| 7 | Elizabeth Mulrey | 02/16/2012 | 111242 |
| 8 | Kirshell Butler | 03/01/2012 | 112548 |
| 9 | Carlton Kennedy | 09/28/2011 | 108673 |
| 10 | Natha Alexander | 12/13/2011 | 110159 |
| 11 | Marvin Alexander | 12/13/2011 | 110158 |
| 12 | Jerry Moll | 03/01/2012 | 112547 |
| 13 | Damon Cockran | 03/01/2012 | 112546 |
| 14 | Kevin Dillon | 02/16/2012 | 111244 |
| 15 | Glynn Chaisson | 09/28/2011 | 108671 |
| 16 | Clara's Little Lambs Preschool | 09/28/2011 | 108689 |
| 17 | Tabias James | 12/13/2011 | 110150 |
| 18 | Calixte Marshall | 09/28/2011 | 108681 |
| 19 | Melissa Aldridge | 09/28/2011 | 108680 |
| 20 | Mrs. Wheat's Fabulous Foods, Inc. | 12/13/2011 | 110161 |
| 21 | Law Offices of Benjamin Misko | 03/01/2012 | 112545 |
| 22 | Dufour's Fishing Charters | 12/13/2011 | 110161 |
| 23 | Dora Seals D/B/A Jani-King | 09/28/2011 | 108672 |

| # | Name | Date | Number |
|---|---|---|---|
| 24 | EJ Brown Jr. | 09/28/2011 | 108686 |
| 25 | Hansen-Dreijer Marine Enterprises, Inc. | 03/01/2012 | 112544 |
| 26 | GMT, LLC | 03/01/2012 | 112543 |
| 27 | Allen Matherne Jr. Welding | 09/28/2011 | 108684 |
| 28 | Rosel Maldonado | 02/16/2012 | 111257 |
| 29 | Vincent's Seafood/Cangelosi's Seafood | 09/28/2011 | 108692 |
| 30 | Margaret Raziano | 09/28/2011 | 108687 |
| 31 | Robert Levitt | 09/28/2011 | 108688 |
| 32 | Lance McGee | 12/13/2011 | 110157 |
| 33 | Wayne Jones | 09/28/2011 | 118675 |
| 34 | Mo's Pizza | 12/13/2011 | 110156 |
| 35 | Allen Green | 09/28/2011 | 108678 |
| 36 | Emanuel Brumfield | 03/01/2012 | 112542 |
| 37 | Gary Hebert | 12/13/2011 | 110149 |
| 38 | Linda Russo | 02/16/2012 | 111241 |
| 39 | Little Ladies & Gentleman Daycare | 12/13/2011 | 110155 |
| 40 | George Harvey | 12/13/2011 | 110154 |
| 41 | Damiyahn Verrett | 03/01/2012 | 112541 |
| 42 | Jose Lopez | 12/13/2011 | 110152 |
| 43 | Jason Winchester | 02/16/2012 | 111243 |
| 44 | Richard Smith | 12/13/2011 | 110153 |
| 45 | Wilber Seaman | 12/13/2011 | 110167 |
| 46 | Joseph Simone II, DDS, LLC | 09/28/2011 | 108674 |
| 47 | Lanco Construction | 12/13/2011 | 110151 |
| 48 | Rupert Johnson | 12/13/2011 | 110162 |
| 49 | Samuel Johnson | 12/13/2011 | 110163 |
| 50 | Pouwels & Associates, Inc. | 12/13/2011 | 110164 |
| 51 | Timothy January | 12/13/2011 | 110165 |
| 52 | Candace Cinquemano | 12/13/2011 | 110166 |
| 53 | Lisa Hence | 02/16/2012 | 111267 |
| 54 | Shelly Sorina | 02/16/2012 | 111246 |
| 55 | Gee Gee's Soulfood & Seafood, LLC | 02/16/2012 | 111261 |
| 56 | Thomas O'Neil | 02/16/2012 | 111247 |
| 57 | Dwayne Rovira | 02/16/2012 | 111264 |
| 58 | Dwight Jones | 02/16/2012 | 111245 |
| 59 | R&D Enterprises | 09/28/2011 | 108693 |
| 60 | Izik Davis | 02/16/2012 | 111266 |
| 61 | Stanley Palliser | 02/16/2012 | 111265 |
| 62 | Nancy Saltzman | 03/01/2012 | 112540 |
| 63 | Global Maritime Security, Inc. | 02/16/2012 | 111268 |
| 64 | John Spears | 02/16/2012 | 111253 |
| 65 | V&M Video Poker, Inc. | 02/16/2012 | 111248 |
| 66 | Donald Grodsky | 02/16/2012 | 111250 |
| 67 | Albert Hills | 02/16/2012 | 111249 |
| 68 | Larry Boudreaux | 02/16/2012 | 111251 |
| 69 | American Cab | 02/16/2012 | 111252 |

| # | Name | Date | Number |
|---|---|---|---|
| 70 | Midship Marine | 03/01/2012 | 112539 |
| 71 | Randy Hinojosa | 03/01/2012 | 112538 |
| 72 | Disposal Services, Inc. | 03/01/2012 | 112537 |
| 73 | Larry Rinehart | 02/16/2012 | 111254 |
| 74 | Coraine Parker | 02/16/2012 | 111260 |
| 75 | Tommy Lopez | 02/16/2012 | 111262 |
| 76 | Chiquita Martin | 02/16/2012 | 111263 |
| 77 | Brenda Tucker | 03/01/2012 | 112535 |
| 78 | Complete Auto Repair | 03/01/2012 | 112534 |
| 79 | Miguel Diaz | 03/01/2012 | 112533 |
| 80 | MD New Creations, Inc. | 03/01/2012 | 112532 |
| 81 | MDN Creations, LLC | 03/01/2012 | 112531 |
| 82 | Waldorff Insurance & Bonding, Inc. | 03/01/2012 | 112530 |
| 83 | Commercial Van Specialists | 03/01/2012 | 112529 |
| 84 | Jim Williams Development Co., Inc. | 03/01/2012 | 112528 |
| 85 | A&D Mobile Home Sales | 03/01/2012 | 112527 |
| 86 | Cantwell Steel Erectors, Inc. | 03/01/2012 | 112526 |
| 87 | Star Management Group | 03/01/2012 | 112525 |
| 88 | Sunbelt Construction | 03/01/2012 | 112524 |
| 89 | Robert Branyon | 03/01/2012 | 112520 |
| 90 | Forrest Beeco | 03/01/2012 | 112519 |
| 91 | Hearnsberger Broadus Building Part. | 03/01/2012 | 112523 |
| 92 | MLB Ventures, Inc. | 03/01/2012 | 112522 |
| 93 | Solomons Temple Church of God | 03/01/2012 | 112521 |
| 94 | Clinton Jase | 02/02/2012 | 111004 |
| 95 | Andre Davis | 09/28/2011 | 108691 |
| 96 | Linda Padgett | 09/28/2011 | 108676 |