UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG (DEEPWATER HORIZON)<br><br>**This pleading applies to the following case:**<br><br>**SANG THANH NGUYEN vs. BP PLC, ET AL** | CASE NO. 1:10-cv-1850 "R"<br><br>MDL DOCKET NO. 2179<br><br>THE HONORABLE CARL BARBIER |

### COUNSELS' COMBINED MOTION AND MEMORIANDUM TO WITHDRAW

Counsel for Plaintiff, Drew Ranier, Brett M. Powers, Sarah Ranier Kearney, Ranier Law Firm, LLC, Christopher R. Sonnier and Sonnier Law Firm ("Counsel"), request that this Court allow them to withdraw as attorneys for Plaintiff, Sang Thanh Nguyen.

### A. Introduction

1. Counsel request that the Court allow them to withdraw from the representation of Plaintiff.

2. Plaintiff previously filed claims against various Defendants for damages resulting from the explosion of the MODU Deepwater Horizon and the subsequent sinking of that vessel.

3. Plaintiff independently negotiated a settlement with the Gulf Coast Claims Facility (GCCF) without our legal input or advice.

4. Plaintiff has indicated in writing his desire to terminate the attorney client relationship and counsel seeks to withdraw pursuant to the terms of the Attorney Client Contract and American Bar Association Mod. R. Prof. Cond. 1.16(b). Counsel has advised Plaintiff of their intent to withdraw and Plaintiffs have not objected to the withdrawal.

### B. Argument

5. Good cause exists for this Court to grant the Motion to Withdraw, as outlined above.

6. Further, allowing Drew Ranier, Brett M. Powers, Sarah Ranier Kearney, Ranier Law Firm, LLC, Christopher R. Sonnier and Sonnier Law Firm, to withdraw as attorneys will not delay these proceedings.

7. Counsel has notified Plaintiff of Counsel's intent to withdraw because of Plaintiff's negotiated settlement with defendants.

8. Counsel has delivered a copy of this motion to Plaintiff in conjunction with the filing of this Motion, and has notified Plaintiff in writing of the Motion, by both certified and regular mail.

9. Plaintiff's last known address is: 2456 W. Sunnymeade Drive, Harvey, LA 70058.

10. There are currently no other pending settings or deadlines in this case.

<u>C. Conclusion</u>

11. For the reasons stated herein, Drew Ranier, Brett M. Powers, Sarah Ranier Kearney, Ranier Law Firm, LLC, Christopher R. Sonnier and Sonnier Law Firm, ask this Court to grant this Motion to Withdraw.

Dated: March 13, 2012

        RESPECTFULLY SUBMITTED BY:

*s/ Brett M. Powers*
_____
**DREW RANIER (T.A. # 08320)**
**BRETT M. POWERS (#26098)**
**SARAH RANIER KEARNEY (#25838)**
Ranier Law Firm, LLC
drainer@ranierlaw.com
bp@brettpowers.com
sranier@ranierlaw.com
1419 Ryan Street
Lake Charles, Louisiana 70601
(337) 494-0599
(337) 494-7218

AND

**CHRISTOPHER R. SONNIER**  (#25880)
Sonnier Law Firm
chris@sonnierlawfirm.com
835 Louisiana Avenue
P. O. Box 2071
Baton Rouge, Louisiana 70821
Phone Number: (225) 214-4145
Facsimile Number: (225) 346-0009

**Attorneys for Plaintiff**

CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2012 a true copy of the foregoing was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

Respectfully submitted,


 */s/ Brett M. Powers*
BRETT M. POWERS (LA Bar #26098)


Drew Ranier (LA Bar #8320)
Brett M. Powers (LA Bar # 26098)
RANIER, GAYLE & ELLIOT, LLC
1419 Ryan Street
Lake Charles, LA  70601
Telephone: 337-494-0599
Facsimile: 337-494-7218
Email: drainer@ranierlaw.com
Email: bp@brettpowers.com