UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig      MDL NO. 2179
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010      SECTION J

Applies to: *All Cases*      JUDGE BARBIER
     MAGISTRATE JUDGE SHUSHAN

## ORDER

[Regarding Protection of Confidential Information]

Pursuant to Pre-Trial Orders Numbered 13 and 36, the PSC, BP and the United States agree that any documents produced by the National Marine Fisheries Service ("NMFS"), pursuant to the joint request of BP and the PSC, shall be treated as "confidential." The parties further agree that BP and the PSC seek only the data requested on March 12, 2012 and the documents need not be processed to be marked "confidential" nor are the parties interested in production of metadata.

This order constitutes a court order within the meaning of the Privacy Act, 5 U.S.C. § 552a(b)(11); the Magnuson-Stevens Act, 16 U.S.C. § 1881a(b)(1)(D); and the Health Insurance Portability and Affordability Act of 1996 ("HIPAA") implementing regulations, 45 C.F.R. § 164.512(a), (e)(1)(i).

BP and the PSC are directed that they are to have any party viewing the information sign a certificate in a form substantially similar to that attached as Appendix A to Pre-trial Order Number 13 and BP shall maintain copies of the certificates and a log identifying such recipients. All other applicable portions of Pre-trial Order Numbers 13 and 36 are adopted and incorporated herein.

New Orleans, Louisiana, this 13th day of March, 2012.

SALLY SHUSHAN
United States Magistrate Judge