UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April, 20, 2010 | * * * * | MDL 2179 |
| | * | SECTION J(2) |
| | * | JUDGE BARBIER |
| This Document Applies to: No. 11-2499 | * * * | MAG. JUDGE WILKINSON |

## ORDER

Case No. 11-2499, *Daigle v. DRC Emergency Services, et al.*, was recently transferred to Section J(1) from Section F(5), because the subject matter appeared to be related to MDL 2179.

IT IS ORDERED that Case No. 11-2499 is hereby **CONSOLIDATED** with MDL 2179.

IT IS FURTHER ORDERED that Case No. 11-2499 is **REASSIGNED AND REFERRED TO** Magistrate Judge Joseph C. Wilkinson, Jr. (Division 2) for the purpose of pretrial case management, including issuing a scheduling order, overseeing discovery, and any other preliminary matters. Parties are encouraged to consider consenting to trial before Magistrate Judge Wilkinson under Fed. R. Civ. P. 73, but are free to withhold consent without adverse substantive consequences.

By effect of Pretrial Order No. 15 (10-md-2179, Rec. Doc. 676), all motions previously filed in member case 11-2499, including DRC's Motion to Dismiss (11-2499, Rec. Doc. 20), are hereby continued and no oppositions are due until further ordered by the Court.

Parties are directed to use the above caption in future filings with this Court.

Signed in New Orleans, Louisiana this 13th day of March, 2012

_____
United States District Judge

MAR 1 4 2012
TRANSFERRED TO
**MAG. 2**

___Fee _____
___Process_____
_X_ Dktd _____
___CtRmDep_____
___Doc. No._____