UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BOYD DAIGLE** | * | **CIVIL ACTION NO. 2:11-CV-02499** |
| | * | |
| **versus** | * | **JUDGE MARTIN L.C. FELDMAN** |
| | * | |
| **DRC EMERGENCY SERVICES, LLC** | * | **MAGISTRATE ALMA L. CHASEZ** |
| **and DRC MARINE, LLC** | * | |
| | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### DRC EMERGENCY SERVICES, LLC AND DRC MARINE, LLC'S MOTION TO DISMISS

Defendants DRC Emergency Services, LLC and DRC Marine, LLC (collectively, "DRC") respectfully move the Court to dismiss the plaintiffs' first supplemental and amending complaint under Fed. R. Civ. P. 12(b)(6). The amended complaint lacks basic factual allegations to support a claim of race discrimination against DRC. Moreover, the Louisiana Unfair Trade Practices Act does not provide a cause of action for failing to award a contract based on race. Further amendment would prove futile. The amended complaint should simply be dismissed with prejudice.

Respectfully submitted,

/s/      Harold J. Flanagan
Harold J. Flanagan (Bar No. 24091)
Stephen M. Pesce (Bar No. 29380)
Sean P. Brady (Bar No. 30410)
Andy Dupre (Bar No. 32437)
**FLANAGAN PARTNERS LLP**
201 St. Charles Avenue, Suite 2405
New Orleans, Louisiana 70170
Telephone:  504-569-0235
Facsimile:  504-592-0251
hflanagan@flanaganpartners.com
spesce@flanaganpartners.com
sbrady@flanaganpartners.com
adupre@flanaganpartners.com

*Attorneys for DRC Emergency Services, LLC and DRC Marine, LLC*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was served upon opposing counsel of record this 7th day of March, 2012, by e-filing same into the CM/ECF system which will automatically deliver a copy of same to all counsel.

/s/      Harold J. Flanagan

2