UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BOYD DAIGLE | * | CIVIL ACTION NO. 2:11-cv-02499 |
| Versus | * | SECTION "F" |
| DRC EMERGENCY SERVICES, LLC AND DRC MARINE LLC | * | DIVISION "5" |
| | * | JUDGE MARTIN L.C. FELDMAN |
| | * | MAGISTRATE ALMA L. CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO DISMISS ON BEHALF OF LAWSON ENVIRONMENTAL SERVICES, LLC

Defendant, Lawson Environmental Services, LLC (Lawson) respectfully moves the Court to dismiss the complaint of Plaintiffs, Ray Gaudet and Fred Matherne against it pursuant to the provisions of Fed. R. Civ. P. 12 (b)(6). Their complaints fail to state any factual basis for their allegations of race discrimination. Further, the Louisiana Unfair Trade Practices Act, on which Plaintiffs' alternative claims rest, does not provide a cause of action for race discrimination in employment.

Finally, both Ray Guadet and Fred Matherne in fact performed work in the VoO Program for Lawson and were compensated therefore. (As admitted by them in related suits filed against Lawson and which have been transferred to and/or consolidated with MDL No. 2179 as more fully detained in the accompanying supporting memorandum.)

The complaints of Ray Gaudet and Fred Mathene against Lawson Environmental Services, LLC should be dismissed with prejudice.

Respectfully Submitted:

THE SCHWAB LAW FIRM

__/s/ Estelle E. Mahoney_____
**DANNA E. SCHWAB, (#20367)**
**ESTELLE E. MAHONEY, (#08879)**
**7847 MAIN STREET**
**P. O. BOX 7095**
**HOUMA, LOUISIANA 70361**
**TELEPHONE: (985) 868-1342**

### CERTIFICATE OF SERVICE

I hereby certify that on 13th day of March 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

_/s/ Estelle E. Mahoney____
**ESTELLE E. MAHONEY**