UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BOYD DAIGLE | * | CIVIL ACTION NO. 2:11-cv-02499 |
| Versus | * | SECTION "F" |
| DRC EMERGENCY SERVICES, LLC | * | DIVISION "5" |
| AND DRC MARINE LLC | * | JUDGE MARTIN L.C. FELDMAN |
| | * | MAGISTRATE ALMA L. CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF MOTION TO DISMISS ON BEHALF OF LAWSON PURSUANT TO THE
PROVISIONS OF FED. R. CIV. P. 12(B)(6).**

Defendant, Lawson Environmental Services, LLC. (Lawson) provides this Memorandum in Support of its Motion to Dismiss the claims of Plaintiffs, Ray Gaudet and Fred Matherne, pursuant to the provisions of Fed. R. Civ. P. 12(b)(6).

1. INTRODUCTION

Plaintiffs, Ray Gaudet and Fred Matherne previously filed complaints against Lawson claiming entitlement to damages for Lawson's alleged breach of its Vessel Charter Agreement with these individuals. Specifically, in the matter entitled *Ray Gaudet v. Lawson Environmental Services, LLC* originally bearing Civil Action No. 2:11-cv-02512-CJB-SS, transferred by this division to the Honorable Judge Carl Barbier and consolidated with MDL-2179, Ray Gaudet alleges that he entered into a Vessel Charter Agreement with Lawson on June 28, 2010. Gaudet further alleges that his vessel, LA-3066-VW and its crew were placed into service by Lawson pursuant to the Charter from June 28, 2010 through November 26, 2010 at which

time the vessel was decontaminated and released. He claims that the vessel was under charter for 178 days but was only paid for 8 to 10 days of service. This complaint seeks payment for Lawson's alleged breach of contract for failure to pay Gaudet for 95 days during which the vessel was under charter but for which it was not paid.

In the matter of Fred Matherne, originally bearing Civil Action No. 2513-J(5), ordered consolidated with MDL-2179 by the Honorable Judge Carl Barbier, Fred Matherne likewise alleges that he entered into a Vessel Charter Agreement with Lawson on June 28, 2010. Matherne alleges that his vessel, #LA-2142-VD and its crew were placed into service by Lawson pursuant to the charter from July 12, 2010 to November 26, 2010 when the vessel was decontaminated and released. Matherne claims that although the vessel was under charter for 138 days, he was not paid for the entirety of those days. He claims entitlement to the full amount owed for the days during which the vessel was under Charter.

Both Gaudet and Matherne in the previously referenced lawsuits allege Lawson's breach of contract on the basis of race, a claim of violation of 42 USC § 1981 and under the Louisiana Unfair Trade Practices and Consumer Protection Act.

Lawson has recently filed into the record of this litigation, its notice of related cases (Doc. 23) noting the filing of the above referenced suits, the obvious suggestion being that these matters should be transferred to MDL No. 2179.

Lawson admits that it entered into agreements with Ray Gaudet and Fred Matherne to utilize their vessels in connection with the BP Oil Spill Response Project.

In fact, both of these gentleman's vessels were utilized and they were paid, as was Lawson, for the days that their vessel's actually worked.

The claims against Lawson by Ray Gaudet and Fred Matherne are identical to those asserted by Boyd Daigle against DRC Emergency Services, LLC and DRC Marine LLC. Those Defendants filed an original Motion to Dismiss Pursuant to Rule 12(b)(6), which motion was withdrawn subsequent to the filing of Plaintiffs' First Supplemental and Amending Complaint which added various allegations and added Ray Gaudet and Fred Matherne as parties plaintiffs and putative class members. Subsequent to the filing of the First Supplemental and Amending Complaint, DRC Emergency Services LLC and DRC Marine LLC filed another Motion to Dismiss pursuant to the provisions of Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Lawson adopts the legal arguments made by those Defendants in their Motion and Memorandum in Support of Motion to Dismiss and seeks dismissal of the claims of Ray Gaudet and Fred Matherne on the same grounds and for the same legal reasons.

Respectfully Submitted:

THE SCHWAB LAW FIRM

__/s/ Estelle E. Mahoney_____
DANNA E. SCHWAB, (#20367)
ESTELLE E. MAHONEY, (#08879)
7847 MAIN STREET
P. O. BOX 7095
HOUMA, LOUISIANA 70361
TELEPHONE: (985) 868-1342

**CERTIFICATE OF SERVICE**

    I hereby certify that on 13th day of March 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

                                                                           **/s/ Estelle E. Mahoney**
                                                                          **ESTELLE E. MAHONEY**