UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG (DEEPWATER HORIZON) | CASE NO. 1:10-cv-1852 |
| | MDL DOCKET NO. 2179 |
| **This pleading applies to the following case:** | |
| GIANG T. NGUYEN vs. BP PLC, ET AL  10-1852 | THE HONORABLE CARL BARBIER |

### ORDER GRANTING COUNSELS' MOTION TO WITHDRAW

Before the Court is Counsels' Motion to Withdraw.  The Court finds the motion meritorious.  Accordingly, the Court grants the Motion and Orders that Drew Ranier, Brett M. Powers, Sarah Ranier Kearney, Ranier Law Firm, LLC, Christopher R. Sonnier and Sonnier Law Firm, are no longer attorneys for Plaintiff, Giang T. Nguyen, and have no further responsibilities in that regard.

All future notices to Plaintiff shall be sent to the address indicated for Plaintiff noted on Counsel's Motion to Withdraw.

IT IS SO ORDERED.  New Orleans, Louisiana this 14th day of March, 2012.

Judge Carl Barbier
United States District Court Judge