UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re:  Oil Spill by the Oil Rig                                    MDL No. 2179
        "Deepwater Horizon" in the
        Gulf of Mexico, on
        April 20, 2010

                                                                    Section: J

This Document Relates to:                                           Judge Barbier
                                                                    Mag. Judge Shushan

2:10-cv-08888-CJB-SS, Document No. 49098


## MOTION TO WITHDRAW

1. Undersigned counsel hereby moves to withdraw from representation of Thomas Shane Sekul and Mississippi Maritime Heritage Foundation.

2. Thomas Shane Sekul and Mississippi Maritime Heritage Foundation hired the undersigned counsel on or about May 4, 2010.

3. Thomas Shane Sekul notified undersigned counsel that he and Mississippi Maritime Heritage Foundation no longer desired representation by the undersigned.

4. Mr. Sekul has informed the undersigned counsel that he and Mississippi Maritime Heritage Foundation wished to have other counsel represent him.

5. Accordingly, undersigned counsel hereby requests that this honorable Court grant his motion to withdraw.

RESPECTFULLY SUBMITTED on this the 8th day of March 2012.

        PLAINTIFFS, Thomas Shane Sekul and

        Mississippi Maritime Heritage Foundation

By:   /s/ *Walter L. Nixon Jr.*
     WALTER L. NIXON JR.
     MS Bar No: 3865
     Post Office Box 409
     Biloxi, MS 39533
     Telephone: 228-435-7733
     Facsimile: 228-435-7737

CERTIFICATE OF SERVICE

The undersigned counsel does hereby certify that he has this day served the above and foregoing document upon all counsel via the Court's ECF system.

ON THIS the _____ day of March 2012.

_____
WALTER L. NIXON JR. (MSB #3865)