UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | Section: J |
| This Document Relates to: | Judge Barbier Mag. Judge Shushan |
| 2:10-cv-08888-CJB-SS, Document No. 49098 | |

ORDER ON MOTION TO WITHDRAW

Pursuant to a Motion to Withdraw filed on or about March 8, 2012, it is hereby ordered that counsel, Walter L. Nixon Jr., is permitted to withdraw from representation of Thomas Shane Sekul and Mississippi Maritime Heritage Foundation, who will now proceed with other counsel.

Date:_____        _____
                                                                                                United States Magistrate Judge