**Exhibit A**

# BP Oil Spill Short Claim Form, CA 10-8888

**U. S. District Court**

**Eastern District of Louisiana**

## Notice of Electronic Filing

The following transaction was entered by Goldberg, Kevin on 3/14/2012 at 2:55 PM CDT and filed on 3/14/2012

**Case Name:** In Re: Oil Spill by the Oil Rig "Deepwater Horizon" SHORT-FORM JOINDERS
**Case Number:** 2:10-cv-08888-CJB-SS
**Filer:**
**Document Number:** 117950

**Docket Text:**
**Short-Form Joinder of Allan A. Montreuil Jr., 9057.(Goldberg, Kevin)**

**2:10-cv-08888-CJB-SS Notice has been electronically mailed to:**

**2:10-cv-08888-CJB-SS Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=3/14/2012] [FileNumber=5591218-0
] [7125907e8eb5ffbcc002bb3bc9e512ff4ec7c8191be805aa5cf97742fc6c6b076ad
119a16131bfd6057f301daa253edaad1951cbc1c91b7c1e847f38edb31c69]]

# IN RE: OIL SPILL by "Deepwater Horizon"

## DIRECT FILING SHORT FORM[1]

Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982
(Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771)

MDL 2179 SECTION: J JUDGE CARL BARBIER

**CLAIM IN LIMITATION--JOINDER IN MASTER ANSWER--INTERVENTION AND JOINDER IN MASTER COMPLAINTS – PLAINTIFF/CLAIMANT PROFILE FORM**

**By submitting this document, I am asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).**

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Montreuil | Allan | A. | Jr. |

Phone Number: (504) 362-0580 — E-Mail Address:

Address: 448 W. Butterfly Circle — City / State / Zip: Gretna LA 70056

| INDIVIDUAL CLAIM ☑ | BUSINESS CLAIM ☑ |
|---|---|
| Employer Name: Austin's Boats LLC, The DRC Group & BP Production America | Business Name: |
| Job Title / Description: Vessel Owner and Captain | Type of Business: |
| Address: 12517 Highway 23 | Address: |
| City / State / Zip: Belle Chasse, La. 70037 | City / State / Zip: |
| Last 4 digits of your Social Security Number: 9057 | Last 4 digits of your Tax ID Number: |

| | |
|---|---|
| Attorney Name: Kevin I. Goldberg | Firm Name: Goldberg,Finnegan & Mester LLC |
| Address: 1010 Wayne Avenue Suite 950 | City / State / Zip: Silver Spring, MD 20910 |
| Phone Number: (301) 589-2999 | E-Mail Address: kgoldberg@gfmlawllc.com |

| | |
|---|---|
| Claim filed with BP? YES ☐ NO ☑ | Claim Filed with GCCF?: YES ☑ NO ☐ |
| If yes, BP Claim No.: | If yes, Claimant Identification No.: 161149 |

**Claim Type (Please check all that apply):**

- ☐ Damage or destruction to real or personal property
- ☑ Earnings/Profit Loss
- ☑ Personal Injury/Death
- ☑ Fear of Future Injury and/or Medical Monitoring
- ☐ Loss of Subsistence use of Natural Resources
- ☐ Removal and/or clean-up costs
- ☑ Other: BP VoO Compensation Claim

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana in New Orleans, Louisiana in Civil Action No. 10-8888. While this Direct Filing Short Form is to be filed in CA No. 10-8888, by prior order of the Court, (Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179), the filing of this form in C.A. No. 10-8888 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179. Plaintiff Liaison Counsel, after being notified electronically by the Clerk of Court of the filing of this Short Form, shall promptly serve this form through the Lexis Nexis service system on Defense Liaison.



*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Brief Description:**

1. For earnings/profit loss, property damage and loss of subsistence use claims, describe the nature of the injury. For claims involving real estate/property, include the property location, type of property (residential/commercial), and whether physical damage occurred. For claims relating to fishing of any type, include the type and location of fishing grounds at issue.

Mr. Allan A. Montreuil Jr. was a licensed commercial fisherman in Plaquemines Parish, La. He was licensed for commercial crabbing, shrimping and fishing and had a wholesale license. Mr.Montreuil normally crabbed, shrimped and fished in and around Grand Bayou, Bay Leneaux and Bay Adams. Since the Spill, Mr. Montreuil Jr. estimates having lost $20,000.00 in commercial fishing income and $10,000.00 in wholesale seafood income. Mr. Montreuil has been a licensed commercial fisherman for 10 years.

2. For personal injury claims, describe the injury, how and when it was sustained, and identify all health care providers and employers 2008 to present and complete authorization forms for each.

Mr. Allan A. Montreuil Jr. experienced symptoms after VoO work in and around waters that were contaminated with oil, oil and dispersant. While on recon in South Pass, Birdwick Bay and South East Pass, Mr. Montreuil experienced symptoms such as burning sensation of the eyes and headaches. A month after leaving the program, Mr. Montreuil was diagnosed with hypertension and still has the condition. Mr. Montreuil will require future medical monitoring.

3. For post-explosion claims related to clean-up or removal, include your role in the clean-up activities, the name of your employer, and where you were working.

Mr. Allan A. Montreuil Jr. was trained and hired by the DRC Group and BP America Production and his boat was chartered for the Plaquemines Parish Program. Mr. Montreuil's chartered boat was never dispatched. He was instead hired as a captain by Austin's Boats LLC, was stationed out of the Venice La. VoO Port and assigned to a reconnaissance team that looked for oil. Recon sites included South Pass, Birdwick Bay and South East Pass.



*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*

**Please check the box(es) below that you think apply to you and your claims:**

**Non-governmental Economic Loss and Property Damage Claims (Bundle B1)**

- [x] 1. Commercial fisherman, shrimper, crabber, or oysterman, or the owner and operator of a business involving fishing, shrimping, crabbing or oystering.
- [x] 2. Seafood processor, distributor, retail and seafood market, or restaurant owner and operator, or an employee thereof.
- [ ] 3. Recreational business owner, operator or worker, including a recreational fishing business, commercial guide service, or charter fishing business who earn their living through the use of the Gulf of Mexico.
- [ ] 4. Commercial business, business owner, operator or worker, including commercial divers, offshore oilfield service, repair and supply, real estate agents, and supply companies, or an employee thereof.
- [ ] 5. Recreational sport fishermen, recreational diver, beachgoer, or recreational boater.
- [ ] 6. Plant and dock worker, including commercial seafood plant worker, longshoreman, or ferry operator.
- [ ] 7 Owner, lessor, or lessee of real property alleged to be damaged, harmed or impacted, physically or economically, including lessees of oyster beds.
- [ ] 8. Hotel owner and operator, vacation rental owner and agent, or all those who earn their living from the tourism industry.
- [ ] 9. Bank, financial institution, or retail business that suffered losses as a result of the spill.
- [ ] 10. Person who utilizes natural resources for subsistence.
- [x] 11. Other: waiter in New Orleans Seafood Restaurant

**Post-Explosion Personal Injury, Medical Monitoring, and Property Damage Related to Cleanup (Bundle B3)**

- [x] 1. Boat captain or crew involved in the Vessels of Opportunity program.
- [ ] 2. Worker involved in decontaminating vessels that came into contact with oil and/or chemical dispersants.
- [ ] 3. Vessel captain or crew who was not involved in the Vessels of Opportunity program but who were exposed to harmful chemicals, odors and emissions during post-explosion clean-up activities.
- [ ] 4. Clean-up worker or beach personnel involved in clean-up activities along shorelines and intercoastal and intertidal zones.
- [x] 5. Resident who lives or works in close proximity to coastal waters.
- [x] 6. Other: VoO Program Vessel Owner

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pre-Trial Order No. 11), and subject to full copies of same being made available to both the Plaintiff (or his attorney if applicable) filing this form and PSC through Plaintiff Liaison Counsel.

[signature]
Claimant or Attorney Signature

Kevin I. Goldberg, Attorney for Allan A. Montreuil Jr.
Print Name

3/14/12
Date



*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff to file a Plaintiff Profile Form.*