UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig "Deepwater Horizon" on the Gulf of Mexico, on April 20, 2010

MDL No. 2179

Section J.

THIS DOCUMENT RELATES:

*All Cases and 2:10-CV-2771*

JUDGE BARBIER
MAGISTRATE JUDGE SHUSHAN

_____/

### ORDER

Considering the Motion for Acceptance of Limitation Short Form Joinder of Allan A. Montreuil Jr. Filed Beyond the September 16, 2011, Deadline and Supporting Memorandum of Law:

It is ORDERED that the Motion for Acceptance of Limitation Short Form Joinder of Allan A. Montreuil Jr. Filed Beyond the September 16, 2011 Deadline is GRANTED. Mr. Montreuil Jr.'s Short Form Joinder attached as Exhibit A, filed into the record of Civil Action No. 10-8888 shall be considered timely filed in the Transocean Limitation (Civil Action No. 10-2771).

Signed this _____ day of _____, 2012

_____
Honorable Carl J. Barbier, U.S. District Court Judge