UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
|    "Deepwater Horizon" in the Gulf | * | |
|    of Mexico, on April 20, 2010 | * | SECTION J(2) |
| | * | |
| This Document Applies to: | * | JUDGE BARBIER |
| No. 12-177 | * | |
| | * | MAG. JUDGE WILKINSON |
| | * | |
| | * | |

## ORDER

Plaintiff in member case, 12-177, *Walter v. BP America, Inc.*, moved to sever and de-consolidate his case from MDL 2179. (Rec. Doc. 5673). The Court deferred ruling on this motion, but reassigned the case to Magistrate Judge Wilkinson and referred it to him for pretrial case management. (Rec. Doc. 5923). Upon further consideration, the Motion to Sever and De-Consolidate (Rec. Doc. 5673) is **DENIED**. However, the reassignment and referral to Magistrate Judge Wilkinson shall remain in effect.

New Orleans, Louisiana this 14th day of March, 2012.

_____
United States District Judge