UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | MDL No. 2179 |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | SECTION "J" |
| | * | |
| **Applies to:** | * | JUDGE BARBIER |
| **All Cases** | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

**[Clarifying the Court's (First Amended) Order of March 8, 2012, Creating the Transition Process (Rec. Doc. 5995)]**

Although it should not be necessary to state the obvious, in order to eliminate any confusion about the effect of the Court's (First Amended) Transition Order with respect to "Bundle A" Personal Injury and/or Wrongful Death cases, nothing in the Court's Order of March 8, 2012 [Doc 5995] shall prevent any defendant from settling a "Bundle A" personal injury and/or wrongful death case. In fact, the Court has from the outset encouraged such settlement negotiations, and Magistrate Judge Shushan has successfully mediated a number of these claims and stands ready to continue to assist in such mediations.

New Orleans, Louisiana, this 14th day of March, 2012.

_____
United States District Judge