UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE OIL SPILL BY THE OIL RIG                                CIVIL ACTION
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010

                                                              MDL 2179

Member Case: <u>August Walter v. BP America, Inc.</u>           SECTION "J" (2)
             Civil Action No. 12-177

## ORDER

      Plaintiff's counsel has advised the court that he is unavailable for the scheduled status conference in this matter because of a scheduled medical procedure. Accordingly, **IT IS ORDERED** that the conference on **MARCH 15, 2012 at 10:30 a.m.** is **POSTPONED AND RESET** on **MARCH 20, 2012 AT 10:00 a.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Hale Boggs Building, Room B409, New Orleans, Louisiana. The purpose of the conference is to discuss scheduling and to select pre-trial and trial dates, if appropriate. Parties who wish to participate in the conference by telephone may make arrangements to do so by calling the undersigned magistrate judge's chambers at 504-589-7630. The Clerk is hereby directed to place a copy of this order in the captioned MDL case and the individual case, C.A. No. 12-177.

      New Orleans, Louisiana, this ___14th___ day of March, 2012.

**CLERK TO NOTIFY:**                           JOSEPH C. WILKINSON, JR
**HON. CARL J. BARBIER**                       UNITED STATES MAGISTRATE JUDGE