UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010<br><br>Relates to:  2:10-cv-0381 and 2:10-cv-0888 | MDL No.: 2:10-md-2179<br><br>SECTION "J"<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

This matter having come before the Court on Plaintiffs' Motion to Remand and the Court having been fully advised;

IT IS ORDERED that Plaintiffs' Motion to Remand is hereby GRANTED, and this action is hereby remanded to the 32nd Judicial District Court, Terrebonne Parish, Louisiana.

This _____ day of _____ 2012.


_____
MAGISTRATE JUDGE