**JAMES L ARRUEBARRENA, LLC**
**ATTORNEY AT LAW**
**1010 COMMON STREET, SUITE 3000**
**NEW ORLEANS, LOUISIANA 70112**
TELEPHONE: (504) 525-2520
FACSIMILE (504) 581-7083
jim@unfairtermination.com



Direct Dial: (504) 525-2520

Admitted in Louisiana and Texas

March 12, 2012

**VIA FAX (504) 589-7630**
**AND U.S. MAIL**

The Honorable Joseph C. Wilkinson, Jr.
United States Magistrate Judge - Division 2
500 Poydras Street, Room B409
New Orleans, LA 70130

RE:   In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico
on April 20, 2010
Member Case: August Walter v. BP America, Inc.
USDC - EDLA Civil Action No.: 12-177, MDL 2179, Sec. "J" Mag (2)

Dear Judge Wilkinson:

In connection with the Status Conference Your Honor has scheduled for March 15, 2012, at 10:30am, please be advised that the Plaintiff respectfully declines to proceed before Your Honor in the above numbered and entitled cause.

Thanking you for your consideration, I remain yours

Sincerely,

*Rachel Martin-Deckelmann*

JAMES L. ARRUEBARRENA
RACHEL MARTIN-DECKELMANN

RMD/ja

___ Fee _____
___ Process _____
X Dktd _____
___ CtRmDep _____
___ Doc. No. _____