UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION<br><br>MDL 2179 |
| Member Case: <u>Daigle v. DRC Emergency Services et al.</u><br>11-2499 | SECTION "J" (2) |

## ORDER

The referenced member case has recently been reassigned and referred to me. Record Doc. Nos. 6040 (in MDL 2179) and 35 (in C.A. No. 11-2499). Accordingly, IT IS ORDERED that a status conference is hereby SCHEDULED in this matter on March 27, 2012 at 10:30 a.m. before Magistrate Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Room B409, New Orleans, Louisiana. The purpose of the conference is to discuss possible consent to proceed before a magistrate judge pursuant to 28 U.S.C. § 636(c), pending motions to dismiss, scheduling and selection of pretrial and trial dates, if appropriate. Counsel who wish to participate in the conference by telephone may make arrangements to do so by calling my office at 504-589-7630. The Clerk is directed to docket and file this order in the records of both MDL 2179 and C.A. No. 11-2499.

New Orleans, Louisiana, this ___15th___ day of March, 2012.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. CARL BARBIER