MINUTE ENTRY
WILKINSON, M.J.
March 15, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION<br><br>MDL 2179 |
| Member Case: In re: Triton Asset Leasing; Civil Action No. 10-2771 (Wisner Donation Motion for Partial Summary Judgment) | SECTION "J" (1) |

A status conference was conducted today in this matter. Participating were Robert Wiygul and Joel Waltzer, representing Claimant-in-Limitation, the Edward Wisner Donation; and Shannon S. Holtzman and Greg Johnson, representing BP.

The pending motion for partial summary judgment, which has been referred to me, was discussed. In lieu of setting a briefing schedule, it appears that both sides are willing to conduct serious discussions aimed at reaching an amicable resolution of the document production issues raised by the motion, without the necessity for a summary judgment ruling. Accordingly,

**MJSTAR:  0 : 40**

**IT IS ORDERED** that, no later than Monday, March 19, 2012, counsel for the Wisner Donation will produce to counsel for BP a non-privileged list of all materials already received from BP that are responsive to the contractual terms at issue in the Wisner Donation's Motion for Partial Summary Judgment – Specific Performance of Contractual Access Agreement, Record Doc. No. 5751.

**IT IS FURTHER ORDERED** that a status conference is hereby SCHEDULED in this matter on **MARCH 28, 2012 at 1:30 p.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Hale Boggs Building, Room B409, New Orleans, Louisiana. The purpose of the conference is to discuss informally the scope and logistics of producing materials that are the subject of the Wisner Donation's Motion for Partial Summary Judgment – Specific Performance of Contractual Access Agreement and to plan for eventual production of such materials by BP, possibly pursuant to a case management order pursuant to Fed. R. Civ. P. 16(c)(2)(C), (I), (K), (L) and (P) and 16(d), if necessary.  Before the March 28th status conference, counsel for BP must designate one or more persons who must attend the status conference on BP's behalf to provide information regarding the subject materials, which the court will need to address the pending motion, including but not limited to the categories of responsive documents generated by BP and its agents; how and where the materials are stored, organized, located, maintained and reproducible; the volume of materials at issue; and the time

required to produce the materials.  Before the conference, counsel for BP must advise the court and counsel for the Wisner Donation in writing of the names, job titles and office locations of those designated persons who will be attending the conference for BP.

**IT IS FURTHER ORDERED** that imposition of a deadline for BP's written opposition to the motion for partial summary judgment and a schedule for any additional briefing or evidence submission regarding the Wisner Donation's Motion for Partial Summary Judgment – Specific Performance of Contractual Access Agreement, Record Doc. No. 5751, is DEFERRED until after the scheduled status conference, so that I may assess the prospects for an amicable resolution of this dispute without court action on the summary judgment motion.

The Clerk is hereby directed to file and docket this order in the records of both MDL 2179 <u>and</u> the individual member case, C.A. No. 10-2771.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. CARL J. BARBIER