MINUTE ENTRY
SHUSHAN, M.J.
MARCH 16, 2012

**MJSTAR: 0:50**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


IN RE: OIL SPILL BY THE                                CIVIL ACTION
OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010          NUMBER: 10-MDL-2179

                                                       SECTION: "J" (1)


MAGISTRATE JUDGE SALLY SHUSHAN PRESIDING

FRIDAY, MARCH 16, 2012 AT 9:30 A.M.

CASE MANAGER:           Charles A. Armond

COURT REPORTER:         Cathy Pepper

        A discovery status conference was held this date before Magistrate Judge Sally Shushan.




PRESENT:    See attached sign-in sheets for attorneys who participated in person and via
            telephone.