# CONFERENCE ATTENDANCE RECORD

DATE: 3/16/12        TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

DISCOVERY STATUS   CONFERENCE

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Jimmy Williamson | PSC |
| Pedro Golvin | Hesi |
| Alan York | " |
| Lauren Mitchell | " |
| Gwen Richard | " |
| Sean Fleming | " |
| Jenny Martinez | " |
| Stefanie Major | " |
| Sarah Iiams | Anadarko |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Steve Luxton | M-I |
| Tony Fitch | Anadarko |
| Brian Barr | PSC |
| David Baay | TO |
| Don Haycraft | BP |
| Andy Langan | BP |
| Rob Gasaway | BP |
| Carmelite Bertaut | Cameron |
| Ryan Babiuch | BP |
| Barry Fields | BP |
| Scott Cernich | US |
| Steve O'Rourke | US |
| Steve Flynn | US |
| Doug Kraus | La. |
| Corey Maze | Alabama + States |
| Winfield Sinclair | Alabama + States |
| Anthony Irpino | PSC |

Karen DeSantis - BP

Nat Chekeris - US

Robin Hanger - US

Dahlia Fetouh - non-party Woods Hole

Grant Davis Denny - TO

Stella Pullman - MOEX

Shawn Brennan - M-I

Joe Eisert - BP

Tom Mariani - US