UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re:  Oil Spill by the Oil Rig                                    MDL No. 2179
"Deepwater Horizon" in the
Gulf of Mexico, on
April 20, 2010

Section: J

This Document Relates to:                                    Judge Barbier
Mag. Judge Shushan

2:10-cv-08888-CJB-SS, Document No. 49098

ORDER ON MOTION TO WITHDRAW

Pursuant to a Motion to Withdraw filed on or about March 8, 2012, it is hereby

ordered that counsel, Walter L. Nixon Jr., is permitted to withdraw from representation

of Thomas Shane Sekul and Mississippi Maritime Heritage Foundation, who will now

proceed with other counsel.

New Orleans, Louisiana this 16th day of March, 2012.

_____
United States District Judge