**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
|     "Deepwater Horizon" in the Gulf | * | |
|     of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| *All cases* | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

The Court has previously noted that as a result of the proposed class settlement, there may be a realignment of parties and a need to revise the existing trial plan. After conferring with liaison counsel for the parties and Magistrate Judge Shushan, there is a consensus that a further status conference should be conducted following the filing of the proposed class settlement, which is to be filed by April 16, 2012. Accordingly, the Court will hold an in-chambers conference with liaison counsel on Thursday, May 3, 2012 at 8:30 a.m.

New Orleans, Louisiana, this 16th day of March, 2012.

_____
United States District Judge