UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:   OIL SPILL by the OIL RIG  "DEEPWATER HORIZON" in the  GULF OF MEXICO, on  APRIL 20, 2010 | * * * * * | MDL No. 2179  SECTION J |
| THIS DOCUMENT RELATES: | * * | JUDGE BARBIER  MAG. JUDGE SHUSHAN |
| IN RE: TRITON ASSET LEASING GmbH  Case No. 2:10-cv-02771-CJB-SS | * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

MEMORANDUM IN SUPPORT OF
MOTION FOR ACCEPTANCE OF LIMITATION
SHORT FORM JOINDER FILED AFTER THE SEPTEMBER 16, 2011 DEADLINE

NOW INTO COURT, through undersigned counsel, comes Claimant, Columbia Street Seafood LLC who files this Memorandum in Support of the accompanying Motion for Acceptance of Limitation Short Form Joinder Filed after the September 16, 2011 Deadline. Claimant seeks this Honorable Court's permission to accept Claimant's late-filed joinder, filed March 16, 2012, Document No. 117985, in the limitation proceeding for the following reasons:

1. Claimant was unaware of the deadline as he just recently retained counsel.

2. Upon a showing of good cause the Court should grant permission to file late claims if the "limitation proceeding is pending and undetermined, and the right of the parties

are not adversely affected." *Texas Gulf Sulphur Co. v. Blue Stack Towing Co.*, 313 F.3d 359, 362 (5th Cir. 1963) (citing 3 Benedict on Admiralty § 518, p. 542 (Knauth ed. 1940).

3. No prejudice will result from the acceptance of the Claimant's Short Form Joinder. No action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding.

4. The Transocean limitation proceeding is pending and undetermined.

For these reasons, Claimant respectfully moves this Court for an Order accepting his late-filed joinder, Document No.117985 filed March 16, 2012, and granting the accompanying Motion for Acceptance of Limitation Short Form Joinder Filed after the September 16, 2011 Deadline.

        Respectfully submitted:

*/s/ Franklin G. Shaw*
Franklin G. Shaw, Bar No. 1594
LEGER & SHAW
512 E. Boston Street
Covington, LA 70433
Telephone: (985) 809-6625
Facsimile: (985) 809-6626
Email: fshaw@legershaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2012, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System which will provide notice to all counsel of record.

> */s/ Franklin G. Shaw*
> _____
> FRANKLIN G. SHAW