UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § § § § § § § § | MDL No. 10-2179 SECTION "J" JUDGE BARBIER MAG. JUDGE SHUSHAN |
| PERTAINS TO: Case No.: | 2:10-cv-08888 (Doc. 64281) 2:10-cv-02771 | | |

### MOTION TO WITHDRAW AS COUNSEL

The law firm of Davis & Norris, LLP, hereby files this Motion to Withdraw as counsel for Plaintiff, Joseph Scalf. In support thereof, Movant states as follows:

1. Plaintiff Jo Ann Bingel and Dennis Bengel have chosen to proceed with his claim in this MDL pro se.

2. Plaintiff Jo Ann Bingel and Dennis Bengel requested that the law firm of Davis & Norris, LLP withdraw from representing him on September 20, 2011.

3. The law firm of Davis & Norris, LLP requests that it be granted permission to withdraw as counsel for the plaintiff.

4. This motion is made in good faith and will not prejudice any party.

WHEREFORE, premises considered, the law firm of Davis & Norris, LLP requests this Honorable Court to allow it to withdraw as counsel of record for the Plaintiff, Jo Ann Bingel and Dennis Bingel.

Respectfully Submitted,

DAVIS & NORRIS, LLP
/s/ *Wesley W. Barnett*
Wesley W. Barnett

OF COUNSEL:
D. FRANK DAVIS
JOHN E. NORRIS
TYLER C. VAIL
WESLEY W. BARNETT
DAVIS & NORRIS LLP
The Bradshaw House
2154 Highland Avenue South
Birmingham, Alabama  35205
Voice:  205.930.9900
Fax:  205.930.9989
fdavis@davisnorris.com
jnorris@davisnorris.com
tvail@davisnorris.com
wbarnett@davisnorris.com

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 16th day of March 2012. I further certify that a copy was sent by US Mail, postage prepaid to the following:

Jo Ann Bingel
31146 Pine Run Drive
Orange Beach, AL. 36561

                                                                                                 */s/ Wesley W. Barnett*
                                                                                                OF COUNSEL