**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | **MDL NO. 2179** |
| | * | |
| | * | **SECTION J** |
| | * | |
| | * | |
| **This document relates to:** | * | |
| *MDL 2179; No. 10-1768; No. 10-2454* | * | **Honorable CARL J. BARBIER** |
| | * | |
| | * | **Magistrate Judge SHUSHAN** |
| | * | |

**PLAINTIFF-APPELLANT CENTER FOR BIOLOGICAL DIVERSITY'S**
**SEPARATE DESIGNATIONS FOR RECORD**
**ON APPEAL IN FIFTH CIRCUIT CASE NO. 12-30136**

Pursuant to the February 27, 2012 Order in Fifth Circuit Case No. 12-30136 (Doc. 00511768363), Plaintiff-Appellant Center for Biological Diversity hereby files the following separate designations in addition to the joint designations for the District Court to use in constructing the Record on Appeal.  All attachments or exhibits to specified documents are intended to be included in the Record.

- Lexis Nexis File & Serve discovery document numbers 36050897, 36050900, and 34758413.  These were all cited in the D1 Opposition to the Motions to Dismiss and should be included in the record on appeal.

- Lexis Nexis File & Serve discovery document numbers 38884699, 37854324, 41160837, 38728749, 34934687, 34758413, and 36060897.

- Two videos contained in the discovery depository.  These videos are from BP's Remotely Operated Vehicles.  One video, taken on August 22-23, 2010, is identified as Bates No. BP-HZN-BLY00076234, 8/22/10 9:09 pm to 8/23 1:03 A.M., Original Tracking No BP-010506.  The second video is from August 18, 2010.  CBD will provide the specific Bates and Tracking Nos. once it obtains them from members of the Plaintiffs' Steering Committee.

Dated:  March 12, 2012                    Respectfully submitted,


                                            s/Charles M. Tebbutt
                                          Charles M. Tebbutt
                                          Law Offices of Charles M. Tebbutt, P.C.
                                          451 Blair Blvd.
                                          Eugene, OR 97402
                                          Ph: 541-344-3505
                                          E-mail: charlie.tebbuttlaw@gmail.com

### CERTIFICATE OF SERVICE

The foregoing was improperly filed in the 5th Circuit on March 12, 2012.  I hereby certify that on March 12, 2012, I electronically served the foregoing on all counsel via email at the addresses listed below.  I further certify that on March 19, 2012, I electronically served the foregoing on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing in accordance with the procedures established in MDL 2179.

dkhaycraft@liskow.com
rkjarrett@liskow.com
richard.godfrey@kirkland.com
andrew.langan@kirkland.com
beth.larsen@kirkland.com
jeffrey.clark@kirkland.com
Joel.Gross@aporter.com
mbrock@cov.com
steven.roberts@sutherland.com
rachel.clingman@sutherland.com
kent.sullivan@sutherland.com
kmiller@frilot.com
egp@preisroy.com
rjh@ preisroy.com
john.elsley@roystonlaw.com
dangoforth@goforthlaw.com
brad.brian@mto.com
allen.katz@mto.com

  s/Charles M. Tebbutt
Charles M. Tebbutt
Daniel C. Snyder
Law Offices of Charles M. Tebbutt, P.C.
451 Blair Blvd.
Eugene, OR 97402
Ph: 541-344-3505
E-mail: charlie.tebbuttlaw@gmail.com