UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig      MDL No. 2179
"Deepwater Horizon" in the
Gulf of Mexico, on
April 20, 2010     Section: J

This Document Relates to:     Judge Barbier
    Mag. Judge Shushan
2:10-cv-08888-CJB-SS

## MOTION TO WITHDRAW

1. Undersigned counsel hereby moves to withdraw from representation of Destin Hype, LLC, Doc. No. 40194, Michael Louis Iovieno, Doc No. 40166, and Nick Louis Iovieno, Doc. No. 40235.

2. Destin Hype, LLC, Doc. No. 40194, Michael Louis Iovieno, Doc No. 40166, and Nick Louis Iovieno, Doc. No. 40235 hired undersigned counsel on or about July 1, 2010. Messrs. Michael and Nick Iovieno are managers of the Destin Hype limited liability corporation.

3. Destin Hype, LLC, Doc. No. 40194, Michael Louis Iovieno, Doc No. 40166, and Nick Louis Iovieno, Doc. No. 40235 subsequently failed to provide information necessary to the prosecution of their claims and have ceased communication with undersigned counsel.

4. Accordingly, undersigned counsel hereby requests that this honorable Court grant his motion to withdraw.

RESPECTFULLY SUBMITTED on this the 19th day of March, 2012.

           PLAINTIFFS Destin Hype, LLC, Michael Louis Iovieno and Nick Louis Iovieno

           By:     /s/Alex Peet
                Alex Peet (FSB # 47606)
                LOVELACE LAW FIRM, P.A.
                12870 U.S. Highway, 98 West, Suite 200
                Miramar Beach, FL 32550
                Telephone: (850) 837-6020
                Facsimile: (850) 837-4093
                dml@lovelacelaw.com

## **CERTIFICATE OF SERVICE**

The undersigned counsel does hereby certify that he has this day served the above and foregoing document upon all counsel via the Court's ECF system and Lexis Nexis File and Serve.

ON THIS the 19th day of March, 2012.

                                                 _/s/Alex Peet_
                                                 Alex Peet (FSB #47606)