UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>Section: J |
| This Document Relates to:<br><br>2:10-cv-08888-CJB-SS | Judge Barbier<br>Mag. Judge Shushan |

### ORDER ON MOTION TO WITHDRAW

Pursuant to a Motion to Withdraw filed on or about March 19, 2012 it is hereby ordered that counsel Alex Peet is permitted to withdraw from representation of Destin Hype, LLC, Doc. No. 40194, Michael Louis Iovieno, Doc No. 40166, and Nick Louis Iovieno, Doc. No. 40235 who will now proceed *pro se*.

Date: _____                             _____
                                                  United States Magistrate Judge