```
                                                          FILED
                                                    U.S. DISTRICT COURT
                                                  EASTERN DISTRICT OF LOU
         UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF LOUISIANA       2012 MAR 16  PM 1: 15
```

IN RE OIL SPILL BY THE OIL RIG                    CIVIL ACTION
"DEEPWATER HORIZON" IN THE                        CLERK
GULF OF MEXICO ON APRIL 20, 2010

MDL 2179

Member Case: Coastal Services Group, LLC           SECTION "J" (2)
vs. BP Company North America, Inc., et al.;
11-2891

## BP DEFENDANTS' JOINDER IN AND CONSENT
## TO PLAINTIFF'S MOTION TO SEVER AND REMAND

BP America, Inc., BP Company North America Inc., BP Corporation North America Inc.,

BP Products North America, Inc., and BP Exploration & Production Inc. (collectively, the "BP

Defendants"), without waiving any defenses, hereby join in and consent to Plaintiff's Motion to

Sever and Remand, Record Do. No. 5078.

This, the 15th day of March, 2012.

Respectfully Submitted,

**The BP Defendants**

By: s/ Jason D. Watkins
FORMAN PERRY WATKINS KRUTZ &
TARDY, LLP
200 South Lamar Street
City Centre, Suite 100
Jackson, MS 39201
(601) 960-8600
FAX: (601) 960-8613
watkinsjd@fpwk.com



## CERTIFICATE OF SERVICE

I, Jason D. Watkins, hereby certify that I have served the foregoing document through the ECF filing system which will distribute a copy of that document to all counsel of record.

This, the 15th day of March, 2012.

> *s/ Jason D. Watkins*
> **FORMAN PERRY WATKINS KRUTZ & TARDY, LLP**
> 200 South Lamar Street
> City Centre, Suite 100
> Jackson, MS 39201
> (601) 960-8600
> FAX: (601) 960-8613
> watkinsjd@fpwk.com