UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | Oil Spill by the Oil Rig § <br> "Deepwater Horizon" in the Gulf § <br> of Mexico, on April 20, 2010 § <br> § <br> § <br> § <br> § | <br><br>MDL No. 10-2179<br><br>SECTION "J"<br><br>JUDGE BARBIER |
| **PERTAINS TO:** <br> Case No.: | § <br> 2:10-cv-08888 (Doc. 64281) § <br> 2:10-cv-02771 § | MAG. JUDGE SHUSHAN |

### ORDER GRANTING MOTION TO WITHDRAW

THIS CAUSE came before the Court upon the law firm of Davis & Norris, LLP's Motion to Withdraw as attorney for Jo Ann Bingel and Dennis Bengel. The Court having read and considered argument of counsel and being otherwise fully apprised on all premises, hereby ORDERS AND ADJUDGES as follows:

1. Davis & Norris, LLP's Motion to Withdraw as counsel for Jo Ann Bingel and Dennis Bingel is hereby Granted.

2. Until alternative counsel files an appearance on Plaintiff's behalf, all correspondence and pleadings for the Plaintiff shall be mailed to: Jo Ann Bingel and Dennis Bengel, 31146 Pine Run Drive, Orange Beach, AL. 36561.

DONE AND ORDERED in Chambers, at New Orleans, Louisiana this 20th day of March, 2012.

_____
United States District Judge