UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION<br><br>MDL 2179 |
| Member Case:  Coastal Services Group, LLC v. BP America Production Company et al.; 11-2891 | SECTION "J" (2) |

## ORDER

All parties have <u>not</u> yet consented to proceed before a United States magistrate judge pursuant to 28 U.S.C. § 636(c)(1).  Specifically, Jason D. Watkins, counsel for the BP defendants, has advised the court that he has <u>not</u> signed the consent form on behalf of one defendant, BP, PLC, because it has not yet been served with process.  Accordingly, **IT IS ORDERED** that Lee E. Young, Jason D. Watkins and Patrick T. Bergin must participate in a telephone conference with me by calling 504-589-7630 on March 27, 2012, at 11:00 a.m. to discuss future proceedings in this case, including but not limited to:

(1) whether plaintiff will voluntarily dismiss BP, PLC without prejudice;
(2) if not, whether Mr. Watkins, on behalf of the BP entities, will waive service of process as to BP, PLC, Fed. R. Civ. P. 4(d)(1); and
(3) if not, to make arrangements for service of process on BP, PLC, with all costs of such service, including attorney's fees, to be paid to plaintiff by BP, PLC.  Fed. R. Civ. P. 4(d)(2).

New Orleans, Louisiana, this ___20th___ day of March, 2012.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. CARL BARBIER