MINUTE ENTRY
WILKINSON, M.J.
MARCH 20, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE OIL SPILL BY THE OIL RIG                         CIVIL ACTION
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010                       MDL 2179

Member Case: August Walter v. BP America, Inc.         SECTION "J" (2)
             Civil Action No. 12-177

   The captioned case was recently reassigned and referred to me by Judge Barbier. Record Doc. Nos. 5923 and 6048. A status conference was conducted before me on this date. Participating via telephone were: James Arruebarrena, representing plaintiff; Richard "Dick" Schwartz, representing defendant. The court has been advised that all parties have not consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). Record Doc. No. 6055. A jury trial has been demanded. Accordingly, a scheduling order setting forth pretrial and trial dates on Judge Barbier's calendar will be separately entered by me.

   The Clerk is directed to file a copy of this minute entry in the records of both MDL 2179 and C.A. No. 12-177.

**CLERK TO NOTIFY:**                           JOSEPH C. WILKINSON, JR
**HON. CARL J. BARBIER**                       UNITED STATES MAGISTRATE JUDGE

MJSTAR:  0 : 20