UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: § § § | MDL Docket No. 2179 |
| § | SECTION "J" |
| OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 § § § § § | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |

**SUPPLEMENTAL DESIGNATION FOR RECORD
ON APPEAL IN FIFTH CIRCUIT CASE NO. 12-30230**

Pursuant to Court of Appeals' March 6, 2012 Order (Rec. Doc. 6014), **RANGER INSURANCE LIMITED**, **TRITON ASSET LEASING GmbH.**, **TRANSOCEAN HOLDINGS LLC**, **TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.**, **TRANSOCEAN DEEPWATER, INC.**, and **CERTAIN UINDERWRITERS AT LLOYD'S, LONDON AND VARIOUS INSURANCE COMPANIES** file this supplemental designation for the District Court to use in constructing the Record on Appeal.

I.  Pleadings from Transferor Court - *Ranger v. BP* - Case No.: 4:10-cv-02009 (S.D. Tex.)

| Docket No. | Date | Description |
|---|---|---|
| 43 | 09-07-2010 | RESPONSE Counter-Defendant's Answer to Counterclaimants' First Amended Counterclaim, filed by Ranger Insurance Limited. (Maloney, Michael) (Entered: 09/07/2010). |

A copy of the foregoing pleading is attached.

**DATED**:  March 20, 2012

                          Respectfully submitted,

**By:**  /s/ Michael J. Maloney
       Michael J. Maloney
       Bar No.: 12883550
       MALONEY★MARTIN, L.L.P.
       The Clocktower Building
       3401 Allen Parkway, Suite 100
       Houston, Texas  77019
       (713) 759-1600 - telephone
       (713) 759-6930 - facsimile
       Email: mmaloney@maloneymartinllp.com

       David W. Holman
       Bar No. 09902500
       THE HOLMAN LAW FIRM, P.C.
       24 Greenway Plaza, Suite 2000
       Houston, Texas 77046
       (713) 400-4840 - telephone
       (713) 400-4841 - facsimile
       Email dholman@holmanlaw.com
*COUNSEL FOR RANGER INSURANCE LIMITED*

By:  /s/ Kyle S. Moran
       Richard N. Dicharry
       Bar No. 4929
       Evans Martin McLeod
       Bar No. 24846
       Kyle S. Moran
       Bar No. 33611
       PHELPS DUNBAR LLP
       Canal Place
       365 Canal Street, Suite 2000
       New Orleans, LA 70130
       Telephone: (504) 566-1311
       Telecopier: (504) 568-9130
       Email:  Richard.Dicharry@phelps.com
              Marty.McLeod@phelps.com
              Kyle.Moran@phelps.com
*COUNSEL FOR CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND VARIOUS INSURANCE COMPANIES*

By: /s/ Steven L. Roberts
Steven L. Roberts (Texas, No. 17019300)
Rachel Giesber Clingman (Texas, No. 00784125)
Kent C. Sullivan (Texas, No. 19487300)
Sutherland Asbill & Brennan LLP
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 470-6100
Facsimile: (713) 654-1301
Email: steven.roberts@sutherland.com,
rachel.clingman@sutherland.com,
kent.sullivan@sutherland.com,

By: /s/ Kerry J. Miller
Kerry J. Miller (Louisiana, No. 24562)
Frilot, L.L.C.
1100 Poydras Street, Suite 3700
Telephone: (504) 599-8169
Facsimile: (504) 599-8154
Email: kmiller@frilot.com
-and-

By: /s/ Edwin G. Preis, Jr.
Edwin G. Preis, Jr. (Louisiana, No. 10703)
Richard J. Hymel (Louisiana, No. 20230)
Preis & Roy PLC
102 Versailles Boulevard, Suite 400
Lafayette, Louisiana 70501
Telephone: (337) 237-6062
Facsimile: (337) 237-9129

-and-

601 Poydras Street, Suite 1700
New Orleans, Louisiana 70130
Telephone: (504) 581-6062
Facsimile: (504) 522-9129
Email: egp@preisroy.com, rjh@preisroy.com

Of Counsel:

John M. Elsley (Texas, No. 0591950)
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone: (713) 224-8380
Facsimile: (713) 225-9945
Email: john.elsley@roystonlaw.com

Daniel O. Goforth (Texas, No. 08064000)
Goforth Geren Easterling LLP
4900 Woodway, Suite 750
Houston, Texas 77056
Telephone: (713) 650-0022
Facsimile: (713) 650-1669
Email: dangoforth@goforthlaw.com

Brad D. Brian (California, No. 79001)
Allen M. Katz (California, No. 054933)
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5180, (213) 683-4018
Email: brad.brian@mto.com, allen.katz@mto.com

*Counsel for Triton Asset Leasing GmbH., Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc. and Transocean Deepwater Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused the foregoing Supplemental Designation to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on March 20, 2012.

/s/ Kyle S. Moran
Kyle S. Moran