UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG * | MDL NO.: 2179 |
| "DEEPWATER HORIZON" IN THE * | |
| GULF OF MEXICO ON APRIL 20, 2010 * | SECTION "J" |
| * | JUDGE BARBIER |
| THIS DOCUMENT RELATES * | |
| TO ALL ACTIONS * | MAGISTRATE DIVISION "1" |
| * | MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * *

### JOINT DESIGNATION FOR RECORD
### ON APPEAL IN FIFTH CIRCUIT NO. 12-30237

In accordance with the March 6, 2012 Order of the United States Fifth Circuit Court of Appeals in No. 12-30237 [Doc. 00511779048], Movant-Appellant, Donald Vidrine, and Defendants-Appellees, Transocean Offshore Deepwater Drilling, Inc., Transocean Holdings LLC, Transocean Deepwater Inc., and Triton Asset Leasing GmbH, each appearing through their respective undersigned counsel, hereby submit this joint designation of those portions of the record of this civil action that are relevant to the aforesaid appeal and that should be used by this Court in constructing the Record on Appeal. For each of the below-identified docket entries that have attachments or exhibits, the parties intend that all such attachments and exhibits be included in the Record on Appeal.

| Doc. No. | Date | Name |
|---|---|---|
| 2 | 8/10/2010 | Pretrial Order No. 1 |
| 569 | 10/19/2010 | Pretrial Order No. 11 |
| 1458 | 3/1/2011 | Order re Working Group Conference |

| | | |
|---|---|---|
| 1504 | 3/3/2011 | Motion to remand Civil Action No. 2:11-cv-348 |
| 1532 | 3/7/2011 | Order re Working Group Conference |
| 1549 | 3/9/2011 | Pretrial Order No. 33 |
| 1631 | 3/15/2011 | Order re Working Group Conference |
| 1720 | 3/23/2011 | Order re Working Group Conference |
| 1778 | 3/28/2011 | Order re Working Group Conference |
| 1856 | 4/4/2011 | Order re Working Group Conference |
| 3144 | 7/6/2011 | Order re Working Group Conference |
| 3238 | 7/11/2011 | Order re Working Group Conference |
| 3288 | 7/13/2011 | Transcript from proceedings held before Magistrate Judge Sally Shushan on 4/1/2011 |
| 3354 | 7/18/2011 | Order re Working Group Conference |
| 3407 | 7/21/2011 | Order (re deposition of Donald Vidrine) |
| 3457 | 7/26/2011 | Order re Working Group Conference |
| 3525 | 8/2/2011 | Order re Working Group Conference |
| 3730 | 8/15/2011 | Order re Working Group Conference |
| 4162 | 10/3/2011 | Order re Working Group Conference |
| 4217 | 10/4/2011 | Order (regarding deposition designations track) |
| 4280 | 10/12/2011 | Order re Working Group Conference |
| 4329 | 10/18/2011 | Order re Working Group Conference |
| 4389 | 10/24/2011 | Order re Working Group Conference |
| 4469 | 11/2/2011 | Order re Working Group Conference |
| 4486 | 11/7/2011 | Order re Working Group Conference |
| 5332 | 1/23/2011 | Order re Working Group Conference |
| 5656 | 2/12/2012 | Motion to Compel Deposition Testimony of Donald Vidrine |

| 5674 | 2/14/2012 | Motion to Quash deposition subpoena of Donald Vidrine and Dr. Bob Winston and Opposition to Motion to Compel Deposition Testimony of Donald Vidrine |
| --- | --- | --- |
| 5681 | 2/14/2012 | Order granting in part and denying in part Motion to Compel Deposition Testimony of Donald Vidrine |
| 5757 | 2/20/2012 | Motion to Review Magistrate Judge's Order |
| 5827 | 2/23/2012 | Memorandum in Opposition to motion to review Magistrate Judge's Order |
| 5875 | 2/24/2012 | Order and Reasons (denying motion to review Magistrate Judge's order, and amending said order) |
| 5895 | 2/27/2012 | Order re Working Group Conference |
| 5957 | 3/5/2012 | Notice of Interlocutory Appeal by Donald Vidrine |
| 5958 | 3/5/2012 | Motion to Stay Pending Appeal |
| 5994 | 3/8/2012 | Order (granting Donald Vidrine's motion to stay pending appeal) |
| unknown | 3/20/2012 | Joint Designation for Record on Appeal in Fifth Circuit No. 12-30237 |

In addition to the above-listed documents in lead case MDL 2179, the parties also designate Rec. Doc. No. 1 in Civil Action No. 2:11-cv-348.

By:     /s/ Robert N. Habans, Jr.
Robert N. Habans, Jr. (La. Bar No. 6395)
Habans & Carriere
10843 N. Oak Hills Parkway
Baton Rouge, Louisiana 70810
Telephone:  (225) 757-0225
Fax:           (225) 757-0398
Email:     bobhab@bellsouth.net
**ATTORNEYS FOR MOVER-APPELLANT, DONALD VIDRINE**

By: /s/ Steven L. Roberts
Steven L. Roberts (Texas, No. 17019300)
Rachel Giesber Clingman (Texas, No. 00784125)
Kent C. Sullivan (Texas, No. 19487300)
Sutherland Asbill & Brennan LLP
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 470-6100
Facsimile: (713) 654-1301
Email: steven.roberts@sutherland.com
   rachel.clingman@sutherland.com
   kent.sullivan@sutherland.com

By: /s/ Kerry J. Miller
Kerry J. Miller (Louisiana, No. 24562)
Frilot, L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8169
Facsimile: (504) 599-8154
Email: kmiller@frilot.com

-and-

By: /s/ Edwin G. Preis, Jr.
Edwin G. Preis, Jr. (Louisiana, No. 10703)
Richard J. Hymel (Louisiana, No. 20230)
Preis & Roy PLC
102 Versailles Boulevard, Suite 400
Lafayette, Louisiana 70501
Telephone: (337) 237-6062
Facsimile: (337) 237-9129

-and-

601 Poydras Street, Suite 1700
New Orleans, Louisiana 70130
Telephone: (504) 581-6062
Facsimile: (504) 522-9129
Email: egp@preisroy.com
   rjh@preisroy.com

-and-

Of Counsel:

John M. Elsley (Texas, No. 0591950)
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone: (713) 224-8380
Facsimile: (713) 225-9945
Email: john.elsley@roystonlaw.com

By: /s/ Brad D. Brian
Brad D. Brian (California, No. 79001)
Allen M. Katz (California, No. 54933)
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5180, (213) 683-4018
Email: brad.brian@mto.com
   allen.katz@mto.com

| | |
|---|---|
| Daniel O. Goforth (Texas, No. 08064000)<br>Goforth Geren Easterling LLP<br>4900 Woodway, Suite 750<br>Houston, Texas 77056<br>Telephone: (713) 650-0022<br>Facsimile: (713) 650-1669<br>Email: dangoforth@goforthlaw.com | **ATTORNEYS FOR TRITON ASSET LEASING GMBH, TRANSOCEAN HOLDINGS LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC. AND TRANSOCEAN DEEPWATER INC.** |

## CERTIFICATE OF SERVICE

I do hereby certify that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of March, 2012.

/s/ Robert N. Habans, Jr.