UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * | MDL NO.: 2179 SECTION "J" JUDGE BARBIER |
| THIS DOCUMENT RELATES TO ALL ACTIONS | * * * | MAGISTRATE DIVISION "1" MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * *

**DONALD VIDRINE'S SUPPLEMENTAL DESIGNATION FOR RECORD ON APPEAL IN FIFTH CIRCUIT NO. 12-30237**

In accordance with the March 6, 2012 Order of the United States Fifth Circuit Court of Appeals in No. 12-30237 [Doc. 00511779048], Movant-Appellant, Donald Vidrine, appearing through his undersigned counsel, hereby submits this supplemental designation of those portions of the record of this civil action that Mr. Vidrine believes are relevant to the aforesaid appeal and that should be used by this Court in constructing the Record on Appeal (although Defendants-Appellees, Transocean Offshore Deepwater Drilling, Inc., Transocean Holdings LLC, Transocean Deepwater Inc., and Triton Asset Leasing GmbH, would not agree to their inclusion in the Record on Appeal). For each of the below-identified docket entries that have attachments or exhibits, Mr. Vidrine intends that all such attachments and exhibits be included in the Record on Appeal.

| Doc. No. | Date | Name |
|---|---|---|
| 5595 | 2/6/2012 | Order (regarding allocation of time for opening statements and for presentation of evidence) |

| unknown | 3/20/2012 | Donald Vidrine's Supplemental Designation for Record on Appeal in Fifth Circuit No. 12-30237 |

## CERTIFICATE OF SERVICE

I do hereby certify that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of March, 2012.

/s/ Robert N. Habans, Jr.