## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010** | **MDL NO. 2179** |
| | **SECTION J(1)** |
| | **JUDGE BARBIER** |
| **This document applies to:**<br>**11-274 c/w 11-275** | **MAGISTRATE JUDGE SHUSHAN** |

## JOINT DESIGNATION FOR RECORD
## ON APPEAL IN FIFTH CIRCUIT CASE NO. 12-30230

Pursuant to the Court of Appeals' March 6, 2012 Order (*see* Docket No. 6014), the parties in consolidated Civil Actions 11-274 and 11-275 file this joint designation for the District Court to use in constructing the Record on Appeal.  For those docket entries that have attachments or exhibits, the parties intend that the attachments or exhibits also should be included in the record.  For those docket entries titled "TRANSCRIPT", the parties intend that the transcript should be included in the record.  The parties also designate the docket sheets for 11-274, 11-275, 11-1439 and 11-1440.  The parties file this joint designation expressly without conceding the relevance, or the propriety of the inclusion, of any items designated herein by one another.  BP believes that less than half of the documents designated herein are relevant to its appeal.  Transocean, Ranger and Underwriters will fill a separate, joint supplemental designation.

I.      Case No.  2:11-CV-274 (E.D. La.)

| Docket No. | Date | Description |
|---|---|---|
| 1 | 02-10-2011 | Case transferred in from Southern District of Texas (Houston); Case Number 4:10-2009. Electronic file certified copy of transfer order and docket sheet received. Filing fee paid in other District. (Attachments: # 1 Complaint Amended, # 2 Complaint, # 3 State Court Pleadings, # 4 Docket Sheet (USDC-SDTX), # 5 PTO #1, # 6 PTO #12, # 7 PTO #24, # 8 PTO #25)(clm, ) (Entered: 02/28/2011) |

II.     Case No.  2:11-CV-275 (E.D. La.)

| Docket No. | Date | Description |
|---|---|---|
| 1 | 02-10-2011 | Case transferred in from Southern District of Texas (Houston); Case Number 4:10-1823. Electronic file certified copy of transfer order and docket sheet received. Filing fee paid in other District. (Attachments: # 1 Complaint, # 2 Answer, # 3 Docket Sheet (USDC-SDTX), # 4 PTO #1, # 5 PTO #12, # 6 PTO #24, # 7 PTO #25)(clm, ) (Entered: 02/28/2011) |

III.    MDL Pleadings – Case No.  2:10-MD-02179 (E.D. La.)

| Docket No. | Date | Description |
|---|---|---|
| 1147 | 02-08-2011 | TRANSFER ORDER FROM THE MDL PANEL transferring actions to the Eastern District of LA and becoming part of MDL 2179. by Clerk MDL Panel.(Reference: 10-2179)(sek) (Entered: 02/10/2011). |
| 1550 | 03-04-2011 | Intervenor COMPLAINT filed by Anadarko E&P Company LP and Anadarko Petroleum Corporation. (Attachments: # 1 Exhibit)(Reference: 11-275)(sek, ) (Entered: 03/09/2011). |
| 1663 | 03-16-2011 | Intervenor COMPLAINT filed by Defendant MOEX Offshore 2007 LLC.(Reference: 11-275)(sek, ) (Entered: 03/16/2011). |
| 1667 | 03-16-2011 | MOTION to Intervene by Transocean, Transocean Deepwater, Inc., Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH. Motion set for 4/13/2011 09:30 AM before Judge Carl Barbier. (Attachments: # 1 Memorandum in Support, # 2 Affidavit Rule 7.6 Certificate, # 3 Notice of Submission, # 4 Proposed Order, # 5 Complaint Intervention)(Reference: 2:11-cv-00274, 2:11-cv-00275)(Miller, Kerry) Modified on 3/16/2011 (sek, ). (Entered: 03/16/2011). |

| 1751 | 03-25-2011 | ORDER granting 1667 Transoceans Motion to Intervene. Signed by Judge Carl Barbier on 3/25/11. (Reference: 11-274 & 11-275)(sek, ) (Entered: 03/25/2011). |
|---|---|---|
| 1755 | 03-25-2011 | Intervenor COMPLAINT filed by Triton Asset Leasing GmbH., Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc., against BP plc, BP Exploration & Production, Inc., BP America Production Company, BP Corporation North America, Inc., BP Company North America, Inc., BP Products North America, Inc., BP America, Inc. and BP Holdings North America Limited, Anadarko E&P Company LP, Anadarko Petroleum and MOEX Offshore 2007 LLC.(Reference: 11-274 & 11-275)(sek, ) (Entered: 03/25/2011). |
| 1760 | 03-25-2011 | THIRD PARTY COMPLAINT *Of MOEX Offshore 2007 LLC* against QBE Underwriting Ltd., Lloyd's Syndicate 1036 .(Reference: 2:10-CV-02771)(Balabanian, David) Modified text on 3/28/2011 (sek, ). (Entered: 03/25/2011). |
| 1764 | 03-25-2011 | THIRD PARTY COMPLAINT *of Anadarko Petroleum Corporation and Anadarko E&P Company LP* against QBE Underwriting Ltd., Lloyd's Syndicate 1036 .(Reference: 210-CV-02771)(Kirby, Ky) Modified text on 3/28/2011 (sek, ). (Entered: 03/25/2011). |
| 2249 | 05-03-2011 | MOTION to Dismiss *Transocean's Complaint in Intervention (# 1755)* by Defendants BP Exploration & Production, Inc., BP America Production Company, BP Corporation North America, Inc., BP Company North America, Inc., BP Products North America, Inc., BP America, Inc., BP Holdings North America Limited, and BP plc. Motion set for 5/25/2011 09:30 AM before Judge Carl Barbier. (Attachments: # 1 Memorandum in Support of Motion to Dismiss Transocean's Complaint in Intervention, # 2 Notice of Submission)(Reference: 11-274; 11-275)(Goodwin, David) Modified on 5/4/2011 (blg). (Entered: 05/03/2011). |
| 2593 | 05-31-2011 | ORDER: Ordered that the requests of BP and the Insurers 2518 2517 regarding the CMO for the Insurance Actions are granted in part and denied in part as set forth in document. Signed by Magistrate Judge Sally Shushan.(Reference: 11-274, 11-275)(ijg, ) (Entered: 06/01/2011). |
| 2666 | 06-06-2011 | RESPONSE/MEMORANDUM in Opposition re 2249 MOTION to Dismiss *Transocean's Complaint in Intervention (# 1755 )* by Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc. and Triton Asset Leasing GmbH. (Reference: 11-274, 11-275)(Miller, Kerry) Modified text on 6/8/2011 (sek, ). (Entered: 06/06/2011). |

| 2818 | 06-17-2011 | EXPARTE/CONSENT MOTION for Leave to File *BP Parties' Reply In Support Of Their Motion To Dismiss Transocean's Complaint In Intervention (docket # 2249)* by Defendants BP Exploration & Production, Inc., BP America Production Company, BP Corporation North America, Inc., BP Company North America, Inc., BP Products North America, Inc., BP America, Inc., BP Holdings North America Limited, and BP plc. (Attachments: # 1 Proposed Pleading BP Parties' Reply In Support Of Their Motion To Dismiss Transocean Complaint In Intervention, # 2 Proposed Order)(Reference: 11-274, 11-275)(Goodwin, David) Modified on 6/20/2011 (blg). (Entered: 06/17/2011). |
|------|-----------|---|
| 2849 | 06-20-2011 | AGREED CASE MANAGEMENT ORDER GOVERNING INSURANCE ACTIONS: The Insurance Actions were transferred from the United States District Court for the Southern District of Texas to MDL No. 2179 by orders of the United States Judicial Panel on Multidistrict Litigation on February 8, 2011. Action No. 11-274 is hereby consolidated into Action No. 11-275. Deadlines and other information specific to these cases are as set forth in document. Signed by Judge Carl Barbier on 6/16/11.(Reference: 11-274 & 11-275)(sek, ) (Entered: 06/20/2011). |
| 2997 | 06-23-2011 | ORDER granting 2818 Motion for Leave to File Reply In Support Of Motion To Dismiss Transocean's Complaint In Intervention. Signed by Judge Carl Barbier on 6/22/11. (Reference: 11-274, 11-275)(sek, ) (Entered: 06/23/2011). |
| 2998 | 06-23-2011 | REPLY in Support filed by BP Parties' re 2249 MOTION to Dismiss *Transocean's Complaint in Intervention (# 1755)*. (Reference: 11-274, 11-275)(sek, ) (Entered: 06/23/2011). |
| 3075 | 06-28-2011 | EXPARTE/CONSENT MOTION for Leave to File *Sur-Reply to BP's Motion to Dismiss Transocean's Complaint in Intervention,* by Intervenor Plaintiffs Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc. and Triton Asset Leasing GmbH. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order, # 3 Proposed Pleading)(Reference: 11-274 c/w 11-275)(Miller, Kerry) Modified on 6/29/2011 (blg). (Entered: 06/28/2011). |
| 3098 | 06-30-2011 | ORDER granting 3075 Motion for Leave to File Sur-Reply to BP's Motion to Dismiss Transocean's Complaint in Intervention. Signed by Judge Carl Barbier on 6/29/11. (Reference: 11-274, 11-275)(sek, ) (Entered: 06/30/2011). |
| 3101 | 06-30-2011 | SUR-REPLY by Transocean Offshore Deepwater Drilling, Inc., Transocean Holdings LLC, Transocean Deepwater, Inc. and Triton Asset Leasing GmbH re 2249 BP Parties' MOTION to Dismiss *Transocean's Complaint in Intervention (# 1755)*. (Reference: 11-274, 11-275)(sek, ) (Entered: 06/30/2011). |

| 3110 | 06-30-2011 | *Certain Underwriters at Lloyd's, London and Various Insurance Companies* ANSWER to 1550 Intervenor Complaint *Anadarko E&P Company LP and Anadarko Petroleum Corporation* by Defendant.(Reference: 11-275)(Moran, Kyle) (Entered: 06/30/2011). |
|---|---|---|
| 3111 | 06-30-2011 | *Certain Underwriters at Lloyd's, London and Various Insurance Companies* ANSWER to 1663 Intervenor Complaint *MOEX Offshore 2007 LLC* by Defendant.(Reference: 11-275)(Moran, Kyle) (Entered: 06/30/2011). |
| 3116 | 07-01-2011 | EXPARTE/CONSENT MOTION for Leave to File *BP Parties' Response To Transocean's Sur-Reply To BP's Motion To Dismiss Transocean's Complaint In Intervention* by Defendants BP Exploration & Production, Inc., BP America Production Company, BP Corporation North America, Inc., BP Company North America, Inc., BP Products North America, Inc., BP America, Inc., BP Holdings North America Limited, and BP plc. (Attachments: # 1 Proposed Pleading Response To Transocean's Sur-Reply To BP's Motion To Dismiss Transocean's Complaint In Intervention, # 2 Proposed Order)(Reference: 11-274, 11-275)(Goodwin, David) Modified on 7/1/2011 (blg). (Entered: 07/01/2011). |
| 3124 | 07-01-2011 | ORDER granting 3116 Motion for Leave to File Response to Transocean's Sur-Reply to BP's Motion To Dismiss Transocean's Complaint in Intervention. Signed by Judge Carl Barbier on 7/1/2011. (Reference: 11-274, 11-275)(gec, ) (Entered: 07/01/2011). |
| 3127 | 07-01-2011 | RESPONSE filed by Defendant BP Parties' to Transocean's Sur-Reply to BP's 2249 MOTION to Dismiss *Transocean's Complaint in Intervention (# 1755).* (Reference: 11-274, 11-275)(gec, ) (Entered: 07/01/2011). |
| 3210 | 07-08-2011 | EXPARTE/CONSENT MOTION for Leave to File Excess Pages *BP Parties' Memorandum in Support of 3211 Motion for Judgment on Pleadings* by Defendants BP Exploration & Production Inc., BP America Production Company, BP Corporation North America Inc., BP Company North America Inc., BP Products North America Inc., BP America Inc., BP Holdings North America Limited, and BP plc. (Attachments: # 1 Proposed Order)(Reference: 11-274, 11-275)(Goodwin, David) Modified on 7/11/2011 (blg). (Entered: 07/08/2011). |

| 3211 | 07-08-2011 | MOTION for Judgment on the Pleadings in the Insurance Actions by Defendants BP Exploration & Production Inc., BP America Production Company, BP Corporation North America Inc., BP Company North America Inc., BP Products North America Inc., BP America Inc., BP Holdings North America Limited, and BP plc. Motion set for 9/14/2011 09:30 AM before Judge Carl Barbier. (Attachments: # 1 Memorandum in Support BP Parties' Memorandum in Support of Motion for Judgment on the Pleadings, # 2 Declaration of Christopher J. Wenk in Support of BP Parties' Motion for Judgment on the Pleadings, # 3 Exhibit A, # 4 Exhibit B, # 5 Notice of Manual Attachment for Exhibits C - L of Wenk Declaration)(Reference: 11-274, 11275)(Goodwin, David) Modified on 7/11/2011 (blg). (Additional attachment(s) added on 7/14/2011: SEALED EXHIBITS C-L, pursuant to 3316 Order) (blg). Modified on 7/14/2011 (blg). (Entered: 07/08/2011). |
|---|---|---|
| 3212 | 07-08-2011 | EXPARTE/CONSENT MOTION to Seal *Exhibits "C" - "L" to Declaration of Christopher J. Wenk in Support of BP Parties' Motion for Judgment on the Pleadings* by Defendants BP Exploration & Production Inc., BP America Production Company, BP Corporation North America Inc., BP Company North America Inc., BP Products North America Inc., BP America Inc., BP Holdings North America Limited, and BP plc. (Attachments: # 1 Proposed Order)(Reference: 11-274, 11-275)(Goodwin, David) Modified on 7/11/2011 (blg). (Entered: 07/08/2011). |
| 3316 | 07-13-2011 | ORDER granting 3212 Motion to Seal Exhibits C-L to 3211 Motion for Judgment on the Pleadings in the Insurance Actions by Defendants BP Exploration & Production Inc., BP America Production Company, BP Corporation North America Inc., BP Company North America Inc., BP Products North America Inc., BP America Inc., BP Holdings North America Limited, and BP plc. Signed by Judge Carl Barbier on 7/13/2011. (Reference: 11-274, 11-275)(blg) (Entered: 07/14/2011). |
| 3328 | 07-15-2011 | ORDER granting 3210 Motion for Leave to File Excess Pages as to BP Parties' Memorandum in Support of 3211 Motion for Judgment on Pleadings. Signed by Judge Carl Barbier on 7/11/2011. (Reference: 11-274, 11-275)(blg) (Entered: 07/15/2011). |
| 3373 | 07-20-2011 | ORDER AND REASONS denying 2249 BP's MOTION to Dismiss *Transocean's Complaint in Intervention (# 1755)*. Signed by Judge Carl Barbier on 7/20/2011.(Reference: 11-274, 11-275)(blg) (Entered: 07/20/2011). |
| 3378 | 07-20-2011 | EXPARTE/CONSENT MOTION for Joinder *to Support the BP Parties' 3211 Motion for Judgment on the Pleadings in the Insurance Actions* by Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP. (Attachments: # 1 Proposed Order)(Reference: 11-274 and 11-275)(Guidry, Robert) Modified on 7/20/2011 (blg). (Entered: 07/20/2011). |

| | | |
|---|---|---|
| 3411 | 07-22-2011 | ORDER granting 3378 Motion for Joinder; ORDERED that Anadarko Petroleum Corporation and Anadarko E&P Company LP's Motion to Support the BP Parties' Motion for Judgment on the Pleadings in the Insurance Actions is hereby GRANTED. Signed by Judge Carl Barbier on 7/21/11. (Reference: 11-274, 11-275)(sek, ) (Entered: 07/22/2011). |
| 3532 | 08-03-2011 | ANSWER to 1755 Intervenor Complaint, by Anadarko E&P Company, LP, Anadarko Petroleum Corporation. (Reference: 11-274, 11-275)(Kuchler, Deborah) Modified on 8/3/2011 (blg). (Entered: 08/03/2011). |
| 3549 | 08-03-2011 | ANSWER with Jury Demand to 1755 Transocean's Intervenor Complaint by Defendants BP plc, BP Exploration & Production Inc., BP America Production Company, BP Corporation North America Inc., BP Company North America Inc., BP Products North America Inc., BP America Inc., and BP Holdings North America Limited. (Reference: 11-274, 11-275)(Goodwin, David) Modified on 8/4/2011 (blg). (Entered: 08/03/2011). |
| 3551 | 08-03-2011 | ANSWER to 1755 Transocean's Intervenor Complaint by Defendant MOEX Offshore 2007 LLC.(Reference: 10-2179, 11-0274, 11-0275)(Morgan, Vincent) Modified on 8/4/2011 (blg). (Entered: 08/03/2011). |
| 3704 | 08-11-2011 | EXPARTE/CONSENT MOTION for Leave to File Excess Pages by Plaintiff Ranger Insurance Limited. (Attachments: # 1 Memorandum in Support of Ranger's Response to BP Parties' Motion for Judgment on the Pleadings in Insurance Action, # 2 Proposed Order Granting Ranger's Motion for Leave to Exceed Page Limit)(Reference: 11-274 c/w 11-275)(Maloney, Michael) Modified on 8/12/2011 (blg). (Entered: 08/11/2011). |
| 3705 | 08-11-2011 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff Certain Underwriters at Lloyd's London re 3211 MOTION for Judgment on the Pleadings *BP Parties' Motion for Judgment on the Pleadings on Insurance Actions*. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Reference: 11-275)(Dicharry, Richard) Modified on 8/12/2011 (blg). (Entered: 08/11/2011). |
| 3706 | 08-11-2011 | MOTION Transocean's (1) Rule 12(D) Motion to Convert BP's Motion for Judgment on the Pleadings to a Motion for Summary Judgment and (2) Motion for Continuance or Denial As Premature by Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc. and Triton Asset Leasing GmbH. (Attachments: # 1 Memorandum in Support, # 2 Affidavit, # 3 Proposed Order, # 4 Notice of Submission)(Reference: 11-274 c/w 11-275)(Miller, Kerry) Modified on 8/12/2011 (blg). (Entered: 08/11/2011). |

| 3707 | 08-11-2011 | EXPARTE/CONSENT MOTION for Leave to File Excess Pages by Intervenor Plaintiffs Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc. and Triton Asset Leasing GmbH. (Attachments: # 1 Proposed Order, # 2 Proposed Pleading Memorandum in Support of Transocean's Response in Opposition to the BP Parties' Motion for Judgment on the Pleadings, # 3 Affidavit Declaration of Kerry J. Miller, # 4 Exhibit A)(Reference: 11-274 c/w 11-275)(Miller, Kerry) Modified on 8/12/2011 (blg). (Entered: 08/11/2011). |
| 3846 | 08-29-2011 | ORDER granting 3704 Motion for Leave to File Memorandum in Support re Response in Excess Pages. Signed by Judge Carl Barbier on 8/29/2011. (Reference: 11-274, 11-275)(blg) (Entered: 08/30/2011). |
| 3847 | 08-29-2011 | Memorandum filed by Plaintiff Ranger Insurance Limited, in Support of Response to 3211 MOTION for Judgment on the Pleadings *BP Parties' Motion for Judgment on the Pleadings on Insurance Actions*. (Reference: 11-274, 11-275)(blg) (Entered: 08/30/2011). |
| 3848 | 08-29-2011 | ORDER granting 3707 Motion for Leave to File Memorandum Supporting Its Response in Excess Pages. Signed by Judge Carl Barbier on 8/29/2011. (Reference: 11-274, 11-275)(blg) (Entered: 08/30/2011) |
| 3849 | 08-29-2011 | Memorandum filed by Defendants Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc. and Transocean Deepwater Inc., in Support of Response in Opposition re 3211 MOTION for Judgment on the Pleadings *BP Parties' Motion for Judgment on the Pleadings on Insurance Actions*. (Attachments: # 1 Declaration of Kerry A. Miller, # 2 Exhibit A)(Reference: 11-274, 11-275)(blg) (Entered: 08/30/2011). |
| 3881 | 08-31-2011 | EXPARTE/CONSENT MOTION for Leave to File *Single Consolidated Reply in Support of BP Parties' Motion for Judgment on Pleadings (docket no. 3211)* by Defendants BP Exploration & Production Inc., BP America Production Company, BP Corporation North America Inc., BP Company North America Inc., BP Products North America Inc., BP America Inc., BP Holdings North America Limited, and BP plc. (Attachments: # 1 Proposed Pleading BP Parties' Consolidated Reply, # 2 Proposed Order)(Reference: 11-274, 11-275)(Goodwin, David) Modified on 9/1/2011 (blg). (Entered: 08/31/2011). |
| 3902 | 09-02-2011 | EXPARTE/CONSENT MOTION to Support 3211 BP Parties' Motion For Judgment On The Pleadings In The Insurance Actions by Defendant MOEX Offshore 2007 LLC. (Attachments: # 1 Proposed Order)(Reference: 11-274, 11-275)(Nizialek, Philip) Modified on 9/6/2011 (blg). (Entered: 09/02/2011). |
| 3933 | 09-07-2011 | ORDER granting 3881 Motion for Leave to File Single, Consolidated Reply in Support of BP Parties' Motion for Judgment on the Pleadings. Signed by Judge Carl Barbier on 9/2/2011. (Reference: 11-274, 11-275)(blg) (Entered: 09/07/2011). |

| 3934 | 09-07-2011 | Consolidated REPLY in Support of Motion filed by Defendants BP Exploration & Production Inc., BP America Production Company, BP Corporation North America Inc., BP Company North America Inc., BP Products North America Inc., BP America Inc., BP Holdings North America Limited, and BP plc. re 3211 MOTION for Judgment on the Pleadings *BP Parties' Motion for Judgment on the Pleadings on Insurance Actions*. (Reference: 11-274, 11-275)(blg) (Entered: 09/07/2011). |
|---|---|---|
| 3974 | 09-09-2011 | ORDER granting MOEX Offshore 2007 LLC's 3902 Motion to Support 3211 BP Parties' Motion For Judgment On The Pleadings In The Insurance Actions. Signed by Judge Carl Barbier on 9/9/2011. (Reference: 11-274, 11-275)(blg) (Entered: 09/12/2011). |
| 4014 | 09-13-2011 | EXPARTE/CONSENT MOTION for Leave to File *Sur-Reply in Opposition to the BP Parties' Motion for Judgment on the Pleadings* by Plaintiff Ranger Insurance Limited. (Attachments: # 1 Proposed Order on Motion for Leave to File Sur-Reply, # 2 Proposed Pleading Ranger's Sur-Reply in Opposition to the BP Parties' Motion for Judgment on the Pleadings, # 3 Exhibit Wellington Case)(Reference: 11-274)(Maloney, Michael) Modified on 9/14/2011 (blg). (Entered: 09/13/2011). |
| 4016 | 09-13-2011 | EXPARTE/CONSENT MOTION for Leave to File *Sur-Reply Opposing BP's Motion for Judgment on the Pleadings* by Plaintiff Certain Underwriters at Lloyd's London. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Proposed Order)(Reference: 11-275)(Gilly, George) Modified on 9/14/2011 (blg). (Entered: 09/13/2011). |
| 4017 | 09-13-2011 | EXPARTE/CONSENT MOTION for Leave to File *Transocean's Sur-Reply In Opposition to the BP Parties' Motion for Judgment on the Pleadings* by Intervenors Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc. and Triton Asset Leasing GmbH. (Attachments: # 1 Proposed Order, # 2 Proposed Pleading Transocean's Sur-Reply)(Reference: 11-274 c/w 11-275)(Miller, Kerry) Modified on 9/14/2011 (blg). (Entered: 09/13/2011). |
| 4069 | 09-20-2011 | TRANSCRIPT of Insurance Motions held on September 16, 2011 before Judge Carl J. Barbier. Court Reporter/Recorder Cathy Pepper, Telephone number (504) 589-7779. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 12/19/2011. (Reference: CA11-0274; CA11-0275)(clu, ) (Entered: 09/20/2011). |
| 4348 | 10-18-2011 | ORDER granting 4014 Motion for Leave to File Sur-Reply. Signed by Judge Carl Barbier on 10/14/2011. (Reference: 11-274, 11-275)(blg) (Entered: 10/19/2011). |

| 4349 | 10-18-2011 | SUR-REPLY filed by Plaintiff Ranger Insurance Limited, in Opposition of 3211 BP Parties' MOTION for Judgment on the Pleadings in the Insurance Actions. (Attachments: # 1 Exhibit)(Reference: 11-274, 11-275)(blg) (Entered: 10/19/2011). |
| 4350 | 10-18-2011 | ORDER granting 4016 Motion for Leave to File Sur-Reply. Signed by Judge Carl Barbier on 10/14/2011. (Reference: 11-275)(blg) (Entered: 10/19/2011). |
| 4351 | 10-18-2011 | SUR-REPLY filed by Plaintiffs Certain Underwriters at Lloyd's London and Various Insurance Companies, in Opposition of 3211 BP Parties' MOTION for Judgment on the Pleadings in Insurance Actions. (Reference: 11-275)(blg) (Entered: 10/19/2011). |
| 4352 | 10-18-2011 | ORDER granting 4017 Motion for Leave to File Sur-Reply. Signed by Judge Carl Barbier on 10/14/2011. (Reference: 11-274, 11-275)(blg) (Entered: 10/19/2011). |
| 4353 | 10-18-2011 | SUR-REPLY Memorandum filed by Intervenor Plaintiffs Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc. and Transocean Deepwater Inc, in Opposition of 3211 BP Parties' MOTION for Judgment on the Pleadings in Insurance Actions. (Reference: 11-274, 11-275)(blg) (Entered: 10/19/2011). |
| 4588 | 11-15-2011 | ORDER AND REASONS as to the Insurance Actions: IT IS ORDERED that 3211 BP's Motion for Judgment on the Pleadings in the Insurance Actions, be and is hereby DENIED. IT IS FURTHER ORDERED that 3706 Transocean's Motion to Convert BP's Motion for Judgment on the Pleadings to a Motion for Summary Judgment, is MOOT. Signed by Judge Carl Barbier on 11/15/2011.(Reference: 11-274, 11-275)(blg) (Entered: 11/15/2011). |
| 4786 | 12-02-2011 | TRANSCRIPT of Monthly Status Conference held on November 18, 2011 before Judge Carl J. Barbier. Court Reporter/Recorder Cathy Pepper, Telephone number (504) 589-7779. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 3/1/2012. (Reference: ALL CASES)(clu, ) (Entered: 12/02/2011). |
| 4893 | 12-13-2011 | STIPULATED CASE MANAGEMENT ORDER regarding Insurance Interpleader Actions. Signed by Magistrate Judge Sally Shushan on 12/13/2011. (Reference: 11-1439 and 11-1440) (tsf, ) (Entered: 12/14/2011) |

| | | |
|---|---|---|
| 4913 | 12-14-2011 | EXPARTE/CONSENT MOTION for Leave to File Motion for Summary Judgment by Defendant Certain Underwriters at Lloyd's London. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order, # 3 Proposed Pleading Motion for Summary Judgment, Statement of Uncontested Material Facts, Memorandum in Support of Motion for Summary Judgment, and Proposed Order)(Reference: 11-275)(Gilly, George) Modified on 12/15/2011 (blg). (Entered: 12/14/2011) |
| 4924 | 12-15-2011 | EXPARTE/CONSENT Joint MOTION to Substitute Party. Party BP Exploration & Production Inc. to be substituted in place of MOEX Offshore 2007 LLC, Anadarko Petroleum Corporation, Anadarko E&P Company LP by Defendant. (Attachments: # 1 Proposed Order)(Reference: 11-274, 11-275, 11-1439, 11-1440)(Goodwin, David) (Entered: 12/15/2011) |
| 4945 | 12-16-2011 | ORDER granting 4924 Motion to Substitute Party. Party BP Exploration & Production Inc. to be substituted in place of MOEX Offshore 2007 LLC, Anadarko Petroleum Corporation, Anadarko E&P Company LP. Signed by Judge Carl Barbier on 12/16/2011. (Reference: 11-274, 11-275, 11-1439, 11-1440)(blg) (Entered: 12/19/2011). |
| 4978 | 12-22-2011 | TRANSCRIPT of Monthly Status Conference held on December 16, 2011 before Judge Carl J. Barbier. Court Reporter/Recorder Cathy Pepper, Telephone number (504) 589-7779. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 3/21/2012. (Reference: ALL CASES)(clu, ) (Entered: 12/22/2011) |
| 5090 | 01-06-2012 | MOTION for Entry of Judgment under Rule 54(b) (Proposed Partial Final Judgment) by Plaintiff Ranger Insurance Limited, re 4588 Order. (Attachments: # 1 Exhibit Proposed Partial Final Judgment)(Reference: 11-274, 11-275)(Maloney, Michael) Modified on 1/6/2012 (blg). (Entered: 01/06/2012). |
| 5091 | 01-06-2012 | MOTION for Entry of Judgment under Rule 54(b) (Proposed Partial Final Judgment) by Plaintiff Certain Underwriters at Lloyd's London, re 4588 Order. (Attachments: # 1 Exhibit A)(Reference: 11-274, 11-275)(Gilly, George) Modified on 1/6/2012 (blg). (Entered: 01/06/2012). |

| 5093 | 01-06-2012 | MOTION for Entry of Judgment under Rule 54(b) (Proposed Partial Final Judgment and Section 1292(b) Certification) by Defendants BP Exploration & Production Inc., BP America Production Company, BP Corporation North America Inc., BP Company North America Inc., BP Products North America Inc., BP America Inc., BP Holdings North America Limited, and BP plc, re 4588 Order. (Attachments: # 1 Proposed Order (Exhibit A))(Reference: 11-274, 11-275)(Goodwin, David) Modified on 1/6/2012 (blg). (Entered: 01/06/2012). |
|---|---|---|
| 5094 | 01-06-2012 | MOTION for Entry of Judgment under Rule 54(b) (Proposed Partial Final Judgment) by Defendants Triton Asset Leasing GmbH., Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc. and Transocean Deepwater Inc., re 4588 Order. (Attachments: # 1 Exhibit Partial Final Judgment)(Reference: 11-274, 11-275)(Miller, Kerry) Modified on 1/6/2012 (blg). (Entered: 01/06/2012). |
| 5193 | 01-13-2012 | REPLY to Response to Motion filed by Defendants Triton Asset Leasing GmbH., Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc. and Transocean Deepwater Inc. re 5094 MOTION for Entry of Judgment under Rule 54(b). (Reference: 11-274 c/w 11-275)(Miller, Kerry) Modified on 1/17/2012 (blg). (Entered: 01/13/2012). |
| 5196 | 01-13-2012 | RESPONSE/MEMORANDUM in Opposition by Plaintiff Certain Underwriters at Lloyd's London to 5093 MOTION for Entry of Judgment under Rule 54(b). (Reference: 11-274, 11-275)(Gilly, George) Modified on 1/17/2012 (blg). (Entered: 01/13/2012). |
| 5197 | 01-13-2012 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff Ranger Insurance Limited re 5093 MOTION for Entry of Judgment under Rule 54(b) (Attachments: # 1 Proposed Order Partial Final Judgment)(Reference: 11-274, 11-275)(Maloney, Michael) Modified on 1/17/2012 (blg). (Entered: 01/13/2012). |
| 5204 | 01-13-2012 | RESPONSE/MEMORANDUM in Opposition filed by Defendants BP Exploration & Production Inc., BP America Production Company, BP Corporation North America Inc., BP Company North America Inc., BP Products North America Inc., BP America Inc., BP Holdings North America Limited, and BP plc re 5090 MOTION for Entry of Judgment under Rule 54(b), 5094 MOTION for Entry of Judgment under Rule 54(b), 5091 MOTION for Entry of Judgment under Rule 54(b). (Reference: 11-274, 11-275)(Goodwin, David) Modified on 1/17/2012 (blg). (Entered: 01/13/2012). |

| 5337 | 01-23-2012 | TRANSCRIPT of Monthly Status Conference held on January 19, 2012 before Judge Carl J. Barbier. Court Reporter/Recorder Cathy Pepper, Telephone number (504) 589-7779. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 4/23/2012. (Reference: ALL CASES)(clu, ) (Entered: 01/23/2012) |
|---|---|---|
| 5446 | 01-26-2012 | ORDER AND REASONS granting in part, denying in part 4477 Transocean's MOTION for Partial Summary Judgment, and 4827 BP's Cross-MOTION for Partial Summary Judgment. Signed by Judge Carl Barbier on 1/26/2012.(Reference: 10-2771, 10-4536, ALL CASES)(blg) (Entered: 01/26/2012). |
| 5639 | 02-09-2012 | RESPONSE/MEMORANDUM in Opposition filed by Defendants BP Exploration & Production Inc., BP America Production Company, BP Corporation North America Inc., BP Company North America Inc., BP Products North America Inc., BP America Inc., BP Holdings North America Limited, and BP plc re 4913 MOTION for Leave to File Motion for Summary Judgment. (Reference: 11-274, 11-275)(Goodwin, David) Modified text on 2/10/2012 (gec, ). Modified on 2/13/2012 (blg). (Entered: 02/09/2012) |
| 5937 | 03-01-2012 | ORDER DENYING AS MOOT 4913 Motion for Leave to File Motion for Summary Judgment filed by Certain Underwriters at Lloyd's, London and Various Insurance Companies. Signed by Judge Carl Barbier on 3/1/12. (Reference: 11-274, 11-275)(sek, ) (Entered: 03/01/2012) |
| 5938 | 03-01-2012 | Rule 54(b) PARTIAL FINAL JUDGMENT: ORDERED that a partial final judgment is hereby entered, under Fed. R. Civ. P. 54(b), in favor of the Underwriters, Ranger, and Transocean and against BP, Anadarko, and MOEX on the insurers' complaints, declaring that all claims by BP, Anadarko, and MOEX for additional insured coverage under the Policies for the sub-surface pollution liabilities BP, Anadarko, and MOEX have incurred and will incur with respect to the Macondo well oil release are dismissed with prejudice. Signed by Judge Carl Barbier on 3/1/12.(Reference: 11-274, 11-275)(sek, ) (Entered: 03/01/2012). |
| 5951 | 03-02-2012 | NOTICE OF APPEAL by Defendants BP Exploration & Production Inc., BP America Production Company, BP Corporation North America Inc., BP Company North America Inc., BP Products North America Inc., BP America Inc., BP Holdings North America Limited, and BP plc as to 5938 Judgment - Rule 54(b). (Filing fee $ 455, receipt number 053L-3410853.) (Reference: 11-274, 11-275)(Goodwin, David) Modified on 3/6/2012 (blg). (Entered: 03/02/2012). |

**IV.    Case No.  2:11-CV-01439 (E.D. La.)**

| Docket No. | Date | Description |
|---|---|---|
| 1 | 06-17-2011 | COMPLAINT against Anadarko E&P Company LP, Anadarko Petroleum Corporation, BP America Production Company, BP America, Inc., BP Corporation North America, Inc., BP Exploration & Production Inc., Moex Offshore 2007, LLC, Transocean Deepwater, Inc., Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling, Inc. (Fee previously paid) filed by Certain Underwriters at Lloyd's, London and Various Insurance Companies Subscribing to Excess Policies ARS4926, PE0902632, and PE0902536. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit)(McLeod, Evans) (Entered: 06/17/2011) |

**V.    Case No.  2:11-CV-01440 (E.D. La.)**

| Docket No. | Date | Description |
|---|---|---|
| 1 | 06-17-2011 | COMPLAINT against Anadarko E&P Company LP, Anadarko Petroleum Corporation, BP America Production Company, BP America, Inc., BP Corporation North America, Inc., BP Exploration & Production Inc., Moex Offshore 2007, LLC, Transocean Deepwater, Inc., Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling, Inc. (Fee previously paid) filed by Certain Underwriters at LLoyd's, London and Various Insurance Companies Subscribing to Excess Policies PE0902632 and PE0902536. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit)(McLeod, Evans) (Entered: 06/17/2011) |

Dated:  March 20, 2012

Respectfully submitted,

/s/ David B. Goodwin

Allan B. Moore
Seth A. Tucker
Christopher J. Wenk
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC  20004-2401
Tel:  (202) 662-6000
Fax:  (202) 778-5575
Email:  abmoore@cov.com
Email:  stucker@cov.com
Email:  cwenk@cov.com

David B. Goodwin
M. Alexia dePottere-Smith
Covington & Burling LLP
One Front Street, 35th Floor
San Francisco, CA  94111
Tel:  (415) 591-6000
Fax:  (415) 591-6091
Email:  dgoodwin@cov.com
Email:  adepottere@cov.com

COUNSEL FOR BP PLC, BP EXPLORATION & PRODUCTION INC., BP AMERICA
PRODUCTION COMPANY, BP CORPORATION NORTH AMERICA, INC., BP COMPANY
NORTH AMERICA, INC., BP PRODUCTS NORTH AMERICA INC., BP AMERICA INC.,
AND BP HOLDINGS NORTH AMERICA LTD.

/s/ Michael J. Maloney

Michael J. Maloney
Maloney & Martin, L.L.P.
The Clocktower Building
3401 Allen Parkway, Suite 100
Houston, Texas  77019
Telephone:  (713) 759-1600
Telecopier:  (713) 759-6930
Email:  mmaloney@maloneymartinllp.com

COUNSEL FOR RANGER INSURANCE
LTD.

/s/ Kyle S. Moran

Richard N. Dicharry (Bar #4929)
Evans Martin McLeod (Bar #24846)
Kyle S. Moran (Bar #33611)
PHELPS DUNBAR LLP
Canal Place
365 Canal Street | Suite 2000
New Orleans, LA  70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email:  Richard.Dicharry@phelps.com
          Marty.McLeod@phelps.com
          Kyle.Moran@phelps.com

COUNSEL FOR CERTAIN UNDERWRITERS
AT LLOYD'S, LONDON AND VARIOUS
INSURANCE COMPANIES

By:    /s/ Steven L. Roberts
Steven L. Roberts (Texas, No. 17019300)
Rachel Giesber Clingman (Texas, No. 00784125)
Kent C. Sullivan (Texas, No. 19487300)
Sutherland Asbill & Brennan LLP
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 470-6100
Facsimile: (713) 654-1301
Email: steven.roberts@sutherland.com,
rachel.clingman@sutherland.com,
kent.sullivan@sutherland.com,

By:    /s/ Kerry J. Miller
Kerry J. Miller (Louisiana, No. 24562)
Frilot, L.L.C.
1100 Poydras Street, Suite 3700
Telephone: (504) 599-8169
Facsimile: (504) 599-8154
Email: kmiller@frilot.com
-and-

By:    /s/ Edwin G. Preis, Jr.
Edwin G. Preis, Jr. (Louisiana, No. 10703)
Richard J. Hymel (Louisiana, No. 20230)
Preis & Roy PLC
102 Versailles Boulevard, Suite 400
Lafayette, Louisiana 70501
Telephone: (337) 237-6062
Facsimile: (337) 237-9129

-and-

601 Poydras Street, Suite 1700
New Orleans, Louisiana 70130
Telephone: (504) 581-6062
Facsimile: (504) 522-9129
Email: egp@preisroy.com, rjh@preisroy.com

Of Counsel:

John M. Elsley (Texas, No. 0591950)
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone: (713) 224-8380
Facsimile: (713) 225-9945
Email: john.elsley@roystonlaw.com

Daniel O. Goforth (Texas, No. 08064000)
Goforth Geren Easterling LLP
4900 Woodway, Suite 750
Houston, Texas 77056
Telephone: (713) 650-0022
Facsimile: (713) 650-1669
Email: dangoforth@goforthlaw.com

Brad D. Brian (California, No. 79001)
Allen M. Katz (California, No. 054933)
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5180, (213) 683-4018
Email: brad.brian@mto.com, allen.katz@mto.com

COUNSEL FOR TRITON ASSET LEASING GMBH., TRANSOCEAN HOLDINGS LLC,
TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC. AND TRANSOCEAN
DEEPWATER INC.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Designation for Record on

Appeal in Fifth Circuit Case No. 12-30230 has been served on All Counsel by electronically

uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and

that the foregoing was electronically filed with the Clerk of Court of the United States District

Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a

notice of electronic filing in accordance with the procedures established in MDL 2179, on this

20th day of March, 2012.


/s/ Christopher J. Wenk
Christopher J. Wenk