# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>THIS DOCUMENT APPLIES TO:<br>ALL CASES | MDL No. 2179<br><br>SECTION "J" (1)<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## TRANSOCEAN'S SUPPLEMENTAL DESIGNATION FOR RECORD ON APPEAL IN FIFTH CIRCUIT NO. 12-30237

In accordance with the March 6, 2012 Order of the United States Fifth Circuit Court of Appeals in No. 12-30237 [Doc. 00511779048], Defendants-Appellees, Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc. and Triton Asset Leasing GmbH (collectively "Appellees"), appearing through its undersigned counsel, hereby submit this Supplemental Designation of those portions of the record of this civil action that Appellees and Movant-Appellant, Donald Vidrine, could not agree to include in the Joint Designation for Record on Appeal in Fifth Circuit No. 12-30237.  Appellees represent that documents in this Supplemental Designation are relevant to the aforesaid appeal and should be used by this Court in constructing the Record on Appeal.  For each of the below-identified docket entries that have attachments or exhibits, Appellees intend that all such attachments and exhibits be included in the Record on Appeal.

| Doc. No. | Date Filed | Name |
|---|---|---|
| 641 | 11/2/10 | Pre-Trial Order 13. |
| unknown |  | Vidrine's February 16, 2011 letter brief Motion to Reconsider. |
| unknown |  | Transocean's February 17, 2011 letter brief Opposition to Vidrine's Motion to Reconsider. |

| 5926 | 2/29/12 | February 29, 2012 Magistrate Shushan's Order re: Examination of Vidrine. |
|---|---|---|
| 5829 | 2/24/12 | February 24, 2012 Order re:  Final Witness Lists. |
| 5682 | 2/14/12 | February 14, 2012 Order re: Motions in Limine to limit Scope of Adverse Inference from Witness Invoking Fifth Amendment. |
| 5635 | 2/9/12 | February 9, 2012 Order and Reasons re:  Motions in Limine to Exclude Other Government Reports and Congressional Testimony. |
| 5618 | 2/8/12 | February 8, 2012 Order re: HESI Motion in Limine to Exclude Evidence of Joint Investigation Report & Testimony. |
| 5448 | 1/26/12 | January 26, 2012 Order re:  Motion in Limine to Exclude Evidence of JIT. |
| 4841 | 12/9/11 | December 9, 2011 Order re: Amended Deposition Designations Track. |
| 4593 | 11/15/11 | November 15, 2011 Order re: Deposition Designations Track. |
| 4244 | 10/5/11 | October 5, 2011 Order re: Deposition Designations for Group I. |
| 4217 | 10/4/11 | October 4, 2011 Order re: Deposition Designations Track. |
| 3750 | 8/16/11 | August 16, 2011 Order re: BP's request for further Phase I Depositions. |
| 3383 | 7/20/11 | July 20, 2011 Supplemental Order re: Motion for Protective Order. |
| 3090 | 6/29/11 | June 29, 2011 Order re: Objections to Depositions. |
| 3078 | 6/29/11 | June 29, 2011 Order re: TO's Motion to Examine/Compel Medicals. |
| 2555 | 5/27/11 | May 27, 2011 Order re: Procedure to invoke 5th Amendment. |
| 2402 | 5/18/11 | May 18, 2011 Order re: Trial Plan Briefing. |
| 6025 | 3/12/12 | March 9, 2012 Working Group Conference Order. |
| 5719 | 2/16/12 | February 10, 2012 Working Group Conference Order. |
| 5609 | 2/7/12 | February 3, 2012 Working Group Conference Order. |
| 5476 | 1/30/12 | January 27, 2012 Working Group Conference Order. |
| 5327 | 1/23/12 | January 19, 2012 Working Group Conference Order. |
| 5272 | 1/18/12 | January 13, 2012 Working Group Conference Order. |

| 5128 | 1/10/12 | January 6, 2012 Working Group Conference Order. |
|---|---|---|
| 4966 | 12/20/11 | December 16, 2011 Working Group Conference Order. |
| 4901 | 12/14/11 | December 9, 2011 Working Group Conference Order. |
| 4807 | 12/5/11 | December 2, 2011 Working Group Conference Order. |
| 4690 | 11/22/11 | November 18, 2011 Working Group Conference Order. |
| 4139 | 9/29/11 | September 30, 2011 Working Group Conference Order. |
| 4020 | 9/14/11 | September 9, 2011 Working Group Conference Order. |
| 3840 | 8/29/11 | August 26, 2011 Working Group Conference Order. |
| 3786 | 8/22/11 | August 19, 2011 Working Group Conference Order. |
| 3062 | 6/27/11 | June 24, 2011 Working Group Conference Order. |
| 2881 | 6/20/11 | June 17, 2011 Working Group Conference Order. |
| 2567 | 5/27/11 | May 26, 2011 Working Group Conference Order. |
| 2508 | 5/23/11 | May 20, 2011 Working Group Conference Order. |
| 2396 | 5/17/11 | May 13, 2011 Working Group Conference Order. |
| 2291 | 5/9/11 | May 6, 2011 Working Group Conference Order. |
| 2253 | 5/4/11 | April 29, 2011 Working Group Conference Order. |
| 1990 | 4/18/11 | April 15, 2011 Working Group Conference Order. |
| 1922 | 4/12/11 | Amended April 8, 2011 Working Group Conference Order. |
| 1908 | 4/11/11 | April 8, 2011 Working Group Conference Order. |
| 1381 | 2/28/11 | February 28, 2011 Working Group Conference Order. |
| unknown | | February 17, 2012 Discovery Status Conference Transcript. |
| 4785 | 12/2/11 | November 4, 2011 Discovery Status Conference Transcript. |
| unknown | | October 28, 2011 Discovery Status Conference Transcript. |

| 4400 | 10/26/11 | October 21, 2011 Discovery Status Conference Transcript. |
|------|----------|----------------------------------------------------------|
| 4303 | 10/17/11 | October 14, 2011 Discovery Status Conference Transcript. |
| 4288 | 10/13/11 | October 7, 2011 Discovery Status Conference Transcript. |
| 4163 | 10/3/11 | September 30, 2011 Discovery Status Conference Transcript. |
| 3552 | 8/4/11 | July 29, 2011 Discovery Status Conference Transcript. |
| 3471 | 7/29/11 | July 22, 2011 Discovery Status Conference Transcript. |
| 3367 | 7/20/11 | July 15, 2011 Discovery Status Conference Transcript. |
| 3325 | 7/15/11 | July 8, 2011 Discovery Status Conference Transcript. |
| 3168 | 7/7/11 | July 1, 2011 Discovery Status Conference Transcript. |
| 2159 | 4/27/11 | March 25, 2011 Discovery Status Conference Transcript. |
| 1733 | 3/24/11 | March 18, 2011 Discovery Status Conference Transcript. |
| 1683 | 3/18/11 | March 11, 2011 Discovery Status Conference Transcript. |
| 1556 | 3/10/11 | March 4, 2011 Discovery Status Conference Transcript. |
| 1509 | 3/4/11 | February 25, 2011 Discovery Status Conference Transcript. |
| 5746 | 2/17/12 | Order re: Denial of Writ of Mandamus in appeal No. 12-30163. |

In addition to the above-listed documents, Appellees also designate:

(1) Rec. Doc. No. 1 in Civil Action No. 2:11-cv-1806, which has been consolidated into MDL 2179.

(2) Rec. Doc. No. 00511757794 in 5th Circuit Case No. 12-30163, which is a Writ of Mandamus taken from an action consolidated with MDL 2179.

Respectfully submitted,

By:    /s/ Steven L. Roberts
Steven L. Roberts (Texas, No. 17019300)
Rachel Giesber Clingman (Texas, No. 00784125)
Kent C. Sullivan (Texas, No. 19487300)
Sutherland Asbill & Brennan LLP
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Telephone:  (713) 470-6100
Facsimile:  (713) 654-1301
Email:  steven.roberts@sutherland.com
rachel.clingman@sutherland.com
kent.sullivan@sutherland.com

By:    /s/ Kerry J. Miller
Kerry J. Miller (Louisiana, No. 24562)
Frilot, L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8169
Facsimile: (504) 599-8154
Email: kmiller@frilot.com

-and-

By:    /s/ Edwin G. Preis, Jr.
Edwin G. Preis, Jr. (Louisiana, No. 10703)
Richard J. Hymel (Louisiana, No. 20230)
Preis & Roy PLC
102 Versailles Boulevard, Suite 400
Lafayette, Louisiana 70501
Telephone: (337) 237-6062
Facsimile: (337) 237-9129

-and-

601 Poydras Street, Suite 1700
New Orleans, Louisiana 70130
Telephone: (504) 581-6062
Facsimile: (504) 522-9129
Email: egp@preisroy.com, rjh@preisroy.com

-and-

By:    /s/ Brad D. Brian
Brad D. Brian (California, No. 79001)
Allen M. Katz (California, No. 54933)
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5180, (213) 683-4018
Email: brad.brian@mto.com, allen.katz@mto.com

Of Counsel:

John M. Elsley (Texas, No. 0591950)
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone: (713) 224-8380
Facsimile: (713) 225-9945
Email: john.elsley@roystonlaw.com

Daniel O. Goforth (Texas, No. 08064000)
Goforth Geren Easterling LLP
4900 Woodway, Suite 750
Houston, Texas 77056
Telephone: (713) 650-0022
Facsimile: (713) 650-1669
Email: dangoforth@goforthlaw.com

*Counsel for Triton Asset Leasing GmbH,*
*Transocean Holdings LLC, Transocean*
*Offshore Deepwater Drilling Inc. and*
*Transocean Deepwater Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2012, I electronically filed the foregoing with the Court's CM/ECF system; provided service on all counsel by using the LexisNexis File & Serve, in accordance with Pretrial Order No. 12 which will send a notice of filing to all counsel accepting electronic notice; and provided the foregoing via email to counsel for Mr. Vidrine.

/s/  Kerry J. Miller