AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| The Delaney Group, Inc. | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No. 2:12-cv-00248-CJB-SS |
| BP Exploration and Production, Inc. | ) |
| _Defendant_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   BP PRODUCTS NORTH AMERICA INC
THROUGH ITS AGENT FOR SERVICE
PRENTICE-HALL CORP SYSTEM
3200 SOMERULOS STREET
BATON ROUGE LA 70802

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Thomas C. Cowan
Leah A. Taschek
Cowan & Lemmon, L.L.P.
650 Poydras Street, Suite 2315
New Orleans, LA  70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
_Name of clerk of court_

B. Gregory
_Deputy clerk's signature_

Date: Mar 06 2012

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:12-cv-00248-CJB-SS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BP Products North America, Inc
was received by me on *(date)* 3/9/2012.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Ms. Sandy Guidry, Practice-Hall , who is
designated by law to accept service of process on behalf of *(name of organization)* BP Products
North America, Inc on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/14/2012

Tom Cessisi
*Server's signature*

Tom Cassisa, Process Server
CAPITAL PROCESS SERVICE
5916 SOUTH SHORE DRIVE
BATON ROUGE, LA 70817-3982
225-756-2537
*Server's address*

Additional information regarding attempted service, etc: