AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| The Delaney Group, Inc. | ) |
| *Plaintiff* | ) ) ) |
| v. | ) Civil Action No.  2:12-cv-00248-CJB-SS |
| BP Exploration and Production, Inc. | ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CAMERON INTERNATIONAL CORP
THROUGH ITS AGENT FOR SERVICE
CT CORPORATION SYSTEM
5615 CORPORATE BLVD STE 400B
BATON ROUGE LA 70808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Thomas C. Cowan
Leah A. Taschek
Cowan & Lemmon, L.L.P.
650 Poydras Street, Suite 2315
New Orleans, LA 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

*B. Gregory*
Deputy clerk's signature

Date: __Mar 06 2012__

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:12-cv-00248-CJB-SS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Cameron International Corp
was received by me on *(date)* 3/9/2012.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Antoine Pierce, CT Corp. System, who is designated by law to accept service of process on behalf of *(name of organization)* Cameron International Corp on *(date)* 3/14/2012 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 3/14/2012

Tom Cassisa
*Server's signature*

Tom Cassisa, Process Service
*Printed name and title*

**CAPITAL PROCESS SERVICE**
**5916 SOUTH SHORE DRIVE**
**BATON ROUGE, LA 70817-3982**
225-756-2537
*Server's address*

Additional information regarding attempted service, etc: