UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| All Cases | * | |
| | * | MAG. JUDGE SHUSHAN |

### ORDER

**[Regarding Claims Currently Pending in the GCCF Appeals Process; Further Clarifying the (First Amended) Order of March 8, 2012, Creating Transition Process (Rec. Doc. 5995; *see also* Rec. Doc. 6049)]**

At the request and with the concurrence of the Plaintiffs' Steering Committee and counsel for BP, the Court clarifies its previous (First Amended) Order of March 8, 2012 (Rec. Doc. 5995), as follows:

IT IS HEREBY ORDERED:

1. As of the date of the Court's March 8, 2012 (First Amended) Order Creating Transition Process, several appeals were pending in the Gulf Coast Claims Facility appeal process (each pending appeal hereinafter is referred to as a "GCCF Appeal").

2. Nothing in the (First Amended) Order Creating Transition Process shall be construed to prohibit BP and the claimant involved in a GCCF Appeal from agreeing to settle the underlying claim and for the claimant to execute a GCCF Release and Covenant Not to Sue in connection with such settlement.

New Orleans, Louisiana this 21st day of March, 2012.

_____
United States District Court Judge