UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                     MDL NO. 2179
      "Deepwater Horizon" in the Gulf
      of Mexico, on April 20, 2010            SECTION J

Applies to: *All Cases*                             JUDGE BARBIER
                                                                      MAGISTRATE JUDGE SHUSHAN

## ORDER

**[Working Group Conference on Friday, March 16, 2012]**

**NOTES TO CELL PHONE PARTICIPANTS:** Please do not put your phone on hold during the conference as it causes an annoying beeping sound for everyone else. If you cannot participate for part of the conference, put your phone on mute. Likewise for those who type during the conference.

1.     **BOP & Capping Stack**.

        TO and BP have not resolved the dispute regarding ownership of the capping stack. They are in communication with Captain Engelbert regarding the issue and made arrangements with her to retain the capping stack until the ownership issue is resolved. The parties are asked to work on the issue so that the capping stack can be removed from Michoud before the start of hurricane season.

        Halliburton paid its share of Captain Englebert's invoice for March 1. BP and the U.S. are asked to pay their allocations as promptly as possible.

2.     **Effect of Settlement on Phase One and Two Trial Plan**.

        There was general discussion of the effect of the proposed settlement between the private plaintiffs and BP on the trial plan.

        The PSC reported that it has reviewed the evidence which it has developed and determined that it meets its needs for the quantification and source control issues for Phase Two. It is

continuing to evaluate its evidence.

BP largely agrees with the PSC and does not believe that source control issues should be prioritized at this time. Alabama and Louisiana did not share the PSC's view of the evidence. They requested additional time to consider their positions on the effect of the settlement on the trial plan.

The U.S. emphasized that it was crucial to its claims that discovery on quantification proceed. It agreed that discovery on source control was not required, except to the extent that it is required for quantification (you cannot determine what oil is being released without some consideration of the efforts to shut off the flow of oil). Some discovery on the records custodians relating to source control may be required. In addition, because of the penalty factors for CWA claims, some discovery on source control as it relates to efforts to mitigate may be relevant to Phase Two.

BP asked for time to consider the impact of the eight penalty factors under CWA. It anticipates that it will present some evidence on source control as part of the consideration of penalty factors. There was discussion of the separation of the penalty phase. The States noted that although the state law penalty claims were dismissed, they raise the same factors as are found in CWA.

BP asked that it be permitted to consider whether the penalty phase associated with the CWA should be melded into the NRD claims. The U.S. reported its disagreement with BP on this issue.

The issue of the allocation of time for the examination of time during Phase Two depositions will be deferred.

3. **Halliburton Computer.**

Captain Englebert reported that the protocol is proceeding. She anticipated receiving file

listings this week.

4. **U.S. and BP Production of Documents.**

The Court reviewed the March 15th letters from BP and the U.S. Conferences will be scheduled twice a week on Tuesdays and Thursdays to work through the issues with BP and the U.S. The conferences will also address any issues with BP's document production.

5. **Rule 30(b)(6) Depositions**.

Because of the outstanding document production issues, the Court suspended the deposition topics scheduled for April.

6. **BP's Rule 30(b)(6) Notice**.

BP reported that, while the parties made progress on the Rule 30(b)(6) notice, there was not agreement on the final language for many topics. Many of BP's objections were not addressed in the PSC's last draft. The parties and the Court will have to work through BP's objections.

BP reports that the topics may be divided into four categories: (a) source control; (b) spill preparation; (c) core technical quantification; and (d) communications on quantification. It suggests that the twelve core technical quantification topics should proceed first. The U.S. and the States disagreed with this approach.

7. **Rule 30(b)(6) Notices for Third Parties.**

The PSC and the U.S. raised issues about the scheduling of Rule 30(b)(6) notices for third parties, including Exxon, PENCOR and AddEnergy. The PSC will draft an order concerning these depositions and present it to the Court.

8. **National Maritime Fisheries Service**.

The U.S. reported on the status of discovery from NMFS.

3

**9.** **Email.**

**Every** Saturday shall be email free.

## CONFERENCE SCHEDULE

| | |
|---|---|
| Friday, March 23, 2012 at 9:30 a.m. | WGC meeting |
| Friday, March 30, 2012 at 9:30 a.m. | WGC meeting |
| Friday, April 6, 2012 is Good Friday | No meeting |
| Friday, April 13, 2012 at 9:30 a.m. | WGC meeting |
| Friday, April 20, 2012 at 9:30 a.m. | WGC meeting |
| Friday, April 27, 2012 at 9:30 a.m. | WGC meeting |
| Thursday, May 3, 2012 at 8:30 a.m. | Liaison Counsel meeting with Judge Barbier WGC meeting to follow at 9:30 a.m. |
| Friday, May 11, 2012 at 9:30 a.m. | WGC meeting |
| Friday, May 18, 2012 at 9:30 a.m. | WGC meeting |
| Friday, May 25, 2012 at 9:30 a.m. | WGC meeting |

New Orleans, Louisiana, this 21st day of March, 2012.

**SALLY SHUSHAN**
**United States Magistrate Judge**