UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION<br><br>MDL 2179 |
| Member Case:  Coastal Services Group, LLC v. BP America Production Company et al.; 11-2891 | SECTION "J" (2) |

### ORDER

Jason D. Watkins, counsel for the BP defendants, has advised the court that he has spoken with counsel for plaintiff and that plaintiff has agreed to voluntarily dismiss defendant, BP, PLC, no later than Monday, March 26.  Accordingly, **IT IS ORDERED** that the telephone conference with me previously set for March 27, 2012, at 11:00 a.m. is **CANCELLED**.

After plaintiff's motion to dismiss voluntarily has been granted, I will circulate the previously executed consent form for a Section 636(c) referral order from Judge Barbier. After the referral order has been signed by the presiding district judge and entered into the record, I will immediately address plaintiff's pending motion to sever and remand this matter, since all parties will have then properly consented.

New Orleans, Louisiana, this ___21st___ day of March, 2012.

CLERK TO NOTIFY:                          JOSEPH C. WILKINSON, JR.
HON. CARL BARBIER                         UNITED STATES MAGISTRATE JUDGE