UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | § § § § § | MDL No. 2179<br><br>SECTION: J |
| This document relates to:<br><br>*No. 2:12-cv-00381* | § § § § | Judge Carl J. Barbier<br>Magistrate Judge Sally Shushan |

## M-I L.L.C.'s NOTICE OF DESIGNATION OF LEAD COUNSEL

Defendant M-I L.L.C. hereby notifies the Court and all parties of record that Hugh E. Tanner should be designated as the lead attorney to receive service of all pleadings, notices, orders, and other papers in the above-captioned matter on behalf of M-I L.L.C.

March 22, 2012

**OF COUNSEL:**
MORGAN, LEWIS & BOCKIUS LLP

Derek E. Leon
dleon@morganlewis.com
Texas Bar No. 24002463
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone:	(305) 415-3000
Facsimile:	(305) 415-3001

Denise Scofield
dscofield@morganlewis.com
Texas Bar No. 00784934
1000 Louisiana, Suite 4000
Houston, Texas  77002
Telephone:	(713) 890-5000
Facsimile:	(713) 890-5001

**ATTORNEYS FOR DEFENDANT
M-I L.L.C.**

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Hugh E. Tanner*
     Hugh E. Tanner
     htanner@morganlewis.com
     Texas Bar No. 19637400
     1000 Louisiana, Suite 4000
     Houston, Texas  77002
     Telephone:	(713) 890-5000
     Facsimile:	(713) 890-5001

**ATTORNEY FOR DEFENDANT
M-I L.L.C.**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Designation of Lead Counsel has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the Court's CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179, on this 22nd day of March 2012.

      /s/ *Hugh E. Tanner*
      Hugh E. Tanner