## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RENE ROUSSELL** <br><br> **VERSUS** <br><br> **DANOS AND CUROLE MARINE STAFFING, LLC, and BP EXPLORATION AND PRODUCTION, INC.** | Civil Action No.: 2:12-cv-00714 <br><br> Section: "J" <br><br> Judge: Carl J. Barbier <br><br> Magistrate Div.: (1) <br><br> Magistrate Judge: Sally Shushan |

## ORDER

Considering the above and foregoing Limited Motion to Dismiss by plaintiff filed prior to answer, **IT IS ORDERED** that defendant BP Exploration and Production, Inc., only be and hereby is dismissed from this case, without prejudice; reserving to plaintiff all rights he may have against all other parties hereto, named and/or unnamed; and reserving to plaintiff all rights he may have asserted against BP in other claims and/or proceedings.

New Orleans, LA, this _____ day of _____, 2012.

_____
Judge