UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| | * | |
| **"DEEPWATER HORIZON" in the** | * | **SECTION J(2)** |
| | * | |
| **Gulf of Mexico on April 20, 2010** | * | **JUDGE BARBIER** |
| | * | |
| **This Document Applies to:** | * | **MAGISTRATE JUDGE WILKINSON** |
| **No. 12-179 c/w 12-259** | * | |
| **(This document applies to 12-259 ONLY)** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons set forth in the Opposition to Defendant's Motion to Dismiss,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Epic Diving & Marine Services, LLC's Motion to Dismiss is **DENIED**.

New Orleans, Louisiana this _____ day of _____ 2012.

_____