UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CONSTANTIN LAND TRUST | CIVIL ACTION |
| VERSUS | NO. 12-179 |
| BP AMERICA PRODUCTION COMPANY ET AL. | SECTION "J"(2) |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), all parties to the above-captioned civil proceeding hereby waive their right to proceed before a United States District Judge and consent to have a full-time United States Magistrate Judge conduct any and all further proceedings in the case, including but not limited to, the trial of the case and entry of final judgment.

The parties acknowledge they have been advised that they may, without adverse substantive consequences, withhold consent.

3/8/12
3/14/12   _[signature]_
DATE      PLAINTIFF(S)

BP – Shannon S. Holtzman
_[signatures]_
DEFENDANT(S)
Sea Support Services LLC – Randy J. Adams
[Etienne Balart]

___Fee_____
___Process_____
_x_ Dktd_____
___CtRmDep_____
___Doc. No._____

## ORDER OF REFERENCE

**IT IS HEREBY ORDERED** that the above-captioned matter be referred to a United States Magistrate Judge of this court for all further proceedings and the entry of judgment in accordance with Title 28 U.S.C. §636(c) and the foregoing consent of the parties.

New Orleans, Louisiana, this 20th day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF FILING PARTY

I certify that the signatures affixed hereon represent the consent of all parties to the suit.

_____
Kathy L. Manchester