# CONFERENCE ATTENDANCE RECORD

DATE: 3-23-12      TIME: 9:30

CASE NAME: In Re Deepwater Horizon

DOCKET NUMBER & SECTION: MDL 10-2179

(STATUS) PRELIMINARY   PRE-TRIAL   SETTLEMENT

Disc.
Phase Two

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Sarah Tiams | Anadarko |
| Alan York | Halliburton |
| Gwen Richard | " |
| Jenny Martinez | " |
| Sean Fleming | " |
| Stefanie Major | " |
| Lauren Mitchell | " |
| Frank Monago | BP |
| | |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| David Baay | TO |
| Steve Luxton | M-I |
| Tony Fitch | ANADARKO |
| Brian Barr | PSC |
| Ryan Babiuch | BP |
| Don Haycraft | BP |
| Hugh Tanner | M-I L.L.C. |
| Steve O'Rourke | USA |
| Nat. Chakeres | USA |
| Corey Maze | Alabama + states |
| Winfield Sinclair | Alabama + states |
| Douglas Kraus | Louisiana |
| Anthony Irpino | PSC |
| Jimmy Williamson | PSC |
| | |
| | |
| | |

Robin Hanger - US

Ted Sekerides - O'Brien

Mike Petrino - BP

Shawn Brennan - M-I

Andy Langan - BP

Julie Sanger - TO

Joe Eisert - BP

Joel Gross - BP

Carter Marshall - Linden, Inc.

Mark Nomellini - BP