IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re | § | MDL No. 2179 |
| | § | |
| Oil Spill by the Oil Rig | § | Section: J |
| "Deepwater Horizon" | § | |
| in the Gulf of Mexico | § | Judge Barbier |
| on April 20, 2010 | § | Mag. Judge Shushan |
| | § | |
| This Document Applies to: | § | |
| All Cases (including 10-2771) | § | |

### NON-PARTY SHELLEY ANDERSON'S OBJECTION TO 6% HOLD-BACK

Shelly Anderson files this pleading without making a claim and only specially appearing in this court to contest a ruling of the court which wrongfully applies to the Anderson Estate.

Shelly Anderson files the objection to the Court's order December 28, 2011 (Rec. Doc. 5022) and its modification of January 18, 2012. (Rec. Doc. 5274). In those orders, this court applied a hold back of 6 percent on "any other plaintiff or claimant-in-limitation who has had, currently has, or may hereinafter have, a suit or claim-in-limitation pending in these MDL proceedings."

The Court's Order provides for specific exemptions from the hold back requirement. (Rec. Doc. 5274 at pgs. 3-4) ("Exempt from the current hold back requirement are settlement or other payments by the Gulf Coast Claims Facility, another claims processor, or any Defendants to claimants who have never had, do not currently have, nor hereinafter have, actions or claims-in-limitation pending in the MDL.  Also exempt from this hold back requirement are state court counsel who have or had no cases in this MDL and who have never had access to any of the discovery undertaken in the MDL.")

The Anderson Estate was never a party before this Court.  The Anderson Estate never filed a limitation proceeding.  The Anderson Estate never made a claim before this Court.  The only action taken by the Anderson estate in Federal court was before the MDL consolidation, the Anderson family asked a Federal Judge in Houston for the right to take discovery *even though the Anderson's were not in the limitation proceeding or any other Federal action*.  The Andersons never got that permission.

The Anderson Estate accordingly seeks a declaration that there is no six percent holdback applicable to the Anderson claim settled with the GCCF prior to its dismantling.

This objection is akin to a defendant's special appearance.  It is filed explicitly without making an appearance for any kind of claim for recovery.

Respectfully submitted,

**ERNEST CANNON & ASSOCIATES**

By:___/s/Ernest Cannon_____
**ERNEST CANNON**
State Bar No. 03756000
P.O. Box 1193
Stephenville, Texas 1193
Telephone:   254.918.1006
Facsimile:    254.918.2005

**The LANIER LAW FIRM**
By:__/s/ W. Mark Lanier_____
**W. MARK LANIER**
State Bar No. 11934600
6810 F.M. 1960 West
Houston, Texas  77069
TEL:  (713) 659-5200
FAX:  (713) 659-2204

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for BP and there is no objection. We have also conferred with Steve Herman of the Plaintiffs Steering Committee and Mr. Herman takes no position on the motion.

_/s/ W. Mark Lanier_
W. Mark Lanier

## CERTIFICATE OF SERIVCE

I HEREBY CERTIFY that I have caused this document to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on this date, March 23, 2012.

_/s/ W. Mark Lanier_
W. Mark Lanier