### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG | * | MDL No. 2179 |
| | "DEEPWATER HORIZON" in the | * | |
| | GULF OF MEXICO, on | * | SECTION J |
| | APRIL 20, 2010 | * | |
| | | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES: | | * | MAG. JUDGE SHUSHAN |
| | | * | |
| IN RE: TRITON ASSET LEASING GmbH | | * | |
| Case No. 2:10-cv-02771-CJB-SS | | * | |
| | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MEMORANDUM IN SUPPORT OF
### MOTION FOR LEAVE TO FILE LIMITATION
### SHORT FORM JOINDERS BEYOND THE SEPTEMBER 16, 2011 DEADLINE

NOW INTO COURT, through undersigned counsel, come Claimants, Ronald James Bazile and Mary Ann Bazile, who file this Memorandum in Support of the accompanying Motion for Leave to File Limitation Short Form Joinders Beyond the September 16, 2011 Deadline. Claimants seek this Honorable Court's permission to accept Claimants' late-filed joinders, filed March 23, 2012, Document Nos. 118073 and 118072, in the limitation proceeding for the following reasons:

1.　　As claimants were unaware of this deadline, or had not yet fully realized their

damages, they did not timely file in the Transocean Limitation proceeding and did

not contact counsel until after the deadline.

3.       Upon a showing of good cause the Court should grant permission to file late claims

if the "limitation proceeding is pending and undetermined, and the right of the parties

are not adversely affected." *Texas Gulf Sulphur Co. v. Blue Stack Towing Co.*, 313

F.3d 359, 362 (5th Cir. 1963) (citing 3 Benedict on Admiralty § 518, p. 542 (Knauth

ed. 1940)).

4.       No prejudice will result from the acceptance of the Claimants' Short Form Joinders.

No action has been taken in the limitation proceeding which could cause prejudice

to any other party to the proceeding.

5.       The Transocean limitation proceeding is pending and undetermined.

For these reasons, Claimants respectfully move this Court for an Order accepting their late-filed joinders, Document Nos.118073 and 118072, filed March  23, 2012,  and granting the accompanying Motion for Leave to File Limitation Short Form Joinders Beyond the September 16, 2011 Deadline.

Respectfully submitted:

> */s/ Christine E. Sevin*
> Walter J. Leger, Jr., Esq.
> Christine E. Sevin, Esq.
> LEGER & SHAW
> 600 Carondelet Street, Floor 9
> New Orleans, Louisiana 70130
> Telephone: (504) 588-9043
> Facsimile: (504) 588-9980

Email: csevin@legershaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2012, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

/s/ Christine E. Sevin
CHRISTINE E. SEVIN