**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re: Oil Spill by the Oil Rig           **MDL NO. 2179**
    **"Deepwater Horizon" in the Gulf**
    **of Mexico, on April 20, 2010**        **SECTION J**

**Applies to:** *All Cases*                **JUDGE BARBIER**
                                **MAGISTRATE JUDGE SHUSHAN**

## ORDER

**[Working Group Conference on Friday, March 23, 2012]**

**NOTE TO CELL PHONE PARTICIPANTS:** Please do not put your phone on hold during the conference as it causes an annoying beeping sound for everyone else. If you cannot participate for part of the conference, put your phone on mute. Likewise for those who type during the conference.

1.      **BOP & Capping Stack**.

The Court reported that Captain Engelbert is concerned about the approximately 1,000 gallons of fluid stored in the Capping Stack. BP responded that: (1) it was not aware of the fluid issue, but will follow-up and report at the next conference; (2) Transocean and BP are working on the paperwork regarding the ownership of the BP and they will report at the next conference; and (3) it sought clarity on the position of the U.S. regarding the capping stack. The U.S. will report its position on the capping stack at the next conference. If the capping stack is to be maintained at Michoud, the parties shall determine whether the fluid can be drained and removed.

2.      **Halliburton Computer.**

Captain Engelbert provided BP and Halliburton with a list of the files from the computer. A conference call is set for Thursday, March 29 between the parties to the protocol to review the list of files.

**3.      Woods Hole.**

The U.S. reported that the Coast Guard is trying to complete its review of the Woods Hole documents by March 23 so that they can be produced to BP.

The U.S. will report whether Woods Hole received any compensation for its work other than reimbursement of expenses.

**4.      Rule 30(b)(6) Notices for Depositions of Exxon/Mobil and Cudd Well Control.**

The PSC prepared an order on the scheduling of Rule 30(b)(6) notices for Exxon/Mobil and Cudd Well Control.  These are the only non-parties who were not involved in quantification.  All other non-parties are quantification depositions.

**5.      U.S. and BP Production of Documents.**

The Court conducted telephone discovery conferences with BP and U.S. on Tuesday and Thursday.  Further conferences are set.

**6.      Rule 30(b)(6) Notice for Deposition of the U.S..**

On Thursday, March 22, BP circulated a proposed final notice for the Rule 30(b)(6) deposition of the U.S.  BP agreed to some changes sought by the U.S.  Unless there is an objection by the close of business on March 23, BP shall serve the notice.

**7.      Rule 30(b)(6) Notice for Deposition of BP.**

The Court reported that while source control and cap and contain are not a priority at the moment, they remain as issues requiring discovery.  They are relevant to claims raised by the States as well as claims that the U.S. may raise.  The States reported that within two weeks they and the U.S. will report their positions on source control topics which can be deferred and those which should not be deferred.

By the March 30 conference, the U.S. will review BP's letter of March 15 containing the requested changes to the quantification topics and report to the Court.

**8.**     **Potential Rule 30(b)(6) Notice for Deposition of Anadarko**.

Anadarko reported that it is communicating with the States regarding source control and quantification topics. It will report at the March 30 conference.

**9.**     **Rule 30(b)(6) Notices for Depositions of Other Non-Parties.**

The remaining non-parties are:

| | |
|---|---|
| Oceaneering | Schlumberger |
| DNV | Stress Engineering |
| Pencor | Wild Well |
| RRB | Statoil |
| BP Institute for Multiphase Flow | Add Engineering |

The U.S. reported that: (1) the parties agreed on the form of the notices for the non-parties; (2) the notices were sent to the non-parties; (3) the non-parties are in communication with the parties concerning the objections of the non-parties to the notices; and (4) final agreement with the non-parties has not been reached. The Court requested that BP and the U.S. survey the status of each of these non-party notices. The U.S. objected to the delay in the scheduling of the depositions. It is the Court's opinion, however, that real progress toward completion of the production of documents by the U.S. and resolution of privilege issues must be made.

**CONFERENCE SCHEDULE**

| | |
|---|---|
| Friday, March 30, 2012 at 9:30 a.m. | WGC meeting |
| Friday, April 6, 2012 is Good Friday | No meeting |

3

Friday, April 13, 2012 at 9:30 a.m.         WGC meeting

Friday, April 20, 2012 at 9:30 a.m.         WGC meeting

Friday, April 27, 2012 at 9:30 a.m.         WGC meeting

Thursday, May 3, 2012 at 8:30 a.m.          Liaison Counsel meeting with Judge Barbier
                                            WGC meeting to follow at 9:30 a.m.

Friday, May 11, 2012 at 9:30 a.m.           WGC meeting

Friday, May 18, 2012 at 9:30 a.m.           WGC meeting

Friday, May 25, 2012 at 9:30 a.m.           WGC meeting

New Orleans, Louisiana, this 26th day of March, 2012.

**SALLY SHUSHAN**
**United States Magistrate Judge**