UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG            MSL NO. 2179
     DEEPWATER HORIZON IN THE GULF OF
     MEXICO, ON APRIL 20, 2010                 SECTION J

THIS DOCUMENT RELATES TO: 11-2891       JUDGE BARBIER
                                                             MAG. JUDGE SHUSHAN

NOTICE OF VOLUNTARY DISMISSAL OF BP, P.L.C.

Plaintiff, Coastal Services Group, LLC, files this notice of voluntary dismissal of Defendant BP, P.L.C., without prejudice, pursuant to and in accordance with Rule 41(a)(1)(A)(i) and (B) of the Federal Rules of Civil Procedure. This defendant has not served an answer or a motion for summary judgment.

Respectfully submitted, this 26th day of March, 2012.

                                                           Respectfully submitted,

                                                           */s/ Lee E. Young*
                                                           LEE E. YOUNG
                                                           Attorney for Plaintiff
                                                           MS Bar No. 9061

Young Law Firm, P.C.
Post Office Drawer 700
1407 Jackson Avenue, Suite One (39567)
Pascagoula, MS 39568-0700
Phone (228) 769-8840 / Fax (228) 769-8868

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document was served by Notice of Electronic Filing to counsel of record for Defendants:

Patrick T. Bergin, Esq.
Butler Snow
P.O. Drawer 4248
Gulfport, MS 39502
patrick.bergin@butlersnow.com

Jason Watkins, Esq.
Forman, Perry, Watkins, Krutz & Tardy, LLP
200 South Lamar Street
Suite 100
Jackson, MS 39201-4099
watkinsjd@fpwk.com

This the 26th day of March, 2012.

/s/ Lee E. Young
LEE E. YOUNG

Young Law Firm, P.C.
P.O. Drawer 700
Pascagoula, MS 39568-0700
(228) 769-8840
(228) 769-8868 (Facsimile)