UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION<br><br>MDL 2179 |
| Member Cases: <u>Constantin Land Trust v. BP America Production Co. et al.</u>; C.A. No. 12-179 c/w <u>Constantin Land Trust v. Epic Diving & Marine Services, LLC</u>, C.A. No. 12-259 | SECTION "J" (2) |

## **ORDER**

All parties in the referenced member cases have now consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). Record Doc. Nos. 6097 and 6098 (in MDL 2179) and 16 and 11 (in C.A. Nos. 12-179 and 12-259 respectively). Having conferred with counsel concerning the issues involved in the case, and having been orally advised by them during the status conference conducted on March 8, 2012, that there is no objection,

**IT IS ORDERED** that the portion of the previous order consolidating the member cases, C.A. Nos. 12-179 and 12-259, with each other and with MDL 2179, Record Doc. No. 5725 (in MDL 2179), is VACATED. Civil Action Nos. 12-179 and 12-259 will now proceed separately. The Clerk is directed to file and docket this order in the records of all three cases. All future filings and entries in the member cases must be captioned, filed and docketed separately in the appropriate particular record.

After the pending motions to remand and to dismiss are decided in the member cases, separate status conferences and scheduling orders concerning future proceedings in the member cases will be separately conducted and issued, if appropriate.

New Orleans, Louisiana, this __26th__ day of March, 2012.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**