UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * | CIVIL ACTION NO. 2:10-MDL-02179 |
| | * | SECTION "J" |
| THIS DOCUMENT RELATES TO: CASE NO: 2:10-cv-08888; 2:10-cv-02771 | * * | |
| | * * | JUDGE BARBIER |
| | * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR LEAVE TO FILE SHORT FORM JOINDER

Now into Court, through undersigned counsel comes Elray David Joseph Clark, identified in the attached Claim In Limitation, who moves this Court to allow the filing of a Short Form Joinder in the limitation proceeding, MDL No. 2179, and as grounds thereof asserts the following:

1. No prejudice will result from the acceptance of this proposed filing;

2. The applicable limitations period for Mr. Clark's claims has not yet run;

3. Claimant/movant Elray Clark recently contacted undersigned counsel requesting assistance for his personal injuries and damages as a result thereof, caused by the incidents sued upon in the aforementioned proceedings;

4. Claimant/movant was previously unaware of the availability of remedies for his injuries and/or damages relating to the oil spill and, as a result, had not previously sought relief from this Court or representation of counsel, and, therefore, did not previously file with this Court;

Wherefore, for the above-listed reasons, Elray David Joseph Clark hereby respectfully requests that this Court grant his Motion For Leave To File Short Form Joinder and deem said Short Form as timely filed in this action.

                                      Respectfully Submitted,

                                      __/s/ Terrence J. Lestelle_____
                                      Terrence J. Lestelle-8540
                                      Andrea S. Lestelle-8539
                                      Jeffrey B. Struckhoff-30173
                                      Richard M. Morgain-32603
                                      Lestelle & Lestelle, APLC
                                      3421 N. Causeway Boulevard, Suite 602
                                      Metairie, Louisiana 70002
                                      Telephone: 504-828-1224
                                               and
                                      Martins I. Imudia-24809
                                      Martins I. Imudia & Associates, APLC
                                      1100 Poydras Street, Suite 2900
                                      New Orleans, Louisiana 70163
                                      Telephone: (504) 885-0015

                                      **ATTORNEYS FOR**
                                      **ELRAY DAVID JOSEPH CLARK**

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of March 2012, a copy of the foregoing has been served upon counsel of record in this action by electronic service through the Court's CM/ECF.

                                      __/s/ Terrence J. Lestelle _____
                                      Terrence J. Lestelle