UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| Case No. 2:10-cv-08888-CJB-SS | * | |
| Doc No. 47613 | * | MAGISTRATE JUDGE SHUSHAN |
| Short-Form Joinder of | * | |
| MICHAEL RAWLS | * | |

* * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, the undersigned counsel, and moves this Court for an order withdrawing Martin D. Crump and the law firm of Davis & Crump, P.C., as counsel of record for Plaintiff, Michael Rawls. In further support, Movant states as follows:

1. On or about June 11, 2010, Plaintiff, Michael Rawls, retained the law firm of Davis & Crump, P.C., to serve as counsel with regards to his oil spill case.

2. On April 11, 2011, the undersigned filed a Short Form Joinder on behalf of Plaintiff, Michael Rawls, being Document No.: 47613.

3. On March 19, 2012, the undersigned was informed by written communication that Plaintiff, Michael Rawls, no longer wanted representation by Davis & Crump, P.C. The parties have terminated their attorney-client relationship.

4.   Considering Plaintiff, Michael Rawls, has chosen not to be represented by the undersigned, neither he nor any other party will be prejudiced by Movants' withdrawal of counsel.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel, both individually and on behalf of his respective law firm, Davis & Crump, P.C., moves this Court for an Order withdrawing them as counsel of record for Plaintiff, Michael Rawls.

Respectfully submitted, this the 28th day of March, 2012.

/s/ *Martin D. Crump*
MARTIN D. CRUMP
MSB NO.:  10652
DAVIS & CRUMP, P.C.
Attorneys at Law
Post Office Drawer 6829
Gulfport, MS 39506
228-863-6000
228-864-0907(fax)
E-Mail:  martin.crump@daviscrump.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Withdraw as Counsel will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via U.S. Mail, postage prepaid and properly addressed, on the others listed below this the 28th day of March, 2012.

*Michael Rawls*
*4437 Mill Avenue*
*Moss Point, Mississippi  39563*

/s/ *Martin D. Crump*
MARTIN D. CRUMP