UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * | MDL NO. 2179<br><br>SECTION: J |
| This Document Relates To:<br>Case No. 2:10-cv-08888-CJB-SS<br>Doc No. 55312<br><br>Short-Form Joinder of<br>DAVID E. BANGS | * * * * * * * * | JUDGE BARBIER<br><br>MAGISTRATE JUDGE<br>SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that Martin D. Crump and the law firm of Davis & Crump, P.C., be allowed to withdraw as Counsel for David E. Bangs.

This the _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE

1