MINUTE ENTRY
WILKINSON, M.J.
MARCH 27, 2012

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION<br><br>MDL 2179 |
| Member Case:   Daigle v. DRC Emergency Services et al.; 11-2499 | SECTION "J" (2) |

      The referenced member case has recently been reassigned and referred to me. Record Doc. Nos. 6040 (in MDL 2179) and 35 (in C.A. No. 11-2499). A status conference was conducted before me on this date. Participating were: Ravi Sangisetty, representing plaintiffs; Duke Williams, representing the Plaintiffs' Steering Committee; Sean Brady, Andy Dupre, Don Haycraft, Ryan Babiuch, Sallie Smilie (via telephone) and Estelle Mahoney (via telephone), representing defendants. During the conference, all parties orally consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). A form of written consent is being circulated for execution.

      Motions to dismiss by defendants DRC Emergency Services, LLC and DRC Marine, LLC and defendant Lawson Environmental Services, LLC, Record Doc. Nos. 6041 and

MJSTAR:  0 : 55

6042 (in MDL 2179) and 20 and 34 (in C.A. No. 11-2499), are pending. No response by plaintiffs has been filed. Counsel for the BP defendants advised that he will also file a motion to dismiss. Plaintiffs' counsel requested an opportunity to file an amended complaint to address the pleading deficiencies alleged in the motions, and defense counsel stated that they have no objection to permitting plaintiffs one more opportunity to amend. Accordingly, further proceedings will be conducted as follows:

During the conference, plaintiffs' counsel agreed voluntarily to dismiss without prejudice from C.A. Nos. 11-2512 and 11-2513 duplicative Section 1981 claims also asserted in this case.

No later than **April 30, 2012**, plaintiffs must file their unopposed motion for leave to file an amended complaint.

No later than **May 31, 2012**, the BP defendants must file their responsive Rule 12 motion, with a noticed date of submission of June 27, 2012. No appearance has yet been made on behalf of defendant BP, PLC. If BP, PLC is not voluntarily dismissed before that date, any Rule 12 motion filed by the BP defendants must also address the status of defendant BP, PLC.

No later than **May 31, 2012**, the remaining defendants must file their supplemental memorandum in support of their pending motions to dismiss, which will also be deemed submitted on June 27, 2012, addressing plaintiffs' latest amended complaint.

No later than **June 15, 2012**, plaintiffs must file their memorandum in opposition to the motions to dismiss.

Requests for oral argument or further reply briefing must comply with Local Rules 7.4, 7.7 and 78.1.

If any part of the case remains pending after determination of these motions, counsel must meet, confer and submit to me no later than **July 31, 2012**, their written report, for all purposes provided in Fed. R. Civ. P. 26(f), including a proposed schedule for class certification, pretrial deadlines and trial.

If appropriate, a status conference will be conducted before me on **August 15, 2012 at 2:00 p.m.** to plan and schedule further proceedings.

**IT IS FURTHER ORDERED** that the portion of the previous order consolidating C.A. No. 11-2499 with MDL 2179, Record Doc. Nos. 6040 (in MDL 2179) and 35 (in C.A. No. 11-2499), is VACATED. Civil Action No. 11-2499 will now proceed separately. The Clerk is directed to file and docket this minute entry in the records of both MDL 2179 and C.A. No. 11-2499. All future filings and entries in C.A. No. 11-2499 must be captioned, filed and docketed separately in C.A. No. 11-2499.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL BARBIER**