**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN REI IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO.: 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER |
| *In Re: Triton Asset Leasing GmbH, et. al.*<br>*Case No. 2:10-cv-02771-CJB-SS, [Rec. Doc. 433]* | MAG. JUDGE SHUSHAN |

## JOINT MOTION TO SUBSTITUTE COUNSEL OF RECORD

**ON MOTION** of David B. Franco and James R. Dugan, II of The Dugan Law Firm, APLC and Deborah A. Pearce of Deborah A. Pearce, LLC, and on stating to this Court that as of as of March 2, 2012, David B. Franco and James R. Dugan, II no longer represent, the Claimant-in-Limitation, Doran Seafood, LLC, in the above captioned matter, and that Claimant-in-Limitation is proceeding forward with its additional counsel, Deborah A. Pearce of Deborah A. Pearce, LLC as its sole attorney. Deborah A. Pearce desires to be enrolled as counsel of record for Claimant-in-Limitation, Doran Seafood, LLC, and David B. Franco and James R. Dugan, II to be withdrawn.

**WHEREFORE**, Deborah A. Pearce respectfully requests to be enrolled as counsel of record for Claimant-in-Limitation, Doran Seafood, LLC, and David B. Franco and James R. Dugan, II of The Dugan Law Firm, APLC, respectfully request that their names be withdrawn.

Respectfully submitted,

By:

**THE DUGAN LAW FIRM**

/s/ David B. Franco
David B. Franco (TX Bar No. 24072097)
James R. Dugan, II (LA Bar No. 24785)

365 Canal Street, Suite 1000
New Orleans, Louisiana 70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181
Email: dfranco@dugan-lawfirm.com


By:      /s/ Deborah A. Pearce
         Deborah A. Pearce (LA Bar No. 22577)
         DEBORAH A. PEARCE, LLC
         141 Robert E. Lee, Suite 242
         New Orleans, Louisiana 70124
         Telephone: (504) 301-2881
         Facsimile: (504) 301-9769
         Email: federalappeals@cox.net

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Joint Motion to Substitute Counsel of Record, and Proposed Order, have been served on all counsel of record by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of March, 2012.

 /s/ David B. Franco
David B. Franco, Esq.