# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN REI  IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010** | **MDL NO.: 2179** |
| | **SECTION:  J** |
| **THIS DOCUMENT RELATES TO:** | **JUDGE BARBIER** |
| *In Re: Triton Asset Leasing GmbH, et. al.* *Case No. 2:10-cv-02771-CJB-SS, [Rec. Doc. 433]* | **MAG. JUDGE SHUSHAN** |

## ORDER

Considering the above and foregoing Joint Motion to Substitute Counsel of Record,

**IT IS HEREBY ORDERED** that David B. Franco and James R. Dugan, II of The Dugan Law Firm, APLC, be and are hereby withdrawn as counsel of record for Claimant-in-Limitation, Doran Seafood, LLC, and Deborah A. Pearce of Deborah A. Pearce, LLC be and is hereby enrolled as counsel for Claimant-in-Limitation.

Signed in New Orleans, Louisiana this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE