UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | Section "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| *All Cases* | * | |
| | * | MAGISTRATE SHUSHAN |

### DRIL-QUIP INC.'S MOTION FOR RULE 54(B) CERTIFICATION OF FINAL JUDGMENT

Defendant Dril-Quip, Inc. ("Dril-Quip") asks the Court to certify as a final judgment its January 20, 2012 Order (Rec. Doc. 5306) granting Dril-Quip, Inc.'s Motion for Summary Judgment Against All Claims (the "Order"), as authorized by Federal Rule of Civil Procedure 54(b). Certification is proper because the Order was a final judgment and because there is no unjust reason for delaying certification.

The factual and legal bases supporting this Motion are set forth in the accompanying Dril-Quip, Inc.'s Memorandum in Support of Its Motion for Rule 54(b) Certification of Final Judgment.

Date: March 27, 2012

        Respectfully submitted,
        WARE, JACKSON, LEE & CHAMBERS, LLP

    BY: /s/ Don Jackson
        Don Jackson
        Texas Bar No. 10476000
        Fed ID No. 6915
        C. Dennis Barrow, Jr.
        Texas Bar No. 00796169
        Fed ID No. 20624
        2929 Allen Parkway, 42nd Floor

Houston, TX 77019
Phone: (713) 659-6400
Fax: (713) 659-6262
Counsel for Defendant, Dril-Quip, Inc.

## CERTIFICATE OF SERVICE

I certify that the above and foregoing document will be served on all counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 27th day of March, 2012.

/s/ Don Jackson
Don Jackson