UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN REI   IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO.: 2179 |
|---|---|
| | SECTION: J |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER |
| *In Re: Triton Asset Leasing GmbH, et. al.* Case No. 2:10-cv-02771-CJB-SS, [Rec. Doc. 433] | MAG. JUDGE SHUSHAN |

## ORDER

Considering the above and foregoing Joint Motion to Substitute Counsel of Record,

**IT IS HEREBY ORDERED** that David B. Franco and James R. Dugan, II of The Dugan Law Firm, APLC, be and are hereby withdrawn as counsel of record for Claimant-in-Limitation, Doran Seafood, LLC, and Deborah A. Pearce of Deborah A. Pearce, LLC be and is hereby enrolled as counsel for Claimant-in-Limitation.

Signed in New Orleans, Louisiana this 28th day of March, 2012.

_____
United States District Judge