# COURT RECORD LOAN FORM
## U.S. DISTRICT COURT
*This portion remains with Court Records*

No. **10-md-2179** Short Title **In Re: Oil Spill** Date **3/29/12**

To:
Name: **J. Frankowsky**
**Bartley + Thompson**

Address: **1515 Poydras St. Suite 2350**
**NO    LA    70112**
City          State          Zip

**Documents Enclosed:**
- ☐ Record Vols:
- ☐ Transcripts
- ☐ Exhibits ☐ Env.
- ☐ Box: ☐
- ☐ Supp. Record Vols.
- ☐ Second Supp. Record Vols.

**See Attached**

**KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES**

Attorney Return: **595-3357**
Send Record with Brief of Appellee to 5th Circuit

TO: CLERK, 5TH CIRCUIT

app # **12-30230**

*U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA FILED MAR 29 2012 LORETTA G. WHYTE CLERK*

Complete the area below and return this form along with the documents to 5th Circuit.
- ☐ Record Vols.
- ☐ Supp. Record Vols.
- ☐ Exhibits ☐

Records listed above are returned to Clerk
ATTORNEY NAME_____
DATE_____

---

Clerk's Receipt: To be completed by 5th Circuit Clerk's Office and forwarded to person in previous section

No._____ Short Title_____

TO: CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

- ☐ Record Vols.
- ☐ Supp. Record Vols.
- ☐ Exhibits ☐

Records listed above have been received by Clerk
NAME_____
DATE_____

---

Attorney Forwarding Receipt:
If documents are forwarded to another person, complete the section below, detach and return it to: **District Court Clerk's Office**.

No._____ Short Title_____

TO: CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

- ☐ Record Vols.
- ☐ Supp. Record Vols.
- ☐ Exhibits ☐

Records listed above have been forwarded to:
ATTORNEY NAME_____
ADDRESS_____
CITY, STATE, ZIP_____
SIGNED_____
DATE_____

---

Attorney Receipt: The area below is to be completed by Original Recipient.
Upon receipt of documents, detach this portion and forward it to **District Court Clerk's Office**.

No._____ Short Title_____

TO: CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

- ☐ Record Vols.
- ☐ Supp. Record Vols.
- ☐ Exhibits ☐

Case records listed above received by:
JUDGE/ATTY NAME_____
DATE_____

## MDL 2179

**Original Record** - 2 Volumes

**1st Supplemental Record** - 10 Volumes

**2nd Supplemental Record** - 2 Volumes

**3rd Supplemental Record** - 2 Volumes

**4th Supplemental Record** - 4 Volumes

**5th Supplemental Record** - 4 Volumes of Record, 18 Volumes of Transcripts

**6th Supplemental Record** - 5 Volumes of Record, 4 Volumes of Transcripts

**Total = 29 Volumes of Record & 22 Volumes of Transcript**