UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br><br>SECTION J |
| This document relates to: | JUDGE CARL J. BARBIER |
| WINNIE'S ARTSY CAFÉ, L.L.C. V. BP, PLC, ET AL. | MAG. JUDGE SALLY SHUSHAN |
| CIVIL ACTION NUMBER: **2:10-cv-02820** | |

## MOTION TO WITHDRAW COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes the Plaintiff, Winnie's Artsy Café, L.L.C., d/b/a Mahony's Po-Boy Shop, who respectfully requests that this Court withdraw Natalie M. DeJean, La. Bar No. 32423, as counsel of record in this case, as she is no longer employed by the Murray Law Firm. Stephen B. Murray, Stephen B. Murray Jr., Robin Myers, and James Dugan will remain as counsel of record.

WHEREFORE, the Plaintiff prays that this court grants this motion and enters an Order withdrawing Natalie M. DeJean as counsel of record for Winnie's Artsy Café, L.L.C. d/b/a Mahony's Po-Boy Shop.

Respectfully Submitted,

MURRAY LAW FIRM

/s/ Stephen B. Murray, Jr.
STEPHEN B. MURRAY, JR. (23877)
Stephen B. Murray  (9858)
Robin M. Myers (32613)
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Telephone:    504.525.8100
Facsimile:    504.584.5249

AND

James R. Dugan, II
DUGAN LAW FIRM
One Canal Place
365 Canal Street, Suite 1000
New Orleans, Louisiana 70130
Telephone:    504.648.0180
Facsimile:    504.648.0181

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion to Withdraw Counsel of Record has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179 on this 29th day of March, 2012.

/s/ Stephen B. Murray, Jr.
STEPHEN B. MURRAY, JR.