MINUTE ENTRY
WILKINSON, M.J.
MARCH 28, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION<br><br>MDL 2179 |
| Member Case: <u>In re: Triton Asset Leasing</u>;<br>Civil Action No. 10-2771 (Wisner Donation Motion for Partial Summary Judgment) | SECTION "J" (1) |

Pursuant to my previous order, Record Doc. Nos. 6058 in MDL 2179 and 472 in 10-2771, a status conference was conducted today in this matter. Participating were Robert Wiygul and Joel Waltzer, representing the Edward Wisner Donation; Shannon Holtzman, Greg Johnson, Christopher Esbrook, Nathan Block and Jennifer Cote, representing BP. The purpose of the conference was to discuss informally the scope and logistics of producing materials that are the subject of the Wisner Donation's Motion for Partial Summary Judgment – Specific Performance of Contractual Access Agreement, Record Doc. No. 5751, and to plan for production of such materials by BP.

Counsel reported that about 7,000 responsive documents have recently been produced by BP to Wisner and additional time is required to review those materials. All counsel expressed that substantial progress toward resolution of the document production issues raised by the motion has been made. The conference participants engaged in a wide-ranging

MJSTAR:   1 : 00

discussion concerning the timing and logistics of further document production pursuant to the subject contract.  At the conclusion of the meeting, counsel jointly requested additional time to attempt to reach agreement on a proposed case management order to be submitted to the court jointly that might render the motion moot.  Accordingly,

**IT IS ORDERED** that further briefing or other proceedings concerning the pending motion for partial summary judgment will be deferred. No later than **April 20, 2012**, the parties must meet and confer and submit to me either a joint motion for entry of a case management order that will render a ruling on the pending motion moot or a written report describing the status of their discussions and stating whether a further conference with the court might be beneficial. Thereafter, I will determine what further action by the court might be appropriate.

Beyond the relief specifically sought in the pending motion, the parties also briefly discussed possible resolution of certain expense reimbursement obligations and the notice and meeting attendance provisions contained in Paragraphs 7 and 9 of the subject contract. I am available to the parties to schedule whatever further court-conducted mediation efforts they might request concerning these topics.

The Clerk is hereby directed to file and docket this order in the records of both MDL 2179 and the individual member case, C.A. No. 10-2771.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**