UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL 2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES TO: 10-1615 | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## MOTION TO WITHDRAW COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes the Plaintiff, Nicholas J. Dinet, who respectfully requests that this Court withdraw Natalie M. DeJean, La. Bar No. 32423 as counsel of record in this case, as she is no longer employed by the Murray Law Firm. Stephen B. Murray, Stephen B. Murray Jr., Arthur M. Murray, Korey A. Nelson, Robin Myers, and Jessica W. Hayes will remain as counsel of record.

WHEREFORE, the Plaintiff prays that this court grants this motion and enters an Order withdrawing Natalie M. DeJean as counsel of record for Nicholas J. Dinet.

Respectfully Submitted,
MURRAY LAW FIRM

/s/ Stephen B. Murray, Jr.
Stephen B. Murray  (9858)
Stephen B. Murray, Jr. (23877)

Arthur M. Murray (27694)
Korey A. Nelson (30002)
Jessica W. Hayes (28927)
Robin M. Myers (32613)
MURRAY LAW FIRM
650 Poydras Street
Suite 2150
New Orleans, Louisiana 70130
Telephone:    504.525.8100
Facsimile:    504.584.5249

And

Philip F. Cossich, Jr.  (1788)
David A. Parsiola  (21005)
Brandon J. Taylor (27662)
Christina M. Cossich (32407)
COSSICH, SUMICH, PARSIOLA & TAYLOR, LLC
8397 Highway 23, Suite 100
Belle Chasse, LA  70037
Telephone:    504.394.9000
Facsimile:    504.394.9110

And

George P. Vourvoulias, III (28254)
THE VOURVOULIAS LAW FIRM, LLC
400 Poydras Street
Suite 1680
New Orleans, Louisiana 70130
Telephone:    504.680.4303
Facsimile:    504.527.5456

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion to Withdraw Counsel of Record has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed

with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179 on this 29th day of March, 2012.

/s/ Stephen B. Murray, Jr.
Stephen B. Murray, Jr.