UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL 2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES TO: 10-1615 | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

### (Proposed) ORDER

Considering the foregoing Motion to Withdraw Counsel of Record;

**IT IS ORDERED** that the motion is **GRANTED** and that Natalie M. DeJean, La. Bar No. 32423 is withdrawn as counsel of record in this matter on behalf of the Plaintiff, Nicholas J. Dinet.

New Orleans, Louisiana, on this _____ day of _____, 2012.

_____
**CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**