UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179 SECTION J |
| This document relates to: | JUDGE CARL J. BARBIER |
| WINNIE'S ARTSY CAFÉ, L.L.C. V. BP, PLC, ET AL. | MAG. JUDGE SALLY SHUSHAN |
| CIVIL ACTION NUMBER: **2:10-cv-02820** | |

**O R D E R**

Considering the foregoing Motion to Withdraw Counsel of Record;

**IT IS ORDERED** that the motion is **GRANTED**, and that Natalie M. DeJean, La. Bar No. 32423, is withdrawn as counsel of record in this matter on behalf of the Plaintiff, Winnie's Artsy Café, L.L.C. d/b/a Mahony's Po-Boy Shop.

New Orleans, Louisiana, on this 29th day of March, 2012.

_____
United States District Judge