UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179  SECTION: J |
| This Document Relates To: Case No. 2:10-cv-08888-CJB-SS Doc. No. 67599 Short-Form Joinder of McCann's Seafood | * * * * * | JUDGE BARBIER  MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, the undersigned counsel moves this Court for an order withdrawing Natalie K. Mitchell and the law firms of Tom Watkins and Kinney, Ellinghausen, Richard, DeShazo, APLC, as counsel of record for Plaintiff McCann's Seafood. In further support, Movant states as follows:

1. On April 20, 2011, Lindsey McCann, on behalf of McCann's Seafood, retained the law firms of Tom Watkins and Kinney, Ellingausen, Richard & DeShazo, APLC to serve as counsel with regards to its oil spill case.

2. On April 20, 2011, the undersigned filed a Short Form Joinder on behalf of Plaintiff McCann's Seafood, Document No. 67599.

3. On January 26, 2012, the parties terminated their relationship.

4. McCann's Seafood will remain in the litigation. Neither the Plaintiff, nor any other party, will be prejudiced by Movant's withdrawal of counsel.

WHEREFORE, the undersigned counsel, both individually and on behalf of the respective law firms of Tom Watkins and Kinney, Ellinghausen, Richard & DeShazo, APLC,

move this Court for an Order withdrawing them as counsel of record for Plaintiff McCann's Seafood.

Respectfully submitted this 29th day of March, 2012.

_____
NATALIE K. MITCHELL (#32599)
Kinney, Ellinghausen, Richard & DeShazo, APLC
1250 Poydras St., Suite 2450
New Orleans, LA 70113
Phone: (504) 524 – 0206
Facsimile: (504) 525 – 6216

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of Court. Further, this is to certify that a true and correct copy of the foregoing has been served via U.S. Mail, postage prepaid and properly addressed, on those listed below this 29th day of March, 2012.

Ms. Lindsey McCann
McCann's Seafood
4215 Highway 28 East
Pineville, LA 71360