UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179  SECTION: J |
| This Document Relates To: Case No. 2:10-cv-08888-CJB-SS Doc. No. 67599 Short-Form Joinder of McCann's Seafood | * * * * * * | JUDGE BARBIER  MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that Natalie K. Mitchell and the law firms of Tom Watkins, and Kinney, Ellinghausen, Richard & DeShazo, APLC be allowed to withdraw as Counsel for McCann's Seafood.

_____
United States District Judge