UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| | * | |
| | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | * | |
| *ALL CASES* | * | MAG. JUDGE SHUSHAN |

## AGREED 30(b)(6) DEPOSITION NOTICE OF RRB ENERGY, INC. (WITH 30(b)(2) DOCUMENT REQUESTS)

To:   Rrb Energy, Inc.
      3515 Emerald Falls Court
      Houston, Texas 77059

By agreement of Plaintiffs' Liaison Counsel, Defense Liaison Counsel, Coordinating Counsel for the States, and Coordinating Counsel for the U.S., Rrb Energy, Inc. ("Rrb Energy") shall—pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure and Pre-Trial Order No. 17 (as supplemented and amended by Pre-Trial Order 27)—designate and produce one or more officers, managers, agents, employees, or other representatives of Rrb Energy to discuss the Areas of Inquiry identified below. The time and location of the deposition will be scheduled in conjunction with the designees' fact deposition in an individual capacity, or otherwise as may be scheduled with Judge Shushan and the parties.

### Definitions

1.    "Document" shall mean any printed, type-written or handwritten matter of whatever character, including, without limitation, the original and each non-identical

1

15104290.2

copy of each and any writing, memorandum, letter, e-mail, correspondence, telegram, note, minutes, contract, agreement, interoffice and intraoffice communications, procedure, pamphlet, diary, record or note of telephone conversation, chart, schedule, entry, print, representation, record, report, photograph and any tangible item or thing of written, readable, graphic, audible, or visual material.

2. In those instances where requested documents are stored only on software or other data compilations, the responding party should either produce the raw data along with all codes, programs and metadata for translating it into usable form or produce the information in a finished usable form, which would include all necessary glossaries, keys and indices for interpretation of the material.

3. "Communication" shall mean and include any transmission or exchange of any information, whether orally or in writing, including, without limitation, any conversation or discussion by means of letter, note, memorandum, inter-office correspondence, telephone, electronic mail, telegraph, telex, telecopies, cable communicating data processors, or some other electronic or other medium.

4. "BP" means, without limitation, BP Exploration and Production, Inc., BP America, Inc., BP America Production Company, and BP, P.L.C., including their predecessors, successors, subsidiaries, departments, divisions, attorneys, accountants, and current and former directors, officers, employees, agents, representatives and persons acting on their behalf.

### Areas of Inquiry

1. All work performed by Rrb Energy between April 20, 2010 and present related to the Macondo well and *Deepwater Horizon*.

2. All work performed by Rrb Energy or its employees as part of the BP Incident Investigation Team, relating to the *Deepwater Horizon* incident.

3. All work performed by Rrb Energy or its employees as part of the Capping Stack Team, relating to the *Deepwater Horizon* incident.

4. All work performed by Rrb Energy or its employees as part of the Unified Command responding to the *Deepwater Horizon* incident.

5. All communications between Rrb Energy and BP regarding the *Deepwater Horizon*.

## Document Requests

Rrb Energy is further requested, in accordance with Rule 30(b)(2) of the Federal Rules of Civil Procedure, as well as Rule 26, Rule 34, and Pre-Trial Orders Nos. 16, 17 and 27, to produce, or identify by specific Bates Number(s) (if already produced), the following documents, at least ten (10) days prior to the time of the relevant designee's deposition:

### First Set of Requests

For each Area of Inquiry identified above, please produce all files or documents, including computer models and/or simulations, which relate, pertain, evidence and/or reflect the issues, topics and/or events described therein or associated therewith.

### Second Set of Requests

For each Area of Inquiry identified above, please produce all documents provided to, reviewed with, utilized by, and/or relied upon by the deponent to prepare for his or her deposition testimony.

### Third Set of Requests

For each designee, please produce a copy of his or her custodial file, current resume or CV, and a copy of any and all prior testimony, whether provided in an individual or representative capacity, including any and all deposition testimony, trial testimony, sworn statements, affidavits, declarations, expert reports, and/or testimony before a legislative, regulatory or investigative body or agency.

3

15104290.2

This 29th day of March, 2012.

Respectfully submitted,

| | |
|---|---|
| /s/ Steven L. Roberts<br>Steven L. Roberts (Texas, No. 17019300)<br>Rachel Giesber Clingman (Texas, No. 00784125)<br>Kent C. Sullivan (Texas, No. 19487300)<br>David A. Baay (Texas, No. 24027050)<br>Sutherland Asbill & Brennan LLP<br>1001 Fannin Street, Suite 3700<br>Houston, Texas 77002<br>Telephone: (713) 470-6100<br>Email: steven.roberts@sutherland.com,<br>rachel.clingman@sutherland.com,<br>kent.sullivan@sutherland.com,<br>teri.donaldson@sutherland.com | By:   /s/ Kerry J. Miller<br>Kerry J. Miller (Louisiana, No. 24562)<br>Frilot, L.L.C.<br>1100 Poydras Street, Suite 3700<br>New Orleans, Louisiana 70163<br>Telephone: (504) 599-8169<br>Facsimile: (504) 599-8154<br>Email: kmiller@frilot.com<br>Facsimile: (713) 654-1301<br><br>-and-<br><br>By:   /s/ Edwin G. Preis, Jr.<br>Edwin G. Preis, Jr. (Louisiana, No. 10703)<br>Edward F. Kohnke, IV (LA, No. 07824)<br>Preis & Roy PLC<br>102 Versailles Boulevard, Suite 400<br>Lafayette, Louisiana 70501<br>Telephone: (337) 237-6062<br>Facsimile: (337) 237-9129<br>-and-<br>601 Poydras Street, Suite 1700<br>New Orleans, Louisiana 70130<br>Telephone: (504) 581-6062<br>Facsimile: (504) 522-9129<br>Email: egp@preisroy.com,<br>efk@preisroy.com |

**Of Counsel:**
Daniel O. Goforth (Texas, No. 08064000)
Goforth Easterling LLP
4900 Woodway, Suite 750
Houston, Texas 77056
Telephone: (713) 650-0022
Facsimile: (713) 650-1669
Email: dangoforth@goforthlaw.com

John M. Elsley (Texas, No. 0591950)

Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone: (713) 224-8380
Facsimile: (713) 225-9945
Email: john.elsley@roystonlaw.com

Brad D. Brian (California, No. 79001)
Allen M. Katz (California, No. 054933)
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5180, (213) 683-4018
Email: brad.brian@mto.com, allen.katz@mto.com

*Counsel for Triton Asset Leasing Gmbh, Transocean Holdings LLC, Transocean Deepwater Inc., and Transocean Offshore Deepwater Drilling Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on March 29, 2012.

s/Kerry J. Miller

5

15104290.2