# Attachment A

# BP Respectfully Requests an *in Camera* Inspection of the Following Documents

| Exemplar | First | Last | DocDate | Privilege | Author | Recipients | Attorney | Description | Basis | Redaction | Log Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | IGS606-025369 | IGS606-025370 | 20100510 | DP | McNutt, Marcia, DOI | McNutt, Marcia K., DOI | N/A | Email re gamma ray Imagery of BOP and X-rays | Internal pre-decisional discussion of proposed legal and policy issues to raise with decision makers | N/A | Log 23 |
| 2 | N1Q024-001015 | N1Q024-001016 | 20100515 | DP | Debbie Payton, DOC | Dix, Mark, DOC; Dave.Westerholm; Bill Lehr; Conner, William, DOC; Henry, Charles B. Jr., DOC | N/A | Email re Development of Flow Rate issues for Discussion by Managers | Contains concerns addressed to senior management. Chilling effect on freedom to express comments, provide opinions, criticisms and recommendations | N/A | Log 23 |
| 3 | N1A001-006888 | N1A001-006888 | 20100515 | DP | Murawski, Steve, DOC | Lubchenco, Jane, DOC; Lehr, William J., DOC; Kennedy, David M., DOC; Conner, William, DOC; Spring, Margaret, DOC; MacDonald, Alexander E., DOC | N/A | Email re Paper on Acoustic Measurement Methodology | To allow free discussion among scientists | N/A | Log 21 |
| 4 | IGS606-027027 | IGS606-027028 | 20100519 | DP | Hunter, Tom, DOE | McNutt, Marcia K., DOI | N/A | Email re 3rd erosion hole | Internal pre-decisional briefing of management related to ongoing response actions and proposed documents and decisions | N/A | Log 23 |
| 5 | IGS606-027268 | IGS606-027268 | 20100521 | DP | Clark, Roger, DOI | Clark, Roger, DOI; Labson, Victor, DOI; McNutt, Marcia K., DOI | N/A | Email re AVIRIS Results and Status | Internal pre-decisional briefing of management related to ongoing response actions and proposed documents and decisions | N/A | Log 23 |
| 6 | IGS194-067150 | IGS194-067151 | 20100523 | DP | Labson, Victor F, USGS | Plumlee, Geoff, DOI | N/A | Email re aviris Quant Oil paperDraft .95 | Internal pre-decisional discussion of aviris draf oil paper | N/A | Log 23 |
| 7 | IGS606-045829 | IGS606-045830 | 20100524 | DP | Witkop, James James.Witkop@mms.gov | McNutt, Marcia; McNutt, Marcia K., DOI | N/A | Email re Flow Rate and volume Estimate Process | Internal pre-decisional discussion of proposed legal and policy issues to raise with decision makers | N/A | Log 23 |
| 8 | IGS606-045702 | IGS606-045703 | 20100524 | DP | Lehr, William J., DOC | McNutt, Marcia K., DOI | N/A | Email re Flow Rate Measurements | Internal pre-decisional discussion of proposed legal and policy issues to raise with decision makers | N/A | Log 23 |
| 9 | IGS606-045725 | IGS606-045725 | 20100524 | DP | Andy Bowen abowen@whoi.edu | McNutt, Marcia K., DOI | N/A | Email re Flow measurements | Internal pre-decisional discussion of proposed legal and policy issues to raise with decision makers | N/A | Log 23 |
| 10 | SNL093-012885 | SNL093-012885 | 20100525 | DP | Garwin, Richard L., SA | Majumdar, Arun, DOE; Keese, David L., DOE; Cooper, George, SA; Holdren, John, EOP; Hurst, Kathleen, DOE; McNutt, Marcia K., DOI; Tatro, Marjorie L., DOE; Merewether, Ray, DOE; O'Connor, Rod, DOE; Chu, Steven, DOE; Slocum, Alexander, DOE Contractor; Bickel, Thomas, DOE; Hunter, Tom, DOE | N/A | Email re 3 Garwin observations after hearing from Tom Hunter just now of pressure measurements on Kill line | Internal pre-decisional communication, including senior agency management and staff, discussing evaluation conducted of proposed response action at BP spill site, including thoughts on same | N/A | Log 15 |

| Exemplar | First | Last | DocDate | Privilege | Author | Recipients | Attorney | Description | Basis | Redaction | Log Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | IGS606-012951 | IGS606-012954 | 20100526 | DP | McNutt, Marcia, DOI | Lasheras, Juan, FRTG | N/A | Email re DOC uncertainty Estimate | Internal pre-decisional discussion of proposed legal and policy issues to raise with decision makers | N/A | Log 23 |
| 12 | IGS606-045905 | IGS606-045907 | 20100526 | DP | Leifer, Ira, FRTG | Wereley, Steven T., FRTG | N/A | Email re Kink plume Estimated Flow of 48 cm/s | Internal pre-decisional discussion of proposed legal and policy issues to raise with decision makers | N/A | Log 23 |
| 13 | IGS606-046151 | IGS606-046155 | 20100527 | DP | Leifer, Ira, DOI | Wereley, Steven T., DOI; McNutt, Marcia K., DOI; Aliseda, Alberto, DOI; Johnson, Aaron, DOI; Lehr, Bill, DOC; Shaffer, Franklin, DOE; Boehm, Jason, DOC; Wright, John D., DOC; Kimball, Kevin A., DOC; Lasheras, Juan, DOI; Moldover, Michael R., DOC; Gallaghe | N/A | Email re NIST uncertainty estimate | Internal pre-decisional and deliberative discussion of policy issues related to the response. | N/A | Log 34 |
| 14 | IGS606-046442 | IGS606-046444 | 20100528 | DP | Cesnik, Catherine, DOI | Celata, Michael; Michael.Celata@mms.gov; Maclay, Donald, DOI | N/A | Email re Resevoir Modeling Team Update | Internal pre-decisional briefing of management related to ongoing response actions and proposed documents and decisions | N/A | Log 23 |
| 15 | IGS606-013551 | IGS606-013551 | 20100530 | DP | McNutt, Marcia, DOI | Cesnik, Catherine, DOI | N/A | Chart regarding Anticipated Effect of Removing Riser on Flow from Well | Internal pre-decisional briefing of management related to ongoing response actions and proposed documents and decisions | N/A | Log 23 |
| 16 | SNL117-027848 | SNL117-027849 | 20100530 | DP | Tieszen, Sheldon R., DOE | Tatro, Marjorie L., DOE | N/A | Email re LANL Led Review of NETL Led (DOE wide) Model | Internal pre-decisional and deliberative discussion of analysis of potential effects of oil spill to assist in policy decisions | N/A | Log 16 |
| 17 | IGS606-000325 | IGS606-000325 | 20100601 | DP | Cesnik, Catherine, DOI | McNutt, Marcia K., DOI | N/A | Email re cutting the riser - changing the Flow Rate | Internal pre-decisional discussion regarding flow rates | N/A | Log 23 |
| 18 | IGS606-000330 | IGS606-000331 | 20100601 | DP | McNutt, Marcia K | jnowakowski@usgs.gov | N/A | Email re Info for CFD simulations | Internal pre-decisional discussion regarding oil samples | N/A | Log 23 |
| 19 | IGS678-023621 | IGS678-023630 | 20100602 | DP | Labson, Victor F, DOI | McNutt, Marcia K, DOI; Sogge, Mark, DOI; Hines, Vic, DOI | N/A | Draft document titled Estimated Lower Bound for Leak Rates from the Deepwater Horizon Spill, Interim Report to the Flow Rate Technical Group from the Mass Balance Team | Internal pre-decisional briefing of management related to ongoing response actions and proposed documents and decisions. | N/A | Log 23 |
| 20 | IGS040-015487 | IGS040-015488 | 20100602 | DP | Hines, Vic, DOI | Campbell, Jon C., DOI; Wade, Anne-Berry; Demas, Alex P., DOI | N/A | Email re FRTG input for slides | Internal pre-decisional and deliberative discussion of policy issue related to review of draft documents | N/A | Log 34 |
| 21 | SNL095-025722 | SNL095-025723 | 20100604 | DP | Hunter, Tom, DOE | Burns, Michael J., DOE | N/A | Email re ENTERPRISE OIL RECOVERY DATA LOG | Internal pre-decisional communication requesting additional information on data retrieved from BP spill site | N/A | Log 15 |
| 22 | IES008-106487 | IES008-106487 | 20100606 | DP | Hayes, David J., DOI | Lee-Ashley, Matt, DOI; Salazar, Kenneth, DOI | N/A | Email re Can you clarify where Allen got the 20 percent flow rate increase estimate | Internal pre-decisional and deliverative discussion of policy issue related to releasing data to the public | N/A | Log 34 |

| Exemplar | First | Last | DocDate | Privilege | Author | Recipients | Attorney | Description | Basis | Redaction | Log Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 23 | IGS635-004448 | IGS635-004449 | 20100607 | DP | Sogge, Mark, DOI | Garcia, Martha, DOI | N/A | Email re Daily total Flow Estimates | Internal pre-decisional briefing of management related to ongoing response actions and proposed documents and decisions. | N/A | Log 23 |
| 24 | LAL137-019983 | LAL137-019983 | 20100607 | DP | Garwin, Richard L., SA | Hurst, Kathleen, DOE | N/A | Email re Flow calculations-- simple approach needs one number-- skirt-seal flip pressure. | Internal pre-decisional discussion of proposed documents relating to BP oil spill response actions | N/A | Log 15 |
| 25 | IGS635-004385 | IGS635-004386 | 20100607 | DP | Wereley, Steve, Purdue University | Lehr, William J., DOC; Bommer, Paul, University of Texas; Shaffer, Franklin, DOE; Yapa, Poojitha, FRTG; Cesnik, Catherine, DOI; Caramanian, Lori, DOI; wsr@lanl.gov; Maclay, Donald, DOI; Guthrie, George, DOE; Savas, Ömer, FRTG; Espina, Pedro, DOC; Aliseda, | N/A | Email re pressure-based Flow Calcs | Internal pre-decisional briefing of management related to ongoing response actions and proposed documents and decisions. | N/A | Log 23 |
| 26 | SNL093-009674 | SNL093-009676 | 20100607 | DP | Dykhuizen, Ronald, DOE | Tatro, Marjorie L., DOE; Hunter, Tom, DOE; Morrow, Charles, DOE | N/A | Email re Pressures before and after riser removal, with test rams shut | Internal pre-decisional communication, including senior agency management, providing thoughts on issue related to flow rate analysis at BP spill site | N/A | Log 15 |
| 27 | IGS040-014503 | IGS040-014503 | 20100607 | DP | Camilli, Richard | Kusek, Joseph LT | N/A | Preliminary Flow Rate Calculation using acoustic Technologies | Internal pre-decisional and deliberative discussions onPreliminary flow rate calculation using acoustic technologies | N/A | Log 23 |
| 28 | IGS040-014422 | IGS040-014423 | 20100609 | DP | Lee-Ashley, Matt | Castle, Anne; Rodriguez, Julie; McNutt, Marcia; Hayes, David | N/A | Email Re plume team Estimates | Internal pre-decisional and deliberative discussions on plume team estimates | N/A | Log 23 |
| 29 | IGS040-014499 | IGS040-014502 | 20100609 | DP | Lee-Ashley, Matt | Sogge, Mark K; Hayes, David | N/A | Email rePreliminary Flow Rate Results | Internal pre-decisional and deliberative discussions ofPreliminary flow rate results | N/A | Log 23 |
| 30 | IGS675-010169 | IGS675-010172 | 20100610 | DP | Labson, Victor F, DOI | Powers, Michael, DOI | N/A | Email re Fw: Question on Flow Calculation. | Internal pre-decisional discussion of policy issues related to draft press statement. | N/A | Log 23 |
| 31 | LAL137-018345 | LAL137-018346 | 20100611 | DP | Dykhuizen, Ronald, DIE | Majumdar, Arun, DOE; Blankenship, Douglas, DOE; O'Sullivan, Donald, DOE; Morrow, Charles, DOE; Rees, Will, DOE; Tatro, Marjorie L., DOE; Tieszen, Sheldon, DOE; Slocum, Alex, DOE Contractor; Garwin, Dick, DOE Contractor; Cooper, George, DOE Contractor Hunter, Tom, DOE; Holdren, John, ???; McNutt, Marcia K., DOI; Owens, Missy, DOE; Merewether, Ray, ???; O'Connor, Rod, DOE, DOE; Chu, Steven, DOE | N/A | Email re Water density impact on jet flow | Internal pre-decisional discussion of proposed BP oil spill response actions | N/A | Log 15 |
| 32 | IGS635-005968 | IGS635-005969 | 20100612 | DP | McNutt, Marcia, DOI | Flow Rate Team | N/A | Email re Flow Rate ESTIMATE McNutt Concurring with USCG Proposed wording re new Flow Rate Estimates | Internal pre-decisional discussion regarding Dr. McNutt's research | N/A | Log 23 |
| 33 | SNL095-010748 | SNL095-010749 | 20100613 | DP | Majumdar, Arun, DOE | Hunter, Tom, DOE; Garwin, Richard L., SA; Chu, Steven, DOE; Blankenship, Douglas A., DOE; Poneman, Daniel, DOE; Leistikow, Dan, DOE; Cooper, George, DOE; Holdren, John P., EOP; Hurst, Kathleen T., DOE; McNutt, Marcia K., DOI; Merewether, Ray, SA; Dykhuizen, Ronald C., DOE; O'Connor, Rod, DOE; Black, Stephen J., DOE; Slocum, Alexander H., SA H., SA; Salazar, Kenneth, DOI | N/A | Email re 5% Flow Rate | Internal pre-decisional and deliberative discussion of proposed press statement | N/A | Log 16 |

| Exemplar | First | Last | DocDate | Privilege | Author | Recipients | Attorney | Description | Basis | Redaction | Log Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 | DSE001-012005 | DSE001-012005 | 20100613 | DP | Chu, Steven, DOE | Majumdar, Arun, DOE; Black, Stephen J., DOE; Blankenship, Douglas A., DOE; Poneman, Daniel, DOE; Dykhuizen, Ronald C., DOE; Cooper, George, SA; Holdren, John P., EOP; Hunter, Tom, DOE; Hurst, Kathleen T., DOE; McNutt, Marcia K., DOI; Merewether, Ray, SA; | N/A | Email re Flow Rates | Internal pre-decisional discussion of policy issues related to draft report | N/A | Log 13 |
| 35 | IGS606-000957 | IGS606-000958 | 20100613 | DP | Rees, William, LANL | Garwin, Richard L., SA; McNutt, Maria, DOI; rcdykhu@sandia.gov; Ammerman, Curtt, DOE; Bodette, Amy, DOE; Majumdar, Arun, DOE; bhassan@sandia.gov; cwmorro@sandia.gov; Blankenship, Douglas A., DOE; Keese, David L., DOE; O'Sullivan, Donald, DOE; Cooper, Greg | N/A | Email revised pre-cut riser Flow Estimate by Katz, using Buoyancy | Internal pre-decisional discussion regarding flow rate | N/A | Log 23 |
| 36 | IGS606-001225 | IGS606-001225 | 20100614 | DP | Chu, Steven, DOE Secretary | Majumdar, Arun, DOE; Black, Stephen J, DOE Blankenship, Douglas A, DOE; Poneman, Daniel, DOE; Dykhuizen, Ronald C, DOE; Cooper, George,; Holdren, John P, EOP; Hunter, Tom, DOE; Hurst, Kathleen T, DOE; McNutt, Marcia K, DOI; Merewether, Ray,; Garwin, Richa | N/A | Email rePreliminary Flow Rate Calculation | Internal pre-decisional briefing of management related to ongoing response actions and proposed documents and decisions | N/A | Log 23 |
| 37 | IGS040-021692 | IGS040-021693 | 20100615 | DP | Garcia, Martha | Rodriguez, Julie | N/A | Email re post riser cutDraft Report | Internal pre-decisional briefing of management related to ongoing response actions and proposed documents and decisons. | N/A | Log 23 |
| 38 | IGS678-018998 | IGS678-019000 | 20100616 | DP | Majumdar, Arun, DOE | Chu, Steven, DOE; O'Connor, Rod, DOE; Hunter, Tom, Sandia; Keese, David, Sandia; Cooper, George, SA; Hunter, Tom, DOE; Holdren, John P., EOP; Hurst, Kathy, Sandia; McNutt, Marcia K., DOI; mltatro@sandia.gov; perfect1@llnl.gov; Merewether, Ray, Seektech; G | N/A | Email re Insights from Two-Phase Flow Instabilities | Internal pre-decisional briefing of management related to ongoing response actions and proposed documents and decisions. | N/A | Log 23 |
| 39 | IGS678-019006 | IGS678-019009 | 20100616 | DP | Majumdar, Arun, DOE | McNutt, Marcia K., DOI; Lehr, William J., DOC; Chu, Steven, DOE; Hunter, Tom, DOE | N/A | Email re Top Hat measurements | Internal pre-decisional briefing of management related to ongoing response actions and proposed documents and decisions. | N/A | Log 23 |
| 40 | IGS678-024062 | IGS678-024064 | 20100617 | DP | Aliseda, Alberto, University of Washington | McNutt, Marcia K., DOI | N/A | Email re Pressure measurement | Internal pre-decisional briefing of management related to ongoing response actions and proposed documents and decisions. | N/A | Log 23 |
| 41 | IGS678-024279 | IGS678-024279 | 20100622 | DP | Shaffer, Fanklin, DOE | Lehr, William J., DOC; Leifer, Ira, Bubbleology; Yapa, Poojitha, FRTG; Savas, Omer, Berkeley (Contractor); Possolo, Antonio, DOC; Espina, Pedro, DOC; Wereley, Steve, Purdue University; Aliseda, Alberto, University of Washington; Riley, James, University o | N/A | Email re Reservoir analysis on Plume Team | Internal pre-decisional briefing of management related to ongoing response actions and proposed documents and decisions. | N/A | Log 23 |
| 42 | IGS635-007876 | IGS635-007878 | 20100623 | DP | Verma, Mahendra, DOI | Maclay, Donald, DOI; Courtwright, Bill, DOI; Absher, David, DOI; Guthrie, George, DOE; Crawford, Gerald, DOI; Bromhal, Grant, DOESogge, Mark, DOI; Garcia, Martha, DOI; Celata, Michael, DOI | N/A | Email re draft FRTG timeline: Your review/comments welcomed Mahendra's Comments on Kekkar and Gemini initial Reservoir Reports | Internal pre-decisional discussion regarding Dr. McNutt's research | N/A | Log 23 |
| 43 | IGS678-024445 | IGS678-024447 | 20100624 | DP | Riley, James, University of Washington | Benyahia, Sofiane, DOE; Shaffer, Franklin, DOE; Aliseda, Alberto, University of WashingtonMcNutt, Marcia K., DOI; Leifer, Ira, Bubbleology; Yapa, Poojitha, FRTG; Bommer, Paul, University of Texas; Savas, Ömer, FRTG; Possolo, Antonio, DOC; Espina, Pedro, D | N/A | Email re LES CFD animation of Oil jet | Internal pre-decisional briefing of management related to ongoing response actions and proposed documents and decisions. | N/A | Log 23 |

| Exemplar | First | Last | DocDate | Privilege | Author | Recipients | Attorney | Description | Basis | Redaction | Log Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 44 | IGS606-002032 | IGS606-002032 | 20100624 | DP | Martha N Garcia/BRD/USGS, DOI | NIC-HQ-IASG; NICLabson, Victor F./Sogge, Mark K./McNutt, Marcia K., DOI; Swackhammer, Troy J., EPA; Hoffman, Peter M., DHS; O'Brien, Sean, DHS | N/A | Email re Mass Balance Presentation. | Internal pre-decisional briefing of management related to ongoing response actions and proposed documents and decisions. | N/A | Log 23 |
| 45 | IGS758-000640 | IGS758-000664 | 20100630 | DP | Guthrie, George, DOE; Pawar, Rajesh, DOE; Oldenburg, Curt, DOE; Weisgraber, Todd, DOE; Bromhal, Grant, DOE; Gauglitz, Phil, DOE | None Identified | N/A | Nodal Analysis Estimates of Fluid Flow from the BP acondo M56 Well | Internal pre-decisional discussion of proposed legal and policy issues to raise with decision makers | N/A | Log 23 |
| 46 | IGS606-003001 | IGS606-003001 | 20100701 | DP | Sogge, Mark K., DOI | McNutt, Macia, DOI | N/A | Email re Nodal team update. | Internal pre-decisional briefing of management related to ongoing response actions and proposed decisions. | N/A | Log 23 |
| 47 | IGS635-030322 | IGS635-030329 | 20100704 | DP | Reservoir Modeling Team | Sogge, Mark, DOI | N/A | Draft Report titled Reservoir Modeling Team Summary Report | Internal pre-decisional draft of report submitted to management related to ongoing response actions and proposed documents and decisions | N/A | Log 23 |
| 48 | IGS635-020212 | IGS635-020214 | 20100708 | DP | Sogge, Mark, DOI | DOI, Sogge, Mark, DOI | N/A | Draft Talking Points for FRTG Prior to Consensus Figure | Internal pre-decisional discussion of proposed legal and policy issues to raise with decision makers | N/A | Log 23 |
| 49 | IGS040-015104 | IGS040-015105 | 20100715 | DP | McNutt, Marcia K, USGS | vhines@usgs.govMcNutt, Marcia K.McNutt, Marcia K., DOI; MarkSogge Sogge, Mark K., DOI; Barbara Wainman bwainman@usgs.gov; Ransom Clarice cransom@usgs.gov; Wade Anne-Berry abwade@usgs.gov | N/A | Email re FRTG Talking points on upcoming Report/what increased Oil capture will mean to government Estimate | Internal pre-decisional discussion of FRTG talking points on upcoming report/what increased oil capture will mean to government | N/A | Log 23 |
| 50 | IGS628-002112 | IGS628-002113 | 20100717 | DP | McNutt, DOI | Chu, Steven, DOE; Science Team | N/A | Email re Modeling of Resevoir depletion | Internal pre-decisional discussion rrelating to policy decisions | N/A | Log 23 |
| 51 | IMU016-000228 | IMU016-000255 | 20100719 | DP | Flow Rate Technical Group | None Identified | N/A | Draft briefing report re nodal analysis estimates of fluid flow from the BP Macondo M56 Well. | Internal pre-decisional briefing of management related to ongoing response actions and proposed documents and decisions. | None | Log 17 |
| 52 | IGS628-008218 | IGS628-008219 | 20100720 | DP | Hunsaker, Tom | "Science Team" | N/A | Email re Flow variation Calibration of total Flow | Internal pre-decisional discussion of proposed policy issues to raise with decision makers | N/A | Log 23 |
| 53 | IGS606-048033 | IGS606-048033 | 20100721 | DP | Hunter, Tom, DOE | McNutt, Marcia K., DOI, DOI Director | N/A | Email re Number for Flow Rate | Internal pre-decisional briefing of management related to ongoing response actions and proposed documents and decisions | N/A | Log 23 |
| 54 | LAL134-000404 | LAL134-000406 | 20100722 | DP | Havstad, Mark, DOE | Ratzel, Arthur, DOE; Behr-Andres, Christina B., DOE; Griffiths, Stewart, DOE; Dykhuizen, Ronald, DOE; Morrow, Charles, DOE; Ammerman, Curtt N., DOE; Miller, Wayne, DOE | N/A | Email re reservoirs | deliberative discussions among or in support of decision makers | N/A | Log 15 |
| 55 | LAL134-002570 | LAL134-002572 | 20100723 | DP | Ratzel, Arthur, DOE | Ratzel, Arthur, DOE; Behr-Andres, Christina B., DOE; Griffiths, Stewart, DOE; Dykhuizen, Ronald, DOE; Morrow, Charles, DOE; Ammerman, Curtt N., DOE; Miller, Wayne, DOE; Havstad, Mark, DOE | N/A | Email re Finally - Input Conditions for Flow Analysis Activities | Internal pre-decisional discussion of proposed documents relating to BP oil spill response actions | N/A | Log 15 |

| Exemplar | First | Last | DocDate | Privilege | Author | Recipients | Attorney | Description | Basis | Redaction | Log Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 56 | SNL095-015944 | SNL095-015970 | 20100724 | DP | DOE Tri-Labs | Hunter, Tom, DOE; Tatro, Marjorie L., DOE; Girrens, Steven, DOE; Morrow, Charles, DOE; Ammerman, Curtt N., DOE; Havstad, Mark, DOE; Griffiths, Stewart, DOE; Dykhuizen, Ronald, DOE | N/A | Draft report titled, Flow Modeling Activities: Team Review with Tom Hunter | Internal pre-decisional draft report, circulated for review and comment, related to flow modeling at spill site | N/A | Log 15 |
| 57 | LAL063-003435 | LAL063-003436 | 20100724 | DP | Tatro, Marjorie L., DOE | Ratzel, Arthur, DOE; Girrens, Steven, DOE | N/A | Email re First Draft of Mass Flow Report for Review/ | deliberative discussions among or in support of decision makers | N/A | Log 15 |
| 58 | IGS606-031478 | IGS606-031479 | 20100727 | DP | Jane Lubchenco | McNutt, Marcia K., DOI; Kenul, Philip M., DOC; Kenul, Philip M., DOC; Chief.SMU@noaa.gov; Moran, Kathryn, EOPMurawski, Steven A., DOC; Murawski, Steven A., DOC; CO.MOC.Atlantic@noaa.gov; CO.MOC.Atlantic@noaa.gov; larry@ccom.unh.edu; larry@ccom.unh.edu; mo | N/A | Email re analysis of Scientific Data. | Internal pre-decisional briefing of management related to ongoing response actions and proposed documents and decisions. | N/A | Log 23 |
| 59 | IGS606-005649 | IGS606-005649 | 20100727 | DP | Ratzel, Arthur C, DOI consultant | McNutt, Marcia, DOI | N/A | Email re Flow through one Burst Disk. | Internal pre-decisional briefing of management related to ongoing response actions and proposed documents and decisions. | N/A | Log 23 |
| 60 | SNL095-007207 | SNL095-007208 | 20100728 | DP | Cooper, George, SA | Hunter, Tom, DOE; Hickman, Steve, DOI; Chavez, Anne, DOE; Slocum, Alexander, DOE Contractor; Garwin, Richard L., SA; Merewether, Ray, DOE; Hurst, Kathleen, DOE; Ratzel, Arthur, DOE; Tator, Marjorie, DOE | N/A | Email re MESSAGE FROM TOM HUNTER - RESPONSE REQUESTED - Questions Regarding Recent Flow Analyses | Internal pre-decisional communication addressing questions related to process employed and data received for flow analyses conducted at spill site | N/A | Log 15 |
| 61 | IGS635-014342 | IGS635-014346 | 20100729 | DP | Sogge, Mark, DOI | Maclay, Donald, DOI | N/A | Email re Questions re final Reservoir Modeling Team Summary Report | Internal pre-decisional discussion of proposed legal and policy issues to raise with decision makers | N/A | Log 23 |
| 62 | LAL159-013922 | LAL159-014031 | 20100730 | DP | Gov't Agency Flow Analysis Teams | None Identified | N/A | Draft report titled, Flow Analysis Activities for the MC252 Well | Internal pre-decisional draft presentation prepared by gov't teams discussing analyses of flow rate at BP spill site; draft not disseminated outside of gov't | N/A | Log 15 |
| 63 | IGS606-005837 | IGS606-005838 | 20100730 | DP | Chavez, Anne K, DOI consultant | Maclay, Donald, DOI; Cundy, Donald F. / USCG; Bowen, Andy- abowen@whoi.edu; Ratzel, Arthur C- acratze@sandia.gov; McNutt, Marcia, DOI; Camilli, Dr. Richard (rcamilli@whoi.edu); "Bowen, Amy D"- adbowen@sandia.gov | N/A | Email re Flow Analysis Activities for MC252 Well. | Internal pre-decisional briefing of management related to ongoing response actions and proposed documents and decisions. | N/A | Log 23 |
| 64 | IGS606-048343 | IGS606-048344 | 20100730 | DP | Crone, Timothy, Columbia University | McNutt, Marcia K., DOI | N/A | Email re Flow Rate Paper | Internal pre-decisional briefing of management related to ongoing response actions | N/A | Log 23 |
| 65 | IGS606-005895 | IGS606-005897 | 20100730 | DP | Wainman, Barbara W., DOI | McNutt, Marcia, DOI | N/A | Email re Flow Rate Results. | Internal pre-decisional briefing of management related to ongoing response actions and proposed documents and decisions. | N/A | Log 23 |
| 66 | SNL095-007351 | SNL095-007351 | 20100730 | DP | Guthrie, George, DOE | Hunter, Tom, DOE; Pawar, Rajesh, DOE; Oldenburg, Curt, DOE; Buscheck, Tom, DOE; Weisgraber, Todd, DOE; Bromhal, Grant, DOE; Fort, James, DOE; Gauglitz, Phil, DOE; Sogge, Mark, DOI | N/A | Email re Questions from the Nodal Team | Internal pre-decisional communication requesting clarification on issues listed related to analyses of flow rate at spill site | N/A | Log 15 |

| Exemplar | First | Last | DocDate | Privilege | Author | Recipients | Attorney | Description | Basis | Redaction | Log Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 67 | IGS678-009908 | IGS678-009910 | 20100730 | DP | McNutt, Marcia, DOI | Lubchenco, Jane, DOI; Zichal, Heather R., EOP; Chu, Steve, DOE; Hunter, Tom, DOE; O'Connor, Rod, DOE; acratze@sandia.gov; Salazar, Kenneth, DOI; Conner, William, DOI; Miller, Mark, DOI | N/A | Email re RE: Brief Summary for Tomorrow/Whenever | Internal pre-decisional discussion of Dr. McNutt's research | N/A | Log 23 |
| 68 | IGS040-014508 | IGS040-014508 | 20100730 | DP | Lee-Ashley, Matt | Sogge, Mark K; Hsieh, Paul A; Hayes, David | N/A | Email refined Flow Rate Estimate | Internal pre-decisional and deliberative discussions on refined flow rate estimate | N/A | Log 23 |
| 69 | HSE005-000008 | HSE005-000008 | 20100730 | DP | Lubchenco, Jane, DOC | Anastas, Paul, EPA; Perciasepe, Bob, EPA; Windsor, Richard, EPA; McNutt, Marcia K., DOI; Wright, Jacquee, DHS; Allen, Thad W. ADM., DHS; Chu, Steven, DOE; Hayes, David, DOI | N/A | Email re Oil Budget Calculations | Internal pre-decisional briefing of management related to ongoing response actions and proposed documents and decisions | N/A | Log 13 |
| 70 | LAL147-008686 | LAL147-008704 | 20100731 | DP | O'Sullivan, Donald, DOE | None Identified | N/A | Draft Presentation titled Follow-on Flow Analysis Activities for the MCM252 Well Report-outs by Gov't Agency Flow Analysis Teams Predecisional Draft | Internal pre-decisional draft presentation prepared by gov't teams discussing analyses of flow rate at BP spill site; draft not disseminated outside of gov't | N/A | Log 15 |
| 71 | DSE001-005427 | DSE001-005428 | 20100731 | DP | Hunter, Tom, DOE | Salazar, Kenneth, DOI; Chu, Steven, DOE; O'Connor, Rod, DOE; Hunter, Tom, DOE; McNutt, Marcia K., DOI; Zichal, Heather R., EOP; Hayes, David, DOI | N/A | Email re Flow Rate Calculation | Internal pre-decisional discussion of proposed press statement circulated by EOP for review and comment | N/A | Log 13 |
| 72 | SNL095-013420 | SNL095-013421 | 20100731 | DP | O'Connor, Rod, DOE | Chu, Steven, DOE; Hunter, Tom, DOE; Owens, Missy, DOE; Mueller, Stephanie, DOE | N/A | Email re Press Release | Internal pre-decisional and deliberative discussion of comments on draft press release | N/A | Log 16 |
| 73 | LAL122-000139 | LAL122-000139 | 20100731 | DP | Hunter, Tom, DOE | Nodal Team | N/A | Email re Questions from the Nodal Team | Internal pre-decisional discussion of proposed BP oil spill response actions | N/A | Log 15 |
| 74 | IGS606-048691 | IGS606-048692 | 20100801 | DP | Lehr, William J., DOC | McNutt, Marcia K., DOI | N/A | Email re Flow Rate Calculation | Internal pre-decisional briefing of management related to ongoing response actions and proposed documents and decisions | N/A | Log 23 |
| 75 | IGS741-006799 | IGS741-006799 | 20100804 | DP | Miller, Mark, DOC | Bristol, Sky, DOI; Hammond, Stephen, DOI, O'Brien, Sean, DHS | N/A | Email re Calculation Data | Internal pre-decisional and deliberative briefing regarding policy issues related to the response | N/A | Log 29 |
| 76 | IGS629-002326 | IGS629-002330 | 20100810 | DP | McNutt, Marcia, DOI | Chavez, Anne, Sandia; Chief.SMU@noaa.gov; Aoki, Steven, DOE; Burns, Michael, DOE; chinn3@llnl.gov; Chu, Steven, DOE; Cooper, George, University of California Berkeley; Domangue, Bryan, DOI; Garwin, Richard, EOP; Guffee, Ray, DOE; Herbst, Lars, DOI; Hickma | N/A | Email re PRESENTATION ATTACHED RE: UPDATED TOPIC - SCIENCE CallCHEDULED TODAY AUG 10 RE: BP'S Proposed Near Ambient Well Integrity Test - 11:00am CDT (12:00pm EDT, 10:00am MDT) | Internal pre-decisional briefing of management related to ongoing response actions and proposed documents and decisions. | N/A | Log 23 |
| 77 | IGS678-004504 | IGS678-004505 | 20100829 | DP | Ratzel, Arthur C./Sandia | Science Working Group; "O'Sullivan, Donald Q. (LANL)" dqosulli@lanl.gov; "Rees, William S. Jr. (LANL)" wsr@lanl.gov; "'perfect1@llnl.gov'" perfect1@llnl.gov; "'Sharpe, Rob'" sharpe1@llnl.gov; "Stulen, Rick" rhstule@sandia.gov; "Borns, David J" djborns@san | N/A | Email re Science telecon. | Internal pre-decisional briefing of management related to response actions and proposed documents and decisions. | N/A | Log 23 |
| 78 | IGS678-004655 | IGS678-004656 | 20100903 | DP | Bowen, Andy,, WHOI | McNutt, Marcia K, DOI; /rcamilli@whoi.edu; Sogge, Mark K, DOI | N/A | Email re Acoustic Flow Estimate. | Internal pre-decisional briefing of management related to ongoing response actions and proposed documents and decisions. | N/A | Log 23 |

| Exemplar | First | Last | DocDate | Privilege | Author | Recipients | Attorney | Description | Basis | Redaction | Log Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 79 | IGS718-000130 | IGS718-000138 | 20100913 | DP | None identified | None identified | N/A | Draft Report Deepwater Horizon Oil Spill Talking Points | Internal pre-decisional discussion regarding policy issues associated with proposed communication strategy | N/A | Log 23 |
| 80 | IGS635-020116 | IGS635-020116 | 20100915 | DP | Tatro, Marjorie, DOE | Sogge, Mark, DOI; Tatro, Marjorie, DOE | N/A | Estimated Flow Rates Chart | Internal pre-decisional discussion of proposed legal and policy issues to raise with decision makers | N/A | Log 23 |
| 81 | IGS635-020456 | IGS635-020457 | 20100916 | DP | Maclay, Donald, DOI | Sogge, Mark, DOI | N/A | Email re SENSITIVE Reservoir Modeling Team Report MKS initial feedback | Internal pre-decisional discussion of proposed legal and policy issues to raise with decision makers | N/A | Log 23 |
| 82 | NOA024-001348 | NOA024-001350 | 20100922 | DP | Blackburn, Christine, DOC | Westerholm, David G., DOC; Conner, William, DOC; Lehr, William J., DOC; Henry, Charlie B. Jr., DOC | | Email re Flow Rate | Deliberative; chilling effect on effective internal communications | N/A | Log 21 |
| 83 | IGS648-014180 | IGS648-014188 | 20100924 | DP | Sogge, Mark, DOI | Leifer, Ira, Bubbleology | N/A | Discussion about Oil Flow Rates. | Internal pre-decisional discussion of policy issues related to draft report | N/A | Log 23 |
| 84 | IGS648-014163 | IGS648-014172 | 20100924 | DP | Sogge, Mark, DOI | McNutt, Marcia K., DOI | N/A | Discussion of plume team Report | Internal pre-decisional briefing of management related to ongoing response actions and proposed documents and decisions. | N/A | Log 23 |
| 85 | SNL075-025187 | SNL075-025188 | 20100927 | DP | Ratzel, Arthur C., DOE | Dykhuizen, Ronald C., DOE | N/A | Email re flowrpt_9-25-10 acr | Internal pre-decisional discussion of draft document being developed for submission to EOP for review | N/A | Log 15 |
| 86 | NOA020-002795 | NOA020-002798 | 20101006 | DP | McNutt, Marcia K., DOI | Lee-Ashley, Matt, DOI; Lehr, William J., DOC; Wainman, Barbara W., Nowakowski, Judy J, Kenney, Justin, DOC; Barkoff, Kendra, Sogge, Mark K | N/A | Email re Comments on peer Reviewed Flow Rate study | Internal pre-decisional and deliberative discussion of policy issues related to the response | N/A | Log 16 |
| 87 | IGS648-002523 | IGS648-002526 | 20101007 | DP | Lehr, William J., DOC | Sogge, Mark, DOI | None | Email re Working Paper No. 3 | Internal pre-decisional discussion regarding Dr. McNutt's research | N/A | Log 23 |
| 88 | IGS642-000131 | IGS642-000152 | 20101013 | DP | Hsieh, Paul, DOI | Stonestrom, David, DOI | N/A | Draft Report regarding Computer Simulation of Reservoir Depletion and Oil Flow from the Madondo Well Following the Deepwater Horizon Incident | Internal pre-decisional discussion regarding Dr. McNutt's research | N/A | Log 23 |
| 89 | N10B001-000637 | N10B001-000639 | 20101015 | DP | Murawski, Steven A., DOC | Blackburn, Christine, DOC; Dreyfus, Gabrielle, DOC | N/A | Email re Estimation of Flow Rate from the Well Head | Internal pre-decisional discussion of comments on draft research paper | N/A | Log 15 |
| 90 | IGS648-015285 | IGS648-015286 | 20101015 | DP | Sogge, Mark, DOI | McNutt, Marcia K., DOI | N/A | Email re update on Hseih modeling Reportand DOE tri-lab Report | Internal pre-decisional briefing of management related to ongoing response actions and proposed documents and decisions. | N/A | Log 23 |
| 91 | IGS648-015394 | IGS648-015397 | 20101018 | DP | Sogge, Mark, DOI | Lehr, William J., DOC | N/A | Discussion about Oil Flow Rates. | Internal pre-decisional discussion of policy issues related to draft report | N/A | Log 23 |
| 92 | IGS648-006874 | IGS648-006886 | 20101123 | DP | FRTG | Sogge, Mark, DOI; Lee-Ashley, Matt, DOI; Barkoff, Kendra, DOI; Wainman, Barbara, DOI; Nowakowski, Judy, DOI Ransom, Cheryl, DOI | N/A | Draft Report titled Assessment of Flow Rate Estimates for the Deepwater Horizon / Macondo Well Oil Spill | Internal pre-decisional briefing of management related to ongoing response actions and proposed documents and decisions | N/A | Log 23 |

| Exemplar | First | Last | DocDate | Privilege | Author | Recipients | Attorney | Description | Basis | Redaction | Log Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 93 | IGS648-009266 | IGS648-009266 | 20110102 | DP | Camilli, R, WHOI | McNutt, Marcia K., DOI; Sogge, Mark, DOI | N/A | Update on manuscript for PNAs and related topics | Internal pre-decisional discussion of policy issues related to draft document. | N/A | Log 23 |
| 94 | IGS648-009250 | IGS648-009250 | 20110102 | DP | Camilli, R, WHOI | McNutt, Marcia K., DOI; Sogge, Mark, DOI | N/A | Discussion about Flow Rate measurement. | Internal pre-decisional discussion of policy issues related to draft manuscript | N/A | Log 23 |
| 95 | IGS648-009364 | IGS648-009365 | 20110103 | DP | Camilli, R, WHOI | McNutt, Marcia K., DOI | N/A | Email re update on GOR and Discussion of draft FRTG manuscript. | Internal pre-decisional discussion of policy issues related to draft manuscript. | N/A | Log 23 |
| 96 | IGS648-009745 | IGS648-009746 | 20110104 | DP | Mcnutt, Marcia, DOI | Mathews, Jason, DOI; Sogge, Mark, DOI | N/A | Discussion about plume team Estimates. | Internal pre-decisional briefing of management related to ongoing response actions and proposed documents and decisions. | N/A | Log 23 |
| 97 | IGS044-064980 | IGS044-064993 | 20110106 | DP | Hsieh, Paul A. | None Identified | N/A | Application of MODFLOW for Oil Reservoir simulation during DH crisis | Internal pre-decisional and deliberative discussions of application of MODFLOW for oil reservoir simulation during DH crisis | N/A | Log 23 |
| 98 | IGS648-013421 | IGS648-013422 | 20110128 | DP | wereley@purdue.edu | Shaffer, Franklin, DOE; Plume Team; Lehr, Bill, DOI | N/A | Email re PNAS Image velocimetry Draft. | Internal pre-decisional discussion of policy issues related to draft report | N/A | Log 23 |
| 99 | IGS661-004223 | IGS661-004223 | 20110130 | DP | Sogge, Mark, DOI | rcamilli@whoi.edu; geoguthrie22@yahoo.com; hsieh, DOI; Labson, Victor, DOI; Maclay, Donald, DOI; Ratz, Joan, DOI | N/A | Discussion of final FRTG Report | Internal pre-decisional discussion of draft document submitted for review | N/A | Log 23 |
| 100 | IGS040-014387 | IGS040-014389 | xxxxxxxx | DP | None Identified | None Identified | N/A | FRTG Preliminary Estimate of Oil Flow | Internal pre-decisional and deliberative discussions of oil flow rate | N/A | Log 23 |