UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>Section: J |
| This Document Relates to:<br><br>2:10-cv-08888-CJB-SS | Judge Barbier<br>Mag. Judge Shushan |

## MOTION TO WITHDRAW

1. Undersigned counsel hereby moves to withdraw from representation of Gregory Allen Willis, Doc. No. 38293.

2. Gregory Allen Willis, Doc. No. 38293, hired undersigned counsel on or about November 10, 2010.

3. Gregory Allen Willis, Doc. No. 38293, subsequently failed to provide information necessary to the prosecution of his claim and has ceased communication with undersigned counsel.

4. Accordingly, undersigned counsel hereby requests that this honorable Court grant his motion to withdraw.

RESPECTFULLY SUBMITTED on this the 30th day of March, 2012.

                    PLAINTIFF Gregory Allen Willis

        By:    /s/Alex Peet
               Alex Peet (FSB # 47606)
               LOVELACE LAW FIRM, P.A.
               12870 U.S. Highway, 98 West, Suite 200
               Miramar Beach, FL 32550
               Telephone: (850) 837-6020
               Facsimile: (850) 837-4093
               dml@lovelacelaw.com

## CERTIFICATE OF SERVICE

The undersigned counsel does hereby certify that he has this day served the above and foregoing document upon all counsel via the Court's ECF system and Lexis Nexis File and Serve.

ON THIS the 30th day of March, 2012.

/s/Alex Peet
Alex Peet (FSB #47606)