UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** | **MDL NO. 2179** |
| "Deepwater Horizon" in the Gulf | |
| of Mexico, on April 20, 2010 | **SECTION J** |
| | |
| **Applies to:** *All Cases* | **JUDGE BARBIER** |
| | **MAGISTRATE JUDGE SHUSHAN** |

**ORDER**

[Regarding Schedule for Resolution of the Claims of the
United States of the Deliberative Privilege]

In response to the requests of BP and others for the production of documents, the U.S. has provided privilege logs. The largest number of entries on the privilege logs are for the deliberative process privilege. Because of the large number of such entries, the Court shall employ a sampling procedure. BP and the U.S. shall proceed in accord with the following schedule.

**Thursday, March 29.**

BP shall submit: (1) a list of 100 U.S. privilege log entries claiming the deliberative process privilege on quantification that it wishes to challenge; and (2) a brief supporting its position on the legal points or principles relating to the deliberative process privilege.

**Thursday, April 5.**

The U.S. shall submit an opposition brief.

**March 29 to April 10.**

The U.S. and BP shall meet and confer to resolve as many of the challenges as possible.

**Tuesday, April 10.**

The U.S. shall submit declarations supporting the deliberative process privilege for the unresolved U.S. privilege log entries. If the U.S. is not able to submit signed declarations on that date, it shall submit unsigned declarations. As soon as possible thereafter it shall substitute the

signed declarations. The U.S. shall also submit the documents for *in camera* inspection.

**Monday, April 16.**

BP shall submit: (1) a reply brief; and (2) a refined list of the U.S. privilege log entries claiming the deliberative process privilege that it challenges ("April 16 Refined List").[1]

**Further Meet and Confer.**

BP and the U.S. shall continue to meet and confer to attempt to eliminate entries from BP's list of 100 U.S. privilege log entries.

**Extrapolation.**

After the Court rules on the remaining entries from BP's list of 100 U.S. privilege log entries, the parties shall extrapolate those rulings onto the entries on the April 16 Refined List.

New Orleans, Louisiana, this 30TH day of March, 2012.

**SALLY SHU.S.HAN**
**United States Magistrate Judge**

---

[1] If the April 10 date for the U.S. is extended, BP's April 16 deadline shall be extended by the same amount.