UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION<br><br>MDL 2179 |
| Member Case: <u>Coastal Services Group, LLC v. BP Company North America, Inc. et al.</u>; 11-2891 | SECTION "J" (2) |

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), all parties to the above-captioned civil proceeding hereby waive their right to proceed before a United States District Judge and consent to have a full-time United States Magistrate Judge conduct any and all further proceedings in the case, including but not limited to, the trial of the case and entry of final judgment.

The parties acknowledge they have been advised that they may, without adverse substantive consequences, withhold consent.

2/6/12
DATE

PLAINTIFF(S)
LEE YOUNG

DEFENDANT(S)
PATRICK T BERGIN
for PATRIOT ENV. SERV., Inc.

Jason D. Watkins
Jason D. Watkins for
BP America Inc., BP Company North America
Inc., BP Corporation North America Inc.,
BP Products North America, Inc. and
BP Exploration & Production Inc.

## ORDER OF REFERENCE

**IT IS HEREBY ORDERED** that the above-captioned matter be referred to a United States Magistrate Judge of this court for all further proceedings and the entry of judgment in accordance with Title 28 U.S.C. §636(c) and the foregoing consent of the parties.

New Orleans, Louisiana, this ___29___ day of ___March___, 2012.

_____
UNITED STATES DISTRICT JUDGE

### CERTIFICATE OF FILING PARTY

I certify that the signatures affixed hereon represent the consent of all parties to the suit remaining in the case after voluntary dismissal of DBP, PLC.

Marilyn Mosley