# CONFERENCE ATTENDANCE RECORD

DATE: 3-30-12         TIME: 9:30

CASE NAME: MDL In Re Deepwater Horizon

DOCKET NUMBER & SECTION: 10-2179

**(STATUS)**   PRELIMINARY   PRE-TRIAL   SETTLEMENT

☞ **PRINT LEGIBLY**

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Don Godwin - Godwin Ronquillo | Halliburton |
| Alan York - " " | " " |
| Jenny Martinez - " " | " " |
| Sean Fleming - " " | " " |
| Gwen Richard - " " | " " |
| Stefanie Major - " " | " " |
| Lauren Mitchell - " " | " " |
| Tony Fitch | Anadarko |
| David Baay | TO |

# CONFERENCE ATTENDANCE RECORD

DATE: _____   TIME: _____

CASE NAME: _____

DOCKET NUMBER & SECTION: _____

STATUS   PRELIMINARY   PRE-TRIAL   SETTLEMENT

# ☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Steve Roberts | TO |
| Jimmy Williamson | PSC |
| Steve Luxton | M-I |
| Brian Barr | PSC |
| Sarah Iiams | Anadarko |
| Rob Gasaway | BP |
| Andy Langan | BP |
| Denise Scofield | MI |
| Don Haycraft | BP |

# CONFERENCE ATTENDANCE RECORD

DATE: _____   TIME: _____

CASE NAME: _____

DOCKET NUMBER & SECTION: _____

STATUS     PRELIMINARY     PRE-TRIAL     SETTLEMENT

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Ryan R... ff | BP |
| Rob Gasaway | BP |
| Doug Kraus | LA |
| Steve Flynn | USA |
| Nat Chakeres | USA |
| Steve O'Rourke | USA |
| Paul Sterbcow | PSC |
|  |  |
|  |  |

Jim Lico - BP

Mike Petrino - BP

Ted Skerides - O'Brien & NRC

Jeff Ganaway - Cameron

Gordon Young - DOJ

Frank Monago - BP

Joseph Russell - BP

Allen Pixton - BP

Paul Thibodeaux - TO

Joel Gross - BP

Kat Elliger - Cameron

Mike Underhill - US

Abby Andre - US

Joe Eisert - BP

Scott Cernich - US

Anthony Irpino - PSC

Ben Mayeaux - Airborne Support