# COURT RECORD LOAN FORM
## U.S. DISTRICT COURT
*This portion remains with Court Records*

No. 10-md-2179  Short Title: In Re: Oil Spill  Date: 3/30/12

To: Mark Herman
Name

Covington + Burling, LLP
Address

1201 Pennsylvania Ave. NW

Washington         DC      20004
City               State   Zip

**Documents Enclosed:**
- [ ] Record Vols:
- [ ] Transcripts   See Attached
- [ ] Exhibits [ ] Env.
- [ ] Box:
- [ ] Supp. Record Vols.
- [ ] Second Supp. Record Vols.

Complete the area below and return this form along with the documents to 5th Circuit.

**KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES**

#12-30230

Attorney Return:
**Send Record with Brief of Appellee to 5th Circuit**

TO: CLERK, 5TH CIRCUIT

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAR 30 2012
LORETTA G. WHYTE
CLERK

- [ ] Record Vols.
- [ ] Supp. Record Vols.
- [ ] Exhibits [ ]

Records listed above are returned to Clerk

ATTORNEY NAME _____
DATE _____

Clerk's Receipt: To be completed by 5th Circuit Clerk's Office and forwarded to person in previous section

No. _____ Short Title _____

EASTERN DISTRICT OF LOUISIANA

- [ ] Record Vols.
- [ ] Supp. Record Vols.
- [ ] Exhibits [ ]

Records listed above have been received by Clerk

NAME _____
DATE _____

Attorney Forwarding Receipt:
If documents are forwarded to another person, complete the section below, detach and return it to: **District Court Clerk's Office**.

No. _____ Short Title _____

TO: CLERK, U.S. DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

- [ ] Record Vols.
- [ ] Supp. Record Vols.
- [ ] Exhibits [ ]

Records listed above have been forwarded to:

ATTORNEY NAME _____
ADDRESS _____
CITY, STATE, ZIP _____
SIGNED _____
DATE _____

Attorney Receipt: The area below is to be completed by Original Recipient.
Upon receipt of documents, detach this portion and forward it to **District Court Clerk's Office**.

No. _____ Short Title _____

TO: CLERK, U.S. DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

- [ ] Record Vols.
- [ ] Supp. Record Vols.
- [ ] Exhibits [ ]

Case records listed above received by:

JUDGE/ATTY NAME _____
DATE _____

## MDL 2179

**Original Record - 2 Volumes**

**1st Supplemental Record - 10 Volumes**

**2nd Supplemental Record - 2 Volumes**

**3rd Supplemental Record - 2 Volumes**

**4th Supplemental Record - 4 Volumes**

**5th Supplemental Record - 4 Volumes of Record, 18 Volumes of Transcripts**

**6th Supplemental Record - 5 Volumes of Record, 4 Volumes of Transcripts**

**Total = 29 Volumes of Record & 22 Volumes of Transcript**

+

1 vol. each of member cases

11-274

+

11-275