Thomas J. Heiden
Direct Dial: +1.312.876.6564
thomas.heiden@lw.com

233 S. Wacker Drive, Suite 5800
Chicago, Illinois 60606
Tel: +1.312.876.7700 Fax: +1.312.993.9767
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Abu Dhabi | Moscow |
| Barcelona | Munich |
| Beijing | New Jersey |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Doha | Riyadh |
| Dubai | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

March 23, 2012

The Honorable Carl J. Barbier
United States District Judge
U.S. District Court for the Eastern District of Louisiana
500 Poydras Street, Room C-256
New Orleans, LA 70130

Re: In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 (MDL No. 2179)

Dear Judge Barbier:

We write on behalf of Nalco Company to supplement the March 23, 2012 letter written to you by Michael Lyle on behalf of the Clean-Up Responder Defendants.

As the Court is aware, Nalco too has requested that the PSC's Motion for Leave to Amend Master Complaint to dismiss the Responders and Nalco from the B3 Master Complaint be an order of dismissal with prejudice. Further, the schedule set by Magistrate Judge Shushan for the parties to develop the segmented fact record on the NCP/CWA preemption issue and the briefing associated with the preemption issue has expired and Nalco's Renewed Motion to Dismiss First Amended Master Complaint "B3 Bundle" is submitted; the record is closed; and the motion is ripe for adjudication.

Nalco respectfully requests that the Court proceed and either dismiss the B3 Complaint against the Clean-Up Responder Defendants and Nalco with prejudice or dismiss the B3 Complaint against Nalco on Nalco's renewed Motion to Dismiss on NCP/CWA preemption.

Very truly yours,

Thomas J. Heiden
of LATHAM & WATKINS LLP

cc: Magistrate Judge Shushan (via email)
Defense Liaison Counsel (via email)
Plaintiffs' Liaison Counsel (via email)
R. Michael Underhill (via email)
Attorney General Luther Strange (via email)
Attorney General Buddy Caldwell (via email)
Mike O'Keefe (via email)