- 1 -

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" (1)<br><br>JUDGE BARBIER |
| APPLIES TO: *All Cases in Pleading Bundle Section III.B(3)* | MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering the foregoing Motion for Miscellaneous Relief;

Accordingly;

IT IS HEREBY ORDERED that should this Court grant the PSC's Motion to Amend Master Complaint, it shall have the effect of dismissing all current B3 defendants, whether specifically named or not named in the Master Complaint.

New Orleans, Louisiana, this _____ day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE