UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | **SECTION J(2)** |
| | * | |
| **This Document Applies to:** | * | **JUDGE BARBIER** |
| **Rec. Doc. 5922** | * | |
| | * | **MAG. JUDGE WILKINSON** |

## ORDER

Pro Se Claimant, Darryl Haan,[1] filed a "Motion to Hold Tampa Ship Contempt of Court for Refusing to Comply with Federal Subpoena" ("Motion"). (Rec. Doc. 5922). Tampa Ship, LLC filed an opposition (Rec. Doc. 5943), to which Claimant replied (Rec. Doc. 5975). Pursuant to Pretrial Order No. 15 (Rec. Doc. 676), this Motion is continued until further ordered by the Court.

**IT IS ORDERED** that the Motion and the responsive briefs (Rec. Docs. 5922, 5943, 5975) are hereby **REASSIGNED AND REFERRED** to Magistrate Judge Joseph C. Wilkinson, Jr. for resolution.

New Orleans, Louisiana, this 2nd day of April, 2012

_____
United States District Judge

---

[1] The caption states the Claimant's name as "Haah," but apparently meant to state "Haan." It is not clear if Claimant filed a Short Form Joinder in this Multidistrict Litigation, or is otherwise a party to a case before this Court.