UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § § | MDL NO. 2179 SECTION:  J |
| This Document Relates to: | § § | JUDGE BARBIER |
| Ansardi et al v. BP. PLC, et al (11-1129) Kuzma Petrovich, Jr. [only] | § § | MAG. JUDGE SHUSHAN |

*************************************************************************

MOTION TO RELEASE HELD FUNDS

**NOW INTO COURT**, through undersigned counsel, come Plaintiff, through undersigned counsel who asks this Honorable Court to release his funds, which were withheld pursuant to the Court, ordered 6% holdback.

For the reasons more fully set forth in the attached Memorandum In Support Of Motion to Release Funds, it is respectfully submitted that Mr. Kuzma Petrovich, Jr. should be refunded $42,659.82 or in the alternative the 6% should have been calculated after the 60% reduction and not before resulting in a refund of $17,063.93.

Date: April 3, 2012                    Respectfully submitted,

                                        /s/ *Daniel E. Becnel, Jr.*
                                        Daniel E. Becnel, Jr. (2926)
                                        Matthew B. Moreland (24567)
                                        Salvadore Christina, Jr. (27198)
                                        BECNEL LAW FIRM, LLC
                                        106 W. SEVENTH ST.
                                        P.O. DRAWER H
                                        RESERVE, LA 70084

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL2179, on this 3rd day of April, 2012.

                                          /s/ Daniel E. Becnel, Jr.
                                          Daniel E. Becnel, Jr.