IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG  "DEEPWATER HORIZON" in the  GULF OF MEXICO, on  APRIL 20, 2010 | § § § § § | MDL NO. 2179  SECTION J |
| This document relates to:  ABRAHAM B. BERNARD, ET AL  C.A. NO. 2:12 CV 349 CJB | § § § | JUDGE BARBIER  MAG. JUDGE SHUSHAN |

## MOTION TO DISMISS DEFENDANT, WEATHERFORD INTERNATIONAL, LTD., BY ALL PLAINTIFFS

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW,** all Plaintiffs, in the above styled and numbered Cause, and files this Motion to Dismiss Defendant, Weatherford International, LTD., and would show unto the Court that they no longer desire to prosecute their claims against the Defendant, Weatherford International, LTD., and would request that the causes of action filed by all Plaintiffs as to Defendant, Weatherford International, LTD. **ONLY**, be dismissed without prejudice.

The claims of all Plaintiffs against the Defendant, Weatherford International, LTD. **ONLY**, should be dismissed without prejudice, with the Costs of Court being taxed against the party incurring same.

Respectfully submitted,

**WELLER, GREEN, TOUPS
& TERRELL, L.L.P.**

P.O. Box 350
Beaumont, Texas  77704-0350
(409) 838-0101/Telecopier:  (409) 832-8577


BY:   /s/ Mitchell A. Toups
      **MITCHELL A. TOUPS
      STATE BAR NO. 20151600**

**ATTORNEYS FOR PLAINTIFFS**


**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Motion to Dismiss Defendant, Weatherford International, LTD., has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on April 4, 2012.


/s/ Mitchell A. Toups
**MITCHELL A. TOUPS**