IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br>    ABRAHAM B. BERNARD, ET AL<br>    C.A. NO. 2:12 CV 349 CJB | § § § | <br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**ORDER OF DISMISSAL OF DEFENDANT, WEATHERFORD INTERNATIONAL, LTD., ONLY, AS TO ALL PLAINTIFFS**

**BE IT REMEMBERED** that in the above styled and numbered Cause came on this date to be heard Motion to Dismiss Defendant, Weatherford International, LTD., by all Plaintiffs, and the Court, being of the opinion that same should be granted;

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** by the Court that the cause of action by all Plaintiffs as to the Defendant, Weatherford International, LTD. **ONLY**, in the above styled cause, is hereby nonsuited without prejudice, with the costs of the Court being adjudged against the party incurring same.

**SIGNED** this the _____ day of _____, 2012.

_____
HONORABLE JUDGE PRESIDING