# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY "DEEPWATER HORIZON" | CIVIL ACTION NO. 10-8888<br><br>SECTION J<br><br>MAGISTRATE 1 |

### *NOTICE OF SUBMISSION*

PLEASE TAKE NOTICE that the Motion to Withdraw as Counsel of Record filed by DAVID C. JARRELL will be submitted to the Honorable Carl J. Barbier, United States District Judge for the Eastern District of Louisiana on April 25, 2012 at 9:30 o'clock a.m.

    Respectfully submitted,

    LAW OFFICES OF DAVID C. JARRELL
    A PROFESSIONAL LAW CORPORATION


BY:  /s/ David C. Jarrell
       DAVID C. JARRELL (Bar No. 30907)
       9101 W. St. Bernard Hwy.
       Chalmette, LA  70043
       Tel:  (504) 598-5500
       Fax: (504) 598-5501
       E-mail: dcj@jarrell-lawfirm.com

CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of April, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

/s/ David C. Jarrell
DAVID C. JARRELL