UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY          CIVIL ACTION NO. 10-8888
"DEEPWATER HORIZON"

SECTION J

MAGISTRATE 1

*ORDER*

Considering the foregoing Motion:

IT IS HEREBY ORDERED that DAVID C. JARRELL is hereby withdrawn as counsel of record for TAMMANY HOLDING COMPANY, L.L.C.

NEW ORLEANS, LOUISIANA this _____ day of _____, 2012.

                 _____
                 JUDGE