UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY "DEEPWATER HORIZON" | CIVIL ACTION NO. 10-8888 |
| | SECTION J |
| | MAGISTRATE 1 |

*MEMORANDUM IN SUPPORT OF
MOTION TO WITHDRAW*

NOW INTO COURT, through undersigned counsel, comes DAVID C. JARRELL who respectfully submits the following Memorandum in Support of the Opposed Motion to Withdraw:

DAVID C. JARRELL was previously employed by the LAW OFFICES OF SIDNEY D. TORRES, III, A.P.L.C.  As part of his duties while so employed, DAVID C. JARRELL filed a Short Form Joinder on behalf of TAMMANY HOLDING COMPANY, L.L.C.  On July 1, 2011, DAVID C. JARRELL voluntarily terminated his employment with the LAW OFFICES OF SIDNEY D. TORRES, III, A.P.L.C.  Since July 1, 2011, DAVID C. JARRELL has not represented TAMMANY HOLDING COMPANY, L.L.C.

Despite numerous requests, the LAW OFFICES OF SIDNEY D. TORRES, III, A.P.L.C. has refused to consent to the withdrawal of DAVID C. JARRELL as counsel of record for TAMMANY HOLDING COMPANY, L.L.C.

DAVID C. JARRELL no longer represents TAMMANY HOLDING COMPANY, L.L.C. in these proceedings and desires to be withdrawn as counsel of record.  Sidney D. Torres, III and Roberta L. Burns, both of whom are currently enrolled as counsel of record, will continue to represent TAMMANY HOLDING

COMPANY, L.L.C.

As of the filing of this motion, there are no pending deadlines or court appearances to notify TAMMANY HOLDING COMPANY, L.L.C. of.  A copy of this Motion to Withdraw has been forwarded to plaintiff TAMMANY HOLDING COMPANY, L.L.C. via U.S. Certified mail at its last known address as well as to counsel for TAMMANY HOLDING COMPANY, L.L.C. the LAW OFFICES OF SIDNEY D. TORRES, III, A.P.L.C.

Respectfully submitted,

LAW OFFICES OF DAVID C. JARRELL
A PROFESSIONAL LAW CORPORATION


BY:   /s/ David C. Jarrell
     DAVID C. JARRELL (Bar No. 30907)
     9101 W. St. Bernard Hwy.
     Chalmette, LA  70043
     Tel:  (504) 598-5500
     Fax: (504) 598-5501
     E-mail: dcj@jarrell-lawfirm.com

CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of April, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

/s/ David C. Jarrell
DAVID C. JARRELL