

# Environmental Toxicology Experts, L.L.C.

Patricia M. Williams, PhD., DABT, *President*

234 West William David Pkwy
Metairie, LA 70005
Office Phone: 504-834-0073

April 18, 2011

Daniel E. Becnel, Jr.
106 West Seventh Street
PO Drawer H
Reserve, Louisiana 70084

Dear Mr. Becnel:

All statements contained herein are true and correct and based upon my personal knowledge, education, and experience and I am a person of full age of majority, competent to execute this preliminary evaluation of the workplace exposures of Malcolm Coco for purposes of mediation. This is not a specific causation report but rather an overview of the General Causation evidence in the scientific literature and the association of such with the exposures of Malcolm Coco during his workplace duties while employed by BP Oil, including the ignition of the crude oil released by the BP Deepwater Horizon Oil Spill.

## Section 2.0  Personal Interview of Malcolm Coco

Malcolm Coco worked for BP Oil from May 14, 2010 through September 2, 2010. He worked as a Boat Igniter Operator and lit the crude oil on fire. He signed up with the Vessels of Opportunity. His boat was transported on a large ship with the mission to set control burns of the crude oil on the surface of the water. There was an explosive expert on the ship with the responsibility to make gasoline bombs that would be thrown into the crude oil to start the fires. The gasoline bombs were filled with gasoline and soap powder in plastic ½ gallon milk jugs. A flare was stuck into the opening of the plastic jug and attached with duct tape. Malcolm was responsible for lighting and throwing the gasoline bombs into the crude oil. He recalls that he could smell the gas from the milk carton when handling the gasoline bombs. He also recalls that he could smell the fumes from the surface crude oil when he was on the ship and got closer to the surface boomed oil. He describes the water of the Gulf of Mexico as black and the water jetting from the motor on his boat as black for hundreds of yards from the boomed oil. He would drive his boat to within an inch of the booms containing the oil and throw the flare bombs about one foot into the oil. He would then back up the boat very carefully.

When the fires were lit, they formed a mushroom cloud that rose 70-80 feet high. He lit 10-13 fires a day. The ship was central to multiple smaller boats lighting the surface crude oil. It was a massive operation. While he was lighting the fires, planes were flying overhead dropping dispersants which rained down on him and the other workers. He worked with the burn team for two weeks.

Exhibit "A"

He was not given any personal protective equipment. He had no mask or respirator. He recalls that there were air quality personnel on the ship. The entire operation was overseen by the US Coast Guard from the ship. There was much secrecy. He had a radio to maintain communication with the ship and overheard voices telling a news helicopter to leave the area or the helicopter would be downed. He was told not to take pictures. However, he and the other workers did take pictures. These pictures verify Mr. Coco's description of the extensive black clouds rising up from the ignited surface crude oil. Mr. Coco described the heavy odors of petroleum oil. He describes it as the smell of refinery towns in Texas. He recalls that when he returned to New Orleans he also smelled the heavy odor of oil.

After two weeks on the burn team, he was transferred, but BP Oil kept his boat and paid for the use of the boat. He believes that they did not keep him on the burn unit because he was

5

## Section 4.0  Conclusions

....The scientific literature on crude oil and its components, such as benzene and the PAHs, documents the causal considerations of sufficient strength of association in epidemiologic studies and consistency of repeated observations of an association in different populations; cause and effect of mechanistic studies and consistency of repeated observations of such in numerous studies; Dose-response and biological gradients in both

12

animal and epidemiologic studies; Temporal relationships are documented for exposures of crude oil components, such as benzene and PAHs, and the biological effects; The associations of epidemiologic studies and the demonstrated effects of mechanistic studies are biologically plausible and consistent with the natural history and biology of the damage, disease, and cancer caused by crude oil and its components such as benzene and PAHs; Experimental evidence in animals and *in vitro* studies supplement and confirm human studies in causal determination. It is not within the scope of this preliminary overview of the scientific literature to present all of the data within this report.

....The acute symptoms experienced by Malcolm Coco while on the burn unit and the actual pictures of the crude oil fires that were lit by Mr. Coco and his team, reflect that there were completed exposure pathways for crude oil components and burn particulates to enter his body. Headaches and nausea are consistent with the known health effects of crude oil components and particulates.

....It is not possible to complete the causal analysis without specific measures of exposure for Malcolm Coco. However, this was a US Coast Guard workplace and air quality experts were on the command ship, therefore it is reasonable to expect that monitoring data exists that would have been required in this Federal workplace. OSHA 1910.1000 Table Z-2 would apply to these exposures in the oil drilling industry and requires monitoring of employee exposures and provision of personal protective equipment or other protective measures to keep the exposure of employees within the permissible exposure levels for benzene and other constituents found in crude oil.

Upon request, I will submit additional information if deemed necessary.

_____  
Date

_____  
Patricia M. Williams, PhD, DABT  
President, Environmental Toxicology Experts, LLC

13