

Exhibit "B"













