

**MATERIAL SAFETY DATA SHEET**

| PRODUCT |
|---|
| COREXIT® 9500 |

| EMERGENCY TELEPHONE NUMBER(S) |
|---|
| (800) 424-9300 (24 Hours)    CHEMTREC |

## 1. CHEMICAL PRODUCT AND COMPANY IDENTIFICATION

PRODUCT NAME : **COREXIT® 9500**

APPLICATION : OIL SPILL DISPERSANT

COMPANY IDENTIFICATION :  Nalco Energy Services, L.P.
P.O. Box 87
Sugar Land, Texas
77487-0087

**EMERGENCY TELEPHONE NUMBER(S)** :    (800) 424-9300 (24 Hours)    CHEMTREC

NFPA 704M/HMIS RATING
HEALTH :   1 / 1        FLAMMABILITY :    1 / 1        INSTABILITY :     0 / 0        OTHER :
0 = Insignificant   1 = Slight   2 = Moderate   3 = High   4 = Extreme

## 2. COMPOSITION/INFORMATION ON INGREDIENTS

Our hazard evaluation has identified the following chemical substance(s) as hazardous. Consult Section 15 for the nature of the hazard(s).

| Hazardous Substance(s) | CAS NO | % (w/w) |
|---|---|---|
| Distillates, petroleum, hydrotreated light | 64742-47-8 | 10.0 - 30.0 |
| Propylene Glycol | 57-55-6 | 1.0 - 5.0 |
| Organic sulfonic acid salt | Proprietary | 10.0 - 30.0 |

## 3. HAZARDS IDENTIFICATION

**\*\*EMERGENCY OVERVIEW\*\***

**WARNING**
Combustible.
Keep away from heat. Keep away from sources of ignition - No smoking. Keep container tightly closed. Do not get in eyes, on skin, on clothing. Do not take internally. Avoid breathing vapor. Use with adequate ventilation. In case of contact with eyes, rinse immediately with plenty of water and seek medical advice. After contact with skin, wash immediately with plenty of soap and water.
Wear suitable protective clothing.
Low Fire Hazard; liquids may burn upon heating to temperatures at or above the flash point. May evolve oxides of carbon (COx) under fire conditions. May evolve oxides of sulfur (SOx) under fire conditions.

PRIMARY ROUTES OF EXPOSURE :
Eye, Skin

HUMAN HEALTH HAZARDS - ACUTE :

EYE CONTACT :
May cause irritation with prolonged contact.

Exhibit "C"

**MATERIAL SAFETY DATA SHEET**

**NALCO**

| PRODUCT |
|---|
| COREXIT® 9500 |

**EMERGENCY TELEPHONE NUMBER(S)**
(800) 424-9300 (24 Hours)    CHEMTREC

SKIN CONTACT :
May cause irritation with prolonged contact.

INGESTION :
Not a likely route of exposure. Can cause chemical pneumonia if aspirated into lungs following ingestion.

INHALATION :
Repeated or prolonged exposure may irritate the respiratory tract.

SYMPTOMS OF EXPOSURE :
Acute :
A review of available data does not identify any symptoms from exposure not previously mentioned.
Chronic :
Frequent or prolonged contact with product may defat and dry the skin, leading to discomfort and dermatitis.

AGGRAVATION OF EXISTING CONDITIONS :
Skin contact may aggravate an existing dermatitis condition.

## 4. FIRST AID MEASURES

EYE CONTACT :
Immediately flush with plenty of water for at least 15 minutes. If symptoms develop, seek medical advice.

SKIN CONTACT :
Immediately wash with plenty of soap and water. If symptoms develop, seek medical advice.

INGESTION :
Do not induce vomiting: contains petroleum distillates and/or aromatic solvents. If conscious, washout mouth and give water to drink. Get medical attention.

INHALATION :
Remove to fresh air, treat symptomatically. Get medical attention.

NOTE TO PHYSICIAN :
Based on the individual reactions of the patient, the physician's judgement should be used to control symptoms and clinical condition.

## 5. FIRE FIGHTING MEASURES

FLASH POINT :               181.4 °F / 83 °C ( PMCC )

LOWER EXPLOSION LIMIT :     Not flammable

UPPER EXPLOSION LIMIT :     Not flammable



| PRODUCT |
|---|
| COREXIT® 9500 |

| EMERGENCY TELEPHONE NUMBER(S) |
|---|
| (800) 424-9300 (24 Hours)    CHEMTREC |

EXTINGUISHING MEDIA :
Alcohol foam, Carbon dioxide, Foam, Dry powder, Other extinguishing agent suitable for Class B fires, For large fires, use water spray or fog, thoroughly drenching the burning material.
Water mist may be used to cool closed containers.

UNSUITABLE EXTINGUISHING MEDIA :
Do not use water unless flooding amounts are available.

FIRE AND EXPLOSION HAZARD :
Low Fire Hazard; liquids may burn upon heating to temperatures at or above the flash point. May evolve oxides of carbon (COx) under fire conditions. May evolve oxides of sulfur (SOx) under fire conditions.

SPECIAL PROTECTIVE EQUIPMENT FOR FIRE FIGHTING :
In case of fire, wear a full face positive-pressure self contained breathing apparatus and protective suit.

## 6.  ACCIDENTAL RELEASE MEASURES

PERSONAL PRECAUTIONS :
Restrict access to area as appropriate until clean-up operations are complete. Stop or reduce any leaks if it is safe to do so. Ventilate spill area if possible. Do not touch spilled material. Remove sources of ignition. Have emergency equipment (for fires, spills, leaks, etc.) readily available. Use personal protective equipment recommended in Section 8 (Exposure Controls/Personal Protection). Notify appropriate government, occupational health and safety and environmental authorities.

METHODS FOR CLEANING UP :
SMALL SPILLS: Soak up spill with absorbent material. Place residues in a suitable, covered, properly labeled container. Wash affected area. LARGE SPILLS: Contain liquid using absorbent material, by digging trenches or by diking. Reclaim into recovery or salvage drums or tank truck for proper disposal. Clean contaminated surfaces with water or aqueous cleaning agents. Contact an approved waste hauler for disposal of contaminated recovered material. Dispose of material in compliance with regulations indicated in Section 13 (Disposal Considerations).

ENVIRONMENTAL PRECAUTIONS :
Do not contaminate surface water.

## 7.  HANDLING AND STORAGE

HANDLING :
Use with adequate ventilation. Keep the containers closed when not in use. Do not take internally. Do not get in eyes, on skin, on clothing. Have emergency equipment (for fires, spills, leaks, etc.) readily available.

STORAGE CONDITIONS :
Store away from heat and sources of ignition. Store separately from oxidizers. Store the containers tightly closed.

SUITABLE CONSTRUCTION MATERIAL :
Compatibility with Plastic Materials can vary; we therefore recommend that compatibility is tested prior to use.



| PRODUCT |
|---|
| COREXIT® 9500 |

**EMERGENCY TELEPHONE NUMBER(S)**
(800) 424-9300 (24 Hours)    CHEMTREC

## MATERIAL SAFETY DATA SHEET

| 8. | EXPOSURE CONTROLS/PERSONAL PROTECTION |

OCCUPATIONAL EXPOSURE LIMITS :
Exposure guidelines have not been established for this product. Available exposure limits for the substance(s) are shown below.

ACGIH/TLV :
Substance(s)
    Oil Mist                      TWA: 5 mg/m3
                                    STEL: 10 mg/m3

    Propylene Glycol
OSHA/PEL :
Substance(s)
    Oil Mist                      TWA: 5 mg/m3
                                    STEL: 10 mg/m3

    Propylene Glycol
AIHA/WEEL :
Substance(s)

ENGINEERING MEASURES :
General ventilation is recommended.

RESPIRATORY PROTECTION :
Where concentrations in air may exceed the limits given in this section, the use of a half face filter mask or air supplied breathing apparatus is recommended. A suitable filter material depends on the amount and type of chemicals being handled. Consider the use of filter type: Multi-contaminant cartridge. with a Particulate pre-filter. In event of emergency or planned entry into unknown concentrations a positive pressure, full-facepiece SCBA should be used. If respiratory protection is required, institute a complete respiratory protection program including selection, fit testing, training, maintenance and inspection.

HAND PROTECTION :
Nitrile gloves, PVC gloves

SKIN PROTECTION :
Wear standard protective clothing.

EYE PROTECTION :
Wear chemical splash goggles.

HYGIENE RECOMMENDATIONS :
Keep an eye wash fountain available. Keep a safety shower available. If clothing is contaminated, remove clothing and thoroughly wash the affected area. Launder contaminated clothing before reuse.

HUMAN EXPOSURE CHARACTERIZATION :
Based on our recommended product application and personal protective equipment, the potential human exposure is: Low



MATERIAL SAFETY DATA SHEET

PRODUCT

## COREXIT® 9500

EMERGENCY TELEPHONE NUMBER(S)
(800) 424-9300 (24 Hours)    CHEMTREC

| 9. | PHYSICAL AND CHEMICAL PROPERTIES |

PHYSICAL STATE        Liquid

APPEARANCE         Clear  Hazy  Amber

ODOR           Hydrocarbon

SPECIFIC GRAVITY          0.95 @ 60 °F / 15.6 °C
DENSITY                   7.91 lb/gal
SOLUBILITY IN WATER       Miscible
pH (100 %)                6.2
VISCOSITY                 177 cps @ 32 °F / 0 °C 70 cps @ 60 °F / 15.6 °C  @ 104 °F / 40 °C
VISCOSITY                 @ 32 °F / 0 °C  @ 60 °F / 15.6 °C 22.5 cst @ 104 °F / 40 °C
POUR POINT                < -71 °F / < -57 °C
BOILING POINT             296 °F / 147 °C
VAPOR PRESSURE            15.5 mm Hg  @ 100 °F / 37.8 °C

Note: These physical properties are typical values for this product and are subject to change.

| 10. | STABILITY AND REACTIVITY |

STABILITY :
Stable under normal conditions.

HAZARDOUS POLYMERIZATION :
Hazardous polymerization will not occur.

CONDITIONS TO AVOID :
Heat

MATERIALS TO AVOID :
Contact with strong oxidizers (e.g. chlorine, peroxides, chromates, nitric acid, perchlorate, concentrated oxygen, permanganate) may generate heat, fires, explosions and/or toxic vapors.

HAZARDOUS DECOMPOSITION PRODUCTS :
Under fire conditions:        Oxides of carbon, Oxides of sulfur

| 11. | TOXICOLOGICAL INFORMATION |

No toxicity studies have been conducted on this product.

SENSITIZATION :
This product is not expected to be a sensitizer.



| MATERIAL SAFETY DATA SHEET |
|---|
| PRODUCT |
| COREXIT® 9500 |

**EMERGENCY TELEPHONE NUMBER(S)**
(800) 424-9300 (24 Hours)    CHEMTREC

CARCINOGENICITY :
None of the substances in this product are listed as carcinogens by the International Agency for Research on Cancer (IARC), the National Toxicology Program (NTP) or the American Conference of Governmental Industrial Hygienists (ACGIH).

HUMAN HAZARD CHARACTERIZATION :
Based on our hazard characterization, the potential human hazard is:  Moderate

## 12. ECOLOGICAL INFORMATION

ECOTOXICOLOGICAL EFFECTS :

The following results are for the product.

ACUTE INVERTEBRATE RESULTS :

| Species | Exposure | LC50 | EC50 | Test Descriptor |
|---|---|---|---|---|
| Acartia tonsa | 48 hrs | 34 mg/l | | Product |
| Artemia | 48 hrs | 20.7 mg/l | | Product |

MOBILITY :
The environmental fate was estimated using a level III fugacity model embedded in the EPI (estimation program interface) Suite TM , provided by the US EPA. The model assumes a steady state condition between the total input and output. The level III model does not require equilibrium between the defined media. The information provided is intended to give the user a general estimate of the environmental fate of this product under the defined conditions of the models. If released into the environment this material is expected to distribute to the air, water and soil/sediment in the approximate respective percentages;

| Air | Water | Soil/Sediment |
|---|---|---|
| <5% | 10 - 30% | 50 - 70% |

The portion in water is expected to float on the surface.

BIOACCUMULATION POTENTIAL
Component substances have a potential to bioconcentrate.

ENVIRONMENTAL HAZARD AND EXPOSURE CHARACTERIZATION
Based on our hazard characterization, the potential environmental hazard is:  Low
Based on our recommended product application and the product's characteristics, the potential environmental exposure is:  Low

If released into the environment, see CERCLA/SUPERFUND in Section 15.

## 13. DISPOSAL CONSIDERATIONS

If this product becomes a waste, it could meet the criteria of a hazardous waste as defined by the Resource Conservation and Recovery Act (RCRA) 40 CFR 261.  Before disposal, it should be determined if the waste meets the criteria of a hazardous waste.



**NALCO**

| PRODUCT |
|---|
| COREXIT® 9500 |

| EMERGENCY TELEPHONE NUMBER(S) |
|---|
| (800) 424-9300 (24 Hours)   CHEMTREC |

Hazardous Waste:  D018

Hazardous wastes must be transported by a licensed hazardous waste transporter and disposed of or treated in a properly licensed hazardous waste treatment, storage, disposal or recycling facility. Consult local, state, and federal regulations for specific requirements.

## 14. TRANSPORT INFORMATION

The information in this section is for reference only and should not take the place of a shipping paper (bill of lading) specific to an order.  Please note that the proper Shipping Name / Hazard Class may vary by packaging, properties, and mode of transportation.  Typical Proper Shipping Names for this product are as follows.

LAND TRANSPORT :

For Packages Less Than Or Equal To 119 Gallons:
    Proper Shipping Name :    PRODUCT IS NOT REGULATED DURING TRANSPORTATION

For Packages Greater Than 119 Gallons:
    Proper Shipping Name :    COMBUSTIBLE LIQUID, N.O.S.
    Technical Name(s) :    PETROLEUM DISTILLATES
    UN/ID No :    NA 1993
    Hazard Class - Primary :    COMBUSTIBLE
    Packing Group :    III

    Flash Point :    83 °C / 181.4 °F

AIR TRANSPORT (ICAO/IATA) :

    Proper Shipping Name :    PRODUCT IS NOT REGULATED DURING TRANSPORTATION

MARINE TRANSPORT (IMDG/IMO) :

    Proper Shipping Name :    PRODUCT IS NOT REGULATED DURING TRANSPORTATION

## 15. REGULATORY INFORMATION

NATIONAL REGULATIONS, USA :

OSHA HAZARD COMMUNICATION RULE, 29 CFR 1910.1200 :
Based on our hazard evaluation, the following substance(s) in this product is/are hazardous and the reason(s) is/are shown below.

Distillates, petroleum, hydrotreated light :  Irritant
Propylene Glycol :  Exposure Limit, Eye irritant
Organic sulfonic acid salt :  Irritant

Nalco Energy Services, L.P. P.O. Box 87 • Sugar Land, Texas 77487-0087 • (281)263-7000
For additional copies of an MSDS visit www.nalco.com and request access

7 / 10



| PRODUCT |
|---|
| COREXIT® 9500 |

| EMERGENCY TELEPHONE NUMBER(S) |
|---|
| (800) 424-9300 (24 Hours)   CHEMTREC |

CERCLA/SUPERFUND, 40 CFR 117, 302 :
Notification of spills of this product is not required.

SARA/SUPERFUND AMENDMENTS AND REAUTHORIZATION ACT OF 1986 (TITLE III) - SECTIONS 302, 311, 312, AND 313 :

SECTION 302 - EXTREMELY HAZARDOUS SUBSTANCES (40 CFR 355) :
This product does not contain substances listed in Appendix A and B as an Extremely Hazardous Substance.

SECTIONS 311 AND 312 - MATERIAL SAFETY DATA SHEET REQUIREMENTS (40 CFR 370) :
Our hazard evaluation has found this product to be hazardous.  The product should be reported under the following indicated EPA hazard categories:

| | |
|---|---|
| X | Immediate (Acute) Health Hazard |
| - | Delayed (Chronic) Health Hazard |
| - | Fire Hazard |
| - | Sudden Release of Pressure Hazard |
| - | Reactive Hazard |

Under SARA 311 and 312, the EPA has established threshold quantities for the reporting of hazardous chemicals. The current thresholds are: 500 pounds or the threshold planning quantity (TPQ), whichever is lower, for extremely hazardous substances and 10,000 pounds for all other hazardous chemicals.

SECTION 313 - LIST OF TOXIC CHEMICALS (40 CFR 372) :
This product does not contain substances on the List of Toxic Chemicals.

TOXIC SUBSTANCES CONTROL ACT (TSCA) :
The substances in this preparation are included on or exempted from the TSCA 8(b) Inventory (40 CFR 710)

FEDERAL WATER POLLUTION CONTROL ACT, CLEAN WATER ACT, 40 CFR 401.15 / formerly Sec. 307, 40 CFR 116.4 / formerly Sec. 311 :
None of the substances are specifically listed in the regulation.

CLEAN AIR ACT, Sec. 111 (40 CFR 60, Volatile Organic Compounds), Sec. 112 (40 CFR 61, Hazardous Air Pollutants), Sec. 602 (40 CFR 82, Class I and II Ozone Depleting Substances) :
None of the substances are specifically listed in the regulation.

| Substance(s) | Citations |
|---|---|
| ○ Propylene Glycol | Sec. 111 |

CALIFORNIA PROPOSITION 65 :
This product does not contain substances which require warning under California Proposition 65.

MICHIGAN CRITICAL MATERIALS :
None of the substances are specifically listed in the regulation.



| MATERIAL SAFETY DATA SHEET | |
|---|---|
| | PRODUCT<br><br>**COREXIT® 9500** |
| | EMERGENCY TELEPHONE NUMBER(S)<br>(800) 424-9300 (24 Hours)    CHEMTREC |

**STATE RIGHT TO KNOW LAWS :**
The following substances are disclosed for compliance with State Right to Know Laws:

    Propylene Glycol                         57-55-6

**NATIONAL REGULATIONS, CANADA :**

**WORKPLACE HAZARDOUS MATERIALS INFORMATION SYSTEM (WHMIS) :**
This product has been classified in accordance with the hazard criteria of the Controlled Products Regulations (CPR) and the MSDS contains all the information required by the CPR.

**WHMIS CLASSIFICATION :**
Not considered a WHMIS controlled product.

**CANADIAN ENVIRONMENTAL PROTECTION ACT (CEPA) :**
The substances in this preparation are listed on the Domestic Substances  List (DSL), are exempt, or have been reported in accordance with the  New Substances Notification Regulations.

| 16. | OTHER INFORMATION |
|---|---|

Due to our commitment to Product Stewardship, we have evaluated the human and environmental hazards and exposures of this product.  Based on our recommended use of this product, we have characterized the product's general risk.  This information should provide assistance for your own risk management practices.  We have evaluated our product's risk as follows:

\* The human risk is:  Low

\* The environmental risk is:  Low

Any use inconsistent with our recommendations may affect the risk characterization.  Our sales representative will assist you to determine if your product application is consistent with our recommendations.  Together we can implement an appropriate risk management process.

This product material safety data sheet provides health and safety information.  The product is to be used in applications consistent with our product literature.  Individuals handling this product should be informed of the recommended safety precautions and should have access to this information.  For any other uses, exposures should be evaluated so that appropriate handling practices and training programs can be established to insure safe workplace operations.  Please consult your local sales representative for any further information.

REFERENCES

Threshold Limit Values for Chemical Substances and Physical Agents and Biological Exposure Indices, American Conference of Governmental Industrial Hygienists, OH., (Ariel Insight# CD-ROM Version), Ariel Research Corp., Bethesda, MD.

Hazardous Substances Data Bank, National Library of Medicine, Bethesda, Maryland (TOMES CPS# CD-ROM Version), Micromedex, Inc., Englewood, CO.



| MATERIAL SAFETY DATA SHEET |
|---|
| PRODUCT |
| **COREXIT® 9500** |
| **EMERGENCY TELEPHONE NUMBER(S)** |
| (800) 424-9300 (24 Hours)    CHEMTREC |

IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Man, Geneva: World Health Organization, International Agency for Research on Cancer.

Integrated Risk Information System, U.S. Environmental Protection Agency, Washington, D.C. (TOMES CPS# CD-ROM Version), Micromedex, Inc., Englewood, CO.

Annual Report on Carcinogens, National Toxicology Program, U.S. Department of Health and Human Services, Public Health Service.

Title 29 Code of Federal Regulations, Part 1910, Subpart Z, Toxic and Hazardous Substances, Occupational Safety and Health Administration (OSHA), (Ariel Insight# CD-ROM Version), Ariel Research Corp., Bethesda, MD.

Registry of Toxic Effects of Chemical Substances, National Institute for Occupational Safety and Health, Cincinnati, OH, (TOMES CPS# CD-ROM Version), Micromedex, Inc., Englewood, CO.

Ariel Insight# (An integrated guide to industrial chemicals covered under major regulatory and advisory programs), North American Module, Western European Module, Chemical Inventories Module and the Generics Module (Ariel Insight# CD-ROM Version), Ariel Research Corp., Bethesda, MD.

The Teratogen Information System, University of Washington, Seattle, WA (TOMES CPS# CD-ROM Version), Micromedex, Inc., Englewood, CO.

Prepared By :  Product Safety Department
Date issued :  06/14/2005
Version Number :  1.6

Nalco Energy Services, L.P. P.O. Box 87 • Sugar Land, Texas 77487-0087 • (281)263-7000
For additional copies of an MSDS visit www.nalco.com and request access
10 / 10