PARISH OF St. John the Baptist

STATE OF LOUISIANA

## AFFIDAVIT OF MALCOLM ALPHONSE COCO, III

BEFORE ME, THE UNDERSIGNED AUTHORITY, personally came and appeared MALCOLM ALPHONSE COCO, III, who, after being duly sworn by me stated that:

1. I am over eighteen years of age and competent to provide this affidavit.
2. I am the Malcolm Alphonse Coco, III who has a case (11-cv-946) in the BP multi district litigation concerning injuries I received as a result of working on a Vessel of Opportunity after the spill.
3. I and the other workers on the boat I worked on were exposed to the Correxit used to disperse/clean up the spill (as well as the crude oil itself) both when it was dropped directly on us and after it fell in the water and was burned along with crude oil.
4. Neither I nor the other workers on the boat were provided any respiratory or hazardous materials clothing or protection for use while cleaning up the spill and burning the oil and Correxit which we inhaled.
5. Had we been offered, suggested to or told to wear such clothing and/or equipment I would have done so. In fact, after being so exposed to the Correxit, crude oil and burning materials I became concerned that it may affect my health.
6. The statements I made to Dr. Williams contained in her April 18, 2011 toxicology report are accurate.

_____
Malcolm Alphonse Coco, III

Sworn to and Subscribed before me,
This 5th day of April, 2012
_____
Notary Public
My Commission is for life.

Matthew B. Marchand Notary Public
La. Bar #24567
Attorney-at-Law
My commission is for life.

Exhibit "D"