UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | **SECTION J** |
| | * | |
| **Applies to:** | * | **JUDGE BARBIER** |
| *B3 Pleading Bundle and 11-2745* | * | |
| | * | **MAGISTRATE SHUSHAN** |

## ORDER

**[Amending the Order of March 29, 2012 (Rec. Doc. 6143), Granting Clean Tank LLC's Motion for Miscellaneous Relief (Rec. Doc. 6164)]**

On March 29, 2012, the Court issued an Order requiring that any party asserting a good faith basis to oppose the dismissal *with* prejudice of the claims in the B3 Master Complaint against the Nalco entities and/or the Clean-Up Defendants shall submit to the Court a short statement expressing its opposition by April 9, 2012. (Rec. Doc. 6143). Further, if the Court does not receive any statements opposing such dismissal, the Court will grant in part the PSC's Motion to Amend the B3 Master Complaint, such that the claims against the Nalco entities and/or the Clean-Up Defendants will be dismissed *with* prejudice.

Clean Tank LLC ("Clean Tank") filed a Motion requesting that the Court include it among the Clean-Up Defendants listed in the March 29, 2012 Order.[1] (Rec. Doc. 6164). Clean Tank was not specifically named as a Defendant in the B3 Master Complaint (Rec. Docs. 1812 (Amended), 881 (Original)), though there is a "catch-all" category for unnamed Defendants that allegedly engaged Plaintiffs to decontaminate vessels. Clean Tank informs the Court that it has been named

---

[1] The March 29, 2012 Order listed the Clean-Up Defendants as: O'Brien's Response Management Inc., National Response Corporation, Marine Spill Response Corporation, Dynamic Aviation Group, Inc., Airborne Support, Inc., Airborne Support International, Inc., DRC Emergency Services, LLC, International Air Response, Inc., Lynden, Inc., Lane Aviation, Tiger Rentals, Ltd., The Modern Group, Ltd., and The Modern Group GP-SUB, Inc.

as a Defendant in one member case, No. 11-2745, *Toups, et al. v. Nalco Co., et al.*

Having reviewed Clean Tank's Motion, and good cause appearing therefor,

**IT IS ORDERED** that Clean Tank's Motion (Rec. Doc. 6164) is **GRANTED** and the Court's Order of March 29, 2012 (Rec. Doc. 6143) is **AMENDED** as follows:

> **IT IS ORDERED** that, by April 9, 2012, any party that asserts a good faith basis to oppose the dismissal *with* prejudice of the claims asserted in the B3 Master Complaint against the Nalco entities[2] and/or the Clean-Up Defendants,[3] shall submit a short statement to the Court expressing its opposition. If the Court does not receive any statements opposing dismissal with prejudice, the Court will grant in part the PSC's Motion to Amend the Master Complaint, such that the claims against Nalco and the Clean-Up Defendants will be dismissed *with* prejudice. If the Court receives any statements opposing dismissal with prejudice, then it will determine at that time how to proceed.

New Orleans, Louisiana, this 4th day of April, 2012.

                                              United States District Judge

---

[2] Nalco Company, Nalco Holdings LLC, Nalco Finance Holdings LLC, and Nalco Holding Company.

[3] O'Brien's Response Management Inc., National Response Corporation, Marine Spill Response Corporation, Dynamic Aviation Group, Inc., Airborne Support, Inc., Airborne Support International, Inc., DRC Emergency Services, LLC, International Air Response, Inc., Lynden, Inc., Lane Aviation, Tiger Rentals, Ltd., The Modern Group, Ltd., The Modern Group GP-SUB, Inc., and Clean Tank LLC.