UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to:<br><br>     All Cases | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**PLAINTIFF'S MOTION TO VACATE ORDER AND REASONS**
**[As to Motions to Dismiss the B1 Master Complaint]**

Plaintiff, Selmer M. Salvesen, by and through his undersigned counsel, hereby files his Motion to Vacate Order and Reasons [As to Motions to Dismiss the B1 Master Complaint], Rec. Doc. 3830 dated August 26, 2011, for the reasons set out in Plaintiff's Memorandum in Support of His Motion in Vacate Order and Reasons [As to Motions to Dismiss the B1 Master Complaint] filed concurrently herewith.

DATED: April 8, 2012                    Respectfully submitted,

                            **/s/ Brian J. Donovan**
                            Brian J. Donovan
                            Attorney for Plaintiff
                            Florida Bar No. 143900
                            3102 Seaway Court, Suite 304
                            Tampa, FL 33629
                            Tel: (352)328-7469
                            BrianJDonovan@verizon.net

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 8th day of April, 2012.

                                              **/s/ Brian J. Donovan**
                                              Brian J. Donovan
                                              Attorney for Plaintiff
                                              Florida Bar No. 143900
                                              3102 Seaway Court, Suite 304
                                              Tampa, FL 33629
                                              Tel: (352)328-7469
                                              BrianJDonovan@verizon.net