IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico On April 20, 2010 | § § § § | MDL No. 2179 SECTION J |
| Applies to: B3 Pleading Bundle and 11-2745 | § § § | JUDGE BARBIER MAGISTRATE SHUSHAN |

## PLAINTIFFS TOUPS, ET AL JOINDER TO PLAINTIFFS COCO AND HARRIS OPPOSITION AND OBJECTION TO PROPOSED DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST THE NALCO ENTITIES AND THE CLEAN-UP DEFENDANTS ASSERTED IN MASTER B-3 COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, PLAINTIFFS TIMOTHY TOUPS, WILLIAM SERRES, CHRISTOPHER TEAL, MATTHEW COCHRALL, KIRK WAKEFIELD, BENNY FLORES, JOSEPH SMITH, JERALD JOHNSON, BARRY MULLINS, DONALD PENNINGTON, BENNIE OLIVER, BRETT DESPORTE, MICHAEL REED, KEITH HARLAN, JOSHUA HEARD, BRAD NAQUIN, GARY THORNLY, GORDON WARD, ERIC PLAYER, CHANNING CHARPONTIER, JONATHAN CRAIG, ANDREW MITCHUM, ROBERT MITCHUM, PHILIP KEILERS, CHRIS DOBYNS, JESSE MATHERNE, files this Joinder to the opposition filed by Plaintiffs Coco and Harris in accordance with this Court's March 29, 2012 Order (Doc #6143) and the Court's April 4, 2012 Order requiring any party opposing the dismissal of the Nalco Entities and/or the Clean-Up Defendants Dismissal with Prejudice . (Exhibit A)

Plaintiffs, Toups, et al respectfully join Plaintiffs Coco and Harris' Objection and Opposition to the Dismissal with Prejudice of the Nalco Entities and Clean-Up Defendants asserted in Master B-3 Complaint as all Plaintiffs named above find themselves similarly situated to Plaintiffs Coco and Harris in so much as these named Plaintiffs were injured from exposure to Correxit while working in the Gulf of Mexico in and around the area during the time when Correxit was being used to disburse the oil. These plaintiffs have asserted claims against the Nalco Entities and the Clean-Up Defendants as well as certain Jones Act claims related to their employee employer relationship.

The Toups plaintiffs join and echo Plaintiffs Coco and Harris in so much that hundreds, if not thousands, of plaintiffs have been exposed and have suffered serious and permanent injury as a result of the conduct of the Nalco and Clean-Up defendants. The Toups plaintiffs join plaintiffs Coco and Harris' Objection and Opposition.

Accordingly, Toups plaintiffs respectfully object and oppose any attempt at this point in time to dismiss the Nalco Entities and Clean-Up defendants with prejudice and respectfully ask this Court deny any such motion and refuse to dismiss any of these Defendants with Prejudice.

Respectfully submitted,

PROVOST UMPHREY LAW FIRM, LLP

_____
DAVID P. WILSON
State Bar No.  32775
JOSEPH J. FISHER, II
Texas State Bar No.  00787471
P.O. Box 4905
Beaumont, Texas  77704-4905
Telephone:     409-835-6000
Facsimile:      409-838-8888

ZIMMERMAN, AXELRAD, MEYER, STERN & WISE, P.C.
Brian Zimmerman
Texas State Bar No. 00788746
3040 Post Oak Blvd., Ste. 1300
Houston, Texas 77056
Telephone:     713-552-1234
Facsimile:      713-963-0859

ATTORNEYS FOR PLAINTIFFS TOUPS, ET AL

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has on this the 9th day of April, 2012, been forwarded to all counsel of record by U. S. Mail, Certified, Return Receipt Requested or Facsimile.

DAVID P WILSON/JOSEPH J. FISHER, II