

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Apr 5 2012
2:20PM

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * | MDL NO. 2179 CIVIL ACTION NO. 2:10-MD-02179 SECTION: J |
| THIS DOCUMENT RELATES TO: | * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

*B3 Pleading Bundle*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFFS' OPPOSITION TO THE PROPOSED DISMISSAL *WITH* PREJUDICE OF CLAIMS AGAINST THE NALCO ENTITIES AND THE CLEAN-UP DEFENDANTS ASSERTED IN MASTER B-3 COMPLAINT

Plaintiffs Malcolm Alphonse Coco, III[1] and Steve Harris[2] file this Opposition in accordance with this Court's March 29, 2012 Order (Doc #6143), permitting any party "to oppose the dismissal with prejudice of the claims asserted in the B3 Master Complaint against the Nalco entities and or Clean-Up Defendants", by April 9, 2012. (That Order was filed in regard to the Nalco Entities renewed Motion To Dismiss (Doc #5531; January 31, 2012). These plaintiffs respectfully submit that neither the NALCO Entities nor the Clean-Up Defendants should be dismissed with prejudice.

Both these Plaintiffs have alleged that they were injured from exposure to the Correxit while these Plaintiffs were each working in the Gulf (Mr. Coco on a Vessel of Opportunity, and Mr. Harris on an oil rig) in the area where and during time when the Correxit was being used to disperse the spill.

As noted in the Order, in discussing the procedural history of this matter, on January 31,

---

[1] *Malcolm Alphonse Coco, III v BP, Nalco Company, et al.*; 11-cv-946
[2] *Steve Harris, Individually and on Behalf of Others Similarly Situated v. BP, Nalco Company, et al.*, 10-cv-2078

1



contest a single statement in the almost one thousand pages.

Until Mr. Coco and the other plaintiffs are made whole it is the PSC's duty to fully pursue the claims against every defendant, including not only all the NALCO entities but the Clean-Up defendants as well, those responsible for the failure to properly protect workers such as Mr. Coco from the Correxit. By not filing any challenge to the PSC has not fulfilled this duty.

Accordingly, it is respectfully submitted that even though the PSC did not bother to oppose this Motion this Court should deny it and not dismiss any of these defendants with prejudice.

Respectfully submitted,
/s/ Daniel E. Becnel, Jr.
Daniel E. Becnel, Jr. (2926)
BECNEL LAW FIRM, LLC
106 W. SEVENTH ST.
P.O. DRAWER H
RESERVE, LA 70084
(985) 536-1186
Attorney for Plaintiffs in:
1) *Malcolm Alphonse Coco, III v BP, Nalco Company, et al.*; 11-cv-946
2) *Steve Harris, Individually and on Behalf of Others Similarly Situated v. BP, Nalco Company, et al.*, 10-cv-2078

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 5th day of April, 2012.

/s/ Daniel E. Becnel, Jr.