1              UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
2

3
     IN RE:  OIL SPILL      MDL NO. 2179
4    BY THE OIL RIG
     "DEEPWATER HORIZON"    SECTION:   J
5    IN THE GULF OF
     MEXICO, ON APRIL       JUDGE BARBIER
6    20, 2010               MAG. JUDGE SHUSHAN

7

8

9
              Transcription of corrected excerpt
10   of **A. JOHN GUIDE**, on Wednesday, March 7,
     2012.
11

12

13

14

15

16   Transcribed By:

17   THU "TUTTI" BUI, CCR, RPR
     Certified Court Reporter
18   State of Louisiana
     State of Texas
19

20

21

22

23

24

25

**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters

1          A.      It would be the same as -- I

2     reflected upon the whole thing.  It was --

3     you know, I went through every -- every

4     step in my head 8,000 times.  No.

5          Q.      Can you tell me what actions you

6     believe BP collectively took, if any, that

7     led to the blowout?

8               MS. KARIS:

9                    Object to form.

10         A.      You know, I -- I can really only

11    speak for myself.  You know, I don't know

12    all the different things that BP did or

13    didn't do.

14         Q.      And can you tell me what actions

15    you believe BP failed to take, if any, that

16    led to the blowout?

17         A.      Same as before.  I mean, I can

18    only speak for myself.

19               MS.  LAWRENCE:

20                    I don't have any further

21    questions for you, Mr. Guide.  Thank you

22    very much.

23

24

25

1        <u>**REPORTER'S CERTIFICATE**</u>

2

3              I, **THU BUI**, CCR, RPR, Certified

4    Court Reporter, State of Louisiana, State

5    of Texas, do hereby certify that the

6    above-mentioned witness, after having been

7    first duly sworn by me to testify to the

8    truth, did testify as hereinabove set

9    forth;

10             That the testimony was reported

11   by me in shorthand and transcribed under my

12   personal direction and supervision, and is

13   a true and correct transcript, to the best

14   of my ability and understanding;

15             That I am not of counsel, not

16   related to counsel or the parties hereto,

17   and not in any way interested in the

18   outcome of this matter.

19

20

21        _____

22        **THU BUI, CCR, RPR**
          Certified Court Reporter
          State of Louisiana
23        State of Texas

24

25

**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters