UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| This Document Applies to All Cases | MAGISTRATE JUDGE SHUSHAN |

## ORDER

Upon consideration of the Agreed Motion to Correct Page 388 of the May 9, 2011 Deposition Transcript of Alexander John Guide:

**IT IS ORDERED** that:  the court reporting agency of GaudetKaiser is permitted to delete the erroneous page 388 of Mr. Guide's May 9, 2011 transcript and replace it with the court reporter's revised and corrected certified transcription.

New Orleans, Louisiana, this __th day of April, 2012.

CARL J. BARBIER<br>
UNITED STATES DISTRICT JUDGE