# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| Case No. 2:10-cv-08888-CJB-SS | * | |
| Doc. No. 63735 | * | |
| Short-Form Joinder of | * | MAGISTRATE JUDGE SHUSHAN |
| Foodway, Inc. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, the undersigned counsel moves this Court for an order withdrawing Natalie K. Mitchell and the law firms of Tom Watkins and Kinney, Ellinghausen, Richard, DeShazo, APLC, as counsel of record for Plaintiff Foodway, Inc. In further support, Movant states as follows:

1. On April 13, 2011, Foodway, Inc. retained the law firms of Tom Watkins and Kinney, Ellingausen, Richard & DeShazo, APLC to serve as counsel with regards to its oil spill case.

2. On April 19, 2011, the undersigned filed a Short Form Joinder on behalf of Sakama Corporation, Document No. 63735.

3. On April 9, 2012, the parties terminated their relationship.

4. Foodway, Inc., will remain in the litigation. Neither the Plaintiff, nor any other party, will be prejudiced by Movant's withdrawal of counsel.

WHEREFORE, the undersigned counsel, both individually and on behalf of the respective law firms of Tom Watkins and Kinney, Ellinghausen, Richard & DeShazo, APLC, move this Court for an Order withdrawing them as counsel of record for Plaintiff Foodway, Inc.

Respectfully submitted this 9th day of April, 2012.

_____
NATALIE K. MITCHELL (#32599)
Kinney, Ellinghausen, Richard & DeShazo, APLC
1250 Poydras St., Suite 2450
New Orleans, LA 70113
Phone: (504) 524 – 0206
Facsimile: (504) 525 – 6216

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of Court. Further, this is to certify that a true and correct copy of the foregoing has been served via U.S. Mail, postage prepaid and properly addressed, on those listed below this 29th day of March, 2012.

Mr. Pete Miller
Fooway, Inc.
2205 Texas Ave.
Shreveport, LA 71103