UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br>SECTION: J |
| This Document Relates To:<br>Case No. 2:10-cv-08888-CJB-SS<br>Doc. No.45264<br>Short-Form Joinder of<br>Lando, LLC. | * * * * * | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, the undersigned counsel moves this Court for an order withdrawing Natalie K. Mitchell and the law firms of Tom Watkins and Kinney, Ellinghausen, Richard, DeShazo, APLC, as counsel of record for Plaintiff Lando, LLC. In further support, Movant states as follows:

1. On April 6, 2011, Lando, LLC retained the law firms of Tom Watkins and Kinney, Ellingausen, Richard & DeShazo, APLC to serve as counsel with regards to its oil spill case.

2. On April 8, 2011, the undersigned filed a Short Form Joinder on behalf of Lando, LLC, Document No. 45264.

3. On April 9, 2012, the parties terminated their relationship.

4. Lando, LLC, will remain in the litigation. Neither the Plaintiff, nor any other party, will be prejudiced by Movant's withdrawal of counsel.

WHEREFORE, the undersigned counsel, both individually and on behalf of the respective law firms of Tom Watkins and Kinney, Ellinghausen, Richard & DeShazo, APLC, move this Court for an Order withdrawing them as counsel of record for Plaintiff Lando, LLC.

Respectfully submitted this 9th day of April, 2012.

                                                  _____
                                                  NATALIE K. MITCHELL (#32599)
                                                  Kinney, Ellinghausen, Richard & DeShazo, APLC
                                                  1250 Poydras St., Suite 2450
                                                  New Orleans, LA 70113
                                                  Phone: (504) 524 – 0206
                                                  Facsimile: (504) 525 – 6216

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of Court. Further, this is to certify that a true and correct copy of the foregoing has been served via U.S. Mail, postage prepaid and properly addressed, on those listed below this 29th day of March, 2012.

    Lando, LLC
    Ms. Lan Nguyen
    8058 Park Avenue
    Houma, LA 70364