IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | § | MDL No. 2179 |
|      "Deepwater Horizon" in the Gulf of Mexico | § | |
|      On April 20, 2010 | § | SECTION J |
| | § | |
| Applies to: | § | JUDGE BARBIER |
| B3 Pleading Bundle and 11-2745 | § | MAGISTRATE SHUSHAN |

## PLAINTIFFS TOUPS, ET AL SUPPLEMENTAL OPPOSITION AND OBJECTION TO PROPOSED DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST THE NALCO ENTITIES AND THE CLEAN-UP DEFENDANTS ASSERTED IN MASTER B-3 COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, PLAINTIFFS TIMOTHY TOUPS, WILLIAM SERRES, CHRISTOPHER TEAL, MATTHEW COCHRALL, KIRK WAKEFIELD, BENNY FLORES, JOSEPH SMITH, JERALD JOHNSON, BARRY MULLINS, DONALD PENNINGTON, BENNIE OLIVER, BRETT DESPORTE, MICHAEL REED, KEITH HARLAN, JOSHUA HEARD, BRAD NAQUIN, GARY THORNLY,  GORDON WARD, ERIC PLAYER, CHANNING CHARPONTIER, JONATHAN CRAIG, ANDREW MITCHUM, ROBERT MITCHUM, PHILIP KEILERS, CHRIS DOBYNS, JESSE MATHERNE, files Supplemental objection and opposition to the dismissal of the Nalco Entities and/or the Clean-Up Defendants Dismissal with Prejudice, including as to Clean Tank, LLC. (Exhibit A)

As a matter of clarification, Plaintiffs, Toups, et al respectfully, additionally objects to  the dismissal of Clean Tank, LLC with prejudice for the reasons cited in the PSC's response to the Courts March 29, 2012 and April 4, 2012 Orders regarding the "B3"/Clean-Up Defendants.

Accordingly, Toups plaintiffs respectfully object and oppose any attempt at this point in time to dismiss the Nalco Entities and Clean-Up, including Clean Tank, LLC, defendants with prejudice and respectfully ask this Court deny any such motion and refuse to dismiss any of these Defendants with Prejudice.

Respectfully submitted,

PROVOST UMPHREY LAW FIRM, LLP

DAVID P. WILSON
State Bar No.   32775
JOSEPH J. FISHER, II
Texas State Bar No.  00787471
P.O. Box 4905
Beaumont, Texas  77704-4905
Telephone:        409-835-6000
Facsimile:        409-838-8888

ZIMMERMAN, AXELRAD, MEYER, STERN &
WISE, P.C.
Brian Zimmerman
Texas State Bar No. 00788746
3040 Post Oak Blvd., Ste. 1300
Houston, Texas 77056
Telephone:        713-552-1234
Facsimile:        713-963-0859

ATTORNEYS FOR PLAINTIFFS TOUPS, ET AL

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has on this the ____ day of _____, 2012, been forwarded to all counsel of record by U. S. Mail, Certified, Return Receipt Requested or Facsimile.

_____

DAVID P WILSON/JOSEPH J. FISHER, II