UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| THIS DOCUMENT RELATES TO: | * * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |
| In Re: TRITON ASSET LEASING, GmbH Case No. 2:10-cv-2771-CJB-SS | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO ALLOW LATE FILED SHORT FORM JOINDERS

Now Come Movants, James Pearson, Krista Pearson, Thomas E. Black, Mark A. Ippolito, and Daniel J. Murphy, through undersigned counsel, who move this Court to allow the filing of Short Form Joinders in the Complaint and Petition of Triton Asset Leasing GmbH, et al., No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the Complaint and Petition of Triton Asset Leasing Gmbh, et al., in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

1. This Court requires a Court Order granting leave to file these Short Form Joinders after September 12, 2011.

2. Undersigned counsel had filed complaints for Movants prior to April 20, 2011, but desires to file these Short Form Joinders to facilitate resolution of these claims.

3. In accordance with the prior Order of this Court, this form is to be filed in CA No. 10-8888, and shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179.

4. No prejudice will result from the acceptance of this proposed Short form Joinders, which are attached hereto as Exhibits "A", "B", "C", "D", and "E". No actions have been taken in the limitation action which could cause prejudice to any party in these proceedings.

**WHEREFORE**, Movants request that the Court grant their request to include the Short Form Joinders attached as Exhibits "A", "B", "C", "D", and "E" in the Complaint and Petition of Triton Asset Leasing GmbH, et al., No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the Complaint and Petition of Triton Asset Leasing Gmbh, et al., in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179 (10 md 2179).

Respectfully submitted,

**BOGGS, LOEHN & RODRIGUE**

_____
**THOMAS E. LOEHN (#8663)**
**CHARLES K. CHAUVIN (#27403)**
**ROBERT F. LAKEY (#7927)**
2324 Severn Avenue, Suite 100
Metairie, LA    70001
Telephone: (504) 828-1202
Facsimile: (504) 828-1208
Email: tloehn@yahoo.com
*Attorney for James Pearson, Krista Pearson, Thomas Edward Black, Mark A. Ippolito and Daniel J. Murphy*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing Motion has been filed electronically with the Clerk of Court using the CM/ECF system and served on all counsel of record through Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on April 9, 2012.

_____
THOMAS E. LOEHN

~3~