UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL NO. 2179 SECTION J |
| | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | * * | MAG. JUDGE SHUSHAN |
| In Re:  TRITON ASSET LEASING, GmbH Case No. 2:10-cv-2771-CJB-SS | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER ON MOTION TO ALLOW LATE FILED CLAIMS

This Court has considered the Motion by James Pearson, Krista Pearson, Thomas E. Black, Mark A. Ippolito, and Daniel J. Murphy, to Allow their Late Filed Short Form Joinders and is of the opinion that Movants' Motion should be GRANTED.

**IT IS THEREFORE ORDERED** that the Motion by James Pearson, Krista Pearson, Thomas E. Black, Mark A. Ippolito, and Daniel J. Murphy to Allow their Late File Short Form Joinders is GRANTED.

New Orleans, Louisiana, this _____ day of April, 2012.

_____
**JUDGE**

˅4˅