UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * | MDL NO. 2179 CIVIL ACTION NO. 2:10-MD-02179 SECTION: J |
| THIS DOCUMENT RELATES TO: | * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

*B3 Pleading Bundle;*
*including 11-946 and 10-2078*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### REQUEST FOR ORAL ARGUMENT

Plaintiffs (1) Malcolm Coco and (2) Steve Harris respectfully request oral argument on their *Plaintiffs' Opposition To The Proposed Dismissal With Prejudice Of Claims Against The Nalco Entities And The Clean-Up Defendants Asserted In Master B-3 Complaint* (Doc #6184; April 5, 2012).

Plaintiffs believe that oral argument may assist the Court in evaluating the legal and factual issues raised by the Motion.

Respectfully submitted,
/s/ *Daniel E. Becnel, Jr.*
Daniel E. Becnel, Jr. (2926)
BECNEL LAW FIRM, LLC
106 W. SEVENTH ST.
P.O. DRAWER H
RESERVE, LA 70084
(985) 536-1186
Attorney for Plaintiffs in:
1) *Malcolm Alphonse Coco, III v BP, Nalco Company, et al.*; 11-cv-946
2) *Steve Harris, Individually and on Behalf of Others Similarly Situated v. BP, Nalco Company, et al.*, 10-cv-2078

1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of April, 2012.

/s/ *Daniel E. Becnel, Jr.*