UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>CIVIL ACTION NO. 2:10-MD-02179<br>SECTION:  J |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

*B3 Pleading Bundle*

**RESPONSE TO AND JOINDER INTO PLAINTIFF'S OPPOSITION TO THE PROPOSED DISMISSAL *WITH* PREJUDICE OF CLAIMS AGAINST THE NALCO ENTITIES AND THE CLEAN-UP DEFENDANTS ASSERTED IN MASTER B-3 COMPLAINT**

Now into Court comes Plaintiff, Joseph Brown, who, through undersigned counsel, submits this Response in Support of and Joinder into Plaintiffs' Opposition To the Proposed Dismissal With Prejudice of Claims Against the Nalco Entities and the Clean-Up Defendants Asserted in Master B-3 Complaint (April 5, 2012; Doc # 6184)("Plaintiffs' Opposition"). Plaintiff respectfully requests that this Court deny the Nalco Entities' renewed Motion to Dismiss (January 31, 2012; Doc # 5531).  Further, Plaintiff requests that neither the Nalco Entities nor the Clean-Up Defendants should be dismissed with prejudice.

Defendant 'Nalco Entities' renewed their Motion To Dismiss the PSC's First Amended Complaint 'B3 Bundle' on January 31, 2012 (Doc # 5531).  On February 16, 2012, the PSC opposed this Motion and filed a Motion for Leave to Amend the B3 Master Complaint (Doc # 5718), which sought to dismiss claims against Nalco without prejudice and "proceed solely and directly against BP (and other Drilling Defendants)."(March 29, 2010; Doc # 6143).  The Court's Order further explains:  "[t]he Clean-Up Defendants, Nalco and BP each responded that the

1

PSC's Motion should only be granted if dismissal is with prejudice. (Rec Docs. 5828, 5871, 5846)( p. 2). The PSC did not oppose this Motion, discuss the matter with non-PSC lawyers representing clients against Nalco and Clean-Up Defendants nor consult class representatives.

Plaintiff Joseph Brown, a commercial fisherman, contracted his boat and crew to work on the oil cleanup. Mr. Brown suffered ulcerations on his lower legs from dispersant chemical Corexit's direct contact with his skin. Those ulcerations allowed dispersant chemical Corexit and marine bacteria to enter his bloodstream, which caused severe and permanent health problems. Mr. Brown suffers from "[d]ifficulty breathing, weakness, heart failure, GI bleeding, poor memory and skin infections." (See Exhibit "A" Initial Visit Evaluation of Dr. Rodney Soto, M.D., September 16, 2011) Dr. Rodney Soto has concluded that "[Mr. Brown] meets clinical criteria and manifestations of petroleum derived products and or Corexit toxicity." (See Exhibit "B", Follow Up Report from Dr. Rodney Soto, M.D., October 11, 2011) Mr. Brown's exposure and resulting injuries have left him unable to work as a fisherman or at any other type of gainful employment.

A significant number of plaintiffs have similar claims of exposure injuries and detrimental health effects. (See Exhibit "C," Plaintiffs-Petitioners) By failing to oppose Nalco's Motion, consult with non-PSC plaintiffs' attorneys or meet with class representatives, the PSC has jeopardized the immediate and long term claims of such plaintiffs.

For the reasons set forth herein and in the Plaintiffs' Opposition, incorporated herein by reference, Plaintiffs pray that the Court deny defendant Nalco Entities' renewed Motion To Dismiss and Plaintiffs request that neither Nalco nor Cleanup-Up Defendants should be dismissed with Prejudice. Further, Plaintiffs-Petitioners listed in Exhibit C hereby join into this Opposition to the Proposed Dismissal.

RESPECTFULLY SUBMITTED,

>/s/ *Paul A. Dominick*
>Paul A. Dominick, Fed ID No. 577
>205 King Street, Suite 400 (29401)
>P.O. Box 486
>Charleston, SC 29402
>Phone:  843.577.9440
>Facsimile:  843.720.1777
>PDominick@nexsenpruet.com
>
>/s/ *Douglas M. Schmidt.*
>Douglas M. Schmidt, Fed ID No.
>335 City Park Avenue
>New Orleans, LA 70119
>
>Attorneys for Plaintiffs-Petitioner

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th Day of April, 2012.

>*/s/ Paul A. Dominick*