# Exhibit A
# Dr. Soto's Report dated September 6, 2011

## INITIAL VISIT

Patient Name:   Brown, Joseph     DOB: 5.29.62     Date: 9.6.11

1. **HEALTH ISSUES:** BP worker, petroleum and corexit exposure from May to July 2010. Gradual decline in health status since exposure. Difficulty breathing, weakness, heart failure, GI bleeding, poor memory, skin infections

2. **PREVIOUS MEDICAL CONDITIONS:** None

3. **CURRENT MEDICATIONS:** Patient to provide with list

4. **SUPPLEMENTS:** None

5. **ALLERGIES:** None            **SLEEP:** Suboptimal

6. **FAMILY HISTORY:** Non-contributory     **NUTRITION:** Suboptimal
   GI: constipated, GERD

7. **LIFESTYLE: SMOKING:** quit    **ETOH:** quit
   **EXERCISE:** No    **OCCUPATION:** Home builder

8. **BP:** 117/75   **WEIGHT:** 250   **HEIGHT:** 6ft. 1inch

**EXAM:** Head normocephalic. EENT shows tiny silver filling. Lungs are clear to auscultation. Heart sounds are normal. Abdomen is distended, no masses. Extremities shows clubbing of fingers and healing skin lesions (psoriatic-like)

9. **LABORATORY:** None available for review at this time

10. **ASSESSMENT:** Petroleum toxicity
Gastrointestinal dysfunction

**11. PLAN:**
I have discussed at length with the patient regarding the health effects of volatile solvents in humans. I also discussed the need for optimization of nutritional status, intestinal health and immune system in order to prepare his body systems for detoxification. Nutrients recommended include pharmaceutical grade multivitamin, probiotics, Magnesium Taurate, Digestive Enzymes, Essential fatty acids, Zinc, and GlutAloeMine. Other testing required for assessment include CBC, CMP, Vitamin D, Thyroid panel, saliva male hormonal profile, food allergy panel, urine organic acids, comprehensive diagnostic stool analysis and hair metal analysis.

10.11.11

Follow up visit by phone

Patient is improving from the nutritional standpoint and moving bowels better
CDSA: increased EPX, Low n-butyrate, Low beneficial SCFA's, Beneficial bacteria +4, Mycology : not candida
Food allergy: eggs, wheat and spelt
Hair: increased levels of AL, Arsenic, Cad, lead, Nickel
OAT: increased Carboxytirc, low ascorbic, increased hydroxyppuric, increased mandelic acid
VOC's: elevated m,p Xylene, Benzene, Ethylbenzene, Hexane, methylpentane
Detox in 6-8 weeks
Laboratory blood testing was done at the VA Hospital. Patient to provide us with a copy
I have discussed issues regarding environmental toxins, nutritional and gastrointestinal optimization in preparation for detoxification.
I also discussed the implications for health in the presence of high levels of volatile solvents.
Patient meets clinical criteria and manifestations of petroleum derived products and or Corexit toxicity.

Rodney D. Soto, M.D.