AO 88A  (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" In the Gulf of Mexico, on April 20, 2010 ) <br> *Plaintiff* ) <br> v. ) <br> BP, et al ) <br> ) <br> *Defendant* ) | Civil Action No.   2:10 MD 02179 CJB_SS - <br><br> (If the action is pending in another district, state where <br> Eastern District of Louisiana          ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Richard R. Brainard, President & Registered Agent
Rrb Energy, Inc., 3515  Emerald Falls Court, Houston, TX 77059

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Sutherland Asbill & Brennan  L L P <br> 1001  Fannin Street, Suite 3700 <br> Houston, Texas 77002 | Date and Time: <br><br> 06/05/ 012 10:00 am |
|---|---|

The deposition will be recorded by this method: _Certified Court Reporter_

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

The documents requested to be produced by Rrb Energy, Inc. at this deposition are listed in the attached Notice of Deposition, and should be produced no later than 10 days prior to the deposition.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: _04/02/2012_

*CLERK OF COURT*

OR

_____    _____
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*     Transocean
_____, who issues or requests this subpoena are:
David A. Baay, District of Texas No. 598715, Sutherland Asbill & Brennan, LLP, 1001 Fannin, Suite 3700, Houston, Texas 77002; Telephone: 713-470-6100; E-mail: david.baay@sutherland.com.

174620

AO 88A (Rev. 06 09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.  2:10-MD-02179_CJB-SS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45)*

This subpoena for *(name of individual and title, if any)*   Richard R. Brainard, Pres. & Reg. Agent for Rrb Energy, Inc.
was received by me on *(date)*   4 2 - 12

☑ I served the subpoena by delivering a copy to the named individual as follows:   Richard R. Brainard
President and Registered Agent for Rrb Energy, Inc.
at   35 E mddeFallsCt   Houstex   on *(date)*   4·21   ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$   73.86   .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date :   4·2·12 9 pm

*Server Signature*
Lucious G. uggs IV
sz 4/2 7

*Printed name and title*

7535 Cyp   Edge Dr Cyp , TX 77463

*Server's address*

Additional information regarding attempted service, etc: