UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April, 20, 2010 | * * * * | MDL 2179 |
| | * | SECTION J(2) |
| | * | JUDGE BARBIER |
| This Document Applies to: No. 12-814 | * * * | MAG. JUDGE WILKINSON |

### ORDER

Case No. 12-814 was consolidated with this Multidistrict Litigation and assigned to Magistrate Judge Sally Shushan (Division 1).

**IT IS ORDERED** that Case No. 12-814, *Duong, et al. v. BP America Petroleum, et al.*, is **REASSIGNED AND REFERRED** to Magistrate Judge Joseph C. Wilkinson, Jr. (Division 2) for the purpose of pretrial case management, including issuing a scheduling order, overseeing discovery, and any other preliminary matters. Parties are encouraged to consider consenting to trial before Magistrate Judge Wilkinson under Fed. R. Civ. P. 73, but are free to withhold consent without adverse substantive consequences.

Parties are directed to use the above caption in future filings with this Court.

Signed in New Orleans, Louisiana this 6th day of April, 2012

_____
United States District Judge