# INDIVIDUAL *DEEPWATER HORIZON* MEMBER SUITS
# NAMING WEATHERFORD AS A DEFENDANT[1]

| NAME OF SUIT | SUIT NO. |
| --- | --- |
| A&A Quality Gutters, Inc. v. BP, P.L.C. et al | EDLA 12-466 |
| Abadie, Al, et al. v. BP, P.L.C., et al. | EDLA 10-2116 |
| Adams, Emily R., et al. v. BP, P.L.C., et al. | EDLA 10-3100 |
| Agro et al v. BP, P.L.C., et al | EDLA 12-529 |
| Alabama, State of v. BP, P.L.C., et al. | EDLA 10-4182, EDLA 10-4183 |
| Alexie, Sr., Larry v. Halliburton Services, Inc. | EDLA 10-1561 |
| Arcement Marine, LLC v. BP, P.L.C., et al | EDLA 12-476 |
| Ascension Marine, Inc. v. BP P.L.C., et al. | EDLA 10-1857 |
| Avocato, Russell v. BP P.L.C., et al. | EDLA 10-2770 |
| Balius, et al. v. BP, P.L.C., et al. | EDLA 10-3271 |
| Becknel v. BP, P.L.C., et al. | EDLA 12-481 |
| Bernard, et al. v. BP, P.L.C., et al | EDLA 12-349 |
| Brandt, et al v. BP, P.L.C., et al. | EDLA 10-3275 |
| Brown et al. v. BP Exploration & Production, Inc. et al. | EDLA 11-1774 |
| Carlisle, Obie v. BP P.L.C., et al. | EDLA 10-4188 |
| Carnival Cruise Line v. BP Exploration and Production, Inc. et al. | EDLA 11-0952 |
| Clark, Dorothy Bright v. Transocean, Ltd., et al. | EDLA 11-0945 |
| Cochran, et al v. BP P.L.C. et al. | EDLA 10-3105 |
| Cutrer et al v. BP, P.L.C. et al | EDLA 12-482 |
| D & H Outfitters, LLC, et al. v. BP P.L.C. | EDLA 10-1556 |
| Danger Corp. d/b/a Danger Charters, a Florida Corporation v. BP P.L.C., et al. | EDLA 10-3113 |
| Davis, Jim, Individually and Law Office of Jim Davis v. Transocean, Ltd., et al. | EDLA 11-2450 |
| Davis, Susan, et al. v. BP P.L.C., et al. | EDLA 10-2984 |
| Derouen, Uwell J., et al. v. BP P.L.C. | EDLA 10-1573 |
| Divine Fish House, Inc. et al v. BP, P.L.C., et al. | EDLA 10-3276 |
| Ezell, Johnnie and Danny Ezell v. BP P.L.C., et al. | EDLA 10-1920 |
| Ford v. BP, P.L.C., et al. | EDLA 10-3252 |
| Frischhertz, James J., Janet Frischhertz and Cedar Bayou, L.L.C. v. Halliburton Energy | EDLA 10-1908 |

---

[1] This list is composed of claims in which a Weatherford entity has been named as a direct defendant and which remain pending before this Court.  The list does not include the claims tendered to Weatherford via Transocean's Rule 14(c) Tender (Rec. Doc. 1320), but Weatherford has sought and received full dismissal of all tendered claims against it.  To the extent that any suit in which Weatherford is named as a defendant is inadvertently left off this list, Weatherford reserves the right to supplement and/or amend this list.

{N2449547.2}

| NAME OF SUIT | SUIT NO. |
|---|---|
| Services, Inc., et al. | |
| Fruge, John T., et al. v. BP P.L.C., et al. | EDLA 10-1752 |
| Grand Isle, Town of , et al. v. BP Exploration & Production, Inc., et al. | EDLA 11-0893 |
| Grupo Turistico Tamaulipas S.A. De C.V. v. BP P.L.C., et al. | EDLA 11-01055 |
| Hudson, Leonard A. v. BP P.L.C., et al. | EDLA 10-4203 |
| In re Transocean, et al. | EDLA 10-2771 |
| Jefferson, Parish of, et al. v. BP Exploration and Production, Inc., et al. | EDLA 11-0895 |
| Johnson Bros. Corporation of La. v. B.P. P.L.C. et al. | EDLA 11-0781 |
| Jordan v. BP, P.L.C. et al | EDLA 11-2528 |
| Kleppinger, et al. v. Transocean Offshore Deepwater Drilling, Inc., et al. | EDLA 10-3168 |
| Le, Tam V., et al. v. BP P.L.C., et al. | EDLA 10-2114 |
| Levy, Darleen Jacobs, et al. v. BP Exploration & Production, Inc., et al. | EDLA 11-0715, 10-1245 |
| Litchfield Company, LLC v. BP, P.L.C., et al. | EDLA 10-3277 |
| Louisiana, State of, et al. v. BP Exploration & Production, Inc., et al. | EDLA 11-0516, 10-3059, 10-1759, 10-1760 |
| Lynch, Phillip Michael v. Transocean, Ltd, et al. | EDLA 11-1160 |
| McCarthy, Scott, et al. v. BP P.L.C., et al. | EDLA 10-3114 |
| Mendes, Guy, III v. BP P.L.C., et al. | EDLA 11-2218 |
| Mitchell, et al. v. BP, P.L.C., et al. | EDLA 10-1472 |
| Murphy, Thomas and Dolores Murphy v. BP P.L.C., et al. | EDLA 10-3085 |
| New Orleans, City of v. BP Exploration and Production, Inc., et al. | EDLA 11-0890 |
| Nguyen, Giang T. v. BP P.L.C., et al. | EDLA 10-1852 |
| Nguyen, Giau V. v. BP P.L.C., et al. | EDLA 10-1855 |
| Nguyen, Kimberly, et al. v. BP P.L.C., et al. | EDLA 10-3269 |
| Nguyen, Sang-Thanh v. BP P.L.C., et al. | EDLA 10-1850 |
| P & S Restaurant Group, Louisiana, LLC v. BP P.L.C., et al. | EDLA 10-1574 |
| PGKR Enterprises, LLC v. BP, P.L.C., et al. | EDLA 10-3278 |
| Plaquemines, Parish of v. BP P.L.C., et al. | EDLA 11-0916 |
| Plaquemines Port, Harbor and Terminal District v. BP P.L.C., et al. | EDLA 11-0917 |
| Professional Bars, Inc. d/b/a Brass Monkey, et al. v. BP P.L.C., et al. | EDLA 10-2985 |
| Quality Preheat & Pressure Washers, Inc. v. BP | EDLA 11-0920 |

| NAME OF SUIT | SUIT NO. |
|---|---|
| Exploration and Production, Inc., et al. | |
| Reed, Darrell v. BP P.L.C., et al. | EDLA 10-4252 |
| Rhodes, Karl W. v. Transocean, Ltd., et al. | EDLA 10-1502 |
| Roberts, Kenneth v. BP P.L.C., et al. | EDLA 10-3815 |
| Sellno, Gary and Cathy, et al. v. BP Exploration & Production, Inc., et al. | EDLA 11-0925 |
| Service One, L.L.C. v. BP Exploration and Production, Inc., et al. | EDLA 11-0920 |
| Shemper, Jacob R., et al. v. BP P.L.C., et al. | EDLA 10-3274 |
| Shepardson, Cory, d/b/a Lower Keys Charters, et al. v. BP P.L.C., et al. | EDLA 10-3112 |
| Stricker, Dr. Seymour, et al. v. BP P.L.C., et al. | EDLA 10-3095 |
| Thanh Hai, Inc., et al. v. BP America Production Company, et al. | EDLA 11-3180 |
| Theriot, Rodney v. Halliburton Energy Services, Inc., et al. | EDLA 10-1560 |
| TLC Boat Rental, Inc., et al. v. BP, P.L.C., et al | EDLA 12-480 |
| Top Water Charters, LLC et al v. BP, PLC, et al. | EDLA 12-381 |
| Tracy Acree Construction, Inc. and Johnnette Acree, et al. v. BP P.L.C., et al. | EDLA 10-4207 |
| Triad Seafood, Inc., et al. v. BP PLC, et al. | EDLA 10-4359 |
| United States of America v. BP Exploration & Production, Inc. et al. | EDLA 10-4536 |
| Vacation Key West, Inc. v. BP P.L.C., et al. | EDLA 10-2986 |
| Ware, Kevin, et al. v. BP P.L.C., et al. | EDLA 10-3115 |
| Washington, Lonnie Ray v. BP P.L.C. | EDLA 10-2771 |
| West, et al. v. BP, P.L.C., et al | EDLA 10-3097 |
| Wetzel, Troy, et al. v. Transocean, Ltd., et al. | EDLA 10-1222 |
| Williams, Michael v. Transocean, Ltd., et al. | EDLA 10-1243 |
| Wilson, Bobby v. BP P.L.C., et al. | EDLA 10-3272 |