# INDIVIDUAL *DEEPWATER HORIZON* MEMBER SUITS THAT NAMED WEATHERFORD AS A DEFENDANT AND THAT WERE NOT INCLUDED IN WEATHERFORD'S 4/12/12 LIST OF MEMBER SUITS NAMING WEATHERFORD AS A DEFENDANT

1. Arcement Boat Rentals, Inc. v. BP, P.L.C., et al.
   Suit no. EDLA 12-0471

2. State of Louisiana v. BP Exploration & Production, Inc., et al.
   Suits no. EDLA 10-2996, 10-2997, 10-1757, 11-1113, 11-1106

3. Ranger Insurance Limited v. BP P.L.C., et al.
   Suit no. 11-0274

{N2589199.1}