UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | **Section "J"** |
| | * | |
| **Applies to:** | * | **JUDGE BARBIER** |
| *All Cases* | * | |
| | * | **MAGISTRATE SHUSHAN** |

### FINAL JUDGMENT PURSUANT TO RULE 54(b)

On January 20, 2012, this Court issued an Order granting Dril-Quip Inc.'s Motion for Summary Judgment Against All Claims (the "Order"). (Rec. Doc. 5306). On motion of Dril-Quip, Inc. ("Dril-Quip"), the Court now rules that the Order is a final judgment pursuant to Federal Rule of Civil Procedure 54(b).

This final judgment is compelled by the specific holding of this Court's January 20, 2012 Order that there is no evidence showing that any equipment manufactured by Dril-Quip, Inc. played any role in causing or contributing to the blowout. Accordingly, this Court ordered that all claims asserted against Dril-Quip, Inc. are dismissed with prejudice.

There being no just reason for delay and good cause appearing, a final judgment is hereby entered, under Fed. R. Civ. P. 54(b), in favor of Dril-Quip against all claims and in all cases.

**IT IS ORDERED** that final judgment is entered in favor of Dril-Quip, Inc. and all claims asserted against Dril-Quip, Inc. are dismissed with prejudice for the reasons stated in the order dated January 20, 2012 (Rec. Doc. 5306).

New Orleans, Louisiana this 9th day of April, 2012.

_____
United States District Judge