UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 § § § § § | MDL No. 2179 Section J |
| THIS DOCUMENT RELATES TO MDL-2179 and Nos. 10-2771, 10-1757, 10-1758, 10-1759, 10-1760, 10-2087, 10-2731, 10-2996, 10-2997, 11-1106, 11-1113, and 11-1480 § § § § § § § | Judge Carl J. Barbier Magistrate Judge Sally Shushan |

## M-I L.L.C.'S DESIGNATIONS OF RECORD ON APPEAL
## IN FIFTH CIRCUIT CASE NO. 12-30012

In addition to the Joint Designations, Dkt. No. 5534, M-I L.L.C ("M-I") respectfully designates the following items for the District Court to use in preparing the Record on Appeal. For those docket entries that have attachments or exhibits, M-I intends that those attachments or exhibits should also be included in the record.

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL-2179 | 1597 | 03/11/11 | Defendant M-I L.L.C.'s Motion to Dismiss the First Amended Master Complaint, Cross-Claim, and Third-Party Complaint for Private Economic Losses ["B1 Bundle"] |
| MDL-2179 | 2216 | 04/29/11 | Reply in Further Support of Defendant M-I L.L.C.'s Motion to Dismiss the First Amended Master Complaint, Cross-Claim, and Third-Party Complaint for Private Economic Losses ["B1 Bundle"] |
| MDL-2179 | 2630 | 06/03/11 | Defendant M-I L.L.C.'s Motion to Dismiss the State of Alabama's First Amended Complaint |
| MDL-2179 | 2631 | 06/03/11 | Defendant M-I L.L.C.'s Motion to Dismiss the State of Louisiana's First Amended Complaint |
| MDL-2179 | 3581 | 08/05/11 | Reply in Further Support of Defendant M-I L.L.C.'s Motion to Dismiss the State of Louisiana's First Amended Complaint |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL-2179 | 3583 | 08/05/11 | Reply in Further Support of Defendant M-I L.L.C.'s Motion to Dismiss the State of Alabama's First Amended Complaint |

April 11, 2012                                                          Respectfully submitted,

**OF COUNSEL:**                                                MORGAN, LEWIS & BOCKIUS LLP
MORGAN, LEWIS & BOCKIUS LLP

Derek E. Leon                                                     By: /s/ *Hugh E. Tanner*
dleon@morganlewis.com.                                      Hugh E. Tanner
Texas Bar No. 24002463                                      htanner@morganlewis.com
5300 Wachovia Financial Center                          Texas Bar No. 19637400
200 South Biscayne Boulevard                            1000 Louisiana, Suite 4000
Miami, Florida  33131                                           Houston, Texas  77002
Telephone:    (305) 415-3000                              Telephone:    (713) 890-5000
Facsimile:      (305) 415-3001                              Facsimile:      (713) 890-5001

Denise Scofield
dscofield@morganlewis.com                              **ATTORNEY FOR DEFENDANT**
Texas Bar No. 00784934                                     **M-I L.L.C.**
1000 Louisiana, Suite 4000
Houston, Texas  77002
Telephone:    (713) 890-5000
Facsimile:      (713) 890-5001

**ATTORNEYS FOR DEFENDANT**
**M-I L.L.C.**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Defendant M-I L.L.C.'s Designations of Record on Appeal in Fifth Circuit Case No. 12-30012 has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the Court's CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179, on this 11th day of April, 2012.

    /s/ *Hugh E. Tanner*

    Hugh E. Tanner