UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" on the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>Section J. |
| THIS DOCUMENT RELATES: | |
| All Cases and 2:10-CV-2771 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### MOTION FOR ACCEPTANCE OF LIMITATION SHORT FORM JOINDER
### OF GREGORY LEE BEACH FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE

Now into Court, "Pro Se" comes Mr. Gregory L. Beach ("the Claimant") who moves this Court for acceptance of his attached Short Form Joinder which is filed beyond the September 16, 2011, deadline in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc. as owner, Managing Owners, Owners Pro Hac Vice and/or Operations of the MODU Deepwater Horizon. As this Honorable Court is aware, the Short Form Joinders were approved by the Court as a vehicle by which Claimants could both file a claim into the limitation proceeding filed by the above named parties, as well as initiate litigation against all non-limitation defendants with regard to the April 20, 2010 oil spill. In filing this motion, the Claimant confirms that his Short Form Joinder is timely as to all non-limitation defendants as there are no deadlines, prescriptive or otherwise, with regard to Claimant's right to file against non-limitation defendants set by this Honorable Court. However, as to parties to the limitation set forth and listed herein, the Claimant recognizes that this Honorable Court did in fact set deadlines and the Claimant would hereby show the court as follows:

TENDERED FOR FILING

TENDERED FOR FILING
APR - 9 2012
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee _____
___ Process _____
X Dktd _____
X CtRmDep _____
___ Doc No. _____

1.      This Court originally established a deadline for the filing of the claims in the Transocean proceeding for April 20, 2011.

2.      The Court extended the deadline for the filing of the claims in the Transocean limitation to September 16, 2011.

3.      As Claimants were unaware of the Court-established deadlines, or had not yet fully realized their damages, they did not timely file in the Transocean limitation proceeding.

4.      No prejudice will result from the acceptance of the Claimant's post-deadline Short Form Joinder, Submitted hereto as "Exhibit A". No action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding.

For these reasons explained more fully in the following Memorandum in Support, Movant Respectfully requests that the Court grant Movant's Motion for Acceptance of Limitation Short Form Joinder of Mr. Gregory L. Beach beyond the September 16, 2011, deadline and that the Court deem said Short Joinder as timely filed.

Respectfully submitted:

*Gregory L. Beach*

Gregory L Beach
77 Stardust tr
Cartersville, Ga 30120
Telephone: (770) 386-0788
gbeach@dornier.com