UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" on the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | Section J. |
| THIS DOCUMENT RELATES: | |
| All Cases and 2:10-CV-2771 | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |
| _____/ | |

### ORDER

Considering the Motion for Acceptance of Limitation Short Form Joinder of Gregory L. Beach filed Beyond the September 16, 2011, Deadline and Supporting Memorandum of Law:

It is ORDERED that the Motion for Acceptance of Limitation Short Form Joinder of Gregory L. Beach filed Beyond the September 16, 2011 Deadline is GRANTED Mr. Beach's Short Form Joinder Attached as Exhibit A, filed into the recod of Civil Action No. 10-8888 shall be considered timely filed in The Transocean Limitation (Civil Action No. 10-2771).

Signed this_____day of _____, 2012

_____
Honorable Carl J. Barbier, U.S. District Court Judge