UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § § | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO: | | |

Case No.: 2:10-cv-08888, [Rec. Doc. 55885];
2:10-cv-02771

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.2.11, the law firms of Colson Hicks Eidson Colson Matthews Martinez Gonzalez Kalbac & Kane, Bilzin Sumberg Baena Price & Axelrod P.A., and Grossman Roth P.A., counsel for Plaintiff Sting Rea Charters, Inc., hereby file their Motion to Withdraw as counsel for Plaintiff Sting Rea Charters, Inc. Plaintiff's counsel, the law firms of Colson Hicks Eidson Colson Matthews Martinez Gonzalez Kalbac & Kane, Bilzin Sumberg Baena Price & Axelrod P.A., and Grossman Roth P.A. have encountered irreconcilable differences with the Plaintiff on issues involving the case.

WHEREFORE, the law firms of Colson Hicks Eidson Colson Matthews Martinez Gonzalez Kalbac & Kane, Bilzin Sumberg Baena Price & Axelrod P.A., and Grossman Roth P.A. request this Honorable Court to allow them to withdraw as counsel of record for the Plaintiff in the above captioned case.

Respectfully Submitted,

/s/Patrick S. Montoya
ERVIN A. GONZALEZ
Fla. Bar No. 500720
Ervin@colson.com
PATRICK S. MONTOYA

Fla. Bar No. 524441
Patrick@colson.com
COLSON HICKS EIDSON COLSON
MATTHEWS MARTINEZ GONZALEZ
KALBAC & KANE
255 Alhambra Circle, Penthouse
Coral Gables, FL  33134
Phone: (305) 476-7400
Fax:    (305) 476-7444
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing MOTION TO WITHDRAW AS COUNSEL has been filed electronically with the Clerk of Court using the CM/ECF system and served on all counsel of record through Lexis Nexis File & Serve, electronic mail, facsimile, and/or U.S. Mail. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via U.S. Mail, postage prepaid and properly addressed, on the others listed below on this 11th day of April, 2012.

Justin Rea
Sting Rea Charters, Inc.
160 Sugarloaf Drive
Sugarloaf Key, FL 33042

/s/ Patrick S. Montoya
