UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL NO. 2179 SECTION: J JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | § § | MAG. JUDGE SHUSHAN |
| Case No.: 2:10-cv-08888, [Rec. Doc. 55885]; 2:10-cv-02771 | | |

## MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.2.11, the law firms of Colson Hicks Eidson Colson Matthews Martinez Gonzalez Kalbac & Kane, Bilzin Sumberg Baena Price & Axelrod P.A., and Grossman Roth P.A., counsel for Plaintiff Sting Rea Charters, Inc., hereby file their Memorandum in Support of Motion to Withdraw as Counsel for Plaintiff Sting Rea Charters, Inc. In support thereof, Movants state as follows:

Plaintiff's counsel, the law firms of Colson Hicks Eidson Colson Matthews Martinez Gonzalez Kalbac & Kane, Bilzin Sumberg Baena Price & Axelrod P.A., and Grossman Roth P.A. have encountered irreconcilable differences with Plaintiff on issues involving the case. Under the circumstances, it is requested that the law firms of Colson Hicks Eidson Colson Matthews Martinez Gonzalez Kalbac & Kane, Bilzin Sumberg Baena Price & Axelrod P.A., and Grossman Roth P.A. be granted leave to withdraw as counsel for Plaintiff.

Plaintiff Sting Rea Charters, Inc. has been notified of counsel's intent to withdraw as counsel and of all pending deadlines and court appearances in this litigation. Plaintiff Sting Rea Charters' present address is 160 Sugarloaf Drive, Sugarloaf Key, FL 33042, and it may be reached at (305) 360-3122.

This motion is made in good faith and will not prejudice any party. None of the parties will suffer any prejudice if the law firms of Colson Hicks Eidson Colson Matthews Martinez Gonzalez Kalbac & Kane, Bilzin Sumberg Baena Price & Axelrod P.A., and Grossman Roth P.A. withdraw from this case.

WHEREFORE, the law firms of Colson Hicks Eidson Colson Matthews Martinez Gonzalez Kalbac & Kane, Bilzin Sumberg Baena Price & Axelrod P.A., and Grossman Roth P.A. request this Honorable Court to allow them to withdraw as counsel of record for the Plaintiff in the above captioned case.

Respectfully Submitted,

/s/Patrick S. Montoya
ERVIN A. GONZALEZ
Fla. Bar No. 500720
Ervin@colson.com
PATRICK S. MONTOYA
Fla. Bar No. 524441
Patrick@colson.com
COLSON HICKS EIDSON COLSON
MATTHEWS MARTINEZ GONZALEZ
KALBAC & KANE
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL has been filed electronically with the Clerk of Court using the CM/ECF system and served on all counsel of record through Lexis Nexis File & Serve, electronic mail, facsimile, and/or U.S. Mail. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via U.S. Mail, postage prepaid and properly addressed, on the others listed below on this 11th day of April, 2012.

Justin Rea
Sting Rea Charters, Inc.
160 Sugarloaf Drive
Sugarloaf Key, FL 33042

/s/ Patrick S. Montoya