UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION<br><br>MDL 2179 |
| Re: Subpoena of Darryl Haan to Tampa Ship LLC | SECTION "J"<br>MAG. JUDGE WILKINSON |

**ORDER AND REASONS ON MOTION**

Pro se Claimant Darryl Haan's[1] "Motion to Hold Tampa Ship in Contempt of Court for Refusing to Comply with Federal Subpoena," Record Doc. No. 5922, has recently been referred to me by Judge Barbier. Record Doc. No. 6166. A memorandum in opposition on behalf of Tampa Ship, LLC has been filed. Record Doc. No. 5943. Plaintiff filed a memorandum in reply. Record Doc. No. 5975.

Haan alleges that he "was to be [h]ired from Training School [t]o build [s]hips for a [l]iving, and [j]obs were [c]anceled by Tampa Ship due to The Deepwater Horizon Oil Spill." Record Doc. No. 5922 at p. 1 of 8. He alleges that he issued a subpoena under the authority of this court to Tampa Ship LLC to obtain contracts concerning the supply ship La Lay Martin for work on the Deepwater Horizon rig. Haan alleges that he needs the contracts to prove his claim against BP. The "Proof of Service" signed by Haan indicates that he served the subpoena upon Tampa Ship "by Email and First Class mail in U.S. Postal

---

[1] The caption states the claimant's name as "Haah," but apparently meant to state "Haan." It is not clear if this claimant filed a Short Form Joinder in this Multidistrict Litigation, or is otherwise a party to any case before this court.

Service" and sought production at his address in Weeki Wachee, Florida. Record Doc. No. 5922 at p. 5 of 8.

Considering the record, the submissions of the parties and the applicable law,

**IT IS ORDERED** that the motion is DENIED. The subpoena is invalid. Tampa Ship is a Florida limited liability company with its principal place of business in Tampa, Florida. It has no presence in Louisiana or within the jurisdiction of this court. The subpoena issued beyond the subpoena power of the United States District Court for the Eastern District of Louisiana, served by email or regular mail for return of documents in Florida, is not valid and/or proper to compel production of documents from an entity in Tampa, Florida. Fed. R. Civ. P. 45(a)(2)(C), Rule 45(b)(1) and Rule 45(b)(2)(A) - (D). A contempt citation for failure to comply with an invalid subpoena is wholly unwarranted.

For all of the foregoing reasons, plaintiff's motion is DENIED, and the subject subpoena is QUASHED. Fed. R. Civ. P. 45(c)(3).

New Orleans, Louisiana, this  11th  day of April, 2012.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**

**HON. CARL J. BARBIER;**

**DARRYL HAAN**
**6421 FINANCE AVE.**
**WEEKI WACHEE, FL 34607**

**AND**

**COLIN B. CAMBRE**
**COUNSEL FOR TAMPA SHIP, LLC**
**CANAL PLACE**
**365 CANAL ST., SUITE 2000**
**NEW ORLEANS, LA 70130-6534**