UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| Case No. 2:10-cv-08888-CJB-SS | * | |
| Doc. No. 63727 | * | |
| Short-Form Joinder of | * | MAGISTRATE JUDGE SHUSHAN |
| Ben Christmas, LLC | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, the undersigned counsel moves this Court for an order withdrawing Natalie K. Mitchell and the law firms of Tom Watkins and Kinney, Ellinghausen, Richard, DeShazo, APLC, as counsel of record for Plaintiff Ben Christmas, LLC. In further support, Movant states as follows:

1. On April 13, 2011, Ben Christmas, LLC retained the law firms of Tom Watkins and Kinney, Ellingausen, Richard & DeShazo, APLC to serve as counsel with regards to its oil spill case.

2. On April 19, 2011, the undersigned filed a Short Form Joinder on behalf of ben Christmas, LLC, Document No. 63727.

3. On April 10, 2012, the parties terminated their relationship.

4. Ben Christmas, LLC, will remain in the litigation. Neither the Plaintiff, nor any other party, will be prejudiced by Movant's withdrawal of counsel.

WHEREFORE, the undersigned counsel, both individually and on behalf of the respective law firms of Tom Watkins and Kinney, Ellinghausen, Richard & DeShazo, APLC,

move this Court for an Order withdrawing them as counsel of record for Plaintiff Ben Christmas, LLC.

Respectfully submitted this 10th day of April, 2012.

                                                                             NATALIE K. MITCHELL (#32599)
Kinney, Ellinghausen, Richard & DeShazo, APLC
1250 Poydras St., Suite 2450
New Orleans, LA 70113
Phone: (504) 524 – 0206
Facsimile: (504) 525 – 6216

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of Court. Further, this is to certify that a true and correct copy of the foregoing has been served via U.S. Mail, postage prepaid and properly addressed, on those listed below this 10th day of April, 2012.

Mr. Ben Christmas
Ben Christmas, LLC
320 Hodges Road
Ruston, LA 71270

Case 2:10-md-02179-CJB-DPC   Document 6215   Filed 04/11/12   Page 3 of 3