IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 ) ) ) | MDL No. 2179 |
| IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY ) ) ) ) ) | Section: J  Judge: Barbier |
| This Document Relates To: 2:10-CV-02771 ) ) ) | Magistrate: Shushan |

**MOTION TO REGULATE DIRECT COMMUNICATIONS
WITH PRIVATE PARTY, SHORT-FORM CLAIMANTS**

**NOW COMES** plaintiff Louverdia Dardar (Short Form #60752), through undersigned counsel, who moves for an Order requiring that 1) all parties, their counsel, the Plaintiff Steering Committee, staff and court appointed administrators of the Transition Process and Court Supervised Settlement Program communicate with plaintiffs through their counsel of record as found on the most recent short form filed in MDL2179, or provide a copy of all communications sent to said client to counsel as well; and, 2) that counsel of record be provided an electronic means to obtain copies of all Materials provided by GCCF claimants to the GCCF. This motion was provided to the Plaintiffs' Steering Committee on April 5, 2012 for review and concurrence per PTO No. 11/CMO No. 1, ¶ X (Rec. Doc. 569). The PSC has not advised whether it concurs. As the motion is time-sensitive, it is filed without PSC concurrence.

Respectfully Submitted:

/s/ Robert Wiygul
Robert Wiygul (LA #17411)
1011 Iberville Drive
Ocean Springs, MS 39564
Office: (228) 872-1125
Fax:    (228) 872-1128
robert@waltzerlaw.com
*Counsel for Plaintiffs*

/s/ Joel Waltzer
Joel Waltzer (LA #19268)
Clay Garside (LA #29873)
3715 Westbank Expressway, Ste. 13
Harvey, LA 70058
Office:  (504) 340-6300
Fax:     (504) 340-6330
joel@waltzerlaw.com
clay@waltzerlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing motion has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179

      Harvey, Louisiana, on this 11'th of April, 2012.

                                              /s/ Joel Waltzer