

February 16, 2012

**Gulf Coast Claims Facility**
**P.O. Box 9658**
**Dublin, OH  43017-4958**

RE:    ██████████████████████████
          GCCF Claim # ████████████

Dear Sir/Madam:

Please consider this letter as a formal notice that Waltzer & Wiygul Law Firm does not represent Mr. ████████ for the above claim with your office.  Please remove our name as his attorney representative from your claim database and process.  We represent his interests **ONLY** in federal court.  Mr. ████████ will proceed with the claim for interim damages with your office individually.  Please process this request effective immediately and accordingly.

Should you have any questions, please do not hesitate to contact my office.  Your attention and assistance to this matter is appreciated.

Sincerely,

Joel Waltzer

JRW/tn

██████████

3715 Westbank Expressway, Suite 13  |  Harvey, LA 70058  |  (t) 1-504-340-6300  |  (f) 1-504-340-6330
NEW ORLEANS  |  OCEAN SPRINGS  |  HARVEY