| first | middle | last | Short Form # | Last Four Tax Id. # | Hired for GCCF? | Hired for Fed Lit? |
|---|---|---|---|---|---|---|
| Co | Van | Pham | 38583 | 4826 | N | Y |
| Tony | | Tran | 42590 | 2907 | N | Y |
| Peter | | Tran | 42607 | 1659 | N | Y |
| Dan | Thai | Phan | 43156 | 3434 | N | Y |
| Tuan | Huu | Nguyen | 43346 | 7273 | N | Y |
| Noert | | Huon | 43531 | 1100 | N | Y |
| Luom | T | Nguyen | 44658 | 5175 | N | Y |
| My | Thi | Le | 44953 | 0836 | N | Y |
| Alex | | Le | 45056 | 6425 | N | Y |
| Joe | | Nguyen | 46875 | 6820 | N | Y |
| Thom | Thi | Tran | 46941 | 5215 | N | Y |
| Eloise | P | Terry | 48430 | 2789 | N | Y |
| Brenda | | Billiot | 48561 | 0863 | N | Y |
| Chase | | Billiot | 49090 | 4127 | N | Y |
| Corey | Joseph | Billiot | 49834 | 4618 | N | Y |
| Earl | | Billiot | 49855 | 2313 | N | Y |
| Elizabeth | Dufrene | Billiot | 49876 | 8666 | N | Y |
| Price | | Billiot | 49906 | 2840 | N | Y |
| Cuong | Van | Nguyen | 51519 | 8360 | N | Y |
| Ngua | Thi | Tran | 51523 | 8373 | N | Y |
| Theresa | | Billiot | 51611 | 9845 | N | Y |
| Sheila | Verdin | Bourgeois | 51673 | 4040 | N | Y |
| Minh | Hoang | Chu | 51705 | 8214 | N | Y |
| Basile | | Dardar | 52251 | 7243 | N | Y |
| Casey | | Dardar | 52257 | 9822 | N | Y |
| Tan | | Nguyen | 52525 | 5265 | N | Y |
| Elizabeth | | Billiot | 52527 | 9007 | N | Y |
| Emary | | Billiot | 52550 | 4815 | N | Y |
| Matthew | | Chouest | 52647 | 7418 | N | Y |
| Dylan | | Dardar | 52675 | 2011 | N | Y |
| Hoi | Van | Tran | 52916 | 8122 | N | Y |
| Hai | Hoang | Huynh | 53115 | 6519 | N | Y |
| Anh | Van | Tran | 53962 | 1227 | N | Y |
| James | Ngoc | Nguyen | 53969 | 316 | N | Y |
| Ca | Van | Tran | 53976 | 3797 | N | Y |
| Hung | T. | Lam | 53984 | 1705 | N | Y |
| Ut | N. | Nguyen | 54003 | 0320 | N | Y |
| Quy | Van | Le | 54014 | 8003 | N | Y |
| Vinh | Van | Do | 54019 | 2869 | N | Y |
| Dao | Minh | Vu | 54026 | 2227 | N | Y |
| Dao | Minh | Vu | 54032 | 8988 | N | Y |
| Thy | Dang Nu | Ton | 54035 | 9916 | N | Y |
| Minh | Duc | Nguyen | 54038 | 7616 | N | Y |
| Quang | Dang | Nguyen | 54051 | 9328 | N | Y |
| Anh | Ngoc | Dang | 54059 | 4419 | N | Y |
| Huy | V. | Vu | 54065 | 5251 | N | Y |

| First | Middle | Last | ID | Num | Col6 | Col7 |
|---|---|---|---|---|---|---|
| Vui | | Van | 54066 | 3496 | N | Y |
| Mary | Lan | Nguyen | 54085 | 9816 | N | Y |
| Xuyen | Thi | Pham | 54094 | 2952 | N | Y |
| Joseph | Van | Mai | 54096 | 2967 | N | Y |
| Thuan | Dinh | Nguyen | 54147 | 6789 | N | Y |
| Tina | | Vu | 54155 | 2478 | N | Y |
| Thanh | Van | Hoang | 54162 | 7318 | N | Y |
| Thu | Thi Ngoc | Nguyen | 54168 | 6673 | N | Y |
| My | | Le | 54173 | 5714 | N | Y |
| Hong | Thi | Nguyen | 54184 | 5641 | N | Y |
| John | | Tran | 54191 | 6054 | N | Y |
| Tuong | C. | Bui | 54201 | 3162 | N | Y |
| Kim | Tuyet Thi | Vu | 54215 | 1919 | N | Y |
| Binh | Thanh | Nguyen | 54238 | 0170 | N | Y |
| Joseph | Dong | Nguyen | 54258 | 1212 | N | Y |
| Su | D. | Tran | 54262 | 4463 | N | Y |
| Khanh | Van | Nguyen | 54264 | 1003 | N | Y |
| Hung | The | Trinh | 54267 | 6201 | N | Y |
| Du | D. | Tran | 54272 | 5170 | N | Y |
| Tung | T. | Chu | 54286 | 9433 | N | Y |
| Dong | Van | Tran | 54291 | 1051 | N | Y |
| Thuy | Thi Ngoc | Nguyen | 54295 | 3219 | N | Y |
| Julie | Dung | Nguyen | 54300 | 7938 | N | Y |
| Kim Khanh | Thi | Nguyen | 54307 | 7498 | N | Y |
| John | The | Nguyen | 54329 | 6430 | N | Y |
| Tuan | Anh | Nguyen | 54336 | 2060 | N | Y |
| Hue | | Nguyen | 54349 | 6227 | N | Y |
| Nghia | Huu | Vo | 54356 | 0048 | N | Y |
| Tri | Quoc | Phu | 54371 | 3880 | N | Y |
| Phuc | Van | Tran | 54415 | 4231 | N | Y |
| Tuyet | Thi | Tran | 54473 | 0530 | N | Y |
| Ca | Van | Tran | 54582 | 9590 | N | Y |
| Qui | Van | Nguyen | 54780 | 4437 | N | Y |
| Son | Huu | Nguyen | 54781 | 6771 | N | Y |
| Binh | Vu | Pham | 54783 | 4847 | N | Y |
| Van | Sinh | Phan | 54784 | 9850 | N | Y |
| Sinh | Minh | Vu | 54785 | 5661 | N | Y |
| Canh | Ngoc | Tran | 54786 | 9593 | N | Y |
| Dang | Dinh | Tran | 54787 | 4516 | N | Y |
| Dong | | Tran | 54788 | 9195 | N | Y |
| Ho | Van | Tran | 54789 | 3727 | N | Y |
| Loi | Huu | Tran | 54791 | 2860 | N | Y |
| Thanh | Van | Tran | 54792 | 8872 | N | Y |
| Thieu | Ngoc | Tran | 54793 | 9218 | N | Y |
| Tung | Van | Tran | 54794 | 8015 | N | Y |
| Van | T. | Tran | 54796 | 5266 | N | Y |
| Leona | | Verdin | 54796 | 9329 | N | Y |
| Van | T. | Tran | 54796 | 5266 | N | Y |
| Patrick | | Verdin | 54797 | 9700 | N | Y |

| | | | | | | |
|---|---|---|---|---|---|---|
| Randy | | Verdin | 54798 | 0442 | N | Y |
| Tammy | | Verdin | 54799 | 4176 | N | Y |
| Walterine | | Verdin | 54800 | 7047 | N | Y |
| Son | Van | Vo | 54801 | 3647 | N | Y |
| Hung | V. | Huynh | 54804 | 0476 | N | Y |
| Hung | V. | Huynh | 54811 | 2677 | N | Y |
| Mai | Thi | Lam | 54818 | 9076 | N | Y |
| A | Thi | Le | 54822 | 0179 | N | Y |
| Xem | Thi | Le | 54825 | 3098 | N | Y |
| Gai | Thi | Nguyen | 54828 | 8391 | N | Y |
| No | Van | Nguyen | 54839 | 4478 | N | Y |
| Phi | Long | Nguyen | 54842 | 4416 | N | Y |
| Kimberly | Lien | Le | 55007 | 8217 | N | Y |
| Be | Doan | Tran | 55010 | 5720 | N | Y |
| Dwight | | Reyes | 55015 | 6465 | N | Y |
| Henry | H. | Pham | 55730 | 8682 | N | Y |
| Binh | Van | Nguyen | 55829 | 6217 | N | Y |
| Sinh | Trong | Pham | 55832 | 3634 | N | Y |
| Nho | Van | Tran | 55836 | 3538 | N | Y |
| Kimberly | Le | Hoang | 55894 | 7333 | N | Y |
| Bobby | | Nguyen | 55987 | 8291 | N | Y |
| Quoc | Xuan | Pham | 55991 | 1104 | N | Y |
| Nhut | Van | Le | 56008 | 4808 | N | Y |
| Thoa | Dinh | Nguyen | 56013 | 7952 | N | Y |
| Tom | Huu | Do | 56020 | 8609 | N | Y |
| Vu | Xuan | Nguyen | 56024 | 7061 | N | Y |
| Quoc | Van | Nguyen | 56029 | 7008 | N | Y |
| Kenny | Hung Mor | Nguyen | 56039 | 8495 | N | Y |
| Uyen | To | Le | 56051 | 1441 | N | Y |
| Phe | | Nguyen | 56151 | 8911 | N | Y |
| Dzuy | Minh | Le | 56169 | 4410 | N | Y |
| Hai | Hoang | Huynh | 56180 | 8682 | N | Y |
| Andy | K. | Dang | 56186 | 7795 | N | Y |
| Ngoc | Anh | Do | 56195 | 8704 | N | Y |
| Andy | K. | Dang | 56202 | 0007 | N | Y |
| Luc | Tan | Nguyen | 56207 | 4826 | N | Y |
| Lam | Thi | Hoang | 56214 | 1191 | N | Y |
| Vui | Van | Nguyen | 56219 | 4662 | N | Y |
| Hung | Minh | Nguyen | 56269 | 6042 | N | Y |
| Steven | | Le | 56277 | 1212 | N | Y |
| Lynn | | Huynh | 56289 | 4394 | N | Y |
| An | Nhu | Thai | 56378 | 7375 | N | Y |
| Lan-Anh | Thi | Nguyen | 56384 | 5317 | N | Y |
| Ngoc-Diem | Thi | Huynh | 56444 | 3989 | N | Y |
| Charlie | Van | Vo | 56451 | 6058 | N | Y |
| Tuoi | Thi | Nguyen | 56459 | 2895 | N | Y |
| Tien | Anh | Hoang | 56852 | 4907 | N | Y |
| Loan | Kim Thi | Ly | 57216 | 8951 | N | Y |
| Kevin | | Le | 57224 | 7265 | N | Y |

| | | | | | | |
|---|---|---|---|---|---|---|
| Trong | Van | Phan | 57226 | 4933 | N | Y |
| Hai | Van | Nguyen | 57227 | 4084 | N | Y |
| Tommy | Tuan Van | Tran | 57228 | 8198 | N | Y |
| Nhan | | Nguyen | 57229 | 4224 | N | Y |
| Kevin (Du) | M. | Le | 57232 | 9317 | N | Y |
| Thu | Huong Th | Pham | 57233 | 0817 | N | Y |
| Anna | Hang | Phan | 57234 | 4794 | N | Y |
| Thai | Van | Nguyen | 57235 | 9247 | N | Y |
| Tong | Ba | Vo | 57236 | 9929 | N | Y |
| Duy | Quang | Nguyen | 57239 | 3439 | N | Y |
| Sang | Thi | Nguyen | 57240 | 2160 | N | Y |
| Thieu | Quoc | Nguyen | 57241 | 4174 | N | Y |
| Huong | Thi Diem | Le | 57242 | 8507 | N | Y |
| Thanh | Dinh | Nguyen | 57245 | 0817 | N | Y |
| Wendy | | Nguyen | 57246 | 0317 | N | Y |
| Cong | Van | Le | 57248 | 8569 | N | Y |
| Lindsey | Vu | Pham | 57251 | 2449 | N | Y |
| Lindsey | Vu | Pham | 57254 | 9860 | N | Y |
| Uyen | P. | Nguyen | 57255 | 7755 | N | Y |
| Tony | Giang | Nguyen | 57256 | 8575 | N | Y |
| Quynh | Van | Dang | 57257 | 6786 | N | Y |
| David | That | Pham | 57258 | 1569 | N | Y |
| Ha | Thanh | Pham | 57259 | 2398 | N | Y |
| Mai | Thi | Do | 57261 | 1641 | N | Y |
| Cuc | Van | Huynh | 57262 | 4465 | N | Y |
| Mai | Thi | Do | 57264 | 2332 | N | Y |
| Le | Thi | Nguyen | 57267 | 7259 | N | Y |
| Can | Van | Nguyen | 57268 | 4334 | N | Y |
| Mai | Thi | Do | 57269 | 1018 | N | Y |
| Tom | Cong | Huynh | 57270 | 4618 | N | Y |
| Tom | Cong | Huynh | 57271 | 4645 | N | Y |
| Tom | Cong | Huynh | 57272 | 6717 | N | Y |
| Cuong | Huyen | Dao | 57276 | 3705 | N | Y |
| Truc | Trung | Huynh | 57277 | 1285 | N | Y |
| Danny | Don | Le | 57284 | 1876 | N | Y |
| Cuc | Van | Huynh | 57287 | 3543 | N | Y |
| Thanh | Van | Le | 57288 | 0536 | N | Y |
| Timmy | Ngoc | Nguyen | 57289 | 7583 | N | Y |
| Tan | Thoi | Nguyen | 57290 | 1904 | N | Y |
| Loc | Xuan | Nguyen | 57291 | 4908 | N | Y |
| Da | Wei | Gao | 57293 | 0042 | N | Y |
| Tan | Quang | Dang | 57294 | 7682 | N | Y |
| Hung | Van | Nguyen | 57297 | 1158 | N | Y |
| Hung | Dac | Ho | 57298 | 2646 | N | Y |
| Cao | Vin | Nguyen | 57300 | 7307 | N | Y |
| Dung | Thi My | Nguyen | 57303 | 1157 | N | Y |
| Quang | Hong | Tran | 57304 | 6425 | N | Y |
| Tam | Thanh | Vu | 57305 | 8130 | N | Y |
| Minh | Van | Nguyen | 57996 | 5844 | N | Y |

| | | | | | | |
|---|---|---|---|---|---|---|
| Thanh Van | Thi | Nguyen | 58009 | 8224 | N | Y |
| Phasiry | Bou | Thanong | 59124 | 0366 | N | Y |
| Kerry | | Guerra | 59253 | 5638 | N | Y |
| Dong | Van | Dang | 59350 | 4617 | N | Y |
| Duoc | Van | Le | 59417 | 9445 | N | Y |
| Chau | | Nguyen | 59429 | 7282 | N | Y |
| Chinh | Van | Nguyen | 59440 | 1924 | N | Y |
| Chinh | Van | Nguyen | 59449 | 3920 | N | Y |
| Dung | Vi | Nguyen | 59463 | 4086 | N | Y |
| Percy | Todd | Parker | 59537 | 1080 | N | Y |
| Hang | Thuy | Nguyen | 59546 | 5589 | N | Y |
| Hoc | Van | Nguyen | 59561 | 5423 | N | Y |
| Hoc | Van | Nguyen | 59575 | 5992 | N | Y |
| Hong Loan | Thi | Nguyen | 59588 | 0930 | N | Y |
| Hong Yen | Thi | Nguyen | 59603 | 4433 | N | Y |
| Kiem | | Nguyen | 59613 | 8683 | N | Y |
| Lien | Van | Nguyen | 59810 | 4253 | N | Y |
| Phi | Van | Nguyen | 59846 | 5032 | N | Y |
| Quoc | Anh | Nguyen | 59861 | 8602 | N | Y |
| Thoa | Sara | Nguyen | 59934 | 4420 | N | Y |
| Tuan | Anh | Nguyen | 59947 | 4529 | N | Y |
| Muoi | V. | Pham | 59964 | 0380 | N | Y |
| Thanh | Thi | Tran | 59991 | 7592 | N | Y |
| John | William | Gallardo | 60409 | 2438 | N | Y |
| Jimmy | | Autin | 60479 | 7676 | N | Y |
| Roland | | Billiot | 60489 | 2641 | N | Y |
| Vicki | | Bonvillain | 60499 | 5714 | N | Y |
| Annalou | | Hernandez | 60502 | 9663 | N | Y |
| Russell | | Dardar | 60530 | 3467 | N | Y |
| Norris | Alvin | Hotard | 60531 | 1989 | N | Y |
| Brooke | Nicole | Lyons | 60545 | 5711 | N | Y |
| Jeannie | | Facille | 60551 | 1873 | N | Y |
| Kristin | | Matherne | 60564 | 2382 | N | Y |
| Efram | | Naquin | 60579 | 6534 | N | Y |
| Mary | | Verdin | 60582 | 8217 | N | Y |
| Tammy | | Billiot | 60590 | 3105 | N | Y |
| Judy | | Naquin | 60609 | 9416 | N | Y |
| Larry | | Naquin | 60654 | 7868 | N | Y |
| Zachary | | Naquin | 60658 | 0071 | N | Y |
| Erica | Billiot | Ross | 60670 | 5135 | N | Y |
| Anthony | Michael | Verdin | 60680 | 5885 | N | Y |
| Donna | | Dardar | 60694 | 9319 | N | Y |
| Allen | N | Billiot | 60724 | 3920 | N | Y |
| Armando | Joseph | Brunet | 60732 | 8676 | N | Y |
| Ebro | | Verdin | 60736 | 3280 | N | Y |
| Joan | | Brunet | 60744 | 4397 | N | Y |
| Louverdia | | Dardar | 60752 | 0707 | N | Y |
| Jeff | Paul | Verdin | 60754 | 9266 | N | Y |
| Patti | Verdin | Dardar | 60768 | 9184 | N | Y |

| First | Middle | Last | ID | Last4 | Col6 | Col7 |
|---|---|---|---|---|---|---|
| Raymond |  | Dardar | 60780 | 0763 | N | Y |
| Sherry |  | Dardar | 60796 | 4778 | N | Y |
| Terry | Paul | Dardar | 60804 | 4515 | N | Y |
| John |  | Verdin | 60811 | 8272 | N | Y |
| Tommy |  | Dardar | 60812 | 9004 | N | Y |
| Keith | John | Verdin | 60823 | 9489 | N | Y |
| Kenneth | Curtis | Verdin | 60830 | 6638 | N | Y |
| Ngan | Van | Bui | 60859 | 7122 | N | Y |
| Dung | Thi | Doan | 60865 | 1298 | N | Y |
| James |  | Driggers | 60869 | 0746 | N | Y |
| Wallace |  | Verdin | 60870 | 7519 | N | Y |
| James |  | Driggers | 60877 | 0393 | N | Y |
| Shirley | Ann | Driggers | 60881 | 5320 | N | Y |
| Eddie |  | Hotard | 60882 | 9445 | N | Y |
| Hyung | Chan | Kim | 60893 | 4422 | N | Y |
| Lucy |  | Kim | 60899 | 2671 | N | Y |
| Hoa | Thi | Ly | 60902 | 8770 | N | Y |
| Thai | Quoc | Ly | 60908 | 1007 | N | Y |
| Sidney |  | Verdin | 60914 | 9443 | N | Y |
| Phuong |  | Ngo | 60917 | 9600 | N | Y |
| Henry | Trang | Nguyen | 60922 | 0175 | N | Y |
| Hoa | Van | Nguyen | 60941 | 4306 | N | Y |
| Minh | Hoang | Nguyen | 60947 | 3552 | N | Y |
| Thom | Van | Nguyen | 60955 | 1727 | N | Y |
| Thanh | Thi | Pham | 60978 | 8038 | N | Y |
| Amy | Thanh | Tran | 60991 | 5867 | N | Y |
| Hai |  | Trang | 60995 | 0963 | N | Y |
| Thunnarith |  | Oum | 61434 | 2741 | N | Y |
| Andrew |  | Vo | 61548 | 7594 | N | Y |
| Andrew |  | Vo | 61577 | 7930 | N | Y |
| Thanh | Hoang | Nguyen | 61587 | 2639 | N | Y |
| Hao | Son | Vu | 61597 | 4319 | N | Y |
| Loi | Tan | Hoang | 61605 | 2463 | N | Y |
| Trinh | Thi | Tran | 61630 | 9941 | N | Y |
| Mung | Van | Pham | 62046 | 9494 | N | Y |
| Sanh | Van | Tran | 62059 | 5404 | N | Y |
| James | Hieu | Pham | 62070 | 9611 | N | Y |
| Long | Thanh | Nguyen | 62077 | 8643 | N | Y |
| Quang | Xuan | Tran | 62085 | 5764 | N | Y |
| Elizabeth | Ngoc-Bich | Bui | 62097 | 9687 | N | Y |
| Tam | Van | Le | 62105 | 5970 | N | Y |
| Duc | Van | Tran | 62111 | 8457 | N | Y |
| Xy | Thi | Phan | 62168 | 3135 | N | Y |
| Dan | Thi | Nguyen | 62232 | 8612 | N | Y |
| Khoi | Anh | Duong | 62459 | 7630 | N | Y |
| James |  | Gerakines | 62470 | 4004 | N | Y |
| Suzanne | L. | Henning | 62478 | 3948 | N | Y |
| Tuan | Anh | Hoang | 62484 | 9681 | N | Y |
| Ly |  | Huynh | 62491 | 2940 | N | Y |

| | | | | | | |
|---|---|---|---|---|---|---|
| Ly | | Huynh | 62497 | 4051 | N | Y |
| Elina | Thi | Lam | 62521 | 9077 | N | Y |
| Qui | Van | Le | 62529 | 3023 | N | Y |
| Quynh | Thi | Ngo | 62552 | 8232 | N | Y |
| Trong | Ken | Ngo | 62563 | 9082 | N | Y |
| Anh | Thi Thuy | Nguyen | 62573 | 7570 | N | Y |
| Anh | Thi Thuy | Nguyen | 62585 | 7946 | N | Y |
| Cang | | Nguyen | 62669 | 0399 | N | Y |
| John Dominic | Minh | Nguyen | 62681 | 3765 | N | Y |
| John Dominic | Minh | Nguyen | 62690 | 4368 | N | Y |
| Johnny | Phuoc | Nguyen | 62699 | 7498 | N | Y |
| Khan | Van | Nguyen | 62711 | 4684 | N | Y |
| Michael | | Nguyen | 62743 | 0369 | N | Y |
| Michael | | Nguyen | 62760 | 5199 | N | Y |
| Minh | Van | Nguyen | 62773 | 4466 | N | Y |
| Phuoc | H. | Nguyen | 62793 | 6585 | N | Y |
| Tan | Minh | Nguyen | 62798 | 3010 | N | Y |
| Van | H. | Nguyen | 62824 | 3360 | N | Y |
| Yen | Ngoc | Nguyen | 62834 | 5104 | N | Y |
| Scott | | Pham | 62840 | 1690 | N | Y |
| Anita | | Sides | 62850 | 2502 | N | Y |
| Anh | Ngoc | Tran | 62856 | 5745 | N | Y |
| No | Lam | Tran | 62861 | 5862 | N | Y |
| Sang | Van | Tran | 62883 | 9426 | N | Y |
| Sinh | Thi | Vu | 62894 | 2323 | N | Y |
| Khuong | | Danh | 63123 | 9912 | N | Y |
| Giau | Minh | Nguyen | 63564 | 3365 | N | Y |
| Ha | T. | Nguyen | 63569 | 2782 | N | Y |
| Quoc | Dung | Phan | 63606 | 6371 | N | Y |
| Hai | V. | Huynh | 63736 | 5630 | N | Y |
| Hung | Tien | Dao | 64269 | 8985 | N | Y |
| Thuy | Nguyen | Dang | 64284 | 6214 | N | Y |
| Hai | Van | Nguyen | 64312 | 0453 | N | Y |
| Manh | Tan | Nguyen | 64323 | 9966 | N | Y |
| Garrett | Ray | Fouts | 64455 | 1940 | N | Y |
| Hoan | Ba | Hoang | 64464 | 2675 | N | Y |
| Thu Van | Thi | Huynh | 64476 | 4283 | N | Y |
| Anh | Michael | Ly | 64484 | 9134 | N | Y |
| Rhonda | | Nguyen | 64508 | 5556 | N | Y |
| Thanh | Duy | Nguyen | 64518 | 2386 | N | Y |
| Tony | | Nguyen | 64528 | 2613 | N | Y |
| Tuan | A. | Nguyen | 64538 | 1532 | N | Y |
| Tung | T. | Nguyen | 64545 | 2390 | N | Y |
| Van | Huy | Tran | 64552 | 2335 | N | Y |
| Kieu | T. | Ta | 64695 | 0642 | N | Y |
| Van | Huy | Tran | 64723 | 9115 | N | Y |
| Na | Phi | Danh | 64810 | 1527 | N | Y |
| Sang | Thi | Hoang | 64825 | 2547 | N | Y |
| Tu | Van | Luong | 64833 | 1667 | N | Y |

| | | | | | | |
|---|---|---|---|---|---|---|
| Mien | H. | Nguyen | 64842 | 4245 | N | Y |
| Trang | T. | Nguyen | 64850 | 4347 | N | Y |
| Phuong | Hong | Pham | 64858 | 7936 | N | Y |
| Thu | Ngoc | Tran | 64869 | 8016 | N | Y |
| Thanh | Thi | Nguyen | 65287 | 2798 | N | Y |
| Thanh | Thi | Nguyen | 65304 | 2798 | N | Y |
| Tuyen | Van | Nguyen | 65313 | 9935 | N | Y |
| Anh | Thi To | Tran | 65321 | 4344 | N | Y |
| Oanh | Thi To | Tran | 65328 | 1748 | N | Y |
| Hoan | Vu | Mai | 65346 | 3531/ 8001 | N | Y |
| Hoan | Vu | Mai | 65365 | 4866 | N | Y |
| Joseph | Hoang | Vu | 65371 | 1768 | N | Y |
| Hung | Duy | Tran | 65408 | 4738 | N | Y |
| Chau | Ngoc | Pham | 65444 | 2555 | N | Y |
| Chau | Ngoc | Pham | 65465 | 4519 | N | Y |
| Hai | Bang | Nguyen | 65474 | 1810 | N | Y |
| Thanh | Van | Nguyen | 65514 | 8199 | N | Y |
| Trung | Hai | Truong | 66276 | 7538 | N | Y |
| Maria | Hieu | Le | 68071 | 7154 | N | Y |
| Maria | Hieu | Le | 68081 | 7154 | N | Y |
| Maria | Hieu | Le | 68084 | 7154 | N | Y |
| Hoa | Thi | Nguyen | 68121 | 4223 | N | Y |
| Diep | Ngoc | Phan | 68135 | 8658 | N | Y |
| Diep | Ngoc | Phan | 68149 | 8658 | N | Y |
| Phuong Hong | T. | Tran | 68161 | 5359 | N | Y |
| Phuoc | Thi | Bui | 68168 | 4924 | N | Y |
| Dung | Hoang | Pham | 68173 | 6027 | N | Y |
| Nghiep | Van | Do | 68183 | 0852 | N | Y |
| Linh | | Nguyen | 68190 | 5259 | N | Y |
| Chi Kim | Thi | Ly | 68202 | 3504 | N | Y |
| Henry | | Huynh | 68214 | 5888 | N | Y |
| Lan | Thi | Nguyen | 68227 | 2511 | N | Y |
| Tri | Minh | Duong | 68246 | 9069 | N | Y |
| Thong | Huu | Le | 68258 | 2994 | N | Y |
| Tuyet | Thi | Nguyen | 68287 | 2535 | N | Y |
| Phuong | Thanh | Nguyen | 68293 | 3052 | N | Y |
| Khoa | Hong | Le | 68301 | 0044 | N | Y |
| Khoa | Hong | Le | 68310 | 0044 | N | Y |
| Khoa | Hong | Le | 68324 | 0044 | N | Y |
| Phat | V. | Hoang | 68345 | 3868 | N | Y |
| Son | Xuan | Mai | 68351 | 2760 | N | Y |
| Kathy Lynn | Kim | Nguyen | 69000 | 9062 | N | Y |
| Mary | | Tran | 69140 | 3352 | N | Y |
| Kevin | Khoi | Nhan | 69151 | 1764 | N | Y |
| Nghia | Van | Do | 69174 | 6983 | N | Y |
| Cuong | Van | Nguyen | 69230 | 1798 | N | Y |
| Stephen | | Tran | 69243 | 7756 | N | Y |
| Trang | | Cao | 69278 | 6515 | N | Y |

| | | | | | | |
|---|---|---|---|---|---|---|
| Long | Ngoc | Nguyen | 69374 | 8465 | N | Y |
| Anh | Ngoc | Hoang | 69461 | 8138 | N | Y |
| Kim | Chi | Nguyen | 69489 | 1516 | N | Y |
| Michelle | | Skrmetta | 69538 | 0075 | N | Y |
| Katharine | | Trahan | 69614 | 9948 | N | Y |
| Phai | Tran | Danh | 69768 | 7802 | N | Y |
| Donna | Marie | Ferguson | 69778 | 4195 | N | Y |
| Vincent | | Le | 69785 | 8657 | N | Y |
| Dat | T. | Mai | 69792 | 9592 | N | Y |
| Thuong | M. | Bui | 69800 | 6887 | N | Y |
| Hanh | T. | Dinh | 69810 | 5970 | N | Y |
| Christine | Mai Tran | Ho | 69819 | 7745 | N | Y |
| Linh | Van | Luong | 69825 | 5932 | N | Y |
| Sheena | Suong | Mai | 69851 | 2838 | N | Y |
| Huan | H. | Nguyen | 69857 | 7480 | N | Y |
| Kim | Lien | Nguyen | 69881 | 5622 | N | Y |
| Nhi | A. | Nguyen | 69888 | 3470 | N | Y |
| Quan | | Nguyen | 69901 | 2907 | N | Y |
| Van | C. | Nguyen | 69910 | 7954 | N | Y |
| Gam | | Tran | 69915 | 6311 | N | Y |
| Lan | | Tran | 69922 | 6396 | N | Y |
| Son | T. | Tran | 69927 | 3949 | N | Y |
| Hong | Hoang | Nguyen | 69943 | 4893 | N | Y |
| Duong | Viet | Nguyen | 69964 | 0820 | N | Y |
| Paula | Thuy | Nguyen | 69982 | 6489 | N | Y |
| Lam | Van | Mai | 70004 | 5620 | N | Y |
| Gina | | Mai | 70019 | 6788 | N | Y |
| Elton | | Billiot | 70146 | 6920 | N | Y |
| Paige | | Billiot | 70163 | 4820 | N | Y |
| Price | | Billiot | 70195 | 9057 | N | Y |
| Tung | Thanh | Ho | 70225 | 4008 | N | Y |
| Michelle | B. | Matherne | 70228 | 1093 | N | Y |
| Anthony | | Matherne | 70236 | 6462 | N | Y |
| Walter | | Hotard | 70241 | 5711 | N | Y |
| Ronald | | Hotard | 70251 | 2014 | N | Y |
| Norris | | Hotard | 70262 | 8436 | N | Y |
| Lance | | Foussell | 70295 | 4968 | N | Y |
| Jamie | | Ellender | 70306 | 1015 | N | Y |
| Jamie | | Ellender | 70317 | 1075 | N | Y |
| Jamie | | Ellender | 70329 | 5685 | N | Y |
| Jamie | | Ellender | 70345 | 5679 | N | Y |
| Chantel | | Ellender | 70358 | 8757 | N | Y |
| Leonise | Naquin | Dardar | 70379 | 8338 | N | Y |
| Cherie | | Crochet | 70391 | 8428 | N | Y |
| David | | Champagne | 70405 | 9165 | N | Y |
| Bobby | | Sloan | 70414 | 1866 | N | Y |
| Rhonda | | Sloan | 70600 | 2026 | N | Y |
| Gertie | | Verdin | 70607 | 2939 | N | Y |
| Kyle | | Naquin | 70619 | 8424 | N | Y |

| | | | | | | |
|---|---|---|---|---|---|---|
| Joshua | | Dardar | 70629 | 0947 | N | Y |
| Christopher | | Verdin | 70651 | 7549 | N | Y |
| Michael | | Verdin | 70671 | 4929 | N | Y |
| Jonathon | | Verdin | 70687 | 9036 | N | Y |
| Brent | | Verdin | 70712 | 2784 | N | Y |
| Ernest | A. | Verdin | 70732 | 6554 | N | Y |
| Damien | | Verdin | 70742 | 5227 | N | Y |
| Connie | | Verdin | 70766 | 6769 | N | Y |
| Walterine | | Naquin | 70845 | 4463 | N | Y |
| Kendrick | | Naquin | 70862 | 4791 | N | Y |
| Jordan | | Naquin | 70916 | 4393 | N | Y |
| Faith | Verdin | Naquin | 70971 | 9744 | N | Y |
| Arlene | | Naquin | 70982 | 0972 | N | Y |
| Angel | | Ledet | 70996 | 8423 | N | Y |
| Edward | Joseph Ri | Hotard | 71011 | 1977 | N | Y |
| Matthew | | Dardar | 71026 | 1756 | N | Y |
| Lanny | | Dardar | 71076 | 0233 | N | Y |
| Donald | S. | Dardar | 71134 | 3101 | N | Y |
| Glynn | | Boquet | 71141 | 3919 | N | Y |
| Jake | | Billiot | 71154 | 6824 | N | Y |
| Willcliff | Adam | Verdin | 71170 | 8213 | N | Y |
| Ly | Van | Trieu | 71186 | 2761 | N | Y |
| Dung | Pham | Nguyen | 71193 | 4579 | N | Y |
| Ngoc | Dung | Nguyen | 71202 | 7508 | N | Y |
| Chi | Viet | Mai | 71209 | 3080 | N | Y |
| Linh | Thi | Pham | 71219 | 8480 | N | Y |
| Phuong | Minh | Nguyen | 71224 | 1992 | N | Y |
| Jordan | Michael | LeBoeuf | 71231 | 2396 | N | Y |
| Minh | Ha Do | Tu | 71240 | 2031 | N | Y |
| Jeremiah | Anthony | LeBoeuf | 71250 | 9590 | N | Y |
| Viet | Nguyen | Hoang | 71259 | 6296 | N | Y |
| Yen | Phi | Tang | 71263 | 1920 | N | Y |
| Duong | Dinh | Vu | 71264 | 4937 | N | Y |
| Henry | Tri | Lee | 71275 | 1853 | N | Y |
| Tho | Van | Tran | 71283 | 1503 | N | Y |
| Kim | Ngan Thi | Tu | 71288 | 2160 | N | Y |
| Yen | Phi | Tang | 71298 | 1885 | N | Y |
| Jennifer | Nga | Ninh | 71342 | 2384 | N | Y |
| Linh | Thi | Tran | 71393 | 9083 | N | Y |
| Le | | Hong | 71405 | 6087 | N | Y |
| Thuy | Thanh | Nguyen | 71419 | 9230 | N | Y |
| Thiet | Van | Tran | 71422 | 9657 | N | Y |
| Amy | Le Hoa | Nguyen | 71426 | 3441 | N | Y |
| Binh | Van | Vo | 71435 | 8366 | N | Y |
| Bo | Thi | Nguyen | 71443 | 4618 | N | Y |
| Quoc | A. | Tran | 71451 | 3812 | N | Y |
| Thomas | Phuoc | Nguyen | 71457 | 6997 | N | Y |
| Linda | | Ly | 71465 | 6024 | N | Y |
| Vu | D. | Truong | 71471 | 3945 | N | Y |

| | | | | | | |
|---|---|---|---|---|---|---|
| Marc | Lac The | Nguyen | 71481 | 8827 | N | Y |
| Sandy | Dang | Nguyen | 71485 | 6744 | N | Y |
| Joe | A. | Perez | 71490 | 1098 | N | Y |
| Hue | Thi | Nguyen | 71498 | 8729 | N | Y |
| Kym | | Tran | 71500 | 5665 | N | Y |
| Nga | Thi | Tran | 71505 | 6021 | N | Y |
| Tham | T. | Truong | 71513 | 1327 | N | Y |
| Diep | Thi | Nguyen | 71519 | 5591 | N | Y |
| Diep | Thi | Nguyen | 71525 | 2779 | N | Y |
| Tri | Huu | Nguyen | 71534 | 9789 | N | Y |
| Tai | Huu | Nguyen | 71546 | 5074 | N | Y |
| Tai | Huu | Nguyen | 71549 | 5074 | N | Y |
| Binh | D. | Luu | 71553 | 7260 | N | Y |
| Devon | | Dunbar | 71556 | 8550 | N | Y |
| Tracy | Marie | Mai | 71565 | 3276 | N | Y |
| Tracy | Marie | Mai | 71568 | 7375 | N | Y |
| Tracy | Marie | Mai | 71572 | 1285 | N | Y |
| Ha | V. | Vu | 71577 | 6743 | N | Y |
| Theresa | | Vu | 71580 | 0579 | N | Y |
| Samson | | Nguyen | 71589 | 9836 | N | Y |
| Sinh | Ngoc | Truong | 71592 | 2878 | N | Y |
| Phising | Thi | Phan | 71594 | 6004 | N | Y |
| Thuan | Van | Vo | 71612 | 7090 | N | Y |
| Thong | Minh | Nguyen | 71615 | 0354 | N | Y |
| Quang | Van | Tran | 71617 | 4442 | N | Y |
| Tuyen | K. T. | Vu | 71623 | 8189 | N | Y |
| Phuc | Dinh | Tran | 71640 | 9149 | N | Y |
| Hoang | Thang | Tran | 71675 | 0619 | N | Y |
| Oanh | Thi | Nguyen | 71682 | 0941 | N | Y |
| Julie | Thi | Do | 71704 | 4955 | N | Y |
| Julie | Thi | Do | 71710 | 4951 | N | Y |
| David | | Tran | 71735 | 7312 | N | Y |
| An | Thi | Huynh | 71746 | 4258 | N | Y |
| Helen | | Vo | 71751 | 9698 | N | Y |
| Peter | Tuan Quoc | Nguyen | 71757 | 2383 | N | Y |
| Thai | Dinh | Nguyen | 71762 | 9023 | N | Y |
| Hoa | Ngoc | Nguyen | 71774 | 8595 | N | Y |
| Ninh | Van | Nguyen | 71776 | 8990 | N | Y |
| Hung | Minh | Bui | 71780 | 5426 | N | Y |
| Phuoc | Thi | Nguyen | 71784 | 4309 | N | Y |
| Xuan | Huong Th | Tran | 71788 | 1389 | N | Y |
| Mai | Thoa T. | Tran | 71793 | 0210 | N | Y |
| Dung | Chi | Nguyen | 71798 | 7660 | N | Y |
| Gina | | Mai | 71801 | 4360 | N | Y |
| Thuong | | Truong | 71803 | 2484 | N | Y |
| Lang | Van | Mai | 71806 | 3088 | N | Y |
| Manh | Thi | Phan | 71810 | 2905 | N | Y |
| Trang | Thi Thanh | Nguyen | 71814 | 6114 | N | Y |
| Trinh | Mong Thi | Ly | 71818 | 1304 | N | Y |

| First | Middle | Last | ID1 | ID2 | C1 | C2 |
|---|---|---|---|---|---|---|
| Hui | Jin | Lin | 71821 | 7582 | N | Y |
| Vu | Hoang | Vo | 71825 | 2773 | N | Y |
| Andrea | Marie | James | 71829 | 7465 | N | Y |
| Alton | T. | Billiot | 71832 | 3301 | N | Y |
| Trung | Tuan | Hoang | 71835 | 6278 | N | Y |
| Price | | Billiot | 71839 | 4654 | N | Y |
| Andy | Anthony | LeBoeuf | 71841 | 0115 | N | Y |
| Sanh | Minh | Vo | 71846 | 1328 | N | Y |
| Lanh | | Tran | 71847 | 3144 | N | Y |
| Price | | Billiot | 71848 | 5683 | N | Y |
| Yvonne | Thi | Tran | 71853 | 2633 | N | Y |
| Risha | Marie | Billiot | 71857 | 3820 | N | Y |
| Vuong | Kim | Huynh | 71858 | 0057 | N | Y |
| Khoa | Ngoc | Huynh | 71861 | 4140 | N | Y |
| Minh | Thanh | Vu | 71869 | 2193 | N | Y |
| Brian | Thanh | Vu | 71879 | 0778 | N | Y |
| David | | Tran | 71882 | 9286 | N | Y |
| Gina | | Huynh | 71885 | 2819 | N | Y |
| Jacob | | Guidry | 71890 | 3117 | N | Y |
| Gina | | Huynh | 71891 | 1541 | N | Y |
| Annie | Verdin | Hutchinson | 71916 | 5971 | N | Y |
| Michael | A. | Adam | 71917 | 2072 | N | Y |
| Ryan | Matthew | Guillory | 71919 | 7947 | N | Y |
| Ryan | Matthew | Guillory | 71921 | 7225 | N | Y |
| Derek | | Hutchinson | 71922 | 7677 | N | Y |
| Mitchell | | Hutchinson | 71932 | 4221 | N | Y |
| Geneva | Verdin | LeBeouf | 71948 | 8220 | N | Y |
| Peter | Buu | Tran | 71950 | 7228 | N | Y |
| Joshua | | LeBeouf | 71951 | 0379 | N | Y |
| Nha | Thanh | Phan | 71953 | 3734 | N | Y |
| Tuyen | Viet | Vu | 71959 | 6604 | N | Y |
| Den | | Nguyen | 71962 | 8072 | N | Y |
| Paul | | LeBeouf | 71964 | 7732 | N | Y |
| Cu | Van | Nguyen | 71967 | 4956 | N | Y |
| Regina | Marie | LeBeouf | 71970 | 7760 | N | Y |
| Dung | | Bui | 71971 | 7335 | N | Y |
| Shawn | Paul | LeBouef | 71978 | 6631 | N | Y |
| Hue | | Nguyen | 71985 | 7173 | N | Y |
| Jesse | | Matherne | 71986 | 1590 | N | Y |
| Minh | | Le | 71991 | 6171 | N | Y |
| Minh | Van | Le | 71995 | 6171 | N | Y |
| Norine | Jane Verc | Turnstall | 71996 | 9722 | N | Y |
| Lang | Van | Huynh | 71999 | 1635 | N | Y |
| Alton | | Verdin | 72000 | 9193 | N | Y |
| Lang | Van | Huynh | 72002 | 1635 | N | Y |
| Johnny | Hiep | Huynh | 72005 | 9857 | N | Y |
| Nhan | Quoc | Tran | 72007 | 5176 | N | Y |
| Hung | Van | Lai | 72009 | 3069 | N | Y |
| Bill | Viet | Le | 72011 | 4810 | N | Y |

| | | | | | | |
|---|---|---|---|---|---|---|
| Ut | Van | Truong | 72013 | 0520 | N | Y |
| Truc | Thi | Tra | 72016 | 6360 | N | Y |
| Angele | Verdin | Black | 72017 | 1773 | N | Y |
| Joe | H. | Dang | 72026 | 8422 | N | Y |
| Ann | N. | Nguyen | 72029 | 5197 | N | Y |
| Brian | Keith | Verdin | 72030 | 9711 | N | Y |
| Thanh | Tan | Phan | 72031 | 2190 | N | Y |
| Tony | Van | Nguyen | 72033 | 2340 | N | Y |
| Brooke | Rene | Verdin | 72034 | 2769 | N | Y |
| Kevin | Ngoc | Luong | 72035 | 6842 | N | Y |
| Van | Y. | Dinh | 72037 | 8576 | N | Y |
| Dung | Van | Le | 72040 | 5328 | N | Y |
| Carol | | Syboutlan | 72051 | 3160 | N | Y |
| Tuan | Tan | Do | 72054 | 8669 | N | Y |
| Charles | F. | Verdin | 72059 | 2323 | N | Y |
| Son | Minh | Truong | 72061 | 3640 | N | Y |
| Billy | | Nghiem | 72062 | 6567 | N | Y |
| Christine | | Verdin | 72064 | 8218 | N | Y |
| Tham | Thi | Huynh | 72070 | 4061 | N | Y |
| Cindy | | Verdin | 72072 | 9733 | N | Y |
| Thanh | | Phan | 72074 | 6233 | N | Y |
| Earline | | Verdin | 72077 | 0394 | N | Y |
| Lang | Van | Huynh | 72079 | 1635 | N | Y |
| Duong | | Nguyen | 72081 | 6174 | N | Y |
| Blanca | H. | Garcia-Juare | 72083 | 8082 | N | Y |
| Ivey | | Hall | 72092 | 9028 | N | Y |
| The | Thanh | Tran | 72096 | 9559 | N | Y |
| The | Thanh | Tran | 72100 | 6130 | N | Y |
| Kieu | Dung | Nguyen | 72105 | 3654 | N | Y |
| Shirley | | Verdin | 72107 | 2847 | N | Y |
| Hung | M. | Le | 72120 | 4694 | N | Y |
| Dinh | | Nguyen | 72123 | 7281 | N | Y |
| Jose | | Jimenez | 72127 | 6110 | N | Y |
| Jose | | Jimenez | 72131 | 6110 | N | Y |
| Linda | H. | Le | 72135 | 7662 | N | Y |
| Dung | Dat | Nguyen | 72138 | 5058 | N | Y |
| Anh | Hong | Nguyen | 72142 | 1760 | N | Y |
| Loc | Minh | Tran | 72145 | 4069 | N | Y |
| Michael | | Bui | 72152 | 9716 | N | Y |
| Tran | Van | Doan | 72155 | 5094 | N | Y |
| Canh | Thi | Le | 72157 | 7592 | N | Y |
| Luong | Van | Do | 72159 | 6411 | N | Y |
| Bay | Van | Nguyen | 72166 | 2354 | N | Y |
| Giang | Hoa | Nguyen | 72180 | 3680 | N | Y |
| Cham | Van | Nguyen | 72196 | 2868 | N | Y |
| Cham | Van | Nguyen | 72201 | 5678 | N | Y |
| Kiet | L. | Tieu | 72242 | 6676 | N | Y |
| Hung | Ngoc | Tran | 72249 | 0789 | N | Y |
| Thinh | Van | Chu | 72254 | 1280 | N | Y |

| First | Middle | Last | ID1 | ID2 | C1 | C2 |
|---|---|---|---|---|---|---|
| Thanh | | Dang | 72261 | 8474 | N | Y |
| Lee | | Tran | 72267 | 4582 | N | Y |
| Be | Ngoc | Dang | 72272 | 7255 | N | Y |
| Harold | | Wainer | 72273 | 7758 | N | Y |
| Russell | | Dardar | 72278 | 0473 | N | Y |
| Tham | Thi Bich | Le | 72295 | 1115 | N | Y |
| Trinh | | Phan | 72338 | 6953 | N | Y |
| Sanh | | Le | 72345 | 0132 | N | Y |
| Hon | Huu | Nguyen | 72349 | 1229 | N | Y |
| Mario | A. | Contreras | 72362 | 1921 | N | Y |
| Cau | Van | Tran | 72739 | 3148 | N | Y |
| Rekka | M. | Dardar | 73439 | 0921 | N | Y |
| Dung | Thi | Nguyen | 73900 | 3969 | N | Y |
| Toan | Thanh | Phan | 73948 | 3483 | N | Y |
| Chien | Van | Duong | 75760 | 4932 | N | Y |
| Willie | | Farmer | 75775 | 4481 | N | Y |
| Jonathan | Keith | Ragas | 75834 | 6582 | N | Y |
| Adam | | Dardar | 76218 | 3466 | N | Y |
| Mazie | D. | Dardar | 76223 | 3439 | N | Y |
| Chase | | Orgeron | 76226 | 9090 | N | Y |
| Ky | Phong | Hoang | 77320 | 5801 | N | Y |
| Ky | Phong | Hoang | 77321 | 5801 | N | Y |
| Tuan | Thanh | Nguyen | 78325 | 8225 | N | Y |
| Benny | Van | Nguyen | 78326 | 4110 | N | Y |
| Cathi | | Tong | 78477 | 7946 | N | Y |
| Hien | Van | Tran | 86274 | 7896 | N | Y |
| Son | Van | Chau | 86276 | 2644 | N | Y |
| Nghi | | Son | 86281 | 8185 | N | Y |
| Sokhoms | Khem | Ourks | 88263 | 1925 | N | Y |
| Sokhoms | Khem | Ourks | 88269 | 1925 | N | Y |
| Van | Hong | Nguyen | 89796 | 2314 | N | Y |
| Hong | Van | Le | 93602 | 7753 | N | Y |
| Freddie | | Coleman | 94834 | 5857 | N | Y |
| Malis | | Lay | 94835 | 4956 | N | Y |
| Mona | Ragas | Coleman | 94837 | 3291 | N | Y |
| Tommy | Ngoc | Tran | 94838 | 2652 | N | Y |
| Tommy | Ngoc | Tran | 94840 | 6899 | N | Y |
| Thao | Kim | Dang | 98679 | 4684 | N | Y |
| Van | Hong | Nguyen | 100817 | 1940 | N | Y |
| Tot | | Hoang | 104811 | 3189 | N | Y |
| Thu | Hong | Lam | 104954 | 9843 | N | Y |
| Annie | Lam | Tran | 106872 | 5203 | N | Y |
| Hoang | Thanh | Phan | 106887 | 0101 | N | Y |
| Dung | Van | Le | 106892 | 2218 | N | Y |
| Lam | Minh | Hoang | 106920 | 2174 | N | Y |
| Chhay | | Lim | 106921 | 3049 | N | Y |
| Le | | Hoang | 106926 | 1910 | N | Y |
| Le | | Hoang | 106926 | 1910 | N | Y |
| Nghia | Cao | Nguyen | 107176 | 7377 | N | Y |

| | | | | | | |
|---|---|---|---|---|---|---|
| Thu | Thi Ngoc | Nguyen | 107261 | 3213 | N | Y |
| Benjamin | James | Truong | 107281 | 0859 | N | Y |
| Benjamin | James | Truong | 107281 | 7486 | N | Y |
| Tung | J | Le | 107295 | 4414 | N | Y |
| Ut | Van | Pham | 107298 | 4993 | N | Y |
| Chan | T. | Do | 107299 | 4421 | N | Y |
| Nu | | Ly | 107317 | 1262 | N | Y |
| Edward | A. | Dugar | 107318 | 3575 | N | Y |
| Johnny | | Chaisson | 107352 | 0660 | N | Y |
| Cuong | Van | Le | 107452 | 2737 | N | Y |
| Mark | | Brunet | 107561 | 9757 | N | Y |
| Elida | Ann | Brown | 108050 | 5738 | N | Y |
| Herman | James | Demoll | 108055 | 4024 | N | Y |
| Nung | Van | Huynh | 108059 | 7998 | N | Y |
| Zaccheus | Billy | Johnson | 108062 | 1054 | N | Y |
| Ty Son | | Nguyen | 108188 | 2721 | N | Y |
| Thom | Thi | Truong | 108191 | 4129 | N | Y |
| Lily | | Tran | 108248 | 7901 | N | Y |
| Mai | K | Tran | 108252 | 4610 | N | Y |
| Anthony | Floyd | Magrette | 108253 | 5998 | N | Y |
| Johnny | Vanson | Truong | 108257 | 0848 | N | Y |
| Hoa | V | Truong | 108258 | 5668 | N | Y |
| Daniel | Joseph | Bourgeois | 108608 | 9133 | N | Y |
| Herman | James | Demoll | 108609 | 2910 | N | Y |
| Robert | Dale | King | 108957 | 7953 | N | Y |
| Maxie | | Machado | 108958 | 6954 | N | Y |
| Dat | Tan | Nguyen | 108967 | 2100 | N | Y |
| Tuan | | Nguyen | 108968 | 2544 | N | Y |
| Henry | Thao | Nguyen | 108971 | 1581 | N | Y |
| Mot | Trung | Truong | 108972 | 8247 | N | Y |
| Freddy | Joseph | Demolle | 109033 | 6677 | N | Y |
| Cang | Van | To | 109034 | 3112 | N | Y |
| Phung | Ky | Pham | 109071 | 8509 | N | Y |
| James | Alido | Phillips | 109078 | 9668 | N | Y |
| Joseph | | Gibson | 109083 | 6787 | N | Y |
| Rodney | Rene | Parker | 109084 | 1008 | N | Y |
| Myron | Francis | Barthelemy | 109088 | 6312 | N | Y |
| Clement | | Parker | 109092 | 2967 | N | Y |
| Cal | | LaFrance | 109108 | 1416 | N | Y |
| Carlton | Michael | LaFrance | 109110 | 2384 | N | Y |
| Justin | Tramaine | Salvant | 109122 | 2361 | N | Y |
| Soc | | Nguyen | 109130 | 9066 | N | Y |
| Dwayne | Scott | Gaines | 109140 | 4476 | N | Y |
| Claudie | Rene | Ancar | 109150 | 3723 | N | Y |
| Stanley | John | Borden | 109151 | 4107 | N | Y |
| Joseph | Reed | Duplessis | 109152 | 5234 | N | Y |
| Koung | | Lim | 109153 | 1269 | N | Y |
| Jonathan | Keith | Ragas | 109154 | 6582 | N | Y |
| Glenn | Gerald | Swift | 109155 | 7830 | N | Y |

| | | | | | | |
|---|---|---|---|---|---|---|
| Luoc | Van | Vo | 109156 | 9605 | N | Y |
| Luoc | Van | Vo | 109157 | 0666 | N | Y |
| Rene | Jude | Ancar | 109158 | 1037 | N | Y |
| Nam | | Tran | 109160 | 4452 | N | Y |
| Lynn | Paul | Rodrigue | 109161 | 7828 | N | Y |
| Paul | Anthony | Sylve | 109162 | 2421 | N | Y |
| Warren | | Demolle | 109163 | 5912 | N | Y |
| Barry | Steven | Alexis | 109170 | 8286 | N | Y |
| Can | | Tran | 109177 | 0217 | N | Y |
| Ngoc | Thanh | Tran | 109178 | 6953 | N | Y |
| William | Adaire | Ancar | 109183 | 5160 | N | Y |
| David | James | Sylve | 109196 | 1362 | N | Y |
| Minh | Khanh | Tran | 109199 | 3020 | N | Y |
| Gregory | Joseph | Barthelemy | 109224 | 7212 | N | Y |
| Joseph | Jefferson | Gaines | 109225 | 1380 | N | Y |
| William | Stedman | Hankins | 109232 | 6020 | N | Y |
| Norris | Martin | Sylve | 109259 | 2700 | N | Y |
| Clement | Benjamin | LaFrance | 109280 | 7103 | N | Y |
| Chad | Emery | LaFrance | 109282 | 5411 | N | Y |
| Quyen | Thi | Nguyen | 109285 | 1277 | N | Y |
| Roderick | Ellery | Parker | 109337 | 3911 | N | Y |
| Marvin | Wayne | Ralph | 109339 | 5421 | N | Y |
| Khoi | | Nguyen | 109403 | 2298 | N | Y |
| Ghi | Van | Nguyen | 109421 | 4174 | N | Y |
| David | | Zeringue | 109428 | 9809 | N | Y |
| Dung | Trung | Tran | 109431 | 6745 | N | Y |
| Nancy | | Le | 109447 | 8805 | N | Y |
| Brian | Anthony | Rodriguez | 109465 | 9281 | N | Y |
| Joseph | Michael | Ronquille | 109551 | 2819 | N | Y |
| Maurice | | Guidry | 109578 | 4244 | N | Y |
| Kenneth | Jospeh | Parker | 109589 | 2944 | N | Y |
| Rudolph | S | Gonzales | 109593 | 1838 | N | Y |
| Tam | | Cu | 109615 | 2535 | N | Y |
| Mai | | Cu | 109616 | 5683 | N | Y |
| Nguyet | | Nguyen | 109617 | 2571 | N | Y |
| Tiec | | Nguyen | 109618 | 8993 | N | Y |
| Erwin | J | Menesses | 109627 | 6456 | N | Y |
| Brad | | Oracoy | 109629 | 4276 | N | Y |
| Joseph | F | Latapie | 109632 | 2670 | N | Y |
| Long | Van | Tran | 109634 | 5226 | N | Y |
| Blane | Peter | Ronquille | 109635 | 7713 | N | Y |
| Giau | Van | Nguyen | 109883 | 3189 | N | Y |
| Thone (Tommy) | | To | 109928 | 4590 | N | Y |
| Terry | | Alexis | 109929 | 7521 | N | Y |
| Nathan | | Sims | 110065 | 0705 | N | Y |
| Ethan | Sinh | Nguyen | 110084 | 8504 | N | Y |
| Eric | | Dufrene | 110101 | | N | Y |
| Nghia | | Dinh | 110182 | 6141 | N | Y |
| Wade | Tracy | Gabriel | 110197 | 114110 | N | Y |

| First | Middle | Last | | | | |
|---|---|---|---|---|---|---|
| Paul | Theodore | Mackey | 110245 | 9004 | N | Y |
| Melissa | A. | Cross | 110302 | 8869 | N | Y |
| Lay | | Huynh | 110393 | 9096 | N | Y |
| Hung | Kim | Huynh | 110442 | 7476 | N | Y |
| Lien | Thi | Nguyen | 110444 | 5763 | N | Y |
| Darren | Patrick | Anderson | 110446 | 4528 | N | Y |
| Ngoc | Van | Tran | 110540 | 1220 | N | Y |
| Jonathan | Edgar | Wilson | 110559 | 2694 | N | Y |
| Sang | | Thach | 110615 | 3129 | N | Y |
| Jonathan | B. | Guidry | 110832 | 0268 | N | Y |
| Jose | Christhian | Salina | 110979 | 3426 | N | Y |
| Tuan | Anh | Cao | 111022 | 6504 | N | Y |
| Darrell | Wayne | Loga | 111118 | 3638 | N | Y |
| Darrell | Wayne | Loga | 111119 | 9105 | N | Y |
| Roeun | | Ung | 111159 | 7810 | N | Y |
| Tho | Dai | Tran | 111239 | 6310 | N | Y |
| Dinh | Van | Pham | 111367 | 3667 | N | Y |
| Dennis | Anthony | Sylve | 115731 | 5118 | N | Y |
| Curtis | Desmond | Sylve | 117927 | 9783 | N | Y |
| Laurencia | V | Billiot | 117937 | 0326 | N | Y |
| Ernest | J | Dardar | 117939 | 3414 | N | Y |
| Cam | Thi | Hang | 117940 | 3785 | N | Y |
| Trung | Khac | Le | 117941 | 7350 | N | Y |
| Jose | Felix | Flores-Vega | 117952 | 9813 | N | Y |
| Anthony | Robert | Phillips | 117953 | 9430 | N | Y |
| Audrey | | Varner | 117973 | 1863 | N | Y |
| Eurilda | | Latapie | 117974 | 8036 | N | Y |
| Devin | Quetin | Lopez | 117995 | 3169 | N | Y |
| Santos | | Rodriguez | 118001 | 1473 | N | Y |
| Richard | | Vongrith | 118046 | 2396 | N | Y |
| Joshua | | Arnoult | 118097 | 2118 | N | Y |
| Krystle | Lynn | Tabor | 118098 | 9072 | N | Y |
| Roy | Andrew | Sylve | 118112 | 7080 | N | Y |
| Russell | Raymond | Hayden | 105657/ 80 | 1501 | N | Y |
| Kim | Chanbopł | Mao | 107308/ 118074 | 7804 | N | Y |
| Sambo | | Kang | 107309/ 118075 | 8345 | N | Y |
| Todd | Anthony | Vinet | 109572, 110584, 110586 | 7223 | N | Y |
| Chamroeun | | Duong | 43270/ 118076 | 9964 | N | Y |
| Kiet | Van | Lam | 53130/ 54843 | 9075 | N | Y |
| Hai | Van | Do | 54394/ 53498 | 0862 | N | Y |
| Thanh | Van | Do | 54466/ 72386 | 2688 | N | Y |

| | | | | | | |
|---|---|---|---|---|---|---|
| Hau | Quoc | Ly | 57285/71741 | 1391 | N | Y |
| Lien | Thi | Nguyen | 59625/57949 | 8652 | N | Y |
| Steven | | Le | 68037/56822 | 2143 | N | Y |
| Billy | A. | Cressionie | 70548/112153 | 4548 | N | Y |
| Chuong | Thi | Phan | 71506 / 72087 | 6690 | N | Y |
| Ve | Van | Nguyen | 71541/71411 | 3100 | N | Y |
| Noelle | | Hotard | 71901 70278 | 4758 | N | Y |
| Jeffery | Luke | Verdin | 72094/60769 | 2141 | N | Y |
| Hoi | Van | Nguyen | 72356/63576 | 2771 | N | Y |
| Charles | E. | Verdin | 73442/72055 | 1398 | N | Y |
| Charles | E. | Verdin | 73445/72043 | 8221 | N | Y |
| Donald | Pierre | Savoy | 75950/117388 | 0551 | N | Y |
| Phuong | | Thach | 77968/118124 | 3128 | N | Y |