

Gulf Coast Claims Facility
P.O. Box 9658
Dublin, OH 43017-4958
1-800-916-4893

Claim Number: ▓▓▓▓
Check Number: ▓▓▓▓
Check Date:    04/03/12
Check Amount:  $25,000.00

## Notice of Final Payment Determination

Dear Claimant:

The Gulf Coast Claims Facility (the "GCCF") is the official way for Individuals and Businesses to file claims for costs and damages incurred as a result of the oil discharges due to the Deepwater Horizon Incident on April 20, 2010 (the "Oil Spill"). The GCCF and its Claims Administrator, Kenneth R. Feinberg, act for and on behalf of BP Exploration & Production, Inc. ("BP") in fulfilling BP's statutory obligations as a "responsible party" under the Oil Pollution Act of 1990. You have the right to consult with an attorney of your choosing before accepting any settlement or signing a release of legal rights.

This check represents your Final Payment from the GCCF for damages suffered as a result of the Oil Spill. You signed and submitted a Release and Covenant Not to Sue ("Release") in which you waived and released any claims that you have or may have in the future against BP and all other potentially responsible parties with regard to the Oil Spill (except claims for Bodily Injury or Securities Claim). The GCCF has accepted your signed Release and your claims with regard to the Oil Spill against any party (except claims for Bodily Injury or Securities Claim) are now fully and finally resolved.

This check may be presented at any Banking Institution in the country for payment. However, if you do not have your own bank account at which you can cash this check, the GCCF has made arrangements with Whitney Bank and Hancock Bank, which have branches located throughout the affected region in the Gulf, to assist you. For more information on this check cashing service, please see the enclosed, Notice of Check Cashing Options For Individuals Who Do Not Have Bank Accounts, along with a list of Whitney Bank and Hancock Bank branches.

The GCCF will report annually to federal and state taxing authorities, using IRS Form 1099 or a state form equivalent, for certain payments made. Early in the next calendar year, you will receive your copy of that form. The GCCF cannot provide you with tax advice. You should consult with your own tax advisor to determine the impact of any payments you receive from the GCCF on your individual tax situation.

For assistance or additional information, please visit our website at www.GulfCoastClaimsFacility.com, or call us toll-free at 1-800-916-4893, TTY at 1-866-682-1758 or email us at info@gccf-claims.com.

Sincerely,
Kenneth R. Feinberg
Claims Administrator
Gulf Coast Claims Facility

---

Gulf Coast Claims Facility
P.O. Box 9658
Dublin, OH 43017-4958
1-800-916-4893

**WHITNEY BANK**

62-20/311

CHECK NUMBER: ▓▓▓▓
CHECK DATE: 04/03/12

*Twenty five thousand and 00/100 Dollars*                    *****$25,000.00

PAY TO THE ORDER OF  ▓▓▓▓▓▓▓▓

VOID AFTER 180 DAYS

BY  *Edward Morell*
AUTHORIZED SIGNATURE
Deepwater Horizon Oil Spill Trust

Payable at Citibank N.A., One Penn's Way, New Castle, DE 19720

⑃005075351⑃ ⑆031100209⑆ 388287271⑃

# GULF COAST CLAIMS FACILITY
## NOTICE OF CHECK CASHING OPTIONS FOR INDIVIDUALS WHO DO NOT HAVE BANK ACCOUNTS

If you are an Individual whose Claim with the Gulf Coast Claims Facility ("GCCF") is found eligible for a payment but you do not have a bank account, the GCCF has made arrangements with Whitney Bank and Hancock Bank ("Whitney/Hancock") to assist you. Whitney/Hancock has branches located throughout the affected region of the Gulf.

The options contained in this Notice are available only to Individuals and not to Businesses.

With proper government issued photo identification (for example, a driver's license or passport), an Individual Claimant can go to any Whitney/Hancock branch to do any of the following, based on the amount of your payment and number of checks you receive:

(1) **One Check for $5,000 or less:** Whitney/Hancock will cash this check.

(2) **One Check for more than $5,000:** Whitney/Hancock will cash up to $5,000 of your check in one day. (Whitney/Hancock cannot guarantee more than $5,000 cash in one day to one Individual Claimant). Whitney/Hancock will give you the balance of your payment in a fully-negotiable bank check, which you can present at any other banking institution anywhere in the country.

(3) **Multiple Checks if Payment is for more than $5,000.** Whitney/Hancock will give you cash for at least the first $5,000 on any given business day. For the remaining checks, you may choose to:

   (a) Receive a fully-negotiable bank check, which you can present at any banking institution anywhere in the country; or

   (b) Cash them during the remaining validity term of the check with at least $5,000 in cash being made available at Whitney/Hancock on any given business day; and

   (c) If you are eligible, you can open a free checking account at Whitney/Hancock, so that you can cash the first $5,000 check and deposit any remaining checks into a new bank account at Whitney/Hancock, which will also provide you with an ATM card for cash withdrawal.



# GCCF    Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

March 1, 2012

MAR 5 REC'D

RE:   Determination Letter on Interim Payment/Final Payment Claim

Claimant ID:

Dear Claimant:

The Gulf Coast Claims Facility (the "GCCF") is the official way for Individuals and Businesses to file claims for costs and damages incurred as a result of the Deepwater Horizon Incident on April 20, 2010 (the "Oil Spill"). The GCCF and its Claims Administrator, Kenneth R. Feinberg, act for and on behalf of BP Exploration & Production, Inc. ("BP") in fulfilling BP's statutory obligations as a "responsible party" under the Oil Pollution Act of 1990 ("OPA").

***All Claimants have the right to consult with an attorney of their own choosing prior to accepting any settlement or signing a release of legal rights.***

You have filed one or more Claim Forms with the GCCF. This Determination Letter ("Letter") is an official notification from the GCCF. This Letter addresses all the Claim Forms and documents that you have filed concerning the claims described below. If you filed more than one Claim Form or claims for businesses or activities on which you pay taxes using the same taxpayer identification number (Social Security Number or Employer Identification Number), then we have combined all the claims for that taxpayer identification number into one claim.

The GCCF has reviewed the Interim Payment and/or Full Review Final Payment Claim Form that you submitted. This Letter informs you of the outcome of that review and describes your options now. If you disagree with the GCCF's decision on your Interim Payment or Final Payment claim, you have the right to submit the claim to the National Pollution Funds Center ("NPFC"), the Coast Guard office responsible for evaluating and approving OPA claims, or as an alternative you have the right to file a claim in court, including in the multidistrict litigation pending before the United States District Court for the Eastern District of Louisiana, titled, In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 (MDL No. 2179). The multidistrict litigation is a consolidated grouping of federal lawsuits arising out of the Oil Spill. General information on the procedure for filing a claim with the NPFC may be obtained from the Director of the National Pollution Funds Center, NPFC MS 7100, U.S. Coast Guard, 4200 Wilson Blvd., Suite 1000, Arlington, VA 20598-7100, (800) 280-7118, or from the NPFC website at www.uscg.mil/npfc/claims. Information regarding the multidistrict litigation may be obtained from the court's website at www.laed.uscourts.gov.

I. **The Determination of Your Claim and Calculation of Losses.**

You qualify for compensation from the GCCF. **Attachment A** to this Letter explains the amount, if any, that we are paying to you now for an Interim Payment as well as an offer for a Final Payment (the "Final Payment Offer"), which is the additional amount you can be paid now if you decide to accept the Final Payment Offer and sign a Release and Covenant Not to Sue (the "Release"). The Release waives and releases any claims that you have or may have in the future against BP and all other potentially responsible parties with regard to the Oil Spill, and prevents you from submitting any claim seeking payment from the NPFC or a court. **Attachments B and C** to this Letter show you the periods of your documented losses based upon the records you submitted. **Attachment D** shows you the periods where documents were missing (which means that we could not award you losses for those periods).

II. **Your Interim Payment.**

If **Attachment A** shows that you are entitled to an Interim Payment, the GCCF will send you this payment <u>without requiring you to release or give up any claims or to surrender any litigation rights</u>. This Interim Payment is for your past losses for the period after April 20, 2010, and up to the time of the last period for which you submitted records showing your income or losses, as shown in **Attachments B and C**.

You may submit future Interim Payment Claim Forms along with the Required Documentation to show damages caused to you by the Oil Spill. You may submit only one Interim Payment Claim Form during each calendar quarter (the calendar quarters are Jan-Mar; April-June; July-September; and Oct-Dec). You must submit a new Interim Payment Claim Form to seek payment for any period beyond that covered by this Determination Letter. **The GCCF will review only one claim for you for each quarter and will evaluate all of the supporting documentation that you have submitted through the date of that review.** If you file another quarterly Interim Payment Claim, the GCCF will review your claim and evaluate all newly submitted supporting documentation since the review of your previous Interim Payment Claim and, if you prove additional losses caused by the Oil Spill, the GCCF will issue you a new Determination Letter and send you payment for those additional past losses. Your new Determination Letter will provide a Final Payment Offer that you will have 30 days to accept. All Final Payment Offers will be reduced by Interim Payments and any other offsets.

III. **Your Final Payment.**

If you want to be paid the amount shown in your Final Payment Offer in **Attachment A** and fully resolve your entire claim now, you can accept your Final Payment Offer. Your Final Payment Offer includes payment for all future damages to you as a result of the Oil Spill, determined according to the Gulf Coast Claims Facility's Final Rules Governing Payment Options, Eligibility and Substantiation Criteria, and Final Payment Methodology. Your Final Payment Offer is valid for 30 days after the date of this Letter[1]. This Letter contains a Final Payment Election Form with a box for you to use to accept the Final Payment Offer and a space for your signature. To accept your Final Payment Offer, check the box on the Final Payment Election Form indicating that you accept your Final Payment Offer, sign it and return it to us no later than 30 days after the date of this Letter. We then will send you a Release for you to sign and return to be paid the Final Payment Amount. We will send the Final Payment Amount to you within 14 days after receipt of a complete and properly signed Release. You must submit your original signature on the Release to us. We will not accept faxes, scanned images or photocopies of your signed Release.

You may appeal a Final Payment Offer if your total monetary award (including any Emergency, Interim or Final Payments made by BP or the GCCF) is in excess of $250,000. The appeal will be reviewed by a panel of three neutrals who will make an independent determination of the claim's value. BP will have the right to appeal to the panel of three neutrals if your total monetary award (including any Emergency, Interim or Final Payments made by BP or the GCCF) is $500,000 or more.

All claimants are entitled to request a Re-Review of a Final Payment Offer as described below in this Letter. The GCCF has determined that when a claimant has filed a request for Re-Review of a Final Payment Offer, the fourteen (14) day deadline for filing an appeal will run from the date of notification of the GCCF's determination of the Re-Review. If a claimant does not file a request for a Re-Review of a Final Payment Offer, the fourteen (14) day deadline for filing an appeal will run from the date of notification of the GCCF's Final Determination.

PLEASE NOTE: If your total Final Payment Offer is in excess of $500,000, payment of your Final Amount will not be made until the expiration of the 14-day period for the right of an appeal of your claim by BP. The expiration of the right of an appeal is 14 days from the date of this Letter. For more information on the appeal process, visit the GCCF website at <u>www.gulfcoastclaimsfacility.com</u>.

---

[1] The GCCF may amend or withdraw this Final Payment Offer if the GCCF determines that the Final Payment Offer was the result of mistake or fraud.

*All Claimants have the right to consult with an attorney of their own choosing prior to accepting any settlement or signing a release of legal rights.*

If you are represented by a lawyer, you should discuss your rights with your lawyer before signing and returning the Release. If you would like to consult with an attorney but cannot afford one, free legal help is available for the GCCF Interim or Final Claims Process, through a network of nonprofit civil legal service organizations in Alabama, Florida, Louisiana, Mississippi and Texas. Information about this free assistance is available on the GCCF website, www.gulfcoastclaimsfacility.com.

If you do not accept your Final Payment Offer, then you may choose to seek additional Interim Payments from the GCCF or request a Re-Review of your Final Payment Offer, as described in this Letter.

### IV.   Deductions for Liens.

Your Interim Payment and Final Payment Offer are subject to deductions for any outstanding liens received by the GCCF before we issue your payments, other deductions required by state or federal law or by any court order affecting GCCF payments. If we have received a lien against your claim, **Attachment E** to this Letter provides details on that lien and how it affects your payment or Final Payment Offer.

### V.   Deductions for Court-Ordered Withholdings.

A consolidated grouping of all federal lawsuits arising out of the Oil Spill is pending before the United States District Court for the Eastern District of Louisiana (the "Court"). This litigation is referred to as the "multidistrict litigation" or "MDL" and is captioned *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, MDL No. 2179. The Court entered an Order on January 18, 2012, requiring the GCCF to withhold 6% from all Interim Payments, Final Payments and Quick Payments made after December 30, 2011, to any plaintiff with a lawsuit or short-form joinder in the MDL, a claim against Transocean in its Limitation of Liability proceeding in the MDL ("Claimants in Limitation"), or state court plaintiffs represented by counsel that had access to the MDL discovery process. The 6% hold-back does not apply to claimants who never had an MDL lawsuit, are not Claimants in Limitation against Transocean in the MDL, or state court plaintiffs whose counsel has not had access to the MDL discovery process.

The 6% withholdings from GCCF payments will fund a reserve account for possible awards of common benefit fees and expenses to the Plaintiffs' Steering Committee and other lead or liaison counsel for MDL plaintiffs. **Attachment A** to this Letter shows the 6% hold-back amounts, if any, that apply to your claim. If you accept your Final Payment Offer, the GCCF will pay you the amount of your Final Payment Offer, less the 6% hold-back if applicable and any other applicable deductions, in satisfaction of the Release. As required by the Order, the GCCF will send the 6% hold-back amounts to the Clerk of the Court to be held in the MDL No. 2179 Account and Reserve for Common Benefit Litigation Expenses and then to be paid as directed by the Court in future orders. You may view a copy of the Court's Order regarding this 6% withholding on the GCCF website, www.gulfcoastclaimsfacility.com.

### VI.   Request for Re-Review of Your Payment Calculations.

You may request a Re-Review of your claim if you believe that a miscalculation occurred or if you wish to submit some or all of the missing documentation identified on **Attachment D**. To request a Re-Review, you must complete the Re-Review Election Form enclosed with this Letter and either mail it to us or submit it through the GCCF website, no later than 30 days after the date of this Letter. You must identify in the Re-Review Election Form the reason(s) for your request and identify the documents that form the basis of your request for a Re-Review. Only documents for the missing loss periods identified in **Attachment D** of this Letter will be re-reviewed. If you wish to submit documents for review that provide information outside the missing loss periods identified in **Attachment D** of this Letter, you must submit a new Interim Payment Claim Form. In accordance with the GCCF's Final Rules dated February 18, 2011, Interim Payment claims may be filed once each calendar quarter.

Within 30 days of receipt of your request for Re-Review of your claim, the GCCF will issue you a new Determination Letter based upon the Re-Review. Your payment calculation and Final Offer could change or may be the same as those in this Letter. If you submit any new documents within the missing loss periods identified in **Attachment D** showing additional losses caused by the Oil Spill, we will include those losses in your new Determination Letter.



### VII. What to Do if You Have Questions About This Letter.

If you have any questions about this Letter, you may call the GCCF Claims Review Specialist identified below who can answer questions about your claim or this Letter. For TTY assistance call 1-866-682-1758. If you are represented by an attorney, we will communicate directly with your attorney. If you have authorized a claims preparation firm to receive information on your claim, the GCCF is mailing a copy of this Letter to that firm.

Your GCCF Claims Review Specialist is: Bethany 59533 at 1-800-353-1262.

Sincerely,

Kenneth R. Feinberg
Claims Administrator
Gulf Coast Claims Facility



## ATTACHMENT A: EVALUATION OF CLAIM

### A. METHODOLOGY

| Methodology used to calculate Projected Revenues | 2010: Projected revenue was calculated based on gross revenue for the corresponding months in the prior year. |
| --- | --- |
| | 2011: Projected revenue was calculated based on revenue for the corresponding months in the prior year for January through April 2011. Projected revenue from May 2011 through the most recent measurement month was based on 2010 projected revenue. |

Loss of Income Percentage (LOI%) adjusts the calculated Lost Revenues to reflect saved or discontinued expenses (see Attachments B & C).

Additional Information from Accountant Reviewer:

### B. CALCULATION OF PAST LOST PROFITS

| 1. | 2010 Lost Profits (2010 Lost Revenues multiplied by the LOI% in Attachment C to determine Lost Profits) | $32,560.95 |
| --- | --- | --- |
| 2. | 2011 Lost Profits (1/1/11 through 3/31/11) (2011 First Quarter Lost Revenues multiplied by the LOI% in Attachment C to determine Lost Profits) | $144.33 |
| 3. | 2011 Lost Profits (After 3/31/11) (2011 Lost Revenues after 3/31/11 multiplied by the LOI% in Attachment B to determine Lost Profits) | $17,119.64 |

### C. INTERIM PAYMENT

| 1. | Total Post-Spill Lost Profits (Sum of all rows in Section B) | $49,824.92 |
| --- | --- | --- |
| 2. | Less Offsets: (The deductions for previous payments from BP or a Real Estate Fund shown below are based on the most recent data the GCCF has received from those organizations. If the amount of the deduction below has changed from that shown in a previous Determination Letter sent to you, then the data we received has changed since that previous letter. If you feel that the deducted amount is wrong, contact us to explain the discrepancy.) | |
| | Payments by BP | $26,850.00 |
| | Real Estate Fund Payment | $0.00 |
| | GCCF Emergency Payments | $50,000.00 |
| | GCCF Interim Payments | $0.00 |
| | Unemployment Compensation | $0.00 |
| 3. | Interim Payment Amount After Offsets | $0.00 |
| 4. | Accounting Preparation Expenses Incurred for the Assessment of Damages in Addition to the Interim Payment Amount | $2,806.25 |
| 5. | Total Interim Payment Amount (Rows 3 + 4) | $2,806.25 |
| 6. | Less Deductions for Outstanding Liens (See Attachment E for details) | $0.00 |
| 7. | Net Interim Payment Amount (Row 5 minus Row 6) | $2,806.25 |
| 8. | Less Court-Ordered 6% Hold-Back for Common Benefit Reserve Account if Applicable | $168.38 |
| 9. | Total Payment Sent With This Letter | $2,637.87 |

| | **D. FINAL PAYMENT OFFER** | |
|---|---|---|
| 1. | **Final Payment Offer:** 2010 Lost Profits of $32,560.95 multiplied by a Future Recovery Factor of 4.00 = $130,243.80 less offsets shown in Sections C.2 and C.3 above. If your Total Post-Spill Lost Profits exceed the amount of your calculated future damages of $130,243.80 you may continue to file Interim Claims for additional sustained documented losses (which will be deducted from your Final Payment Offer). If your total payments exceed the amount of your Final Payment Offer, your Final Payment Offer will be the minimum final offer amount of $25,000. The GCCF calculates all of your losses based upon the financial records you have submitted. If the calculation of this claim or a later claim results in a determination of 2010 losses lower than that shown in a previous Determination Letter sent to you, your Final Payment Offer (before offsets for prior payments) will remain the same as the Final Payment Offer previously made to you. Remember, however, that this policy may change if, based upon a renewed evaluation of available data regarding the recovery of the Gulf, the GCCF makes an adjustment to the Future Recovery Factor. | $53,393.80 |
| 2. | **Less Deductions for Outstanding Liens** (This amount is based on your current lien amount shown in Attachment E less any amounts being withheld from any Interim Payment payable with this Letter. If your Interim or Final Payment is insufficient to fully satisfy the lien amount, or the amount of the lien increases between the time of your Interim Payment and payment of your Final Payment Offer, or any additional liens are received, then your Final Payment Offer will be reduced by the then outstanding balance of the lien(s)). | $0.00 |
| 3. | **Net Final Payment Offer** (Row 1 minus Row 2) | $53,393.80 |
| 4. | **Less Court-Ordered 6% Hold-Back for Common Benefit Reserve Account if Applicable** | $3,203.63 |
| 5. | **Total Final Payment with Accepted Final Offer and Submitted Release** If you wish to accept this Final Payment Offer, check the box in Section C of the Final Payment Election Form included with this Letter and sign and return the Final Payment Election Form to the GCCF. | $50,190.17 |

| GCCF 1012 | **FINAL PAYMENT ELECTION FORM**<br>Date of Notice: March 1, 2012<br>Deadline to Submit Re-Review Election Form: March 31, 2012<br>Date Final Payment Offer Expires: March 31, 2012 |
|---|---|

### A. CLAIMANT INFORMATION

| Claimant Name | [redacted] | | Claimant Number | [redacted] | |
|---|---|---|---|---|---|
| Address | Street [redacted] | City [redacted] | | State [redacted] | Zip [redacted] |
| Claimant Type (Individual or Business) | [redacted] | Business Type | [redacted] | Zip Code of Loss | [redacted] |

### B. ATTORNEY REPRESENTATION INFORMATION

☐ The GCCF has no information that this Claimant is represented by an attorney.

☐ The GCCF has been informed that this Claimant is represented by the following attorney:

| Attorney Name | | Law Firm | | |
|---|---|---|---|---|
| Address | Street | City | State | Zip |

### C. ELECTION TO ACCEPT FINAL PAYMENT OFFER

☐ I elect to be paid the Final Payment Offer described in my Determination Letter and acknowledge that it is subject to any outstanding lien identified in **Attachment E** to the Letter (if the Letter has an Attachment E) and any other lien of which the GCCF receives notice before payment of the Final Payment Offer. The GCCF will send you a Release and Covenant Not to Sue that you must sign and return to be paid.

### SIGNATURE

| Signature of Business Owner or Authorized Business Representative | | Date | ___/___/___ (Month/Day/Year) |
|---|---|---|---|
| Name of Person Signing (Print or Type) | | | |

You can complete and send this Election Form to elect to be paid this Final Payment Offer using any of the following ways:

| 1. | **By Emailed PDF Attachment:** (Emailed no later than midnight your time on your deadline to respond) | Email to **NoticesandOffers@gccf-claims.com** |
|---|---|---|
| 2. | **By Mail:** (Postmarked no later than your deadline to respond) | Gulf Coast Claims Facility<br>Kenneth R. Feinberg, Administrator<br>P.O. Box 9658<br>Dublin, OH  43017-4958 |
| 3. | **By Overnight, Certified or Registered Mail:** (Placed with the delivery service no later than your deadline to respond) | Gulf Coast Claims Facility<br>Kenneth R. Feinberg, Administrator<br>5151 Blazer Pkwy., Suite A<br>Dublin, OH  43017-4958 |
| 4. | **By Facsimile:** (Sent no later than your deadline to respond) | 1-866-682-1772 |
| 5. | **Visit a GCCF Site Office:** (No later than your deadline to respond) | You can bring the materials to a GCCF Site Office no later than your deadline. Visit **www.gulfcoastclaimsfacility.com** to see a list of Site Offices, or call 1-800-916-4893 and ask for Site Office locations. |
| 6. | **Online Election of Final Payment Offer:** (Completed no later than midnight your time for your deadline to elect) | You can accept your Final Payment Offer electronically by visiting the GCCF website at **www.gulfcoastclaimsfacility.com** and accessing your claim status by clicking on the "Check Claim Status" tab. |

GCCF 1002-BUS         Gulf Coast Claims Facility         Claimant ID: [redacted]
                      Page 10 of 12                      Claim Form ID: [redacted]

| GCCF 1119 | **RE-REVIEW ELECTION FORM** <br> Date of Determination Letter: March 1, 2012 <br> Deadline to Submit Re-Review Election Form: March 31, 2012 |
|---|---|

### A. CLAIMANT INFORMATION

| Claimant Name | | Claimant Number | |
|---|---|---|---|
| Address | Street ▓▓▓▓▓ City ▓▓▓▓▓ | State ▓ | Zip ▓ |
| Claimant Type (Individual or Business) | ▓▓ Business Type ▓▓▓▓▓ | Zip Code of Loss | ▓ |

### B. ELECTION FOR REEVALUATION OF CLAIM

☐  I request a Re-Review of my Determination Letter and understand that my payment calculations could potentially change or remain the same. I understand that the GCCF will consider only new documentation that falls within the missing loss periods identified in **Attachment D** of my most recent Determination Letter. If I want the GCCF to consider new documentation after the missing loss periods identified in **Attachment D** of my most recent Determination Letter, I will submit a new Interim Payment Claim Form. In accordance with the GCCF's Final Rules dated February 18, 2011, Interim Payment claims may be filed once each calendar quarter.

### C. STATEMENT OF ISSUES FOR RE-REVIEW

You must complete Sections C.1 and C.2 below to identify the reason(s) for your Re-Review request and any new documentation submitted to support your claim. Describe in detail each aspect of the Determination Letter with which you disagree and want reevaluated. You may attach additional sheets, if necessary.

**C.1**  Select the reason(s) for your Re-Review request and explain why you disagree with the Determination Letter. If you select "Other" then identify the particular issue with which you disagree:

☐ Actual Pre-Spill Earnings/Revenues
☐ Actual Post-Spill Earnings/Revenues
☐ Projected Earnings/Revenues Methodology
☐ LOI Percentage
☐ Missing Component of the Business
☐ Switch from Individual to Business

☐ Bonus or Overtime Pay
☐ Incorrect Employer or Industry
☐ Prior Payment Deductions/Offsets
☐ Accountant Preparation/Job-Seeking Expenses
☐ Other

**Explanation:**

**C.2**  Identify any new or previously submitted documents that support the Re-Review request. You must ensure that any *new* documents are submitted to the GCCF with this Re-Review Election Form.

### D. SIGNATURE

| Claimant Signature | | Date | ___/___/___ (Month/Day/Year) |
|---|---|---|---|
| Name of Person Signing (Print or Type) | | | |



| GCCF 1119 | RE-REVIEW ELECTION FORM<br>Date of Determination Letter: March 1, 2012<br>Deadline to Submit Re-Review Election Form: March 31, 2012 ||
|---|---|---|
| | **E. WHERE TO SUBMIT THIS FORM:** ||
| You can submit this completed Re-Review Election Form using any of the following ways: |||
| 1. | **By Emailed PDF Attachment:**<br>(Emailed no later than midnight your time on your deadline to respond) | Email to **NoticesandOffers@gccf-claims.com** |
| 2. | **By Mail:**<br>(Postmarked no later than your deadline to respond) | Gulf Coast Claims Facility<br>Kenneth R. Feinberg, Administrator<br>P.O. Box 9658<br>Dublin, OH  43017-4958 |
| 3. | **By Overnight, Certified or Registered Mail:**<br>(Placed with the delivery service no later than your deadline to respond) | Gulf Coast Claims Facility<br>Kenneth R. Feinberg, Administrator<br>5151 Blazer Pkwy., Suite A<br>Dublin, OH  43017-4958 |
| 4. | **By Facsimile:**<br>(Sent no later than your deadline to respond) | 1-866-682-1772 |
| 5. | **Visit a GCCF Site Office:**<br>(No later than your deadline to respond) | You can bring the materials to a GCCF Site Office no later than your deadline.  Visit **www.gulfcoastclaimsfacility.com** to see a list of Site Offices, or call 1-800-916-4893 and ask for Site Office locations. |
| 6. | **Online Election of Re-Review Request:**<br>(Done no later than midnight your time for your deadline to elect) | You can submit this Re-Review Election Form electronically by visiting the GCCF website at **www.gulfcoastclaimsfacility.com** and accessing your claim status by clicking on the "Check Claim Status" tab. |

# GCCF | Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

April 2, 2012



RE: **Deficiency Letter on Interim Payment/Final Payment Claim**
       **Claimant ID:**

Dear Claimant:

On March 8, 2012, the United States District Court Eastern District of Louisiana issued a First Amended Order Creating Transition Process (the "Order") in connection with an Agreement-in-Principle between BP Exploration and Production, Inc. and BP America Production Company (collectively, "BP") and the Interim Class Counsel (collectively, the "Parties") to settle numerous lawsuits arising out of the Deepwater Horizon Oil Spill (the "Oil Spill"). The Order appointed a Claims Administrator and a Transition Coordinator to oversee a Transition Process. The Transition Process continues to process claims previously received by the GCCF and will receive new claims until a new Court Supervised Settlement Program is established. In the Transition Process, claims are reviewed under the current GCCF rules, as amended by the Order. You may view a copy of the Court's Order by visiting the GCCF's website at www.gulfcoastclaimsfacility.com.

*All claimants have the right to consult with an attorney of their own choosing prior to accepting any settlement or signing a release of legal rights.*

You have filed one or more Claim Forms with the GCCF. This Deficiency Letter ("Letter") is an official notification from the GCCF. This Letter addresses all the Claim Forms and documents that you have filed concerning the claims described below. If you filed more than one Claim Form or claims for businesses or activities on which you pay taxes using the same taxpayer identification number (Social Security Number or Employer Identification Number), then we have combined all the claims for that taxpayer identification number into one claim.

We have reviewed the Claim Form(s) that you submitted and determined that your file is missing information that is necessary for the review of your claim. We cannot take any further action on your claim until you provide the following:

| Type of Claim You Submitted | Why We Need the Missing Information | What You Need to Submit |
|---|---|---|
| Lost Earnings and Profits | You filed a claim seeking compensation for lost profits, but have not submitted your entire federal tax return for 2010. | You must submit a true and complete copy of your federal Form 1120, 1120S, 1065, a Form 1040 with any schedule deducting expenses, or 990 income tax return for 2010, including all forms, schedules and attachments filed with the return, as well as any amendments to the return you have filed. If you filed a Form 1040 as a joint return with your spouse, you must submit documents that show which of the income reported on the return was earned by your spouse, such as the spouse's W-2 or 1099 forms. The copy of the return does not have to be signed, but does have to be complete and a true copy of the return as filed with the IRS. If you cannot obtain a copy of the return you can submit a Tax Transcript of all forms, schedules and attachments filed with the return, which is prepared by the IRS to show all the information from your return. |

Submit these documents within 30 days after the date of this Letter. You can send us documents in any one of the following ways:

| | | |
|---|---|---|
| 1. | **By Emailed PDF Attachment:** (Emailed no later than 30 days after the date of this Letter) | Email to **info@gccf-claims.com** |
| 2. | **By Mail:** (Postmarked no later than 30 days after the date of this Letter) | Gulf Coast Claims Facility P.O. Box 9658 Dublin, OH 43017-4958 |
| 3. | **By Overnight, Certified or Registered Mail:** (Placed with the delivery service no later than 30 days after the date of this Letter) | Gulf Coast Claims Facility 5151 Blazer Pkwy., Suite A Dublin, OH 43017 |
| 4. | **By Facsimile:** (Sent no later than 30 days after the date of this Letter) | 1-866-682-1772 |
| 5. | **Visit a GCCF Site Office:** (No later than 30 days after the date of this Letter) | You can bring the documents to a GCCF Site Office no later than 30 days after the date of this Letter. Visit the GCCF website at **www.gulfcoastclaimsfacility.com** to see a list of Site Offices, or call 1-800-916-4893 and ask for Site Office locations. |

**IMPORTANT NOTE:** *Make sure that you write your Claimant Identification Number (shown above) and your Social Security Number or Taxpayer ID on each page of each document that you submit, so that the GCCF can properly attach your documents to your claim. Otherwise, if the documents get separated, we cannot always determine to which claimant they belong.*

If any claim listed above has been denied and you disagree with the GCCF's decision on your claim, you have the right to submit the claim to the National Pollution Funds Center ("NPFC"), the Coast Guard office responsible for evaluating and approving OPA claims, or as an alternative you may exercise any other legal right you may have. General information on the procedure for filing a claim with the NPFC may be obtained from the Director of the National Pollution Funds Center, NPFC MS 7100, U.S. Coast Guard, 4200 Wilson Blvd., Suite 1000, Arlington, VA 20598-7100, (800) 280-7118, or from the NPFC website at **www.uscg.mil/npfc/claims**.

If you have any questions about this Letter, you may call the GCCF Claims Review Specialist identified below who can answer questions about your claim or this Letter. For TTY assistance, call 1-866-682-1758. If you are represented by an attorney, the GCCF will communicate directly with your attorney. If you have authorized a claims preparation firm to receive information on your claim, the GCCF is mailing a copy of this Letter to that firm.

Your GCCF Claims Review Specialist is: Molly 59078 at 1-800-353-1262.

Sincerely,

Transition Coordinator