UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY "DEEPWATER HORIZON" | * * * * * * * | CIVIL ACTION<br><br>NO. 10-8888<br><br>JUDGE BARBIER "J"<br><br>MAG. SHUSHAN (1) |

## MEMORANDUM IN RESPONSE TO OPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD FILED ON BEHALF OF DAVID C. JARRELL

NOW INTO COURT, though undersigned counsel, comes LAW OFFICES OF SIDNEY D. TORRES, III, APLC, who presents the following Memorandum in Response to the Opposed Motion to Withdraw as Counsel of Record filed on behalf of David C. Jarrell.

DAVID C. JARRELL ("JARRELL") was employed as an associate attorney by the LAW OFFICES OF SIDNEY D. TORRES, III, APLC ("LAW OFFICES"), from April 2007 until he resigned from the firm on July 5, 2011. During the term of his employment with LAW OFFICES, JARRELL filed Short Form Joinders in this matter on behalf of approximately 1,588 clients of LAW OFFICES. In addition to these Joinders, JARRELL is also counsel of record on an additional 1,007 Short Form Joinders filed during JARRELL's employment by other attorneys of LAW OFFICES. In total,

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA
NO. 10-8888- SECTION "J" - MAG. "1"
IN RE: OIL SPILL BY "DEEPWATER HORIZON"
MEMORANDUM IN RESPONSE TO MOTION TO WITHDRAW
AS COUNSEL OF RECORD FILED ON BEHALF OF DAVID C. JARRELL
PAGE -1-

JARRELL is listed as counsel of record for approximately 2,595 clients of LAW OFFICES[1].

On March 28, 2012, JARRELL contacted LAW OFFICES, through its undersigned counsel, to inquire whether LAW OFFICES would consent to the filing of a Joint Motion to Withdraw in a single case in this matter, regarding claimant, Tammany Holding Company, L.L.C, since he was no longer employed by LAW OFFICES (Ex. "B"). On March 29, 2012, undersigned counsel responded to JARRELL's inquiry as follows:

> Please be advised that **_we consent to your filing a Joint Motion to Withdraw from any BP case filed in federal court_**. We do, however, ask that you forward any such motion to us for review prior to your filing the motion. (Emphasis added). (Exhibit "C").

On March 30, 2012, JARRELL sent a proposed Joint Withdrawal (Ex. "D") for approval. As undersigned counsel was out of state on that date, JARRELL was advised by undersigned counsel's associate that undersigned was out of state and unable to respond regarding the proposed pleadings until his return (Ex. "E").

On April 3, 2012, JARRELL contacted undersigned regarding the proposed

---

[1] See list of all claims filed in this matter by LAW OFFICES attached as Exhibit "A", in globo.

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA
NO. 10-8888- SECTION "J" - MAG. "1"
IN RE: OIL SPILL BY "DEEPWATER HORIZON"
MEMORANDUM IN RESPONSE TO MOTION TO WITHDRAW
AS COUNSEL OF RECORD FILED ON BEHALF OF DAVID C. JARRELL
PAGE -2-

withdrawal (Ex. "F"). Undersigned counsel replied on April 4, 2012, inquiring why JARRELL sought to withdraw in only a single case, regarding the Tammany Holding Company, LLC, claim, when he remained counsel of record for numerous other plaintiffs in identical cases, who he admittedly no longer represents as a result of his voluntarily ending his employment with LAW OFFICES (Ex. "G"). In this response, undersigned counsel further stated:

> I fear that granting consent for you to withdraw in this single case . . . may constitute some type of acquiescence, or acknowledgment that you are not required to withdraw from all cases, when we are both well aware of the fact that under the Rules of Professional Conduct you are obligated to withdraw in all Deepwater Horizon cases.

JARRELL replied to undersigned's inquiry on April 4, 2012 (Ex. "H"), but did not explain why he sought to withdraw only in the Tammany Holding Company matter, instead stating that he would file the motion contradictorily. On April 5, 2012, JARRELL filed an Opposed Motion to Withdraw as Counsel of Record in this matter regarding only the Tammany Holding Company claim. On April 6, 2012, undersigned counsel advised that, because JARRELL's motion contained misstatements and misrepresentations, a response to his motion would be filed (Ex. "I"). There were not "numerous requests" made, as JARRELL alleges in Paragraph 2 of his Opposed Motion, nor did LAW OFFICES "refuse to consent". JARRELL initially contacted LAW

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA
NO. 10-8888- SECTION "J" - MAG. "1"
IN RE: OIL SPILL BY "DEEPWATER HORIZON"
MEMORANDUM IN RESPONSE TO MOTION TO WITHDRAW
AS COUNSEL OF RECORD FILED ON BEHALF OF DAVID C. JARRELL
PAGE -3-

OFFICES regarding the BP cases generally on March 28, 2012, and was advised on March 29, 2012, that LAW OFFICES consented to the JARRELL's withdrawing from the BP claims filed by LAW OFFICES. When JARRELL presented a *proposed withdrawal from only a single case*, LAW OFFICES inquired why JARRELL was *seeking to withdraw in this case only*. Rather than provide an explanation for his actions, just days later JARRELL filed an Opposed Motion, despite LAW OFFICES' earlier correspondence explicitly stating that it does not oppose his withdrawal from these cases.

It is clear from the chain of correspondence that LAW OFFICES does not oppose JARRELL withdrawing as counsel of record with respect to all 2,595 claims filed by LAW OFFICES during JARRELL's employment, as undersigned counsel advised JARRELL on March 29, 2012 (Ex. "C"). What is not clear is JARRELL's urgent desire to withdraw *only with respect to the Tammany Holding Company claim when the basis for his withdrawal applies to all clients*. JARRELL's refusal to offer any explanation or reasoning whatsoever prompted LAW OFFICES' reluctance to consent to a joint motion "form" regarding this single claimant when JARRELL would remain as counsel of record for thousands of additional claimants who he no longer represents. LAW OFFICES maintains that JARRELL withdraw in all cases in this matter filed during his employment with LAW OFFICES.

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA
NO. 10-8888- SECTION "J" - MAG. "1"
IN RE: OIL SPILL BY "DEEPWATER HORIZON"
MEMORANDUM IN RESPONSE TO MOTION TO WITHDRAW
AS COUNSEL OF RECORD FILED ON BEHALF OF DAVID C. JARRELL
PAGE -4-

Respectfully Submitted:

*/s/Leonard L. Levenson*

LEONARD L. LEVENSON, T.A. (#8675)
CHRISTIAN W. HELMKE (#29594)
DONNA R. BARRIOS (#32093)
427 Gravier Street, Third Floor
New Orleans, LA 70130
Telephone: (504) 586-0066
Facsimile: (504) 586-0079
Email: lenlevenson@aol.com
cwhelmke@bellsouth.net
dbarrios@bellsouth.net
ATTORNEYS FOR LAW OFFICES OF SIDNEY D. TORRES, III, APLC

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS 11TH DAY OF APRIL, 2012, A COPY OF THE FOREGOING WITH THE CLERK OF COURT USING THE CM/ECF FILING SYSTEM. NOTICE OF THIS FILING WILL BE SENT BY OPERATION OF THE COURT'S ELECTRONIC FILING SYSTEM. I ALSO CERTIFY THAT A COPY OF THE FOREGOING WILL BE SENT TO ALL NON-CM/ECF PARTICIPANTS BY UNITED STATES, MAIL, PROPERLY ADDRESSED AND POSTAGE PREPAID, AND/OR BY FACSIMILE TRANSMISSION, AND/OR BY HAND.

  */s/Leonard L. Levenson*

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA
NO. 10-8888- SECTION "J" - MAG. "1"
IN RE: OIL SPILL BY "DEEPWATER HORIZON"
MEMORANDUM IN RESPONSE TO MOTION TO WITHDRAW
AS COUNSEL OF RECORD FILED ON BEHALF OF DAVID C. JARRELL
PAGE -5-