**From:** David C. Jarrell (dcj@jarrell-lawfirm.com)
**To:** lenlawyer@aol.com; cwhelmke@bellsouth.net; dbarrios@bellsouth.net; storres@torres-law.com;
**Date:** Wed, March 28, 2012 7:20:59 AM
**Cc:**
**Subject:** BP Oil Spill

Mr. Levenson:

The local rules require me to obtain the consent of current counsel to file a Joint Motion to Withdraw me as co-counsel from a case pending in Federal Court. Please confirm that your client consents to the filing of any Joint Motion to Withdraw for any BP case filed in federal court.

Please advise as soon as possible. I do not foresee any reason why your client would not agree to same.

David



**From:** Donna Barrios (dbarrios@bellsouth.net)
**To:** dcj@jarrell-lawfirm.com;
**Date:** Thu, March 29, 2012 9:58:02 AM
**Cc:** storres@torres-law.com; rburns@torres-law.com; lmarinello@propertytitle.com;
**Subject:** JARRELL re BP cases

Please see attached correspondence from Mr. Levenson regarding the BP oil spill cases.

Donna R. Barrios
Weigand & Levenson
427 Gravier Street
New Orleans, Louisiana 70130
504-586-0066
504-586-0079 - fax
dbarrios@bellsouth.net



EXHIBIT C

# WEIGAND & LEVENSON
AN ASSOCIATION FOR THE PRACTIVE OF LAW

427 GRAVIER STREET
NEW ORLEANS 70130

RICHARD A. WEIGAND*
LEONARD L. LEVENSON*

COLLEEN BOYLE GANNON
CHRISTIAN W. HELMKE
ELIZABETH A. WEIGAND
DONNA R. BARRIOS

TELEPHONE (504) 586-0066
FACSIMILE (504) 586-0079

*A PROFESSIONAL LAW CORPORATION

March 29, 2012

David C. Jarrell, Esq.
Law Offices of David C. Jarrell, APLC
P.O. Box 220
Arabi, Louisiana 70032

**VIA EMAIL TRANSMISSION**

Re: *Law Offices of Sidney D. Torres, III*
  *versus*
  *David C. Jarrell, Esq. and Law Offices*
  *of David C. Jarrell, APLC*
  and
  *Law Offices of David C. Jarrell, APLC*
  *versus*
  *Law Offices of Sidney D. Torres, III, APLC*
  *34th JDC No. 117-895, c/w 11-902, Division "D"*

Dear Mr. Jarrell:

Thank you for your email of March 28, 2012, 7:20 a.m. Please be advised that we consent to your filing a Joint Motion to Withdraw from any BP case filed in federal court. We do, however, ask that you forward any such motion to us for review prior to your filing the motion.

Thank you for your kind attention and cooperation in this matter.

Sincerely,

LEONARD L. LEVENSON

LLL/drb
cc: Law Offices of Sidney D. Torres, III, APLC   *(by email)*

**From:** David C. Jarrell (dcj@jarrell-lawfirm.com)
**To:** lenlawyer@aol.com; cwhelmke@bellsouth.net; dbarrios@bellsouth.net; storres@torres-law.com;
**Date:** Fri, March 30, 2012 8:21:56 AM
**Cc:**
**Subject:** BP Withdrawl

Mr. Levenson:

See attached. Please advise whether this meets with your client's satisfaction. I would like to get this filed today.

David



http://us.mg203.mail.yahoo.com/dc/launch?.partner=sbc                                    4/10/2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY			CIVIL ACTION NO. 10-8888
"DEEPWATER HORIZON"
					SECTION J

					MAGISTRATE 1

*JOINT MOTION TO WITHDRAW AS COUNSEL OF RECORD*

NOW INTO COURT, comes DAVID C. JARRELL and the LAW OFFICES OF SIDNEY D. TORRES, III who respectfully represents that:

1.

DAVID C. JARRELL was previously employed by the LAW OFFICES OF SIDNEY D. TORRES, III, A.P.L.C. As part of his duties while so employed, DAVID C. JARRELL filed a Short Form Joinder on behalf of TAMMANY HOLDING COMPANY, L.L.C. In July of 2011, DAVID C. JARRELL voluntarily terminated his employment with the LAW OFFICES OF SIDNEY D. TORRES, III, A.P.L.C.

2.

DAVID C. JARRELL no longer represents TAMMANY HOLDING

COMPANY, L.L.C. in these proceedings and desires to be withdrawn as counsel of record. Sidney D. Torres, III and Roberta L. Burns, both of whom are currently enrolled as counsel of record, will continue to represent TAMMANY HOLDING COMPANY, L.L.C.

3.

As of the filing of this motion, there are no pending deadlines or court appearances to notify TAMMANY HOLDING COMPANY, L.L.C. of. A copy of this Motion to Withdraw has been forwarded to plaintiff TAMMANY HOLDING COMPANY, L.L.C. via U.S. Certified mail at its last known address as well as to counsel for TAMMANY HOLDING COMPANY, L.L.C. the LAW OFFICES OF SIDNEY D. TORRES, III, A.P.L.C.

        Respectfully submitted,

        LAW OFFICES OF DAVID C. JARRELL
        A PROFESSIONAL LAW CORPORATION


        BY: /s/ David C. Jarrell
           DAVID C. JARRELL (Bar No. 30907)
           9101 W. St. Bernard Hwy.
           Chalmette, LA 70043
           Tel: (504) 598-5500
           Fax: (504) 598-5501
           E-mail: dcj@jarrell-lawfirm.com


        LAW OFFICES OF SIDNEY D. TORRES, III
        A PROFESSIONAL LAW CORPORATION

BY: /s/ Sidney D. Torres, III
SIDNEY D. TORRES, III
8301 W. Judge Perez Dr., Suite 303
Chalmette, LA 70043
Tel: (504) 271-8421
Fax: (504) 271-1961
E-mail: storres@torres-law.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY　　　　　　　CIVIL ACTION NO. 10-8888
"DEEPWATER HORIZON"

　　　　　　　　　　　　　　　　　SECTION J

　　　　　　　　　　　　　　　　　MAGISTRATE 1

---

*LOCAL RULE 82.2.11 CERTIFICATE*

---

NOW INTO COURT comes DAVID C. JARRELL who in pursuant to Local Rule 82.2.11 certifies that a copy of this Motion to Withdraw has been forwarded via U.S. certified mail to:

>  Tammany Holding Company, L.L.C.
>  3600 Lakeshore Blvd. East
>  Slidell, LA  70461
>  (985) 641-0089

DAVID C. JARRELL further certifies that he has notified TAMMANY HOLDING COMPANY, L.L.C. through this Motion to Withdraw that there are no pending deadlines or court appearances.

Respectfully submitted,

LAW OFFICES OF DAVID C. JARRELL
A PROFESSIONAL LAW CORPORATION


BY: /s/ David C. Jarrell
DAVID C. JARRELL (Bar No. 30907)
9101 W. St. Bernard Hwy.
Chalmette, LA 70043
Tel: (504) 598-5500
Fax: (504) 598-5501
E-mail: dcj@jarrell-lawfirm.com


CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of March, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

/s/ David C. Jarrell
DAVID C. JARRELL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY                    CIVIL ACTION NO. 10-8888
"DEEPWATER HORIZON"
                                       SECTION J

                                       MAGISTRATE 1

*ORDER*

Considering the foregoing Motion:

IT IS HEREBY ORDERED that DAVID C. JARRELL is hereby withdrawn as counsel of record for TAMMANY HOLDING COMPANY, L.L.C.

NEW ORLEANS, LOUISIANA this _____ day of _____, 2012.

                          _____
                                    JUDGE

**From:** Donna Barrios (dbarrios@bellsouth.net)
**To:** dcj@jarrell-lawfirm.com;
**Date:** Fri, March 30, 2012 11:42:18 AM
**Cc:** storres@torres-law.com; rburns@torres-law.com; lmarinello@propertytitle.com;
**Subject:** JARRELL re BP oil spill

Please see attached correspondence regarding the proposed pleadings you forwarded this morning.

Donna R. Barrios
Weigand & Levenson
427 Gravier Street
New Orleans, Louisiana 70130
504-586-0066
504-586-0079 - fax
dbarrios@bellsouth.net



# WEIGAND & LEVENSON
AN ASSOCIATION FOR THE PRACTICE OF LAW

427 GRAVIER STREET
NEW ORLEANS 70130

RICHARD A. WEIGAND*
LEONARD L. LEVENSON*

COLLEEN BOYLE GANNON
CHRISTIAN W. HELMKE
ELIZABETH A. WEIGAND
DONNA R. BARRIOS

TELEPHONE (504) 586-0066
FACSIMILE (504) 586-0079

*A PROFESSIONAL LAW CORPORATION

March 30, 2012

David C. Jarrell, Esq.
Law Offices of David C. Jarrell, APLC
P.O. Box 220
Arabi, Louisiana 70032

**VIA EMAIL TRANSMISSION**

Re:   In Re: Oil Spill by "Deepwater Horizon"
      USDC ED-La No. 10-8888, Section "J"

Dear Mr. Jarrell:

Thank you for your email of today's date, 8:21 a.m. Please be advised that Mr. Levenson is out of state. Although he is scheduled to return to New Orleans today, he will not return until late evening. Therefore, you may not receive a response to this email until this weekend or Monday.

Thank you for your kind attention and cooperation in this matter.

Sincerely,

DONNA R. BARRIOS

/drb
cc:   Law Offices of Sidney D. Torres, III, APLC   *(by email)*

**From:** David C. Jarrell (dcj@jarrell-lawfirm.com)
**To:** lenlawyer@aol.com; cwhelmke@bellsouth.net; dbarrios@bellsouth.net; storres@torres-law.com;
**Date:** Tue, April 3, 2012 9:15:07 AM
**Cc:**
**Subject:** BP

Please advise on the approval of the joint motion to withdraw. I would like to get this done.

David



**From:** Donna Barrios (dbarrios@bellsouth.net)
**To:** dcj@jarrell-lawfirm.com;
**Date:** Wed, April 4, 2012 4:02:34 PM
**Cc:** storres@torres-law.com; rburns@torres-law.com; lmarinello@propertytitle.com;
**Subject:** JARRELL re BP cases

Please see attached correspondence from Mr. Levenson regarding the BP cases and proposed withdrawal you forwarded.

Donna R. Barrios
Weigand & Levenson
427 Gravier Street
New Orleans, Louisiana 70130
504-586-0066
504-586-0079 - fax
dbarrios@bellsouth.net



# WEIGAND & LEVENSON

AN ASSOCIATION FOR THE PRACTICE OF LAW

RICHARD A. WEIGAND*  
LEONARD L. LEVENSON*

427 GRAVIER STREET  
NEW ORLEANS 70130

TELEPHONE (504) 586-0066  
FACSIMILE (504) 586-0079

*A PROFESSIONAL LAW CORPORATION

COLLEEN BOYLE GANNON  
CHRISTIAN W. HELMKE  
ELIZABETH A. WEIGAND  
DONNA R. BARRIOS

April 4, 2012

David C. Jarrell, Esq.  
Law Offices of David C. Jarrell, APLC  
908 W. Judge Perez Dr. - Suite C  
Chalmette, LA 70043

VIA E-MAIL TRANSMISSION  
dcj@jarrell-lawfirm.com

Re:   *Law Offices of Sidney D. Torres, III*  
      *versus*  
      *David C. Jarrell, Esq. and Law Offices of David C. Jarrell, APLC*  
      *No. 117-902 - Div. "D" - 34TH JDC c/w*  
      *No. 117-895 - Div. "D" - 34TH JDC*

Dear Mr. Jarrell:

With respect to your request for consent to withdraw in the matter of *In Re: Oil Spill by "Deepwater Horizon"* please provide me with an explanation as to why you are only seeking to file a Motion to Withdraw in a single case?

This seems to be an admission by you that you should withdraw in Deepwater Horizon cases. Again, please provide me an explanation for seeking withdrawal in this single case.

I fear that granting consent for you to withdraw in this *single* case when you are counsel of record for numerous plaintiffs in identical cases, whom you admittedly do not represent, may constitute some type of acquiescence, or acknowledgment that you are not required to withdraw from *all* cases, when we are both well aware of the fact that under the Rules of Professional Conduct you are obligated to withdraw in all Deepwater Horizon cases.

Upon receipt of your explanation for your current proposed action, we shall gladly revisit your request.

DAVID C. JARRELL, ESQ.
LAW OFFICES OF DAVID C. JARRELL, APLC
Re:   Law Offices of Sidney D. Torres, III
      versus
      David C. Jarrell, Esq. and Law Offices of David C. Jarrell, APLC
      No. 117-902 - Div. "D" - 34TH JDC c/w
      No. 117-895 - Div. "D" - 34TH JDC
APRIL 4, 2012
PAGE -2-

Thank you for your kind attention and cooperation in this matter.

Sincerely,

LEONARD L. LEVENSON

LLL/mmi

cc:   Law Offices of Sidney D. Torres, III, APLC *(via e-mail)*

**From:** David C. Jarrell (dcj@jarrell-lawfirm.com)
**To:** dbarrios@bellsouth.net; lenlawyer@aol.com; cwhelmke@bellsouth.net;
**Date:** Wed, April 4, 2012 7:32:58 PM
**Cc:** storres@torres-law.com;
**Subject:** Re: JARRELL re BP cases

Mr. Levenson:

Please be advised that true intentions always shine through and that your self-serving statements regarding what the rules of professional conduct require are meaningless. I have taken advice from those who are more fit to judge what the rules of professional conduct do and do not require. I shall heed their advice.

I will file the Motion contradictorily and note your client's objection to the filing of this Motion to Withdraw.

David


**From:** Donna Barrios <dbarrios@bellsouth.net>
**Date:** Wed, 4 Apr 2012 14:02:34 -0700
**To:** David Jarrell <dcj@jarrell-lawfirm.com>
**Cc:** "storres@torres-law.com" <storres@torres-law.com>, Roberta Burns <burns@torres-law.com>, Linda Marinello <marinello@property...com>
**Subject:** JARRELL re BP cases

Please see attached correspondence from Mr. Levenson regarding the BP cases and proposed withdrawal you forwarded.

Donna R. Barrios
Weigand & Levenson
427 Gravier Street
New Orleans, Louisiana 70130
504-586-0066
504-586-0079 - fax
dbarrios@bellsouth.net



EXHIBIT
H

**From:** Donna Barrios (dbarrios@bellsouth.net)
**To:** dcj@jarrell-lawfirm.com;
**Date:** Fri, April 6, 2012 4:19:48 PM
**Cc:** storres@torres-law.com; rburns@torres-law.com; lmarinello@propertytitle.com;
**Subject:** JARRELL re BP cases

Please see attached correspondence from Mr. Levenson in response to your email regarding the Deepwater Horizon matter.

Donna R. Barrios
Weigand & Levenson
427 Gravier Street
New Orleans, Louisiana 70130
504-586-0066
504-586-0079 - fax
dbarrios@bellsouth.net



http://us.mg203.mail.yahoo.com/dc/launch?.partner=sbc					4/10/2012

# WEIGAND & LEVENSON

AN ASSOCIATION FOR THE PRACTICE OF LAW

RICHARD A. WEIGAND*  
LEONARD L. LEVENSON*

427 GRAVIER STREET  
NEW ORLEANS 70130

TELEPHONE (504) 586-0066  
FACSIMILE   (504) 586-0079

*A PROFESSIONAL LAW CORPORATION

COLLEEN BOYLE GANNON  
CHRISTIAN W. HELMKE  
ELIZABETH A. WEIGAND  
DONNA R. BARRIOS

April 6, 2012

David C. Jarrell, Esq.  
Law Offices of David C. Jarrell, APLC  
908 W. Judge Perez Dr. - Suite C  
Chalmette, LA 70043

<u>VIA E-MAIL TRANSMISSION</u>  
dcj@jarrell-lawfirm.com

Re: *Law Offices of Sidney D. Torres, III*  
*versus*  
*David C. Jarrell, Esq. and Law Offices of David C. Jarrell, APLC*  
*No. 117-902 - Div. "D" - 34TH JDC c/w*  
*No. 117-895 - Div. "D" - 34TH JDC*

Dear Mr. Jarrell:

In response to your terse e-mail of April 4, 2012, please be advised that you have, presumably intentionally, misconstrued the very words of my correspondence regarding your Motion to Withdraw in the Deepwater Horizon matter.

Since you ignored my request and improvidently filed your Motion to Withdraw contradictorily, which contains what I believe are misstatements, or misrepresentations, we shall file a response to your Motion.

Thank you for your kind attention and cooperation in this matter.

Sincerely,

LEONARD L. LEVENSON

LLL/mmi

cc: Law Offices of Sidney D. Torres, III, APLC *(via e-mail)*