UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION "J" |
| Applies to:<br>12-349, 12-529 | * * * | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## ORDER

Plaintiffs in member cases 12-349 and 12-529 moved to voluntarily dismiss without prejudice Defendant Weatherford International, LTD. (Rec. Docs. 6180, 6187). The Court previously dismissed with prejudice all claims against Weatherford, and entered a Rule 54(b) Partial Final Judgment to that effect. (Rec. Doc. 6204, 5711, 5653). Accordingly,

**IT IS ORDERED** that the Motions to Dismiss Defendant Weatherford International, LTD., (Rec. Docs. 6180, 6187) are **DENIED AS MOOT**.

New Orleans, Louisiana, this 11th day of April, 2012.

_____
United States District Judge