UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § MDL NO. 2179 § § SECTION: J § § JUDGE BARBIER |
| | THIS DOCUMENT RELATES TO: | § § MAG. JUDGE SHUSHAN |
| | Case No.: 2:10-cv-08888, [Rec. Doc. 55885]; 2:10-cv-02771 | |

### ORDER GRANTING MOTION TO WITHDRAW

THIS CAUSE came before the Court upon the law firms of Colson Hicks Eidson Colson Cooper Matthew Martinez Gonzalez Kalbac & Kane, Bilzin Sumberg Baena Price & Axelrod P.A., and Grossman Roth P.A.'s Motion to Withdraw. The Court having read and considered argument of counsel and being otherwise fully apprised on all premises, hereby ORDERS AND ADJUDGES as follows:

1. Colson Hicks Eidson Colson Cooper Matthews Martinez Gonzalez Kalbac & Kane, Bilzin Sumberg Baena Price & Axelrod P.A., and Grossman Roth P.A.'s Motion to Withdraw is hereby **GRANTED**.

2. Until alternative counsel files an appearance on Plaintiff's behalf all correspondence and pleadings for the Plaintiff shall be mailed to: Justin Rea, Sting Rea Charters, Inc., 160 Sugarloaf Drive, Sugarloaf Key, FL 33042.

DONE AND ORDERED in Chambers, New Orleans, Louisiana this 12th day of April, 2012.

_____
United States District Judge