OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130


April 12, 2012


IN RE:  OIL SPILL BY THE OIL RIG                    CASE NO. MDL NO. 2179
DEEPWATER HORIZON IN THE GULF OF                    SECTION: "J" (1)
MEXICO ON APRIL 20, 2010

RE: *Plaza Resorts South, Inc. v. Transocean, LTD., et al.*
    Case No. 2:11-cv-03153-CJB-SS


Dear Sir:

    Please re-issue Summonses on the Complaint (which was transferred from the Southern District of Florida) to the following:

    1.  Halliburton Energy Services, Inc.
        c/o CT Corporation System, as Registered Agent
        1200 Plantation Road
        Plantation, Florida  33324

    2.  Cameron International Corp. f/k/a Cooper Cameron Corp.
        c/o CT Corporation System, as Registered Agent
        1200 Plantation Road
        Plantation, Florida  33324

    3.  BP, PLC
        1 St. James Sq.
        London
        SW1Y4PD
        United Kingdom

    4.  BP Products North America, Inc.
        c/o Prentice Hall Corp. System, as Registered Agent
        211 E. 7th Street, Suite 620
        Austin, Texas  78701

    5.  BP Exploration and Production, Inc.
        c/o CT Corporation System, as Registered Agent
        1200 South Pine Island Road
        Plantation, Florida  33324

6.       BP Corporation North America, Inc.
  c/o The Prentice-Hall Corp. Sys., Inc., as Registered Agent
  1201 Hays Street, Suite 105
  Tallahassee, Florida  32301

7.       BP Company North America, Inc.
  c/o The Prentice-Hall Corp. Sys., Inc., as Registered Agent
  2711 Centerville Road, Suite 400
  Wilmington, DE 19808

8.       BP America, Inc.
  c/o CT Corporation System, as Registered Agent
  800 S. Gay Street, Suite 2021
  Knoxville, Tennessee  37929

9.       Anadarko Petroleum Corporation
  c/o CT Corporation System, as Registered Agent
  350 N. Saint Paul Street, Suite 2900
  Dallas, Texas 75201

10.     Moex Offshore 2007, LLC
  c/o Naoki Ishii, as Registered Agent
  9 Greenway Plaza, Suite 1220
  Houston, Texas  77046

11.     M-I, LLC
  5950 North Course Drive
  Houston, Texas 77072

                                        Very truly yours,

                                        /s/Scott J. Topolski (FL. Bar No. 0006394)
                                      Attorney for Plaintiff
                                      Buckingham, Doolittle & Burroughs, LLP
                                      5355 Town Center Road
                                      Suite 900
                                      Boca Raton, Florida  33486
                                      Telephone: 561.241.0414
                                      Facsimile: 561.241.9766
                                      Email: stopolski@bdblaw.com

«BOCA:286987_v1/73095-0001»