OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130


April 12, 2012


IN RE:  OIL SPILL BY THE OIL RIG			CASE NO. MDL NO. 2179
DEEPWATER HORIZON IN THE GULF OF		SECTION: "J" (1)
MEXICO ON APRIL 20, 2010

RE: *KB Promotions, Inc. v. Transocean, LTD., et al.*
    Case No. 2:11-cv-03150-CJB-SS


Dear Sir:

	Please re-issue Summonses on the Complaint (which was transferred from the Southern District of Florida) to the following:

	1.	Halliburton Energy Services, Inc.
		c/o CT Corporation System, as Registered Agent
		1200 Plantation Road
		Plantation, Florida  33324

	2.	Cameron International Corp. f/k/a Cooper Cameron Corp.
		c/o CT Corporation System, as Registered Agent
		1200 Plantation Road
		Plantation, Florida  33324

	3.	BP, PLC
		1 St. James Sq.
		London
		SW1Y4PD
		United Kingdom

	4.	BP Products North America, Inc.
		c/o Prentice Hall Corp. System, as Registered Agent
		211 E. 7th Street, Suite 620
		Austin, Texas  78701

	5.	BP Exploration and Production, Inc.
		c/o CT Corporation System, as Registered Agent
		1200 South Pine Island Road
		Plantation, Florida  33324

6.     BP Corporation North America, Inc.
    c/o The Prentice-Hall Corp. Sys., Inc., as Registered Agent
    1201 Hays Street, Suite 105
    Tallahassee, Florida  32301

7.     BP Company North America, Inc.
    c/o The Prentice-Hall Corp. Sys., Inc., as Registered Agent
    2711 Centerville Road, Suite 400
    Wilmington, DE 19808

8.     BP America, Inc.
    c/o CT Corporation System, as Registered Agent
    800 S. Gay Street, Suite 2021
    Knoxville, Tennessee  37929

9.     Anadarko Petroleum Corporation
    c/o CT Corporation System, as Registered Agent
    350 N. Saint Paul Street, Suite 2900
    Dallas, Texas 75201

10.     Moex Offshore 2007, LLC
    c/o Naoki Ishii, as Registered Agent
    9 Greenway Plaza, Suite 1220
    Houston, Texas  77046

11.     M-I, LLC
    5950 North Course Drive
    Houston, Texas 77072

    Very truly yours,

    /s/Scott J. Topolski (FL. Bar No. 0006394)
    Attorney for Plaintiff
    Buckingham, Doolittle & Burroughs, LLP
    5355 Town Center Road
    Suite 900
    Boca Raton, Florida  33486
    Telephone: 561.241.0414
    Facsimile: 561.241.9766
    Email: stopolski@bdblaw.com

«BOCA:286984_v1/64489-0015»