OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130


April 12, 2012


IN RE:  OIL SPILL BY THE OIL RIG           CASE NO. MDL NO. 2179
DEEPWATER HORIZON IN THE GULF OF           SECTION: "J" (1)
MEXICO ON APRIL 20, 2010

RE:  *BESM, Inc. v. Transocean, LTD., et al.*
     Case No. 2:11-cv-03151-CJB-SS


Dear Sir:

   Please re-issue Summonses on the Complaint (which was transferred from the Southern District of Florida) to the following:

   1.   Halliburton Energy Services, Inc.
        c/o CT Corporation System, as Registered Agent
        1200 Plantation Road
        Plantation, Florida  33324

   2.   Cameron International Corp. f/k/a Cooper Cameron Corp.
        c/o CT Corporation System, as Registered Agent
        1200 Plantation Road
        Plantation, Florida  33324

   3.   BP, PLC
        1 St. James Sq.
        London
        SW1Y4PD
        United Kingdom

   4.   BP Products North America, Inc.
        c/o Prentice Hall Corp. System, as Registered Agent
        211 E. 7th Street, Suite 620
        Austin, Texas  78701

   5.   BP Exploration and Production, Inc.
        c/o CT Corporation System, as Registered Agent
        1200 South Pine Island Road
        Plantation, Florida  33324

6.     BP Corporation North America, Inc.
       c/o The Prentice-Hall Corp. Sys., Inc., as Registered Agent
       1201 Hays Street, Suite 105
       Tallahassee, Florida 32301

7.     BP Company North America, Inc.
       c/o The Prentice-Hall Corp. Sys., Inc., as Registered Agent
       2711 Centerville Road, Suite 400
       Wilmington, DE 19808

8.     BP America, Inc.
       c/o CT Corporation System, as Registered Agent
       800 S. Gay Street, Suite 2021
       Knoxville, Tennessee 37929

9.     Anadarko Petroleum Corporation
       c/o CT Corporation System, as Registered Agent
       350 N. Saint Paul Street, Suite 2900
       Dallas, Texas 75201

10.    Moex Offshore 2007, LLC
       c/o Naoki Ishii, as Registered Agent
       9 Greenway Plaza, Suite 1220
       Houston, Texas 77046

11.    M-I, LLC
       5950 North Course Drive
       Houston, Texas 77072

Very truly yours,

/s/Scott J. Topolski (FL. Bar No. 0006394)
Attorney for Plaintiff
Buckingham, Doolittle & Burroughs, LLP
5355 Town Center Road
Suite 900
Boca Raton, Florida 33486
Telephone: 561.241.0414
Facsimile: 561.241.9766
Email: stopolski@bdblaw.com

BOCA:286982_v1/64489-0016»