OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130


April 12, 2012


IN RE: OIL SPILL BY THE OIL RIG  CASE NO. MDL NO. 2179
DEEPWATER HORIZON IN THE GULF OF  SECTION: "J" (1)
MEXICO ON APRIL 20, 2010

RE: *South Florida Business Ventures, Inc. v. Transocean, LTD., et al.*
Case No. 2:11-cv-03154-CJB-SS


Dear Sir:

     Please re-issue Summonses on the Complaint (which was transferred from the Southern District of Florida) to the following:

1. Halliburton Energy Services, Inc.
   c/o CT Corporation System, as Registered Agent
   1200 Plantation Road
   Plantation, Florida 33324

2. Cameron International Corp. f/k/a Cooper Cameron Corp.
   c/o CT Corporation System, as Registered Agent
   1200 Plantation Road
   Plantation, Florida 33324

3. BP, PLC
   1 St. James Sq.
   London
   SW1Y4PD
   United Kingdom

4. BP Products North America, Inc.
   c/o Prentice Hall Corp. System, as Registered Agent
   211 E. 7th Street, Suite 620
   Austin, Texas 78701

5. BP Exploration and Production, Inc.
   c/o CT Corporation System, as Registered Agent
   1200 South Pine Island Road
   Plantation, Florida 33324

6.     BP Corporation North America, Inc.
       c/o The Prentice-Hall Corp. Sys., Inc., as Registered Agent
       1201 Hays Street, Suite 105
       Tallahassee, Florida  32301

7.     BP Company North America, Inc.
       c/o The Prentice-Hall Corp. Sys., Inc., as Registered Agent
       2711 Centerville Road, Suite 400
       Wilmington, DE 19808

8.     BP America, Inc.
       c/o CT Corporation System, as Registered Agent
       800 S. Gay Street, Suite 2021
       Knoxville, Tennessee  37929

9.     Anadarko Petroleum Corporation
       c/o CT Corporation System, as Registered Agent
       350 N. Saint Paul Street, Suite 2900
       Dallas, Texas 75201

10.    Moex Offshore 2007, LLC
       c/o Naoki Ishii, as Registered Agent
       9 Greenway Plaza, Suite 1220
       Houston, Texas  77046

11.    M-I, LLC
       5950 North Course Drive
       Houston, Texas 77072

Very truly yours,

/s/Scott J. Topolski (FL. Bar No. 0006394)
Attorney for Plaintiff
Buckingham, Doolittle & Burroughs, LLP
5355 Town Center Road
Suite 900
Boca Raton, Florida  33486
Telephone: 561.241.0414
Facsimile: 561.241.9766
Email: stopolski@bdblaw.com

«BOCA:287030_v1/73274-0001»