UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig         MDL NO. 2179
      "Deepwater Horizon" in the Gulf
      of Mexico, on April 20, 2010      SECTION J

Applies to: *All Cases*                 JUDGE BARBIER
                                        MAGISTRATE JUDGE SHUSHAN

ORDER

[Regarding Deliberative Process Privilege]

Beginning March 2, 2012, the Court has conducted telephone discovery conferences with the U.S. and BP on discovery issues relating to Phase II (Quantification and Source Control). By March 7, 2012, BP reported that on twenty-four U.S. privilege logs there were almost 82,000 entries for documents withheld exclusively on the basis of the deliberative process privilege. The U.S. reported that the deliberative process entries fell into three categories: (1) quantification; (2) source control; and (3) later phases.[1]

BP seeks declarations from the U.S. stating that the declarant personally inspected the withheld documents and explaining why the documents fall within the scope of the deliberative process privilege. The U.S. opposed providing declarations for each deliberative process entry on the privilege logs. Because source control has been assigned a lower priority in the discovery process, the focus has been on the resolution of the deliberative process privilege entries for quantification documents.

BP has provided an Excel spreadsheet with 13,124 entries for the deliberative process privilege which it believes related to quantification. The U.S. reviewed the spreadsheet and

---

[1] The later phases included documents relating to *in situ* burning, health effects from the spill, beach clean-up and other topics.

confirmed that it contains all of the quantification documents over which it has asserted the deliberative process privilege.

A sampling procedure proposed by BP was accepted whereby it selected 100 deliberative process privilege entries from the 13,124 quantification entries. It was agreed that the parties would follow a schedule to brief and submit representative documents. (Rec. doc. 6151). After the Court ruled on BP's challenges, the parties would attempt to extrapolate the rulings to the refined list.

On March 29, 2012, BP submitted its brief and list of 100 entries. Rec. doc. 6148. On April 3, the U.S. reported that it would release 85 of the 100 documents on BP's list and advised it was reviewing the remaining 15 with the relevant agencies to determine whether they would be released. The deadline for the brief from the U.S. was extended to April 11. The U.S. filed its brief and reported that it would produce all 100 documents on the BP list and reported it anticipated producing the remaining similar documents on its privilege logs. It reported that there was no need for further briefing on the deliberative process claims. The U.S. requested until May 15 to complete the review of the 13,124 entries on BP's Excel spreadsheet. Rec. doc. 6212. At the conference on April 12, 2012 there was further discussion.

By **Tuesday, May 15, 2012**, the U.S. shall: (1) complete its review of the 13,124 documents identified on BP's Excel spreadsheet; (2) produce all documents for which the U.S. withdraws its claim of privilege; (3) submit declarations for all documents for which it maintains its claim of privilege. **Except for good cause shown, this deadline shall not be extended.**

New Orleans, Louisiana, this 12th day of April, 2012.

                                                                                                                      **SALLY SHUSHAN**
                                          **United States Magistrate Judge**

3