UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY "DEEPWATER HORIZON"  10-8888, Rec. Doc. 64876 | CIVIL ACTION NO. 10-8888  SECTION J  MAGISTRATE 1 |

*ORDER*

Considering the foregoing Motion (R.D. 6182) and Response thereto (R.D. 6217):

IT IS HEREBY ORDERED that DAVID C. JARRELL is hereby withdrawn as counsel of record for TAMMANY HOLDING COMPANY, L.L.C.

NEW ORLEANS, LOUISIANA this  12th  day of  April                    , 2012.

_____
United States District Judge