# CONFERENCE ATTENDANCE RECORD

DATE: 4-13-12         TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

DISCOVERY STATUS CONFERENCE

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Steve Luxton | M-I |
| Alan York | Halliburton |
| Don Godwin | " " |
| Jenny Martinez | " " |
| Sean Fleming | " " |
| Gwen Richard | " " |
| Lauren Mitchell | " " |
| Sarah Iiams | Anadarko |
| Tony Fitch | " |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Stefanie Major | Halliburton |
| Steve O'Rourke | USA |
| Steve Flynn | USA |
| Deanna Chang | USA |
| Nat Chakeres | USA |
| Brian Barr | PSC |
| Don Haycraft | BP |
| Carmelite Bertaut | Corexit |
| Steven A Myers | BP |
| Doug Kraus | La. |
| Rob Gasaway | BP |
| Andy Langa | BP |
| Jimmy Williamson | PSC |
| Corey Maze | Alabama + States |
| Winfield Sinclair | Alabama + States |
|  |  |
|  |  |