Jeff Ganaway

Robin Hanger

Allison Rumsey

Mike Petrino

Bill Stradley