UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION "J" |
| | * | JUDGE BARBIER |
| Applies to: Short Form Joinder for Jay D. Trochesset, Civil Action No. 2:10CV08888-CJB-SS Doc. No. 69657 | * | MAG. JUDGE SHUSHAN |

## MOTION FOR LEAVE TO WITHDRAW

Wynn E. Clark moves for leave to withdraw as counsel of record for the Plaintiff(s), Jay D. Trochesset and Silver Dollar, Inc., (collectively, the "Plaintiff/Claimant"), under Local Rule 83.2.11:

## Grounds For Motion

1. The Movant has been discharged, no longer represents the Plaintiff/Claimant(s). The Plaintiff/Claimant(s) representation will appear *pro se* for the individual claim filed as Short Form Joinder Doc. 69657 in Civil Action No. 2:10-cv-8888-CJB-SS.

2. The Plaintiff/Claimant's last known address is 2514 Brighton Circle, Biloxi, MS 39531, Tel. No. 228-348-0790, and the email address captainjay@cableone.net.

3. The Movant has given the Plaintiff/Claimant notice of this Motion and all deadlines and pending court appearances by serving the Plaintiff/Claimant at the last known address in accordance with Local Rule 83.2.11 and the attached certificate of service.

**WHEREFORE**, the undersigned requests leave of court to withdraw as counsel of

record for the Plaintiff/Claimant(s).

This the 13th day of April, 2012.

Respectfully submitted,

BY:   s/ *Wynn E. Clark*
**COUNSEL FOR PLAINTIFF(S)**

Wynn E. Clark
2510 16th Street
Gulfport, MS 39501
Tel: (228) 575-9996
Fax:(228) 575-9030
Miss. Bar No. 6279
E-Mail: wynnclark@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2012, I electronically filed the foregoing Motion For Leave To Withdraw with the Clerk of Court using the ECF system which sent notification of such filing to all ECF participants. And by electronic mail (email) and certified mail to Jay D. Trochesset, 2514 Brighton Circle, Biloxi, MS 39531, captainjay@cableone.net.

s/ *Wynn E. Clark*
**COUNSEL FOR PLAINTIFF(S)**

2