UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION "J" |
| | * | JUDGE BARBIER |
| Applies to: Short Form Joinder for Jay D. Trochesset, Civil Action No. 2:10CV08888-CJB-SS Doc. No. 69657 | * | MAG. JUDGE SHUSHAN |

### ORDER

There is before the Court the motion of Wynn E. Clark for leave to withdraw as counsel of record for the Plaintiff/Claimant(s) Jay D. Trochesset and Silver Dollar, Inc., (collectively, the "Plaintiff/Claimant") in Short Form Joinder Doc. 69657.

**IT IS, THEREFORE, ORDERED that**:

1. The Movant has complied with Local Rule 83.2.11.

2. The allegations of the motion are true, and the relief prayed for should be granted.

3. Wynn E. Clark is granted leave to withdraw as counsel of record for the Plaintiff/Claimant(s), Jay D. Trochesset and Silver Dollar, Inc., Short Form Joinder Doc. 69657.

**SO ORDERED**, **on this ___ day of _____, 2012.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**Submitted by:**

Wynn E. Clark
2510 16th Street
Gulfport, MS 39501
Tel: (228) 575-9996
Fax:(228) 575-9030
Miss. Bar No. 6279
E-Mail: wynnclark@bellsouth.net