IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: | § | MDL No. 2179 |
| | § | |
| OIL SPILL by the OIL RIG | § | Section: J |
| "DEEPWATER HORIZON" | § | |
| in the GULF OF MEXICO, | § | |
| on APRIL 20, 2010 | § | |
| | § | Judge Barbier |
| THIS DOCUMENT RELATES TO: | § | |
| Civil Action No. 10-8888 | § | Mag. Judge Shushan |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.2.11, the law firm of THE LANIER LAW FIRM, P.C. ("Lanier Law Firm"), Counsel of Record for GREEN MACHINES, a Plaintiff herein ("Plaintiff"), hereby files its Motion to Withdraw as Counsel for Plaintiff and moves the Court for an order granting leave for Counsel to withdraw as Counsel for Plaintiff. In support of this motion, the undersigned states as follows:

1.  Plaintiff Green Machines is represented in this matter by the Lanier Law Firm and BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES P.C. ("Beasley Allen").

2.  Martin J. Tyree, on behalf of Plaintiff Green Machines, has requested that the Lanier Law Firm withdraw as its counsel in the above-styled case but that Beasley Allen remain as its counsel. Therefore, the Lanier Law Firm moves the Court for an Order allowing them to withdraw from representing Green Machines in this case.

-1-

For the above reasons, the Lanier Law Firm requests that the Court grant its Motion to Withdraw as Counsel of record for Plaintiff Green Machines in this matter.  Beasley Allen will remain as Plaintiff Green Machine's counsel.

Respectfully submitted this the 11th day of April, 2012.

        Respectfully submitted,

        THE LANIER LAW FIRM, P.C.

_____
W. MARK LANIER
Federal ID# 8461
CHARLES F. HERD, JR.
THE LANIER LAW FIRM, P.C.
6810 FM 1960 West
Houston, TX 77069
Telephone:  (713) 659-5200
Facsimile:  (713) 659-2204

**Counsel for Plaintiff Green Machines**

**CERTIFICATE OF SERVICE**

    I do hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel and Defendants' Liaison Counsel by electronically fling with the Clerk of Court of the United States District Court for The Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on the 11th day of April 2012.

                                                                                         CHARLES F. HERD, JR.