# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois  60654

| | | |
|---|---|---|
| J. Andrew Langan, P.C.<br>To Call Writer Directly:<br>(312) 862-2064<br>andrew.langan@kirkland.com | (312) 862-2000<br><br>www.kirkland.com | Facsimile:<br>(312) 862-2200 |

April 6, 2012

**BY ELECTRONIC MAIL**

The Honorable Sally Shushan
United States Magistrate Judge
United States District Court
500 Poydras Street
Room B345
New Orleans, LA  70130

      Re      <u>MDL No. 2179:  Preservation of Evidence Notification</u>

Dear Judge Shushan:

      I write to inform the Court and parties that portions of samples collected during a recent environmental study were inadvertently disposed of due to a processing error at a BP-contracted laboratory.  We believe this inadvertent error may have violated Pretrial Order 1, paragraph 14, which calls for the preservation of evidence, since the disposal was not in keeping with the testing procedures set forth in the study plan.

      The testing at issue was performed in connection with the November 2011 Natural Hydrocarbon Seeps Cruise 2 ("Seeps 2 Study"), which was designed to improve the understanding of the conditions of the deep sea bed and water column environment around natural hydrocarbon seeps.  (*See* Attachment A (draft study plan).)

      As part of the Seeps 2 Study, 59 samples were collected for "meiofauna" taxonomic identification and analysis.  (*See* Attachment B (listing samples taken).)  Meiofauna is the animal life found on the sea bottom that is just visible to the naked eye, such as tiny mussels and worms.

      In accordance with Pretrial Order 39, a laboratory study plan for these 59 samples was in place, and this plan called for the samples to be processed at the laboratory with a 0.045-mm sieve.  Unfortunately, the laboratory mistakenly processed the samples through a 0.300-mm sieve rather than the 0.045-mm sieve called for by the study plan.  This mistake resulted in the loss of some of the collected meiofaunal-sized organisms that were the subject of the analysis, as well as some associated sediment.  In addition, the lost samples cannot now be recovered because material not captured on the sieve was discarded as part of this sieving process.

# KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
April 6, 2012
Page 2

    Please feel free to contact me should you have any questions.

                                           Sincerely,

                                           /s/ J. Andrew Langan, P.C.

Attachment

cc (via electronic mail):

R. Michael Underhill
Steven O'Rourke
Sarah D. Himmelhoch
Robin L. Hanger
Joel M. Gross
Brian D. Israel
Don K. Haycraft
Plaintiffs' Liaison Counsel
Defense Liaison Counsel