# **ATTACHMENT A**

**Mississippi Canyon 252 Incident**

**NRDA Sampling Plan**

## Natural Hydrocarbon Seeps Cruise 2 Plan

## <span style="color:red">Revised Draft:</span> November 22, 2011

Deepwater Benthic Communities Technical Working Group
Water Column Technical Working Group

**Final:**

Approval of this work plan is for the purposes of obtaining data for the Natural Resource Damage Assessment. Each Party reserves its right to produce its own independent interpretation and analysis of any data collected pursuant to this work plan.

**APPROVED:**

_____      _____
Department of Commerce Trustee Representative:              Date

_____      _____
Louisiana Representative:                                   Date

_____      _____
BP Representative:                                          Date

**Mississippi Canyon 252 Incident**
**NRDA Sampling Plan**

## Natural Hydrocarbon Seeps Study Plan

## <span style="color:red">Revised Draft:</span> November 22, 2011

**Vessels**

1)  **M/V *Meg Skansi***

2)  **M/V *Sarah Bordelon***

3)  **M/V *Holiday Chouest* with ROV**

**Supply and Sample Transfer Vessel:**

**M/V *Bunny Bordelon***

**Proposed Cruise Dates: November 4 – 21, 2011**

Prepared by: Tim Thompson and Jodi Harney (Cardno ENTRIX), Peter Carragher (BP), Gene Revelas (Integral Consulting)

Reviewed by:  Laura Riege and Wayne Kicklighter (Cardno ENTRIX)

Trustees:

**Table of Contents**

**1.0        Introduction ......................................................................................................4**
    1.1        Background .........................................................................................4
    1.2        Objectives ...........................................................................................4
    1.3        Summary of Program Elements .........................................................5
    1.4        Historical and Recent Natural Surface Slick Occurrences ................5
    1.5        Water Column Bubble Plumes Detected by Echosounder ..................5
    1.6        Measuring Flux from Natural Seeps ...................................................7
**2.0        Cruise Methodology and Approach ................................................................8**
    2.1        Overview of Proposed Field Activities and Site Selection ................8
        2.1.1        Sampling of Surface Slicks and Water Column ..................9
        2.1.2        Water Column and Seafloor Sediment Sampling ................9
    2.2        Site Selection .......................................................................................9
        2.2.1        Biloxi Dome ......................................................................11
        2.2.3        Gloria Dome ......................................................................11
        2.2.2        Dauphin and Mobile Domes ..............................................12
        2.2.4        Mars Volcano ....................................................................12
        2.2.5        MC252 ...............................................................................12
    2.3        Vessel Activities and Recommendations ...........................................19
    2.4        Surface Slick and Water Column Sampling and Characterization ......19
    2.5        Flux Measurement ...............................................................................20
        2.5.1        Video-based Measurements ...............................................20
        2.5.2        Acoustic Methods ..............................................................21
    2.6        Acoustic Survey ..................................................................................21
        2.6.1        Acoustic Surveying Methods .............................................21
        2.6.2        Sound Speed Measurement ................................................21
        2.6.3        General Survey Plan ..........................................................22
        2.6.4        General Processing Plan ....................................................24
    2.7        Sampling of Water Column and Sediments at Seep Locations (ROV) .........24
        2.7.1        Seafloor and Water Column Inspection with ROV ...........24
        2.7.2        Sediment Sampling at Natural Seeps .................................25
        2.7.3        Surficial Sediment Chemistry ...........................................27
        2.7.4        Macrofauna and Meiofauna Sampling ...............................32
**3.0        Logistics ..........................................................................................................34**
    3.1        Mobilization and Cruise Schedule .....................................................34
    3.2        Vessels .................................................................................................34
    3.3        At-Sea Transfer of Samples ...............................................................34
    3.4        Sampling Equipment and Containers ..................................................34
**4.0        Milestones and Deliverables ..........................................................................42**
**5.0        Personnel .........................................................................................................42**
**6.0        Safety Plans .....................................................................................................42**
**7.0        Data Sharing ...................................................................................................48**
    7.1        Digital and Shipboard Data ................................................................48
    7.2        Laboratory Data ..................................................................................48
**8.0        Costs .................................................................................................................49**
**9.0        References Cited .............................................................................................50**
**10.0      List of Attachments .......................................................................................52**

## 1.0    Introduction

### 1.1    Background

Examination of natural hydrocarbon seeps and slicks in the northern Gulf of Mexico (GoM) may provide information regarding natural oil and gas releases in the marine environment.[1] The Natural Hydrocarbon Seeps Cruise 1 was conducted Aug. 25 to Sep. 15, 2011. Along with the information collected, Seeps Cruise 1 also provides observations, and data to inform Seeps Cruise 2 (planned to occur from November 4 to 21, 2011). The Seeps Cruise 1 Plan is provided as Attachment A1 to this plan. Summary webinars of Seeps Cruise 1 findings and Seeps Cruise 2 planning and site selection were held on Oct. 24 and Oct. 31, 2011, respectively, for all NRDA representatives. The PowerPoint documents from these webinars are provided as Attachments A2 and A3 to this plan.

### 1.2    Objectives

The purpose of this proposed study is to improve the understanding of the conditions of the deep benthic and water column environment around natural hydrocarbon seeps. The objective of this Natural Hydrocarbon Seeps Cruise 2 Plan (Cruise Plan) is to document and describe in detail the physical, geochemical, and biological characteristics of selected active natural seeps in the general vicinity (40 km) of the Macondo wellhead in Mississippi Canyon block 252 (MC252). The selected seepage sites have been prioritized based upon an integrated analysis of Seeps Cruise 1 data and observations, historical surface oil slick data, the 2011 AUV survey over the Macondo area, including sub-bottom shallow seismic profiles, the shallow section of BP's extensive 3D sub-bottom data sets, an understanding of oil family boundaries, and proximity to MC252.[2]

Specific study objectives are:

1.  Examine the relationship between natural seeps and quantifiable surface oil slicks.

2.  Document the presence of water column hydrocarbons.

3.  Describe and document the chemical hydrocarbon fingerprint and biological communities (macrofauna, meiofauna, and microbial) that are associated with the natural seeps sampled in this study.

In addition, this study aims to collect samples for use in analyses that may contribute to a description of the natural seepage, the associated physical and chemical conditions of the sediments in the vicinity of seeps and overlying water column, the extent of areas affected by active seepage points of release, and the structure of in situ, naturally-occurring communities.

---

[1] Signature of this work plan by the Trustees does not constitute agreement with the results and/or conclusions of any reports generated as a result of the implementation of this plan.
[2] Due to the timing of the cruise-planning process, the Trustees did not contribute to the site selection process.

## 1.3    Summary of Program Elements

Sampling work proposed to be conducted in this cruise plan includes the following:

- Detect and sample any observed surface slicks and surrounding water column.

- Sample in detail oil, gas, water, and sediments at natural seep seabed locations by ROV.

- Estimate the flux of oil and gas releases from the natural seeps selected in this study, employing technology to measure the gas bubble and / or oil droplet characteristics emanating from natural seeps and map the acoustic signature of bubble plumes emanating from the seafloor.  It is also possible that oil-covered gas bubbles may be detected and measured.

This cruise plan offers information on a number of high priority site locations (described in Section 2.2) with as much specificity as possible with the understanding that exact site locations will be selected in the field based on near real-time data. Surveys, sampling, and seafloor investigations will be coordinated as closely as possible over space and time such that the observations take place within hours of one another, even if sampled by different vessels.

Care will be taken not to impact deep sea fauna during the sampling program and locations of known corals will be provided to each vessel prior to deployment of sampling equipment.

## 1.4    Historical and Recent Natural Surface Slick Occurrences

Garcia-Pineda et al. (2010)[3] developed a relationship for the northern GoM between the water depth of a seabed release point and the radius of a circle at the sea surface, (centered directly above the seabed release) within which the varying locations of the surface Oil Slick Origin (OSO) point are generally located. The location variation in OSO is caused by the changing direction of subsurface currents.

The location of surface slicks is identified in historical and recent satellite data (example shown in Figure 1-1), providing targets for surveying and sampling during Seeps Cruise 1, which will continue during Seeps Cruise 2. Similarly, X-band radar was used to identify surface slicks during Seeps Cruise 1 and will continue during Seeps Cruise 2. Sampling of surface slicks will be conducted when observed using the techniques and materials described in detail in the Seeps Cruise 1 Plan and briefly below.

## 1.5    Water Column Bubble Plumes Detected by Echosounder

Ship-mounted echosounders such as the dual-frequency EK60 have proven to be effective in the detection and mapping of bubble plumes in the water column. These acoustic surveys are designed to map, to the greatest resolution possible, the likely seabed origin and water column presence of methane plumes. These data will provide seafloor target locations for inspection and sampling with the ROV (discussed below) and direct the locations of water column sampling to areas potentially affected by the bubble plumes.

---

[3] Remote-sensing evaluation of geophysical anomaly sites in the outer continental slope, northern Gulf of Mexico Oscar Garcia-Pineda, Ian MacDonald, Beate Zimmer, Bill Shedd, Harry Roberts Deep-Sea Research II 57 (2010) 1859-1869

In the GoM, if the bubble plumes are of thermogenic origin (as opposed to a biogenic origin) and associated with oil release as well as gas, there is also the potential for an association with naturally-occurring surface oil slicks. Acoustic mapping of the water column will identify potential seeps on the seafloor, and X-band radar will identify potential slicks on the surface. Sampling of surface slicks will be conducted when observed, and the ROV will be directed to investigate and sample at the seafloor.  If operationally safe and possible, near-simultaneous acoustic surveying of the gas and oil plumes of natural seeps will be attempted from the ROV and surface EK60 acoustic methods.



*32: Seepage-slicks mapped on detailed bathymetry post Macondo (Purple = Seepage slicks, Blue = Priority Unassigned)*

Figure 1-1     Detailed seepage and slicks observed August 29, 2010 – October 21, 2010 (Post-Macondo Spill). Note that not all slicks are necessarily naturally-occurring.

## 1.6    Measuring Flux from Natural Seeps

Measuring gas flux is of importance in understanding the role of natural seeps in the northern GoM. Established methods include High Definition video recording of emitted bubbles with subsequent size and rise speed determination. Thomanek et. al (2010)[4] describe an apparatus, tested in deepwater (at 1,023 m water depth, in the hydrate stability zone), that comprises high speed image acquisition and automated data processing.

Professor Oliver Zielinski, co-author of that study, and his colleagues have participated in the planning and implementation of bubble imaging as part of this NRDA Natural Seeps Study. During and since Cruise 1, these scientists have made further advances in automated bubble characterization using HD Video captured by equipment mounted on the ROV, and enhancements have been made to the ROV and image collection system for Cruise 2.

Sonar systems designed for gas bubble plume detection, plume mapping, and seafloor mapping are integrated into the instrument package on the ROV. Dr. Christian de Moustier, formerly of Scripps and UNH, participated in the planning, implementation, and data interpretation during Cruise 1 and will continue participation during Cruise 2.

New methods that directly sample the seeping hydrocarbons have been tested in the NRDA cooperative *HOS Sweetwater* ROV Sediment and Bottom-Water Sampling studies ("HOS Sweetwater 4/6") at selected seep locations in the deepwater GoM, and may be used in this cruise.

---

[4] K. Thomanek, O. Zielinski, H. Sahling and G. Bohrmann. Automated Gas bubble imaging at sea floor – a new method of in situ gas flux quantification. Ocean Sci. Discuss., 7 291-334, 2010

## 2.0    Cruise Methodology and Approach

### 2.1    Overview of Proposed Field Activities and Site Selection

Seeps Cruise 2 is an extension of the multi-vessel Seeps Cruise 1 conducted Aug. 25 to Sep. 15, 2011. A schematic overview of the approach to sampling and integration of data is provided in the Seeps Cruise 1 Plan (Attachment A1, Figure 2-1).

Both efforts focus on the collection of in situ data and samples of hydrocarbons at the sea surface, in the water column, and on the seafloor in the vicinity of naturally-occurring hydrocarbon seeps in the northern Gulf of Mexico. As during Cruise 1, Cruise 2 will be conducted by personnel aboard three vessels. Although each vessel has a principal mission (acoustic surveying, water column sampling, and ROV sampling), all vessels will be capable of collecting samples of surface slicks, if observed. Cruise 2 will continue to be supported by the processing and interpretation of daily satellite data to locate surface slicks, which may originate from natural hydrocarbon seeps on the sea floor.

For each identified and prioritized seep and slick location, the following activities will be conducted by personnel aboard each vessel (details provided in Section 2.3):

- M/V *Meg Skansi* – Conduct acoustic surveys of the seafloor and water column using equipment listed in Table 2-2 to determine the seabed point of emission of any gas bubble plumes observed. Download daily satellite interpretations of surface slick extents to inform operations. Use the X-band radar to identify surface slicks (within 3 km of the vessel, conditions permitting). Sample surface slicks with Teflon nets, Gore-Sorbers, and bucket grabs as detailed in Attachment B. Use the ADCP to examine surface currents in the upper 600 m of the water column to direct downstream sampling of slick features and subsurface acoustic anomalies.

- M/V *Sarah Bordelon* – Profile the water column from the surface to the seafloor with a CTD, three fluorometers (CDOM, ECO-FL, and Aquatracka), and dissolved oxygen (DO) sensor at and downstream of locations mapped during acoustic surveys. As detailed in Attachment B, the water column will be sampled at each cast location. Pre-determined depths will be sampled, as well as depths where signals in fluorescence and DO are observed, and bracketing the sigma-theta 27.2 density layer identified by the Joint Analysis Group (to provide data on DO dips and fluorescence peaks for comparison to data collected during previous Response and NRDA missions related to the DWH Incident). An ADCP will be mounted on the CTD rosette and will collect continuous data on current speed and direction for the entire water column (details in Attachment B). The data will be processed and used to inform sampling locations downstream of seep targets.

- M/V *Holiday Chouest* – Deploy an ROV to conduct seafloor surveys in pre-determined "boxes" on each seep area using the equipment described in Attachment C (including both forward-looking and downward-looking acoustic tools, an underwater mass spectrometer [MIMS], three fluorometers, and CTD/DO sensors). Non-disruptive imaging and characterization of plumes and bubbles will be conducted at appropriate sites identified within the survey area. The ROV will sample any fluids, oil, gas, and water at seabed release points prior to collecting push

sediment cores. Once the ROV has operated in a seep area, whether surveying or sampling, the vehicle will be retrieved and all equipment decontaminated prior to collecting further samples or MIMS data.

### 2.1.1    Sampling of Surface Slicks and Water Column

Near real-time monitoring of SAR satellite data will be conducted during the weeks and days preceding the cruise to identify the presence and directionality of surface slicks resulting from active seeps. CSTARS has been contracted to perform this service, employing techniques and methodologies used during the MC252 Response phase and during Seeps Cruise 1. Daily images and analysis will be delivered, weather permitting. Vessel-mounted X-band radar will assist in the identification of surface slicks not visible to the human eye.

Slick sampling will be conducted using three methods: (1) surface water grabs using a decontaminated, Teflon-lined sampling bucket attached to a pole; (2) Gore Sorber samplers deployed with a fishing pole as described by the manufacturer; and (3) General Oceanic Teflon nets deployed according to **Attachment N**. Duplicates of each will be collected simultaneously and distributed to laboratories as defined in **Table 3-1** and **Attachment B**.

Two to three stations per slick will be sampled, along with three "non-slick," baseline, or reference locations. "Non-slick" locations are defined as areas without observable slicks as identified by the satellite imagery and the X-band radar.

### 2.1.2    Water Column and Seafloor Sediment Sampling

The physical and chemical properties of the water column in the vicinity of any observed seeps will be measured by deploying in situ oceanographic instruments and by laboratory analysis of water samples. Measurements and samples will be collected from the sea surface to the sea floor to document potential hydrocarbon constituents and concentrations. Details of instrumentation, deployment, and sampling methodologies (including depths to be sampled) are provided in Attachments B (Protocol for Water Column Sampling in the Vicinity of Seeps) and C (Protocol for ROV Operations, Seafloor Inspection, and Softbottom Sampling in the Vicinity of Seeps.)

The soft-bottom benthic environment immediately adjacent to and along transects away from each seep will be sampled for sediment chemistry, porewater chemistry, benthic macrofauna and meiofauna, near-bottom water and sediment microbial community composition. Details of sediment sampling protocols and analytical methods are provided in Section 2.7 and Attachment C (Protocol for ROV Operations, Seafloor Inspection, and Softbottom Sampling in the Vicinity of Seeps).

### 2.2    Site Selection

The study area is focused on seep-related features in the vicinity of MC252. Extensive data exist to inform site selection. For example, acoustic, seismic, and photographic data from two recent AUV surveys in the MC252 block and surrounding areas (conducted by BP[5] and NRDA Trustees/BP[6]) can be used to identify sites with expulsion features and other evidence of

---

[5] *MC252 Well Abandonment AUV Mapping Mission* Spring 2011
[6] *Reconnaissance Survey of Potential Hard-Ground Megafaunal Communities* Spring 2011

potential seeps on the seafloor to target specific sampling efforts. Previous acoustic surveys conducted with single beam echo sounders during Response and the November Cooperative Cruise studies of the water column identified gas seeps on the Biloxi, Gloria, and Dauphin Domes. Data from the recent multi-beam sonar cruise of the NOAA R/V Okeanos Explorer will be integrated into the site selection decisions. Seep features documented in historical sediment cores and seafloor video also can provide guidance for site selection. Initial site selection is designed to identify four to five seeps in the vicinity of MC252 (within approximately 25 miles [40 km]).

In addition, if time permits, the ROV vessel will survey and collect data from the more distant Mars Mud volcano site in MC852/853, located 63 miles SW of the Macondo well.  Unlike the South Louisiana Sweet Crude oil family of Macondo, and the adjacent natural seeps, the Mars area is characterized by a different oil family, the Mars / Green Canyon Oil Family.  Sampling of oil is likely as the Mars Mud volcano is a well-known active natural seep site, as shown by historical and recent satellite data, and surface sampling results from Seeps Cruise 1.

The initial group of candidate sites is based upon the following considerations:

- Observations and data collected during Seeps Cruise 1 (shared as webinars; Attachments A2 and A3).

- Identification of active seeps in the general vicinity of MC252 based on previous studies.

- Prioritization of known seeps based upon recent information on the presence of gas bubble plumes and evidence of surface slicks based upon SAR satellite data.

- Information on potential seep locations gathered on recent 2011 studies including: the *MC252 Well Abandonment AUV Mapping Mission* conducted by BP; the cooperative NRDA AUV *Reconnaissance Survey of Potential Hard-Ground Megafaunal Communities*; the NRDA HOS Sweetwater 4/6 Cruises; and the November Cooperative Cruise. Suggested areas for study are listed below, including a rationale for conducting the proposed at-sea evaluations.

The data and observations from Seeps Cruise 1 are summarized in Table 2-1. These observations are instrumental in defining locations for surveying and sampling during Seeps Cruise 2.

Locations will be selected with the objective of filling the data gaps shown. Areas with AUV data are of higher priority in consideration of the efficiency and detail these data offer. This study plan offers information on a number of high priority site locations on Biloxi Dome, Dauphin Dome, Mobile Dome, Gloria Dome, Farnella Dome, and the Mars mud volcano.  Exact site locations will be selected in the field based on near real-time data. Figure 2-1 provides the locations of potential priority areas for each salt dome within which the specific seep study locations will be selected. Subsequent figures illustrate the areas to be targeted in Seeps Cruise 2. Further detail and figures on each of these sites is provided in the webinars as Attachments A1 and A2.

Table 2-1.  Summary of existing data and observations that will guide sampling priorities during Seeps Cruise 2.

| Area | AUV | EK60 | Number of Acoustic Contacts | ROV Survey and Sampling | CTD and Water Column | Slick Sampled |
|------|-----|------|------------------------------|-------------------------|----------------------|---------------|
| Biloxi | X | X | 8 | BX 1-3 | X | X |
| Dauphin | | X | 9 | | X | X |
| Mobile | | X | 1 | | X | X |
| Gloria | X | X | 11 | | X | X |
| Farnella | | X | 6 | | | X |
| Heron's Mound | | X | 2 | | X | X |
| Mars | | X | 12 | | | X |

### 2.2.1   Biloxi Dome

The western side of this salt dome feature (which is about 11 km southwest of the MC252 wellhead) is an area where several slicks have been observed in the last 20 years of observation. The entire Biloxi dome has been surveyed the BP Well Abandonment AUV study during 2011, and three sites were surveyed in detail during Seeps Cruise 1. The general location selected for further work is shown in Figure 2-2. Based on information from Seeps Cruise 1, and data from prior Trustee-led cruises, a revised interpretation indicates that the selected area might be the site of an oil seep, as well as gas seeps.  Detailed results of the bathymetry, sub-bottom profiles, and photographic mosaics are available to assist in site selection.

### 2.2.3   Gloria Dome

The northwest side of this salt dome feature (which is about 5 km to the southeast of the MC252 wellhead) is an area of known seeps which have been identified from piston core data, acoustic data, and from satellite observations of surface slicks both before and after the Macondo incident (See figures in Attachments A1 and A2). An AUV site survey conducted in 2009 by BP in the vicinity of the Macondo well as part of the pre-drill approval process[7] reveals a number of

---

[7] Report available from BOEMRE – BP America  Inc. Archaeological and Hazard Study "Macondo" Prospect; Blocks 164 (Relinquished), 165 (OCS-G-24051), 208 (OCS-G-32303), 209 (OCS-G-24055), 252 (OCS-G-32306),

distinctive pockmarks evident on the seafloor. Seabed communities of mussels and tubeworms have been identified in the photomosaics of the site. The northern portion of Gloria identified for surveying and sampling during Seeps Cruise 2 is shown in Figure 2-3.

### 2.2.2   Dauphin and Mobile Domes

These salt domes are located about 25 km to the east-southeast of MC252 are the source of surface slicks observed in Synthetic Aperture Radar (SAR) satellite data, indicating both historically active oil seepage and post-Macondo incident seepage. An acoustic survey of the Dauphin Dome by EGS in November 2010 (NRDA "Cooperative November Cruise") identified 12 active methane venting features in the water column. This area may offer the best opportunity for a study of the fate and transport of seep gas and/or oil from the seabed to the surface, including analysis of the seep gas and/or oil evaporation, natural dispersion, and biodegradation in near-surface waters. Surface slicks and water samples were collected in these areas during Seeps Cruise 1 but not visited by the ROV. Areas identified for surveying and sampling during Seeps Cruise 2 are shown in Figures 2-4 through 2-6.

### 2.2.4   Mars Volcano

The occurrence of slicks in the Mars Basin area of MC852 has been documented in historical and recent SAR data. Surface slicks were observed and sampled in this vicinity during Seeps Cruise 1. Numerous acoustic contacts were observed in EK60 data collected during Seeps Cruise 1, and surface slick samples were collected. This area will be targeted for sampling during Seeps Cruise 2, shown in Figure 2-7.

### 2.2.5   MC252

If time permits, opportunistic water and sediment samples will be collected at locations within 2 km of MC252 for analysis by Dr. Ken Lee of the Canadian Department of Fisheries and Oceans (detailed in Attachment P).

---

253 (OCS-G-24062), 296 (OCS-G-21164), 297 (Rejected) and Vicinity; Mississippi Canyon Area. Submitted by C&C Technologies. May 2009.



Figure 2-1    Areas targeted for sampling and surveying during Seeps Cruise 2 are based on existing data and observations, including AUV data (colored bathymetric shading) and EK60 data (blue boxes).



Figure 2-2    Biloxi Dome: Pink box shows proposed study area for seep investigations during Seeps Cruise 2 on western Biloxi Dome. The three locations surveyed and sampled during Seeps Cruise 1 are shown in colored bathymetry data. Water column profiles collected during Cruise 1 are shown by green triangles.



Figure 2-3      Gloria Dome:  Pink box shows proposed study area for seep investigations during Seeps Cruise 2 on northern Gloria Dome. Yellow pentagons show acoustic contacts mapped during Cruise 1. Water column profiles collected during Cruise 1 are shown by green triangles.



Figure 2-4        Dauphin Dome: Red and orange boxes show proposed study areas for seep investigations during Seeps Cruise 2 on northwest Dauphin Dome. Sonar contacts are shown in yellow. Surface slick samples collected during Cruise 1 are shown in pink.



Figure 2-5      Dauphin Dome: Search areas in pink and detail boxes in orange show proposed study area for seep investigations during Seeps Cruise 2 on Dauphin Dome. Yellow pentagons show acoustic contacts mapped during Cruise 1. Water column profiles collected during Cruise 1 are shown by green triangles.



Figure 2-6        Mobile Dome: Search area in pink shows proposed study area for seep investigations during Seeps
                  Cruise 2 on western Mobile Dome. Yellow pentagons show acoustic contacts mapped during Cruise
                  1. Water column profiles collected during Cruise 1 are shown by green triangles.



Modified from Figure 1 of... Sawyer, Derek E., Flemings, Peter B., and Shipp, Craig R., 2007, Seismic geomorphology, lithology, and evolution of the late Pleistocene Mars-Ursa turbidite region, Mississippi Canyon Area, northern Gulf of Mexico, AAPG Bulletin, V. 91, No2 (February 2007), PP. 215-234

**NPA Slick Classification (1992-2005)**

- Seepage Slick First Rank
- Seepage Slick Second Rank
- Seepage Slick Third Rank
- Other Slicks
- Pollution Slick Second Rank
- Pollution Slick First Rank

Figure 2-7   Search areas in yellow shows proposed study sites for seep investigations during Seeps Cruise 2 on Mars Volcano.

### 2.3    Vessel Activities and Recommendations

Three vessels will be mobilized and deployed in this study:

1.  Acoustic Survey and near-surface water and Oil Slick sampling

    Conduct water column sonar surveys using hull-mounted or pole-mounted multi-frequency, single beam acoustic instrumentation to identify potential gas seeps on the seafloor (e.g., an EK60 with frequencies of 18, 38, and 200 kHz). These locations will be provided to the water sampling and ROV support vessels in order to conduct detailed seafloor investigations at the active seep. Additionally, an X-band radar system is deployed on the vessel to assist in detection of surface slicks.

    The vessel deployed during Seeps Cruise 2 is the M/V *Meg Skansi*, currently mobilized with acoustic and radar equipment (or equivalent).

2.  Water Column Sampling and Characterization

    Conduct hydrocasts and water sampling to characterize the physical and chemical characteristics of the water column from the surface to the seafloor in the vicinity of the seep and associated surface slick (e.g., instrument packages previously employed in MC252 water column investigations, including CTD/DO sensor, turbidity sensor, 3 types of fluorometers [including an Aquatracka; see Attachment B], and Teflon-lined Go-Flo water sampling bottles). An ADCP and LISST-Deep will also be included in the instrument package.

    The vessel deployed during Seeps Cruise 2 is the M/V *Sarah Bordelon*.

3.  Seafloor Observation and Sampling

    Deploy a working-class Schilling ROV equipped with specialized instruments to identify and discriminate seep emanation points on the seafloor in real-time (e.g., high-frequency forward-looking sonar and downward-looking multibeam devices, video camera, digital still camera); to characterize the water column using a suite of instruments previously employed in MC252 water column investigations (e.g., underwater membrane introduction mass spectrometer [MIMS], CTD/DO sensor, turbidity sensor, and three fluorometers); and to collect samples of water using eight 10-L Go-Flo bottles, sediment using two sets of core quivers, each containing 12 push cores equipped with a tee-handle deployed by the ROV manipulator. Details are provided in Attachments B and C.

    The vessel deployed during Seeps Cruise 2 is the M/V *Holiday Chouest* equipped with a Schilling ROV.

### 2.4    Surface Slick and Water Column Sampling and Characterization

This study will utilize oceanographic profiling instruments and water sampling to measure the physical and chemical properties of the water column, information that is fundamental to an

understanding of current marine conditions and potential effects of rising hydrocarbons from the seep source. Specific components of sample and data collection proposed in this cruise plan and water sampling protocol include:

- Measurement of Conductivity, Temperature, Depth (CTD), and dissolved oxygen (DO) *in situ* to document the physical characteristics and vertical density structure of the water column (e.g., thermoclines and pycnoclines) at pre-selected and adaptively-selected depths.

- Measurement of UV fluorescence in situ and real-time using multiple sensors packaged with the CTD instrument (e.g., Aquatracka, ECO-CDOM, and ECO-FLNTU, which also includes a turbidity sensor).

- Water samples will be taken at any sensor anomaly detected.

- Water samples will be taken at the depth between 1,000 to 1,100 m below sea level based on 2010 observations of fluorescence and DO anomalies at this depth during the MC252 Response and NRDA cooperative and independent water column studies.

- Water samples will be taken beneath the ~1,100 m water depth to the safest operational depth above seabed (intervals to be determined by the scientific party on the basis of water depth and instrument observations).

- Deployment of eight 10-L Go-Flo bottles on ROV to sample within a rising seep plume as determined from acoustics.

- Water samples will be taken by the ROV as close to the seabed as possible without disturbing the sediments (e.g., at 5 m, 10 m, 25 m above the seabed, sampling the depths between the seabed and the deepest CTD sample).

- Measurement of in situ particle size distribution and particle volume concentration (for particles up to 500 μm in diameter) using a laser in situ scattering and transmissometry (LISST DEEP) instrument.

Details of instrumentation, deployment, and sampling methodologies (including depths to be sampled) are provided in Attachments B and C.


## 2.5    Flux Measurement

Quantitative evaluation of gas and possibly oil flux from natural seeps is an important element of the overall seep program. Observations and measurements of gas and possibly oil flux will be conducted as part of this Study Plan using the approaches described below.

### 2.5.1   Video-based Measurements

Video images will be taken with a white or neutral panel placed behind the bubble stream, close to the originating point. Lights from the ROV are reflected from the panel and provide sufficient illumination for a high definition video record. Analysis of bubble size and shape can be automated in order to determine a rate.

### 2.5.2   Acoustic Methods

Acoustic data from both the surface vessel and the ROV will be processed and examined for the purpose of providing information on the volume of gas in the plume at depths near the emission point. Oil plume volumes may also be estimated using this method.

### 2.6   Acoustic Survey

Acoustic surveys using a multi-frequency EK60 single beam sonar instrument will be used in advance of ROV sampling in order to locate potential gas seep water column features emanating from the seafloor. Vessel hull based acoustic surveys will identify backscatter anomalies in the water column that may suggest the presence of natural gas seeps (e.g., Figures 1-5 through 1-7). The position of active seeps identified as targets for sampling with an ROV will be provided to the vessel and personnel responsible for benthic sampling.

### 2.6.1   Acoustic Surveying Methods

The survey crew will be tasked to revisit named salt domes near the MC252 wellhead to collect sonar data. Simrad EK60 data will be collected over the selected study areas and will be processed on the vessel immediately following data collection with EchoView and Fledermaus FM Midwater software. This will allow operators to quickly infer positions of potential gas expulsion zones. These data will be further processed and interpreted on board by professional geophysicists from CSIRO and EGS experienced with Echoview, Fledermaus, and industry mapping software tools. The geophysicists will prepare a professional report including processing methodology, interpretation, figures and analysis and provide this to all parties as part of the daily reports. They will render two-dimensional images (or curtains) of instantaneous snapshots of the water column as well as 3D scenes of XYZ data derived from gas bubble reflectivity in the water column. Details of the survey strategy and equipment are provided in Tables 2-1 through 2-3.

### 2.6.2   Sound Speed Measurement

Speed of sound measurement through the entire water column shall be carried out prior to commencement of survey activities using a recently factory calibrated deep water CTD or Sippican XBT launcher system. Continuous measurements will take place at a minimum once daily throughout the survey using an Expendable Bathy Thermograph (XBT) probe. Speed of sound shall be applied to sonar data during acquisition and post-processing if applicable.

Upon completion of the mobilization at the Bordelon Ship facility in Houma Louisiana, the vessel will transit to the vicinity of likely seep plume targets and commence with survey operations. The vessel anticipates completing a rough patch test to optimize SBES positioning and CTD cast. On successful completion, and Surveyor satisfaction, the vessel will commence the survey at the pre-determined study sites.

### 2.6.3   General Survey Plan

There are two parts to the survey plan: a broad reconnaissance grid (200 m line spacing) and potentially a more detailed grid (e.g., 90 m line spacing) over selected plumes. Based on experience from the Response effort using Dauphin Dome as an example, a reconnaissance grid would have dimension of about 6 km x 6 km (4 miles x 4 miles). This area would be covered by a grid spacing of lines 200 meters apart in the N-S direction and 500 m apart in the E-W direction. Details of the line spacing strategy are provided in Table 2-1.

Table 2-1      Details of acoustic survey strategy with 200 m line spacing to conduct a reconnaissance survey to identify known seeps. Infill surveying with 90 m line spacing may be conducted to obtain detailed data over a known emanation point

| | | |
|---|---|---|
| Water Depth | | Approx. 500 m – 2000 m |
| Swath Coverage | | 7.1 degree beam, 180 m footprint at 1500 m depth |
| Vessel Speed | | 4 kts (7.4 km/hr – 0.81 hrs / 6 km line) |
| Max Line Spacing | | 200 m – primary lines and 500 m cross lines |
| Equipment down contingency | | 5% |
| Weather down contingency | | 15% |
| | Establish geodetic control | 1 day – at any time |
| | Number of Mob/Demob days | 4 days |
| | Number of Transit Days | 1.5 days |
| | Number of Calibration Days | 1 day |
| | Number of Survey Days | 2 days per location (6 km x 6 km block) (24 hrs for block plus 7 hrs for 10 min line turns) |
| | Number of locations | 1 |
| | Survey Area | 6 km x 6 km |
| | Primary Survey Lines | 30 lines |
| | Cross Tie Lines | 12 lines |

Table 2-2. Details of acoustic and navigation equipment

| Item | Qty |
|------|-----|
| Vessel and crew | 1 |
| EK60 multi-frequency (18, 38, 200 kHz) sonar system | 1 |
| Workstation, Dual Monitor Fast Graphics | 1 |
| Myriax Echoview  software | 1 |
| Deep water CTD or XBT launcher | 1 |
| Navigation system, DGPS, Gyro, IMU | 1 |
| Archiving device – tape, RAID or Network Drives | 1 |
| Fledermaus V7 IVS3D software with FM Midwater module | 1 |
| ArcGIS v9 | 1 |

Table 2-3          Details of geodetic datum, map projection (to transform the geographic coordinates [latitude and longitude] to UTM grid coordinates), and standard calibrations for acoustic survey

| | |
|---|---|
| Spheroid | WGS 84 |
| Semi-major axis (a) | 6378137.000 |
| Flattening | 1/298.2572 |
| Projection Method | Transverse Mercator |
| False Northing | 0 m |
| False Easting | 500 000 m |
| Central Meridian (CM) | 87°W |
| Scale Factor Along CM | 0.9996 |
| UTM Zone Number | 16 |
| DGPS Health Check | Geodetic control will be established at Bordelon Shipyard, Houma |
| Gyro Calibration | Industry – with Total Station |
| SBES pitch/roll test | TBD |

The science team will confer and potentially select areas of interest (up to a 7 km x 7 km grid) to be surveyed along infill lines at 500 m spacing centered on a known position. The vessel will then survey 100 m cross lines to infill a primary 500 m grid if: (1) plume targets are present and (2) it is clear that a plume can be located, identified, and positioned. The cross tie lines will allow the on-board surveyors to calculate angular positional analysis to help better locate the centroid of the gas plume's seabed expulsion point. It will also provide the location data for the water column samples to be collected. An inertial motion sensor and gyro will be used to help offset the vessel motion in post-processing.

The 7° sonar swath is mostly conical in shape; the leading edge and the following edge of the sonar swath footprint will acquire the gas plume target multiple times. The on-board surveyors will determine, after analyzing data, how dense the data will need to be in order to best fit the gas plume targets to derive the best position and visualization possible. The swath footprint is approximately 180 m wide at 1,500 m water depth; the surveyor would take the average position of the center of the plume closest to the seabed. This position could be correlated to any known, ground-truthed expulsion points located previously either by camera, sidescan sonar or other remote sensing techniques. These calculated positions would be target locations for detailed investigation and sampling utilizing an ROV platform and appropriate sensors.

### 2.6.4   General Processing Plan

An expert geophysicist will confirm onboard system functionality then establish the processing flow between EK60 raw files and Echoview. Shipboard sonar data processing will be continuous 24 hours a day. Echoview and IVS3d Fledermaus FM Midwater data formatting and 3D visualization will be made available during the survey as data is collected (processing procedures are described in subsequent attachment to this plan). A final visualization will be created when all survey data has been archived.

## 2.7   Sampling of Water Column and Sediments at Seep Locations (ROV)

### 2.7.1   Seafloor and Water Column Inspection with ROV

The procedures that will be used to inspect and sample the seafloor, near-bottom waters, and the surrounding water column using an ROV are provided in Attachment C (Protocol for ROV Operations, Seafloor Inspection, and Softbottom Sampling in the Vicinity of Seeps).

The Schilling working-class ROV will be equipped with the instruments and sampling gear listed below. Data and observations from the various imaging systems and instruments on the ROV will be continuously monitored for signals potentially related to the presence of bubbles, oil, or gas in the water column.

- SeaBird 19plus Conductivity-Temperature-Depth Profiler (CTD)
- SeaBird SBE 43 Dissolved Oxygen (DO) Sensor
- Fluorometers: WET Labs ECO-CDOM and ECO-FLNTU; Chelsea Aquatracka

- Membrane Introduction Mass Spectrometer (MIMS)
- Simrad forward-looking high-frequency (650 kHz) sonar
- Reson SeaBat 7125 Ultra High Resolution Multibeam Sonar

The CTD, dissolved oxygen sensor, and fluorometers (described in Attachment B Protocol for Water Column Sampling in the Vicinity of Seeps) will be mounted on the ROV along with eight 20 Liter Teflon-lined Go-Flo bottles for water sampling at depth. The MIMS (Attachment D) will also be deployed on the ROV, housed in a pressure casing rated to 2,000 m. In addition to the suite of oceanographic instruments, the ROV will be equipped with live-feed video TV cameras, digital still cameras, and an HD video system that will provide real-time, in situ images of the underwater environment. Specifications for the vessel, ROV, tools, and equipment are provided in Attachments F1-F7.

The proposed method of inspection of the seafloor and water column for evidence of seep activity using the suite of instruments on the ROV involves a 300-m by 300-m survey grid centered over the target location using Hypack software (detailed in Attachment C). Track lines will be spaced at 50 m intervals within the grid (seven lines, each 300 m in length). With turns, this represents 2400 m of survey track lines that the ROV will navigate. At a speed of 0.25 knots, each 300 m x 300 m survey area will take approximately six hours to complete. The survey grid will first be conducted at 20m above the seafloor.

Using the suite of instruments and sonar devices to locate seeping fluids, gases, or bubbles in the water column or emanating from the seafloor will facilitate the selection of depths and locations for water sampling and identify sites on the seafloor for sediment sampling. If a site of seepage from the seafloor is located, further observation by video will be conducted (i.e., Section 2.5, observations of flux), along with water sampling and sediment sampling (details below). When seafloor investigations are complete, efforts will be made to direct the ROV to follow the plume of bubbles vertically in the water column, collecting and monitoring data continuously. On the way down to the sea floor, prior to conducting any sediment sampling, water samples will be collected as close to the seafloor as possible without disturbing sediment, and at intervals above the seafloor, filling the sampling gap from the seabed to the deepest CTD sample (e.g., at 1-2 m, 5 m, and 15 m above the seabed).

### 2.7.2   Sediment Sampling at Natural Seeps

The seep sediment sampling program is designed to address the following objectives:

- Examine the areal extent of and chemical characteristics of hydrocarbons in surface sediments in the vicinity of several deepwater seeps in the northern GoM.
- Evaluate the influence of sediment chemical characteristics (e.g., hydrocarbons, organic carbon and sulfide) on macrofaunal and meiofaunal community structure along concentrations gradients radiating from the seeps.
- Collect samples for microbial analysis.
- Document the occurrence of hard bottom and/or sessile megafauna in the seep areas investigated and qualitatively document megafaunal community condition.

The overall focus of this portion of the study is to evaluate surface sediment chemistry near four to five hydrocarbon seeps in the vicinity of the MC252 site in northern GOM and document the structure of the soft-bottom benthic and microbial communities proximal to these natural features.

Softbottom sediment samples will be collected using discrete push-cores deployed by the ROV. The coring system consists of core tubes (10.2 cm inside diameter) capable of collecting core samples down to a sediment depth of approximately 30 cm. A set of two quivers containing 12 core tubes each will be mounted to the ROV frame during each deployment.  Once at the seafloor, the ROV will actuate one core tube at a time and insert in into the sediment. Each core tube is outfitted with a floating seal on the upper end which allows water to flow out of the tube during insertion. As the tube is pulled from the seafloor the upper floating seal locks into place under suction, preventing loss of the sediment sample during recovery. The core will then be retracted to its initial location on the ROV frame and sealed at the bottom with a tension-mounted foot plate. The mounts will consist of a beveled black rubber stopper for the lower end of the tube containing the sediment, thus effectively capping both ends of the core tube.

The soft-bottom benthic environment at and in the vicinity of each seep will be sampled following ROV reconnaissance of the seafloor around the targeted seep (see Attachment C for details of the ROV investigation). The overall objective is to sample sediments in the Seep-impacted zone, at the edges of the seep-impacted zone (here termed the Intermediate #1 and Intermediate #2 locations), and in Ambient (background) areas outside the seep zone. The specific locations to be sampled at each seep will be determined in real-time based on bottom conditions observed by the scientific team piloting the ROV. However, as feasible and if time allows, AUV data for each specific target dive area will be reviewed prior to diving on each site to inform the scientific team as to the bottom conditions likely to exist at each location, and identify potential target bottom sampling locations. It is also recognized that some areas near seeps are very likely to be the sites of hardgrounds or other seabed communities. Detailed protocols will ensure no harm is done to these slow growing communities.

The existing geophysical/seismic information and AUV photomosaics of the target seep locations, combined with the real-time ROV visual observations of the extent of oiled/blackened sediments, *Beggiatoa* mats, and other biological and geological features on the sea floor  will be used to identify seep-impacted, transitional, and background areas for sampling. Once a specific seafloor area is identified for sampling, sediment push cores will be collected with the ROV. It is anticipated that 4 locations will be sampled at each seep. The planned sequence of events will be as follows:

1.  Deploy ROV.

2.  Survey selected area using high-resolution Reson 7125 Acoustic equipment and video.

3.  At observed natural seep locations, suspend survey operations.

4.  Determine bubble and droplet rise rates and flux using HD Video & M3 sonar.

5.  Sample water and sediments at Ambient and Seep locations.

6.  Retrieve the ROV onboard.

7.  Collect water from GO-FLO bottles, remove sediment core quivers containing samples for processing.

8.  Decontamination of GO-FLO bottles and sediment cores.

9.  Redeploy ROV; continue seabed survey as per step 2.

10. Repeat steps 3 through 8 as appropriate.

During ascent, video cameras will be focused on sediment cores to document that the integrity of the sediment cores is maintained. Once on deck, cores will be sampled for sediment hydrocarbon chemistry, sediment porewater conventional parameters (e.g., sulfides, ammonia, pH, oxidation reduction potential [ORP], conductivity) and grain size, benthic macrofauna and meiofauna, and near-bottom water and sediment microbial community composition. In addition, if hardgrounds and/or sessile megafauna are observed in the course of the seafloor survey, they will be documented with the HD video on the ROV.

The distances between seep and ambient stations is not pre-determined and will likely vary from seep to seep based on observed real-time bottom conditions and the site-specific distribution of hard bottom features and soft sediments. It is known that these areas are spatially complex and heterogeneous over small distances. Based on existing information (e.g., AUV photomosaics), it is anticipated that the two target locations will likely be a few tens of meters apart, with perhaps somewhat greater distances to the ambient locations. Time will be taken during the ROV dives to survey conditions surrounding any planned ambient sampling locations to make sure the location does not approach any potential adjacent seep-impacted environments.  A difference from Seeps Cruise 1 is that intermediate stations will not be sampled in Seeps Cruise 2.  This is because it takes about 24 hours to complete the cycle of coring, on-deck analysis; and a rest period for the sediment team.  Sediment sampling at intermediate stations will be gathered during the multi-corer and piston coring program that complements this cruise.

Finally, given the number of cores needed at each location to conduct all proposed measurements (detailed below), no attempt will be made to collect field replicates at a given location. Instead, the sampling effort will be focused on characterizing the chemistry and biology of the four to five sampling locations described above with two sampling dives per seep. The overall objective is to characterize conditions along a gradient of impact at multiple seep locations rather than allocating limited resources to a replicated design at fewer seep locations.

### 2.7.3   Surficial Sediment Chemistry

The chemical characterization of surface sediments in the vicinity of hydrocarbon seeps will support several objectives, including:

1.  Measuring the composition of petroleum hydrocarbons from near-seep sediments to determine both the geochemical fingerprint and toxic compound profiles (e.g., BTEX, PAH compounds).

2.  Characterizing naturally occurring chemical stressors, such as sulfides and ammonia that may influence sediment toxicity at the seeps.

As described above, at each seep investigated, two sampling locations (i.e., stations) will be targeted for sampling from seep-impacted to ambient conditions with the ROV-deployed core tubes. Table 2-4 summarizes all chemical and biological analyses planned for each location sampled. Table 2-5 lists the number of cores to be collected for each analysis and summarizes the planned core processing. Table 2-6 summarizes the core vertical sectioning scheme associated with each analysis type and is designed to provide comparability with previous NRD sediment studies in the GOM.

As indicated in Table 2-5, two sediment cores will be collected at each target location for hydrocarbon analyses and VOCs. Once on board, these two cores will be vertically sectioned into four sediment layers as follows: (1) 0-1 cm; (2) 1-3 cm; (3) 3-5 cm; and (4) 5-10 cm.

Table 2-4. Sediment Sample Containers, Preservation, and Holding Time Requirements

| | Parameter | Lab | Method [a] | Sediment needed | Sediment Container [b] | Sediment Preservation | Sediment Holding Time | Rinsate Blank Volume | Rinsate Blank Container | Rinsate Blank Preservation | Rinsate Blank Holding Time |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pore Water Chemistry** | (pH, Eh, , ammonia, salinity, conductivity, temperature, and redox potential | Field Method | Listed in text, | 160 mL | 250 mL centrifuge Nalgene bottle : 60 cc syringe | prefiltered with 0.45 µm syringe filter: | process immediately after collection | NA | NA | NA | NA |
| | Sulfide | CAS | SM 4500-S2D for sulfide | 1 mL of pore water | 40 mL VOA vial | prefiltered with 0.45 µm syringe filter: zinc acetate and NaOH for sulfide analysis at 4°C ± 2°C | 7 days | NA | NA | NA | NA |
| **Sediment Chemistry** | Grain Size | CAS | ASTM D422 | 100 g | 250 mL centrifuge Nalgene bottle | 4°C ± 2°C | NA | NA | NA | NA | NA |
| | DOP | | Leventhal & Taylor 1990 | | | | | | | | |
| | VOCs (QAP Table 1.1c) | CAS | EPA 8260B | 5 mL | TerraCore tubes | 4°C ± 2°C; methanol and bisulfate | 14 days | 120 mL | 3 x 40 mL (preserved) | 4°C ± 2°C | 14 days (preserved) |
| | Percent solids | CAS | ?? | 5 mL | TerraCore tubes | 4°C ± 2°C; | | NA | NA | NA | NA |
| | Parent and Alkyl PAHs (QAP Table 1.1a); Saturated Hydrocarbons (QAP Table 1.1b); Biomarkers (QAP Tables 1.1e & 1.1f) | Field replicates sent to Alpha Analytical and Battelle for HC Analyses | EPA 8270D / 8015 | 100 g | 8 oz WMG, filled 2/3 full [d] | -20°C | 1 year [c] | 1 L | 1 L AG (preserved) | 4°C | 14 days |

Table 2-4. Sediment Sample Containers, Preservation, and Holding Time Requirements

| | Parameter | Lab | Method [a] | Sediment needed | Sediment Container [b] | Sediment Preservation | Sediment Holding Time | Rinsate Blank Volume | Rinsate Blank Container | Rinsate Blank Preservation | Rinsate Blank Holding Time |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | TC/TOC/TIC/TN | CAS | Plumb/9060A | 4 oz | 4 oz WMG | 4°C ± 2°C | NA | NA | NA | NA | NA |
| | Total Solids | | EPA 160.3 | | | | | | | | |
| Biology | Meiofauna | BVA | Listed in text | NA | 1 L HDPE | 4% formalin | NA | NA | NA | NA | NA |
| | Macrofauna | | Listed in text | NA | 1 L HDPE | 4% formalin | NA | NA | NA | NA | NA |
| | Microbial Assessment | LBNL | See Microbial Plan [8] | NA | Intact frozen core | -80°C | NA | NA | NA | NA | NA |

Notes:

Refer to Table 3-1 for lab disposition and COC for all hydrocarbon samples.

AG - Amber Glass

CAS - Columbia Analytical Services, Inc.

DOP - degree of pyritization

NA - not applicable

PAH - polycyclic aromatic hydrocarbons

TBD - to be determined

TC - total carbon

TIC - total inorganic carbon

TN-total nitrogen

TOC - total organic carbon

VOC - volatile organic compounds

WMG - wide mouth glass

[a] All analyses shall follow methods provided in the NOAA MC 252 Analytical Quality Assurance Plan, Version 2.2 (NOAA 2011), as applicable

[b] The size and number of containers may be modified by the analytical laboratory.

[c] Holding time is 1 year to extraction and 40 days from extraction to analysis.  Extracts should be held in the dark at -20C°, and may be analyzed past 40 days and results not qualified if surrogates are within criteria specified in the AQAP (NOAA 2011).

[d] If sufficient sample volume exists a second 8 oz jar will be collected to provide additional sample volume for QC or re-analyses if needed.

---

[8] A separate cooperative analysis plan ("Study and Analysis Plan for Processing and Analysis of Gulf of Mexico Microbial Sediment Cores and Water MC-252 NRDA", dated October 21, 2011) has been provided to the Trustees to address the microbial analysis methods.

Table 2-5. Sediment Cores Needed for Each Analysis Group and Processing Summary

| Analysis Group | No. of Cores Needed | Processing Summary |
|---|---|---|
| Surface Chemistry | 2 | Vertical sections composited across all cores, following removal of subsamples for VOCs (three 5 mL aliquots) |
| Pore Water Conventionals and TC/TOC/TIC/TN | 2 | Vertical sections composited under nitrogen, 4 oz of sediment removed for TC/TOC/TIC/TN before centrifugation: centrifuged for porewater extraction and testing: residual solids analyzed for grain size and DOP |
| Macrofauna | 3 | Vertically sectioned and fixed on board without compositing across cores, sieved on-shore in lab |
| Meiofauna | 1 | Vertically sectioned and fixed on board, sample sieved in lab except overlying sieved on board and contents combined with 0-1 cm section |
| Microbial | 2 | Overlying water filtered and sampled on board, core from mudline to bottom frozen on board at minus 80 degree C: sectioned and analyzed in on-shore lab |

| Table 2-6 | Core Vertical Sectioning Scheme (cm).  Microbial cores sectioned in laboratory per microbial analytical SOP. | | |
|---|---|---|---|
| Surface Chemistry | Porewater Conventionals | Meiofauna | Macrofauna |
| 0-1 | 0-1 | 0-1 | 0-3 |
| 1-3 | 1-3 | 1-3 | |
| 3-5 | 3-5 | 3-5 | 3-5 |
| 5-10 | 5-10 | 5-10 | 5-10 |
| | | 10-15 (archived) | 10-15 (archived) |

Two additional cores from each location will be collected for conventional parameter analyses in porewater, grain size, and degree of pyritization (DOP) in solids to support the assessment of the redox conditions with depth in surface sediments (Tables 2-4 and 2-5). DOP has been shown to be a useful indicator of the redox state of sediments (Alvarez et al. 2008, Raisewell et al. 1987), and is a relatively simple, low cost method. The vertical sections from these two cores (Table 2-5) will be composited under nitrogen and placed in sealed containers. A refrigerated centrifuge set-up in laboratory space on the vessel will be used to extract sufficient porewater for the target parameters (Table 2-4). Porewater measurements will be done under nitrogen in a glove bag. A chemical hood will also be available in the vessel laboratory through which to purge the glove bag atmosphere following completion of the measurements described in the following paragraph.

Sulfide and ammonia will be measured on a HACH DR/890 colorimeter while in the field. Measurement of total ammonia concentrations will follow the salicylate method in HACH (2009). Un-ionized ammonia nitrogen (UAN) will be calculated based on the total ammonia concentration and the corresponding salinity, pH, and temperature of the sample (Bower and

Bidwell, 1978). Measurement of sulfide will follow the methylene blue method in HACH (2009) adapted from APHA Standard Method 4500-$S^{2-}$ (APHA 1989). Un-ionized $H_2S$ will be calculated based on the sulfide ($S^{2-}$) concentration, pH of the sample, and pK′ provided in Standard Method 4500-$S^{2-}$ (APHA 1989). Alternate sulfide analysis will be done by collecting 1 mL of pore water into 9.0 mL of zinc acetate and NaOH solution and sent for analysis at CAS, Kelso, WA using method SM 4500-S2D. Temperature, salinity, pH, and ORP will be measured while in the field using a combination pH and ORP meter (Hach MP-6p Portable Meter). ORP is measured in mV and requires the addition of an offset voltage of 210 mV to convert the reading to Eh (Hanna Tech Service, personal communication).

Following completion of the on-board conventional parameter measurements, the residual solids from each vertical section composite will be placed in sample containers for grain size and DOP analyses in the laboratory.

### 2.7.4   Macrofauna and Meiofauna Sampling

The specific objective of this proposed sampling is to document the macrofaunal and meiofaunal communities in terms of both composition and extent in the vicinity of natural seeps in the area of the MC252 oil spill

Benthic infauna samples will be collected at the 4 seep sampling locations where surface sediment chemistry samples will be obtained. From each sampling site, 4 cores are needed: 3 for macrofauna (three 10.2 cm ID cores each) and 1 for meiofauna. Biota samples will be collected from separate core tubes and processed separately on board.

**Macrofauna Sample Collection and Processing Methods**

At each station, ROV-deployed cores will be used to collect samples for macrofauna analyses. These biota samples will be collected concurrently with the sediment chemistry samples described above.

Sediment from each core tube collected will be extruded into four vertical sections (0-3, 3-5, 5-10, and 10-15 cm), and preserved at sea in buffered formalin. The upper three vertical sediment sections will be processed as part of this project and the lowest section will be archived for possible future analysis. Samples will be sieved at the laboratory using a 0.3-mm mesh and a gentle wash. After sieving, the samples will be transferred to a 70% ethanol solution. All samples will be collected in accordance with standardized collection procedures (**Attachment G2** SOP-BT-27 "Benthic Macroinvertebrate Sampling Using a Coring Device").

Macrofauna will be identified to lowest possible taxonomic level and enumerated.

**Meiofauna Sample Collection and Processing Methods**

One sediment core from each location will be used for meiofaunal analysis. Sediment from the core will be extruded and divided into five vertical sections (0-1, 1-3, 3-5, 5-10, and 10-15 cm deep; Table 2-6). Once extruded and subdivided, the sediment will be preserved in 4% buffered formalin. The upper four sections will be processed as part of this plan and the 10-15 cm section will be archived for possible future analysis. The samples will be sieved at the analytical laboratory with a 0.045-mm sieve and a gentle wash. After sieving, the samples will be

transferred to a 70 percent ethanol solution. All samples will be collected in accordance with standardized collection procedures

Meiofaunal specimens will be counted and identified to the lowest possible taxonomic level (family level for Harpacticoida and higher levels for other meiofaunal groups that lack reliable species-level systematics for the Gulf of Mexico). The methods are consistent with those used in previous Gulf of Mexico deepwater studies (e.g., Baguley et al. 2008). Biomass will be measured using either subsampling to obtain weight estimates multiplied by sample abundances, or a semi-automated microphotographic technique (Baguley et al. 2004). In addition, the meiofauna will be examined for evidence of visible abnormalities (see Data Analysis section below).

### Benthic Infauna Data Analysis

Metrics used to characterize the benthic infaunal community may include numbers of taxa, total density, species abundances, diversity and evenness indices (e.g., Swartz's Dominance Index, Margalef's D, Shannon's Index H´, Pielou's Index J´), biomass (for meiofauna only), and percentages of sensitive vs. tolerant species (e.g., based on family guild structure and known responses) that have been proven in previous studies to serve as sensitive indicators of pollution-induced disturbances.

In addition, the biota will be examined for evidence of visible abnormalities, such as potentially oil-coated appendages, high incidence of empty shells or other animal parts, lesions, relatively high incidence of parasites, and any other abnormal appearances that may be apparent. As a specific example, harpacticoids will be inspected to determine if the external egg sacs are oiled or exhibit signs of deterioration. Potential effects of pressure changes in bringing these invertebrate animals to the surface should be minimal (e.g., due to lack of swim bladders present in fishes) and thus should not interfere with the ability to detect signs of such oil-related abnormalities if present.

## 3.0    Logistics

### 3.1    Mobilization and Cruise Schedule

One week of mobilization time in November will be required to integrate instrumentation with the operational platforms and to establish and test real-time communication between surface vessels and deep-sea equipment. Three weeks of at-sea sampling time will be scheduled for each vessel and its personnel to allow sufficient time to conduct the mission, meet the mission objectives, and address potential issues with equipment and weather.

Cruise dates are November 4–21, 2011. No crew change is scheduled.

### 3.2    Vessels

Recommended vessels are in the MC252 NRDA fleet and are provided in Section 2.3. All costs and planned operations described in this plan are based on the use of those vessels. Actual vessel assignments and associated costs and schedules may be revised following review by Trustees and the Vessel Coordination Committee.

### 3.3    At-Sea Transfer of Samples

Multiple at-sea transfers of supplies and samples will be necessary to maintain the integrity of the samples and to meet laboratory hold times. Assuming certain samples have a maximum hold time of seven (7) days from the time of collection, at-sea transfers will be scheduled to occur after two days of sampling. A Chain of Custody (COC) will be maintained. Protocols for at-sea transfers and COC procedures are attached as appendices to this cruise plan. At-sea transfer of supplies and samples will be performed by the M/V *Bunny Bordelon* (or equivalent) operated by Bordelon Marine, Houma, LA.

Table 3-1 provides an overview of sample handling and COC for hydrocarbon samples.

### 3.4    Sampling Equipment and Containers

The number and type of containers required for water samples are detailed in Attachment B.

Specialty Equipment:
Vacuum pump and filtration apparatus for taking microbial measurements in water column
Refrigerated centrifuge for sediment porewater extraction

Sample Containers (per sample):
Sediment: 1 sterile BD Falcon polystyrene centrifuge tube (50 mL size)
Water: 1 sterile BD Falcon petri dish, 50x9 mm with a tight-fit lid

Table 3-1.  Summary of Analytes, Containers, Handling, COC, and Labs for samples to be collected during Seeps Cruise 2
Additional details are provided in Attachment B. Table spans several pages, separated by vessel and sample type. See table footnotes at bottom.

| Vessel | Sample Type | Matrix | Field Handling | Sample Volume and Container | Lab | COC | Analyte | Sample Handling | Holding Time | # Samples Per Station (and total)[1] |
|---|---|---|---|---|---|---|---|---|---|---|
| Meg | Slick (Matrix is "OR" and add "Oil" to notes) | Gore Sorber | Gore material in separate jars (2) | 100 ml Gore material in separate glass jars (2) | 2 – Gore Lab | BP/ ENTRIX | Gore Suite (detailed in Attachment O; low molecular weight HCs: C2 to C20) | Ambient conditions | 14 days | 2 (30) [2] |
| | | GO Teflon Nets | Net in jars (3) | Nets in separate 4 oz glass jars (3) | 1 – Alpha 2 – Battelle[12] (1 archive) | 1 – Trustee 2 – BP/ ENTRIX | PAH TEH/SHC Biomarkers | -20° C (freeze) | 1 year | 4 (60) [2] |
| Meg | Slick (surface) | Water | Field splits | 2  1-L Amber Glass, Chem Certified Clean, acidified | Battelle[9] | BP/ ENTRIX | PAH TEH/SHC Biomarkers DPnB | 4° C (refrigerate) | 14 days | 1 (12) |
| | | | | 1  1-L Extracted on board | Australia National Measurement Institute | CSIRO | PAH TEH/SHC | 4° C (refrigerate) | N/A | 1 (12) |
| | | | | 3  40-mL non-acidified (w/ septa) 3  40-mL (w/ septa) | CAS | Trustee | Aromatic VOA | 4° C (refrigerate) | 7 days | 1 (12) |

| Vessel | Sample Type | Matrix | Field Handling | Sample Volume and Container | Lab | COC | Analyte | Sample Handling | Holding Time | # Samples Per Station (and total)[1] |
|---|---|---|---|---|---|---|---|---|---|---|
| Sarah | Water Filtration (Modified Payne Method) | Filtrate | | 4-L amber | CAS | Trustee | PAH TEH/SHC DPnB | 4° C (refrigerate) | 7 days | 1 (12) |
| | | Filter | | 8 oz glass jar | CAS | Trustee | PAH TEH/SHC DPnB | -20° C (freeze) | 1 year | 1 (12) |
| | Water Column (all depths) | Water | Field splits One 20 L Go-Flo at each sampling depth, split as indicated | 2  1-L Amber Glass, Chem Certified Clean, acidified | Battelle[9] | BP/ ENTRIX | PAH TEH/SHC DPnB | 4° C (refrigerate) | 14 days | 6-9 (~100) |
| | | Water | Field splits One 20-L Go-Flo at each sampling depth, split as indicated | 1  1-L Amber Glass, Chem Certified Clean, non-acidified | CAS | BP/ ENTRIX | TSS CHN | 4° C (refrigerate) | 7 days | 6-9 (~100) |
| | | Water | Field splits One 20-L Go-Flo at each sampling depth, split as indicated | 3  40-mL pre-acid (w/ septa) 3  40-mL non-acid (w/ septa) | CAS | Trustee | Aromatic VOA | 4° C (refrigerate) | 7 days for non-acid, 14 for acid | 6-9 (~100) |
| | | Water | Field splits One 20-L Go-Flo at each sampling depth, split | 3  40-mL pre-acid (w/ septa) 3  40-mL non-acid (w/ septa) | CalScience | BP / ENTRIX | MEEP VOC[3] | 4° C (refrigerate) | 7 days for non-acid, 14 for acid | 6-9 (~100) |

| | | Water | Field splits<br>One 20-L Go-Flo at each sampling depth, split as indicated | 4  15 ml dispersant tubes | CAS | Trustee | DOSS | -20° C<br>(freeze) | 1 year | 6-9<br>(~100) |
| | | Water | Field splits<br>One 20-L Go-Flo at each sampling depth, split as indicated | Various<br>(see separate Microbial Analysis Plan) | LBNL | Trustee | Microbial Analyses<br>(see separate Microbial Analysis Plan) | (see separate Microbial Analysis Plan) | (see separate Microbial Analysis Plan) | 5<br>(~90) |

| Vessel | Sample Type | Matrix | Field Handling | Sample Volume and Container | Lab | COC | Analyte | Sample Handling | Holding Time | # Samples Per Station (and total)[1] |
|---|---|---|---|---|---|---|---|---|---|---|
| Holiday | Water Column (all depths) | Water | Field splits Two 10-L Go-Flos at each sampling depth, split as indicated | 2  1-L Amber Glass, Chem Certified Clean, acidified | Battelle[9] | BP / ENTRIX | PAH TEH/SHC Biomarkers DPnB | 4° C (refrigerate) | 14 days | 4 (20) |
| | | | | 1  1-L Amber Glass, Chem Certified Clean, non-acidified | CAS | BP / ENTRIX | TSS CHN | 4° C (refrigerate) | 7 days | 4 (20) |
| | | | | 3  40-mL pre-acid (w/ septa) 3  40-mL non-acid (w/ septa) | CAS | Trustee | Aromatic VOA | 4° C (refrigerate) | 7 days for non-acid, 14 for acid | 4 (20) |
| | | | | 3  40-mL pre-acid (w/ septa) 3  40-mL non-acid (w/ septa) | CalScience | BP / ENTRIX | MEEP VOC[3] | 4° C (refrigerate) | 7 days for non-acid, 14 for acid | 4 (20) |
| | | | | 4  15-mL dispersant tubes | CAS | Trustee | DOSS | -20° C (freeze) | 14 days | 4 (20) |
| | | Water (near bottom water associated with microbial sed) | | Sampling aspects delineated in Attachment B | LBNL | Trustee | Sampling aspects delineated in Attachment B | See Attach. B | See Attach. B | 6 [11] (30) |
| | | Oil and water | From seep source | Pressurized device (150 mL) | Core Labs | BP / ENTRIX | See Attachment P | 4° C (refrigerate) | 7 days | 4 [4] (28) |

| Vessel | Sample Type | Matrix | Field Handling | Sample Volume and Container | Lab | COC | Analyte | Sample Handling | Holding Time | # Samples Per Station (and total)[1] |
|---|---|---|---|---|---|---|---|---|---|---|
| Holiday | Sediment | Sediment from top of each sediment horizon (slice)[5] (from same core being analyzed for PAH and going to Alpha) | 4 x 5 ml in TerraCore tubes from each sediment horizon before sampling for PAH core going to Alpha | Place 5 ml sample in each 40 ml vial containing methanol (1), bisulfate (2), and no preservative (1) | CAS | Trustee | VOC Percent solids | 4° C (refrigerate) | 14 days | 8 (160) |
| | | Sediment sliced in prescribed sediment horizons[5] (2 cores) | Slices from each of 2 cores placed in separate jars; do not homogenize | Place in 8 oz glass jar 2/3 full (4 jars for each core) | Core 1: Alpha[8] Core 2: Battelle (archive)[10] | Core 1: Trustee Core 2: BP/ENTRIX | PAH TEH/SHC Biomarkers | -20° C (freeze) | 1 year | 8 (160) |
| | | Sediment sectioned in prescribed horizons[5] | Sections are homogenized from two cores[13] | Place homogenate in 4 oz jar, 2/3 full. | CAS | Trustee | CHN TC TIC TN | -20° C (freeze) | 1 year | 4 (80) |
| | | | | Extract porewater from remaining homogenate | CAS | BP / ENTRIX | Sulfide | Pre filtered with 0.45 µm syringe 4° C (refrigerate) | 7 days | 12 (240) |

| | | | | Extract porewater from remaining homogenate | Field Analysis | BP / ENTRIX | pH, eH, ammonia, salinity, temperature and redox potential | Pre filtered with 0.45 μm syringe | Process immed-iately | 4 (80) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | After porewater extraction, place remaining sediment in 8 oz jar | CAS | Trustee | Grain Size and DOP | 4° C (refrigerate) | NA | 4 (80) |
| | | Sediment: whole core | 1. Water siphoned off top of core and filtered. | Sampling aspects delineated in Attachment B | LBNL | Trustee | Sampling aspects delineated in Attachment B | See Attach. B | See Attach. B | 4 sets (20 sets) |
| | | | 2. Whole core | Whole core in core tube in which it was collected, capped at both ends | LBNL | Trustee | | | | 4 (20) |
| | | Sediment: sectioned in prescribed horizons[6] from three separate cores | Sections placed in separate jars. | Place each section into a 1-L HDPE bottle with 4 % formalin | BVA | BP / ENTRIX | Macrofauna | NA | NA | 12 (240) |
| | | Sediment: sectioned in prescribed horizons[7] from one whole core | Sections placed in separate jars. | Place each section into a 1-L HDPE bottle with 4 % formalin | BVA | BP / ENTRIX | Meiofauna | NA | NA | 5 (100) |

Table Notes:

[1] For slick sampling from the *Meg Skansi*, 2 GoreSorbers and 3 Teflon Nets will be sampled per station, at 3 stations per slick, and 5 slicks will be targeted. For water column casts from the *Sarah Bordelon*, 6-9 depths will be sampled depending on signals at each of 3 stations per seep, targeting 5 seeps. For ROV casts to collect water, 4 depths will be sampled per station, up to 4 locations per seep. For ROV sediment coring, up to 4 locations per seep will be sampled, and 5 seeps will be targeted.

[2] Additional Gore Sorber and Teflon Net samples may be collected opportunistically under BP/ENTRIX Chain of Custody.

[3] Methane, ethane, ethylene, and propane (VOC).

[4] Pressurized samples will be used to capture seeping oil; maintained at the temperature and pressure collected. Up to 4 samplers per oil seep to be used. Total number includes two background samples collected away from known seeps.

[5] Sediment horizons for hydrocarbon analysis: 0-1, 1-3, 3-5, and 5-10 cm; three TerraCore vials will be randomly distributed between the two cores and sampled at each layer (i.e. 2 vials from one core and one vial from the other).

[6] Sediment horizons for macrofauna analysis: 0-3, 3-5, 5-10, 10-15 cm. Samples will be preserved with 4% formalin.

[7] Sediment horizons for meiofauna analysis: 0-1, 1-3, 3-5, 5-10, 10-15 cm. Samples will be preserved with 4% formalin.

[8] Alpha will split the sample extract and send one of the two extract splits to Battelle (or to an alternative laboratory chosen by BP) under BP Chain of Custody.

[9] As requested by Trustees on a case by case basis, Battelle (or an alternative laboratory chosen by BP) will send extract splits (post IS) to Alpha under BP Chain of Custody

[10] Samples from the second core will be shipped to Battelle (or to an alternative laboratory chosen by BP) for archive under BP/ENTRIX Chain of Custody

[11] LBNL water samples are collected as follows: One at ambient station, one at each of two intermediate stations, and three in the water immediately above the seep emanation location.

[12] Samples will be analyzed at Battelle (or at an alternative laboratory chosen by BP).

[13] The Trustees have concerns about the at-sea homogenization of cores due to the potential for contamination, the averaging effect of combining sediment from two cores given the potential spatial heterogeneity of deep sea marine sediment, and the potential for loss and/or disruption of target analytes in the homogenization process; however due to the timing of the writing of this plan, homogenization will be conducted for these samples.

## 4.0    Milestones and Deliverables

- Cruise Summary Report — Within 12 weeks of cruise completion.

- Report on results of initial sample analysis — Approximately 8 months after approval to begin these analyses.

- Report on benthic and water column analyses — Approximately 8 months after cruise completion.

- Overall final report — Approximately 1 year after completion of cruise (pending availability of chemistry data).

## 5.0    Personnel

Table 5-1 provides the roles and assignments of the scientific staff aboard each of the three vessels.

## 6.0    Safety Plans

NRDA Marine Mammal and Turtle Protection protocols (Attachments H1-H6) provide standard operating procedures (SOPs) for the protection and conservation of marine mammals and any species listed under the Endangered Species Act as appropriate for the vessel and sampling equipment operations to be conducted on this cruise, as well as for appropriate management of data collected during the cruise. Attachment H6 is the acoustics-related protection measures. This SOP has been reviewed by both BP and Trustee representatives and determined that protection measures employed on the MacArthur II are applicable to the acoustics activities to be employed on the Sarah Bordelon.

BP/Cardno ENTRIX HSE (Health, Safety, and Environment) protocols (Attachment J1) will be provided in electronic and paper format to the personnel on each vessel (one binder of the plan and attachments per vessel). Each vessel's operational safety procedures will be followed at all times. All activities will follow protocols of NOAA's Deepwater Horizon NRDA Field Safety Plan, latest version 1/28/2011 (NOAA 2011), which will be available on the vessel. MSDS hazardous materials sheets will also be posted. Principal investigators may merge these safety plans with other applicable university or participating organization practices. Protocols for incident reporting and at-sea transfer of materials are provided as Attachments J2-J3. A daily situation report will be completed and emailed by designated personnel on each vessel (Attachment K).

Table 5-1. Scientific Personnel and Role by Vessel

| Acoustic Surveying and Surface Slick Sampling (SP2):   M/V Meg Skansi   (24 hr ops) | | | | | | |
|---|---|---|---|---|---|---|
| Title | Role | Affiliation | Name | Gender | # bunks |
| Vessel Manager | Communication with bridge, HSE, daily meetings, safety meetings, project kickoff, submits daily operations reports, vessel logistics, vessel communications, weather watch, cabin assignments, confirm data backups, create lines plans with PI, deck operations | CSA | Gordon Stevens | M | 1 |
| PI Assist / Geoscientist | Confirms data backups, creates lines plans with PI, GIS, sonar reporting | EGS | Geraldine Le Muer | 1F | 1 |
| Geoscientist | Opposite shift, real time data QC, Fledermaus processing and reporting, data backup and archiving, GIS | EGS | Liam Ellis | M | 1 |
| Surveyor | Hypack navigation and EK60 | EGS | Vicki Green | 1F | 1 |
| Surveyor | Hypack navigation and EK60 | CSA | Jeff Croy | M | 1 |
| Principal Investigator | Makes science decisions according to cruise plan objectives and schedule, reviews data, provides QC, compiles and distributes science information, produces daily reports. Coordinates operations with science survey crew | EGS | David Gardener | M | 1 |
| ADCP Operator | Operates, processes, reports the ADCP data to PI | Horizon | Glen Burnett | M | 1 |
| Geo scientist, Xband Radar, Photos | Operates, logs, processes Xband radar system, takes geo referenced pictures, assists ADCP operator, assists on back deck | EGS | David Oliver | M | 1 |

| Surface Slick Sampling | Experienced with Gores, Nets, and slick tracking and sampling; GIS capabilities | CSIRO | Christine Trefry Charlotte Stalvies | 2F | 2 |
| NRDA Data Manager / Water Sampler | Water sampling, sample handling and COC, shipboard documentation. Compiles and ensures completeness all data on an external hard drive under electronic COC. Submits daily reports. | ENTRIX | Nick Ellis Laurie Bachler | M/1F | 2 |
| Trustees | | | Nick Bach Scott Alpuerto | M | 2 |
| Total Science Team | | | | | 14 |

| ROV Vessel (SP2):  HOLIDAY CHOUEST  (24 hr ops) | | | | | |
|---|---|---|---|---|---|
| Title | Role | Company | Name | Gender | # bunks |
| Vessel Manager | Communication with bridge, HSE, tool boxes, daily meetings, safety meeting, project kickoff, DPRs, vessel logistics, vessel communications, weather watch, cabin assignments, confirm data backups, create lines plans with Surveyor and PI, coordinates all payload build and vehicle operations | CSA | Woody Powell | M | 1 |
| Principal Investigator | Makes science decisions according to cruise plan objectives and schedule, reviews data, provides QC, compiles and distributes science information, produces daily reports. Coordinates schedule and operations with science survey crew | EGS | Eric Roach | M | 1 |
| Co-Principal Investigator | Reporting as per PI, creation of daily science report to shore | EGS | Federico Merzi | M | 1 |
| Co-Principal Investigator | Shares lead duties with CSA Vessel Manager and PI; responsible for communication and coordination | CSA | Steve Viada | M | 1 |

| Scientists | Bubble analysis and other as per PI | BP | Jan Boelmann | M | 1 |
|---|---|---|---|---|---|
| Scientists | Multibeam interp and other as per PI | BP | Christian de Moustier<br>Barbara Kraft | 1M/1F | 2 |
| MBE Surveyor / Navigator / Geomatics Engineer / Reporting | Dock side calibrations, patch test calibrations, ensures MBE is calibrated and producing good data, line planning, data acquisition, QC processing of bathymetric and backscatter data in PDS2000 software, USBL, ROV positioning, assist in collection and processing of XYZ and backscatter data | EGS | Tey Heng | M | 1 |
| MBE Surveyor | Dock side calibrations, patch test calibrations, ensures MBE is calibrated and producing good data, line planning, data acquisition, QC processing of bathymetric and backscatter data in PDS2000 software, USBL, ROV positioning, assist in collection and processing of XYZ and backscatter data | EGS | George Fletcher | M | 1 |
| MIMS | Engineering, data collection and processing | SRI | Tim Short<br>Strawn Toler | M/1F | 2 |
| Deck Operations / Nav | Instrumentation, nav, supports vessel manager and CTD tech | CSA | Adam Zelesko<br>Rick Nadeau | M | 2 |
| CTD Tech | Operates oceanographic instrumentation, provides data QC, CTD/DO/Flurometer programming and deployment, supports Deck Ops | CSA | Thomas Lamoure<br>Matt Stevens | M | 2 |
| GIS Analyst | Collect and display pre-survey historic data in GIS, add data collected shipboard to GIS, produce figures and daily reports | CSA | Keith van Graafeiland | M | 1 |

| Scientists (Sediment and Water) | Conducts sampling according to cruise plan, provides QC, supports instrumentation, understands NRDA protocols | Integral | Ian Stupakoff Stefan Wodzicki Susan Fitzgerald Dennis Hanzlick | 3M/1F | 4 |
|---|---|---|---|---|---|
| Data Manager / Water Sampler | Water sampling, sample handling and COC, shipboard documentation. Compiles and ensures completeness all data on an external hard drive under electronic COC. Submits daily reports. | ENTRIX | Kristin Morrison Stacey Villanueva | 2F | 2 |
| Pressure Sampling Tech | Facilitate pressurized sampling | ERS | Lisa Moore Carl Haywood | | |
| LBNL | Microbial Sampling | LBNL | Yvette Piceno Hannah Woo | 2F | 2 |
| ROV Integration Engineer | Schilling specialist | CSA | Colter Crossley Javier Salinas | M | 2 |
| BP Safety | | | Don Gibson | M | 1 |
| Trustees | | | Julie Barnett Mike Barajas | 1M/1F | 2 |
| Total Science Team | | | | | 29 |
| ROV Pilots | Electrical Techs, Launch/Recovery, Pilots | Chouest | | | 6 |
| Ship Crew | | Chouest | Reduced for Cruise 2 | | **10** |
| Total Personnel | | | | | **45** |
| Bunks (excluding 2 open hospital bunks which must remain vacant) | | | | | **45** |

| Water Vessel:  M/V Sarah Bordelon | | | | | |
|---|---|---|---|---|---|
| Title | Role | Company | Name | Gender | # bunks |
| Vessel Manager | Communication with bridge, HSE, tool boxes, daily meetings, safety meeting, project kickoff, DPRs, vessel logistics, vessel communications, weather watch, cabin assignments, confirm data backups, coordinates all payload stakeholders | CSA | Kathleen Gifford | F | 1 |
| Principal Investigator (Science Lead) | Makes science decisions according to cruise plan, reviews data, provides QC, compiles and distributes science information | Integral / ENTRIX | Don Lee | M | 1 |
| Co-Principal Investigator (Science Co-Lead) | Supports lead scientist, oversees data mgmt., provides data and sample QC, operates LISST, operates and interprets ADCP data | Integral / ENTRIX | Shawn Hinz | M | 1 |
| CTD Tech | Operates oceanographic instrumentation, provides data QC, CTD/DO/Fluorometer programming and deployment, supports Deck Ops | CSA | Austin Gray | M | 1 |
| Deck Operations / Nav / Sampling | Instrumentation, nav, supports vessel manager and CTD tech, coordinates water sampling operations | CSA / EGS | Dave Feakin David Robinson | M/M | 2 |
| Data Manager / Water Sampler | Water sampling, sample handling and COC, shipboard documentation; conducts Winklers; compiles and ensures completeness of data an external hard drive under electronic COC | ENTRIX | Rich Ascough Michael Jessich Dobbs Lee | M | 3 |
| LBNL | Microbial sampling | LBNL | Julian Fortney Fran Reid | 1M/1F | 2 |
| Cardno ENTRIX SIC | Standards Implementation Coordinator | ENTRIX | Dan de Marino | M | 1 |
| BP Safety Observer | | | TBD | M | 1 |
| Trustees | | | Barnaby Friedman Linda Moats | 1M/1F | 2 |
| Total Science Team | | | | | 15 |

# 7.0    Data Sharing

## 7.1    Digital and Shipboard Data

All data and imagery (including navigation, instrument data, field logs, photographs and documentation), acoustic, and other electronic data will be saved to an on-board computer, and all data shall be migrated to a dedicated external hard drive. The data will be controlled and managed under project protocols, including COC tracking of the external hard-drive. Upon return to port, the Data Manager shall produce identical copies of the raw and processed electronic media generated during the cruise and deliver one of those copies each to NOAA (or its contractor), Louisiana Oil Spill Coordinator's Office (LOSCO) on behalf of the State of Louisiana, and to Cardno ENTRIX on behalf of BP.

## 7.2    Laboratory Data

Sediment samples for macrofauna analyses will be performed at Barry Vittor and Associates (BVA) under the supervision of Dr. Barry Vittor. Sediment samples for the analysis of hydrocarbons will be sent to laboratories under a combination of Trustee and BP COC as described in Table 3-1. Other parameters (e.g., VOCs, grain size) will be sent to Columbia Analytical Sciences (CAS) as indicated in Table 2-4. Microbial samples will be sent to Dr. Terry Hazen (Lawrence Berkeley National Laboratory).

Each laboratory shall simultaneously deliver raw data, including all necessary metadata, generated as part of this work plan as a Laboratory Analytical Data Package (LADP) to the trustee Data Management Team (DMT), the Louisiana Oil Spill Coordinator's Office (LOSCO) on behalf of the State of Louisiana and to BP (or Cardno ENTRIX on behalf of BP). The electronic data deliverable (EDD) spreadsheet with pre-validated analytical results, which is a component of the complete LADP, will also be delivered to the secure FTP drop box maintained by the trustees' Data Management Team (DMT). Any preliminary data distributed to the DMT shall also be distributed to LOSCO and to BP (or Cardno ENTRIX on behalf of BP). Thereafter, the DMT will validate and perform quality assurance/quality control (QA/QC) procedures on the LADP consistent with the authorized Quality Assurance Project Plan, after which time the validated/QA/QC'd data shall be made available simultaneously to all trustees and BP (or Cardno ENTRIX on behalf of BP). Any questions raised on the validated/QA/QC results shall be handled per the procedures in the Quality Assurance Project Plan and the issue and results shall be distributed to all parties. In the interest of maintaining one consistent data set for use by all parties, only the validated/QA/QC'd data set released by the DMT shall be considered the consensus data set. In order to assure reliability of the consensus data and full review by the parties, no party shall publish consensus data until 7 days after such data has been made available to the parties. Also, the LADP shall not be released by the DMT, LOSCO, BP or Cardno ENTRIX prior to validation/QA/QC absent a showing of critical operational need. Should any party show a critical operational need for data prior to validation/QA/QC, any released data will be clearly marked "preliminary/unvalidated" and will be made available equally to all trustees and to BP (or Cardno ENTRIX on behalf of BP).

All materials associated with the collection or analysis of samples under these protocols or pursuant to any approved work plan, except those consumed as a consequence of the applicable sampling or analytical process, must be retained unless and until approval is given for their

disposal in accordance with the retention requirements set forth in paragraph 14 of Pretrial Order #1 (issued August 10, 2010) and any other applicable Court Orders governing tangible items that are or may be issued in MDL No. 2179 IN RE: Oil Spill by the Oil Rig "DEEPWATER HORIZON" (E.D. LA 2010). All applicable state and federal permits must be obtained prior to conducting work.

## 8.0    Costs

Recommended vessels are in the MC252 NRDA fleet and are provided in Section 2.3. All costs are based on the use of those vessels, equipment, and operational personnel (three vessels, 7 days mobilization each, 19 days sampling each). The Parties acknowledge that this budget is an estimate, and that actual costs may prove to be higher. BP's commitment to fund the costs of this work includes any additional reasonable costs within the scope of this approved work plan that may arise. The Trustees will make a good faith effort to notify BP in advance of any such increased costs. The Vessel Costs and indicated in Budget Chart # 2 and #3 shall be paid directly by BP.

Budget Chart #2 Vessel Costs (*Sarah* and *Wes B.* only)*

| Cruise Plan Cost Table | Total |
|---|---|
| Mobilization Costs | $1,050,000 |
| Vessel Costs | $3,600,000 |
| Fleet Mgmt / Shore Support | $300,000 |
| Total Estimated Vessel Costs | $4,950,000 |

* Holiday Chouest is contracted directly by BP and those costs are not included in this table.

Budget Chart #3 Macrofaunal and Meiofaunal Laboratory  Cost

| Measurement | Company | Approx. Cost per Sample and Estimated Number of Samples* | Approx. analysis time | Comments | Estimated Total Cost* |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| Macrofauna and Meiofauna Analyses | Barry Vittor and Associates (BVA) | $308/sample ~975 samples | 5 mos | Based on 195 total samples per seep, times 5 seeps | $300,300 |

Total estimated budget:

## 9.0    References Cited

Álvarez-Iglesiasa, P, and B. Rubio. 2008. The degree of trace metal pyritization in subtidal sediments of a mariculture area: Application to the assessment of toxic risk. *Marine Pollution Bulletin.* Volume 56, Issue 5, Pages 973-983

APHA – American Public Health Association, 1989. Standard Methods for the Examination of Waste and Wastewater, 17th ed. American Public Health Association, Washington, DC.

Baguley, J.G., L.J. Hyde, and P.A. Montagna. 2004. A semi automated digital microphotographic approach to measure meiofaunal biomass. Limnology and Oceanography Methods. 2:181 190.

Baguley, J., P. Montagna, L. Hyde, and G. Rowe. 2008. Metazoan meiofauna biomass and weight-dependent respiration in the northern Gulf of Mexico deep sea. Deep-Sea Research II, 55: 2607–2616.

BOEMRE Site Survey Technical Report (prepared for the Macondo pre-drill approval). 2009. BP America  Inc. Archaeological and Hazard Study "Macondo" Prospect; Blocks 164 (Relinquished), 165 (OCS-G-24051), 208 (OCS-G-32303), 209 (OCS-G-24055), 252 (OCS-G-32306), 253 (OCS-G-24062), 296 (OCS-G-21164), 297 (Rejected) and Vicinity; Mississippi Canyon Area. Submitted by C&C Technologies. May.

Coffin, R., L. Hamdan, R. Plummer, J. Smith, J. Gardner, R. Hagen, and W. Wood. 2008. Analysis of methane and sulfate flux in methane-charged sediments from the Mississippi Canyon, Gulf of Mexico. Marine and Petroleum Geology 25:977-987.

Cooksey, C.L., and J.L. Hyland. 2007. Sediment quality of the Lower St. Johns River, Florida: An integrative assessment of benthic fauna, sediment-associated stressors, and general habitat characteristics. Marine Pollution Bulletin 54:9-21.

Dembicki, H., Jr., Recognizing and compensating for interference from the sediment's background organic matter and biodegradation during interpretation of biomarker data from seafloor hydrocarbon seeps: An Example from the Marco Polo area seeps, Gulf of Mexico, USA    Marine and Petroleum Geology 27 (2010) 1936 - 1954

Foucher, J-P., Dupre, S., Scalabria C., Feseker, T., Harmegnies F., Nouze H., Changes in seabed morphology, mud temperature and free gas venting at the Hakon Mosby mud volcano, offshore northern Norway, over the time period 2003 – 2006, Geo Mar Lett (2010) 30:157-167 DOI 10.1007/s00367-010-0193-z

Garcia-Pineda, O., I. MacDonald, B. Zimmer, W. Shedd, and H. Roberts. 2010. Remote-sensing evaluation of geophysical anomaly sites in the outer continental slope, northern Gulf of Mexico. Deep Sea Research II 57:1859 – 1869.

HACH, 2009. DR/890 Colorimeter Procedures Manual. Hach Chemical Company, Loveland, CO.

Hazen, T.C. et al. (2010) Deep-Sea Oil Plume Enriches Indigenous Oil-Degrading Bacteria. Science 330:204-208.

Kessler, J.D., Valentine, D.L., Redmond M.C., Du M., Chan E.W, Mendes S.D., Quiroz E.W., Villanueva C.J., Shusta S.S., Werra L.M., Yvon-Lewis S.A., Weber T.C., A Persistent Oxygen Anomaly Reveals the Fate of Spilled methane in the Deep Gulf of Mexico, Science 21 January 2011: 312-315

Leifer, I., and MacDonald I., Dynamics of the gas flux from shallow gas hydrate deposits: interaction between oily hydrate bubbles and the oceanic environment. Earth and Planetary Science Letters 210 (2003 411-424)

Leventhal, J. and Taylor, C. 1990. Comparison of methods to determine degree of pyritzation. Geochimica et Cosmochimica Acta 54, 2621-2625.

MMS (Minerals Management Service). 2001. Management Applicability of Contemporary Deep-Sea Ecology and Reevaluation of Gulf of Mexico Studies. Prepared under MMS Contract 14-35-0001-30660-19904 by Louisiana State University, Baton Rouge, Louisiana. December 2001.

Nikolovska A., and. Schanze J.J., Acoustic methane seepage quantification model design, experiments and deep-sea application OCEANS 2007 - Europe, vol., no., pp.1-6, 18-21 June 2007 doi: 10.1109/OCEANSE.2007.4302285

NOAA. 2011. Mississippi Canyon 252 (Deepwater Horizon) Natural Resource Damage Assessment, Analytical Quality Assurance Plan, Version 2.2, January 20, 2011.

Peterson, C.H., Kennicutt M.C., II,. Green R.H, Montagna P.,. Harper D.E, Jr., Powell E.N., and Roscigno P.F., 1996. Ecological consequences of environmental perturbations associated with offshore hydrocarbon production: A perspective from study of long term exposures in the Gulf of Mexico. Canadian Journal of Fisheries and Aquatic Sciences 53:2637-2654.

Raiswell, R., Buckley, F., Berner, R.A., and Anderson, T.F., 1987 Degree of pyritization of iron as a palaeoenvironmental indicator of bottom-water oxygenation. Journal of Sedimentary Petrology 58(5) 812-819.

Sauter E.J., Muyakshin S.I., Charlou J-L., Schluter M, Boetius A., Jerosc K H,. Damm E, Foucher J-P, Klages M., Methane Discharge from a deep-sea submarine mud volcano into the upper water column by gas hydrate-coated methane bubbles, Earth and Planetary Science Letters 243 (2006) 354 – 365.

Thomanek, K., Zielinski, O., Sahling, H., and Bohrmann, G. Automated Gas bubble imaging at sea floor – a new method of in situ gas flux quantification. Ocean Sci. Discuss., 7 291-334, 2010.

US EPA, 1989. Ambient water quality for ammonia (saltwater) – 1989. EPA 440/5-88-004, Office of Water, US Environmental Protection Agency, Washington, DC.

Winger, P.V. and Lasier P.J., 1991. A vacuum-operated pore-water extractor for estuarine and freshwater sediments. Archives of Environmental Contamination and Toxicology 21: 321–324.

## 10.0   List of Attachments

| A1 | Natural Seep Study Cruise 1 Plan (with Trustee comments provided 11/01/11) |
|------|---|
| A2 | Natural Seep Study Cruise 1 Summary Webinar (presentation on 10/24/11) |
| A3 | Natural Seep Cruise 2 Planning Webinar (presentation on 10/31/11) |
| B | Protocol for Water Column Sampling in the Vicinity of Seeps |
| C | Protocol for ROV Operations and Sampling in the Vicinity of Seeps |
| D | MIMS Instrumentation |
| E1 | LISST SOP (Integral Consulting SD-18) |
| E2 | LISST Deep Specifications |
| F1a | Vessel Specifications for Seeps Cruise 2 |
| F1b | CSA GOM Vessel Contacts |
| F2 | Schilling ROV UHD and Manipulators |
| F3 | Camera Mini Zeus datasheet |
| F4 | Camera oe14502_Datasheet_A4 |
| F5 | SeaBat-7125-Multibeam.pdf |
| F6 | Kongsberg_Simrad_MA1000_specs |
| F7 | Rutter Sigma S6 Oil Spill Detection System |
| F8 | Eppendor -80 Freezer |
| G1 | Seanic Ocean Systems Small Scooper |
| G2 | SOP BT-27_Benthic Invert Collection Coring |
| G3 | SOP AP-09_Dry Ice |
| G4 | SOP AP-10_Nitrogen Glovebag |
| H1 | Protected Spp Interaction Prevention Proc_No-impact sampling gear_2011Apr16 |
| H2 | NMFS Protocol For Dead Entangled Small Cetaceans |
| H3 | Sea Turtle Retrieval Resuscitation Protocols |
| H4 | Turtle Stranding Report Forms_STSSN |
| H5 | Vessel Strike Avoidance with Ship Strike Form-February 2008-web version |
| H6 | Final acoustic measures_NRDA McArthurWater Column sampling plan BMPs |
| I | NRDA_Field_Sampler_Data_Management_Protocol_10_23_2010 |
| J1 | Cardno ENTRIX HSE Plan NRDA Seeps Study |
| J2 | MC252 HSSE Incident Reporting Final 02 May 10 rev 1 |

| J3 | Transfer of Personnel and Material at Sea |
|---|---|
| J4 | Cardno_ENTRIX_Waste_Plan_072811 |
| J5 | MSDS |
| K | DWH Vessel Daily Sit Rep Template |
| L | NOAA QAP v2.2 |
| M1 | COC and Sample List Templates |
| M2 | Seeps Cruise 2 Naming Convention |
| M3 | GO-FLO Sampling Integral SOP SW-05 |
| M4 | ENTX SOP_001_Sample_Custody |
| M5 | ENTX_SOP_002_Sample_Handling |
| M6 | ENTX SOP_004_Decontamination_Procedures_MC252 |
| M7 | ENTX SOP_011_Field_Documentation |
| M8 | ENTX SOP_013_Chain_of_Custody_Protocol |
| M9 | Cardno ENTRIX SIC Program Overview |
| M10 | Cardno ENTRIX EXAMPLE DCR Sarah Bordelon DCR (Stupakof) |
| M11 | CardnoENTRIX MC252 NRDA Water Column CTD Plot Standards |
| M12 | CardnoENTRIX MC252 NRDA Water Column Procedure for Collecting Equipment Blanks |
| M13 | Cardno ENTRIX Spill Response SOPs |
| M14 | Modified Payne Filtration |
| M15 | Revised Approach for Porewater Samples |
| N1 | GO Net Sampling Protocol |
| N2 | Gore Sorber Sampling Protocol |
| O | Compounds Reported from Slick Sampler Analyses Gore Lab |
| P | National Research Council Canada DFO Proposal Greer Lee |

# ATTACHMENT B

| BVA | Sample ID | Project Name | Coll'd date |
|---|---|---|---|
| 215311 | SP2-HC-BX4-S-009-A | ENTRIX - SEEPS - MEIO | 11/9/2011 |
| 215411 | SP2-HC-BX4-S-009-B | ENTRIX - SEEPS - MEIO | 11/9/2011 |
| 215511 | SP2-HC-BX4-S-009-C | ENTRIX - SEEPS - MEIO | 11/9/2011 |
| 215611 | SP2-HC-BX4-S-009-D | ENTRIX - SEEPS - MEIO | 11/9/2011 |
| 215711 | SP2-HC-BX4-S-009-E | ENTRIX - SEEPS - MEIO | 11/9/2011 |
| 217011 | SP2-HC-BX4-S-020-A | ENTRIX - SEEPS - MEIO | 11/9/2011 |
| 217111 | SP2-HC-BX4-S-020-B | ENTRIX - SEEPS - MEIO | 11/9/2011 |
| 217211 | SP2-HC-BX4-S-020-C | ENTRIX - SEEPS - MEIO | 11/9/2011 |
| 217311 | SP2-HC-BX4-S-020-D | ENTRIX - SEEPS - MEIO | 11/9/2011 |
| 217411 | SP2-HC-BX4-S-020-E | ENTRIX - SEEPS - MEIO | 11/9/2011 |
| 218111 | SP2-HC-BX4-S-031-A | ENTRIX - SEEPS - MEIO | 11/13/2011 |
| 218211 | SP2-HC-BX4-S-031-B | ENTRIX - SEEPS - MEIO | 11/13/2011 |
| 218311 | SP2-HC-BX4-S-031-C | ENTRIX - SEEPS - MEIO | 11/13/2011 |
| 218411 | SP2-HC-BX4-S-031-D | ENTRIX - SEEPS - MEIO | 11/13/2011 |
| 218511 | SP2-HC-BX4-S-031-E | ENTRIX - SEEPS - MEIO | 11/13/2011 |
| 219811 | SP2-HC-BX4-S-042-A | ENTRIX - SEEPS - MEIO | 11/13/2011 |

| | | | |
|---|---|---|---|
| 219911 | SP2-HC-BX4-S-042-B | ENTRIX - SEEPS - MEIO | 11/13/2011 |
| 220011 | SP2-HC-BX4-S-042-C | ENTRIX - SEEPS - MEIO | 11/13/2011 |
| 220111 | SP2-HC-BX4-S-042-D | ENTRIX - SEEPS - MEIO | 11/13/2011 |
| 220211 | SP2-HC-BX4-S-042-E | ENTRIX - SEEPS - MEIO | 11/13/2011 |
| 220711 | SP2-HC-DD1-S-053-A | ENTRIX - SEEPS - MEIO | 11/14/2011 |
| 220811 | SP2-HC-DD1-S-053-B | ENTRIX - SEEPS - MEIO | 11/14/2011 |
| 220911 | SP2-HC-DD1-S-053-C | ENTRIX - SEEPS - MEIO | 11/14/2011 |
| 221011 | SP2-HC-DD1-S-053-D | ENTRIX - SEEPS - MEIO | 11/14/2011 |
| 222311 | SP2-HC-DD1-S-064-A | ENTRIX - SEEPS - MEIO | 11/14/2011 |
| 222411 | SP2-HC-DD1-S-064-B | ENTRIX - SEEPS - MEIO | 11/14/2011 |
| 222511 | SP2-HC-DD1-S-064-C | ENTRIX - SEEPS - MEIO | 11/14/2011 |
| 222611 | SP2-HC-DD1-S-064-D | ENTRIX - SEEPS - MEIO | 11/14/2011 |
| 222711 | SP2-HC-DD1-S-064-E | ENTRIX - SEEPS - MEIO | 11/14/2011 |
| 224011 | SP2-HC-DD1-S-076-A | ENTRIX - SEEPS - MEIO | 11/15/2011 |
| 224111 | SP2-HC-DD1-S-076-B | ENTRIX - SEEPS - MEIO | 11/15/2011 |
| 224211 | SP2-HC-DD1-S-076-C | ENTRIX - SEEPS - MEIO | 11/15/2011 |
| 224311 | SP2-HC-DD1-S-076-D | ENTRIX - SEEPS - MEIO | 11/15/2011 |

| | | | |
|---|---|---|---|
| 224411 | SP2-HC-DD1-S-076-E | ENTRIX - SEEPS - MEIO | 11/15/2011 |
| 225711 | SP2-HC-DD1-S-088-A | ENTRIX - SEEPS - MEIO | 11/15/2011 |
| 225811 | SP2-HC-DD1-S-088-B | ENTRIX - SEEPS - MEIO | 11/15/2011 |
| 225911 | SP2-HC-DD1-S-088-C | ENTRIX - SEEPS - MEIO | 11/15/2011 |
| 226011 | SP2-HC-DD1-S-088-D | ENTRIX - SEEPS - MEIO | 11/15/2011 |
| 226111 | SP2-HC-DD1-S-088-E | ENTRIX - SEEPS - MEIO | 11/15/2011 |
| 227511 | SP2-HC-MV1-S-111-A | ENTRIX - SEEPS - MEIO | 11/19/2011 |
| 227611 | SP2-HC-MV1-S-111-B | ENTRIX - SEEPS - MEIO | 11/19/2011 |
| 227711 | SP2-HC-MV1-S-111-C | ENTRIX - SEEPS - MEIO | 11/19/2011 |
| 227811 | SP2-HC-MV1-S-111-D | ENTRIX - SEEPS - MEIO | 11/19/2011 |
| 227911 | SP2-HC-MV1-S-111-E | ENTRIX - SEEPS - MEIO | 11/19/2011 |
| 229211 | SP2-HC-MV1-S-121-A | ENTRIX - SEEPS - MEIO | 11/19/2011 |
| 229311 | SP2-HC-MV1-S-121-B | ENTRIX - SEEPS - MEIO | 11/19/2011 |
| 229411 | SP2-HC-MV1-S-121-C | ENTRIX - SEEPS - MEIO | 11/19/2011 |
| 229511 | SP2-HC-MV1-S-121-D | ENTRIX - SEEPS - MEIO | 11/19/2011 |
| 229611 | SP2-HC-MV1-S-121-E | ENTRIX - SEEPS - MEIO | 11/19/2011 |
| 230911 | SP2-HC-MV1-S-133-A | ENTRIX - SEEPS - MEIO | 11/20/2011 |

| 231011 | SP2-HC-MV1-S-133-B | ENTRIX - SEEPS - MEIO | 11/20/2011 |
| 231111 | SP2-HC-MV1-S-133-C | ENTRIX - SEEPS - MEIO | 11/20/2011 |
| 231211 | SP2-HC-MV1-S-133-D | ENTRIX - SEEPS - MEIO | 11/20/2011 |
| 231311 | SP2-HC-MV1-S-133-E | ENTRIX - SEEPS - MEIO | 11/20/2011 |
| 232611 | SP2-HC-MV1-S-143-A | ENTRIX - SEEPS - MEIO | 11/20/2011 |
| 232711 | SP2-HC-MV1-S-143-B | ENTRIX - SEEPS - MEIO | 11/20/2011 |
| 232811 | SP2-HC-MV1-S-143-C | ENTRIX - SEEPS - MEIO | 11/20/2011 |
| 232911 | SP2-HC-MV1-S-143-D | ENTRIX - SEEPS - MEIO | 11/20/2011 |
| 233011 | SP2-HC-MV1-S-143-E | ENTRIX - SEEPS - MEIO | 11/20/2011 |