UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

[Working Group Conference on Friday, April 13, 2012]

**NOTE TO CELL PHONE PARTICIPANTS:** Please do not put your phone on hold during the conference as it causes an annoying beeping sound for everyone else. If you cannot participate for part of the conference, put your phone on mute. Likewise for those who type during the conference.

1. **BOP & Capping Stack**.

Captain Englebert's inspection of the pods shows they are in good condition. She will coordinate directly with Transocean to return the totes to Stackguard.

BP, the U.S. and Halliburton agreed on the allocation of Captain Englebert's March 2012 invoice. It is requested that they pay their shares as promptly as possible.

2. **Halliburton Computer.**

Captain Englebert reports that the work on the forensic examination of the Halliburton computer is proceeding. Halliburton is sending another hard drive that may be relevant to the 3D imaging.

BP reported that it appears that it will not be possible to recover the modeling results. The January 20, 2012 order (Rec. doc. 5307) reserved BP's right to seek further relief. BP reported that it may seek to use the Halliburton software to determine what the modeling would have shown.

3.   **Woods Hole.**

The Court reported that there is an issue as to whether WHOI and the Coast Guard have produced what the contract between the Coast Guard and WHOI refers to as "deliverables." Counsel for WHOI will participate in a telephone conference on Tuesday, April 17, 2012, with BP and the U.S.

In December 2011, BP and the PSC raised an issue concerning a topic in BP's Rule 30(b)(6) notice to WHOI.  Rec. docs. 4882 and 4883.  There was argument on the issue at the December 9, 2011 conference.  On December 16, 2011 the issue was resolved in favor of BP.  Rec. doc. 4980 at 44.  BP reported that it will notify WHOI of the Rule 30(b)(6) notice before the conference on April 16, 2012.  BP requested that the WHOI deposition be scheduled promptly after it receives the production from WHOI and the issues with the production are resolved.

4.   **U.S. and BP Production of Documents.**

The Court reported on the Tuesday and Thursday telephone discovery conferences with BP and the U.S., including the status of the deliberative process privilege claims for quantification documents.

5.   **Rule 30(b)(6) Notice for the Deposition of BP**.

The U.S. reported that it is working with BP and the States to resolve BP's objections to quantification topics in the Rule 30(b)(6) notice for the deposition of BP.  It was noted that the trial plan to be adopted by Judge Barbier will affect the notice.

6.   **Potential Rule 30(b)(6) Notice for Deposition of Anadarko**.

Anadarko and the States reported that were no further developments on the Rule 30(b)(6) notice for the deposition of Anadarko and the notice will depend on the adoption of the trial plan.

7.     **Rule 30(b)(6) Notices for MOEX and Weatherford.**

The U.S. reported that is working to schedule the Rule 30(b)(6) notice for Weatherford. It does not appear that it is necessary to depose MOEX, and that will be removed as an agenda item.

8.     **Rule 30(b)(6) Notices for Depositions of Other Non-Parties.**

BP will submit a first cut on reducing the Rule 30(b)(6) notices for depositions of non-parties limiting them to quantification topics on the premise that quantification will be assigned a higher priority than source control and other topics in the trial plan. BP will segregate topics relating to Phase One, Phase Three and source control.

9.     **Source Control**.

On April 13, BP submitted a letter regarding Transocean's written discovery on source control. BP objected that the discovery was not timely, it was duplicative, and it was covered by stipulations for Phase Two. The U.S. referred to its statements at prior conferences on source control and indicated it is probably in agreement with BP regarding Transocean's written discovery.

Halliburton reported its agreement with Transocean. For Halliburton the question is whether a party who fails to act appropriately to control the source takes on a larger portion of the allocated liability for pollution claims. It agreed that the stipulations may shorten the depositions, but the stipulations do not resolve all questioning required for the allocation of liability.

Louisiana remains interested in the spill preparedness and capping stack issues as it relates to Phase Two.

Transocean contends that the discovery is relevant to its defenses to the claim of the U.S. under the Clean Water Act. It urged that BP's objections to written discovery be resolved after Judge Barbier adopts a trial plan.

The deadline for parties to respond to Transocean's written discovery is suspended.

10. **<u>Preservation of Evidence Notification</u>**.

In a letter dated April 6, 2012, BP notified the Court of a technical violation of PTO No. 1 when a laboratory used the wrong size sieve in conjunction with the testing of certain samples. BP's report of the incident is noted for the record.

11. **<u>Equipment in Jury Room</u>**.

The Court will contact Judge Barbier regarding whether the parties should remove the equipment that was placed in the Courthouse in anticipation of the February 27 trial, including equipment in office space rented from GSA.

## CONFERENCE SCHEDULE

| | |
|---|---|
| Friday, April 20, 2012 at 9:30 a.m. | WGC meeting |
| Friday, April 27, 2012 at 9:30 a.m. | WGC meeting |
| Thursday, May 3, 2012 at 8:30 a.m. | Liaison Counsel meeting with Judge Barbier WGC meeting to follow at 9:30 a.m. |
| Friday, May 11, 2012 at 9:30 a.m. | WGC meeting |
| Friday, May 18, 2012 at 9:30 a.m. | WGC meeting |
| Friday, May 25, 2012 at 9:30 a.m. | WGC meeting |

New Orleans, Louisiana, this 16th day of April, 2012.

                                                   **SALLY SHUSHAN**
                                                   **United States Magistrate Judge**