UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL BY THE OIL RIG "DEEWATER
HORIZON" IN THE GULF OF MEXICO, ON
APRIL 20, 2010

CIVIL ACTION NUMBER 10-2179

*This Document Pertains to Civil Action Number
10-8888 CJB-SS, Document Number 55906 filed on April 15, 2011*

FILED: _____     DY. CLERK: _____

## MOTION TO ENROLL ADDITIONAL COUNSEL

NOW INTO COURT, through undersigned counsel, comes Ronnie G. Penton, counsel for Plaintiff, RICHARD STEWART, d/b/a CONTAINER RENTALS, INC., who moves this Honorable Court for an Order enrolling Agostinho J. Ribeiro, (Connecticut Bar Roll Number CT12270), Ventura, Ribeiro & Smith, 235 Main Street, Danbury, Connecticut, 06810, phone number (203) 648-4738, as additional counsel of record for Plaintiff.  The enrollment of additional counsel will not prejudice Defendants, nor will it delay these proceedings in any way.  Mover, Ronnie G. Penton, will remain as designated Trial Attorney.

WHEREFORE, Ronnie G. Penton pray that Agostinho J. Ribeiro be allowed to enroll as additional counsel of record for Plaintiff, RICHARD STEWART, d/b/a CONTAINER RENTALS, INC.

        THE PENTON LAW FIRM
        209 HOPPEN PLACE
        BOGALUSA, LOUISIANA 70427
        PHONE    :    (985) 732-5651
        FAX    :    (985) 735-5579
        E-MAIL    :    fedcourtmail@rgplaw.com

        s/Ronnie G. Penton
        Ronnie G. Penton (#10462)
        Trial Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

    April 16, 2012.

        s/Ronnie G. Penton
        Ronnie G. Penton