# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

## IN RE:  OIL SPILL BY THE OIL RIG "DEEWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

**CIVIL ACTION NUMBER 10-2179**

*This Document Pertains to Civil Action Number 10-8888 CJB-SS, Document Number 55906 filed on April 15, 2011*

**FILED:** _____          **DY. CLERK:** _____

## O R D E R

CONSIDERING THE FOREGOING:

IT IS ORDERED that Agostinho J. Ribeiro, Ventura, Ribeiro & Smith, 235 Main Street, Danbury, Connecticut, 06810, Connecticut Bar Roll Number CT12270, be allowed to enroll as additional counsel of record for Plaintiff, RICHARD STEWART, d/b/a CONTAINER RENTALS, INC., in the above entitled and numbered cause.

Signed in New Orleans, Louisiana, this _____ day of April, 2012.

_____
J U D G E