No. 12-30012

# In the United States Court of Appeals for the Fifth Circuit

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   APR 1 2 2012
LORETTA G. WHYTE
CLERK

**In re: Deepwater Horizon**

On Appeal from the United States District Court
for the Eastern District of Louisiana,
Case Nos. 2:10-MD-2179, 2:10-CV-1758, 2:10-CV-2731,
2:10-CV-2087, 2:10-CV-1757, 2:10-CV-1759, 2:11-CV-
1106, 2:11-CV-1113, 2:10-CV-2996, 2:10-CV-2997, 2:10-
CV-1760

## M-I L.L.C.'S UNOPPOSED MOTION FOR LEAVE TO FILE RECORD DESIGNATIONS

Hugh E. Tanner
Denise U. Scofield
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4000
Houston, TX 77002
T. 713.890.5000
F. 713.890.5001

*Attorneys for M-I L.L.C.*

Allyson N. Ho
MORGAN, LEWIS & BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, TX 75201
T. 214.466.4000
F. 214.466.4001
aho@morganlewis.com

*Attorney for M-I L.L.C.*

# CERTIFICATE OF INTERESTED PARTIES

The undersigned counsel of record certifies that the following persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. The representations are made in order that the Judges of this Court may evaluate possible disqualifications or recusals.

The parties below include plaintiffs and counsel in approximately 550 cases and 109,000 claims. Additionally, there are dozens of defendants with hundreds of counsel. The State of Alabama has provided a list of all counsel of record and all cases and plaintiffs within this case. M-I respectfully directs this Court to that listing for an identification of all persons with an interest in the outcome of this case.

*Appellee:*

> **M-I L.L.C.** (M-I L.L.C. has two parent corporations: Smith International Acquisition Corporation and Schlumberger Technology Corporation. The indirect parent of Smith International Acquisition Corporation and Schlumberger Technology Corporation is Schlumberger Limited, a publicly traded corporation.)

***Counsel for Appellee:***

Allyson N. Ho
MORGAN, LEWIS & BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, TX 75201
T. 214.466.4000
F. 214.466.4001

Hugh E. Tanner
Denise U. Scofield
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
T. 713.890.5000
F. 713.890.5001

April 5, 2012                                   Respectfully submitted,

                                                /s/ *Allyson N. Ho*
                                                Allyson N. Ho
                                                MORGAN, LEWIS & BOCKIUS LLP
                                                1717 Main Street, Suite 3200
                                                Dallas, TX 75201
                                                T. 214.466.4000
                                                F. 214.466.4001

                                                Hugh E. Tanner
                                                Denise U. Scofield
                                                MORGAN, LEWIS & BOCKIUS LLP
                                                1000 Louisiana Street, Suite 4000
                                                Houston, TX 77002
                                                T. 713.890.5000
                                                F. 713.890.5001

                                                ***Attorneys for M-I L.L.C.***

M-I L.L.C. ("M-I") respectfully moves for leave to file its designations of record on appeal. M-I filed notices of appearances on April 3, 2012, and now, pursuant to this Court's March 3, 2012 letter, requests leave to designate six of its briefs to the district court to be included in the appellate record. These documents are material to M-I and thus suitable for inclusion in a supplemental record under Federal Rule of Appellate Procedure 10(e).

A copy of M-I's proposed record designations is attached as Exhibit A.

This Court issued its briefing schedule yesterday, and thus supplementing the record now will not impact the briefing schedule or prejudice any party.

M-I conferred with all parties. None of them opposes M-I's motion.

Wherefore, M-I respectfully requests that the Court allow it to file its designations of record on appeal.

April 5, 2012

Respectfully submitted,

/s/ Allyson N. Ho
Allyson N. Ho
MORGAN, LEWIS & BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, TX 75201
T. 214.466.4000
F. 214.466.4001
aho@morganlewis.com

Hugh E. Tanner
Denise U. Scofield
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4000
Houston, TX 77002
T. 713.890.5000
F. 713.890.5001

*Attorneys for M-I L.L.C.*

## **CERTIFICATE OF CONFERENCE**

I certify that M-I's counsel conferred with all parties. None of them opposes M-I's motion.

/s/ <i>Allyson N. Ho</i>  
Allyson N. Ho

## CERTIFICATE OF SERVICE

I certify that the foregoing document has been served on all counsel of record via the Court's electronic filing system on April 5, 2012, except for the following counsel who were served by U.S. Mail.

Mr. Ky E. Kirby
Bingham McCutchen, L.L.P.
2020 K Street, N.W.
Washington, DC 20006

Mr. Christopher McNevin
Pillsbury Winthrop Shaw Pittman, L.L.P.
725 S. Figueroa Street
Los Angeles, CA 90017-5406

Ms. Deborah D. Kuchler
Kuchler, Polk, Schell, Weiner & Richeson, L.L.C.
1615 Poydras Street, Suite 1300
New Orleans, LA 70112

Mr. Kerry J. Miller
Frilot, L.L.C.
1100 Poydras Street
New Orleans, LA 70163

Mr. Michael G. Lemoine
Jones Walker
Suite 1600
600 Jefferson Street
Lafayette, LA 70501

Mr. Franklin G. Shaw,
Leger & Shaw
512 E. Boston Street
Covington, LA 70433

Mr. Joseph Lee Waitz, Jr.
District Attorney's Office
    for the 32nd JDC
7856 Main Street, Courthouse Annex
Houma, LA 70360

/s/ *Allyson N. Ho*
Allyson N. Ho

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 § § § § § § THIS DOCUMENT RELATES TO § MDL-2179 and Nos. 10-2771, 10-1757, 10-§ 1758, 10-1759, 10-1760, 10-2087, 10-2731, § 10-2996, 10-2997, 11-1106, 11-1113, and 11-§ 1480 § § | MDL No. 2179 Section J Judge Carl J. Barbier Magistrate Judge Sally Shushan |

## M-I L.L.C.'S DESIGNATIONS OF RECORD ON APPEAL IN FIFTH CIRCUIT CASE NO. 12-30012

In addition to the Joint Designations, Dkt. No. 5534, M-I L.L.C ("M-I") respectfully designates the following items for the District Court to use in preparing the Record on Appeal. For those docket entries that have attachments or exhibits, M-I intends that those attachments or exhibits should also be included in the record.

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL-2179 | 1597 | 03/11/11 | Defendant M-I L.L.C.'s Motion to Dismiss the First Amended Master Complaint, Cross-Claim, and Third-Party Complaint for Private Economic Losses ["B1 Bundle"] |
| MDL-2179 | 2216 | 04/29/11 | Reply in Further Support of Defendant M-I L.L.C.'s Motion to Dismiss the First Amended Master Complaint, Cross-Claim, and Third-Party Complaint for Private Economic Losses ["B1 Bundle"] |
| MDL-2179 | 2630 | 06/03/11 | Defendant M-I L.L.C.'s Motion to Dismiss the State of Alabama's First Amended Complaint |
| MDL-2179 | 2631 | 06/03/11 | Defendant M-I L.L.C.'s Motion to Dismiss the State of Louisiana's First Amended Complaint |
| MDL-2179 | 3581 | 08/05/11 | Reply in Further Support of Defendant M-I L.L.C.'s Motion to Dismiss the State of Louisiana's First Amended Complaint |

DB1/ 69499815.1

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL-2179 | 3583 | 08/05/11 | Reply in Further Support of Defendant M-I L.L.C.'s Motion to Dismiss the State of Alabama's First Amended Complaint |

April __, 2012                                          Respectfully submitted,

**OF COUNSEL:**                                         MORGAN, LEWIS & BOCKIUS LLP
MORGAN, LEWIS & BOCKIUS LLP

Derek E. Leon                                           By: /s/ *Hugh E. Tanner*
dleon@morganlewis.com.                                      Hugh E. Tanner
Texas Bar No. 24002463                                      htanner@morganlewis.com
5300 Wachovia Financial Center                              Texas Bar No. 19637400
200 South Biscayne Boulevard                                1000 Louisiana, Suite 4000
Miami, Florida 33131                                        Houston, Texas 77002
Telephone:  (305) 415-3000                                  Telephone:  (713) 890-5000
Facsimile:  (305) 415-3001                                  Facsimile:  (713) 890-5001

Denise Scofield
dscofield@morganlewis.com                               **ATTORNEY FOR DEFENDANT**
Texas Bar No. 00784934                                  **M-I L.L.C.**
1000 Louisiana, Suite 4000
Houston, Texas 77002
Telephone:  (713) 890-5000
Facsimile:  (713) 890-5001

**ATTORNEYS FOR DEFENDANT**
**M-I L.L.C.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Defendant M-I L.L.C.'s Designations of Record on Appeal in Fifth Circuit Case No. 12-30012 has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the Court's CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179, on this ___ day of April, 2012.

/s/ Hugh E. Tanner

Hugh E. Tanner

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130



April 10, 2012

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 12-30012   In Re: Deepwater Horizon
        USDC No. 2:10-CV-1758
        USDC No. 2:10-MD-2179

The court has granted the unopposed motion of appellee, M-I, L.L.C., to supplement the record on appeal with docket numbers 1597, 2216, 2630, 2631, 3581, and 3583 (from MDL-2179) in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Misty Fontenot*
Misty L. Fontenot, Deputy Clerk
504-310-7716

Mr. William Cothbert Baldwin
Mr. David J. Beck
Ms. Carmelite M. Bertaut
Mr. Frederick Arthur Brodie
Mr. Peter J. Butler Jr.
Mr. Donald T Carmouche
Mr. John H Carmouche
Mr. Jeffrey Bossert Clark Sr.
Ms. Rachel Giesber Clingman
Mr. Paul D Connick Jr.
Mr. Philip Francis Cossich Jr.
Mr. Robert David Daniel
Mr. James J. Dragna
Mr. C. Berwick Duval II
Mr. Stanwood Robert Duval
Ms. Wanda Jean Edwards
Mr. John Michael Elsley
Mr. Calvin Clifford Fayard Jr.
Mr. Edward Flanders
Mr. Richard Cartier Godfrey
Mr. Donald Everett Godwin
Mr. Glenn G. Goodier
Mr. John Phillip Haney
Mr. Don Keller Haycraft
Mr. Fred L. Herman
Ms. Allyson Newton Ho

Mr. David Blayne Honeycutt
Mr. Paul Matthew Jones
Mr. Bryan Michael Killian
Mr. Ky E. Kirby
Mr. Edward F Kohnke IV
Ms. Deborah D Kuchler
Mr. James Andrew Langan
Ms. Elizabeth A Larsen
Mr. Walter J Leger Jr.
Mr. Michael G Lemoine
Mr. Derek E Leon
Mr. Victor L. Marcello
Mr. Corey L. Maze
Mr. Jack McKay
Mr. Evans Martin McLeod
Mr. Christopher McNevin
Mr. Kerry J. Miller
Mr. Harry J Morel Jr.
Mr. Camille A Morvant II
Mr. Stephen B. Murray Jr.
Mr. David Allen Parsiola
Mr. Richard G. Passler
Mr. Russell Stanley Post
Mr. Edwin G Preis Jr.
Mr. John F. Pritchard
Mr. Walter P Reed
Mr. Steven Lynn Roberts
Mr. John Francis Rowley
Mr. David Bruce Salmons
Mr. Lance Michael Sannino
Ms. Denise U. Scofield
Ms. Christine Elizabeth Sevin
Mr. Franklin G Shaw
Mr. Barrett Robert Stephens
Mr. Kent C. Sullivan
Mr. Hugh Earl Tanner
Mr. Tommy W Thornhill
Mr. Joseph Lee Waitz Jr.
Mr. Campbell E. Wallace
Ms. Loretta Whyte
Mr. Michael Butler Wigmore
Mr. Robert Alan York