UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION "J" |
| | * | JUDGE BARBIER |
| Applies to: Short Form Joinder for Jay D. Trochesset, Civil Action No. 2:10CV08888-CJB-SS Doc. No. 69657 | * | MAG. JUDGE SHUSHAN |

### ORDER

There is before the Court the motion of Wynn E. Clark for leave to withdraw as counsel of record for the Plaintiff/Claimant(s) Jay D. Trochesset and Silver Dollar, Inc., (collectively, the "Plaintiff/Claimant") in Short Form Joinder Doc. 69657.

**IT IS, THEREFORE, ORDERED that**:

Wynn E. Clark is granted leave to withdraw as counsel of record for the Plaintiff/Claimant(s), Jay D. Trochesset and Silver Dollar, Inc., Short Form Joinder Doc. 69657.

**SO ORDERED**, New Orleans, Louisiana this 16th day of April, 2012.

_____
United States District Judge