IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: | § | MDL No. 2179 |
| | § | |
| OIL SPILL by the OIL RIG | § | Section: J |
| "DEEPWATER HORIZON" | § | |
| in the GULF OF MEXICO, | § | |
| on APRIL 20, 2010 | § | |
| | § | Judge Barbier |
| THIS DOCUMENT RELATES TO: | § | |
| Civil Action No. 10-8888, Doc. 68645 | § | Mag. Judge Shushan |

## ORDER GRANTING MOTION TO WITHDRAW

The Court has considered the motion of Plaintiff GREEN MACHINES' counsel of record, W. Mark Lanier and The Lanier Law Firm, P.C., to withdraw from representing Plaintiff GREEN MACHINES in the above-entitled and numbered cause, and the motion is hereby GRANTED.

It is therefore ORDERED that W. Mark Lanier and The Lanier Law Firm, P.C. be and hereby are withdrawn and removed from representing Plaintiff Green Machines in this action. BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES P.C. will remain as Plaintiff Green Machines' counsel in this matter.

DONE AND ORDERED at New Orleans, Louisiana this 16th day of April, 2012.

_____
United States District Judge