UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| *All Cases* | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

In connection with the class settlement agreement in principle between the PSC and BP, the parties were ordered to file a motion for preliminary approval by 5:00 p.m. today, April 16, 2012. ("First Amended Order Creating Transition Process" issued March 8, 2012, Rec. Doc. 5995).  Since that time, the parties to the agreement, assisted by Magistrate Judge Sally Shushan, have been engaged in finalizing the details of the settlement agreement and compiling all of the necessary documentation and exhibits for formal filing with the Court.

This afternoon, the Court has been advised by counsel and Judge Shushan that a brief extension of time is necessary for the parties to complete the compiling of the supporting documentation and exhibits which will be annexed to the settlement agreement when it is formally submitted to the Court.

Accordingly,

IT IS ORDERED that the deadline for the filing of the motion for preliminary approval is hereby extended to 8:30 a.m. CDT on Wednesday, April 18, 2012.

New Orleans, Louisiana, this 16th day of April, 2012.

_____
United States District Judge