# Map of Gulf Coast Area

