# EXHIBIT A

## Claimants

1. Lynette M/ Buckley
2. Cynthia J. Johnson
3. Sherry I. Maples
4. Vickey W. Maples