EXHIBIT B

1. Short Form for Lynette M/ Buckley
2. Short Form for Cynthia J. Johnson
3. Short Form for Sherry I. Maples
4. Short Form for Vickey W. Maples