-1-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>Section:  J |
| THIS DOCUMENT RELATES: | |
| *All Cases and 2:10-CV-2771* <br><br>_____/ | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## ORDER

Considering the Motion for Leave to file Short Form Joinders Beyond the September 16, 2011 Deadline and the Supporting Memorandum of Law:

IT IS ORDERED that the Motion for Leave to file Short Form Joinders is hereby GRANTED and all Short Form Joinders contained in Exhibit B to this pleading are to be filed by the Clerk into the record of Civil Action No. 10-8888, shall be considered timely filed in the Transocean Limitation (Civil Action No. 10-2771), as well as joinder in the Bundle B1 and/or B3 Amended Master Complaints, in accordance with Pretrial orders Nos. 24 and 25.

Signed this _____ day of _____, 2012.

_____
Honorable Carl J. Barbier
U.S. District Court Judge

-1-