UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  Oil Spill by the Oil Rig "DEEPWATER HORIZON" in the Gulf of Mexico on April 20, 2010 | CIVIL ACTION<br><br>MDL NO.:  2179<br><br>SECTION "J"(1) |
| THIS DOCUMENT RELATES TO:<br>11-58 | Hon. Carl J. Barbier<br>Mag. Judge Sally Shushan |

*EX PARTE* AND UNOPPOSED MOTION TO CANCEL AND RELEASE
LETTER OF UNDERTAKING IN CIVIL ACTION NO. 11-58

NOW INTO COURT, through undersigned counsel, come Monica Ann, L.L.C., as Owner, and JNB Operating, L.L.C. and Gulf Offshore Logistics, L.L.C., as Managers/Operators and/or Owners *Pro Hac Vice*, of the M/V MONICA ANN, and respectfully request that this Honorable Court issue an Order cancelling and releasing the Letter of Undertaking filed in Civil Action No. 11-58, for the reasons more fully set forth in the accompanying Memorandum in Support hereof.

1

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: *William J. Riviere*

William J. Riviere, T.A. (Bar No. 20593)
Phelps Dunbar, LLP
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: riviereb@phelps.com

Attorneys for Petitioners in Limitation, Monica Ann, L.L.C., JNB Operating, L.L.C. and Gulf Offshore Logistics, L.L.C.

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on this 17th day of April, 2012.

*William J. Riviere*

William J. Riviere

2