UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  Oil Spill by the Oil Rig "DEEPWATER HORIZON" in the Gulf of Mexico on April 20, 2010 | CIVIL ACTION<br><br>MDL NO.:  2179<br><br>SECTION "J"(1) |
| THIS DOCUMENT RELATES TO:<br>11-58 | Hon. Carl J. Barbier<br>Mag. Judge Sally Shushan |

MEMORANDUM IN SUPPORT OF
*EX PARTE* AND UNOPPOSED MOTION TO CANCEL AND RELEASE
LETTER OF UNDERTAKING IN CIVIL ACTION NO. 11-58

MAY IT PLEASE THE COURT:

Monica Ann, L.L.C., as Owner, and JNB Operating, L.L.C. and Gulf Offshore Logistics, L.L.C., as Managers/Operators and/or Owners *Pro Hac Vice*, of the M/V MONICA ANN, respectfully request that this Honorable Court issue an Order cancelling and instructing the Clerk of Court to release to undersigned counsel the original Letter of Undertaking (Rec. Doc. No. 5, Civil Action No. 11-58) filed on behalf of the M/V MONICA ANN, in Civil Action No. 11-58, a member case consolidated into Civil Action MDL 2179.

As the Court will recall, this matter involves various damage claims filed on behalf of Terry Robin, *et al*, in their direct and allegedly representative capacities seeking class action

1

status, asserting certain allegations of negligence against the M/V MONICA ANN, and other response vessels, alleged to have caused or contributed to the sinking of the DEEPWATER HORIZON during their response efforts following the explosions occurring aboard the rig. The M/V MONICA ANN was one of the vessels providing assistance.

Pursuant to a Final Judgment and Decree of Exoneration (Rec. Doc. No. 61, Civil Action No. 11-58, and Rec. Doc. No. 4674, MDL 2179), and an Amended Final Judgment (Rec. Doc. No. 21, Civil Action 10-1986, and Rec. Doc. No. 4693, MDL 2179) entered by this Honorable Court on November 21 and 22, 2011, respectively, exoneration was granted to the MONICA ANN interests/movants herein, along with the other emergency response vessel interests involved in the *Robin* action, and all claims pending against them in the MDL generally were dismissed.

A subsequent appeal was taken by the *Robin, et al.* case claimants only, to the United States Court of Appeals for the Fifth Circuit as to the aforementioned final judgments. However, counsel for the *Robin, et al.* claimants agreed to, and now has, dismissed the appeal to the extent it involved the M/V MONICA ANN and its related interests, Monica Ann, L.L.C., JNB Operating, L.L.C. and Gulf Offshore Logistics, L.L.C. See Judgment Issued as Mandate by the United States Court of Appeals for the Fifth Circuit, attached hereto as Exhibit "A." Accordingly, the appeal has now been dismissed to the extent that it pertained to the M/V MONICA ANN and its related interests, Monica Ann, L.L.C., JNB Operating, L.L.C. and Gulf Offshore Logistics, L.L.C.

As all remaining claims involving the M/V MONICA ANN, Monica Ann, L.L.C., JNB Operating, L.L.C. and Gulf Offshore Logistics, L.L.C. have been fully and finally resolved as a

result of the dismissal of the appeal by all persons and entities maintaining claims against them, movants hereby seek an Order from this Honorable Court cancelling and releasing the original Letter of Undertaking (Rec. Doc. No. 5, Civil Action No. 11-58) filed on behalf of the M/V MONICA ANN.

Further, counsel representing plaintiffs/claimants/appellants, Terry Robin, *et al.*, who represents <u>all appellants</u> claiming against the M/V MONICA ANN interests in connection with the matter pending in the United States Court of Appeals for the Fifth Circuit, has been contacted and has confirmed that there is no opposition to the filing and granting of this motion.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: _/s/ William J. Riviere_

William J. Riviere, T.A. (Bar No. 20593)
Phelps Dunbar, LLP
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: riviereb@phelps.com

Attorneys for Petitioners in Limitation, Monica Ann, L.L.C., JNB Operating, L.L.C. and Gulf Offshore Logistics, L.L.C.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on this 17th day of April, 2012.

William J. Riviere