# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

REVISED
April 11, 2012

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 11-31172, In Re: Deepwater Horizon
        USDC No. 2:10-MD-2179
        USDC No. 2:10-CV-1986

Enclosed is a copy of the judgment issued as the mandate.

Please note that appeal #11-31172 remains open as to all remaining appellees, other than M/V Monica Ann & Gulf Offshore Logistics, LLC.

Also, appeal #11-31184 is dismissed in its entirety. All remaining cases will proceed with the briefing schedule set.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Angelique D. Batiste, Deputy Clerk
                      504-310-7715

cc w/encl:
    Mr. Lloyd N Frischhertz
    Mr. Jeremy Thomas Grabill
    Mr. Gary Alan Hemphill
    Mr. Michael J. Lyle
    Mr. F. Gerald Maples
    Mr. Robert P McCleskey Jr.
    Mr. Theodore E. Tsekerides

EXHIBIT A

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

April 11, 2012

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 11-31172, In Re: Deepwater Horizon
        USDC No. 2:10-MD-2179
        USDC No. 2:10-CV-1986

Enclosed is a copy of the judgment issued as the mandate.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    /s/ Angelique D. Batiste
              By: _____
              Angelique D. Batiste, Deputy Clerk
              504-310-7715

cc w/encl:
    Mr. Lloyd N Frischhertz
    Mr. Jeremy Thomas Grabill
    Mr. Gary Alan Hemphill
    Mr. Michael J. Lyle
    Mr. F. Gerald Maples
    Mr. Robert P McCleskey Jr.
    Mr. Theodore E. Tsekerides

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 11-31172

IN RE: DEEPWATER HORIZON
------------------------------------------------------------------
TERRY G. ROBIN, Individually and on behalf of all members of the 3 classes represented by the named plaintiffs including individual/entities which are landowners, individuals/entities which are commercial fisherman, shrimpers, oyster harvesters, etc.; CAROLYN FRIERE; DOROTHY MOLERO; JANICE GONZALES; JANET ESTAVEZ; RICKY ESTAVEZ; ANABELLE NUNEZ; DARDINELLA LONG; KAREN SCOTT; MARIE CAMPO; LARRY FRILOT; B.M. PERRY, II, LIMITED; DAVID ESTAVEZ,

Plaintiffs - Appellants

v.

SEACOR MARINE, L.L.C.; SEACOR MARINE, INCORPORATED; SEACOR MARINE INTERNATIONAL, INCORPORATED; NAUTICAL VENTURES, L.L.C.; ISLAND VENTURES, II; JOE GRIFFIN MV, in rem; MR. SIDNEY MV, in rem; SEACOR WASHINGTON MV, in rem; SEACOR VANGUARD MV, in rem,

Defendants - Appellees
------------------------------------------------------------------
CONSOLIDATED WITH 11-31178

In Re: In the Matter of the Complaint of Seacor Worldwide, Incorporated, As Beneficial Owner, Registered Owner, and Managing Owner of the M/V Seacor Lee, for Exoneration from or Limitation of Liability

SEACOR HOLDINGS, INCORPORATED; SEACOR OFFSHORE, L.L.C.; SEACOR MARINE, L.L.C.; SEACOR WORLDWIDE, INCORPORATED, As Beneficial Owner, Registered Owner, and Managing Owner of the M/V Seacor Lee Petitioning for Exoneration from or Limitation of Liability,

Petitioners - Appellees

v.

TERRY G. ROBIN; AIMAN ABDEL; CARL ALEXANDER; SERGIO ALVARADO; BILLY BENSEL; ET AL,

Claimants - Appellants

---

CONSOLIDATED WITH 11-31179

In Re: In the Matter of the Complaint of Seacor Marine, L.L.C., As Beneficial Owner, Registered Owner, and Managing Owner of the M/V Seacor Vanguard, for Exoneration from or Limitation of Liability

SEACOR HOLDINGS, INCORPORATED; SEACOR OFFSHORE, L.L.C.; SEACOR MARINE, L.L.C., As Beneficial Owner, Registered Owner, and Managing Owner of the M/V Seacor Vanguard Petitioning for Exoneration from or Limitation of Liability,

Petitioners - Appellees

v.

TERRY G. ROBIN; AIMAN ABDEL; CARL ALEXANDER; SERGIO ALVARADO; BILLY BENSEL; ET AL,

Claimants - Appellants

---

CONSOLIDATED WITH 11-31180

In Re: In the Matter of the Complaint of Siemens Financial, Incorporated, As Beneficial Owner, Registered Owner, and Managing Owner of the M/V Seacor Washington, for Exoneration from or Limitation of Liability

SEACOR HOLDINGS, INCORPORATED; SEACOR OFFSHORE, L.L.C.; SEACOR MARINE, L.L.C.; SIEMENS FINANCIAL, INCORPORATED, As Beneficial Owner, Registered Owner, and Managing Owner of the M/V Seacor Washington Petitioning for Exoneration from or Limitation of Liability,

Petitioners - Appellees

v.

TERRY G. ROBIN; AIMAN ABDEL; CARL ALEXANDER; SERGIO ALVARADO; BILLY BENSEL; ET AL,

Claimants - Appellants

---

CONSOLIDATED WITH 11-31181

In Re: In the Matter of the Complaint of Island Ventures, II, L.L.C., As Owner of the M/V Joe Griffin, for Exoneration from or Limitation of Liability

ISLAND VENTURES, II, L.L.C., As Owner of the M/V Joe Griffin, Petitioning for Exoneration from or Limitation of Liability,

Petitioner - Appellee

v.

TERRY G. ROBIN; AIMAN ABDEL; CARL ALEXANDER; SERGIO ALVARADO; BILLY BENSEL; ET AL,

Claimants - Appellants

---

CONSOLIDATED WITH 11-31183

In Re: In the Matter of the Complaint of Nautical Solutions, L.L.C., As Owner of the M/V Mr. Sidney, for Exoneration from or Limitation of Liability

NAUTICAL SOLUTIONS, L.L.C., As Owner of the M/V Mr. Sidney, Petitioning for Exoneration from or Limitation of Liability,

Petitioner - Appellee

v.

TERRY G. ROBIN; AIMAN ABDEL; CARL ALEXANDER; SERGIO ALVARADO; BILLY BENSEL; ET AL,

Claimants - Appellants

---

Appeals from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

CLERK'S OFFICE:

Under FED. R. APP. P. 42(b), the consolidated appeal filed on December 12, 2011, appellate case #11-31184 is dismissed as of April 11, 2012, pursuant

to appellant's motion.

IT IS FURTHER ORDERED that the Appellees, MONICA ANN, LLC, JNB OPERATING, LLC, GULF OFFSHORE LOGISTICS, LLC & M/V MONICA ANN are no longer parties to the appeals.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: *Angelique D. Batiste*
Angelique D. Batiste, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

Case No. 11-31172

IN RE: DEEPWATER HORIZON
------------------------------------------------------------------
TERRY G. ROBIN, Individually and on behalf of all members of the
3 classes represented by the named plaintiffs including
individual/entities which are landowners, individuals/entities
which are commercial fisherman, shrimpers, oyster harvesters,
etc.; CAROLYN FRIERE; DOROTHY MOLERO; JANICE GONZALES; JANET
ESTAVEZ; RICKY ESTAVEZ; ANABELLE NUNEZ; DARDINELLA LONG; KAREN
SCOTT; MARIE CAMPO; LARRY FRILOT; B.M. PERRY, II, LIMITED; DAVID
ESTAVEZ,

Plaintiffs - Appellants

v.

SEACOR MARINE, L.L.C.; SEACOR MARINE, INCORPORATED; SEACOR MARINE
INTERNATIONAL, INCORPORATED; NAUTICAL VENTURES, L.L.C.; ISLAND
VENTURES, II; JOE GRIFFIN MV, in rem; MR. SIDNEY MV, in rem;
SEACOR WASHINGTON MV, in rem; SEACOR VANGUARD MV, in rem,

Defendants - Appellees
------------------------------------------------------------------
CONSOLIDATED WITH 11-31178

In Re: In the Matter of the Complaint of Seacor Worldwide,
Incorporated, As Beneficial Owner, Registered Owner, and Managing
Owner of the M/V Seacor Lee, for Exoneration from or Limitation
of Liability

SEACOR HOLDINGS, INCORPORATED; SEACOR OFFSHORE, L.L.C.; SEACOR
MARINE, L.L.C.; SEACOR WORLDWIDE, INCORPORATED, As Beneficial
Owner, Registered Owner, and Managing Owner of the M/V Seacor Lee
Petitioning for Exoneration from or Limitation of Liability,

Petitioners - Appellees

v.
TERRY G. ROBIN; AIMAN ABDEL; CARL ALEXANDER; SERGIO ALVARADO;
BILLY BENSEL; ET AL,

Claimants - Appellants
------------------------------------------------------------------
CONSOLIDATED WITH 11-31179

In Re: In the Matter of the Complaint of Seacor Marine, L.L.C.,
As Beneficial Owner, Registered Owner, and Managing Owner of the
M/V Seacor Vanguard, for Exoneration from or Limitation of
Liability

SEACOR HOLDINGS, INCORPORATED; SEACOR OFFSHORE, L.L.C.; SEACOR
MARINE, L.L.C., As Beneficial Owner, Registered Owner, and
Managing Owner of the M/V Seacor Vanguard Petitioning for
Exoneration from or Limitation of Liability,

Petitioners - Appellees

Case 2:10-md-02179-CJB-DPC Document 6257-2 Filed 04/17/12 Page 8 of 8
Case: 11-31184 Document: 00511818622 Page: 2 Date Filed: 04/9/2012

v.

TERRY G. ROBIN; AIMAN ABDEL; CARL ALEXANDER; SERGIO ALVARADO; BILLY BENSEL; ET AL,

Claimants - Appellants
-----------------------------------------------------------------
CONSOLIDATED WITH 11-31180

In Re: In the Matter of the Complaint of Siemens Financial, Incorporated, As Beneficial Owner, Registered Owner, and Managing Owner of the M/V Seacor Washington, for Exoneration from or Limitation of Liability

SEACOR HOLDINGS, INCORPORATED; SEACOR OFFSHORE, L.L.C.; SEACOR MARINE, L.L.C.; SIEMENS FINANCIAL, INCORPORATED, As Beneficial Owner, Registered Owner, and Managing Owner of the M/V Seacor Washington Petitioning for Exoneration from or Limitation of Liability,

Petitioners - Appellees

v.

TERRY G. ROBIN; AIMAN ABDEL; CARL ALEXANDER; SERGIO ALVARADO; BILLY BENSEL; ET AL,

Claimants - Appellants
-----------------------------------------------------------------
CONSOLIDATED WITH 11-31181

In Re: In the Matter of the Complaint of Island Ventures, II, L.L.C., As Owner of the M/V Joe Griffin, for Exoneration from or Limitation of Liability

ISLAND VENTURES, II, L.L.C., As Owner of the M/V Joe Griffin, Petitioning for Exoneration from or Limitation of Liability,

Petitioner - Appellee

v.

TERRY G. ROBIN; AIMAN ABDEL; CARL ALEXANDER; SERGIO ALVARADO; BILLY BENSEL; ET AL,

Claimants - Appellants
-----------------------------------------------------------------
CONSOLIDATED WITH 11-31183

In Re: In the Matter of the Complaint of Nautical Solutions, L.L.C., As Owner of the M/V Mr. Sidney, for Exoneration from or Limitation of Liability

NAUTICAL SOLUTIONS, L.L.C., As Owner of the M/V Mr. Sidney, Petitioning for Exoneration from or Limitation of Liability,

Petitioner - Appellee

v.

TERRY G. ROBIN; AIMAN ABDEL; CARL ALEXANDER; SERGIO ALVARADO; BILLY BENSEL; ET AL,

Claimants - Appellants