UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179 SECTION J |
| THIS DOCUMENT RELATES: | * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |
| IN RE: TRITON ASSET LEASING GmbH Case No. 2:10-cv-02771-CJB-SS | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR LEAVE TO FILE LIMITATION SHORT FORM JOINDERS BEYOND THE APRIL 20, 2011 DEADLINE

NOW INTO COURT, through undersigned counsel, come Movants, identified as various claimants in "Exhibit A" (Movants) who move this Court for leave to file Short Form Joinders in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., As Owner, Managing Owners, Owners Pro Hac Vice, and/or Operators of the MODU Deepwater Horizon, and as grounds therefore shows the Court as follows:

1. This Court established a deadline for the filing of claims in the Transocean limitation proceeding for April 20, 2011.

2. Movants contacted counsel after the Court-established deadline seeking assistance in filing claims for damages incurred as a result of the Deepwater Horizon explosion and resulting oil spill.

3. Movants did not timely file in the Transocean limitation proceeding.

4. No prejudice will result from the acceptance of the proposed Short Form Joinders, which are listed in Exhibit A. No action has been taken in the

limitation proceeding which could cause prejudice to any other party to the proceeding.

For these reasons, Movants requests that the Court grant Movants' leave to file the Short Form Joinders listed in Exhibit A and that the Court deems said Short Form Joinders as timely filed.

Respectfully Submitted:

_____
Jonathan W. Johnson
GA Bar No. 394830
Law Office of Jonathan W. Johnson
4E Executive Park East, Suite 355
Atlanta, GA 30329
Tel: 404-298-0795
Fax: 404-941-2285

## CERTIFICATE OF SERVICE

I hearby certify that on April 17, 2012, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

_____
Jonathan W. Johnson