| Exhibit A | | |
| --- | --- | --- |
| Name of Claimant | Date Filed | Short Form Document # |
| Zepplin, LLC | 3/7/2012 | 117886 |
| Larry A. Laney | 3/7/2012 | 117887 |
| Marcus C. Flynn | 3/7/2012 | 117885 |
| Shawn Danzie | 3/16/2012 | 117984 |
| Gary K. Dowdle | 3/21/2012 | 118045 |
| Marc Lucier | 4/13/2012 | 118402 |