**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | **MDL No. 2179** |
| "DEEPWATER HORIZON" in the | * | |
| **GULF OF MEXICO, on** | * | **SECTION J** |
| **APRIL 20, 2010** | * | |
| | * | **JUDGE BARBIER** |
| THIS DOCUMENT RELATES: | * | **MAG. JUDGE SHUSHAN** |
| | * | |
| IN RE: TRITON ASSET LEASING GmbH | * | |
| Case No. 2:10-cv-02771-CJB-SS | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Motion for Acceptance of Limitation Short Form Joinders Filed

Beyond the April, 20, 2011 Deadline:

It is ORDERED that the late filed Short Form Joinders filed by Movants,

identified as various claimants in "Exhibit A", in the action 2:10-cv-08888-CJB-SS are

hereby considered to be timely filed claims in the Transocean Limitation (Civil Action

No. 10-2771), as well as joinder in the Bundle B1 and/or B3 Amended Master

Complaints, in accordance with Pre-Trial Orders Nos. 24 and 25.

New Orleans, Louisiana this _____ day of _____, 2012.

_____
United States District Judge