UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:                                    CASE NUMBER 2:10-cv-08888-CJB-SS

Oil Spill by the Oil Rig "Deepwater Horizon"
SHORT-FORM JOINDERS

MOTION TO SUBSTITUTE AND ENROLL AS COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Victor J. Versaggi and the law firm Domengeaux Wright Roy & Edwards, and Charles R. Minyard, who respectfully move that they be substituted as counsel of record in place of Sean R. Dawson and the law firm Vezina and Gattuso, LLC, in the above captioned case for Dufrene Building Materials, Inc.

WHEREFORE, Victor J. Versaggi and the law firm Domengeaux Wright Roy & Edwards, and Charles R. Minyard, pray that they be substituted as counsel of record in place of Sean R. Dawson and the law firm Vezina and Gattuso, LLC in the above captioned case for Dufrene Building Materials, Inc.

Respectfully submitted,

_____
VICTOR J. VERSAGGI, LA Bar No. 13050
DOMENGEAUX WRIGHT ROY & EDWARDS
556 Jefferson Street, Suite 500 (70501)
P. O. Box 3668
Lafayette, LA   70502-3668
PH: (337) 233-3033
FX: (337) 232-8213

_____
CHARLES R. MINYARD, LA Bar No. 9660
600 Jefferson Street, Suite 501 (70501)
P. O. Box 3642
Lafayette, LA   70502
PH: (337) 266-2300

_____
SEAN R. DAWSON, LA Bar No. 19542
VEZINA AND GATTUSO, LLC
401 Weyer St., P. O. Box 461
Gretna, LA   70054
PH: (504) 368-5223