## EXHIBIT A

## Claimants

1. Stir the Pot, LLC and CEO Billy Fox

2. J. Gumbo's LLC and Catherine Duvio