IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * * * | MDL NO. 2179<br><br>SECTION: J<br><br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |
| Plaisance, *et al.*, individually and on behalf of the Putative Medical Benefits Settlement Class,<br><br>Plaintiffs,<br><br>v.<br><br>BP Exploration & Production Inc., *et al.*,<br><br>Defendants. | * * * * * * * * * * * * * | NO. 12-CV-968<br><br>SECTION: J<br><br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

**PLAINTIFFS' AND BP'S JOINT MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF PAGE LENGTH IN SUPPORT OF THEIR JOINT MOTION FOR PRELIMINARY APPROVAL OF PROPOSED MEDICAL BENEFITS CLASS ACTION SETTLEMENT, APPROVAL OF CLASS NOTICE, AND RELATED MATTERS**

Plaintiffs and BP respectfully request leave to file a Memorandum in Support of their Joint Motion for Preliminary Approval of Proposed Medical Benefits Class Action Settlement, Approval of Class Notice, and Related Matters that exceeds the twenty-five page limit imposed by Rule 7.7 of the Local Rules of the Eastern District of Louisiana.

Local Rule 7.7 imposes a limit of 25 pages for memoranda supporting a motion. The parties' joint memorandum, excluding the tables, signature block, and other excludable material

is 41 pages in length. The parties jointly request an extension of 16 pages to permit them sufficient space to address the comprehensive settlement that they have reached to resolve certain claims in this complex litigation. The parties submit that this extension will be useful to the Court in assessing whether, under a preliminary analysis, the Medical Benefits Class Action Settlement is sufficiently fair, reasonable, and adequate such that the Court should preliminarily approve it, direct that notice be sent to the class, and hold a fairness hearing to consider whether the settlement should be finally approved.

      A proposed order accompanies this Motion.

April 18, 2012                                              Respectfully submitted,


/s/ Stephen J. Herman                          /s/ James Parkerson Roy
Stephen J. Herman, La. Bar No. 23129           James Parkerson Roy, La. Bar No. 11511
HERMAN HERMAN KATZ & COTLAR LLP                DOMENGEAUX WRIGHT ROY & EDWARDS LLC
820 O'Keefe Avenue                             556 Jefferson Street, Suite 500
New Orleans, Louisiana 70113                   Lafayette, Louisiana 70501
Telephone: (504) 581-4892                      Telephone: (337) 233-3033
Fax No. (504) 569-6024                         Fax No. (337) 233-2796
E-Mail: sherman@hhkc.com                       E-Mail: jimr@wrightroy.com

*Interim Class Counsel and Proposed Medical Benefits Class Counsel*    *Interim Class Counsel and Proposed Medical Benefits Class Counsel*


### PLAINTIFFS' STEERING COMMITTEE AND PROPOSED MEDICAL BENEFITS CLASS COUNSEL

Joseph F. Rice                                 Conrad S.P. "Duke" Williams
MOTLEY RICE LLC                                WILLIAMS LAW GROUP
28 Bridgeside Blvd.                            435 Corporate Drive, Suite 101
Mount Pleasant, SC 29464                       Maison Grand Caillou
Office: (843) 216-9159                         Houma, LA 70360
Telefax: (843) 216-9290                        Office: (985) 876-7595
E-Mail: jrice@motleyrice.com                   Telefax: (985) 876-7594
                                               E-Mail: duke@williamslawgroup.org

Brian H. Barr                                  Robin L. Greenwald
LEVIN, PAPANTONIO, THOMAS,                     WEITZ & LUXENBERG, PC
MITCHELL, ECHSNER & PROCTOR, PA                700 Broadway
316 South Baylen St., Suite 600                New York, NY 10003
Pensacola, FL 32502-5996                       Office: (212) 558-5802
Office: (850) 435-7045                         Telefax: (212) 344-5461
Telefax: (850) 436-6187                        E-Mail: rgreenwald@weitzlux.com
E-Mail: bbarr@levinlaw.com

Jeffrey A. Breit
BREIT DRESCHER IMPREVENTO &
WALKER, P.C.
999 Waterside Drive, Suite 1000
Norfolk, VA 23510
Office:  (757) 670-3888
Telefax: (757) 670-3895
E-Mail: jbreit@bdbmail.com

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Office:  (415) 956-1000
Telefax: (415) 956-1008
E-Mail:  ecabraser@lchb.com

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA &
TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA  70037
Office:  (504) 394-9000
Telefax: (504) 394-9110
E-Mail:  pcossich@cossichlaw.com

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL  36660
Office:  (251) 471-6191
Telefax: (251) 479-1031
E-Mail:  rtc@cunninghambounds.com

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399
E-Mail:  mike@mikespy.com

Rhon E. Jones
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P. C.
218 Commerce St., P.O. Box 4160
Montgomery, AL 36104
Office:  (334) 269-2343
Telefax: (334) 954-7555
E-Mail:  rhon.jones@beasleyallen.com

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU & SOUTH,
LLP
501 Broad Street
Lake Charles, LA  70601
Office:  (337) 439-0707
Telefax: (337) 439-1029
E-Mail:  mlundy@lundylawllp.com

Michael C. Palmintier
deGRAVELLES, PALMINTIER,
HOLTHAUS & FRUGE'
618 Main Street
Baton Rouge, LA  70801-1910
Office:  (225) 344-3735
Telefax: (225) 344-0522
E-Mail:  mpalmintier@dphf-law.com

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW &
ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA  70130
Office:  (504) 588-1500
Telefax:  (504) 588-1514
E-Mail:  sterbcow@lksalaw.com

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Office:  (214) 521-3605
Telefax: (214) 599-1172
E-Mail:  ssummy@baronbudd.com

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA  70726
Office:  (225) 664-4193
Telefax: (225) 664-6925
E-Mail:  calvinfayard@fayardlaw.com

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: (305) 476-7400
Telefax: (305) 476-7444
E-Mail:  ervin@colson.com

Mikal C. Watts
WATTS GUERRA CRAFT, LLP
Four Dominion Drive, Building 3, Suite 100
San Antonio, TX 78257
Office: (210) 447-0500
Telefax: (210) 447-0501
E-Mail:  mcwatts@wgclawfirm.com

| | |
|---|---|
| James J. Neath<br>Mark Holstein<br>BP AMERICA INC.<br>501 Westlake Park Boulevard<br>Houston, TX  77079<br>Telephone:  (281) 366-2000<br>Telefax:  (312) 862-2200<br><br>Ellen K. Reisman<br>ARNOLD & PORTER LLP<br>777 South Figueroa Street<br>Los Angeles, CA 90017-5844<br><br>James P. Joseph<br>Ethan P. Greene<br>ARNOLD & PORTER LLP<br>555 Twelfth Street, NW<br>Washington, DC 20004-1206<br><br>***Of Counsel*** | */s/ Richard C. Godfrey, P.C.*<br>Richard C. Godfrey, P.C.<br>J. Andrew Langan, P.C.<br>Andrew B. Bloomer, P.C.<br>Elizabeth A. Larsen<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, IL  60654<br><br>*/s/ Don K. Haycraft*<br>Don K. Haycraft (Bar #14361)<br>R. Keith Jarrett (Bar #16984)<br>LISKOW & LEWIS<br>701 Poydras Street, Suite 5000<br>New Orleans, Louisiana 70139<br>Telephone:  (504) 581-7979<br>Telefax:  (504) 556-4108<br><br>Robert C. "Mike" Brock<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Telephone:  (202) 662-5985<br>Telefax:  (202) 662-6291 |

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.***
***AND BP AMERICA PRODUCTION COMPANY***

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of April, 2012.

                                              */s/ Don K. Haycraft*
                                              Don K. Haycraft