# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to all actions. | * * * * * * * | HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

| | | |
|---|---|---|
| Bon Secour Fisheries, Inc., et al., individually and on behalf of themselves and all others similarly situated, | * * * * | Civil Action No. 12-970<br><br>SECTION J |
| Plaintiffs, | * * | |
| v. | * * | HONORABLE CARL J. BARBIER |
| BP Exploration & Production Inc; BP America Production Company; BP p.l.c., | * * * * | MAGISTRATE JUDGE SHUSHAN |
| Defendants. | | |

### INTERIM CLASS COUNSEL'S AND BP DEFENDANTS' JOINT MOTION FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF JOINT MOTION FOR (1) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, (2) SCHEDULING A FAIRNESS HEARING, (3) APPROVING AND ISSUING PROPOSED CLASS ACTION SETTLEMENT NOTICE, AND (4) BP'S MOTION FOR ADJOURNING THE LIMITATION AND LIABILITY TRIAL IN EXCESS OF PAGE LENGTH

Interim Class Counsel and BP Defendants respectfully request leave to file a Memorandum in Support of Joint Motion for (1) Preliminary Approval of Class Action Settlement, (2) Scheduling a Fairness Hearing, (3) Approving and Issuing Proposed Class Action Settlement Notice, and (4) BP's Motion for Adjourning the Limitation and Liability Trial in

excess of the twenty-five page limit imposed by Rule 7.7 of the Local Rules of the Eastern District of Louisiana.

Local Rule 7.7 imposes a limit of twenty-five pages for memoranda supporting a motion. The parties' joint memorandum, excluding the tables, signature block, and other excludable material, is approximately 50 pages in length. The parties jointly request an extension of approximately 25 pages to permit them sufficient space to address the comprehensive settlement that they have reached to advance the resolution of this complex litigation. The parties submit that this extension, judged against the background of this important settlement, will prove useful to the Court.

A proposed order accompanies this request.


April 18, 2012                          Respectfully submitted,


___/s/ Stephen J. Herman_____          ___/s/ James Parkerson Roy_____

Stephen J. Herman, La. Bar No. 23129      James Parkerson Roy, La. Bar No. 11511
HERMAN HERMAN KATZ & COTLAR      DOMENGEAUX WRIGHT ROY & EDWARDS
LLP                                       LLC
820 O'Keefe Avenue                        556 Jefferson Street, Suite 500
New Orleans, Louisiana 70113              Lafayette, Louisiana 70501
Telephone: (504) 581-4892                 Telephone: (337) 233-3033
Fax No. (504) 569-6024                    Fax No. (337) 233-2796

Interim Class Counsel/                    Interim Class Counsel/
Plaintiffs Liaison Counsel                Plaintiffs Liaison Counsel
MDL 2179                                  MDL 2179

**PLAINTIFFS' STEERING COMMITTEE**
**And PROPOSED CLASS COUNSEL**
_____

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Office:  (843) 216-9159
Telefax: (843) 216-9290


Brian H. Barr
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, ECHSNER & PROCTOR, PA
316 South Baylen St., Suite 600
Pensacola, FL 32502-5996
Office:  (850) 435-7045
Telefax: (850) 436-6187


Jeffrey A. Breit
BREIT DRESCHER IMPREVENTO &
WALKER, P.C.
999 Waterside Drive, Suite 1000
Norfolk, VA 23510
Office:  (757) 670-3888
Telefax: (757) 670-3895


Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Office:  (415) 956-1000
Telefax: (415) 956-1008


Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA &
TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA  70037
Office:  (504) 394-9000
Telefax: (504) 394-9110


Conrad S.P. "Duke" Williams
WILLIAMS LAW GROUP
435 Corporate Drive, Suite 101
Maison Grand Caillou
Houma, LA 70360
Office:  (985) 876-7595
Telefax: (985) 876-7594


Robin L. Greenwald
WEITZ & LUXENBERG, PC
700 Broadway
New York, NY  10003
Office:  (212) 558-5802
Telefax: (212) 344-5461


Rhon E. Jones
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P. C.
218 Commerce St., P.O. Box 4160
Montgomery, AL 36104
Office:  (334) 269-2343
Telefax: (334) 954-7555


Matthew E. Lundy
LUNDY, LUNDY, SOILEAU & SOUTH,
LLP
501 Broad Street
Lake Charles, LA  70601
Office:  (337) 439-0707
Telefax: (337) 439-1029


Michael C. Palmintier
deGRAVELLES, PALMINTIER,
HOLTHAUS & FRUGÉ
618 Main Street
Baton Rouge, LA  70801-1910
Office:  (225) 344-3735
Telefax: (225) 344-0522

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL  36660
Office:  (251) 471-6191
Telefax: (251) 479-1031

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA  70726
Office:  (225) 664-4193
Telefax: (225) 664-6925

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: (305) 476-7400
Telefax: (305) 476-7444

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW &
ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA  70130
Office:  (504) 588-1500
Telefax:  (504) 588-1514

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Office:  (214) 521-3605
Telefax: (214) 599-1172

Mikal C. Watts (PSC)
WATTS GUERRA CRAFT, LLP
Four Dominion Drive, Building 3, Suite 100
San Antonio, TX 78257
Office: (210) 447-0500
Telefax: (210) 447-0501

|  | ___/s/ Richard C. Godfrey, P.C._____ |
|---|---|
| James J. Neath | Richard C. Godfrey, P.C. |
| Mark Holstein |  |
| BP AMERICA INC. | J. Andrew Langan, P.C. |
| 501 Westlake Park Boulevard | Andrew B. Bloomer, P.C. |
| Houston, TX  77079 | Wendy L. Bloom |
| Telephone:  (281) 366-2000 | R. Chris Heck |
| Telefax:  (312) 862-2200 | Christopher J. Esbrook |
|  | KIRKLAND & ELLIS LLP |
| Daniel A. Cantor | 300 North LaSalle Street |
| Andrew T. Karron | Chicago, IL 60654 |
| Ellen K. Reisman | Telephone:  (312) 862-2000 |
| ARNOLD & PORTER LLP | Telefax:  (312) 862-2200 |
| 555 Twelfth Street, NW |  |
| Washington, DC 20004 | Jeffrey Bossert Clark |
| Telephone:  (202) 942-5000 | KIRKLAND & ELLIS LLP |
| Telefax:  (202) 942-5999 | 655 Fifteenth Street, N.W. |
|  | Washington, D.C. 20005 |
| Jeffrey Lennard | Telephone:  (202) 879-5000 |
| Keith Moskowitz | Telefax:  (202) 879-5200 |
| SNR DENTON |  |
| 233 South Wacker Drive | /s/ Don K. Haycraft_____ |
| Suite 7800 | Don K. Haycraft (Bar #14361) |
| Chicago, IL  60606 | R. Keith Jarrett (Bar #16984) |
| Telephone:  (312) 876-8000 | LISKOW & LEWIS |
| Telefax:  (312) 876-7934 | 701 Poydras Street, Suite 5000 |
|  | New Orleans, Louisiana 70139 |
| **OF COUNSEL** | Telephone:  (504) 581-7979 |
|  | Telefax:  (504) 556-4108 |
|  |  |
|  | Robert C. "Mike" Brock |
|  | COVINGTON & BURLING LLP |
|  | 1201 Pennsylvania Avenue, NW |
|  | Washington, DC 20004 |
|  | Telephone:  (202) 662-5985 |
|  | Telefax:  (202) 662-6291 |

**ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of April 2012.

/s/ Don K. Haycraft
Don K. Haycraft