IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * * | MDL NO. 2179<br><br>SECTION: J<br><br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |
| Plaisance, *et al.*, individually and on behalf of the putative Medical Benefits Settlement Class,<br><br>Plaintiffs,<br><br>v.<br><br>BP Exploration & Production Inc., *et al.*,<br><br>Defendants. | * * * * * * * * * * * * * | NO. 12-CV-968<br><br>SECTION: J<br><br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

**PLAINTIFFS' AND BP'S JOINT MOTION FOR PRELIMINARY
APPROVAL OF PROPOSED MEDICAL BENEFITS CLASS ACTION
SETTLEMENT, APPROVAL OF CLASS NOTICE, AND RELATED MATTERS**

Plaintiffs and BP Exploration & Production Inc. and BP America Production Company ("BP") respectfully move this Court to (1) preliminarily approve the proposed Medical Benefits Class Action Settlement; (2) approve the Medical Benefits Settlement Class Notice and the Medical Benefits Settlement Class Notice Plan, and direct notice to the Medical Benefits Settlement Class as set forth in the Medical Benefits Settlement Class Notice Plan; (3) preliminarily appoint Garretson Resolution Group as Claims Administrator; (4) appoint the Honorable Jack C. Watson (ret.) as Guardian Ad Litem; (5) appoint Kip Plaisance, Jason Perkins, Camille Warren, Christian Pizani, Max Plaisance, Benjamin Judah Barbee, Cornelius

Divinity, Janice Brown, Carlton Caster, George Baker, and Duffy Hall as Medical Benefits Class Representatives; (6) appoint Interim Class Counsel and the members of the Plaintiffs' Steering Committee as Medical Benefits Class Counsel; (7) appoint Hilsoft Notifications as Medical Benefits Settlement Class Notice Agent; (8) approve the creation of a "qualified settlement fund," as described in Sections XXII.C and D of the Medical Benefits Class Action Settlement Agreement and as defined in Section 468B(d)(2) of the Internal Revenue Code of 1986, as amended, and Treasury Regulation Section 1.468B-1, and retain continuing jurisdiction and supervision over the qualified settlement fund; (9) toll and stay the statutes of limitation for certain claims in the manner requested by the parties; (10) schedule a Fairness Hearing; (11) designate the period and method for Medical Benefits Class Members to Opt Out; and (12) set the other deadlines reflected in the parties' proposed timetable.  BP separately requests that the Court stay or adjourn any trial proceeding (including the previously set Phase I Trial of Liability, Exoneration, and Fault Allocation) that would or might determine BP'S liability to the Medical Benefits Settlement Class.  Medical Benefits Class Counsel and the Medical Benefits Class Representatives do not oppose that request.

    For the reasons set forth in the parties' joint Memorandum, the proposed medical benefits class action settlement represents a fair, reasonable, and adequate resolution of this dispute and easily meets the standards for preliminary approval; the proposed notice program complies with Rules 23(c)(2)(B) and 23(e) of the Federal Rules of Civil Procedure and due process; and the Court has ample authority to and should make the requested appointments, enter the stay or adjournment requested by BP, and grant the other relief requested by the parties.

    A proposed order accompanies this Motion.

April 18, 2012                                         Respectfully submitted,

/s/ Stephen J. Herman                          /s/ James Parkerson Roy
Stephen J. Herman, La. Bar No. 23129           James Parkerson Roy, La. Bar No. 11511
HERMAN HERMAN KATZ & COTLAR            DOMENGEAUX WRIGHT ROY &
LLP                                            EDWARDS LLC
820 O'Keefe Avenue                             556 Jefferson Street, Suite 500
New Orleans, Louisiana 70113                   Lafayette, Louisiana 70501
Telephone: (504) 581-4892                      Telephone: (337) 233-3033
Fax No. (504) 569-6024                         Fax No. (337) 233-2796
E-Mail: sherman@hhkc.com                       E-Mail: jimr@wrightroy.com

*Interim Class Counsel and Proposed Medical*   *Interim Class Counsel and Proposed Medical*
*Benefits Class Counsel*                       *Benefits Class Counsel*

**PLAINTIFFS' STEERING COMMITTEE
AND PROPOSED MEDICAL BENEFITS CLASS COUNSEL**

Joseph F. Rice                                 Conrad S.P. "Duke" Williams
MOTLEY RICE LLC                                WILLIAMS LAW GROUP
28 Bridgeside Blvd.                            435 Corporate Drive, Suite 101
Mount Pleasant, SC 29464                       Maison Grand Caillou
Office: (843) 216-9159                         Houma, LA 70360
Telefax: (843) 216-9290                        Office: (985) 876-7595
E-Mail: jrice@motleyrice.com                   Telefax: (985) 876-7594
                                               E-Mail: duke@williamslawgroup.org

Brian H. Barr                                  Robin L. Greenwald
LEVIN, PAPANTONIO, THOMAS,                     WEITZ & LUXENBERG, PC
MITCHELL, ECHSNER & PROCTOR, PA                700 Broadway
316 South Baylen St., Suite 600                New York, NY 10003
Pensacola, FL 32502-5996                       Office: (212) 558-5802
Office: (850) 435-7045                         Telefax: (212) 344-5461
Telefax: (850) 436-6187                        E-Mail: rgreenwald@weitzlux.com
E-Mail: bbarr@levinlaw.com

Jeffrey A. Breit
BREIT DRESCHER IMPREVENTO &
WALKER, P.C.
999 Waterside Drive, Suite 1000
Norfolk, VA 23510
Office: (757) 670-3888
Telefax: (757) 670-3895
E-Mail: jbreit@bdbmail.com

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Office: (415) 956-1000
Telefax: (415) 956-1008
E-Mail: ecabraser@lchb.com

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA &
TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA 70037
Office: (504) 394-9000
Telefax: (504) 394-9110
E-Mail: pcossich@cossichlaw.com

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL 36660
Office: (251) 471-6191
Telefax: (251) 479-1031
E-Mail: rtc@cunninghambounds.com

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399
E-Mail: mike@mikespy.com

Rhon E. Jones
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P. C.
218 Commerce St., P.O. Box 4160
Montgomery, AL 36104
Office: (334) 269-2343
Telefax: (334) 954-7555
E-Mail: rhon.jones@beasleyallen.com

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU & SOUTH,
LLP
501 Broad Street
Lake Charles, LA 70601
Office: (337) 439-0707
Telefax: (337) 439-1029
E-Mail: mlundy@lundylawllp.com

Michael C. Palmintier
deGRAVELLES, PALMINTIER,
HOLTHAUS & FRUGE'
618 Main Street
Baton Rouge, LA 70801-1910
Office: (225) 344-3735
Telefax: (225) 344-0522
E-Mail: mpalmintier@dphf-law.com

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW &
ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA 70130
Office: (504) 588-1500
Telefax: (504) 588-1514
E-Mail: sterbcow@lksalaw.com

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Office: (214) 521-3605
Telefax: (214) 599-1172
E-Mail: ssummy@baronbudd.com

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA  70726
Office:  (225) 664-4193
Telefax: (225) 664-6925
E-Mail:  calvinfayard@fayardlaw.com

Mikal C. Watts
WATTS GUERRA CRAFT, LLP
Four Dominion Drive, Building 3, Suite 100
San Antonio, TX 78257
Office: (210) 447-0500
Telefax: (210) 447-0501
E-Mail:  mcwatts@wgclawfirm.com

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: (305) 476-7400
Telefax: (305) 476-7444
E-Mail:  ervin@colson.com

| | |
|---|---|
| James J. Neath<br>Mark Holstein<br>BP AMERICA INC.<br>501 Westlake Park Boulevard<br>Houston, TX  77079<br>Telephone:  (281) 366-2000<br>Telefax:  (312) 862-2200<br><br>Ellen K. Reisman<br>ARNOLD & PORTER LLP<br>777 South Figueroa Street<br>Los Angeles, CA 90017-5844<br><br>James P. Joseph<br>Ethan P. Greene<br>ARNOLD & PORTER LLP<br>555 Twelfth Street, NW<br>Washington, DC 20004-1206<br><br>*Of Counsel* | */s/ Richard C. Godfrey, P.C.*<br>Richard C. Godfrey, P.C.<br>J. Andrew Langan, P.C.<br>Andrew B. Bloomer, P.C.<br>Elizabeth A. Larsen<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, IL  60654<br><br>*/s/ Don K. Haycraft*<br>Don K. Haycraft (Bar #14361)<br>R. Keith Jarrett (Bar #16984)<br>LISKOW & LEWIS<br>701 Poydras Street, Suite 5000<br>New Orleans, Louisiana 70139<br>Telephone:  (504) 581-7979<br>Telefax:  (504) 556-4108<br><br>Robert C. "Mike" Brock<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Telephone:  (202) 662-5985<br>Telefax:  (202) 662-6291 |

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.*
*AND BP AMERICA PRODUCTION COMPANY*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of April, 2012.

                                                             */s/ Don K. Haycraft*
                                                             Don K. Haycraft