# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>Section: J |
| This filing relates to: *All Cases* | * * | Honorable Carl J. Barbier |
| (Including Civil Action No. 12-970) | * * * * | Magistrate Judge Shushan |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## MOTION FOR CONDITIONAL AND PRELIMINARY CERTIFICATION OF ECONOMIC AND PROPERTY DAMAGES CLASS FOR SETTLEMENT PURPOSES; APPOINTMENT OF CLASS REPRESENTATIVES; AND APPOINTMENT OF CLASS COUNSEL

**NOW INTO COURT** come Interim Class Counsel, and the Plaintiffs' Steering Committee, who respectfully move this Court to enter an order (1) Conditionally and Preliminarily Certifying the Economic and Property Damages Settlement Class, (2) Appointing Class Representatives, and (3) Appointing Lead and Settlement Class Counsel.

For the reasons set forth in the Memorandum in Support of this Motion, based upon the procedures recommended by the *Manual for Complex Litigation, Fourth* (Federal Judicial Center 2004), §21.6, the law of this court and the Fifth Circuit, and Federal Rules of Civil Procedure 23(a) and (b)(3), and (g), certification of the Class and appointment of Class Representatives and Class Counsel is warranted. Granting this Motion will also aid the implementation and facilitation of the process for judicial review and approval of settlement classes and class action settlements.

A Proposed Order [Doc 6266-5] accompanies the separately filed Joint Motion for Preliminary Approval of Class Settlement, titled:

973764.1

[PROPOSED] ORDER (1) GRANTING PRELIMINARY APPROVAL OF ECONOMIC AND PROPERTY DAMAGE CLASS ACTION SETTLEMENT, (2) GRANTING INTERIM CLASS COUNSEL'S MOTION FOR CONDITIONAL AND PRELIMINARY CERTIFICATION OF ECONOMIC AND PROPERTY DAMAGES CLASS FOR SETTLEMENT PURPOSES; APPOINTMENT OF CLASS REPRESENTATIVES; AND APPOINTMENT OF CLASS COUNSEL; (3) APPOINTING CLAIMS ADMINISTRATOR AND CLAIMS VENDORS; (4) APPROVING AND ISSUING PROPOSED CLASS ACTION SETTLEMENT NOTICE PLAN; (5) SCHEDULING A FAIRNESS HEARING, AND (6) ADJOURNING THE PHASE I TRIAL.

This 18th day of April, 2012.

Respectfully submitted,

| | |
|---|---|
| /s/ Stephen J. Herman | /s/ James Parkerson Roy |
| Stephen J. Herman, La. Bar No. 23129 | James Parkerson Roy, La. Bar No. 11511 |
| HERMAN HERMAN KATZ & COTLAR LLP | DOMENGEAUX WRIGHT ROY & EDWARDS LLC |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| *Interim Class Counsel* | *Interim Class Counsel* |
| *Plaintiffs Liaison Counsel* | *Plaintiffs Liaison Counsel* |
| *Proposed Lead Class Counsel* | *Proposed Lead Class Counsel* |

*PLAINTIFFS' STEERING COMMITTEE*
*And PROPOSED SETTLEMENT CLASS COUNSEL*

| | |
|---|---|
| Joseph F. Rice | Conrad S.P. "Duke" Williams |
| MOTLEY RICE LLC | WILLIAMS LAW GROUP |
| 28 Bridgeside Blvd. | 435 Corporate Drive, Suite 101 |
| Mount Pleasant, SC 29464 | Maison Grand Caillou |
| Office: (843) 216-9159 | Houma, LA 70360 |
| Telefax: (843) 216-9290 | Office: (985) 876-7595 |
| | Telefax: (985) 876-7594 |
| | |
| Brian H. Barr | Robin L. Greenwald |
| LEVIN, PAPANTONIO, THOMAS, | WEITZ & LUXENBERG, PC |
| MITCHELL, ECHSNER & PROCTOR, PA | 700 Broadway |

973764.1

316 South Baylen St., Suite 600  
Pensacola, FL 32502-5996  
Office: (850) 435-7045  
Telefax: (850) 436-6187  

Jeffrey A. Breit  
BREIT DRESCHER IMPREVENTO & WALKER, P.C.  
999 Waterside Drive, Suite 1000  
Norfolk, VA 23510  
Office: (757) 670-3888  
Telefax: (757) 670-3895  

Elizabeth J. Cabraser  
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP  
275 Battery Street, 29th Floor  
San Francisco, CA 94111-3339  
Office: (415) 956-1000  
Telefax: (415) 956-1008  

Philip F. Cossich, Jr.  
COSSICH, SUMICH, PARSIOLA & TAYLOR  
8397 Highway 23, Suite 100  
Belle Chasse, LA 70037  
Office: (504) 394-9000  
Telefax: (504) 394-9110  

Robert T. Cunningham  
CUNNINGHAM BOUNDS, LLC  
1601 Dauphin Street, P. O. Box 66705  
Mobile, AL 36660  
Office: (251) 471-6191  
Telefax: (251) 479-1031  

Alphonso Michael "Mike" Espy  
MORGAN & MORGAN, P.A.  
188 East Capitol Street, Suite 777  
Jackson, MS 39201  
Office: (601) 949-3388  
Telefax: (601) 949-3399  

Calvin C. Fayard, Jr.  

New York, NY 10003  
Office: (212) 558-5802  
Telefax: (212) 344-5461  

Rhon E. Jones  
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P. C.  
218 Commerce St., P.O. Box 4160  
Montgomery, AL 36104  
Office: (334) 269-2343  
Telefax: (334) 954-7555  

Matthew E. Lundy  
LUNDY, LUNDY, SOILEAU & SOUTH, LLP  
501 Broad Street  
Lake Charles, LA 70601  
Office: (337) 439-0707  
Telefax: (337) 439-1029  

Michael C. Palmintier  
deGRAVELLES, PALMINTIER, HOLTHAUS & FRUGÉ  
618 Main Street  
Baton Rouge, LA 70801-1910  
Office: (225) 344-3735  
Telefax: (225) 344-0522  

Paul M. Sterbcow  
LEWIS, KULLMAN, STERBCOW & ABRAMSON  
601 Poydras Street, Suite 2615  
New Orleans, LA 70130  
Office: (504) 588-1500  
Telefax: (504) 588-1514  

Scott Summy  
BARON & BUDD, P.C.  
3102 Oak Lawn Avenue, Suite 1100  
Dallas, TX 75219  
Office: (214) 521-3605  
Telefax: (214) 599-1172  

Mikal C. Watts (PSC)  

973764.1

| | |
|---|---|
| FAYARD & HONEYCUTT<br>519 Florida Avenue, SW<br>Denham Springs, LA  70726<br>Office:  (225) 664-4193<br>Telefax: (225) 664-6925 | WATTS GUERRA CRAFT, LLP<br>Four Dominion Drive, Building 3, Suite 100<br>San Antonio, TX 78257<br>Office: (210) 447-0500<br>Telefax: (210) 447-0501 |

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: (305) 476-7400
Telefax: (305) 476-7444

## CERTIFICATE OF SERVICE

We hereby certify that the above and foregoing pleading will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of April, 2012.

/s/ Stephen J. Herman and James Parkerson Roy

973764.1