IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>Section: J |
| This filing relates to: *All Cases* | * * | Honorable Carl J. Barbier |
| (Including Civil Action No. 12-970) | * * * * | Magistrate Judge Shushan |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## ORDER

**CONSIDERING** the Motion for Leave:

**IT IS HEREBY ORDERED** that Interim Class Counsel's Motion For Leave To File Memorandum in Support of Motion for Conditional and Preliminary Certification of Economic and Property Damages Settlement Class [Doc 6269-1] be and is hereby granted.

New Orleans, Louisiana this 18th day of April, 2012.

_____
United States District Judge