**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

_____

|  |  |  |
|---|---|---|
| IN RE: | § | |
| | § | |
| | § | **MDL DOCKET NO. 2179** |
| OIL SPILL BY THE OIL RIG "DEEPWATER | § | |
| HORIZON" IN THE GULF OF MEXICO ON | § | |
| APRIL 20, 2010 | § | |
| | § | |
| _____ | § | |

**<u>NOTICE OF RELATED ACTION</u>**

To:    Clerk of the Panel
       Judicial Panel on Multidistrict Litigation
       Thurgood Marshall Federal Judiciary Building
       One Columbus Circle, N.E.
       Room G-255, North Lobby
       Washington, D.D. 20002-8004

Pursuant to J.P.M.L. Rules 7.2(i) and 7.5(e), Defendants Transocean Ltd., Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc. and Triton Asset Leasing GmbH ("Transocean") hereby give notice that the case listed in the accompanying Schedule of Additional Related Actions is a potential tag-along action that relates to the cases which have been consolidated as _In re: Oil Spill By The Oil Rig "Deepwater Horizon" In The Gulf of Mexico On April 20, 2010_, MDL 2179, pursuant to the Panel's August 10, 2010 Order.  The action identified on the accompanying Schedule of Additional Related Actions was removed to, or filed in, federal court within the past week.

A courtesy copy of the Docket Sheet and Complaint for the Related Action identified in the Accompanying Schedule is filed herewith.

Dated: April 18, 2012                           Respectfully submitted,

By:   /s/ Steven L. Roberts                      By:   /s/ Kerry J. Miller
Steven L. Roberts (Texas, No. 17019300)          Kerry J. Miller (Louisiana, No. 24562)
Rachel Giesber Clingman (Texas, No. 00784125)    Frilot, L.L.C.
Kent C. Sullivan (Texas, No. 19487300)           1100 Poydras Street, Suite 3700
Sutherland Asbill & Brennan LLP                  New Orleans, Louisiana 70163
1001 Fannin Street, Suite 3700                   Telephone: (504) 599-8169
Houston, Texas 77002                             Facsimile: (504) 599-8154
Telephone: (713) 470-6100                        Email: kmiller@frilot.com
Facsimile: (713) 654-1301
Email: steven.roberts@sutherland.com,            -and-
rachel.clingman@sutherland.com,
kent.sullivan@sutherland.com

                                                 By:   /s/ Edwin G. Preis, Jr.
                                                 Edwin G. Preis, Jr. (Louisiana, No. 10703)
                                                 Richard J. Hymel (Louisiana, No. 20230)
                                                 Preis & Roy PLC
                                                 102 Versailles Boulevard, Suite 400
                                                 Lafayette, Louisiana 70501
                                                 Telephone: (337) 237-6062
                                                 Facsimile: (337) 237-9129

                                                 -and-

                                                 601 Poydras Street, Suite 1700
                                                 New Orleans, Louisiana 70130
                                                 Telephone: (504) 581-6062
                                                 Facsimile: (504) 522-9129
                                                 Email: egp@preisroy.com, rjh@preisroy.com
Of Counsel:

John M. Elsley (Texas, No. 0591950)
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone: (713) 224-8380
Facsimile: (713) 225-9945
Email: john.elsley@roystonlaw.com

Daniel O. Goforth (Texas, No. 08064000)
Goforth Geren Easterling LLP
4900 Woodway, Suite 750
Houston, Texas 77056
Telephone: (713) 650-0022
Facsimile: (713) 650-1669
Email: dangoforth@goforthlaw.com

Brad D. Brian (California, No. 79001)
Allen M. Katz (California, No. 054933)
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5180, (213) 683-4018
Email: brad.brian@mto.com, allen.katz@mto.com

*Counsel for Transocean Ltd., Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc. and Triton Asset Leasing GmbH*