**Before the Judicial Panel on Multidistrict Litigation**
**MDL-2179**
*In re Oil Spill By The Oil Rig "Deepwater Horizon"*
*In the Gulf of Mexico on April 20, 2010*

**SCHEDULE OF ADDITIONAL RELATED ACTIONS**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>George "Ray" Sirmons and Each of the Individuals and Entities Listed on Exhibit A<br><br>**Defendants:**<br>BP p.l.c.<br>BP Exploration and Production Inc.<br>BP America Production Company<br>Transocean Ltd.<br>Transocean Holdings, LLC<br>Transocean Offshore Deepwater Drilling, Inc.<br>Transocean Deepwater, Inc.<br>Triton Asset Leasing GmbH<br>Anadarko Petroleum Corporation Co.<br>Anadarko E&P Company L.P.<br>MOEX Offshore 2007 LLC<br>M-I, L.L.C.<br>Halliburton Energy Services, Inc.<br>Cameron International Corporation | USDC SD TX | 4:12-cv-01164 | Judge: Not assigned |

Exhibit A