## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

_____

IN RE:

OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010

_____

§
§
§
§
§
§
§
§

MDL DOCKET NO. 2179

## PROOF OF SERVICE

I hereby certify that a copy of the foregoing Notice of Related Action and Schedule of Additional Related Actions, as well as the original and this Proof of Service were filed via JPML's ECF system and served on April 18, 2012, both electronically and via United States mail, first class, postage prepaid, to the following:

Bradley Wayne Hoover
Michael A. ("Mickey") Mills
The Mills Law Firm
11000 Brittmoore Park Dr.
Suite 200
Houston, TX 77041

Preis & Roy
24 Greenway Plaza
Suite 2050
Houston, TX 77046

Dated: April 18, 2012

Respectfully submitted,

By: /s/ Steven L. Roberts
Steven L. Roberts (Texas, No. 17019300)
Rachel Giesber Clingman (Texas, No. 00784125)
Kent C. Sullivan (Texas, No. 19487300)

By: /s/ Kerry J. Miller
Kerry J. Miller (Louisiana, No. 24562)
Frilot, L.L.C.
1100 Poydras Street, Suite 3700

1

Exhibit B

Sutherland Asbill & Brennan LLP
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 470-6100
Facsimile: (713) 654-1301
Email: steven.roberts@sutherland.com,
rachel.clingman@sutherland.com,
kent.sullivan@sutherland.com

Of Counsel:

John M. Elsley (Texas, No. 0591950)
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone: (713) 224-8380
Facsimile: (713) 225-9945
Email: john.elsley@roystonlaw.com

Daniel O. Goforth (Texas, No. 08064000)
Goforth Geren Easterling LLP
4900 Woodway, Suite 750
Houston, Texas 77056
Telephone: (713) 650-0022
Facsimile: (713) 650-1669
Email: dangoforth@goforthlaw.com

Brad D. Brian (California, No. 79001)
Allen M. Katz (California, No. 054933)
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071

New Orleans, Louisiana 70163
Telephone: (504) 599-8169
Facsimile: (504) 599-8154
Email: kmiller@frilot.com

-and-

By:    /s/ Edwin G. Preis, Jr.
       Edwin G. Preis, Jr. (Louisiana, No. 10703)
       Richard J. Hymel (Louisiana, No. 20230)
       Preis & Roy PLC
       102 Versailles Boulevard, Suite 400
       Lafayette, Louisiana 70501
       Telephone: (337) 237-6062
       Facsimile: (337) 237-9129

       -and-

       601 Poydras Street, Suite 1700
       New Orleans, Louisiana 70130
       Telephone: (504) 581-6062
       Facsimile: (504) 522-9129
       Email: egp@preisroy.com, rjh@preisroy.com

2

Telephone: (213) 683-9100
Facsimile: (213) 683-5180, (213) 683-4018
Email: brad.brian@mto.com, allen.katz@mto.com

*Counsel for Transocean Ltd., Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc. and Triton Asset Leasing GmbH*