IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| | * | SECTION: J |
| This document relates to all actions. | * * | HONORABLE CARL J. BARBIER |
| | * * | MAGISTRATE JUDGE SHUSHAN |
| | * * | |

| | | |
|---|---|---|
| Bon Secour Fisheries, Inc. et al., individually and on behalf of themselves and all others similarly situated, | * * * | Civil Action No. 12-970 |
| | * | SECTION: J |
| Plaintiffs, | * * | |
| v. | * * | HONORABLE CARL J. BARBIER |
| BP Exploration & Production Inc.; BP America Production Company; BP p.l.c., | * * * * | MAGISTRATE JUDGE SHUSHAN |
| Defendants. | * * | |

NOTICE OF FILING OF ECONOMIC AND PROPERTY DAMAGES
SETTLEMENT AGREEMENT

**PLEASE TAKE NOTICE** that the Plaintiffs and BP Exploration & Production Inc. and BP America Production Company ("BP") hereby file into the record the Economic and Property Damages Settlement Agreement, attached hereto. The Plaintiffs and BP will subsequently file a joint motion seeking preliminary approval of this settlement.

April 18, 2012                                    Respectfully submitted,


*/s/ Stephen J. Herman*                           */s/ James Parkerson Roy*

Stephen J. Herman, La. Bar No. 23129              James Parkerson Roy, La. Bar No. 11511
HERMAN HERMAN KATZ & COTLAR           DOMENGEAUX WRIGHT ROY & EDWARDS
LLP                                                LLC
820 O'Keefe Avenue                                556 Jefferson Street, Suite 500
New Orleans, Louisiana 70113                      Lafayette, Louisiana 70501
Telephone: (504) 581-4892                         Telephone: (337) 233-3033
Fax No. (504) 569-6024                            Fax No. (337) 233-2796

Interim Class Counsel/                            Interim Class Counsel/
Plaintiffs Liaison Counsel                        Plaintiffs Liaison Counsel
MDL 2179                                          MDL 2179


**PLAINTIFFS' STEERING COMMITTEE
AND PROPOSED CLASS COUNSEL**
_____

Joseph F. Rice                                    Conrad S.P. "Duke" Williams
MOTLEY RICE LLC                                   WILLIAMS LAW GROUP
28 Bridgeside Blvd.                               435 Corporate Drive, Suite 101
Mount Pleasant, SC 29464                          Maison Grand Caillou
Office:  (843) 216-9159                           Houma, LA 70360
Telefax: (843) 216-9290                           Office:  (985) 876-7595
                                                  Telefax: (985) 876-7594


Brian H. Barr                                     Robin L. Greenwald
LEVIN, PAPANTONIO, THOMAS,                        WEITZ & LUXENBERG, PC
MITCHELL, ECHSNER & PROCTOR, PA   700 Broadway
316 South Baylen St., Suite 600                   New York, NY  10003
Pensacola, FL 32502-5996                          Office:  (212) 558-5802
Office:  (850) 435-7045                           Telefax: (212) 344-5461
Telefax: (850) 436-6187


Jeffrey A. Breit                                  Rhon E. Jones
BREIT DRESCHER IMPREVENTO &                       BEASLEY, ALLEN, CROW, METHVIN,
WALKER, P.C.                                      PORTIS & MILES, P. C.
999 Waterside Drive, Suite 1000                   218 Commerce St., P.O. Box 4160
Norfolk, VA 23510                                 Montgomery, AL 36104
Office:  (757) 670-3888                           Office:  (334) 269-2343
Telefax: (757) 670-3895                           Telefax: (334) 954-7555

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Office:  (415) 956-1000
Telefax: (415) 956-1008

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA & TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA  70037
Office:  (504) 394-9000
Telefax: (504) 394-9110

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL  36660
Office:  (251) 471-6191
Telefax: (251) 479-1031

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA  70726
Office:  (225) 664-4193
Telefax: (225) 664-6925

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: (305) 476-7400
Telefax: (305) 476-7444

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU & SOUTH, LLP
501 Broad Street
Lake Charles, LA  70601
Office:  (337) 439-0707
Telefax: (337) 439-1029

Michael C. Palmintier
deGRAVELLES, PALMINTIER, HOLTHAUS & FRUGÉ
618 Main Street
Baton Rouge, LA  70801-1910
Office:  (225) 344-3735
Telefax: (225) 344-0522

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW & ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA  70130
Office:  (504) 588-1500
Telefax:  (504) 588-1514

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Office:  (214) 521-3605
Telefax: (214) 599-1172

Mikal C. Watts (PSC)
WATTS GUERRA CRAFT, LLP
Four Dominion Drive, Building 3, Suite 100
San Antonio, TX 78257
Office: (210) 447-0500
Telefax: (210) 447-0501

| | |
|---|---|
| James J. Neath | */s/ Richard C. Godfrey, P.C.* |
| Mark Holstein | Richard C. Godfrey, P.C. |
| BP AMERICA INC. | J. Andrew Langan, P.C. |
| 501 Westlake Park Boulevard | Andrew B. Bloomer, P.C. |
| Houston, TX 77079 | Wendy L. Bloom |
| Telephone: (281) 366-2000 | R. Chris Heck |
| Telefax: (312) 862-2200 | Christopher J. Esbrook |
| | KIRKLAND & ELLIS LLP |
| | 300 North LaSalle Street |
| Daniel A. Cantor | Chicago, IL 60654 |
| Andrew T. Karron | Telephone: (312) 862-2000 |
| Ellen K. Reisman | Telefax: (312) 862-2200 |
| ARNOLD & PORTER LLP | |
| 555 Twelfth Street, NW | Jeffrey Bossert Clark |
| Washington, DC 20004 | KIRKLAND & ELLIS LLP |
| Telephone: (202) 942-5000 | 655 Fifteenth Street, N.W. |
| Telefax: (202) 942-5999 | Washington, D.C. 20005 |
| | Telephone: (202) 879-5000 |
| Jeffrey Lennard | Telefax: (202) 879-5200 |
| Keith Moskowitz | |
| SNR DENTON | */s/ Don K. Haycraft* |
| 233 South Wacker Drive | Don K. Haycraft (Bar #14361) |
| Suite 7800 | R. Keith Jarrett (Bar #16984) |
| Chicago, IL 60606 | LISKOW & LEWIS |
| Telephone: (312) 876-8000 | 701 Poydras Street, Suite 5000 |
| Telefax: (312) 876-7934 | New Orleans, Louisiana 70139 |
| | Telephone: (504) 581-7979 |
| *OF COUNSEL* | Telefax: (504) 556-4108 |
| | |
| | Robert C. "Mike" Brock |
| | COVINGTON & BURLING LLP |
| | 1201 Pennsylvania Avenue, NW |
| | Washington, DC 20004 |
| | Telephone: (202) 662-5985 |
| | Telefax: (202) 662-6291 |

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of April, 2012.

                                                   /s/ Don K. Haycraft