# EXHIBIT 1C

# ZONE CLASSIFICATIONS AND IMPLEMENTATION

### ZONE A

All geographic areas designated as Zone A are shown in YELLOW on the attached maps.

### ZONE B

All geographic areas designated as Zone B are shown in PURPLE on the attached maps.

### ZONE C

All geographic areas designated as Zone C are shown in RED on the attached maps.

---

### IMPLEMENTATION ASPECTS FOR ROADWAYS AND HIGHWAYS

**The following criteria shall govern whether a parcel is included within a zone:**

1. On surface roads only (e.g. Canal Street in New Orleans) the following parcels shall be included:
    1. Any parcel directly accessible to a surface road via a driveway, parking lot, or on-street parking.
    2. Any parcel with the road as a street address
2. On surface roads with exit ramps and frontage roads[2] (e.g. Highway 49 from Hattiesburg to Gulfport), the following parcels shall be included:
    1. Any parcel directly accessible to a surface road via a driveway, parking lot, or on-street parking.
    2. Any parcel with the road as a street address
    3. Any parcel on a frontage road within 2.0 mile from the exit ramp[2]
    4. Any parcel within a 0.25 mile radius from the end of each exit ramp right-of-way
3. On limited access roads (e.g. Interstate 10 and Interstate 65), the following parcels shall be included:
    1. Any parcel within a 0.25 mile radius from the end of each exit ramp right-of-way
    2. Any parcel on a frontage road within 2.0 mile of the beginning access point of that frontage road[2]
4. If a road borders on 2 different types of zones, the parcels on this road shall be deemed to be within the more preferential zone. (Example: Zone A over Zone B).

[1] Other than excluded businesses.
[2] A frontage road is defined as:
   a) the closest road running parallel to a limited-access highway, and
   b) an access point that is no farther than ¾ mile from the exit ramp right-of-way.

026397