# EXHIBIT 2

## Tourism

**Tourism** means businesses which provide services such as attracting, transporting, accommodating or catering to the needs or wants of persons traveling to, or staying in, places outside their home community. Therefore, if you are in one of the following businesses or work for such a business, you are in the Tourism Industry.[1]

**447110 - Gasoline Stations with Convenience Stores**
This industry comprises establishments engaged in retailing automotive fuels (e.g., diesel fuel, gasohol, gasoline) in combination with convenience store or food mart items. These establishments can either be in a convenience store (i.e., food mart) setting or a gasoline station setting. These establishments may also provide automotive repair services.
- Convenience food with gasoline stations
- Gasoline stations with convenience stores
- Gasoline with convenience stores

**447190 - Other Gasoline Stations**
This industry comprises establishments known as gasoline stations (except those with convenience stores) primarily engaged in one of the following: (1) retailing automotive fuels (e.g., diesel fuel, gasohol, gasoline) or (2) retailing these fuels in combination with activities, such as providing repair services; selling automotive oils, replacement parts, and accessories; and/or providing food services.
- Gasoline stations without convenience stores
- Marine service stations
- Service stations, gasoline
- Truck stops

**448110 - Men's Clothing Stores**
This industry comprises establishments primarily engaged in retailing a general line of new men's and boys' clothing. These establishments may provide basic alterations, such as hemming, taking in or letting out seams, or lengthening or shortening sleeves.
- Apparel stores, men's and boys' clothing
- Clothing stores, men's and boys'

**448120 - Women's Clothing Stores**
This industry comprises establishments primarily engaged in retailing a general line of new women's, misses'; and juniors' clothing, including maternity wear. These establishments may provide basic alterations, such as hemming, taking in or letting out seams, or lengthening or shortening sleeves.
- Apparel stores, women's and girls' clothing
- Clothing stores, women's and girls'
- Maternity shops

**448130 - Children's and Infants' Clothing Stores**
This industry comprises establishments primarily engaged in retailing a general line of new children's and infants' clothing. These establishments may provide basic alterations, such as hemming, taking in or letting out seams, or lengthening or shortening sleeves.
- Apparel stores, children's and infants' clothing
- Baby clothing shops
- Clothing stores, children's and infants'

---

[1] This Tourism Definition substitutes for the Tourism Definition previously at Bates 026632 - 026646.

028973

**448140 - Family Clothing Stores**
   This industry comprises establishments primarily engaged in retailing a general line of new clothing for men, women, and children, without specializing in sales for an individual gender or age group. These establishments may provide basic alterations, such as hemming, taking in or letting out seams, or lengthening or shortening sleeves.
   - Clothing stores, family
   - Family clothing stores
   - Unisex clothing stores
   - Western wear stores

**448150 - Clothing Accessories Stores**
   This industry comprises establishments primarily engaged in retailing single or combination lines of new clothing accessories, such as hats and caps, costume jewelry, gloves, handbags, ties, wigs, toupees, and belts.
   - Apparel accessory stores
   - Clothing accessories stores
   - Costume jewelry stores
   - Furnishings stores, men's and boys'
   - Furnishings stores, women's and girls'
   - Handbag stores
   - Hat and cap stores
   - Jewelry stores, costume
   - Neckwear stores
   - Tie shops
   - Wig and hairpiece stores

**448190 - Other Clothing Stores**
   This industry comprises establishments primarily engaged in retailing specialized lines of new clothing (except general lines of men's, women's, children's, infants', and family clothing). These establishments may provide basic alterations, such as hemming, taking in or letting out seams, or lengthening or shortening sleeves.
   - Bridal gown shops (except custom)
   - Coat stores
   - Costume stores (including theatrical)
   - Dress shops
   - Fur apparel stores
   - Furriers
   - Hosiery stores
   - Leather coat stores
   - Lingerie stores
   - School uniform stores
   - Swimwear stores
   - T-shirt shops, custom printed
   - Uniform stores (except athletic)

**451110 - Sporting Goods Stores**
   This industry comprises establishments primarily engaged in retailing new sporting goods, such as bicycles and bicycle parts; camping equipment; exercise and fitness equipment; athletic uniforms; specialty sports footwear; and sporting goods, equipment, and accessories.
   - Athletic equipment and supply stores (including uniforms)
   - Bicycle (except motorized) shops
   - Bowling equipment and supply stores

028974

        Diving equipment stores
        Exercise equipment stores
        Fishing supply stores (e.g., bait)
        Footwear (e.g., bowling, golf, spiked), specialty sports, stores
        Golf pro shops
        Gun shops
        Outdoor sporting equipment stores
        Pro shops (e.g., golf, skiing, tennis)
        Saddlery stores
        Shoe stores, specialty sports footwear (e.g., bowling, golf, spiked)
        Sporting goods stores
        Sports gear stores (e.g., outdoors, scuba, skiing)
        Tack shops
        Tackle shops (i.e., fishing)
        Uniform stores, athletic

**452111 - Department Stores (except Discount Department Stores)**

This U.S. industry comprises establishments known as department stores that have separate departments for various merchandise lines, such as apparel, jewelry, home furnishings, and linens, each with separate cash registers and sales associates. Department stores in this industry generally do not have central customer checkout and cash register facilities.

        Department stores (except discount department stores)

**452990 - All Other General Merchandise Stores**

This industry comprises establishments primarily engaged in retailing new goods in general merchandise stores (except department stores, warehouse clubs, superstores, and supercenters). These establishments retail a general line of new merchandise, such as apparel, automotive parts, dry goods, hardware, groceries, housewares or home furnishings, and other lines in limited amounts, with none of the lines predominating.

        Catalog showrooms, general merchandise (except catalog mail-order)
        Dollar stores
        General stores
        Home and auto supply stores
        Limited price variety stores
        Trading posts, general merchandise
        Variety stores

**453220 - Gift, Novelty, and Souvenir Stores**

This industry comprises establishments primarily engaged in retailing new gifts, novelty merchandise, souvenirs, greeting cards, seasonal and holiday decorations, and curios.

        Balloon shops
        Card shops, greeting
        Christmas stores
        Collectible gift shops (e.g., crystal, pewter, porcelain)
        Craft (except craft supply) stores
        Curio shops
        Gift shops
        Gift stands, permanent location
        Greeting card shops
        Novelty shops
        Party goods (e.g., paper supplies, decorations, novelties) stores
        Seasonal and holiday decoration stores

028975

    Souvenir shops

**481111 - Scheduled Passenger Air Transportation**

  This U.S. industry comprises establishments primarily engaged in providing air transportation of passengers or passengers and freight over regular routes and on regular schedules.
Establishments in this industry operate flights even if partially loaded. Scheduled air passenger carriers including commuter and helicopter carriers (except scenic and sightseeing) are included in this industry.

    Air commuter carriers, scheduled
    Air passenger carriers, scheduled
    Commuter air carriers, scheduled
    Helicopter passenger carriers, scheduled
    Passenger air transportation, scheduled
    Passenger carriers, air, scheduled
    Scheduled air passenger carriers
    Scheduled air passenger transportation

**485310 - Taxi Service**

  This industry comprises establishments primarily engaged in providing passenger transportation by automobile or van, not operated over regular routes and on regular schedules.
Establishments of taxicab owner/operators, taxicab fleet operators, or taxicab organizations are included in this industry.

    Cab (i.e., taxi) services
    Taxicab dispatch services
    Taxicab fleet operators
    Taxicab organizations
    Taxicab owner-operators
    Taxicab services

**487110 - Scenic and Sightseeing Transportation, Land**

  This industry comprises establishments primarily engaged in providing scenic and sightseeing transportation on land, such as sightseeing buses and trolleys, steam train excursions, and horse-drawn sightseeing rides. The services provided are usually local and involve same-day return to place of origin.

    Buses, scenic and sightseeing operation
    Cable car, land, scenic and sightseeing operation
    Carriage, horse-drawn, operation
    Cog railway, scenic and sightseeing, operation
    Horse-drawn carriage operation
    Monorail, scenic and sightseeing, operation
    Railroad transportation, scenic and sightseeing
    Railroad, scenic and sightseeing, operation
    Railway transportation, scenic and sightseeing
    Scenic and sightseeing excursions, land
    Sightseeing bus operation
    Sightseeing operation, human-drawn vehicle
    Steam train excursions
    Tour bus, scenic and sightseeing, operation
    Tracked vehicle sightseeing operation
    Trolley, scenic and sightseeing, operation

028976

**487210 - Scenic and Sightseeing Transportation, Water**
This industry comprises establishments primarily engaged in providing scenic and sightseeing transportation on water, with the exception that Charter Fishing, as defined in the Settlement Agreement, is excluded from this Tourism definition. The services provided are usually local and involve same-day return to place of origin.
    Airboat (i.e., swamp buggy) operation
    Dinner cruises
    Excursion boat operation
    Harbor sightseeing tours
    Hovercraft sightseeing operation
    Scenic and sightseeing excursions, water
    Sightseeing boat operation
    Swamp buggy operation
    Whale watching excursions

**487990 - Scenic and Sightseeing Transportation, Other**
This industry comprises establishments primarily engaged in providing scenic and sightseeing transportation (except on land and water). The services provided are usually local and involve same-day return to place of departure.
    Aerial cable car, scenic and sightseeing, operation
    Aerial tramway, scenic and sightseeing, operation
    Glider excursions
    Helicopter ride, scenic and sightseeing, operation
    Hot air balloon ride, scenic and sightseeing, operation
    Scenic and sightseeing excursions, aerial
    Tramway, aerial, scenic and sightseeing operation

**532111 - Passenger Car Rental**
This industry comprises establishments primarily engaged in renting passenger cars without drivers, generally for short periods of time.
    Automobile rental
    Car rental
    Car rental agencies
    Hearse rental
    Limousine rental without driver
    Luxury automobile rental
    Passenger car rental
    Passenger van rental
    Passenger van rental agencies
    Sport utility vehicle rental
    Van (passenger) rental

**532292 - Recreational Goods Rental**
This U.S. industry comprises establishments primarily engaged in renting recreational goods, such as bicycles, canoes, motorcycles, skis, sailboats, beach chairs, and beach umbrellas.
    Beach chair rental
    Beach umbrella rental
    Bicycle rental
    Boat rental, pleasure
    Canoe rental

028977

    Exercise equipment rental
    Golf cart rental
    Houseboat rental
    Moped rental
    Motorcycle rental
    Personal watercraft rental
    Pleasure boat rental
    Recreational goods rental
    Rowboat rental
    Sailboat rental
    Ski equipment rental
    Snow ski equipment rental
    Sporting goods rental
    Sports equipment rental
    Surfboard rental
    Tent, camping, rental
    Water ski rental
    Yacht rental without crew

**561520 - Tour Operators**

This industry comprises establishments primarily engaged in arranging and assembling tours. The tours are sold through travel agencies or tour operators. Travel or wholesale tour operators are included in this industry.

    Tour operators (i.e., arranging and assembling tours)
    Travel tour operators
    Wholesale tour operators

**561599 - All Other Travel Arrangement and Reservation Services**

This U.S. industry comprises establishments (except travel agencies, tour operators, and convention and visitors bureaus) primarily engaged in providing travel arrangement and reservation services. Illustrative Examples: Condominium time-share exchange services Ticket (e.g., airline, bus, cruise ship, sports, theatrical) offices Reservation (e.g., airline, car rental, hotel, restaurant) services Ticket (e.g., amusement, sports, theatrical) agencies Road and travel services automobile clubs.

    Airline reservation services
    Airline ticket offices
    Automobile clubs, road and travel services
    Bus ticket offices
    Car rental reservation services
    Condominium time share exchange services
    Cruise ship ticket offices
    Hotel reservation services
    Motor travel clubs
    Railroad ticket offices
    Reservation (e.g., airline, car rental, hotel, restaurant) services
    Sports ticket offices
    Theatrical ticket offices
    Ticket (e.g., airline, bus, cruise ship, sports, theatrical) offices
    Ticket (e.g., airline, bus, cruise ship, sports, theatrical) sales offices
    Ticket (e.g., amusement, sports, theatrical) agencies
    Ticket (e.g., amusement, sports, theatrical) sales agencies

028978

    Ticket agencies, amusement
    Ticket agencies, sports
    Ticket agencies, theatrical
    Ticket offices for foreign cruise ship companies
    Time share exchange services, condominium

**711211 - Sports Teams and Clubs**

This U.S. industry comprises professional or semiprofessional sports teams or clubs primarily engaged in participating in live sporting events, such as baseball, basketball, football, hockey, soccer, and jai alai games, before a paying audience. These establishments may or may not operate their own arena, stadium, or other facility for presenting these events.

    Baseball clubs, professional or semiprofessional
    Baseball teams, professional or semiprofessional
    Basketball clubs, professional or semiprofessional
    Basketball teams, professional or semiprofessional
    Boxing clubs, professional or semiprofessional
    Football clubs, professional or semiprofessional
    Football teams, professional or semiprofessional
    Hockey clubs, professional or semiprofessional
    Hockey teams, professional or semiprofessional
    Ice hockey clubs, professional or semiprofessional
    Jai alai teams, professional or semiprofessional
    Major league baseball clubs
    Minor league baseball clubs
    Professional baseball clubs
    Professional football clubs
    Professional sports clubs
    Roller hockey clubs, professional or semiprofessional
    Semiprofessional baseball clubs
    Semiprofessional football clubs
    Semiprofessional sports clubs
    Soccer clubs, professional or semiprofessional
    Soccer teams, professional or semiprofessional
    Sports clubs, professional or semiprofessional
    Sports teams, professional or semiprofessional

**712110 - Museums**

This industry comprises establishments primarily engaged in the preservation and exhibition of objects of historical, cultural, and/or educational value.

    Art galleries (except retail)
    Art museums
    Community museums
    Contemporary art museums
    Decorative art museums
    Fine arts museums
    Galleries, art (except retail)
    Halls of fame
    Herbariums
    Historical museums
    Human history museums
    Interactive museums

028979

    Marine museums
    Military museums
    Mobile museums
    Multidisciplinary museums
    Museums
    Natural history museums
    Natural science museums
    Observatories (except research institutions)
    Planetariums
    Science and technology museums
    Sports halls of fame
    Traveling museum exhibits
    War museums
    Wax museums

**712120 - Historical Sites**

This industry comprises establishments primarily engaged in the preservation and exhibition of sites, buildings, forts, or communities that describe events or persons of particular historical interest. Archeological sites, battlefields, historical ships, and pioneer villages are included in this industry.

    Archeological sites (i.e., public display)
    Battlefields
    Heritage villages
    Historical forts
    Historical ships
    Historical sites
    Pioneer villages

**712130 - Zoos and Botanical Gardens**

This industry comprises establishments primarily engaged in the preservation and exhibition of live plant and animal life displays.

    Animal exhibits, live
    Animal safari parks
    Aquariums
    Arboreta
    Arboretums
    Aviaries
    Botanical gardens
    Conservatories, botanical
    Gardens, zoological or botanical
    Menageries
    Parks, wild animal
    Petting zoos
    Reptile exhibits, live
    Wild animal parks
    Zoological gardens
    Zoos

**712190 - Nature Parks and Other Similar Institutions**

This industry comprises establishments primarily engaged in the preservation and exhibition of natural areas or settings.

    Bird sanctuaries

028980

    Caverns (i.e., natural wonder tourist attractions)
    Conservation areas
    Interpretive centers, nature
    National parks
    Natural wonder tourist attractions (e.g., caverns, waterfalls)
    Nature centers
    Nature parks
    Nature preserves
    Nature reserves
    Parks, national
    Parks, nature
    Provincial parks
    Waterfalls (i.e., natural wonder tourist attractions)
    Wildlife sanctuaries

### 713110 - Amusement and Theme Parks

This industry comprises establishments, known as amusement or theme parks, primarily engaged in operating a variety of attractions, such as mechanical rides, water rides, games, shows, theme exhibits, refreshment stands, and picnic grounds. These establishments may lease space to others on a concession basis.

    Amusement parks (e.g., theme, water)
    Parks (e.g., theme, water), amusement
    Piers, amusement
    Theme parks, amusement
    Water parks, amusement

### 713120 - Amusement Arcades

This industry comprises establishments primarily engaged in operating amusement (except gambling, billiard, or pool) arcades and parlors.

    Amusement arcades
    Amusement device (except gambling) parlors, coin-operated
    Amusement devices (except gambling) operated in own facilities
    Arcades, amusement
    Electronic game arcades
    Family fun centers
    Indoor play areas
    Pinball arcades
    Video game arcades (except gambling)

### 713910 - Golf Courses and Country Clubs

This industry comprises (1) establishments primarily engaged in operating golf courses (except miniature) and (2) establishments primarily engaged in operating golf courses, along with dining facilities and other recreational facilities that are known as country clubs. These establishments often provide food and beverage services, equipment rental services, and golf instruction services.

    Country clubs
    Golf and country clubs
    Golf courses (except miniature, pitch-n-putt)

028981

**713990 - All Other Amusement and Recreation Industries**
    This industry comprises establishments (except amusement parks and arcades; gambling industries; golf courses and country clubs; skiing facilities; marinas; fitness and recreational sports centers; and bowling centers) primarily engaged in providing recreational and amusement services.

        Amateur sports teams, recreational
        Amusement device (except gambling) concession operators (i.e., supplying and servicing in others' facilities)
        Amusement ride concession operators (i.e., supplying and servicing in others' facilities)
        Archery ranges
        Athletic clubs (i.e., sports teams) not operating sports facilities, recreational
        Aviation clubs, recreational
        Ballrooms
        Baseball clubs, recreational
        Basketball clubs, recreational
        Bathing beaches
        Beach clubs, recreational
        Beaches, bathing
        Billiard parlors
        Billiard rooms
        Boating clubs without marinas
        Boccie ball courts
        Bowling leagues or teams, recreational
        Boxing clubs, recreational
        Boys' day camps (except instructional)
        Bridge clubs, recreational
        Camps (except instructional), day
        Canoeing, recreational

        Carnival ride concession operators (i.e., supplying and servicing in others' facilities)
        Coin-operated nongambling amusement device concession operators (i.e., supplying and servicing in others' facilities)
        Concession operators, amusement device (except gambling) and ride
        Curling facilities
        Dance halls
        Discotheques (except those serving alcoholic beverages)
        Driving ranges, golf
        Fireworks display services
        Fishing clubs, recreational
        Fishing guide services
        Fishing piers
        Flying clubs, recreational
        Football clubs, recreational
        Galleries, shooting
        Girls' day camps (except instructional)
        Gocart raceways (i.e., amusement rides)

028982

Gocart tracks (i.e., amusement rides)
Golf courses, miniature
Golf courses, pitch-n-putt
Golf driving ranges
Golf practice ranges
Guide services (i.e., fishing, hunting, tourist)
Guide services, fishing
Guide services, hunting
Guide services, tourist
Gun clubs, recreational
Hockey clubs, recreational
Hockey teams, recreational
Horse rental services, recreational saddle
Horseback riding, recreational
Hunting clubs, recreational
Hunting guide services
Ice hockey clubs, recreational
Jukebox concession operators (i.e., supplying and servicing in others' facilities)
Kayaking, recreational
Lawn bowling clubs
Miniature golf courses
Mountain hiking, recreational
Nightclubs without alcoholic beverages
Nudist camps without accommodations
Observation towers
Outdoor adventure operations (e.g., white water rafting) without accommodations
Pack trains (i.e., trail riding), recreational
Para sailing, recreational
Picnic grounds
Pinball machine concession operators (i.e., supplying and servicing in others' facilities)
Ping pong parlors
Pool halls
Pool parlors
Pool rooms
Racetracks, slot car (i.e., amusement devices)
Raceways, gocart (i.e., amusement rides)
Recreational camps without accommodations
Recreational day camps (except instructional)
Recreational sports clubs (i.e., sports teams) not operating sports facilities
Recreational sports teams and leagues
Riding clubs, recreational
Riding stables
Rifle clubs, recreational
River rafting, recreational
Rowing clubs, recreational
Saddle horse rental services, recreational
Sailing clubs without marinas
Sea kayaking, recreational

028983

        Shooting clubs, recreational
        Shooting galleries
        Shooting ranges
        Skeet shooting facilities
        Slot car racetracks (i.e., amusement devices)
        Snowmobiling, recreational
        Soccer clubs, recreational
        Sports clubs (i.e., sports teams) not operating sports facilities, recreational
        Sports teams and leagues, recreational or youth
        Stables, riding
        Summer day camps (except instructional)
        Tourist guide services
        Trail riding, recreational
        Trampoline facilities, recreational
        Trapshooting facilities, recreational
        Waterslides (i.e., amusement rides)
        White water rafting, recreational
        Yacht clubs without marinas
        Youth sports leagues or teams

**721110 - Hotels (except Casino Hotels) and Motels**

    This industry comprises establishments primarily engaged in providing short-term lodging in facilities known as hotels, motor hotels, resort hotels, and motels. The establishments in this industry may offer food and beverage services, recreational services, conference rooms and convention services, laundry services, parking, and other services.

        Alpine skiing facilities with accommodations (i.e., ski resort)
        Auto courts, lodging
        Automobile courts, lodging
        Health spas (i.e., physical fitness facilities) with accommodations
        Hotel management services (i.e., providing management and operating staff to run hotel)
        Hotels (except casino hotels)
        Hotels (except casino hotels) with golf courses, tennis courts, and/or other health spa facilities (i.e., resorts)
        Hotels, membership
        Hotels, resort, without casinos
        Hotels, seasonal, without casinos
        Membership hotels
        Motels
        Motor courts
        Motor hotels without casinos
        Motor inns
        Motor lodges
        Resort hotels without casinos
        Seasonal hotels without casinos
        Ski lodges and resorts with accommodations
        Summer resort hotels without casinos
        Tourist lodges

028984

**721191 - Bed-and-Breakfast Inns**
    This U.S. industry comprises establishments primarily engaged in providing short-term lodging in facilities known as bed-and-breakfast inns. These establishments provide short-term lodging in private homes or small buildings converted for this purpose. Bed-and-breakfast inns are characterized by a highly personalized service and inclusion of a full breakfast in a room rate.
        Bed and breakfast inns
        Inns, bed and breakfast

**721199 - All Other Traveler Accommodation**
    This U.S. industry comprises establishments primarily engaged in providing short-term lodging (except hotels, motels, casino hotels, and bed-and-breakfast inns).
        Cabins, housekeeping
        Cottages, housekeeping
        Guest houses
        Hostels
        Housekeeping cabins
        Housekeeping cottages
        Tourist homes
        Youth hostels

**721211 - RV (Recreational Vehicle) Parks and Campgrounds**
    This U.S. industry comprises establishments primarily engaged in operating sites to accommodate campers and their equipment, including tents, tent trailers, travel trailers, and RVs (recreational vehicles). These establishments may provide access to facilities, such as washrooms, laundry rooms, recreation halls and playgrounds, stores, and snack bars.
        Campgrounds
        Recreational vehicle parks
        RV (recreational vehicle) parks
        Travel trailer campsites

**721214 - Recreational and Vacation Camps (except Campgrounds)**
    This U.S. industry comprises establishments primarily engaged in operating overnight recreational camps, such as children's camps, family vacation camps, hunting and fishing camps, and outdoor adventure retreats that offer trail riding, white-water rafting, hiking, and similar activities. These establishments provide accommodation facilities, such as cabins and fixed campsites, and other amenities, such as food services, recreational facilities and equipment, and organized recreational activities.
        Boys' camps (except day, instructional)
        Camps (except day, instructional)
        Children's camps (except day, instructional)
        Dude ranches
        Fishing camps with accommodation facilities
        Girls' camps (except day, instructional)
        Guest ranches with accommodation facilities
        Hunting camps with accommodation facilities
        Nudist camps with accommodation facilities
        Outdoor adventure retreats with accommodation facilities
        Recreational camps with accommodation facilities (except campgrounds)
        Summer camps (except day, instructional)
        Trail riding camps with accommodation facilities

028985

    Vacation camps (except campgrounds, day instructional)
    Wilderness camps

**721310 - Rooming and Boarding Houses**

 This industry comprises establishments primarily engaged in operating rooming and boarding houses and similar facilities, such as fraternity houses, sorority houses, off-campus dormitories, residential clubs, and workers' camps. These establishments provide temporary or longer-term accommodations which, for the period of occupancy, may serve as a principal residence. These establishments also may provide complementary services, such as housekeeping, meals, and laundry services.

    Boarding houses
    Clubs, residential
    Dormitories, off campus
    Fraternity houses
    Migrant workers' camps
    Off campus dormitories
    Residence clubs, organizational
    Residential clubs
    Rooming and boarding houses
    Sorority houses
    Workers' camps
    Workers' dormitories

**722110 - Full-Service Restaurants**

 This industry comprises establishments primarily engaged in providing food services to patrons who order and are served while seated (i.e. waiter/waitress service) and pay after eating. These establishments may provide this type of food services to patrons in combination with selling alcoholic beverages, providing carry out services, or presenting live nontheatrical entertainment.

    Bagel shops, full service
    Diners, full service
    Doughnut shops, full service
    Family restaurants, full service
    Fine dining restaurants, full service
    Full service restaurants
    Pizza parlors, full service
    Pizzerias, full service
    Restaurants, full service
    Steak houses, full service

**722211 - Limited-Service Restaurants**

 This U.S. industry comprises establishments primarily engaged in providing food services (except snack and nonalcoholic beverage bars) where patrons generally order or select items and pay before eating. Food and drink may be consumed on premises, taken out, or delivered to the customer's location. Some establishments in this industry may provide these food services in combination with selling alcoholic beverages.

    Carryout restaurants
    Delicatessen restaurants
    Drive-in restaurants
    Family restaurants, limited-service
    Fast-food restaurants
    Pizza delivery shops
    Pizza parlors, limited-service

028986

      Pizzerias, limited-service (e.g., take-out)
      Restaurants, carryout
      Restaurants, fast food
      Sandwich shops, limited-service
      Steak houses, limited-service
      Take out eating places

**722213 - Snack and Nonalcoholic Beverage Bars**

This U.S. industry comprises establishments primarily engaged in (1) preparing and/or serving a specialty snack, such as ice cream, frozen yogurt, cookies, or popcorn or (2) serving nonalcoholic beverages, such as coffee, juices, or sodas for consumption on or near the premises. These establishments may carry and sell a combination of snack, nonalcoholic beverage, and other related products (e.g., coffee beans, mugs, coffee makers) but generally promote and sell a unique snack or nonalcoholic beverage.

      Bagel shops, on premise baking and carryout service
      Beverage (e.g., coffee, juice, soft drink) bars, nonalcoholic, fixed location
      Canteens, fixed location
      Coffee shops, on premise brewing
      Confectionery snack shops, made on premises with carryout services
      Cookie shops, on premise baking and carryout service
      Doughnut shops, on premise baking and carryout service
      Fixed location refreshment stands
      Frozen custard stands, fixed location
      Ice cream parlors
      Pretzel shops, on premise baking and carryout service
      Snack bars (e.g., cookies, popcorn, pretzels), fixed location
      Soft drink beverage bars, nonalcoholic, fixed location

**722310 - Food Service Contractors**

This industry comprises establishments primarily engaged in providing food services at institutional, governmental, commercial, or industrial locations of others based on contractual arrangements with these type of organizations for a specified period of time. The establishments of this industry provide food services for the convenience of the contracting organization or the contracting organization's customers. The contractual arrangement of these establishments with contracting organizations may vary from type of facility operated (e.g., cafeteria, restaurant, fast-food eating place), revenue sharing, cost structure, to providing personnel. Management staff is always provided by the food service contractors.

      Airline food services contractors
      Cafeteria food services contractors (e.g., government office cafeterias, hospital cafeterias, school cafeterias)
      Food concession contractors (e.g., convention facilities, entertainment facilities, sporting facilities)
      Food service contractors, airline
      Food service contractors, cafeteria
      Food service contractors, concession operator (e.g., convention facilities, entertainment facilities, sporting facilities)
      Industrial caterers (i.e., providing food services on a contractual arrangement (except single-event basis))

028987

**722410 - Drinking Places (Alcoholic Beverages)**
This industry comprises establishments known as bars, taverns, nightclubs, or drinking places primarily engaged in preparing and serving alcoholic beverages for immediate consumption. These establishments may also provide limited food services.

    Alcoholic beverage drinking places
    Bars (i.e., drinking places), alcoholic beverage
    Cocktail lounges
    Drinking places (i.e., bars, lounges, taverns), alcoholic
    Lounges, cocktail
    Nightclubs, alcoholic beverage
    Taverns (i.e., drinking places)

028988