# EXHIBIT 4D

Attachment A

**Fixed Costs**

| | |
|---|---|
| Advertising Expense | Fixed |
| Auto Expense | Fixed |
| Bank Charges | Fixed |
| Cleaning and Housekeeping Costs | Fixed |
| COGS - Fixed | Fixed |
| Computer and Internet Expenses | Fixed |
| Contract Services | Fixed |
| Dues and Subscriptions | Fixed |
| Fees | Fixed |
| Franchise Fees - Fixed | Fixed |
| Insurance | Fixed |
| Interest Expense | Fixed |
| Lease Expense | Fixed |
| Licenses And Taxes | Fixed |
| *Maintenance | Fixed |
| Misc Expense | Fixed |
| Overhead | Fixed |
| Postage | Fixed |
| Professional Services | Fixed |
| Property Taxes | Fixed |
| Renovation Expense | Fixed |
| Rental Expense | Fixed |
| Retirement Expense | Fixed |
| Security Services | Fixed |
| Storage Expense | Fixed |
| Supplies | Fixed |
| Unemployment Tax | Fixed |
| Uniforms | Fixed |
| Utilities | Fixed |

**Variable Costs**

| | |
|---|---|
| Bad Debt Expense | Variable |
| COGS - Variable | Variable |
| Commissions | Variable |
| Consumable Goods | Variable |
| Contract Labor | Variable |
| Credit Card Fees | Variable |
| Discounts & Rebates | Variable |
| Donations / Contributions | Variable |
| Drug Testing | Variable |
| Franchise Fees - Variable | Variable |
| Freight | Variable |
| Fuel Expense | Variable |
| Inventory Adjustment | Variable |
| *Repairs (excluding Maintenance) | Variable |
| Sales/Lodging Tax | Variable |
| Training & Education | Variable |
| Travel & Entertainment | Variable |

Note: Payroll expenses (including Salaries and Wages, Employee Benefits, Overtime Wages, and, where applicable, 401K Payments, but excluding Owner/Officer Compensation) will be allocated between fixed and variable components based on the agreed-upon payroll methodology.

*If claimant's financial statements, books and/or records do not separately identify Maintenance costs and Repair costs, claimant shall allocate costs associated with Repairs and Maintenance 50% to Fixed Costs and 50% to Variable Costs.

028778