# EXHIBIT 5

**Compensation for Multi-Facility Businesses**

This document is intended to provide options, or other guidance, to a Multi-Facility Business making a Business Economic Loss Claim.  Each **Multi-Facility Business** must satisfy all documentation requirements set forth in Documentation Requirements for Business Economic Loss Claims and in II below.

The choices available to Multi-Facility Businesses are dictated by: (i) where the business' Headquarters are located; (ii) whether the business maintained separate contemporaneous profit and loss statements for each Facility; and (iii) whether all of the business' Facilities are located within the Gulf Coast Areas.

A Multi-Facility Business with its Headquarters and all Facilities located within the Gulf Coast Areas that maintained separate contemporaneous profit and loss statements for each Facility during the Benchmark Period and 2010, may, at its option, elect to file claims in one of two ways:  1) A claim for each individual Facility that the Multi-Facility Business chooses to include in the claim, or  2) a consolidated claim. If the Multi-Facility Business chooses to file separate claims for one, some, or all of its Facilities, the applicable Causation standard and RTP shall be applied separately to each claiming Facility based on its location and industry.  If the Multi-Facility Business chooses to file a consolidated facility claim, the Causation standard and RTP applicable to the Headquarters shall be applied to the entire consolidated claim.

A Multi-Facility Business with its Headquarters and all Facilities located within the Gulf Coast Areas that did not maintain separate contemporaneous profit and loss statements for each Facility during the Benchmark Period and 2010, may, at its option, elect to file claims in one of two ways:  1) A claim for each individual Facility that the Multi-Facility Business chooses to include in the claim, or  2) a consolidated claim.  If the Multi-Facility Business chooses to file separate claims for one, some, or all of its Facilities, the Additional Multi-Facility Business Documentation must be provided, and the Settlement Program shall apply the relevant Causation standard and RTP separately to each claiming Facility based on its location and industry.  If the Multi-Facility Business chooses to file a consolidated claim, the Causation standard and RTP applicable to the Headquarters shall be applied to the entire consolidated claim.

A Multi-Facility Business with its Headquarters located within the Gulf Coast Areas that has one or more Facilities located outside of the Gulf Coast Areas and maintained separate contemporaneous profit and loss statements for each Facility during the Benchmark Period and 2010, may, at its option, elect to file claims in one of two ways:  1) A claim for each individual Facility located in the Gulf Coast Areas that the Multi-Facility Business chooses to include in the claim, or  2) a consolidated claim on behalf of all Facilities located in the Gulf Coast Areas. If the Multi-Facility Business chooses to file separate claims for one, some, or all of its Facilities located in the Gulf Coast Areas, the relevant Causation standard and RTP for each claiming Facility based on its location and industry shall apply.  If the Multi-Facility Business chooses to file a consolidated claim, the Additional Multi-Facility Business Documentation must be

028019

provided, and the Settlement Program shall utilize the Causation standard and RTP applicable to the Headquarters to determine the Settlement Payment that is owed with respect to the losses suffered by all Facilities located within the Gulf Coast Areas.

A Multi-Facility Business with its Headquarters located within the Gulf Coast Areas that has one or more Facilities located outside of the Gulf Coast Areas and did not maintain separate contemporaneous profit and loss statements for each Facility during the Benchmark Period and 2010, may, at its option, elect to file claims in one of two ways:  1) A claim for each individual Facility located in the Gulf Coast Areas that the Multi-Facility Business chooses to include in the claim, or  2) a consolidated claim on behalf of all Facilities located in the Gulf Coast Areas. If the Multi-Facility Business chooses to file separate claims for one, some, or all of its Facilities located in the Gulf Coast Areas, the Additional Multi-Facility Business Documentation must be provided and the relevant Causation standard and RTP for each claiming Facility based on its location and industry shall apply.  If the Multi-Facility Business chooses to file a consolidated claim, the Additional Multi-Facility Business Documentation must be provided, and the Settlement Program shall utilize the Causation standard and RTP applicable to the Headquarters to determine the Settlement Payment that is owed with respect to the losses suffered by all Facilities located within the Gulf Coast Areas.

A Multi-Facility Business with its Headquarters located outside of the Gulf Coast Areas that maintained separate contemporaneous profit and loss statements for each Facility in the Gulf Coast Areas during the Benchmark Period and 2010, may submit separate claims for one, some or all Facilities located within the Gulf Coast Areas.  The applicable Causation standard and RTP shall be applied separately to each claiming Facility based on its location and industry.

A Multi-Facility Business with its Headquarters located outside of the Gulf Coast Areas that did not maintain separate contemporaneous profit and loss statements for each Facility in the Gulf Coast Areas during the Benchmark Period and 2010, may submit a consolidated claim for all Facilities located within the Gulf Coast Areas.  The Additional Multi-Facility Business Documentation must be provided, and the Settlement Program shall apply the relevant Causation standard and RTP separately to each Facility located within the Gulf Coast Areas.

I. Definitions

**Multi-Facility Business**:   A business entity that, during the period April 1, 2010 through December 31, 2010, maintained **Facilities** in more than one location and had at least one **Facility** within the Gulf Coast Areas.

**Facility**:  A separate and distinct physical location of a **Multi-Facility Business** at which it performs or manages its operations.

028020

**II.**   **Multi-Facility Business Documentation**

1. Separate profit and loss (P&L) statements for each individual **Facility** that were prepared and maintained in the normal course of business must be provided.

2. <u>Organizational Description</u>:  A chart or description detailing all **Facilities** included in the **Multi-Facility Business**.

**III.**   **Additional Multi-Facility Business Documentation**

1. <u>Consolidating Financial Statements</u>:  Consolidating financial statements are required for the **Multi-Facility Business** specifying profit and loss for all **Facilities** and detailing eliminating entries required.  In addition, the **Multi-Facility Business** will complete a **Sworn Written Statement** that separate profit and loss  statements for each of the claiming **Facilities** do not exist, and individual **Facility** P&L statements prepared for the purpose of filing a claim are based on the business's books and records.

2. <u>Intercompany Transaction Reports</u>:  Listing of all intercompany transactions between **Facilities** included in the **Multi-Facility Business**.

3. <u>Allocated Cost Schedule</u>:  Listing of all shared costs between **Facilities** of the **Multi-Facility Business** and the calculations used to allocate those expenses between **Facilities**.  Where a **Multi-Facility Business** prepares individual **Facility** P&L statements based on its books and records to support a claim, all shared costs shall be allocated among all **Facilities** based on their share of the total revenue of the **Multi-Facility Business**.

**IV. Cost Allocation**

1. Where a Multi-Facility business maintained separate contemporaneous profit and loss statements for each Facility during the Benchmark Period and 2010, and files a claim for one, some, or all facilities within the Gulf Coast Areas, all direct expenses associated with each claiming Facility in the Facility's contemporaneously-prepared P&L statements, and only such expenses, will be included in the calculation.

2. Where a **Multi-Facility Business** prepares individual **Facility** P&L statements based on its books and records to support a claim, all shared costs shall be allocated among all **Facilities** based on their share of the total revenue of the **Multi-Facility Business**.

**V.**   **Compensation**

1. For a **Multi-Facility Business** which has all **Facilities** (including Headquarters) in the Gulf Coast Areas and files a consolidated claim on behalf of the entire business, compensation shall be determined as set forth in the Business Compensation Framework.

2. For any other **Multi-Facility Business**, compensation shall be calculated using the Business Compensation Framework modified as follows:

    a. Sum lost profits and RTP(s) for all **Facilities** in claim.

3

028021

4

    b. Subtract any spill-related Payments from the initial BP claims process and/or the GCCF to the **Multi-Facility Business** claimant.

    c. Subtract any applicable VoO Settlement Payment Offset and/or any applicable VoO Earned Income Offset.