# EXHIBIT 8B

## Introduction to Example Appendices A through F

**INDIVIDUAL ECONOMIC LOSS CLAIMS: EXAMPLES**

The following Appendices give examples of **Individual Economic Loss Categories I-III**.  In each example, the **Compensation Period** selected is the period between April 21, 2010 and December 31, 2010 that produces maximum **Claimant Lost Earnings** for that example.  In each example, **Final Claimant Compensation** for claimants who establish causation depends primarily on the following factors:

1. **Components of Lost Earnings**:  **Claimant Lost Earnings** is calculated as the sum of two factors: (i) any decrease in earnings during the claimant selected **Compensation Period** compared to the same period(s) in the **Base Year(s)**, and (ii) any expected growth in earnings during the same **Compensation Period** relative to the **Base Year(s)**.  Thus, the claimant selected **Compensation Period** is relevant for both factors, and claimants will want to consider both factors in selecting their **Compensation Period**.

2. **Length and Duration Of Economic Loss (Compensation Period)**:  Each claimant selects a period of loss (or **Compensation Period**) reflecting the period in which the claimant's **Actual Earnings** were less than **Expected Earnings** due to or resulting from the DWH Spill.  The **Compensation Period** must consist of at least 90 consecutive days between April 21, 2010 and December 31, 2010, and may extend for the entire period, at the claimant's election.  In selecting a **Compensation Period**, claimant should be aware that any period when income (i) fell, (ii) stayed the same, or (iii) demonstrated a percentage increase lower than the applicable **Growth Factor(s)** (percentages), will result in **Actual Earnings** being less than **Expected Earnings**, and therefore a higher level of loss and compensation.

3. **Location and Industry Of Economic Loss**:  Claimants incurring economic loss due to or resulting from the DWH Spill may also receive **Risk Transfer Premium (RTP)** compensation based upon the industry and location of their loss.  The **RTP** is calculated as a multiple of the claimant's loss during the **Compensation Period**.

**Appendix A1**

## Example of Compensation Calculation:  Category I Individual

> **Category I Individual with Pay Period Earnings Documentation**:  In this example, the claimant has passed the causation requirements and provides **Tax Information Documents** demonstrating annual earnings, and also provides **Pay Period Earnings Documentation** sufficient to establish monthly/pay period earnings, allowing for the calculation of a **Claimant Specific Growth Factor**.  This claimant was a salaried worker at a resort in Zone A who lost his job at the end of September 2010.  Because the claimant is a salaried worker, no **Industry Growth Factor** is applicable.

**Data Submitted by Claimant**

| | 2009 | 2010 |
|---|---|---|
| **Annual Earnings per Tax Information Documents** | $    61,500 | $    47,250 |
| **Pay Period Earnings** | | |
| January | $    5,000 | $    5,250 |
| February | $    5,000 | $    5,250 |
| March | $    5,000 | $    5,250 |
| April | $    5,000 | $    5,250 |
| May | $    5,000 | $    5,250 |
| June | $    5,000 | $    5,250 |
| July | $    5,250 | $    5,250 |
| August | $    5,250 | $    5,250 |
| September | $    5,250 | $    5,250 |
| October | $    5,250 | $    - |
| November | $    5,250 | $    - |
| December | $    5,250 | $    - |
| **Total Earnings** | $    61,500 | $    47,250 |

(July–December 2009 marked as --Benchmark Period--; July–December 2010 marked as --Compensation Period--)

**Step 1:  Claimant Selects Compensation Period & Base Year**

Claimant has selected July 1, 2010 through December 31, 2010 as the **Compensation Period**, and chosen 2009 as the **Base Year**.

**Step 2:  Determine Benchmark Period Earnings Corresponding to the Compensation Period**

**Benchmark Period** earnings are the actual earnings during the period of the **Base Year** of the same length and dates corresponding to the **Compensation Period**.  Given the selection in Step 1, the **Benchmark Period** earnings equal the earnings between July 1, 2009 and December 31, 2009, and are calculated as follows:

**Benchmark Period Earnings** (July 1-Dec 31, 2009)   |   $    31,500

## Appendix A1

## Example of Compensation Calculation:  Category I Individual

### Step 3:  Determine Earnings Growth Factor(s)

The Claimant has provided pay period detail, and a **Claimant Specific Growth Factor** can be calculated using January through April earnings in 2010 and the **Base Year**.  **Industry Growth Factor** does not apply (**Benchmark Period** earnings are salaried).

|  | 2009 | 2010 |
|---|---|---|
| January - April Earnings | $  20,000 [a] | $  21,000 [b] |

**Calculated Claimant Specific Growth Factor**                                                        **5.0%** [c]=([b]-[a])/[a]

            5.0% = ($21,000 - $20,000)/$20,000
            [c]  =  ([b]   -    [a])   / [a]

**Claimant Specific Growth Factor (max of +10%, min of -1.5%)**                    **5.0%** [d]

### Step 4:  Calculate Expected Earnings

**Expected Earnings** equals **Benchmark Period** earnings (calculated in Step 2) increased by the applicable **Growth Factors** (from Step 3).

**Benchmark Period** Earnings (from Step 2)                                        $    31,500 [e]

**Claimant Specific Growth Rate** (if applicable from Step 3)                     5.0% = [d]

**Industry Growth Factor** (if hourly, see Step 3)                                n/a [f]

**Expected Earnings for the Compensation Period**                         $    33,075 [g]=[e]*(1+[d]+[f])

            $33,075 = $31,500 x (1 + 0.05 + 0)
            [g]   =   [e]   x  (1 + [d] + [f])

### Step 5:  Determine Actual Earnings in the Compensation Period

**Actual Earnings** in the claimant selected **Compensation Period** in this example includes all earnings between the period selected by the Claimant in Step 1, July 1, 2010 through December 31, 2010.

**Actual Earnings** (July 1-December 31, 2010)                             $    15,750 [h]

### Step 6:  Determine Claimant Lost Earnings

**Lost Earnings** is the difference between the **Expected Earnings** (Step 4) and the **Actual Earnings** (Step 5) over the **Compensation Period**.

**Lost Earnings**                                                         $    17,325 [i]=[g]-[h]

            $17,325 = $33,075 - $15,750
            [i]   =    [g]   -    [h]

**Appendix A1**

## Example of Compensation Calculation:  Category I Individual

**Step 7:  Calculate Final Claimant Compensation**

**Final Claimant Compensation** includes **Lost Earnings** increased by the agreed upon **Risk Transfer Premium** (Zone A Tourism= 2.5), then adjusted for any **Employee-Related Benefits Loss** (assume $2,000), any **Reimbursable Training & Search Costs** (assume $500 each for training and search) and any **Spill Related Payments** (assume $3,000).

|  |  |  |  |
|---|---|---|---|
| **Lost Earnings (Step 6)** | $ | 17,325 | = [i] |
| + **Lost Earnings Multiplied by Other Industries RTP (2.5 in Zone A)** | $ | 43,313 | [j]=[i] x RTP |
| = $17,325 x 2.5 | | | |
| + **Employment Related Benefits Losses** | $ | 2,000 | Given above. |
| + **Reimbursable Training Costs** | $ | 500 | Given above. |
| + **Reimbursable Search Costs** | $ | 500 | Given above. |
| - **Spill Related Payments** | $ | (3,000) | Given above. |
| **Final Claimant Compensation** | **$** | **60,638** | |

**Appendix A2**

## Example of Compensation Calculation:  Category I Individual with Bonus

**Category I Individual with Pay Period Earnings Documentation**:  In this example, the claimant has passed the causation requirements and provides **Tax Information Documents** demonstrating annual earnings, and also provides **Pay Period Earnings Documentation** sufficient to establish monthly/pay period earnings, allowing for the calculation of a **Claimant Specific Growth Factor**.  This claimant was a salaried worker at a resort in Zone A who lost his job at the end of September 2010.  Because the claimant is a salaried worker, no **Industry Growth Factor** is applicable.  The claimant's documentation indicated that the claimant received a bonus in March 2009 related to calendar year 2008, and a bonus in March 2010 related to calendar year 2009.  Because the claimant lost his job, no bonus was received for calendar year 2010.

Data Submitted by Claimant and Reallocation of Bonus Earnings

| | 2009 - Bonus Included in Year Paid | 2010 - Bonus Included in Year Paid | 2009 - No Bonus | 2010 - No Bonus | 2009 - Bonus Allocated to Year Earned* | 2010 - Bonus Allocated to Year Earned** |
|---|---|---|---|---|---|---|
| **Regular Pay** | $ 61,500 | $ 47,250 | $ 61,500 | $ 47,250 | $ 61,500 | $ 47,250 |
| **Total Bonuses Paid** | $ 5,000 | $ 6,000 | | | $ 6,000 | $ - |
| **Total Annual Earnings** | $ 66,500 | $ 53,250 | $ 61,500 | $ 47,250 | $ 67,500 | $ 47,250 |
| **Pay Period Earnings** | | | | | | |
| January | $ 5,000 | $ 5,250 | $ 5,000 | $ 5,250 | $ 5,500 | $ 5,250 |
| February | $ 5,000 | $ 5,250 | $ 5,000 | $ 5,250 | $ 5,500 | $ 5,250 |
| March | $ 10,000 | $ 11,250 | $ 5,000 | $ 5,250 | $ 5,500 | $ 5,250 |
| April | $ 5,000 | $ 5,250 | $ 5,000 | $ 5,250 | $ 5,500 | $ 5,250 |
| May | $ 5,000 | $ 5,250 | $ 5,000 | $ 5,250 | $ 5,500 | $ 5,250 |
| June | $ 5,000 | $ 5,250 | $ 5,000 | $ 5,250 | $ 5,500 | $ 5,250 |
| July | $ 5,250 | $ 5,250 | $ 5,250 | $ 5,250 | $ 5,750 | $ 5,250 |
| August | $ 5,250 | $ 5,250 | $ 5,250 | $ 5,250 | $ 5,750 | $ 5,250 |
| September | $ 5,250 | $ 5,250 | $ 5,250 | $ 5,250 | $ 5,750 | $ 5,250 |
| October | $ 5,250 | $ - | $ 5,250 | $ - | $ 5,750 | $ - |
| November | $ 5,250 | $ - | $ 5,250 | $ - | $ 5,750 | $ - |
| December | $ 5,250 | $ - | $ 5,250 | $ - | $ 5,750 | $ - |
| **Total Earnings** | $ 66,500 | $ 53,250 | $ 61,500 | $ 47,250 | $ 67,500 | $ 47,250 |

\*   $6,000 bonus received in 2010 relates to 2009 performance and is therefore allocated evenly across the months of 2009.

\*\*  No bonus was received for calendar year 2010, so no bonus earnings are allocated to 2010.

### Step 1:  Claimant Selects Compensation Period & Base Year

Claimant has selected July 1, 2010 through December 31, 2010 as the **Compensation Period**, and chosen 2009 as the **Base Year**.

### Step 2:  Determine Benchmark Period Earnings Corresponding to the Compensation Period

**Benchmark Period** earnings are the actual earnings during the period of the **Base Year** of the same length and dates corresponding to the **Compensation Period**. Given the selection in Step 1, the **Benchmark Period** earnings equal the earnings between July 1, 2009 and December 31, 2009, and are calculated as follows (inclusive of the allocated bonus):

**Benchmark Period Earnings** (July 1-Dec 31, 2009)    $ 34,500

### Step 3:  Determine Earnings Growth Factor(s)

The Claimant has provided pay period detail, and a **Claimant Specific Growth Factor** can be calculated using January through April earnings in 2010 and the **Base Year** (excluding any bonus amounts).  **Industry Growth Factor** does not apply (**Benchmark Period** earnings are salaried).

| | 2009 - No Bonus | 2010 - No Bonus |
|---|---|---|
| January - April Earnings | $ 20,000 [a] | $ 21,000 [b] |
| **Calculated Claimant Specific Growth Factor** | | **5.0%** [c]=([b]-[a])/[a] |
| 5.0% = ($21,000 - $20,000)/$20,000 | | |
| [c]  =  ([b]  -  [a])  / [a] | | |
| **Claimant Specific Growth Factor (max of +10%, min of -1.5%)** | | 5.0% [d] |

**Appendix A2**

## Example of Compensation Calculation:  Category I Individual with Bonus

**Step 4:  Calculate Expected Earnings**

Expected Earnings equals **Benchmark Period** earnings (calculated in Step 2) increased by the applicable **Growth Factors** (from Step 3).

| | | |
|---|---|---|
| **Benchmark Period** Earnings (from Step 2) | $ 34,500 | [e] |
| **Claimant Specific Growth Rate** (if applicable from Step 3) | 5.0% | = [d] |
| **Industry Growth Factor** (if hourly, see Step 3) | n/a | [f] |
| **Expected Earnings for the Compensation Period** | $ 36,225 | [g]=[e]*(1+[d]+[f]) |

$36,225 = $34,500 x (1 + 0.05 + 0)
[g]   =   [e]   x   (1 + [d] + [f])

**Step 5:  Determine Actual Earnings in the Compensation Period**

Actual Earnings in the claimant selected **Compensation Period** in this example includes all earnings between the period selected by the Claimant in Step 1, July 1, 2010 through December 31, 2010.

| | | |
|---|---|---|
| **Actual Earnings** (July 1-December 31, 2010) | $ 15,750 | [h] |

**Step 6:  Determine Claimant Lost Earnings**

Lost Earnings is the difference between the **Expected Earnings** (Step 4) and the **Actual Earnings** (Step 5) over the **Compensation Period**.

| | | |
|---|---|---|
| **Lost Earnings** | $ 20,475 | [i]=[g]-[h] |

$20,475 = $36,225 - $15,750
[i]   =   [g]   -   [h]

**Step 7:  Calculate Final Claimant Compensation**

Final Claimant Compensation includes **Lost Earnings** increased by the agreed upon **Risk Transfer Premium** (Zone A Tourism= 2.5), then adjusted for any **Employee-Related Benefits Loss** (assume $2,000), any **Reimbursable Training & Search Costs** (assume $500 each for training and search) and any **Spill Related Payments** (assume $3,000).

| | | |
|---|---|---|
| **Lost Earnings** (Step 6) | $ 20,475 | = [i] |
| + **Lost Earnings Multiplied by Other Industries RTP (2.5 in Zone A)** | $ 51,188 | [j]=[i] x RTP |
| = $20,475 x 2.5 | | |
| + **Employment Related Benefits Losses** | $ 2,000 | Given above. |
| + **Reimbursable Training Costs** | $ 500 | Given above. |
| + **Reimbursable Search Costs** | $ 500 | Given above. |
| - **Spill Related Payments** | $ (3,000) | Given above. |
| **Final Claimant Compensation** | $ 71,663 | |

**Appendix A3**

## Example of Compensation Calculation:  Category I Individual with Commissions

**Category I Individual with Pay Period Earnings Documentation**:  In this example, the claimant has passed the causation requirements and provides **Tax Information Documents** demonstrating annual earnings, and also provides **Pay Period Earnings Documentation** sufficient to establish monthly/pay period earnings, allowing for the calculation of a **Claimant Specific Growth Factor**.  This claimant was a worker at a resort in Zone A who received a salary plus quarterly commissions, and who lost his job at the end of September 2010.  Because the claimant is a salaried worker, no **Industry Growth Factor** is applicable.

### Data Submitted by Claimant and Reallocation of Commission Earnings

| | 2009 - Commission Included as Paid | 2010 - Commission Included as Paid | | 2009 - Commission Allocated to Period Earned* | 2010 - Commission Allocated to Period Earned* |
|---|---|---|---|---|---|
| Regular Pay | $ 61,500 | $ 47,250 | Regular Pay | $ 61,500 | $ 47,250 |
| **Commission Paid in:** | | | **Commission Related to:** | | |
| January | $ 1,000 | $ 1,250 | January-March | $ 1,250 | $ 1,500 |
| April | $ 1,250 | $ 1,500 | April-June | $ 1,250 | $ 1,500 |
| July | $ 1,250 | $ 1,500 | July-October | $ 1,250 | $ - |
| October | $ 1,250 | $ - | October-December | $ 1,250 | $ - |
| Total Commissions* | $ 4,750 | $ 4,250 | Total Commissions* | $ 5,000 | $ 3,000 |
| | | | | | |
| Total Annual Earnings | $ 66,250 | $ 51,500 | | $ 66,500 | $ 50,250 |
| **Pay Period Earnings** | | | | | |
| January | $ 6,000 | $ 6,500 | | $ 5,417 | $ 5,750 |
| February | $ 5,000 | $ 5,250 | | $ 5,417 | $ 5,750 |
| March | $ 5,000 | $ 5,250 | | $ 5,417 | $ 5,750 |
| April | $ 6,250 | $ 6,750 | | $ 5,417 | $ 5,750 |
| May | $ 5,000 | $ 5,250 | | $ 5,417 | $ 5,750 |
| June | $ 5,000 | $ 5,250 | | $ 5,417 | $ 5,750 |
| July | $ 6,500 | $ 6,750 | | $ 5,667 | $ 5,250 |
| August | $ 5,250 | $ 5,250 | | $ 5,667 | $ 5,250 |
| September | $ 5,250 | $ 5,250 | | $ 5,667 | $ 5,250 |
| October | $ 6,500 | $ - | | $ 5,667 | $ - |
| November | $ 5,250 | $ - | | $ 5,667 | $ - |
| December | $ 5,250 | $ - | | $ 5,667 | $ - |
| | | | | | |
| **Total Earnings** | $ 66,250 | $ 51,500 | | $ 66,500 | $ 50,250 |

(Vertical labels on right columns: —Growth Rate—, —Benchmark Period—, —Compensation Period—)

* Commissions were paid quarterly.  Commissions paid in 2009 were $1,250 each.  The commission paid in January related to October-December 2008, the commission paid in April 2009 related to January-March 2009, the commission paid in July 2009 related to April-June 2009, and the commission paid in October 2009 related to July through September 2009.  Commissions paid in 2010 were also $1,500 each.  The commission paid in January 2010 related to October-December 2009, the commission paid in April 2010 related to January-March 2010, and the commission paid in July 2010 related to April-June 2010.  The claimant was terminated in September 2010 and did not receive any additional commissions.

---

**Step 1:  Claimant Selects Compensation Period & Base Year**

Claimant has selected July 1, 2010 through December 31, 2010 as the **Compensation Period**, and chosen 2009 as the **Base Year**.

**Step 2:  Determine Benchmark Period Earnings Corresponding to the Compensation Period**

**Benchmark Period** earnings are the actual earnings during the period of the **Base Year** of the same length and dates corresponding to the **Compensation Period**.  Given the selection in Step 1, the **Benchmark Period** earnings equal the earnings between July 1, 2009 and December 31, 2009, and are calculated as follows (inclusive of the allocated commissions):

**Benchmark Period Earnings** (July 1-Dec 31, 2009)        $ 34,000

028588

**Appendix A3**

## Example of Compensation Calculation:  Category I Individual with Commissions

**Step 3:  Determine Earnings Growth Factor(s)**

The Claimant has provided pay period detail, and a **Claimant Specific Growth Factor** can be calculated using January through April earnings in 2010 and the **Base Year** (including commissions).  **Industry Growth Factor** does not apply (**Benchmark Period** earnings are salaried).

|  | 2009 - Commission Allocated to Period Earned* | 2010 - Commission Allocated to Period Earned* |
|---|---|---|
| January - April Earnings | $          21,667 [a] | $          23,000 [b] |
| **Calculated Claimant Specific Growth Factor** |  | **6.2%** [c]=([b]-[a])/[a] |
| 6.2% = ($23,000 - $21,667)/$23,000 |  |  |
| [c]  =  ([b]   -    [a])   / [a] |  |  |
| **Claimant Specific Growth Factor (max of +10%, min of -1.5%)** |  | **6.2%** [d] |

**Step 4:  Calculate Expected Earnings**

**Expected Earnings** equals **Benchmark Period** earnings (calculated in Step 2) increased by the applicable **Growth Factors** (from Step 3).

| | | |
|---|---|---|
| **Benchmark Period** Earnings (from Step 2) | | $          34,000 [e] |
| **Claimant Specific Growth Rate** (if applicable from Step 3) | | 6.2% = [d] |
| **Industry Growth Factor** (if hourly, see Step 3) | | n/a [f] |
| **Expected Earnings for the Compensation Period** | | $          36,108 [g]=[e]*(1+[d]+[f]) |
| $36,092 = $34,000 x (1 + 0 062 + 0) | | |
| [g]   =   [e]   x   (1 + [d] + [f]) | | |

**Step 5:  Determine Actual Earnings in the Compensation Period**

**Actual Earnings** in the claimant selected **Compensation Period** in this example includes all earnings between the period selected by the Claimant in Step 1, July 1, 2010 through December 31, 2010.

**Actual Earnings** (July 1-December 31, 2010)  $          15,750 [h]

**Step 6:  Determine Claimant Lost Earnings**

**Lost Earnings** is the difference between the **Expected Earnings** (Step 4) and the **Actual Earnings** (Step 5) over the **Compensation Period**.

**Lost Earnings**  $          20,358 [i]=[g]-[h]
$20,342 = $36,092 - $15,750
[i]   =    [g]    -    [h]

**Step 7:  Calculate Final Claimant Compensation**

**Final Claimant Compensation** includes **Lost Earnings** increased by the agreed upon **Risk Transfer Premium** (Zone A Tourism= 2.5), then adjusted for any **Employee-Related Benefits Loss** (assume $2,000), any **Reimbursable Training & Search Costs** (assume $500 each for training and search) and any **Spill Related Payments** (assume $3,000).

| | | | |
|---|---|---|---|
|   | **Lost Earnings (Step 6)** | $          20,358 | = [i] |
| + | **Lost Earnings Multiplied by Other Industries RTP (2.5 in Zone A)** | $          50,895 | [j]=[i] x RTP |
|   | = $20,342 x 2 5 | | |
| + | **Employment Related Benefits Losses** | $          2,000 | Given above. |
| + | **Reimbursable Training Costs** | $          500 | Given above. |
| + | **Reimbursable Search Costs** | $          500 | Given above. |
| - | **Spill Related Payments** | $          (3,000) | Given above. |
|   | **Final Claimant Compensation** | $          71,253 | |

**Appendix B**

## Example of Compensation Calculation:  Category I Individual (Salaried)

> **Category I Individual with Pay Period Earnings Documentation**:  In this example, the claimant has passed the causation requirements and provides **Tax Information Documents** demonstrating annual earnings, and also provides **Pay Period Earnings Documentation** sufficient to establish pay period earnings, allowing for the calculation of a **Claimant Specific Growth Factor**.  This claimant was a salaried worker at a manufacturing facility in Zone A paid monthly in 2009 who changed jobs and began being compensated using an hourly wage for which he was paid twice monthly.  Because the claimant was a salaried worker in the **Benchmark Period**, no **Industry Growth Factor** is applicable.

**Data Submitted by Claimant**

| | 2009 | 2010 |
|---|---|---|
| **Annual Earnings per Tax Information Documents** | $      61,500 | $      45,950 |
| **Pay Period Earnings (Period Ending...)** | | |
| January 15 | - | $      2,600 |
| January 31 | $      5,000 | $      2,650 |
| February 15 | - | $      2,550 |
| February 28 | $      5,000 | $      2,300 |
| March 15 | - | $      2,350 |
| March 31 | $      5,000 | $      2,550 |
| April 15 | - | $      2,600 |
| April 30 | $      5,000 | $      2,700 |
| May 15 | - | $      2,800 |
| May 31 | $      5,000 | $      2,850 |
| June 15 | - | $      2,900 |
| June 30 | $      5,000 | $      1,750 |
| July 15 | $      - | $      1,400 |
| July 31 | $      5,250 | $      1,300 |
| August 15 | $      - | $      1,200 |
| August 31 | $      5,250 | $      1,100 |
| September 15 | $      - | $      1,200 |
| September 30 | $      5,250 | $      1,240 |
| October 15 | $      - | $      1,320 |
| October 31 | $      5,250 | $      1,340 |
| November 15 | $      - | $      1,250 |
| November 30 | $      5,250 | $      1,200 |
| December 15 | $      - | $      1,300 |
| December 31 | $      5,250 | $      1,500 |
| **Total Earnings** | $      61,500 | $      45,950 |

(The shaded 2009 column June 30–December 31 is labeled **Benchmark Period**; the shaded 2010 column June 30–December 31 is labeled **Compensation Period**.)

**Step 1:  Claimant Selects Compensation Period & Base Year**

Claimant has selected June 15, 2010 through December 31, 2010 as the **Compensation Period**, and chosen 2009 as the **Base Year**.

**Step 2:  Determine Benchmark Period Earnings Corresponding to the Compensation Period**

**Benchmark Period** earnings are the actual earnings during the period of the **Base Year** of the same length and dates as in the **Compensation Period**.  Given the selection in Step 1, the **Benchmark Period** earnings equal the earnings between June 15, 2009 and December 31, 2009, and are calculated as follows:

| | | |
|---|---|---|
| Earnings June 15-July 1, 2009 | $      2,500 | (=$5,000 x 0.5 months) |
| Earnings July 1-December 31, 2009 | $      31,500 | (=$5,250 x 6 months) |
| **Total Benchmark Period Earnings** | $      34,000 | |

**Step 3:  Determine Earnings Growth Factor(s)**

**Appendix B**

## Example of Compensation Calculation:  Category I Individual (Salaried)

The Claimant has provided pay period detail, and a **Claimant Specific Factor** can be calculated using January through April earnings in 2010 and the **Base Year**.  **Industry Growth Factor** does not apply as Benchmark Period earnings are salaried.

|  | 2009 | 2010 |
|---|---|---|
| January - April Earnings | $        20,000  [a] | $         20,300  [b] |
| **Calculated Claimant Specific Growth Factor** |  | **1.5%** [c]=([b]-[a])/[a] |

1.5% = ($20,300 - $20,000)/$20,000
[c]  =  ([b]   -   [a]) / [a]

| **Selected Claimant Specific Growth Factor (max of +10%, min of -1.5%)** | **1.5%** [d] |
|---|---|

**Step 4:  Calculate Expected Earnings**

**Expected Earnings** equals **Benchmark Period** earnings (calculated in Step 2) increased by the applicable **Growth Factors** (from Step 3).

| **Benchmark Period** Earnings (from Step 2) | $         34,000  [e] |
|---|---|
| **Claimant Specific Growth Rate** (if applicable from Step 3) | 1.5%  = [d] |
| **Industry Growth Factor** (if hourly, see Step 3) | n/a  [f] |
| **Expected Earnings for the Compensation Period** | $         34,510  [g]=[e]*(1+[d]+[f]) |

$34,510 = $34,000 x (1 + 0.015 + 0)
[g]   =   [e]   x   (1 + [d] + [f])

**Step 5:  Determine Actual Earnings in the Compensation Period**

**Actual Earnings** in the claimant selected **Compensation Period** in this example includes all earnings in the 2010 period selected by the Claimant in Step 1, June 15, 2010 through December 31, 2010.

| **Actual Earnings** (June 15-December 31, 2010) | $         17,100  [h] |
|---|---|

**Step 6:  Determine Claimant Lost Earnings**

**Lost Earnings** is the difference between the **Expected Earnings** (Step 4) and the **Actual Earnings** (Step 5) over the **Compensation Period**.

| **Lost Earnings (Step 4: Expected Earnings - Step 5: Actual Earnings)** | $         17,410  [i]=[g]-[h] |
|---|---|

$17,410 = $34,510 - $17,100
[i]   =   [g]   -   [h]

**Appendix B**

## Example of Compensation Calculation:  Category I Individual (Salaried)

---

**Step 7:  Calculate Final Claimant Compensation**

---

**Final Claimant Compensation** includes **Lost Earnings** increased by the agreed upon **Risk Transfer Premium** (Zone A Other Industries= 1.5), then adjusted for any **Employment-Related Benefits Losses** (assume $2,000), any **Reimbursable Training & Search Costs** (assume none) and any Spill Related Payments (assume $3,000).

| | | | |
|---|---|---:|---|
| **Lost Earnings (Step 6)** | $ | 17,410 | [i] |
| + **Lost Earnings Multiplied by Other Industries RTP (1.5 in Zone A)** | $ | 26,115 | [j]=[i] x RTP |
| + **Employment Related Benefits Losses** | $ | 2,000 | Given above. |
| + **Reimbursable Training Costs** | $ | - | Given above. |
| + **Reimbursable Search Costs** | $ | - | Given above. |
| - **Spill Related Payments** | $ | (3,000) | Given above. |
| | | | |
| **Final Claimant Compensation** | $ | 42,525 | |

028592

**Appendix C1**

## Example of Compensation Calculation:
## Category I Individual (Multiple Hourly Claiming Jobs)

**Category I Individual with Pay Period Earnings Documentation**:  In this example, the claimant has passed the causation requirements and provides **Tax Information Documents** demonstrating annual earnings, and also provides **Pay Period Earnings Documentation** sufficient to establish pay period earnings, allowing for the calculation of a **Claimant Specific Growth Factor**.  This claimant was an hourly worker with two **Claiming Jobs**: one Zone B construction job (Job 1) which paid monthly and one Zone B restaurant job which paid twice monthly (Job 2).  Because the claimant is an hourly wage worker, an **Industry Growth Factor** is applicable.

**Data Submitted by Claimant**

| | 2009-Job 1 | 2009-Job 2 | 2010-Job 1 | 2010-Job 2 |
|---|---|---|---|---|
| Annual Earnings per Tax Info Docs | $ 28,800 | $ 17,720 | $ 24,600 | $ 15,320 |
| **Pay Period Earnings (Period Ending...)** | | | | |
| January 15 | - | $ 800 | - | $ 820 |
| January 31 | $ 2,300 | $ 760 | $ 2,400 | $ 780 |
| February 15 | - | $ 680 | - | $ 660 |
| February 28 | $ 2,350 | $ 660 | $ 2,450 | $ 700 |
| March 15 | - | $ 640 | - | $ 740 |
| March 31 | $ 2,130 | $ 700 | $ 2,600 | $ 800 |
| April 15 | - | $ 710 | - | $ 860 |
| April 30 | $ 2,220 | $ 730 | $ 2,300 | $ 860 |
| May 15 | - | $ 720 | - | $ 740 |
| May 31 | $ 2,450 | $ 800 | $ 2,200 | $ 640 |
| June 15 | - | $ 820 | - | $ 600 |
| June 30 | $ 2,500 | $ 800 | $ 1,950 | $ 540 |
| July 15 | - | $ 840 | - | $ 560 |
| July 31 | $ 2,650 | $ 880 | $ 1,800 | $ 600 |
| August 15 | - | $ 780 | - | $ 560 |
| August 31 | $ 2,700 | $ 770 | $ 1,800 | $ 600 |
| September 15 | - | $ 810 | - | $ 620 |
| September 30 | $ 2,250 | $ 680 | $ 1,740 | $ 540 |
| October 15 | - | $ 660 | - | $ 520 |
| October 31 | $ 2,350 | $ 640 | $ 1,660 | $ 480 |
| November 15 | - | $ 660 | - | $ 400 |
| November 30 | $ 2,400 | $ 700 | $ 1,800 | $ 560 |
| December 15 | - | $ 680 | - | $ 500 |
| December 31 | $ 2,500 | $ 800 | $ 1,900 | $ 640 |
| **Total Earnings** | $ 28,800 | $ 17,720 | $ 24,600 | $ 15,320 |

The 2009 May 31 through December 31 rows are bracketed as the **Benchmark Period**, and the 2010 May 31 through December 31 rows are bracketed as the **Compensation Period**.

**Step 1:  Claimant Selects Compensation Period & Base Year**

Claimant has selected May 15, 2010 through December 31, 2010 as the **Compensation Period**, and chosen 2009 as the **Base Year**.

**Appendix C1**

## Example of Compensation Calculation:
## Category I Individual (Multiple Hourly Claiming Jobs)

---

**Step 2:  Determine Benchmark Period Earnings Corresponding to the Compensation Period**

**Benchmark Period** earnings are the actual earnings during the period of the **Base Year** of the same length and dates corresponding to the **Compensation Period**.  Given the selection in Step 1, the **Benchmark Period** earnings equal the earnings between May 15, 2009 and December 31, 2009, and are calculated as follows:

|  | Job 1 | Job 2 |  |
|---|---|---|---|
| Earnings May 15-June 1, 2009 | $    1,225 | $        800 | (Job 1=$2,450 x 50%) |
| Earnings June 1-December 31, 2009 | $   17,350 | $   10,520 |  |
| **Total Benchmark Period Earnings** | $    18,575 | $   11,320 |  |

---

**Step 3:  Determine Earnings Growth Factor(s)**

The Claimant has provided **Pay Period Earnings Documentation**, and a **Claimant Specific Growth Factor** can be calculated using January through April earnings in 2010 and the **Base Year**.  **Industry Growth Factor** (1.5%) applies as **Benchmark Period** earnings are paid hourly.

|  | 2009-Job 1 | 2009-Job 2 | 2010-Job 1 | 2010-Job 2 |  |
|---|---|---|---|---|---|
| January - April Earnings | $    9,000 | $    5,680 [a] | $    9,750 | $    6,220 [b] |  |
| **Calculated Claimant Specific Growth Factor** |  |  | 8.3% | 9.5% | [c]=([b]-[a])/[a] |

8.3% = ($9,750 - $9,000)/$9,000
9.5% = ($6,220 - $5,680)/$5,680
[c]  =  ([b]  -  [a])  /   [a]

| **Claimant Specific Growth Factor (max of +10%, min of -1.5%)** | 8.3% | 9.5% | [d] |
|---|---|---|---|

---

**Step 4:  Calculate Expected Earnings**

**Expected Earnings** equals **Benchmark Period** earnings (calculated in Step 2) increased by the applicable **Growth Factors** (from Step 3).

|  | 2010-Job 1 | 2010-Job 2 |  |
|---|---|---|---|
| **Benchmark Period** Earnings  (from Step 2) | $   18,575 | $   11,320 | [e] |
| **Claimant Specific Growth Rate** (if applicable from Step 3) | 8.3% | 9.5% | = [d] |
| **Industry Growth Factor** (if hourly, see Step 3) | 1.5% | 1.5% | [f] |
| **Expected Earnings for the Compensation Period** | $    20,402 | $    12,566 | [g]=[e]*(1+[d]+[f]) |

$20,402 = $18,575 x (1 + 0.083 + 0.015)
$12,566 = $11,320 x (1 + 0.095 + 0.015)
[g]  =  [e]  x (1 + [d]  +  [f])

028594

**Appendix C1**

## Example of Compensation Calculation:
## Category I Individual (Multiple Hourly Claiming Jobs)

---

**Step 5:  Determine Actual Earnings in the Compensation Period**

**Actual Earnings** in the claimant selected **Compensation Period** in this example includes all earnings between the period selected by the Claimant in Step 1, May 15, 2010 through December 31, 2010.

| | | | | |
|---|---|---|---|---|
| **Actual Earnings** (May 15-December 31, 2010) | $ | 13,750 | $ | 8,360 [h] |

---

**Step 6:  Determine Claimant Lost Earnings**

Lost Earnings is the difference between the **Expected Earnings** (Step 4) and the **Actual Earnings** (Step 5) over the **Compensation Period**.

| | | Job 1 | | Job 2 | |
|---|---|---|---|---|---|
| **Lost Earnings** | $ | 6,652 | $ | 4,206 | [i]=[g]-[h] |

$6,652 = $20,402 - $13,750
$4,206 = $12,566 - $8,360
  [i]  =  [g]  -   [h]

---

**Step 7:  Calculate Final Claimant Compensation**

**Final Claimant Compensation** includes **Lost Earnings** increased by the agreed upon **Risk Transfer Premium** (RTP Job 1= 1.25; Job 2= 2.5), then adjusted for any **Employee-Related Benefits Loss** (assume $2,000 for Job 1), any **Reimbursable Training & Search Costs** (assume $500 for each training and search) and any **Spill Related Payments** (assume $3,000).

| | | Job 1 | | Job 2 | |
|---|---|---|---|---|---|
| **Lost Earnings** (Step 6) | $ | 6,652 | $ | 4,206 | [i] |
| + **Lost Earnings Multiplied by RTP (Job 1= 1.25; Job 2= 2.5)** | $ | 8,314 | $ | 10,515 | [j]=[i] x RTP |
| + **Employment Related Benefits Losses** | $ | 2,000 | $ | - | [k] |
| | $ | 16,966 | $ | 14,721 | [l]=[i]+[j]+[k] |
| | | | | | |
| **Total Claimant Lost Earnings** | | | $ | 31,687 | Total of [l] |
| + **Reimbursable Training Costs** | | | $ | 500 | Given above. |
| + **Reimbursable Search Costs** | | | $ | 500 | Given above. |
| - **Spill Related Payments** | | | $ | (3,000) | Given above. |
| | | | | | |
| **Final Claimant Compensation** | | | $ | 29,687 | |

Appendix C2

## Example of Compensation Calculation:
### Category I Individual (Hourly Claiming Job and Multiple Sources of Compensation Period Income)

**Category I Individual with Pay Period Earnings Documentation**: In this example, the claimant has passed the causation requirements, provided **Tax Information Documents** demonstrating annual earnings, and also provided **Pay Period Earnings Documentation** sufficient to establish pay period earnings (allowing for the calculation of a **Claimant Specific Growth Factor**).  This claimant is an hourly worker with one job meeting causation, a Zone B construction job (Job 1) which paid monthly.  After the DWH Spill, the claimant found a second hourly job at a restaurant in Zone C which also pays monthly (Job 2).  Because the claimant is an hourly wage worker, an **Industry Growth Factor** is applicable.  To the extent the claimant found new work to replace any hours lost due to or resulting from the DWH Spill, compensation for those replaced hours are included in **Actual Earnings**.

### Data Submitted by Claimant

| | 2009 - Job 1 | | | 2010 - Job 1 | | | 2010 - Job 2 | | |
|---|---|---|---|---|---|---|---|---|---|
| Annual Earnings per Tax Info Docs | | $ 8,920 | | | $ 8,370 | | | $ 525 | |
| **Pay Period Earnings (Period Ending...)** | *Hrs* | *Hourly Rate* | *Total Pay* | *Hrs* | *Hourly Rate* | *Total Pay* | *Hrs* | *Hourly Rate* | *Total Pay* |
| January 31 | 76 | $ 10 | $ 760 | 80 | $ 10 | $ 800 | - | $ | $ - |
| February 28 | 66 | $ 10 | $ 660 | 72 | $ 10 | $ 720 | - | $ | $ - |
| March 31 | 70 | $ 10 | $ 700 | 74 | $ 10 | $ 740 | - | $ | $ - |
| April 30 | 73 | $ 10 | $ 730 | 76 | $ 10 | $ 760 | - | $ | $ - |
| May 31 | 80 | $ 10 | $ 800 | 70 | $ 10 | $ 700 | 10 | $ 5 | $ 50 |
| June 30 | 80 | $ 10 | $ 800 | 60 | $ 10 | $ 600 | 25 | $ 5 | $ 125 |
| July 31 | 88 | $ 10 | $ 880 | 75 | $ 10 | $ 750 | 20 | $ 5 | $ 100 |
| August 31 | 77 | $ 10 | $ 770 | 66 | $ 10 | $ 660 | 15 | $ 5 | $ 75 |
| September 30 | 68 | $ 10 | $ 680 | 54 | $ 10 | $ 540 | 15 | $ 5 | $ 75 |
| October 31 | 64 | $ 10 | $ 640 | 60 | $ 10 | $ 600 | 20 | $ 5 | $ 100 |
| November 30 | 70 | $ 10 | $ 700 | 70 | $ 10 | $ 700 | - | $ | $ - |
| December 31 | 80 | $ 10 | $ 800 | 80 | $ 10 | $ 800 | - | $ | $ - |
| **Total Earnings & Hours** | **892** | | **$ 8,920** | **837** | | **$ 8,370** | **105** | | **$ 525** |

*(Note: in the 2009 Job 1 column, May 31 through December 31 are bracketed as "Benchmark Period"; in the 2010 Job 2 column, May 31 through December 31 are bracketed as "Compensation Period")*

### Step 1:  Claimant Selects Compensation Period & Base Year

Claimant has selected May 1, 2010 through December 31, 2010 as the **Compensation Period**, and chosen 2009 as the **Base Year**.

### Step 2:  Determine Benchmark Period Earnings and Hours Corresponding to the Compensation Period

**Benchmark Period** earnings are the actual earnings during the period of the **Base Year** of the same length and dates corresponding to the **Compensation Period**.  Given the selection in Step 1, the **Benchmark Period** earnings equal the earnings between May 1, 2009 and December 31, 2009, and are calculated as follows:

| | Job 1 | |
|---|---|---|
| | Hrs | Earnings |
| **Benchmark Period** Earnings (May 1 - Dec. 31, 2009) | 607 [a] | $ 6,070 [b] |

**Step 3:  Determine Earnings Growth Factor(s)**

The Claimant has provided **Pay Period Earnings Documentation**, and a **Claimant Specific Growth Factor** can be calculated using January through April earnings in 2010 and the **Base Year**.  **Industry Growth Factor** (1.5%) applies as **Benchmark Period** earnings are paid hourly.

|  | **2009 - Job 1** | | **2010 - Job 1** | |
|---|---|---|---|---|
| January - April Earnings | $   2,850 | [c] | $   3,020 | [d] |
| **Calculated Claimant Specific Growth Factor** | | | **6.0%** | [e]  ([d]-[c])/[c] |
| 6.0% = ($3,020 - $2,850)/$2,850 | | | | |
| [e]  =  ([d]  −  [c]) /  [c] | | | | |
| **Claimant Specific Growth Factor (max of +10%, min of -1.5%)** | | | 6.0% | [f] |

**Step 4:  Calculate Expected Earnings**

**Expected Earnings** equals **Benchmark Period** earnings (calculated in Step 2) increased by the applicable **Growth Factors** (from Step 3).

|  | **Job 1** | |
|---|---|---|
| **Benchmark Period** Earnings (see Step 2) | $   6,070 | [b] |
| **Claimant Specific Growth Rate** (if applicable from Step 3) | 6.0% | [f] |
| **Industry Growth Factor** (if hourly, see Step 3) | 1.5% | [g] |
| **Expected Earnings for the Compensation Period** | $   6,523 | [h]  [b]*(1+[f]+[g]) |
| $6,523 = $6,070 x (1 + 0.06 + 0 015) | | |
| [h]  =  [b]  x (1 +   [f]  +   [g]) | | |

**Step 5:  Determine Actual Earnings in the Compensation Period**

**Actual Earnings** in the claimant selected **Compensation Period** in this example includes all earnings between the period selected by the Claimant in Step 1, May 1, 2010 through December 31, 2010.  Earnings from Job 2 are only included to the extent they replace hours from Job 1.

| | | |
|---|---|---|
| **Actual Earnings - Job 1** (May 1 - December 31, 2010) | $   5,350 | [i] |
| **Actual Earnings - Job 2** (May 1 - October 31, 2010) | | |
| Hours Worked in **Benchmark Period** Job 1 (May 1-Dec. 31, 2009) | 607 | |
| Hours Worked in **Compensation Period** - Job 1 (May 1-Dec. 31, 2010) | 535 | |
| Decreased Hours In **Claiming Job** | 72 | [j] |
| Hours Worked in **Compensation Period** - Job 2 (May 1-Dec. 31, 2010) | 105 | |
| Hours Worked in **Benchmark Period** - Job 2 (May 1-Dec. 31, 2009) | - | |
| Increased Hours Worked | 105 | [k] |
| Redirected Hours (lesser of [j] and [k]) | 72 | [l] |
| Average **Compensation Period** Wage Rate in the non-**Claiming Job** | $     5.00 | [m] |
| (= Total **Compensation Period** Earnings/Total **Compensation Period** Hours= $525/105) | | |
| Job 2 **Actual Earnings** to Include | $     360 | [n]  [l] x [m] |
| $360 = 72 x $5 00 | | |
| [n]  =  [l]  x  [m] | | |
| **Total Actual Earnings** | $   5,710 | [o]  [i] + [n] |
| $5,710 = $5,350 + $360 | | |
| [o]  =   [i]  +  [n] | | |

**Step 6:  Determine Claimant Lost Earnings**

**Claimant Lost Earnings** is the difference between the **Expected Earnings** (Step 4) and the **Actual Earnings** (Step 5) over the **Compensation Period**.

Lost Earnings                                                                    $    813  [p]  [h]-[o]

$813 = $6,523 - $5,710

[p]  =  [h]  -  [o]

**Step 7:  Calculate Final Claimant Compensation**

**Final Claimant Compensation** includes **Lost Earnings** increased by the agreed upon **Risk Transfer Premium** (RTP Job 1= 1.25), then adjusted for any **Employee-Related Benefits Loss** (assume $2,000 for Job 1), any **Reimbursable Training & Search Costs** (assume $500 for each training and search) and any **Spill Related Payments** (assume $1,000).

| | | |
|---|---:|---|
| Lost Earnings (Step 6) | $    813 | [i] |
| + **Lost Earnings Multiplied by RTP (Job 1= 1.25)** | $  1,016 | [j]  [i] × RTP |
| + **Employment Related Benefits Losses** | $  2,000 | [k] |
| | $  3,830 | [l]  [i]+[j]+[k] |
| | | |
| **Total Claimant Lost Earnings** | $  3,830 | Total of [l] |
| + **Reimbursable Training Costs** | $    500 | Given above. |
| + **Reimbursable Search Costs** | $    500 | Given above. |
| - **Spill Related Payments** | $  (1,000) | Given above. |
| | | |
| **Final Claimant Compensation** | **$  3,830** | |

**Appendix D**

## Example of Compensation Calculation:  Category II Individual

**Category II Individual with detailed Pay Period Earnings Documentation**:  In this example, the claimant has passed the causation requirements but provided incomplete **Pay Period Earnings Documentation** insufficient to calculate a **Claimant Specific Growth Factor**.  This claimant is an hourly worker at a factory in Zone C in both periods, and an **Industry Growth Factor** is therefore applicable.  Because the Claimant is missing information for certain pay periods in the **Base Year** and has not provided total annual earnings for the **Base Year**, the **Compensation Period** and **Benchmark Period** may not include those pay periods.  If the claimant provided total annual earnings for the **Base Year** (2009), the earnings for April 30th and August 15th could be derived from the annual data by subtracting the sum of the **Pay Period Earnings Documentation** data provided from total annual earnings.  If appropriate, the claimant could then have considered alternative **Compensation Periods** that included the April 30th and August 15th pay periods.

**Data Submitted by Claimant**

| | 2009 | 2010 |
|---|---|---|
| **Annual Earnings per Tax Information Documents** | **Not Given** | **Not Given** |
| **Pay Period Earnings (Period Ending...)** | | |
| January 15 | $  2,200 | $  2,250 |
| January 31 | $  2,250 | $  2,300 |
| February 15 | $  2,200 | $  2,200 |
| February 28 | $  2,100 | $  2,150 |
| March 15 | $  2,200 | $  2,200 |
| March 31 | $  2,300 | $  2,400 |
| April 15 | $  2,300 | $  2,250 |
| April 30 | Not Given | $  2,500 |
| May 15 | $  2,500 | $  1,750 |
| May 31 | $  2,525 | $  1,400 |
| June 15 | $  2,600 | $  1,300 |
| June 30 | $  2,500 | $  1,200 |
| July 15 | $  2,650 | $  1,100 |
| July 31 | $  2,725 | $  1,200 |
| August 15 | Not Given | $  1,240 |
| August 31 | $  2,550 | $  1,320 |
| September 15 | $  2,500 | $  1,340 |
| September 30 | $  2,400 | $  1,250 |
| October 15 | $  2,300 | $  1,200 |
| October 31 | $  2,325 | $  1,300 |
| | | |
| **Total Pay Period Earnings Provided** | **$  43,125** | **$  33,850** |

Benchmark Period — spans May 15 through July 31 (2009 column).
Compensation Period — spans May 15 through July 31 (2010 column).

**Appendix D**

## Example of Compensation Calculation:  Category II Individual

**Step 1:  Claimant Selects Compensation Period & Base Year**

Claimant has selected May 1, 2010 through July 31, 2010 as the **Compensation Period**, and has chosen 2009 as the **Base Year**.

**Step 2:  Determine Benchmark Period Earnings Corresponding to the Compensation Period**

**Benchmark Period** earnings are the actual earnings during the period of the **Base Year** of the same length and dates corresponding to the **Compensation Period**.  Given the selection in Step 1, the **Benchmark Period** earnings equal the earnings between May 1, 2009 and July 31, 2009, and are calculated as follows:

Earnings May 1-July 31, 2009 $\quad\quad$ \$ $\quad$ 15,500

**Step 3:  Determine Earnings Growth Factor(s)**

The claimant has provided pay period detail, but insufficient to calculate a **Claimant Specific Growth Factor** due to the missing periods and the absence of annual earnings documentation.  The **General Growth Factor** (2%) will therefore apply, and an **Industry Growth Factor** (1.5%) will apply because the claimant is an hourly worker.

|  | 2009 |  | 2010 |  |
|---|---|---|---|---|
| January - April Earnings | N/A | [a] | N/A | [b] |
| **Calculated Claimant Specific Growth Factor** |  |  | N/A | [c]=([b]-[a])/[a] |
| **General Growth Factor** |  |  | **2.0%** | [d] |

**Step 4:  Calculate Expected Earnings**

**Expected Earnings** equals **Benchmark Period** earnings (calculated in Step 2) increased by the applicable **Growth Factors** (from Step 3).

| | | |
|---|---|---|
| **Benchmark Period** Earnings (from Step 2) | \$  15,500 | [e] |
| **General Growth Rate** (if applicable from Step 3) | 2.0% | [d] |
| **Industry Growth Factor** (if hourly, see Step 3) | 1.5% | [f] |
| **Expected Earnings for the Compensation Period** | \$   16,043 | [g]=[e]*(1+[d]+[f]) |

$16,043 = $15,500 x (1 + 0.02 + 0.015)
[g]   =    [e]    x (1+  [d]  +  [f])

028600

**Appendix D**

## Example of Compensation Calculation:  Category II Individual

**Step 5:  Determine Actual Earnings in the Compensation Period**

**Actual Earnings** in the claimant selected **Compensation Period** in this example includes all earnings between the **Compensation Period** selected by the claimant in Step 1, May 1, 2010 through July 31, 2010.

**Actual Earnings** (May 1-July 31, 2010)                    $        7,950  [h]

**Step 6:  Determine Claimant Lost Earnings**

**Lost Earnings** is the difference between the **Expected Earnings** (Step 4) and the **Actual Earnings** (Step 5) over the **Compensation Period**.

**Lost Earnings**                                             $        8,093  [i]=[g]-[h]
        $8,093 = $16,043 - $7,950
         [i]   =    [g]   -    [h]

**Step 7:  Calculate Final Claimant Compensation**

**Final Claimant Compensation** includes **Lost Earnings** increased by the agreed upon **Risk Transfer Premium** (Zone C Other Industries= 0.25), then adjusted for any  **Employee-Related Benefits Loss** (assume $2,000), any **Reimbursable Training & Search Costs** (assume $500 each for training and search) and any **Spill Related Payments** (assume $3,000).

|   | | | |
|---|---|---:|---|
| | **Lost Earnings (Step 6)** | $     8,093 | [i] |
| + | **Lost Earnings Multiplied by Other Industries RTP (0.25 in Zone C)** | $     2,023 | [j]=[i] x RTP |
| + | **Employment Related Benefits Losses** | $     2,000 | Given above. |
| + | **Reimbursable Training Costs** | $        500 | Given above. |
| + | **Reimbursable Search Costs** | $        500 | Given above. |
| - | **Spill Related Payments** | $    (3,000) | Given above. |
| | **Final Claimant Compensation** | $   10,116 | |

028601

**Appendix E**

## Example of Compensation Calculation:
## Category III Individual - New Entrant to Employment

---

**Category III Individual - New Entrant to Employment**:  In this example, the claimant has passed the causation requirements and accepted, as of April 20, 2010, a first-time offer of employment in Zone A in the Tourism category that was rescinded due to or resulting from the DWH Spill.  The claimant procures employment in January 2011 and provides information sufficient to establish monthly pay period earnings.  This claimant is considered a **New Entrant to Employment** and 2011 earnings adjusted downward by the **General Growth Factor** will be used in lieu of **Benchmark Period** earnings.  Because the claimant is a salaried worker, no **Industry Growth Factor** is applicable.

---

**Data Submitted by Claimant**

|  | 2010 | 2011 |
|---|---|---|
| **Annual Earnings per Tax Information Documents** | $          - | $     55,200 |
| **Pay Period Earnings** |  |  |
| January | $          - | $      4,600 |
| February | $          - | $      4,600 |
| March | $          - | $      4,600 |
| April | $          - | $      4,600 |
| May | $          - | $      4,600 |
| June | $          - | $      4,600 |
| July | $          - | $      4,600 |
| August | $          - | $      4,600 |
| September | $          - | $      4,600 |
| October | $          - | $      4,600 |
| November | $          - | $      4,600 |
| December | $          - | $      4,600 |
| **Total Earnings** | $          - | $     55,200 |

(2010 column marked "------Compensation Period------" spanning May through December; 2011 column marked "------Benchmark Period------" spanning May through December)

**Step 1:  Claimant Selects Compensation Period & Base Year**

Claimant has selected May 1, 2010 through December 31, 2010 as the **Compensation Period**, and 2011 is the **Base Year** as claimant is a **New Entrant to Employment**.

**Step 2:  Determine Benchmark Period Earnings Corresponding to the Compensation Period**

**Benchmark Period** earnings are the actual earnings during the period of the **Base Year** of the same length and dates corresponding to the **Compensation Period**.  Given the selection in Step 1, the **Benchmark Period** earnings equal the earnings between May 1, 2011 and December 31, 2011, and is calculated as follows:

Earnings May 1-December 31, 2011          | $        36,800 | [a]

028602

**Appendix E**

## Example of Compensation Calculation:
## Category III Individual - New Entrant to Employment

**Step 3:  Determine Earnings Growth Factor(s)**

Because the claimant is a **New Entrant to Employment**, **Benchmark Period** earnings are discounted back to 2010 using agreed upon **Growth Factors**. The General Growth Rate of 2.0% is applied, but since claimant is a salaried worker no **Industry Growth Factor** is applied.

**Step 4:  Calculate Expected Earnings**

**Expected Earnings** equals **Benchmark Period** earnings (calculated in Step 2) decreased back to 2010 levels using the applicable **Growth Factors** (from Step 3).

| | | |
|---|---|---|
| **Benchmark Period** Earnings (from Step 2) | $ 36,800 | = [a] |
| Reduce 2011 Earnings by **General Growth Factor** (from Step 3) | -2.0% | [b] |
| Reduce 2011 Earnings by **Industry Growth Factor** (from Step 3) | n/a | [c] |
| **Expected Earnings for the Compensation Period** | $ 36,064 | [d]=[a]*(1+[b]+[c]) |

$36,064 = $36,800 x (1 - 0.02 + 0)
[d]  =  [a]   x (1 + [b] + [c])

**Step 5:  Determine Actual Earnings in the Compensation Period**

**Actual Earnings** in the claimant selected **Compensation Period** in this example includes all earnings between the period selected by the claimant in Step 1, May 1, 2010 through December 31, 2010.

| | | |
|---|---|---|
| **Actual Earnings** (May 1 -December 31, 2010) | $ - | [e] |

**Step 6:  Determine Claimant Lost Earnings**

**Lost Earnings** is the difference between the **Expected Earnings** (Step 4) and the **Actual Earnings** (Step 5) over the **Compensation Period**.

| | | |
|---|---|---|
| **Lost Earnings** | $ 36,064 | [f]=[d]-[e] |

$36,064 = $36,064 - 0
[f]  =  [d]  - [e]

028603

**Appendix E**

## Example of Compensation Calculation:
## Category III Individual - New Entrant to Employment

---

**Step 7:  Calculate Final Claimant Compensation**

---

**Final Claimant Compensation** includes **Lost Earnings** increased by the agreed upon **Risk Transfer Premium** (Zone A Tourism= 2.5 RTP), then adjusted for any **Employee-Related Benefits Loss** (assume $2,000), any **Reimbursable Training & Search Costs** (assume $500 each for training and search) and any **Spill Related Payments** (assume $3,000).

| | | | |
|---|---|---:|---|
| | **Lost Earnings (Step 6)** | $ 36,064 | =[f] |
| + | **Lost Earnings Multiplied by Tourism RTP (2.5 in Zone A)** | $ 90,160 | [g]=[f] x RTP |
| + | **Employment Related Benefits Losses** | $ 2,000 | Given above. |
| + | **Reimbursable Training Costs** | $ 500 | Given above. |
| + | **Reimbursable Search Costs** | $ 500 | Given above. |
| - | **Spill Related Payments** | $ (3,000) | Given above. |
| | **Final Claimant Compensation** | $ 126,224 | |

**Appendix F**

### Example of Compensation Calculation:
### Category III Individual - Career Changer

---

**Category III Individual - Career Changer**:  In this example, the claimant has passed the causation requirements and provides **Tax Information Documents** demonstrating annual earnings, and also provides **Pay Period Earnings Documentation** sufficient to establish monthly/pay period earnings.  The **Individual** switched jobs at the end of 2009 and was employed in Zone B Tourism in 2010, and the **Claimant Specific Growth Factor** exceeded 20%, so this claimant is considered a **Career Changer** and 2011 earnings adjusted downward by the **General Growth Factor** will be used in lieu of a **Benchmark Period**.  Because the claimant is a salaried worker, no **Industry Growth Factor** is applicable.

---

**Data Submitted by Claim**

|  | 2009 | 2010 | 2011 |
|---|---|---|---|
| **Annual Earnings per Tax Information Documents** | $ 36,000 | $ 22,500 | $ 55,200 |
| | | | |
| **Pay Period Earnings** | | | |
| January | $ 3,000 | $ 4,500 | $ 4,600 |
| February | $ 3,000 | $ 4,500 | $ 4,600 |
| March | $ 3,000 | $ 4,500 | $ 4,600 |
| April | $ 3,000 | $ 4,500 | $ 4,600 |
| May | $ 3,000 | $ 4,500 | $ 4,600 |
| June | $ 3,000 | $ - | $ 4,600 |
| July | $ 3,000 | $ - | $ 4,600 |
| August | $ 3,000 | $ - | $ 4,600 |
| September | $ 3,000 | $ - | $ 4,600 |
| October | $ 3,000 | $ - | $ 4,600 |
| November | $ 3,000 | $ - | $ 4,600 |
| December | $ 3,000 | $ - | $ 4,600 |
| | | | |
| **Total Earnings** | $ 36,000 | $ 22,500 | $ 55,200 |

*(2010 June–December column marked "--Compensation Period--"; 2011 June–December column marked "--Benchmark Period--")*

**Step 1:  Claimant Selects Compensation Period & Base Year**

Claimant selects June 1, 2010 through December 31, 2010 as the **Compensation Period**, and 2011 is the **Base Year** for calculating **Expected Earnings** because claimant is a **Career Changer**.

**Step 2:  Determine Benchmark Period Earnings Corresponding to the Compensation Period**

**Benchmark Period** earnings are the actual earnings during the period of the **Base Year** of the same length and dates corresponding to the **Compensation Period**.  Given the selection in Step 1, the **Benchmark Period** earnings equal the earnings between June 1, 2011 and December 31, 2011:

| | |
|---|---|
| Earnings June 1-December 31, 2011 | $ 32,200 |

**Step 3:  Determine Earnings Growth Factor(s)**

**Appendix F**

## Example of Compensation Calculation:
## Category III Individual - Career Changer

As illustrated below, the claimant's income changed by more than 20%, and, therefore, the claimant is a **Career Changer**, and the **General Growth Factor** (2%) applies. Since claimant is a salaried worker no **Industry Growth Factor** is applied.

Determination of **Claimant Specific Growth Factor**

|                                                  | 2009         | 2010        |                    |
|--------------------------------------------------|--------------|-------------|--------------------|
| January - April Earnings                         | $  12,000 [a] | $   18,000  | [b]                |
| **Calculated Claimant Specific Growth Factor**   |              | 50.0%       | [c]=([b]-[a])/[a]  |

$$50.0\% = (\$18,000 - \$12,000) / \$12,000$$
$$[c] \;\; = (\;\; [b] \;\; - \;\; [a] \;\; ) / \;\; [a]$$

| **General Growth Factor** | 2.0% | [d] |
|---------------------------|------|-----|

*(Claimant earnings changed by more than 20%, therefore, 2011 becomes Base Year and growth rate defaults to General Growth Factor of 2%.)*

**Step 4:  Calculate Expected Earnings**

**Expected Earnings** equals **Benchmark Period** earnings (calculated in Step 2) decreased back to 2010 levels using the applicable **Growth Factors** (from Step 3).

| **2011 Benchmark Period** Earnings                          | $     32,200 | [e] |
|-------------------------------------------------------------|--------------|-----|
| Reduce 2011 Earnings by **General Growth Factor** (from Step 3)  | -2.0%        | [d] |
| Reduce 2011 Earnings by **Industry Growth Factor** (from Step 3) | n/a          | [f] |
| **Expected Earnings for the Compensation Period**           | $     31,556 | [g]=[e]*(1+[d]+[f]) |

$$\$31,556 = \$32,200 \times (1 - 0.02 + 0)$$
$$[g] \;\; = \;\; [e] \;\; \times (1 - [d] + [f])$$

**Step 5:  Determine Actual Earnings in the Compensation Period**

**Actual Earnings** in the claimant selected **Compensation Period** in this example includes all earnings between the period selected by the claimant in Step 1, June 1, 2010 through December 31, 2010.

| **Actual Earnings** (June-December 2010) | $          - | [h] |
|------------------------------------------|--------------|-----|

**Appendix F**

## Example of Compensation Calculation:
## Category III Individual - Career Changer

**Step 6:  Determine Claimant Lost Earnings**

**Lost Earnings** is the difference between the **Expected Earnings** (Step 4) and the **Actual Earnings** (Step 5) over the **Compensation Period**.

| | | | |
|---|---|---|---|
| **Lost Earnings** | | $   31,556 | [i]=[g]-[h] |

$31,556 = $31,556 - 0

[i]   =   [g]   - [h]

**Step 7:  Calculate Final Claimant Compensation**

**Final Claimant Compensation** includes **Lost Earnings** increased by the agreed upon **Risk Transfer Premium** (Zone B Tourism= 2.0 RTP), then adjusted for any **Employee-Related Benefits Loss** (assume $2,000), any **Reimbursable Training & Search Costs** (assume $500 each for training and search) and any **Spill Related Payments** (assume $3,000).

| | | | |
|---|---|---:|---|
| **Lost Earnings (Step 6)** | $ | 31,556 | =[i] |
| + **Lost Earnings Multiplied by Tourism RTP (2.0 in Zone B)** | $ | 63,112 | [j]=[i] x RTP |
| + **Employment Related Benefits Losses** | $ | 2,000 | Given above. |
| + **Reimbursable Training Costs** | $ | 500 | Given above. |
| + **Reimbursable Search Costs** | $ | 500 | Given above. |
| - **Spill Related Payments** | $ | (3,000) | Given above. |
| | | | |
| **Final Claimant Compensation** | $ | 94,668 | |