# EXHIBIT 11B

# Appendix A to Compensation Framework for Coastal Real Property Claims: Coastal Real Property Claim Zone Map

025288

# Louisiana, Mississippi, Alabama, Florida



025289

# Hancock County, MS (Entire County)



Appendix A: Coastal Real Property Claim
Zone Map

3

# Hancock County, MS (Detailed Portion 1)



## Hancock County, MS (Detailed Portion 2)



025292

# Hancock County, MS (Detailed Portion 3)



Appendix A: Coastal Real Property Claim Zone Map

# Harrison County, MS (Entire County)



025294

# Harrison County, MS (Detailed Portion 1)



025295

# Harrison County, MS (Detailed Portion 2)



# Harrison County, MS (Detailed Portion 3)



025297

# Harrison County, MS (Detailed Portion 4)



Appendix A: Coastal Real Property Claim
Zone Map

025298

# Harrison County, MS (Detailed Portion 5)



025299

# Jackson County, MS (Entire County)



025300

## Jackson County, MS (Detailed Portion 1)



Appendix A: Coastal Real Property Claim
Zone Map

14

# Jackson County, MS (Detailed Portion 2)



025302

# Jackson County, MS (Detailed Portion 3)



025303

# Jackson County, MS (Detailed Portion 4)



025304

## Mobile County, AL (Entire County)



Appendix A: Coastal Real Property Claim
Zone Map

18

025305

# Mobile County, AL (Detailed Portion 1)



025306

# Mobile County, AL (Detailed Portion 2)



025307

# Mobile County, AL (Detailed Portion 3)



Appendix A: Coastal Real Property Claim
Zone Map

21

# Mobile County, AL (Detailed Portion 4)



025309

## Baldwin County, AL (Entire County)



025310

# Baldwin County, AL (Detailed Portion 1)



Appendix A: Coastal Real Property Claim
Zone Map

24

025311

# Baldwin County, AL (Detailed Portion 2)



Appendix A: Coastal Real Property Claim
Zone Map

025312

# Escambia County, FL (Entire County)



Appendix A: Coastal Real Property Claim
Zone Map

025313

# Escambia County, FL (Detailed Portion 1)



025314

# Escambia County, FL (Detailed Portion 2)



025315

# Santa Rosa County, FL (Entire County)



025316

# Santa Rosa County, FL (Detailed Portion 1)



Appendix A: Coastal Real Property Claim
Zone Map

025317

# Santa Rosa County, FL (Detailed Portion 2)



025318

# Okaloosa County, FL (Entire County)



025319

# Okaloosa County, FL (Detailed Portion 1)



025320

# Okaloosa County, FL (Detailed Portion 2)



Appendix A: Coastal Real Property Claim
Zone Map

34

025321

# Walton County, FL (Entire County)



Appendix A: Coastal Real Property Claim
Zone Map

35

025322

# Walton County, FL (Detailed Portion 1)



025323

# Walton County, FL (Detailed Portion 2)



025324

# Walton County, FL (Detailed Portion 3)



# Walton County, FL (Detailed Portion 4)



025326

# Walton County, FL (Detailed Portion 5)



025327

# Bay County, FL (Entire County)



Appendix A: Coastal Real Property Claim
Zone Map

41

# Bay County, FL (Detailed Portion 1)



Appendix A: Coastal Real Property Claim
Zone Map

025329

# Bay County, FL (Detailed Portion 2)



025330

# Bay County, FL (Detailed Portion 3)



025331

# Bay County, FL (Detailed Portion 4)



025332

# Bay County, FL (Detailed Portion 5)



025333

# Bay County, FL (Detailed Portion 6)



025334

# Gulf County, FL (Entire County)



Appendix A: Coastal Real Property Claim
Zone Map

48

025335

# Gulf County, FL (Detailed Portion 1)



025336

# Gulf County, FL (Detailed Portion 2)



025337

# Gulf County, FL (Detailed Portion 3)



Appendix A: Coastal Real Property Claim
Zone Map

025338

# Gulf County, FL (Detailed Portion 4)



025339

# Franklin County, FL (Entire County)



025340

# Franklin County, FL (Detailed Portion 1)



025341

# Franklin County, FL (Detailed Portion 2)



# Franklin County, FL (Detailed Portion 3)



025343

# Franklin County, FL (Detailed Portion 4)



Appendix A: Coastal Real Property Claim
Zone Map

025344

# Franklin County, FL (Detailed Portion 5)



025345

## Franklin County, FL (Detailed Portion 6)



025346

# Franklin County, FL (Detailed Portion 7)



025347

# Franklin County, FL (Detailed Portion 8)



025348

# Franklin County, FL (Detailed Portion 9)



025349

# Franklin County, FL (Detailed Portion 10)



025350

# Franklin County, FL (Detailed Portion 11)



025351

# Wakulla County, FL (Entire County)



Appendix A: Coastal Real Property Claim
Zone Map

025352

# Wakulla County, FL (Detailed Portion 1)



025353

# Wakulla County, FL (Detailed Portion 2)



025354

# Grand Isle, LA (Entire Island)

025355