# EXHIBIT 11C

# Appendix D to Compensation Framework for Coastal Real Property Claims:
# Eligible Parcel Compensation Category Map

1

025356

## Hancock County, MS (Entire County)



## Hancock County, MS (Detailed Portion 1)



025358

# Hancock County, MS (Detailed Portion 2)



## Hancock County, MS (Detailed Portion 3)



Public
Zone A1
Zone A2
Zone B1
Zone B2

# Hancock County, MS (Detailed Portion 4)



## Hancock County, MS (Detailed Portion 5)



## Hancock County, MS (Detailed Portion 6)



Legend:
- Public
- Zone A1
- Zone A2
- Zone B1
- Zone B2

8

025363

## Harrison County, MS (Entire County)



025364

## Harrison County, MS (Detailed Portion 1)



025365

## Harrison County, MS (Detailed Portion 2)



## Harrison County, MS (Detailed Portion 3)



| | |
|---|---|
| | Public |
| | Zone A1 |
| | Zone A2 |
| | Zone B1 |
| | Zone B2 |

12

## Harrison County, MS (Detailed Portion 4)



| | |
|---|---|
| | Public |
| | Zone A1 |
| | Zone A2 |
| | Zone B1 |
| | Zone B2 |

13

# Harrison County, MS (Detailed Portion 5)



Public
Zone A 1
Zone A 2
Zone B 1
Zone B 2

14

## Harrison County, MS (Detailed Portion 6)



Public
Zone A1
Zone A2
Zone B1
Zone B2

15

## Harrison County, MS (Detailed Portion 7)



## Jackson County, MS (Entire County)



## Jackson County, MS (Detailed Portion 1)



## Jackson County, MS (Detailed Portion 2)



Public
Zone A1
Zone A2
Zone B1
Zone B2

19

025374

## Jackson County, MS (Detailed Portion 3)



Public
Zone A 1
Zone A 2
Zone B 1
Zone B 2

20

025375

## Jackson County, MS (Detailed Portion 4)



| | Public |
| --- | --- |
| | Zone A1 |
| | Zone A2 |
| | Zone B1 |
| | Zone B2 |

21

## Jackson County, MS (Detailed Portion 5)



Public
Zone A 1
Zone A 2
Zone B 1
Zone B 2

22

## Jackson County, MS (Detailed Portion 6)



Public
Zone A1
Zone A2
Zone B1
Zone B2

23

## Jackson County, MS (Detailed Portion 7)



Public
Zone A1
Zone A2
Zone B1
Zone B2

24

## Mobile County, AL (Entire County)



Public
Zone A 1
Zone A 2
Zone B 1
Zone B 2

25

025380

## Mobile County, AL (Detailed Portion 1)



Public
Zone A 1
Zone A 2
Zone B1
Zone B2

26

025381

## Mobile County, AL (Detailed Portion 2)



025382

## Mobile County, AL (Detailed Portion 3)



| | |
|---|---|
| | Public |
| | Zone A1 |
| | Zone A2 |
| | Zone B1 |
| | Zone B2 |

28

025383

## Mobile County, AL (Detailed Portion 4)



## Mobile County, AL (Detailed Portion 5)



| | Public |
| --- | --- |
| | Zone A1 |
| | Zone A2 |
| | Zone B1 |
| | Zone B2 |

30

025385

## Mobile County, AL (Detailed Portion 6)



## Mobile County, AL (Detailed Portion 7)





Public
Zone A 1
Zone A 2
Zone B 1
Zone B 2

32

025387

## Mobile County, AL (Detailed Portion 8)



Public
Zone A1
Zone A2
Zone B1
Zone B2

## Baldwin County, AL (Entire County)



Public
Zone A1
Zone A2
Zone B1
Zone B2

34

## Baldwin County, AL (Detailed Portion 1)



## Baldwin County, AL (Detailed Portion 2)



## Baldwin County, AL (Detailed Portion 3)



## Baldwin County, AL (Detailed Portion 4)



Public
Zone A1
Zone A2
Zone B1
Zone B2

38

025393

## Baldwin County, AL (Detailed Portion5)



Public
Zone A 1
Zone A 2
Zone B 1
Zone B 2

39

025394

# Baldwin County, AL (Detailed Portion 6)



Public
Zone A1
Zone A2
Zone B1
Zone B2

40

## Baldwin County, AL (Detailed Portion 7)



Public
Zone A1
Zone A2
Zone B1
Zone B2

41

025396

## Baldwin County, AL (Detailed Portion 8)





42

025397

## Baldwin County, AL (Detailed Portion 9)



Public
Zone A1
Zone A2
Zone B1
Zone B2

43

025398

## Baldwin County, AL (Detailed Portion 10)



Public
Zone A1
Zone A2
Zone B1
Zone B2

44

## Baldwin County, AL (Detailed Portion 11



Public
Zone A1
Zone A2
Zone B1
Zone B2

45

## Baldwin County, AL (Detailed Portion 12)



Public
Zone A1
Zone A2
Zone B1
Zone B2

46

025401

## Baldwin County, AL (Detailed Portion 13)



Public
Zone A1
Zone A2
Zone B1
Zone B2

47

## Baldwin County, AL (Detailed Portion 14)



| | |
|---|---|
| | Public |
| | Zone A1 |
| | Zone A2 |
| | Zone B1 |
| | Zone B2 |

48

## Baldwin County, AL (Detailed Portion 15)



Public
Zone A1
Zone A2
Zone B1
Zone B2

49

025404

## Baldwin County, AL (Detailed Portion 16)



Public
Zone A1
Zone A2
Zone B1
Zone B2

025405

# Escambia County, FL (Entire County)





51

## Escambia County, FL (Detailed Portion 1)



Public
Zone A1
Zone A2
Zone B1
Zone B2

52

## Escambia County, FL (Detailed Portion 2)



Public
Zone A1
Zone A2
Zone B1
Zone B2

53

025408

## Escambia County, FL (Detailed Portion 3)



## Escambia County, FL (Detailed Portion 4)



## Escambia County, FL (Detailed Portion 5)



| | |
|---|---|
| | Public |
| | Zone A1 |
| | Zone A2 |
| | Zone B1 |
| | Zone B2 |

56

025411

## Escambia County, FL (Detailed Portion 6)



Public
Zone A1
Zone A2
Zone B1
Zone B2

57

026412

## Escambia County, FL (Detailed Portion 7)



Public
Zone A1
Zone A2
Zone B1
Zone B2

58

025413

## Escambia County, FL (Detailed Portion 8)



Public
Zone A1
Zone A2
Zone B1
Zone B2

59

## Escambia County, FL (Detailed Portion 9)



Public
Zone A1
Zone A2
Zone B1
Zone B2

60

025415

## Santa Rosa County, FL (Entire County)



| | |
|---|---|
| | Public |
| | Zone A 1 |
| | Zone A 2 |
| | Zone B 1 |
| | Zone B 2 |

61

025416

## Santa Rosa County, FL (Detailed Portion 1)



## Santa Rosa County, FL (Detailed Portion 2)



## Santa Rosa County, FL (Detailed Portion 3)



## Santa Rosa County, FL (Detailed Portion 4)



Public
Zone A1
Zone A2
Zone B1
Zone B2

65

025420

# Okaloosa County, FL (Entire County)



| | |
|---|---|
| | Public |
| | Zone A1 |
| | Zone A2 |
| | Zone B1 |
| | Zone B2 |

66

025421

## Okaloosa County, FL (Detailed Portion 1)



Public
Zone A1
Zone A2
Zone B1
Zone B2

67

025422

## Okaloosa County, FL (Detailed Portion 2)



Public
Zone A1
Zone A2
Zone B1
Zone B2

68

## Okaloosa County, FL (Detailed Portion 3)



69

## Walton County, FL (Entire County)



Public
Zone A1
Zone A2
Zone B1
Zone B2

70

## Walton County, FL (Detailed Portion 1)



Public
Zone A1
Zone A2
Zone B1
Zone B2

71

## Walton County, FL (Detailed Portion 2)



Public
Zone A 1
Zone A 2
Zone B 1
Zone B 2

72

## Walton County, FL (Detailed Portion 3)



## Walton County, FL (Detailed Portion 4)



Public
Zone A 1
Zone A 2
Zone B 1
Zone B 2

74

## Walton County, FL (Detailed Portion 5)



Public
Zone A1
Zone A2
Zone B1
Zone B2

75

## Walton County, FL (Detailed Portion 6)



## Walton County, FL (Detailed Portion 7)



## Walton County, FL (Detailed Portion 8)



Public
Zone A1
Zone A2
Zone B1
Zone B2

78

## Walton County, FL (Detailed Portion 9)



025434

## Walton County, FL (Detailed Portion 10)



Public
Zone A 1
Zone A 2
Zone B 1
Zone B 2

80

025435

## Walton County, FL (Detailed Portion 11)



## Walton County, FL (Detailed Portion 12)



## Bay County, FL (Entire County)



## Bay County, FL (Detailed Portion 1)



## Bay County, FL (Detailed Portion 2)



## Bay County, FL (Detailed Portion 3)



## Bay County, FL (Detailed Portion 4)



## Bay County, FL (Detailed Portion 5)



## Bay County, FL (Detailed Portion 6)



# Bay County, FL (Detailed Portion 7)



025445

## Bay County, FL (Detailed Portion 8)



## Bay County, FL (Detailed Portion 9)



## Bay County, FL (Detailed Portion 10)



Public
Zone A1
Zone A2
Zone B1
Zone B2

93

## Bay County, FL (Detailed Portion 11)



## Bay County, FL (Detailed Portion 12)



## Bay County, FL (Detailed Portion 13)



## Bay County, FL (Detailed Portion 14)



## Bay County, FL (Detailed Portion 15)



025453

## Bay County, FL (Detailed Portion 16)



## Bay County, FL (Detailed Portion 17)



025455

## Bay County, FL (Detailed Portion 18)



## Bay County, FL (Detailed Portion 19)



025457

## Bay County, FL (Detailed Portion 20)



| | |
|---|---|
| | Public |
| | Zone A 1 |
| | Zone A 2 |
| | Zone B 1 |
| | Zone B 2 |

026458

## Gulf County, FL (Entire County)



025459

## Gulf County, FL (Detailed Portion 1)



Public
Zone A 1
Zone A 2
Zone B 1
Zone B 2

105

## Gulf County, FL (Detailed Portion 2)



Public
Zone A 1
Zone A 2
Zone B 1
Zone B 2

106

## Gulf County, FL (Detailed Portion 3)



Public
Zone A1
Zone A2
Zone B1
Zone B2

107

025462

## Gulf County, FL (Detailed Portion 4)



| | |
|---|---|
| Public | |
| Zone A1 | |
| Zone A2 | |
| Zone B1 | |
| Zone B2 | |

108

025463

## Gulf County, FL (Detailed Portion 5)



025464

## Gulf County, FL (Detailed Portion 6)



| | |
|---|---|
| | Public |
| | Zone A1 |
| | Zone A2 |
| | Zone B1 |
| | Zone B2 |

110

025465

## Gulf County, FL (Detailed Portion 7)



# Gulf County, FL (Detailed Portion 8)



## Gulf County, FL (Detailed Portion 9)



## Gulf County, FL (Detailed Portion 10)



## Gulf County, FL (Detailed Portion 11)



| | |
|---|---|
| | Public |
| | Zone A1 |
| | Zone A2 |
| | Zone B1 |
| | Zone B2 |

115

## Gulf County, FL (Detailed Portion 12)



Public
Zone A1
Zone A2
Zone B1
Zone B2

116

## Gulf County, FL (Detailed Portion 13)



| | |
|---|---|
| | Public |
| | Zone A1 |
| | Zone A2 |
| | Zone B1 |
| | Zone B2 |

117

025472

## Gulf County, FL (Detailed Portion 14)



Public
Zone A1
Zone A2
Zone B1
Zone B2

118

## Franklin County, FL (Entire County)



Public
Zone A1
Zone A2
Zone B1
Zone B2

119

025474

## Franklin County, FL (Detailed Portion 1)



025475

## Franklin County, FL (Detailed Portion 2)



Public
Zone A1
Zone A2
Zone B1
Zone B2

121

## Franklin County, FL (Detailed Portion 3)



Public
Zone A 1
Zone A 2
Zone B 1
Zone B 2

122

## Franklin County, FL (Detailed Portion 4)



| | |
|---|---|
| | Public |
| | Zone A1 |
| | Zone A2 |
| | Zone B1 |
| | Zone B2 |

123

## Franklin County, FL (Detailed Portion 5)



## Franklin County, FL (Detailed Portion 6)



Public
Zone A1
Zone A2
Zone B1
Zone B2

125

025480

## Franklin County, FL (Detailed Portion 7)



Public
Zone A1
Zone A2
Zone B1
Zone B2

126

## Franklin County, FL (Detailed Portion 8)



Public
Zone A1
Zone A2
Zone B1
Zone B2

## Franklin County, FL (Detailed Portion 9)



## Franklin County, FL (Detailed Portion 10)



Public
Zone A1
Zone A2
Zone B1
Zone B2

129

025484

## Franklin County, FL (Detailed Portion 11)



## Franklin County, FL (Detailed Portion 12)



## Franklin County, FL (Detailed Portion 15)



## Franklin County, FL (Detailed Portion14)



Public
Zone A 1
Zone A 2
Zone B 1
Zone B 2

133

## Franklin County, FL (Detailed Portion 15)



# Franklin County, FL (Detailed Portion 16)



025490

## Franklin County, FL (Detailed Portion 17)



Public
Zone A1
Zone A2
Zone B1
Zone B2

136

025491

## Franklin County, FL (Detailed Portion 18)



## Franklin County, FL (Detailed Portion 19)



# Franklin County, FL (Detailed Portion 20)



Public
Zone A1
Zone A2
Zone B1
Zone B2

139

## Wakulla County, FL (Entire County)



025495

## Wakulla County, FL (Detailed Portion 1)



Public
Zone A1
Zone A2
Zone B1
Zone B2

141

025496

## Wakulla County, FL (Detailed Portion 2)



Public
Zone A1
Zone A2
Zone B1
Zone B2

142

## Wakulla County, FL (Detailed Portion 3)

