# EXHIBIT 12B

# Appendix A to Compensation Framework for Wetlands Real Property Claims: Wetlands Real Property Claim Zone Map

028028

## Louisiana (Entire Zone)



Notes:
1. Parcel boundaries are based on Tobin digital ownership maps published by P2 Energy Solutions.
2. Potential claimants can determine whether their parcel is eligible for compensation under the Compensation Framework for Wetlands Real Property Claims by entering their address or location on the settlement website.

Appendix A: Wetlands Real Property Claim Zone Map

2

028029

# Louisiana (Detailed Portion 1)



Appendix A: Wetlands Real Property Claim Zone Map

3

028030

# Louisiana (Detailed Portion 2)



Appendix A: Wetlands Real Property Claim Zone Map

4

028031

# Louisiana (Detailed Portion 3)



Appendix A: Wetlands Real Property Claim Zone Map

5

028032

## Louisiana (Detailed Portion 4)



## Louisiana (Detailed Portion 5)



## Louisiana (Detailed Portion 6)



Appendix A: Wetlands Real Property Claim Zone Map

8

028035

# Louisiana (Detailed Portion 7)



Appendix A: Wetlands Real Property Claim Zone Map

9

028036

## Louisiana (Detailed Portion 8)



Appendix A: Wetlands Real Property Claim Zone Map

10

028037

# Louisiana (Detailed Portion 9)



Appendix A: Wetlands Real Property Claim Zone Map

11

028038

## Louisiana (Detailed Portion 10)



Appendix A: Wetlands Real Property Claim Zone Map

12

028039