# EXHIBIT 12D

# Appendix D to Compensation Framework for Wetlands Real Property Claims:
# Area of Potential Eligibility Map

# Louisiana (Entire Zone)



# Cameron Parish, LA



Appendix D: Area of Potential Eligibility
Map

**Legend:**
- Wetlands Real Property Claim Zone
- Area of Potential Eligibility

3

# Vermilion Parish, LA



Appendix D: Area of Potential Eligibility Map

Wetlands Real Property Claim Zone
Area of Potential Eligibility

4

028055

# Iberia Parish, LA



Appendix D: Area of Potential Eligibility Map

Wetlands Real Property Claim Zone
Area of Potential Eligibility

5

## St. Mary Parish, LA



Appendix D: Area of Potential Eligibility Map

Wetlands Real Property Claim Zone

Area of Potential Eligibility

6

028057

## Terrebonne Parish, LA



Appendix D: Area of Potential Eligibility Map

Wetlands Real Property Claim Zone

Area of Potential Eligibility

7

# Lafourche Parish, LA



Appendix D: Area of Potential Eligibility Map

Wetlands Real Property Claim Zone
Area of Potential Eligibility

8

028059

# Jefferson Parish, LA



Appendix D: Area of Potential Eligibility Map

Wetlands Real Property Claim Zone
Area of Potential Eligibility

9

# Plaquemines Parish, LA



Appendix D: Area of Potential Eligibility Map



10

028061

# St. Bernard Parish, LA



Appendix D: Area of Potential Eligibility Map

11

028062

# St. Tammany Parish and Orleans Parish, LA



Appendix D: Area of Potential Eligibility Map

Wetlands Real Property Claim Zone

Area of Potential Eligibility

12

028063