# EXHIBIT 13B

# Appendix A: Real Property Sales Compensation Zone Map

026307

## LA, MS, AL, FL



026308

# Hancock County, MS (1)



Appendix A: Real Property Sales
Compensation Zone Map

026309

# Hancock County, MS (2)



# Hancock County, MS (3)



026311

# Hancock County, MS (4)



Appendix A. Real Property Sales
Compensation Zone Map

026312

# Harrison County, MS (1)



026313

# Harrison County, MS (2)



026314

# Harrison County, MS (3)



026315

## Harrison County, MS (4)



026316

# Harrison County, MS (5)



026317

# Harrison County, MS (6)



026318

# Jackson County, MS (1)



Appendix A: Real Property Sales
Compensation Zone Map

13

026319

## Jackson County, MS (2)



Appendix A: Real Property Sales
Compensation Zone Map

14

# Jackson County, MS (3)



026321

# Jackson County, MS (4)



## Jackson County, MS (5)



## Mobile County, AL (1)



Appendix A: Real Property Sales
Compensation Zone Map

026324

# Mobile County, AL (2)



026325

# Mobile County, AL (3)



026326

# Mobile County, AL (4)



# Mobile County, AL (5)



026328

# Baldwin County, AL (1)



026329

# Baldwin County, AL (2)



026330

## Baldwin County, AL (3)



026331

## Escambia County, FL (1)



026332

# Escambia County, FL (2)



026333

## Escambia County, FL (3)



026334

# Santa Rosa County, FL (1)



026335

# Santa Rosa County, FL (2)



026336

# Santa Rosa County, FL (3)



026337

# Okaloosa County, FL (1)



# Okaloosa County, FL (2)



026339

# Okaloosa County, FL (3)



026340

# Walton County, FL (1)



# Walton County, FL (2)



026342

# Walton County, FL (3)



026343

# Walton County, FL (4)



026344

# Walton County, FL (5)



026345

# Walton County, FL (6)



026346

## Bay County, FL (1)



Appendix A: Real Property Sales
Compensation Zone Map

41

026347

# Bay County, FL (2)



026348

## Bay County, FL (3)



# Bay County, FL (4)



026350

## Bay County, FL (5)



# Bay County, FL (6)



# Bay County, FL (7)



# Gulf County, FL (1)

026354

## Gulf County, FL (2)



026355

## Gulf County, FL (3)



026356

# Gulf County, FL (4)



026357

# Gulf County, FL (5)



# Franklin County, FL (1)



026359

# Franklin County, FL (2)



026360

# Franklin County, FL (3)



026361

# Franklin County, FL (4)



026362

# Franklin County, FL (5)



# Franklin County, FL (6)



026364

# Franklin County, FL (7)



026365

# Franklin County, FL (8)



026366

# Franklin County, FL (9)



026367

# Franklin County, FL (10)



026368

# Franklin County, FL (11)



026369

# Franklin County, FL (12)



026370

## Wakulla County, FL (1)



Appendix A: Real Property Sales
Compensation Zone Map

65

026371

# Wakulla County, FL (2)



Appendix A: Real Property Sales
Compensation Zone Map

66

026372

# Wakulla County, FL (3)



Appendix A: Real Property Sales
Compensation Zone Map

026373

## Grand Isle, LA (1)

