# EXHIBIT 22

# Map of Gulf Coast Area



028894