# EXHIBIT 23

# Map of Specified Gulf Waters



| Point | Latitude | Longitude | Point | Latitude | Longitude |
|---|---|---|---|---|---|
| A | 28.206°N | -96.318°W | G | 25.703°N | -91.092°W |
| B | 25.956°N | -97.145°W | H | 25.669°N | -88.385°W |
| C | 25.971°N | -96.980°W | I | 24.933°N | -87.210°W |
| D | 25.997°N | -93.445°W | J | 24.941°N | -86.938°W |
| E | 24.734°N | -93.664°W | K | 25.207°N | -86.553°W |
| F | 25.445°N | -91.645°W | L | 23.925°N | -81.216°W |

028891

# Map of Specified Gulf Waters



# Map of Specified Gulf Waters



**LEGEND**

- Specified Gulf Waters
- **Waters Not Included in Class Definition**: State Waters Within 3 Marine Leagues (9 Nautical Miles) of Coasts of Texas Counties Not Included in Gulf Coast Area
- Boundaries of National Territorial Waters
- County Boundaries

**BOUNDARY POINTS**

| Point | Latitude | Longitude |
|-------|----------|-----------|
| A | 25.306°N | -80.372°W |
| B | 25.354°N | -80.265°W |
| C | 25.342°N | -80.251°W |
| D | 25.314°N | -80.150°W |
| E | 25.184°N | -79.692°W |

3

028893