BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE:   OIL SPILL BY THE OIL RIG                    MDL No.: 2179
"DEEPWATER HORIZON" IN THE                           Section: J
GULF OF MEXICO, ON APRIL 20, 2010                    Judge Barbier


This Document Relates to:

Kibby, William v. PB Products North
        America Inc. et al, Southern District
        Of Texas, Case No: 3:12-cv-00102

Valdivieso, Sergio v. Southern Cat, Inc. et al,
        Southern District of Texas, Case No:
        4:12-cv-01018


**PLAINTIFFS' NOTICE OF OPPOSITION TO
CONDITIONAL TRANSFER ORDER (C70-49)**


Plaintiffs in the actions listed above oppose the transfer of the cases captioned above

to the United States District Court for the Eastern District of Louisiana, under 28 U.S.C.A.

§ 1407, as conditionally ordered by the Judicial Panel on Multidistrict Litigation on April 11,

2012 (C70-49).

Pursuant to Judicial Panel on Multidistrict Litigation Rule 7.1, a Motion to Vacate

the Conditional Transfer Order and a brief in support of such motion are due within 14 days.

Oral argument is sought.


Dated: April 18, 2012.

Respectfully submitted,

THE LANIER LAW FIRM, P.C.

By: _____

W. MARK LANIER
State Bar No.: 11934600
KEVIN P. PARKER
State Bar No. 15494040
CHARLES F. HERD, JR.
State Bar No.: 09504480
M. MICHELLE CARRERAS
State Bar No.: 24040647
P.O. Box 691448
6810 FM 1960 West (77069)
Houston, Texas 77269-1448
Telephone: (713) 659-5200
Fax: (713) 659-2204
Direct Fax: (281) 866-6963

ATTORNEYS FOR PLAINTIFFS
WILLIAM KIBBY AND SERGIO
VALDIVIESO

**PROOF OF SERVICE**

I HEREBY CERTIFY that on 18th day of April, 2012, a true and correct copy of the above and foregoing Notice of Opposition to Conditional Transfer Order has been electronically filed with the Judicial Panel on Multidistrict Litigation by using the *CMlECF* System, by United States first-class postage prepaid mail to the Clerk of the Transferor Court, and by electronic e-mail to the following counsel:

*Attorneys for BP p.l.c., BP Exploration &*
*Production Inc., BP America Inc., and BP*
*Products North America Inc.:*

Thomas W. Taylor
Andrews & Kurth LLP
600 Travis, Suite 4200
Houston, Texas 77002

J. Andrew Langan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, Illinois 60654

*Attorney for Total Safety U.S., Inc.:*

James M. Kimbell
Strasburger & Price, LLP
1401 McKinney Street, Suite 2200
Houston, Texas   77010

*Attorneys for Defendant Eastern Research*
*Group, Inc.:*

Brittani W. Rollen
George C. Haratsis
McDonald Sanders
777 Main Street, Suite 1300
Fort Worth, TX 76102

*Attorneys for Subsea 7, LLC:*

Boris A. Hidaglo
Thompson & Knight LLP
333 Clay Street
Suite 3300
Houston, TX   77002

*Clerk of Transferor Court:*

Clerk of Court
Southern District of Texas
Galveston Division
P.O. Drawer 2300
Galveston, TX 77553

Clerk of Court
Southern District of Texas
Houston Division
David J. Bradley
P. O. Box 61010
Houston, TX 77208

THE LANIER LAW FIRM, P.C.

By:  _____
W. MARK LANIER
State Bar No.: 11934600
KEVIN P. PARKER
State Bar No. 15494040
CHARLES F. HERD, JR.
State Bar No.: 09504480
M. MICHELLE CARRERAS
State Bar No.: 24040647
P.O. Box 691448
6810 FM 1960 West (77069)
Houston, Texas 77269-1448
Telephone: (713) 659-5200
Fax: (713) 659-2204
Direct Fax: (281) 866-6963

ATTORNEYS FOR PLAINTIFFS
FOR WILLIAM KIBBY AND
SERGIO VALDIVIESO