UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 <br> SECTION J |
| Applies to: <br> All Cases, <br> 12-970 (Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production., et al.), <br> 12-968 (Kip Plaisance, et al. v. BP Exploration & Production, et al.) | * * * * * * * | JUDGE BARBIER <br> MAGISTRATE SHUSHAN |

**ORDER**

The BP Parties and the Plaintiffs Steering Committee, through Interim Class Counsel, have filed documents seeking approval of proposed settlements for the putative Economic/Property Damages Class and the putative Medical Benefits Class. (Rec. Docs. 6266, 6269, 6276 (Economic/Property); Rec. Docs. 6267, 6272, 6273 (Medical Benefits)).

**IT IS ORDERED** that on Wednesday, April 25, 2012, at 2:00 p.m., the Court will consider (1) the request for conditional and preliminary certification of the Economic/Property Damage Class and the Medical Benefits Class and (2) the request for preliminary approval of the proposed settlements respecting these putative classes.

New Orleans, Louisiana, this 18th day of April, 2012.

_____
United States District Judge