# IN THE UNITED STATES COURT OF ~~APPEALS~~

## FOR THE FIFTH CIRCUIT

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED APR 1 7 2012
LORETTA G. WHYTE
CLERK

No. 11-31172

10-md-2179 J

IN RE: DEEPWATER HORIZON

---

TERRY G. ROBIN, Individually and on behalf of all members of the 3 classes represented by the named plaintiffs including individual/entities which are landowners, individuals/entities which are commercial fisherman, shrimpers, oyster harvesters, etc.; CAROLYN FRIERE; DOROTHY MOLERO; JANICE GONZALES; JANET ESTAVEZ; RICKY ESTAVEZ; ANABELLE NUNEZ; DARDINELLA LONG; KAREN SCOTT; MARIE CAMPO; LARRY FRILOT; B.M. PERRY, II, LIMITED; DAVID ESTAVEZ,

Plaintiffs - Appellants

v.

SEACOR MARINE, L.L.C.; SEACOR MARINE, INCORPORATED; SEACOR MARINE INTERNATIONAL, INCORPORATED; NAUTICAL VENTURES, L.L.C.; ISLAND VENTURES, II; JOE GRIFFIN MV, in rem; MR. SIDNEY MV, in rem; SEACOR WASHINGTON MV, in rem; SEACOR VANGUARD MV, in rem,

Defendants - Appellees

---

CONSOLIDATED WITH 11-31178

In Re: In the Matter of the Complaint of Seacor Worldwide, Incorporated, As Beneficial Owner, Registered Owner, and Managing Owner of the M/V Seacor Lee, for Exoneration from or Limitation of Liability

SEACOR HOLDINGS, INCORPORATED; SEACOR OFFSHORE, L.L.C.; SEACOR MARINE, L.L.C.; SEACOR WORLDWIDE, INCORPORATED, As Beneficial Owner, Registered Owner, and Managing Owner of the M/V Seacor Lee Petitioning for Exoneration from or Limitation of Liability,

Petitioners - Appellees

v.

TERRY G. ROBIN; AIMAN ABDEL; CARL ALEXANDER; SERGIO ALVARADO; BILLY BENSEL; ET AL,

Claimants - Appellants

---

CONSOLIDATED WITH 11-31179

In Re: In the Matter of the Complaint of Seacor Marine, L.L.C., As Beneficial Owner, Registered Owner, and Managing Owner of the M/V Seacor Vanguard, for Exoneration from or Limitation of Liability

SEACOR HOLDINGS, INCORPORATED; SEACOR OFFSHORE, L.L.C.; SEACOR MARINE, L.L.C., As Beneficial Owner, Registered Owner, and Managing Owner of the M/V Seacor Vanguard Petitioning for Exoneration from or Limitation of Liability,

Petitioners - Appellees

v.

TERRY G. ROBIN; AIMAN ABDEL; CARL ALEXANDER; SERGIO ALVARADO; BILLY BENSEL; ET AL,

Claimants - Appellants

---

CONSOLIDATED WITH 11-31180

In Re: In the Matter of the Complaint of Siemens Financial, Incorporated, As Beneficial Owner, Registered Owner, and Managing Owner of the M/V Seacor Washington, for Exoneration from or Limitation of Liability

SEACOR HOLDINGS, INCORPORATED; SEACOR OFFSHORE, L.L.C.; SEACOR MARINE, L.L.C.; SIEMENS FINANCIAL, INCORPORATED, As Beneficial Owner, Registered Owner, and Managing Owner of the M/V Seacor Washington Petitioning for Exoneration from or Limitation of Liability,

Petitioners - Appellees

v.

TERRY G. ROBIN; AIMAN ABDEL; CARL ALEXANDER; SERGIO ALVARADO; BILLY BENSEL; ET AL,

Claimants - Appellants

---

**CONSOLIDATED WITH 11-31181**

In Re: In the Matter of the Complaint of Island Ventures, II, L.L.C., As Owner of the M/V Joe Griffin, for Exoneration from or Limitation of Liability

ISLAND VENTURES, II, L.L.C., As Owner of the M/V Joe Griffin, Petitioning for Exoneration from or Limitation of Liability,

Petitioner - Appellee

v.

TERRY G. ROBIN; AIMAN ABDEL; CARL ALEXANDER; SERGIO ALVARADO; BILLY BENSEL; ET AL,

Claimants - Appellants

---

**CONSOLIDATED WITH 11-31183**

In Re: In the Matter of the Complaint of Nautical Solutions, L.L.C., As Owner of the M/V Mr. Sidney, for Exoneration from or Limitation of Liability

NAUTICAL SOLUTIONS, L.L.C., As Owner of the M/V Mr. Sidney, Petitioning for Exoneration from or Limitation of Liability,

Petitioner - Appellee

v.

TERRY G. ROBIN; AIMAN ABDEL; CARL ALEXANDER; SERGIO ALVARADO; BILLY BENSEL; ET AL,

Claimants - Appellants

---

Appeals from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

CLERK'S OFFICE:

Under FED. R. APP. P. 42(b), the consolidated appeal filed on December 12, 2011, appellate case #11-31184 is dismissed as of April 11, 2012, pursuant

to appellant's motion.

IT IS FURTHER ORDERED that the Appellees, MONICA ANN, LLC, JNB OPERATING, LLC, GULF OFFSHORE LOGISTICS, LLC & M/V MONICA ANN are no longer parties to the appeals.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: *Angelique D. Batiste*
Angelique D. Batiste, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By: *Angelique D. Batiste*, Deputy
APR 11 2012

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

REVISED
April 11, 2012

RECEIVED
APR 17 2012
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
mmv
DEPUTY CLERK

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 11-31172,  In Re: Deepwater Horizon
        USDC No. 2:10-MD-2179
        USDC No. 2:10-CV-1986

Enclosed is a copy of the judgment issued as the mandate.

Please note that appeal #11-31172 remains open as to all remaining appellees, other than M/V Monica Ann & Gulf Offshore Logistics, LLC.

Also, appeal #11-31184 is dismissed in its entirety. All remaining cases will proceed with the briefing schedule set.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _Angelique D. Batiste_
        Angelique D. Batiste, Deputy Clerk
        504-310-7715

cc w/encl:
    Mr. Lloyd N Frischhertz
    Mr. Jeremy Thomas Grabill
    Mr. Gary Alan Hemphill
    Mr. Michael J. Lyle
    Mr. F. Gerald Maples
    Mr. Robert P McCleskey Jr.
    Mr. Theodore E. Tsekerides