UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * MDL NO. 2179 * * * |
| | * SECTION J |
| Relates to: *All Cases* | * * JUDGE BARBIER |
| (Including Nos. 12-968 and 12-970) | * * MAG. JUDGE SHUSHAN |

**************************************

## MOTION TO CLARIFY HOLD-BACK ORDER

**NOW INTO COURT** come the Plaintiffs' Steering Committee and Interim Class Counsel, who seek to clarify and amend the existing Hold-Back Order as follows:

I.

The Court's original Order contemplated that the Reserve Account could be funded by a settling Defendant, over and above the settlement corpus paid to the plaintiff.[1]

II.

Under the proposed Settlement Agreements, BP has agreed to pay common benefit fees and expenses over and above the settlement payments and other benefits made available to the Economic Class and/or the Medical Class under the proposed Settlements.[2]

**WHEREFORE** upon Preliminary Approval of the Settlement Agreements, the existing Hold-Back Order [Doc 5274] should be clarified to make it clear that no Settlement Payments made by and through the Court-Supervised Settlement Program or other benefits paid to or for

---

[1] ORDER AND REASONS (12/28/2011) [Doc 5022], p.10 fn.4.

[2] ECONOMIC SETTLEMENT AGREEMENT (4/18/2012) [Doc 6276-1], Section 14.1 and Exhibit 27; and, MEDICAL SETTLEMENT AGREEMENT (4/18/2012) [Doc 6273-1], Section XIX and Exhibit 19.

the members of the Medical Settlement Class and/or the Economic Settlement Class under the terms of the Settlements will be "held back", reserved, or deducted from such payments or benefits.

This 19th day of April, 2012.

Respectfully Submitted:

| | |
|---|---|
| /s/ Stephen J. Herman | /s/ James Parkerson Roy |
| Stephen J. Herman, LA Bar No. 23129 | James Parkerson Roy, LA Bar No. 1511 |
| Herman Herman Katz & Cotlar LLP | Domengeaux Wright Roy & Edwards LLC |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, LA 70113 | Lafayette, LA 70501 |
| Tel: (504) 581-4892 | Tel: (337) 233-3033 |
| Fax: (504) 569-6024 | Fax: (337) 233-2796 |
| sherman@hhkc.com | jimr@wrightroy.com |
| *Plaintiffs Liaison Counsel, and Interim Class Counsel* | *Plaintiffs Liaison Counsel, and Interim Class Counsel* |

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that the above and foregoing Motion (and Proposed Order) will be filed electronically with the Clerk of Court and served on All Counsel *via* Lexis-Nexis File & Serve in accordance with Pre-Trial Order No. 12, this 19th day of April, 2012.

/s/ Stephen J. Herman and James Parkerson Roy