UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| Relates to: *All Cases* | * * | JUDGE BARBIER |
| (Including Nos. 12-968 and 12-970) | * * | MAG. JUDGE SHUSHAN |

## ORDER

**CONSIDERING** the Motion by the Plaintiff Steering Committee to Clarify the Hold-Back Order, together with the Settlement Agreements, the Preliminary Approval Orders, and the record in this multi-district litigation proceeding:

**IT IS ORDERED** that the existing "Hold-Back Order" [Doc 5274] be and is hereby clarified to make it clear that no Settlement Payments made by and through the Court-Supervised Settlement Program, or other benefits paid to or for the members of the Medical Settlement Class and/or the Economic Settlement Class, under the terms of the Settlement Agreements shall be "held back", reserved, or deducted from such payments or benefits.

Signed at New Orleans, Louisiana, this __ day of <u>April</u>, <u>2012</u>.

_____
**Hon. Carl J. Barbier**