UNITED STATED JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

IN RE: OIL SPILL BY THE OIL RIG                    MDL No. 10MD2179
DEEPWATER HORIZON IN THE GULF OF
MEXICO, ON APRIL 20, 2010                                  SECTION: J

This Document Relates to:

Yentzen, PLLC v. BP, PLC, et al              11cv2889

SFP 2012 - 3390

CERTIFICATE - ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention
L'autorite soussignee a l'honneur d'attester conformenent a l'article 6 de ladite Convention.

1) that the document has been served the (date):
   que le demande a ete executee le (date):
   **Wednesday 14 March 2012**

   -at (place, street, number):
   -a (localite, rue, numero):
   **1 St James's Square, London, SW1Y 4PD, England (Registered Office of BP plc)**

   - in one of the following methods authorised by article 5:
   - dans une des formes suivantes prevues a l'article 5:

   a) ~~in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention~~
      ~~selon les formes legales (article 5, alinea premier, lettre a)~~

   b) in accordance with the following particular method:
      selon la forme particuliere suivante:
      **Personally served upon BP plc at the direction of the Senior Master of the Queen's Bench Division of the Senior Courts of England and Wales by the agent for the purpose of Graham Henry Bridgman, a Solicitor of the Senior Courts of England and Wales, by a method prescribed by the internal law of England and Wales for the service of documents in domestic actions upon persons who are within its territory. The papers were served upon the company on Monday 12 March 2012 resulting in the deemed date of service above under English court rules.**

   c) ~~by delivery to the addressee, who accepted it voluntarily~~
      ~~par remise simple~~

   the documents referred to in the request have been delivered to:
   les documents mentionnes dans la demande ont ete remis a:

   - (identity and description of person):
   - (identite et qualite de la personne):
      **Heather Kingston**

   - relationship to the addressee (family, business or other):
   - liens de parente de subordinaion ou autres avec le desinataire de l'acts:
      **Executive Office Assistant authorised to accept service on behalf of BP plc**

2) ~~that the document has not been served, by reason of the following facts:~~
   ~~que la demande n'a pas ete executee, en raison des faits suivants:~~

~~in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses detailed in the attached statement~~
~~conformenent a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci joint~~

Annexes
Documents returned
Pieces renvoyees
in appropriate cases, documents establishing the service
le cas echeant, les documents justicatifs de l'execution

Done at **London**
Fait a

the (date): _20th March 2012_
le:

_____
Signature and/or stamp:
Signature et/ou cachet:

84230.59a

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL J. YENTZEN, PLLC,<br><br>    Plaintiff<br><br>v.<br><br>BP, PLC;<br>BP AMERICA, INC.;<br>BP CORPORATION NORTH AMERICA, INC.;<br>BP COMPANY NORTH AMERICA, INC.;<br>BP PRODUCTS NORTH AMERICA, INC.; and<br>BP EXPLORATION AND PRODUCTION, INC.<br>    Defendants. | EDLA 11 cv 2889<br><br>CIVIL ACTION NO. <u>1:11 CV 412 LG-JMR</u> |

**Witness Statement of Service in accordance with sub paragraph (b)
of the first paragraph of article 5, Hague Convention
on the Service Abroad of Judicial and
Extrajudicial Documents In Civil or Commercial Matters**

I, JOHN FREDERICK TALBOT, Process Server, of 4 Church Lane, Great Gonerby, Grantham, NG31 8JU, England, say as follows:

1. In the matters detailed below I was acting as agent for Graham Henry Bridgman a Solicitor of the Senior Courts of England and Wales who was in turn acting at the direction of the Central Authority of England and Wales.

2. On Monday the 12th day of March 2012 at 1105 hours I served BP plc, one of the Defendants herein, with the Summons and Complaint herein, together with the Hague Convention Summary of the Document to be Served and Notice, by handing them to and leaving them with Heather Kingston, Executive Office Assistant, who confirmed that she was authorised to accept them on behalf of BP plc, at its premises and registered office at 1 St James's Square, London, SW1Y 4PD, England, which is a method of service in accordance with English Court rules. Under those rules, the deemed date of service is Wednesday the 14th day of March 2012.

3. Exhibited hereto marked 'A' is a bundle containing a copy of each of the documents so served by me.

4. I believe that service has been effected, as directed by the requesting authority, in accordance with a method prescribed by the internal law of England and Wales and thus in accordance with sub paragraph (b) of the first paragraph of article 5, Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.

I believe that the facts stated in this witness statement are true

Dated:    13 March 2012

Signed:    _[signature]_

JOHN FREDERICK TALBOT

We hereby certify this to be a true and complete copy of the original
Darbys Solicitors LLP
Date: 14 March 2012

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL J. YENTZEN, PLLC,<br><br>    Plaintiff<br><br>v.<br><br>BP, PLC;<br>BP AMERICA, INC.;<br>BP CORPORATION NORTH AMERICA, INC.;<br>BP COMPANY NORTH AMERICA, INC.;<br>BP PRODUCTS NORTH AMERICA, INC.; and<br>BP EXPLORATION AND PRODUCTION, INC.<br>    Defendants. | CIVIL ACTION NO. 1:11 CV 412 LG-JMR |

**Exhibit A to the Witness Statement of JOHN FREDERICK TALBOT**

This is the exhibit marked "A" to my witness statement dated today.

Dated:    13 March 2012

Signed:    _/s/ signature_

**JOHN FREDERICK TALBOT**

Civil Action No. 1:11 CV 412 LG-JMR

**NOTICE**
*(recommended by the Fourteenth Session of*
*Hague Conference of October, 1980)*

**identité et adresse du destinataire**
*identity and address of the addressee*

> BP, PLC (Company No. 00102498)
> 1 St. James's Square
> London
> SW1Y 4PD
> UNITED KINGDOM
> - OR -
> wherever Defendant may be found in the United
> Kingdom

**TRÈS IMPORTANT**

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES "ELÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES :

> Mississippi Center for Legal Services – Gulfport Office
> 520 East Pass Road, Suite J
> Gulfport, Mississippi 39502
> U.S.A.
> Tel. 1.228.896.9148

**IMPORTANT**

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

> Mississippi Center for Legal Services – Gulfport Office
> 520 East Pass Road, Suite J
> Gulfport, Mississippi 39502
> U.S.A.
> Tel. 1.228.896.9148

Civil Action No. 1:11 CV 412 LG-JMR

# SUMMARY OF THE DOCUMENT TO BE SERVED
### *ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

(article 5, fourth paragraph)
*(article 5, alinéa 4)*

| | |
|---|---|
| Name and address of the requesting authority:<br>*Nom et adresse de l'autorité requérante :* | Karina Shreefer, Esq.<br>LEGAL LANGUAGE SERVICES<br>8014 State Line Road, Suite 110, Leawood, Kansas 66208, U.S.A.<br>Tel. 1.913.341.3167 |

**Particulars of the parties*:**
*Identité des parties :* MICHAEL J. YENTZEN, PLLC, *Plaintiff*
BP, PLC; BP AMERICA, INC.; BP CORPORATION NORTH AMERICA, INC.; BP COMPANY NORTH AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; and BP EXPLORATION AND PRODUCTION, INC.; *Defendants*

### JUDICIAL DOCUMENT**
### *ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :* To give notice to the Defendant of the commencement of a civil claim against it and to summon it to answer or otherwise respond.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige :* A civil action has been commenced against the Defendant.

**Date and place for entering appearance**:**
*Date et lieu de la comparution :* Within twenty-one (21) days after service of the summons (not counting the day of receipt), Defendant must serve on the Plaintiff's Attorney (Owen, Galloway & Myers, PLLC) an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. Defendant also must file its answer or motion with the United States District Court, Southern District of Mississippi, located at: US District Court, 2012 15th Street, Suite 403, Gulfport, Mississippi 39501, U.S.A.

**Court which has given judgment**:**
*Juridiction qui a rendu la décision :* N/A

**Date of judgment**:**
*Date de la décision :* N/A

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte :* Within twenty-one (21) days after service of the summons (not counting the day of receipt), Defendant must serve on the Plaintiff's Attorney (Owen, Galloway & Myers, PLLC) an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. If Defendant fails to respond, judgment by default will be entered against it for the relief demanded in the complaint. Defendant also must file its answer or motion with the court.

### EXTRAJUDICIAL DOCUMENT**
### *ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :* N/A

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte :* N/A

---

\* If appropriate, identity and address of the person interested in the transmission of the document.
*S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
\*\* Delete if inappropriate.
*Rayer les mentions inutiles.*

★U.S. Government Printing Office: 1990-262-211/15302

3

RETURN

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | | |
|---|---|---|
| MICHAEL J. YENTZEN, PLLC | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 1:11cv412 LG-JMR |
| BP, PLC | ) | |
| Defendant | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   BP, PLC
1 St. James's Square
Longon
SW1Y 4PD
United Kingdom

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Joe Sam Owen
Owen, Galloway & Myers, PLLC
Post Office Drawer 420
Gulfport, MS 39502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J.T. NOBLIN
CLERK OF COURT

Date: 10/31/11

P. Stokes
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    BP, PLC

was received by me on *(date)*        .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

                                                     *Server's signature*

                                                     *Printed name and title*

                                                     *Server's address*

Additional information regarding attempted service, etc: