IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ' ' ' ' ' | MDL NO. 2179<br><br>SECTION: J |
| This document relates to:<br>*Joshua Kritzer, et al v. Transocean, Ltd., et al*<br>(No. 2:10-cv-04427) | '<br>'<br>'<br>' | <br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## **Plaintiff Rhonda Burkeen's Third Motion to Remand**

Plaintiff Rhonda Burkeen respectfully moves this Honorable Court to remand her case. She is the widow of Aaron "Dale" Burkeen and the personal representative of his estate. Dale was the crane operator killed in the April 20, 2010 explosion. She filed her case in Texas state court where it was wrongfully removed to federal court by Cameron on the basis of OCSLA. Burkeen timely filed a motion to remand. When the case was transferred to MDL-2179 for pre-trial proceedings, she re-filed her motion pursuant to Pretrial Order #5. (Dkt. #914). The motion to remand was clearly meritorious considering this Court determined more than 18 months ago that OCSLA does not provide removal jurisdiction in this type of case. Yet, the initial motion to remand has been pending for more than 23 months. The second motion to remand has been pending for 16 months. Without a remand ruling, Burkeen's case is stuck in legal limbo. While Burkeen's case has been frozen, other parties have been able to fully discover their cases, the Court's Phase I trial date has come and gone, and the PSC has been able to reach a tentative class action settlement on behalf of those who have been hurt financially by the oil spill. The Court should grant Burkeen's third motion to remand so, after two years, she may finally begin the process of holding BP,

Cameron, Halliburton, and the other Defendants accountable. For the reasons more fully explained in the accompanying memorandum, the Court should grant Burkeen's motion.

## Conclusion

Plaintiff requests that the Court grant Burkeen's third motion to remand.

Respectfully Submitted,

**ARNOLD & ITKIN LLP**

*/s/ Cory D. Itkin*
_____
Kurt B. Arnold, Texas Bar No. 24036150
Jason A. Itkin, Texas Bar No. 24032461
Cory D. Itkin, Texas Bar No. 24050808
M. Paul Skrabanek, Texas Bar No. 24063005
Michael E. Pierce, Texas Bar No. 24039117
1401 McKinney Street, Suite 2550
Houston, Texas 77010
Telephone: (713) 222-3800
Facsimile: (713) 222-3850
karnold@arnolditkin.com
jitkin@arnolditkin.com
citkin@arnolditkin.com
pskrabanek@arnolditkin.com
mpierce@arnolditkin.com

## CERTIFICATE OF NON-SUPPORT

Pursuant to Pre-Trial Order #11, Plaintiff has attempted to confer with the PSC regarding this motion, but the PSC has not yet responded. Consequently, Plaintiff cannot represent to the Court whether the PSC supports this motion or not.

*/s/ Cory D. Itkin*
_____
Cory D. Itkin

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on April 19, 2012.

                              */s/ Cory D. Itkin*
                              _____
                              Cory D. Itkin