IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: | |
| All *cases in Pleading Bundle Section III.B(3) (the "B3 Bundle")* | JUDGE BARBIER |
| 2:11-cv-00951-CIB-SS | MAGISTRATE JUDGE SHUSHAN |

### PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT AND JOINDER OF CERTAIN PERSONAL INJURY CLAIMANTS INTO PLEADING BUNDLE "B3"

COME NOW, DARNELL ALEXANDER *et al.,* Plaintiffs, filing this, their Motion for Leave to Amend Complaint and Joinder into Pleading Bundle B3, and in support of which would respectfully show unto the Court as follows:

On April 20, 2011, Plaintiffs in the above-entitled and numbered cause filed their Original Complaint and Joinder into Pleading Bundle B3, which pleading contained a list of all Plaintiffs by name wishing to join the pleading. Eight more exposure victims joined this pleading on May 13, 2011. Additionally, Plaintiffs would amend their Complaint to include Exhibit C, Additional Plaintiffs, attached hereto, who are identified by name, redacted Social Security or GCCF Claim number and home state. Under Federal Rule of Civil Procedure 15(a)(2), when a party seeks to amend its Complaint, "[t]he court should freely give leave when justice so requires." These additional Plaintiffs are identified on **Exhibit C** by name, redacted Social Security or GCCF Claim number and home state.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request leave to file

their First Amended Complaint and Joinder into Pleading Bundle B3 with Exhibits A, B and C attached thereto.

                              Respectfully submitted,

                              **BRENT COON & ASSOCIATES**

                              By: */s/ Brent W. Coon*
                              BRENT W. COON
                              State Bar No. 0479750
                              Fed. Bar No. 9308
                              215 Orleans
                              Beaumont, TX 77701
                              Phone:  409-835-2666
                              Facsimile 409-835-1912

                              **ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with PTO 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on April 20, 2012.

                              By:  /s/ *Brent W. Coon*
                                BRENT W. COON