IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: | |
| All *cases in Pleading Bundle Section IILB(3) (the "B3 Bundle")* | JUDGE BARBIER |
| 2:11-cv-00951-CIB-SS | MAGISTRATE JUDGE SHUSHAN |

**PLAINTIFFS' NOTICE OF SUBMISSION OF MOTION FOR LEAVE TO AMEND COMPLAINT AND JOINDER OF CERTAIN PERSONAL INJURY CLAIMANTS INTO PLEADING BUNDLE "B3"**

PLEASE TAKE NOTICE that Plaintiffs' Motion for Leave to Amend Complaint and Joinder of Certain Personal Injury Claimants into Pleading Bundle "B3," has been set for consideration on the Court's docket for _____.

Respectfully submitted,

BRENT COON & ASSOCIATES

*/s/ Brent W. Coon*
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
215 Orleans
Beaumont, Texas 77701
Tel.:      (409) 835-2666
Fax:      (409) 835-1912

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been electronically filed through the Court's CM/ECF system and/or LexisNexis File & Serve, in accordance with Pretrial Order No. 12, which will send a notice of electronic filing to all counsel of record today, April 19, 2011.

*/s/ Brent W. Coon*
Brent W. Coon