UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENE ROUSSELL | CIVIL ACTION NO.: 2:12-cv-00702 |
| VERSUS | SECTION: J |
| PIE OFFSHORE, LLC, DANOS AND CUROLE MARINE CONTRACTORS, LLC, AND BP EXPLORATION AND PRODUCTION, INC. | JUDGE: Carl J. Barbier |
| | MAGISTRATE: Sally Shushan |

## **PIE OFFSHORE, LLC'S ANSWER**

The answer of Defendant, PIE Offshore, LLC ("PIE"), to the complaint of Plaintiff, Rene Roussell ("Roussell"), is as follows:

1.

Defendant denies the truth of the allegations of fact contained in Article 1 of the Complaint.

2.

Defendant denies the truth of the allegations of fact contained in Article 2 of the Complaint.

3.

Defendant denies the truth of the allegations of fact contained in Article 3 of the Complaint.

4.

Defendant denies the truth of the allegations of fact contained in Article 4 of the Complaint.

5.

Defendant denies the truth of the allegations of fact contained in Article 5 of the Complaint.

6.

Defendant denies the truth of the allegations of fact contained in Article 6 of the Complaint.

7.

Defendant denies the truth of the allegations of fact contained in Article 7 of the Complaint.

8.

Defendant denies the truth of the allegations of fact contained in Article 8 of the Complaint.

9.

Defendant denies the truth of the allegations of fact contained in Article 9 of the Complaint.

10.

Defendant denies the truth of the allegations of fact contained in Article 10 of the Complaint.

11.

Defendant denies the truth of the allegations of fact contained in Article 11 of the Complaint.

12.

Defendant denies the truth of the allegations of fact contained in Article 12 of the Complaint.

13.

Defendant denies the truth of the allegations of fact contained in Article 13 of the Complaint.

14.

Defendant denies the truth of the allegations of fact contained in Article 14 of the Complaint.

15.

Defendant denies the truth of the allegations of fact contained in Article 15 of the Complaint.

16.

Defendant denies the truth of the allegations of fact contained in Article 16 of the Complaint.

17.

Defendant denies the truth of the allegations of fact contained in Article 17 of the Complaint.

AFFIRMATIVE DEFENSES

1.

The incident, if such occurred, was caused by a party or a non-party for whom defendant has no responsibility.

2.

In the alternative, the complaint is barred by the fault and neglect of the plaintiff.

JURY DEMAND

Defendant is entitled to and demands a trial by jury on all issues.

WHEREFORE, defendant prays that the complaint be dismissed, with prejudice, at the cost of the plaintiff.

Respectfully submitted,

*s/ John E. Galloway*
John E. Galloway (#5892)
jgalloway@gjtbs.com
Cherrell R. Simms (#28227)
csimms@gjtbs.com

OF COUNSEL:

Galloway, Johnson, Tompkins, Burr & Smith, P.C.
701 Poydras Street, Suite 4040
New Orleans, Louisiana 70139
Telephone:    504-525-6802
Facsimile:    504-525-2456
*Attorneys for PIE Offshore, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of April, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record by operation of the Court's electronic filing system.

*s/ John E. Galloway*