**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG 2179 "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010** | **MDL No.** <br><br> **S E C T I O N :  J** |
| **THIS DOCUMENT RELATES TO:** | **JUDGE BARBIER** |
| *All cases in Pleading Bundle Section III.B(3) (the "B3 Bundle')* | **MAGISTRATE JUDGE SHUSHAN** |

*2:1 I-cv-00951-CJB-SS*

**SECOND AMENDED COMPLAINT AND JOINDER OF CERTAIN PERSONAL INJURY**
**CLAIMANTS INTO PLEADING BUNDLE "B3"**

COME NOW, DARNELL ALEXANDER et al., Plaintiffs, filing this, their Second Amended

Complaint and Joinder into Pleading Bundle B3, and in support of which would respectfully

show unto the Court as follows:

**I. FACTS**

Plaintiffs are residents of many different states, fully identified on the spreadsheets

attached hereto as "Exhibit A" (Plaintiffs who filed their Original Complaint on April 20,

2010) and "Exhibit B" (Plaintiffs who joined this Complaint on May 13, 2011) and

"Exhibit C" (Plaintiffs joining this Complaint on April 20, 2012).   Many of these

Plaintiffs were "First Responders" to the Oil Spill cleanup and remediation efforts, and

participated both in beach clean-up activities and in the Vessels of Opportunity program in

various positions including captain and deckhand. In the course of these cleanup activities,

Plaintiffs suffered both skin contact and inhalation of crude oil and chemical dispersants. In

many cases, Plaintiffs were not provided with adequate training and/or protective gear to

prevent such exposure. Some Plaintiffs were even sprayed directly with the chemical dispersants, when airplanes nearby sprayed the dispersant onto the slicks of oil in very close proximity to the vessels aboard which Plaintiffs were working in the Gulf of Mexico. As a result of this exposure, many Plaintiffs experienced immediate adverse physical reactions to these chemicals, including burning skin, rashes, headaches, watering eyes, coughing, breathing difficulties, nausea and other stomach upset, dizziness, and confusion. Some Plaintiffs have manifested even more severe symptoms, such as loss of feeling in their extremities and other neurological problems, rectal bleeding, anxiety, insomnia, and depression. The full extent of the damage caused by the mixture of crude oil and the dispersant chemicals used in the cleanup efforts in the Gulf of Mexico have yet to be fully revealed.

Many of these physical symptoms persist for these Plaintiffs to the present day. Additionally, many of these Plaintiffs have been unable to seek adequate medical care due to lack of health insurance and/or funds inadequate to pay for a doctor's care. As a result, these Plaintiffs have either been unable to work or unable to work in the same fields they did before the Gulf of Mexico oil spill, and as a proximate cause of their exposure and injuries, claim loss of income as damages in additional to their considerable pain and suffering and mental anguish.

Additionally, some of the Plaintiffs may have suffered direct physical injuries from accidents and/or falls attributable to debris and oil that washed up from the oil spill.

Plaintiffs incorporate by reference the facts, allegations, and claims for damages contained in the First Amended Master Complaint in Accordance with PTO No. 11 [Case Management Order No. 1] Section III.B.(3) ["B3 Bundle"], ECF Doc. #1805-1, and join in

the claims contained therein against all named and unnamed defendants.

By the filing of this Complaint and Joinder, Plaintiffs do not waive their right to return to their home states as identified in Exhibits A and B for trial on the merits after the conclusion of the pretrial proceedings of this MDL.

Respectfully submitted,

BRENT COON & ASSOCIATES

*/s/ Brent W. Coon*

Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
215 Orleans
Beaumont, Texas 77701
Tel.: (409) 835-2666
Fax: (409) 835-1912

## CERTIFICATE OF SERVICE

1 hereby certify that the above and foregoing pleading has been electronically filed through the Court's CM/ECF system and/or LexisNexis File & Serve, in accordance with Pretrial Order No. 12, which will send a notice of electronic filing to all counsel of record on April 20, 2012.

*/s/ Brent W. Coon*
Brent W. Coon