UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | CIVIL ACTION |
| "DEEPWATER HORIZON" IN THE | * | NO. 2:10-MDL-02179 |
| GULF OF MEXICO, ON APRIL 20, 2010 | * | |
| | * | SECTION "J" |
| THIS DOCUMENT RELATES TO: | * | |
| CASE NO: 2:10-cv-08888; 2:10-cv-02771 | * | |
| | * | JUDGE BARBIER |
| | * | |
| | * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR LEAVE TO DIRECT FILE SHORT FORMS

Now into Court, through undersigned counsel comes Kenny Dukes, Pete Pierce, Bradford Harrison, David Bonner, Thomas Prine, Chancey Thompson, Jason Williams, Steven Anderson, Aaron Alutman, Robert Gable, David Eubanks, Santos Torres, Winston Woods, Danny Gatlin, Corey Benoit, Bucky Martin, Gary Bujan, Thomas McMullan, Michael Clark, William Taylor, Richard Weems, Mitchel Jones, Benjamin Lancaster and Eddie Brown ("Claimants"), identified in the attached Direct Filing Short Forms, who move this Court to allow the filing of the attached Direct Filing Short Forms in the limitation proceeding, MDL No. 2179, and as grounds thereof asserts the following:

1. No prejudice will result from the acceptance of these proposed filings;

2. The applicable limitations period for Claimants' claims have not yet run;

3. Claimants have not previously sought relief from this Court;

4. Claimants have at all times prior to this filing attempted to resolve their respective claims exclusively by and through submissions made to the Gulf Coast Claims Facility and have therefore abstained from seeking relief through the Court; and

5. Claimants have instructed undersigned counsel to assist in filing the attached Direct Filing Short Forms for their respective injuries and/or damages caused by the incidents sued upon in the aforementioned proceedings.

Wherefore Claimants respectfully request that this Court grant his Motion For Leave to file Short Forms and deem said Direct Filing Short Forms as timely filed in this action.

**DATED: APRIL 20, 2012**

Respectfully Submitted,

/s/ Michael E. Pierce
Michael E. Pierce
Texas Bar No: 24039117
Noah M. Wexler
Texas Bar No:  24060816
Arnold & Itkin, LLP
1401 McKinney, Suite 2550
Houston, Texas 77010
713.222.3800 Phone
713.222.3850 Fax

**ATTORNEY FOR CLAIMANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of April 2012, a copy of the foregoing has been served upon counsel of record in this action by electronic service through the Court's CM/ECF.

/s/ Michael E. Pierce
Michael E. Pierce