UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | CIVIL ACTION NO. 2:10-MDL-02179 SECTION "J" |
| THIS DOCUMENT RELATES TO: CASE NO: 2:10-cv-08888; 2:10-cv-02771 | * * * * | JUDGE BARBIER MAGISTRATE SHUSHAN |

## ORDER

Considering the foregoing Motion for Leave to File Short Form Joinders:

IT IS ORDERED that the motion is GRANTED and the Short Form Joinders of Kenny Dukes, Pete Pierce, Bradford Harrison, David Bonner, Thomas Prine, Chancey Thompson, Jason Williams, Steven Anderson, Aaron Alutman, Robert Gable, David Eubanks, Santos Torres, Winston Woods, Danny Gatlin, Corey Benoit, Bucky Martin, Gary Bujan, Thomas McMullan, Michael Clark, William Taylor, Richard Weems, Mitchel Jones, Benjamin Lancaster and Eddie Brown, attached to the Motion for Leave to File Short Form Joinder, is accepted by the Court and shall be considered as timely filed in the above-entitled proceedings.

Signed in New Orleans, Louisiana, this ____ day of _____, 2012.

_____
HON. CARL J. BARBIER
UNITED STATES DISTRICT JUDGE