UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>Section J |
| This document relates to all actions | * * * | Honorable Carl J. Barbier<br><br>Magistrate Judge Shushan |

## ORDER

Having considered the Motion for Leave to File Response of Amicus Curiae American Shrimp Processors Association to the Plaintiff's Steering Committee's and BP Defendants' Joint Motion for Preliminary Approval of Class Settlement and good cause appearing thereof;

**IT IS HEREBY ORDERED** that the Motion for Leave to File Response of Amicus Curiae American Shrimp Processors Association is hereby GRANTED and counsel for Amicus may participate in the hearing scheduled for Wednesday, April 25, 2012 at 2:00 p.m. wherein the Court will consider preliminary approval of the *Deepwater Horizon* Economic and Property Damages Settlement Agreement.

New Orleans, Louisiana, this _____, day of April, 2012.

_____
HONORABLE CARL BARBIER
UNITED STATES DISTRICT JUDGE