UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * * | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
|---|---|---|---|

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THIS DOCUMENT RELATES TO:**
*Richard Stewart d/b/a Container Rentals, Inc.*
*Civil Action Number 10-8888 CJB-SS*
*Document Number 55906 filed on April 15, 2011*

## MOTION TO APPEAR PRO HAC VICE

NOW COMES Ronnie G. Penton, Trial Counsel for Plaintiffs in the above referenced cause, and respectfully moves this Honorable Court for an order permitting Agostinho J. Ribeiro to appear *pro hac vice* as co-counsel of record for Plaintiffs. As grounds for this motion, Movant states as follows:

**I.**

Agostinho J. Ribeiro resides at 122 Nod Hill Road, Ridgefield, Connecticut, 06877; and is a partner in the law firm of Ventura, Ribeiro & Smith, 235 Main Street, Danburg, Connecticut 06810; (203) 648-4738. He is a member in good standing of the Connecticut Bar and the Connecticut Supreme Court, which is evidenced by the attached Certificate of Good Standing.

**II.**

Agostinho J. Ribeiro resides in Connecticut and desires admission *pro hac* vice as co-counsel for Plaintiffs in the above styled case.

1

### .III.

Agostinho J. Ribeiro is duly admitted to practice law in the State of Connecticut, is a member in good standing of the Connecticut Bar, is not currently suspended or disbarred by any jurisdiction in which he has been admitted to practice law, and has not been the subject of disciplinary action by the bar or courts of any jurisdiction in the preceding five (5) years.

### IV.

Agostinho J. Ribeiro attended College of William & Mary in Williamsburg, Virginia, where he received his B.A. and received his law degree from New York Law School in New York, New York.

### V.

Agostinho J. Ribeiro is not a member of the bar of this Court, but is admitted to practice before the following courts:

(a) New York Supreme Court
(b) Connecticut Superior Court
(c) United States District Court of Connecticut
(d) United States District Court of New York - Southern District
(e) United States District Court of New York - Eastern District

### VI.

Unless permitted to withdraw by order of this Court, Agostinho J. Ribeiro will continue to represent Plaintiffs in this cause until the final determination of this cause, and that, with reference to all matters incident to such cause, Agostinho J. Ribeiro consents to the jurisdiction of the courts of the State of Louisiana, of the Disciplinary Tribunals of the Louisiana Bar, and of the Louisiana Board of Bar Admissions in all respects as if said attorney was a regularly admitted and licensed member of the

Louisiana Bar.

WHEREFORE, Movant prays that Agostinho J. Ribeiro be permitted to appear *pro hac vice* as co-counsel of record for Plaintiffs in the above referenced matter.

> THE PENTON LAW FIRM
> 209 HOPPEN PLACE
> BOGALUSA, LOUISIANA  70427
> PHONE : (985) 732-5651
> FAX : (985) 735-5579
> E-MAIL : fedcourtmail@rgplaw.com
>
> /s/Ronnie G. Penton
> Ronnie G. Penton (#10462)
> MaryAnna Penton (#32920)
> Trial Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

April 23, 2012.

> s/Ronnie G. Penton
> Ronnie G. Penton