## State of Connecticut
## Supreme Court

I, **Michele T. Angers**, Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

**Do hereby certify**, that, in the Superior Court at Litchfield, on the 27th day of November, 1989.

Agostinho J. Ribeiro

of

Ridgefield, Connecticut

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all the courts of this state, and that said attorney is a member in good standing of the Bar of this State pursuant to Practice Book §2-65.

*In Testimony Whereof*, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day April 13, 2012.



Michele T. Angers

Chief Clerk