UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * * | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
|---|---|---|---|

*************************************************************

THIS DOCUMENT RELATES TO:
*Richard Stewart d/b/a Container Rentals, Inc.*
*Civil Action Number 10-8888 CJB-SS*
*Document Number 55906 filed on April 15, 2011*

## AFFIDAVIT OF AGOSTINHO J. RIBEIRO

BEFORE ME, personally appeared Agostinho J. Ribeiro who, having been duly sworn, stated under oath as follows:

(1)  That he resides at 122 Nod Hill Road, Ridgefield, Connecticut, 06877; and his office address is 235 Main Street, Danburg, Connecticut, 06810.

(2)  That he has been admitted to the following jurisdictions:

   (a)  New York Supreme Court
   (b)  Connecticut Superior Court
   (c)  United States District Court of Connecticut
   (d)  United States District Court of New York - Southern District
   (e)  United States District Court of New York - Eastern District

(3)  That he is an attorney admitted to practice in the State of Connecticut and the Courts of the United States, and is currently licensed in good standing to practice law in each of the aforesaid jurisdictions, and that no disciplinary proceedings or criminal charges have been instituted against him.

(4)  That he is neither currently suspended nor disbarred by any jurisdiction in which he has been admitted.

(5)  That he has not been the subject of disciplinary action by the bar or courts of any jurisdiction during the preceding five (5) years.

(6)  That he will, unless permitted to withdraw by order of this Court, continue to represent Plaintiff in this matter until final disposition. And with reference to all matters incident to this lawsuit, he consents to the jurisdiction of the courts of the State of Louisiana, of the Disciplinary Tribunals of the Louisiana Bar and of the Louisiana Board of Bar Admissions in all respects as if he were a regularly admitted and licensed member of the Louisiana Bar.

(6)  That he is associated with Ronnie G. Penton, 209 Hoppen Place, Bogalusa, Louisiana, 70427, who is admitted to practice in the State of Louisiana and the Courts of the United States, and who is in good standing with the Louisiana Bar.

Agostinho J. Ribeiro

SWORN TO AND SUBSCRIBED BEFORE ME this the 23rd day of April, 2012.

Notary Public

SANDRA E. DE LA VEGA
NOTARY PUBLIC
MY COMMISSION EXPIRES JUNE 30, 2014