UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * * | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
|---|---|---|---|

*********************************************************************

**THIS DOCUMENT RELATES TO:**
*Richard Stewart d/b/a Container Rentals, Inc.*
*Civil Action Number 10-8888 CJB-SS*
*Document Number 55906 filed on April 15, 2011*

### O R D E R

CONSIDERING THE FOREGOING:

IT IS ORDERED that the Motion of Ronnie G. Penton is granted, and that Agostinho J. Ribeiro is hereby admitted *pro hac vice* to appear and participate in the above captioned litigation as co-counsel for Plaintiffs.

Signed in New Orleans, Louisiana, this the _____ day of April, 2012.

_____
J U D G E