UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| All Cases | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

In the Joint Motion for Preliminary Approval of Class Action Settlement, etc. (Rec. Doc. 6266), BP requested that the Court adjourn the Limitation and Liability trial pending the Court's final review of the proposed settlement through the fairness hearing process (Memo. in Supp. of Mot., pp. 49-51, Rec. Doc. 6266-1 at 59-61). This request will not be considered at the hearing scheduled for Wednesday, April 25, 2012 at 2 p.m. (See Rec. Doc. 6279). Instead, this issue will be considered during the in-chambers conference with Liaison Counsel on May 3, 2012. (Rec. Doc. 6061). Accordingly,

**IT IS ORDERED** that any party wishing to file a brief in support or opposition of BP's Motion for Adjourning the Limitation and Liability Trial (Rec. Doc. 6266) shall do so by Tuesday May 1, 2012. Briefs shall not exceed five pages, double spaced. Attorneys shall file their briefs using CM/ECF.

New Orleans, Louisiana, this 23rd day of April, 2012.

_____
United States District Judge