# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 12-30187

10-md-2179 J

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED APR 19 2012
LORETTA G. WHYTE
CLERK

In Re: KHALED ABDELFATTAH; YAHJA ABDELFATTAH, also known as Jay; AHMED ABDELNADI; CODY ABSHIRE; PETER ABSTON; ET AL,

        Petitioners

Petition for a Writ of Mandamus to the
Eastern District of Louisiana, New Orleans

Before HIGGINBOTHAM, DAVIS, and ELROD, Circuit Judges.

PER CURIAM:

        IT IS ORDERED that the petition for writ of mandamus is DENIED.

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____ Deputy
New Orleans, Louisiana    APR 17 2012

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

April 17, 2012

RECEIVED
APR 19 2012
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
DEPUTY CLERK

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

No. 12-30187, In re: Tara Seaton, et al
     USDC No. 2:10-MD-2179

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Angelique D. Batiste*
Angelique D. Batiste, Deputy Clerk
504-310-7715

cc w/encl:
    Mr. Paul A. Dominick
    Mr. Stephen Jay Herman
    Ms. Amanda G. Proujan
    Mr. James Parkerson Roy
    Mr. Douglas M Schmidt
    Mr. Paul Maury Sterbcow
    Mr. J. Douglas Sunseri