# KIRKLAND & ELLIS LLP
### AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C.  20005

| | | |
|---|---|---|
| Robert R. Gasaway | | |
| To Call Writer Directly: | (202) 879-5000 | Facsimile: |
| (202) 879-5175 | | (202) 879-5200 |
| robert.gasaway@kirkland.com | www.kirkland.com | |

March 15, 2012

**By Electronic Mail**

The Honorable Sally Shushan
United States District Court
Room B345
500 Poydras Street
New Orleans, LA  70130

Re:    Draft PSC Phase 2 30(b)(6) Notice to BP Defendants

Dear Judge Shushan:

I write to address some issues raised by the Court's interest, expressed at the discovery conference on March 9, 2012, in prioritizing quantification topics in the parties' Phase 2 Rule 30(b)(6) deposition notices.

With respect to the PSC's Draft Rule 30(b)(6) Notice for Phase 2, while the meet and confer process produced good progress, the parties still had not reached agreement on final language for many topics at the time when Phase 2 status conferences recently resumed.  Many of BP's objections remained unaddressed by the PSC's last draft.

Accordingly, in the interests of moving things forward, I am attaching a revised version of the PSC's notice, which we have edited to address objectionable vagueness, overbreadth, duplication, or other problems with the current draft Quantification topics.  (*See* Attachment A). Because of the Court's immediate focus on Quantification topics, this revision does not attempt to resolve outstanding issues relating to Source Control and Spill Preparedness topics, and we wish to reserve further comment and preserve objections to those topics at this time.

As for the Notice prepared by BP for deposition of the United States, we can report that all drafting issues between BP and the United States have been resolved.  (*See* Attachment B).

There remains, however, the question of scheduling topics for Rule 30(b)(6) depositions of United States witnesses in light of the status of the United States' document productions and the time required to review the millions of United States documents recently produced or yet to be produced.  BP addressed those issues in separate correspondence sent earlier today.

Chicago    Hong Kong    London    Los Angeles    Munich    New York    Palo Alto    San Francisco    Shanghai

# KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
March 15, 2012
Page 2

Sincerely,

Robert R. Gasaway

Attachments

cc (via electronic mail):

R. Michael Underhill
Steven O'Rourke
Sarah D. Himmelhoch
Robin L. Hanger
A. Nathaniel Chakeres
Brian H. Barr
Joel M. Gross
Allison B. Rumsey
Don K. Haycraft
Plaintiffs' Liaison Counsel
Defense Liaison Counsel