# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Robert R. Gasaway
To Call Writer Directly:
(202) 879-5175
robert.gasaway@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200

March 23, 2012

**By Electronic Mail**

The Honorable Sally Shushan
United States Magistrate Judge
United States District Court for the
  Eastern District of Louisiana
United States Courthouse
500 Poydras Street
New Orleans, LA 70130

Re:   Production of Coast Guard Documents in Relation to 30(b)(6) Deposition Scheduling

Dear Judge Shushan:

I write to address, preliminarily, a Rule 30(b)(6) deposition scheduling issue raised in yesterday's written discovery telephone conference.

This issue involves the relationship between the United States' currently proposed schedule for Rule 30(b)(6) depositions relating to the Unified Command and BP's current best guesses as to when documents relevant to those depositions will be produced. The bottom line, as we see it, is that adjustments to the United States' scheduling proposals are in order.

**Background**

On March 9, 2012, the United States provided a proposed schedule "listing the topics and the dates for which the United States anticipates being able to produce 30(b)(6) 'Quantification' witnesses (Topics relating primarily to Source Control are not listed)." (*See* Email from A. Nathaniel Chakeres dated March 9, 2012).

As part of this proposal, the United States suggested that depositions relating to nine Rule 30(b)(6) topics (Topics 35 through 43) concerning the Unified Command, the Unified Area Command, and the Houston Incident Command should occur during the weeks of April 16 and April 23.

# KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
March 23, 2012
Page 2

**Need for Schedule Adjustments**

The problem with proceeding on this path is that the documents most relevant to taking these depositions are to be found in the United States Coast Guard archive, and Coast Guard documents "ingested" after December 31, 2011, still have not been produced and will not be produced (according to the United States' current best estimates) until sometime between May 31 and July 31.

As explained during the conferences this week, the Unified Command played a key role in the United States' efforts to estimate or quantify the release of hydrocarbons from the Macondo MC252 well after April 20, 2010. Admiral Landry, Admiral Allen, and individuals and entities acting under the aegis of the Unified Command oversaw, developed or announced early estimates of the flow of hydrocarbons from the Macondo MC252 well. Indeed, before the creation of the Flow Rate Technical Group on or about May 19, 2010 (according to the Presidential Commission staff), and before the Department of Energy and National labs became more substantially involved in flow rate estimation work, the Coast Guard and the Unified Command played leading roles in the United States' quantification estimates and statements. Even after the creation of the FRTG, the National Incident Command continued to play a vital role in the government's development and publication of subsequent flow estimates.

Because deposition topics 35 through 43 squarely address these roles, as well as other Unified Command actions, BP respectfully suggests that the schedule for depositions on United States Topics 35 through 43 be adjusted such that those depositions occur only after the United States completes its production of Coast Guard documents and BP has had a fair opportunity to review those documents.

Sincerely,

Robert R. Gasaway

Attachment

cc (via electronic mail):

R. Michael Underhill
Steven O'Rourke
Sarah D. Himmelhoch

## KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
March 23, 2012
Page 3


Robin L. Hanger
A. Nathaniel Chakeres
Brian H. Barr
Joel M. Gross
Allison B. Rumsey
Don K. Haycraft
Plaintiffs' Liaison Counsel
Defense Liaison Counsel