IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | *  MDL NO. 2179 <br> * <br> * <br> * <br> *   SECTION J |
| This document relates to: <br><br> *12-CV-702* | * <br> * <br> *   Honorable CARL J. BARBIER <br> * <br>    Magistrate Judge SHUSHAN |

### LIMITED MOTION TO PARTIALLY DISMISS WITHOUT PREJUDICE FILED PRIOR TO ANSWER

**ON MOTION OF** the undersigned, counsel of record for plaintiff Rene Roussell, and upon suggesting that claimant wishes to dismiss any claims made herein as to defendant BP Exploration and Production, Inc., without prejudice; reserving to plaintiff any and all rights he may have as to any other party hereto; wherefore plaintiff respectfully moves that the above matter be dismissed as to BP Exploration and Production, Inc., only, without prejudice, reserving to plaintiff all rights he may have against all other parties hereto, named and/or unnamed; and reserving to plaintiff all rights he may have asserted against BP in other claims and/or proceedings.

                                            **RESPECTFULLY SUBMITTED:**

                                            */s/ Ronna M. Steele*
                                            **RONNA M. STEELE (#20006)**
                                            301 Huey P. Long Avenue
                                            Gretna, Louisiana 70053
                                            Telephone: (504) 366-3475
                                            Facsimile: (504) 361-4752
                                            Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 22th day of March, 2012, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the following: *All Counsel of Record.*

*/s/ Ronna M. Steele*