**KIRKLAND & ELLIS LLP**
AND AFFILIATED PARTNERSHIPS

300 North LaSalle
Chicago, Illinois 60654

Mark J. Nomellini
To Call Writer Directly:
(312) 862-2410
mark.nomellini@kirkland.com

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

March 26, 2012

**By Electronic Mail**

The Honorable Sally Shushan
United States District Court
Room B345
500 Poydras Street
New Orleans, LA  70130

    Re: U.S. Production Related to 30(b)(6) Deposition Topics

Dear Judge Shushan:

  I write to follow up to my March 22, 2012 letter to the Court regarding BP's on-going analysis of the United States' production, particularly with respect to custodians who should have e-mails relevant to the proposed 30(b)(6) deposition topics.

  During our discussion regarding the issues raised in this letter in last Thursday's conference, the United States took the position that certain anomalies in custodial data from United States productions could be explained by the fact that the United States instructed custodians that they could delete e-mails so long as one sender and one recipient retained a copy. If this were the case, one would expect that any relevant sent e-mails would at least be produced in that sender's custodial file.

  Although our analysis of these issues is still ongoing, we have identified many instances where a given key custodian had no sent emails included in their custodial production, but where upwards of several hundreds of emails sent by that same custodian were found in the custodial productions of other U.S. custodians.  A sampling of these numbers is included in the chart below, which is excerpted from Attachment 1, which contains our current analysis of this issue. Please note that these numbers have changed slightly from the "Attachment 1" to my March 22, 2012 letter as we have continued to refine our analysis.

  As stated during last Thursday's conference, we continue to investigate this issue and will take into account the information the United States has provided to us.  Also, we are still working through a method to de-duplicate the sent e-mails from a given key custodian's file and the emails sent by that same custodian that are found in others' productions. Because the United States uses the custodial information in the creation of MD5 hash values, we are working on

Chicago  Hong Kong  London  Los Angeles  Munich  New York  Palo Alto  San Francisco  Shanghai

## KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
March 26, 2012
Page 2

another method to accomplish this.  Our efforts have been set back somewhat because more than 40% of the emails identified in Attachment 1 do not contain the TimeSent metadata.  We plan on discussing the lack of TimeSent metadata with the United States during our technical meet and confer on Wednesday.

| Custodian | Sent Emails found in Custodian's Production | Sent Emails Found in Other Custodians' Productions |
|---|---|---|
| Ammerman, Curtt | - | 940 |
| Bristol, Sky | - | 534 |
| Miller, Wayne | - | 667 |
| Pilch, Marty | - | 23 |
| Verma, Mahendra | - | 43 |

We are looking into other custodians as well and will update our analysis as we get more information.

*   *   *

BP looks forward to further discussing these issues on tomorrow morning.

Sincerely,

/s/ Mark J. Nomellini

Attachments

cc (via electronic mail):

R. Michael Underhill
Steven O'Rourke
Sarah D. Himmelhoch
Robin L. Hanger
A. Nathaniel Chakeres

## KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
March 26, 2012
Page 3


Brian H. Barr
Joel M. Gross
Allison B. Rumsey
Don K. Haycraft
Plaintiffs' Liaison Counsel
Defense Liaison Counsel (dsc2179@liskow.com)