# Attachment 1

| Custodian | Total Documents Found in Custodian's Production * | Emails Found in Custodian's Production * | Sent Emails found in Custodian's Production | Emails Found in Other Custodians' Productions * | Sent Emails Found in Other Custodians' Productions * |
|---|---:|---:|---:|---:|---:|
| Ammerman, Curtt | 132 | - | - | 10,179 | 940 |
| Bristol, Sky | 1,140 | 699 | - | 1,386 | 534 |
| Charles, Barry G. | 338 | 59 | 2 | 951 | 68 |
| Cooper, George | 650 | 22 | 9 | 18,374 | 991 |
| Dykhuizen, Ron | 334 | 6 | 6 | 11,861 | 1,237 |
| Hughes, Richard G. | - | - | - | 248 | 29 |
| Hunter, Tom | 11,031 | 7,009 | 708 | 22,633 | 762 |
| Katz, Jonathan | - | - | - | 671 | 70 |
| Kelkar, Mohan | 23 | 18 | - | 43 | 11 |
| Lasheras, Juan | - | - | - | 2,117 | 143 |
| Leifer, Ira | 262 | - | - | 4,183 | 721 |
| Miller, Wayne | 557 | - | - | 6,212 | 667 |
| Morrow, Charles W. | 1,784 | 1,055 | 12 | 9,612 | 496 |
| Pilch, Marty | - | - | - | 355 | 23 |
| Possolo, Antonio | 1,370 | 626 | 205 | 1,262 | 232 |
| Ratzel, Arthur | 7,084 | 4,040 | 854 | 12,733 | 1,261 |
| Rees, William | 709 | 276 | 190 | 14,876 | 969 |
| Riley, James | 573 | 475 | 88 | 2,172 | 136 |
| Slocum, Alexander | 727 | 6 | 4 | 19,399 | 2,894 |
| Tieszen, Sheldon | 2,616 | 1,568 | 165 | 11,511 | 921 |
| Verma, Mahendra | 108 | - | - | 270 | 43 |
| Wereley, Steve | 290 | 124 | - | 2,283 | 485 |
| **Total** | **29,728** | **15,983** | **2,243** | **153,331** | **13,633** |

* Only unique BEGDOC identifiers are counted in each field