

**U.S. Department of Justice**

Environment and Natural Resource Division

*P.O. Box 761*
*Washington, DC 20044*
*202-514-0180*
*Sarah.Himmelhoch@usdoj.gov*

March 27, 2012

**BY ELECTRONIC MAIL**

Robert Gasaway
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
rgasaway@kirkland.com

     Re:    MDL 2179: US Interrogatory Responses

Dear Mr. Gasaway:

     I write in further response to your letter of March 6, 2012 regarding the United States' responses to Joint Phase II Interrogatories 1-6.

     BP challenges the United States' response to Interrogatory 6 by stating that we have failed to adequately describe the decisions. Without conceding the propriety of BP's challenge, the United States supplements its interrogatory response as follows:

     Prior to the implementation of Momentum Kill and Junk Shot source control attempts between May 26 and May 28 to stop the flow of oil, decisions made by BP as to which source control actions to recommend to the Unified Area Command or the National Incident Command were made outside the ICS. Specifically, decisions as to which options to pursue and the order of implementation were made by BP without the involvement of federal employees or contractors working within the ICS framework. Once BP determined that a specific source control option such as Momentum Kill or Junk Shot was the next appropriate step to take, the procedures for those options were submitted to and approved by the Unified Areas Command.

      I anticipate that this additional information satisfies BP's concerns regarding the United States' response to Interrogatory 6.  If you have any question, however, please feel free to contact me at 202-514-10180 or Ms. Shutler at 202-616-4046.

                                     Sincerely,

                                       /s/ Sarah D. Himmelhoch

                                     Sarah D. Himmelhoch

cc:     Liaison & Coordinating Counsel