# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C.  20005

Robert R. Gasaway
To Call Writer Directly:
(202) 879-5175
robert.gasaway@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200

March 30, 2012

**By Electronic Mail**

The Honorable Sally Shushan
United States District Court
Room B345
500 Poydras Street
New Orleans, LA  70130

      Re:    Status of Rule 30(b)(6) Deposition Notices

Dear Judge Shushan:

      Further to our discussion in court today, we have prepared a chart laying out the status of the various Rule 30(b)(6) notices currently in play for Phase 2.  The chart below reflects both information collected by BP and provided to us by the United States.

**Party 30(b)(6) Notices:**

| Deponent | Designated Serving Party | Served: Yes/No | Comment |
|---|---|---|---|
| **United States** | BP | Yes | |
| **BP** | United States | No | BP and the US to confer |
| **Anadarko** | PSC | No | Reviewing scope relevant to Phase 2 |
| **Cameron** | PSC | No | US seeks to clarify some topics |
| **Halliburton** | PSC | No | Reviewing scope relevant to Phase 2 |
| **MOEX** | BP | No | Reviewing scope relevant to Phase 2 |
| **Transocean** | BP | No | Reviewing scope relevant to Phase 2 |

## KIRKLAND & ELLIS LLP

Hon. Sally Shushan
March 30, 2012
Page 2

**Third Party 30(b)(6) Notices:**

| Deponent | Designated Serving Party | Served Yes/No | Comment |
|---|---|---|---|
| **Add Energy** | US | No | Deponent agrees to scope |
| **BP Institute** | US | No | US discussing service/scope with BPI |
| **Cudd Well Control** | Anadarko | Yes | Stayed per Court order |
| **DNV** | BP | No | |
| **Exxon** | PSC | Yes | Stayed per Court order |
| **Oceaneering** | PSC | Yes | |
| **Pencor** | US | Yes | |
| **RRB** | Transocean | Yes | Reviewing relevance to Phase 2 |
| **Schlumberger** | PSC | Yes | Deponent has objections |
| **Statoil** | BP | No | Deponent has agreed to scope |
| **Stress Engineering** | PSC | Yes | Deponent has objections |
| **Weatherford Labs** | US | No | Deponent agrees to service |
| **Wild Well** | Anadarko | Yes | Deponent has objections |
| **Woods Hole** | BP | No | Deponent has objections to Rule 45 document subpoena; no deposition notice served yet |

**KIRKLAND & ELLIS LLP**

Hon. Sally Shushan
March 30, 2012
Page 3

**Third Party 30(b)(6) Notices Not Yet Circulated:**

| Deponent | Proponent | Served Yes/No | Comment |
|---|---|---|---|
| **Intertek** | US | No | US is preparing draft notice for circulation |
| **Isotech** | US | No | US is preparing draft notice for circulation |
| **Worldwide Oilfield Machines** | US | No | US is preparing draft notice for circulation |

As you can see, of the 16 third party 30(b)(6) notices at issue, more than half (9) have been served. And in about half of those cases, we are aware of objections that have been raised by the prospective deponent.

Additionally, the United States recently identified three additional third party 30(b)(6) deponents it would like to pursue, and it expects to circulate draft deposition notices shortly. (BP is reserving its rights as to the appropriateness of taking these depositions.)

Finally, as Your Honor knows, the question of what (if any) source control topics remain relevant for Phase 2, and to what extent, is yet to be resolved.

We hope this provides a useful update for the Court and parties.

Sincerely,

Robert R. Gasaway

# KIRKLAND & ELLIS LLP

Hon. Sally Shushan
March 30, 2012
Page 4


cc (via electronic mail):

R. Michael Underhill
Steven O'Rourke
Sarah D. Himmelhoch
Robin L. Hanger
A. Nathaniel Chakeres
Brian H. Barr
Joel M. Gross
Allison B. Rumsey
Don K. Haycraft
Plaintiffs' Liaison Counsel
Defense Liaison Counsel