# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C.  20005

Robert R. Gasaway
To Call Writer Directly:
(202) 879-5175
robert.gasaway@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200

April 3, 2012

**By Electronic Mail**

The Honorable Sally Shushan
United States Magistrate Judge
United States District Court for the
    Eastern District of Louisiana
United States Courthouse
500 Poydras Street
New Orleans, LA 70130

Re:   Scheduling Additional Challenges to Privilege Logs

Dear Judge Shushan:

On Thursday's conference call you raised the issue of establishing a schedule for raising additional challenges to privilege logs.

As BP explained at the time, BP's greatest area of interest has been the United States' extensive use of the deliberative process privilege, which is why BP raised that issue first and has thus far focused its efforts on those privilege claims.  According to BP's most recent count, the United States has withheld over 100,000 documents exclusively with a claim of the deliberative process privilege, as reflected in United States privilege logs 12-40.

In addition to the deliberative process privilege, BP is also evaluating the United States' assertion of the alleged "confidential informant" privilege, which BP believes lacks well recognized legal grounding.  BP believes that issues regarding the alleged confidential informant privilege (if any) can be addressed along with other privileges the United States has asserted.

Below are some potentially useful statistics on the numbers of documents the United States has withheld under various categories of privilege claims other than the deliberative process privilege.  As you can see, the Unites States' invocation of the deliberative process privilege dwarfs it usage of all other types of privilege claims combined.

## KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
April 3, 2012
Page 2

| Attorney-Client and Work Product (AC, WP) | Promise of Confidentiality (CP) | Law Enforcement (LE) | 46 U.S.C. § 6308 (CBI, JT) | Other |
|---|---|---|---|---|
| 7,920 | 1,372 | 159 | 12 | 242 |

   Naturally, many documents have been withheld under multiple claims of privilege. The numbers above represent entries in the United States' logs 12-40 for which the *sole* claim is the named privilege (except the entries in the "other" category). Of course, these numbers would be larger were we to add in these entries with multiple claims of privilege. (Additionally, as you know, the United States has indicated in the past that it may serve revised logs for logs 7-10, but BP has not yet received such revised logs.)

   To aid the Court's understanding of these privilege issues, BP encloses with this email a .zip file with five different spreadsheets. Each represents BP's assessment of which entries on the United States' privilege log fall into the five categories of privilege listed above. In turn, the spreadsheets contain three tabs: (1) entries for documents withheld solely under the respective privilege claim, (2) entries for documents withheld under a respective privilege claim and at least one other privilege, and (3) the entries from tab two, but removing entries for which deliberative process privilege is one of the additional privileges claimed. (The "Other" spreadsheet only has one tab for all the residual "other" claims.)

   For addressing all of these remaining privilege claims, BP proposes a procedure much like the one the Court adopted for the deliberative process privilege. (Rec. Doc. 6151.) BP proposes that it submit one brief for each type of privilege (if any) that it wishes to challenge, plus an additional roster of up to 100 documents relating to that type of privilege claim. The United States would then have time to prepare a response brief, and BP, if necessary, would file a reply.

   BP believes this approach avoids separate briefing schedules for separate privileges while moving Phase 2 discovery forward.

# KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
April 3, 2012
Page 3

      BP is happy to discuss this proposal with the Court and the United States.

      Sincerely,

      Robert R. Gasaway

Attachments

cc (via electronic mail):

R. Michael Underhill
Steven O'Rourke
Sarah D. Himmelhoch
Robin L. Hanger
A. Nathaniel Chakeres
Joel M. Gross
Allison B. Rumsey