# Attachment 1

| | |
|---|---|
| From: | Petrino, Michael A. |
| Sent: | Monday, April 09, 2012 8:35 PM |
| To: | Sarah.Himmelhoch@usdoj.gov |
| Cc: | Gasaway, Robert R.; Langan, Andrew; Nomellini, Mark J.; Russell, Joseph M.; Eisert, Joseph A.; Pixton, Allan; 'Engel, Bethany (ENRD)'; 'Hanger, Robin L. (CIV)'; 'Benson, Thomas (ENRD)'; deepwater.horizon@usdoj.gov; 'O'Rourke, Steve (ENRD)'; Mike.Underhill@usdoj.gov |
| Subject: | MDL 2179: Discussion re Schedule for Resolving Remaining Privilege Log Issues |

Dear Sarah,

Judge Shushan has asked about setting up a schedule for resolving the remaining privilege log issues, and we agree with your suggestion that BP and the US should address these issues simultaneously, so that the US challenges BP's logs at the same time that BP challenges the US's logs.

To begin this conversation we offer the following thoughts:

As we understand things, the United States is going to provide its Zantaz-related privilege logs by April 30. We also thought we understood you to say on our Wednesday, April 4, technical call that the US could provide revised logs regarding deliberative process privilege entries by the first week in May. It probably also makes sense for the US to serve revised logs 7-10 at this time, so those can be addressed through this process as well.

As we have previously indicated, BP's privilege logs will be substantially complete by April 30, and we estimate they will contain approximately 15,000 to 20,000 entries. This number may go up or down as we continue to review the potential log entries.

We want to work within a schedule that provides the United States time to review these entries, so we're soliciting your thoughts on an appropriate schedule.

From our perspective, BP could move quickly such that initial briefs would be due 7 days after the respective logs have been received, with a response due 7 days after that, and a reply due after the following 7 days.

We recognize this is a compressed schedule, but as you know, Judge Shushan wishes to move quickly. We also recognize the benefit of building in time for the appropriate meet and confer discussions pursuant to the Court's schedule. We would be happy to discuss the above on our call tomorrow.

Sincerely,
Mike Petrino


**Michael A. Petrino**
Associate

Kirkland & Ellis LLP
655 Fifteenth St. NW   Washington, D.C. 20005
Tel +1-202-879-5170    Fax +1-202-654-9638

Michael.Petrino@kirkland.com