UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Third Party Rule 30(b)(6) Notices]**

On April 20, 2012, BP submitted a letter regarding quantification topics in draft Rule 30(b)(6) notices to third parties. Accompanying the letter are mark-ups of the notices in which BP indicates the topics it believes are related to Phase Two quantification discovery.

By **Monday, May 7, 2012**, the parties shall submit letter briefs no longer than 3 pages responding to BP's April 20, 2012 letter and attachments.

New Orleans, Louisiana, this 23rd day of April, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　SALLY SHUSHAN
　　　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**