GOODWIN | PROCTER

Dahlia S. Fetouh
617.570.1263
dfetouh@goodwinprocter.com

Goodwin Procter LLP
Counselors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.523.1231

April 20, 2012

**VIA ELECTRONIC MAIL**

Karen McCartan DeSantis
Kirkland & Ellis LLP
655 Fifteen Street, N.W.
Washington, D.C.  20005

Re:   ***In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on
      April 20, 2010* (Docket No. MDL 2179); Subpoena Served on Woods Hole
      Oceanographic Institution**

Dear Karen:

        We write in further response to your April 13, 2012 letter (the "April 13 Letter")
concerning the subpoena *duces tecum* BP has served on Woods Hole Oceanographic
Institution ("WHOI"), and the Court conference of April 17, 2012.

        BP's claim that WHOI's document production is incomplete is unfounded.  As we
explained in our conference with Judge Shushan on April 17, 2012, almost all of the
information that BP claims was not produced can be found directly in the materials
produced, publicly-available sources, and/or BP's own files.  Indeed, most of the
information provided by WHOI below should have been easily ascertainable by BP and
its experts had they taken the time to conduct a fulsome review of WHOI's production
and BP's own files prior to sending the April 13 Letter.  Instead, BP has required WHOI
to expend additional time and resources to respond to questions that BP should have been
capable of answering itself had it analyzed the material first.  We remind you, yet again,
of your obligation under Rule 45 to "avoid imposing undue burden or expense on a
person subject to the subpoena."  Fed. R. Civ. P. 45(c)(1).

        In the spirit of good faith and cooperation, and in the hope of avoiding any further
intrusion on WHOI's time and resources by BP, WHOI has investigated the questions
raised in the April 13 Letter and provides the following information:

1.      **United States Coast Guard Contract "Deliverables"**

        A.      **Data Collection Test Plan**.

        On information and belief, the Data Collection Test Plan is being produced by the
United States Coast Guard ("USCG").  We further note, on information and belief, that

GOODWIN | PROCTER

Karen McCartan DeSantis
April 20, 2012
Page 2


BP already has copies of this plan. As a part of the Unified Command for the oil spill response, BP received copies of both the first version of the plan, which was solicited by BP and submitted to BP on May 4, 2010, as well as the revised version, which reflected a technical procedure change required by the Government and was submitted to the USCG on May 22, 2010.[1]

### B. Daily Reports.

On information and belief, the daily reports are being produced by the USCG. These reports were turned over to the USCG and are no longer in WHOI's custody or control.

### C. Trip Report.

On information and belief, this report is being produced by the USCG. This report was turned over to the USCG and is no longer in WHOI's custody or control.

### D. Final Oil Spill Flow Rate Report and Analysis Report.

Documents responsive to this request have been produced. (*See, e.g.*, WHOI-000001–000029; WHOI-000971–000999). In addition, it our understanding the USCG is producing a preliminary report.

### E. Contract Archives.

Documents, CDs, and DVDs responsive to this request have been produced. (*See, e.g.*, Disks 1–13; WHOI-000222–000231; WHOI-000319–000320; WHOI-000327–000342; WHOI-000347–000356; WHOI-000359–000374; WHOI-000389–000399; WHOI-000582–000593; WHOI-000876–000920; WHOI-001010). We also understand that the USCG is currently searching for responsive documents in its records.


### 2. References From the PNAS Study – Kusek Study and DIDSON Software Manual.

WHOI has produced the majority of the references cited in the PNAS Study and we understand that BP only requires two additional sources, a study by USCG LT. Kusek

---

[1]   This point is worth reiterating: it was BP—not the Government—that initially requested WHOI's assistance in this matter. At BP's request, WHOI submitted the original Data Collection Test Plan to BP in an effort to assist the oil company following the explosion on the *Deepwater Horizon* oil rig.

GOODWIN | PROCTER

Karen McCartan DeSantis
April 20, 2012
Page 3

and the DIDSON software manual.  We understand that the USCG is attempting to locate
and produce the Kusek study, which we understand is the property of the USCG.

    With respect to the DIDSON software manual, BP should be able to obtain a copy
from the manufacturer of the DIDSON sonar devices, Sound Metrics Corp.  They can be
reached at 15029 Bothell Way NE, Suite 100, Lake Forest Park, WA 98155, Ph: (206)
364-1441, or you can contact their sales department at 2810 Hudson St., Chesapeake, VA
23324, Ph: (757) 382-7616.  WHOI has not been able to locate a copy of this manual in
its files.

    3.    **Identification of the Sonar Device by Manufacturer, Model, and
          Serial Number**.

    The published PNAS paper identifies the makes and models of the sonar devices
in the Methods section:

    . . . a dual-frequency identification sonar (DIDSON 3000 imaging sonar,
    Sound Metrics) and a 1.2-MHz acoustic Doppler sonar (acoustic Doppler
    current profiler, 1,200-kHz Workhorse, Teledyne RD) for direct
    measurement of the well fluid expulsion cross-sections and velocity
    distributions, respectively (Figs. S1 and S3).

(WHOI-000639).

    For further information on the DIDSON 3000 imaging sonar, we refer BP to the
manufacturer's website: http://www.didson.com/PRODUCTS/PR-
3000m/didson_deepunits.html.  Additional information on the Teledyne RD Workhorse
Mariner (1,200-kHz) can be found at http://www.rdinstruments.com/mariner.aspx.

    Although BP has requested the specific serial numbers for the devices used in the
data collection, WHOI cannot provide this information.  WHOI did not record that
information during the data collection period, and WHOI has not had custody or control
of those sonar devices for over two years.

    BP asked during the Court conference of April 17, 2012 whether any
"modifications" were made to the sonar devices.  On information and belief, WHOI did
not modify any of the devices.  The devices were attached to the ROV as described in

GOODWIN│PROCTER

Karen McCartan DeSantis
April 20, 2012
Page 4

detail in the Data Collection Plan (which, as discussed *supra*, is being produced by the USCG).[2]

BP also asked whether the sonar data was "modified." WHOI is unclear, however, as to what BP means. WHOI used the raw data that was collected when performing its analysis. This raw data can be viewed using the DIDSON software described *infra*. Any analysis that was layered on top of this raw data was described in detail in the PNAS paper and its Supporting Information. (*See* WHOI-000635–000643).

### 4.      The In-Situ Setting of the Imaging and Doppler Sonar.

This information is presently available to BP. The settings of the sonar devices are encoded into the data and can be reviewed with the DIDSON Version 5.25.11 software from the Sound Metrics Corp.

Furthermore, the PNAS paper's Methods section described the settings:

These imaging sonar cross-section measurements were recorded using a 1.8-MHz acoustic frequency and with an acquisition rate of approximately 6 Hz. The imaging sonar resolution is calculated based on its 96 beam array with individual beam widths of 0.3° and range bin size of 0.022 m. Interframe motion tracking of acoustic returns was calculated using DIDSON Version 5.25.11 software (Sound Metrics Corporation). Cross-section estimates used the DIDSON beam correction software feature and each cross-section was compensated by cosine 10° (due to the sonar being mounted to the ROV with an upward viewing angle of 10°) (Fig. S3).

The 1.2-MHz Doppler sonar was configured to record velocities with an acquisition rate of approximately 5 Hz from each of its four acoustic beams at locations up to 15 m from the instrument at fixed intervals along

---

[2]   The PNAS paper also provided a picture of the ROV with the attached sonar device and provided the following description:

The [Oceaneering *MAXXIMUM 3* work-class remotely operate vehicle ("ROV")] is equipped with a forward looking 1.2-MHz Doppler sonar (visible as green object with four red piezo-acoustic disks), and a 1.8-MHz acoustic imaging sonar (visible as yellow rectangular and black cylindrical objects directly above the Doppler sonar). Parallel sighting lasers are attached in a vertical configuration to the starboard side of the imaging sonar.

(WHOI-000641).

GOODWIN❘PROCTER

Karen McCartan DeSantis
April 20, 2012
Page 5

each beam. The Doppler sonar beams were arranged with beam number four aimed horizontally and beam number three pointing upward at 60° (Figs. S1 and S3).

(WHOI-000639).

### 5.    The Data Formats for the Binary and ACSII Files.

WHOI provided the sonar data in its raw binary form.[3] It can be accessed using the proprietary software of the devices' manufacturers (Sound Metrics Corp. and Teledyne) or a third-party vendor's software.  Licenses for these programs can be acquired by BP at any time.

In the interest of facilitating BP's review, WHOI provides that the relevant programs correlate to the following files:

Sound Metrics Corp. DIDSON Version 5.25.11 Software:
    2010-05-31_080900_HF.ddf
    2010-05-31_081000_HF.ddf
    2010-05-31_081100_HF.ddf
    2010-06-01_113100_HF.ddf
    2010-06-01_113200_HF.ddf
    2010-06-01_113300_HF.ddf
    2010-06-01_113400_HF.ddf

Teledyne RD Doppler Software or Any Third-Party Doppler Program:
    riser_Dopper_heading120.bin
    riser_Dopper_heading240.bin
    riser_Dopper_heading360.bin
    BOP_Dopper_heading120.bin
    BOP_Dopper_heading240.bin
    BOP_Dopper_heading360.bin

---

[3]    In addition to providing this data in its native format, WHOI also provided the data in hexadecimal (hex) format so that reviewers could, if they desired, cross-reference any interoperations of the binary codes to the hex values.

GOODWIN | PROCTER

Karen McCartan DeSantis
April 20, 2012
Page 6

### 6.      The ADHR and DVL Files.

As we discussed in the April 17, 2012 conference, these files are ones that *WHOI received from BP*.[4]  For BP to claim that it requires an "explanation" for its own files and that BP "cannot make use of the information" illustrates precisely the premature and burdensome nature of the current requests.  These files are the native data streams from Oceaneering International, Inc.'s ("Oceaneering ") ROVs.  On information and belief, BP has possession of the hard drives of the ROVs' data that were the source of this data subset.  Aside from consolidating the ASCII strings in a single document so they could be read directly, WHOI has produced this data in the format that BP provided it to WHOI.

As any expert in the field should know, ROV ADHPR files are the ROV's **A**ltitude, **D**epth, **H**eading, **P**itch, and **R**oll (the acronym gives rise to the file name) recorded by date and time.  BP did not provide the files to WHOI with data annotations; however, that can be extrapolated by reviewing the files.  Indeed, BP provided this data to WHOI without any software, metadata, or instructions, and WHOI was able to use it without a problem.  Surely, BP has the same ability.

Similarly, the DVL files are **D**oppler **V**elocity **L**ogs.  WHOI produced this data in its native format, and it can be read using the Teledyne software, although no special software is necessarily required.  For further information on interpreting DVL data, WHOI points BP to Teledyne's website: http://www.rdinstruments.com/nav_faq.aspx.

To the extent there are lingering questions regarding these documents that BP cannot ascertain internally, further questions may be best directed to Oceaneering, which owned and controlled the ROVs (and which was under contract with BP during the data collection period), and not WHOI.

### 7.      Algorithms.

All of the sonar data is generated as digital outputs, and those outputs are interpreted by the manufacturer's software.  If BP uses the manufacturer's software (DIDSON Version 5.25.11 software) to interpret the data, and then applies the algorithms specified in the PNAS paper and the Supporting Information, it can recreate the same information relied on by the paper's authors and arrive at BP's own estimates.  (*See* WHOI-000635–000643).

---

[4]      Similarly, the raw video footage that BP demanded from WHOI (and which WHOI produced) was also originally provided to WHOI by BP.

GOODWIN PROCTER

Karen McCartan DeSantis
April 20, 2012
Page 7

\*\*\*\*\*\*\*\*\*\*\*\*

WHOI has provided the preceding information in good faith to help BP locate the appropriate software programs and find any remaining documents it believes it needs. With this guidance and the data that has been produced to date, WHOI believes that BP and its experts have all the tools necessary to re-create the data, review the analysis, and generate its own conclusions concerning the assumptions and determinations in question.

Going forward, we ask for BP's cooperation in attempting to limit the burden imposed on WHOI. Here, it does not appear that BP conducted a serious review of WHOI's productions prior to posing the questions listed in the April 13 Letter. We understand that any expert in this field could have answered many of these questions had they conducted even a cursory review of WHOI's productions. This inattention is further illustrated by the fact that the April 13 Letter directs questions to WHOI concerning BP's own data. As we stated in our letter of April 16, 2012, WHOI has been and continues to be willing to confer in good faith to resolve disputes. But please note that we expect BP's reciprocal commitment to work with WHOI in good faith in an effort to narrow issues and avoid undue burden.

As always, please let us know if you have any further questions. If it would be helpful, I am available to confer regarding these issues on Monday afternoon in advance of the court conference scheduled for Tuesday.

Sincerely,

Dahlia S. Fetouh

cc:     Robert Gasaway
        R. Michael Underhill
        Steven O'Rourke
        Sarah D. Himmelhoch
        Robin L. Hanger
        A. Nathaniel Chakeres
        Barry E. Fields
        Don K. Haycroft
        Plaintiffs' Liaison Counsel
        Defense Liaison Counsel