MINUTE ENTRY
WILKINSON, M.J.
APRIL 23, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION<br><br>MDL 2179 |
| Member Case: In re: Triton Asset Leasing;<br>Civil Action No. 10-2771 (Wisner Donation Motion for Partial Summary Judgment) | SECTION "J" (1) |

A telephone conference was conducted in this matter on this date. Participating were: Robert Wiygul, representing the Edward Wisner Donation; and Greg Johnson, representing BP. The purpose of the conference was to discuss the joint report of counsel submitted in response to my previous order. Record Doc. No. 6136.

Substantial progress toward amicable resolution of the issues raised in the referred motion for partial summary judgment continues to be made. The parties are continuing their discussions in that regard. The court will await the further advice of counsel before determining if a follow-up settlement conference with the court concerning hard structure removal in connection with the Caminada Headlands project and including representatives of the State of Louisiana and the Parish of Lafourche will be conducted as tentatively scheduled on **May 4, 2012 at 10:30 a.m.** in my office.

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR:  0 : 15