UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | *  *  * | MDL 2179<br><br>SECTION (J) |
| | * | |
| Relates to:<br>10-8888, Rec. Doc. 69739 | *  * | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## ORDER

Considering the foregoing,

IT IS HEREBY ORDERED that Victor J. Versaggi and the law firm Domengeaux Wright Roy & Edwards and Charles R. Minyard be substituted as counsel of record for Sean R. Dawson and the Law firm Vezina and Gattuso, LLC in the above captioned case for Dufrene Building Materials, Inc.

New Orleans, Louisiana this 24th day of April, 2012.

_____
United States District Judge