UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * | MDL NO. 2179 CIVIL ACTION NO. 2:10-MD-02179 SECTION: J |
| THIS DOCUMENT RELATES TO: 10-cv-4536 (U.S. v. BP, MOEX, et al.) | * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFFS' MOTION TO INTERVENE

NOW INTO COURT, through undersigned counsel, come Plaintiffs represented by undersigned counsel in this multidistrict litigation and respectfully move to intervene pursuant to Rule 24 of the Federal Rules of Civil Procedure, in civil action number 2:10- cv-04536 (United States of America v. BP, MOEX et al.), which has been consolidated in this Multidistrict Litigation.[1]

These Plaintiffs move for this intervention because they have direct and substantial interests in that action and the proposed Consent Decree between the United Sates and MOEX submitted in it and are entitled to intervene in that action as of right. Accordingly, these Plaintiffs respectfully request that this Court grant this Motion to intervene[2].

---

[1] Undersigned counsel represents the Plaintiffs in the following cases in this multidistrict litigation: *(1) Bill's Oyster House, et al. v BP, et al.* 10-cv-1308 *(2) Rodrigue, et al v BP et al.;* 10-cv-1325 *(3) Gautreaux, et al v BP et al.;* 10-cv-1539 *(4) Harris v BP et al.;* 10-cv-2078 *(5) Loup v BP et al.;* 10-cv-2764 *(6) Key West Tiki Charters v BP et al.;* 10-cv-2976 *(7) Buras v BP et al.;* 10-cv-2994, and *(8)Thigpen et al. v BP et al.;* 10-cv-3273.

[2] It should be noted that the Plaintiffs in one of undersigned counsel's cases made Clean Water Act Private Citizen claims against MOEX, but these claims have been held in abeyance under the CWA ever since the United Sates made its own CWA claims against MOEX. This is *Thigpen et al. v BP et al.*, #10-cv-3273, transferred to E.D. LA on September 8, 2010 by Conditional Transfer Order No. 4; (originally filed in S.D. MS, June 22, 2010 a 10-cv-280)).

1

Accompanying this Motion are a Memorandum In Support and the Proposed Complaint For Intervention Of Right.

WHEREFORE, these Plaintiffs pray that this Court Order that their Complaint For Intervention of Right be filed in the record.

Respectfully submitted,
/s/ Daniel E. Becnel, Jr.
Daniel E. Becnel, Jr. (2926)
BECNEL LAW FIRM, LLC
106 W. SEVENTH ST.
P.O. DRAWER H
RESERVE, LA 70084
(985) 536-1186
Attorney for Plaintiffs in:

| Case | Number |
|---|---|
| *Bill's Oyster House, et al. v BP, et al.* | 10-cv-1308 |
| *Rodrigue, et al* | 10-cv-1325 |
| *Gautreaux, et al* | 10-cv-1539 |
| *Harris* | 10-cv-2078 |
| *Loup* | 10-cv-2764 |
| *Key West Tiki Charters* | 10-cv-2976 |
| *Buras* | 10-cv-2994 |
| *Thigpen et al.* | 10-cv-3273 |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 24th day of April, 2012.

/s/ Daniel E. Becnel, Jr.

2