UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * | MDL NO. 2179 CIVIL ACTION NO. 2:10-MD-02179 SECTION: J |
| THIS DOCUMENT RELATES TO: 10-cv-4536 (U.S. v. BP, MOEX, et al.) | * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

IT IS ORDERED that Intervenor Plaintiffs' Motion to Intervene in 10-CV-4536 is hereby GRANTED and Plaintiffs' Complaint for Intervention shall be filed into the record.

New Orleans, Louisiana, this _____ day of _____, 2012.


_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

1