IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ' ' ' ' ' | MDL NO. 2179<br><br>SECTION: J |
| This document relates to:<br>*Joshua Kritzer, et al v. Transocean, Ltd., et al*<br>(No. 2:10-cv-04427) | '<br>'<br>'<br>' | <br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## Plaintiff Rhonda Burkeen's Motion for Suggestion of Remand to Transferor Court

Subject to her motions to remand to state court, Plaintiff Rhonda Burkeen respectfully moves this Honorable Court to file a suggestion of remand to the Judicial Panel on Multidistrict Litigation ("JPML") so her case can be transferred back to the Transferor Court.[1] Rhonda Burkeen is the widow of Aaron "Dale" Burkeen and the personal representative of his estate. Dale was the crane operator killed in the April 20, 2010 explosion. She filed her case in Texas state court where it was wrongfully removed to federal court by Cameron on the basis of OCSLA. Burkeen timely filed a motion to remand. Before the motion was ruled on, the JPML transferred the case to MDL-2179 for consolidated pretrial proceedings. Her case is classified as a Bundle A case. Now that pretrial proceedings are complete, the Court should file a suggestion of remand with the JPML. For the reasons more fully explained in the accompanying memorandum, the Court should grant Burkeen's motion.

---

[1] The Transferor Judge was the Honorable Sim Lake. The case was pending in the Southern District of Texas. The style of the case was *Joshua Kritzer, et al v. Transocean, Ltd., et al*, C.A. 4:10-CV-01854.

**Conclusion**

Burkeen requests that the Court grant her motion.

Respectfully Submitted,

**ARNOLD & ITKIN LLP**

*/s/ Cory D. Itkin*

_____
Kurt B. Arnold, Texas Bar No. 24036150
Jason A. Itkin, Texas Bar No. 24032461
Cory D. Itkin, Texas Bar No. 24050808
M. Paul Skrabanek, Texas Bar No. 24063005
Michael E. Pierce, Texas Bar No. 24039117
1401 McKinney Street, Suite 2550
Houston, Texas 77010
Telephone: (713) 222-3800
Facsimile: (713) 222-3850
karnold@arnolditkin.com
jitkin@arnolditkin.com
citkin@arnolditkin.com
pskrabanek@arnolditkin.com
mpierce@arnolditkin.com

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on April 24, 2012.

*/s/ Cory D. Itkin*

_____
Cory D. Itkin