IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 <br><br> SECTION J |
| This document relates to all actions. | * * * * * * | HONORABLE CARL J. BARBIER <br><br> MAGISTRATE JUDGE SHUSHAN |
| Bon Secour Fisheries, Inc., et al., individually and on behalf of themselves and all others similarly situated, <br><br>   Plaintiffs, <br><br> v. <br><br> BP Exploration & Production Inc; BP America Production Company; BP p.l.c., <br><br>   Defendants. | * * * * * * * * * * * * | Civil Action No. 12-970 <br><br> SECTION J <br><br><br> HONORABLE CARL J. BARBIER <br><br> MAGISTRATE JUDGE SHUSHAN |

**BP DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION
FOR CONDITIONAL AND PRELIMINARY CERTIFICATION OF
<u>ECONOMIC AND PROPERTY DAMAGES CLASS FOR SETTLEMENT PURPOSES</u>**

BP Exploration & Production Inc. and BP American Production Company ("BP") hereby respond to Plaintiffs' Motion for Conditional and Preliminary Certification of Economic and Property Damages Class for Settlement Purposes.  (Rec. Doc. 6269.)

Plaintiffs filed their Economic and Property Damages Class Action Complaint, (Rec. Doc. 1 in Case No. 12-cv-970), on April 16, 2012, and their Motion for Conditional and Preliminary Certification of Economic and Property Damages Class for Settlement Purposes on

April 18, 2012.  BP intends to respond to the allegations and claims in Plaintiffs' Economic and Property Damages Class Action Complaint, and will assert various legal, affirmative, and other defenses in its forthcoming Answer and Affirmative Defenses to Plaintiffs' Economic and Property Damages Class Action Complaint.  The parties have reached a compromise, however, and entered into an Economic and Property Damages Settlement Agreement.  (Rec. Doc. 6276-1.)  On April 18, 2012, the parties filed a Joint Motion for Preliminary Approval of Class Action Settlement.  (Rec. Doc. 6266.)  Accordingly, subject to this Court's entry of a Final Order and Judgment approving the Economic and Property Damages Settlement, BP does not oppose the conditional class certification of this action and otherwise does not object to the relief requested in Plaintiffs' Motion for Conditional and Preliminary Certification of Economic and Property Damages Class for Settlement Purposes.

April 24, 2012                                              Respectfully submitted,

                                                            /s/ Richard C. Godfrey, P.C.
James J. Neath                                              Richard C. Godfrey, P.C.
Mark Holstein
BP AMERICA INC.                                             J. Andrew Langan, P.C.
501 Westlake Park Boulevard                                 Andrew B. Bloomer, P.C.
Houston, TX  77079                                          Wendy L. Bloom
Telephone:  (281) 366-2000                                  R. Chris Heck
Telefax:  (312) 862-2200                                    Christopher J. Esbrook
                                                            KIRKLAND & ELLIS LLP
Daniel A. Cantor                                            300 North LaSalle Street
Andrew T. Karron                                            Chicago, IL 60654
Ellen K. Reisman                                            Telephone:  (312) 862-2000
ARNOLD & PORTER LLP                                         Telefax:  (312) 862-2200
555 Twelfth Street, NW
Washington, DC 20004                                        Jeffrey Bossert Clark
Telephone:  (202) 942-5000                                  KIRKLAND & ELLIS LLP
Telefax:  (202) 942-5999                                    655 Fifteenth Street, N.W.
                                                            Washington, D.C. 20005
Jeffrey Lennard                                             Telephone:  (202) 879-5000
Keith Moskowitz                                             Telefax:  (202) 879-5200
SNR DENTON
233 South Wacker Drive                                      /s/ Don K. Haycraft
Suite 7800                                                  Don K. Haycraft (Bar #14361)
Chicago, IL  60606                                          R. Keith Jarrett (Bar #16984)
Telephone:  (312) 876-8000                                  LISKOW & LEWIS
Telefax:  (312) 876-7934                                    701 Poydras Street, Suite 5000
                                                            New Orleans, Louisiana 70139
*OF COUNSEL*                                                Telephone:  (504) 581-7979
                                                            Telefax:  (504) 556-4108

                                                            Robert C. "Mike" Brock
                                                            COVINGTON & BURLING LLP
                                                            1201 Pennsylvania Avenue, NW
                                                            Washington, DC 20004
                                                            Telephone:  (202) 662-5985
                                                            Telefax:  (202) 662-6291


*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.*
*AND BP AMERICA PRODUCTION COMPANY*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 24th day of April, 2012.

                                                */s/ Don K. Haycraft*
                                                Don K. Haycraft