IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * * * | MDL NO. 2179<br><br>SECTION: J<br><br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |
| Plaisance, *et al.*, individually and on behalf of the putative Medical Benefits Settlement Class,<br><br>Plaintiffs,<br><br>v.<br><br>BP Exploration & Production Inc., *et al.*,<br><br>Defendants. | * * * * * * * * * * * * * | NO. 12-CV-968<br><br>SECTION: J<br><br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

### BP DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR CERTIFICATION OF A RULE 23(B)(3) CLASS FOR PURPOSES OF SETTLEMENT

BP Exploration & Production Inc. and BP America Production Company ("BP") hereby respond to Plaintiffs' Motion for Certification of a Rule 23(b)(3) Class for Purposes of Settlement. (Rec. Doc. 6272.)

Plaintiffs filed their Medical Class Action Complaint, (Rec. Doc. 1 in Case No. 12-cv-968), on April 16, 2012, and their Motion for Certification of a Rule 23(b)(3) Class for Purposes of Settlement on April 18, 2012. BP intends to respond to the allegations and claims in Plaintiffs' Medical Class Action Complaint, and will assert various legal, affirmative, and other

2

defenses in its forthcoming Answer and Affirmative Defenses to Plaintiffs' Medical Class Action Complaint. The parties have reached a compromise, however, and entered into a Medical Benefits Class Action Settlement Agreement. (Rec. Doc. 6273-1.) On April 18, 2012, the parties filed a Joint Motion for Preliminary Approval of Proposed Medical Benefits Class Action Settlement, Approval of Class Notice, and Related Matters. (Rec. Doc. 6267.) Accordingly, subject to this Court's entry of a Final Order and Judgment approving the Medical Benefits Class Action Settlement, BP does not oppose the conditional class certification of this action and otherwise does not object to the relief requested in Plaintiffs' Motion for Certification of a Rule 23(b)(3) Class for Purposes of Settlement.

April 24, 2012                                          Respectfully submitted,

| | |
|---|---|
| James J. Neath<br>Mark Holstein<br>BP AMERICA INC.<br>501 Westlake Park Boulevard<br>Houston, TX  77079<br>Telephone:  (281) 366-2000<br>Telefax:  (312) 862-2200<br><br>Ellen K. Reisman<br>ARNOLD & PORTER LLP<br>777 South Figueroa Street<br>Los Angeles, CA 90017-5844<br><br>James P. Joseph<br>Ethan P. Greene<br>ARNOLD & PORTER LLP<br>555 Twelfth Street, NW<br>Washington, DC 20004-1206<br><br>*Of Counsel* | */s/ Richard C. Godfrey, P.C.*<br>Richard C. Godfrey, P.C.<br>J. Andrew Langan, P.C.<br>Andrew B. Bloomer, P.C.<br>Elizabeth A. Larsen<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, IL  60654<br><br>*/s/ Don K. Haycraft*<br>Don K. Haycraft (Bar #14361)<br>R. Keith Jarrett (Bar #16984)<br>LISKOW & LEWIS<br>701 Poydras Street, Suite 5000<br>New Orleans, Louisiana 70139<br>Telephone:  (504) 581-7979<br>Telefax:  (504) 556-4108<br><br>Robert C. "Mike" Brock<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Telephone:  (202) 662-5985<br>Telefax:  (202) 662-6291 |

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.*
*AND BP AMERICA PRODUCTION COMPANY*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 24th day of April, 2012.

                                              */s/ Don K. Haycraft*
                                              Don K. Haycraft