## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>Section:  J |
| THIS DOCUMENT RELATES:<br>Case No. 1:10-cv-01314<br>Case No. 1: 10-cv-02677<br><br>_____/ | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

### MOTION TO WITHDRAW AS ATTORNEY OF RECORD

**NOW INTO COURT**, comes attorney for Plaintiffs, Carl D. Campbell, III, who respectfully requests to withdraw as counsel of record in this matter for the following reasons:

1. Heretofore, movant has represented Plaintiffs in connection with his association with F. Gerald Maples, P.A.

2. Mr. Campbell will no longer be associated with the law firm F. Gerald Maples, P.A. effective April 27, 2012.

3. Mr. F. Gerald Maples will remain as counsel of record Plaintiffs in these matters, along with the associated co-counsel for plaintiffs in both cases.

For the foregoing reasons, Plaintiffs' counsel, Carl D. Campbell, II, requests that he be permitted to withdraw as counsel of record for Plaintiffs in the above-captioned matters and the Clerk terminate his appearance in them.

.

**Respectfully Submitted:**

F. Gerald Maples, P.A.


_Carl D. "Todd" Campbell , III_____

Carl D. Todd Campbell, III (La. #31084)
One Canal Place
365 Canal Street, Suite 2650
New Orleans, Louisiana 70130
Telephone: (504) 569-8732
Facsimile: (504) 525-6932

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on counsel of record by filing it with the Clerk ECF/CM system which will send a copy to counsel of record this 25th day of April and by also filing the pleading with the LexisNexis File and Serve System, as required by the Case Management Order, which will provide a copy to all interested parties in the MDL.

_Carl D. "Todd" Campbell, III
Attorney at Law