**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

MDL No. 2179

Section: J

THIS DOCUMENT RELATES:
Case No. 1:10-cv-01314
Case No. 1: 10-cv-02677

**JUDGE BARBIER**
**MAG. JUDGE SHUSHAN**

_____/

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD IN RELATED CASES**

Considering the foregoing pleading and finding it to have merit,

**IT IS ORDERED** that the motion to withdraw as Attorney of Record by Carl D. Campbell, III is **GRANTED**. The Clerk shall terminate Carl D. Campbell, III as counsel of record in the captioned matters.

Signed this _____ day of _____, 2012

_____
US DISTRICT JUDGE