UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL-2179 |
| THIS DOCUMENT RELATES TO: | SECTION J |
| ALL ACTIONS | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**THE MISSISSIPPI ATTORNEY GENERAL'S MOTION
FOR LEAVE TO FILE A MEMORANDUM
IN SUPPORT OF THE STATE OF MISSISSIPPI'S
STATEMENT OF INTEREST AND REQUEST FOR RELIEF, FILED
PURSUANT TO § 1715 OF THE CLASS ACTION FAIRNESS ACT OF 2005,
THAT IS IN EXCESS OF THE 25-PAGE LENGTH IN LOCAL RULE 7.7**

The Mississippi Attorney General respectfully requests leave to file a Memorandum in Support of his First Statement of Interest, filed pursuant to § 1715 of the Class Action Fairness Act of 2005, and Renewed Request to Nullify the Illegal, Illegally-Obtained and Unconscionable GCCF Releases that exceeds the twenty-five-page limit imposed by Local Rule 7.7 of the Local Rules of the Eastern District of Louisiana.

The Mississippi Attorney General's Memorandum in Support of the State of Mississippi's Statement of Interest and Renewed Request for Relief, filed pursuant to § 1715 of the Class Action Fairness Act of 2005, seeking to nullify the illegal, illegally-obtained and unconscionable GCCF Releases is thirty-six pages, excluding the signature page, and other excludable material including Attachments and Exhibits. The Mississippi Attorney General requests an extension of eleven pages to permit sufficient space to address critical matters which have the potential of tainting the proposed *Deepwater Horizon* Economic and Property Damages Settlement and impacting whether that proposed Settlement can be deemed fair, adequate and reasonable. The Mississippi

Attorney General submits that this extension will be useful to the Court in resolving a pending matter before this Court that could otherwise prevent the entire Settlement from being upheld as fair, adequate and reasonable.  The matters raised in the Memorandum in Support and the State of Mississippi's Statement of Interest impact 200,000 claimants, who the Mississippi Attorney General submits have a federally-protected right to future damages and to the benefits of any settlement in this case, but that, without resolution of the pending Requests to nullify the GCCF Releases and severing Exclusions incorporating those Releases, will be improperly excluded from the Class Definition and the benefits of the Proposed Class Settlement.  The matters raised in Mississippi's Statement of Interest implicate matters of great public concern, federal and State law, the law of this Circuit and public policy.

A proposed Order accompanies this Motion.

Respectfully submitted this 25th day of April, 2012.

JIM HOOD, ATTORNEY GENERAL
STATE OF MISSISSIPPI

BY: s/ Mary Jo Woods_____
MARY JO WOODS, MS BAR NO. 10468
SPECIAL ASSISTANT ATTORNEY GENERAL

Office of the Attorney General
Post Office Box 220
Jackson, Mississippi 39205
Telephone No. (601) 359-3680
Facsimile No. (601) 359-2003
Email: mwood@ago.state.ms.us