UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL-2179 |
| THIS DOCUMENT RELATES TO: | SECTION J |
| ALL ACTIONS | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## ORDER

**IT IS HEREBY ORDERED** that the Mississippi Attorney General's Motion for Leave to File a Memorandum in Excess of Page Length in Support of the State of Mississippi's Statement of Interest and Request for Relief, filed pursuant to § 1715 of the Class Action Fairness Act of 2005, is **GRANTED**.

The Clerk of the Court is ordered to file the Memorandum attached to the Mississippi Attorney General's Statement of Interest and Request for Relief into the record in the captioned case.

New Orleans, Louisiana, this ____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE