### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig "Deepwater
Horizon" on the Gulf of Mexico, on
April 20, 2010

TTHEIR DOCUMENT RELATES:

*All Cases and 2:10-CV-2771*

_____/

MDL No. 2179

Section J.

JUDGE BARBIER
MAGISTRATE JUDGE SHUSHAN

### MOTION FOR ACCEPTANCE OF LIMITATION SHORT FORM JOINDERS
### FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE

Now into Court, through the undersigned counsel come various Claimants ("the Claimants") who move

this Court for acceptance of their attached Short Form Joinders which were filed beyond the September 16,

2011, deadline in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings LLC,

Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc. as owner, Managing Owners,

Owners Pro Hac Vice and/or Operations of the MODU Deepwater Horizon. As this Honorable Court is

aware, the Short Form Joinders were approved by the Court as a vehicle by which Claimants could

both file a claim into the limitation proceeding filed by the above named parties, as well as initiate

litigation against all non-limitation defendants with regard to the April 20, 2010, oil spill. In filing their

motion, Claimants confirm that their Short Form Joinders are timely as to all non-limitation defendants

as there are no deadlines, prescriptive or otherwise, with regard to Claimants' right to file against non-

limitation defendants set by their Honorable Court. However, as to the parties to the limitation set forth

and listed herein, Claimants recognizes that this Honorable Court did in fact set deadlines and

Claimants would hereby show the court as follows:

1.      The Court originally established a deadline for the filing of the claims in the Transocean proceeding for April 20, 2011.

2.      The Court extended the deadline for filing of the claims in the Transocean limitation to September 16, 2011.

3.      As Claimants were unaware of the Court-established deadlines, or had not yet fully realized their damages, they did not timely file in the Transocean limitation proceeding.

4.      No prejudice will result from the acceptance of the Claimant's post-deadline Short Form Joinders, attached hereto as "Exhibit A". No action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding.

For these reasons explained more fully in the following Memorandum in Support, Movants respectfully request that the Court grant Movants' Motion for Acceptance of Limitation Short Form Joinders filed beyond the September 16, 2011, deadline and that the Court deem said Short Form Joinders as timely filed.

Respectfully submitted:

Kevin I. Goldberg
Goldberg, Finnegan & Mester, LLC
1010 Wayne Avenue, Suite 950
Silver Spring, Maryland 20910
Telephone: (301) 589-2999
Facsimile: (301) 589-2644
kgoldberg@gfmlawllc.com

# Exhibit A

| | BP Claimant Name | Date Filed | Short Form Document No. |
|---|---|---|---|
| 1. | Joseph A. Alfonso | 4/25/2012 | 118760 |
| 2 | Tracey K. Arvanitis | 4/25/2012 | 118761 |
| 3 | Lisa M. Baldo | 4/25/2012 | 118757 |
| 4. | Russell J. Baldo | 4/25/2012 | 118758 |
| 5. | Vibiana L. Thomas | 4/25/2012 | 118759 |

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the above and foregoing Motion for the Acceptance of Limitation Short Form

Joinders Filed Beyond the September 16, 2011 deadline and Exhibit A, various Short Form Joinders have been

served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial

Order No. 12, and that the forgoing were electronically filed with the Clerk of the Court of the United States District

Court for the Eastern District of Louisiana by using the CM/ECF System which will send notice of electronic filing

in accordance with the procedures established in MDL 2179, on this 26th Day of April, 2012.

                        Kevin I. Goldberg
                        Goldberg, Finnegan & Mester, LLC
                        1010 Wayne Avenue, Suite 950
                        Silver Spring, Maryland 20910
                        Telephone: (301) 589-2999
                        Facsimile: (301) 589-2644
                        kgoldberg@gfmlawllc.com