## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig "Deepwater
Horizon"on the Gulf of Mexico, on
April 20, 2010

MDL No. 2179

Section J.

THIS DOCUMENT RELATES:

*All Cases and 2:10-CV-2771*

JUDGE BARBIER
MAGISTRATE JUDGE SHUSHAN

_____/

### **ORDER**

Considering the Motion for Acceptance of Limitation Short Form Joinders Filed Beyond the September 16, 2011,

Deadline and Supporting Memorandum of Law:

It is ORDERED that the Motion for Acceptance of Limitation Short Form Joinders listed on Exhibit A Filed

Beyond the September 16, 2011 Deadline are GRANTED. Claimants' Short Form Joinder attached as Exhibit A, filed

into the record of Civil Action No. 10-8888 shall be considered timely filed in the Transocean Limitation (Civil

Action No. 10-2771).

Signed this _____ day of _____, 2012

_____
Honorable Carl J. Barbier, U.S. District Court Judge