UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>Section: J |
| THIS DOCUMENT RELATES:<br>Case No. 1:10-cv-01314<br>Case No. 1: 10-cv-02677<br><br>_____/ | **JUDGE BARBIER**<br>**MAG. JUDGE SHUSHAN** |

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD IN RELATED CASES

Considering the foregoing pleading and finding it to have merit,

**IT IS ORDERED** that the motion to withdraw as Attorney of Record by Carl D. Campbell, III is **GRANTED**. The Clerk shall terminate Carl D. Campbell, III as counsel of record in the captioned matters.

New Orleans, Louisiana this 26th day of April, 2012.

_____
United States District Judge