UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | \* | MDL NO. 2179 |
| "Deepwater Horizon" in the | \* | |
| Gulf of Mexico, on April 20, 2010 | \* | SECTION: J |
| | \* | |
| | \* | |
| | \* | |
| | \* | |
| This Document Relates To: | \* | JUDGE BARBIER |
| Case No. 2:10-cv-08888-CJB-SS | \* | |
| Doc No. 65739 | \* | MAGISTRATE JUDGE SHUSHAN |
| Short-Form Joinder of | \* | |
| E-Carr, LLC | \* | |
| | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that Christopher D. Boutwell and the law firm of Beasley Allen, Crow, Methvin, Portis & Miles, P.C., be allowed to withdraw as Counsel for E-Carr, LLC.

This the _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE