UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * | MDL NO. 2179  SECTION: J |
| This Document Relates To: Case No. 2:10-cv-08888-CJB-SS Doc No. 71349 Short-Form Joinder of Alan Bart Harrison | * * * * * * | JUDGE BARBIER  MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, the undersigned counsel, and moves this Court for an order withdrawing Christopher D. Boutwell and the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., as counsel of record for Plaintiff, Alan Bart Harrison. In further support, Movant states as follows:

1. On or about March 7, 2011, Alan Bart Harrison retained the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., to serve as counsel with regards to its oil spill case.

2. On April 4, 2011, the undersigned filed a Short Form Joinder on behalf of Plaintiff Alan Bart Harrison, Doc #42705 and a corrected Short Form Joinder on 4/20/2011, Doc # 71349.

3. On April 23, 2011 the parties terminated their relationship.

4. Alan Bart Harrison will remain in the litigation. Neither the Plaintiff, nor any other party, will be prejudiced by Movants' withdrawal of counsel.

WHEREFORE, PREMISES CONDIDERED, the undersigned counsel, both individually and on behalf of his respective law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., move this Court for an Order withdrawing them as counsel of record for Plaintiff, Alan Bart Harrison.

Respectfully Submitted this the 26th day of April, 2012.

/s/  *Christopher D. Boutwell*
Christopher D. Boutwell
ASB-1941-O7813


OF COUNSEL:

BEASLEY,ALLEN,CROW,
METHVIN,PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36104
(334) 269-2343

Certificate of Service

       I hereby certify that the foregoing has been served in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of the Court. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via US Mail, postage prepaid and properly addressed, on the others listed below this the 26th day of April, 2012.

Alan Bart Harrison
6200 Oxford Circle
Pinson, Alabama 35126

                                                           */s/ Christopher D. Boutwell*
                                                           Of Counsel