MINUTE ENTRY
BARBIER, J.
April 25, 2012
JS-10: 2 hrs., 15 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : : : : | MDL NO. 2179<br><br>SECTION: J<br><br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

**COURTROOM DEPUTY:**   **COURT REPORTER:**
**STEPHANIE KALL**       **CATHY PEPPER**


FRIDAY, APRIL 25, 2012   2:05 p.m.
JUDGE CARL J. BARBIER PRESIDING


<u>MINUTE ENTRY</u>

The Court held a hearing on the Motions for conditional certification of Rule 23(b)(3) classes for settlement purposes (Rec. Docs. 6269, 6272; <u>see also</u> Case Nos. 12-968, 12-970) and for preliminary approval of the proposed class action settlements (Rec. Docs. 6266, 6267), respecting the proposed Economic and Property Damage Class Settlement and the Medical Benefits Class Settlement.

Interim Class Counsel Steve Herman discussed some general features of the proposed class settlements.

PSC Counsel Joe Rice and Interim Class Counsel Jim Roy presented the proposed economic and property damages class settlement to the Court.

1

**PSC Counsel Robin Greenwald presented the proposed medical benefits settlement to the Court.**

**Richard Godrey presented on behalf of BP.**

**The Court noted the objections that had been filed.**

**The Motions were taken under advisement.**

**Court adjourned at 4:20 p.m.**

**ATTORNEYS: See attached list**