# Attendance Record

## MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

### Hearing on Preliminary Approval of Class Settlment
### April 25, 2012

### PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Duke Williams | 9858767595 | PSC |
| Brian Barr | 8505722164 | PSC |
| Caroline Fayard | 225 664.4193 | Fayard & Honeycutt (PSC) |
| John A. Baden IV | 843-216-9124 | Motley Rice - PSC |
| Jeffry A. Breit | 757-622-6000 | PSC - |
| Matt Lundy | 337-439-0707 | PSC |
| Ed Flensen | 212-858-1635 | MUEY |
| James P. Roy | 337.278.7892 | PSC |
| Steve Herman | (504) 581-4892 | PSC |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

### Hearing on Preliminary Approval of Class Settlment
### April 25, 2012

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Joe Rice | 843.216.9159 | PSC/Class |
| Robert Cunningham | 251 471 6191 | PSC |
| Paul Sterbcow | 504 588 1500 | PSC |
| Ervin A. Gonzalez | 305 476-7400 | PSC |
| Scott Summy | 214-384-1913 | PSC |
| Phil Cossich | (504) 481-4396 | PSC |
| Rhon Jones | 334 451 0301 | PSC |
| Tony Ditch / Mikal Watts | 361-816-1665 | PSC |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Hearing on Preliminary Approval of Class Settlment
## April 25, 2012

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Robin Greenwald | 212-558-5802 | PSC |
| Mike Underhill | 415-436-0648 | US |
| Corey Maze | 334 353 4336 | Alabama |
| Allen Usry | 504-592-4600 | Louisiana |
| Steve O'Rourke | 202 514 2779 | USA |
| Elizabeth Cabraser | 415 816 2100 | PSC |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

### Hearing on Preliminary Approval of Class Settlment
### April 25, 2012

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Don Godwin | 214-939-4412 | Halliburton |
| Alan York | 713-595-8301 | " |
| Jenny Martinez | 214-939-4620 | " |
| Bruce Bowman | 214-939-8679 | " |
| Steve Roberts | 713 470 6192 | Transocean |
| Kerry Miller | 504-599-8194 | " |
| David J. Beck | 713-951-6209 | Cameron |
| Ellen Reisman | 213 243 4111 | BP |
| Andrew Karron | 202 942 5335 | BP |
| James J. Neath | 281-366-5815 | BP |
| Daniel Jones | 713-951-3700 | Cameron |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Hearing on Preliminary Approval of Class Settlment
## April 25, 2012

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Tony Fitch | 202-373-6695 | Anadarko |
| Deb Kuchler | 504-592-0691 | " " |
| ~~[scribbled]~~ | ~~[scribbled]~~ | ~~[scribbled]~~ |
| Jeff Clark | 202-879-5960 | BP |
| Hugh Tanner | 713-890-5130 | M-I |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Hearing on Preliminary Approval of Class Settlment
April 25, 2012

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Rich Godfrey | 372-862-2000 | BP |
| Andy Langan | | BP |
| Jeff Lennard | | BP |
| Andrew Bloomer | | BP |
| Wendy Bloom | | BP |
| Mark Holstein | | BP |