UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179  Section J |
| This document relates to all actions | * * * | Honorable Carl J. Barbier  Magistrate Judge Shushan |

## ORDER

Having considered the Motion for Leave to File Response of Amicus Curiae American Shrimp Processors Association to the Plaintiff's Steering Committee's and BP Defendants' Joint Motion for Preliminary Approval of Class Settlement and good cause appearing thereof;

**IT IS HEREBY ORDERED** that the Motion for Leave to File Response of Amicus Curiae American Shrimp Processors Association is hereby GRANTED.

New Orleans, Louisiana, this 26th day of April, 2012.

_____
United States District Judge