UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG                         MDL-2179
"DEEPWATER HORIZON" in the GULF
OF MEXICO, on APRIL 20, 2010

THIS DOCUMENT RELATES TO:                          SECTION J

ALL ACTIONS                                        JUDGE BARBIER
                                                   MAG. JUDGE SHUSHAN

## ORDER

**IT IS HEREBY ORDERED** that the Mississippi Attorney General's Motion for Leave to File a Memorandum in Excess of Page Length in Support of the State of Mississippi's Statement of Interest and Request for Relief is **GRANTED**.

The Clerk of the Court is ordered to file the Memorandum attached to the Mississippi Attorney General's Statement of Interest and Request for Relief into the record in the captioned case.

New Orleans, Louisiana this 26th day of April, 2012.

_____
United States District Judge