

# GCCF — Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

## Overall Program Statistics
*(Status Report as of April 11, 2012)*



EXHIBIT 3

| All Claimants | No. of Claimants |
|---|---|
| **Total All Claimants** (Claims: 1,070,996) <br> *(This is a unique count that includes all Emergency Advance Payment Claimants)* | **577,241** |
| 1. Individual | 454,680 |
| 2. Business | 122,561 |
| *Claimants Represented by Counsel: 95,407* | |

| Current Claimant Status | No. of Claimants |
|---|---|
| **Interim and Final Claimants - Phase II** *(This report reflects Claimants' current status as of the report date, therefore each Claimant is only represented in one category below.)* | **386,323** |
| **Reviewed - Phase II Only** | **378,381** |
| 1. Final Payment Issued | 199,066 |
| a. Quick Payment | *129,275* |
| b. Full Review | *69,791* |
| 2. Final Release Accepted Pending Payment | 156 |
| 3. Final Offer Acknowledged Pending Accepted Release | 2,066 |
| 4. Final Offer Made | 8,922 |
| With Interim Payment (3,826 out of these 8,922 Final Offers) | |
| 5. Other Claim Determinations: | 168,171 |
| a. Claimants Without an Established Loss | *14,516* |
| b. Withdrawal Requested | *515* |
| c. Claimants Notified Additional Information Required | *14,060* |
| d. Claimant Denied | *139,080* |
| **Under Review** | **8,019** |
| 1. Phase II - Interim & Final | 7,942 |
| 2. Phase I - EAP Unresolved / Under Review (Claims Subject to Liens, Audit Holds, etc.) | 77 |
| **Claimants with Resolved EAP Submissions** <br> *(Many EAP Claimants have re-filed in the Phase II: Interim and Final Claim Stage)* | **449,794** |

| Paid Claimants | Paid Claimants | Total Amount Paid |
|---|---|---|
| **Total Unique Claimants** | **222,648** | **$ 6,252,121,126.85** |
| 1. Quick Pay / Full Review / Interim Payment | 235,196 | $ 3,668,159,066.57 |
| a. Individual | *163,982* | *$ 1,316,058,632.25* |
| b. Business | *71,214* | *$ 2,352,100,434.32* |
| 2. Emergency Advanced Payment (EAP) | 169,201 | $ 2,583,962,060.28 |
| a. Individual | *121,197* | *$ 1,015,377,655.90* |
| b. Business | *48,004* | *$ 1,568,584,404.38* |
| Separate Fund for Real Estate Brokers and Agents | | $ 54,434,574.75 |
| | **Total Paid:** | **$ 6,306,555,701.60** |

| Quick Pay Final Payments | Claimants with Filed Claims | Reviewed Claimants | Paid Claimants | Amount Paid |
|---|---|---|---|---|
| **Total Quick Pay Final Payments** | **131,633** | **130,883** | **129,275** | **$ 1,325,485,000.00** |
| 1. Individual | 96,784 | 96,288 | 95,298 | $ 476,600,000.00 |
| 2. Business | 34,849 | 34,595 | 33,977 | $ 848,885,000.00 |

| Interim Payments | Claimants with Filed Claims | Reviewed Claimants* | Paid Claimants | Amount Paid |
|---|---|---|---|---|
| **Total Interim Payments** | **133,589** | **129,751** | **35,917** | **$ 513,044,383.63** |
| 1. Individual | 92,998 | 91,507 | 21,689 | $ 162,992,668.95 |
| 2. Business | 40,591 | 38,244 | 14,228 | $ 350,051,714.68 |

*Details on Interim Claimants, including Status are reflected on Page 10 of this report*

| Full Review Final Payments | Claimants with Filed Claims | Reviewed Claimants | Paid Claimants | Amount Paid |
|---|---|---|---|---|
| **Total Full Review Final Payments** | **162,730** | **159,308** | **70,004** | **$ 1,829,629,682.94** |
| 1. Individual | 122,478 | 120,550 | 46,995 | $ 676,465,963.30 |
| 2. Business | 40,252 | 38,758 | 23,009 | $ 1,153,163,719.64 |

| Full Review Final Payment Offers <br> *(Inclusive of Offers with Release Accepted and Final Payment Issued)* | Offers Made | Amount Offered | Offers Accepted | Amount Accepted |
|---|---|---|---|---|
| **Total Final Offers** | **90,803** | **$ 2,195,587,584.75** | **74,360** | **$ 1,853,582,463.76** |
| 1. Final Offers: Individual | 58,705 | $ 573,864,008.74 | 49,636 | $ 514,947,138.71 |
| 2. Final Offers: Business | 32,098 | $ 1,621,723,576.01 | 24,724 | $ 1,338,635,325.05 |



# Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

## Overall Program Statistics
(Status Report as of April 11, 2012)

### Claimant Submissions
(Quick Pay, Interim and Full Review Claimants only)

| All Submitted and Paid Claimants | Claimants with Filed Claims | Reviewed Claimants | Paid Claimants | Amount Paid |
|---|---|---|---|---|
| 1. Final: Quick Pay | 131,633 | 130,883 | 129,275 | $ 1,325,485,000.00 |
| 2. Final: Full Review (net of Claimants with Quick Payment or Interim Submissions) | 162,730 | 159,308 | 70,004 | $ 1,829,629,682.94 |
| 3. Interim Payment (net of Claimants with Quick Payment Submissions) | 133,589 | 129,751 | 35,917 | $ 513,044,383.63 |
| **Total** | **427,952** | **419,942** | **235,196** | **$ 3,668,159,066.57** |

| Submitted and Paid Claimants - Individual | Claimants with Filed Claims | Reviewed Claimants | Paid Claimants | Amount Paid |
|---|---|---|---|---|
| 1. Final: Quick Pay | 96,784 | 96,288 | 95,298 | $ 476,600,000.00 |
| 2. Final: Full Review (net of Claimants with Quick Payment or Interim Submissions) | 122,478 | 120,550 | 46,995 | $ 676,465,963.30 |
| 3. Interim Payment (net of Claimants with Quick Payment Submissions) | 92,998 | 91,507 | 21,689 | $ 162,992,668.95 |
| **Sub-Total** | **312,260** | **308,345** | **163,982** | **$ 1,316,058,632.25** |

| Submitted and Paid Claimants - Business | Claimants with Filed Claims | Reviewed Claimants | Paid Claimants | Amount Paid |
|---|---|---|---|---|
| 1. Final: Quick Pay | 34,849 | 34,595 | 33,977 | $ 848,885,000.00 |
| 2. Final: Full Review (net of Claimants with Quick Payment or Interim Submissions) | 40,252 | 38,758 | 23,009 | $ 1,153,163,719.64 |
| 3. Interim Payment (net of Claimants with Quick Payment Submissions) | 40,591 | 38,244 | 14,228 | $ 350,051,714.68 |
| **Sub-Total** | **115,692** | **111,597** | **71,214** | **$ 2,352,100,434.32** |



All Claimants with Filed Claims
- 1. Final: Quick Pay — 30.76%
- 2. Final: Full Review (net of Claimants with Quick Payment or Interim Submissions) — 38.03%
- 3. Interim Payment (net of Claimants with Quick Payment Submissions) — 31.22%



Amount Paid to All Claimants
- 1. Final: Quick Pay — 36.13%
- 2. Final: Full Review (net of Claimants with Quick Payment or Interim Submissions) — 49.88%
- 3. Interim Payment (net of Claimants with Quick Payment Submissions) — 13.99%



# Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

## Overall Program Statistics
*(Status Report as of April 11, 2012)*

### Individual Claims by Amount
*(Claimants may have more than one Claim Category)*

| Paid Claims by Amount | No. of Claims | Amount Paid |
|---|---|---|
| 1. $0.01 - $5,000.00 | 182,512 | $ 772,598,321.94 |
| 2. $5,000.01 - $10,000.00 | 53,684 | $ 399,175,894.18 |
| 3. $10,000.01 - $25,000.00 | 40,643 | $ 620,821,164.28 |
| 4. $25,000.01 - $100,000.00 | 8,450 | $ 318,631,008.55 |
| 5. $100,000.01 - $500,000.00 | 156 | $ 22,019,199.20 |
| 6. Over $500,000.00 | 42 | $ 198,190,700.00 |
| Total | 285,487 | $ 2,331,436,288.15 |



**Individual Claims Paid by Value Range**
- 6. Over $500,000.00 — 0.01%
- 5. $100,000.01 - $500,000.00 — 0.05%
- 4. $25,000.01 - $100,000.00 — 2.96%
- 3. $10,000.01 - $25,000.00 — 14.24%
- 2. $5,000.01 - $10,000.00 — 18.80%
- 1. $0.01 - $5,000.00 — 63.93%



**Individual Amount Paid by Value Range**
- 6. Over $500,000.00 — 8.50%
- 5. $100,000.01 - $500,000.00 — 0.94%
- 4. $25,000.01 - $100,000.00 — 13.67%
- 3. $10,000.01 - $25,000.00 — 26.63%
- 2. $5,000.01 - $10,000.00 — 17.12%
- 1. $0.01 - $5,000.00 — 33.14%



# Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

## Overall Program Statistics
*(Status Report as of April 11, 2012)*

### Business Claims by Amount
*(Claimants may have more than one Claim Category)*

| Paid Claims by Amount | No. of Claims | Amount Paid |
|---|---|---|
| 1. $0.01 - $5,000.00 | 17,149 | $ 46,015,527.09 |
| 2. $5,000.01 - $10,000.00 | 12,322 | $ 91,904,206.05 |
| 3. $10,000.01 - $25,000.00 | 65,424 | $ 1,483,785,586.44 |
| 4. $25,000.01 - $100,000.00 | 20,059 | $ 977,500,617.23 |
| 5. $100,000.01 - $500,000.00 | 4,285 | $ 780,754,010.52 |
| 6. Over $500,000.00 | 321 | $ 540,724,891.37 |
| Total | 119,560 | $ 3,920,684,838.70 |



**Business Claims Paid by Value Range**
- 1. $0.01 - $5,000.00 — 14.34%
- 2. $5,000.01 - $10,000.00 — 10.31%
- 3. $10,000.01 - $25,000.00 — 54.72%
- 4. $25,000.01 - $100,000.00 — 16.78%
- 5. $100,000.01 - $500,000.00 — 3.58%
- 6. Over $500,000.00 — 0.27%



**Business Amount Paid by Value Range**
- 1. $0.01 - $5,000.00 — 1.17%
- 2. $5,000.01 - $10,000.00 — 2.34%
- 3. $10,000.01 - $25,000.00 — 37.85%
- 4. $25,000.01 - $100,000.00 — 24.93%
- 5. $100,000.01 - $500,000.00 — 19.91%
- 6. Over $500,000.00 — 13.79%



**Gulf Coast Claims Facility**
www.GulfCoastClaimsFacility.com

## Overall Program Statistics
*(Status Report as of April 11, 2012)*

### Claims by Category and Amount
*(Claimants may have more than one Claim Category)*

| Paid Claims by Category and Amount | No. of Claims | Amount Paid |
|---|---:|---:|
| **1. Removal and Clean Up Costs** | | |
| a. $0.01 - $5,000.00 | 81 | $ 179,748.90 |
| b. $5,000.01 - $10,000.00 | 16 | $ 118,070.24 |
| c. $10,000.01 - $25,000.00 | 29 | $ 624,575.01 |
| d. $25,000.01 - $100,000.00 | 5 | $ 229,034.00 |
| e. $100,000.01 - $500,000.00 | 5 | $ 884,906.95 |
| f. Over $500,000.00 | 1 | $ 681,518.07 |
| **Sub-Total** | **137** | **$ 2,717,853.17** |
| **2. Real or Personal Property** | | |
| a. $0.01 - $5,000.00 | 221 | $ 713,913.89 |
| b. $5,000.01 - $10,000.00 | 62 | $ 440,363.14 |
| c. $10,000.01 - $25,000.00 | 72 | $ 1,243,863.24 |
| d. $25,000.01 - $100,000.00 | 31 | $ 1,568,068.60 |
| e. $100,000.01 - $500,000.00 | 6 | $ 1,382,995.47 |
| f. Over $500,000.00 | 2 | $ 1,563,800.00 |
| **Sub-Total** | **394** | **$ 6,913,004.34** |
| **3. Lost Earnings or Profits** | | |
| a. $0.01 - $5,000.00 | 199,172 | $ 817,384,424.16 |
| b. $5,000.01 - $10,000.00 | 65,914 | $ 490,422,551.43 |
| c. $10,000.01 - $25,000.00 | 105,960 | $ 2,102,656,954.01 |
| d. $25,000.01 - $100,000.00 | 28,473 | $ 1,294,334,523.18 |
| e. $100,000.01 - $500,000.00 | 4,430 | $ 800,505,307.30 |
| f. Over $500,000.00 | 318 | $ 538,479,573.30 |
| **Sub-Total** | **404,267** | **$ 6,043,783,333.38** |



# Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

## Overall Program Statistics
*(Status Report as of April 11, 2012)*

### Claims by Category and Amount
*(Claimants may have more than one Claim Category)*

| Paid Claims by Category and Amount | No. of Claims | Amount Paid |
|---|---|---|
| **4. Loss of Subsistence Use of Natural Resources** | | |
| a. $0.01 - $5,000.00 | 95 | $ 165,269.96 |
| b. $5,000.01 - $10,000.00 | 13 | $ 91,972.56 |
| c. $10,000.01 - $25,000.00 | 1 | $ 12,129.62 |
| d. $25,000.01 - $100,000.00 | 0 | $ - |
| e. $100,000.01 - $500,000.00 | 0 | $ - |
| f. Over $500,000.00 | 0 | $ - |
| **Sub-Total** | **109** | **$ 269,372.14** |
| **5. Physical Injury / Death** | | |
| a. $0.01 - $5,000.00 | 92 | $ 170,492.12 |
| b. $5,000.01 - $10,000.00 | 1 | $ 7,142.86 |
| c. $10,000.01 - $25,000.00 | 5 | $ 69,228.84 |
| d. $25,000.01 - $100,000.00 | 0 | $ - |
| e. $100,000.01 - $500,000.00 | 0 | $ - |
| f. Over $500,000.00 | 42 | $ 198,190,700.00 |
| **Sub-Total** | **140** | **$ 198,437,563.82** |
| **6. Other Claims** | | |
| a. $0.01 - $5,000.00 | 0 | $ - |
| b. $5,000.01 - $10,000.00 | 0 | $ - |
| c. $10,000.01 - $25,000.00 | 0 | $ - |
| d. $25,000.01 - $100,000.00 | 0 | $ - |
| e. $100,000.01 - $500,000.00 | 0 | $ - |
| f. Over $500,000.00 | 0 | $ - |
| **Sub-Total** | **0** | **$ -** |
| **Total** | **405,047** | **$ 6,252,121,126.85** |



# Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

## Overall Program Statistics
*(Status Report as of April 11, 2012)*

### Individual Lost Earnings or Profits Claims Paid by Industry
*(Claimants may have more than one Claim Category)*

| Paid Claims By Industry | No. of Claims | Amount Paid |
|---|---|---|
| Fishing | 11,476 | $ 133,388,354.71 |
| Food, Beverage and Lodging | 148,893 | $ 994,693,863.46 |
| Multiple Industry / Business Types | 21,707 | $ 221,803,539.80 |
| No Industry Designation | 323 | $ 2,573,924.20 |
| Rental Property(ies) | 4,210 | $ 34,612,419.81 |
| Retail, Sales and Service | 82,036 | $ 614,825,803.26 |
| Seafood Processing and Distribution | 9,387 | $ 83,626,777.60 |
| Tourism and Recreation | 6,954 | $ 44,512,076.59 |
| **Total** | **284,986** | **$ 2,130,036,759.43** |



# of Individual Claims Paid by Industry
- Retail, Sales and Service 28.79%
- Rental Property(ies) 1.48%
- No Industry Designation 0.11%
- Multiple Industry / Business Types 7.62%
- Food, Beverage and Lodging 52.25%
- Fishing 4.03%
- Tourism and Recreation 2.44%
- Seafood Processing and Distribution 3.29%

Amount of Individual Claims Paid by Industry
- Retail, Sales and Service 28.86%
- Rental Property(ies) 1.62%
- No Industry Designation 0.12%
- Multiple Industry / Business Types 10.41%
- Food, Beverage and Lodging 46.70%
- Fishing 6.26%
- Tourism and Recreation 2.09%
- Seafood Processing and Distribution 3.93%



# Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

## Overall Program Statistics
*(Status Report as of April 11, 2012)*

### Business Lost Earnings or Profits Claims Paid by Industry
*(Claimants may have more than one Claim Category)*

| Paid Claims By Industry | No. of Claims | Amount Paid |
|---|---|---|
| Fishing | 19,374 | $ 618,313,257.26 |
| Food, Beverage and Lodging | 12,092 | $ 639,104,588.94 |
| Multiple Industry / Business Types | 7,485 | $ 206,655,568.94 |
| No Industry Designation | 3,800 | $ 81,268,501.33 |
| Rental Property(ies) | 31,134 | $ 652,754,120.63 |
| Retail, Sales and Service | 41,360 | $ 1,301,296,937.16 |
| Seafood Processing and Distribution | 1,819 | $ 307,291,811.15 |
| Tourism and Recreation | 2,217 | $ 107,061,788.54 |
| Total | 119,281 | $ 3,913,746,573.95 |



# of Business Claims Paid by Industry
- Tourism and Recreation 1.86%
- Seafood Processing and Distribution 1.52%
- Retail, Sales and Service 34.67%
- Rental Property(ies) 26.10%
- No Industry Designation 3.19%
- Multiple Industry / Business Types 6.28%
- Food, Beverage and Lodging 10.14%
- Fishing 16.24%

Amount of Business Claims Paid by Industry
- Tourism and Recreation 2.74%
- Seafood Processing and Distribution 7.85%
- Retail, Sales and Service 33.25%
- Rental Property(ies) 16.68%
- No Industry Designation 2.08%
- Multiple Industry / Business Types 5.28%
- Food, Beverage and Lodging 16.33%
- Fishing 15.80%



# Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

## Overall Program Statistics
(Status Report as of April 11, 2012)

### Claims by State of Residence
(Claimants may have more than one Claim Type)

| Claim State of Residence | Submitted Claims | Paid Claims | Amount Paid |
|---|---|---|---|
| Louisiana | 376,499 | 122,061 | $ 1,792,091,184.28 |
| Florida | 367,726 | 165,417 | $ 2,340,715,513.38 |
| Alabama | 142,834 | 54,690 | $ 941,164,086.07 |
| Mississippi | 109,959 | 34,382 | $ 559,407,578.07 |
| Texas | 24,755 | 6,636 | $ 242,755,524.64 |
| Others | 49,223 | 21,861 | $ 375,987,240.41 |
| Total | 1,070,996 | 405,047 | $ 6,252,121,126.85 |



### Claims by State of Loss
(Claimants may have more than one Claim Type)

| Claim State of Loss | Submitted Claims | Paid Claims | Amount Paid |
|---|---|---|---|
| Louisiana | 253,612 | 122,924 | $ 1,789,107,626.44 |
| Florida | 331,975 | 179,928 | $ 2,574,246,081.21 |
| Alabama | 111,373 | 58,189 | $ 1,000,645,419.99 |
| Mississippi | 78,466 | 33,071 | $ 460,367,104.98 |
| Texas | 14,091 | 4,385 | $ 247,378,742.02 |
| Other State / Pending Location Verification | | 6,550 | $ 180,376,152.21 |
| Total | | 405,047 | $ 6,252,121,126.85 |





# GCCF — Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

## Overall Program Statistics
(Status Report as of April 11, 2012)

### Interim Claim Payment ("IP")

| IP Claimants by Process Status | No. of Claimants |
|---|---|
| **TOTAL IP Claimants** (Claimants may have one or more Claim Category) | **133,589** |
| 1. IP Claimants Issued Interim Payment* | 35,917 |
| *30,710 of these 35,917 Claimants have also received a Final Payment | |
| 2. $0 Determined Loss for Interim: Final Offer Made and Accepted** | 10,246 |
| **In all, 40,956 Interim Claimants have received Final Payment | |
| 3. $0 Determined Loss for Interim: Final Offer Made, Pending Acceptance or Verified Release*** | 3,762 |
| ***Prior payments made by BP and GCCF resulted in $0 additional losses | |
| 4. IP Claimants Denied | 63,349 |
| 5. IP Claimants Requiring Additional Information or Documentation | 16,739 |
| 6. IP Claimants Under Review | 3,576 |



IP Claimants by State: LA 43%, FL 29%, AL 3%, MS 11%, TX 14%

| IP Claimants by Claimant Type (Claimants may have one or more Claim Category) | No. of Claimants |
|---|---|
| 1. Individual | 92,998 |
| 2. Business | 40,591 |
| *Represented Claimants: 46,781* | |
| **Total** | **133,589** |

| Paid IP Claimants | Paid Claimants | Amount Paid |
|---|---|---|
| Interim Payment | 35,917 | $ 513,044,383.63 |
| **Total** | **35,917** | **$ 513,044,383.63** |

| IP Payments by Category (includes Individual and Business) | Paid Claims | Amount Paid |
|---|---|---|
| 1. Removal and Clean Up Costs | 30 | $ 984,648.27 |
| 2. Real or Personal Property | 35 | $ 555,539.82 |
| 3. Lost Earnings or Profits | 36,182 | $ 511,308,061.15 |
| 4. Loss of Subsistence Use of Natural Resources | 64 | $ 166,262.64 |
| 5. Physical Injury / Death | 16 | $ 29,871.75 |
| **Total** | **36,327** | **$ 513,044,383.63** |