# Declaration of Jeffrey A. June

I, Jeffrey A. June, declare under penalty of perjury the following:

1. My name is Jeffrey A. June and I am a professional fisheries biologist and partner in Natural Resources Consultants, Inc. I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

2. Natural Resources Consultants, Inc., is a world-renowned environmental consulting firm that has been in business for 32 years. The principals of Natural Resources Consultants, Inc., have testified as experts on fishery data in over 300 legal cases in the United States. I have a Master's of Science Degree in Fisheries from the University of Washington. Before joining Natural Resources Consultants, Inc. in 1985, I spent eight years as a Chief Scientist for the National Marine Fisheries Service, National Oceanographic and Atmospheric Administration, US Department of Commerce in Seattle, Washington. I have over 30 years of professional experience in fisheries science. I am a member in good standing of the American Institute of Fishery Research Biologists a professional accreditation organization.

3. The information provided in Exhibit 1 is a graph and table showing the average annual ex-vessel price in dollars per pound of headless white, brown and pink shrimp landed in ports in the northern Gulf of Mexico between 2006 and 2010 (through July). The source of the information is the U.S. Department of Commerce, National Oceanographic and Atmospheric Administration, National Marine Fisheries Service, Fishery Market News, Southeast Region Reports, Monthly Gulf Coast Shrimp Statistics and the Market News Archives.

4. The information provided in Exhibit 2 is a graph and table showing the ex-vessel value dollars of white, brown and pink shrimp landed in each state in the Gulf of Mexico between 1995 and 2009. The source of the information is the U.S. Department of Commerce, National Oceanographic and Atmospheric Administration, National Marine Fisheries Service, Office of Science and Technology, Commercial Fisheries Statistics, Annual Commercial Landings Statistics for the United States.

5. The information provided in Exhibit 3 is a graph and table showing the pounds and ex-vessel value in dollars of white, brown and pink shrimp landed in each state except Texas in the Gulf of Mexico between 2000 and 2010. The source of the information is the Gulf Coast Marine Fisheries Commission, Databases, non-confidential data, yearly summary of landings.


EXHIBIT A

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on April 25, 2012.

_____
Jeffrey A. June
Natural Resources Consultants, Inc.

## Attachment to Declaration of Jeffery A. June

Exhibit 1.  Northern Gulf of Mexico average annual shrimp price ($/lb), 2006-2010.  Prices are weighted average prices of headless brown, pink, white and rock shrimp.  2010 data is through July.  Source: NMFS.



Average Annual Shrimp Price by Size (AL, LA, MI Ports), 2006-2010

| | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|
| UN/15 | 4.20 | 5.35 | 5.35 | 3.30 | 5.50 |
| 15/20 | 3.20 | 4.20 | 4.90 | 2.85 | 4.85 |
| 21/25 | 2.90 | 3.60 | 4.20 | 2.45 | 3.95 |
| 26/30 | 2.60 | 3.10 | 3.20 | 2.05 | 3.40 |
| 31/35 | 2.40 | 2.60 | 3.00 | 1.80 | 2.80 |
| 36/40 | 2.20 | 2.65 | 2.90 | 1.65 | 2.20 |
| 41/50 | 2.00 | 2.05 | 1.75 | 1.45 | 2.00 |

Exhibit 2.   Gulf of Mexico shrimp (white, brown and pink) value of catch in USD by state, 1995-2009.  Source: NMFS.



| Year | Louisiana | Texas | Alabama | Florida WC | Mississippi | GOM Total |
| --- | --- | --- | --- | --- | --- | --- |
| 1995 | 165,578,825 | 174,487,133 | 41,598,424 | 46,138,658 | 28,782,826 | 456,585,866 |
| 1996 | 122,463,321 | 175,640,624 | 31,106,074 | 50,323,543 | 20,478,614 | 400,012,176 |
| 1997 | 143,757,941 | 180,579,793 | 35,991,369 | 47,157,250 | 30,328,802 | 437,815,155 |
| 1998 | 155,563,803 | 182,405,384 | 36,448,280 | 53,972,451 | 32,817,069 | 461,206,987 |
| 1999 | 168,459,667 | 189,021,025 | 43,660,138 | 33,427,110 | 29,415,818 | 463,983,758 |
| 2000 | 248,888,686 | 262,634,056 | 55,488,506 | 35,105,121 | 38,287,800 | 640,404,169 |
| 2001 | 184,265,734 | 189,149,494 | 36,594,848 | 38,472,137 | 31,605,808 | 480,088,021 |
| 2002 | 138,615,130 | 142,911,416 | 27,949,652 | 31,205,468 | 29,879,028 | 370,560,694 |
| 2003 | 134,131,569 | 133,747,775 | 26,789,716 | 26,676,289 | 25,505,650 | 346,850,999 |
| 2004 | 137,398,839 | 133,360,202 | 27,926,295 | 28,501,528 | 26,343,680 | 353,530,544 |
| 2005 | 132,383,246 | 138,647,370 | 31,139,297 | 32,287,716 | 13,694,482 | 348,152,111 |
| 2006 | 147,265,031 | 163,600,956 | 37,896,938 | 25,100,345 | 11,699,403 | 385,562,673 |
| 2007 | 139,377,534 | 145,555,850 | 39,464,224 | 13,508,387 | 16,417,560 | 354,323,555 |
| 2008 | 130,124,537 | 153,725,164 | 37,605,881 | 15,942,146 | 17,142,492 | 354,540,220 |
| 2009 | 120,423,239 | 127,712,334 | 34,891,922 | 17,010,271 | 12,653,954 | 312,691,720 |
| 15 Yr Avg | 151,246,473 | 166,211,905 | 36,303,438 | 32,988,561 | 24,336,866 | 411,087,243 |

Exhibit 3.  Volume (lbs) and ex-vessel value ($) of shrimp harvests in the Gulf of Mexico excluding landings from Texas, 2000-2010. Source: Gulf States Marine Fisheries Commission.



All States Except Texas

| Year | Volume (lbs) | Value ($) |
| --- | --- | --- |
| 2000 | 167,441,042 | $ 301,424,706 |
| 2001 | 146,934,642 | $ 229,900,903 |
| 2002 | 172,442,950 | $ 222,613,703 |
| 2003 | 182,589,602 | $ 228,237,140 |
| 2004 | 140,264,332 | $ 209,916,580 |
| 2005 | 184,002,522 | $ 230,237,491 |
| 2006 | 153,088,813 | $ 221,848,094 |
| 2007 | 128,430,589 | $ 215,262,834 |
| 2008 | 152,504,053 | $ 184,418,764 |
| 2009 | 97,778,069 | $ 159,171,885 |
| 2010 | 25,306,479 | $ 49,856,641 |