IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig, "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | *<br>* MDL no. 2179<br>*<br>* CIVIL ACTION NO. 2:10-MD-02179<br>* SECTION: J<br>* |
| THIS DOCUMENT RELATES TO:<br><br>*All Actions* | * HONORABLE CARL BARBIER<br>* MAGISTRATE JUDGE SHUSHAN<br>* |

**[Proposed] Order to Amend the Definition of the Benchmark Period under the Shrimp Compensation Plan in the Economic and Property Damages Settlement Agreement**

IT IS ORDERED as follows:

The Benchmark Period under the Shrimp Compensation Plan (Exhibit 10, page 7, **Shrimp Compensation Plan Definitions:** "Benchmark Period") is amended as follows:

Benchmark Period is selected by the Claimant and can be: (i) 2006, (ii) 2007, (iii) 2008, or (iv) 2009.

ORDERED this _____ day of _____ 2012.

_____
Carl J. Barbier
United States District Judge