TABLE OF CONTENTS

| | | |
|---|---|---:|
| A. | **US INDEPENDENT FISHERMAN AND BUSINESSES** | **1,133 Plaintiffs** |
| B. | **COOP PLAINTIFFS** | **2,065 Plaintiffs and 17 Coops** |
| | 1. La Sociedad Cooperativa De Produccion Pesquera Denominada La Ribera De Tampico De Alto S.C. De R.L. | 157 Plaintiffs |
| | 2. La Sociedad Cooperativa De Productores Acuicolas De Congregacion Anahuac S.C. De R.L. | 63 Plaintiffs |
| | 3. **Members Only** of La Sociedad Cooperativa De Produccion Pesquera Tamiahua, S.C. De R.L. | 425 Plaintiffs |
| | 4. La Sociedad Cooperativa De Servicio Lancheros De San Jeronimo S.C. De R.L. De C.V. | 56 Plaintiffs |
| | 5. La Sociedad Cooperativa De Produccion Pesquera Pescadores De Tamiahua S.C. De R.L. De C.V. | 341 Plaintiffs |
| | 6. La Sociedad Cooperativa De Produccion Pesquera Riberena Ostioneros Del Sur S.C. De R.L. | 84 Plaintiffs |
| | 7. La Sociedad De Pescadores Indigenas De Rancho Nuevo S.C. | 23 Plaintiffs |
| | 8. La Sociedad Cooperativa De Produccion Pesquera Riberena La Aurora Barra De Cazones S.C.L. De C.V. | 36 Plaintiffs |
| | 9. La Sociedad Cooperativa Denominada Camaroneros Unidos De Altamar S.C. De R.L. De C.V. | 49 Plaintiffs |
| | 10. La Sociedad Cooperativa De Productores Y Pescadores De Saladero Veracruz S.C. De. R.L. | 36 Plaintiffs |
| | 11. La Sociedad Cooperativa De Produccion Pesquera Riberena Pescadores De Cabo Rojo S.C. De R.L. De C.V. | 132 Plaintiffs |
| | 12. La Sociedad Cooperativa De Produccion Pesquera Grupo Unidos De Las Chacas S.C. De R.L. De C.V. | 51 Plaintiffs |
| | 13. La Sociedad Cooperativa De Produccion Pesquera La Huasteca Veracruzana S.C. De R.L. De C.V. | 276 Plaintiffs |
| | 14. La Sociedad Cooperativa De Produccion Pesquera Pescadores Unidos De La Reforma S.C. De R.L. De C.V. | 93 Plaintiffs |
| | 15. La Sociedad Cooperativa De Produccion Pesquera Pescadores De San Andres S.C. De R.L. | 19 Plaintiffs |
| | 16. La Sociedad Cooperativa De Produccion Pesquera Del Puerto De Tuxpan De Bienes Y Servicios S.C.L. De C.V. | 71 Plaintiffs |
| | 17. La Sociedad Cooperativa De Produccion Pesquera Riberena Ostioneros De Saladero S.C.L. | 113 Plaintiffs |
| | 18. La Sociedad Cooperativa De Produccion Pesquera de Altura Jarochos S.C. L. | 40 Plaintiffs |
| C. | **CONCESSION PLAINTIFFS** | **(647 Plaintiffs and 28 Concessions)** |
| | 1. Permisionario Joaquin Delgado Ortiz | 216 Plaintiffs |
| | 2. Permisionario Claudio Gonzalez del Ángel | 7 Plaintiffs |
| | 3. Permisionario Reynaldo Lara Careaga | 14 Plaintiffs |
| | 4. Permisionario Jorge Nieto Gonzalez Congregacion Anahuac | 58 Plaintiffs |
| | 5. Permisionario Jorge Luis Baena Cruz | 15 Plaintiffs |
| | 6. Permisionario Aurelio Sanchez de San Luciano | 42 Plaintiffs |
| | 7. Permisionario Florencia Ortega Constantino | 14 Plaintiffs |
| | 8. Permisionario Rosalino Cruz y Pescadores de Camarón | 40 Plaintiffs |
| | 9. Permisionario Santiago del Ángel | 51 Plaintiffs |
| | 10. Permisionario Horacio Morales de la Isla de San Juan | 17 Plaintiffs |
| | 11. Permisionaria Dionicia Carballo Ponce la Laja Ozuluama | 12 Plaintiffs |
| | 12. Permisionario Jose Alfredo Gallardo Cortez Caso | 28 Plaintiffs |
| | 13. Permisionaria Maria Esther Castillo | 16 Plaintiffs |
| | 14. Permisionaria Graciela Ortega | 10 Plaintiffs |
| | 15. Permisionario Salustio Pérez Olares | 7 Plaintiffs |
| | 16. Permisionario de Pesca Flavio Alfredo Torres Eusebio Landeros Vega | 39 Plaintiffs |
| | 17. Permisionario de Pesca Cesar Gonzalez Casados Emanuel Cruz Guerrero | 2 Plaintiffs |
| | 18. Permisionario Genaro Gregorio Martinez Cantero | 1 Plaintiffs |
| | 19. Permisionaria Concepcion Guerrero Banda | 4 Plaintiffs |
| | 20. Permisionario Francisco Elioth Hernandez Segura | 1 Plaintiffs |
| | 21. Permisionario Horacio Morales Isla de Juan A Ramirez | 9 Plaintiffs |
| | 22. Permisionario Macario Mar Cruz | 1 Plaintiffs |
| | 23. Permisionario Isrrael Contreras Zaleta | 1 Plaintiffs |
| | 24. Permisionario Teodoro Gonzalez Gonzalez | 1 Plaintiffs |
| | 25. Permisionario Flavio Alfredo Torres Damian | 1 Plaintiffs |
| | 26. Permisionario Efren Balderas | 19 Plaintiffs |
| | 27. Permisionario Carmelo Estevez Martir | 10 Plaintiffs |
| | 28. Permisionario Martin Jaime Ortega Gil de San Jeronimo | 11 Plaintiffs |

D.  **RETAIL AND PROCESSING PLAINTIFFS**     3,032 Plaintiffs & 50 Retail & Processing Businesses

1. Compra Venta de Felipe Barrios — 10 Plaintiffs
2. Compra Venta Victor Valenzuela — 21 Plaintiffs
3. Despicadoras de la Isla de San Juan A Ramirez — 76 Plaintiffs
4. Grupo la Esperanza Flor Idilia — 108 Plaintiffs
5. Fileteras de Mamey de Antonio Aran — 27 Plaintiffs
6. Peladoras de Camarón de la Pescadores de Tamiahua — 69 Plaintiffs
7. Esposas & Hijos de Socios de la Huasteca Veracruzana — 204 Plaintiffs
8. Hijos de Sociedad Cooperativa Pescadores de Saladero — 53 Plaintiffs
9. Esposas de la Rivera de Tampico Alto — 117 Plaintiffs
10. Esposas de Socios de la Sociedad Cooperativa Riverena de Saladero — 73 Plaintiffs
11. Grupo Cucharas Juan Ortega Romero Artemio Aran — 53 Plaintiffs
12. Unión de Fileteros de Cucharas José Luis Palacios Medina — 56 Plaintiffs
13. Grupo La Sirenita Felipa Celestino Artemio Aran — 57 Plaintiffs
14. Grupo La Jaiva Pescadores Alto del Tigre Artemio Aran — 54 Plaintiffs
15. Despicadoras de Jaiva los Higueros Artemio Aran — 31 Plaintiffs
16. Despicadoras de la Majahua Karina — 22 Plaintiffs
17. Despicadores y Pescadores Libres de Saladero — 74 Plaintiffs
18. Despicadores y Pescadores libres de la Merced — 26 Plaintiffs
19. Grupo La Trucha Guillermina Hernández — 22 Plaintiffs
20. Despicadoras de San Jerónimo — 7 Plaintiffs
21. Grupo Superacion Jahasaviel Cruz Castro — 20 Plaintiffs
22. Restaurante Nuevo Veracruzano Tuxpan — 13 Plaintiffs
23. Restaurante Nuevo Veracruzano Tamiahua Angel Ramos — 33 Plaintiffs
24. Compradores de la Soc. Coop. Pescadores de Tamiahua — 44 Plaintiffs
25. Compra Venta de la Soc. Coop Tamiahua — 106 Plaintiffs
26. Pensionados de la Soc. Coop. Rivera de Tampico Alto — 40 Plaintiffs
27. Restauranteros, Compradores y Cosedores de Mariscos de Tampico Alto — 59 Plaintiffs
28. Esposas de Socios de la Cooperativa de Pescadores de Tamiahua — 300 Plaintiffs
29. Hijos de Socios de la Cooperativa de Pescadores de Tamiahua — 139 Plaintiffs
30. Esposas de Socios de Cooperativa de San Jerónimo — 25 Plaintiffs
31. Hijos de Socios de la Cooperativa de Cabo Rojo — 11 Plaintiffs
32. Esposas de Socios de la Cooperativa de Cabo Rojo — 87 Plaintiffs
33. Esposas de la Cooperativa Reforma — 137 Plaintiffs
34. Hijos de Socios de la Cooperativa Reforma — 30 Plaintiffs
35. Esposas de Socios de Ostioneros del Sur Cucharas — 28 Plaintiffs
36. Esposas de la Coop. de Tamiahua — 302 Plaintiffs
37. Hijos de Socios de la Coop. de Tamiahua — 133 Plaintiffs
38. Hijos de Socios de la Cooperativa de Rivera de Tampico Alto — 44 Plaintiffs
39. Esposas y Hijos de la Cooperativa Productores y Pescadores de Saladero — 32 Plaintiffs
40. Esposas y Hijos de Socios de la Cooperativa La Aurora Barra de Cazones — 45 Plaintiffs
41. Restaurante Veracruzano Tamiahua — 5 Plaintiffs
42. Grupo Libre la Chavelita Jose Luis Perez Cruz — 2 Plaintiffs
43. Hijos de Socios de Congregacion Anahuac — 9 Plaintiffs
44. Esposas de Socios de Congregacion Anahuac — 18 Plaintiffs
45. Esposas de Socios de la Cooperativa de las Chacas — 22 Plaintiffs
46. Esposas de la Cooperativa Ostioneros de Saladero — 78 Plaintiffs
47. Hijos de la Cooperativa Ostioneros de Saladero — 59 Plaintiffs
48. Hijos de Socios de la Cooperativa de las Chacas — 13 Plaintiffs
49. Despicadoras de las Chacas — 23 Plaintiffs
50. Compra Venta del Mercado de Tuxpan — 15 Plaintiffs

| | | |
|---|---|---:|
| **E.** | **INDEPENDENT FISHERMAN PLAINTIFFS OF MEXICO** | **2,697 PLAINTIFFS** |
| 1. | Grupo Pescadores Libres Artemio Aran | 29 Plaintiffs |
| 2. | Pescadores de la Encendada de los Higueros Artemio Aran | 62 Plaintiffs |
| 3. | Libres de Congregacion la Reforma Artemio Aran | 114 Plaintiffs |
| 4. | Pescadores Libres de Tanochin Artemio Aran | 13 Plaintiffs |
| 5. | Pescadores Libres de Tierra y Libertad Artemio Aran | 64 Plaintiffs |
| 6. | Pescadores Mamey Pozo Dos Bocas Artemio Aran | 33 Plaintiffs |
| 7. | Libres de San Luciano Artemio Aran | 39 Plaintiffs |
| 8. | Pescadores Libres de la Mata Norberto Hernández | 69 Plaintiffs |
| 9. | Libres de Cabo Rojo Nelson Delgado Mendoza | 52 Plaintiffs |
| 10. | Pescadores Libres de la Rivera de Tampico Eduardo | 184 Plaintiffs |
| 11. | Libres de las Piedras Tamalin Camilo Perez Castro | 28 Plaintiffs |
| 12. | Pescadores Libres de Morales de Cabo Rojo | 117 Plaintiffs |
| 13. | Pescadores Libres de Cabo Rojito Abad | 52 Plaintiffs |
| 14. | Pescadores Libres de la Restinga | 71 Plaintiffs |
| 15. | Pescadores Libres de la Majahua Reynaldo Castro | 52 Plaintiffs |
| 16. | Pescadores Libres de la Isla de Juan A. Ramirez | 127 Plaintiffs |
| 17. | Libres de Cucharitas 2 Guillermina Castro | 105 Plaintiffs |
| 18. | Libres de Tamiahua Pablo E. Zamora Sanchez | 820 Plaintiffs |
| 19. | Pescadores Libres Soc. Coop. Aurora Barra de Cazones | 44 Plaintiffs |
| 20. | Grupo de Pescadores Libres Guillermina Hernandez | 29 Plaintiffs |
| 21. | Pescadores Libres Ostioneros del Sur | 62 Plaintiffs |
| 22. | Pescadores Libres y Fileteras Claudio Cruz Flores | 38 Plaintiffs |
| 23. | Pescadores Libres de la Soc. Coop. San Andres | 21 Plaintiffs |
| 24. | Pescadores Libres de la Coop de Tamiahua (Included in D-24) | 0 Plaintiffs |
| 25. | Pescadores Libres de la Reforma Fernando Meza Torres | 41 Plaintiffs |
| 26. | Grupo de Libres de Saladero Artemio Aran | 199 Plaintiffs |
| 27. | Pescadores Libres de la Riverita Artemio Aran | 49 Plaintiffs |
| 28. | Grupo de Pescadores Fileteros Chavelita | 47 Plaintiffs |
| 29. | Pescador Libre de Ciudad Madero Tamaulipas | 1 Plaintiffs |
| 30. | Pescadores Libres de Congregacion Anahuac Gerson | 13 Plaintiffs |
| 31. | Pescadores Libres del Puerto de Tuxpan | 122 Plaintiffs |

| | | |
|---|---|---:|
| **F.** | **YUCATAN PLAINTIFFS** | **12,593 Plaintiffs** |
| 1. | Independent Fisherman | 10,702 Plaintiffs |
| 2. | Indirect - Retail and Processing Plant Workers | 696 Plaintiffs |
| 3. | Chivitas - Fisherman/Harvesters of Melongea Corona | 407 Plaintiffs |
| 4. | Duenos Embarcaciones - Boat Owners/Fisherman | 576 Plaintiffs |
| 5. | Permisionario Plaintiffs - Concession Owners & Fisherman, Cooperatives | 206 Plaintiffs |
| 6. | Yucatan Cooperativa Plaintiffs - Cooperatives | 6 Plaintiffs |

**GRAND TOTAL ALL PLAINTIFFS**                                                                                  **2 PLAINTIFFS**