# EXHIBIT "A"

# US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

# 1,133 PLAINTIFFS

EXHIBIT "A"

US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

1. Ardoin, Jr., Hector, Individually and d/b/a Bethel Missionary Baptist Church
2. Bernard, Abraham B., Individually and d/b/a United Marine Shipyard
3. Bolt, John Roy, Individually and d/b/a Greater Little Zion Church Of God In Christ
4. Bryant, Gerald Wayne, Individually and d/b/a Pilgrim Rest Missionary Baptist Church
5. Chew, Jearon, Individually and d/b/a East Gill Missionary Baptist Church
6. Clark, Issac Townsend, Individually and d/b/a Love Center C.O.G.I.C.
7. Elam, Sr., Delton C., Individually and d/b/a New Hope
8. Franklin, James Chester, Individually and d/b/a Pleasant Green Baptist Church
9. Haynes, Jr., Felix, d/b/a Rising Sun Baptist Church
10. Johnson, Curtis Gene, Individually and d/b/a Greater Grace Missionary Baptist Church
11. Nonette, Albert, Individually and d/b/a Johnson Memorial Baptist Church
12. Pitre, Jr., Albert, Individually and d/b/a Spring Hill Missionary Baptist Church
13. Rogers, Joseph, Individually and d/b/a Mount Horeb Missionary Baptist Church
14. Collier, Robert
15. Hamilton, IV, Albert Ed
16. Hayes, Rita Elizabeth
17. Rangel, Thomas
18. Williams, Mell, Jr.
19. Wolfe, Elray
20. A'akquanakhann, Dionne Cox
21. A'akquanakhann, Ernest I.
22. Abshier, Jerry L.
23. Adams, Leonard Ray
24. Adix III, Carl Conrad
25. Aguilar, Jose Luis
26. Aguilar, Monica Irene
27. Alexander, June
28. Allen, Elizabeth Lorene
29. Allen, Justin Wade
30. Allison, Jerry Lynn
31. Alston, Mark W.
32. Anderson, Jerome
33. Andrepoint, Gerald
34. Andrepont, Joseph
35. Andresio, Eliseo A.
36. Andresio, Eva
37. Andresio, Lester P.
38. Antu, Robert L.
39. Ardion, Timothy Chad
40. Armour, Gloria Dean
41. Armour, Mitchell J.
42. Armstrong, Alice Romecca
43. Armstrong, Curtis Ray
44. Arrant, Jack
45. Arvizo, Amanda Medrano
46. Arvizo, Oscar L.
47. Ashabranner, Carolyn
48. Ashabranner, George
49. Ashabranner, James
50. Atchison, Gwendalyn Boone
51. Atchley, James L.
52. Atherly, Ainsley
53. Atkins, Keith
54. Auau, Sanaki Alo Makane
55. Augustine, Vincent James
56. Avondet II, Charles
57. Ayala, Juan
58. Aydelotte, Kenneth Wayne
59. Ayers, Erskine Eugene
60. Bach, Brian Lee
61. Bailey, Kevin Carl, Sr.
62. Bailey, James Allen
63. Bainbridge, William Louis, IV
64. Baldwin, Keith Hollis
65. Baldwin, Thomas Wayne

EXHIBIT "A"

US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

| | | | | |
|---|---|---|---|---|
| 66. | Baptiste, Wilfred | 109. | Blanco, Jose Guadalupe |
| 67. | Bares, John Bernard | 110. | Bledsoe, Edwin Bernard |
| 68. | Barge, Byron Jackson | 111. | Blevins, Michael Henry |
| 69. | Barge, Kathleen Dawn | 112. | Blue, James Wesley |
| 70. | Barker, Barbara Adele | 113. | Bobb, Irel |
| 71. | Barlow, Eddie Dale, Jr. | 114. | Boland, Jimmie Don, Jr. |
| 72. | Barlow, Desa Letulle | 115. | Bolden, Linda Gail |
| 73. | Barnaba, Peter Clay | 116. | Bond, Tommy Glen |
| 74. | Barnes, Ivan Dale | 117. | Bonura, Gregory Paul |
| 75. | Barnes, Jr., John Lester | 118. | Bonvillion, Michael Lee |
| 76. | Barnett, Andrew Christopher | 119. | Boone, Chadra Renee |
| 77. | Barrow, Christopher Joseph | 120. | Boone, Michael Oshannon, Sr. |
| 78. | Barrow, Dustin Mitchell | 121. | Boudreaux, Joseph Paul |
| 79. | Barry, Anthony Patrick, Jr. | 122. | Boudreaux, Judy Wright |
| 80. | Barry, Thomas Kevin | 123. | Bowden, Kevin Andrew |
| 81. | Bassett, Roderick Deshawn | 124. | Bowman, Louis, Jr. |
| 82. | Bates, Isaac | 125. | Bowman, Wash |
| 83. | Batiste, Jerome Marcellus | 126. | Box, Larry Joe, Sr. |
| 84. | Batiste, Michael Leon | 127. | Braddock, Leslie Clay |
| 85. | Battle, Clinton, Jr. | 128. | Bradley, Lucius |
| 86. | Baylor, Edna Fay | 129. | Bradley, Richard James |
| 87. | Baylor, Raymond | 130. | Braley, Chad Edward |
| 88. | Beachler, Frank Thomas | 131. | Brasfield, Rita |
| 89. | Bean, Jessie James | 132. | Braudway, Andy Glyndon |
| 90. | Beaudreaux, Brent | 133. | Braudway, Andy Glyndon, Jr. |
| 91. | Becker, Tolmadge | 134. | Breaux, Jason P. |
| 92. | Beebe, Maurice Gene | 135. | Bridgers, Michael Joel |
| 93. | Bell, Esel D. | 136. | Briggs, Edward Hayward |
| 94. | Bell, June Vernon | 137. | Briggs, Sammy Davis |
| 95. | Benjamin, Johnny Clyde | 138. | Brinlee, Gregory Lynn |
| 96. | Benjamin, Robby J. | 139. | Brisendine, Sherry Judalon |
| 97. | Bennett, Terry Don | 140. | Broughton, O'Neal |
| 98. | Benoit, Glenn Dale | 141. | Broussard, Eva Bates |
| 99. | Bernard, Deborah Ross | 142. | Broussard, Jerry Wayne |
| 100. | Bernard, Earnest, Jr. | 143. | Broussard, Jody Francois |
| 101. | Berry, Otis Claude, Jr. | 144. | Broussard, Roy Rogers |
| 102. | Berwick, Frank Edward | 145. | Brown, Bradley Scott |
| 103. | Berwick, Toby E. | 146. | Brown, Dorothy Boxie |
| 104. | Bethea, Nicholas Bradley | 147. | Brown, Elliott Winston |
| 105. | Bias, James | 148. | Brown, Kenneth Earl |
| 106. | Bias, Lamarcus Darnell | 149. | Brown, Norman John |
| 107. | Bill, Donald Ray | 150. | Brown, Richard E. |
| 108. | Bittle, Parker Garrett | 151. | Brown, Steven Thomas |

EXHIBIT "A"

US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

| | | | |
|---|---|---|---|
| 152. | Brown, Vicky | 195. | Cassel, Christopher Alan |
| 153. | Brown, Wayman, Sr. | 196. | Cassel, Laura Faye |
| 154. | Brown, Wilford Gene | 197. | Castaneda, Richard Ray, Jr. |
| 155. | Bruno, Blake Aaron | 198. | Castaneda, Richard Ray, Sr. |
| 156. | Bruno, Brenda Cross | 199. | Castille, Brian Gerard |
| 157. | Bruno, Dominic Craig | 200. | Castille, Brian Keith |
| 158. | Buchholz, Frank Fredrick | 201. | Castille, Derrick Wayne |
| 159. | Buchholz, Justin R. | 202. | Castille, Merlin Gerard |
| 160. | Budro, Aaron Michael | 203. | Castille, Sarah Brown |
| 161. | Bunch, Charles William, Jr. | 204. | Castille, Timothy |
| 162. | Burch, Robert Allen | 205. | Castille, Todd Eric |
| 163. | Burkett, Blake Rell | 206. | Castillo, Javier Almaraz |
| 164. | Burkhead, Justin Wayne | 207. | Castillo, Raul Dario |
| 165. | Burnaman, Brian Allen | 208. | Castolenia, Brenton Michael |
| 166. | Burrell, Donald Carson | 209. | Castolenia, Michael Gerard |
| 167. | Burt, John David | 210. | Caswell, Norma Bertrand |
| 168. | Burton, John | 211. | Ceja, Hugo Martinez |
| 169. | Butler, Mary Romar | 212. | Ceja, Miguel M. |
| 170. | Byrd, Clinton | 213. | Chaison, Louis Phillip |
| 171. | Byrd, Earl | 214. | Champagne, Kevin Charles |
| 172. | Byrd, Marvin Wayne | 215. | Chandler, Kena |
| 173. | Cabradilla, Cristino Yap | 216. | Chapman, Dylan Perry |
| 174. | Caldwell, Katherine | 217. | Chapman, Steven D. |
| 175. | Caldwell, Travis Lit | 218. | Charles, Elijah |
| 176. | Caleb, Caroline Lofton | 219. | Chatlin, Billy Ray |
| 177. | Caleb, Charles | 220. | Chelette, Randall O. |
| 178. | Callaway, Robert Allen | 221. | Chelette, Vonda Foster |
| 179. | Campbell, Brian Roosevelt | 222. | Chimeno, Ryan Levi |
| 180. | Cannon, Leroy, Jr. | 223. | Chow, Carl Lee |
| 181. | Cano, Elizabeth | 224. | Christmas, Troy Wayne |
| 182. | Cantu, Alma | 225. | Clapp, Mary Ferguson |
| 183. | Cantu, Ruben Paul | 226. | Clapp, Merle Laverne |
| 184. | Cardenas, Homero | 227. | Clark, Charles Harry, Jr. |
| 185. | Carey, Adolf | 228. | Clark, Joseph, Jr. |
| 186. | Carouthers, Kevin Lee | 229. | Clay, Shameika Reinette |
| 187. | Carouthers, Tristie Lyn | 230. | Cloide, Teddy J. |
| 188. | Carouthers, Wilbur Lee | 231. | Coffee, Michael Leslie |
| 189. | Carr, Henry Louis | 232. | Coleman, Chaddrick Lee |
| 190. | Carr, Paul Anthony | 233. | Coleman, Leo Patrick |
| 191. | Carrington, James Edward | 234. | Coleman, Raymond |
| 192. | Carroll, Eva Odems | 235. | Collins, Brandal W. |
| 193. | Carter, Roy Dean, Jr. | 236. | Collins, Carolyn Delores |
| 194. | Carver, David Holcomb | 237. | Collins, Elizabeth Stewart |

EXHIBIT "A"

## US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

| | | | | |
|---|---|---|---|---|
| 238. | Collins, Elmer Leroy | | 281. | Davis, Damion |
| 239. | Collins, James H. | | 282. | Davis, Dannie F. |
| 240. | Collins, Randall Brent | | 283. | Davis, Donald L. |
| 241. | Comeaux, Albin | | 284. | Davis, Jack Vincent |
| 242. | Comeaux, Cody Allen | | 285. | Davis, Milton |
| 243. | Comeaux, Michael E. | | 286. | Davis, Richard Lynn |
| 244. | Comeaux, Reginald Charles, Sr. | | 287. | Davis, Stephanie |
| 245. | Compton, Felecia D. | | 288. | Dawson, George Wesley |
| 246. | Conner, Katherine M. | | 289. | Dawson, Wyndalyn K. |
| 247. | Connor, Darcy J. | | 290. | Dean, Roger |
| 248. | Connor, Dexter Jene | | 291. | Dean, Ronnie J. |
| 249. | Constance, Maximin | | 292. | Deblanc, Stella M. |
| 250. | Constant, John Westley | | 293. | Decuire, Alfred G. |
| 251. | Cooksey, Joyce D. | | 294. | Degrasse, George E., Jr. |
| 252. | Cooksey, Phillip James | | 295. | Delarosa, Markus K. |
| 253. | Cordle, Joshua Raine | | 296. | Delarosa, Richard Mark |
| 254. | Coverdale, Charles Richard | | 297. | Delco, Elizabeth A. |
| 255. | Coverdale, Chris Allen | | 298. | Delk, Donald G. |
| 256. | Coverdale, Deborah G. | | 299. | Demoss, David Dean |
| 257. | Cox, Jennifer Lynn | | 300. | Denby, Gary Wayne |
| 258. | Crain, Kimberly Ann | | 301. | Dennis, Richard |
| 259. | Crain, Larry Don | | 302. | Derouen, Marcus |
| 260. | Crain, Luke Andrew | | 303. | Deshotel, Albert V. |
| 261. | Crain, Richard Edward | | 304. | Deshotel, Jason |
| 262. | Crane, James William, Sr. | | 305. | Deshotel, Ricky |
| 263. | Crocker, Elizabeth Ann | | 306. | Dever, Karl Ray |
| 264. | Crocker, Jerrod Lynn | | 307. | Devillier, Coulon W. |
| 265. | Crocker, Raymond Van | | 308. | Devillier, Jett |
| 266. | Crosson, Douglas A. | | 309. | Devillier, Yale |
| 267. | Crowe, Kashunda Lynn | | 310. | Deyton, Kevin |
| 268. | Culbertson, Richard A. | | 311. | Dillon, David |
| 269. | Culver, Joshua M. | | 312. | Diltz, David |
| 270. | Currie, Lisa Lynn | | 313. | Diltz, Debbie |
| 271. | Curry, Andrew | | 314. | Diltz, Denis |
| 272. | Custer, Thomas Eugene | | 315. | Diltz, Jacob |
| 273. | Dacus, Melinda Lee | | 316. | Dixon, Vera J. |
| 274. | Dade, Willie | | 317. | Dobrinich, Thomas Joseph |
| 275. | Dafonte, Tammy Gilbert | | 318. | Doland, Michael R. |
| 276. | Dale, Sheila B. | | 319. | Drago, Joseph Gerard |
| 277. | Dale, Ty Lane | | 320. | Drake, Andrew Garrett |
| 278. | Dangerfield, Millard, Jr. | | 321. | Dreier, Sarah Ann |
| 279. | Daniel, Laura A. | | 322. | Dreier, Todd Lane |
| 280. | Daniel, Robert | | 323. | Driskill, Joshua |

# EXHIBIT "A"

## US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

| | | | |
|---|---|---|---|
| 324. | Driver, Lawrence V., Jr. | 367. | Faseler, Payton Robert |
| 325. | Drones, Albert Joe | 368. | Ferguson, David Keith |
| 326. | Drones, Edward Lee | 369. | Fillyaw, Sean Deonteria |
| 327. | Drones, Paster Lee, Jr. | 370. | Fisher, David Kyle |
| 328. | Dubois, Bernard S. | 371. | Fisher, David L. |
| 329. | Ducote, Joel Christopher | 372. | Fisher, James Edward |
| 330. | Dues, Elsie M. | 373. | Flanagan, Brenda Kay |
| 331. | Duff, Rupert Malcolm | 374. | Flanagan, James Larry |
| 332. | Dugas, Charles | 375. | Flanders, Nicholas Talbot |
| 333. | Duhl, John | 376. | Fleming, Pierre Maurice |
| 334. | Duke, Joshua David | 377. | Flewellen, Fred Alfonso |
| 335. | Dunaway, Wilton Neal | 378. | Flewellen, Geneva Todd |
| 336. | Duncan, Albert | 379. | Flores, Domingo, Jr. |
| 337. | Duplechin, Bruce A. | 380. | Flores, Jesse M. |
| 338. | Duplecion, Kyle J. | 381. | Flowers, Albert Edward |
| 339. | Dupre, Keven Joseph | 382. | Foley, Elizabeth Barber |
| 340. | Dupre, Wallace Joseph, Jr. | 383. | Foley, Willie Earl |
| 341. | Dupree, Michael | 384. | Folsom, James Benton |
| 342. | Eads, Brad Deloy | 385. | Fondren, Jory Matthew |
| 343. | Easter, Montreall | 386. | Fontenot, Claudette Denise |
| 344. | Eddings, Ronald | 387. | Fontenot, Denson Carmen |
| 345. | Eden, Michael Lewis | 388. | Fontenot, Ferdinand Dewayne |
| 346. | Edmond, Clinton Joseph | 389. | Fontenot, Kenneth Wade |
| 347. | Edmondson, Homer Edel, Sr. | 390. | Ford, John Thomas, Jr. |
| 348. | Edwards, Alma Tarver | 391. | Foreman, Glen Dale |
| 349. | Edwards, Byron R. | 392. | Frank, Clarence |
| 350. | Edwards, James Wyndle Sr. | 393. | Frank, Elnora Doffney |
| 351. | Edwards, Lawrence | 394. | Frank, Lawrence McCloud |
| 352. | Elford, Robert Donald | 395. | Frank, Mack Henry |
| 353. | Ellis, Ernest Charles | 396. | Frazier, Steve Keith |
| 354. | Ellis, Terry Don | 397. | Frederick, Helen Ann |
| 355. | Ellison, I.V. | 398. | Frederick, Michael W., Jr. |
| 356. | Elmore, David, Jr. | 399. | Fusilier, Jeremy Jerome |
| 357. | Enderle, Cory James | 400. | Gallerson, Ronald Trent |
| 358. | Eppler, Jerry Alton | 401. | Gallett, Shawn Andrew |
| 359. | Eppler, Martha English | 402. | Galloway, Brad Allen |
| 360. | Epps, David Lester | 403. | Garcia, Adrian Rocky |
| 361. | Espree, John Alfred, II | 404. | Garcia, Juan Manuel |
| 362. | Etheridge, Cornelius | 405. | Garcia, Juan Manuel, Jr. |
| 363. | Etheridge, Louis James | 406. | Garza, Lewis |
| 364. | Evans, Joe Benten, III | 407. | Gaudet, Dale Thomas |
| 365. | Evans, Raymond Edgar | 408. | Gavard, Cody Franklin |
| 366. | Evans, Rufus Patrick | 409. | George, Robert Lee, Jr. |

EXHIBIT "A"

US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

| | | | | |
|---|---|---|---|---|
| 410. | George, Rodney Bernadine | | 453. | Hadnot, Letony Warren |
| 411. | Gibbs, Roy Anthony | | 454. | Hadnot, Willie |
| 412. | Gilbert, Robert Timothy | | 455. | Hadnott, William Winston |
| 413. | Gilbert, Sue Ellen | | 456. | Hall, Doris Price |
| 414. | Gilbert, William Stephen | | 457. | Hampton, Moore Reall |
| 415. | Ginn, Michael Lee, Jr. | | 458. | Hampton, Robbin Gayle |
| 416. | Gisselberg, David Herbert | | 459. | Hampton, Ryan Royce |
| 417. | Gisselberg, Patricia Arlene | | 460. | Handley, James Todd |
| 418. | Gobble, Earl Wayne | | 461. | Hanson, Jerry Russell |
| 419. | Godfrey, Larry Demetrius | | 462. | Hardy, Karl Wayne |
| 420. | Godfrey, Lawrence Calvin | | 463. | Hardy, Karl Wendel |
| 421. | Godfrey, Lawrence Victor | | 464. | Hardy, Norris |
| 422. | Gomez, Esteban Alberto | | 465. | Hardy, Stephen Ray |
| 423. | Goodlow, Lorenza | | 466. | Hargraves, Carl Aldin |
| 424. | Goodman, Carlton Ray | | 467. | Harmon, Caleb Dale |
| 425. | Goolsby, John Henry | | 468. | Harmon, Kenneth Eugene |
| 426. | Gordon, Ellie L. | | 469. | Harper, Tommie Dell |
| 427. | Gordon, Mark Douglas | | 470. | Harrington, Richard Wayne |
| 428. | Goudeau, Clifton, Jr. | | 471. | Harrington, Rosalie |
| 429. | Goudeau, Joyce Berry | | 472. | Harris, David Allen |
| 430. | Goudeau, Leon, Jr. | | 473. | Harrison, Dwight |
| 431. | Goudeau, Leona Derouen | | 474. | Hartel, John Kent III |
| 432. | Gould, Lathan Neal | | 475. | Hatcher, Jordan |
| 433. | Graham, Aaron Dale | | 476. | Havard, Mark Christopher |
| 434. | Grandeza, Edna M. | | 477. | Hawkins, Albert Anthony |
| 435. | Grandeza, Manuel Hilado | | 478. | Haynes, Beulah Louise |
| 436. | Gray, David G, Jr. | | 479. | Haynes, Clarence |
| 437. | Gray, David Glenn | | 480. | Haynes, Don Calvin |
| 438. | Green, Abraham L. | | 481. | Haynes, Richard Lee |
| 439. | Green, Debbie Kay | | 482. | Hays, Isaac |
| 440. | Green, Jake | | 483. | Hays, Isaac, III |
| 441. | Green, James Fredrick | | 484. | Headley, Joseph Lincoln |
| 442. | Green, Jerry | | 485. | Hebert, Charles Adam |
| 443. | Green, Reginald Jerome | | 486. | Hector, Auriel Liewellyn |
| 444. | Grice, Carl Lewis, Sr. | | 487. | Heggins, Lovodges |
| 445. | Guidry, Glenn Wade | | 488. | Henderson, Jason Grant |
| 446. | Guidry, Katherine Louise | | 489. | Henry, Harry Brown |
| 447. | Guidry, Tennise Joseph | | 490. | Henslee, Chad Jason |
| 448. | Guillory, Irvin J. | | 491. | Henslee, Donald Lee |
| 449. | Guillory, Joseph Terry | | 492. | Herline, Janet Sue |
| 450. | Guthrie, Darrel Wayne | | 493. | Herline, Raymond Ernest |
| 451. | Guy, Michael Jerome | | 494. | Hernandez, Silverio G. |
| 452. | Guzman, Richard J.*** | | 495. | Herrera, Leticia |

EXHIBIT "A"

US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

| | | | |
|---|---|---|---|
| 496. | Herrigan, Charles James, III | 539. | Jackson, Brefredia I. |
| 497. | Herring, Joann | 540. | Jackson, Dustin |
| 498. | Herring, Steven Decator | 541. | Jackson, Hattie D. |
| 499. | Hicks, Lloyd Ray | 542. | Jackson, Jay B. |
| 500. | Hidalgo, Judy Hillin | 543. | Jackson, John T. |
| 501. | Hidalgo, Troy Calvin | 544. | Jackson, Kyle J. |
| 502. | Hillin, Jay Michael | 545. | Jackson, Lavonda |
| 503. | Hillin, Steve Bryant | 546. | Jackson, Philmore, Jr. |
| 504. | Hinkins, Michael Anthony | 547. | Jackson, Wm |
| 505. | Hoelzer, Rick Alan | 548. | James, Dewayne, Jr. |
| 506. | Hollier, Rayford Ray | 549. | Jenkins, Austin T. |
| 507. | Hollier, Stella Ann | 550. | Jenkins, Jerry |
| 508. | Holmes, Tartanisha Evett | 551. | Jenkins, Shedrick D. |
| 509. | Holt, James Allen | 552. | Jnohope, Emile |
| 510. | Holt, Larry Donnell | 553. | Johnson, Bryan G. |
| 511. | Holt, Raugers | 554. | Johnson, Chandra B. |
| 512. | Holt, Ronald Eugene | 555. | Johnson, Cheryl |
| 513. | Howard, Terrance Glen | 556. | Johnson, Ed, Jr. |
| 514. | Howard, Wilbur Leon | 557. | Johnson, Ervin W., Jr. |
| 515. | Hoyt, Charles Dale | 558. | Johnson, Everett W. |
| 516. | Hudgeons, Samuel Cody | 559. | Johnson, Frederick A. |
| 517. | Hudgeons, Travis Dean | 560. | Johnson, Horace |
| 518. | Hudson, Wayne Conrad, Jr. | 561. | Johnson, James |
| 519. | Hues, Thomas Eldon | 562. | Johnson, Jimmie |
| 520. | Huff, Justin Taylor | 563. | Johnson, Joseph D., Jr. |
| 521. | Huff, Wesley Lamar | 564. | Johnson, Reginald E. |
| 522. | Hughes, Gloria Ann | 565. | Johnson, Roger L. |
| 523. | Hughes, Karen Stark | 566. | Johnson, Roger, Jr. |
| 524. | Hughes, Lenton P. | 567. | Johnson, Sylvia Y. |
| 525. | Hughes, Scott | 568. | Johnston, Leo W. |
| 526. | Hughes-Landry, Amber Kay | 569. | Jones, Calvin, Sr. |
| 527. | Hulet, Gregory Scott | 570. | Jones, Earl T. |
| 528. | Humphrey, Willie David | 571. | Jones, Elaskia H. |
| 529. | Hunt, Isadore, Sr. | 572. | Jones, Jesse J. |
| 530. | Hunteman, Jerry Daniel | 573. | Jones, Joe W. |
| 531. | Hunter, Xavier Enrico | 574. | Jones, Johnny G. |
| 532. | Hutson, Thomas Lee | 575. | Jones, Ronald C. |
| 533. | Isaac, Bob | 576. | Jordon, Ralph E. |
| 534. | Isac, Darence A. | 577. | Joseph, Felix |
| 535. | Isadore, William D. | 578. | Joseph, James |
| 536. | Isbell, Charmon | 579. | Joseph, Jerome |
| 537. | Isbell, Jimmy F. | 580. | Julien, Demarcus D. |
| 538. | Jackson, Billy J., Jr. | 581. | Kellams, Kimberly |

EXHIBIT "A"

US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

| | | | |
|---|---|---|---|
| 582. | Kellams, Lynn | 625. | LeBoeuf, Cory |
| 583. | Kellams, Susan | 626. | LeBoeuf, Mary Kathleen |
| 584. | Kelly, Emanuel, Jr. | 627. | Lee Jr., Martin |
| 585. | Kelly, Walter L. | 628. | Leger, Anthony |
| 586. | Kemp, Courtney Dail | 629. | Leger, Jeremy Scott |
| 587. | Keneson, Walter G., Jr. | 630. | Leger, Mary Etta |
| 588. | Kennard, McKinley J., Sr. | 631. | Leger, Roy A. |
| 589. | Kennedy, Kenneth | 632. | Lemelle, Jesse Hillary |
| 590. | Kent, Robert P. | 633. | Lemke, Richard K. |
| 591. | Key, Joseph L. | 634. | Lewis, Eugene J., Jr. |
| 592. | King, Edmond | 635. | Lewis, John, Jr. |
| 593. | King, Jacqueline Denise Bendy | 636. | Lewis, Lee |
| 594. | King, Kevin R. | 637. | Lewis, Mary S. |
| 595. | King, Marcus | 638. | Lewis, Raymond P. |
| 596. | King, Michael R. | 639. | Linton, Hughes Pierce |
| 597. | Kinlaw, Catherine B. | 640. | Lister, Adrian B. |
| 598. | Navy, Coverston Lawrence | 641. | Livings, Charles C. |
| 599. | Osborne, Vada Melinda | 642. | Lockett, Ethan |
| 600. | Kinlaw, Derek J. | 643. | Long, Wilfred H., Jr. |
| 601. | Knapp, Gerald V. | 644. | Lopez, Edward G. |
| 602. | Knight, Thomas A. | 645. | Lopez, Gary W. |
| 603. | Krenek, Chad M. | 646. | Lopez, Susan |
| 604. | Kressman, Ross E. | 647. | Lowrey, James |
| 605. | Kyler, Gerald | 648. | Lupo, Brian J. |
| 606. | LaBove, Herbert J. | 649. | Lutz, Herbert D. |
| 607. | LaBove, Jarrett R. | 650. | Malone, James Anderson |
| 608. | Lacour, David A., Jr. | 651. | Malveaux, Leroy |
| 609. | Landry, Charles | 652. | Malveaux, Lionel |
| 610. | Landry, Christopher S. | 653. | Malvo, Darrell Earl |
| 611. | Landry, Dallbess | 654. | Malvo, Michael Wayne, Sr. |
| 612. | Lane, James Henry | 655. | Malvo, Mollie Gilliam |
| 613. | Lane, Kenneth L. | 656. | Malvo, Vertis |
| 614. | Lange, Charles Anthony | 657. | Manning, Barbara Kate |
| 615. | Larkins, Larry J. | 658. | Manning, Brannon Lee |
| 616. | Lartigue, Bulia P. | 659. | Manning, William Lee |
| 617. | Latique, Mark M. | 660. | Marcus, Anthony |
| 618. | Lavan, Marion Gene | 661. | Marks, Dean A. |
| 619. | Lavine, Leonard, Jr. | 662. | Marlow, Robert Shane |
| 620. | Laus, Roy | 663. | Martin, Avery M. |
| 621. | Leasure, Herman David | 664. | Martin, Brandon Michael |
| 622. | LeBlanc Jr., Edward Lee | 665. | Martin, Carroll Edwin |
| 623. | LeBlanc, Joshua Richard | 666. | Martin, Lisa Gayle |
| 624. | LeBlanc, Sean | 667. | Martinez, Cesar U. |

EXHIBIT "A"

## US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

| | | | |
|---|---|---|---|
| 668. | Matak, Christopher Martin | 711. | Miekelson, Edward Lee |
| 669. | Matak, Danny Michael | 712. | Mikel, James A. |
| 670. | Matkin, Cade Anthony | 713. | Mikel, Jeanette A. |
| 671. | Matkin, Lindsey Dalby | 714. | Milby, John C. |
| 672. | Matkin, Timothy Burl | 715. | Miles, Clifton |
| 673. | Matthews, Anthony Lane | 716. | Millard, Charles Raymond |
| 674. | Maurich, Johnny L. | 717. | Miller, Horace E |
| 675. | Maurich, Johnny Pete | 718. | Miller, Ray B. |
| 676. | Maurich, Teddy Glynn | 719. | Miller, Ronda Gail |
| 677. | Maxey, Eddie Ross | 720. | Miller, Sarah |
| 678. | May, Chad Duaine | 721. | Millican, William Edward |
| 679. | May, Harold Edward | 722. | Mills, Andrew Earl |
| 680. | Mayfield, Roy L., Jr. | 723. | Minix, Ray, Sr. |
| 681. | Mayo, Ryan | 724. | Minkins, Davis, Jr. |
| 682. | Mayordomo, Elmer R. | 725. | Mireles, Robert |
| 683. | McAdams, Steve Eugene | 726. | Mohead, Lisa |
| 684. | McBride, Mary Ann | 727. | Monroe, Charles F. |
| 685. | McCalister, Travis Lewis | 728. | Monroe, Timothy Andrew |
| 686. | McCelvey, Shawn Michael | 729. | Montalvo, Joshua Paul |
| 687. | McClelland, Jannai Machell | 730. | Mooney, Johnnie James |
| 688. | McClelland, Mark | 731. | Moore, Albert |
| 689. | McCook, Carolyn L. | 732. | Moore, Deltra White |
| 690. | McCook, Clifton Dale | 733. | Moore, Dustin |
| 691. | McDaniel, Charles Lonzo | 734. | Moore, Ernest Dewitt, Jr. |
| 692. | McDaniel, Maxine | 735. | Moore, Jousha, Jr. |
| 693. | McDaniel, Otis Lee | 736. | Moore, Larry G. |
| 694. | McDonald, McClain Allen | 737. | Moore, Sheena |
| 695. | McElduff, Gary Patrick | 738. | Moore, Terrell Goldey |
| 696. | McGough, Shawn | 739. | Morehead, Elmo |
| 697. | McGrew, Damon Richard | 740. | Morgan Jr., Berry |
| 698. | McKelvey, Aneither Juanita | 741. | Morgan, Holly |
| 699. | McKelvey, Eddie Lee | 742. | Morrell, Joseph W. |
| 700. | McLamore, Eddie Mathis | 743. | Morris, Stephen R. |
| 701. | McNeely, Maxine Thomas | 744. | Moss, Derek Glenn |
| 702. | McShan, Steven D. | 745. | Mouton, Robert Kennedy |
| 703. | McShaw, David Duane | 746. | Mouton, Robin Donatta |
| 704. | Medford, Finis D. | 747. | Murry, Oscar |
| 705. | Mehravaran, Alan | 748. | Myers, Christopher L. |
| 706. | Mendez, Heather Darrell | 749. | Myers, Lucas Evan |
| 707. | Mendez, Jose Reynaldo, Jr. | 750. | Myers, Michael Ray |
| 708. | Meredith, Nguyen T. | 751. | Myles, Raymond |
| 709. | Meredith, Reginald Eric | 752. | Ned, Kenneth Ray |
| 710. | Merendino, Jason | 753. | Newsome, Dennis Edward |

# EXHIBIT "A"

## US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

| | | | |
|---|---|---|---|
| 754. | Newsome, Thomas Colby | 797. | Phillips, Narvie Lee |
| 755. | Newsome, Thomas Wade | 798. | Picard, Ted Andrew |
| 756. | Nguyen, Xuyen | 799. | Pickron, Ronda Fay |
| 757. | Nielssen, Robert Lehman, III | 800. | Pickron, Ruby Jackson |
| 758. | Nixon III, Linny | 801. | Pierce, James Clarence |
| 759. | Nixon, Jason | 802. | Pigg, Gary Dow |
| 760. | Nobles, Ryan Joseph | 803. | Pippin, Brent Justin |
| 761. | O'Neal, Brenda Joyce | 804. | Pleasant, Joyce Marie |
| 762. | O'Neal, Lee Roy, III | 805. | Polar, Ronald A. |
| 763. | O'Neal, Lee Roy, Jr. | 806. | Polk, Ronald Allen |
| 764. | O'Neal, Terri F. | 807. | Pollard, Nathaniel |
| 765. | Odom, Benjamin Scott | 808. | Ponce, Agustin M. |
| 766. | Odom, Spencer James | 809. | Ponce, Javier |
| 767. | Ojeda, Manuel Cruz | 810. | Pouch, Faron T. |
| 768. | Okun, Curtis Ann | 811. | Pool, Troy Lane |
| 769. | Okun, Glenda Kay | 812. | Portier, Michael Lee |
| 770. | Okun, James Dale | 813. | Potato, Noemi L. |
| 771. | Ortiz, Alfredo M. | 814. | Potato, Robert H. |
| 772. | Ortiz, Miguel Angel | 815. | Poullard, Domonick Terrell |
| 773. | Owens, Bobby Nell | 816. | Pouncy, David Henry, Jr. |
| 774. | Owens, Precious Dunyell | 817. | Powell, Kenneth W. |
| 775. | Parker, Carl Allen, Jr. | 818. | Pradia, Arnold Michael |
| 776. | Parker, Roy W. | 819. | Pradia, Aubrey Joseph, Jr. |
| 777. | Parker, Stephen Reed | 820. | Pradia, Curtis Paul |
| 778. | Parkerson, Elvin Jones | 821. | Price, Fredrick Douglas |
| 779. | Parks, Robert James | 822. | Price, Kenneth Ray |
| 780. | Parsley, George Wilburn, Jr. | 823. | Price, William James, Jr. |
| 781. | Pate, Alesia Chaplin | 824. | Prout, Jerry |
| 782. | Patterson, Carla Nichole | 825. | Provo, Albert, Jr. |
| 783. | Patterson, Sharon Tezeno | 826. | Provost, Herbert Paul |
| 784. | Pearson, Mark Anthony, Sr. | 827. | Provost, Joseph Early |
| 785. | Peavy, Brandy Berwick | 828. | Pugh, Alan Craig |
| 786. | Peavy, Jimmy Welburn | 829. | Pugh, Barbara Deanda |
| 787. | Peavy, Matthew Joseph | 830. | Pyles, Billy Ray |
| 788. | Perkins, Clint Louis | 831. | Quebodeaux, Larry Jerome |
| 789. | Perron, Rahn Rene | 832. | Quebodeaux, Mary Denise |
| 790. | Perry, Jeffery | 833. | Quigley, Cody Alan |
| 791. | Peter, Diane Holmes | 834. | Ramsey, Brett |
| 792. | Petry, Wendell Joseph | 835. | Randall, Richard L. |
| 793. | Phelps, Frank James | 836. | Randle, George W. |
| 794. | Phillips, James L., Jr. | 837. | Randolph, Caroline E. |
| 795. | Phillips, James L., Sr. | 838. | Randolph, Ralph B. |
| 796. | Phillips, Joclyn Washington | 839. | Rankin, Joseph E. |

# EXHIBIT "A"

## US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

| | | | |
|---|---|---|---|
| 840. | Raven, John | 883. | Ryals, David J. |
| 841. | Ray, Andrew | 884. | Ryherd, Mark. |
| 842. | Redeaux, Dekeitha D. | 885. | Ryherd, Susan. |
| 843. | Reed, Elgie J. | 886. | Rylander, John A. |
| 844. | Reed, Jay M. | 887. | Salassi, Kelly Ann |
| 845. | Reed, Joshua | 888. | Salassi, Vincent William |
| 846. | Reeves, Delano C., Jr. | 889. | Salayandia, Antonio, Jr. |
| 847. | Renfrow, Lester W. | 890. | Salayandia, Jackelyn G. |
| 848. | Renick, John S. | 891. | Salter, Charles Albert |
| 849. | Reyna, Ignacio Ponce, Jr. | 892. | Sampson, Steve Anthony |
| 850. | Reynolds, Jason | 893. | Sams, Chester Edward |
| 851. | Rhodes, Dwane K. | 894. | Sanchez, Charles Silva |
| 852. | Rhodes, James | 895. | Sanford, Robert E., Jr. |
| 853. | Richardson, Alvin | 896. | Savage, Michael Neal |
| 854. | Richardson, Kevin | 897. | Savoy, Charles Lee |
| 855. | Richmond, Delois M. | 898. | Says, Cody Wade |
| 856. | Richmond, Scott | 899. | Schexsnaider, Jason Wayne |
| 857. | Richter, Shannon R. | 900. | Scott, Columbus |
| 858. | Rideaux, Miller | 901. | Scott, Herman Monte |
| 859. | Riley, Deborah | 902. | Scott, Willie J. |
| 860. | Riley, Milton | 903. | Sealy, John Wayne |
| 861. | Ripple, Benny L. | 904. | Seamann, Bradley Wayne |
| 862. | Roberds, Kristina M. | 905. | Sellers, Justin Wayne |
| 863. | Roberson, Mozell | 906. | Sellers, Stephen William |
| 864. | Roberts, Blaze | 907. | Sepulvado, Mark Joseph |
| 865. | Roberts, David | 908. | Sepulvado, Michael Glynn |
| 866. | Robicheaux, Eric | 909. | Serna, Roberto |
| 867. | Robinson, Alfred C. | 910. | Shakelford, Walter D. |
| 868. | Robinson, Irvin D. | 911. | Shepherd Charles McKennie |
| 869. | Roebuck, Thomas Peter, III | 912. | Shepherd, Dessie Lee |
| 870. | Rogers, Colby Keith | 913. | Sheppard, Joan Hindley |
| 871. | Rogers, Joseph L. | 914. | Sheppard, Kent |
| 872. | Rogers, Keith Ray | 915. | Shetley, Debbie Burnside |
| 873. | Rojas, Adrian Rodriguez | 916. | Shetley, Sidney Alexander |
| 874. | Romar, Curtis | 917. | Shish, Mary Frances |
| 875. | Romar, Earnest, Jr. | 918. | Shynett, Frank William |
| 876. | Romero, Brenda B. | 919. | Sias, Debra Ann |
| 877. | Romero, David | 920. | Simien, Chasmin Nikolai |
| 878. | Romero, Felicia | 921. | Simien, Clovis, Jr. |
| 879. | Rooks, Clarence P. | 922. | Simien, Joseph Donald |
| 880. | Ross, Lucille | 923. | Simino, Casey Lee |
| 881. | Russell, Roy | 924. | Simmons, James Edward, Jr. |
| 882. | Ruysenaars, Peter J. | 925. | Simmons, Moses |

# EXHIBIT "A"

## US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

| | | | |
|---|---|---|---|
| 926. | Simpson, Joe Allen | 969. | Stiles, Robert Michael |
| 927. | Sims, James Brandon | 970. | Stillwell, Michael Ray |
| 928. | Sims, Robert Clarence | 971. | Stobart, George Stanley |
| 929. | Singletary, Jimmy Julius | 972. | Strickland, Larry Glenn |
| 930. | Sisson, Thomas Luther | 973. | Strickland, Wesley Aaron |
| 931. | Smith, Albert Dorsey, Jr. | 974. | Stutes Jr., Henry Lee |
| 932. | Smith, Clyde, Jr. | 975. | Stutes, April Nicole |
| 933. | Smith, Gilbert Lee, Jr. | 976. | Suddath, Paul Ray, Jr. |
| 934. | Smith, Henry James | 977. | Surratt, Lemuel |
| 935. | Smith, John Evrin | 978. | Swain, James Edward, Jr. |
| 936. | Smith, Jules Crosby | 979. | Sweazie, Billy Ward |
| 937. | Smith, Norris Lee | 980. | Swinson, Fred Astaire |
| 938. | Smith, Patricia Sue | 981. | Sylvester, Felton Paul |
| 939. | Smith, Robert Arthur | 982. | Tanton, Bobby Lee |
| 940. | Smith, Donald Paul | 983. | Tarver, Mary Ann |
| 941. | Smith, Rosalyn Yvonne | 984. | Tarver, Rodney James |
| 942. | Smith, Sharon Lynett | 985. | Taylor, Melvin |
| 943. | Smith, Stacey | 986. | Taylor, Nancy Lynn |
| 944. | Soileau, Patrick Emile | 987. | Taylor, Ronnie Eugene |
| 945. | Solis, Jose Antonio | 988. | Taylor, Terry Daniel |
| 946. | Sonn, Clarence | 989. | Tegler, Wendy Lynn |
| 947. | Sonn, Gregory Keith | 990. | Telger, David Kline |
| 948. | Sonnier, Earl Peter | 991. | Tenopir, Christopher Allen |
| 949. | Sparrow, Carl Michael | 992. | Terrell, William Taylor |
| 950. | Sparrow, Kevin Paul | 993. | Theobald, Fred Mark |
| 951. | Spears, Willie James | 994. | Thibeaux, William, Jr. |
| 952. | Spoto, Giovanni Anthony | 995. | Thibeaux, William, Sr. |
| 953. | Stafford, Lonnie Joseph | 996. | Thierry, Duretha Jackson |
| 954. | Stanley, Ira Sebring | 997. | Thierry, Michael Craig |
| 955. | Staten, Kenneth | 998. | Thomas, Christopher Doyle |
| 956. | Stelly, Debora Bisor | 999. | Thomas, James |
| 957. | Stelly, Leroy Charles | 1000. | Thomas, Lisa |
| 958. | Stelly, Stephen Bailey | 1001. | Thomas, Robert |
| 959. | Stephenson, Marcus Keith | 1002. | Thomas, Zonya F. |
| 960. | Stevens, Renard | 1003. | Thompson, Irene |
| 961. | Stevenson, Gregory | 1004. | Thompson, James A., Jr. |
| 962. | Steward, Floyd Belvin | 1005. | Thorkveen, Gloria M. |
| 963. | Stewart, Barbara Savoy | 1006. | Thorkveen, Tilford |
| 964. | Stewart, Beverly | 1007. | Tilton, Kathleen |
| 965. | Stewart, Charles Larry | 1008. | Tilton, Paul D. |
| 966. | Stewart, Edward, Jr. (5494) | 1009. | Tolbert, Mary D. |
| 967. | Stewart, Edward, Jr. (2400) | 1010. | Tompkins, Jeremy |
| 968. | Stiles, Paul Douglas | 1011. | Torres, Jessie, III |

EXHIBIT "A"

## US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS

| | | | |
|---|---|---|---|
| 1012. | Trahan, Billy | 1055. | Waddy, Gastonia, Jr. |
| 1013. | Trahan, Gregory D. | 1056. | Wagenhauser, Amy D. |
| 1014. | Travis, Matthew | 1057. | Waldon, Roy T. |
| 1015. | Trent, Shawn | 1058. | Walker, Timothy A., III |
| 1016. | Trevino, Abel D. | 1059. | Wallace, Mark R. |
| 1017. | Trevino, Dustin Reyes | 1060. | Wallen, Harlos Ray |
| 1018. | Trevino, Dustin | 1061. | Walls, Terrence Maurice |
| 1019. | Trevino, Edward | 1062. | Walters, Percy Edward |
| 1020. | Trevino, Lisa G. | 1063. | Ward, Bernard Montgomery |
| 1021. | Tribble, Brandon J. | 1064. | Ward, Edith B. |
| 1022. | Tribble, Christopher M. | 1065. | Warden, Robert Edward |
| 1023. | Tribble, Ricky J. | 1066. | Ware, David C. |
| 1024. | Troutner, James R. | 1067. | Warren, Horace, Jr. |
| 1025. | Trumble, Ralph, Jr. | 1068. | Warren, Nolan Juhun |
| 1026. | Trussell, Carl | 1069. | Washington, John Artemus |
| 1027. | Trusty, William B. | 1070. | Washington, Micah Erwin |
| 1028. | Tubbs, James M. | 1071. | Waters, Jason Levi |
| 1029. | Tullar, Mahlon A., Jr. | 1072. | Watkins, Church, Jr. |
| 1030. | Tumlinson, Christa L. | 1073. | Weatherly, Johnathon Tate |
| 1031. | Tumlinson, Joe L. | 1074. | Webb, Luther James |
| 1032. | Turk, Emma R. | 1075. | Wesley, Kenneth Wayne |
| 1033. | Turner, James | 1076. | Westbrook, Charles E., Jr. |
| 1034. | Turner, Kert | 1077. | Westbrook, Randy Erroll |
| 1035. | Turner, Kert W. | 1078. | Westman, Raymond George, Jr. |
| 1036. | Turpen, George M. | 1079. | Whitaker, Frederick B. |
| 1037. | Tweedel, Elsie | 1080. | White, Bernadette Holloway |
| 1038. | Twine, Reginald C. | 1081. | Whittington, Robert Lee |
| 1039. | Tyson, Benjamin E., III | 1082. | Whittington, Wendell Curtis |
| 1040. | Tyson, James S. | 1083. | Wigley, Wayne |
| 1041. | Uptigrove, Ryan | 1084. | Wilfer, Amos |
| 1042. | Valdez, Guadalupe | 1085. | Wilkes, Samuel, Jr. |
| 1043. | Valdez, Mary Jane | 1086. | Wilkins, Charles |
| 1044. | Valentine, Gerald D. | 1087. | Williams, Adrian D. |
| 1045. | Vanderdoes, Arthur Earl | 1088. | Williams, Amos |
| 1046. | Vandyke, Graham Pinenell | 1089. | Williams, Anthony James |
| 1047. | Vaughns, Allen W. | 1090. | Williams, Arthur |
| 1048. | Vayon, Michelle R. | 1091. | Williams, Bryant Kent |
| 1049. | Vela, Jose A. | 1092. | Williams, Bert A. |
| 1050. | Victorian, Joycelyn Barfield | 1093. | Williams, Carl Lee |
| 1051. | Villemez, Percy J., Jr. | 1094. | Williams, Charles |
| 1052. | Vital, Ray | 1095. | Williams, Clarence |
| 1053. | Vonahsen, Tamara Sue | 1096. | Williams, Darren Keith |
| 1054. | Wada, Kazuo Otis | 1097. | Williams, Flossie Ray |

**EXHIBIT "A"**

**US INDEPENDENT FISHERMAN AND BUSINESS PLAINTIFFS**

1098. Williams, Johnny Ray
1099. Williams, Pierre Ottis
1100. Williams, Raymond Lee
1101. Williams, Ruby Jean
1102. Williams, Tiffany Michelle
1103. Willis, James D.
1104. Willis, Johnnie, Jr.
1105. Wilson, Billy Ray
1106. Wilson, Cecil A.
1107. Wilson, Charles Eric
1108. Wilson, Dante Cornelius
1109. Wilson, David Eugene, Jr.
1110. Wilson, David Eugene, Sr.
1111. Wilson, Desaray Lamar
1112. Wilson, Gene, Jr.
1113. Wilson, James Hope, Sr.
1114. Wilson, John B.
1115. Wilson, Kenneth Mitchell
1116. Windfont, John Dexter
1117. Winfrey, Mary Ethel
1118. Winfrey, Paul Wayne
1119. Wolfe, Jon-Foxx Austin
1120. Woods, Charles, III
1121. Woodside, Keith A.
1122. Woodside, Mike B.
1123. Wooley, Icylee Boone
1124. Woolley, Billy Lynn
1125. Wright, Nancy Smith
1126. Yap, Joselito S.
1127. Yezak, Diana
1128. Yezak, Howard
1129. Young, Bobby Mac
1130. Young, Robert Earl
1131. Zambardino, Mark Allan
1132. Zambardino, Todd MIchael
1133. Zwahr, Richard Gene