EXHIBIT "B"

## LA SOCIEDAD COOPERATIVA DE PRODUCCION
## PESQUERA DENOMINADA LA RIBERA DE TAMPICO ALTO S.C. DE R.L., ET AL

### "COOP Plaintiffs"

| | | |
|---|---|---|
| 1. | La Sociedad Cooperativa De Produccion Pesquera Denominada La Ribera De Tampico De Alto S.C. De R.L. | 157 Plaintiffs |
| 2. | La Sociedad Cooperativa De Productores Acuicolas De Congregacion Anahuac S.C. De R.L. | 63 Plaintiffs |
| 3. | Members Only of La Sociedad Cooperativa De Produccion Pesquera Tamiahua, S.C. De R.L. | 425 Plaintiffs |
| 4. | La Sociedad Cooperativa De Servicio Lancheros De San Jeronimo S.C. De R.L. De C.V. | 56 Plaintiffs |
| 5. | La Sociedad Cooperativa De Produccion Pesquera Pescadores De Tamiahua S.C. De R.L. De C.V. | 341 Plaintiffs |
| 6. | La Sociedad Cooperativa De Produccion Pesquera Riberena Ostioneros Del Sur S.C. De R.L. | 84 Plaintiffs |
| 7. | La Sociedad De Pescadores Indigenas De Rancho Nuevo S.C. | 23 Plaintiffs |
| 8. | La Sociedad Cooperativa De Produccion Pesquera Riberena La Aurora Barra De Cazones S.C.L. De C.V. | 36 Plaintiffs |
| 9. | La Sociedad Cooperativa Denominada Camaroneros Unidos De Altamar S.C. De R.L. De C.V. | 49 Plaintiffs |
| 10. | La Sociedad Cooperativa De Productores Y Pescadores De Saladero Veracruz S.C. De. R.L. | 36 Plaintiffs |
| 11. | La Sociedad Cooperativa De Produccion Pesquera Riberena Pescadores De Cabo Rojo S.C. De R.L. De C.V. | 132 Plaintiffs |
| 12. | La Sociedad Cooperativa De Produccion Pesquera Grupo Unidos De Las Chacas S.C. De R.L. De C.V. | 51 Plaintiffs |
| 13. | La Sociedad Cooperativa De Produccion Pesquera La Huasteca Veracruzana S.C. De R.L. De C.V. | 276 Plaintiffs |
| 14. | La Sociedad Cooperativa De Produccion Pesquera Pescadores Unidos De La Reforma S.C. De R.L. De C.V. | 93 Plaintiffs |
| 15. | La Sociedad Cooperativa De Produccion Pesquera Pescadores De San Andres S.C. De R.L. | 19 Plaintiffs |
| 16. | La Sociedad Cooperativa De Produccion Pesquera Del Puerto De Tuxpan De Bienes Y Servicios S.C.L. De C.V. | 71 Plaintiffs |
| 17. | La Sociedad Cooperativa De Produccion Pesquera Riberena Ostioneros De Saladero S.C.L. | 113 Plaintiffs |
| 18. | La Sociedad Cooperativa De Produccion Pesquera de Altura Jarochos S.C. L. | 40 Plaintiffs |

**B1 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA DENOMINADA
LA RIBERA DE TAMPICO ALTO S.C. DE R.L.**

**"COOP PLAINTIFFS"**

1. Aguilar Arteaga, Beltran
2. Almendarez Villanza, Olga
3. Alvarado Martinez, Amauri
4. Arteaga Cruz, Julian
5. Arteaga Gonzalez, Julio Cesar
6. Arteaga Maya, Benito
7. Arteaga Maya, Jose Guillermo
8. Arteaga Maya, Marcelo
9. Arteaga Maya, Martin
10. Arteaga Maya, Ruben
11. Arteaga Ramirez, Marcos
12. Arteaga Rodriguez, Ernesto
13. Arteaga Segura, Tomas
14. Balleza Perez, Hipolito
15. Barrios Barrios, Fortino
16. Barrios Barrios, Victor Manuel
17. Barrios Cruz, Francisco
18. Barrios Cruz, Jesus
19. Barrios San Juan, Jesus Francisco
20. Barron Barron, Victor
21. Bautista Hernandez, Feliciano
22. Bautista Hernandez, Luis Arturo
23. Bautista Ramirez, Marcelino
24. Blanco Gonzalez, Fernando
25. Blanco Medina, Macario
26. Carrasco Cruz, Javier
27. Carrizalez Gonzalez, Rigoberto
28. Casanova Maya, Matilde
29. Castillo Hernandez, Jose Feliciano
30. Castillo Hernandez, Sergio Luis
31. Castillo Polito, Mateo
32. Castillo Polito, Santos
33. Cayetano Cruz, Jaime
34. Constantino Cruz, Juan Carlos
35. Coronado Arteaga, Jose Severiano
36. Coronado Mendoza, Pedro
37. Coronado Mendoza, Severiano
38. Cruz Almendares, Omero
39. Cruz Carrasco, David
40. Cruz Gonzalez, Abad
41. Cruz Lopez, Primitivo
42. Cruz Mendoza, Arturo
43. Cruz Mendoza, Cipriano
44. Cruz Mendoza, Luis
45. Cruz Perez, Braulio Tomas
46. Cruz Perez, Servando
47. del Angel del Angel, Juan
48. del Angel del Angel, Julio
49. del Angel del Angel, Leopoldo
50. del Angel Hidalgo, Marcelino
51. del Angel Perez, Perfecto
52. del Angel Valdez, Mauro
53. Delgado Cruz, Amadeo
54. Delgado Delgado, Heriberto
55. Delgado Delgado, Leonardo
56. Delgado Rios, Armando
57. Delgado Rios, Jose Joel
58. Delgado Sanchez, Norberto
59. Duran Hernandez, Victor Manuel
60. Garcia Hernandez, Juventino
61. Garcia Herrera, Noe
62. Gaytan Orta, Jose Jonathan
63. Gonzalez Arementa, Fernando Isaias
64. Gonzalez Cruz, Atilano
65. Gonzalez Cruz, Fidel
66. Gonzalez Cruz, Refugio
67. Gonzalez Gonzalez, Andres
68. Gonzalez Hernandez, Francisco
69. Gonzalez Martinez, Alvaro
70. Gonzalez Martinez, Ernesto
71. Gonzalez Martinez, Regino
72. Gonzalez Molar, Guadalupe
73. Gonzalez Molar, Moises
74. Hernandez Armenta, Marcos
75. Hernandez Constantino, Jesus
76. Hernandez Cruz, Bernabe
77. Hernandez Cruz, Pedro
78. Hernandez del Angel, Juan Gilberto
79. Hernandez Ferral, Benjamin
80. Hernandez Salazar, Filiberto
81. Hernandez Sanchez, Bernardo
82. Hernandez Sanchez, Felix
83. Herrara Rios, Pablo
84. Herrera Lemus, Victor Paul

**B1 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA DENOMINADA LA RIBERA DE TAMPICO ALTO S.C. DE R.L.**

**"COOP PLAINTIFFS"**

| | | | |
|---|---|---|---|
| 85. | Lambarria Reyes, Ruben | 127. | Ramirez Casanova, Santos |
| 86. | Lee Carrazco, Elias | 128. | Ramirez Sobrevilla, Juan |
| 87. | Malerva Sosa, Luciano | 129. | Ramirez Sobrevilla, Luis Antonio |
| 88. | Martinez Barrios, Lucano | 130. | Reyes Arteaga, Jorge Luis |
| 89. | Martinez Barrios, Martin | 131. | Reyes Moreno, Israel |
| 90. | Martinez Cruz, Jose Angel | 132. | Rodriguez Valdez, Melquiades |
| 91. | Martinez Hernandez, Delfino | 133. | Roman Martinez, Jasinto |
| 92. | Martinez Martinez, Anacleto | 134. | Roman Martinez, Nicolas |
| 93. | Martinez Martinez, Fernando | 135. | Roman Olguin, Alejandro |
| 94. | Martinez Martinez, Mardonio | 136. | Roman Vizcarra  Dionicio |
| 95. | Martinez Olguin Andres | 137. | Romulo Hernandez, Eduardo |
| 96. | Molar Gonzalez, Onesimo | 138. | Ruiz Gonzalez Ignacio |
| 97. | Molar Gonzalez, Pedro | 139. | Ruiz Gonzalez, Roberto |
| 98. | Molar Perez, Julio | 140. | Ruiz Mar, Jesus |
| 99. | Moreno Hernandez, Guillermo | 141. | Ruiz Mar, Mario |
| 100. | Ochoa Maya, Rafael | 142. | Sanchez Hernandez, Roberto |
| 101. | Ochoa Maya, Rodrigo | 143. | Sosa Martinez, Edgar Daniel |
| 102. | Ortega Mendoza, Gustavo | 144. | Suarez Alonso, Antonino |
| 103. | Padron Polito, David | 145. | Suarez Casimiro, Fredy |
| 104. | Perez Mascarenas, Juan Ismael | 146. | Tiburcio Aguilar, Rigoberto |
| 105. | Perez Orta, Abad | 147. | Tiburcio Aguilar, Victor |
| 106. | Perez Orta, Eulalio | 148. | Tiburcio Ortega, Vicente |
| 107. | Perez Orta, Florencio | 149. | Vazquez Barron, Mauro |
| 108. | Perez Perez, Jacinto | 150. | Vicencio Amaro, Ernesto |
| 109. | Perez Perez, Martin | 151. | Villalobos Guillen, Jose Benjamin |
| 110. | Pineiro Arteaga, Antonio | 152. | Villanueva Reyes, Armando |
| 111. | Pineiro Arteaga, Juan Manuel | 153. | Villar Cruz, Genaro |
| 112. | Pineiro Gonzalez, Francisco | 154. | Villareal Gonzalez, Jose Orlando |
| 113. | Pineiro Gonzalez, Julian | 155. | Villareal Martinez, Jose Luis |
| 114. | Pineiro Perez, Eduardo | 156. | Zaleta Navarez, Enrique |
| 115. | Pineiro Perez, Efren | 157. | Zaleta Navarez, Jose Martin |
| 116. | Pineiro Ruiz, Enrique | | |
| 117. | Pineiro Ruiz, Gerardo | | |
| 118. | Pineiro Salas, Francisco Antonio | | |
| 119. | Pineiro Salas, Jose Raul | | |
| 120. | Pinerio Perez, Marcos | | |
| 121. | Polito Barrios, Hernan Margarito | | |
| 122. | Polito Capistran, Marcelo | | |
| 123. | Polito Gonzalez, Aurelio | | |
| 124. | Polito Gonzalez, Marino | | |
| 125. | Polito Reyes, Luis Miguel | | |
| 126. | Ramirez Casanova, Ramon | | |

## B2 - LA SOCIEDAD COOPERATIVA DE PRODUCTORES ACUICOLAS DE CONGREGACION ANAHUAC S.C. DE R.L.

### "COOP PLAINTIFFS"

1.  Adan Bautista, Samuel
2.  Alarcon Hernandez, Jeremias
3.  Almonte Gutierrez, Noe
4.  Alonso Rivera, Natividad
5.  Avila Cruz, Santiago
6.  Bautista Enriquez, Aaron
7.  Bautista Enriquez, Cirilo
8.  Bautista Juarez, Hector Enrique
9.  Bautista Mateos, Aaron
10. Bautista Mateos, Jose Antonio
11. Bautista Nieto, Juan Manuel
12. Bautista Rodriguez, Jose Socorro
13. Bautista Torres, Gerson
14. Bautista Torres, Ruben
15. Cantero Delgado, Joel
16. Carballo Blanco, Azael
17. Carballo Blanco, Mario
18. Carballo Blanco, Neftali
19. Carballo Buda, Gessuri Mizraim
20. Carballo Cruz, Adelaido
21. Castellanos Bautista, Erick Jesus
22. Castellanos Bautista, Leonardo David
23. Cruz Reyes, Oscar Alejandro
24. Delgado Martinez, Gregorio
25. Delgado Villasana, Jorge Antonio
26. Domiguez Antonio, Joaquin
27. Domiguez Antonio, Joel
28. Florez Hernandez, Honorio
29. Florez Mendoza, Alvaro
30. Gonzalez Gomez, Antontio
31. Gonzalez Rivera, Jose Leonel
32. Guerrero Gonzalez, Edmundo
33. Hernandez Avila, Genaro
34. Hernandez Silverio, Jose Luis
35. Herrera Campos, Efrain
36. Herrera Campos, Israel
37. Herrera Delgado, Ruben
38. Herrera Delgado, Uziel
39. Herrera Michicol, Gabino
40. Lopez Acosta, Juan
41. Maldonado Banda, Antolin
42. Mar Garcia, Federico
43. Mar Herrera, Eliseo
44. Mar Mar, Santana
45. Martinez Garcia, Roberto
46. Mercado Cruz, Sergio Alberto
47. Michicol Castillo, Timoteo
48. Morales Garcia, Jesus
49. Moreno Izaguirre, Jose Alfonso
50. Moreno Molar, Jose de Jesus
51. Ollervides Carrera, Julio
52. Paulo Maximiliano, Anuer
53. Porras Bautista, Angel
54. Porras Bautista, Julio Cesar
55. Porras Cisneros, Angel
56. Riviera Ahumada, Ricardo
57. Riviera Hernandez, Apolinar
58. Valenzuela Carballo, David Azael
59. Valenzuela Carballo, Victor Daniel
60. Valenzuela Mendoza, Victor
61. Valenzuela Riviera, Jorge
62. Villasana Ortiz, Armando
63. Villasana Ortiz, Hector

**B3 – <u>MEMBERS ONLY</u> OF LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA TAMIAHUA, S.C. DE R.L.**

**"COOP PLAINTIFFS"**

1. Aguilar Lorenzo Mario
2. Agustin Rodriguez Lorenza
3. Alejandre Alvarado Diego
4. Alejandre Cruz Jorge
5. Alejandre Cruz Manuel
6. Alejandre Hernandez Alvaro
7. Alejandre Juarez Juan Carlos
8. Alejandre Ramos Eucebio
9. Alejandre Santander Federico
10. Andrade Gomez Cecilio
11. Andrade Santiago Silvestre
12. Aran Casados Adelfo
13. Aran Casados Gonzalo
14. Aran Casados Matilde
15. Aran Castillo Ambrosio
16. Aran Castillo Eduardo
17. Aran Castillo Eleuterio
18. Aran Cobos Inez
19. Aran Cruz Jesus
20. Aran Cruz Luis Enrique
21. Azuara Castillo Isidro
22. Bahena Cruz Sergio Manuel
23. Barrera Garcia Niceforo
24. Barrios Castro Luis Enrique
25. Barrios Garcia Sixto
26. Barrios Leandro Julio
27. Barrios Meza Daniel
28. Barrios Reyes Sergio
29. Bautista Gonzalez Leon
30. Bautista Lara Aurelio
31. Bautista Mendez Jose
32. Bello Peña Alejandro
33. Bello Peña Fillamon
34. Bello Peña Lucio
35. Bello Peña Rogelio
36. Blanco Aran Jose
37. Blanco Hernandez Ciro
38. Blanco Hernandez Miguel
39. Blanco Hernandez Vicente
40. Blanco Marquez Eloy
41. Blanco Olmos Daniel
42. Blanco Reyes Zocimo
43. Blanco Yañez Fredi Alberto
44. Cabrales Cruz Salvador
45. Cantu Maya Jose
46. Capitan Barrios Oton
47. Carranza Medina Porfirio
48. Casanova Hernandez Gilberto
49. Castellanos Bautista Arturo
50. Castillo Castillo Iniero
51. Castillo Gomez Elena
52. Castillo Martinez Balvino
53. Castillo Martinez Isabel
54. Castro Angeles Braulio
55. Castro Bautista Jose Martin
56. Castro Cruz Gilberto
57. Castro Galicia Tiquico
58. Castro Hernandez Cornelio
59. Castro Perales Segundo
60. Castro Rodriguez Bernabe
61. Castro Rodriguez Cliserio
62. Castro Rodriguez Dionicio
63. Castro Rodriguez Enrique
64. Castro Rodriguez Fidencio
65. Celso Nieves Antonio
66. Cepeda Meza Eucebio
67. Cobos Cruz Diego
68. Cobos Cruz Dionicio
69. Constantino Alejandre Jose Maria
70. Constantino Garcia Jaime
71. Constantino Lorenzo Jose Abel
72. Constantino Sanchez Julio
73. Copal Meza Nelson
74. Cruz Alejandre Raul
75. Cruz Aran Hipolito
76. Cruz Benitez Raymundo
77. Cruz Blanco Rafael
78. Cruz Casados Anastacio
79. Cruz Castro Jorge
80. Cruz Cortez Martin

**B3 – <u>MEMBERS ONLY</u> OF LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA TAMIAHUA, S.C. DE R.L.**

**"COOP PLAINTIFFS"**

| | | | | |
|---|---|---|---|---|
| 81. | Cruz Cruz Alfredo | | 121. | Deantes Jimenez Bernardino |
| 82. | Cruz Cruz Celso | | 122. | Del Angel Alejandre Abrahan |
| 83. | Cruz Cruz Fernando | | 123. | Del Angel Cruz Alberto |
| 84. | Cruz Cruz Isidro | | 124. | Del Rio Cruz Hipolito |
| 85. | Cruz Cruz Leonorio | | 125. | Del Rio Cruz Rafael |
| 86. | Cruz Cruz Raul | | 126. | Del Rio Ferral Remigio |
| 87. | Cruz Cruz Sergio | | 127. | Del Rio Macias Salvador |
| 88. | Cruz Del Angel Justino | | 128. | Delgado Alejandre Jose |
| 89. | Cruz Diaz Modesto | | 129. | Diaz Aran Carlos |
| 90. | Cruz Escudero Herminio | | 130. | Diaz Cruz Roberto |
| 91. | Cruz Ferral Ascencion | | 131. | Diaz Dominguez Ramon |
| 92. | Cruz Ferral Balfren | | 132. | Diaz Gomez Julian |
| 93. | Cruz Ferral Cutberto | | 133. | Diaz Gomez Marcelino |
| 94. | Cruz Ferral Eligio | | 134. | Diaz Gomez Pedro |
| 95. | Cruz Ferral Julian | | 135. | Diaz Gonzalez Pedro |
| 96. | Cruz Ferral Lucas | | 136. | Diaz Mendez Agustin |
| 97. | Cruz Garcia Jesus | | 137. | Diaz Ortega Jose Angel |
| 98. | Cruz Gomez Carmelo | | 138. | Diaz Ortega Marcelino |
| 99. | Cruz Gomez Domingo | | 139. | Diaz Rangel Francisco |
| 100. | Cruz Gomez Toribio | | 140. | Diaz Reyes Carlos Francisco |
| 101. | Cruz Gonzalez Santos | | 141. | Diaz Valdez Feliciano |
| 102. | Cruz Gonzalez Santos # | | 142. | Dominguez Mora Guadalupe |
| 103. | Cruz Hernandez Evaristo | | 143. | Dominguez Valdez Arturo |
| 104. | Cruz Hernandez Ivan | | 144. | Escdero Reyes Jaime |
| 105. | Cruz Hernandez Lorenzo | | 145. | Escudero Reyes Ruben |
| 106. | Cruz Hernandez Ramiro | | 146. | Escudero Rodriguez Raul |
| 107. | Cruz Leyton Panfilo | | 147. | Espinoza Macias Arnulfo |
| 108. | Cruz Mendoza Armando | | 148. | Espinoza Palacios Macedonio |
| 109. | Cruz Meza Alvaro | | 149. | Espinoza Rodriguez Arnulfo |
| 110. | Cruz Reyes Refugio | | 150. | Estaba Repetido |
| 111. | Cruz Rodriguez Pedro | | 151. | Esteban Aguilar Jose |
| 112. | Cruz Torres Fidel | | 152. | Ferral Cardenas Enrique |
| 113. | Cruz Torres Leonel | | 153. | Ferral Florencia Jeronimo |
| 114. | Cruz Torrez Francisco | | 154. | Ferral Florencian Rafael |
| 115. | Cruz Valdez Mardino | | 155. | Ferral Mar Julio |
| 116. | De Leon Cruz Eduardo | | 156. | Ferral Ramos Juan Diego |
| 117. | De Leon Cruz Loreto Diego | | 157. | Ferral Ramos Virginia |
| 118. | De Leon Cruz Rosendo | | 158. | Figon Bautista Francisco |
| 119. | De Leon Valdez Jose Conrado | | 159. | Figon Espinoza Norberto De Jesus |
| 120. | De Leon Valdez Jose Loreto | | 160. | Figon Florencia Felix |

**B3 – <u>MEMBERS ONLY</u> OF LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA TAMIAHUA, S.C. DE R.L.**

**"COOP PLAINTIFFS"**

161. Figon Florencia Pedro
162. Figon Hernandez Gabino
163. Figon Perez Cesar
164. Figon Perez Francisco
165. Figon Sobrevilla Gabino
166. Florencia Garcia Alfonso
167. Florencia Garcia Pedro
168. Florencia Hernandez Domingo Guadalupe
169. Galindo Cruz Vicente
170. Garces Aran Roberto
171. Garces Dominguez Juan Antonio
172. Garces Reyes Heriberto
173. Garcia Aldana Felipe
174. Garcia Aldana Israel
175. Garcia Blanco Facundo
176. Garcia Castro Abdon
177. Garcia Castro Silvano
178. Garcia Cruz Gustavo
179. Garcia Escudero Quintin
180. Garcia Gaspar Julio Cesar
181. Garcia Hernandez Fernando
182. Garcia Hernandez Jose Marin
183. Garcia Lorenzo Facundo
184. Garcia Lorenzo Jose Juan
185. Garcia Lorenzo Jose Luis
186. Garcia Perez Daniel
187. Garcia Salas Antonio
188. Garcia Santander Gumercindo
189. Garcia Santander Hector
190. Garcia Santander Jesus
191. Garcia Santander Rodrigo
192. Garcia Santiago David
193. Garcia Santiago Mauricio
194. Garcia Santiago Obed
195. Gaspar Cruz Fortunato
196. Gomez Galindo Eleuterio
197. Gomez Garcia Mario
198. Gomez Mogollon Amado
199. Gomez Ramos Manuel
200. Gonzalez Cruz Antonio

201. Gonzalez Cruz Armando
202. Gonzalez Cruz Daniel
203. Gonzalez Cruz Javier
204. Gonzalez Cruz Jose Omar
205. Gonzalez Cruz Juan
206. Gonzalez Cruz Julio Cesar
207. Gonzalez Figon Joaquin
208. Gonzalez Gonzalez Benjamin
209. Gonzalez Gonzalez Julio
210. Gonzalez Hernandez Piedad
211. Gonzalez Hernandez Portugal
212. Gonzalez Hernandez Rafael
213. Gonzalez Hernandez Santiago
214. Gonzalez Melgoza Elodio
215. Gonzalez Mergoza Amador
216. Gonzalez Meza Javier
217. Gonzalez Ortiz Javier
218. Gonzalez Valdez Catarino
219. Gonzalez Valdez Ines
220. Hernandez Cabrales Pascual
221. Hernandez Castro Ricardo
222. Hernandez Cruz Reynaldo
223. Hernandez Ferral Emilio
224. Hernandez Ferral Mario Arturo
225. Hernandez Gonzalez Jesus
226. Hernandez Hernandez Teofilo
227. Hernandez Huezca Tomas
228. Hernandez Lara Angel
229. Hernandez Leandro Jose
230. Hernandez Lorenzo Angel
231. Hernandez Lorenzo Jose Amauri
232. Hernandez Lorenzo Perfecto
233. Hernandez Lorenzo Ricardo
234. Hernandez Mendez Gregorio
235. Hernandez Olmos Jose Guadalupe
236. Hernandez Reyes Inocencio
237. Hernandez Reyes Jose
238. Hernandez Reyes Teofilo
239. Hernandez Romero Jose
240. Hernandez Rosas Telesforo

**B3 – <u>MEMBERS ONLY</u> OF LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA TAMIAHUA, S.C. DE R.L.**

**"COOP PLAINTIFFS"**

241. Isidro Constantino Valentin
242. Isidro Perez Celso
243. Isidro Perez Jaime
244. Isidro Perez Santiago
245. Juarez Hernandez Epifania
246. Juarez Juarez Alfonso
247. Juarez Martinez Salvador
248. Leandro Roman Juan
249. Leyton Florencia Rene
250. Lorenzo Blanco Rodolfo
251. Lorenzo Constantino Blas
252. Lorenzo Constantino Rolando
253. Lorenzo Cruz Agustin
254. Lorenzo Cruz Alfonso
255. Lorenzo Cruz Cleofas
256. Lorenzo Gomez Raul
257. Lorenzo Valdez Jorge Emilio
258. Loya Cruz Bernardo
259. Loya Cruz Mercedes
260. Lugo Juarez Ernesto
261. Macias Gonzalez Javier
262. Macias Sobrevilla Bacilio
263. Macias Sobrevilla Francisco
264. Mar Cruz Alejandro
265. Mar Moreno Bonifacio
266. Mar Moreno Enrique
267. Mar Valdez Zacarias
268. Martinez Cruz Leopoldo
269. Martinez Gonzalez Baltazar
270. Martinez Hernandez Cosme
271. Martinez Hernandez Heriberto
272. Maya Aldana Amando
273. Maya Constantino Isaias
274. Maya Hernandez Amando
275. Maya Mendoza Alejandro
276. Maya Sobrevilla Crisoforo
277. Medina Garcia Victorico
278. Mendez Castro Lorenzo
279. Mendez Hernandez Hector
280. Mendoza Blanco Oscar

281. Mendoza Castellanos Eduardo
282. Mendoza Castellanos Jose Maria
283. Mendoza Cruz Margarito
284. Mendoza Gomez Francisco Javier
285. Mendoza Lara Arturo
286. Mendoza Lara Ernesto
287. Mendoza Lara Honorio
288. Mendoza Lara Rafael
289. Mendoza Nuñez Juan
290. Mendoza Reyes Antonio
291. Meza Alejandre Agustin
292. Meza Alejandre Enrique
293. Meza Alejandre Roberto
294. Meza Blanco Arturo
295. Meza Blanco Ranulfo
296. Meza Cruz Abundio
297. Meza Cruz Alejandro
298. Meza Cruz Angel
299. Meza Cruz Heriberto
300. Meza Cruz Victor Manuel
301. Meza Ferral Lazaro
302. Meza Ferral Maria De La Luz
303. Meza Gonzalez Paulino
304. Meza Salas Reynaldo
305. Meza Salas San Juan De Dios
306. Meza Torres Jose
307. Muñoz Barios Fermin
308. Olmos Alejandre Luis
309. Olmos Salas Adelado
310. Olmos Salas Hugo
311. Olvera Cruz Francisco
312. Olvera Gonzalez Carlos
313. Ortega Cruz Luis
314. Ortega Santiago Andres
315. Osorio Martinez Francisco
316. Oviedo Santoago Antonio
317. Palomino Figo Francisco Javier
318. Perez Castellanos Carlos
319. Perez Castro Roberto
320. Perez Dominguez Cosme

**B3 – <u>MEMBERS ONLY</u> OF LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA TAMIAHUA, S.C. DE R.L.**

**"COOP PLAINTIFFS"**

321. Perez Dominguez Eladio
322. Perez Dominguez Rosalino
323. Perez Hernandez Ignacio
324. Perez Hernandez Juan
325. Perez Hernandez Sixto
326. Perez Herrera Luis Enrique
327. Perez Mar Cornelio
328. Perez Mar Luciano
329. Perez Maya Angel
330. Perez Mendoza Emilio
331. Perez Sanchez Camilo
332. Perez Sanchez Francisco
333. Perez Tapia Angel
334. Perez Tapia Juan
335. Quiroz Ovando Daniel
336. Ramirez Cobos Jose
337. Ramirez Gonzalez Quintilo
338. Ramos Cruz Epifanio
339. Ramos Del Rio Fermin
340. Ramos Gonzalez Agustin
341. Ramos Gonzalez Eladio
342. Ramos Hernandez Claudio
343. Ramos Hernandez Feliciano
344. Ramos Hernandez Lidio
345. Ramos Hernandez Luis
346. Ramos Perez Epifanio
347. Ramos Sanchez Juan
348. Ramos Villegas Crispin
349. Reyes Alejandre Enrique
350. Reyes Castro Emilio
351. Reyes Delgado Amador
352. Reyes Delgado Casimiro
353. Reyes Delgado Eliceo
354. Reyes Delgado Victorico
355. Reyes Diaz Adelaido
356. Reyes Diaz Enrique
357. Reyes Loya Miguel Angel
358. Reyes Mendoza Agustin
359. Reyes Mendoza Araceli
360. Reyes Mendoza Fernando
361. Reyes Mendoza Juan Javier
362. Reyes Torres Lucio
363. Rivera Ferral Santos
364. Rivera Ferral Tomas
365. Rodriguez Alejandre Crisoforo
366. Rodriguez Alejandre Ricardo
367. Rodriguez Del Rio Cleotilde
368. Rodriguez Leandro Cleotilde
369. Rojas Perez Esteban
370. Roman Casanova Emilia
371. Rosas Blanco Secundino
372. Rosas Cristobal Celso
373. Rosas Cristobal Juan Manuel
374. Rosas Cristobal Rogelio
375. Rosas Diaz Rodolfo
376. Rosas Esteban Horacio
377. Rosas Rivera Serafin
378. Rosas Santos Manuel
379. Rosas Valdez Luis
380. Rosas Valdez Sergio
381. Ruiz Santiago Juan Antonio
382. Salas Cuellar Porfirio
383. Sanchez Blanco Rodrigo
384. Sanchez Cervantes Daniel
385. Sanchez Florencio
386. Sanchez Geronimo Angel
387. Sanchez Martinez Venancio
388. Sanchez Mendoza Venancio
389. Sanchez Rodriguez Ascencion
390. Sanchez Rodriguez Hugo
391. Santander Isidro Juan Pablo
392. Santander Leyton Honorio
393. Santander Leyton Sebastian
394. Santander Peralta Emilio
395. Santiago Castro Lazaro
396. Sequera Florencia Julian
397. Sequera Hernandez Felipe
398. Sequera Lorenzo Leopoldo
399. Silva Escudero Yoshio
400. Silva Mendoza David

## B3 – <u>MEMBERS ONLY</u> OF LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA TAMIAHUA, S.C. DE R.L.

### "COOP PLAINTIFFS"

401.  Sobrevilla Cruz Angel
402.  Sobrevilla Del Angel Angel
403.  Tejeda Mendoza Manuel
404.  Terraza Aldana Arturo
405.  Terraza Aldana Benigno
406.  Terraza Aldana Jorge Luis
407.  Tijerina Mendina Jorge Luis
408.  Torres Cruz Porfirio
409.  Torres Mendoza Faustino
410.  Torres Merinos Faustino
411.  Valdez Gonzalez Catarino
412.  Valdez Zamora Narcizo
413.  Vicencio Cruz Blas
414.  Vicencio Sequera Mardonio
415.  Zamora Blanco Emilio
416.  Zamora Garcia Andres
417.  Zamora Garcia Isidoro
418.  Zamora Garcia Timoteo
419.  Zamora Rosendo Pascual
420.  Zamora Sanchez Pablo Ernesto
421.  Zamora Sanchez Rene
422.  Zamora Santander Jose
423.  Zarate Lopez Samuel
424.  Zumaya Garcia Salvador
425.  Zumaya Hernandez Tomas

B4 – LA SOCIEDAD COOPERATIVA DE SERVICIO LANCHEROS DE SAN JERONIMO
S.C. DE R.L. DE C.V.

"COOP PLAINTIFFS"

| | | | |
|---|---|---|---|
| 1. | Alarcon Lopez Miguel Angel | 43. | Olivarez Cruz Ruben |
| 2. | Alfredo Acuna Trinidad | 44. | Olivarez Sosa Julian |
| 3. | Camarillo Cruz Ruth | 45. | Quintero Gonzalez Martin |
| 4. | Cervantes Martinez Silverio | 46. | Ramirez Camarillo Christian Adolfo |
| 5. | Chavez Bautista Jose Antonio | 47. | Ramirez Camarillo Rodrigo |
| 6. | Chavez Bautista Raul | 48. | Ramirez Gonzalez Baltazar |
| 7. | Chavez Buatista Refugio | 49. | Ramirez Rojas Candido |
| 8. | Cruz Cervantes Pablo | 50. | Razo Bautisa Santos |
| 9. | Cruz Cervantes Zoila | 51. | Salas Razo Angel |
| 10. | Cruz Cruz Benito | 52. | Salas Razo Demesia |
| 11. | Cruz Esquivel Juan Carlos | 53. | Salas Razo Rafael |
| 12. | Cruz Gallegos Julio Cesar | 54. | Trejo Salas Fernando |
| 13. | Cruz Gonzalez Joaquin | 55. | Zaleta Juarez Oscar |
| 14. | Cruz Gonzalez Roberto | 56. | Zaleta Moralejo Crispin |
| 15. | Cruz Gonzalez Sergio | | |
| 16. | Cruz Jeronimo Andres | | |
| 17. | Cruz Perez Paola Lizeth | | |
| 18. | Cruz Santiago Eduardo | | |
| 19. | Cruz Santiago Federico | | |
| 20. | Cruz Santiago Roberto | | |
| 21. | Del Angel Ramirez Rogelio | | |
| 22. | Esquivel Arteaga Maria Magdalena | | |
| 23. | Guerrero Torres Victoria Aurora | | |
| 24. | Hernandez Camarillo Jose Ernesto | | |
| 25. | Juarez Florencia Miguel | | |
| 26. | Juarez Lugo Rene | | |
| 27. | Juarez Rodriguez Miguel | | |
| 28. | Lopez Gonzalez Evaristo | | |
| 29. | Lopez Gonzalez Evelia | | |
| 30. | Lopez Gonzalez Humberto | | |
| 31. | Lopez Gonzalez Julio Antonio | | |
| 32. | Lopez Gonzalez Mario Felix | | |
| 33. | Lorenzo del Angel Rosaura | | |
| 34. | Lugo  Garcia Cruz Emma | | |
| 35. | Lugo Morato Francisco | | |
| 36. | Lugo Sosa Ana Luisa | | |
| 37. | Mar Martinez Igancio | | |
| 38. | Martinez Encarnacion Facundo | | |
| 39. | Mora Casados Maria Luisa | | |
| 40. | Morales del Angel Jaime | | |
| 41. | Morales Angel Jesus Leonel | | |
| 42. | Morales Reyes Jaime | | |

B5 -  LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA PESCADORES DE
TAMIAHUA S.C. DE R.L. DE C.V.

"COOP PLAINTIFFS"

1. Aguilar Sosa, Juan
2. Aldana Castillo, Arturo
3. Alejandre Constantino, Mario
4. Alejandre Hernandez, Adrian
5. Alejandre Santander, Eleuterio
6. Allende Reyes, Primitivo
7. Allende Roman, Luis Alberto
8. Alvarado Leandro, Magdalena
9. Aran Ferral, Guillermo
10. Aran Ferral, Milenio
11. Aranda Alvarado, Ciro
12. Aranda Alvarado, Miguel
13. Aranda Cruz, Julio Cesar
14. Bautista Hernandez, Rito
15. Benavidez Perez, Alberto
16. Bujalil Cruz, Dora Alicia
17. Capitan Garcez, Enriquez
18. Caballero Palacios, Jesus
19. Casanova Cristobal, Luis Alberto
20. Casanova de Leon, Ignacio
21. Casanova de Leon, Maximino
22. Castillo Ruiz, Jesus
23. Castro Deantes, Nabor
24. Castro Maya, Juan
25. Cisneros Garcia, Cruz
26. Cisneros Meza, Hilario
27. Cisneros Meza, Roman
28. Cobos Lopez, Abel
29. Cobos Lopez, Hector
30. Copal Hernandez, Gabriel
31. Copal Hernandez, Jesus
32. Copal Hernandez, Luis Alberto
33. Cordero Ferral, Gilberto
34. Cordoba Copal, Jesus
35. Cordoba Cruz, Andres
36. Crespo Hernandez, Guadalupe
37. Cristobal Reyes, Silvestre
38. Cruz Alejandre, Juan Manuel
39. Cruz Blanco, Aurelio
40. Cruz Blanco, Rodolfo
41. Cruz Casanova, Artemio
42. Cruz Casanova, Jesus
43. Cruz Casanova, Manuel
44. Cruz Copal, Jesus
45. Cruz Cristobal, Baldomero
46. Cruz Cuervo, Jose Maria
47. Cruz Cuervo, Noe
48. Cruz del Angel, Santos
49. Cruz Ferral, Fermin
50. Cruz Ferral, Carlos
51. Cruz Franco, Felix
52. Cruz Garcia, Fidel
53. Cruz Garcia, Israel
54. Cruz Garcia, Miguel Angel
55. Cruz Gaspar, Matias
56. Cruz Martinez, Gabriel
57. Cruz Martinez, Mario
58. Cruz Nolasco, Salomon
59. Cruz Perez, Alejandro
60. Cruz Perez, Juan Luis
61. del Angel Torres, Gustavo
62. del Angel Torres, Noe
63. del Valle Franco, Juan
64. del Valle Franco, Maria de los Angeles
65. Delgado Cristobal, Maria Isabel
66. Delago Franco, Mauro
67. Delgado Isidro, Ines
68. Diaz Barrios, Epifanio
69. Diaz Castellanos, Hermilo
70. Diaz Castellanos, Salvador
71. Diaz Castellanos, Santos
72. Diaz Cobos, Martin
73. Diaz Cruz, Ricardo
74. Diaz Cruz, Victor Manuel
75. Diaz Villegas, Santos
76. Dominguez del Angel, Jose Luis
77. Dominguez Miranda, Jose Luis
78. Espinoza Constantino, Amadeo
79. Espinoza Hernandez, Facundo
80. Espinoza Hernandez, Ramon
81. Espinoza Macias, Eusebio
82. Espinoza Perez, Amadeo

B5 - LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA PESCADORES DE
TAMIAHUA S.C. DE R.L. DE C.V.

"COOP PLAINTIFFS"

| | | | |
|---|---|---|---|
| 83. | Espinoza, Cornelio | 124. | Gonzalez Ramirez, Raymundo |
| 84. | Fajardo Mogollon, Gildardo | 125. | Gonzalez Rosas, Daniel |
| 85. | Fajardo Mogollon, Miguel Angel | 126. | Gonzalez Rosas, Israel |
| 86. | Ferral Cobos, Ruben | 127. | Gonzalez Rosas, Javier |
| 87. | Ferral Diaz, Carlos | 128. | Gonzalez Reyes, Alejo |
| 88. | Ferral Diaz, Guillermo | 129. | Hernandez Alvarado, Casto |
| 89. | Ferral Hernandez, Jose Guadalupe | 130. | Hernandez Baltazar, Ventura Enrique |
| 90. | Ferral Ovando, Armando | 131. | Hernandez Hernandez, Camilo |
| 91. | Figon Gonzalez, Epigmenio | 132. | Hernandez Hernandez, Mateo |
| 92. | Figon Gonzalez, Reymundo | 133. | Hernandez Perez, Benigno |
| 93. | Florencia Blanco, Alfonso | 134. | Hernandez Perez, Saturnino |
| 94. | Florencia Miranda, Martin | 135. | Hernandez Ramirez, Jaime |
| 95. | Franco Cruz, Jorge | 136. | Hernandez Ramirez, Rafael |
| 96. | Franco Hernandez, Silvestre | 137. | Hernandez Ramirez, Rafael |
| 97. | Franco Reyes, Carlos Alberto | 138. | Hernandez Resendiz, Guadencio |
| 98. | Gallardo Cruz, Jose Alfredo | 139. | Hernandez Reyes, Alejandro |
| 99. | Gallardo Reyes, Ciro | 140. | Hernandez Reyes, Israel |
| 100. | Gallardo Reyes, Jose | 141. | Hernandez Reyes, Moises |
| 101. | Gallardo Torres, Joaquin | 142. | Hernandez Reyes, Rene |
| 102. | Gallardo Torres, Manuel | 143. | Hernandez Reyes, Ruben |
| 103. | Gallardo Torres, Miguel | 144. | Hernandez Reyes, Silverio |
| 104. | Garcez Ferral, Ramiro | 145. | Hernandez Sosa, Demetria |
| 105. | Garcia Blanco, Jesus | 146. | Hernandez Torres, Antelmo Abad |
| 106. | Garcia Blanco, Sergio | 147. | Huerta Lima, David |
| 107. | Garcia Carrillo, Martina | 148. | Huerta Lima, Luis |
| 108. | Garcia Hernandez, Nicolas | 149. | Ibarra Benavides, Luis |
| 109. | Garcia Perez, Hector | 150. | Juarez Cruz, Julian |
| 110. | Garcia Romero, Sergio | 151. | Juarez Sanchez, Constantino |
| 111. | Garcia Salinas, Felix | 152. | Leos Manlonado, Jorge |
| 112. | Garcia Salinas, Hesiquio | 153. | Licona Sobrevilla, Pedro Julian |
| 113. | Garcia Sanchez, Elfego | 154. | Licona Sobrevilla, Ramon |
| 114. | Gomez Acosta, Aurelio | 155. | Lopez Benavides, Alvaro |
| 115. | Gomez Acosta, Ruben | 156. | Lopez Herrera, Cesar |
| 116. | Gomez Benavides, Meliton | 157. | Lopez Reyes, Alvaro |
| 117. | Gomez Espinoza, Arturo | 158. | Lopez Roman, Gilberto |
| 118. | Gomez Espinoza, Lucio | 159. | Lopez Roman, Ricardo |
| 119. | Gomez Espinoza, Rodrigo | 160. | Loya Juarez, Maria |
| 120. | Gomez Martinez, Cleofe | 161. | Macias Constantino, Julian |
| 121. | Gomez Martinez, Martin | 162. | Macias Garcia, Amado |
| 122. | Gomez Roman, Efrain | 163. | Macias Garcia, Antonio |
| 123. | Gonzalez Briones, Jose | 164. | Malerva Cruz, Antonio |

B5 -  LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA PESCADORES DE
TAMIAHUA S.C. DE R.L. DE C.V.

"COOP PLAINTIFFS"

| | |
|---|---|
| 165.  Malerva Cruz, Leonel | 206.  Mendoza Meza, Urbano |
| 166.  Malerva Cruz, Martina | 207.  Mendoza Reyes, Abad |
| 167.  Malerva del Angel, Oscar | 208.  Meraz Zamora, Alberto |
| 168.  Malerva Sobrevilla, Mauro | 209.  Meraz Zamora, Ignacio |
| 169.  Mar Barrera, Rafael | 210.  Meza Aran, Delfino |
| 170.  Mar Maya, Marcela | 211.  Meza Aran, Julio |
| 171.  Mar Ortega, Manuel | 212.  Monroy Perez, Omar |
| 172.  Mar Perez, Franco | 213.  Morido Dominguez, Victor Aurelio |
| 173.  Mar Torres, Sotero | 214.  Nolasco Gomez, Julio Cesar |
| 174.  Marquez Mendoza, Crisoforo | 215.  Nolasco Gomez, Lucio |
| 175.  Martinez Benitez, Antonio | 216.  Nolasco Gomez, Raul |
| 176.  Martinez Benitez, Candelario | 217.  Nolasco Gomez, Cresencio |
| 177.  Martinez Benitez, Higinio | 218.  Nolasco Moreno, Faustino |
| 178.  Martinez Benitez, Jose | 219.  Nolasco Reyes, Feliciano |
| 179.  Martinez Bentidez, Marcial | 220.  Nunez Macias, Herminio |
| 180.  Martinez Cruz, Macario | 221.  Nunez Saldana, Adan |
| 181.  Martinez Cruz, Raul | 222.  Nunez Saldana, Enrique |
| 182.  Martinez Cruz, Santos | 223.  Nunez Saldana, Hilarion |
| 183.  Martinez Cruz, Severiano | 224.  Ochoa Vazquez, Alejandro |
| 184.  Martinez Esteban, Issac | 225.  Ortega Benavides, Jorge |
| 185.  Martinez Esteban, Raul | 226.  Ortega Benavides, Jose |
| 186.  Martinez Ferral, Alfonso Pilar | 227.  Ortega Mogollon, Perfecto |
| 187.  Martinez Ferral, Hector | 228.  Ortega Santiago, Vicente |
| 188.  Martinez Garces, Enedino | 229.  Osorio Rodrgiuez, Victor Manuel |
| 189.  Martinez Garces, Ernesto | 230.  Peralta Perez, Juan Carlos |
| 190.  Martinez Hernandez, Alfonso | 231.  Perez Constantino, Vicente |
| 191.  Martinez Hernandez, Marcos | 232.  Perez Copal, Zozimo |
| 192.  Martinez Reyes, Abel | 233.  Perez Mar, Francisco |
| 193.  Martinez Roman, Jose Alfredo | 234.  Perez Ruiz, Eleazar |
| 194.  Martir Figon, Benito | 235.  Ramirez Cruz, Santos |
| 195.  Martir Figon, Gustavo | 236.  Ramos, Mario |
| 196.  Martir Figon, Hector | 237.  Rarmirez Gorozabi, Agustin |
| 197.  Martir Figon, Perfecto | 238.  Ramirez Gorozabi, Guadalupe |
| 198.  Maya Ramirez, Agustin | 239.  Ramirez Martinez, Fernando |
| 199.  Maya Ramirez, Florencio | 240.  Ramirez Martinez, Francisco Antonio |
| 200.  Mendez Cruz, Manuel | 241.  Ramirez Ortega, Luis Angel |
| 201.  Mendoza Cruz, Ricardo | 242.  Ramirez Ramirez, Lauro |
| 202.  Mendoza Figon, Eulices | 243.  Ramirez Reyes, Rogelio |
| 203.  Mendoza Malerva, Abad | 244.  Ramirez Reyes, Santos |
| 204.  Mendoza Meza, Eugenia | 245.  Ramirez Reyes, Teodoro |
| 205.  Mendoza Meza, Justino | 246.  Ramirez Reyes, Tomas |

B5 -  LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA PESCADORES DE
TAMIAHUA S.C. DE R.L. DE C.V.

"COOP PLAINTIFFS"

247.  Ramos del Rio, Francisco
248.  Ramos Lopez, Heriberto
249.  Ramos Lopez, Rafael
250.  Ramos Mar, Fermin
251.  Ramos Mar, Roberto
252.  Rangel Hernandez, Francisco
253.  Rangel Jimenez, Francisco
254.  Rangel Jimenez, Gabino
255.  Rangel Santander, Marco Antonio
256.  Reyes Benavides, Cesar
257.  Reyes Casanova, Hector
258.  Reyes Casanova, Inocencio
259.  Reyes Castro, Eleuterio
260.  Reyes Franco, Nereo
261.  Reyes Hernandez, Roberto
262.  Reyes Medellin, Josue Eliseo
263.  Reyes Medellin, Lazaro Arnoldo
264.  Reyes Medellin, Pedro Alberto
265.  Reyes Medellin, Silvestre Alfonso
266.  Reyes Ramirez, Cesar
267.  Reyes Roman, Enrique
268.  Reyes Roman, Porfirio
269.  Rodriguez Banda, Gabriel
270.  Rodriguez Castillo, Diego
271.  Roman Alejandre, Jose
272.  Roman Baron, Reynaldo
273.  Roman Barrios, Luis Rogelio
274.  Roman Cobos, Felipe
275.  Roman Cobos, Jeremias
276.  Roman Cobos, Maximiliano
277.  Roman Cobos, Sara
278.  Roman Martinez, Arturo
279.  Roman Ortega, Edmundo
280.  Roman Perez, Mario
281.  Rosas Garcia, Miguel Angel
282.  Rosas Hernandez, Juan
283.  Rosas Rivera, Carlos
284.  Rosas Ribera, Celestino
285.  Rubio Bautista, Raul
286.  Rubio Mauricio, Gregorio
287.  Salas Franco, Eugenio

288.  Salas Gonzalez, Fernando
289.  Salas Hernandez, Benito
290.  Salas Mogollon, Santos
291.  Saldana Granillo, Juan Manuel
292.  Saldana Masias, Crispin
293.  Saldana Masias, Saturnino
294.  Santander Alvarado, Celerino
295.  Santander Alvarado, Guillermo
296.  Santander Alvarado, Honorio
297.  Santander Isidro, Miguel
298.  Santander Leyton, Gaudencia
299.  Sequera Lorenzo, Manuel
300.  Sierra Aguilar, Mauricio
301.  Sierra Perez, Jose Alberto
302.  Sierra Perez, Luis Daniel
303.  Silva Rosas, Felix
304.  Sobrevilla Del Angel, Dolores
305.  Sobrevilla Gallardo, Lorenzo
306.  Sobrevilla Gallardo, Mariano
307.  Sobrevilla Gallardo, Seberiano
308.  Sobrevilla Hernandez, Adrian
309.  Sobrevilla Hernandez, Agripino
310.  Sobrevilla Hernandez, Apolinar
311.  Sobrevilla Hernandez, Julio Cesar
312.  Sobrevilla Malerva, Heriberto
313.  Sobrevilla Malerva, Teodulo
314.  Sobrevilla Saldana, Alfonso
315.  Sobrevilla Saldana, Jaime
316.  Sobrevilla Saldana, Mario
317.  Soto Santander, Donaciano
318.  Torres Ferral, Rogelio
319.  Torres Isidro, Rogelio
320.  Torres Ramirez, Gabino
321.  Torres Roman, Ruben
322.  Tovar Mar, Carlos Antonio
323.  Valdez Maya, Jose Manuel
324.  Vazquez Cruz, Tomas
325.  Valdez Villalobos, Felipe
326.  Velazquez Balderas, Cipriano
327.  Velazquez Hernandez, Ubaldo
328.  Vicencio Delgado, Pedro

B5 - LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA PESCADORES DE
TAMIAHUA S.C. DE R.L. DE C.V.

"COOP PLAINTIFFS"

329. Vicencio Figon, Martin
330. Vicencio Gonzalez, Cirino
331. Vicencio Gonzalez, Julian
332. Vicencio Santiago, Jose Luis
333. Zamora Garcia, Filimon
334. Zamora Mendoza, Edgar
335. Zamora Mendoza, Luis Manuel
336. Zamora Mendoza, Olivert
337. Zarate Reyes, Albis
338. Zarate Reyes, Cecilio
339. Zarate Reyes, Eduardo
340. Zarate Reyes, Gustavo
341. Zarate Zarate, Ceferino

B6 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA RIBERENA
OSTIONEROS DEL SUR S.C. DE R.L.

"COOP PLAINTIFFS"

1.  Alejandre Valdez Isadora
2.  Bautista Blanco Leonardo
3.  Blanco Aquino Benigna
4.  Blanco Aquino Eusebia
5.  Blanco Flores Betzabe
6.  Blanco Ortega Ofelia
7.  Blanco Prisciliano Eugenio
8.  Carvajal Antonio Alicia
9.  Carvajal Antonio Zeferino
10. Carvajal Martinez Wenceslao
11. Castro Blanco Aristeo
12. Castro Jonguitud Arturo
13. Castro Jaonguitud Silverio
14. Castro Jonguitud Arturo
15. Castro Jonguitud Evangelina
16. Castro Jonguitud Maria Guadalupe
17. Castro Jonguitud Maria Hilda
18. Castro Jonguitud Reyes
19. Cayetano Perez Guadalupe
20. Cayetano Perez Lilia
21. Constantino Casanova Facundo
22. Constantino Gonzalez Mateo
23. Constantino Maya Calixto
24. Cruz Castro Gaudencio
25. Cruz del Angel Esmeralda
26. Cruz del Angel Jose Francisco
27. Cruz del Angel Juana Alberta
28. Cruz del Angel Lucas
29. Cruz del Angel Maria Evodia
30. Cruz del Angel Martin
31. Cruz Jonguitud Ernesto
32. Cruz Jonguitud Hector
33. Cruz Jonguitud Margarito
34. Cruz Martir Porfirio
35. Cruz Priciliano Simon
36. Cruz Santiago Aurelio
37. Cruz Sosa Armando
38. Cruz Sosa Erasmo
39. Del Angel Vicencio Marcelo
40. Espinoza Lugo Nora Hilda
41. Florencia Andres
42. Flores Mendoza Eliuth
43. Flores Valdez Fernando
44. Flores Valdez Jose Isabel
45. Flores Valdez Leobardo
46. Garcia Alejandre Valente

47. Garcia Alvarado Paulo
48. Garcia Saldaña Dario
49. Gonzalez Cruz Virginio
50. Gonzalez Estevez Ubaldo
51. Gonzalez Santiago Sebastiana
52. Hernadez Basilio Francisco
53. Hernadez Basilio Hilario
54. Jimenez Zapata Jose Luis
55. Jonguitud Florencia Andres
56. Jonguitud Gomez Petra
57. Lopez Cruz Feliciano
58. Lopez Palacios Ezequiel
59. Mar Peralta Roberto
60. Marquez del Angel Daniel
61. Martir Gonzalez Jose
62. Mogoyon Cruz Concepcion
63. Morales Lugo Artemio
64. Olares Reyes Esteban
65. Orihuela Gomez Eddy Asuncion
66. Ortega Olares Ramiro
67. Puga Marquez Higinio
68. Puga Sanchez Jose
69. Ramirez Blanco Abdon
70. Ramirez Gallardo Abel
71. Ramirez Gallardo Alejandro
72. Ramirez Gallardo Oscar
73. Ramirez Gallardo Ruben
74. Ramirez Huesca Natalio
75. Santiago Alvarado Eugenia
76. Santiago Estevez Francisco
77. Santiago Loaiza Matilde
78. Santiago Mogollon Miguel Angel
79. Santiago Mogollon Valentin
80. Valdez Del Angel Carolina
81. Valdez Del Angel Marcelo
82. Valdez Del Angel Saturnina
83. Victoriano de la Cruz Sabas
84. Yanes Angel Maria Guadalupe

B7 – LA SOCIEDAD DE PESCADORES INDIGENAS DE RANCHO NUEVO S.C.

"COOP PLAINTIFFS"

1. Bernabe Facundo Pedro
2. Bernabe Garcia Antonio
3. Bernabe Morales Celso
4. Bernabe Morales Roman
5. Bernabe Perez Alejandro
6. Bernabie San Martin Tirzo
7. Cortez Bautista Alfredo
8. Cortez Bautista Pablo
9. Cortez Perez Isaac
10. Facundo Olarte Salvador
11. Hernandez Ramirez Juana
12. Hernandez Ramirez Bonifacio
13. Jimenez Santiago Luis
14. Lopez Romero Juan
15. Maldonado Salinas Veronica
16. Montes Vazquez Mario
17. Olarte Olarte Jorge
18. Perez Olmedo Jose Roberto
19. Ramirez Perez Gabriel
20. Ramirez Perez Hector
21. Ramirez Ramirez Pedro
22. Santiago Maldonado Humberto
23. Valquez Avelino Octavio

B8 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA RIBERENA LA AURORA BARRA DE CAZONES S.C.L. DE C.V.

"COOP PLAINTIFFS"

1. Barragan Garcia Abraham
2. Barragan Garcia Fidencio
3. Burton Rodriguez Froylan
4. Burton Rodriguez Hugo
5. Burton Santiago Hugo
6. Castillo Sosa Salomon
7. Fuentes Guzman Gilberto
8. Fuentes Hernandez Fortunato
9. Fuentes Hernandez Guillermo
10. Fuentes Osorio Alfonso
11. Fuentes Parra Brigido
12. Fuentes Parra Hermilo
13. Garcia Garces Pedro
14. Gomez Jimenez Isais
15. Gomez Moreno Victor
16. Irisson Santiago Luis Manuel
17. Irisson Stivalet Hipolito Agustin
18. Martinez Santiago Gilberto
19. Meregildo Martinez Candido
20. Morales Aparicio Jose
21. Morales Garcia Isaias
22. Moreno Perez Adrian
23. Moreno Santiago Dario
24. Moreno Santiago Fidencio
25. Moreno Santiago Lazaro
26. Perez Gonzalez Issac
27. Perez Morales Everardo
28. Santiago Garcia Santos
29. Santiago Hernandez Alejandro
30. Santiago Hernandez Julio
31. Santiago Hernandez Rafael
32. Santiago Parra Lucio
33. Santiago Perez Agustin
34. Santiago Perez Javier
35. Vargas Sosa David
36. Vargas Sosa Felipe

## B9 – LA SOCIEDAD COOPERATIVA DENOMINADA CAMARONEROS UNIDOS DE ALTAMAR S.C. DE R.L. DE C.V.

### "COOP PLAINTIFFS"

1.  Boza Lozada, Americo Alejandro
2.  Campos Duarte, Alfonso
3.  Chang Che, Jose del Carmen
4.  Cobos Cruz, Juan Manuel
5.  Cobos Reyes, Lazaro
6.  Constantino Guzman, Agustin
7.  Coronado Sumbia, Alvaro
8.  Cruz Chavez, Hipolito
9.  del Angel Santiago, Nabor Manuel
10. Espinoza Hernandez, Leonardo
11. Franco Cruz, Joel
12. Franco Silva, Daniel
13. Garcia Percero, Fernando
14. Garcia Rodriguez, Carlos
15. Gomez Roman, Esteban
16. Gonzalez Gonzalez, Pedro
17. Guzman Velazques, Jorge
18. Guzman Velazquez, Juan
19. Guzman Velazquez, Ponciano
20. Guzman Velazquez, Roberto
21. Hernandez Lugo, Jose Francisco
22. Ibarra Romero, Ernesto Javier
23. Juarez Gomez, Carlos Fernando
24. Leyton Cruz, Gregorio
25. Leyton Cruz, Santana
26. Lopez Hernandez, Maria del Rosario
27. Loya Blanco, Cirilo
28. Lugo Hernandez, Efrain
29. Mar Reyes, Raul
30. Mendez Morales, Santiago
31. Meza Leyton, Demetrio
32. Montejo Garcia, Miguel
33. Parada Mar, Catalina
34. Pelcastre Hernandez, Constantino
35. Pelcastre Hernandez, Maria Elena
36. Pelcastre Hernandez, Tranquilino
37. Perales Delago, Guillermo
38. Perez Garcia, David
39. Quiroz Cordoba, Abimael
40. Romero Hernandez, Angel
41. Ruiz Cruz, Arcadio
42. Serrano Salvador, Celso
43. Silios Benitez, Eulalio
44. Silva Rivera, Alfredo
45. Tamariz, Pablo
46. Tiburcio Garcia, Rolando
47. Vargas de los Santos, Demetrio
48. Vazquez Sanchez, Fancundo
49. Venegas Perez, Antelmo

B10— LA SOCIEDAD COOPERATIVA DE PRODUCTORES Y PESCADORES DE
SALADERO VERACRUZ S.C. DE. R.L.

## "COOP PLAINTIFFS"

1.   Aran Gonzalez Manuel
2.   Benitez Espinosa Raul
3.   Casados Torres Jose Fernando
4.   Castellanos Del Angel Camerino
5.   Castellanos Cordova Gilberto
6.   Cordoba Zalvaleta Juan
7.   Cordoba Zavaleta Rene
8.   Cruz Marquez Apolinar
9.   Del Angel Aran Eusebio
10.  Del Angel Aran Orlando
11.  Del Angel Constantino Rolando
12.  Del Angel Jeronimo Rodrigo
13.  Espinoza Hernandez Aureo
14.  Espinoza Solis Alberto
15.  Espinoza Solis Vicente
16.  Guerrero Cruz Antonia
17.  Lee Roque Jeronimo Arminio
18.  Meza Maya Sergio
19.  Perez Aran Pedro
20.  Perez Gallardo Bernardino
21.  Perez Gallardo Jose Domingo
22.  Perez Meza Roman
23.  Perez Zequera Roman
24.  Salas Hernandez Margarito
25.  Salas Sosa Diego Armando
26.  Sequera Hernandez Celestino
27.  Sosa Gonzalez Ruben
28.  Sosa Perez Guillermo
29.  Sosa Perez Ruben
30.  Soza Gonzalez Eduardo
31.  Soza Gonzalez Rafael
32.  Torres Rosas Francisco
33.  Torres Zaleta Federico
34.  Torres Zaleta Fernando
35.  Torres Zaleta Filimon
36.  Torres Zaleta Ismael

B11 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA RIBERENA
PESCADORES DE CABO ROJO S.C. DE R.L. DE C.V.

"COOP PLAINTIFFS"

| | | | |
|---|---|---|---|
| 1. | Alonso Coronel, Manuel | 38. | Cruz Villalobos, Joaquin |
| 2. | Barrios Maya, Esau | 39. | Cruz Villalobos, Rosalino |
| 3. | Bautista Deantes, Miguel | 40. | del Angel Hernandez, Jose de Jesus |
| 4. | Bautista Ramirez, Florencio | 41. | del Angel Perez, Hugo |
| 5. | Bernon Hernandez, Mauricio | 42. | Delgado Mendoza, Luis Abel |
| 6. | Casanova Casanova, Javier | 43. | Delgado Mendoza, Nelson |
| 7. | Casanova Casanova, Ruben | 44. | Delgado Sosa, Abel |
| 8. | Casanova Cruz, Anastacio | 45. | Delgado Sosa, Eloy |
| 9. | Casanova Polito, Arturo | 46. | Delgado Sosa, Rene |
| 10. | Casanova Vazquez, Ernesto | 47. | Delgado Villalobos, Rene |
| 11. | Constantino Casanova, Arnulfo | 48. | Espinoza Alonso, Jose |
| 12. | Constantino Casanova, Toribio | 49. | Garcia Casanova, Rigoberto |
| 13. | Copal Santiago, Rodolfo | 50. | Garcia Deantes, Jose Luis |
| 14. | Cruz Barrios, Hector Hugo | 51. | Garcia Deantes, Ventura |
| 15. | Cruz Cruz, Jose Alberto | 52. | Garcia Delgado, Heradio |
| 16. | Cruz Cruz, Jose Fausto | 53. | Garcia Delgado, Lazaro |
| 17. | Cruz Cruz, Manuel Antonio | 54. | Garcia Hernandez, Victor Antonio |
| 18. | Cruz Davila, Fermin | 55. | Garcia Perez, Esteban |
| 19. | Cruz del Angel, Fausto | 56. | Garcia Perez, Fernando |
| 20. | Cruz del Angel, Toribio | 57. | Gomez Cruz, Jose Dolores |
| 21. | Cruz Garcia, Crescenciano | 58. | Gonzalez Perez, Leonel |
| 22. | Cruz Gonzalez, Efren | 59. | Hernandez Cruz, Ramon |
| 23. | Cruz Gonzalez, Paciano | 60. | Hernandez del Angel, Josefat |
| 24. | Cruz Gonzalez, Said | 61. | Lorenzo Cruz, Daniel |
| 25. | Cruz Gonzalez, Tomas | 62. | Lorenzo Cruz, Valente |
| 26. | Cruz Hernandez, Edgar Eduardo | 63. | Lorenzo Delgado, Tomas |
| 27. | Cruz Hernandez, Francisco | 64. | Lorenzo Medina, Sergio Valente |
| 28. | Cruz Hernandez, Juan Francisco | 65. | Mar del Angel, Serafin |
| 29. | Cruz Hernandez, Natanael | 66. | Mar Gonzalez, Marco Antonio |
| 30. | Cruz Hernandez, Paciano | 67. | Mar Mendoza, Fabian |
| 31. | Cruz Medina, Hector | 68. | Mar Mendoza, Tomas |
| 32. | Cruz Medina, Javier | 69. | Mar Padilla, Narciso |
| 33. | Cruz Mendoza, Rosalio | 70. | Martinez del Rosal, Bernardo |
| 34. | Cruz Perez, German | 71. | Martinez Lorenzo, Luis Enrique |
| 35. | Cruz Perez, Marino Emmanuel | 72. | Mascarenas Mellado, Carlos Saturnino |
| 36. | Cruz Rodriguez, Damian | 73. | Mascarenas Mellado, Hector |
| 37. | Cruz Santiago, Pascual | 74. | Mascarenas Mellado, Silviano |

B11 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA RIBERENA
PESCADORES DE CABO ROJO S.C. DE R.L. DE C.V.

"COOP PLAINTIFFS"

| | | | | |
|---|---|---|---|---|
| 75. | Maya Aguilar, Jesus | | 112. | Portales Hernandez, Jaime |
| 76. | Maya Aguilar, Silviano | | 113. | Ramirez Constantino, Felipe |
| 77. | Maya Alonso, Pedro | | 114. | Ramirez Perez, Felipe |
| 78. | Maya Cortez, Benito | | 115. | Ramirez Perez, Luis Miguel |
| 79. | Maya Cortez, Lazaro | | 116. | Reyes Santiago, Pablo |
| 80. | Maya Cruz, Fernando | | 117. | Sanchez Gonzalez, Amado |
| 81. | Maya Cruz, Ricardo | | 118. | Santos Barrios, Eliud |
| 82. | Maya Cruz, Ruben | | 119. | Santos Barrios, Refugio |
| 83. | Maya Morales, Alexis | | 120. | Santos Barrios, Romelio |
| 84. | Maya Perez, Bernardo | | 121. | Santos Herrera, Adelaido |
| 85. | Maya Perez, Francisco | | 122. | Santos Herrera, Benjamin |
| 86. | Maya Perez, Jose Luis | | 123. | Santos Ruiz, Efrain |
| 87. | Maya Perez, Jose Luis | | 124. | Santos Tovar, Efrain |
| 88. | Maya Perez, Teodulo | | 125. | Santos Tovar, Luis Guillermo |
| 89. | Maya Perez, Vicente | | 126. | Tiburcio Cruz, Jose Marcial |
| 90. | Maya Rodriguez, Vicente | | 127. | Vazquez Ramirez, Bernardo |
| 91. | Maya Santos, Pedro Cain | | 128. | Villalobos Constantino, Humberto |
| 92. | Maya Sosa, Silviano | | 129. | Villalobos Constantino, Jose |
| 93. | Maya Villalobos, Roberto | | | Guadalupe |
| 94. | Medina Lorenzo, Francisco | | 130. | Villalobos Cruz, Juan Diego |
| 95. | Medina Ruiz, Castulo | | 131. | Villalobos Maya, Jaime |
| 96. | Medina Ruiz, Leonisia | | 132. | Villalobos Maya, Ramiro |
| 97. | Mendoza Lorenzo, Pablo | | | |
| 98. | Mendoza Lorenzo, Petronilo | | | |
| 99. | Mendoza Mendoza, Juan Carlos | | | |
| 100. | Meza Torres, Florentino | | | |
| 101. | Morales Franco, Jaime | | | |
| 102. | Morales Ramirez, Cutberto | | | |
| 103. | Ortega Barrios, Antonio | | | |
| 104. | Ortega Perez, Rosalio | | | |
| 105. | Perez Alonzo, Benito | | | |
| 106. | Perez Morales, Josue | | | |
| 107. | Perez Perez, Elfego | | | |
| 108. | Perez Ramirez, Carlos | | | |
| 109. | Perez Ramirez, Cristobal | | | |
| 110. | Perez Villalobos, Gustavo | | | |
| 111. | Perez Villalobos, Juan Manuel | | | |

B12 - LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA GRUPO UNIDO DE LAS CHACAS S.C. DE R.L. DE C.V.

"COOP PLAINTIFFS"

| | | | |
|---|---|---|---|
| 1 | Aguilar Castaneda Santos | 27 | Maldonado Vargas Jose Luis |
| 2 | Aguilar Maya Roderick | 28 | Maldonado Vargas Julio Cesar |
| 3 | Castan Gonzalez Gildardo | 29 | Maldonado Vazquez Agustin |
| 4 | Cruz Benitez Narcizo | 30 | Martinez Casio Artemio |
| 5 | Cruz Flores Luciana | 31 | Martinez Ordonez Artemio |
| 6 | Cruz Roman Marcelo | 32 | Maya Aguilar Leonardo |
| 7 | Cruz Solano Jorge | 33 | Mendoza Gonzalez Jesus Alberto |
| 8 | Cruz Valdez Raymundo | 34 | Molar Gonzalez Angel |
| 9 | Cruz Valdez Teodoro | 35 | Molar Gonzalez Emilio |
| 10 | De la Rosa Malpica Nefi | 36 | Molar Gonzalez Fernando |
| 11 | De Luna Ordonez Jorge Alberto | 37 | Molar Gonzalez Francisca |
| 12 | De Luna Ordonez Melquiades | 38 | Molar Gonzalez Santiago |
| 13 | De Luna Ordonez Porfirio | 39 | Molar Narvaez Camilo |
| 14 | Espinoza Cruz Angel | 40 | Ortega Palacios Mauro |
| 15 | Franco Zaleta Joel | 41 | Ortega Quinto Jorge Alberto |
| 16 | Garcia Santes Agustin | 42 | Perez Flores Angel |
| 17 | Garcia Valdez Jose | 43 | Perez Flores Arturo |
| 18 | Garcia Valdez Jose Obrero | 44 | Perez Flores Elidio |
| 19 | Herrera Istepan Jose Alberto | 45 | Rivera del Angel Jose Manuel |
| 20 | Juarez Castillo Luis | 46 | Rodriguez del Angel Macario |
| 21 | Lima Benitez Carlos | 47 | Tellez Cruz Rodolfo |
| 22 | Lima Noguera Carlos | 48 | Tellez Marquez Rodolfo |
| 23 | Lima Ruiz Carlos Orlando | 49 | Ugalde Franco Paulino |
| 24 | Maldonado Jiminez Eucebio | 50 | Ugalde Lima Carlos Vidal |
| 25 | Maldonado Martinez Luis Ramon | 51 | Valencia de Luna Miguel |
| 26 | Maldonado Morales Jose Luis | | |

B13 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA LA HUASTECA
VERACRUZANA S.C. DE R.L. DE C.V.

"COOP PLAINTIFFS"

1. Ahumada Garcia, Amancio
2. Alejandre Gonzalez, Alejandro
3. Arregoita Constantino, Higinio
4. Arregoita Mar, Anastacio
5. Arteaga Gonzalez , Ruben
6. Arteaga Mar, Eloy
7. Arteaga Marquez, Froylan
8. Arteaga Marquez, Pablo
9. Arteaga Marquez, Porfirio
10. Arteaga, Arnulfo
11. Barragan Constantino, Gonzalo
12. Barragan Constantino,Matias
13. Betancourt Betancourt, Miguel Angel
14. Cano Hernandez , Jose Alfredo
15. Casanova Gallardo, Marcelina
16. Castro, Mario
17. Constantino Armenta, Rigoberto
18. Constantino Casanova, Vicente
19. Cruz Alejandre, Saturnino
20. Cruz Blanco, Lazaro
21. Cruz Blanco, Leandro
22. Cruz Blanco, Trinidad
23. Cruz Casanova, Mariano
24. Cruz Cruz, Ernesto
25. Cruz Hernandez, Jose Mercedes
26. Cruz Mar, Policarpo
27. Cruz Mar, Rumualdo
28. Cruz Ortega Saturnino
29. Cruz Ortega, Hipolito
30. Cruz Perez, Dionicio
31. Cruz Sanchez, Juan Policarpo
32. Cruz Villarreal, Hugo
33. Deantes Hernandez, Nicolas
34. Del Angel Nunez, Alberto
35. Del Angel Nunez, Armando
36. Delgado Casanova, Jose de Jesus
37. Delgado Gallardo, Crisologo
38. Delgado Gallardo, Saturnino
39. Delgado Gonzalez, Javier
40. Escalante Casanova, Luciano
41. Estevez Perez, Jose de Jesus
42. Estevez Ramirez, Felipe
43. Estevez Ruiz, Fernando
44. Estevez Ramirez, Jesus
45. Estevez Ramirez, Vicente
46. Figueroa Hernandez, Fernando
47. Flores Flores, Modesto
48. Garcia Alejandre, Manuel
49. Garcia del Angel Avelino
50. Garcia del Angel Humberto
51. Garcia del Angel Victor Manuel
52. Garcia Gonzalez Jorge Arturo
53. Garcia Gonzalez Juan Ramon
54. Garcia Gonzalez Rey David
55. Garcia Gonzlez Toribio
56. Garcia Hernandez Miguel Arcangel
57. Garcia Hernandez Silvano
58. Garcia Nunez Venustiano
59. Garcia Perez Guadencio
60. Garcia Portales Alonso
61. Gomez Armenta Ariel
62. Gomez Ruiz Adan
63. Gomez Ruiz Rodolfo
64. Gonzalez Arteaga Arnulfo
65. Gonzalez Atreaga  Javier
66. Gonzalez Barrios Andres
67. Gonzalez Barrios Nelson
68. Gonzalez Barrios Rosendo
69. Gonzalez Carvajal Cirilo
70. Gonzalez Constantino Domingo
71. Gonzalez Constantino Jose Gabriel
72. Gonzalez Cruz Luis
73. Gonzalez Deantes Cosme
74. Gonzalez Esteves Roque
75. Gonzalez Garcia Alfredo
76. Gonzalez Garcia Felipe
77. Gonzalez Garcia Marcelo
78. Gonzalez Garcia Roberto
79. Gonzalez Garcia Santiago
80. Gonzalez Gonzalez Efrain
81. Gonzalez Gonzalez Higinio
82. Gonzalez Gonzalez Jorge Luis
83. Gonzalez Gonzalez Juan
84. Gonzalez Gonzalez Mauricio
85. Gonzalez Gonzalez Pablo
86. Gonzalez Gonzalez Rafael
87. Gonzalez Hernandez Juan Vicente
88. Gonzalez Mar Flaviano
89. Gonzalez Mar Porfirio
90. Gonzalez Marquez Lorenzo
91. Gonzalez Perez Alonso
92. Gonzalez Perez Arturo
93. Gonzalez Perez Roman
94. Gonzalez Perez Victor

B13 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA LA HUASTECA
VERACRUZANA S.C. DE R.L. DE C.V.

"COOP PLAINTIFFS"

| | | | |
|---|---|---|---|
| 95. | Gonzalez Rivera Lorenzo | 142. | Lara Amaya Alberto |
| 96. | Gonzalez Rodriguez Andres Noe | 143. | Ledezma Armenta Inocente Benjamin |
| 97. | Gonzalez Rodriguez Guadalupe | 144. | Lopez Barrios Antonio |
| 98. | Gonzalez Rodriguez Maria del Refugio | 145. | Maldonado Riviera Ignacio |
| 99. | Gonzalez Rodriguez Oscar | 146. | Maldonado Rivas Rogelio |
| 100. | Gonzalez Zaleta Cesareo | 147. | Malerva Villarreal Margarito |
| 101. | Gonzalez Zaleta Juan | 148. | Mar Blanco Nabor |
| 102. | Gonzalez Zaleta Maximo | 149. | Mar Gallardo Epifanio |
| 103. | Gonzalez Zaleta Santiago | 150. | Mar Gonzalez Rafael |
| 104. | Hernandez Ahumada Pedro | 151. | Mar Mendoza Carlos |
| 105. | Hernandez Alonso Jose Alberto | 152. | Mar Mendoza Jorge |
| 106. | Hernandez Casanova Jose Guadalupe | 153. | Mar Mendoza Salvador |
| 107. | Hernandez Casanova Leobardo | 154. | Mar Perez Arnulfo |
| 108. | Hernandez Castro Gabriel | 155. | Mar Perez Baltazar |
| 109. | Hernandez Castro Juan Manuel | 156. | Mar Perez Hermenegildo |
| 110. | Hernandez Castro Mario | 157. | Mar Perez Ramon |
| 111. | Hernandez Cruz Concepcion | 158. | Mar Sanchez Daniel |
| 112. | Hernandez Cruz Fidel | 159. | Mar Sanchez Israel |
| 113. | Hernandez Cruz Jaime | 160. | Mar Sanchez Jorge Felix |
| 114. | Hernandez Cruz Rene | 161. | Mar Villalobos Artemio |
| 115. | Hernandez Erasto | 162. | Mar Villalobos Leonardo |
| 116. | Hernandez Garcia Gabriel | 163. | Martinez Chavez Jose Carmen |
| 117. | Hernandez Garcia Jose Luis | 164. | Martinez Hernandez Graciano |
| 118. | Hernandez Garcia Nereo | 165. | Mendez Alvarado Anibal |
| 119. | Hernandez Garcia Ubaldo | 166. | Mendez Alvarado Arturo |
| 120. | Hernandez Garcia Victor | 167. | Mendoza Nunez Nabor |
| 121. | Hernandez Hernandez Arturo | 168. | Mendoza Perez Antonio |
| 122. | Hernandez Hernandez Fidel | 169. | Morales Constantino Alfredo |
| 123. | Hernandez Maya Perfecto | 170. | Morales Constantino Melchor |
| 124. | Hernandez Maya Ruben | 171. | Morales Constantino Nicolas |
| 125. | Hernandez Mendoza Celestino | 172. | Morales Constantino Oscar |
| 126. | Hernandez Mendoza Hugo Cesar | 173. | Morales Perez Eduardo |
| 127. | Hernandez Mendoza Martin | 174. | Morales Torres Alvaro |
| 128. | Hernandez Mendoza Noe | 175. | Morales Torres Nicolas |
| 129. | Hernandez Mendoza Serafin | 176. | Munoz Garcia Santiago |
| 130. | Hernandez Morales Hugo Alejandro | 177. | Nunez Alvarado Alfredo |
| 131. | Hernandez Morales Julio Cesar | 178. | Nunez Alvarado Bernardo |
| 132. | Hernandez Ortega Julio | 179. | Nunez Cruz Fidel |
| 133. | Hernandez Ortega Ricardo | 180. | Nunez Cruz Francisco |
| 134. | Hernandez Perez Erasto | 181. | Nunez Cruz Hugolino |
| 135. | Hernandez Perez Felipe Neri | 182. | Nunez Delgado Ruben |
| 136. | Hernandez Perez Jose Guadalupe | 183. | Nunez Diaz Luis |
| 137. | Hernandez Perez Juan Manuel | 184. | Nunez Garcia Alvaro |
| 138. | Hernandez Ramirez Andres | 185. | Nunez Garcia Ciro |
| 139. | Hernandez Ramirez Bonifacio | 186. | Nunez Gonzalez Cutberto |
| 140. | Hernandez Saldana Eusebio | 187. | Nunez Montes Jaime |
| 141. | Hernandez Saldana Teodulo | 188. | Nunez Montes Roberto |

B13 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA LA HUASTECA
VERACRUZANA S.C. DE R.L. DE C.V.

"COOP PLAINTIFFS"

189. Nunez Montes Salomon
190. Nunez Santiago Jose
191. Olivares Malerba Ubaldo
192. Olivares Segura Silvano
193. Ortega Mar Anacleto
194. Ortega Mar Fernando
195. Ortega Perez Jaime
196. Ortiz Casanova Armando
197. Pena Humberto
198. Perez Barrios Virgilio
199. Perez Cruz Armando
200. Perez Cruz Ascencion
201. Perez Escamilla Andres
202. Perez Escamilla Jaime
203. Perez Gonzalez Roberto Carlos
204. Perez Hernandez Fernando
205. Perez Hernandez Ismael
206. Perez Hernandez Tomas
207. Perez Mar Jose Eduardo
208. Perez Ortega Benito
209. Perez Ortega Roberto Ismael
210. Perez Torres Isaias
211. Perez Villalobos Roberto Carlos
212. Pertales Delgado Amadeo
213. Pimentel Cruz Magdaleno
214. Pimentel Cruz Noe
215. Pimentel Garcia Pedro
216. Pimentel Garcia Urbano
217. Pimentel Lopez Fermin
218. Pineiro del Angel Juan Antonio
219. Portales de Leon Perfecto
220. Portales Hernandez Yoriche
221. Puga Martinez Santiago
222. Puga Santiago Abel
223. Puga Santiago Anibal
224. Puga Santiago Gustavo
225. Puga Santiago Hector
226. Ramirez Cervantes Abraham
227. Ramirez Gonzalez Jose
228. Ramirez Gonzalez Jose Guadalupe
229. Reyes Flores Miguel
230. Reyes Santiago Guadalupe
231. Rivera Gonzalez Luis  Alberto
232. Rodriguez Acosta Andres
233. Rodriguez Zaleta Fidel
234. Salas Casanova Domingo
235. Salas Cruz Catalino

236. Salas Gonzalez Jose Guadalupe
237. Salas Reyes Aureliano
238. Salas Reyes Felix
239. Salas Reyes Joel
240. Salas Reyes Pedro
241. Salvador Garcia Abel
242. Salvador Garcia Angel
243. Salvador Garcia Rigoberto
244. Santiago Esteves Isabel
245. Segura Casanova Mauricio
246. Segura del Angel Jose Luis
247. Segura del Angel Juvencio
248. Segura Rios Angel
249. Segura Rocha Esteban
250. Segura Sanchez Emigdio
251. Sosa Garcia Venustiano
252. Sosa Perez Victor
253. Valdez del Angel Francisco Javier
254. Valdez Gonzalez Ciro
255. Vazquez Cruz Filemon
256. Vazquez Garcia Crecencio
257. Vazquez Sosa Hernan
258. Vazquez Villalobos Jose Luis
259. Vazquez Villalobos Noe
260. Villarreal Barrios Leonte
261. Villarreal Constantino David
262. Villarreal Martinez Toribio
263. Villarreal Olivares Carlos
264. Villarreal Rivera Guadalupe
265. Zaleta Barrios Miguel Angel
266. Zaleta Barrios Porfirio
267. Zaleta Cruz Alejandro
268. Zaleta Cruz Hermenegildo
269. Zaleta Cruz Natividad
270. Zaleta Gonzalez Jorge Luis
271. Zaleta Gonzalez Julian
272. Zaleta Gonzalez Lorenzo
273. Zaleta Lorenzo Efrain
274. Zaleta Ortgea Angel
275. Zaleta Salvador Irineo
276. Zaleta Salvador Leobardo

B14 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA PESCADORES
UNIDOS DE LA REFORMA S.C. DE R.L. DE C.V.

"COOP PLAINTIFFS"

| | | | | |
|---|---|---|---|---|
| 1 | Aran Castro, Sergio | | 48 | Mar Hernandez, Jorge Luis |
| 2 | Aran Meza, Marco Antonio | | 49 | Mar Hernandez, Porfirio |
| 4 | Castellanos Cobos, Luis | | 50 | Mar Jeronimo, Gustavo Alonso |
| 5 | Castellanos Villasana, Perfecta | | 51 | Martinez Casados, Juan |
| 3 | Castro Cruz, Arturo | | 52 | Martinez Cruz, Juan Esteban |
| 6 | Cruz Velazquez, Leoncio | | 53 | Meza Casados, Julio Cesar |
| 7 | Espinoza Cruz, Jesus | | 54 | Meza Cruz, Rene |
| 8 | Espinoza Cruz, Sabino | | 59 | Meza Gallardo, Gerardo |
| 9 | Garcia Blanco, Juan | | 55 | Meza Gallardo, Martimiano |
| 10 | Geronimo Zaleta, Jesus | | 56 | Meza Gallardo, Pedro |
| 11 | Gonzalez Aran, Benjamin | | 75 | Meza Gonzalez, Candelario |
| 12 | Gonzalez Aran, Hector Hugo | | 57 | Meza Gonzalez, Felix |
| 13 | Gonzalez Blanco, Efrain | | 58 | Meza Gonzalez, Guadalupe |
| 14 | Gonzalez Blanco, Francisco Javier | | 61 | Meza Gonzalez, Simon |
| 17 | Gonzalez Blanco, Israel | | 62 | Meza Gonzalez, Ventura |
| 15 | Gonzalez Blanco, Julio Cesar | | 60 | Meza Hernandez, Ernesto |
| 18 | Gonzalez Casados, Arnulfo | | 63 | Meza Juarez, Julian |
| 19 | Gonzalez Castellanos, Victor Manuel | | 67 | Meza Salas, Eulinto |
| 20 | Gonzalez Cruz, Cesar | | 71 | Meza Santiago, Arturo |
| 21 | Gonzalez Cruz, Mauricio | | 70 | Meza Santiago, Irineo |
| 22 | Gonzalez Gonzalez, Amado | | 69 | Meza Santiago, Javier |
| 23 | Gonzalez Gonzalez, Ernesto | | 64 | Meza Torres, Ever |
| 26 | Gonzalez Gonzalez, Froylan | | 72 | Meza Torres, Fernando |
| 29 | Gonzalez Gonzalez, Roman | | 68 | Meza Torres, Gregorio |
| 24 | Gonzalez Meza, Fidadelfo | | 65 | Meza Torres, Hilario |
| 16 | Gonzalez Meza, Juan Carlos | | 66 | Meza Torres, Jose Manuel |
| 25 | Gonzalez Meza, Ricardo | | 73 | Meza Velazquez, Anselmo |
| 27 | Gonzalez Ortiz, Abel | | 74 | Meza Zequera, Abel |
| 28 | Gonzalez Rosas, Israel | | 76 | Perez Cobos, Doroteo |
| 30 | Hernandez Aran, Federico | | 77 | Perez Cobos, Francisco |
| 32 | Hernandez Aran, Felix | | 78 | Perez Cobos, Ramiro |
| 31 | Hernandez Aran, Fermin | | 79 | Perez Lima, Saul |
| 33 | Hernandez Aran, Filemon | | 80 | Rodriguez Blanco, Antonio |
| 34 | Hernandez Aran, Genaro | | 85 | Salas Blanco, Heriberto |
| 35 | Hernandez Aran, Leonardo | | 83 | Salas Gonzalez, Joel |
| 37 | Hernandez Aran, Orlando | | 81 | Salas Gonzalez, Martin |
| 38 | Hernandez Aran, Ramon | | 82 | Salas Gonzalez, Teodolo |
| 36 | Hernandez Aran, Rosendo | | 84 | Salas Hernandez, Hugo |
| 39 | Hernandez Reyes, Jose Antonio | | 87 | Torres Aran, Simon |
| 40 | Hernandez Santiago, Cirilo | | 88 | Torres Meza, Francisco |
| 41 | Lopez Aran, Antelmo | | 89 | Torres Meza, Orlando |
| 42 | Lopez Florencio, Martin | | 86 | Torres, Manuel |
| 43 | Lopez Florencio, Roman | | 90 | Velazquez Castellanos, Juan |
| 44 | Lopez Prianti, Jorge | | 91 | Villasana Castro, Alfredo |
| 45 | Lopez Prianti, Miguel Angel | | 92 | Villasana Castro, Bonifacio |
| 46 | Lopez Prianti, Paulino | | 93 | Villasana Castro, Damaso |
| 47 | Mar Alejandre, Luis Alberto | | | |

1

B15 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA PESCADORES DE SAN ANDRES S.C. DE R.L.

"COOP PLAINTIFFS"

1. Cruz, Andres
2. Cruz Constantino, Fernanda
3. Cruz Garcia, Eleuterio
4. Figon Alejandre, Guillermo
5. Juarez Bautista, Sebastian
6. Mar Cruz, Faustino
7. Mar Mendoza, Abundio
8. Mar Mendoza, Isidro
9. Medina Perez, Blanca Estela
10. Morales Cruz, Gualberto
11. Morales Cruz, Omar
12. Morales Perez, Esther
13. Morales Perez, Jose Luis
14. Morales Perez, Rodolfo
15. Morales Zuniga, Filiberto
16. Morales Zuniga, Gualberto
17. Perez Garcia, Claudia
18. Rosas Bautista, Pedro
19. Santiago Hernandez, Gerardo

B16 – LA SOCIDAD COOPERATIVA DE PRODUCCION PESQUERA DEL PUERTO DE
TUXPAN DE BIENES Y SERVICIOS S.C.L. DE C.V.

"COOP PLAINTIFFS"

1. Aldana Mendoza Ramon
2. Arias Mosqueda Agustin
3. Bermudez Blanco Emilio
4. Bermudez Cortez Cecilio
5. Bermudez Cortez Emanuel
6. Blanco Reyes Aquilino
7. Blanco Reyes Felipe
8. Blasco Cruz Juan
9. Blasco Cruz Noe
10. Carvajal Ramos Victor
11. Carvajal Reyes Victor Manuel
12. Cruz Blasco Eulalio
13. Cruz Guevara Alberto
14. Cruz Guevara Fernando
15. Cruz Herrera Juan
16. Cruz Hidalgo Cosme
17. Cruz Reyes Victor
18. Cruz Rodriguez Alvaro
19. Cruz Rodriguez Victor Manuel
20. Escalante Hernandez Domingo
21. Hernandez Cruz Eva
22. Hernandez Cruz Francisco
23. Hernandez Vicencio Maximo
24. Herrera Reyes Jorge
25. Inocencio Vicencio Clemente
26. Inocencio Vicencio Francisco
27. Jonguitud Valenzuela Angel
28. Jonguitud Valenzuela Jesus
29. Martinez Gallegos Juan Antonio
30. Martinez Hernandez Anibal
31. Martinez Hernandez Silvestre
32. Martinez Leyton Rodrigo
33. Martinez Reyes Juan Gabriel
34. Mendoza Tellez Enrique
35. Mendoza Torres Enrique
36. Mendoza Torres Sixto
37. Munoz Martinez Albertano
38. Munoz Reyes Jose
39. Munoz Reyes Sebastian
40. Navarrete Cruz Enrique
41. Navarrete Cruz Julio
42. Navarrete Cruz Pedro
43. Perlestayn Reyes Rosalino
44. Ponce Valdez Liliana
45. Ramires Juarez Juan
46. Ramirez Juarez Gabino
47. Ramirez Reyes Juan Manuel
48. Rangel Hernandez Casimiro
49. Reyes Amaro Leonardo
50. Reyes Cruz Clemente
51. Reyes Cruz Felix
52. Reyes Cruz Patricio
53. Reyes Cruz Toribio
54. Reyes Cruz Valentin
55. Reyes Cruz Valentin
56. Reyes Cruz Venancio
57. Reyes Cruz Zenaido
58. Reyes Reyes Felipe
59. Reyes Reyes Pedro
60. Reyes Vicencio Gilberto
61. Reyes Vicencio Lorenzo
62. Reyes Vicencio Manuel
63. Rivera Reyes Jaime
64. Ruiz Castan Agustin
65. Ruiz Cortez Jesus
66. Sanchez Hidalgo Fortunato
67. Solis Reyes Humberto
68. Torres Leos Antonio
69. Torres Leos Federico
70. Trejo Leyton Espiridion
71. Zaleta Reyes Miguel

B17 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA RIBERENA
OSTIONEROS DE SALADERO S.C.L.

"COOP PLAINTIFFS"

| | | | |
|---|---|---|---|
| 1. | Alarcon Cruz, Miguel Angel | 47. | Flores Santiago, Alfredo |
| 2. | Aran Blanco, Eleuterio | 48. | Flores Santiago, Efrain |
| 3. | Aran Cruz, Tereso | 49. | Flores Santiago, Jose Antontio |
| 4. | Aran Hernandez, Paul | 50. | Fransisco Fajardo, Aurelia |
| 5. | Aran Mar, Antonio | 51. | Geronimo Cruz, Andres |
| 6. | Aran Mar, Encarnacion | 52. | Gonzalez Castillo, Tomas |
| 7. | Aran Olvera, Ricardo | 53. | Gonzalez Reyes, Franco |
| 8. | Aran Santiago, Pedro | 54. | Gonzalez Reyes, Maurilio |
| 9. | Aran Valdez, Celestino | 55. | Gonzalez Rosas, Oscar |
| 10. | Aran Valdez, Miguel Angel | 56. | Guerrero Cruz, Alejandro |
| 11. | Aran Valdez, Octavio | 57. | Guerrero Cruz, Emiliano |
| 12. | Baena Aran, Jose Luis | 58. | Hernandez Cruz, Clemente |
| 13. | Barranza Galindo, Gerardo | 59. | Hernandez Cruz, Crispin |
| 14. | Bautista Blanco, Agustin | 60. | Hernandez Cruz, Jose Jacinto |
| 15. | Bautista Cruz, Cirilo | 61. | Hernandez Espinoza, Bitiliano |
| 16. | Bautista Cruz, Gregorio | 62. | Hernandez Lugo, Diego |
| 17. | Bautista Cruz, Patricio | 63. | Hernandez Ramiro, Margarito |
| 18. | Bautista Cruz, Santos | 64. | Juarez Torres, Cesar |
| 19. | Benites Palomares, Jose | 65. | Lira Cruz, Cupertino |
| 20. | Camarillo Castanon, Martin | 66. | Lopez Meza, Agustin |
| 21. | Camarillo Cruz, Sergio | 67. | Mar Aran, Esteban |
| 22. | Camarillo Diaz, Rafael | 68. | Mar Aran, Jesus |
| 23. | Casados Aran, Aniceto | 69. | Mar Aran, Juan |
| 24. | Casados Aran, Hector | 70. | Mar Aran, Pedro |
| 25. | Casados Aran, Juan | 71. | Mar Casanova, Jaime |
| 26. | Casados Aran, Milton Carlos | 72. | Mar Lara, Juan Felipe |
| 27. | Casados Casados, Delfino | 73. | Mar Perez, Adolfo |
| 28. | Casados Casados, Jose Luis | 74. | Mar Perez, Daniel |
| 29. | Casados Casanova, Juan Alberto | 75. | Mar Perez, Meliton |
| 30. | Casados Meza, Alicia | 76. | Mar Salinas, Aurelio |
| 31. | Castellanos Hernandez, Angel | 77. | Mar Salinas, Jesus |
| 32. | Castro Jeronimo, Josafat | 78. | Mar Santiago, Francisco |
| 33. | Castro Sosa, Teofilo | 79. | Mar Torres, Joaquin |
| 34. | Cobarrubias Casados, Cesar | 80. | Mar Torres, Miguel Angel |
| 35. | Colunga Sanches, Vicente | 81. | Martinez Juarez, Angel |
| 36. | Cruz Hernandez, Orlando | 82. | Martinez Mendez, Tomas |
| 37. | Cruz Juarez, Bibiano | 83. | Meza del Angel, Margarito |
| 38. | Cruz Reyes, Librado | 84. | Mora Casados, Manuel Abad |
| 39. | Cruz Ruiz, Juan Jose | 85. | Mora Casados, Ruben |
| 40. | Cruz Salvador, Alejandra | 86. | Narvaez Casados, Andres |
| 41. | Deantes Valdes, Jose Lorenzo | 87. | Palomares Benites, Bernabe |
| 42. | del Angel Castro, Genaro | 88. | Perez Mesa, Victorico |
| 43. | Escalante Cruz, Dionicia | 89. | Ramirez Gonzalez, Victor Manuel |
| 44. | Flores Castro, Bernabe | 90. | Reyes Gonzalez, Jose Alfredo |
| 45. | Flores Castro, Mario | 91. | Reyes Guzman, Enrique |
| 46. | Flores Jeronimo, Piedad | 92. | Rios Martinez, Jesus Herlindo |

B17 – LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA RIBERENA
OSTIONEROS DE SALADERO S.C.L.

"COOP PLAINTIFFS"

93.   Rosas Zaleta, Irineo
94.   Ruiz Casados, Sergio
95.   Ruiz Mar, Felipe
96.   Ruiz Mar, Primitivo
97.   Ruiz Torres, Guadalupe
98.   Santiago Flores, Lorenzo
99.   Santiago Gonzalez, Mario
100.  Santiago Hernandez, Francisco
101.  Sequera Casados, Antonio
102.  Solis Cruz, Marcial
103.  Sosa Escalante, Andres
104.  Sosa Gonzalez, Andres
105.  Torres Castellanos, Felipe
106.  Torres Cruz, Gustavo
107.  Torres Meza, Hector
108.  Torres Meza, Miguel Angel
109.  Torres Santos, Leonardo
110.  Torres Santos, Ramona
111.  Valdez Meza, Eleuterio
112.  Zaleta Rosas, German
113.  Zequera Casados, Sixto

## B18 - LA SOCIEDAD COOPERATIVA DE PRODUCCION PESQUERA DE ALTURA JAROCHOS S.C.L.

### "COOP PLAINTIFFS"

1. Aguilar Castaneda Santos
2. Aguilar Maya Roderick
3. Cruz Flores Luciana
4. Cruz Roman Marcelo
5. Cruz Valdez Raymundo
6. Cruz Valdez Teodoro
7. De La Rosa Malpica Nefi
8. De Luna Ordonez Jorge Alberto
9. De Luna Ordonez Melquiades
10. De Luna Ordonez Porfirio
11. Espinoza Cruz Angel
12. Garcia Santes Agustin
13. Garcia Valdez Jose
14. Garcia Valdez Jose Oberero
15. Juarez Castillo Luis
16. Maldonado Jimeniz Eucebio
17. Maldonado Martinez Luis Ramon
18. Maldonado Morales Jose Luis
19. Maldonado Vargas Jose Luis
20. Maldonado Vargas Julio Cesar
21. Maldonado Vazquez Agustin
22. Martinez Casio Artemio
23. Martinez Ordonez Artemio
24. Maya Aguilar Leonardo
25. Molar Gonzalez Angel
26. Molar Gonzalez Emilio
27. Molar Gonzalez Fernando
28. Molar Gonzalez Francisca
29. Molar Gonzalez Santiago
30. Molar Narvaez Camilo
31. Ortega Palacios Mauro
32. Ortega Quinto Jorge Alberto
33. Perez Flores Angel
34. Perez Flores Arturo
35. Perez Florez Elidio
36. Rivera Del Angel Jose Manuel
37. Rodriguez Del Angel Macario
38. Tellez Cruz Rodolfo
39. Tellez Marquez Rodolfo
40. Valencia De Luna Miguel