EXHIBIT "C"

# PERMISIONARIO JOAQUIN DELGADO ORTIZ, ET AL
## "Concession Plaintiffs"

| | | |
|---|---|---|
| 1. | Permisionario Joaquin Delgado Ortiz | 216 Plaintiffs |
| 2. | Permisionario Claudio Gonzalez del Ángel | 7 Plaintiffs |
| 3. | Permisionario Reynaldo Lara Careaga | 14 Plaintiffs |
| 4. | Permisionario Jorge Nieto Gonzalez Congregacion Anahuac | 58 Plaintiffs |
| 5. | Permisionario Jorge Luis Baena Cruz | 15 Plaintiffs |
| 6. | Permisionario Aurelio Sanchez de San Luciano | 42 Plaintiffs |
| 7. | Permisionario Florencia Ortega Constantino | 14 Plaintiffs |
| 8. | Permisionario Rosalino Cruz y Pescadores de Camarón | 40 Plaintiffs |
| 9. | Permisionario Santiago del Ángel | 51 Plaintiffs |
| 10. | Permisionario Horacio Morales de la Isla de San Juan | 17 Plaintiffs |
| 11. | Permisionaria Dionicia Carballo Ponce la Laja Ozuluama | 12 Plaintiffs |
| 12. | Permisionario Jose Alfredo Gallardo Cortez Caso | 28 Plaintiffs |
| 13. | Permisionaria Maria Esther Castillo | 16 Plaintiffs |
| 14. | Permisionaria Graciela Ortega | 10 Plaintiffs |
| 15. | Permisionario Salustio Pérez Olares | 7 Plaintiffs |
| 16. | Permisionario de Pesca Flavio Alfredo Torres Eusebio Landeros Vega | 39 Plaintiffs |
| 17. | Permisionario de Pesca Cesar Gonzalez Casados Emanuel Cruz Guerrero | 2 Plaintiffs |
| 18. | Permisionario Genaro Gregorio Martinez Cantero | 1 Plaintiffs |
| 19. | Permisionaria Concepcion Guerrero Banda | 4 Plaintiffs |
| 20. | Permisionario Francisco Elioth Hernandez Segura | 1 Plaintiffs |
| 21. | Permisionario Horacio Morales Isla de Juan A Ramirez | 9 Plaintiffs |
| 22. | Permisionario Macario Mar Cruz | 1 Plaintiffs |
| 23. | Permisionario Isrrael Contreras Zaleta | 1 Plaintiffs |
| 24. | Permisionario Teodoro Gonzalez Gonzalez | 1 Plaintiffs |
| 25. | Permisionario Flavio Alfredo Torres Damian | 1 Plaintiffs |
| 26. | Permisionario Efren Balderas | 19 Plaintiffs |
| 27. | Permisionario Carmelo Estevez Martir | 10 Plaintiffs |
| 28. | Permisionario Martin Jaime Ortega Gil de San Jeronimo | 11 Plaintiffs |

## C1 – PERMISIONARIO JOAQUIN DELGADO ORTIZ

### CONCESSION PLAINTIFFS

| | | | |
|---|---|---|---|
| 1. | Acuna Garcia, Maria Antonia | 43. | Cruz Gomez, Rafael |
| 2. | Alfaro Mendez, Heriberto | 44. | Cruz Hernandez, Josefina |
| 3. | Alfaro Mendez, Juan Carlos | 45. | Cruz Hernandez, Maria |
| 4. | Alfaro Ortiz, Feliciano | 46. | Cruz Martinez, Susana |
| 5. | Alvarez Alvarez, Juliana | 47. | Cruz Morato, Luis Martin |
| 6. | Alvarez Cordova, Maria Esther | 48. | Cruz Pardino Irma |
| 7. | Alvarez Cortez, Gabino | 49. | Cruz Perez Rumauldo |
| 8. | Alvarez Cortez, Julian | 50. | Cruz Piedad, Jose Antonio |
| 9. | Alvarez Cortez, Maria Victoria | 51. | Cruz Rodriguez, Edilberto |
| 10. | Alvarez Guerrero, Ruben | 52. | Cruz Rodriguez, Reyes |
| 11. | Alvarez Martinez, Jose Gabino | 53. | Cruz, Josefa |
| 12. | Alvarez Martinez, Luz Esmeralda | 54. | Cuevas Martinez, Juan Felipe |
| 13. | Aquino Arteaga, Asiam | 55. | Del Angel Briones, Maria del Pilar |
| 14. | Arbizo Morales, Juana | 56. | Delgado Deantes, Juan Antonio |
| 15. | Armenta Delgado, Franco | 57. | Delgado Delgado, Andres |
| 16. | Armenta Ponce, Eugenio | 58. | Delgado Delgado, Ignacio |
| 17. | Armenta Segura, Rosa Albina | 59. | Delgado Gonzalez, Jesus Felipe |
| 18. | Balleza Gomez, Guadalupe | 60. | Delgado Gonzalez, Juan |
| 19. | Balleza Gomez, Ronaldo | 61. | Delgado Gonzalez, Lamberto |
| 20. | Barrera Reyes, Justo | 62. | Delgado Mellado, Silva |
| 21. | Barrios Zamilpa, Elvia Patricia | 63. | Delgado Ortiz, Diana Lizeth |
| 22. | Barron Aleja, Socorro | 64. | Delgado Ortiz, Jorge Luis |
| 23. | Bautista Segura, Claudia | 65. | Delgado Ortiz, Maribel |
| 24. | Casanova Delgado, Sara | 66. | Delgado, Joaquin |
| 25. | Casanova Torres, Maria Guadalupe | 67. | Enriquez Cortez, Rosa Imelda |
| 26. | Castan Lara, Paula | 68. | Escamilla Castillo, Amado |
| 27. | Castan Reyes, Francisco | 69. | Escamilla Castillo, Consuelo |
| 28. | Castan Reyes, Ramon | 70. | Escamilla Castillo, Patricio |
| 29. | Cetina Sosa, Manuela Mirella | 71. | Escamilla Cordoba, Maria del Pilar |
| 30. | Constantino Cruz, Juan Gerardo | 72. | Escobar Farfan, Denia |
| 31. | Cordoba Escamilla, Fernando | 73. | Escobar Salazar, Concepcion |
| 32. | Cordoba Hernandez, Mercedes | 74. | Ferral Dominguez, Abraham Ivan |
| 33. | Cordoba Hernandez, Reina | 75. | Franco Martinez, Isaac |
| 34. | Cordova Hernandez, Guillermina | 76. | Franco Martinez, Norma |
| 35. | Cordova Ponce, Nayenci | 77. | Gallardo Cruz, Julia Maria |
| 36. | Cordova Salazar, Margarita | 78. | Garcia Gonzalez, Amalia |
| 37. | Cortez Florentino, Isabel | 79. | Garcia Gonzalez, Obdulia |
| 38. | Cruz Castan, Armando Enrique | 80. | Garcia Hernandez, Juan |
| 39. | Cruz Castan, Griselda | 81. | Garcia Resendiz, Andres |
| 40. | Cruz Castan, Nora Hilda | 82. | Garcia Resendiz, Anselmo |
| 41. | Cruz Garcia, Antonio | 83. | Garcia Resendiz, Reyna |
| 42. | Cruz Gomez, Jesus | 84. | Gomez Gallardo, Guadalupe Jael |

## C1 – PERMISIONARIO JOAQUIN DELGADO ORTIZ

## CONCESSION PLAINTIFFS

| | |
|---|---|
| 85. Gomez Gallardo, Michel Adrian | 128. Mellado Vega, Lazaro |
| 86. Gomez Lorenzo, Clara | 129. Mendez Morales, Leticia |
| 87. Gomez Mellado, Ofelia | 130. Mendez Nunez, Maria Guadalupe |
| 88. Gomez Sanchez, Glafira | 131. Mendoza del Angel, Agustin |
| 89. Gomez Zavala, Joel | 132. Mendoza del Angel, Maria Elena |
| 90. Gomez Zavala, Luz Maria | 133. Mendoza del Angel, Santos |
| 91. Gonzalez Arteaga, Hector Daniel | 134. Mendoza Garcia, Hortencia |
| 92. Gonzalez Chavez, Alejandro | 135. Mireles Range, Avilene |
| 93. Gonzalez Chavez, Maria Isabel | 136. Mireles Rangel, Tomas |
| 94. Gonzalez Constantino, Karla Yanira | 137. Mireles, Tomas |
| 95. Gonzalez Figon, Gabina | 138. Monroy Martinez, Jorge |
| 96. Gonzalez Gonzalez, Mariano | 139. Monrroy Martinez, Jorge |
| 97. Gonzalez Perusquia, Cristian Rafael | 140. Morato Aquino, Fernando |
| 98. Gonzalez Sifuentes, Jose Francisco | 141. Morato Franco, Fernando |
| 99. Gonzalez, Mariano | 142. Morato Sobrevilla, Maria Guadalupe |
| 100. Guerrero Resendis, Rosa Laura | 143. Mota Gonzalez, Sara |
| 101. Hernandez Alvarez, Margarita | 144. Nuera Cruz, Teresa |
| 102. Hernandez Cruz, Apolonio | 145. Olmedo Campos, Juana |
| 103. Hernandez Cruz, Susana | 146. Olmedo Campos, Leticia |
| 104. Hernandez Morato, Jesus Manuel | 147. Orduna Garcia, Maria Antonia |
| 105. Hernandez Morato, Juana Maria | 148. Ortiz Alvarado, Fernando |
| 106. Ibarra del Angel, Lesli Edith | 149. Ortiz Armenta, Apolinar |
| 107. Ibarra Salazar Ignacio | 150. Ortiz Armenta, Maria Crisofora |
| 108. Juarez Mendez, Ariel | 151. Ortiz Armenta, Maria Isabel |
| 109. Lacio Juarez, Leobardo | 152. Ortiz Casanova, Alicia |
| 110. Lambarria Hernandez, Joaquina | 153. Ortiz Hernandez, Margarita |
| 111. Lito Desiderio, Yeni | 154. Ortiz Vera, Carlos Humberto |
| 112. Mar Segura, Nicolas | 155. Ortiz Vera, David |
| 113. Mar Segura, Zoila | 156. Ortiz Vera, Fernando |
| 114. Martinez Alvarez, Arcelia | 157. Pena Gomez, Diego |
| 115. Martinez Alvarez, Josefina | 158. Perez Hidalgo, Maria Leonor |
| 116. Martinez Alvarez, Maria Felicitas | 159. Perez Leal, Maria de la Luz |
| 117. Martinez Alvarez, Maria Felicitas | 160. Perez Mascarenas, Fredy |
| 118. Martinez Malerva, Angel | 161. Perez Perez, Carmen |
| 119. Martinez Martinez, Austreberta | 162. Piedad Hernandez, Dionicia |
| 120. Martinez Quintanar, Angelica | 163. Ponce Cruz, Elodia |
| 121. Maya Gallardo, Hedilberto | 164. Ponce Lambarria, Benita |
| 122. Maya Perez, Hilaria | 165. Pulido Bautista, Estanislada |
| 123. Mellado Perez, Evangelina | 166. Quintana Castan, Maria Luisa |
| 124. Mellado Perez, Maria del Rosario | 167. Quintanar Castan, Luis David |
| 125. Mellado Perez, Martha Elena | 168. Quiroz Martinez, Angelica |
| 126. Mellado Perez, Silvia | 169. Quiroz Olvera, Santiago |
| 127. Mellado Segura, Martha Leticia | 170. Ramirez Constantino, Roberto |

## C1 – PERMISIONARIO JOAQUIN DELGADO ORTIZ

## CONCESSION PLAINTIFFS

171. Ramirez Roman, Alfonso
172. Ramos Arvizu, Rahaira
173. Ramos Castillo, Roberta
174. Ramos Macarenas, Jose Ines
175. Rangel Alvarez, Maricela
176. Rangel Torres, Celia
177. Rangel Torres, Guadalupe
178. Rangel Vazquez, Demetria
179. Rangel Vazquez, Evelia
180. Reyes Zamora, Santa Ana
181. Reyes Zamora, Santa Ana
182. Rivera Castro, Maria Guadalupe
183. Riviera Cruz, Andres
184. Riviera Cruz, Evaristo
185. Riviera Cruz, Javita
186. Riviera Cruz, Julio
187. Riviera Cruz, Luis Alberto
188. Riviera Cruz, Miguel
189. Riviera Cruz, Miguel, Jr.
190. Riviera Cruz, Teresa
191. Rivera Garcia, Odorico
192. Rivera Hernandez, Hector Miguel
193. Rodriguez Cruz, Paula
194. Roman Meza, Rigoberto
195. Ruiz Sanchez, Guillermina
196. Salazar Hernandez, Maria del Carmen
197. Salazar Hernandez, Santa Judith
198. Salazar Juarez, Maria de Jesus
199. Saldana Hernandez, Nancy
200. Sanchez Cordova, Julia Elisa
201. Sanchez Delgado, Agapito
202. Sanchez Garcia, Esmeraldo Salvador
203. Sanchez Garcia, Roberto
204. Sanchez Garcia, Yesenia Gabriela
205. Sanchez Ramirez, Salvador
206. Segura Reyes, Maria Enriqueta
207. Segura Reyes, Maria Enriqueta
208. Silva Sanchez, Cira
209. Sobrevilla Ortiz, Maria de la Luz
210. Sobrevilla Ortiz, Ubalda
211. Soto Rodriguez, Maria Rosalinda
212. Torres Garcia, German
213. Vera Cruz, Irma Estela
214. Zacarias Sobrevilla, Jesus
215. Zacarias Sobrevilla, Lazaro
216. Zaleta Ruiz, Blas

## C2 - PERMISIONARIO CLAUDIO GONZALEZ DEL ANGEL

## CONCESSION PLAINTIFFS

1    Alcantar del Angel, Alfredo
2    del Angel Ruiz, Alejandro
3    Gonzalez del Angel, Claudio
4    Gonzalez del Angel, Edgar Toribio
5    Roman del Angel, Alfredo
6    Roman Miranda, Felipe
7    Sebastian Zaleta, Jose Eduardo

## C3 - PERMISIONARIO REYNALDO LARA CAREAGA

### CONCESSION PLAINTIFFS

1   Alejandre Salguero, Federico
2   Cruz Ovando, Eliuth
3   Ferral Diaz, Irma
4   Lara Careaga, Reynaldo
5   Lara Valenzuela, Cesar Augusto
6   Lara Valenzuela, Jorge Isaac
7   Lara Valenzuela, Reinaldo Arturo
8   Leandro Cardenas, Yanin
9   Morales Cobos, Olga
10  Perez Cruz, Maria Teresa
11  Roman Perez, Anita
12  Roman Perez, Juliana
13  Sobrevilla Hernandez, Severiana
14  Valenzuela Lopez, Rosalia

## C4 - PERMISIONARIO JORGE NIETO GONZALEZ CONGREGACION ANAHUAC

## CONCESSION PLAINTIFFS

| | |
|---|---|
| 1. Acosta Mejia, Alejandro | 43. Ortega Malerva, Javier |
| 2. Acosta Mejia, Antonio | 44. Ovando Mendez, Benito |
| 3. Castillo Nieto, Edgar Israel | 45. Ovando Ovando, Americo |
| 4. Cruz Carrasco, Valente | 46. Perez Hernandez, Sergio |
| 5. Cruz Gomez, Eloy | 47. Perez Huerto, Abisai |
| 6. Cruz Vicencio, Isabel | 48. Perez Juarez, Francisco Javier |
| 7. De Luna Ordonez, Ismael | 49. Porras Ender, Victor Manuel |
| 8. Ender Diaz, Carlos Enrique | 50. Rivera Ahumada, Ricardo |
| 9. Ender Diaz, Jose Adan | 51. Rodriguez Quiroz, Jesus |
| 10. Ender Diaz, Jose Maurilio | 52. Rojas Aguilar, Clemente |
| 11. Ender Diaz, Miguel Angel | 53. Roman Gomez, Atanasio |
| 12. Gallardo Aguilar, Francisco | 54. Roman Nolasco, Francisco Javier |
| 13. Gallardo Cruz, Aidee | 55. Salinas Nieto, Norma Alicia |
| 14. Gallardo Cruz, Blanca Estela | 56. Sanchez Gallardo, Jesus |
| 15. Gallardo Cruz, Rosalba | 57. Sanchez Gonzalez Julio Juan |
| 16. Gallardo Martinez, Adalid | 58. Sobrevilla Ortega, Jose Guadalupe |
| 17. Gallardo Callejas, Jose Luis | |
| 18. Gomez Cruz, Juan Bernardo | |
| 19. Gonzalez Cruz, Bertha | |
| 20. Gonzalez Gallardo, Alexis Alfonso | |
| 21. Gonzalez Obando, Alfonso | |
| 22. Gonzalez Reyes, Genaro | |
| 23. Guerrero Alvarez, Benito | |
| 24. Guerrero Contreras, Benito | |
| 25. Hernandez Martinez, Roberto | |
| 26. Leon Casarin, Jose Alfredo | |
| 27. Mar Herrera, Tito | |
| 28. Martinez Briones, Gregorio | |
| 29. Martinez Briones, Jose Francisco | |
| 30. Martinez Hernandez, Aniceto | |
| 31. Martinez Hernandez, Rigoberto | |
| 32. Mejia Flores, Antolin | |
| 33. Melendez Reyes, Julian | |
| 34. Nieto Castillo, Luis Rey | |
| 35. Nieto Gonzalez, Agustin | |
| 36. Nieto Gonzalez, Bertha Alicia | |
| 37. Nieto Gonzalez, Jorge | |
| 38. Nieto Gonzalez, Mireya | |
| 39. Nieto Gonzalez, Rafael | |
| 40. Nieto Martinez, David | |
| 41. Nieto Rivera, Mauro | |
| 42. Nieto Rivera, Pedro | |

## C5 - PERMISIONARIO JORGE LUIS BAENA CRUZ

### CONCESSION PLAINTIFFS

1   Baena Cruz, Jorge Luis
2   Capitan Cruz, Diego
3   Cruz Galindo Francisco
4   Cruz Rodriguez, Guillermo
5   Garcia Ramos, Salmai Patricia
6   Gomez Ramos, Andres
7   Hernandez Geronimo, Francisca
8   Hernandez Parrilla, Francisco
9   Hernandez Santiago, Juana
10  Martinez Cruz, Alejandro
11  Martinez Hernandez, Javier Alejandro
12  Olazoran Ortega, Santos Paulino
13  Rodriguez Santander, Rosa Maria
14  Santander Leandro, Diana Maria
15  Santander Leyton, Daniel

## C6 - PERMISIONARIO AURELIO SANCHEZ DE SAN LUCIANO

### CONCESSION PLAINTIFFS

| | | | |
|---|---|---|---|
| 1 | Aguilar Alvarado, Maria Antonia | 22 | Mata Mar, Dulce Maria del Rocio |
| 2 | Blanco Clara, Inocencio | 23 | Meza Cruz, Lorena |
| 3 | Cruz Gonzalez, Maria del Pilar | 24 | Pascual Cruz, Enriqueta |
| 4 | Garcia Alejandre, Erasmo | 25 | Ruiz Rocha, Teresita |
| 5 | Garcia, Margarita | 26 | Sanchez del Angel, Aurelio |
| 6 | Gomez Ruiz, Ramiro | 27 | Sanchez Gonzalez, Uriel |
| 7 | Gonzalez Aguilar, Felipe | 28 | Garcia Lara, Viola |
| 8 | Gonzalez Aguilar, Omar | 29 | Alejandre Salguero, Federico |
| 9 | Gonzalez Aguilar, Roxana | 30 | Cruz Ovando, Eliuth |
| 10 | Gonzalez Barrios, Erasmo | 31 | Lara Careaga, Reynaldo |
| 11 | Gonzalez Escobar, Judith | 32 | Lara Valenzuela, Cesar Agusto |
| 12 | Gonzalez Garcia, Domitila | 33 | Lara Valenzuela, Jorge Isaac |
| 13 | Gonzalez Garcia, Gumercindo | 34 | Lara Valenzuela, Reynaldo Arturo |
| 14 | Gonzalez Garcia, Laura | 35 | Leandro Cardenas, Yanin |
| 15 | Gonzalez Garcia, Maria Teresa | 36 | Morales Cobos, Olga |
| 16 | Gonzalez Garcia, Valentin | 37 | Perez Cruz, Maria Teresa |
| 17 | Gonzalez Mata, Felipa | 38 | Roman Perez, Juliana |
| 18 | Gonzalez Olivares, Anaisa | 39 | Roman Perez, Anita |
| 19 | Mar Gonzalez, Dolores Virginia | 40 | Sobrevilla Hernandez, Severiana |
| 20 | Martinez Parada, Gelacia | 41 | Valenzuela Lopez, Rosalia |
| 21 | Martinez Ramirez, Enriqueta | 42 | Ferral Diaz, Irma |

## C7 - PERMISIONARIO FLORENCIO ORTEGA CONSTANTINO

## CONCESSION PLAINTIFFS

| | |
|---|---|
| 1 | Escribano Lopez Felix Octavio |
| 2 | Gallardo Juarez Roberto |
| 3 | Hernandez Cruz Jose |
| 4 | Hernandez Reyes Antonio |
| 5 | Hernandez Reyes Jesus |
| 6 | Hernandez Reyes Leonel |
| 7 | Leandro Casanova Victor Manuel |
| 8 | Leandro Hidalgo Guadalupe |
| 9 | Leandro Malerva Luis Angel |
| 10 | Mar Ferral Alejandro |
| 11 | Mendez Carrillo Fernando |
| 12 | Mendoza Constantino Adelaido |
| 13 | Nolasco Bautista Efren |
| 14 | Ortega Constantino Florencio |

## C8 - PERMISIONARIO ROSALINO CRUZ Y PELADORES DE CAMARON

## CONCESSION PLAINTIFFS

1.      Barrios Santos, Oscarnel
2.      Cruz Cruz, Rafael
3.      Cruz Cruz, Rosa
4.      Cruz Davila, Galindo
5.      Cruz Davila, Rosalindo
6.      Cruz Maya, Claudia
7.      Cruz Perez, Flavio Santos
8.      Cruz Zavala, Filomeno
9.      Cruz Davila Filomena
10.     Cruz Romero, Alma Alicia
11.     Cruz Romero, Joaquina
12.     Cruz Villalobos, Amanda
13.     Franco Olivares, Lama Nelly
14.     Del Angel Hernandez, Amado
15.     Del Angel Pecero, Socorro
16.     Garcia Mar, Samuel
17.     Garcia Mar, Sergio
18.     Gonzalez Mar, Nathaniel
19.     Leiva Vite, Heriberto
20.     Lorenzo Cruz, Irma
21.     Manuel de la Cruz, Olivia
22.     Mar Hernandez, Ivan Giovanni
23.     Maya Malerva, Emilio
24.     Mendoza Perez, Felipa
25.     Meza Torres, Maria Rafaela
26.     Nieto Nieto, Jose Andres
27.     Soto Maravilla, Leonor
28.     Villalobos del Angel, Maria Guadalupe
29.     Zuniga, Reyes, Evaristo
30.     Zuniga Sanchez, Filiberto
31.     Meza Ferral, Ana Lidia
32.     Perez Alonso, Catalina
33.     Salas Cruz, Erika Maria
34.     Sanchez Barrios, Filomena
35.     Villalobos Maya, Sandra Lisset
36.     Garcia Hernandez, Salvador
37.     Maya Perez, Blanca Elvia
38.     Lira Romero, Lorena
39.     Del Angel Hernandez, Herlinda
40.     Cruz Perez, Martha Leticia

## C9 - PERMISIONARIO SANTIAGO DEL ANGEL

## CONCESSION PLAINTIFFS

| | | | |
|---|---|---|---|
| 1 | Bautista Perez, Maria Magdalena | 27 | Hernandez Ramirez, Julia |
| 2 | Bautista Perez, Miguel | 28 | Hernandez Soni, Abigail |
| 3 | Camacho del Angel, Elvia Liliana | 29 | Hernadez Soni, Norma |
| 4 | Camacho del Angel, Santiago Eliud | 30 | Hernandez Soni, Otoniel |
| 5 | Camacho del Angel, Sixto Haniel | 31 | Hernandez Tovar, Sarahi |
| 6 | Camacho Mata, Sixto | 32 | Mar Hernandez, Wendy Viridiana |
| 7 | Candelario Flores, Gilberto | 33 | Medina Perez, Castulo |
| 8 | Aguirre Casanova, Madgdalena | 34 | Medina Perez, Nora Hilda |
| 9 | Deantes Perez, Nanci | 35 | Medina Perez, Vicente |
| 10 | Del Angel Hernandez, Omar Israel | 36 | Ortega Quinto, Jesus Alberto |
| 11 | Del Angel Perez, Abraham Santiago | 37 | Perez Hernandez, David |
| 12 | Del Angel Perez Israel | 38 | Perez Hernandez, Moises |
| 13 | Del Angel Perez, Maria Del Socorro | 39 | Perez Mar, Luciana |
| 14 | Del Angel Santiago, Catarino | 40 | Perez Santiago, Elvia |
| 15 | Diaz Bautista, Gabriela | 41 | Perez Santiago, Socorro |
| 16 | Diaz Hernandez, Salvador | 42 | Ramos Ramos, Maria del Carmen |
| 17 | Enrique del Angel, Constantino | 43 | Reyes Figon, Reyna |
| 18 | Garcia Hernandez, Yuridia | 44 | Rodriguez del Angel, Florencio |
| 19 | Garcia Perez, Hugo Alberto | 45 | Salvador Cruz, Jose |
| 20 | Garcia Perez, Julio Cesar | 46 | Santiago Copal, Cresencio |
| 21 | Guzman del Angel, Jose Concepcion | 47 | Del Angel Santiago, Santiago |
| 22 | Hernandez Cardenas, Marlene | 48 | Santos Barrios, Tomas |
| 23 | Hernandez Cruz, Marcos | 49 | Soni Vicencio, Eleyser |
| 24 | Hernandez Cruz, Sergio | 50 | Ventura Hernandez, Miguel |
| 25 | Hernandez Hernandez, Norma | 51 | Ventura Zalazar, Miguel |
| 26 | Hernandez Mar, Eduardo | | |

# C10 - PERMISIONARIO HORACIO MORALES DE LA ISLA DE SAN JUAN

## CONCESSION PLAINTIFFS

1.    Blanco Reyes, Israel
2.    Blanco Reyes, Javier
3.    Cruz Cenobio, Antonino
4.    Cruz Cenobio, Jose Ines
5.    Figon Delgado, Benito
6.    Hernandez Del Angel, Mercedes
7.    Jimenez Perez, Eugenio
8.    Juarez Bautista, Rosendo
9.    Juarez Martir, Gregorio
10.   Mendoza Cruz, Federico
11.   Morales Cruz, Juan Fernando
12.   Morales Gallardo, Heriberto
13.   Morales Hernandez, Gerardo
14.   Morales Perez, Armando
15.   Perez Perez, Margarita
16.   Perez Rivera, Adan
17.   Reyes Hernandez, Jose

## C11 - PERMISIONARIA DIONICIA CARBALLO PONCE LA LAJA OZULUAMA

## CONCESSION PLAINTIFFS

1   Blanco Garcia Juana
2   Carballo Ponce Dionica
3   Cruz Del Angel Ana Gabriela
4   Cruz Garcia Florencio
5   Flores Castro Maria Isabel
6   Garcia Del Angel Nora Hilda
7   Gonzalez Carballo Juan Carlos
8   Gonzalez Estevez Elver Rudi
9   Gonzalez Estevez Maria Nory
10  Gonzalez Estevez Tomas Sangines
11  Martinez Castellanos Leova
12  Ramos Cruz Doroteo

## C12 - PERMISIONARIO JOSE ALFREDO GALLARDO CORTEZ CASO

## CONCESSION PLAINTIFFS

| | |
|---|---|
| 1 | Aguilar Carballo Feliciano |
| 2 | Aguilar Villasana Yesenia Rubi |
| 3 | Almendariz Villazana Reynaldo |
| 4 | Armendariz Gomez Oscar |
| 5 | Armendariz Gomez Tomas |
| 6 | Armendariz Villasana Andrez |
| 7 | Barragan Tiburcio, Leonardo |
| 8 | Cabrera Echeberria, Celestino |
| 9 | Cruz Reyes Rodolfo |
| 10 | Cruz Saldana Genaro |
| 11 | Cuerveo Velazquez Galdino |
| 12 | Del Angel Torres, Jose Luis |
| 13 | Gallardo Cortes Jose Alfredo |
| 14 | Gomez Nino Humberto |
| 15 | Gomez Tiburcio Luis Humberto |
| 16 | Gonzalez Morales Alfredo |
| 17 | Gonzalez Morales Jose Cruz |
| 18 | Gonzalez Villasana Jose |
| 19 | Guzman Lara Fidel |
| 20 | Lopez Flores Leonel |
| 21 | Mora Martinez Odilon |
| 22 | Tiburcio Lopez Josafat |
| 23 | Tiburcio Nunez Serveriano |
| 24 | Venegas Castillo Guillermo |
| 25 | Villar Torres Hector |
| 26 | Villasana Sanchez Marcelino |
| 27 | Villazana Gomez Jose Luis |
| 28 | Villazana Gomez Petra |

# C13 - PERMISIONARIA MARIA ESTHER CASTILLO

## CONCESSION PLAINTIFFS

| | |
|---|---|
| 1 | Bueno Ruiz Erika |
| 2 | Bueno Ruiz Mirella |
| 3 | Bueno Ruiz Neyva Guadalupe |
| 4 | Bueno Ruiz Noe |
| 5 | Bueno Ruiz Reyes Omar |
| 6 | Castro Martinez Idalia |
| 7 | Cuestas Rocha Imelda |
| 8 | Martinez Castillo Maria Esther |
| 9 | Martinez Perez Reyna |
| 10 | Millan Ortega Maria Magdalena |
| 11 | Perez Castillo Dalia Avilene |
| 12 | Perez Castillo Esperanza |
| 13 | Perez Cruz Genaro |
| 14 | Perez Millan Marcos Fernando |
| 15 | Ruiz Venegas Aurelia |
| 16 | Roque Bueno Dalia Avilenne |

# C14 - PERMISIONARIA GRACIELA ORTEGA

## CONCESSION PLAINTIFFS

1    Cruz Basulto Jose Luis
2    Cruz Rivera Agustin
3    Garcia Alvarado Isidro
4    Garcia Gonzalez Jairo Hazael
5    Ortega Morato Blas Alberto
6    Ortega Morato Graciela
7    Ortega Morato Matilde
8    Palacios Ortega William
9    Palacios Palacios Joselito
10   Perez Castañeda Santos

## C15 - PERMISIONARIO SALUSTIO PEREZ OLARES

## CONCESSION PLAINTIFFS

1    Casanova Garcia Anselmo
2    Cruz Casanova Ruben
3    Mar Casanova Fernando
4    Perez Castro Saul
5    Perez Del Angel Paciano
6    Perez Olares Salustio
7    Perez Vega Gilberto

## C16 - PERMISIONARIO DE PESCA FLAVIO ALFREDO TORRES EUSEBIO LANDEROS VEGA

### CONCESSION PLAINTIFFS

1      Aguilar Monrroy Joaquin
2      Cobos Casados Isabel
3      Cobos Medina Juan Gilberto
4      Cruz Ravize Ruben
5      Cruz Reyes Victor Hugo
6      Delgado Del Angel Reyes
7      Delgado Gonzalez German
8      Francisco Avelino Daria
9      Gallardo Gonzalez Aide
10     Garcia Malerva Alfredo
11     Hernandez Vicencio Francisca
12     Landeros Vega Eusebio
13     Maldonado Morales Guadalupe
14     Maldonado Morales Jose Luis
15     Maldonado Vargas Jose Luis
16     Maldonado Vargas Julio Cesar
17     Maldonado Vazquez Agustin
18     Molar Gonzalez Angel
19     Molar Gonzalez Roberto
20     Molar Gonzalez Santiago
21     Molar Narvaez Camilo
22     Monrroy Martinez Octavio
23     Morales Silva Sara
24     Perez Flores Angel
25     Ravize Gomez Alejandra
26     Ravize Gomez Maria Alejandra
27     Reyes Guzman Antonio Domingo
28     Reyes Hernandez Antonio
29     Reyes Hernandez Gladys Del Rosario
30     Reyes Mateos Niceforo
31     Reyes Parrilla Hector
32     Reyes Vicencio Delfino
33     Rivera Del Angel Roque
34     Rivera Villalobos Celerino
35     Torres Damian Flavio Alfredo
36     Vega Roman Modesto
37     Vicencio Cruz Angela
38     Villalobos Ravize Carolina
39     Villalobos Ravize Maria Alejandra

## C17 - PERMISIONARIO DE PESCA CESAR GONZALEZ CASADOS EMANUEL CRUZ GUERRERO

### CONCESSION PLAINTIFFS

1    Cruz Guerrero Emanuel
2    Cruz Ruiz Jose Manuel

## C18 - PERMISIONARIO GENARO GREGORIO MARTINEZ CANTERO

## CONCESSION PLAINTIFFS

1    Martinez Cantero, Genaro Gregorio

## C19 – PERMISIONARIA CONCEPCION GUERRERO BANDA

## CONCESSION PLAINTIFFS

1.    Banda Ramirez, Hortencia
2.    Escudero Cruz, Jose Alberto
3.    Guerrero Banda, Consepcion
4.    Nunez Guerrero, Mariela Adriana

**C20 – PERMISIONARIO FRANCISCO ELIOTH HERNANDEZ SEGURA**

**CONCESSION PLAINTIFFS**

1.    Hernandez Segura, Francisco Elioth

## C21 – PERMISIONARIO HORACIO MORALES ISLA DE JUAN A RAMIREZ

## CONCESSION PLAINTIFFS

1. Bruggeman Perez, Francisco
2. Camacho Espriella, Jose Elias
3. Cruz Olivares, Rebeca
4. Garcia Hernandez, Florensia
5. Morales Herandez, Gilberto
6. Pena Malerva, Luis Alberto
7. Perez Cruz, Juana
8. Perez Maya, Pablo
9. Perez Santiago, Gaudencio

## C22 – PERMISIONARIO MACARIO MAR CRUZ

### CONCESSION PLAINTIFFS

1    Mar Cruz, Macario

## C23 – PERMISIONARIO ISRRAEL CONTRERAS ZALETA

## CONCESSION PLAINTIFFS

1    Contreras Zaleta, Isrrael

## C24 – PERMISIONARIO TEODORO GONZALEZ GONZALEZ

## CONCESSION PLAINTIFFS

1.      Gonzalez Gonzalez, Teodoro

## C25 – PERMISIONARIO FLAVIO ALFREDO TORRES DAMIAN

## CONCESSION PLAINTIFFS

1.      Torres Damian, Flavio Alfredo

# C26 – PERMISIONARIO EFREN BALDERAS

## CONCESSION PLAINTIFFS

1.   Alvarez Nunez, Victor
2.   Balderas Medina, Efren
3.   Balderas Valdez, Bentio
4.   Balderas Valdez, Efren
5.   Balderas Valdez, Lino
6.   Castillo Rivera, Anulfo
7.   Cruz Perez, Guadalupe
8.   Diaz Juarez, Francisco
9.   Francisco Velazquez, Cipriano
10.  Hernandez Alarcon, Enrique
11.  Hernandez Bautista, Jose Oscar
12.  Morato Cabrales, Guadalupe
13.  Ramirez Martinez, Maximo
14.  Sosa Sains, Tomas
15.  Valdez Arteaga, Daniel
16.  Valdez Arteaga, Japeth
17.  Valdez Meraz, Agustin
18.  Valdez Meraz, Octavio
19.  Valdez Rodriguez, Eliazar

## C27 – PERMISIONARIO CARMELO ESTEVEZ MARTIR

## CONCESSION PLAINTIFFS

1.  Estevez Garcia, Ediel
2.  Estevez Garcia, Raul
3.  Estevez Martir, Carmelo
4.  Garcia Constantino, Blanca
5.  Hernandez Guadalupe, Juan Rosendo
6.  Maya Constantino, Juan Carlos
7.  Mendoza Garcia, German
8.  Prisciliano Constantino, Jorge
9.  Prisciliano Constantino, Sergio
10. Prisciliano Cruz, J Ricardo

# C28 – PERMISIONARIO MARTIN JAIME ORTEGA GIL DE SAN JERONIMO

## CONCESSION PLAINTIFFS

1. Camarillo Diaz, Virginia
2. Camarillo Garcia, Elizabeth
3. Cruz Aran, Dan Huseim
4. Cruz Garcia, Juan
5. Del Angel Castro, Rogelio
6. Gonzalez Cruz, Jael
7. Gonzalez Cruz, Joel
8. Hernandez Gonzalez, Edvino
9. Lugo Bravo, Maria Del Rosario
10. Lugo Bravo, Reyna Isabel
11. Ortega Gil, Martin Jaime