## EXHIBIT "D"

## Compra Venta de Felipe Barrios, et al
### "Retail and Processing Plaintiffs"

1. Compra Venta de Felipe Barrios — 10 Plaintiffs
2. Compra Venta Victor Valenzuela — 21 Plaintiffs
3. Despicadoras de la Isla de San Juan A Ramirez — 76 Plaintiffs
4. Grupo la Esperanza Flor Idilia — 108 Plaintiffs
5. Fileteras de Mamey de Antonio Aran — 27 Plaintiffs
6. Peladoras de Camarón de la Pescadores de Tamiahua — 69 Plaintiffs
7. Esposas & Hijos de Socios de la Huasteca Veracruzana — 204 Plaintiffs
8. Hijos de Sociedad Cooperativa Pescadores de Saladero — 53 Plaintiffs
9. Esposas de la Rivera de Tampico Alto — 117 Plaintiffs
10. Esposas de Socios de la Sociedad Cooperativa Riverena de Saladero — 73 Plaintiffs
11. Grupo Cucharas Juan Ortega Romero Artemio Aran — 53 Plaintiffs
12. Unión de Fileteros de Cucharas José Luis Palacios Medina — 56 Plaintiffs
13. Grupo La Sirenita Felipa Celestino Artemio Aran — 57 Plaintiffs
14. Grupo La Jaiva Pescadores Alto del Tigre Artemio Aran — 54 Plaintiffs
15. Despicadoras de Jaiva los Higueros Artemio Aran — 31 Plaintiffs
16. Despicadoras de la Majahua Karina — 22 Plaintiffs
17. Despicadores y Pescadores Libres de Saladero — 74 Plaintiffs
18. Despicadores y Pescadores libres de la Merced — 26 Plaintiffs
19. Grupo La Trucha Guillermina Hernández — 22 Plaintiffs
20. Despicadoras de San Jerónimo — 7 Plaintiffs
21. Grupo Superacion Jahasaviel Cruz Castro — 20 Plaintiffs
22. Restaurante Nuevo Veracruzano Tuxpan — 13 Plaintiffs
23. Restaurante Nuevo Veracruzano Tamiahua Angel Ramos — 33 Plaintiffs
24. Compradores de la Soc. Coop. Pescadores de Tamiahua — 44 Plaintiffs
25. Compra Venta de la Soc. Coop Tamiahua — 106 Plaintiffs
26. Pensionados de la Soc. Coop. Rivera de Tampico Alto — 40 Plaintiffs
27. Restauranteros, Compradores y Cosedores de Mariscos de Tampico Alto — 59 Plaintiffs
28. Esposas de Socios de la Cooperativa de Pescadores de Tamiahua — 300 Plaintiffs
29. Hijos de Socios de la Cooperativa de Pescadores de Tamiahua — 139 Plaintiffs
30. Esposas de Socios de Cooperativa de San Jerónimo — 25 Plaintiffs
31. Hijos de Socios de la Cooperativa de Cabo Rojo — 11 Plaintiffs
32. Esposas de Socios de la Cooperativa de Cabo Rojo — 87 Plaintiffs
33. Esposas de la Cooperativa Reforma — 137 Plaintiffs
34. Hijos de Socios de la Cooperativa Reforma — 30 Plaintiffs
35. Esposas de Socios de Ostioneros del Sur Cucharas — 28 Plaintiffs
36. Esposas de la Coop. de Tamiahua — 302 Plaintiffs
37. Hijos de Socios de la Coop. de Tamiahua — 133 Plaintiffs
38. Hijos de Socios de la Cooperativa de Rivera de Tampico Alto — 44 Plaintiffs
39. Esposas y Hijos de la Cooperativa Productores y Pescadores de Saladero — 32 Plaintiffs
40. Esposas y Hijos de Socios de la Cooperativa La Aurora Barra de Cazones — 45 Plaintiffs
41. Restaurante Veracruzano Tamiahua — 5 Plaintiffs
42. Grupo Libre la Chavelita Jose Luis Perez Cruz — 2 Plaintiffs
43. Hijos de Socios de Congregacion Anahuac — 9 Plaintiffs
44. Esposas de Socios de Congregacion Anahuac — 18 Plaintiffs
45. Esposas de Socios de la Cooperativa de las Chacas — 22 Plaintiffs
46. Esposas de la Cooperativa Ostioneros de Saladero — 78 Plaintiffs
47. Hijos de la Cooperativa Ostioneros de Saladero — 59 Plaintiffs
48. Hijos de Socios de la Cooperativa de las Chacas — 13 Plaintiffs
49. Despicadoras de las Chacas — 23 Plaintiffs
50. Compra Venta del Mercado de Tuxpan — 15 Plaintiffs

# D1 - COMPRO VENTA DE FELIPE BARRIOS

## RETAIL & PROCESSING

1. Alvarado Maya Dora Alicia
2. Barrios Anzures Felipe
3. Barrios Lorenzo Felipe
4. Escamilla Avendano Leoncio
5. Gomez Sanchez Maria Esther
6. Herrera Reyes Carlos
7. Lorenzo Aran Martha
8. Olvera Alvarado Carlos Antonio
9. Ramos Lopez Adriana
10. Reyes Lopez Javier

## D2 - COMPRO VENTA VICTOR VALENZUELA

## RETAIL & PROCESSING

1.  Alonso Bautista, Rosa Adriana
2.  Bautista Enriquez, Cristina
3.  Bautista Enriquez, Elizabeth
4.  Bautista Rodriguez, Ausencio
5.  Bautista Rodriguez Hermenegildo
6.  Blanco Gomez, Esperanza
7.  Buda Marinez, Guadalupe
8.  Caballo Blanco, Bertha Alicia
9.  Caballo Blanco, Esperanza
10. Caballo Blanco, Rebeca
11. Caballo Buda, Esther
12. Caballo Buda, Surisadai Esperanza
13. Castellanos Constantino Santa Filomena
14. Castillo Avila, Mayra
15. Deantes Cruz, Jesus
16. Guzman Vazquez, Alma Claudia
17. Hernandez Santiago, Minerva
18. Izaguirre Deantes, Norma Alicia
19. Morales Santiago, Elena
20. Ollervides Perez, Helday
21. Perez Diaz, Francisca

## D3 - DESPICADORAS DE LA ISLA DE SAN JUAN A RAMIREZ

## RETAIL & PROCESSING

1. Aguilar Artega Lucero
2. Aguilar Castaneda Rosa
3. Aguilar Arteaga Gladys Denize
4. Barrios Rivera Liliana
5. Castelan Reyes Virginia
6. Constantino Casanova Janet
7. Constantino Hernandez Maria del Socorro
8. Cruz del Angel Candelaria
9. Cruz del Angel Rosalba
10. Cruz Licona Eunices
11. Cruz Ramos Concepcion Margarita
12. Cruz Sanchez Carolina
13. Cruz Sosa Fidela
14. Del Angel Oretga Maricela
15. Del Angel Villar Sugey Teresa
16. Escalante Casanova Beatriz
17. Gallardo Perez Georgia
18. Garcia Zaleta Sandra
19. Gonzalez Mar Rufina
20. Gonzalez Zaleta Maria Anselma
21. Gonzalez Zaleta Petra
22. Hernadez Casanova Fidencia
23. Hernandez Casanova Margarita
24. Hernandez Mendoza Camila
25. Hernandez Mendoza Virginia
26. Hernandez Morales Yuliana Elizet
27. Loredo Perez Leticia
28. Loya Cruz Susana
29. Maldonado Martinez Irma
30. Malerva Cruz Lizbeth
31. Malerva Gonzalez Marili
32. Malerva Navarrete Graciela
33. Malerva Navarrete Olga
34. Malerva Villarreal Magdalena
35. Mar Gonzalez Maria del Carmen
36. Mar Segura Blanca Flor
37. Marquez Santiago Laura
38. Martinez Sanchez Lidia
39. Maya Cruz Laura Elena
40. Medina Ricardo Dulce Yuri
41. Mendoza Lorenzo Tomasa
42. Mendoza Nunez Nallely
43. Morales Gonzalez Magdalena
44. Morales Gonzalez Maxima
45. Morales Zuniga Rafaela
46. Nunez Cruz Rosa
47. Olivares Morales Norma Edith
48. Ortega Perez Maria Luisa
49. Padilla Lorenzo Cristina
50. Peña Malerva Yasmin Mercedes
51. Perez Delgado Araceli
52. Perez Hernandez Nancy Edith
53. Perez Mar Luisa
54. Perez Mar Yenni Isela
55. Perez Ortega Alondra
56. Perez Ortega Diana
57. Perez Valdez Sofia
58. Perez Villarreal Beatriz
59. Quezada Perez Victoria
60. Ramos Cruz Leovijilda
61. Rodriguez Gonzalez Concepcion
62. Salas Malerva Mayra
63. Sanchez Flores Maribel
64. Santiago de la Cruz Maria Natividad
65. Santiago Vazquez Lelibeth
66. Sosa Vazquez Merida
67. Sosa Vazquez Soni Columbia
68. Teran Aguilar Maria del Pilar
69. Tiburcio Aguilar Nahami
70. Tiburcio Aguilar Karina
71. Vazquez Sosa Eneyda
72. Villadares Rivas Eduarda
73. Villadares Rivas Leticia
74. Villalobos Maya Carolina
75. Villalobos Maya Dora Maria
76. Zapata Leija Maria Aurora

## D4 - GRUPO LA ESPERANZA FLOR IDILIA

### RETAIL AND PROCESSING

1. Almaguer Sifuentes Maria Elvia
2. Alvarado Antonio Maria Elena
3. Barrios Olea Oralia
4. Barrios Ramirez Esperanza
5. Bautusta Castro Margarita
6. Blanco Cruz Leticia
7. Blanco Flores Iracema
8. Blanco Jonguitud Alicia Yasmin
9. Blanco Ortega Flor Iudlia
10. Blanco Rodriguez Marisela
11. Blanco Rodriguez Yuma Yadira
12. Casados Lorenzo Cristina
13. Castro Hernandez Eunice
14. Castro Juarez Dionisia
15. Castro Juarez Elena
16. Caudana Carbajal Jose Antonio
17. Cayetano Bautista Silviana
18. Cervantes Barrios Epigmenia
19. Cervantes Barrios Silvestre
20. Cruz Cruz Maria de Lourdes
21. Cruz Garcia Imelda
22. Cruz Pimentel Areli
23. Cruz Rosendo Obdulia
24. Cruz Saldaña Lucia
25. Cruz Saldaña Maria Abrana
26. De Alba Lara Lucia
27. Del Angel Delgado Santos
28. Del Angel Lara Josue
29. Del Angel Lara Maria Nepthali
30. Delgado Ortega Yulian Cristal
31. Duque Tovar Claudia
32. Enriques Ortega Miriam
33. Estevez Martir Marcela
34. Estevez Martir Marisa
35. Flores Barrios Elizabeth
36. Flores Mar Abizac
37. Flores Mar Sesia
38. Flores Sifuentes Enoc
39. Flores Sifuentes Gemma
40. Galindo Hernandez Nereyda
41. Garcia Islas Edith
42. Gonzalez Bautista Gloria Blanca
43. Gonzalez Cayeteano Maritina
44. Gonzalez Estevez Caritina
45. Gonzalez Gonzalez Zenaida
46. Gonzalez Santiago Maria Julia
47. Hernandez Guadalupe Justino
48. Hernandez Hernandez Rossana
49. Hernandez Licona Valentina
50. Hernandez Segura Franci Neli
51. Hernandez Segura Llaniris
52. Jonguitud Escobar Maria Teresa de Jesus
53. Jonguitud Escobar Ricardo
54. Lara Hesiquio Estela
55. Lara Villegas Fortino
56. Linche Blanco Patricia
57. Loredo Martinez Yolanda
58. Lorenzo Alvarado Xochitl
59. Mar Blanco Teresa de Jesus
60. Marquez Blanco Ruth Mireya
61. Marquez Valdes Pascuala
62. Martir Garcia Maricela
63. Martir Santiago Enriqueta
64. Martir Santiago Gloria
65. Martir Santigao Melesia
66. Martir Valdez Joseph
67. Medina Albizo Paulina
68. Mendoza Garcia Maria Eugenia
69. Moncada Mendoza Margarita Esmeralda
70. Morato Solis Leoba
71. Ontiverios Acuña Maria de la Paz
72. Ortega Duque Adilene
73. Ortega Juarez Elvira
74. Ortega Juarez Margarita
75. Ortega Morato Beatriz
76. Ortega Ruperta
77. Ortega Valdez Claudia
78. Palacios Guzman Ahasbai
79. Palacios Medina Inocencia
80. Palacios Mendoza Merari
81. Palacios Mendoza Pedro
82. Palacios Palacios Blanca Aurora

## D4 - GRUPO LA ESPERANZA FLOR IDILIA

## RETAIL AND PROCESSING

| | | | | |
|---|---|---|---|---|
| 83. | Palacios Priche Reyna Judith | | 96. | Rosendo Reyes Minerva |
| 84. | Palacios Sobrevilla Asahel | | 97. | Saldaña Barrios Perfecto |
| 85. | Perelata Hernadez Celedonio | | 98. | Segura Delgado Alberta |
| 86. | Perez Castro Vianey | | 99. | Sifuentes Compeam Maria Ernestina |
| 87. | Perez Doce Blanca Estela | | 100. | Sobrevilla Garcia Manuela |
| 88. | Priche Gonzalez Clarisel | | 101. | Solis Castro Efren |
| 89. | Priche Gonzalez Yuliana | | 102. | Solis Castro Maria del Carmen |
| 90. | Priche Ortega Aurora | | 103. | Tomas Bautista Ana Alicia |
| 91. | Ramirez Gonzalez Clarivel | | 104. | Valdes Cruz Jovita |
| 92. | Rios Carmen | | 105. | Valdes Cruz Maria de Jesus |
| 93. | Rivera Gonzalez Marcelina | | 106. | Zaleta Priche Ana Maria |
| 94. | Rocha Ontiverios Flor | | 107. | Zaleta Priche Gloria |
| 95. | Romero Noriega Victoria | | 108. | Zaleta Priche Griselda |

## D5 - FILETEROS DE MAMEY DE ANTONIO ARAN

## RETAIL AND PROCESSING

1. Atanacio Marcelo Luciana
2. Domingez Antonio Ignacio Dionicio
3. Domingez Antonio Jesus Feliciano
4. Domingez Antonio Maria Natividad
5. Garcia Alejandre, Ricardo
6. Garcia Lugo, Diana Arisbet
7. Hernandez Flores, Salome
8. Hernandez Ortega, Vicente
9. Hidalgo Rodriguez, Israel
10. Idalgo Rodriguez, Ada Itzel
11. Macias Cruz, Ernesto
12. Morales Loiza, Nalleli
13. Ortega Isidro, Jose Valente
14. Ortega Juarez, Juan Manuel
15. Perez Cruz, Jose Luis
16. Perez Cruz, Nereo
17. Perez Dominguez, Bellem del Rosario
18. Perez Dominguez, Luis Efrain
19. Perez Valdez, Aide
20. Perez Valdez, Ivette
21. Perez Valdez, Nereo de Jesus
22. Perez Valdez, Yurima
23. Reyes, Santiago, Maria Pascuala
24. Rocha Antiveros, Jose Librado
25. Salas Estevez, Abel
26. Santiago Estevez, Mariano
27. Valdez Esteves, Alvaro

**D6 - PELADORES DE CAMARON DE LA PESCADORES DE TAMIAHUA**

**RETAIL & PROCESSING**

1.   Aldana Cruz Margarita
2.   Alejandre Lopez Ana Karen
3.   Aran Ferral Leticia
4.   Benavides Perez Tomasa
5.   Benitez Santiago Antonia
6.   Casanova Cruz Margarita
7.   Casanova Morioka Yoshira
8.   Castañeda Meraz Maria Guadalupe
9.   Constantino Cruz Griselda
10.  Copal Hernandez Yaneth
11.  Cortez Ramos Elizabeth
12.  Cruz Cruz Luz Violeta
13.  Cruz Garcia Paula
14.  Cruz Guitan Maria Abel
15.  Cruz Ramos Lidia
16.  Delgado Franco Martha
17.  Diaz Roque Citlali
18.  Estrada Flores Olga Concepcion
19.  Ferral Diaz Hilda
20.  Gomez Benavidez Carolina
21.  Gomez Benavidez Deysi
22.  Gomez Espinoza Micaela
23.  Gonzalez Blanco Iveth
24.  Gonzalez Blanco Lizbeth Nallely
25.  Hernandez Garcia Maria Del Carmen
26.  Hernandez Garcia Zuleima
27.  Hernandez Hernandez Leticia
28.  Julian Vazquez Leonor
29.  Lopez Alvarado Guadalupe
30.  Lopez Rios Maria
31.  Lopez Roman Eva Maria
32.  Lopez Salazar Amada
33.  Lorencez Martinez Alma Delia
34.  Lorenzo Valdez Juana
35.  Martinez Benitez Ines
36.  Martinez Benitez Teresa
37.  Martinez Cruz Marcela
38.  Martinez Ramos Gladys Isabel
39.  Martinez Roman Esmeralda
40.  Martinez Roman Lucero
41.  Maya Hidalgo Ana Maria
42.  Mendoza Maya Veronica

43. Meraz Zamora Lilia
44. Meraz Zamora Mari Cruz
45. Nolasco Gallardo Rubi
46. Ortega Gomez Rosalba
47. Ortega Ramirez Reyna
48. Ovando Roman Bertha Alicia
49. Perez Copal Antonia
50. Perez Dominguez Concepcion
51. Perez Garcia Ana Isabel
52. Perez Maya Laura
53. Perez Roman Claudia Iveth
54. Ramirez Cruz Araceli
55. Reyes Blanco Miriam
56. Reyes Maya Yolanda
57. Rodriguez Alejandre Yolanda
58. Rodriguez Cruz Evelia
59. Roman Baron Sonia
60. Roman Diaz Petra
61. Roman Martinez Alicia
62. Roman Martinez Irma
63. Saldaña Macias Amada
64. Sobrevilla Gallardo Julia
65. Sobrevilla Saldaña Lucero
66. Torres Ferral Nelida
67. Villalobos Constantino Regina
68. Zamora Cruz Filomena
69. Zamora Denisse Guadalupe

## D7 - ESPOSAS & HIJOS DE SOCIOS DE LA HUASTECA VERACRUZANA

### "Retail and Processing Plaintiffs"

| | | | |
|---|---|---|---|
| 1. | Alejandre Cervantes Isabel | 45. | Delgado Gallardo Placida |
| 2. | Alejandre Gonzalez Beatriz | 46. | Escalante Casanova Beatriz |
| 3. | Alejandre Gonzalez Patricia | 47. | Escalante Casanova Marta |
| 4. | Alejandre Mar Maria De Las Mercedes | 48. | Escobar Cruz Nohemi |
| 5. | Alvarado Morfin Maria Guadalupe | 49. | Escobar Gonzalez Maria Bertha |
| 6. | Arregoita Mar Alfonsa | 50. | Escobar Ricardo Jesus |
| 7. | Arteaga Gonzalez Maria Concepcion | 51. | Estevez Estevez Juana |
| 8. | Arteaga Gonzalez Yolanda | 52. | Estevez Gonzalez Maria Silvestre |
| 9. | Atreaga Gonzalez Anita | 53. | Estevez Josefina |
| 10. | Barrios Casanova Magdalena | 54. | Estevez Lozano Patricia |
| 11. | Barrios Casanova Zoila | 55. | Estevez Maria Luisa |
| 12. | Blanco Cruz Dulce Maria | 56. | Estevez Marquez Santiaga |
| 13. | Blanco Cruz Evangelina | 57. | Garcia Del Angel Apolinar |
| 14. | Blanco Cruz Patricia | 58. | Garcia Del Angel Candida |
| 15. | Blanco Martinez Alma Rosa | 59. | Garcia Del Angel Maria Del Rosario |
| 16. | Cananova Delgado Rosa | 60. | Garcia Del Angel Maria Magdalena |
| 17. | Cano Hernandez Maria Guadalupe | 61. | Garcia Gonzalez Damaris Arely |
| 18. | Cardenas Copal Leopolda | 62. | Garcia Malerva Rosita |
| 19. | Casanova Gallardo Marisol | 63. | Garcia Margarita |
| 20. | Casanova Gallardo Marisol | 64. | Garcia Maria Irene |
| 21. | Casanova Gonzalez Eugenia | 65. | Garcia Perez Maria Del Socorro |
| 22. | Casanova Gonzalez Mara De Jesus | 66. | Garcia Vazquez Xochil Maria Magdalena |
| 23. | Casillas Del Angel Cynthia Esmeralda | 67. | Gomez Armenta Eloisa |
| 24. | Castro Casados Victoria | 68. | Gomez Segura Alvina |
| 25. | Centeno Ostos Maria Teresa | 69. | Gomez Segura Lilia |
| 26. | Cepeda Leonor | 70. | Gonzalez Artega Maria Del Carmen |
| 27. | Constantino Blanca Estela | 71. | Gonzalez Barrois Maria Elena |
| 28. | Constantino Cruz Elizabeth | 72. | Gonzalez Carvajal Felipa |
| 29. | Constantino Leal Graciela | 73. | Gonzalez Constantino Lucia |
| 30. | Constantino Leal Rosa Alba | 74. | Gonzalez Constantino Maria |
| 31. | Constantino Mar Maria Magdalena | 75. | Gonzalez Constantino Rosa Mayra |
| 32. | Cruz Castaneda Carmela | 76. | Gonzalez Del Angel Maria Elena |
| 33. | Cruz Cruz Angelica | 77. | Gonzalez Del Angel Oralia |
| 34. | Cruz Cruz Asuncion | 78. | Gonzalez Delgado Margarita |
| 35. | Cruz Cruz Fidencia | 79. | Gonzalez Estevez Marcela |
| 36. | Cruz Cruz Gaudalupe | 80. | Gonzalez Estevez Maria Elena |
| 37. | Cruz Del Angel Ericka Lizbet | 81. | Gonzalez Estevez Ninfa |
| 38. | Cruz Gonzalez Josefina | 82. | Gonzalez Estevez Paula |
| 39. | Cruz Sanchez Elsa | 83. | Gonzalez Gonzalez Dionicia |
| 40. | De La Cruz Zacarias Elizabeth | 84. | Gonzalez Hernandez Dulce Maria |
| 41. | Del Angel Cruz Maria Pompeya | 85. | Gonzalez Perez Domitila |
| 42. | Del Angel Gonzalez Irene | 86. | Gonzalez Perez Dora |
| 43. | Del Angel Gonzalez Lorena | 87. | Gonzalez Perez Rosa Elena |
| 44. | Del Angel Pena Norma | 88. | Guerrero Banda Odith |

## D7 - ESPOSAS & HIJOS DE SOCIOS DE LA HUASTECA VERACRUZANA

### "Retail and Processing Plaintiffs"

| | |
|---|---|
| 89. Hernandez Ahumada Ruth | 133. Nolasco Cruz Esmeralda |
| 90. Hernandez Barragan Enrique | 134. Nolasco Mar Lorena |
| 91. Hernandez Cruz Francisca | 135. Nolasco Mar Zorayda |
| 92. Hernanadez Garcia Maria Dolores | 136. Nunez Gonzalez Vicenta |
| 93. Hernandez Gonzalez Clara Luz | 137. Nunez Montes Florencia |
| 94. Hernandez Hernandez Susana | 138. Nunez Montes Valentina |
| 95. Hernandez Maya Edilberta | 139. Origuela Gomez Maira Margarita |
| 96. Hernandez Ortega Agustina | 140. Orta Perez Elpidia |
| 97. Hernandez Ortega Beatriz | 141. Ortega Arredondo Yolisma |
| 98. Hernandez Ortega Lilia | 142. Ortega Ordonez Marcela |
| 99. Hernandez Palacios Blanca Aurora | 143. Ortega Ordonez Maria De Los Angeles |
| 100. Hernandez Perez Antolina | 144. Ortega Sosa Lilia |
| 101. Hernandez Perez Dora | 145. Ortega Sosa Rosaura |
| 102. Jimenez Santiago Fernanda | 146. Ortega Sosa Sagrario |
| 103. Lara Perez Hermila | 147. Palma Tapia Maria De Lourdes |
| 104. Lira Romero Lorena | 148. Pascual Cruz Enriqueta |
| 105. Malerva Villarreal Maria Alejandra | 149. Perez Constantino Amelia |
| 106. Mar Malerva Magali | 150. Perez Delgado Leticia |
| 107. Mar Perez Ana Maria | 151. Perez Escamilla Angelica Maria |
| 108. Mar Perez Dora Hilda | 152. Perez Gallardo Marlyn |
| 109. Mar Perez Martha Laura | 153. Perez Gonzalez Maria Cristina |
| 110. Mar Torres Guadalupe | 154. Perez Mar Angela |
| 111. Martinez Cruz Abigail | 155. Perez Mar Edith |
| 112. Martinez Lorenzo Elda Luz | 156. Perez Mar Jovita |
| 113. Martir Carvajal Laura Patricia | 157. Perez Mascarenas Zamira |
| 114. Martir Santiago Alma Delia | 158. Perez Rivera Emma |
| 115. Mata Mar Rocio | 159. Perez Villalobos Maria Ema |
| 116. Maximiliano Espinosa Martha Nayely | 160. Perez Villalobos Maria Felix |
| 117. Maya Perez Anastacia | 161. Perez Villalobos Sandra |
| 118. Maya Santos Maria Guadalupe | 162. Pineiro Del Angel Blanca Ema |
| 119. Mendez Flores Rosario | 163. Portales Gonzalez Santa |
| 120. Mendoza Catalina | 164. Portales Hernandez Nohemi |
| 121. Mendoza Barrios Susana | 165. Puga Santiago Euralia |
| 122. Mendoza Garcia Maria Elena | 166. Ramirez Lopez Ramona |
| 123. Mendoza Mendoza Icela | 167. Ramos Saavedra Elsa |
| 124. Mendoza Nunez Rubi | 168. Resendis Ramirez Yurema Ibeth |
| 125. Mendoza Perez Eusebia | 169. Reyes Jimenez Martha Estela |
| 126. Mesa Malerva Clotilde | 170. Reyes Santiago Ana Mireya |
| 127. Molar Hernandez Guillermina | 171. Rivera Aquino Mariana |
| 128. Morales Constantino Guadalupe | 172. Rivera Ramirez Loyda |
| 129. Morales Perez Ana Luisa | 173. Rivera Ramirez Macelina |
| 130. Morales Salas Erika | 174. Rivera Segura Silvia |
| 131. Morales Salas Maribel | 175. Roman Martinez Emilia |
| 132. Nieto Mendoza Claudia | 176. Ruiz Barrios Griselda |

## D7 - ESPOSAS & HIJOS DE SOCIOS DE LA HUASTECA VERACRUZANA

### "Retail and Processing Plaintiffs"

| | | | |
|---|---|---|---|
| 177. | Salas Cruz Diana | 191. | Sosa Vazquez Graciela |
| 178. | Salas Delgado Irma Cristal | 192. | Torres Gonzalez Teresa |
| 179. | Saldana Gonzalez Ariana Sulem | 193. | Vazquez Cruz Francisca |
| 180. | Salvador Cruz Adelita | 194. | Vazquez Flores Maria Guadalupe |
| 181. | Salvador Garcia Sofia | 195. | Vazquez Villalobos Elizabeth |
| 182. | Salvador Guzman Nancy Guadalupe | 196. | Villalobos Del Angel Maria Refugio |
| 183. | Sanchez Barrios Paula | 197. | Villarreal Centeno Rebeca |
| 184. | Santiago Alejandres Isabel | 198. | Villarreal Cristina |
| 185. | Santos Herrera Estela | 199. | Villareal Del Angel Maria Del Refugio |
| 186. | Segura Rivera Silvia | 200. | Villarreal Martinez Aurora |
| 187. | Sepeda Meza Leonor | 201. | Villarreal Rivera Lucinda |
| 188. | Smith Cruz Maria Yolanda | 202. | Zaleta Arteaga Erica Isabel |
| 189. | Sosa Perez Maria Araceli | 203. | Zaleta Gonzalez Juana |
| 190. | Sosa Perez Mireya | 204. | Zaleta Valdez Josefina |

# D8 - Hijos De La Soc. Coop. Pescadores De Saladero

## "Retail and Processing Plaintiffs"

1. Aran Aran Flor Piedad
2. Aran Cruz Raymundo
3. Aran Hernandez Nestor
4. Aran Lopez Hipolita
5. Aran Mar Maria Luisa
6. Aran Olvera Ana Ruth
7. Aran Zaleta Arturo
8. Baena Jeronimo Jose Luis
9. Bautista Blanco Maria Elena
10. Bautista Blanco Maria Del Socorro
11. Bautista Blanco Martha
12. Bautsita Ramirez Teresa De Jesus
13. Casados Cobos Sabino
14. Casados Reyes Celia
15. Castro Sosa Julia
16. Cobarrubias Meza Marina
17. Constantino Zaleta Jaime
18. Del Angel Espinoza Sain Eduardo
19. Flores Castro Aurelio
20. Flores Palomares Mario De Jesus
21. Galindo Garcia Teodora
22. Jeronimo Garces Gabriel
23. Hernandez Cruz Isaura
24. Hernandez Del Angel Susana
25. Hernandez Diaz Jose Luis
26. Juarez Mar Cesar Juan
27. Lopez Mellado Sonia
28. Lopez Zequera Paola Edith
29. Lugo Flores Galdino
30. Mar casados Jesus Salvador
31. Mar Constantino Nayeli
32. Mar Olmos Maricela
33. Mar Salinas Griselda
34. Mar Santiago Julia
35. Mar Torres Ana Juliana
36. Martinez Gonzalez Maria Elena
37. Martinez Juarez Jose Tomas
38. Mora Lorenzo Arisbeth
39. Narvaez Francisco Alejandra
40. Narvaez Mar Irving Alejandro
41. Palomares Meza Mauricio
42. Perez Gallardo Margarita
43. Reyes Ruiz Paulina
44. Rodriguez Ruiz Jana Maria
45. Ruiz Casados Inocencia
46. Ruiz Valdez Julio Cesar
47. Santiago Cruz Jorge Adrian
48. Santiago Flores Ricarda
49. Santiago Flores Victoria
50. Torres Casados Vanessa
51. Torres Clemente Alma Delia
52. Torres Cruz Rosa Elena
53. Torres Meza Gabriela Alejandra

## D9 - ESPOSAS DE LA RIVERA DE TAMPICO ALTO

## RETAIL AND PROCESSING

1. Alejo Miguel Conrada
2. Arteaga Maya Julia
3. Arteaga Ramirez Blanca Estela
4. Arteaga Ramirez Irma
5. Arteaga Rodriguez Alicia
6. Arteaga Rodriguez Carmela
7. Arteaga Segura Maria de los Angeles
8. Arteaga Villalobos Fidelina
9. Barrios Barrios Teresa
10. Barrios Seguera Norma Edith
11. Bautista Castan Edelmira
12. Bautista Ferrer Lucina
13. Bazarte Suarez Yadira
14. Caballero del Angel Martha
15. Carrasco Cruz Lucia
16. Carrasco Rosas Miriam
17. Carrazco Rosas Beatriz
18. Casanova Gonzalez Bellanira
19. Casimiro Hernandez Candelaria
20. Castan Reyes Jovita
21. Castro Rivera Yasmin
22. Coronado Gonzalez Kristian
23. Cruz Arteaga Nancy Yarely
24. Cruz Casanova Rosa Maria
25. Cruz Garcia Ann Bertha
26. Cruz Garcia Maria del Carmen
27. Cruz Perez Bruna
28. Cruz Ramirez Flor Silvestre
29. Cruz Ramos Blanca Lidia
30. Cruz Reyes Consuelo
31. Davalos Orta Clara
32. Del Angel Del Angel Mercedes
33. Del Angel Reyes Erika
34. Delgado Sanchez Jenny
35. Duran Hernandez Maria Guadalupe
36. Duran Hernandez Sonia Isabel
37. Figueroa Villarreal Nora Hilda
38. Gonzalez Armenta Iriza Edith
39. Gonzalez Arteaga Sandra
40. Gonzalez Arteaga Yessenia
41. Gonzalez Barron Maria Caridad
42. Gonzalez Barron Reyna Catalina
43. Gonzalez Cruz Amalia
44. Gonzalez Cruz Carpofora
45. Gonzalez Franco Maria Elena
46. Gonzalez Gomez Antonia Micaela
47. Gonzalez Martinez Ana Bertha
48. Gonzalez Martinez Maria de la Luz
49. Gonzalez Martinez Maria Teresa
50. Gonzalez Martinez Rosa Alma
51. Guerrero Pena Martha
52. Hernandez Cruz Bertha
53. Hernandez del Angel Rosenda
54. Hernandez Guzman Maria Julia
55. Hernandez Mateos Maria Esther
56. Hernandez Morales Blanca Edith
57. Hernandez Murillo Apolinar
58. Hernandez Sanchez Maria del Carmen
59. Hernandez Sanchez Maria Estela
60. Herrera Rios Victoria
61. Herrera Rios Virginia
62. Lejarza Arteaga Maria del Rosario
63. Lemus Martinez Monica Leticia
64. Loaiza Salvador Amanda
65. Lopez Perez Rosa Esther
66. Maldonado Figon Adela
67. Malerva Perez Maribel
68. Martinez Olguin Elvira
69. Mascarenas Sanchez Maria del Pilar
70. Maya Mellado Nora Hortencia
71. Mellado Perez Angelica Maria
72. Mendoza Mar Ignacia
73. Meza Reyes Dora Elvira
74. Mireles Rodriguez Adelita
75. Morales Miranda Maria Beronica
76. Morales Reyna Imelda
77. Narvaiz Lugo Martha Yanet
78. Orta Jerez Ma Guadalupe
79. Ortega Mendoza Bruna
80. Perez Hernandez Maribel
81. Perez Orta Maria Elena
82. Perez Perez Maria Bertha
83. Perez Reyes Crisantia

# D9 - ESPOSAS DE LA RIVERA DE TAMPICO ALTO

## RETAIL AND PROCESSING

84.    Perez Reyes Hortencia
85.    Pineiro Hernandez Iliana
86.    Pineiro Ruiz Cristina
87.    Pineiro Ruiz Julieta
88.    Pineiro Ruiz Paula
89.    Polito Rangel Ana Maria
90.    Polito Rangel Geronima
91.    Polito Rangel Yolanda
92.    Ramirez Casanova Santa Elena
93.    Ramos Cruz Graciela
94.    Reyes Arteaga Margarita
95.    Reyes Salinas Eugenia
96.    Reyes Salinas Lucia
97.    Reyes Tapia Filomena
98.    Rodriguez Valdez Paulina
99.    Rodriguez Martinez Fidela
100.   Rodriguez Perez Maximina
101.   Rodriguez Valdez Minerva
102.   Rodriguez Valdez Paulina
103.   Roman Suriano Maria Cristina
104.   Ruiz Aumada Ernestina
105.   San Juan Figon Dulce Maria
106.   Sanchez Cortez Rosalba
107.   Sanchez Figon Silvia
108.   Sanchez Tiburcio Aracely
109.   Segura Flores Arely Judith
110.   Segura Villanueva Yessenia Lizeth
111.   Soto Romero Isabel del Carmen
112.   Tiburcio Ortega Diana Danely
113.   Tiburcio Ortega Teresa de Jesus
114.   Vargas Torres Crisanta
115.   Vazquez Roman Martha Ruth
116.   Vega Maya Juliana
117.   Villalobos Guillen Maria del Rosario

## D10 - ESPOSAS DE SOCIOS DE LA SOC. COOP. RIVERENA DE SALADERO

### RETAIL AND PROCESSING

1. Aran Casados, Ana Celia
2. Aran Casados, Maria Elena
3. Aran Zaleta, Maria Del Pilar
4. Barraza Galindo, Magdalena
5. Benitez Aran, Casimira
6. Blanco Martinez, Luisa
7. Casados Aran, Reyna
8. Casados Casados, Maria Ines
9. Casados Contreras, Araceli
10. Casanova Mezano, Yolanda
11. Casanova Sosa, Eusebia
12. Castellanos Valdez, Rocio
13. Castillo Marquez, Bibiana
14. Castro Sosa, Crescencia
15. Cequera Casados, Catalina
16. Clemente Hernandez, Auscencia
17. Constantino Cequera, Silvia
18. Constantino Zequera, Nelly
19. Cruz Cruz, Primitiva
20. Cruz Dominguez, Lucia
21. Cruz Geronimo, Justina
22. Cruz Lorenzo, Francisca
23. Cruz Meza, Felipa Ariadne
24. Cruz Torres, Anel Celina
25. Cruz Vargas, Victoria
26. Del Angel Ramirez, Petra
27. Diaz Hernandez, Infra
28. Espinoza Gallardo, Erika Fabiola
29. Espinoza Salas, Rosa Hilda
30. Gallardo Dominguez, Maria Josefa
31. Gallardo Eligio, Nancy
32. Garces Aran, Raquel
33. Gomez Perez, Blanca
34. Gonzalez Salinas, Mariela Iveth
35. Hernandez Castillo, Flor
36. Hernandez Meza, Martha Elena
37. Hernandez Torres, Isabel
38. Hernandez Valeriano, Esperanza
39. Hernandez, Maria Apolinar
40. Jeronimo Zaleta, Balbina
41. Juarez Garcia, Cornelia
42. Lara Salinas, Luz

43. Lee Castro, Veronica
44. Lopez Meza, Armida
45. Mar Cruz, Josefina
46. Mar Lara, Luz Esther
47. Mar Salinas, Felicitas
48. Martinez Gerardo, Delfina
49. Martinez Juarez, Ana Bertha
50. Martinez Juarez, Hortencia
51. Mendo Ortiz, Obdulia
52. Meza Hernandez, Elder
53. Meza Ruiz, Felipa
54. Olmos Pepe, Natividad
55. Olvera Huerta, Ruth
56. Peralta Aran, Maria Luisa
57. Perez Rivera, Alma Nelly
58. Ramirez Rosas, Margarita
59. Reyes Salinas, Coral
60. Reyes Santiago, Andrea
61. Rodriguez Rosas, Esperanza
62. Ruiz Casados, Nora Edit
63. Ruiz Zavala, Modesta
64. Ruiz, Maria Del Refugio
65. Salas Juarez, Maria
66. Salas Pazaron, Isidra
67. Sanchez Cruz, Edith Silvia
68. Santiago Flores, Jovita
69. Torres Cruz, Guadalupe
70. Torres Santos, Honoria
71. Valdez Meza, Raymunda
72. Zaleta Espinoza, Soledad
73. Zaleta Rosas, Pilar

## D11 - GRUPO CUCHARAS JUAN ORTEGA ROMERO ARTEMIO ARAN

### RETAIL & PROCESSING

1. Antonio Santiago Pedro Gerardo
2. Antonio Santiago Rafael Sebastian
3. Blanco Bacilio Carlos
4. Blanco Estevez Jorge Luis
5. Blanco Priciliano Victoriano
6. Castro Carbajal Omri
7. Cayetano Bautista Zeferino
8. Cequeira Cruz Alejandro
9. Cequeira Cruz Tereso
10. Cequeira Ortega Michel
11. Cruz Del Angel Antonio
12. Delgado Garcia Chencho
13. Enriquez Jerez Marciano
14. Estevez Martir Efrain
15. Galindo Garcia Francisco
16. Galindo Hernandez Francisco
17. Galindo Hernandez Marcelino
18. Galindo Hernandez Santos
19. Gaspar Pablo Francisco
20. Gaspar Pablo Rosalio
21. Gonzalez Bautista Sabas
22. Gonzalez Gonzalez Jose Luis
23. Gonzalez Rosalio
24. Gonzalezs Ortega Ponceano
25. Juarez Blanco Erick
26. Mar Efren
27. Martir Basilio
28. Martir Cruz Julio Cesar
29. Ortega Martir Seferino
30. Ortega Moreno Juan
31. Ortega Perez Everardo
32. Ortega Romero Salvador
33. Perez Rivera Julio Cesar
34. Priche Linche Adan
35. Priche Mendoza Federico
36. Priche Mendoza Hector
37. Priche Mendoza Noe
38. Priche Mendoza Roque
39. Reyes Gomez Victor
40. Romero Noriega Silvestre
41. Sequeira Ortega Diego Armando
42. Saldaña Constantino Fabian
43. Santiago Hernandez Evelio
44. Santiago Hernandez Francisco Javier
45. Santiago Peralta Jose Alfredo
46. Cequeira Cruz Samuel
47. Sequera Hernandez Miguel
48. Solis Castro Antonio
49. Solis Castro Javier
50. Solis Castro Raul
51. Solis Santos Antonio
52. Valdez Cruz Raul
53. Zaleta Priche Elias

# D12 - UNION DE FILETEROS DE CUCHARAS JOSE LUIS PALACIOS MEDINA

## RETAIL & PROCESSING PLAINTIFFS

1. Alvarado Olares Alma Delia
2. Bautista Flores Liliana
3. Bautista Reyes Julia
4. Blanco Flores Maria Del Pilar
5. Blanco Flores Paula
6. Blanco Maya Belen Berahi
7. Blanco Maya Samseran Abisua
8. Cayetano Perez Camerina
9. Cruz Juarez Carmen
10. Cruz Linche Perla Edith
11. Cruz Maldonado Veronica
12. Cruz Marquez Abisai
13. Cruz Marquez Milca
14. Flores Cayetano Abizabeth
15. Flores Flores Antonia
16. Flores Marquez Jose David
17. Flores Marquez Yaneth
18. Flores Mendoza Jose
19. Garcia Castro Andrea
20. Garcia Gonzalez Aleyda
21. Gonzalez Esteban Jose
22. Gonzalez Santiago Catalina
23. Hernandez Perez Deybi Sammai
24. Linche Blanco Esmeralda
25. Mar Esparza Maria Trinidad
26. Mar Maya Nancy Lizbeth
27. Marquez Blanco Clara
28. Marquez Blanco Teresa
29. Martir Gonzalez Hugo
30. Maya Castro Carolina
31. Maya Castro Elizabeth
32. Maya Maya Jorge Armando
33. Mendez Martinez Yadira Guadalupe
34. Mendoza Bautista Fermin
35. Mendoza Martir Esther
36. Mendoza Martir Jose Fermin
37. Mendoza Valdez Severa
38. Ortega Blanco Areli
39. Ortega Blanco Karen Helem
40. Ortega Blanco Nincy Rahel
41. Ortega Mar Dora Alicia
42. Ortega Mar Noelia
43. Ortega Mar Oralia
44. Ortega Palacios Cecian
45. Ortega Palacios Rebeca
46. Ortega Palacios Samuel
47. Ortega Palacjos Elva Marvella
48. Palacios Basurto Elva
49. Palacios Basurto Felipe
50. Palacios Cruz Juan
51. Palacios Medina Jose Luis
52. Palacios Olivares Eleuteria
53. Palacios Ortega Adoni
54. Palacios Ortega Jose Gamaliel
55. Perez Perez Olga Lidia
56. Ramirez Coronado Dulce Rosario

# D13 - GRUPO LA SIRENITA FELIPA CELESTINO ARTEMIO ARAN

## RETAIL & PROCESSING PLAINTIFFS

| | | | | |
|---|---|---|---|---|
| 1 | Antonio Garcia Teresa | | 51 | Priche Mendoza Maria Isabel |
| 2 | Baeza Arpay Maria Isabel | | 52 | Ramirez Hernandez Treyci |
| 3 | Bautista Meza Felicitas | | 53 | Ramirez Huesca Luz Marina |
| 4 | Blanco Cervantes Paula | | 54 | Valdez Castro Cipriana |
| 5 | Blanco Estevez Lucia Monserrat | | 55 | Valdez Cruz Josefa |
| 6 | Cayetano Bautista Rosario | | 56 | Zamarron Paczka Jesua |
| 7 | Celestino Silverio Felipa | | 57 | Zamarron Paczka Job |
| 8 | Cobos Navarro Herminia | | | |
| 9 | Dominguez Antonio Guadalupe | | | |
| 10 | Dominguez Antonio Luz Teresa | | | |
| 11 | Dominguez Antonio Martha Idalia | | | |
| 12 | Estevez Ramirez Lorenza | | | |
| 13 | Flores Solis Maria Belen | | | |
| 14 | Garcia Alvarado Guadalupe | | | |
| 15 | Garcia Loiza Antelma | | | |
| 16 | Garcia Lugo Jorge Alberto | | | |
| 17 | Garcia Lugo Ricardo | | | |
| 18 | Hernandez Cortez Rosalia | | | |
| 19 | Hernandez Dominguez Laura | | | |
| 20 | Hernandez Martinez Francisca | | | |
| 21 | Hernandez Palacios Jaanai | | | |
| 22 | Hernandez Valdez Sadibel | | | |
| 23 | Jimenez Alejo Ruben | | | |
| 24 | Jimenez Baeza Claudia Evelia | | | |
| 25 | Jimenez Celestino Eliezer | | | |
| 26 | Jimenez Celestino Elizabeth | | | |
| 27 | Jimenez Celestino Eva | | | |
| 28 | Jimenez Celestino Maria Esther | | | |
| 29 | Jimenez Celestino Merari | | | |
| 30 | Jimenez Zapata Jose Luis | | | |
| 31 | Jonguitus Palacios Noemi | | | |
| 32 | Linche Blanco Maria Del Carmen | | | |
| 33 | Lugo Santiago Nicolasa | | | |
| 34 | Martinez Cruz Juan Manuel | | | |
| 35 | Marquez Blanco Miguel | | | |
| 36 | Marquez Ramirez Eri Samay | | | |
| 37 | Mendoza Mar Eva | | | |
| 38 | Mendoza Mar Hilda | | | |
| 39 | Morales Lugo Arturo | | | |
| 40 | Morales Priche Larisa | | | |
| 41 | Navarro Cayetanos Guadalupe | | | |
| 42 | Olares Valdez Sandy Ibeth | | | |
| 43 | Olares Valdez Yolanda | | | |
| 44 | Ortega Romero Julio Cesar | | | |
| 45 | Ortega Romero Nestor Daniel | | | |
| 46 | Palacios Olivares Eunice | | | |
| 47 | Palacios Olivares Ruth | | | |
| 48 | Priche Linche Daniela | | | |
| 49 | Priche Mendoza Eduardo | | | |
| 50 | Priche Mendoza Josefina | | | |

## D14 - GRUPO LA JAIBA PESCADORES ALTO DEL TIGRE ARTEMIO ARAN

## RETAIL & PROCESSING PLAINTIFFS

| | |
|---|---|
| 1 | Barrios Olea Lucrecia |
| 2 | Betancourt Aquilina |
| 3 | Betancourt Ortega Nelther |
| 4 | Blanco Gomez Mateo |
| 5 | Blanco Hernandez Francisco Javier |
| 6 | Casados Ramirez Mercedes |
| 7 | Castro Cruz Cresencia |
| 8 | Cepeda Meza Manuela |
| 9 | Constantino Esteves Ernesto |
| 10 | Cruz Gallardo Maria Esther |
| 11 | Cruz Santiago Miriam |
| 12 | Esteves Ramires Juan |
| 13 | Garcia Delgado Eulalio |
| 14 | Hernandez Basilio Matilde |
| 15 | Hernandez Gonzalez Hugo Humberto |
| 16 | Hernandez Hernandez Gabriela |
| 17 | Hernandez Mar Antonia |
| 18 | Lozano Torrez Margarita |
| 19 | Mar Crisogono |
| 20 | Mar Mar Benito |
| 21 | Mar Saldaña Edilia |
| 22 | Martir Carvajal Jose Manuel |
| 23 | Mendoza Flores Gregorio |
| 24 | Nolasco Mar Norma |
| 25 | Ontiveros Garcia Silvia |
| 26 | Ortega Mar Lidia |
| 27 | Ortega Mayola |
| 28 | Ortega Zaleta Anacleto |
| 29 | Perez Mar Jose Luis |
| 30 | Perez Smith Alma Delia |
| 31 | Perez Torres Tomasa |
| 32 | Perez Zaleta Edmundo Hipolito |
| 33 | Raga Arteaga Arturo |
| 34 | Raga Banda Jose Luis |
| 35 | Raga Banda Juan De Dios |
| 36 | Ramirez Ramires Tomas |
| 37 | Ramirez Santiago Jael |
| 38 | Saldaña Garcia Eusebia |
| 39 | Salvador Cruz Antonio |

| | |
|---|---|
| 40 | Salvador Valdez Pablo Rigoberto |
| 41 | Santiago Cruz Lidoine |
| 42 | Segura Delgado Tomas |
| 43 | Serrano Ontiveros Victor Manuel |
| 44 | Smith Cruz Concepcion |
| 45 | Sosa Bautista Magdalena Elizabeth |
| 46 | Torres Saldaña Angel Jhonatan |
| 47 | Zaleta Felipe |
| 48 | Zaleta Garcia Margarito |
| 49 | Zaleta Nolasco Oswaldo |
| 50 | Zaleta Saldaña Rito |
| 51 | Zaleta Salvador Alma Antelma |
| 52 | Zaleta Salvador Candelario |
| 53 | Zaleta Salvador Lorenza |
| 54 | Zaleta Salvador Virginia |

# D15 - DESPICADORAS DE JAIBA LOS HIGUEROS ARTEMIO ARAN

## RETAIL & PROCESSING PLAINTIFFS

| | |
|---|---|
| 1 | Aguilar Carballo Angela |
| 2 | Andres Cruz Maria |
| 3 | Bautista Cruz Martha |
| 4 | Bautista Cruz Martina |
| 5 | Bautista Cruz Virginia |
| 6 | Bautista Mendez Lorenza |
| 7 | Blanco Cruz Paula |
| 8 | Casados Cruz Estela |
| 9 | Casados Cruz Nora Hilda |
| 10 | Castellanos Rosas Angel |
| 11 | Cruz Hernandez Ana Delia |
| 12 | Cruz Hernandez Bertha |
| 13 | Cruz Hernandez Tomasa |
| 14 | Felipe Bautista Camilo |
| 15 | Garcia Geronimo Maria Lourdes |
| 16 | Gaspar Chavez Angela |
| 17 | Gaspar Chavez Aurea |
| 18 | Geronimo Gonzalez Ana Maria |
| 19 | Gonzalez Bautista Socorro |
| 20 | Hernandez Chavez Aurelia |
| 21 | Hernandez Valeriano Nora |
| 22 | Martinez Paula |
| 23 | Olarte Calderon Lucia |
| 24 | Olarte Vazquez Isabel |
| 25 | Ramirez Pasaron Epifania |
| 26 | Ramiro Cruz Epifania |
| 27 | Reyes Santiago Aurora |
| 28 | Salas Razo Zita |
| 29 | Salas Tovar Maria Guadalupe |
| 30 | Salvador Santiago Crecencia |
| 31 | Sanchez Olarte Erika Lizette |

# D16 - DESPICADORAS DE LA MAJAHUA KARINA

## RETAIL & PROCESSING PLAINTIFFS

1    Castañeda Reyes Lorena
2    Castro Perez Maria De Jesus
3    Escobar Sobrevilla Candelaria Soledad
4    Espinoza Gallardo Manuela
5    Espinosa Perez Ana Karina
6    Garcia Maya Bernabe
7    Garcia Maya Silvia
8    Hernandez Cruz Teresa De Jesus
9    Hernandez Laureano Dorotea
10   Licona Amador Irene
11   Malerva Cruz Felipa
12   Martir Cruz Laura Isela
13   Perez Copal Alicia
14   Perez Hernandez Tomasa
15   Perez Mendoza Ernestina
16   Reyes Cruz Santa
17   Reyes Licona Blanca Estela
18   Romero Perez Norma Delia
19   Sanchez Zamora Claudia
20   Sobrevilla Gallardo Lucia
21   Sobrevilla Gallardo Ninfa
22   Valdez Meraz Maximina

# D17 - DESPICADORAS Y PESCADORES LIBRES DE SALADERO

## RETAIL & PROCESSING PLAINTIFFS

1.  Aran Cruz Gaudencia
2.  Aran Blanco Nelson
3.  Aran Cobos Isaura
4.  Barraza Galido Beatriz
5.  Barrios Del Angel Maria Ines
6.  Benitez Cardenas Hector
7.  Benitez Espinoza Eladio
8.  Blanco Salinas Erminda
9.  Casados Aran Maria Isabel
10. Casados Martinez Jose Reynaldo
11. Casados Meza Hector Ivan
12. Casados Ruiz Fernando
13. Castellanos Villasana Gabino
14. Cayetano Cruz Miguel Angel
15. Constantino Hernandez Jesus Alberto
16. Cordova Sanchez David
17. Del Angel Zaleta Carlos
18. Diaz Muñoz Jesus
19. Espinoza Bautista Fernando
20. Espinoza Bautista Jorge
21. Espinoza Bautista Victor Alfonso
22. Espinoza Meza Efren
23. Espinoza Salas Alfonso
24. Espinoza Salas Jose Luis
25. Florencia Casados Antonio
26. Flores Casados Jesus Alfredo
27. Flores Cruz Benito
28. Francisco Cruz Rosa Lina
29. Francisco Fajardo Floriceli
30. Francisco Fajardo Juan
31. Francisco Fajardo Maricela
32. Francisco Fajardo Rosario
33. Francisco Fajardo Victoria
34. Gallardo Olmos Candelario
35. Gallardo Olmos Gabino
36. Gallardo Olmos Raymundo
37. Gonzalez Aran Luis Enrique
38. Gonzalez Aran Luz Adriana
39. Gonzalez Blanco Ervin
40. Gonzalez Blanco Jose Manuel
41. Gonzalez Blanco Noemy
42. Gonzalez Rosas Efrain
43. Gonzalez Rosas Filomeno
44. Guerrero Torres Aurelia Dora
45. Hernandez Adela
46. Hernandez Cruz Fredy Luis
47. Hernandez Peralta Hilario
48. Hernandez Salas Jose Alfredo
49. Hernandez Salas Maria Del Carmen
50. Hernandez Sanchez Karina
51. Mar Gamez Maria Natalia
52. Mar Meza Guillermo Antonio
53. Mar Salas Catalina
54. Mar Salinas Enidia
55. Marr Torres Andrea Francisca
56. Martinez Hernandez Maria Rosa
57. Meza Aviles Metodio
58. Meza Blanco Eligio
59. Meza Juarez Josafa
60. Meza Mar Karla Liliana
61. Meza Rodriguez Jose Luis
62. Perez Barraza Elizabeth
63. Ponce Palomares Maria Del Coral
64. Ramirez Cruz Eleuteria
65. Retiz Hernandez Rosa Maria
66. Rios Martinez Daniel De Jesus
67. Rodriguez Hernandez Carlos
68. Ruiz Casados Primitivo
69. Sanchez Cruz Rosa Elia
70. Santiago Cruz Rosario
71. Torres Casados Marcelo
72. Torres Casados Rosa Yaneth
73. Torres Peña Rosa Maria
74. Venegas Hernandez Araceli

## D18 - DESPICADORAS Y PESCADORES LIBRES DE LA MERCED

### RETAIL & PROCESSING PLAINTIFFS

| | |
|---|---|
| 1 | Aran Aran Daniel |
| 2 | Aran Gonzales Porfirio |
| 3 | Aran Mar Alvaro |
| 4 | Aran Mar Dalia |
| 5 | Aran Mar Everardo |
| 6 | Aran Valdez Ana Lucia |
| 7 | Copal Sosa Consuelo |
| 8 | Copal Sosa Nora Hilda |
| 9 | Cruz Amador Arturo |
| 10 | Cruz Amador Blas |
| 11 | Cruz Amador Cesar |
| 12 | Cruz Amador Santiago |
| 13 | Cruz Amador Socorro |
| 14 | Del Angel Martinez Gabriel Antonio |
| 15 | Gallardo Ridriguez Alfredo |
| 16 | Gonzalez Lucas Liliana |
| 17 | Hernandez  Meza Herminia |
| 18 | Martinez Cruz Angel |
| 19 | Martinez Cruz Ines |
| 20 | Martinez Cruz Jesus |
| 21 | Martinez Cruz Jose Luis |
| 22 | Martinez Cruz Miguel Angel |
| 23 | Martinez Cruz Sofia |
| 24 | Perez Gil Felipe |
| 25 | Salas Mendo Feliciano |
| 26 | Sosa Gil Josefina |

# D19 - GRUPO LA TRUCHA GUILLERMINA HERNANDEZ

## RETAIL & PROCESSING PLAINTIFFS

| | |
|---|---|
| 1 | Alejandre Flores Eunice |
| 2 | Alejandre Flores Sandra |
| 3 | Alejandre Flores Viridiana |
| 4 | Antonio Santiago Sofia |
| 5 | Aquino Lucas Luisa |
| 6 | Barrios Ramires Maria Del Carmen |
| 7 | Casados Hernandez Yadel |
| 8 | Castro Morales Nayhelli Del Rocio |
| 9 | Flores Cruz Concepcion |
| 10 | Flores Cruz Elda |
| 11 | Flores Flores Angela |
| 12 | Flores Flores Domitila |
| 13 | Garcia Alvarado Maribel |
| 14 | Garcia Hernandez Maria Isabel |
| 15 | Gonzalez Martir Nora Edith |
| 16 | Gonzalez Ortega Raymunda |
| 17 | Gonzalez Ruiz Adelina |
| 18 | Hernandez Saldaña Guillermina |
| 19 | Martir Estevez Ema |
| 20 | Martir Garcia Asalia |
| 21 | Ruiz Ortega Ma Ascencion |
| 22 | Santiago Atanacio Maria Floriberta |

## D20 - DESPICADORAS DE SAN JERONIMO

## RETAIL & PROCESSING PLAINTIFFS

1    Camarillo Diaz Patricia
2    Casados Morato Andrea
3    Cruz Gonzalez Catalina
4    Diaz  Martinez Raymunda
5    Gomez Perez Yadira Lizbeth
6    Gonzalez Ramirez Josefina
7    Razo Abado Cecilia

## D21 - GRUPO SUPERACION JAHASIEL CRUZ CASTRO

## RETAIL & PROCESSING PLAINTIFFS

| | |
|---|---|
| 1 | Blanco Del Angel Jorge |
| 2 | Blanco Ortega Eliab |
| 3 | Castro Jonguitud Francisca |
| 4 | Cobos Garcia Juan Carlos |
| 5 | Cruz Castro Elda Nery |
| 6 | Cruz Castro Jahasiel Eved |
| 7 | Cruz Castro Lizzethe |
| 8 | Cruz Castro Miriam Mildred |
| 9 | Cruz Castro Vasti Selomith |
| 10 | Cruz Constantino Martha |
| 11 | Cruz Lince Sama Abimael |
| 12 | Cruz Martir Arnulfo |
| 13 | Cruz Martir Jose Angel |
| 14 | Garcia Michcol Eunice |
| 15 | Hernandez Hernandez Viviana |
| 16 | Herrera Delgado Madai |
| 17 | Martir Garcia Gaston |
| 18 | Maya Cruz Orfa |
| 19 | Ortega Martin Zoila |
| 20 | Santiago Mogollon Merai |

## D22 - RESTAURANTE NUEVO VERACRUZANO DE TUXPAN ANGEL RAMOS

## RETAIL & PROCESSING PLAINTIFFS

1      Cortes Cruz Fermin
2      Cortes Mendoza Rosaura
3      Cortez Mendoza Gabriela
4      Cortes Cruz Brenda
5      Cruz Lopez Sixto
6      Leandro Ortega Yoselin Azucena
7      Gomez Zeferino Agueda
8      Uribe Gomez Mariela
9      Lucas De La Cruz Arnulfo
10      Ortega Pulido Arminda
11      Pasaran Isaias Anayeli
12      Ramos Leandro Yuri
13      Vazquez Gonzalez Maria Carmen

## D23 - RESTAURANTE NUEVO VERACRUZANO TAMIAHUA ANGEL RAMOS

## RETAIL & PROCESSING PLAINTIFFS

| | |
|---|---|
| 1 | Capitan Diaz Esperanza |
| 2 | Castañeda Blanco Rosalia |
| 3 | Castañeda Luciano Ana Emilia |
| 4 | Coello Leandro Isabel |
| 5 | Cruz Del Angel Maria De Los Angeles |
| 6 | Cruz Ovando Nely |
| 7 | Leandro Cardenas Luz Ariana |
| 8 | Leyton Salazar Jorge Enrique |
| 9 | Nolasco Alejandre Sarai |
| 10 | Ramos Garcia Porfirio |
| 11 | Ramos Carranza Angel |
| 12 | Reyes Casanova Marina |
| 13 | Rosas Franco Sara |
| 14 | Rosendo Del Angel Luis Octavio |
| 15 | Torres Cruz Arquimedes |
| 16 | Torres Martinez Adriana Elizabeth |
| 17 | Aldana Ferral Maria Luisa |
| 18 | Ambrosio Santes Veronica |
| 19 | Cardenas Cruz Belinda |
| 20 | Cruz Olmedo Maria Teresa |
| 21 | Gazca Torres Martha Berenice |
| 22 | Hernandez Benitez Yadira Guadalupe |
| 23 | Hernandez Benitez Maria De Lourdes |
| 24 | Hernandez Carranza Emma |
| 25 | Leandro Ortega Lilibeth Guadalupe |
| 26 | Leandro Roman Adela |
| 27 | Leandro Roman Manuela |
| 28 | Olmedo Perez Carolina |
| 29 | Ortega Nolasco Palmira Evelia |
| 30 | Perez Morales Flor Idalia |
| 31 | Ramos Leandro Dominga |
| 32 | Ramos Leandro Nadia Maribel |
| 33 | Vicencio Cortez Maria De La Paz |

**D24 - COMPRADORES DE LA SOC. COOP. PESCADORES DE TAMIAHUA**

## RETAIL & PROCESSING PLAINTIFFS

| | | | |
|---|---|---|---|
| 1 | Alejandre Sequera Beatriz Elena | 44 | Zumaya Martinez Roberto Carlos |
| 2 | Avendaño Valdez Marilu | | |
| 3 | Benavidez Jimenez Julio | | |
| 4 | Casados Ovando Norma Leticia | | |
| 5 | Casanova Rivera Gustavo | | |
| 6 | Constantino Hernandez Aurora | | |
| 7 | Cordero Castro Zenon | | |
| 8 | Cristobal Roman Veronica | | |
| 9 | Cruz Orosco Juan | | |
| 10 | Cruz Perez Pedro | | |
| 11 | Cruz Rodriguez Pedro | | |
| 12 | Cruz Roman Maria Eugenia | | |
| 13 | De Los Santos Cruz Benito | | |
| 14 | Del Rio Hernandez Concepcion | | |
| 15 | Ferral Cruz Rodolfo | | |
| 16 | Franco Rangel Maria Soledad | | |
| 17 | Garcia Gomez Noel | | |
| 18 | Hernandez Ramirez Maria Del Carmen | | |
| 19 | Lara Marquez Carlos Roberto | | |
| 20 | Lopez De Leon Virginia | | |
| 21 | Lorencez Santiago Jose | | |
| 22 | Martinez Benitez Clara | | |
| 23 | Martinez Benitez Cristina | | |
| 24 | Martinez Benitez Porfiria | | |
| 25 | Mata Arguelles Maria Del Carmen | | |
| 26 | Mata Avendano Cintya Carola | | |
| 27 | Meraz Gonzalez Toribio | | |
| 28 | Mogollon Leandro Lilia | | |
| 29 | Monrroy Perez Juan Gabriel | | |
| 30 | Muñoz Cruz Guadalupe | | |
| 31 | Nolasco Gomez Jorge | | |
| 32 | Osorio Aran Prisca | | |
| 33 | Perez Montiel Martha | | |
| 34 | Piñeiro Valdez Mauricio | | |
| 35 | Ramos Perez Francisco | | |
| 36 | Reyes Silva Eliseo | | |
| 37 | Rodriguez Cruz Alma Delia | | |
| 38 | Roman Martinez Alfonsa | | |
| 39 | Roman Martinez Evangelina | | |
| 40 | Roman Martinez Maricela | | |
| 41 | Sobrevilla Hernandez Luz Vianey | | |
| 42 | Sosa Cabrera Erika Leonor | | |
| 43 | Valdez Alvares Jorge Luis | | |

## D25 - COMPRA VENTA DE LA SOC. COOP. TAMIAHUA

### RETAIL & PROCESSING

1. Aguilar Sosa Emma
2. Alvarado Perez Juana
3. Amador Cruz Rosario
4. Arenas Delgado Hermelinda
5. Barrios Anzurez Oscar
6. Blanco Cruz Martha
7. Cantu Maya Marilu
8. Cardenas Ferral, Maria De La Luz
9. Castañeda Valdez Narcizo
10. Castellanos Leandro, Maria Guadalupe
11. Castro Galicia, Columba
12. Castro Rodriguez Roberto
13. Castro Solis Cecilia
14. Cobos Ferral Maria Irma
15. Coronado Zamora Gustavo
16. Cruz Balderas Laura
17. Cruz Cruz Hilda
18. Cruz Cruz Maria De Jesus
19. Cruz Gomez Lucio
20. Cruz Reyes Teresa
21. Cruz Rosendo Agustina
22. Cuervo Espinoza Faustino
23. Del Angel Ferral Javier
24. Farrera Lagos Teresa
25. Ferral Meza Rodolfo
26. Figon Alejandre Fabian
27. Figon Alejandre Francisca
28. Figon Alejandre Maria Luisa
29. Florencia Ramos Virginia
30. Flores Florencia Sonia Graciela
31. Franco Cobos Neri
32. Franco Cruz Martha
33. Galindo Nava Esteban
34. Garcia Diaz Rafaela
35. Gomez Roman Francisco Javier
36. Gonzalez Soto Margarita
37. Hernanadez Blanco Ismael
38. Hernandez Casados Francisco
39. Hernandez Casados Maria Enriqueta
40. Hernandez Cruz Tomasa
41. Hernandez Gidiño Martina
42. Hernandez Gonzalez Candelaria
43. Hidalgo Ramirez Anastacia
44. Isidro Perez Federico
45. Jimenez Luna Cesar
46. Jimenez Ramirez Constantino
47. Juarez Martinez Evangelina
48. Landeros Galicia Eva
49. Lorenzo Constantino Fidela
50. Mandujano Gomez Mercedes
51. Martinez Gonzalez Ana Isabel
52. Martinez Gonzalez Petra
53. Martinez Romero Alicia Araceli
54. Maya Franco Angelica Maria
55. Maya Villegas Elma
56. Mendoza Nava Jazmin
57. Mendoza Perez Javier
58. Merinos Cruz Irma
59. Meza Cobos Reynalda
60. Meza Cruz Obdulia
61. Meza Diaz Ligorio
62. Montano Cantu Oscar Abel
63. Nava Villegas Elma
64. Nicolas Gonzalez Adriana
65. Nolasco Aguilar Adriana
66. Nolasco Gomez Maria Luisa
67. Ortega Rodriguez Juanita Guadalupe
68. Ortega Cruz Yaneth
69. Peralta Alejandre Luis Eduardo
70. Perez Hernandez Margarito
71. Perez Hernandez Norma Edith
72. Perez Mendez Lina
73. Piñeiro Garces Jose Abel
74. Piñeiro Valdez Edith
75. Pineiro Valdez Rocio
76. Ramirez Cruz Epifanio
77. Ramirez Villegas Nancy
78. Ramos Leandro Roberto
79. Rangel Jimenez Emma
80. Reyes Castro Macaria
81. Reyes Rivera Blas
82. Rivera Carrion Julieta
83. Rodolfo Ferral Meza
84. Rodriguez Leandro Ricardo
85. Roman Barrios Tomasa
86. Roman Casanova Maria Candelaria

**D25 - COMPRA VENTA DE LA SOC. COOP. TAMIAHUA**

**RETAIL & PROCESSING**

87. Roman Gonzalez Soledad
88. Romero Gonzalez Celia
89. Romero Nava Adriana
90. Rosas Cristobal Agustina
91. Rosas Torres Lucrecia
92. Rosas Torres Teresa
93. Salas Ceron Evodio
94. Santander Meza Santiago
95. Saragoza Luna Crisostomo
96. Suarez Rivera Refugio
97. Torres Pulido Cecilia
98. Torres Zaleta Dominga
99. Valdez Cruz Dora Emigtia
100.      Valdez Leandro Rosa
101.      Vicencio Gaspar Marcela
102.      Vicencio Sequera Hermelinda
103.      Vicencio Sequera Inocencia
104.      Villegas Santos Felipa
105.      Zamora Blanco Cecilia
106.      Zavala Florencia Jose Maria

# D26 - PENSIONADOS DE LA SOC. COOP. RIVERA DE TAMPICO ALTO

## RETAIL & PROCESSING PLAINTIFFS

| | |
|---|---|
| 1 | Arteaga Maya Jesus |
| 2 | Arteaga Perez Flavio |
| 3 | Arteaga Perez Pascual |
| 4 | Arteaga Reyes Artemio |
| 5 | Arteaga Reyes Guadalupe |
| 6 | Barrios Barrios Gregorio |
| 7 | Constantino Perez Carlos |
| 8 | Cruz Figon Agustin |
| 9 | Cruz Figon Daniel |
| 10 | De La Cruz Hernandez Agustin |
| 11 | Delgado Turrubiates Ignacio |
| 12 | Garcia Arteaga Apolinar |
| 13 | Garcia Arteaga Reynaldo |
| 14 | Gomez Lorenzo Ranulfo |
| 15 | Gonzalez Gallardo Adelaido |
| 16 | Gonzalez Gallardo Ramiro |
| 17 | Hernandez Torres Pedro |
| 18 | Lorenzo Mar Espiridion |
| 19 | Lorenzo Olivares Mariano |
| 20 | Lorenzo Olivarez Adan |
| 21 | Martinez Cruz Arnulfo |
| 22 | Martinez Guzman Fidel |
| 23 | Martinez Hernandez Aurelio |
| 24 | Martinez Hernandez Guadalupe |
| 25 | Martinez Martinez Enrique |
| 26 | Maya Sequera Leonardo |
| 27 | Morales Constantino Maglorio |
| 28 | Ortega Perez Teodulo |
| 29 | Padron Juarez Santos |
| 30 | Perez Cruz Ciriaco |
| 31 | Perez Cruz Gabriel |
| 32 | Piña Hernandez Norberto |
| 33 | Polito Gonzalez Marcelo |
| 34 | Ramirez Deantes Ramon |
| 35 | Ramirez Martinez Esteban |
| 36 | Reyes Arteaga Franco |
| 37 | Reyes Hernandez Marcelino |
| 38 | Roman Del Angel Rodolfo |
| 39 | Villalobos Arteaga Faustino |
| 40 | Villanueva Enrique |

## D27 - RESTAURANTEROS, COMPRADORES Y COSEDORES
## DE MARISCOS DE TAMPICO ALTO

### RETAIL & PROCESSING PLAINTIFFS

| | | | |
|---|---|---|---|
| 1 | Del Angel Ramirez Enrique | 52 | Ramirez Campoy Efren |
| 2 | Del Angel Garcia Jose Enrique | 53 | Ramirez Gonzalez Juana |
| 3 | Del Angel Garcia Enrique Jose | 54 | Ramirez Gonzalez Norberto |
| 4 | Garcia Silva Joe David | 55 | Perez Segura Ema Olimpia |
| 5 | Moreno Izaguirre Jose Alfonso | 56 | Alvarado Gonzalez Alma Elena |
| 6 | Moreno Molar Jose De Jesus | 57 | Ruiz Vita Daniel |
| 7 | Delgado Vazquez Guadalupe | 58 | Sanchez Delgado Maria Esther |
| 8 | Herrera Rios Santa | 59 | Valdez Olivares Magally |
| 9 | Martinez Martinez Olga Patricia | | |
| 10 | Martinez Ramirez Jose Maria | | |
| 11 | Portilla Valencia Maria Milagros | | |
| 12 | Villalobos Delgado Nilda | | |
| 13 | Garcia Silva Dora Alicia | | |
| 14 | Martinez Rivera Viridiana | | |
| 15 | Molar Herrera Alejandrina | | |
| 16 | Perez Martinez Yusaareli Yaquelin | | |
| 17 | Hernandez De Jesus Linda | | |
| 18 | Hernandez Moreno Mario | | |
| 19 | Saldaña Moreno Angelica | | |
| 20 | Lopez Hernandez Abelina | | |
| 21 | Molar Mendoza Olivia | | |
| 22 | Olivares Sosa Magally | | |
| 23 | Olivares Sosa Ramona | | |
| 24 | Misael Arteaga Carrasco | | |
| 25 | Carrizales Gonzalez Carolina | | |
| 26 | Cruz Mar Carolina | | |
| 27 | Gonzalez Cruz Petra | | |
| 28 | Gonzalez Morato Luis Antonio | | |
| 29 | Gonzalez Morato Maria Isela | | |
| 30 | Gonzalez Perez Arturo | | |
| 31 | Morato Villalobos Marisela | | |
| 32 | Perez Orta Maria Filomena | | |
| 33 | Arteaga Reyna Elizabeth | | |
| 34 | Blanco Cayetana Rosa Hilda | | |
| 35 | Cuervo Gonzalez Ana Karen | | |
| 36 | Gonzalez Aquino Yuri Elizabeth | | |
| 37 | Martinez Martinez Olivia | | |
| 38 | Roman Martinez Santa | | |
| 39 | Zaleta Gonzalez Suleima Irene | | |
| 40 | Piñeiro Cruz Abigail | | |
| 41 | Barajas Rojas Maria Del Carmen | | |
| 42 | Carranza Azuara Ana Maria | | |
| 43 | Cruz Perez Cesar | | |
| 44 | Gonzalez Hernandez Bertha | | |
| 45 | Lorenzo Pino Diana | | |
| 46 | Lorenzo Pino Oscar | | |
| 47 | Polito Barron Elizabeth | | |
| 48 | Reyes Baraja Cristina | | |
| 49 | Reyes Baraja Eduardo | | |
| 50 | Reyes Hernandez Yessica Yanet | | |
| 51 | Gonzalez Rodriguez Alta Gracia | | |

## D28 - ESPOSAS DE SOCIOS DE LA COOPERATIVA DE PESCADORES DE TAMIAHUA

### RETAIL & PROCESSING PLAINTIFFS

| | |
|---|---|
| 1. Acosta Franco Chona | 52. Constantino Castellanos Bruna |
| 2. Acosta Franco Manuela | 53. Cortes Tellez  Laura Guadalupe |
| 3. Acosta Franco Maria Isabel | 54. Cortes Tellez Yanet Jazmin |
| 4. Aguilar Gallardo Elizabeth | 55. Cruz Cerecedo Julia |
| 5. Aguilar Gonzalez Usbelia | 56. Cruz Chamorro Cleotilde |
| 6. Alarcon Meneces Josefa | 57. Cruz Cruz Adelfa |
| 7. Alejandre Cruz Laura | 58. Cruz Cruz Griselda |
| 8. Alejandre Victoria | 59. Cruz Cruz Virginia |
| 9. Allende Gutierrez Maria De Jesus | 60. Cruz Cuervo Raquel |
| 10. Allende Reyes Guadalupe | 61. Cruz Del Angel Petra |
| 11. Alvarado Leandro Magdalena | 62. Cruz Diaz Marta |
| 12. Alvarez Salvador Rosa Maria | 63. Cruz Espinoza Genoveva |
| 13. Amador Cabrera Maribel | 64. Cruz Ferral Beatriz |
| 14. Amador Franco Carmen | 65. Cruz Ferral Crecencia |
| 15. Amador Neri Maria De Lourdes | 66. Cruz Garcia Trinidad |
| 16. Andrade Cruz Felipa | 67. Cruz Gonzalez Esmeralda |
| 17. Aran Castillo Ana Cristina | 68. Cruz Hernandez Edith |
| 18. Aran Castillo Maria Ignacia | 69. Cruz Hernandez Juana |
| 19. Aran Cruz Elvira | 70. Cruz Martinez Concepcion |
| 20. Aran Mogellon Nora Hilda | 71. Cruz Perez Francisca |
| 21. Aranda Alvarado Dora Alicia | 72. Cruz Perez Mireya |
| 22. Aranda Cristobal Margarita | 73. Cruz Ramos Fidencia |
| 23. Arroyo Martinez Maria | 74. Cruz Valdez Laura |
| 24. Avila Alvarez Francisca | 75. Cruz Vicencio Maria Ines |
| 25. Bautista De La Cruz Floribertha | 76. Cruz Yañez Juana |
| 26. Bautista Ferrer Alejandra | 77. De La Rosa Jimenez Maribel |
| 27. Bautista Mendoza Blanca Isela | 78. Deantes Jimenez Celerina |
| 28. Bautista Sanchez Juana | 79. Del Angel Ferral Josefina |
| 29. Bello Bautista Catalina | 80. Del Angel Ovando Teresa De Jesus |
| 30. Bello Sobrevilla Galdina | 81. Delgado Gallardo Teofila |
| 31. Benavides Perez Maria De Los Angeles | 82. Diaz Blanco Josefa |
| 32. Benavidez Perez Sabina | 83. Diaz Meza Zulema |
| 33. Blanco Carrillo Teresa | 84. Dominguez Blanco Norma |
| 34. Blanco Cruz Eloina | 85. Dominguez Mendoza Angela |
| 35. Blanco Cruz Sara | 86. Escalante Vicencio Silveria |
| 36. Blanco Cruz Teresa | 87. Escudero Garcia Yolanda |
| 37. Blanco Garcia Ursula | 88. Escudero Nava Yolanda |
| 38. Blanco Gonzalez Praxedis | 89. Escudero Reyes Carolina |
| 39. Blanco Sanchez Enriqueta | 90. Espinoza Constantino Sofia |
| 40. Canales Sanchez Cleotide | 91. Estevez Cruz Sabina |
| 41. Carrillo De La Cruz Marisa | 92. Estrada Flores Olga Concepcion |
| 42. Casanova Rosas Paz | 93. Ferral Cruz Lidia |
| 43. Castañeda Cruz Elicea | 94. Ferral Malerva Martina |
| 44. Castañeda Perez Deisi | 95. Figon Alejandre Isidora |
| 45. Castañeda Valdez Ofelia | 96. Figon Hernandez Rosa |
| 46. Castellanos Carranza Maria Ysabel | 97. Figon Perez Maria Del Carmen |
| 47. Castellanos Rodriguez Elvia | 98. Figon Romero Diana |
| 48. Castro Maya Daniela | 99. Figon Romero Sonia |
| 49. Castro Perez Bertha | 100. Florencia Blanco Rosa Elia |
| 50. Cisneros Garcia Mercedes | 101. Florencia Cruz Rosa Carmen |
| 51. Cobos Garcia Leticia | 102. Florencia Garcia Cristina |

## D28 - ESPOSAS DE SOCIOS DE LA COOPERATIVA DE PESCADORES DE TAMIAHUA

## RETAIL & PROCESSING PLAINTIFFS

| | | | |
|---|---|---|---|
| 103. | Florencia Gomez Alma Delia | 154. | Hernandez Huesca Diana Yazmin |
| 104. | Florencia Miranda Maura | 155. | Hernandez Mar Romualda |
| 105. | Florencia Santiago Hilaria | 156. | Hernandez Mendoza Adriana |
| 106. | Flores Aran Catia Del Pilar | 157. | Hernandez Monroy Rosa Isela |
| 107. | Franco Delgado Irma | 158. | Hernandez Ramirez Juana |
| 108. | Franco Hernandez Berta | 159. | Hernandez Roman Clara Margarita |
| 109. | Galindo Cruz Nancy Elizabeth | 160. | Hernandez Santiago Beatriz |
| 110. | Gallardo Garcia Carla Marlene | 161. | Hernhandez Viveros Maria Luisa |
| 111. | Gallardo Gonzalez Miguelina | 162. | Isidro Cruz Alberta |
| 112. | Gallardo Martinez Rosa Linda | 163. | Isidro Cruz Doralicia |
| 113. | Gamboa Rodriguez Elisa | 164. | Isidro Zarate Martha Beatriz |
| 114. | Garcia Blanco Victoria | 165. | Jacinto Martinez Evelia |
| 115. | Garcia Casanova Margarita | 166. | Labias Hernandez Odilia |
| 116. | Garcia Castillo Hilaria | 167. | Lara Cruz Clementina |
| 117. | Garcia Garcez Maria Del Rosario | 168. | Leyton Florencia Elsa |
| 118. | Garcia Hernandez Matilde | 169. | Leyton Ovando Martha Elva |
| 119. | Garcia Maya Maria Guadalupe | 170. | Lopez Alvarado Maria Magdalena |
| 120. | Garcia Mendoza Claudia | 171. | Lopez Aran Carilu |
| 121. | Garcia Perez Alejandra | 172. | Lopez Roman Angela |
| 122. | Garcia Perez Dora Alicia | 173. | Lorencez Santiago Clara |
| 123. | Garcia Ramos Amalia | 174. | Macias Bautista Rosalva |
| 124. | Garcia Romero Benita | 175. | Macias Garcia Rosa Idalia |
| 125. | Garcia Romero Esther | 176. | Malerva Herrera Felipa |
| 126. | Garcia Romero Leonides | 177. | Malerva Vazquez Tulia |
| 127. | Garcia Romero Maria Felix | 178. | Mar Castan Regina |
| 128. | Garcia Santander Blanca | 179. | Mar Ortega Matea |
| 129. | Garcia Simon Carmina | 180. | Mar Reyes Maria Yadeli |
| 130. | Gomez Espinoza Bertha | 181. | Mar Torres Maria Elvira |
| 131. | Gomez Jimenez Concepcion | 182. | Martinez Benitez Eusebia |
| 132. | Gomez Martinez Emma | 183. | Martinez Castellanos Maria Estela |
| 133. | Gomez Martinez Eutimia | 184. | Martinez Meza Guadalupe |
| 134. | Gomez Martinez Melva Lorena | 185. | Martinez Nolasco Serafina |
| 135. | Gomez Mata Maribel | 186. | Martinez Ramirez Rufina |
| 136. | Gonzalez Alejandre Ana Maria | 187. | Martinez Reyes Ana Delia |
| 137. | Gonzalez Aviles Karla | 188. | Martinez Reyes Irma |
| 138. | Gonzalez Cruz Olga Lidia | 189. | Mata Avendaño Cinthia Carola |
| 139. | Gonzalez Hernandez Azalia | 190. | Maya Hernandez Genoveva |
| 140. | Gonzalez Ramirez Venancia | 191. | Maya Martinez Juana |
| 141. | Gonzalez Reyes Virginia | 192. | Maya Sobrevilla Julia |
| 142. | Gonzalez Salazar Maura | 193. | Mendez Elias Graciela |
| 143. | Granillo Miranda Inocencia | 194. | Mendo Hernandez Maria E. |
| 144. | Gutierrez Blanco Candelaria Guadalupe | 195. | Mendoza Cristobal Juliana |
| 145. | Hernandez Casados Dora Alicia | 196. | Mendoza Cruz Elizeth |
| 146. | Hernandez Cruz Leonila | 197. | Mendoza Meza Eugenia |
| 147. | Hernandez Cruz Patricia | 198. | Mendoza Meza Matilde |
| 148. | Hernandez Espinoza Leopolda | 199. | Mendoza Perez Genara |
| 149. | Hernandez Florencia Ana Kari | 200. | Meraz Gonzalez Aquilina |
| 150. | Hernandez Garcia Virginia | 201. | Meraz Zamora Guadalupe |
| 151. | Hernandez Gonzalez Jesus | 202. | Meza Olivares Maria De La Luz |
| 152. | Hernandez Gudiño Trinidad | 203. | Mogollon Juarez Hilaria |
| 153. | Hernandez Hernandez Edelmira | 204. | Mogollon Orozco Alba |

## D28 - ESPOSAS DE SOCIOS DE LA COOPERATIVA DE PESCADORES DE TAMIAHUA

### RETAIL & PROCESSING PLAINTIFFS

| | | | | |
|---|---|---|---|---|
| 205. | Morales Ramirez Venancia | | 256. | Roman Cobos Francisca |
| 206. | Morioka Cepillo Rosalba | | 257. | Roman Diaz Carolina |
| 207. | Nolasco Reyes Inez | | 258. | Roman Martinez Maria Antonia |
| 208. | Nolasco Reyes Matilde | | 259. | Roman Mogollon Antonina |
| 209. | Nolasco Reyes Rosa Isela | | 260. | Roman Ortega Eva Luz |
| 210. | Ocampo Pasaran Maria Cruz Gabriela | | 261. | Roman Perez Cristina |
| 211. | Ortiz Aranda Maria De La Luz | | 262. | Romero Del Angel Maria Idalid |
| 212. | Ortiz Cruz Maria Eugenia | | 263. | Romero Perez Esmeralda |
| 213. | Ortiz Meza Araceli | | 264. | Romero Perez Yeimi Ruth |
| 214. | Osorio Cobos Manuela | | 265. | Romero Reyes Catalina |
| 215. | Ovando Cruz Maria Guadalupe | | 266. | Roque Martinez Maria Magdalena |
| 216. | Ovando Salas Teresa De Jesus | | 267. | Rosas Garcia Patricia |
| 217. | Perez Aguilar Juana | | 268. | Rosas Valdez Josefa |
| 218. | Perez Castro Marina | | 269. | Ruiz Iturbide Lidia |
| 219. | Perez Copal Maria Del Rocio | | 270. | Saladaña Macias Maria Sandra |
| 220. | Perez Cruz Dora Delia | | 271. | Salas Mogollon Alma Delia |
| 221. | Perez Dominguez Isidora | | 272. | Saldaña Macias Amada |
| 222. | Perez Ferral Maria Leticia | | 273. | Saldaña Mar Maria Engracia |
| 223. | Perez Ferral Sabina | | 274. | Salguero Castellanos Rosalia Consuelo |
| 224. | Perez Garcia Maria Del Rocio | | 275. | Sanchez Blanco Gregoria |
| 225. | Perez Mar Amparo | | 276. | Santes Bautista Eufemia |
| 226. | Perez Valdez Flora | | 277. | Sequera Mendoza Matilde |
| 227. | Peyrani Del Angel Aide | | 278. | Sobrevilla Gallardo Clara |
| 228. | Peyrani Reyes Elisa | | 279. | Sobrevilla Gallardo Julia |
| 229. | Ramirez Casanova Evangelina | | 280. | Sobrevilla Malerva Alma |
| 230. | Ramirez Reyes Andrea | | 281. | Sobrevilla Marleva Mariana |
| 231. | Ramirez Reyes Socorro | | 282. | Sobrevilla Saldaña Esperanza |
| 232. | Ramirez Reyes Susana | | 283. | Soto Balleza Elena |
| 233. | Ramon Hernandez Olga Lidia | | 284. | Tapia Roman Maria Luisa |
| 234. | Ramos Franco Erika | | 285. | Tapia Roman Neri |
| 235. | Ramos Mar Reyna | | 286. | Terraza Lopez Miriam |
| 236. | Ramos Rivera Guadalupe | | 287. | Torres Isidro Mariza |
| 237. | Reyes Blanco Karina Elena | | 288. | Torres Ramirez Maria Del Carmen |
| 238. | Reyes Blanco Maria | | 289. | Torres Roman Lazara |
| 239. | Reyes Casanova Eliodora | | 290. | Valdez Vargas Petra |
| 240. | Reyes Castro Eleuteria | | 291. | Valdez Vargas Zozima |
| 241. | Reyes Castro Laura | | 292. | Vazquez Peralta Maria Guadalupe |
| 242. | Reyes Diaz Victoria | | 293. | Vazquez Ramirez Balvina |
| 243. | Reyes Garcia Justina | | 294. | Vega Cruz Zoila |
| 244. | Reyes Medellin Maria Elena | | 295. | Vicencio Figon Luisa |
| 245. | Reyes Mendoza Concepcion | | 296. | Vicencio Hernandez Erika |
| 246. | Reyes Mendoza Elvira | | 297. | Vicencio Santiago Hilaria |
| 247. | Reyes Ramirez Ana Maria | | 298. | Villasana Cruz Silvia |
| 248. | Reyes Roman Victoria | | 299. | Zamora Mendoza Sayra Berenice |
| 249. | Rivera Alvarado Angela | | 300. | Zamora Sanchez Concepcion |
| 250. | Rodriguez Cruz Claudia | | | |
| 251. | Rojas Cruz Esmeralda | | | |
| 252. | Roman Alvarado Maria Guadalupe | | | |
| 253. | Roman Baron Hilda | | | |
| 254. | Roman Baron Mirna | | | |
| 255. | Roman Casanova Crecencia | | | |

## D29 - HIJOS DE SOCIOS DE LA COOP TAMIAHUA

## RETAIL & PROCESSING PLAINTIFFS

1. Aguilar Roman Jose Antonio
2. Alejandre Salguero Nora
3. Alejanre Villazana Flora
4. Aran Barrios Laura
5. Aran Cruz Jesus Adelfo
6. Aran Cruz Modesto
7. Aran Hernandez Alberto
8. Barrios Meza Julieta
9. Bello Sobrevilla Lucio
10. Bello Sobrevilla Mario
11. Blanco Cruz Julian
12. Blanco Diaz Jose Juan
13. Briceño Castillo Juan
14. Capitan Hernandez Ivan
15. Castellanos Figon Emilio
16. Castillo Gaspar Delia
17. Castro Gonzalez Sergio Adrian
18. Castro Hernandez Edgar
19. Cepeda del Angel Jose Luis
20. Copal Meza Diana
21. Cruz Alejandre Jorge Alberto
22. Cruz Cruz Erik
23. Cruz Cruz Jaime
24. Cruz Cruz Julio Cesar
25. Cruz Ferral Diana
26. Cruz Franco Inocencio
27. Cruz Garcia Luis Antonio
28. Cruz Rivera Sofia
29. Cruz Zamora Jazmin
30. Del Angel Ferral Teresa
31. Del Rio Rodriguez Denis Estefania
32. Diaz Barrios Dominga
33. Diaz Garcia Blanca Vianeth
34. Diaz Gonzalez Luz Maria
35. Diaz Mendez Roberto Carlos
36. Diaz Ortega Flarinda
37. Diaz Reyes Raul Alonso
38. Escudero Cruz Celeste
39. Espinoza Rodriguez Julio Cesar
40. Ferral Aranda Areli Yazmin
41. Ferral Ramos Jeronimo
42. Figon Espinoza Jose Alberto
43. Figon Jerez Francisco Feliciano
44. Figon Perez Aney
45. Figon Perez Maria Elena
46. Figon Rodriguez Maria Esther
47. Figon Sobrevilla Felipe
48. Florencia Zamora Juan Bernanbe
49. Galindo Barrios Manuel
50. Garces Castro Zeydi
51. Garcia Chavez Facunda
52. Garcia Diaz Phenelope Yaneth
53. Garcia Romero Eduardo
54. Garcia Santander Yolanda
55. Gomez Capitan Adgar
56. Gomez Cruz Genaro
57. Gomez Del Angel Eder Emanuel
58. Gonzalez Aran Luis Angel
59. Gonzalez Cruz Amauri Antonio
60. Gonzalez Cruz Candido
61. Gonzalez Evangelio Salvador
62. Gonzalez Martinez Juan Andres
63. Gonzalez Meza Fredy
64. Gonzalez Sanchez Pablo
65. Henandez Zamora Hector Emiliano
66. Hernandez Cabriales Leopoldo
67. Hernandez Casados Francisco
68. Hernandez Mendoza Maribel
69. Hernandez Perez Andres
70. Hernandez Perez Sugey
71. Hernandez Rivera David
72. Hernandez Rivera Ricardo Adan
73. Hernandez Salas Rubicel
74. Isidro Juarez Ivon
75. Isidro Perez Baetriz
76. Isidro Tejeda Sarai
77. Juarez Perez Hisiquio
78. Leandro Aran Rosa Iveth
79. Lorenzo Blanco Yliana
80. Lorenzo Valdez Nancy
81. Loya Hernandez Juan Daniel
82. Macias Gonzalez Jhony
83. Martinez Diaz Cosme
84. Martinez Gonzalez Armando
85. Martinez Meza Jose Antonio
86. Maya Hernandez Roberto
87. Mendoza Cruz Quintin
88. Mendoza Diaz Sandra
89. Mendoza Perez Jovany
90. Meza Cobos Raul
91. Meza Cruz Alejandra
92. Meza Cruz Luis Enrique
93. Meza Del Angel Hilario
94. Meza Franco Maria Guadalupe
95. Meza Gonzalez Manuel
96. Meza Martinez Eric
97. Meza Martinez Rosendo
98. Meza Serafin Jose Roberto
99. Meza Yañez Luis Angel
100. Muñoz Reyes Fermin
101. Ortega Gomez Arturo
102. Ortega Santander Cristobal
103. Perez Aldaz Cosme
104. Perez Cruz Juan Francisco

## D29 - HIJOS DE SOCIOS DE LA COOP TAMIAHUA

### RETAIL & PROCESSING PLAINTIFFS

| | | | | |
|---|---|---|---|---|
| 105. | Perez Maya Alfredo | | 123. | Rosas Ponce Yolanda |
| 106. | Perez Rosas Edgar Giovanni | | 124. | Ruiz Reyes Yasset Oswaldo |
| 107. | Quiroz Reynosa Salvador | | 125. | Sanchez Cobos Yuleana |
| 108. | Ramos Bernabe Fabiola | | 126. | Sanchez Diaz Antonio Carlos |
| 109. | Ramos Cruz Cipriana | | 127. | Santander Cruz Emilio |
| 110. | Ramos Cruz Erik | | 128. | Santiago Perez Martin |
| 111. | Ramos Ferral Luis Alfredo | | 129. | Sequera Santander Ray Carlos |
| 112. | Ramos Rosas Victor Hugo | | 130. | Silva Escudero David |
| 113. | Ramos Zamora Juan | | 131. | Terraza Sobrevilla Edgar |
| 114. | Reyes Martinez Viviana | | 132. | Torres Gomez Elizabeth |
| 115. | Reyes Reyes Yesica Guadalupe | | 133. | Torres Sobrevilla Adriana |
| 116. | Rivera Cruz Santos | | 134. | Valdez Reyes Saturnino |
| 117. | Rodriguez Barrera Crisoforo | | 135. | Zamora Franco Maribel |
| 118. | Rodriguez Leandro Alicia | | 136. | Zamora Garcia Norma |
| 119. | Rojas Cruz Maria Del Carmen | | 137. | Zamora Gonzalez Marco Antonio |
| 120. | Rosas Alejandre Javier | | 138. | Zamora Santander Alejandrina |
| 121. | Rosas Cruz Andres | | 139. | Zumaya Gonzalez Jorge |
| 122. | Rosas Cruz Evelia | | | |

## D30 - ESPOSAS DE SOCIOS DE COOPERATIVA DE SAN JERONIMO

## RETAIL & PROCESSING PLAINTIFFS

1. Aviles Jeronimo Guadalupe
2. Bautista Mar Lidia
3. Camarillo Cruz Martha Elena
4. Cervantez Cruz Beatriz
5. Constantino Mar Lizette
6. Contreras Zaleta Araceli Del Carmen
7. Cruz Lugo Maria Del Carmen
8. Cruz Ramirez Martha
9. Cruz Santiago Maria Guadalupe
10. Cruz Zavala Eva
11. Del Angel Martinez Teresa Del Carmen
12. Florencia Nolasco Dora
13. Gallegos Jerez Teresa
14. Jerez Gonzalez Joba
15. Juarez Florencia Deyci
16. Juarez Florencia Diana Sorayda
17. Lugo Juarez Fabiola
18. Martinez Santos Rafaela
19. Meza Juarez Esperanza
20. Meza Juarez Zenaida
21. Olivares Cruz Maria Magdalena
22. Perez Flores Carmen Yamily
23. Ramos Lugo Ana Miriam
24. Santiago Lugo Celia
25. Santos Peralta Irma Eucebia

## D31 - HIJOS DE SOCIOS DE LA COOPERATIVA DE CABO ROJO

### RETAIL & PROCESSING PLAINTIFFS

1   Cruz Hernandez Perla Yazbet
2   Cruz Barrios Dayra Arisbeth
3   Cruz Hernandez Elva Araly
4   Cruz Maya Maria Guadalupe
5   Delgado Arteaga Tania
6   Delgado Villalobos Adriana Lizbet
7   Espinoza Cruz Dulce Karina
8   Mar Padilla Dora Alicia
9   Maya Mendoza Nayeli
10  Medina Besiche Miriam
11  Ortega Delgado Fabiola

## D32 - ESPOSAS DE SOCIOS DE LA COOPERATIVA DE CABO ROJO

## RETAIL & PROCESSING PLAINTIFFS

1. Barrios Marin Tabita
2. Blanco Guzman Marilu
3. Blanco Tiburcio Isela Michel
4. Bonilla Cruz Juana Maria
5. Casanova Casanova Narciza
6. Casanova Polito Maria Lourdes
7. Copal Maya Florencia
8. Cruz Constantino Mariana
9. Cruz Cruz Blanca Veronica
10. Cruz Cruz Diana Lizeth
11. Cruz Cruz Yadira
12. Cruz Davila Amparo
13. Cruz Davila Nora Alicia
14. Cruz Del Angel Elsy Monserrat
15. Cruz Delgado Marina
16. Cruz Hernandez Susana
17. Cruz Malerva Maria Elena
18. Cruz Medina Alma Elvira
19. Cruz Perez Agripina
20. Cruz Perez Graciela
21. Cruz Santiago Maria Elena
22. Del Angel Perez Maria Guadalupe
23. Del Angel Santiago Maria Esther
24. Franco Meza Luisa
25. Gallardo Reyes Tomasa
26. Garcia Casanova Patricia
27. Garcia Copal Florencia
28. Garcia Copal Silvia
29. Gomez Gonzalez Maria Elena
30. Gonzalez Gonzalez Gabina
31. Gonzalez Hernandez Alma
32. Hernandez Cruz Leticia
33. Hernandez Del Angel Palmira
34. Hernandez Perez Ma Martha
35. Hernandez Soni Elva Neri
36. Hernandez Soni Eunice
37. Juarez Maya Lina
38. Lorenzo Cruz Ana Maria
39. Lorenzo Cruz Hermilia
40. Lorenzo Cruz Liandra
41. Malerva Cruz Hisiquia
42. Malerva Cruz Marisol
43. Malerva Perez Agustina
44. Mar Delgado Eulalia
45. Mar Perez Lizbeth Sadai
46. Martinez Del Angel Ines
47. Martinez Reyes Imelda
48. Maya Aguilar Martha
49. Maya Aguilar Ramona
50. Maya Cortez Rosalina
51. Maya Cruz Dalila
52. Maya Cruz Maria Antonia
53. Maya Perez Luisa
54. Maya Perez Maria Magdalena
55. Maya Perez Maria Teresa
56. Maya Perez Senia
57. Maya Vazquez Maria Elvia
58. Maya Villalobos Adriana Lili
59. Medina Del Angel Edth
60. Medina Del Angel Norma Lidia
61. Mendoza Del Angel Maria Estela
62. Mendoza Nuñez Heladia
63. Mendoza Nuñez Vicenta
64. Perez Castañeda Santa
65. Perez Constantino Susana
66. Perez Flores Zenayda
67. Perez Hernandez Ruth
68. Perez Santiago Anastacia
69. Piñeiro Del Angel Martha
70. Reyes Mancha Maria Luisa
71. Reyes Mancha Norma Luz
72. Rosas Bautista Santa
73. Sanchez Gonzalez Maria Esperanza
74. Santiago Mar Magali Denis
75. Santos Barrios Aneli Jazmin
76. Sosa Elvia
77. Tiburcio Cruz Silvia
78. Toral Casanova Guadalupe
79. Tovar Perez Dominga
80. Tovar Perez Guadalupe
81. Valdez Gonzalez Reina Maria
82. Vazquez Bautista Juana
83. Villalobos Constantino Ma Clara
84. Villalobos Cruz Bernarda
85. Villalobos Maya Maria Delia
86. Villalobos Maya Maria Laura
87. Villalobos Perez Veronica

## D33 - ESPOSAS DE LA COOPERATIVA REFORMA

## RETAIL & PROCESSING PLAINTIFFS

1. Alejandre Torres Nicolasa
2. Alejandre Villazana Carolina
3. Aran Aran Libia
4. Aran Aran Maria
5. Aran Aran Rosa
6. Aran Blanco Elba
7. Aran Blanco Hortencia
8. Aran Blanco Rosa
9. Aran De La Cruz Francisco Javier
10. Aran Espinoza Rosalva
11. Aran Gonzalez Angelica
12. Aran Gonzalez Magdalena
13. Aran Hernandez Ana Maria
14. Aran Hernandez Liliana
15. Aran Lopez Faustina
16. Aran Lopez Margarita
17. Aran Rosas Fermina
18. Aran Salinas Patricia
19. Aran Salinas Porfiria
20. Argumedo Meza Miriam Yadira
21. Benitez Casados Agripina
22. Blanco Aran Elba
23. Blanco Aran Lucia
24. Blanco Aran Manuela
25. Blanco Castellanos Jose De Jesus
26. Blanco Gonzalez Minerba
27. Blanco Rodriguez Juana
28. Blanco Rodriguez Leticia
29. Blanco Rodriguez Maria Magdalena
30. Blanco Salinas Elsa
31. Blanco Salinas Esperanza
32. Casados Aran Yuridia
33. Casados Cruz Selina
34. Castellanos Constantino Margarita
35. Castellanos Meza Carolina
36. Castellanos Villazana Angelica
37. Castro Cruz Olga
38. Copal Maya Zeferina
39. Copal Sosa Noelia
40. Cruz Avelina
41. Cruz Aran Margarita
42. Cruz Aran Oralia
43. Cruz Blanco Alba
44. Cruz Cruz Angela
45. Cruz Cruz Agustina
46. Cruz Cruz Hilda
47. Cruz Cruz Irma
48. Cruz Cruz Silvina
49. Cruz Romana Angelica Maria
50. Cruz Villanueva Sonia Ines
51. Del Angel Espinoza Teodomira
52. Espinoza Cruz Beatriz
53. Espinoza Cruz Melida
54. Espinoza Cruz Silvia
55. Espinoza Gallardo Aide
56. Florencia Casados Alma
57. Garcia Lopez Alma Natali
58. Gonzalez Aran Juana
59. Gonzalez Aran Soledad
60. Gonzalez Blanco Argelia
61. Gonzalez Blanco Brenda Estela
62. Gonzalez Blanco Evelia
63. Gonzalez Blanco Margarita
64. Gonzalez Casados Beda
65. Gonzalez Castellanos Emma
66. Gonzalez Cruz Hortencia
67. Gonzalez Gonzalez Manuela
68. Gonzalez Gonzalez Ofelia
69. Gonzalez Meza Gabriela
70. Gonzalez Meza Hilda
71. Gonzalez Meza Maria Leonor
72. Gonzalez Torres Lilia
73. Hernandez Anaya Ana Del Carmen
74. Hernandez Aran Agustina
75. Hernandez Aran Arcadia
76. Hernandez Cruz Agripina
77. Hernandez Cruz Maria Luisa
78. Hernandez Cruz Rosa Elena
79. Hernandez Diaz Quintina
80. Hernandez Hernandez Yolanda
81. Hernandez Meza Brenda
82. Hernandez Rosa Nelly
83. Hernandez Santiago Amparo
84. Isidro Torres Carolina
85. Geronimo Cruz Aida
86. Jeronimo Zaleta Matilde
87. Lorenzo Rosas Rosa Elena
88. Loya Olmos Janet
89. Mar Cruz Elvira
90. Mar Meza Maria Felix
91. Mateos Vazquez Reyna
92. Maya Hernandez Enequilina
93. Maya Santiago Carmela
94. Meza Aran Guillermina
95. Meza Blanco Beatriz
96. Meza Blanco Mariana
97. Meza Cruz Imelda
98. Meza Cruz Maria Isabel
99. Meza Cruz Rosario
100. Meza Gonzalez Doris
101. Meza Gallardo Leticia
102. Meza Gonzalez Maximina
103. Meza Hernandez Blanca
104. Meza Hernandez Maria Del Pilar

## D33 - ESPOSAS DE LA COOPERATIVA REFORMA

### RETAIL & PROCESSING PLAINTIFFS

105.   Meza Juarez Doralicia
106.   Meza Juarez Jael
107.   Meza Juarez Rosa Irene
108.   Meza Sequera Melida
109.   Meza Sequra Lidia
110.   Ortiz Torres Margarita
111.   Perez Castellanos Lucia
112.   Perez Cobos Josefa
113.   Perez Juarez Karina
114.   Perez Zequera Esperanza
115.   Priante Castellanos Yolanda
116.   Reyes Mendoza Guillermina
117.   Reyes Mendoza Glafira
118.   Reyes Zaleta Maria Elizabeth
119.   Rodriguez Blanco Gudelia
120.   Rodriguez Guzman Martina
121.   Rodriguez Vera Martha Beatriz
122.   Rosales Lara Trinidad Armantina
123.   Salas Gonzalez Angela
124.   Salas Gonzalez Esperanza
125.   Salinas Blanco Alicia
126.   Santiago Maya Lola
127.   Sobrevilla Gonzalez Judit Areli
128.   Tiburcio Cruz Maria Nidia
129.   Torres Hernandez Martina
130.   Torres Meza Dalila
131.   Torres Meza Lura Maria
132.   Torres Meza Zobeida
133.   Velazquez Castellanos Minerva
134.   Velazquez Hernandez Sandra Luz
135.   Villasana Blanco Marcela
136.   Villasana Blanco Tomasa
137.   Zequera Perez Karla Lisbeth

## D34 - HIJOS DE SOCIOS DE LA COOPERATIVA REFORMA

## RETAIL & PROCESSING PLAINTIFFS

1.    Aran Castellanos Flavio
2.    Aran De La Cruz Francisco Javier
3.    Aran Gonzalez Alfredo
4.    Aran Gonzalez Jesus Antonio
5.    Aran Gonzalez Judith
6.    Aran Meza Fredy
7.    Aran Perez Ivan
8.    Blanco Castellanos Jose De Jesus
9.    Blanco Gonzalez Juan Ignacio
10.   Blanco Meza Felipe
11.   Castro Meza Cristian
12.   Daniel Perez Casados
13.   Gonzalez Espinoza Gonzalo
14.   Gonzalez Meza Alizeth
15.   Hernandez Gonzalez Everardo
16.   Lopez Prianti Arturo
17.   Mar Alejandre Jorge
18.   Meza Aran Marcelina
19.   Meza Blanco Jesus
20.   Meza Blanco Maria Guadalupe
21.   Meza Hernandez Reyner
22.   Meza Lorenzo Ana Carina
23.   Meza Salinas Santa Juana
24.   Perez Casados Daniel
25.   Salas Blanco Joel
26.   Salinas Aran Karina
27.   Salinas Aran Maricruz
28.   Torres Hernandez Josefina
29.   Velazquez Hernandez Juana
30.   Villazana Cruz Alberto

## D35 - ESPOSAS DE SOCIOS DE OSTIONEROS DEL SUR CUCHARAS

## RETAIL & PROCESSING PLAINTIFFS

1. Alarcon Hernandez Maria Guadalupe
2. Barrios Olea Rafaela
3. Barrios Ramirez Guadalupe
4. Castro Hernandez Griselda
5. Constantino Lorenzo Maria Martha
6. Cruz Hernandez Fidencia
7. Cruz Martir Benita
8. Cruz Quiroz Laura Elena
9. Cruz Salazar Maria Judith
10. Del Angel Vicencio Francisca
11. Estevez Constantino Maria Julia
12. Gallardo Cruz Juventina
13. Gonzalez Cayetano Rosalinda
14. Gonzalez Santiago Sebastiana
15. Hernandez Valdez Benita
16. Marquez Bautista Blanca Aurora
17. Olares Martir Margarita
18. Olares Ramirez Genoveva
19. Palacios Priche Sonia
20. Prospero De La Vega Josefat
21. Reyes Francisco Guadalupe
22. Salas Rosete Carmela
23. Santiago Santiago Margarita
24. Segura Garcia Maria Cristina
25. Valdez Cruz Maria Antonia
26. Valdez Del Angel Apolinaria
27. Zaleta Ortega Benita
28. Zaleta Salvador Guadalupe

**D36 - ESPOSAS DE LA COOP DE TAMIAHUA**

**RETAIL & PROCESSING PLAINTIFFS**

| | | | |
|---|---|---|---|
| 1. | Aguilar Cruz Eva | 53. | Cruz Figon Virginia |
| 2. | Aldas Blanco Rocio | 54. | Cruz Franco Endina |
| 3. | Aldaz Becerra Amalia | 55. | Cruz Franco Lucila |
| 4. | Alejandre Garcia Yolanda | 56. | Cruz Gallardo Natalia |
| 5. | Alejandre Juarez Maria Del Rosario | 57. | Cruz Gomez Maria Katalina |
| 6. | Alejandre Ovando Adina | 58. | Cruz Gonzalez Juana |
| 7. | Angeles Mendez Alejandrina | 59. | Cruz Gonzalez Margarita |
| 8. | Anzures Bautista Yemilia | 60. | Cruz Gonzalez Neri |
| 9. | Aran Barrios Beatriz | 61. | Cruz Hernandez Carmela |
| 10. | Aran Cruz Angela | 62. | Cruz Hernandez Infra |
| 11. | Aran Cruz Guisela | 63. | Cruz Hernandez Rosa |
| 12. | Aran Martinez Rosa | 64. | Cruz Jerez Maribel |
| 13. | Aranda Cristobal Agustina | 65. | Cruz Meza Idolina |
| 14. | Barrios Garcia Carmen | 66. | Cruz Meza Rosa Elva |
| 15. | Bernabe Cruz Alejandrina | 67. | Cruz Perez Agustina |
| 16. | Blanco Cruz Benita | 68. | Cruz Ramirez Maria Antioca |
| 17. | Blanco Cruz Gabriel | 69. | Cruz Ramos Margarita |
| 18. | Blanco Cruz Martha Laura | 70. | Cruz Vazquez Maclovia |
| 19. | Blanco Cruz Rosaura | 71. | Cruz Villanueva Patricia |
| 20. | Blanco Hernandez Alejandra | 72. | Cruz Yañez Faustina |
| 21. | Campbell Ferral Alejandrina | 73. | Cruz Zamora Lorena |
| 22. | Capitan Malerva Elia Guadalupe | 74. | Cruz Zamora Magali |
| 23. | Carmona De La Cruz Agustina | 75. | Cruz Zamora Minerva |
| 24. | Casados Franco Rosalba | 76. | De La Cruz Felipe Leticia |
| 25. | Castillo Maya Juana | 77. | Del Angel Ferral Maricela |
| 26. | Castillo Maya Olivia | 78. | Del Angel Maya Celina |
| 27. | Castro Josefina | 79. | Del Angel Maya Olga |
| 28. | Castro Perez Rosa | 80. | Del Rio Cruz Josefa |
| 29. | Castro Perez Tita | 81. | Diaz Barrios Olga |
| 30. | Cepeda Meza Genoveva | 82. | Diaz Barrios Rufina |
| 31. | Cerafin Marquez Irene | 83. | Diaz Gomez Rosario |
| 32. | Ceron Cruz Sara | 84. | Diaz Gonzalez Isabel |
| 33. | Chavez Cruz Gaudencia | 85. | Diaz Juarez Irma |
| 34. | Cobos Cruz Herminia | 86. | Diaz Muñoz Marina |
| 35. | Cobos Gerardo Elvia | 87. | Diaz Santiago Reynalda |
| 36. | Cobos Peralta Josefa | 88. | Dominguez Zaleta Maria Del Carmen |
| 37. | Constantino Cobos Norma Ayde | 89. | Escudero Reyes Florentina |
| 38. | Contreras Diego Maria Magdalena | 90. | Espinoza Macias Carmen |
| 39. | Coronado Martinez Ariana | 91. | Esteban Perez Lerma |
| 40. | Cruz Blanco Alejandra | 92. | Esteban Perez Maria De Lourdes |
| 41. | Cruz Blanco Hilaria | 93. | Esteban Rojas Miriam |
| 42. | Cruz Blanco Silvia | 94. | Evangeliolopez Laura |
| 43. | Cruz Cruz Elvira | 95. | Fernandez Cruz Manuela |
| 44. | Cruz Cruz Enriqueta | 96. | Ferral Alvarado Ramona |
| 45. | Cruz Cruz Guadalupe | 97. | Ferral Cardenas Maria De Lourdes |
| 46. | Cruz Cruz Idolina | 98. | Ferral Castellanos Beatriz |
| 47. | Cruz Cruz Maria Del Rosario | 99. | Ferral Castellanos Maria Del Socorro |
| 48. | Cruz Cuervo Lucina | 100. | Ferral Castellanos Teresa |
| 49. | Cruz Cuervo Nora Elisa | 101. | Ferral Florencia Julia |
| 50. | Cruz Diaz Irene | 102. | Ferral Florencia Tules |
| 51. | Cruz Ferral Irma | 103. | Ferral Gonzalez Maribel |
| 52. | Cruz Figon Gloria | 104. | Ferral Hernandez Francisca |

## D36 - ESPOSAS DE LA COOP DE TAMIAHUA

### RETAIL & PROCESSING PLAINTIFFS

| | | | |
|---|---|---|---|
| 105. | Figon Bautista Juana | 157. | Hernandez Mendez Leticia |
| 106. | Figon Perez Zaida | 158. | Hernandez Osorio Dalia |
| 107. | Florencia Espinoza Florinda | 159. | Hernandez Romero Leodora |
| 108. | Florencia Ramos Bruna Maria | 160. | Hernandez Rosas Elvira |
| 109. | Franco Cruz Alberta | 161. | Hernandez Vicencio Victoria |
| 110. | Franco Cruz Lucila | 162. | Hernandezvicencio Leonarda |
| 111. | Franco Cruz Marisela | 163. | Isidro Cruz Piedad |
| 112. | Franco Cruz Victoria | 164. | Jerez Ramirez Jacinta |
| 113. | Galindo Barrios Migdalia | 165. | Juarez Franco Imelda |
| 114. | Gallardo Vicencio Julia | 166. | Juarez Juarez Griselda |
| 115. | Garcez Reyes Cleotilde | 167. | Juarez Perez Candelaria |
| 116. | Garces Reyes Dulce Maria | 168. | Lagos Florencia Nicasia |
| 117. | Garcia Aldana Graciela | 169. | Lorenzo Cruz Celia |
| 118. | Garcia Castillo Blanca Estela | 170. | Lorenzo Cruz Hermelinda |
| 119. | Garcia Espinoza Francisca | 171. | Lorenzo Cruz Noelia |
| 120. | Garcia Espinoza Marina | 172. | Macias Perez Lucia |
| 121. | Garcia Gonzalez Ignacia | 173. | Macias Sobrevilla Bernabe |
| 122. | Garcia Perez Adelaida | 174. | Mandujano Gomez Graciela |
| 123. | Garcia Santander Sandra | 175. | Mar Cruz Maribel |
| 124. | Garcia Zamora Maria Luisa | 176. | Mar Moreno Gregoria |
| 125. | Gaspar Gonzalez Maria Victoria | 177. | Martina Hernandez Gonzalez |
| 126. | Gomez Alvarado Norma | 178. | Martinez Aguilar Maria Carmina |
| 127. | Gomez Garcia Soledad | 179. | Martinez Cobos Margarita |
| 128. | Gomez Juarez Maritza | 180. | Martinez Diaz Ana |
| 129. | Gomez Rodriguez Victoria | 181. | Martinez Diaz Hilda |
| 130. | Gonzalez Agustin Maria Elena | 182. | Martinez Diaz Ninfa |
| 131. | Gonzalez Cruz Juana | 183. | Martinez Esteban Alicia |
| 132. | Gonzalez Cruz Petra | 184. | Martinez Florencia Yolanda |
| 133. | Gonzalez Deantes Cira | 185. | Martinez Gonzalez Maria Del Carmen |
| 134. | Gonzalez Deantes Guadalupe | 186. | Martinez Torres Antonia |
| 135. | Gonzalez Hernandez Ofelia | 187. | Martinez Torres Gloria |
| 136. | Gonzalez Hernandez Rocio | 188. | Martinez Torres Lorenza |
| 137. | Gonzalez Merinos Angela | 189. | Mateos Pichardo Josefina |
| 138. | Gonzalez Meza Narmi | 190. | Maya Constantino Gloria |
| 139. | Gonzalez Meza Paula | 191. | Maya Constantino Hilaria |
| 140. | Gonzalez Moron Margarita | 192. | Maya Constantino Julia |
| 141. | Gonzalez Sanchez Alberta | 193. | Maya Gaspar Eviriza |
| 142. | Hernandez Aldana Eufemia | 194. | Maya Reyes Sebastiana |
| 143. | Hernandez Aldana Eugenia | 195. | Maya Sobrevilla Maria |
| 144. | Hernandez Aldana Fidela | 196. | Medina Santander Miriam |
| 145. | Hernandez Aldana Hermelinda | 197. | Mendez Blanco Rita |
| 146. | Hernandez Aldana Raquel | 198. | Mendez Hernandez Maria |
| 147. | Hernandez Casados Maria Rosalba | 199. | Mendoza Del Rio Petra |
| 148. | Hernandez Dominguez Leticia | 200. | Mendoza Perez Rosalinda |
| 149. | Hernandez Dominguez Mercedes | 201. | Meza Alejandre Agustina |
| 150. | Hernandez Gonzalez Guadalupe | 202. | Meza Blanco Ana Maria |
| 151. | Hernandez Gonzalez Maria Del Carmen | 203. | Meza Cruz Gelacia |
| 152. | Hernandez Gonzalez Martina | 204. | Meza Franco Rosaura |
| 153. | Hernandez Hernandez Benita | 205. | Meza Ramos Elena |
| 154. | Hernandez Hernandez Juana | 206. | Meza Ramos Elvia |
| 155. | Hernandez Hernandez Leticia | 207. | Mogollon Roman Imelda |
| 156. | Hernandez Lira Serafina | 208. | Navarro Cabrera Margarita |

## D36 - ESPOSAS DE LA COOP DE TAMIAHUA

## RETAIL & PROCESSING PLAINTIFFS

| | | | |
|---|---|---|---|
| 209. | Nicasio Santiago Amalia | 256. | Roman Arellanos Guadalupe |
| 210. | Nicolas Valdez Maria | 257. | Roman Baron Elvia |
| 211. | Olmos Hernandez Obdulia | 258. | Roman Martinez Silvia |
| 212. | Ortega Florencia Regina | 259. | Romero Yanez Emma |
| 213. | Perez Aldas Luzvina | 260. | Rosas Amador Zoila |
| 214. | Perez Dominguez Antonia | 261. | Rosas Blanco Neri |
| 215. | Perez Dominguez Susana | 262. | Rosas Hernandez Lidia |
| 216. | Perez Herandez Maria Magdalena | 263. | Rosas Segura Inez |
| 217. | Perez Hernandez Norma Leticia | 264. | Rubio Lopez Ernestina |
| 218. | Perez Hernandez Sandra | 265. | Sanchez Cruz Cedina |
| 219. | Perez Hernandez Silvia | 266. | Sanchez Diaz Rosa Martha |
| 220. | Perez Hernandez Valeria | 267. | Sanchez Franco Etelvina |
| 221. | Perez Isidro Amelia | 268. | Sanchez Mendoza Concepcion |
| 222. | Perez Isidro Reyna | 269. | Sanchez Rafaela |
| 223. | Perez Lima Maximina | 270. | Sanchez Rodriguez Celina |
| 224. | Perez Mendez Alma Delia | 271. | Santander Cruz Maria Del Carmen |
| 225. | Perez Mendez Gloria | 272. | Santander Hernandez Aurea |
| 226. | Perez Mendez Lorena | 273. | Santander Peralta Emma |
| 227. | Perez Mendoza Virginia | 274. | Santander Peralta Julia |
| 228. | Peyrani Reyes Jaqueline | 275. | Santiago Sosa Irene |
| 229. | Ponce Espinoza Agustina | 276. | Sobrevilla Gallardo Elba |
| 230. | Ramirez Alejandre Genoveva | 277. | Sobrevilla Hernandez Candelaria |
| 231. | Ramirez Valdez Maria De Jesus | 278. | Sobrevilla Hernandez Filomena |
| 232. | Ramos Cruz Luz Maria | 279. | Sosa Santos Juana |
| 233. | Ramos Cruz Margarita | 280. | Tejeda Mendoza Graciela |
| 234. | Ramos Martinez Rocio | 281. | Torres Cruz Fidencia |
| 235. | Reyes Delgado Rebeca | 282. | Trejo Santos Luz Adriana |
| 236. | Reyes Diaz Sofia | 283. | Valdes Castro Loida |
| 237. | Reyes Florencia Carmela | 284. | Vazquez Cruz Juana |
| 238. | Reyes Garcia Alejandrina | 285. | Vazquez Cruz Reyna |
| 239. | Reyes Hernandez Felipa | 286. | Vicencio Blanco Concepcion |
| 240. | Reyes Hernandez Josefina | 287. | Vicencio Cruz Carmen |
| 241. | Reyes Mendoza Aristea | 288. | Vicencio Santiago Leticia |
| 242. | Reyes Mendoza Maria Rossi | 289. | Villanueva Santiago Veronica |
| 243. | Reyes Ramirez Rosario | 290. | Villanueva Santiago Virginia |
| 244. | Reynosa Velazquez Margarita | 291. | Villasana Guerrero Matias |
| 245. | Rivera Ferral Amada | 292. | Yañez Cruz Gregoria |
| 246. | Rivera Ferral Natalia | 293. | Yañez Cruz Yolanda |
| 247. | Rivera Zamora Martha Maria | 294. | Zamora Aguilar Ana Cary |
| 248. | Rodriguez Agustin Maria Elena | 295. | Zamora Alejandre Amparo |
| 249. | Rodriguez Benavides Esther | 296. | Zamora Alejandre Silvia |
| 250. | Rodriguez Castellanos Blanca Esther | 297. | Zamora Cruz Maura |
| 251. | Rodriguez Castellanos Elvira | 298. | Zamora Mercedes |
| 252. | Rodriguez Cruz Yanet | 299. | Zamora Rosas Blanca Arcelia |
| 253. | Rodriguez Del Rio Cleotilde | 300. | Zamora Sanchez Irma |
| 254. | Rodriguez Leandro Ana Maria | 301. | Zamora Sanchez Martina |
| 255. | Rodriguez Roman Blanca Estela | 302. | Zavaleta Cruz Evangelina |

**D37 - HIJOS DE SOCIOS DE LA COOPERATIVA DE PESCADORES DE TAMIAHUA**

**RETAIL & PROCESSING PLAINTIFFS**

1. Aguilar Casanova Celerino
2. Alejandre Zamora Pablo Adrian
3. Aran Alarcon Anali
4. Aran Dominguez Milene
5. Aranda Cruz Anel
6. Aranda Garcia Adrian
7. Bautista Sanchez Juana
8. Capitan Malerva Pedro
9. Carballo Rivas Jesus Arturo
10. Casanova Cruz Viridiana
11. Casanova Morioka Carlos Daniel
12. Castillo Leyton Elsa Beatriz
13. Cobos Cruz Gustavo Adolfo
14. Cobos Gomez Luis Albereto
15. Copal Morales Porfiria
16. Cortez Jacinto Felipe
17. Cristobal Cruz Brenda Jazmin
18. Cruz Andrade Stephania
19. Cruz Castellanos Aofelia
20. Cruz Cobos Gerardo
21. Cruz Franco Jorge Luis
22. Cruz Gaspar Diego
23. Cruz Mendoza Jesus Alberto
24. Cruz Mogollon Julio Cesar
25. Cruz Nolasco Gladis Iveth
26. Cruz Ramos Fidencia
27. Del Valle Franco Beatriz
28. Delgado Aldana Jorge Armando
29. Delgado Delgado Jose Ines
30. Diaz Gonzalez Jazmin
31. Diaz Labias Julio Cesar
32. Dominguez Florencia Irving Alberto
33. Espinoza Vasquez Cesar Eusebio
34. Fajardo Allende Miguel
35. Ferral Cobos Adrian
36. Ferral Hernandez Adalivia
37. Figon Castañeda Rosalba
38. Florencia Diaz Jonathan Santiago
39. Florencia Miranda Maura
40. Gallardo Cruz Miguelina
41. Gallardo Hernandez Josue
42. Garcia Blanco Yolanda
43. Garcia Cruz Francisco
44. Garcia Hernandez Fabiola
45. Garcia Martinez Luis
46. Gomez Allende Manrique
47. Gomez Benavidez Hugo Enrique
48. Gomez Roman Mauricio
49. Gonzalez Aguilar Elide
50. Gonzalez Blanco Daniel
51. Gonzalez Mar Julio Cesar
52. Gonzalez Meraz Jose Roberto
53. Hernandez Cruz Reyna Sorayda
54. Hernandez Garcia Adilene
55. Hernandez Garcia Cecilia
56. Hernandez Garcia Maria Del Rosario
57. Hernandez Hernandez Clara
58. Hernandez Martinez Monica Elizabeth
59. Hernandez Reyes Ana Karen
60. Hernandez Sanchez Gaudencio
61. Huerta Gomez Cristina
62. Ibarra Sequera Malu Guadalupe
63. Juarez Roman Mariela
64. Lopez Alejandre Cesar Eduardo
65. Lopez Aran Erik Daniel
66. Mar Hernandez Diego Armando
67. Mar Ochoa Irma Evelia
68. Mar Reyes Nadia Leny
69. Marquez Escudero Rosendo
70. Martinez Cruz Juan Angel
71. Martinez Ramos Gladys Isabel
72. Martinez Valdez Gabriel
73. Martinez Valdez Petra
74. Martir Macias Neyeli
75. Maya Gutierrez Gerardo Agustin
76. Mendoza Cruz Elizabeth
77. Meraz Hernandez Patricia
78. Meraz Osorio Jose Alberto
79. Meza Maya Juan Alberto
80. Nolasco Gallardo Rubi
81. Nolasco Gomez Jose Antonio
82. Nolasco Ramirez Reynaldo
83. Nolasco Roman Lucio Jonathan
84. Nuñez Garcia Honario
85. Nuñez Saldaña Avelina
86. Ortega Cruz Catalina
87. Ortega Gomez Jose
88. Ortega Ramirez Jose
89. Perez Roman Francisco
90. Ponce Loya Martin
91. Ramirez Acosta Adriana
92. Ramirez Cruz Teodoro
93. Ramirez Martinez Armando
94. Ramirez Perez Erik Alberto
95. Ramirez Ramirez Monserrat
96. Ramos Aranda Yaneth
97. Ramos Garcia Jorge Alberto
98. Rangel Aran Francisco
99. Rangel Hernandez David
100. Reyes Acosta Jose Alfredo
101. Reyes Garcia Julian Ezequiel
102. Reyes Mendoza Esmeralda
103. Reyes Perez Hector
104. Reyes Perez Jose Arnoldo

**D37 - HIJOS DE SOCIOS DE LA COOPERATIVA DE PESCADORES DE TAMIAHUA**

**RETAIL & PROCESSING PLAINTIFFS**

| | |
|---|---|
| 105. | Reyes Reyes Martha Socorro |
| 106. | Reyes Roman Rita |
| 107. | Reyes Villazana Eliceo Genaro |
| 108. | Rodriguez Garcia Pedro |
| 109. | Rodriguez Garcia Raul |
| 110. | Rodriguez Ovando Juan Diego |
| 111. | Roman Baron Maximiliano |
| 112. | Roman Benavides Arturo |
| 113. | Roman Canales Liliana |
| 114. | Roman Nolasco Reynaldo Abraham |
| 115. | Roman Soto Carlos Octavio |
| 116. | Rosas Garcia Maria Victoria |
| 117. | Salas Gonzalez Luis Benito |
| 118. | Salas Mendoza Manuel Alexis |
| 119. | Saldaña Granillo Patricia |
| 120. | Santander Aguilar Lizbeth |
| 121. | Santander Lara Miguel Angel |
| 122. | Sobrevilla Constantino Julio Cesar |
| 123. | Sobrevilla Garcia Angel |
| 124. | Sobrevilla Saldaña Lucero |
| 125. | Torres Isidro Rafaela |
| 126. | Vazquez Ramirez Balvina |
| 127. | Velasquez Maya Victorino |
| 128. | Velazquez Mogollon Elena |
| 129. | Vicencio Hernandez Julio Cesar |
| 130. | Vicencio Leyton Mario Alberto |
| 131. | Vicencio Reyes Jose Luis |
| 132. | Zamora Martinez Luis Manuel |
| 133. | Zamora Mendoza Terecita De Jesus |

## D38 - HIJOS DE SOCIOS DE LA COOPERATIVA DE RIVERA DE TAMPICO ALTO

## RETAIL & PROCESSING PLAINTIFFS

1    Arteaga Morales Maria Guadalupe
2    Arteaga Gonzalez Luis Enrique
3    Arteaga Ortega Juana Maria
4    Arteaga Cruz Juana Margarita
5    Barrios San Juan Luis Damian
6    Casanova Reyes Vania
7    Castillo Maya Victor Eduardo
8    Coronado Arteaga Jose Omar
9    Coronado Roman Beisy Iriaveth
10   Cruz Mendoza Esther
11   Cruz Herrera Oliverio
12   Cruz Cruz Mercedez Ivan
13   Cruz Cruz Ana Luisa
14   Duran Martinez Jorge Luis
15   Gonzalez Artega Griselda
16   Gonzalez Arteaga Elida Natali
17   Hernandez Gonzalez Jose Hilario
18   Hernandez Caballero David
19   Martinez Dorales Andres de Jesus
20   Martinez Gonzalez Alejandro Anibal
21   Martinez Maldonado Adriana
22   Ochoa Lejarza Oswaldo Rodrigo
23   Ortega Villalobos Gustavo
24   Perez Mascareñas Maria De Lourdes
25   Piñeiro Cruz Adrian
26   Piñeiro Figueroa Judith
27   Piñeiro Figueroa Magdalena
28   Pineiro Artuga Jose Eduardo
29   Pineiro Gonzalez Etren
30   Romulo Perez Alberto
31   Ramirez Perez Yesica Lorena
32   Ramirez Perez Juan Jose
33   Reyes Piñeiro Julieta
34   Roman Hernandez Juan De Dios
35   Roman Gonzalez Rosendo
36   Romulo Hernandez Divina Guadalupe
37   Ruiz Bautista Rosalia
38   Ruiz Mellado Nataly
39   Villarreal Gonzalez Alma Avacely
40   Sanchez Tiburcio Daniel Alejandro
41   Tiburcio Ramos Miguel Angel
42   Vazquez Soto Benito Alexander
43   Villar Reyes Sandra Edith
44   Villar Gonzalez Alma Araceli

## D39 - ESPOSAS Y HIJOS DE LA COOPERATIVA PRODUCTORES Y PESCADORES DE SALADERO

## RETAIL & PROCESSING PLAINTIFFS

1. Aran Rosas Eduarda
2. Benitez Cardenas Raul
3. Cardenas Garcia Arminda
4. Casados Casados Rosa Estela
5. Casados Martinez Diana Amparo
6. Casados Meza Gumercinda
7. Castro Cruz Maria Esmeralda
8. Castro Ramirez Maria Minerva
9. Cobarrubias Meza Marina
10. Constantino Zequera Juana
11. Cordoba Savaleta Aida
12. Cordova Zavaleta Guillermina
13. Del Angel Constantino Adalberto
14. Francisco Hernandez Olivia
15. Francisco Magdaleno Serafina
16. Gonzalez Geronimo Maria Candelaria
17. Gonzalez Meza Joaquina
18. Hernandez Peralta Gabina
19. Jeronimo Zaleta Amelia
20. Mar Salinas Virginia
21. Meza Gurrero Fatima
22. Perez Cruz Basilia
23. Perez Zequera Antonia
24. Rocha Medina Marlen
25. Rosales Alvarez Genoveva
26. Sequera Casados Hermila
27. Solis Cruz Eva
28. Solis Gonzalez Evelia
29. Sosa Gonzales Maria De Jesus
30. Sosa Sequera Roxana Denis
31. Torres Cordoba Francisco
32. Zequera Castro Anabel

## D40 - ESPOSAS Y HIJOS DE SOCIOS DE LA COOPERATIVA
## LA AURORA BARRA DE CAZONES

### RETAIL & PROCESSING PLAINTIFFS

1. Alejandrez Diego Santina
2. Arias Valdez Margarita
3. Barragan Garcia Amelia
4. Barragan Garcia Eustolia
5. Barragan Guerra Miriam
6. Barragan Santiago Ana Laura
7. Barragan Santiago Jairo Abraham
8. Butron Torres Froylan Brayan
9. Castelan Bautista Sara
10. Cruz Velazquez Iracema
11. Diego Bautista Bernardino
12. Diego Perez Maximina
13. Fuentes Guzman Valentin
14. Garcia Garces Angel
15. Garcia Luna Angelica
16. Garcia Olarte Lorenza
17. Garcia Ramirez Bernardina
18. Garcia Sanchez Maria Elena
19. Gonzalez Lopez Zurysaday
20. Gonzalez Ortega Guadalipe
21. Guerra Reyes Julia
22. Guerra Reyes Margarita
23. Hernandez Baez Yuridia Elizabeth
24. Hernandez Ramirez Gloria
25. Hernandez Ramirez Lucrecia
26. Herrera Moreno Juan Jose
27. Moreno Butron Fernando
28. Moreno Garcia Dario
29. Moreno Garcia Juana
30. Moreno Garcia Sarai
31. Moreno Juarez Alejandrina
32. Moreno Santiago Amalia
33. Moreno Santiago Gerardo
34. Ortega Montiel Cirila Damiana
35. Perez Ramirez Sofia
36. Ramirez Aquino Aileen
37. Reyes Ramirez Daria
38. Santes Hernandez Rubi Elia
39. Santiago Barragan Alma Delia
40. Santiago Barragan Sandra Luz
41. Santiago Hernandez Enrique Uriel
42. Santiago Hernandez Leonor
43. Santiago Hernandez Maricruz
44. Santiago Perez Tiburcia
45. Torres Gonzalez Maria De Los Angeles

## D41 – RESTAURANTE VERACRUZANO TAMIAHUA

## RETAIL & PROCESSING PLAINTIFFS

1.   Franco Gomez Maria Eugenia
2.   Ramos Carranza Maricela
3.   Ramos Carranza Ninfa Noemi
4.   Sosa Caoitan Rosalia
5.   Valdez Navarro Marco Antonio

## D42 – GRUPO LIBRE LA CHAVELITA JOSE LUIS PEREZ CRUZ

## RETAIL & PROCESSING PLAINTIFFS

1. Hidalgo Rodriguez Ada Itzel
2. Perez Valdez Yurima

## D43 – HIJOS DE SOCIOS DE CONGREGACION ANAHUAC

## RETAIL & PROCESSING PLAINTIFFS

1.      Bautista Mateos Israel
2.      Carballo Blanco Mara
3.      Guerrero Lopez Edgar Edmundo
4.      Herrera Delgado Araceli
5.      Lopez Gomez Juan Fidel
6.      Martinez Hernandez Nancy Iveth
7.      Ollervidez Perez Edman
8.      Porras Valenzuela Alva
9.      Valenzuela Carballo Bertha Alicia

**D44 – ESPOSAS DE SOCIOS DE CONGREGACION ANAHUAC**

**RETAIL & PROCESSING PLAINTIFFS**

1. Alarcon Hernandez Liliana
2. Aquino Macias Adriana
3. Bautista Rucoba Aurelia
4. Castellanos       Bautista       Christian
   Yuliana
5. Delgado Martinez Juana
6. Galvan Santiago Nazaria
7. Guerrero Alonso Yazmin Yarely
8. Hernandez Malaquias Elisa
9. Herrara Campos Areli
10. Herrera Michicol Elvia
11. Lopez Florencia Maria Dolores
12. Martir Cruz Dalila Janette
13. Mateos Trejo Alicia
14. Morales Garcia Guadalupe
15. Saldana Cruz Nidia
16. Saldana Cruz Yoana Isela
17. Sanchez Morales Nelly Fabiola
18. Silva Delgado Rosa Elena

**D45 – ESPOSAS DE SOCIOS DE LIBRES DE LA COOPERATIVA DE LAS CHACAS**

**RETAIL & PROCESSING PLAINTIFFS**

1. Aguilar Maya Edna Elainy
2. Callejas Rivera Silvia
3. Casanova Maya Maria Cristina
4. Cruz Marquez Rosalina
5. Cruz Ravise Irma Edith
6. Cruz Saldana Concepcion
7. Espinoza Gallardo Nora Hilda
8. Garcia Garcia Maria Antonia
9. Gonsales Gonsales Rosa
10. Maldonado Vargas Aracely Guadalupe
11. Martinez Francisco Santa
12. Maya Gonsalez Rosa Elena
13. Maya Perez Olga Lidia
14. Mendoza Hernandez Ana Bertha
15. Mendoza Hernandez Brizeyda Denysse
16. Nolasco Solis Carolina
17. Ordones Bautista Petra
18. Osorio Reyes Bertha
19. Perez Jimenez Jessica
20. Quinto Hernandez Nora Alicia
21. Salvador Alejandre Maria de los Angeles
22. Torres Morales Catalina

## D46 - ESPOSAS DE LA COOPERATIVA OSTIONEROS DE SALADERO

### RETAIL & PROCESSING PLAINTIFFS

1. Ana Celia Casados Aran
2. Aran Casados Maria Elena
3. Aran Zaleta Maria Del Pilar
4. Barraza Galindo Magdalena
5. Benites Aran Casimira
6. Blanco Martinez Luisa
7. Casados Aran Reyna
8. Casados Casados Maria Ines
9. Casados Contreras Araceli
10. Casanova Mesano Yolanda
11. Cassanova Sosa Eucebia
12. Castellanos Valdez Rocio
13. Castillo Marquez Viviana
14. Castro Sosa Crecencia
15. Clemente Hernandez Aucencia
16. Constantino Zequera Nelly
17. Constantino Zequera Silvia
18. Cruz Cruz Primitiva
19. Cruz Dominguez Lucia
20. Cruz Geronimo Justina
21. Cruz Lorenzo Francisca
22. Cruz Meza Felipa Ariadne
23. Cruz Torres Anel Celina
24. Cruz Valdez Rosa Iveth
25. Cruz Vargas Victoria
26. Del Angel Castro Maria Cristina
27. Del Angel Ramirez Petra
28. Diaz Hernandez Infra
29. Espinoza Gallardo Erika Fabiola
30. Espinoza Salas Rosa Hilda
31. Gallardo Dominguez Maria Josefa
32. Gallardo Eligio Nancy
33. Garces Aran Raquel
34. Garcia Delgado Inocencia
35. Gomez Perez Blanca
36. Gonsalez Salinas Mariela Iveth
37. Hernandez Castillo Flor
38. Hernandez Maria Apolinar
39. Hernandez Meza Martha Elena
40. Hernandez Torres Isabel
41. Hernandez Valeriano Esperanza
42. Jeronimo Zaleta Balbina
43. Juerez Garcia Cornelia
44. Lara Salinas Luz
45. Lee Castro Veronica
46. Lopez Meza Armida
47. Mar Cruz Josefina
48. Mar Lara Luz Ether
49. Mar Salinas Felicitas
50. Martines Juarez Ana Bertha
51. Martinez Gerardo Delfina
52. Martinez Juarez Hortencia
53. Mendo Ortiz Ebdulia
54. Meza Hernandez Elder
55. Meza Hernandez Micaela
56. Meza Hernandez Micaela
57. Meza Ruiz Felipa
58. Olmos Pepe Natividad
59. Olvera Huerta Ruth
60. Peralta Aran Maria Luisa
61. Perez Ribera Alma Nelly
62. Ramirez Rosas Margarita
63. Reyes Salinas Coral
64. Reyes Santiago Andrea
65. Rodriguez Rosas Esperanza
66. Ruiz Casados Nora Edit
67. Ruiz Maria De Refugio
68. Ruiz Zavala Modesta
69. Salas Juarez Maria
70. Salas Pazaron Isidra
71. Sanchez Cruz Edit Silvia
72. Santiago Flores Jovita
73. Torres Cruz Guadalupe
74. Torres Santos Honoria
75. Valdez Meza Raymunda
76. Zaleta Espinoza Soledad
77. Zaleta Rosas Pilar
78. Zequera Casados Catalina

## D47 – HIJOS DE LA COOPERATIVA OSTIONEROS DE SALADERO

## RETAIL & PROCESSING PLAINTIFFS

1.  Aran Aran Flor Piedad
2.  Aran Cruz Raymundo
3.  Aran Hernandez Nestor
4.  Aran Lopez Hipolita
5.  Aran Mar Maria Luisa
6.  Aran Olvera Ana Ruth
7.  Aran Zaleta Arturo
8.  Baena Jeronimo Jose Luis
9.  Bautista Blanco Maria Elena
10. Bautista Blanco Martha
11. Bautista Blanco Maria Del Socorro
12. Bautista Hernandez Jose Alberto
13. Bautista Ramirez Teresa De Jesus
14. Casados Cobos Sabino
15. Casados Reyes Celia
16. Castro Sosa Julia
17. Cobarrubias Meza Marina
18. Constantino Zaleta Jaime
19. Cruz Salvados Juana
20. Del Angel Espinoza Sain Eduardo
21. Flores Castro Aurelio
22. Flores Gonzalez Sergio Ignacio
23. Glores Palomares Mario De Jesus
24. Galindo Garcia Teodora
25. Jeronimo Garces Gabriel
26. Hernandez Cruz Isuara
27. Hernandez Del Angel Susana
28. Hernandez Diaz Jose Luis
29. Hernandez Torres Ines
30. Juarez Mar Cesar Juan
31. Lopez Mellado Sonia
32. Lopez Zequera Paola Edith
33. Lugo Flores Galdino
34. Mar Casados Jesus Salvador
35. Mar Constantino Nayeli
36. Mar Olmos Maricela
37. Mar Salinas Griselda
38. Mar Santiago Julia
39. Mar Torres Ana Juliana
40. Martinez Gonzalez Maria Elena
41. Martinez Juarez Jose Tomas
42. Mora Lorenzo Arisbeth
43. Mora Lugo Yessica
44. Marvaez Francisco Alejandra
45. Narvaez Mar Irving Alejandro
46. Palomares Meza Mauricio
47. Perez Gallardo Margarita
48. Reyes Ruiz Paulina
49. Rodriguez Ruiz Juana Maria
50. Ruiz Casados Inocencia
51. Ruiz Valdez Julio Cesar
52. Salas Juerez Ramona
53. Santiago Cruz Jorge Adrian
54. Santiago Flores Ricarda
55. Santiago Flores Victoria
56. Torres Casados Vanessa
57. Torres Clemente Alma Delia
58. Torres Cruz Rosa Elena
59. Torres Meza Gabriela Alejandra

## D48 – HIJOS DE LA COOPERATIVA LAS CHACAS

## RETAIL & PROCESSING PLAINTIFFS

1. Callejas Cruz Jose Manuel
2. Cruz Torres Cristian
3. De La Rosa Garcia Neftali
4. Fernandez Mendoza Luis Alejandro
5. Garcia Telles Miguel Angel
6. Maldonado Martinez Daniel
7. Martinez Ordonez Jose Melquiades
8. Molar Gonsalez Roberto
9. Ortega Quinto Wendi Nayeli
10. Osorio Hernandez Maximino
11. Rodrigues Cruz Jair Obed
12. Telles Cruz Rodolfo
13. Valencia Callejas Miguel

## D49 – DESPICADORAS DE LAS CHACAS

## RETAIL & PROCESSING PLAINTIFFS

1.    Aniceto Veronica
2.    Bautista Castan Maura
3.    Cardenas Garces Petra
4.    Cipriano Guadalipe
5.    Cruz Martinez Salustria
6.    Delgado Gonzalez Yamilet
7.    Flores Bertha
8.    Gamez Ravete Glafira
9.    Gonzalez Angelica
10.   Gonzalez Elvia
11.   Gonzalez Moreno Maria De La Luz
12.   Hernandez Yuzeimy Estefania
13.   Medina Gonzalez Maria Cristina
14.   Olivares Garcia Aurelia
15.   Ortiz Ortiz Hermelinda
16.   Palacios Deysa Alicia
17.   Perez Torres Ciria
18.   Queren Nogera Cesia Karen
19.   Quezada Gamez Emilia
20.   Reyes Hernandez Amparo
21.   Reyes Vazquez Teodora
22.   Rodriguez Banda Ana Martina
23.   Valdez Blanco Dora Luz

**D50 – COMPRAVENTA DEL MERCADO DE TUXPAN**

**RETAIL & PROCESSING PLAINTIFFS**

1.  Baltazar Carballo Evelia
2.  Baltazar Carballo Javier
3.  Butron Carballo Gregorio
4.  Escudero Santos Vicenta
5.  Gallardo Torres Mariano
6.  Gomez Alvarado Jose Luis
7.  Hernandez Castan Pedro
8.  Hernandez Ramirez Miguel
9.  Herrera Gonzalez Marissa
10. Juarez Ramirez Juan Antonio
11. Lopez Cruz Felix
12. Marcelino Maya Roberto
13. Ramirez Hernandez Eva Luz
14. Rostro Anzurez Miguel Angel
15. Salas Martinez Primitiva