## EXHIBIT "E"

## GRUPO PESCADORES LIBRES ARTEMIO ARAN, ET AL

## "INDEPENDENT FISHERMAN PLAINTIFFS"

| | | |
|---|---|---|
| 1. | Grupo Pescadores Libres Artemio Aran | 29 Plaintiffs |
| 2. | Pescadores de la Encendada de los Higueros Artemio Aran | 62 Plaintiffs |
| 3. | Libres de Congregacion la Reforma Artemio Aran | 114 Plaintiffs |
| 4. | Pescadores Libres de Tanochin Artemio Aran | 13 Plaintiffs |
| 5. | Pescadores Libres de Tierra y Libertad Artemio Aran | 64 Plaintiffs |
| 6. | Pescadores Mamey Pozo Dos Bocas Artemio Aran | 33 Plaintiffs |
| 7. | Libres de San Luciano Artemio Aran | 39 Plaintiffs |
| 8. | Pescadores Libres de la Mata Norberto Hernández | 69 Plaintiffs |
| 9. | Libres de Cabo Rojo Nelson Delgado Mendoza | 52 Plaintiffs |
| 10. | Pescadores Libres de la Rivera de Tampico Eduardo | 184 Plaintiffs |
| 11. | Libres de las Piedras Tamalin Camilo Perez Castro | 28 Plaintiffs |
| 12. | Pescadores Libres de Morales de Cabo Rojo | 117 Plaintiffs |
| 13. | Pescadores Libres de Cabo Rojito Abad | 52 Plaintiffs |
| 14. | Pescadores Libres de la Restinga | 71 Plaintiffs |
| 15. | Pescadores Libres de la Majahua Reynaldo Castro | 52 Plaintiffs |
| 16. | Pescadores Libres de la Isla de Juan A. Ramirez | 127 Plaintiffs |
| 17. | Libres de Cucharitas 2 Guillermina Castro | 105 Plaintiffs |
| 18. | Libres de Tamiahua Pablo E. Zamora Sanchez | 820 Plaintiffs |
| 19. | Pescadores Libres Soc. Coop. Aurora Barra de Cazones | 44 Plaintiffs |
| 20. | Grupo de Pescadores Libres Guillermina Hernandez | 29 Plaintiffs |
| 21. | Pescadores Libres Ostioneros del Sur | 62 Plaintiffs |
| 22. | Pescadores Libres y Fileteras Claudio Cruz Flores | 38 Plaintiffs |
| 23. | Pescadores Libres de la Soc. Coop. San Andres | 21 Plaintiffs |
| 24. | Pescadores Libres de la Coop de Tamiahua (Included in D-24) | 0 Plaintiffs |
| 25. | Pescadores Libres de la Reforma Fernando Meza Torres | 41 Plaintiffs |
| 26. | Grupo de Libres de Saladero Artemio Aran | 199 Plaintiffs |
| 27. | Pescadores Libres de la Riverita Artemio Aran | 49 Plaintiffs |
| 28. | Grupo de Pescadores Fileteros Chavelita | 47 Plaintiffs |
| 29. | Pescador Libre de Ciudad Madero Tamaulipas | 1 Plaintiffs |
| 30. | Pescadores Libres de Congregacion Anahuac Gerson | 13 Plaintiffs |
| 31. | Pescadores Libres del Puerto de Tuxpan | 122 Plaintiffs |

## E1 - GRUPO PESCADORES LIBRES ARTEMIO ARAN

### INDEPENDENT FISHERMAN PLAINTIFFS

| | |
|---|---|
| 1 | Alejandre Antonio Eufracio |
| 2 | Antonio Santiago Carmelo Francisco |
| 3 | Antonio Santiago Javier Isaias |
| 4 | Antonio Santiago Mauricio |
| 5 | Blanco Ortega Jorge |
| 6 | Chavez Casados Edgar Valentin |
| 7 | Corona Acosta Enrique |
| 8 | Cruz Montesino Jadiel |
| 9 | Enriquez Flores Gamaliel |
| 10 | Flores Hernandez Benjamin |
| 11 | Galindo Hernandez Jose Luis |
| 12 | Gonzalez Flores Aziel Saday |
| 13 | Gonzalez Santiago Raul |
| 14 | Hernandez Guadalupe Francisco |
| 15 | Hernandez Hernandez Doroteo |
| 16 | Hernandez Hernandez Gregorio |
| 17 | Hernandez Hernandez Jose Francisco |
| 18 | Hernandez Hernandez Valente |
| 19 | Hernandez Rufino |
| 20 | Hernandez Segura Nestor Ivan |
| 21 | Herrera Mendez Jorge |
| 22 | Juarez Aquino Apolinar |
| 23 | Juarez Aquino Ivan |
| 24 | Juarez Aquino Renso |
| 25 | Linche Blanco Manuel |
| 26 | Martir Garcia Natanael |
| 27 | Martir Gonzalez Gaston |
| 28 | Mendiza Loaiza Mardonio |
| 29 | Segura Garcia Crisosoforo |

## E2 - PESCADORES DE LA ENCENDADA DE LOS HIGUEROS ARTEMIO ARAN

## INDEPENDENT FISHERMAN PLAINTIFFS

| | |
|---|---|
| 1 | Bautista Bautista Isaias |
| 2 | Bautista Bautista Omar |
| 3 | Bautista Blanco Clemente |
| 4 | Bautista Blanco Delfino |
| 5 | Bautista Blanco Saturnino |
| 6 | Bautista Cruz Valentin |
| 7 | Bautista Mendez Samuel |
| 8 | Bautista Olarte Edgar |
| 9 | Casados Aguilar Elson Jaciel |
| 10 | Casados Cruz Adolfo |
| 11 | Casados Cruz Ancelin |
| 12 | Casados Cruz Gumercindo |
| 13 | Casados Cruz Jaime |
| 14 | Casados Santiago Alonso |
| 15 | Casanova Del Angel Cruz |
| 16 | Castellnos Rosas Ernesto |
| 17 | Corona Casados Pedro |
| 18 | Cruz Bautista Orlando |
| 19 | Cruz Bautista Rogelio |
| 20 | Cruz Blanco Francisco |
| 21 | Cruz Cruz Melquiades |
| 22 | Cruz Cruz Pedro |
| 23 | Cruz Hernandez Miguel |
| 24 | Del Angel Ramirez Manuel Angel |
| 25 | Flores Basilio Antonio |
| 26 | Flores Hernandez Artemio |
| 27 | Gonzalez Bautista Jose Arturo |
| 28 | Hernandez Geronimo Eucebio |
| 29 | Hernandez Geronimo Gabino |
| 30 | Hernandez Jeronimo Banjamin |
| 31 | Hernandez Merinos Jose |
| 32 | Hernandez Merinos Juan |
| 33 | Hernandez Torres Raul |
| 34 | Loyo Bautista Carlos Antonio |
| 35 | Loyo Cruz Carlos |
| 36 | Neri Chavez Francisco |
| 37 | Olarte Vazquez Antonio |
| 38 | Olarte Vazquez Marco Antonio |
| 39 | Ramiro Cruz Juan |
| 40 | Ramiro Cruz Lorenzo |
| 41 | Ramiro Cruz Raymundo |
| 42 | Ramiro Cruz Ricardo |
| 43 | Reyes Cruz Alvaro |
| 44 | Reyes Cruz Alvaro Ivan |
| 45 | Reyes Cruz Javier |
| 46 | Rosas Salas Ezequiel |
| 47 | Rosas Salas Irineo |
| 48 | Rosas Salas Jose |
| 49 | Salas Cruz Jose Alfredo |
| 50 | Salas Juarez Aniceto |
| 51 | Salas Juarez Genaro |
| 52 | Salinas Vite Jesus David |
| 53 | Sanchez Ramiro Ramon |
| 54 | Sanchez Ramiro Santos |
| 55 | Santiago Cruz Luz Areli |
| 56 | Silverio Andres Cruz |
| 57 | Silverio Garcia Alejo |
| 58 | Silverio Garcia Domingo |
| 59 | Silverio Garcia Nicolas |
| 60 | Silverio Garcia Ricardo |
| 61 | Villa Prado Romualdo |
| 62 | Vite Diaz Rosalba |

## E3 - LIBRES DE CONGREGACION LA REFORMA ARTEMIO ARAN

### INDEPENDENT FISHERMAN PLAINTIFFS

1. Aran Blanco Angelica
2. Aran Cruz Artemio
3. Aran Cruz Ociel
4. Aran Mar Alejandro
5. Aran Salinas Amalia
6. Aran Salinas Maura
7. Aran Salinas Rocio
8. Benitez Mar Rosa Elena
9. Blanco Aran Dolores
10. Blanco Aran Hermelinda
11. Blanco Aran Rafaela
12. Blanco Hernandez Tomas
13. Cardenas Garces Laura
14. Casados Aran Emma
15. Castellanos Villasana Isabel
16. Castellanos Villazana Ricardo
17. Castro Aran Mario
18. Castro Gallardo Agripino
19. Castro Hernandez Paula
20. Cobos Juarez Guillermo
21. Cruz Aran Daniela
22. Cruz Cruz Enedina
23. Cruz Felipe Antonio
24. Cruz Hernandez Martin
25. Cruz Meza Fidel
26. Cruz Torres Ignacia Jazmin
27. Cruz Vargas Herminio
28. Cruz Vargas Leonicia
29. Cruz Vargas Luciana
30. Cruz Villanueva Gabriel
31. Cruz Villanueva Irma
32. Cruz Villanueva Jose Emilio
33. Cruz Villanueva Juan Moises
34. De La Cruz Alejandro
35. De La Cruz Cruz Eugenio
36. De La Cruz Cruz Secundina
37. De La Cruz Felipe Antonio
38. De La Cruz Flores Eucebia
39. De La Cruz Hernandez Valentin
40. Francisco Fajardo Griselda
41. Gallardo Bautista Francisco Javier
42. Gallardo Olivares Eder Javier
43. Garcia Casanova Ernesto
44. Garcia Salas Manuela
45. Gaspar Chavez Tomasa
46. Gil Cruz Crecencio
47. Gil Pasaron Jose
48. Gonzalez Aran Armando
49. Gonzalez Aran Luis
50. Gonzalez Aran Sandra Luz
51. Gonzalez Blanco Anahi
52. Gonzalez Cruz Sergio
53. Gonzalez Gonzalez German
54. Gonzalez Gonzalez Leticia
55. Gonzalez Gonzalez Primitivo
56. Gonzalez Morales Gabriela
57. Gonzalez Rodriguez Eraclio
58. Henandez Blanco Leonel
59. Hernandez Angelica
60. Hernandez Aran Gabino
61. Hernandez Aran Guadalupe
62. Hernandez Diaz Aurelio
63. Hernandez Maria Del Carmen
64. Hernandez Ruiz Maria Del Carmen
65. Hernandez Salvador Florentino
66. Idelfonso De La Cruz Agripino
67. Juarez Cobos Silveria
68. Mar Gallardo Martin
69. Martinez Gaspar Braulio
70. Martinez Hernandez Cesar
71. Martinez Santiago Felipe
72. Maya Meza Francisco Javier
73. Maya Perez Gilberto
74. Maya Perez Hector
75. Meza Cruz Carlos
76. Meza Del Angel Albertha
77. Meza Francisco Ricardo De Jesus
78. Meza Gallardo Heriberto
79. Meza Hernandez Roberto
80. Meza Salinas Roberta
81. Meza Torres Gabriel Guadalupe
82. Meza Torres Maria Felix
83. Meza Torres Maria Silvia
84. Meza Torres Veronica
85. Olarte Cruz Concepcion
86. Olmos Gil Anay

## E3 - LIBRES DE CONGREGACION LA REFORMA ARTEMIO ARAN

## INDEPENDENT FISHERMAN PLAINTIFFS

87.  Pasaron Juarez Eucaria
88.  Perez Gonzalez Brigido
89.  Ramirez Fonseca Silvilu
90.  Ramirez Santiago Esther
91.  Reyes Delgado Fermina
92.  Reyes Hernandez Maria Victoria
93.  Reyes Meza Gregoria
94.  Rodriguez Blanco Elodia
95.  Salas Gonzalez Beatriz
96.  Salvador Cruz Diego
97.  Salvador De La Cruz Procoro
98.  Santiago De La Cruz Alejandro
99.  Santiago De La Cruz Gabriel
100. Santiago De La Cruz Juan Jose
101. Santiago De La Cruz Luis Enrique
102. Santiago Martinez Abundio
103. Santiago Tranquilino Gabriel
104. Santiago Tranquilino Juan
105. Sobrevilla Perez Clara Rosa
106. Torres Reyes Juana
107. Vargas Gonzalez Elena
108. Vazquez Collazo Silvia
109. Velazquez Castellanos Leobardo
110. Velazquez Castellanos Sofia
111. Villasana Cruz Elfego
112. Villazana Blanco Adela
113. Villazana Cruz Benita
114. Villazana Cruz Maribel

## E4 - TANOCHIN ARTEMIO ARAN

## INDEPENDENT FISHERMAN PLAINTIFFS

1. Cobos Cruz Enrique
2. Cobos Cuervo Hugo
3. Gallardo Olmos Candelario
4. Gallardo Olmos Gabino
5. Gallardo Olmos Raymundo
6. Hernandez Olmos Eleuteria
7. Martinez Aguilar Victor
8. Meza Sequera Delfina
9. Olmos Salas Herlinda
10. Rodriguez Meza Paula
11. Santiago Cruz Teodora
12. Santiago Maya Eduarda
13. Santiago Maya Maclovio

## E5 – PESCADORES LIBRES DE TIERRA Y LIBERTAD ARTEMIO ARAN

## INDEPENDENT FISHERMAN PLAINTIFFS

| | | |
|---|---|---|
| 1. | Aran Cantu Jose Eduardo | |
| 2. | Aran Castellanos Alfonso | |
| 3. | Aran Cobos Isidro | |
| 4. | Benito De La Cruz Abad | |
| 5. | Benito De La Cruz Mariano | |
| 6. | Benito De La Cruz Maximiliano | |
| 7. | Benito Idelfonso Marcos | |
| 8. | Bentio Cruz Pedro | |
| 9. | Cantu Maya Amalia | |
| 10. | Celso Hernandez Anastacia | |
| 11. | Celso Hernandez Venustiano | |
| 12. | Cortez Gonzalez Adela | |
| 13. | Cruz De La Cruz Antonio | |
| 14. | Cruz De La Cruz Cristina | |
| 15. | De La Cruz Aran Lorena | |
| 16. | De La Cruz Avelino Maria Librada | |
| 17. | De La Cruz Cruz Eugenio | |
| 18. | De La Cruz Delfino Elesban | |
| 19. | De La Cruz Felipe Ciro | |
| 20. | De La Cruz Gonzalez Feliciana | |
| 21. | De La Cruz Gonzalez Hermelinda | |
| 22. | De La Cruz Hernandez Abad | |
| 23. | De La Cruz Hernandez Esteban | |
| 24. | De La Cruz Hernandez Gloria | |
| 25. | De La Cruz Hernandez Honorio | |
| 26. | De La Cruz Hernandez Pedro | |
| 27. | De La Cruz Maria Marcelina | |
| 28. | De La Cruz Martinez Jose Guadalupe | |
| 29. | De La Cruz Martinez Victor | |
| 30. | De La Cruz Salvador Gabino | |
| 31. | De La Cruz Salvador Natanael | |
| 32. | De La Cruz Santiago Antonio | |
| 33. | De La Cruz Santiago Panfilo | |
| 34. | De La Cruz Vicencio Angela | |
| 35. | De La Cruz Vicencio Ignacia | |
| 36. | De La Cruz Vicencio Jorge | |
| 37. | De La Cruz Vicencio Lazaro | |
| 38. | De La Cruz Vicencio Magdalena | |
| 39. | De Los Santos Celso Pablo | |
| 40. | De Los Santos Celso Pedro | |
| 41. | De Los Santos Santiago Benito | |
| 42. | Felipe Cruz Eudelia | |
| 43. | Flores Martinez Francisca | |
| 44. | Hernandez Blanco Lourdes | |
| 45. | Hernandez Blanco Zoyla | |
| 46. | Hernandez Martinez Minerva | |
| 47. | Hernandez Moltalvo Jose Luis | |
| 48. | Hernandez Santiago Catalina | |
| 49. | Idelfonso De La Cruz Agripina | |
| 50. | Idelfonso De La Cruz Hilaria | |
| 51. | Idelfonso De La Cruz Manuel | |
| 52. | Idelfonso De La Cruz Maria | |
| 53. | Martinez Medina Telma | |
| 54. | Martinez Santiago Eva | |
| 55. | Morales Rosas Joaquina | |
| 56. | Perez Gonzalez Margarita | |
| 57. | Perez Juarez Osvaldo | |
| 58. | Porfirio Hernandez Francisca | |
| 59. | Ramirez Garcia Yolanda | |
| 60. | Rodriguez Hernandez Natali | |
| 61. | Salvador De La Cruz Yolanda | |
| 62. | Salvador Santiago Daniel | |
| 63. | Sanchez De La Cruz Silvano | |
| 64. | Santiago Del Angel Petra | |

## E6 - PESCADORES MAMEY POZO DOS BOCAS ARTEMIO ARAN

## INDEPENDENT FISHERMAN PLAINTIFFS

1. Bautista Alvarado Gustavo
2. Blanco Cruz Andres
3. Castro Castro Esteban
4. Castro Del Angel Crisoforo
5. Cruz Morato Miguel
6. Del Angel Gallardo Ismael
7. Del Angel Lorenzo Carlos
8. Echeverria Henandez Carlos
9. Escalante Martinez Fernando
10. Garcia Hernandez Jose Alfredo
11. Garcia Hernandez Juan Antonio
12. Garcia Hernandez Miguel Angel
13. Garcia Hernandez Victor Manuel
14. Garcia Ruiz Melquiaes
15. Garcia Ruiz Tomas
16. Juarez Casados Adrian
17. Lorenzo Del Angel Eduardo
18. Lorenzo Del Angel Guadalupe
19. Lorenzo Martinez Leopoldo
20. Lorenzo Morales Victor
21. Lorenzo Salas Juan Gabriel
22. Lorenzo Salas Victor Jacinto
23. Lugo Del Angel Felix
24. Lugo Reyes Edmundo
25. Lugo Salazar Carlos Enrique
26. Lugo Sosa Luis Enrique
27. Mar Mar Marcos
28. Mar Mar Pedro
29. Mar Muñoz Enrique
30. Martinez Garcia Jose Bernabel
31. Mora Valdez Aurelio
32. Nolasco Lugo Maximo
33. Salas Flores Luis

## E7 - LIBRES DE SAN LUCIANO ARTEMIO ARAN

## INDEPENDENT FISHERMAN PLAINTIFFS

1. Barragan Guerrero Odeth
2. Castillo Cruz Virginia
3. Constantino Armenta Alma Delia
4. Constantino Armenta Elva Nancy
5. Constantino Casanova Gregorio
6. Constantino Cruz Javier
7. Constantino Delgado Maria Dolores
8. Constantino Casanova Marcela
9. Cruz Herrera Maria Isabel
10. Cruz Villarreal Maribel
11. Delgado Gomez Katia Nalleli
12. Gonzalez Aquino Oliverio
13. Gonzalez Escobar Amadeo
14. Hernandez Constantino Julia Janeth
15. Hernandez Constantino Rosa Nelly
16. Hernandez Constantino Sugey Magali
17. Juarez Blanco Cirila
18. Martinez Juarez Carlos
19. Martinez Villareal Deisy
20. Mendoza Garza Concepcion Alicia
21. Mendoza Garza Porfiria
22. Morales Perez Selene
23. Olivares Malerva Eutiquia
24. Olivares Segura Jesus Leonel
25. Olivares Sosa Ana Maria
26. Olivares Sosa Maria Isabel
27. Olivares Malerua Maria Isabel
28. Portales De Leon Epitacio
29. Portales De Leon Marcelino
30. Ruiz Ricardo Gerardo
31. Santiago Castillo Juan Carlos
32. Santiago Clara Martin
33. Segura Alfaro Maira Lucero
34. Trejo Cruz Monica
35. Vazquez Segura Celia
36. Villareal Cesar
37. Villareal Olivares Cesar Carlos
38. Villareal Rivera Daniel
39. Villareal Rivera Eucebio

## E8 - PESCADORES LIBRES DE LA MATA NORBERTO HERNANDEZ

## INDEPENDENT FISHERMAN PLAINTIFFS

1. Blanco Martinez Crisoforo
2. Blanco Martinez Leonor
3. Calleja Vicencio Roberto
4. Carrillo Cruz Felix
5. Carrillo Velazquez Carlos
6. Carrillo Velazquez Israel
7. Castellanos Cruz Sara
8. Castro Palaez Maria Guadalupe
9. Cobos Mendoza Federico
10. Cruz De La Cruz Abdias
11. Cruz De La Cruz Rocio
12. Cruz Hernandez Guadalupe
13. Cruz Larios Guadalupe
14. De La Cruz Hernandez Nicasia
15. Espinoza Santos Laura Alicia
16. Filidor Escarpett Edgar Jonathan
17. Filidor Valencia Tomas
18. Gonzalez Delgado Santa Ines
19. Guzman Velazquez Constantino
20. Heredia Cruz Andrea Belina
21. Heredia Reyes Ricardo
22. Heredia Reyes Venancio
23. Hernandez Cruz Enriqueta
24. Hernandez Cruz Norberto
25. Hernandez De La Cruz Desiderio
26. Hernandez Tiburcio Hugo Rene
27. Hernandez Vicencio Norberto
28. Hernandez Zumaya Juan
29. Jackson Baltazar Marcelo
30. Jackson Bustos Roberto
31. Leyton Garces Manuel
32. Leyton Garces Santos
33. Leyton Reyes Jorge Eduardo
34. Leyton Reyes Luis Alberto
35. Leyton Reyes Miguel Angel
36. Lopez Santiago Elena
37. Mar Aldana Amado
38. Martinez Gonzalez Luis Alberto
39. Martinez Hernandez Jose Roberto
40. Martinez Reyes Irene
41. Mejia Hernandez Dolores
42. Mejia Hernandez Victor
43. Mejia Martinez Margot
44. Melgoza Hernandez Desiderio
45. Peña Bonilla Rafael
46. Ponce Morales Carlos Enrique
47. Ponce Morales Francisco Aristeo
48. Ponce Reyes Aristeo
49. Rangel Roman Maria Magdalena
50. Reyes Alejandre Leonardo
51. Reyes Leyton Salvador
52. Reyes Vicencio Santa Lucia
53. Rodriguez Ortega Enrique
54. Rodriguez Santos Miguel Angel
55. Sanchez Vicencio Antonio
56. Santiago Rangel Deyra
57. Solano Vargas Elida
58. Solis Larios Atanasio
59. Torres Azuara Jose Roberto
60. Velazquez Catarina Gloria
61. Villalba Santiago Enrique
62. Yanez Castellanos Esteban
63. Yanez Loya Esteban
64. Zaleta Hernandez Mauro
65. Zaleta Morales Mauro
66. Zarate Aldana Guadalupe
67. Zarate Noguera Carlos Arturo
68. Zit Aldana Jesus
69. Zit Martinez Jesus

## E9 - LIBRES DE CABO ROJO NELSON DELGADO MENDOZA

## INDEPENDENT FISHERMAN PLAINTIFFS

1.  Barrios Delgado Delia
2.  Copal Mendoza Benita
3.  Copal Mendoza Elizabeth Del Carmen
4.  Cruz Cruz Esmeralda
5.  Cruz Davila Tomasa
6.  Cruz Garcia Peregilda
7.  Cruz Medina Maria Rubicela
8.  Cruz Sanchez Ivon
9.  De Luna Ordonez Maria Guadalupe
10. Del Angel Perez Elia
11. Delgado Delgado Olivia Lili
12. Delgado Ramos Hilaria
13. Delgado Sosa Olivia
14. Delgado Sosa Orlanda
15. Delgado Sosa Zaida
16. Garcia Cruz Gerardo
17. Hernandez Casanova Vicenta
18. Hernandez Cruz Lucia
19. Hernandez Deantes Maria Rocio
20. Hernandez Del Angel Aholibama
21. Hernandez Tovar Ana Luisa
22. Lorenzo Delgado Benigna
23. Malvera del Angel Virginia
24. Marin Martinez Concepcion
25. Mascarenas Delgado Blanca Edith
26. Mascarenas Delgado Crecencia
27. Maya Aguilar Maria Del Rosario
28. Maya Aguilar Reyna
29. Maya Sequera Tomasa
30. Mendoza del Angel Rosaura
31. Meza Torres Teresa De Jesus
32. Mora Torres Claudia Janeth
33. Perez Cruz Ana Maria
34. Perez del Angel Marisol
35. Perez Hernandez Dominga
36. Perez Teodora
37. Perez Villalobos Severiana
38. Ramirez De Leon Julia
39. Reyes Copal Rosa Lima
40. Reyes Cruz Amanda
41. Reyes Mancha Norma Luz
42. Rodriguez Maria Del Socorro
43. Santos Barrios Mariela
44. Santos Herrera Salamina
45. Santos Ruiz Jacinta
46. Santos Vergara Adriana
47. Sosa Garcia Antonia
48. Tiburcio Cruz Idalia Yazmin
49. Torres Meza Rafaela
50. Tovar Cristiano Hilaria
51. Villalobos Cruz Francisca
52. Villalobos Del Angel Venancia

## E10 - PESCADORES LIBRES DE LA RIVERA DE TAMPICO EDUARDO

## INDEPENDENT FISHERMAN PLAINTIFFS

1. Aguilar Morales Maria Del Rosario
2. Agustin Calva Isabel
3. Arteaga Maya Felipa
4. Arteaga Morales Raquel
5. Arteaga Morales Rosa Maria
6. Arteaga Ortega Ruben
7. Arteaga Reyes Manuela
8. Arteaga Sanchez Juan Pablo
9. Artega Lopez Maria Guadalupe
10. Balleza Gomez Ambrosio
11. Balleza Perez Soledad
12. Barrios Barrios Ambrosio
13. Barrios Rodriguez Ramona
14. Bautista Sanchez Arturo
15. Bazan Cruz Hipolito
16. Carrasco Estrada Joel
17. Carrizalez Mar David
18. Casanova Maya Carlota
19. Casanova Medina Florencia
20. Casanova Reyes Veronica
21. Castillo Maya Santos Alberto
22. Castillo Polito Margarita
23. Cayetano Perez Adrian Jaime
24. Constantino Perez Sabina
25. Coronado Roman Karla Sugey
26. Cruz Carrasco Flora
27. Cruz Carrasco Joel
28. Cruz Cruz Cinthia Catalina
29. Cruz Cruz Nemesio
30. Cruz Figon Aurora
31. Cruz Gonzalez Braulio
32. Cruz Hernandez Francisca
33. Cruz Mar Nora Hilda
34. Cruz Maya Diana Lucero
35. Cruz Maya Dora
36. Cruz Mar Maria
37. Cruz Mendoza Maria Cristina
38. Cruz Mendoza Marina
39. Cruz Mendoza Prudencia
40. Cruz Perez Ana Victoria
41. Cruz Perez Nestor
42. Cruz Reyes Margarita
43. Cruz Rodriguez Dominga
44. Cruz Sanchez Reyna Esther
45. Cruz Valente
46. Cruz Valdez Eduarda
47. Del Angel Ochoa Mayra Graciela
48. Del Angel Pineiro Oscar
49. Delgado Ramirez Juana
50. Delgado Sanchez Ruth
51. Delgado Sanchez Yadira
52. Dominguez Cruz Noe
53. Duran Hernandez Maria Elena
54. Duran Lorenzo Gregorio
55. Duran Ruiz Ana Gabriela
56. Flores Gonzalez Onofre
57. Flores Gonzalez Silvia
58. Gallardo Hernandez Elena
59. Garcia Garcia Guadalupe
60. Garcia Gonzalez Norma
61. Garcia Herrera Luz Adriana
62. Garcia Herrera Alejandrina
63. Gomez Lorenzo Estela
64. Gomez Colmenero Ramon
65. Gonzalez Cruz Evelia
66. Gonzalez Espinoza Feliciana
67. Gonzalez Gallardo Maria Isabel
68. Gonzalez Gallardo Nora Hilda
69. Gonzalez Gonzalez Lucio
70. Gonzalez Hernandez Luz Magaly
71. Gonzalez Mar Alberto
72. Gonzalez Maya Nora Catalina
73. Gonzalez Perez Eustolia
74. Gonzalez Perez Nelda Patricia
75. Gonzalez Ramon Juana
76. Gonzalez Soledad
77. Guerrero Martinez Mayra Lizbeth
78. Guzman Castorena Porfiria
79. Hernandez Acosta Constancia
80. Hernandez Ana
81. Hernandez Constantino Adela
82. Hernandez Constantino Amalia
83. Hernandez Constantino Heriberto
84. Hernandez Cruz Paulino
85. Hernandez Cruz Maria Luisa
86. Hernandez Ferral Jose Antonio

## E10 - PESCADORES LIBRES DE LA RIVERA DE TAMPICO EDUARDO

### INDEPENDENT FISHERMAN PLAINTIFFS

87. Hernandez Gonzalez Maria Guadalupe
88. Hernandez Pina Maria De La Luz
89. Hernandez Rivera Teresa
90. Hernandez Sanchez Lidia
91. Hernandez Sanchez Mauro
92. Hernandez Sanchez Telesfora
93. Hernandez Ventura Rene
94. Herrera Rios Mireya
95. Herrera Rios Rosa
96. Mar Angel
97. Mar Cruz Galdino
98. Mar Estevez Magdalena
99. Mar Molar Maria
100. Mar Perez Juan
101. Martinez Arredondo Delfino
102. Martinez Ruiz Ines
103. Martinez Lemus Agustina
104. Martinez Lemus Atanacia
105. Martinez Martinez Albertano
106. Martinez Martinez Bruna
107. Martinez Martinez Cleofas
108. Martinez Olivares Refugio
109. Maya Perez Ausencia
110. Mendoza Bautista Arminta
111. Mendoza Mar Paula
112. Meza Gaytan Marcelo
113. Molar Gonzalez Angelica
114. Molar Gonzalez Cevera
115. Molar Gonzalez Diego
116. Molar Gonzalez Domingo
117. Molar Gonzalez Faustino
118. Molar Gonzalez Fernando
119. Molar Gonzalez Veronica
120. Molar Pecero Lazara
121. Mora Martinez Maria Del Rosario
122. Morales Delgado Juan
123. Morato Villalobos Renato
124. Moreno Tiburcio Concepcion
125. Narvaes Lugo Maria Natividad
126. Ochoa Lejarza Maria Eliza
127. Ochoa Maya Gloria
128. Ochoa Maya Griselda
129. Olguin Ruiz Guillermo
130. Olguin Ruiz Idelfonso
131. Ortega Mendoza Pascuala
132. Osorio Sanchez Lizeth
133. Padron Polito Olaya
134. Perez Cruz Modesta
135. Perez Figueroa Silvestre
136. Perez Gonzalez Elia
137. Perez Martinez Victoria
138. Perez Mascarenas Maria De Lourdes
139. Perez Ochoa Angelica
140. Perez Orta Adan
141. Perez Ramirez Nelda Rosa
142. Pineiro Gonzalez Maria Isabel
143. Pineiro Gonzalez Mirabel
144. Pineiro Mar Marcos Andres
145. Pineiro Perez Amparo
146. Pineiro Perez Aucencia
147. Pineiro Perez Consuelo
148. Pineiro Perez Eustolia
149. Pineiro Perez Macario
150. Pineiro Reyes Efren
151. Pineiro Reyes Herlindo
152. Polito Bautista Irma
153. Polito Gonzalez Olalla
154. Polito Meza Marco Aurelio
155. Polito Rivera Mario
156. Ramirez Casanova Gloria
157. Ramirez Del Angel Efrain
158. Ramirez Gonzalez Vicenta
159. Ramirez Sobrevilla Maria De Jesus
160. Rangel Vazquez Paula
161. Reyes Andres
162. Reyes Arteaga Carlos
163. Reyes Arteaga Silvia
164. Reyes Barrios Eleuterio
165. Rios Mendoza Leovijilda
166. Rocha Gomez Mireya
167. Rodriguez Narvarez Marcela
168. Ruiz Casanova Sofia
169. Ruiz Del Angel Erika
170. Salas Ruiz Gracia Maria
171. Salas Ruiz Toribio
172. Sanchez Hernandez Esther

## E10 - PESCADORES LIBRES DE LA RIVERA DE TAMPICO EDUARDO

## INDEPENDENT FISHERMAN PLAINTIFFS

173. Sanchez Pina Humberto
174. Sanchez Pina Inocencia
175. Sanchez Tiburcio Gabina
176. Santos Santiago Maria Elena
177. Segura Echasarretti Rosa Elia
178. Segura Molar Jose Alfredo
179. Segura Ramirez Tomas
180. Segura Villanueva Yesenia Lizeth
181. Sobrevilla Juarez Leomila
182. Suriano Castillo Petra
183. Vazquez Barron Gilberto
184. Zaleta Narvaez Maria Del Rosario

## E11 - LIBRES DE LAS PIEDRAS TAMALIN CAMILO PEREZ CASTRO

### INDEPENDENT FISHERMAN PLAINTIFFS

1. Bautista Castro Paula
2. Castro Del Angel Tomasa
3. Chavez Melo Magdalena
4. Cruz Dominguez Alfredo
5. Cruz Garcia Maria Esther
6. Del Angel Castro Melida
7. Del Angel Valdez Gudelia
8. Flores Del Angel Marcos
9. Flores Rojas Irma
10. Gomez Perez Daniela
11. Gonzalez Cruz Francisco
12. Lincer Perez Lucila
13. Mar Marquez Alicia
14. Mar Del Angel Fernando
15. Mar Del Angel Luis Alberto
16. Mar Marquez Dora
17. Mar Marquez Jacinta
18. Mendoza Flores Enrique
19. Mendoza Flores Victor Hugo
20. Olivera Perez Ezequiel
21. Perez Castro Beatriz
22. Perez Castro Camilo
23. Perez Castro Daniel
24. Perez Castro Jairo
25. Perez Castro Mauricio Emanuel
26. Perez Del Angel Atilano
27. Perez Del Angel Luisa
28. Ruiz Garcia Ignacio

## E12 - PESCADORES LIBRES DE MORALES DE CABO ROJO

## INDEPENDENT FISHERMAN PLAINTIFFS

| | | | |
|---|---|---|---|
| 1. | Arteaga Hernandez Clemente | 44. | Lorenzo Cruz Jesus Alan |
| 2. | Barrios Delgado Juan | 45. | Lorenzo Medina Alfredo |
| 3. | Barrios Delgado Oscar | 46. | Malerva Perez Claudio |
| 4. | Barrios Maya Alejandro | 47. | Malerva Ramirez Omar |
| 5. | Bautista Antonio Bruno | 48. | Mar Gonzalez Roman Emmanuel |
| 6. | Bernon Cruz Aldo | 49. | Mar Padilla Tomas |
| 7. | Casanova Cruz Adrian | 50. | Martinez Lorenzo Bernardo |
| 8. | Casanova Maya Cruz Crisoforo | 51. | Martinez Lorenzo Eduardo |
| 9. | Casanova Maya Elias | 52. | Martinez Ramirez Sergio |
| 10. | Casanova Maya Maximo | 53. | Mascarenas Guzman Cupertino |
| 11. | Casanova Vazquez Arturo | 54. | Mascarenas Lorenzo Hector Amir |
| 12. | Casanova Vazquez Vicente | 55. | Mascarenas Medina Carlos Adan |
| 13. | Constantino Copal  Alberto | 56. | Mascarenas Medina Omar |
| 14. | Copal Valdez Rafael | 57. | Maya Aguilar Alfredo |
| 15. | Cruz Cesareo | 58. | Maya Aguilar Faustino |
| 16. | Cruz Delgado Raul | 59. | Maya Aguilar Gavino |
| 17. | Cruz Garcia Juan | 60. | Maya Aguilar Roberto |
| 18. | Cruz Hernandez Christian Ivan | 61. | Maya Cortez Vicente |
| 19. | Cruz Hernandez Telesforo | 62. | Maya Cruz Augusto |
| 20. | Cruz Medina Miguel Angel | 63. | Maya Cruz Benigno |
| 21. | Cruz Mendoza Flauberto | 64. | Maya Cruz Luis Enrique |
| 22. | Cruz Perez Cesareo | 65. | Maya Del Angel Jose Gabino |
| 23. | Cruz Santiago Benito | 66. | Maya Hernandez Roberto Antonio |
| 24. | Del Angel Hernandez Juan Jose | 67. | Maya Maya Martin |
| 25. | Del Angel Tenorio Abraham | 68. | Maya Malerva Dionicia |
| 26. | Delgado Arteaga Jose Ivan | 69. | Maya Mendoza Jose Ruben |
| 27. | Delgado Sosa Gilberto | 70. | Maya Morales Gabriel |
| 28. | Delgado Sosa Sixto | 71. | Maya Morales Luis Alfredo |
| 29. | Delgado Vazquez Alvaro | 72. | Maya Perez Jesus |
| 30. | Franco Meza Rosalio | 73. | Maya Perez Justo |
| 31. | Franco Olivarez Humberto | 74. | Maya Perez Marina |
| 32. | Garcia Copal Magdaleno | 75. | Maya Perez Teodulo |
| 33. | Garcia Cruz Fernando Andres | 76. | Maya Sequera Castulo |
| 34. | Garcia Hernandez Sergio | 77. | Maya Sosa Oscar |
| 35. | Gonzalez Garcia Abad | 78. | Maya Tiburcio Fernando |
| 36. | Gonzalez Lopez Matilde | 79. | Maya Villalobos Rodrigo |
| 37. | Gonzalez Lopez Rafael | 80. | Mellado Lorenzo Andres |
| 38. | Hernandez Cruz Sergio Fabian | 81. | Mellado Santiago Emilio |
| 39. | Hernandez Deantes Ricardo | 82. | Mendoza Bautista Carlos |
| 40. | Hernandez Del Angel Homero | 83. | Mendoza Delgado Honorio |
| 41. | Hernandez Del Angel Saul | 84. | Mendoza Nuñez Amalio |
| 42. | Hernandez Delgado Abel | 85. | Mendoza Perez German |
| 43. | Hernandez Dominguez Alejandro | 86. | Mendoza Perez Uriel |

## E12 - PESCADORES LIBRES DE MORALES DE CABO ROJO

## INDEPENDENT FISHERMAN PLAINTIFFS

87. Meza Herrera Silverio
88. Meza Torres Silverio
89. Ortega Constantino Luz Maria
90. Ortega Delgado Adalberto
91. Ortega Palacios Eulalio
92. Perez Arteaga Lazaro
93. Perez Blanco Carlos Adrian
94. Perez Cruz Juan Felipe
95. Perez Del Angel Rufino
96. Perez Maya Gustavo
97. Perez Morales Josue Alfredo
98. Portales Mellado Raul
99. Reyes Hernandez Higinio
100. Reyes Maya Fernando
101. Regulo Rivera Aquino
102. Rivera Cruz Tomas
103. Salvador Francisco Andrea
104. Santos Maya Joel
105. Santos Tovar Inocente
106. Tiburcio Maya Antonio
107. Tiburcio Ortega Calixtro
108. Vazquez Ramirez Adan
109. Vazquez Ramirez Domingo
110. Vazquez Ramirez Margarito
111. Villalobos Del Angel Pedro
112. Villalobos Delgado Israel
113. Villalobos Delgado Ramiro
114. Villalobos Delgado Raul
115. Villalobos Maya Magdalili
116. Villalobos Maya Maria Luisa
117. Villalobos Perez Miguel

## E13 - PESCADORES LIBRES DE CABO ROJITO ABAD

## INDEPENDENT FISHERMAN PLAINTIFFS

1. Aguirre Cruz Teodoro
2. Bautista  Ferrer Anastasio
3. Bautista Copal Maria Estela
4. Bautista Copal Pedro
5. Bautista Hernandez Felipe Nedil
6. Bautista Hernandez Maximiliano
7. Bautista Hernandez Norma Edith
8. Bautista Hernandez San Jose
9. Bautista Martinez Aurelio
10. Copal Valdez  Manuela
11. Cruz Cobos Abraham
12. Cruz Copal Edid
13. Cruz Copal Henrry
14. Cruz Copal Veronica
15. Cruz Gonzalez Javier
16. Cruz Zavala Joaquin
17. Delgado Cruz Javier
18. Delgado Cruz Onofre
19. Delgado Delgado Alejandro
20. Delgado Delgado Delia
21. Delgado Delgado Patricia
22. Delgado Santa Maria Salvador
23. Delgado Santa Maria Damian
24. Dominguez Macias Jaime
25. Dominguez Perez Reyna
26. Fajardo Copal Liliana Isabel
27. Fajardo Toral Andres
28. Gonzalez Perez Abad
29. Gonzalez Perez Margarita
30. Hernandez Copal Marina
31. Hernandez Copal Noemi
32. Hernandez Delgado Andres
33. Hernandez Delgado Mario
34. Hernandez Gonzalez Eustorgio
35. Hernandez Hernandez Emma
36. Hernandez Huesca Loyda
37. Hernandez Rodriguez Benigno
38. Malerva Cruz Mayda
39. Olivares Gonzalez Carla Maria
40. Orta Del Angel Aurelia Maria
41. Perez Mascarenas Marysol
42. Salazar Valero Ana Maria
43. Santamaria Landeros Maria
44. Santiago Copal Marlen
45. Tellez Pena Joaquin
46. Toral Casanova Marco Antonio
47. Valdez Mendoza Pilar
48. Valdez Meza Uriel
49. Venegas Copal Fausto
50. Vidal Cruz Alejandro
51. Vidal De La Cruz Hermelinda
52. Villalobos Maya Judith Del Carmen

## E14 - PESCADORES LIBRES DE RESTINGA

## INDEPENDENT FISHERMAN PLAINTIFFS

1. Alonso Coronel Silvia
2. Bautista Hernandez Silvia
3. Casanova Cruz Rosendo
4. Casanova Cruz Victoriano
5. Casanova Malerva Blanca Eunice
6. Constantino Copal Guadalupe
7. Constantino Copal Julio Cesar
8. Constantino Copal Yolanda
9. Constantino Diaz Efrain
10. Constantino Diaz Elias
11. Constantino Franco Herber
12. Constantino Valdez Elias
13. Constantino Valdez Francisco Javier
14. Copal Maya Domingo
15. Copal Maya Francisco
16. Copal Valdez Rodrigo
17. Cruz Delgado Amalia
18. Cruz Delgado America
19. Cruz Delgado Esmeralda
20. Cruz Espinoza Jose De Jesus
21. Cruz Gonzalez Enrique
22. Cruz Gonzalez Gregoria
23. Cruz Perez Ezequiel
24. Cruz Saldaña Jose Tomas
25. Cruz Saldaña Moices
26. Delgado Meza Jose Maria
27. Delgado Santa Maria Adrian
28. Franco Tiburcio Silvia
29. Garcia Gonzalez Heron
30. Gonzalez Del Angel Fidela
31. Gonzalez Mar Manuel Alejandro
32. Gonzalez Rivera Alejandro
33. Gonzalez Rivera Jose
34. Gonzalez Rivera Noe
35. Hernandez Martinez Jova
36. Malerva Franco Daniel
37. Martir Santiago Reyna
38. Mendoza Nunez Catalina
39. Morales Franco Erika Yadira
40. Morales Garcia Maria De Los Angeles
41. Nunez Montez Alba
42. Olivares Garcia Octaviano
43. Ordonez de la Cruz Martha
44. Ortega Cervantes Lucas
45. Ortega Ramirez Alfredo
46. Ortega Vazquez Abraham
47. Ortega Vazquez Lucas
48. Osorio Bautista Ana
49. Perez Flores Gustavo
50. Perez Maya Deysi Cristal
51. Perez Perez Gustavo
52. Ramirez Constantino Fernando
53. Ramirez Constantino Ruben
54. Rivera Aquino Yara Beatriz
55. Rivera Gonzalez Javier
56. Rivera Gonzalez Rafael
57. Rivera Gonzalez Victoriano
58. Santiago Angel
59. Santiago Geronimo Joel
60. Valdes De Leon Juan Luis
61. Valdes de Leon Miguel Angel
62. Valdes Vazquez Heriberto
63. Valdes Vazquez Juan Roque
64. Valdez Bautista Juan
65. Valdez Gonzalez Juan Luis
66. Valdez Mendoza Amaury
67. Valdez Perez Nissel Paul
68. Valdez Vazquez Rosario
69. Villa Constantino Gamaliel
70. Villa Constantino Gerson Haniel
71. Villa Ortega Guadalupe

## E15 - PESCADORES LIBRES DE LA MAJAHUA REYNALDO CASTRO

## INDEPENDENT FISHERMAN PLAINTIFFS

| | | | |
|---|---|---|---|
| 1 | Castaneda Cruz Felicito | 44 | Saldana Sobrevilla Elpidio |
| 2 | Castaneda Cruz Felipe | 45 | Saldana Sobrevilla Patricio |
| 3 | Castaneda Cruz Nicolas | 46 | Sierra Perez Georgina |
| 4 | Castaneda Hernandez Nicolas | 47 | Sobrevilla Gallardo Luz |
| 5 | Castaneda Perez Omar | 48 | Sobrevilla Malerva Alvaro |
| 6 | Castaneda Valdez Margarita | 49 | Sobrevilla Malerva Merced |
| 7 | Castro Deantes Reynaldo | 50 | Sobrevilla Saldana Amado |
| 8 | Castro Deantes Angela | 51 | Solis Perez Ismael |
| 9 | Cruz Espinoza Fortino | 52 | Zamora Mendoza Filimon |
| 10 | Cruz Espinoza Pedro Luis | | |
| 11 | Cruz Santos Ascencion | | |
| 12 | Espinoza Hernandez Juan | | |
| 13 | Espinoza Perez Alfredo | | |
| 14 | Figon Castaneda Ruperto | | |
| 15 | Figon Romero Epigmenio | | |
| 16 | Garcia Romero Jose Luis | | |
| 17 | Gil Cruz Miguel | | |
| 18 | Gil Espinoza Luis Alfredo | | |
| 19 | Hernandez Cruz Felipe De Jesus | | |
| 20 | Hernandez Cruz Jose Juan | | |
| 21 | Hernandez Cruz Nemecio | | |
| 22 | Licona Castaneda Ranulfo | | |
| 23 | Malerva Cruz Domingo | | |
| 24 | Malerva Cruz Lino | | |
| 25 | Malerva Del Angel Hector | | |
| 26 | Malerva Perez Miguel | | |
| 27 | Malerva Saldana Julio | | |
| 28 | Martir Figon Lucila | | |
| 29 | Mendoza Lara Lucero | | |
| 30 | Nunez Morales Santiago | | |
| 31 | Nunoz Saldana Andres | | |
| 32 | Peralta Malerva Ramiro | | |
| 33 | Perez Aran Gema | | |
| 34 | Perez Aran Vitervo | | |
| 35 | Perez Copal Esmaralda | | |
| 36 | Perez Copal Felipa | | |
| 37 | Perez Copal Higinia | | |
| 38 | Perez Malerva Dionicio | | |
| 39 | Perez Malerva Minervo | | |
| 40 | Perez Ruiz Miguel Angel | | |
| 41 | Reyes Licona Simon | | |
| 42 | Rodriguez Medrano Arcadio | | |
| 43 | Romero Perez Guadalupe | | |

## E16 - LIBRES DE LA ISAL DE JUAN A. RAMIREZ

## INDEPENDENT FISHERMAN PLAINTIFFS

1. Acosta Cepeda Cesar Omar
2. Aguilar Arteaga Jose Manuel
3. Aguilar Arteaga Jose Salvador
4. Aguilar Castaneda Beltran
5. Aguilar Meza Mauro
6. Ahumada Nunez Aquilina
7. Bautista Cruz Ramon
8. Bernon Perez Omar Nemecio
9. Blanco Sosa Noe
10. Bruggeman Perez Carlos
11. Casados Lorenzo German
12. Cruz Bautista Santos
13. Cruz Cenobio Maximo
14. Cruz Cruz Iganacio
15. Cruz Cruz Nicolas
16. Cruz Fernando
17. Cruz Macias Benjamin
18. Cruz Malerva Camilo
19. Cruz Santos Eduardo Ivan
20. Cruz Villareal Jose Cruz
21. Cruz Villareal Victor
22. Del Angel Hernandez Jose Ignacio
23. Del Angel Perez Angelica
24. Del Angel Perez Longinos
25. Dominguez Lucas Enrique
26. Gallardo Perez Ernesto
27. Garcia Alejandre Ismael
28. Garcia Mar Ponciano
29. Garcia Perez Ponciano
30. Garcia Sanchez Noe
31. Garcia Zaleta Eduardo
32. Garcia Zaleta Leonardo
33. Gonzalez Constantino Ignacio
34. Gonzalez Cruz Apolinar
35. Gonzalez Cruz Ignacia
36. Gonzalez Cruz Juan
37. Gonzalez Gonzalez Eloy
38. Gonzalez Nicomedes
39. Gonzalez Teran Jovany
40. Gonzalez Zaleta Alfonso
41. Hernandez Ahumada David
42. Hernandez Casanova Lorenzo
43. Hernandez Cruz Jaime
44. Hernandez Del Angel Pedro
45. Hernandez Escalante Nestor Jovani
46. Hernandez Hernandez Rene
47. Hernandez Mendoza Cipriano
48. Hernandez Mendoza Marcelino
49. Hernandez Morales Salvador
50. Hernandez Perez Norberto
51. Hernandez Perez Sergio
52. Hernandez Perez Simon
53. Hernandez Perez Yari Iveth
54. Hernandez Rene
55. Hernandez Simon
56. Hernandez Sosa Emanuel
57. Hernandez Sosa Jesus
58. Juarez Moreno David
59. Loredo Perez Jesus
60. Loredo Perez Moises
61. Malerva Bernabe Narcizo
62. Malerva Cesareo
63. Malerva Cruz Julio
64. Malerva Cruz Santos
65. Malerva Escalante Jesus
66. Malerva Escalante Ricardo
67. Malerva Medina Eucebio
68. Malerva Navarrete Francisco
69. Malerva Navarrete Santos
70. Malerva Perez Jaime
71. Malerva Perez Marcos
72. Mar Mendoza Rafael
73. Mar Ortega Alexis
74. Maya Aguilar Roque
75. Maya Vazquez Daniel
76. Mendoza Cruz Federico
77. Mendoza Cruz Jose Luis
78. Morales Hermilo
79. Morales Perez Ana Luisa
80. Nunez Santiago Alvaro
81. Olivares Malerva Alfredo
82. Olivares Malerva Ramon
83. Olmos Avelino Victorico
84. Olmos Marquez Juan Alberto
85. Orta Cruz Ismael
86. Orta Perez Leandro

**E16 - LIBRES DE LA ISAL DE JUAN A. RAMIREZ**

**INDEPENDENT FISHERMAN PLAINTIFFS**

87.  Ortega Olivares Julian
88.  Ortega Olivares Victorino
89.  Ortega Perez Calixto
90.  Pena Hernandez Alvaro
91.  Perez Andres
92.  Perez Castelan Jose Anel
93.  Perez Constantino Venustiano
94.  Perez Cruz Ruperto
95.  Perez Gonzalez Juan Andres
96.  Perez Guerrero Olivia
97.  Perez Hernandez Leonel
98.  Perez Hernandez Sergio Eduardo
99.  Perez Mar Jose Tomas
100. Perez Mar Juan Miguel
101. Perez Maya Narziso
102. Perez Perez Narcizo
103. Perez Sosa Leonel
104. Perez Sosa Samuel
105. Reyes Del Angel Jovani
106. Rosas Bautista Francisco
107. Rosas Bautista Francisco
108. Rosas Benilde
109. Salas Malerva Rafael
110. Salas Ovando Benito
111. Salas Ovando Cosme
112. Salas Perez Eduardo
113. Salas Perez Eric Ulises
114. Santiago De La Cruz Hildeberto
115. Santos Ruiz Tomas
116. Sosa Garcia Donato
117. Sosa Moreno Francisco
118. Sosa Perez Alfredo
119. Sosa Vazquez Ernesto
120. Tiburcio Aguilar Amilcar
121. Tiburcio Aguilar Guadalupe
122. Tiburcio Aguilar Honorio
123. Tiburcio Malerva Honorio
124. Torres Roman Erik Daniel
125. Torres Roman Luis Arturo
126. Vazquez Cruz Abad
127. Zaleta Lorenzo Matilde

## E17 - LIBRES DE CUCHARITAS 2 GUILLERMINA CASTRO

## INDEPENDENT FISHERMAN PLAINTIFFS

| | | | |
|---|---|---|---|
| 1 | Alvarado Antonio Calixta | 44 | Dominguez Gomez Luis Alberto |
| 2 | Alvarado Antonio Mario | 45 | Estevez Sanchez Elda Berenice |
| 3 | Alvarado Antonio Silvano | 46 | Estevez Sanchez Maria Esther |
| 4 | Avelino Mateos Carmen | 47 | Estevez Sanchez Merib |
| 5 | Barrios Olea Andrea | 48 | Estrada Perdomo Margarito |
| 6 | Barrios Olea Veronica | 49 | Flores Cayetano Abinadab |
| 7 | Barrios Ramirez Concepcion | 50 | Flores Estevez Luis Angel |
| 8 | Bautista Segura Juana Beatriz | 51 | Flores Orales Merab |
| 9 | Blanco Cruz Eugenio | 52 | Galindo Hernandez Sergio |
| 10 | Blanco Cruz Pedro Enrique | 53 | Garcia Barrios Juan |
| 11 | Blanco Flores Jose Luis | 54 | Garcia Gonzalez Francisco Javier |
| 12 | Blanco Maya Giesi | 55 | Garcia Patricio Jacinto |
| 13 | Carvajal Antonio Herlinda | 56 | Gea Martir Donato |
| 14 | Carvajal Antonio Jose Macario | 57 | Gomez Gnzelez Isua |
| 15 | Carvajal Antonio Maria Magdalena | 58 | Gomez Sierra Ana Maria |
| 16 | Carvajal Garcia Lizbeth Eldai | 59 | Gonzalez Cruz Bonifacio |
| 17 | Castro Carvajal Eviezer Itai | 60 | Gonzalez Estevez Alma Sonia |
| 18 | Castro Carvajal Neyfi Mauren | 61 | Gonzalez Estevez Aurelio |
| 19 | Castro Diaz Javier | 62 | Gonzalez Estevez Fabian (Hijo) |
| 20 | Castro Jonguitud Guillermina | 63 | Gonzalez Estevez Fabian (Padre) |
| 21 | Castro Orales Athalia Silen | 64 | Gonzalez Estevez Hermenegildo |
| 22 | Castro Olares Delky Lian | 65 | Gonzalez Flores Benjamin |
| 23 | Castro Orales Mizraim Nirot | 66 | Gonzalez Flores Jacob |
| 24 | Cayetano Bautista Felipa | 67 | Gonzalez Perez Juana |
| 25 | Cayetano Cruz Elena | 68 | Gonzalez Santiago Teodora |
| 26 | Cobos Flores Cervando | 69 | Hernandez del Angel Cristian Sugeilli |
| 27 | Cobos Garcia Oscar | 70 | Hernandez Hernandez Milton |
| 28 | Constantino Castro Addiel | 71 | Jonguitud Florencia Antonio |
| 29 | Constantino Castro Bigvai | 72 | Licona Cruz Veronica |
| 30 | Constantino Salas Azarely | 73 | Loaiza Romero Francisco Javier |
| 31 | Constantino Salas Yanira | 74 | Lopez Gonzalez Sonia Elizabeth |
| 32 | Cruz Aquino Pedro | 75 | Lopez Mendoza Josue |
| 33 | Cruz Aran Lugardo | 76 | Lopez Palacios Eleazar |
| 34 | Cruz Aran Octavio | 77 | Lopez Palacios Othoniel |
| 35 | Cruz Cruz Eliseo | 78 | Mar Maya Jovanny |
| 36 | Cruz Garcia Vicente | 79 | Marquez Blanco Filiberto |
| 37 | Cruz Martir Maher Armando | 80 | Martinez Dominguez Maria Antonia |
| 38 | Cruz Moreno Camilo | 81 | Martir Carvajal Policarpo |
| 39 | Cruz Moreno Conrado | 82 | Martir Mar Jonathan Azael |
| 40 | Cruz Santiago Delfina | 83 | Maya Constantino Uziel |
| 41 | Dominguez Castro Jaime | 84 | Maya Garcia Irene |
| 42 | Dominguez Gomez Adrian | 85 | Orales Reyes Maximina |
| 43 | Dominguez Gomez Jaime | 86 | Orales Valdez Nadia |

## E17 - LIBRES DE CUCHARITAS 2 GUILLERMINA CASTRO

## INDEPENDENT FISHERMAN PLAINTIFFS

| | |
|---|---|
| 87 | Orales Valdez Rogelio |
| 88 | Ortega Isidro Maria De La Luz |
| 89 | Ortega Olares Maria Luisa |
| 90 | Ortega Refugio |
| 91 | Ramirez Atanacio Magdalena |
| 92 | Rodriguez Atanacio Luisa |
| 93 | Salas Gutierrez Samuel |
| 94 | Salazar Moreno Virginia |
| 95 | Salazar Salazar Erasmo |
| 96 | Saldana Constantino Doroteo |
| 97 | Santiago Cruz Dellanira |
| 98 | Santiago Mogollon Esteban |
| 99 | Sobrevilla Del Angel Ana Bertha |
| 100 | Valdez Cruz Cecilia |
| 101 | Valdez Flores Isac |
| 102 | Vela Gomez Paula |
| 103 | Victoriano Gonzalez Alicia |
| 104 | Zaleta Gonzalez Abigail |
| 105 | Zaleta Ortega Justina |

## E18 - LIBRES DE TAMIAHUA PABLO E. ZAMORA SANCHEZ

## INDEPENDENT FISHERMAN PLAINTIFFS

1. Aguilar Sosa Francisco
2. Aguilar Vazquez Mariano
3. Agustin Rodriguez Martha
4. Alarcon Aran Maria Eugenia
5. Aldana Aparicio Simitrio
6. Aldana Lorences Yesenia
7. Aldana Martinez Sandivel
8. Alejandre Castro Rodolfo
9. Alejandre Mendoza Jose Alfredo
10. Alejandre Olivares Esther
11. Alejandre Perez Crisoforo
12. Alejandre Salas Tadeo
13. Alejandre Salguero Julio Cesar
14. Alejandre Santiago Maria Gabriela
15. Alejandre Sequera Silveria
16. Alejandre Villazana Manuel
17. Allende Reyes Jesus
18. Allende Roman Antonia
19. Alvarado Maya Irma
20. Alvarado Perez Maria Guadalupe
21. Alvarez Lopez Victor
22. Amador Cobos Noe
23. Amador Ramirez Dora Alicia
24. Andrade Garcia Irma
25. Andrade Martinez  Socorro
26. Anzures Leyton Gisset Adriana
27. Anzures Valdez Agustin
28. Aran Cruz Victor
29. Aran Rosas Alejandro
30. Arano Castañeda Genaro
31. Arellanos Rodolfo
32. Azuara Castillo Fidel Alejandro
33. Azuara Lima Cesar
34. Badena Gonzalez Ramon
35. Barrios Meza Maria Isabel
36. Barrios Ramos Lucio
37. Barrios Roman Elia
38. Barrios Roman Enriqueta
39. Bautista Castillo Alejandro
40. Bautista Hernandez Teodulo
41. Bautista Macias Candido
42. Bautista Rivera Ignacio
43. Bautista Rivera Pablo
44. Bautista Rivera Santiago
45. Bautista Rosas Jose
46. Bautista Sanchez Gabriel
47. Bello Guerrero Teodulo
48. Benavidez Perez Hilaria
49. Benavidez Perez Javier
50. Benavidez Perez Jose Carlos
51. Benavidez Roman Luz Maria
52. Blanco Bernabe Alicia
53. Blanco Cruz Ricardo
54. Blanco Cruz Silviana
55. Blanco Diaz Erika Elizabeth
56. Blanco Lorenzo Adela
57. Blanco Marquez Josefina
58. Blanco Maya Armando
59. Blanco Morales Eleno
60. Bocanegra Sanchez Maria Leonor
61. Bujalil Cantu Diego
62. Bujalil Diaz Salomon
63. Calderon Olivares Edith
64. Campbell Ferral Elia
65. Campillo Franco Aurelio
66. Cantu Maya Margarita
67. Capitan Barrera Santos
68. Capitan Barrios Eguilaldo
69. Capitan Hernandez Jose Othon
70. Capitan Malerva Felix
71. Capitan Ramos Jesus
72. Cardenas Ferral Maria de la Luz
73. Cardenas Garcia Cosme
74. Casanova Cobos Candido
75. Casanova Cruz Paulino
76. Castañeda Valdez Narciso
77. Castellanos Figon Rocio
78. Castellanos Gurrero Maria Juana
79. Castellanos Hernandez Gustavo
80. Castellanos Hernandez Lorena
81. Castellanos Hernandez Miguel Angel
82. Castellanos Santander Pedro
83. Castillo Maya Juana
84. Castro Aran Nazario
85. Castro Galicia Columba
86. Castro Gonzalez Leodan

## E18 - LIBRES DE TAMIAHUA PABLO E. ZAMORA SANCHEZ

### INDEPENDENT FISHERMAN PLAINTIFFS

| | |
|---|---|
| 87. Castro Mata Ramon Emanuel | 130. Cruz Ferral Rita |
| 88. Castro Solis Celia | 131. Cruz Flores Minerva |
| 89. Celso Hernandez Venustiano | 132. Cruz Galindo Maximo |
| 90. Cervantes Cruz Albina | 133. Cruz Garcia Abel |
| 91. Chavez Blanco Fausto | 134. Cruz Garcia Cecilia |
| 92. Cisneros Torres Roman | 135. Cruz Garcia Martin |
| 93. Cobos Parrilla Jacinto | 136. Cruz Gomez Leticia |
| 94. Cobos Parrilla Jose Erasto | 137. Cruz Gonzalez Amelia |
| 95. Cobos Reyes Luis Enrique | 138. Cruz Gonzalez Arcadio |
| 96. Coello Gamboa Faustino | 139. Cruz Gonzalez Ignacio |
| 97. Constantino Alejandre Abel | 140. Cruz Hernandez Demetrio |
| 98. Constantino Alejandre Eduardo | 141. Cruz Hernandez Leticia |
| 99. Constantino Meza Abel | 142. Cruz Hernandez Maribel |
| 100. Constantino Meza Enrique | 143. Cruz Hernandez Oscar |
| 101. Constantino Sanchez Eliodoro | 144. Cruz Lara Cesareo |
| 102. Coronado Martinez Mirna | 145. Cruz Manteca Doray |
| 103. Coronado Zamora Gustavo | 146. Cruz Manteca Juana Yarith |
| 104. Cortes Cervantes Antonio | 147. Cruz Martinez Antonio |
| 105. Cristobal Juarez Natividad | 148. Cruz Martinez Fernando |
| 106. Cruz Aguilar Roman | 149. Cruz Martinez Liliana |
| 107. Cruz Alejandre Dora Maria | 150. Cruz Maya Cenobia |
| 108. Cruz Alejandre Lucas | 151. Cruz Maya Jose Lourdes |
| 109. Cruz Alejandre Yolanda | 152. Cruz Maya Pedro |
| 110. Cruz Aran Lidia | 153. Cruz Meza Gaudencio |
| 111. Cruz Aran Rene | 154. Cruz Meza Miguel Angel |
| 112. Cruz Barrios Julio Cesar | 155. Cruz Morales Aurelio |
| 113. Cruz Barrios Miguel | 156. Cruz Ovando Georgina |
| 114. Cruz Barrios Miguel Angel | 157. Cruz Ovando Mirna |
| 115. Cruz Benitez Lina | 158. Cruz Ovando Nelly |
| 116. Cruz Benitez Luis | 159. Cruz Perez Oswaldo |
| 117. Cruz Blanco Hilaria | 160. Cruz Perez Reyna |
| 118. Cruz Blanco Nancy | 161. Cruz Ramirez Mayra Luz |
| 119. Cruz Castañeda Esteban | 162. Cruz Ramirez Norma Viridiana |
| 120. Cruz Castro Juan Roman | 163. Cruz Ramos Cecilio |
| 121. Cruz Cruz Alvaro | 164. Cruz Ramos Elpidio |
| 122. Cruz Cruz Gustavo | 165. Cruz Ramos Martha Patricia |
| 123. Cruz Cruz Jesus | 166. Cruz Reyes Marcelina |
| 124. Cruz Cruz Maria Magdalena | 167. Cruz Rodriguez Maria Rosa |
| 125. Cruz Cruz Osari | 168. Cruz Rodriguez Raul |
| 126. Cruz Cruz Tomas | 169. Cruz Rodriguez Santa |
| 127. Cruz Cruz Yolanda | 170. Cruz Rodriguez Zaida Arminda |
| 128. Cruz Droauillet Efren | 171. Cruz Roman Belen |
| 129. Cruz Ferral Aida | 172. Cruz Ruiz Jose Manuel |

## E18 - LIBRES DE TAMIAHUA PABLO E. ZAMORA SANCHEZ

### INDEPENDENT FISHERMAN PLAINTIFFS

173. Cruz Santiago Alba
174. Cruz Santiago Fausto
175. Cruz Vicencio Isai
176. Cruz Zamora Antonio
177. Cruz Zamora Maria Monserrat
178. Cruz Zamora Yenni
179. Damian Enriquez Argelia
180. De La Cruz Avelino Felix
181. De La Cruz Avelino Orlando
182. De La Cruz Bautista Efrain
183. De La Cruz Felipe Ciro
184. De La Cruz Gabriel Margarita
185. De La Cruz Garcia Tomas
186. De La Cruz Hernandez Nicasio
187. De La Cruz Hernandez Pablo
188. De La Cruz Martinez Jose
189. De La Cruz Olivares Celso
190. De La Cruz Santiago Antonio
191. De La Cruz Santiago Panfilo
192. De La Luz Perez Luis Enrique
193. De La Rosa Malpica Set
194. De Los Santos Celso Pablo
195. De Los Santos Celso Pedro
196. De Los Santos Santiago Benito
197. Del Angel Franco Arturo
198. Del Rio Cruz Aurelio
199. Del Rio Garcia Eleuterio
200. Del Rio Garcia Marcelino
201. Del Rio Hernandez Fernando
202. Del Rio Macias Marino
203. Del Rio Ramos Erik
204. Del Rio Ramos Jose
205. Del Rio Ramos Ramon
206. Delgado Franco Arturo
207. Delgado Franco Magdalena
208. Delgado Ochoa Yaneth
209. Delgado Rodriguez Agustina
210. Delgado Roman Lucia
211. Diaz Barrios Maria
212. Diaz Blanco Filiberto
213. Diaz Cruz Jose Eduardo
214. Diaz Dominguez Estanislao
215. Diaz Garcia Jose Manuel

216. Diaz Gomez Gabriel
217. Diaz Juarez Juan Jesus
218. Diaz Lavias Jose Luis
219. Diaz Ortega Nanci
220. Diaz Ortega Nely Angela
221. Diaz Reyes Griselda
222. Diego Saavedra Isidro
223. Dominguez Benigno
224. Dominguez Cortez Elizabeth
225. Dominguez Zamora Gregoria
226. Dominguez Zamora Julia
227. Dominguez Zamora Saturnino
228. Escamilla Meza Gonzalo
229. Espinoza Lorenzo Johnny
230. Esteban Aguilar Juana
231. Esteves Cruz Arnulfo
232. Farrera Lagos Eduardo
233. Farrera Lagos Elvia
234. Ferral Castellanos Guadalupe
235. Ferral Cobos Jose Manuel
236. Ferral Malerva Arturo
237. Ferral Ramos Francisco Pinos
238. Ferral Ramos Juan Carlos
239. Ferral Ramos Leticia
240. Florencia Castellanos Rosa Carmina
241. Figon Alejandre Felipe
242. Figon Alejandre Francisca
243. Figon Florencia Nancy
244. Figon Florencia Segio
245. Figon Jerez Luis Enrique
246. Figon Perez Marcial
247. Figon Salas Javier
248. Figon Sobrevilla Felipe
249. Florencia Castellanos Rosa Carmina
250. Florencia Espinoza Maria De Jesus
251. Florencia Garcia Angel
252. Florencia Garcia Luis
253. Florencia Garcia Santos
254. Florencia Garcia Servando
255. Florencia Maya Nora Luz
256. Florencia Ramos Angel
257. Florencia Ramos Santos
258. Flores Herenandez Carmela

## E18 - LIBRES DE TAMIAHUA PABLO E. ZAMORA SANCHEZ

## INDEPENDENT FISHERMAN PLAINTIFFS

259. Flores Ines
260. Flores Osorio Martha Lizet
261. Flores Ramon Sergio
262. Francisco Del Angel Teodocio
263. Francisco Magdaleno Nicolas
264. Franco Cobos Neri
265. Franco Cruz Emma
266. Franco Gallardo Jorge Luis
267. Franco Hernandez Alicia
268. Franco Loya Alicia
269. Franco Martinez Josefina
270. Franco Reyes Luis Antonio
271. Gallardo Aguilar Roberto
272. Gallardo Ramos Adan
273. Garces Gonzalez Cristian
274. Garces Loya Manuel
275. Garcia Andrade Jorge Luis
276. Garcia Castillo Alfredo
277. Garcia Castro Gabriel
278. Garcia Constantino Jessica Olivia
279. Garcia Dominguez Oswaldo
280. Garcia Escudero Agustin
281. Garcia Espinoza Otilio
282. Garcia Espinoza Pedro
283. Garcia Hernandez Nahum
284. Garcia Hernandez Catalina
285. Garcia Hernandez Celerino
286. Garcia Hernandez Ismael
287. Garcia Hernandez Jorge Pastor
288. Garcia Lorenzo Jorge Alberto
289. Garcia Lorenzo Julio
290. Garcia Mendez Apolinar
291. Garcia Ramirez Clara
292. Garcia Rodriguez Teresa
293. Garcia Romero Angel
294. Garcia Salas Alfonso
295. Gaspar Delfina
296. Gomez Alejandre Javier
297. Gomez Alejandre Victor Alfonso
298. Gomez Barrios Ana Laura
299. Gomez Cruz Genaro
300. Gomez Cruz Leopoldo
301. Gomez Del Rio Patricia
302. Gomez Garcia Carlos
303. Gomez Garcia Juan
304. Gomez Hernandez Daniel
305. Gomez Macias Jose
306. Gomez Martinez Gerardo
307. Gomez Mogollon Jesus
308. Gomez Mogollon Valentin
309. Gomez Palomo Francisco
310. Gomez Ramos Felix
311. Gomez Ramos Macario
312. Gomez Rivera Genaro
313. Gomez Rivera Jose Manuel
314. Gomez Rosas Maria De Jesus
315. Gonzalez Benitez Javier
316. Gonzalez Cristobal Gerardo
317. Gonzalez Cruz Amelia
318. Gonzalez Franco Rafael
319. Gonzalez Gomez Nancy Yaneth
320. Gonzalez Gonzalez Ismael
321. Gonzalez Gonzalez Teresa de Jesus
322. Gonzalez Hernandez Sergio
323. Gonzalez Hernandez Vilda
324. Gonzalez Lara Eustorgio
325. Gonzalez Perez Ana
326. Gonzalez Ramirez Benito
327. Gonzalez Reyes Adela
328. Gonzalez Rodriguez Rebeca
329. Gonzalez Santiago Lucia
330. Gonzalez Zumaya Eugenio
331. Grappin Fernandez Alberto
332. Gutierres Garcia Maria Esther
333. Gutierrez Garcia Juana
334. Guzman Cantero Maria De La Luz
335. Guzman Lemus Margarita
336. Herandez Blanco Jose
337. Herandez Gabriel Eloy
338. Hernandez Blanco Gregorio
339. Hernandez Blanco Ismael
340. Hernandez Carrillo Luis Alberto
341. Hernandez Cruz Crispin
342. Hernandez Cruz Isaias
343. Hernandez Cruz Jose Juan
344. Hernandez Cruz Julio Cesar

## E18 - LIBRES DE TAMIAHUA PABLO E. ZAMORA SANCHEZ

## INDEPENDENT FISHERMAN PLAINTIFFS

345. Hernandez Cruz Lino
346. Hernandez Cruz Luis
347. Hernandez Cruz Maria Guadalupe
348. Hernandez Cruz Maria Noralba
349. Hernandez Franco Alicia
350. Hernandez Franco Rosa
351. Hernandez Fuentes Genaro
352. Hernandez Garcia Miguel
353. Hernandez Garcia Yasmin
354. Hernandez Gonzalez Floriza
355. Hernandez Gonzalez Francisco
356. Hernandez Hernandez Jose Luis
357. Hernandez Hernandez Oliverio
358. Hernandez Hidalgo Antonio
359. Hernandez Hidalgo Jorge
360. Hernandez Huesca Enedino
361. Hernandez Huesca Pablo
362. Hernandez Lopez Jorge
363. Hernandez Lorenzo Antera
364. Hernandez Lorenzo Juan
365. Hernandez Martinez Angel
366. Hernandez Martinez Juana
367. Hernandez Martinez Lino
368. Hernandez Mejia Rosa Isela
369. Hernandez Meza Concepcion
370. Hernandez Meza Jose Angel
371. Hernandez Ortega Facundo
372. Hernandez Resendis Raul
373. Hernandez Reyes Marcelino
374. Hernandez Reyes Santos
375. Hernandez Reyes Taurino
376. Hernandez Rosas Tomas
377. Hernandez Salas Ernesto
378. Hernandez Samora Nora Hilda
379. Hernandez Sanchez Jaime
380. Hernandez Solis Estanislao
381. Hernandez Tolentino Santiago
382. Hernandez Torres Alfredo
383. Hernandez Torres Faustino
384. Hernandez Torres Octovio
385. Hernandez Zamora Maria Magdalena
386. Herver Romagnoli  Enrique
387. Isidro Morales Tomas

388. Isidro Perez Aracely
389. Isidro Perez Federico
390. Jimenez Lara Maria Del Del Carmen
391. Juarez Dominguez Emma Abigail
392. Juarez Cruz Bernabe
393. Juarez Franco Maricela
394. Juarez Hernandez Claudina
395. Juarez Juarez Adan
396. Juarez Juarez Gloria
397. Juarez Martinez Cevero
398. Juarez Perez Isiquio
399. Juarez Reyes Bruno
400. Juarez Reyes Juan Carlos
401. Juarez Reyes Mario
402. Juarez Reyes Oralia
403. Juarez Reyes Rodolfo
404. Juarez Reyes Elizabeth
405. Lagos Zumaya Desidoro
406. Landa Rosas Oscar
407. Landa Rosas Sergio
408. Landeros Reyes Enedino
409. Lara Cruz Catalina
410. Lara Cruz Cesareo
411. Lara Flores Jorge
412. Lara Flores Juan Emanuel
413. Lara Moran Aracely
414. Leandro Cruz Jose Guadalupe
415. Leos Maldonado Victorino
416. Lima Blanco Anahi
417. Lima Blanco Juan
418. Lima Del Angel Dionicio
419. Lima Del Angel Dora Estela
420. Lima Del Angel Jose Manuel
421. Lima Del Angel Mauro
422. Lima Gomez Asuncion
423. Lima Gomez Javier
424. Lima Gomez Teresa
425. Lira Barrios Justo
426. Lira Cruz Andrea
427. Lira Cruz Antonio
428. Lopez Alvarado Francisco
429. Lopez Benavidez Alvaro
430. Lopez Diaz Graciela

## E18 - LIBRES DE TAMIAHUA PABLO E. ZAMORA SANCHEZ

## INDEPENDENT FISHERMAN PLAINTIFFS

431. Lopez Zamora Narciso
432. Lorenzo Abreo Noel
433. Lorenzo Abreu Romula
434. Lorenzo Benavidez Martha Laura
435. Lorenzo Cobos Jairo Alonso
436. Lorenzo Cobos Manuel Oswaldo
437. Lorenzo Constantino Maria Luisa
438. Lorenzo Constantino Zoila
439. Lorenzo Cruz Alfonso
440. Lorenzo Cruz Hermelinda
441. Lorenzo Cruz Mario Alberto
442. Lorenzo Cruz Nancy
443. Lorenzo Lorenzo Blanca Estela
444. Lorenzo Marcelo Susano
445. Lorenzo Reyes Flor Esther
446. Lorenzo Valdez Loida
447. Lorenzo Valdez Mariana
448. Loya Garcia Manuel
449. Loya Hernandez Gerardo
450. Loya Hernandez Juan Daniel
451. Loya Juarez Angel
452. Loya Navarro Pilar
453. Loya Sosa Andres
454. Luciano Castellanos Georgina
455. Luciano Castellanos Leticia
456. Luna Capitan Maria Victoria
457. Macias Cruz Vidal
458. Macias Dominguez Jose Manuel
459. Macias Figon Leonel
460. Macias Sobrevilla Gregorio
461. Magallanes Rodriguez Oscar
462. Malerva Saldierna Elia Maria
463. Malerva Saldierna Miguel Angel
464. Malerva Vazquez Angel
465. Malerva Vazquez Guillermo
466. Manteca Garces Josefina
467. Mar Blanco Abdon
468. Mar Cruz Israel
469. Mar Gonzalez Silvia
470. Mar Gutierrez Lorenzo
471. Mar Gutierrez Rafael
472. Mar Lira Conrrado
473. Mar Martinez Alejandro
474. Mar Martinez Erika Elizabeth
475. Mar Ramos Angel
476. Mar Torres Cipriano
477. Mario Fernando Ramos Gamboa
478. Martinez Aguilar Victor
479. Martinez Angelina Antonio
480. Martinez Briseno Petra
481. Martinez Castellanos Mauro
482. Martinez Castellanos Roberto
483. Martinez Castellanos Santos
484. Martinez Castelllanos Silvestre
485. Martinez Cruz Marcela
486. Martinez Diaz Ovidio
487. Martinez Florencia Yolanda
488. Martinez Garcia Pedro
489. Martinez Gonzalez Gabriela
490. Martinez Gonzalez Liliana
491. Martinez Luciano Miguela
492. Martinez Meza Ismael
493. Martinez Meza Pastor
494. Martinez Reyes Arturo
495. Martinez Valdez Gabriel
496. Maya Constantino Guillermo
497. Maya Constantino Maria
498. Maya Cruz Rafaela
499. Maya Gaspar Cristobal
500. Maya Gutierrez Matilde
501. Maya Hernandez Amanda
502. Maya Hernandez Enrrique Aureliano
503. Maya Hernandez Jose Alfredo
504. Maya Hernandez Roberto
505. Maya Perez Cristian Ivan
506. Maya Perez Telma
507. Maya Ramirez Lazaro
508. Maya Sobrevilla Maria Edith
509. Medina Garcia Jorge
510. Mendez Cruz Delia
511. Mendoza Castellanos Rosendo
512. Mendoza Cristobal Martha Elena
513. Mendoza Cristobal Patricia
514. Mendoza Cruz Leonardo
515. Mendoza Cruz Manuel
516. Mendoza Cruz Nancy

## E18 - LIBRES DE TAMIAHUA PABLO E. ZAMORA SANCHEZ

### INDEPENDENT FISHERMAN PLAINTIFFS

517. Mendoza Diaz Rosendo Feliciano
518. Mendoza Gomez Narcizo
519. Mendoza Hernandez Eulalio
520. Mendoza Hernandez Juventina
521. Mendoza Nicolas Domingo
522. Mendoza Perez Javier
523. Mendoza Reyes Antonia
524. Mendoza Reyes Manuel
525. Meza Aguilar Victor
526. Meza Alejandre Alvaro
527. Meza Aran Antonio
528. Meza Aran Gelacio
529. Meza Cobos Jose Manuel
530. Meza Cobos Luis Enrique
531. Meza Colunga Josefa
532. Meza Cruz Araceli
533. Meza Cruz Fausto
534. Meza Del Angel Hilario
535. Meza Dominguez Alvaro
536. Meza Gonzalez Claribel
537. Meza Gonzalez Gabriela
538. Meza Gonzalez Ladislao
539. Meza Torres Carmela
540. Miranda Hernandez Leobarda
541. Moctezuma Perez Fernando
542. Mogollon Leandro Julio
543. Montano Cantu Oscar Abel
544. Montero Aran Saul
545. Montiel Ordoñez Griselda
546. Morales Ines
547. Morales Lorenzo Luis
548. Morales Ortega Jose Alfredo
549. Morales Rosas Ignacio
550. Navarro Guzman Eucebio
551. Navarro Quiroz Luis Miguel
552. Nicolas Gonzalez Adriana
553. Nilcolas Valdez Pedro
554. Nolasco Aguilar Adriana
555. Nolasco Aguilar Hector
556. Nolasco Alejandre Clemente
557. Nolasco Alejandre Elias
558. Nolasco Alejandre Francisco
559. Nolasco Alejandre Pedro
560. Nolasco Ramirez Javier Alonso
561. Nolasco Ramirez Luis Aucencio
562. Nolasco Reyes Aurelia
563. Nolasco Savedra Juan
564. Nolasco Solis Gerino
565. Ochoa Nava Angel
566. Ochoa Nava Gabino
567. Ochoa Perez Bibiana
568. Ochoa Perez Eleuterio
569. Ochoa Roman Anita
570. Ochoa Roman Celedonio
571. Ochoa Roman Victor Gabino
572. Ochoa Sosa Ascencion
573. Ochoa Sosa Eleuterio
574. Olmos Alejandre Joaquin
575. Ortega Gomez Yassmin
576. Ortega Gomez Yeny
577. Ortega Lagos Ruben
578. Ortega Pulido Jose Luis
579. Ortega Ramirez Reyna
580. Ortega Rodriguez Mucio
581. Ortega Rodriguez Ricardo Patricio
582. Ortega Santander Maria Concepcion
583. Ortiz Cruz Lizbeth
584. Osorio Miguel
585. Osorio Santos Balbino
586. Ovando Galier Selvia
587. Pascual Santiago Juan
588. Perez Cabrales Jose Irene
589. Perez Cabrales Pablo
590. Perez Cabrales Sofio
591. Perez Castellanos Pablo
592. Perez Dominguez Lorenza
593. Perez Isidro Esteban
594. Perez Lara Antonio
595. Perez Mendez Gloria
596. Perez Mendez Saul
597. Perez Meza Ignacio
598. Perez Moctezuma Eucebio
599. Perez Soto Carlos Ignacio
600. Perez Soto Jose Armando
601. Perez Torres Tito
602. Perez Vazquez Zelida

## E18 - LIBRES DE TAMIAHUA PABLO E. ZAMORA SANCHEZ

### INDEPENDENT FISHERMAN PLAINTIFFS

603. Peyrani Blanco Apolonio
604. Pineda Ferral Ricardo
605. Pineda Ferral Venancio
606. Posadas Reyes Evaristo
607. Quijano Valdez Mario
608. Ramirez Alejandre Maria
609. Ramirez Blanco Maria Alba
610. Ramirez Cobos Pedro
611. Ramirez Cruz Melina
612. Ramirez Hernandez Taide Esteban
613. Ramirez Roman Agustin
614. Ramos Cruz Sadiel
615. Ramos Ferral Azucena
616. Ramos Gamboa Mario Fernando
617. Ramos Garcia Nicolas
618. Ramos Leandro Roberto
619. Ramos Lopez Celeriana
620. Ramos Lopez Domingo
621. Ramos Morales Tirzo Alberto
622. Ramos Nolasco Felipe
623. Ramos Ortega Raul
624. Ramos Perez Francisco
625. Ramos Perez Octaviano
626. Ramos Rivera Felipa
627. Ramos Rivera Jose Luis
628. Ramos Villegas Florencio
629. Reyes Aguilar Esteban
630. Reyes De Leon Ernesto
631. Reyes Delgado Sofia
632. Reyes Diaz Antonio
633. Reyes Hernandez Luis Manuel
634. Reyes Hernandez Gilberto
635. Reyes Martinez Viviana
636. Reyes Mendoza Julian
637. Reyes Nicasio Horacio
638. Reyes Rivera Blas
639. Rifka Rodriguez Maria Del Socorro
640. Rivera Figon Angel
641. Rivera Gonzalez Evencio
642. Rivera Ovando Regulo
643. Rodriguez Blanco Matilde
644. Rodriguez Cardenas Antonio
645. Rodriguez Chayrez Pascuala

646. Rodriguez Cruz Margarita
647. Rodriguez Cruz Martin
648. Rodriguez Cruz Santos
649. Rodriguez Del Rio Maximino
650. Rodriguez Guzman Angel
651. Rodriguez Hernandez Rubi
652. Rodriguez Larios Gilberto
653. Rodriguez Leandro Julia Esther
654. Rodriguez Leandro Rosa Isela
655. Rodriguez Martinez Isabel
656. Rodriguez Ramos Miguel Angel
657. Rodriguez Ramos Oscar Omar
658. Rodriguez Salas Eugenio
659. Rodriguez Saucedo Jose Martin
660. Rodriguez Tolentino Antonia
661. Rojas Cruz Esteban
662. Rojas Cruz Maria De La Paz
663. Roman Arellanes Maria Esperanza
664. Roman Baron Elvia
665. Roman Baron Irene
666. Roman Baron Luis Fernando
667. Roman Benavidez Claribel
668. Roman Benavidez Marissa
669. Roman Cobos Francisco
670. Roman Hernandez Evodia
671. Roman Maya Anacleta
672. Roman Nolasco Luis Fernanco
673. Roman Ortega Felix Octavio
674. Roman Ortega Marina
675. Romero Castellanos Alfredo
676. Romero Gonzalez Celia
677. Romero Gonzalez Edith
678. Romero Gonzalez Lucrecia
679. Romero Lira Martin
680. Romero Lira Tomas
681. Romero Nava Adriana
682. Romero Torres Luis
683. Rosas Cristobal Reina
684. Rosas Cristobal Tomasa
685. Rosas Cruz Eusebio
686. Rosas Cruz Evelia
687. Rosas Cruz Raul
688. Rosas Cruz Rogelio

**E18 - LIBRES DE TAMIAHUA PABLO E. ZAMORA SANCHEZ**

**INDEPENDENT FISHERMAN PLAINTIFFS**

689. Rosas Esteban Roxana
690. Rosas Esteban Veronica
691. Rosas Garcia Alfredo
692. Rosas Gonzalez Junior
693. Rosas Rivera Ricardo
694. Rosas Sequera Ines
695. Rosas Vicencio Eligio
696. Salas Cruz Antonio
697. Salguero Ferral Miguel Angel
698. Salvador Robles Norberto
699. Samarripa Bule Rene Javier
700. Sanchez Bautista Celerino
701. Sanchez Cervantes Francisco
702. Sanchez De Luna Mayte
703. Sanchez Diaz Bernardo
704. Sanchez Mendoza Ascencion
705. Sanchez Mendoza Trinidad
706. Santander Cisneros Maria Elena
707. Santander Del Angel Mayra Erika
708. Santander Hernandez Filiberta
709. Santander Lagos Hipolito
710. Santander Leyton Santiago
711. Santander Ramirez Miguel
712. Santiago Castro Juana
713. Santiago Cruz Geronimo
714. Santiago Cruz Redid
715. Santiago Diaz Metodio
716. Santiago Mar David
717. Santiago Maya Martin
718. Santiago Perez Jorge
719. Santiago Perez Lazaro
720. Santiago Perez Olga
721. Santiago Ramirez Moises
722. Santos Cruz Ana Lisbet
723. Sequera Castan Emilia
724. Sequera Castan Martin
725. Sequera Garcia Ascencion
726. Sequera Gomez Ascencion
727. Sequera Gomez Fructuoso
728. Sequera Gomez Martin
729. Sequera Lorenzo Arturo
730. Silva Mendoza Miguel Angel
731. Simon Angeles Ofelia

732. Sobrevilla Del Angel Ines
733. Sobrevilla Hernandez Alejandro
734. Sobrevilla Hernandez Arturo
735. Sobrevilla Hernandez Maria Ines
736. Solares Hernandez Cirilo
737. Solares Hernandez Faustino
738. Solis Gonzalez Martina
739. Sosa Mar Noe
740. Soto Parrilla Rafael
741. Soto Santander Erasmo
742. Soto Santander Jovita
743. Tejeda Cruz Manuel Alejandro
744. Tejeda Mendoza Armando
745. Tenorio Sosa Semei
746. Torres Blanco Ricardo
747. Torres Cruz Bruno
748. Torres Cruz Geronimo
749. Torres Ferral Felipe
750. Torres Maya Marcelino
751. Torres Mendoza Ezequiel
752. Torres Merinos Francisco
753. Torres Meza Ninfa
754. Torres Pulido Cecilia
755. Torres Serrano Miriam
756. Torres Vazquez Ezequiel
757. Torres Vazquez Jaime
758. Valdez Castro Diana
759. Valdez Galvan Juventino
760. Valdez Leandro Lucas
761. Valdez Martinez Leonel
762. Valdez Martinez Maria Del Acarmen
763. Valdez Meza Jose Guadalupe
764. Vazquez Alejandre Rocio
765. Vazquez Blanco Laureana
766. Vazquez Cruz Juan Carlos
767. Vazquez Cruz Santana
768. Vicencio Alejandre Soledad
769. Vicencio Diaz Jose Eduardo
770. Vicencio Escalante Angel
771. Vicencio Gonzalez Silvestre
772. Vicencio Leyton Ramon
773. Vicencio Perez Rogelio
774. Vicencio Rosas Mardonio

## E18 - LIBRES DE TAMIAHUA PABLO E. ZAMORA SANCHEZ

## INDEPENDENT FISHERMAN PLAINTIFFS

775. Vicencio Sequera Narcizo
776. Vicencio Sequera Ricardo
777. Victorino Cortez Viridiana
778. Vidal Santiago Avelino
779. Villazana Cruz Armando
780. Villazana Cruz Leopoldo
781. Villazana Cruz Porfirio
782. Villegas Santos Felipa
783. Yañez Cruz Daniel
784. Yañez Cruz Elia
785. Yañez Loya Isaias
786. Zamarripa Bule Rene Javier
787. Zamora Alejandre Noe
788. Zamora Blanco Eli
789. Zamora Blanco Trinidad
790. Zamora Calderon Carlos Alonso
791. Zamora Cruz Celiflora
792. Zamora Cruz Silvestre
793. Zamora Cruz Sofia
794. Zamora Del Rio Elodia
795. Zamora Del Rio Mauricio
796. Zamora Espinoza Manuel
797. Zamora Garcia Florencio
798. Zamora Garcia Noe
799. Zamora Gonzalez Manuel
800. Zamora Gonzalez Marco Antonio
801. Zamora Gonzalez Pablo Cesar
802. Zamora Gonzalez Rosendo
803. Zamora Meza Julian
804. Zamora Meza Marin
805. Zamora Romero Melchor
806. Zamora Sanchez Felix Roberto
807. Zamora Sanchez Francisco
808. Zavala Ontiveros Roberta
809. Zumaya Alonso Maria De La Paz
810. Zumaya Blanco Andrea
811. Zumaya Blanco Corpura
812. Zumaya Gonzalez Emilio
813. Zumaya Gonzalez Jorge
814. Zumaya Gonzalez Lucas
815. Zumaya Gonzalez Marisol
816. Zumaya Hernandez Ignacio
817. Zumaya Hernandez Ricardo

818. Zumaya Malerva Amado
819. Zumaya Malerva Cayetano
820. Zumaya Malerva Concepcion

## E19 - PESCADORES LIBRES SOC. COOP. AURORA BARRA DE CAZONES

## INDEPENDENT FISHERMAN PLAINTIFFS

1. Alejandrez Diego Santina
2. Arias Valdez Margarita
3. Barragan Garcia Amelia
4. Barragan Garcia Eustolia
5. Barragan Guerra Miriam
6. Barragan Santiago Ana Laura
7. Barragan Santiago Jairo Habraham
8. Butron Torres Froylan Brayan
9. Castelan Bautista Sara
10. Cruz Velazquez Iracema
11. Diego Bautista Bernardino
12. Diego Perez Maximina
13. Fuentes Guzman Valentin
14. Garcia Garces Angel
15. Garcia Luna Angelica
16. Garcia Olarte Lorenza
17. Garcia Ramirez Bernardina
18. Garcia Sanchez Maria Elena
19. Gonzalez Ortega Guadalipe
20. Gonzalez Zurysaday
21. Guerra Reyes Julia
22. Guerra Reyes Margarita
23. Hernandez Baez Yuridia Elizabeth
24. Hernandez Ramirez Gloria
25. Hernandez Ramirez Lucrecia
26. Herrera Moreno Juan Jose
27. Moreno Butron Fernando
28. Moreno Garcia Dario
29. Moreno Garcia Juana
30. Moreno Garcia Sarai
31. Moreno Juarez Alejandrina
32. Moreno Santiago Amalia
33. Moreno Santiago Gerardo
34. Ortega Montiel Cirila Damiana
35. Perez Ramirez Sofia
36. Ramirez Aquino Aileen
37. Reyes Ramirez Daria
38. Santes Hernandez Rubi Elia
39. Santiago Barragan Alma Delia
40. Santiago Barragan Sandra Luz
41. Santiago Hernandez Enrique Uriel
42. Santiago Hernandez Leonor
43. Santiago Hernandez Maricruz

44. Torres Gonzalez Maria De Los Angeles

## E20 - GRUPO DE PESCADORES LIBRES GUILLERMINA HERNANDEZ

## INDEPENDENT FISHERMAN PLAINTIFFS

| | |
|---|---|
| 1 | Alejandre Antonio Eufracio |
| 2 | Antonio Santiago Carmelo Francisco |
| 3 | Antonio Santiago Javier Isaias |
| 4 | Antonio Santiago Mauricio |
| 5 | Blanco Ortega Jorge |
| 6 | Chavez Casados Edgar Valentin |
| 7 | Corona Acosta Enrique |
| 8 | Cruz Montesino Jadiel |
| 9 | Enriquez Flores Gamaliel |
| 10 | Flores Hernandez Benjamin |
| 11 | Galindo Hernandez Jose Luis |
| 12 | Gonzalez Flores Aziel Saday |
| 13 | Gonzalez Santiago Raul |
| 14 | Hernandez Guadalupe Francisco |
| 15 | Hernandez Hernandez Doroteo |
| 16 | Hernandez Hernandez Gregorio |
| 17 | Hernandez Hernandez Jose Francisco |
| 18 | Hernandez Hernandez Valente |
| 19 | Hernandez Rufino |
| 20 | Hernandez Segura Nestor Ivan |
| 21 | Herrera Mendez Jorge |
| 22 | Juarez Aquino Apolinar |
| 23 | Juarez Aquino Ivan |
| 24 | Juarez Aquino Renso |
| 25 | Linche Blanco Manuel |
| 26 | Martir Garcia Natanael |
| 27 | Martir Gonzalez Gaston |
| 28 | Mendiza Loaiza Mardonio |
| 29 | Segura Garcia Crisosoforo |

## E21 - PESCADORES LIBRES OSTIONEROS DEL SUR

## INDEPENDENT FISHERMAN PLAINTIFFS

| | | | |
|---|---|---|---|
| 1 | Alvarado Antonio Calixta | 43 | Jonguitud Florencia Antonio |
| 2 | Alvarado Antonio Mario | 44 | Licona Cruz Veronica |
| 3 | Alvarado Antonio Silviano | 45 | Alejandre Amador Alan Pascual |
| 4 | Avelino Mateos Carmen | 46 | Alvarado Olares Maricela |
| 5 | Barrios Ramirez Concepcion | 47 | Marquez Blanco Filiberto |
| 6 | Blanco Flores Jose Luis | 48 | Martir Carvajal Policarpo |
| 7 | Carvajal Garcia Lizbeth Eldai | 49 | Martir Mar Jonathan Azael |
| 8 | Cayetano Cruz Elena | 50 | Olares Reyes Mario |
| 9 | Cobos Flores Servando | 51 | Maya Constantino Uziel |
| 10 | Cobos Garcia Oscar | 52 | Olares Reyes Maximina |
| 11 | Bautista Segura Juana Beatriz | 53 | Cuan De Leon Ofelia |
| 12 | Constantino Salas Azarely | 54 | Atanacio Ramirez Magdalena |
| 13 | Constantino Salas Yanira | 55 | Saldaña Constantino Doroteo |
| 14 | Cruz Cruz Eliseo | 56 | Santiago Cruz Dellanira Elizabeth |
| 15 | Cruz Santiago Delfina | 57 | Garcia De Leon Maria Concepcion |
| 16 | Cruz Garcia Vicente | 58 | Valdez Cruz Cecilia |
| 17 | Cruz Martir Maher Armando | 59 | Mejia Cruz Ruby Isela |
| 18 | Cruz Moreno Conrado | 60 | Valdez Flores Isac |
| 19 | Gomez Gonzalez Isua | 61 | Zaleta Gonzalez Abigail |
| 20 | Garcia Barrios Juan | 62 | Zaleta Ortega Justina |
| 21 | Dominguez Castro Jaime | | |
| 22 | Dominguez Gomez Adrian | | |
| 23 | Dominguez Gomez Jaime | | |
| 24 | Dominguez Gomez Luis Alberto | | |
| 25 | Estevez Sanchez Elda Berenice | | |
| 26 | Estevez Sanchez Merib | | |
| 27 | Estrada Perdomo Margarito | | |
| 28 | Flores Cayetano Abinadab | | |
| 29 | Hernandez Hernandez Milton | | |
| 30 | Alvarado Antonio Maximino | | |
| 31 | Ramirez Estevez Alfredo | | |
| 32 | Duque Tovar Ma Esther | | |
| 33 | Garcia Patricio Jacinto | | |
| 34 | Gomez Sierra Ana Maria | | |
| 35 | Gonzalez Estevez Alma Sonia | | |
| 36 | Gonzalez Estevez Fabian (Hijo) | | |
| 37 | Gonzalez Estevez Fabian (Padre) | | |
| 38 | Gonzalez Estevez Hermenegildo | | |
| 39 | Gonzalez Flores Benjamin | | |
| 40 | Gonzalez Flores Jacob | | |
| 41 | Gonzalez Perez Juana | | |
| 42 | Hernandez Del Angel Christian Sugeilli | | |

## E22 - PESCADORES LIBRES Y FILETERAS CLAUDIO CRUZ FLORES

## INDEPENDENT FISHERMAN PLAINTIFFS

| | |
|---|---|
| 1 | Alejandre Cervantes Martha Catalina |
| 2 | Alejandre Cervantes Mayra |
| 3 | Atanacio Ramirez Dominga |
| 4 | Bautista Cruz Guillermo |
| 5 | Bautista Reyes Arturo |
| 6 | Bautista Reyes Beatriz Guadalupe |
| 7 | Bautista Reyes Lucio |
| 8 | Bautista Reyes Miguel |
| 9 | Bautista Reyes Petra |
| 10 | Bautista Santiago Nora |
| 11 | Castro Ortega Fidencia |
| 12 | Cruz Del Angel Yajaira Adilene |
| 13 | Cruz Flores Claudio |
| 14 | Cruz Maldomado Cesareo |
| 15 | Cruz Parrilla Leticia |
| 16 | Cruz Sanchez Gabriel |
| 17 | Cruz Sanchez Oscar |
| 18 | Del Angel Cruz Maria Ines |
| 19 | Garcia Gonzalez Erika |
| 20 | Garcia Maldonado Yuri |
| 21 | Hernandez Cruz Marcela |
| 22 | Macias Cruz Norberta |
| 23 | Marquez Estevez Maria Antonia |
| 24 | Martinez Cruz Belen |
| 25 | Martir Santiago Liliana |
| 26 | Pimentel Smith Alejandrina |
| 27 | Prospero Cruz Norma Edith |
| 28 | Salvador Cruz Alberta |
| 29 | Salvador Garcia Claudia Martina |
| 30 | Sanchez Garcia Fernando |
| 31 | Sanchez Garcia Sara |
| 32 | Sanchez Garcia Teodora |
| 33 | Sanchez Garcia Virginia |
| 34 | Sanchez Marquez Alejandro |
| 35 | Sanchez Marquez Juan Manuel |
| 36 | Segura Rocha Juan |
| 37 | Zavala Ramirez Filomena |
| 38 | Zavala Ramirez Luciano |

**E23 - PESCADORES LIBRES DE LA SOC. COOP. SAN ANDRES**

**INDEPENDENT FISHERMAN PLAINTIFFS**

1.   Barrios Castan Gabriela
2.   Constantino Casanova Eucebia
3.   Cruz Constantino Cristina
4.   Cruz Constantino Julia
5.   De La Cruz Cruz Isidora
6.   Delgado Copal Maria Clemencia
7.   Hernandez Mendoza Cecilia
8.   Hernandez Soni Maria Magdalena
9.   Lopez Herrera Erendida
10.  Malerva Centeno Nelson
11.  Malerva Sosa Maria Teresa
12.  Mar Gomez Dinora
13.  Mascareñas Medina Lorena
14.  Morales Cruz Maria Eva
15.  Morales Cruz Xochitl Nayeli
16.  Morales Cruz Zaida Lorena
17.  Olivares Perez Maria Guadalupe
18.  Perez  Hernandez Zulema Berenice
19.  Perez Alfaro Yasmin
20.  Perez Garcia Jose Manuel
21.  Perez Martinez Edith

## E24 - PESCADORES LIBRES DE LA COOP DE TAMIAHUA

## INDEPENDENT FISHERMAN PLAINTIFFS

These Plaintiffs are included with No. D-24 – Compradores de la Soc. Coop. Pescadores de Tamiahua

## E25 - PESCADORES LIBRES DE LA REFORMA FERNANDO MEZA TORRES

## INDEPENDENT FISHERMAN PLAINTIFFS

1. Aran Aran Edmunda
2. Aran Blanco Felisa
3. Aran Castellanos Norma Edith
4. Aran Cruz Jose
5. Aran Salinas Natalia
6. Argumedo Meza Jesus
7. Argumedo Meza Ramon
8. Arroyo Rojas Esperanza
9. Benitez Aran Bricio
10. Blanco Aran Manuel
11. Blanco Aran Raymundo
12. Blanco Arango Francisco
13. Blanco Olmos Marina
14. Blanco Valdez Manuel
15. Castro Perez Arturo
16. Castro Perez Carmen Guadalupe
17. Castro Perez Rafael
18. Cruz Cruz Mario
19. Cruz Cruz Pedro
20. Cruz Cruz Tereso
21. Cruz Villanueva Esperanza
22. Espinoza Aran Nancy
23. Espinoza Cervantes Carlos Enrique
24. Espinoza Cruz Enrique
25. Garcia Salazar Petra
26. Gonzalez Cruz Manuel
27. Gonzalez Cruz Sergio
28. Hernandez Resendez Sara
29. Hernandez Rosas Josefa
30. Lopez Florencia Altelmo
31. Mar Alejandre Jorge
32. Mar Cruz Carlos
33. Meza Cruz Araceli
34. Meza Cruz Rubi
35. Meza Francisco Lileni Griset
36. Meza Gallardo Tomasa
37. Meza Hernandez Silvia
38. Munoz Diaz Guillermo
39. Salinas Blanco Francisca
40. Salinas Blanco Maria de la Cruz
41. Villasana Cruz Magdalena

## E26 - GRUPO DE LIBRES DE SALADERO ARTEMIO ARAN

## INDEPENDENT FISHERMAN PLAINTIFFS

1. Alarcon Montiel Gabino
2. Aldama Juarez Amalia
3. Antonio Florentino Maria Del Rosario
4. Aran Aran Celia
5. Aran Aran Gabriela
6. Aran Blanco Norberta
7. Aran Blanco Sonia
8. Aran Castro Tomas
9. Aran Cobos Primo
10. Aran Cruz Alvaro
11. Aran Gonzalez Maria Elena
12. Aran Gonzalez Sergio
13. Aran Zaleta Armando
14. Aran Zaleta Aurelia
15. Aran Zaleta Bertha
16. Aran Zaleta Hipolito
17. Baena Aran Miguel
18. Bautista Hernandez Leonila
19. Blanco Alarcon Arely
20. Blanco Cruz Josefa
21. Blanco Reyes Julia
22. Casados Aran Emma
23. Casados Casados Lucia
24. Casados Cruz Andres
25. Casados Cruz Felipa
26. Casados Espinoza Lorena
27. Casados Martinez Calixto
28. Casados Meza Gumercinda
29. Casados Ruiz Genaro
30. Casados Ruiz Victor Alfonso
31. Casados Sanchez Hipolito
32. Casados Torres Juan Manuel
33. Casanova Mezano Nicolasa
34. Casanova Perez Herica
35. Castellanos Guerrero Eduardo
36. Castellanos Guerrero Feliciano
37. Castillo Gonzalez Maria
38. Castro Cruz Maria Esmeralda
39. Castro Sosa Ramiro
40. Cequera Hernandez Mario
41. Constantino Sequera Juvencio
42. Constantino Sequera Nora Elia
43. Cortez Cruz Feliciana
44. Cortez Martinez Martin
45. Cruz Blanco Amada
46. Cruz Blanco Maria Ana
47. Cruz Castorena Jose
48. Cruz Del Angel Claudio
49. Cruz Olares Dolores
50. Cruz Torres David
51. Cruz Valdez Rosa Iveth
52. De La Cruz Bautista Cesar
53. De La Cruz Hernandez Lazaro
54. Del Angel Aviles Ana Maria
55. Del Angel Casados Alma
56. Del Angel Jeronimo Anabel
57. Del Angel Zaleta Melquiades
58. Del Angel Zaleta Miguel
59. Espinoza Copal Yolanda
60. Espinoza Cruz Juan Jose
61. Espinoza Garcia Pedro
62. Espinoza Meza Estela
63. Espinoza Salas Amalia
64. Espinoza Salas Andres
65. Espinoza Salas Olga Lidia
66. Espinoza Solis Valentina
67. Espinoza Zapata Maria Mercedes
68. Felipe Cayetano Josefina
69. Felipe Cruz Josefina
70. Francisco Hernandez Hilda
71. Francisco Martinez Florentino
72. Frias Morales Silvia
73. Gabino Santiago Domingo
74. Gallardo Hernandez Norma
75. Garces Aran Teodola
76. Garces Torres Brenda Dalila
77. Geronimo Mejia Anicacio
78. Godina Quiñonez Nancy
79. Gonzalez Bautista Amalia
80. Gonzalez Concepcion Isabel
81. Gonzalez Cruz Cecilia
82. Gonzalez Espinoza Isaias
83. Gonzalez Espinoza Lazaro
84. Gonzalez Felipe Idalid Nalleli
85. Gonzalez Juarez Teodora
86. Gonzalez Juarez Violeta
87. Gonzalez Mar Angel De Jesus
88. Gonzalez Meza Aide
89. Gonzalez Rivera Lazaro
90. Gonzalez Rosas Olinto
91. Gonzalez Rosas Vita
92. Henandez Ramiro Julia
93. Hernande Espinoza Maria Ofelia
94. Hernandez Aran Juana
95. Hernandez Magdaleno Juana
96. Hernandez Martinez Escolastico
97. Hernandez Melgoza Juan
98. Hernandez Mendoza Jose
99. Hernandez Meza Maria Horalia
100. Hernandez Nolasco Agustin
101. Hernandez Olivares Catalina
102. Hernandez Peralta Guillermo
103. Hernandez Ramiro Benito

**E26 - GRUPO DE LIBRES DE SALADERO ARTEMIO ARAN**

**INDEPENDENT FISHERMAN PLAINTIFFS**

104.   Hernandez Ramiro Magdalena
105.   Hernandez Ramos Griselda
106.   Hernandez Santiago Maria Antonieta
107.   Jeronimo Mejia Nicasio
108.   Jeronimo Meza Catalina
109.   Jeronimo Meza Victor Manuel
110.   Jeronimo Zaleta Ernesto
111.   Jeronimo Zaleta Estela
112.   Juarez Mar Jovita
113.   Juarez Mar Maria
114.   Juarez Meza Anastacia
115.   Juarez Meza Martha Elena
116.   Lira Cruz Fortunata
117.   Lira Torres Francisco Ignacio
118.   Lira Torres Jesus
119.   Mar Constantino Marisa
120.   Mar Cruz Jose Manuel
121.   Mar Cruz Rosalina
122.   Mar Gamez Guillermo
123.   Mar Lugo Cruz
124.   Mar Salas Guadalupe
125.   Mar Zaleta Concepcion
126.   Marquez Cruz Magali
127.   Martinez Garcia Julia
128.   Martinez Garcia Placido
129.   Martinez Hernandez Flor Beth
130.   Martinez Hernandez Maria Ines
131.   Martinez Martinez Olga
132.   Maya Cortez Jose Luis
133.   Maya Cruz Angel
134.   Melgoza Hernandez Dorotea
135.   Meza Blanco Guadalupe
136.   Meza Del Angel Cecilia
137.   Meza Diaz Elena
138.   Meza Guerrero Guadalupe
139.   Meza Perez Ricardo
140.   Meza Perez Veronica
141.   Meza Torres Juana
142.   Morales Hernandez Isidora
143.   Muñoz Bautista Cirenio
144.   Muñoz Bautista Flor Isabel
145.   Muñoz Casados Clemente
146.   Muñoz Roman Ciro
147.   Narvaez Casados Celestino
148.   Nogales Hernandez Victor Manuel
149.   Olarte Morales Luz Areli
150.   Olmos Gil Isabel
151.   Palomares Benites Celida
152.   Palomares Benites Eulalia
153.   Perez Aran Delia
154.   Perez Cepeda Dorali
155.   Perez Santiago Yanet

156.   Perez Sequera Erica
157.   Perez Sequera Maria Guadalupe
158.   Perez Sequera Yadira Lizbeth
159.   Ponce Cruz Benjamin
160.   Quiroz Aran Anastacio
161.   Ramirez Cordova Abel
162.   Retiz Hernandez Juana Elena
163.   Reyes Meza Paula
164.   Reyes Santiago Lorenzo
165.   Rios Martinez Maria De Los Angeles
166.   Rodriguez Castro Yolanda
167.   Rodriguez De La Rosa Maria Elena
168.   Rosas Bautista Bernardino
169.   Rosas Casados Maria Del Pilar
170.   Rubio Trejo Josefina
171.   Ruiz Argumedo Jimena
172.   Ruiz Argumedo Mayra
173.   Ruiz Casados Elvia
174.   Ruiz Casados Guadalupe
175.   Ruiz Reyes Nancy
176.   Ruiz Valdez Amalia
177.   Salas Blanco Elia
178.   Salas Pazaron Albetha
179.   Salas Pazaron Lucina
180.   Salinas Cobos Fabiola
181.   Santiago Mar Cosme
182.   Sequera Del Angel Jose Luis
183.   Sequera Hernandez Mario
184.   Solis Cayetano Reyna
185.   Sosa Carpio Jose Yovani
186.   Sosa Escalante Adrian
187.   Torres Cordova Manuel Antonio
188.   Torres Cruz Ma Elena
189.   Torres Meza Carolina
190.   Torres Meza Cristina Marcela
191.   Torres Santos Agustina
192.   Uribe Guerrero Ofelia
193.   Valdez Garcia Teofila
194.   Valencia Garces Maria Del Carmen
195.   Vidal Cruz Emma
196.   Zaleta Cruz Roberto
197.   Zaleta Espinoza Julian
198.   Zequera Casados Rosa
199.   Zequera Castro Ana Karen

E27 - Pescadores Libres De La Riverita Artemio Aran

Independent Fishermen Plaintiffs

| | | | |
|---|---|---|---|
| 1. | Amador Salazar Yolanda | 26. | Cruz Santiago Silvia |
| 2. | Aquino Lucas Felipa | 27. | Ferral Chavez Gaudencio |
| 3. | Aran Castro Raquel | 28. | Ferral Cruz Leonardo |
| 4. | Carvajal Lucas Maricela | 29. | Gomez Sierra Abisai |
| 5. | Carvajal Martinez Ramon | 30. | Hernandez Aquino Cornelio |
| 6. | Chavez Martinez Mallorica | 31. | Hernandez Aquino Felipe |
| 7. | Cruz Aran Ada Linda | 32. | Hernandez Flores Hilario |
| 8. | Cruz Aran Damian | 33. | Hernandez Flores Ramona |
| 9. | Cruz Casanova Delfino | 34. | Macias Aquino Norberto |
| 10. | Cruz Casanova Edmundo | 35. | Macias Cruz Dorotea |
| 11. | Cruz Casanova Eber | 36. | Mar Nolasco Cliseria |
| 12. | Cruz Casanova Federico | 37. | Marcelo Estevez Blanca Estela |
| 13. | Cruz Casanova Trinidad | 38. | Marcelo Loaiza Jesus |
| 14. | Cruz Cerecedo Ybeth | 39. | Martir Gonzalez Bernardo |
| 15. | Cruz Chavez Delfina | 40. | Meza Cruz Misael |
| 16. | Cruz Chavez Maricruz | 41. | Meza Lima Evaristo |
| 17. | Cruz Cruz Celso | 42. | Meza Perez Evaristo |
| 18. | Cruz Cruz Fermin | 43. | Meza Perez Mario Alberto |
| 19. | Cruz Cruz Jose Pascual | 44. | Meza Perez Samuel |
| 20. | Cruz Cruz Juvenal | 45. | Nolasco Cruz Ermilo |
| 21. | Cruz Gonzalez Enedina | 46. | Nolasco Cruz Sergio |
| 22. | Cruz Macias Yuliana | 47. | Perez Mendoza Onesima |
| 23. | Cruz Mar Paulito | 48. | Salazar Velazquez Eva |
| 24. | Cruz Mar Pedro | 49. | Sierra Moreno Fernanda |
| 25. | Cruz Salazar Brenda | | |

## E28 - GRUPO DE PESCADORES FILETEROS CHAVELITA

## INDEPENDENT FISHERMEN

| | |
|---|---|
| 1. | Alvarado Garcia, Cirila |
| 2. | Bautista Mar, Eusebia |
| 3. | Bautista Martinez, Gloria |
| 4. | Blanco Cayetano, Esutolia |
| 5. | Blanco Perez, Mimi |
| 6. | Casados Bautista, Evelia |
| 7. | Castro Cruz, Enriqueta |
| 8. | Cruz Cayetano, Yolanda |
| 9. | Cruz Reyes, Beatriz |
| 10. | Cruz Santiago, Guadalupe |
| 11. | Del Angel Gallardo, Eloy |
| 12. | Del Angel Lorenzo, Lorena |
| 13. | Del Angel Martinez, Maria Francisca |
| 14. | Del Angel Ortega, Ana |
| 15. | Domingez Betancoorp, Guadalupe |
| 16. | Escalante Florencia, Berenice |
| 17. | Escalante Lugo, Gloria |
| 18. | Escalante Martinez, Leticia |
| 19. | Escalante Martinez, Valeria |
| 20. | Estevez Lugo, Arlette |
| 21. | Florencia Nolasco, Elvia |
| 22. | Flores Loredo, Carmela |
| 23. | Garcia  Hernandez, Maria Concepcion |
| 24. | Garcia Hernandez, Martha |
| 25. | Garcia Hernandez, Teresa de Jesus |
| 26. | Garcia Mar, Carolina |
| 27. | Garcia Santiago, Maria de los Angeles |
| 28. | Lugo Cruz, Cirila |
| 29. | Lugo Cruz, Josefina |
| 30. | Lugo Garcia, Guadalupe |
| 31. | Lugo Sosa, Clara Delfina |
| 32. | Maldonado Leal, Noica Guadalupe |
| 33. | Mar Cruz, Adela |
| 34. | Mar Morato, Romana |
| 35. | Mar Munoz, Guadalupe |
| 36. | Mar Munoz, Joaquina |
| 37. | Medrano Sanchez, Ninfa |
| 38. | Morato Cobos, Narcisa |
| 39. | Nolasco Santiago, Maria Teresa |
| 40. | Ortiz Hernandez, Dalila |
| 41. | Peralta Santiago, Luciana |
| 42. | Perez Santiago, Martha Elena |
| 43. | Perez Santiago, Norma Imelda |

| | |
|---|---|
| 44. | Santiago Alvarado, Teresa |
| 45. | Santiago Marmolejo, Bertha Esther |
| 46. | Sobrevilla Copp, Blanca Estela |
| 47. | Vidal Cruz, Lucia |

# E29 – PESCADOR LIBRE DE CIUDAD MADERO TAMAULIPAS

## INDEPENDENT FISHERMEN

1.   Hernandez Espinoza Noe

## E30 – LIBRES DE CONGREGACION ANAHUAC GERSON

## INDEPENDENT FISHERMEN

1. Angel Arreola Luis Gabriel
2. Carballo Blanco Maria Del Carmen
3. Carballo Blanco Rufina
4. Carballo Cruz Mauro
5. Castillo Carballo David
6. Cruz Garcia Vanessa Yacaranday
7. Malèrva Franco Maria Vicenta
8. Malerva Ramirez Daniel
9. Martinez Castas Genaro Gregorio
10. Santos Hernandez Pedro Jaime
11. Silva Alonso Jorge Ulises
12. Trejo Cruz Sergio Omar
13. Vargas Rodriguez Julio

## E31 – PESCADORES LIBRES DEL PUERTO DE TUXPAN

## INDEPENDENT FISHERMEN

| | | | |
|---|---|---|---|
| 1. | Aldana Guerrero Alfonso | 44. | Gomez Vazquez Flora |
| 2. | Aldana Guerrero Fausto | 45. | Gonzalez Juarez Julian |
| 3. | Aldana Martinez Gilberto | 46. | Guerrero Hernandez Sandra Suchey |
| 4. | Aldana Mendoza Antonio | 47. | Guevara Ramirez Marlen |
| 5. | Aldana Mendoza Luis | 48. | Gutierrez Lucas Rita |
| 6. | Antelma Pulido Perez | 49. | Guzman Marquez Antonio |
| 7. | Barrera Rodriguez Luis Antonio | 50. | Hernandez Cruz Rafael |
| 8. | Bermudez Cortez Jose Eduardo | 51. | Hernandez Franco Imelda |
| 9. | Bermudez Reyes Dulce Flor | 52. | Hernandez Franco Manuel |
| 10. | Blasco Gomez Juan Jose | 53. | Hernandez Ramon |
| 11. | Blasco Gomez Juan Luis | 54. | Hernandez Reyes San Juana |
| 12. | Carbajal Reyes Diana | 55. | Huesca Morales Roman |
| 13. | Carballo Mar Josefina | 56. | Jonguitud Cruz Jesus |
| 14. | Carlos Zaleta Reyes | 57. | Juan Mendoza Filogonia |
| 15. | Castañeda Vicencio Miriam | 58. | Juarez Baldomero Silveria |
| 16. | Castañeda Yañez Marcelino | 59. | Juarez Gonzalez Carmen |
| 17. | Castellanos Ovando Rosario | 60. | Juarez Mariano Feliciano |
| 18. | Cortez Manzano Angel | 61. | Juarez Martinez Belinda Beatriz |
| 19. | Cristobal Catarina Juvencio | 62. | Juarez Martinez Lilia Arisbeth |
| 20. | Cristobal De La Cruz Bernardo | 63. | Leyton Garces Cira |
| 21. | Cruz Avila Ruben | 64. | Leyton Rodriguez Eduardo |
| 22. | Cruz Avila Ruben | 65. | Martinez Aldana  Jose Luis |
| 23. | Cruz Blasco Florentina | 66. | Martinez Aldana Antonio |
| 24. | Cruz Blasco Florentina | 67. | Martinez Leyton Jose Luis |
| 25. | Cruz Del Angel Esteban | 68. | Martinez Reyes Orlando |
| 26. | Cruz Guevara Rufina | 69. | Martinez Valdez Beatriz |
| 27. | Cruz Herrera Mardonio | 70. | Martinez Yañez Jorge Ernesto |
| 28. | Cruz Herrera Mardonio | 71. | Martinez Yañez Jorge Ernesto |
| 29. | Cruz Martinez Josue | 72. | Mendoza Torres Lorenzo |
| 30. | Cruz Perlestain Maria Hortensia | 73. | Mendoza Torres Maria Del Carmen |
| 31. | Cruz Reyes Julian | 74. | Mendoza Torres Paula |
| 32. | Cruz Rodriguez David | 75. | Muñoz Carlos Manuel |
| 33. | Damian Hernandez Alfrredo | 76. | Noguera Martinez Oscar |
| 34. | De La Cruz Emilia Alberto | 77. | Noguera Reyes Juan |
| 35. | Del Angel Rivera Jaime Enrique | 78. | Noguera Torres Gustavo |
| 36. | Escobar Aguilar Antonio | 79. | Perez Bermudez Santos Armando |
| 37. | Ferral Garcia Roberto | 80. | Perez Feliciano Armando |
| 38. | Francisco Javier Solis Mendez | 81. | Perlestain Reyes Enriqueta |
| 39. | Franco Sosa Concepcion | 82. | Ramirez Estrada Gabino |
| 40. | Garcia Hernandez Alejandra | 83. | Ramirez Estrada Gabriela |
| 41. | Garcia Hernandez Alejandra | 84. | Ramos Hernandez Alejandra |
| 42. | Gomez Soni Guadalupe | 85. | Rangel Cruz Maria Eugenia |
| 43. | Gomez Soni Teodoro | 86. | Rangel Hernandez Francisco |

## E31 – PESCADORES LIBRES DEL PUERTO DE TUXPAN

### INDEPENDENT FISHERMEN

87. Reyes Briones Martha Beatriz
88. Reyes Briones Rocio
89. Reyes Gomez Felix
90. Reyes Gomez Marisol
91. Reyes Hernandez Guadalupe
92. Reyes Hernandez Guillermo
93. Reyes Hernandez Norberto
94. Reyes Leyton Ricardo
95. Rivera Cuervo Jaime
96. Rivera Reyes Maria Isabel
97. Rivera Santiago Eliud
98. Rodriguez Alejandre Luis
99. Rodriguez Capitan Maria Del Socorro
100. Rodriguez Ramos Luis Alejandro
101. Rodriguez Ramos Maria De Los Angeles
102. Ruiz Loya Tania Patricia
103. Sanchez Cruz Francisca
104. Sanchez Mar Leonel
105. Santiago Calderon Maribel
106. Saucedo Sebastian Jose Guadalupe
107. Silverio Cabrera Paula
108. Solis Santiago Antonio
109. Valentina Lima Sosa
110. Velásquez Hernández Arcadio
111. Velasquez Hernandez Eugenio
112. Vicente Martinez Flores
113. Xochitl Adhli Saucedo Cruz
114. Yadira Cruz Rodriguez
115. Yajaira Bermudez Reyes
116. Yañez Loya Isaias
117. Yañez Loya Juan
118. Yeni Aide Reyes Gomez
119. Yesica Yamilet Ruiz Loya
120. Zaleta Ramos Sandra Yasmin
121. Zarate Vicencio Luis Martin
122. Zeferino Martinez Isala Del Carmen