UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * | MDL NO. 2179 <br><br> CIVIL ACTION NO. 2:10-MD-02179 <br> SECTION: J |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE BARBIER <br> MAG. JUDGE SHUSHAN |
| 10-cv-4536 (U.S. v. BP, MOEX, et al.) | | |

*************************************************************************

## PLAINTIFFS MARY G. WALTON ET AL.'s MOTION TO INTERVENE

NOW INTO COURT come Plaintiffs (1) Mary G. Walton; (2) Roger Barnhardt; (3) Heather Clark; (4) Kenneth Clark; and (5) Derek Payne (10-cv-4204)[1] and respectfully move to intervene pursuant to Rule 24 of the Federal Rules of Civil Procedure, in United States of America v. BP, MOEX et al. (10-cv-4536), which has been consolidated in this Multidistrict Litigation.

Plaintiffs move for this intervention because they have direct and substantial interests in that action and the proposed Consent Decree between the United Sates and MOEX submitted in that case, and they are entitled to intervene in that action as of right. Accordingly, Plaintiffs respectfully request that this Court grant their Motion to Intervene.

Accompanying this Motion are a Memorandum In Support and the Proposed Complaint For Intervention Of Right.

WHEREFORE, Plaintiffs pray that this Court order that their Complaint For Intervention of Right be filed in the record.

---

[1] *Mary Gifford Walton; Roger Barnhardt; Heather and Kenneth Clark (husband and wife); and Derek Payne (Individually and as representatives of similarly situated persons) v. BP et al.* (E.D. LA #10-cv-4204; filed November 9, 2010)(removed from N.D. FL, #10-cv-331)

1

Respectfully submitted,
*/s/ Daniel E. Becnel, Jr.*
Daniel E. Becnel, Jr. (2926)
BECNEL LAW FIRM, LLC
106 W. SEVENTH ST.
P.O. DRAWER H
RESERVE, LA 70084
(985) 536-1186
Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 27th day of April, 2012.

*/s/ Daniel E. Becnel, Jr.*