UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * | MDL NO. 2179 <br><br> CIVIL ACTION NO. 2:10-MD-02179 <br> SECTION: J |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE BARBIER <br> MAG. JUDGE SHUSHAN |
| 10-cv-4536 (U.S. v. BP, MOEX, et al.) | | |

*********************************************************************

## ORDER

IT IS ORDERED that Intervenor Plaintiffs Mary G. Walton, Roger Barnhardt, Heather Clark, Kenneth Clark and Derek Payne (10-cv- 4204) Motion to Intervene in *U.S.A. v BP et al.* (10-cv-4536) is hereby GRANTED and Plaintiffs' Complaint for Intervention shall be filed into the record.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

1