**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISANA**

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * | MDL NO. 2179<br><br>SECTION: J |
| This Document Relates To:<br>Case No. 2:10-cv-08888-CJB-SS<br>Doc No. 183 and 184<br>Short-Form Joinders of<br>Jackie and Nick Batsikouras | * * * * * | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, the undersigned counsel, and moves this Court for an order withdrawing Christopher D. Boutwell and the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., as counsel of record for Plaintiffs, Jackie and Nick Batsikouras. In further support, Movant states as follows:

1. On or about July 1, 2010, Jackie and Nick Batsikouras retained the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., to serve as counsel with regards to its oil spill case.

2. On February 25, 2011, the undersigned filed a Short Form Joinder on behalf of Plaintiffs Jackie Batsikouras, Doc # 183 and Nick Batsikouras, Doc #184.

3. On April 27, 2012 the parties terminated their relationship.

4. Jackie and Nick Batsikouras will remain in the litigation. Neither the Plaintiffs, nor any other party, will be prejudiced by Movants' withdrawal of counsel.

WHEREFORE, PREMISES CONDIDERED, the undersigned counsel, both individually and on behalf of his respective law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., move this Court for an Order withdrawing them as counsel of record for Plaintiffs, Jackie and Nick Batsikouras.

Respectfully Submitted this the 27th day of April, 2012.

/s/  *Christopher D. Boutwell*
Christopher D. Boutwell
ASB-1941-O7813

OF COUNSEL:

BEASLEY,ALLEN,CROW,
METHVIN,PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36104
(334) 269-2343

Certificate of Service

      I hereby certify that the foregoing has been served in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of the Court. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via US Mail, postage prepaid and properly addressed, on the others listed below this the 27th day of April, 2012.


Mr. Nick Batsikouras
Ms. Jackie Batsikouras
75903 Peters Drive
Romeo, Michigan 48065


                                                        */s/ Christopher D. Boutwell*
                                                        Of Counsel