# EXHIBIT A

1. Joseph Agro
2. Isaac Anderson, Individually and d/b/a Epiphany Lutheran Church
3. George Ayers, Individually and d/b/a AOH Church of God, Inc.
4. David Bell, Individually and d/b/a M. D. Bell Co., Inc.
5. Laurence Bizette, Jr., Individually and d/b/a Antioch Family Church, Inc.
6. Ed Boutwell, Individually and d/b/a New Beginnings Church of the Gulf Coast
7. Vanna Breckenridge, Individually and d/b/a Ministry of New Beginnings
8. Kathleen Brown, Individually and d/b/a Kathleen's Fiber Art
9. Darrell Bufford, Individually and d/b/a NaturScent/DBA Gold Seal Inc.
10. Tanya Cain, Individually and d/b/a Dynasty Collection, Inc.
11. Rhett Thomas Cates, Individually and d/b/a Rhett Thomas Cates, DDS
12. Bessie Chance
13. Dhaneshwar Cheddie
14. Brian Chien, Individually and d/b/a B & K & Company, Inc. d/b/a B&KCO.
15. Steven Ciolino, Individually and d/b/a C's Discount Pharmacy
16. Steven Ciolino, Individually and d/b/a Ciolino Pharmacy, Inc.
17. Vanessa Coleman, Individually and d/b/a Zion Church of God in Christ
18. Anthony Cox, Sr., Individually and d/b/a Westside Church of God in Christ
19. Anthony Cox, Sr., Individually and d/b/a Life Giving Community Development Center
20. J. Aaron Cundall, Individually and d/b/a IDEA America-Luscious Lures
21. Robert Dauterive, Individually and d/b/a Bob Dauterive Enterprises
22. Eric W. Day, III, Individually and d/b/a Eric W. Day, III, DDS
23. Morris Denman, Individually and d/b/a Kingswood Baptist Church
24. Leevones Dubose, Individually and d/b/a Bay Area Women Coalition, Inc.
25. Andria Ebanks, Individually and d/b/a A. Ebanks Enterprize Cleaning Service
26. Gary Elowsky
27. Linda Evans, Individually and d/b/a White Apple Farms
28. Grace Farris, Individually and d/b/a Farris Properties
29. Joseph Ferguson, Individually and d/b/a CASA of Acadiana, LLC
30. Leo Fox, Individually and d/b/a St. John AOH Church of God
31. Jerry W. Freeman, Individually and d/b/a Cabinetry Sales & Design
32. Timothy Hamon, Individually and d/b/a Christian Int'l Network of Prophetic Ministries
33. Thomas Hamon, Individually and d/b/a Vision Church
34. Julius Haston, Individually and d/b/a Walls of Salvation International Church
35. Garrett Hebert, Individually and d/b/a Alex Enterprises
36. Douglas Hightower, Individually and d/b/a Douglas W. Hightower, LLC
37. Sylvia Hunter, Individually and d/b/a Forever Flowing Ministries Infant Center

38. Lucy Johnson, Individually and d/b/a Goudeau's Healthmart Pharmacy
39. Ross Johnson, Individually and d/b/a/ Tulane Memorial Baptist Church
40. Herman Jones, Individually and d/b/a First Community Missionary
41. John Paul Jones, Individually and d/b/a Jones Homes, LLC
42. John Paul Jones, Individually and d/b/a Jones Builders, Inc.
43. Dilip Keriwala, Individually and d/b/a Keriwala Motels, Inc., d/b/a America's Best Suites
44. Mary Rayford Kim
45. Enrique Lang, Individually and d/b/a Fair Housing Agency of Alabama
46. Sparkle Lewis
47. Robert Lockhart, Individually and d/b/a Waterguard Technology Products
48. Ronald Madere, Individually and d/b/a Ronald A. Madere, DDS
49. Gerard J. Martin, Individually and d/b/a Gerard J. Martin, DDS
50. Juan C. Melguizo, Individually and d/b/a Juan Melguizo, DDS
51. Timothy Metcalf, Individually and d/b/a Deano's Pizzarama, Inc.
52. Timothy Metcalf, Individually and d/b/a M & M Management-LA Seafood House
53. Candace Miller, Individually and d/b/a Van Eaton & Romero, Inc.
54. Brook Morgan
55. Leon Murray
56. Laurence Norton, III, Individually and d/b/a Laurence T. Norton, III, DDS
57. Tracey Norton
58. Devin Oten, Individually and d/b/a Mighty Strength of Jesus Ministries
59. Jesse Pate, Sr., Individually and d/b/a Family Enrichment (Tic-Tot Nursery)
60. Jesse Pate, Sr., Individually and d/b/a Harvest Ripe Church
61. Bimal Patel, Individually and d/b/a Sheenal Inc.
62. John Peddrick
63. Bradley Peterman, Individually and d/b/a Peterman Appraisal Services
64. John Porter
65. B. O. Richardson, Individually and d/b/a B. O. Richardson Real Estate
66. Linda Riley
67. Tanis Robinson, Individually and d/b/a C.A.'s House Bed & Breakfast
68. Jesse Scott, Individually and d/b/a Bible Way Apostolic Church of God
69. Kim Seaman, Individually and d/b/a Seaman & Associates
70. B. R. Seymour, Individually and d/b/a First Pentecostal Church of Orange Grove Inc.
71. Donald Shavers, Individually and d/b/a Apostolic Overcoming Holiness Church of Christ
72. Gale Sheehan
73. Sherman Shelton, Individually and d/b/a Firehouse Full Gospel Ministries
74. Youn Shim, Individually and d/b/a Lafayette Korean Church
75. Rajinder Singh, Individually and d/b/a Sunshine Imports, Inc.
76. Chancey Smith, Individually and d/b/a True Praise Deliverance
77. Chancey Smith, Individually and d/b/a True Praise Daycare

78. Roy Smith, Individually and d/b/a Roy L. Smith, DDS
79. Mohammed Sopariwala, Individually and d/b/a Royal Bliss Linens
80. Mohammed Sopariwala, Individually and d/b/a Royal Wireless Communications
81. Chrysa Sparrow, Individually and d/b/a Bunnies & Bows
82. Jerome St. Ann
83. Morender St. Ann
84. Williemae Stanberry, Individually and d/b/a Williemae Stanberry Real Estate Broker
85. Charles Taylor, Individually and d/b/a Full Gospel Holiness Church
86. Jim Taylor, Individually and d/b/a Marlow Floral Products
87. Dhongak Tharling, Individually and d/b/a Buddhist Temple
88. Craig Thibeault, Individually and d/b/a Theodore Mail, Ship & More
89. Clyde Thomas, Individually and d/b/a Word of Deliverance Church
90. Richard Thomas
91. David Tuminello, Individually and d/b/a David Tuminello, DDS
92. Rodolfo Vasquez
93. James Vickers
94. Jay Wang, Individually and d/b/a Value Travel Inn
95. Gary Williams, Jr.
96. James Williams, Individually and d/b/a James R. Williams Appraisals
97. Elester Woods, Individually and d/b/a Back to the Bible Church