**RETURN**

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| Richard Charles Folse | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| BP America Production Company et al | ) | |
| *Defendant* | ) | |

**12-678**

**SECT. J MAG. 1**

FILED 2012 APR 27 AM 11:24
LORETTA G. WHYTE
CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BP America Production Company
200 Westlake Park Boulevard
Houston, Texas 77079

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard Charles Folse
P.O. Box 601
Des Allemands, LA 70030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
CLERK OF COURT

Date: **MAR 1 4 2012**

_____
*Signature of Clerk or Deputy Clerk*

___ Fee _____
___ Process _____
_x_ Dkt'd _____
___ ____ _____
___ Do _____

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Richard Charles Folse

was received by me on *(date)*  03/21/2012 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  USPS Certified Mail with Return Reciept

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  03/21/2012

_Wendy N. Marie_
Server's signature

_Wendy N. Marie_
Printed name and title

P.O. Box 822, Des Allemands, LA 70030
4112 Hwy 90E, Des Allemands, LA 70030
Server's address

Additional information regarding attempted service, etc:





**Track/Confirm - Intranet Item Inquiry**
**Item Number: 7012 0470 0001 5475 5541**

**This item was delivered on 03/26/2012 at 06:20**



Enter Request Type and Item Number:

Quick Search ⦿    Extensive Search ◯

Explanation of Quick and Extensive Searches

Submit

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.

*R. Ortega*



**UNITED STATES POSTAL SERVICE**

Date: 04/23/2012

WENDY MARIE:

The following is in response to your 04/23/2012 request for delivery information on your Certified Mail(TM) item number 7012 0470 0001 5475 5541. The delivery record shows that this item was delivered on 03/26/2012 at 06:20 AM in HOUSTON, TX 77079 to R ORTEGA. The scanned image of the recipient information is provided below.

Signature of Recipient:



Address of Recipient:



Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

English   Customer Service   USPS Mobile                                                                 Register / Sign In


**USPS.COM**

Search USPS.com or Track Packages

Quick Tools        Ship a Package       Send Mail        Manage Your Mail       Shop        Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70120470000154755541 | First-Class Mail® | Delivered | March 26, 2012, 6:20 am | HOUSTON, TX 77079 | Expected Delivery By: March 23, 2012<br>Certified Mail™<br>Return Receipt |
| | | Depart USPS Sort Facility | March 23, 2012 | HOUSTON, TX 77201 | |
| | | Processed at USPS Origin Sort Facility | March 23, 2012, 4:59 am | HOUSTON, TX 77201 | |
| | | Dispatched to Sort Facility | March 21, 2012, 4:09 pm | DES ALLEMANDS, LA 70030 | |
| | | Acceptance | March 21, 2012, 11:22 am | DES ALLEMANDS, LA 70030 | |

**Check on Another Item**

What's your label (or receipt) number?

Find

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2012 USPS. All Rights Reserved.

```
        DES ALLEMANDS, Louisiana
            7000009598
            2165690519-0098
    03/21/2012 (800)275-8777 11:23:30 AM
    ====================================
    ========== Sales Receipt ==========
    Product          Sale Unit      Final
    Description      Qty  Price     Price
    ====================================

    HOUSTON TX 77079                $2.30
    Zone-3 First-Class
    Large Env
     7.60 oz.
     Expected Delivery: Fri 03/23/12
     Return Rcpt (Green             $2.35
     Card)
     Certified                      $2.95
     Label #:    70120470000154755541
                                    ========
    Issue PVI:                      $7.60

    HOUSTON TX 77079                $2.30
    Zone-3 First-Class
    Large Env
     7.60 oz.
     Expected Delivery: Fri 03/23/12
     Return Rcpt (Green             $2.35
     Card)
     Certified                      $2.95
     Label #:    70120470000154755558
                                    ========
    Issue PVI:                      $7.60
                                    ========
    Total:                         $15.20

    Paid by:
    Cash                           $20.00
    Change Due:                    -$4.80

    Order stamps at usps.com/shop or
    call 1-800-Stamp24. Go to
    usps.com/clicknship to print
    shipping labels with postage. For
    other information call
    1-800-ASK-USPS.
    ************************************
    ************************************
    Get your mail when and where you
    want it with a secure Post Office
    Box. Sign up for a box online at
    usps.com/poboxes.
    ************************************
    ************************************


    Bill#:1000200047107
    Clerk:02

    All sales final on stamps and postage
     Refunds for guaranteed services only
        Thank you for your business
    ************************************
    ************************************
          HELP US SERVE YOU BETTER
```

Wendy N Marre
P.O. Box 822
Des Allemands, LA 70030

CERTIFIED MAIL

7011 2970 0000 3911 1059

RETURN RECEIPT REQUESTED

U.S. District Court
Eastern District of La.
Clerk of Court
500 Poydras Street
New Orleans, LA 70130



U.S. POSTAGE PAID
MATHEWS, LA
70375
APR 26, '12
AMOUNT
$5.95
00038333-03