**KIRKLAND & ELLIS LLP**
AND AFFILIATED PARTNERSHIPS

300 North LaSalle
Chicago, Illinois 60654

R. Allan Pixton
To Call Writer Directly:
(312) 862-2453
allan.pixton@kirkland.com

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

April 27, 2012

**By Electronic Mail**

The Honorable Sally Shushan
United States District Court
Room B345
500 Poydras Street
New Orleans, LA  70130

Bethany Engel
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 7611, Ben Franklin Station
Washington, DC  20044-7611

Re:   MDL 2179:  Status Of "Missing Or Light" Custodian Meet-And-Confer

Dear Judge Shushan and Beth:

As a follow up to our discussion during yesterday's written discovery conference, I write to provide the Court an update on the status of the meet-and-confer between the United States and BP with respect to "missing or light" United States' custodians and to provide BP's views on a proposed plan forward.

The United States and BP have made some progress in moving custodians to the "done for now" bucket by focusing only on key, quantification related custodians who have not had search terms run against their primary work computers.  BP appreciates the United States' ongoing efforts to produce additional documents and metadata overlays.  It is our mutual hope that the results of these efforts by the United States will greatly reduce the number of custodians at issue.

These additional documents and metadata overlays have been incorporated into the analysis of missing and light custodians that has been conducted by Brandon Leatha of Jessen and Associates.  Mr. Leatha's analysis identifies the unique documents and emails produced within the custodial production of each given key quantification custodian, and further identifies the unique emails sent to or from that custodian but found *only* in the production of other

## KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
Bethany Engel
April 27, 2012
Page 2

custodians. BP first made available the results of this analysis and underlying methodology to the United States on April 2, 2012, and we have requested that the United States provide any questions, comments, or feedback that may they have regarding this analysis or the underlying methodology. As the United States provides additional documents and metadata overlays, Mr. Leatha will continue to refine his analysis as necessary and provide the updated results and underlying methodology to the United States.

As discussed during yesterday's conference with the Court, the United States and BP both recognize that there are, and will be additional custodians for whom we "agree to disagree," or in other words, where, for a given custodian, 1) the United States believes it has produced all responsive documents and metadata; and 2) BP believes Mr. Leatha's analysis shows the inadequacy of the non-search term collection conducted by the United States. BP believes that for these custodians, it makes sense at this point to conduct a sample search-term collection and production for three custodians. This will allow BP the opportunity to conduct a qualitative and quantitative analysis of the newly produced documents to determine the marginal utility of conducting further search-term collections and productions of key quantification related DOE employee custodians. A few of these "agree to disagree" custodians,[1] for which the U.S. has already placed a "Yes" in the "U.S. Views as Complete?" column (in their chart tracking their progress), are: John Benner, Scott Gibbs, William Rees, and James Sims.

BP is sensitive to the concerns expressed by the United States in yesterday's conference, and believes that there are several commercially available software solutions that will enable searches, culling and collection to be run directly on a custodian's computer— hopefully alleviating completely the United States' concerns. Using this methodology, only documents responsive to searches will be collected, ensuring that documents not responsive to the searches and documents excluded because of national security or other security restrictions will not be collected. These software solutions are available from the major computer forensics software companies, including Guidance Software (e.g. EnCase Portable) and Access Data (e.g. AD Triage), from both of whom the U.S. has likely already purchased software and services.

We would be happy to discuss these solutions during Tuesday's written discovery conference with the Court, and can make either Mr. Jessen or Mr. Leatha available to participate if the Court would find that helpful.

---

[1] The United States informed BP during the April 25 technical meet and confer that it anticipated providing additional overlays that would affect several custodians for which BP had suggested a sample search-term collection, such as Curtt Ammerman, Philip Gauglitz, and Arthur Ratzel. As of the date of the United States' last progress chart, only 15 of the open issue custodians were designated as complete by the United States.

# KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
Bethany Engel
April 27, 2012
Page 3

                                  Sincerely,

                                  /s/ R. Allan Pixton

cc (via electronic mail):

R. Michael Underhill
Steven O'Rourke
Sarah D. Himmelhoch
Robin L. Hanger
A. Nathaniel Chakeres
Joel M. Gross
Allison B. Rumsey