UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG *"DEEPWATER HORIZON"* IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | CIVIL ACTION NO. 10-md-2179 This Document Applies To: *Fred Matherne v. Lawson Environmental Service, LLC* Case NO. 11-cv-2513 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### EXPARTE/CONSENT MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF'S CLAIMS UNDER 42 U.S.C. § 1981

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, FRED MATHERNE, who respectfully moves this Honorable Court to dismiss his claims arising under 42 U.S.C. § 1981, only, for the reasons stated herein:

1.

Plaintiff, Fred Matherne, filed a complaint on October 6, 2011against Defendant, Lawson Environmental Service, LLC for claims arising under 42 U.S.C. § 1981 and 28 U.S.C. § 1333(1).

2.

Plaintiff, Fred Matherne, respectfully requests the Court to dismiss without prejudice his claims arising under 42 U.S.C. § 1981, only.

3.

At a status conference before Judge Wilkinson on March 27, 2012, all parties consented to proceed with Plaintiff's Section 1981 action in case no.:11-2499.

4.

At the status conference, Defendants consented and dismissed Plaintiff's Section 1981 claims in the above-captioned proceeding.

Wherefore, Plaintiff, FRED MATHERNE, prays for an Order of the Court, granting his Exparte/Consent Motion for Voluntary Dismissal Without Prejudice of Plaintiff's Claims Under 42 U.S.C. § 1981.

Respectfully submitted,

**SANGISETTY & SAMUELS, L.L.C.**

By: _____/s/ *Ravi K. Sangisetty*_____
Ravi K. Sangisetty (LSBA # 30709)
E-mail: rks@sangisettylaw.com
610 Baronne Street, Third Floor
New Orleans, Louisiana 70113
Telephone: (504) 558-9478
Facsimile: (504) 558-9482

ATTORNEYS FOR PLAINTIFF, FRED MATHERNE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon opposing counsel, on this 30th day of April, 2012, by e-filing the same into the CM/ECF system, which will automatically deliver a copy of the same to all counsel of record in this matter.

_____/s/ *Ravi K. Sangisetty*_____