UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | * | CIVIL ACTION NO. 10-md-2179 |
| IN RE: OIL SPILL BY THE OIL RIG | * | This Document Applies To: |
| "*DEEPWATER HORIZON*" IN THE | | |
| GULF OF MEXICO, ON APRIL 20, 2010 | * | *Ray D. Gaudet v. Lawson Environmental Service, LLC* |
| | * | Case NO. 11-cv-2513 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Exparte/Consent Motion for Voluntary Dismissal Without Prejudice:

IT IS HEREBY ORDERED, that Plaintiff's Exparte/Consent Motion for Voluntary Dismissal Without Prejudice to dismiss his claims under 42 U.S.C. § 1981 is GRANTED.

New Orleans, Louisiana, this _____ day of May, 2012.

_____
District Judge