**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISANA**

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | **MDL NO. 2179** |
| **"Deepwater Horizon" in the** | * | |
| **Gulf of Mexico, on April 20, 2010** | * | **SECTION: J** |
| | * | |
| | * | |
| | * | |
| | * | |
| **This Document Relates To:** | * | **JUDGE BARBIER** |
| **Case No. 2:10-cv-08888-CJB-SS** | * | |
| **Doc No. 107839** | * | **MAGISTRATE JUDGE SHUSHAN** |
| **Short-Form Joinder of** | * | |
| **Bob Carden** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that Christopher D. Boutwell and the law firm of Beasley Allen, Crow,

Methvin, Portis & Miles, P.C., be allowed to withdraw as Counsel for Bob Carden.

This the _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE