# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   APR 3 0 2012

LORETTA G. WHYTE
CLERK

April 27, 2012

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 12-30136    In Re: Deepwater Horizon
         USDC No. 2:10-MD-2179
         USDC No. 2:10-CV-1768
         USDC No. 2:10-CV-2454

The court has granted the appellant's unopposed motion to
supplement the record on appeal with Document #2702 - transcript
filed in district court on June 8, 2011 - in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _Misty Fontenot_____
                        Misty L. Fontenot, Deputy Clerk
                        504-310-7716


Honorable Carl J. Barbier
Mr. Jeffrey Bossert Clark Sr.
Ms. Rachel Giesber Clingman
Mr. John Michael Elsley
Mr. Richard Cartier Godfrey
Mr. Don Keller Haycraft
Mr. James Andrew Langan
Ms. Elizabeth A Larsen
Mr. Granta Y. Nakayama
Mr. Edwin G Preis Jr.
Mr. Steven Lynn Roberts
Mr. Kent C. Sullivan
Mr. Charles M. Tebbutt
Ms. Loretta Whyte


A true copy     APR 2 7 2012
    Attest:

Clerk, U. S. Court of Appeals, Fifth Circuit

    By_Misty Fontenot_
           Deputy
New Orleans, Louisiana

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Case No. 12 - 30136

CENTER FOR BIOLOGICAL DIVERSITY, INCORPORATED,
Plaintiff - Appellant

v .

BP AMERICA PRODUCTION CO; BP EXPLORATION & PRODUCTION,
INC.; BP P. L.C.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC;
TRANSOCEAN HOLDINGS, L.L.C.; TRANSOCEAN DEEPWATER, INC.,
Defendants - Appellees

---

**PLAINTIFF-APPELLANT CENTER FOR BIOLOGICAL DIVERSITY'S
SECOND MOTION TO SUPPLEMENT RECORD ON APPEAL**

---

Plaintiff-Appellant Center for Biological Diversity (the "Center")

respectfully submits this Second Motion to Supplement Record on Appeal.  The

Center erred on its Transcript Order Form citing document number 2703 as the

5/26/2011, Hearing on Motions to Dismiss in Bundle B-1, Bundle B-3 and Bundle

D-1.  It has come to the Center's attention that document number 2703 is the

record of proceedings earlier in the day and that document number 2702 is the

Hearing on Motions to Dismiss.  Therefore, the Center respectfully requests that

the record be supplemented with document number 2702.  The court reporter has

1

been informed and the transcript is already on file in the District Court Clerk's

office. Counsel for Appellees has been contacted and does not oppose this motion.

Dated this 26th day of April, 2012.                 Respectfully submitted,

                                                    s/Charles M. Tebbutt
                                                    Charles M. Tebbutt
                                                    Law Offices of Charles M. Tebbutt,
                                                    P.C.
                                                    451 Blair Blvd.
                                                    Eugene, OR 97402
                                                    Ph: 541-344-3505
                                                    charlie.tebbuttlaw@gmail.com