1                      UNITED STATES DISTRICT COURT

2                     EASTERN DISTRICT OF LOUISIANA

3
    ****************************************************************
4

5   IN RE:  OIL SPILL BY THE
    OIL RIG *DEEPWATER HORIZON*
6   IN THE GULF OF MEXICO ON
    APRIL 20, 2010
7
                           CIVIL ACTION NO. 10-MD-2179 "J"
8                          NEW ORLEANS, LOUISIANA
                           WEDNESDAY, APRIL 25, 2012, 2:00 P.M.
9

10

11  ****************************************************************

12
          TRANSCRIPT OF HEARING ON THE MOTIONS FOR CONDITIONAL
13   CERTIFICATION OF RULE 23(B)(3) CLASSES FOR SETTLEMENT PURPOSES
               HEARD BEFORE THE HONORABLE CARL J. BARBIER
14                   UNITED STATES DISTRICT JUDGE

15

16  APPEARANCES:

17

18  FOR THE PLAINTIFFS'
    LIAISON COUNSEL:          DOMENGEAUX WRIGHT ROY & EDWARDS
19                            BY:  JAMES P. ROY, ESQUIRE
                              P. O. BOX 3668
20                            556 JEFFERSON STREET
                              LAFAYETTE, LA  70502
21

22
                              HERMAN HERMAN KATZ & COTLAR
23                            BY:  STEPHEN J. HERMAN, ESQUIRE
                              820 O'KEEFE AVENUE
24                            NEW ORLEANS, LA  70113

25

```
 1    APPEARANCES CONTINUED:

 2

 3    FOR THE PLAINTIFFS:    BREIT DRESCHER IMPREVENTO & WALKER
                             BY:  JEFFREY A. BREIT, ESQUIRE
 4                           1000 DOMINION TOWER
                             999 WATERSIDE DRIVE
 5                           NORFOLK, VA  23510

 6

 7                           LEVIN PAPANTONIO THOMAS MITCHELL
                             RAFFERTY & PROCTOR
 8                           BY:  BRIAN H. BARR, ESQUIRE
                             316 SOUTH BAYLEN STREET, SUITE 600
 9                           PENSACOLA, FL  32502

10

11                           CUNNINGHAM BOUNDS
                             BY:  ROBERT T. CUNNINGHAM, ESQUIRE
12                           1601 DAUPHIN STREET
                             MOBILE, AL  36604
13

14

15                           LEWIS, KULLMAN, STERBCOW & ABRAMSON
                             BY:  PAUL M. STERBCOW, ESQUIRE
16                           PAN AMERICAN LIFE BUILDING
                             601 POYDRAS STREET, SUITE 2615
17                           NEW ORLEANS, LA  70130

18

19                           LIEFF CABRASER HEIMANN & BERNSTEIN
                             BY:  ELIZABETH J. CABRASER, ESQUIRE
20                           275 BATTERY STREET, 29TH FLOOR
                             SAN FRANCISCO, CA  94111
21

22                           WILLIAMSON & RUSNAK
                             BY:  JIMMY WILLIAMSON, ESQUIRE
23                           4310 YOAKUM BOULEVARD
                             HOUSTON, TX  77006
24

25
```

1    APPEARANCES CONTINUED:

2

3                          BARON & BUDD
                           BY:  SCOTT SUMMY, ESQUIRE
4                          3102 OAK LAWN AVENUE, SUITE 1100
                           DALLAS, TX  75219
5

6
                           WATTS GUERRA CRAFT
7                          BY:  MIKAL C. WATTS, ESQUIRE
                                TONY PLETCHER, ESQUIRE
8                          4 DOMINION DRIVE
                           BUILDING 3, SUITE 100
9                          SAN ANTONIO, TX  78257

10

11                         WEITZ & LUXENBERG
                           BY:  ROBIN L. GREENWALD, ESQUIRE
12                         700 BROADWAY
                           NEW YORK CITY, NY  10003
13

14
                           COLSON, HICKS, EIDSON, COLSON, MATTHEWS,
15                         MARTÍNEZ, GONZALES, KALBAC & KANE
                           BY:  ERVIN A. GONZALEZ, ESQUIRE
16                         255 ALHAMBRA CIRCLE, PENTHOUSE
                           CORAL GABLES, FL  33134
17

18
                           COSSICH SUMICH PARSIOLA & TAYLOR
19                         BY:  PHILIP F. COSSICH, JR., ESQUIRE
                           8397 HIGHWAY 23, SUITE 100
20                         BELLE CHASSE, LA  70037

21

22                         BEASLEY ALLEN CROW METHVIN
                           PORTIS & MILES
23                         BY:  RHON E. JONES, ESQUIRE
                           POST OFFICE BOX 4160
24                         MONTGOMERY, AL  36013

25

```
 1   APPEARANCES CONTINUED:

 2

 3                        FAYARD & HONEYCUTT
                         BY:  CALVIN C. FAYARD, JR., ESQUIRE
 4                        519 FLORIDA AVENUE SW
                         DENHAM SPRINGS, LA 70726
 5

 6
                         LUNDY, LUNDY, SOILEAU & SOUTH
 7                        BY:  MATTHEW E. LUNDY, ESQUIRE
                         501 BROAD STREET
 8                        LAKE CHARLES, LA  70601

 9

10                        WILLIAMS LAW GROUP
                         BY:  CONRAD S. P. WILLIAMS, ESQUIRE
11                        435 CORPORATE DRIVE, SUITE 101
                         HOUMA, LA  70360
12

13
                         LEGER & SHAW
14                        BY:  WALTER J. LEGER, JR., ESQUIRE
                         600 CARONDELET STREET, 9TH FLOOR
15                        NEW ORLEANS, LA  70130

16

17                        MOTLEY RICE
                         BY:   JOSEPH F. RICE, ESQUIRE
18                              JOHN A. BADEN, IV, ESQUIRE
                         28 BRIDGESIDE BOULEVARD
19                        MOUNT PLEASANT, SC  29464

20

21   FOR STATE INTERESTS:  ALABAMA ATTORNEY GENERAL'S OFFICE
                         BY:  COREY L. MAZE, ESQUIRE
22                        500 DEXTER AVENUE
                         MONTGOMERY, AL  36130
23

24

25
```

```
1    APPEARANCES CONTINUED:

2

3    FOR THE STATE OF
     LOUISIANA:                    USRY WEEKS & MATTHEWS
4                                  BY:  T. ALLEN USRY, ESQUIRE
                                   1615 POYDRAS STREET, SUITE 1250
5                                  NEW ORLEANS, LA  70112

6

7    FOR THE FEDERAL
     GOVERNMENT INTERESTS: U.S. DEPARTMENT OF JUSTICE
8                                  TORTS BRANCH, CIVIL DIVISION
                                   BY:  R. MICHAEL UNDERHILL, ESQUIRE
9                                  450 GOLDEN GATE AVENUE
                                   7TH FLOOR, ROOM 5395
10                                 SAN FRANCISCO, CA  94102

11

12   FOR THE UNITED STATES
     OF AMERICA:                   ENVIRONMENTAL ENFORCEMENT SECTION
13                                 U.S. DEPARTMENT OF JUSTICE
                                   BY:  STEVEN O'ROURKE, ESQUIRE
14                                 P.O. BOX 7611
                                   WASHINGTON, DC  20044
15

16
     FOR BP AMERICA INC.,
17   BP AMERICA PRODUCTION
     COMPANY, BP COMPANY
18   NORTH AMERICA INC.,
     BP CORPORATION NORTH
19   AMERICA INC.,
     BP EXPLORATION &
20   PRODUCTION INC.,
     BP HOLDINGS NORTH
21   AMERICA LIMITED,
     BP PRODUCTS NORTH
22   AMERICA INC.:                 LISKOW & LEWIS
                                   BY:   DON K. HAYCRAFT, ESQUIRE
23                                       R. KEITH JARRETT, ESQUIRE
                                   ONE SHELL SQUARE
24                                 701 POYDRAS STREET
                                   SUITE 5000
25                                 NEW ORLEANS, LA  70139
```

```
 1    APPEARANCES CONTINUED:

 2

 3                          KIRKLAND & ELLIS
                            BY:  RICHARD C. GODFREY, ESQUIRE
 4                               J. ANDREW LANGAN, ESQUIRE
                                 WENDY L. BLOOM, ESQUIRE
 5                               ANDREW B. BLOOMER, ESQUIRE
                                 RYAN S. BABIUCH, ESQUIRE
 6                          300 N. LASALLE
                            CHICAGO, IL  60654
 7

 8
                            KIRKLAND & ELLIS
 9                          BY:  JEFFREY B. CLARK, ESQUIRE
                            655 FIFTEENTH STREET, N.W.
10                          WASHINGTON, DC  20005

11

12                          BP AMERICA INC.
                            BY:  JAMES J. NEATH, ESQUIRE
13                               MARK HOLSTEIN, ESQUIRE
                            501 WESTLAKE PARK BOULEVARD
14                          HOUSTON, TX  77079

15

16                          SNR DENTON
                            BY:  JEFFREY LENNARD, ESQUIRE
17                          233 SOUTH WACKER DRIVE, SUITE 7800
                            CHICAGO, IL  60606
18

19
                            ARNOLD & PORTER
20                          BY:  ANDREW T. KARRON, ESQUIRE
                                 ELLEN K. REISMAN, ESQUIRE
21                          555 TWELFTH STREET, NW
                            WASHINGTON, DC 20004
22

23

24

25
```

```
 1     APPEARANCES CONTINUED:

 2


 3     FOR CAMERON INTERNATIONAL
       CORPORATION:              BECK REDDEN & SECREST
 4                               BY:  DAVID J. BECK, ESQUIRE
                                      DAVID W. JONES, ESQUIRE
 5                               ONE HOUSTON CENTER
                                 1221 MCKINNEY STREET, SUITE 4500
 6                               HOUSTON, TX  77010


 7


 8     FOR HALLIBURTON
       ENERGY SERVICES, INC.:GODWIN RONQUILLO
 9                               BY:  DONALD E. GODWIN, ESQUIRE
                                      JENNY L. MARTINEZ, ESQUIRE
10                                    STEFANIE K. MAJOR, ESQUIRE
                                      BRUCE W. BOWMAN, ESQUIRE
11                               1201 ELM STREET, SUITE 1700
                                 DALLAS, TX  75270
12


13
                                 GODWIN RONQUILLO
14                               BY:  R. ALAN YORK, ESQUIRE
                                 1331 LAMAR, SUITE 1665
15                               HOUSTON, TX  77010


16


17     FOR ANADARKO
       PETROLEUM CORPORATION,
18     ANADARKO E&P COMPANY
       LP:                       KUCHLER POLK SCHELL
19                               WEINER & RICHESON
                                 BY:  DEBORAH D. KUCHLER, ESQUIRE
20                               1615 POYDRAS STREET, SUITE 1300
                                 NEW ORLEANS, LA  70112
21


22
                                 BINGHAM MCCUTCHEN
23                               BY:  WARREN A. FITCH, ESQUIRE
                                 2020 K STREET, NW
24                               WASHINGTON, DC  20006


25
```

```
 1   APPEARANCES CONTINUED:

 2


 3   FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
 4   OFFSHORE DEEPWATER
     DRILLING INC., AND
 5   TRANSOCEAN DEEPWATER
     INC.:                    FRILOT
 6                            BY:  KERRY J. MILLER, ESQUIRE
                              ENERGY CENTRE, 36TH FLOOR
 7                            1100 POYDRAS STREET
                              NEW ORLEANS, LA  70163
 8

 9                            SUTHERLAND ASBILL & BRENNAN
                              BY:  STEVEN L. ROBERTS, ESQUIRE
10                            1001 FANNIN STREET, SUITE 3700
                              HOUSTON, TX  77002
11

12
     FOR M-I L.L.C.:          MORGAN, LEWIS & BOCKIUS
13                            BY:  HUGH E. TANNER, ESQUIRE
                              1000 LOUISIANA STREET, SUITE 4000
14                            HOUSTON, TX  77002

15

16   FOR TOBETEK AND
     MRM ENERGY:              BLEAU FOX
17                            BY:  SAMUEL T. REES, ESQUIRE
                              3575 CAHUENGA BOULEVARD, WEST SUITE 580
18                            LOS ANGELES, CA  90068

19
```

02:15PM 20   COURT-APPOINTED CLAIMS
02:15PM      ADMINISTRATOR:           PATRICK A. JUNEAU, ESQUIRE
        21                            THE HARDING CENTER
                                      1018 HARDING STREET, SUITE 202
        22                            P.O. DRAWER 51268
                                      LAFAYETTE, LA  70505
        23


        24
             ALSO PRESENT:            MAGISTRATE JUDGE SALLY SHUSHAN
        25                            MATTHEW GARRETSON

1    APPEARANCES CONTINUED:

2

3    OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                 CERTIFIED REALTIME REPORTER
4                                REGISTERED MERIT REPORTER
                                 500 POYDRAS STREET, ROOM HB406
5                                NEW ORLEANS, LA   70130
                                 (504) 589-7779
6                                Cathy_Pepper@laed.uscourts.gov

7

8    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
     PRODUCED BY COMPUTER.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                            **I N D E X**

2

3     SPEAKERS                                              PAGE

4

5     THE COURT.........................................   11

6     MR. HERMAN........................................   13

7     MR. JUNEAU........................................   17

8     MR. RICE..........................................   17

9     MR. ROY...........................................   57

10    MS. GREENWALD.....................................   62

11    MR. ROY...........................................   80

12    MR. GODFREY.......................................   81

13    THE COURT.........................................   94

14    UNIDENTIFIED SPEAKER..............................   96

15    MR. REES..........................................   97

16

17

18

19

20

21

22

23

24

25

1                    **P-R-O-C-E-E-D-I-N-G-S**

2                WEDNESDAY, APRIL 25, 2012

3              A F T E R N O O N   S E S S I O N

4                  (COURT CALLED TO ORDER)

01:19PM  5

02:06PM  6

02:06PM  7        THE DEPUTY CLERK:  All rise.

02:06PM  8        THE COURT:  Good afternoon, everyone.  Please be

02:06PM  9  seated.

02:06PM 10        VOICES:  Good afternoon, Your Honor.

02:06PM 11        THE COURT:  All right, Stephanie.

02:06PM 12        THE DEPUTY CLERK:  Multidistrict litigation #10-2179,

02:06PM 13  *In Re: Oil Spill By the Oil Rig Deepwater Horizon in the Gulf*

02:06PM 14  *of Mexico on April 20, 2010.*  Civil Action #12-968,

02:06PM 15  *Kip Plaisance, et al., v BP Exploration and Production,*

02:06PM 16  *Incorporated, et al.*  Civil Action #12-970, *Bon Secour*

02:06PM 17  *Fisheries, Incorporated, et al., v BP Exploration and*

02:06PM 18  *Production, Incorporated, et al.*

02:06PM 19        THE COURT:  All right.  We're here for a consideration

02:07PM 20  of the motion for conditional approval of the settlement class,

02:07PM 21  two settlement classes, one dealing with economic and property

02:07PM 22  damages, which is the subject of Civil Action #12-970, and the

02:07PM 23  second being the medical benefits class, Civil Action #12-968.

02:07PM 24              There are plaintiffs' motions in each case to

02:07PM 25  certify, again, conditionally certify a Rule 23 settlement

02:07PM 1    class and a joint motion by the PSC and BP for preliminary

02:07PM 2    approval of the proposed class action settlement.

02:07PM 3              Before we begin, I want to remind everyone,

02:07PM 4    just so there is no misunderstanding or misapprehension of why

02:07PM 5    we're here today, that this is not, I repeat, this is not a

02:08PM 6    final approval of anything.  This is only a very preliminary

02:08PM 7    stage of proceeding on forward with these proposed settlements.

02:08PM 8              I'll note that there have been a few filings

02:08PM 9    made by other parties, objections to the preliminary

02:08PM 10   consideration, motions for preliminary approval.  That's fine.

02:08PM 11   I'll note those for the record.  I'll certainly consider those.

02:08PM 12   But no one waives any rights by filing or not filing anything

02:08PM 13   here today or prior to today.

02:08PM 14             There will be plenty of time, if I give this

02:08PM 15   approval, for comments, for objections, for people to decide if

02:09PM 16   they want to stay in or opt out, because the earliest we would

02:09PM 17   be considering final approval of this under the proposed

02:09PM 18   schedule would be in early November.  So I wanted to say that

02:09PM 19   at the beginning so that hopefully we can keep this hearing on

02:09PM 20   track and not get off track, debating issues that really don't

02:09PM 21   have to be debated here today.

02:09PM 22             So who is going to go first?  The PSC?

02:09PM 23   Mr. Herman.

02:09PM 24             MR. HERMAN:  Yes, Your Honor.

02:09PM 25             THE COURT:  A large reason why we're having this, I

02:09PM  1    also should add this:  Ordinarily, ordinarily, this would have

02:09PM  2    been handled, this preliminary stage would be handled entirely

02:09PM  3    on paper.  That's the way these are normally done.  In fact,

02:09PM  4    I've been here almost 14 years now, and this is the very first

02:09PM  5    time I've ever had an in-court hearing on a motion for

02:09PM  6    preliminary approval of a class settlement.  So I'll just state

02:10PM  7    that I decided to do it mainly to allow the parties to the

02:10PM  8    settlement to make a public presentation and explanation of the

02:10PM  9    settlement for the benefit of the public and the press.  So

02:10PM 10    with that, Mr. Herman, you can proceed.

02:10PM 11         MR. HERMAN:  Thank you, Your Honor.  Good afternoon.

02:10PM 12    We're here today to present to the Court a fairly unique class

02:10PM 13    action settlement, actually two settlements.  But the economic

02:10PM 14    class in particular is fairly unique, because usually what

02:10PM 15    happens is you have the parties come together and they have a

02:10PM 16    class action settlement that's proposed to the Court and it

02:10PM 17    either does or doesn't get final approval.  It may or may not

02:10PM 18    be appealed, and the Court of Appeal may or may not uphold the

02:10PM 19    settlement.  If everything stands, at that point the benefits

02:10PM 20    will be distributed to the class members.

02:10PM 21         Here we have a different situation that is

02:10PM 22    somewhat unique.  Should the Court grant preliminary approval,

02:11PM 23    BP has agreed that people who are eligible to participate in

02:11PM 24    the benefits, who are class members and if they choose to, they

02:11PM 25    are not required to, they can wait and see if there is final

02:11PM 1   approval, they can opt out, they can object, they have many

02:11PM 2   options available.  But if they choose to participate in the

02:11PM 3   settlement, if they like the benefits and want to participate

02:11PM 4   in the settlement program, they can make claims and start to

02:11PM 5   receive payment in exchange for an individual release, even

02:11PM 6   prior to final approval by this Court and/or a court of appeal.

02:11PM 7   So that's a unique feature to this process.

02:11PM 8          I would also like to point out that there is an

02:11PM 9   automatic transfer for all the people that have already gone

02:11PM 10  through the process of submitting claims and documentation to

02:11PM 11  the GCCF.  All of that claims information is automatically

02:11PM 12  transferred, or will be, into the Court-supervised settlement

02:11PM 13  program.  People may want to or need to provide supplemental

02:12PM 14  information, depending on the nature of the claimant and the

02:12PM 15  claim, but they won't have to start over.  I thought that was

02:12PM 16  an important thing to point out.

02:12PM 17         In addition, in the event that for whatever

02:12PM 18  reason there isn't final approval and people are forced to

02:12PM 19  litigate on their own, if they make a claim in the

02:12PM 20  court-supervised settlement program which includes a sum

02:12PM 21  certain and any documentation, that would be deemed to have

02:12PM 22  satisfied the presentment requirements under OPA.

02:12PM 23         I also think it's important to point out that

02:12PM 24  BP will be managing a separate OPA claims process.  The purpose

02:12PM 25  of that is you may have people who might opt out of this

02:12PM 1    settlement.  There are certain OPA plaintiffs or claimants who

02:12PM 2    are not included in this settlement, and so they will need to

02:12PM 3    have a forum to present their OPA claims.

02:12PM 4              BP is setting that process up.  It's already

02:12PM 5    been approved by the Coast Guard.  Some have raised the issue

02:12PM 6    of interim payments.  Presumably that OPA process will have a

02:13PM 7    provision for interim payments and everything else to make it

02:13PM 8    compliant with the act.

02:13PM 9              I'm going to have Mr. Rice -- we're going to

02:13PM 10   have Mr. Rice go through the individual features of the

02:13PM 11   economic settlement.  One thing I just wanted to note at the

02:13PM 12   outset was, there are going to be expressly reserved claims,

02:13PM 13   which are reserved even to class members who are eligible for

02:13PM 14   the class.  One notable example of that is the moratorium,

02:13PM 15   so-called *moratorium claims*.  I just want to emphasize that

02:13PM 16   class members do not have to opt out of this class to pursue or

02:13PM 17   to preserve those claims.  They are automatically preserved and

02:13PM 18   reserved under the settlement.

02:13PM 19             A few housekeeping things.  There are some

02:13PM 20   trust agreements that are still being worked out.  Under the

02:13PM 21   settlement agreements, BP will make payments into two separate

02:13PM 22   settlement trusts.  They will be considered qualified

02:13PM 23   settlement funds under IRS regulations.  The claims

02:13PM 24   administrators, Mr. Juneau and Mr. Garretson, will serve as the

02:14PM 25   trustees.  The parties right now are working on finalizing and

02:14PM 1  working with the claims administrators to finalize these trust

02:14PM 2  agreements and will shortly be filing motions for approval.

02:14PM 3          I also wanted to point out to the Court that

02:14PM 4  there are going to be, within the next few days, some

02:14PM 5  submissions with respect to modifications to the draft proposed

02:14PM 6  preliminary approval orders.

02:14PM 7          First of all, as I mentioned, we need to have

02:14PM 8  the trust agreements approved by the Court.  That can be done

02:14PM 9  in the preliminary approval order or by separate order.  Also,

02:14PM 10  Your Honor indicated on April 23rd, that Your Honor didn't want

02:14PM 11  to consider BP's motion to adjourn the trial today, that that

02:14PM 12  will be considered separately.  So we need to separate that out

02:14PM 13  from the preliminary approval order.

02:14PM 14          There are some revisions to the notices based

02:14PM 15  on some suggestions by Judge Shushan, and we'll be submitting

02:14PM 16  those in short order.  There might be a couple other minor

02:14PM 17  tweaks.  Just one example that I know of off the top of my

02:14PM 18  head, we used some terms in the accountant reimbursement

02:15PM 19  section colloquially that are terms of art for CPAs, and CPAs

02:15PM 20  have raised to us some concerns, and we've worked with BP to

02:15PM 21  try to modify that language.  So there might be some other

02:15PM 22  minor tweaks.

02:15PM 23          With that introduction, I would like to

02:15PM 24  introduce Joe Rice, who can take the Court and the audience

02:15PM 25  through the economic settlement.

02:15PM 1          THE COURT:  All right.  Before you do that, I

02:15PM 2    overlooked, since you mentioned the claims administrator, I

02:15PM 3    want to introduce Mr. Patrick Juneau.  Pat, would you stand up.

02:15PM 4    Mr. Juneau is the court-appointed claims administrator under

02:15PM 5    the order that I previously issued, the interim order.  I know

02:15PM 6    most attorneys in the audience are probably well familiar with

02:15PM 7    Mr. Juneau.  He's an attorney from Lafayette with a tremendous

02:15PM 8    amount of experience and knowledge in this area.  The parties

02:16PM 9    jointly proposed him to the Court, and I was pleased to appoint

02:16PM 10   him for that role.  Thank you.

02:16PM 11         MR. JUNEAU:  Thank you, Your Honor.

02:16PM 12         THE COURT:  Thank you.

02:16PM 13         MR. RICE:  Good morning, Your Honor, Joe Rice.

02:16PM 14         THE COURT:  Good afternoon, Joe.

02:16PM 15         MR. RICE:  I guess it is afternoon.  It's been a long

02:16PM 16   day already, Judge.

02:16PM 17              Your Honor, it's my privilege on behalf of the

02:16PM 18   PSC and proposed class counsel to make the presentation today.

02:16PM 19   Mr. Fayard and I were involved from day one with these

02:16PM 20   negotiations and called upon a number of the members of the PSC

02:16PM 21   from time to time to get involved in different areas.

02:16PM 22              I would like to take the opportunity before I

02:16PM 23   get started to say that we wouldn't be here today if it wasn't

02:16PM 24   for the efforts of Magistrate Judge Shushan, so we want to

02:16PM 25   thank her again for her efforts.

02:16PM  1          THE COURT:  Yes, I could add to that.  I should have

02:16PM  2    added that, too, that the Court is well aware that the parties

02:17PM  3    had independently, on their own, begun seriously discussing the

02:17PM  4    settlement of some or all of the claims in this litigation

02:17PM  5    about a year ago, and I was well aware of that.  At some point

02:17PM  6    late last year, primarily because the trial of this case was

02:17PM  7    anticipated to be a bench trial, a nonjury trial, it was not

02:17PM  8    appropriate for me to personally get involved in those

02:17PM  9    settlement discussions, and I asked Judge Shushan to get

02:17PM 10    involved with you all, and she did.  She did her usual fine job

02:17PM 11    in terms of getting you all together, apparently.

02:17PM 12          MR. RICE:  She used force when necessary.  And

02:17PM 13    persuasion.

02:18PM 14          THE COURT:  Right.

02:18PM 15          MR. RICE:  Your Honor, I'm here today to present

02:18PM 16    information to the Court on the economic and property damages

02:18PM 17    settlement, and then Ms. Greenwald will present information on

02:18PM 18    the medical benefits settlement.

02:18PM 19              It's important to understand we have two

02:18PM 20    separate settlements that we're talking about today.  The first

02:18PM 21    is the economic and property damage settlement, one of the

02:18PM 22    keystones that remains under the jurisdiction of this Court

02:18PM 23    throughout the process.  As you noted already, Mr. Juneau has

02:18PM 24    been appointed claims administrator, and the key vendors that

02:18PM 25    have been brought in so far are the Garden City Group,

02:18PM 1    BrownGreer, Price Waterhouse, Postlewaite and Netterville and,

02:18PM 2    of course, Mr. Juneau may or may not decide to add additional

02:18PM 3    vendors as we go forward.

02:18PM 4              Now, it was very important to us that we

02:18PM 5    captured the data and the information and the experience in the

02:18PM 6    back room, so to speak, that Garden City and BrownGreer had had

02:18PM 7    the benefit of putting together.  While we changed all the

02:18PM 8    rules, having that back information allowed this to be a

02:19PM 9    seamless transaction, so that the claims people continue to be

02:19PM 10   processed and there was no gap in the process.  The medical

02:19PM 11   class will be Mr. Garretson's Resolution Group, and

02:19PM 12   Ms. Greenwald will speak more to that.

02:19PM 13             To give you sort of an overview, the economic

02:19PM 14   and property damage class breaks out into the economic loss

02:19PM 15   group, and in the economics you have businesses, you have

02:19PM 16   individuals, and then you have the Seafood Compensation

02:19PM 17   Program.

02:19PM 18             Then you have subsistence for individuals,

02:19PM 19   which we'll discuss.  We have the promotional funds, the

02:19PM 20   $57 million fund, that will be administered by Mr. Juneau that

02:19PM 21   we'll get into a little further.  Then we have the property

02:19PM 22   loss, and within the property loss you have the vessel physical

02:19PM 23   damage for boats, then you have the wetlands, the coastal area,

02:19PM 24   and if you have claims in the wetlands and coastal property,

02:19PM 25   then you have physical damage to personal property as well.

02:19PM 1   Then we have the realized sale that we'll discuss.  Then we

02:20PM 2   have the VoO components.

02:20PM 3           I think sort of the general principles of the

02:20PM 4   settlement is that one needs to determine if they've got class

02:20PM 5   membership.  Then they need to look at each of the damage

02:20PM 6   categories, which are exhibits to the settlement, to determine

02:20PM 7   if they have a claim in one or more of those categories.

02:20PM 8   Because an individual or business could have multiple claims

02:20PM 9   through this process.

02:20PM 10          They don't have to follow all those claims at

02:20PM 11  the same time, but once they accept money for one, they are in

02:20PM 12  for all of them.

02:20PM 13          After you determine whether you're in the

02:20PM 14  damage category, then it's important to determine your

02:20PM 15  geographical location, because your geographical location in

02:20PM 16  proximity to the Gulf waters is going to guide you in your

02:20PM 17  causation standard that applies to your settlement.

02:20PM 18          We also have zone maps that gives some

02:20PM 19  presumptions and some rules on causation, which we'll discuss.

02:21PM 20          If you don't have a presumption of causation,

02:21PM 21  then what we'll be looking for in the settlement process is a

02:21PM 22  percentage of loss from 2010, from your historic revenue.  Or

02:21PM 23  you may have some different ways of proving it.  We call it *the*

02:21PM 24  *customer mixed status versus specific contract cancellations*

02:21PM 25  and things of that nature.  This is just an overview.

02:21PM 1          Then you have guidance in the document as to

02:21PM 2     what documentation is needed to prove your loss and how your

02:21PM 3     compensation is calculated.  Then in most instances, you'll

02:21PM 4     have the application of what we refer to as *a risk transfer*

02:21PM 5     *premium*.  That's one of the general principles that will follow

02:21PM 6     us throughout this discussion.

02:21PM 7          When I talk about the geographical area, this

02:21PM 8     is the geographical area for the settlement.  I want to point

02:21PM 9     out that it runs from Key West all the way up the coast of

02:21PM 10    Florida, throughout the panhandle, the entire states of

02:22PM 11    Alabama, Mississippi, Louisiana, and over to Galveston, Texas.

02:22PM 12    So that's, when we talk about the Gulf Coast areas or the

02:22PM 13    geographical locations, it is -- those are the land-based

02:22PM 14    locations.

02:22PM 15         In addition, we will talk about the specified

02:22PM 16    waters of the Gulf or specified Gulf waters, and the blue area

02:22PM 17    indicates the areas of the Gulf itself that make up the class

02:22PM 18    geography.

02:22PM 19         Now, what an individual or business needs to

02:22PM 20    do, or class member, they need to determine if they lived in,

02:22PM 21    worked in, accepted work in, owned or leased property in, had a

02:22PM 22    vessel that was home ported in or landed catch in for the

02:22PM 23    seafood harvesting industry in the Gulf Coast area.  So that's

02:22PM 24    the geographical land-based areas.  Or they were involved with

02:22PM 25    the US waters of the Gulf of Mexico and all the adjacent waters

02:22PM 1   that run into the tidal areas of the states.  That's the two

02:23PM 2   key terms in looking at the geography of the settlement.

02:23PM 3           Then of course, the second thing is to

02:23PM 4   determine your class membership.  If you qualified

02:23PM 5   geographically, the thing is to look at the damage categories

02:23PM 6   to see if you meet one or more.  Only if their claims meet the

02:23PM 7   descriptions of one or more of the damage categories would they

02:23PM 8   be a class member.

02:23PM 9           These are the various damage categories that

02:23PM 10  are included in the class for individuals and entities.  The

02:23PM 11  economic seafood, I think they are pretty much

02:23PM 12  self-explanatory.  I'm going to break down and discuss each

02:23PM 13  element in some detail.  If Your Honor doesn't think I give you

02:23PM 14  enough detail, I can go as long as you want to go tonight and

02:23PM 15  talk about them.

02:23PM 16          Under the economic damage categories, we have

02:23PM 17  businesses, self-employed individuals, and then because one

02:23PM 18  shoe doesn't fit all claims, you have businesses that failed,

02:23PM 19  we have businesses that were starting up that had new markets,

02:24PM 20  we had failed startup businesses, we've got businesses with

02:24PM 21  multiple locations, we have the VoO charter payment with the

02:24PM 22  VoO contracts and the subsistence damage claims.

02:24PM 23          When we get to the property area, we have real

02:24PM 24  property sales, that's a separate damage category.  We have

02:24PM 25  coastal real property damage claims, which addresses the

02:24PM   1    impairment of the use of enjoyment of mainly the beach-front

02:24PM   2    areas and physical damage to personal property that may have

02:24PM   3    been involved there.

02:24PM   4              Then we have the same for the wetlands areas.

02:24PM   5    The wetlands areas is predominantly in the Louisiana area, but

02:24PM   6    there are also some wetlands areas in the other coastal parts

02:24PM   7    of the geography.

02:24PM   8              Then we have the vessel physical damage

02:24PM   9    component.

02:24PM  10              So we then turn to an individual, and basically

02:25PM  11    an individual claimant could have one or more claims as an

02:25PM  12    individual.  But an individual that can present their claim by

02:25PM  13    way of their tax documentation, and when we use benchmark

02:25PM  14    period, generally it's talking pre-spill period of time, and

02:25PM  15    the document has various definitions of benchmark, depending on

02:25PM  16    which damage category you're looking at.  Then they could have

02:25PM  17    pay period records if for some reason they don't have their tax

02:25PM  18    records available.  If they don't have tax records or pay

02:25PM  19    period records, then an individual can actually use earning

02:25PM  20    documentation, and then they can actually move again and use

02:25PM  21    the employer statement.

02:25PM  22              We also have individual periodic vendors and

02:25PM  23    festival vendors in the Louisiana area, in many of the coastal

02:25PM  24    areas, Key West.  There is a lot of festivals, a lot of

02:25PM  25    activities of that type, so we know there will be individuals

02:25PM  1    that might be a waitress during the week and then on weekends

02:26PM  2    they have crafts and all at festivals, so they could have

02:26PM  3    multiple claims in the individual context.

02:26PM  4         It is important to point out that in the

02:26PM  5    individual periodic vendors and the festival vendors, the

02:26PM  6    maximum amount that's available for compensation prior to the

02:26PM  7    application of the RTP for those vendors is $12,000 per

02:26PM  8    individual.

02:26PM  9         Now, the standard approach one needs to take

02:26PM 10    after they determine if they are a class member is they need to

02:26PM 11    look for causation, and then they need to look at each damage

02:26PM 12    category as to what documentation is required.  Then the

02:26PM 13    document shows how you calculate your compensation.  Then we

02:26PM 14    apply the risk transfer premium, if it's applicable.  After the

02:26PM 15    risk transfer premium is applied, so we take actual damages,

02:26PM 16    and after you apply the risk transfer premium, then if there

02:26PM 17    has been a previous cash payment made by BP or the GCCF for

02:27PM 18    that loss, then there is a cash-on-cash deduction or

02:27PM 19    cash-on-cash credit.

02:27PM 20         THE COURT:  Maybe you can do this later, but briefly

02:27PM 21    explain to everyone what is a risk transfer premium and how

02:27PM 22    it's going to apply and be calculated in the context of this

02:27PM 23    case.

02:27PM 24         MR. RICE:  Yes, sir.  I do have a slide that --

02:27PM 25         THE COURT:  Okay.  Okay.

02:27PM 1      MR. RICE:  Sure.  So we talk about causation.  So the

02:27PM 2  first thing I want to point out is there are geographic zones

02:27PM 3  that work closest to the water and then go inland and pretty

02:27PM 4  much cover everything south of I-10 going across the Gulf

02:27PM 5  States in one of these zones.

02:27PM 6      Seafood -- there is a definition of seafood,

02:27PM 7  primary seafood and secondary seafood in the document.

02:27PM 8  Definition of tourism, a detailed definition.  Basically, if

02:27PM 9  you are closest to the water and you were involved in the

02:27PM 10  seafood industry or the tourism industry, then you're going to

02:27PM 11  get a causation presumption.  The further you get away from the

02:27PM 12  water, the presumptions drop off but they stay with primary

02:28PM 13  seafood throughout the whole geographic area of this class.

02:28PM 14  Tourism stays for the Zone A and Zone B.  Then restaurants stay

02:28PM 15  for Zone A and Zone B.  Then you have to start looking at the

02:28PM 16  more detailed causation information if you get further away

02:28PM 17  from the water, further away from tourism or further away from

02:28PM 18  the seafood industry.

02:28PM 19      When I talk about looking for causation, if

02:28PM 20  you're not entitled to a presumption, what we're looking for is

02:28PM 21  a downturn in revenue, and we have percentage guidance.  Here

02:28PM 22  in Zone B, where the first percentage comes in, we're looking

02:28PM 23  for a drop in revenue during the spill period compared to the

02:28PM 24  benchmark period of eight and a half percent, and then some

02:28PM 25  return in the 2011 timeframe to say it was affected by the

02:28PM  1    spill.  It didn't have to come all the way back, but you
02:28PM  2    started back up.  The further you get away from the water, the
02:29PM  3    causation gets a little tougher under the legal standard that's
02:29PM  4    the Court's rules, so we're looking for a little more drop and
02:29PM  5    little more return.
02:29PM  6              But we understand everybody is not going to
02:29PM  7    have that V-test or modified bell-curve approach, so we have
02:29PM  8    modified a test that's available.  We have rules available for
02:29PM  9    people that only had a downturn and didn't have an up, and
02:29PM 10    there is a customer mix test and a few other causation
02:29PM 11    standards.  We can go into as much detail as Your Honor wants
02:29PM 12    to, but it's important in looking at each one of the damage
02:29PM 13    modules to look all the way through the causation standards,
02:29PM 14    because if you don't make it on the V-test, then you could very
02:29PM 15    well have causation met by the modified V-test or one of the
02:29PM 16    other examples or compensation methods that are available.
02:29PM 17              Benchmark years that we talk about, generally
02:29PM 18    speaking, are 2007, '08 and '09.  An individual or business can
02:30PM 19    generally use 2009 as their benchmark.  Or if they want to,
02:30PM 20    they can go back to 2008, but if you go back, you have to
02:30PM 21    average.  So you can't skip.  So you take 2009, you take '08
02:30PM 22    and '09, or you take '07, '08 and '09.  So you can average,
02:30PM 23    sort of blend out for a bad year/good year situation.  Then you
02:30PM 24    apply that in a comparison to the spill period of May through
02:30PM 25    December 2010.

02:30PM 1          Generally in the business concept, you can pick

02:30PM 2   three or more consecutive months.  You can pick any three

02:30PM 3   months, so if you had, you know, you had a good month in there,

02:30PM 4   that doesn't add in; that's one of the differences with what

02:30PM 5   the GCCF is doing, you had to add everything.  Here you can

02:30PM 6   pick the three months that you want to use or you can pick more

02:30PM 7   and compare it to your benchmark period.

02:30PM 8          Your Honor asked about the risk transfer

02:30PM 9   premium.  This is the concept that we use to provide an

02:30PM 10  enhancement to actual damages that had occurred.  It's a factor

02:31PM 11  multiplied by the compensation amount.  It accounts for the

02:31PM 12  risk of future injury, the risk of future oiling, uncertainty.

02:31PM 13  I've heard arguments about prejudgment interest, argument about

02:31PM 14  inconvenience, nuisance and other items that we all discussed

02:31PM 15  at the table that may or may not be applicable, so we ended up

02:31PM 16  with a concept of the risk transfer premium to take all of

02:31PM 17  those matters into consideration, including punitive damages.

02:31PM 18  That number then works as a multiplier.  So if someone has an

02:31PM 19  RTP of two, it is an effective multiplier of three.  This

02:31PM 20  example shows if you have a compensation amount of a hundred

02:31PM 21  thousand, then you calculate your RTP as two, two times a

02:31PM 22  hundred thousand, so the risk transfer premium itself is two

02:31PM 23  hundred thousand, and you add it back to the base compensation

02:31PM 24  to get to the three hundred thousand basis.

02:31PM 25          THE COURT:  An RTP of two doesn't mean two times your

02:32PM 1    base loss.  It's two times your base loss plus the base loss?

02:32PM 2         MR. RICE:  Yes, sir.

02:32PM 3              Now, I was very impressed with the local

02:32PM 4    newspaper because within 24 hours of this document being

02:32PM 5    public, they printed this chart.  It was good.  They did a very

02:32PM 6    good job of bringing this down to a very concise area, and I

02:32PM 7    thought it was important both to the Court and to us that it

02:32PM 8    was possible for someone to take this document, read it in a

02:32PM 9    fairly short period of time and understand it completely as to

02:32PM 10   how the RTP process worked.

02:32PM 11             It also was a good graphic as to how the

02:32PM 12   multipliers are -- the relationship as relates to the oyster

02:32PM 13   industry, the shrimp and seafood industry, the whole seafood

02:32PM 14   harvesting industry, down to other businesses, all the way

02:32PM 15   through.  So these are basically the RTPs that apply.  There is

02:33PM 16   an exhibit that has all the RTPs in the document.

02:33PM 17             Real estate sales losses, we talked about in

02:33PM 18   the property damage.  It's in the qualified zones, which are

02:33PM 19   the SCAT line zones of where the oil was actually found, east

02:33PM 20   and west, right on the water throughout the area of the class,

02:33PM 21   which basically starts in the panhandle and moves through

02:33PM 22   Louisiana.

02:33PM 23             What you're looking for is actual transfers of

02:33PM 24   property that occurred.  Under Your Honor's rulings, we

02:33PM 25   addressed the questions of stigma, but we recognize the rulings

02:33PM 1    of the Court, so what we dealt with was actually realized

02:33PM 2    losses.  So these are people that either had a contract to sell

02:33PM 3    a piece of residential property before the spill and subsequent

02:33PM 4    to the spill that contract went through but went through at a

02:33PM 5    lower price, or they tried to sell their house or their

02:34PM 6    residence after April 21st and we deemed that there was a

02:34PM 7    reduction in the sales price.

02:34PM 8            The way this works is a straight sales price

02:34PM 9    times twelve and a half percent.  It's a one-time transaction,

02:34PM 10   so there is no future risk involved, so there is no RTP that

02:34PM 11   applies.

02:34PM 12           So if an individual in the zone sold a

02:34PM 13   residence for $100,000, they would be entitled to an additional

02:34PM 14   $12,500 check by just filing their claim form, and no other

02:34PM 15   information is required other than the evidence of the contract

02:34PM 16   and the sale.

02:34PM 17           The coastal property damage, again, is for the

02:34PM 18   loss of the enjoyment and use of enjoyment of the property.

02:34PM 19   This is based on the tax-appraised value.  What we did is we

02:34PM 20   went and looked at all of the tax appraisals throughout the

02:34PM 21   Gulf Coast areas, of what assessment values were.  Florida had

02:34PM 22   a higher property tax than Mississippi, Alabama, Louisiana.  We

02:35PM 23   normalized it with a 1.18 factor.  So you take that

02:35PM 24   tax-appraised value, times your 1.18, then you get your

02:35PM 25   normalized value.  Then you get a percentage of that.  The

02:35PM 1    percentages vary, depending on whether or not your property was

02:35PM 2    in the area actually oiled or not oiled but came near you.

02:35PM 3                So those percentages varied from 30 to

02:35PM 4    45 percent.  There is an RTP of two, and the minimal payment is

02:35PM 5    $800.  So you would take that 800, take two and a half times

02:35PM 6    800, add those together and that would be your minimum payment.

02:35PM 7    Excuse me, the minimum of eight hundred -- 1,100 is the base

02:35PM 8    minimum.

02:35PM 9                THE COURT:  Explain briefly how that normalization

02:35PM 10   works.  The 1.18 percent.

02:36PM 11               MR. RICE:  It's a percent of the tax-assessed value.

02:36PM 12   So if you've got a property tax assessed property value of a

02:36PM 13   hundred thousand, you multiply that times 1.18.  Then you would

02:36PM 14   get a number.

02:36PM 15               THE COURT:  You multiply it by 1.18.

02:36PM 16               MR. RICE:  Percent.

02:36PM 17               THE COURT:  Percent.

02:36PM 18               MR. RICE:  Right.

02:36PM 19               THE COURT:  Okay.

02:36PM 20               MR. RICE:  1.18 percent.  Then you get that number, and

02:36PM 21   you'd multiply that by either the 30, 35, 40 or 45, depending

02:36PM 22   on where the property was, whether there was oil or not.  That

02:36PM 23   would be your base number.  Then you would apply the RTP.

02:36PM 24               THE COURT:  Okay.

02:36PM 25               MR. RICE:  Then if your base number is not equal to the

02:36PM  1   minimum, you apply the minimum.

02:36PM  2            In the wetlands, the wetlands presented

02:36PM  3   different issues because the wetlands properties, you have

02:36PM  4   mineral rights, you have erosion issues.  You have a lot of

02:36PM  5   other issues that came into play, so basically there we do a

02:36PM  6   calculation as to the mass of land that was involved.  We're

02:37PM  7   looking for linear feet on the water, and if it's oiled, we go

02:37PM  8   in 50 feet plus another 30 feet for a buffer.  If it was

02:37PM  9   non-oiled, you get into the 30-foot buffer.

02:37PM 10            You'd take these numbers on a per-acre basis,

02:37PM 11   and you determine the acre by lineage feet by the depth, and

02:37PM 12   then you apply the RTP.  Again, there is a minimum of $4,500

02:37PM 13   for non-oiled and 35,000 for oiled property per acre.

02:37PM 14            So if you have one acre of oiled property, then

02:37PM 15   you would get the 35,000 plus two and a half times 35,000, add

02:37PM 16   them together, and that would be your total compensation,

02:37PM 17   assuming you've gotten no previous cash payments.

02:37PM 18            Your Honor has heard arguments on the charter

02:37PM 19   contracts and the disputes that arose on the VoO contracts.

02:37PM 20   There is a provision in the settlement to offer settlement

02:37PM 21   resolution of those.  Basically we use the same size boat

02:38PM 22   determinations that were in the contracts that were used.  We

02:38PM 23   used the compensation that was in the contract.  If you were

02:38PM 24   ever called out to work and you actually went out and worked,

02:38PM 25   then you're in chart A, the VoO participants.  That's 26 days

02:38PM  1    of resolution for those contracts.  If you were never called

02:38PM  2    out, the calculation is based on three days.  So if you signed

02:38PM  3    a contract and you never went out, then you get paid for three

02:38PM  4    additional days.  If you signed a contract, went out for

02:38PM  5    one day, five days, twenty days, then you get 26 times the

02:38PM  6    daily rate that your boat was for.

02:38PM  7              Subsistence claims, this is for natural persons

02:38PM  8    who fish, hunt, really rely on that to support their families

02:38PM  9    and their family units.  This, you have to come in and show

02:39PM 10    where you were fishing and that you really used this to feed

02:39PM 11    your family and to help your family, which is under the

02:39PM 12    regulations of what subsistence is designed and defined to

02:39PM 13    mean.

02:39PM 14              So you have a copy of a fishing license, unless

02:39PM 15    there are some situations which you don't have to have a

02:39PM 16    fishing license for.  Identify the area to be sure it's in the

02:39PM 17    affected waters of the Gulf or the specified waters of the

02:39PM 18    Gulf.  File the claim form.  You give an affidavit.  There is a

02:39PM 19    provision where Mr. Juneau may request an interview of the

02:39PM 20    individual or he could send someone out.  If there is an

02:39PM 21    interview, the interviews are to take place in the geographic

02:39PM 22    location of the claimant.  If there is an interview to take

02:39PM 23    place and there is a question about communication, a language

02:39PM 24    situation, then there will be someone that speaks the language

02:39PM 25    of the claimant so that there is no issue of miscommunication

02:40PM 1    in that process.

02:40PM 2                   There is a cap of $10,000 for the base claim

02:40PM 3    for extended family.  Then again, you would apply the 2.25

02:40PM 4    multiplier to that and add it back to get the total subsistence

02:40PM 5    value in that situation.

02:40PM 6                   The Seafood Compensation Program.  No one has

02:40PM 7    to tell Your Honor how complicated the seafood industry is in

02:40PM 8    this area and how the different species are affected in

02:40PM 9    different ways.  So in the Seafood Compensation Program there

02:40PM 10   is a plan for oyster fisherman, boat owners, lease holders.

02:40PM 11   There is a plan for shrimp.  There is a plan for blue crab and

02:40PM 12   other seafood.  There is a plan for finfish.  Then there is a

02:40PM 13   plan for crew or individuals, and we'll discuss each of those

02:40PM 14   in some more detail.

02:40PM 15                   But basically overall the Seafood Compensation

02:41PM 16   Plan or Program is 2.3 billion dollars set aside for that.

02:41PM 17   1.9 billion will be initial distributions, and that was per the

02:41PM 18   determination of Mr. Perry, who you appointed as the neutral

02:41PM 19   overseer of the final negotiations of this program.  That was

02:41PM 20   determined by Mr. Perry in a bottoms-up process that the 1.9

02:41PM 21   billion in his estimation, based on the information given to

02:41PM 22   him and all the studies available, was fair and adequate

02:41PM 23   compensation.  So the process is set up to make that fair and

02:41PM 24   adequate compensation distribution initially of 1.9 billion.

02:41PM 25   An individual can file a claim now or a business can file a

02:41PM  1    claim now and be compensated now, except in Category 2 and 3

02:41PM  2    for individual seafood crew, which I will get to in a moment.

02:41PM  3    Those claims do have to wait to within 30 days of final

02:42PM  4    approval.  Then we'll talk about that in a moment.

02:42PM  5            There is a bar date in the seafood program.

02:42PM  6    It's the only bar date in the whole settlement process.  The

02:42PM  7    reason for that is to allow the additional money to be

02:42PM  8    determined, how much has been spent, and allow the additional

02:42PM  9    money to be paid out.

02:42PM 10            The secondary payment will be a pro rata

02:42PM 11    distribution among everybody that participated in the seafood

02:42PM 12    program.  The amount of that is going to be dependent upon how

02:42PM 13    much money was spent in the transition process for seafood

02:42PM 14    claims, what amount has been in the quick-pay process before

02:42PM 15    the May 7th date that Your Honor set for that.  It's going to

02:42PM 16    deal with how many claims come in and take in the 1.9.

02:42PM 17            Prior GCCF payments, we know that there has

02:42PM 18    been $770 million paid by the GCCF in what they classify as

02:42PM 19    *seafood*.  Until we get all of the data from GCCF, we're not

02:43PM 20    going to be able to match that up exactly.  But we believe a

02:43PM 21    large percentage of that 770 million is really going to be

02:43PM 22    additional money in the seafood program, which should push that

02:43PM 23    number up to a total compensation of between 2.3 and 3 billion,

02:43PM 24    depending on how much of it are claimants that would have

02:43PM 25    qualified.

02:43PM  1          Then we'll determine what happens in the

02:43PM  2   opt-out situation, and then there will be a secondary payment

02:43PM  3   to those people that participated.  Even those that got paid

02:43PM  4   now will be entitled to a pro rata distribution later, if there

02:43PM  5   is a second payment, which we fully expect there to be.

02:43PM  6          THE COURT:  In other words, that 2.3 billion is, I

02:43PM  7   guess you could call it, it's a guaranteed payment.  It will be

02:43PM  8   paid out, either as part of the initial distribution or the

02:43PM  9   later pro rata distribution?

02:43PM 10          MR. RICE:  Yes, sir, or to the extent money has been

02:43PM 11   spent in the transition process that BP does get a credit

02:44PM 12   against the 2.3 for transition payments that they paid after we

02:44PM 13   reached the settlement terms.  So there is some balancing, and

02:44PM 14   the opt-out process could have some balancing to it, depending

02:44PM 15   on what the opt-out situation is.  But generally speaking, yes,

02:44PM 16   it should all be paid out.

02:44PM 17          In each of the plans -- we have the seafood

02:44PM 18   program, and then when we talk about each of the species, we

02:44PM 19   refer to it as *the plan*.  So the shrimp plan deals with vessel

02:44PM 20   owners, commercial fisher vessel lessees and boat captains.

02:44PM 21   Oyster is the leasehold interest itself, the leasehold interest

02:44PM 22   income section, vessel owners and harvesters, vessel lessees,

02:44PM 23   or boat captains.

02:44PM 24          Finfish, same process.  Blue crab and other

02:44PM 25   seafood is the same process.  In the seafood crew, the seafood

02:44PM  1    crew is broken into three separate ways to get compensated.

02:45PM  2    The first is the traditional standard documentation of pay

02:45PM  3    period records or tax documentation.  But we believe there are

02:45PM  4    going to be people that are unable provide that, that do have

02:45PM  5    valid claims that deserve to be compensated.  So there is a

02:45PM  6    second way for an individual involved as a seafood crew to be

02:45PM  7    compensated and approve their loss, and that's by bringing

02:45PM  8    their employer forward by way of an affidavit and providing

02:45PM  9    information sufficient to calculate how much they would have

02:45PM 10    been paid, what they were paid, how they were paid.  Those

02:45PM 11    individuals are in what we call *Category 2* in the seafood crew

02:45PM 12    individual process.

02:45PM 13            Then we stepped back again and said there may

02:45PM 14    be people that were more transient, may not have a permanent

02:45PM 15    employee/employer relationship, and may not be able to bring

02:45PM 16    their employer forward.  But they worked on the ships and

02:45PM 17    worked on the vessels, they were involved in the industry.  So

02:45PM 18    there is a provision that allows someone to come forward with

02:46PM 19    their own affidavit and then two sponsors' affidavits to show

02:46PM 20    that they were in the Gulf working in the seafood industry

02:46PM 21    during the spill time and that they did incur losses, and they

02:46PM 22    will be allowed to come in on that kind of documentation.

02:46PM 23            Now, we recognize that when you come in with

02:46PM 24    less proof, you don't have your tax records, your pay period

02:46PM 25    records, there are some causation limitations and some

02:46PM 1    evidentiary limitations.  So the Category 2 group has a fund

02:46PM 2    within it of $80 million.  Category 3 has a fund within it of

02:46PM 3    $50 million.  No more than those two amounts can be paid out

02:46PM 4    under those categories.  That's why those categories are not

02:46PM 5    paid until the bar date, so we can determine the number of

02:46PM 6    people involved, so that those funds can be appropriately paid

02:47PM 7    out to those classified people.  To the extent that money is

02:47PM 8    not used, then it rolls back into the overflow or the secondary

02:47PM 9    payment.

02:47PM 10            But that's the reason that we had to have

02:47PM 11   the -- we could not process those cases at this time until we

02:47PM 12   know the volume of people and the amount of claims in there.

02:47PM 13            One of the things that we are aware of is that

02:47PM 14   if you look at the GCCF data, they have paid a large volume of

02:47PM 15   individuals that they classify as *deckhands* or *seafood crew*.

02:47PM 16   So we're not sure exactly what the volume of people are going

02:47PM 17   to be in that.  But if you take the number of vessels that are

02:47PM 18   licensed to fish in the Gulf and you take the average number of

02:47PM 19   crew to a vessel, they've paid a large percentage of those

02:47PM 20   people already, at least in part.  So until we get that data,

02:47PM 21   we're not going to know exactly but we feel pretty comfortable

02:47PM 22   that that $80 million and that $50 million fund will be more

02:47PM 23   than ample to pay all of the claimants that remain to be

02:48PM 24   compensated in that area.

02:48PM 25            So I want to drop back a minute to talk about

02:48PM 1   how we got to the 2.3 billion.  What we did is we looked at the

02:48PM 2   entire Gulf Coast region, the geographical region, and we

02:48PM 3   looked at the data that was available from the state

02:48PM 4   governments, the state wildlife departments, the state

02:48PM 5   fisheries, as well as NOAA, to determine the total revenue.

02:48PM 6   This is not profit.  This is what the product sold for as

02:48PM 7   reported by the governmental accounts that keep track of this

02:48PM 8   as to the total sales and total dollars, and these are in

02:48PM 9   millions for the whole Gulf area.

02:48PM 10              If you take from Galveston all the way around

02:48PM 11   to Key West, this is, for 2007 through 2009, these are the

02:48PM 12   average total revenue numbers.

02:48PM 13              THE COURT:  Per year.

02:48PM 14              MR. RICE:  Per year.  So this 476 million.  So now, if

02:49PM 15   you had --

02:49PM 16              THE COURT:  Excuse me, when you say this is what it

02:49PM 17   sold for, you mean at the dock.

02:49PM 18              MR. RICE:  At the dock.  At the dock.  This is where

02:49PM 19   the harvesters would have been paid, what the boat captain

02:49PM 20   would have been paid based on, what the crew would have been

02:49PM 21   paid based on, what the vessels would have been paid.

02:49PM 22              So we looked at that number, and in a long,

02:49PM 23   drawn-out negotiation over a long period of time, we determined

02:49PM 24   that the best way to handle the seafood was to take that, and

02:49PM 25   we got from 4.76 to 2.3.  Then we said, Okay, we paid that

02:49PM 1   multiple for that period of time.  So now how do we distribute

02:49PM 2   that money and how do we be sure that it works bottoms-up.

02:49PM 3   That's when Your Honor entered the order appointing Mr. Perry

02:49PM 4   to oversee and to determine the process that should be applied.

02:49PM 5   So he came in and worked with us on that.

02:50PM 6          Basically, if you look at what happened in

02:50PM 7   2010, you had about a $46 million drop in revenue at the docks.

02:50PM 8   You had some differences in volume and pricing because prices

02:50PM 9   went up, but we are talking about a revenue-based claim

02:50PM 10  process.

02:50PM 11         So what we actually had in revenue drop were

02:50PM 12  these percentages by species.  So Mr. Perry then took that, and

02:50PM 13  he looked at the averages, and this data has just become

02:50PM 14  available in the last month or so to us.  It was very timely

02:50PM 15  because we were also able to get from NOAA, through the

02:50PM 16  assistance of Judge Shushan, the 2011 data to show what had

02:50PM 17  happened in 2011.

02:50PM 18         I've highlighted 2011 to show Your Honor that

02:50PM 19  on the aggregate data, and it may vary from place to place, but

02:50PM 20  in the aggregate, that the losses, 2010 losses are not

02:51PM 21  repeating themselves across the board.  They still are down.

02:51PM 22  Oysters appears to be down further.  But the other species have

02:51PM 23  returned some.  We don't know how long for sure it will take to

02:51PM 24  return to normal.  We don't know all the risk factors.  We

02:51PM 25  won't know.  But we did not believe, in the situation that the

02:51PM 1    people find themselves in, they could wait 10 years like it

02:51PM 2    took in *Exxon Valdez* to resolve.

02:51PM 3         THE COURT:  20 years.

02:51PM 4         MR. RICE:  So we felt that this may not be

02:51PM 5    perfect-perfect, but it's something now for the people and so

02:51PM 6    they can get their businesses going and they can maintain their

02:51PM 7    boats and their businesses.  That's the model that was built.

02:51PM 8         So in each individual plan, be it shrimp or

02:52PM 9    oysters or finfish, we again look at historical revenue.  The

02:52PM 10   benchmarks do vary by species, and the available tools that you

02:52PM 11   can use to prove your loss do vary by species.  But generally,

02:52PM 12   you can use either the average of '07, '08 or '09, '08 and '09,

02:52PM 13   '07, '08 or '09.  In the oyster industry, we do require an

02:52PM 14   average because of the variances of three-year cycles generally

02:52PM 15   on harvesting the oysters.  So they use all three years.

02:52PM 16        Then that revenue is adjusted by a cost,

02:52PM 17   variable cost, nonlabor variable cost, because we're paying all

02:52PM 18   labor separately.  So we take the variable cost, nonlabor

02:52PM 19   variable cost, and that will range by species and it will range

02:52PM 20   by size of vessel, and that is your presumed revenue loss.

02:52PM 21   Then there is a sort of standards in each of the industries

02:52PM 22   about how the income is divided between the vessel owner or the

02:53PM 23   vessel lessee, the boat captain and the crew.  We apply

02:53PM 24   those -- *shares* is the term that's generally used in the

02:53PM 25   industry -- to determine what compensation each of those

02:53PM 1    categories get within the plan.  We apply the applicable RTP,

02:53PM 2    and again, if there has been any payments for those losses,

02:53PM 3    those payments are taken.  There are no VoO offset credits in

02:53PM 4    the seafood industry, but then that's determined in your final

02:53PM 5    compensation amount.

02:53PM 6         So if you get to an individual, in the

02:53PM 7    individual they can use their, if it's Category 1, they use

02:53PM 8    their tax returns.  If they show what their historical revenue

02:53PM 9    was, we assume a loss of 37 percent, and then we apply the RTP

02:53PM 10   to that.  If you're in the category that has the employer

02:53PM 11   statement, again, we assume 37 percent.  That's the $80 million

02:54PM 12   distribution, and there is a cap of $9,500 available in that

02:54PM 13   category per individual, which recognizes the question of

02:54PM 14   causation, a question of proof in the absence of tax records.

02:54PM 15        In Category 3, that's the one where the

02:54PM 16   individual comes in with his affidavit and two sponsor

02:54PM 17   statements that can verify the information in the affidavits.

02:54PM 18   They get a $5,000 fixed payment, but they do get participation

02:54PM 19   in the second payment, if there is a second payment, which we

02:54PM 20   fully expect there to be.

02:54PM 21        The compensation models or methods in each of

02:54PM 22   the shrimp plans or seafood plans basically looks for vessel

02:54PM 23   size.  In shrimp, we have what is called the *expedited model,*

02:54PM 24   which you can come in with a vessel, show the size of your

02:54PM 25   vessel, have -- show your historical revenue, and if you meet a

certain level of revenue as set forth in the document as a
qualified revenue, then you don't have to have any other proof
and you get the payment for the expedited model for the vessel
owner or for the boat captain.  Those already have the RTPs
applied to them.

Oyster leasehold is a per-acre value, depending
on your location.  That was location in relevance to where the
oil was for the longest period of time.

Individual fishing quotas, *IFQs* as they are
referred to, federal issued shares.  They have a market value.
They are actually tradable.  Someone that has that, it gives
them a right to catch so many pounds of each species.  There is
a fixed payment based on those quotas.  We were aware that many
of the crab fishermen lost a lot of traps when the waters were
closed, boats everywhere, cleaning up.  So there is a $7,500
payment in recognition of the loss of crab traps and cells and
lines and things.  No one would ever be able to prove exactly
how many they had or what they lost.  So we negotiated out to a
point that that's a $7,500 flat payment for each vessel.

Then you can also go with your trip tickets or
other documents like trip tickets because trip tickets aren't
uniform through all the states.  So you could have sales
documentation, you may have a combination of sales records and
trip tickets because you could land in -- you could leave
Louisiana, shrimp to the west, land in Mississippi that doesn't

have trip tickets, and you would have sales records for that catch.  Then you would shrimp your way back, land in Louisiana, and you would have trip tickets.  So it may be a combination of the two, or other documents that are available.

You would determine your revenue based on those trip tickets or you could use your tax returns.  Many of these businesses are -- harvesters and the boats operate as businesses and will have business tax returns or individual tax returns that can be used.

This is sort of a summary, Your Honor, as to where we ended up with this.  So on the left side, that's the average by species that I showed you a minute ago for the total revenue.  This is the estimate that -- how it will break down between owners, captains and crew.  Then you have the leaseholders, the crab traps, and the IFQs or the fishing quotas, those values.  Under the initial payment, the anticipated payout is 1,933,000,000.

Now, if the full 2.3 is paid out, again, without knowing the adjustments exactly what it will be for transition payments or for the opt-out adjustment, then you would have 2.3 billion paid out.  The numbers on the far right are the times total revenue, not loss but total revenue, that the seafood program pays out on a per-species basis.

You'll see that the way it works is the shrimp and oyster industries are basically the same on the harvest

02:58PM 1   side and the income production side.  Then you have the other

02:58PM 2   species.

02:58PM 3            I mentioned earlier that there was a formula

02:58PM 4   used to determine losses because what we're doing is we're

02:58PM 5   looking at history and then presuming the loss.  We're not

02:58PM 6   making people show what happened in 2010 because with the VoO

02:58PM 7   program, with other issues that people had about whether they

02:58PM 8   could or could not go into the waters and fish or shrimp at all

02:58PM 9   in 2010, we took history and we presumed losses.

02:59PM 10           Basically, in the shrimp industry we presumed

02:59PM 11  the 35 percent loss; oyster industry, 40 percent; finfish, 25;

02:59PM 12  blue crab, 35; and all other, 10 percent.  This, again, was

02:59PM 13  based on NOAA data and all of the information we could find

02:59PM 14  from our experts and BP's experts.  So these were negotiated

02:59PM 15  numbers, but Mr. Perry ultimately reached the decision on the

02:59PM 16  percentages.

02:59PM 17           The stakeholder splits are generally the

02:59PM 18  industry average.  The industry standards were split between

02:59PM 19  the vessel and the captain and the crew.  Then risk transfer

02:59PM 20  premiums obviously differ when you've got a vessel and you've

02:59PM 21  got, you know, a long-term investment in the property itself

02:59PM 22  get a little higher RTP.  The captain that may own the vessel,

02:59PM 23  he may get the RTP for the vessel share, and then he'll get RTP

03:00PM 24  for the captain's share.

03:00PM 25           So if I own the boat and I'm the captain, then

03:00PM 1   I would get the owner's share and the captain's share, and each

03:00PM 2   of those shares would be multiplied by the RTP to determine my

03:00PM 3   total compensation.

03:00PM 4          Crew, it was determined by Mr. Perry that crew,

03:00PM 5   they do have some alternative.  They are not paying off the two

03:00PM 6   hundred, three hundred thousand dollar boat or five hundred

03:00PM 7   thousand dollar boat or whatever, and they are not necessarily

03:00PM 8   tied to the industry as much because they have some more

03:00PM 9   transient process and more alternatives for employment.  So the

03:00PM 10  RTP is not as long for crew as it is for boat captains or

03:00PM 11  vessel owners.

03:00PM 12         I mentioned the expedited model a few minutes

03:00PM 13  ago.  In shrimp, I just wanted to show how it works.  So if I

03:00PM 14  own a 45- to 75-foot ice boat, shrimping boat, and I've

03:00PM 15  historically had a revenue of $90,000, and I'm the

03:01PM 16  owner/operator, including my RTP, then the payment would be

03:01PM 17  $431,000.  If you break it down for the vessel owner or the

03:01PM 18  vessel itself, it's 270, and then the boat captain would be

03:01PM 19  160.  That's the way the RTPs are already in these numbers.

03:01PM 20         We also set what we called a *reduced expedited*

03:01PM 21  *model*, which basically changes the revenue qualifications.

03:01PM 22  What this model was trying to do is to deal with people that

03:01PM 23  were full-time shrimpers or vessel owners or in the industry at

03:01PM 24  the levels of revenue and make it an expedited process for them

03:01PM 25  to be compensated as quickly as possible.

03:01PM 1          Because we used average numbers and NOAA data,

03:01PM 2     you couldn't do an expedited model for everybody, because

03:01PM 3     someone that has $5,000 revenue obviously wouldn't have losses

03:02PM 4     to justify a full expedited share loss.  So we set revenue

03:02PM 5     standards to show effort and time committed into the industry

03:02PM 6     and to the business itself.

03:02PM 7          Earlier we talked about the individuals, and

03:02PM 8     it's got additional questions about that, but I think that's

03:02PM 9     sort of a repeat on that.

03:02PM 10          Mr. Herman talked about *reserve claims*.  There

03:02PM 11     are certain industries that are excluded.  In Rule 23 we have

03:02PM 12     to look to commonality.  We have to look to cohesiveness and to

03:02PM 13     the ascertainability standards.  Therefore, there are some

03:02PM 14     businesses that were involved that may or may not have been

03:02PM 15     impacted by the spill, but at the same time they are very

03:02PM 16     closely connected to the overall economy, such as you're

03:03PM 17     talking about the banking industry, the mortgage industry.

03:03PM 18          During this period of time, there was such

03:03PM 19     upheaval in the mortgage industry, it's very difficult to come

03:03PM 20     up with causation standards that would work, that would meet

03:03PM 21     Rule 23.  So there are some businesses are excluded.  But if

03:03PM 22     you're an employee of those businesses, you have the right to

03:03PM 23     reserve that claim.  You may have another claim that's eligible

03:03PM 24     for compensation in one of the other damage categories, but

03:03PM 25     your economic loss related to employment with that excluded

03:03PM 1   entity is reserved.

03:03PM 2          THE COURT:  So even if you are a member of the class

03:03PM 3   and elect not to opt out because you have another claim, these

03:03PM 4   claims are reserved if you have any.

03:03PM 5          MR. RICE:  That's correct.  They will not be released.

03:03PM 6              In addition to that, bodily injury claims are

03:03PM 7   not impacted by the economic and property damage claim.

03:03PM 8   Ms. Greenwald will speak to the Medical Benefits Plan.

03:04PM 9   Mr. Herman referred to *moratoria losses*.  The definition of

03:04PM 10  moratoria loss is in the document.  For each, if you look at

03:04PM 11  it, all the definitions are found in Section 38 of the

03:04PM 12  document.  There is a lot of them.

03:04PM 13             Then the menhaden claims presented unique

03:04PM 14  issues that didn't fit within the seafood program.  We --

03:04PM 15  menhaden claims or pogey fish claims are reserved.

03:04PM 16             Punitive damages against Halliburton and

03:04PM 17  Transocean are obviously reserved.

03:04PM 18             Then the assigned claims that will be spoken to

03:04PM 19  by Mr. Roy in a few minutes are reserved.

03:04PM 20             I talk about excluded claims.  These people are

03:04PM 21  not in the class.  These claims are excluded from participation

03:04PM 22  in the class.  The state municipalities, the governments,

03:04PM 23  opt-outs, of course, the opt-out under the procedures, the

03:04PM 24  Court employees, which is standard under Rule 23.  BP and other

03:05PM 25  defendant employees are not eligible.

03:05PM 1              If you look at the others, banking industry,

03:05PM 2     funds, trust and financial vehicles, that's what I was

03:05PM 3     referring to as just very difficult to reach commonality within

03:05PM 4     this class of those folks.  That may not, you know, be the end

03:05PM 5     of the day, but we may talk to our friends at BP back at the

03:05PM 6     table and discuss a different way to handle those, but at this

03:05PM 7     time they are not in this class.

03:05PM 8              Defense contractors, their subcontractors, and

03:05PM 9     that's generally 50 percent of your income comes from the

03:05PM 10    defense industry.  Gambling institutions; the insurance

03:05PM 11    industry; the oil and gas industry; real estate developers

03:05PM 12    themselves; BP-branded fuels, which are under different

03:05PM 13    contracts with BP; and then, of course, at this time the GCCF

03:05PM 14    fully released claims are excluded from the class.

03:05PM 15             We understand that there are people that still

03:05PM 16    have issues that are before the Court concerning GCCF fully

03:06PM 17    released claims, but they are not part of this class and they

03:06PM 18    are expressly excluded, anyone that signed a full release.

03:06PM 19         THE COURT:  Just so there is no misunderstanding,

03:06PM 20    particularly for the benefit of the public and the press, when

03:06PM 21    you say that some category is excluded from this settlement,

03:06PM 22    that does not in any way mean they cannot pursue or continue to

03:06PM 23    pursue their claims in court or otherwise.

03:06PM 24         MR. RICE:  That's correct.

03:06PM 25         THE COURT:  They are just not affected by the

03:06PM  1    settlement one way or the other.

03:06PM  2             MR. RICE:  That's correct.  Nothing is intended to

03:06PM  3    affect their rights whatsoever.  They are just not eligible to

03:06PM  4    participate under this settlement agreement, under the terms of

03:06PM  5    this settlement.

03:06PM  6             THE COURT:  Right.

03:06PM  7             MR. RICE:  But they have all of their rights that they

03:06PM  8    have otherwise available to them.

03:06PM  9             We wanted to report to the Court sort of what

03:06PM 10    has happened in the transition process.  To date, there has

03:06PM 11    been $189 million paid out during the transition process.  I

03:07PM 12    think there are two interesting numbers up here, to my view.

03:07PM 13    The interim payments, one of the big complaints that we had

03:07PM 14    against the GCCF was the slowness of the interim payments or

03:07PM 15    the unavailability of interim payments.  But you can see on a

03:07PM 16    percentage basis, the transition process has paid a large

03:07PM 17    percentage of its total claims to be interim claims.

03:07PM 18             In addition, the 60 percent final payment is,

03:07PM 19    in effect, an interim payment because it's the 60 percent of

03:07PM 20    what you would have been offered.  Now you still have the right

03:07PM 21    to come to the class and go through the class to determine what

03:07PM 22    your compensation would be.  Then you may decide to take the

03:07PM 23    other 40 percent, you may take the class resolution, or you may

03:07PM 24    opt out and proceed under rights, and that would be treating

03:07PM 25    them as pure interim claims.

03:07PM  1          So I think in the volume of claims that have

03:07PM  2   been paid in the transition period, the true purpose of OPA, in

03:07PM  3   our view, has been met because more people are getting partial

03:08PM  4   help to look forward to what their total losses are.

03:08PM  5          One of the other issues that we've tried to

03:08PM  6   address is the right to appeal, and the transparency of what

03:08PM  7   the calculation was as to how your loss was determined.  So the

03:08PM  8   way the process works here is that when the claims

03:08PM  9   administrator makes a determination and gives you a

03:08PM 10   determination letter or an offer, you're entitled to see all

03:08PM 11   the calculations that were used to calculate your loss.

03:08PM 12          If you differ with them, there is an ability to

03:08PM 13   have interchange.  Then if you still differ with them, they

03:08PM 14   determine you were ineligible, you thought you were in one zone

03:08PM 15   versus another, you thought you should get a different RTP than

03:08PM 16   was applied, or whatever dispute you may have, each claimant

03:08PM 17   has the right to appeal.  If the amount of the appeal -- it

03:08PM 18   involves dollars -- if the amount of the appeal is less than a

03:09PM 19   million dollars, it's a single-panel member.  If it's over a

03:09PM 20   million dollars, it's a three-member panel board.

03:09PM 21          The document lays out the guidelines for the

03:09PM 22   panel members or at least one panel member to be from the

03:09PM 23   location of the claimant, so that we match up people that

03:09PM 24   understand the differences that may occur within the various

03:09PM 25   geographical areas to try to make it responsive to their

03:09PM 1    knowledge of the area and knowledge of the way business is

03:09PM 2    done.

03:09PM 3            BP also has rights to appeal on a claim of over

03:09PM 4    25,000.  There is a filing fee that's set up for an appeal.  Or

03:09PM 5    if the claimant doesn't want to pay the filing fee, they can

03:09PM 6    put five percent of their compensation at risk and appeal.

03:09PM 7            We felt that if you just had a right to appeal

03:09PM 8    without any filing fee, without any participation, skimming the

03:10PM 9    game, so to speak, it would be just a total, you know, second

03:10PM 10   look at the -- second bite at the apple situation.  So there

03:10PM 11   are some modest or mild filing fee payments required.  All of

03:10PM 12   the filing fees that are paid become part of the promotion

03:10PM 13   fund, so that that money, you pay a filing fee, since BP is

03:10PM 14   funding all the cost of administration, they would be funding

03:10PM 15   the cost of the appeal, they don't get a benefit of a filing

03:10PM 16   fee.  That filing fee goes over and is used to raise the amount

03:10PM 17   in the promotion fund.  That's currently at $57 million.

03:10PM 18           Then anyone that gets a decision by a panel

03:10PM 19   member has the right to seek review by the Court, and that's

03:10PM 20   within the Court's discretion.  I believe the standard that is

03:10PM 21   set is the same as if appealed from a decision by the

03:10PM 22   Magistrate.

03:10PM 23           If a claimant prevails on appeal, while there

03:10PM 24   is a five percent at-risk, there is also a five percent

03:11PM 25   increase if they prevail on their base compensation.

03:11PM 1           Generally -- again, generally speaking, in

03:11PM 2  order to make a claim to participate, you must file a claim

03:11PM 3  form.  As Mr. Herman said, we will have all the documentation

03:11PM 4  information that's already been sent to GCCF will be

03:11PM 5  transferred to the Court-supervised program, so you don't have

03:11PM 6  to resubmit that.  That will be there.  It will be available

03:11PM 7  for the evaluation.

03:11PM 8           If you receive payment, it is final.  You will

03:11PM 9  sign an individual release subject to what this Court does, and

03:11PM 10 any appellate court, as to whether or not the class is finally

03:11PM 11 approved.  Anyone that gets money signs an individual release.

03:11PM 12 They are final, regardless of what happens in the ultimate

03:11PM 13 decision of the courts.

03:11PM 14          I do want to point out that we recognize and

03:11PM 15 fully expect claimants will have multiple categories of losses,

03:12PM 16 and once a claimant receives a payment for a claim, they have

03:12PM 17 six months to file any additional claims they may have.  So

03:12PM 18 someone that's got a property damage realized sales loss, which

03:12PM 19 is going to be easy to get done quickly, they could get that

03:12PM 20 compensation now, and they have six months to put their

03:12PM 21 business loss or their individual loss, get their tax records,

03:12PM 22 get their business records together to file that claim.

03:12PM 23          We have established that the claimant program

03:12PM 24 will expire by the later of six months after effective date

03:12PM 25 final judgment or after all appeals or April 22, 2014.  Ample

03:12PM 1    time, we believe, for everyone to present their case.

03:12PM 2            THE COURT:  Whichever is later.

03:12PM 3            MR. RICE:  Whichever is later, yes, sir.

03:12PM 4            Mr. Herman mentioned this, but I wanted to

03:12PM 5    point out that economic class members with expired offers from

03:12PM 6    the GCCF to opt out of economic class shall be deemed to have

03:13PM 7    satisfied the presentment requirements, and regardless of

03:13PM 8    whether the agreement becomes effective or not, if you

03:13PM 9    submitted a claim with some documentation, maybe incomplete

03:13PM 10   documentation, but if you submitted a claim with some

03:13PM 11   documentation, then that will be deemed presentment.  So the

03:13PM 12   presentment issue that's before the Court for all class members

03:13PM 13   will be resolved through this process.

03:13PM 14           So sort of in summary, there is no cap on the

03:13PM 15   total settlement.  The Seafood Compensation Program does have a

03:13PM 16   $2.3 billion fund set aside.  Common benefit class counsel fees

03:13PM 17   and expenses are being paid by BP.  At the conclusion of the

03:13PM 18   negotiations of all essential terms and agreement, we presented

03:13PM 19   the Court with what we call a Bubble Wrap document so that it

03:13PM 20   was clear that everything was done.  We received permission

03:13PM 21   from the Court to have discussions about attorneys fees and

03:13PM 22   costs.  Those discussions were entered into.  BP has agreed to

03:14PM 23   pay all common benefit attorneys fees and costs to class

03:14PM 24   counsel.  The initial payment is $75 million, subject to the

03:14PM 25   Court's approval.  Then because the individual process carries

03:14PM 1  through while the Court has this under consideration or any

03:14PM 2  appeal, they also agreed to pay six percent of any payments

03:14PM 3  that are made during that process, up to a cap of $480 million,

03:14PM 4  with credit for the first 75.  Then, if there is finality, a

03:14PM 5  final finality of the court of highest decision in the case,

03:14PM 6  they agree to pay up to $600 million.  All subject to the

03:14PM 7  Court's approval.

03:14PM 8       THE COURT:  All subject to the Court's approval.  It's

03:14PM 9  important, I think, for people to understand:  In this proposed

03:14PM 10  settlement, the attorney's fees are being paid by, will be

03:14PM 11  paid, whatever the amount is, by BP over and above the amounts

03:15PM 12  that the claimants received.

03:15PM 13       MR. RICE:  That's correct.

03:15PM 14       THE COURT:  In other words, no attorneys fees will be

03:15PM 15  deducted from the members of the class who participated in the

03:15PM 16  settlement.

03:15PM 17       MR. RICE:  Not for common benefit work.

03:15PM 18       THE COURT:  For common benefit work.  Right.

03:15PM 19       MR. RICE:  Individual class members may have their

03:15PM 20  individual counsel, and there is nothing in this agreement that

03:15PM 21  interferes with that attorney/client relationship or any fee

03:15PM 22  contracts that any attorney may have with a plaintiff.  But for

03:15PM 23  the common benefit fee, that is correct.

03:15PM 24       THE COURT:  So if we have a pro se litigant, for

03:15PM 25  example, and we have a lot of them in this case, if they have

03:15PM 1    no attorney, they should get the full amount that they are

03:15PM 2    entitled to without any deductions for either expenses or

03:15PM 3    attorneys fees, right?

03:15PM 4         MR. RICE:  Yes, sir.  In addition to that, there is a

03:15PM 5    provision that they can be reimbursed for the accounting fees.

03:15PM 6    If they have to use an accountant to help them put the case

03:15PM 7    together, they would also, in addition to the compensation, be

03:15PM 8    reimbursed for those accounting fees.  There is a schedule of

03:15PM 9    fees that was established by the Postlewaite group that

03:16PM 10   represented it to be accurate and available in the Gulf Coast

03:16PM 11   area.

03:16PM 12        THE COURT:  I know you're about to get to it

03:16PM 13   apparently, but again, to make it absolutely clear, in a class

03:16PM 14   settlement of this particular, well, of any size but

03:16PM 15   particularly of this magnitude, there would be substantial

03:16PM 16   expenses connected with the notice program, first of all, then

03:16PM 17   the administration of the claims process and claims handling

03:16PM 18   and claims administration, BP has agreed to pay that on top,

03:16PM 19   again, of everything else.

03:16PM 20        MR. RICE:  That is correct.  Over and above any

03:16PM 21   compensation to individuals, BP is fully 100 percent

03:16PM 22   responsible for all operating costs in sort of a general

03:16PM 23   category for Mr. Juneau's entire operation, all of the vendors,

03:16PM 24   space they rented.  We anticipate there will be somewhere in

03:16PM 25   the neighborhood of a thousand people employed, give or take,

03:17PM 1    depending on the volume of claims.  All of that will be paid by

03:17PM 2    BP over and above the compensation that goes to claimants.  The

03:17PM 3    attorneys fees is separate from compensation that goes to

03:17PM 4    claimants.

03:17PM 5              And in addition, I believe the PSC has filed a

03:17PM 6    motion that Your Honor had issued a six percent holdback, and

03:17PM 7    we have filed a motion asking the Court for class members to --

03:17PM 8    they do not have the six percent holdback, and BP will step up

03:17PM 9    and pay that six percent, up to the caps and subject to the

03:17PM 10   Court's approval.

03:17PM 11             The notice program you spoke of will be

03:17PM 12   presented to the Court.  But the notice program generally will

03:17PM 13   be fully funded by BP, but there is sort of a supplemental

03:17PM 14   notice program here that will be under the guidance of the

03:17PM 15   class counsel PSC, subject, again, to the Court's approval of

03:17PM 16   the process.  That's got a separate budget of $5 million to

03:17PM 17   allow us to supplement what BP -- what the class notice will be

03:18PM 18   provided for.  The finalized, we wanted to be sure to get

03:18PM 19   information out accurately and completely throughout the

03:18PM 20   Gulf Coast areas to all potential class members.  We believe

03:18PM 21   that the funding and the notice program that Your Honor

03:18PM 22   subsequently will rule upon will allow us to do that.

03:18PM 23             We spoke of the $57 million promotion fund.

03:18PM 24   That's a program where businesses, festivals, fishing rodeos,

03:18PM 25   school areas, PTAs, whoever, could come in and seek a grant,

03:18PM 1   seek some compensation to allow them to do programs that

03:18PM 2   promote the economy, the seafood industry, the tourism industry

03:18PM 3   in the Gulf Coast areas.  That's got a $57 million initial

03:18PM 4   payment that is paid, a fund, on preliminary approval or

03:19PM 5   shortly after preliminary approval.  That will, again, go into

03:19PM 6   effect and be available for Mr. Juneau to start using.

03:19PM 7            There are some guidelines as to the amount that

03:19PM 8   any individual or one request can receive, and there is also

03:19PM 9   some guidelines concerning annual payments, so that that money

03:19PM 10  does last over a period of time, although I think it's in three

03:19PM 11  to five years is what it is projected to be over.

03:19PM 12           It's also important to understand that these --

03:19PM 13  all payments that are involved are guaranteed, not only by BP

03:19PM 14  North America, but also by BP PLC.

03:19PM 15           Your Honor, I think that's all I had planned,

03:19PM 16  but I'm available if Your Honor has questions.

03:19PM 17       THE COURT:  I don't have any more questions right now.

03:19PM 18  Who is up next?

03:19PM 19       MR. RICE:  I believe Mr. Roy, since he stood up first.

03:20PM 20       THE COURT:  Okay.  I guess he thinks he's next.

03:20PM 21       MR. ROY:  Good afternoon, Your Honor.  Jim Roy, interim

03:20PM 22  plaintiffs counsel, along with Steve Herman.  The settlement

03:20PM 23  negotiation was certainly ably led by our lead negotiators,

03:20PM 24  Mr. Fayard and Mr. Rice.  I think they will be the first to

03:20PM 25  tell you that we had three principles that would guide all

03:20PM 1    negotiations, and we believe the finished product delivers the

03:20PM 2    goods.

03:20PM 3              The first principle was whatever product we

03:20PM 4    came to the Court with had to be Court-supervised, so if

03:20PM 5    mistakes were made, the Court was in a position to review it

03:20PM 6    immediately, step in, correct it, make it right.

03:20PM 7              Secondly, it had to be transparent and

03:20PM 8    objective in application.

03:20PM 9              Third, it had to be claimant friendly.

03:20PM 10             Let's turn to the last one.  Section 4.3.7,

03:21PM 11   part of it is displayed up on the board, says, "The settlement

03:21PM 12   program, including the claims administrator and the claims

03:21PM 13   administration vendors, shall work with economic class members

03:21PM 14   to facilitate economic class members' assembly and submission

03:21PM 15   of claim forms, including all supporting documentation

03:21PM 16   necessary to process claim forms under the applicable claims

03:21PM 17   processes."

03:21PM 18             Stopping there for a moment, we believe that

03:21PM 19   philosophically this is a quantum shift from the GCCF.  I'm not

03:21PM 20   intending to be critical of the GCCF, but this is a different

03:21PM 21   approach.  A user-friendly approach.

03:21PM 22             The settlement program, as it is envisioned in

03:21PM 23   this agreement to be operated by Mr. Juneau, will use its best

03:21PM 24   efforts to provide economic class members with assistance,

03:21PM 25   information, opportunities and notice, so the economic class

03:22PM  1    member has the best opportunity to be determined eligible for

03:22PM  2    and receive settlement payments to which they are entitled

03:22PM  3    under the terms of the agreement.

03:22PM  4             BP agreed to this.  We think it's a very

03:22PM  5    important provision.

03:22PM  6             In that same line, Section 4.3.8 goes a step

03:22PM  7    further requiring the claims administration vendors, those

03:22PM  8    working for Mr. Juneau, shall evaluate and process the

03:22PM  9    information in the completed claim form and all supporting

03:22PM 10    documentation under the terms of the economic damage claim

03:22PM 11    process to produce the greatest economic damage compensation

03:22PM 12    amount that such information and supporting documentation

03:22PM 13    allows under the settlement agreement.

03:22PM 14             Once again, it's not going to be a case of,

03:22PM 15    Gotcha, you forgot something.  It's an affirmative obligation

03:22PM 16    of the Court-supervised settlement process to apply the

03:23PM 17    information in such a fashion as to maximize the recovery of

03:23PM 18    the claimant, even if they submitted it perhaps expecting less.

03:23PM 19             If, for example, the documentation reveals a

03:23PM 20    more favorable benchmark or compensation period, Mr. Juneau's

03:23PM 21    vendors are charged with spotting that, if it can be spotted

03:23PM 22    from the available information.

03:23PM 23             No special deals.  In line with objectivity and

03:23PM 24    transparency, anyone who has seen these settlement agreements

03:23PM 25    knows that each is probably in the neighborhood of three and a

03:23PM 1    half, four inches thick, depending on whether it's single paper

03:23PM 2    or double-sided copy.

03:23PM 3              And to avoid any aspersions, any suggestion

03:24PM 4    that special deals are being cut or special criteria are being

03:24PM 5    manufactured depending upon who you know or what your

03:24PM 6    occupation is, Section 4.3.7 of the economic settlement

03:24PM 7    agreement specifically says the criteria, documentation

03:24PM 8    approving compensation amount provisions of each of the claims

03:24PM 9    categories shall apply equally to all claimants, regardless of

03:24PM 10   whether they are proceeding individually, represented by

03:24PM 11   others, or proceeding as an assignee of an individual claim.

03:24PM 12             The real point here, Your Honor, is that over

03:24PM 13   the many months of this negotiation, a great deal of time was

03:24PM 14   put in to try to objectively quantify the relief of virtually

03:24PM 15   any given category of claimant.  We would respectfully submit

03:25PM 16   we've succeeded in that.

03:25PM 17             Claims denied by the GCCF will be fully and

03:25PM 18   fairly considered by the settlement program.  Section 4.4.9, an

03:25PM 19   economic class member who had a claim with the GCCF that was

03:25PM 20   rejected or denied for any reason will be treated just like any

03:25PM 21   other person coming into this settlement program for the first

03:25PM 22   time, and there will be no negative inference or presumption

03:25PM 23   that just because GCCF didn't pay them, that they are not

03:25PM 24   entitled to any payment.

03:25PM 25             Finally, let me talk briefly about two

03:25PM 1    provisions of the economic settlement.  The first is, BP's

03:25PM 2    first-party rights and basically their OPA subrogation rights

03:25PM 3    that were assigned to the economic settlement class.  The

03:26PM 4    second, an additional amount estimated to be somewhere in the

03:26PM 5    neighborhood of 140, 150 million, or so, that BP has separately

03:26PM 6    obligated itself to pay, conditioned upon its ability to

03:26PM 7    recover that amount separately and independently from

03:26PM 8    Transocean's insurers.

03:26PM 9         Let's talk about BP's first-party rights that

03:26PM 10   it assigned first.  Before I do that, let me clarify that in

03:26PM 11   the economic settlement class, any class member that accepts

03:26PM 12   money under this program must agree that any rights reserved

03:26PM 13   against Transocean and Halliburton are for punitive damages

03:27PM 14   only, plus, the enforcement of the assigned rights that we

03:27PM 15   speak of now, which can only be enforced by the class on behalf

03:27PM 16   of the class members.

03:27PM 17        So what are those first-party rights and what

03:27PM 18   is their potential value to the economic class?  Those first

03:27PM 19   party rights include:  Damages for repair, replacement, and

03:27PM 20   redrilling of the Macondo well; economic losses from the

03:27PM 21   Macondo well, including lost profits, lost hydrocarbons,

03:27PM 22   diminution of the value of the leasehold; the cost of the

03:27PM 23   control and cleanup operation; and BP's own independent

03:27PM 24   punitive damage claim that it may have, as well as yet

03:27PM 25   additional claims and rights that BP has against Transocean and

03:28PM 1   Halliburton.

03:28PM 2               So to the extent those rights are enforceable,

03:28PM 3   to the extent the assignment is held to be viable, then these

03:28PM 4   things could be worth substantial money to the settlement

03:28PM 5   class.

03:28PM 6               The second part of this is the obligation of BP

03:28PM 7   to pursue the recovery of monies that it or the GCCF have paid

03:28PM 8   out to Transocean's injured or deceased people, to pursue that

03:28PM 9   money that BP paid out, ostensibly with no obligation to do so

03:28PM 10  because of indemnity agreements, and to recover those monies,

03:28PM 11  approximately 140, 150 million, best guess today, directly from

03:29PM 12  Transocean's insurers.

03:29PM 13              The obligation that BP has is separately and

03:29PM 14  independently of that to pay an amount equal to what it can

03:29PM 15  recover over to the settlement class for which the Court would

03:29PM 16  presumably, at the appropriate time, appoint a neutral to

03:29PM 17  determine how it would be applied and allocated within the

03:29PM 18  class itself.

03:29PM 19              At this time, Your Honor, I would like to turn

03:29PM 20  the mic over to Robin Greenwald from New York, a member of our

03:29PM 21  Plaintiffs' Steering Committee, and also putative class

03:29PM 22  counsel, to explain the medical class.

03:29PM 23              THE COURT:  Very well.  Ms. Greenwald.

03:29PM 24              MS. GREENWALD:  Good afternoon, Your Honor.

03:30PM 25              THE COURT:  I assume you're well and fully recovered

03:30PM 1 from your accident that you had when we all started with this.

03:30PM 2    MS. GREENWALD:  I am.  I don't have to limp up here

03:30PM 3 with crutches this time.

03:30PM 4    THE COURT:  Okay.

03:30PM 5    MS. GREENWALD:  Your Honor, it's my privilege to be

03:30PM 6 here today to present a very brief summary of the medical

03:30PM 7 settlement.  Had to put together very few slides.  I can always

03:30PM 8 answer more questions, but before I start, I would really like

03:30PM 9 to say that while I'm up here speaking for our group, really,

03:30PM 10 every step of the way that I worked on this I worked on it with

03:30PM 11 Mr. Lundy, who is right back there, who was on the Plaintiffs'

03:30PM 12 Steering Committee, and Linda Edwards from Mr. Fayard's office,

03:30PM 13 and Fred Baker from Mr. Rice's office.  The four of us have

03:30PM 14 really worked for months and months, trying to put this

03:30PM 15 together.  Also with the defense group, who I'm sure

03:30PM 16 Mr. Godfrey will tell you about.

03:30PM 17    I also want to mention, it's on the first page,

03:31PM 18 it's not an accident that we call it *the Medical Benefits*

03:31PM 19 *Settlement Agreement*, because we really tried, in putting this

03:31PM 20 together, to have a guiding principle of having -- achieving

03:31PM 21 the greatest amount of good for the greatest number of people.

03:31PM 22 So that was sort of our guiding principle in putting this

03:31PM 23 together, and I'm going to walk through what the general

03:31PM 24 outline of the agreement is.

03:31PM 25    So there are basically four benefits to the

03:31PM 1    Medical Benefit Settlement Agreement.  The first one is a

03:31PM 2    compensatory part.  There is compensation, money payments for

03:31PM 3    either acute or chronic physical conditions that certain class

03:31PM 4    members experienced from their exposure to the oil and/or

03:31PM 5    COREXIT.  Again, all of these medical claims are non-explosion.

03:31PM 6    These are all people who were exposed to the oil following the

03:31PM 7    explosion.  I'll go through what those are.

03:31PM 8            THE COURT:  That's a good point to make.  None of this

03:32PM 9    applies to or would include people who were injured on the rig.

03:32PM 10           MS. GREENWALD:  Correct.  They are excluded from this.

03:32PM 11   Those injuries are not part of this settlement at all.

03:32PM 12           The second benefit of this settlement is a

03:32PM 13   long-term medical complication program, and I'll get into some

03:32PM 14   details about that.

03:32PM 15           The third is class members are not giving up

03:32PM 16   their right to sue BP if, heaven forbid, down the road they end

03:32PM 17   up with a later-manifested condition, something they don't have

03:32PM 18   now:  Leukemia, some other disease that they have.  They are

03:32PM 19   not giving up their right to sue BP for that disease down the

03:32PM 20   road.

03:32PM 21           Last but not least, there is this Gulf Region

03:32PM 22   Health Outreach Program, which is a fund, a $105 million fund

03:32PM 23   that is going to -- it's designed to improve healthcare

03:32PM 24   throughout the Gulf region that was most impacted by the oil

03:32PM 25   spill.

03:32PM 1          I would like to speak a little bit about who

03:32PM 2     our class members are.  There are basically three categories of

03:32PM 3     individuals.  The first are the cleanup workers.  Those are the

03:33PM 4     men and women who went out and tried to work with the cleanup

03:33PM 5     crews and BP and others, the Coast Guard, the government, to

03:33PM 6     recover as much oil as possible.

03:33PM 7          So they were the people who went out there and

03:33PM 8     laid boom, picked up dirty boom.  They laid the -- applied

03:33PM 9     dispersant to the water.  They were on land.  They were off --

03:33PM 10    they were on the water.  They removed tar balls.  They

03:33PM 11    recovered wildlife.  They really were involved in all of the

03:33PM 12    response activities.  We estimate there are over 90,000 such

03:33PM 13    workers that were involved in that.

03:33PM 14         All cleanup workers are part of this class.  By

03:33PM 15    way, they would be capped at April 16th, so if there are still

03:33PM 16    cleanup workers out there today who become exposed tomorrow,

03:33PM 17    they are not in this class.  So these are cleanup workers who

03:33PM 18    would have stopped working or were exposed before April 16th.

03:33PM 19         THE COURT:  They are not in the class, but again, that

03:34PM 20    doesn't prevent them from pursuing any claim that they might

03:34PM 21    otherwise have.

03:34PM 22         MS. GREENWALD:  Right.  Actually I probably misspoke

03:34PM 23    right now.  They may very well be class members because they

03:34PM 24    worked up until April 16th, but if they get injured tomorrow,

03:34PM 25    they are not giving up any rights in this settlement.  So I

03:34PM 1    actually misspoke when I said that.  They would be class

03:34PM 2    members.

03:34PM 3             The next category is residents of Zone A, what

03:34PM 4    we call *the beach areas*.  You heard Mr. Rice mention the SCAT

03:34PM 5    line.  Our Zone A residents are people who sort of live along

03:34PM 6    the SCAT line, the beach area --

03:34PM 7        THE COURT:  Remind me what is the SCAT line again.

03:34PM 8        MS. GREENWALD:  That's the line where the oil was found

03:34PM 9    or where people walked the beach where there was anticipated or

03:34PM 10   suspected oil.

03:34PM 11            So this is for residents of Zone A.  These are

03:34PM 12   people who lived within one-half mile of the beach area.  The

03:34PM 13   area starting around Grand Isle in Louisiana and they end at

03:34PM 14   Dog Island in Florida.  They run the coast.

03:34PM 15            Again, apropos to what you wanted to make sure

03:35PM 16   the public realized, if you live a mile from the beach, you are

03:35PM 17   not a Zone A resident unless you're in the wetlands.  I'll get

03:35PM 18   to Zone B in a moment.  But that doesn't mean that you don't

03:35PM 19   have a claim against BP; it just means you're not in this

03:35PM 20   class.

03:35PM 21            So again, for people who are in Zone A, they

03:35PM 22   had to have lived in Zone A for 60 days, sometime between

03:35PM 23   April 20, 2010, and September 30th, of 2010.  For Zone A

03:35PM 24   residents only, they have to have a physical -- manifested

03:35PM 25   physical condition to be part of the class.  I'll explain to

03:35PM 1    you in a bit what that is.  That's not true for cleanup

03:35PM 2    workers, and that's not true for Zone B residents.

03:35PM 3              So for the third class group are Zone B

03:35PM 4    residents.  Those are individuals who live in the wetlands

03:35PM 5    areas.  They also had to have resided in the zone for 60 days,

03:35PM 6    sometime between April 20, 2010, and through December 31st of

03:35PM 7    2010.  That runs from Vermilion Parish in Louisiana up to

03:36PM 8    Mobile, Alabama, County of Mobile.

03:36PM 9              Okay, so now what do these class members

03:36PM 10   receive under this settlement?  The first benefit, as I

03:36PM 11   mentioned in the first slide, is they get compensation for

03:36PM 12   specified physical conditions.  There are a list here.  I won't

03:36PM 13   read them.  They are up on the wall.  But I wanted to explain

03:36PM 14   to the Court that these are the types of conditions and

03:36PM 15   symptoms that are commonly experienced by people who had the

03:36PM 16   kind of exposure that the people, the cleanup workers and the

03:36PM 17   Zone A and Zone B residents had.  These are the common

03:36PM 18   reactions that people have to oil and COREXIT in the kind of

03:36PM 19   conditions, dermal and inhalation, that would have been

03:36PM 20   experienced by the workers or the close-by residents here.

03:36PM 21             Both sides, both BP and the plaintiffs, had

03:36PM 22   medical experts who we worked with all along the way.  In every

03:37PM 23   part of the negotiation, both this and what I'll get to in a

03:37PM 24   minute, which is the Periodic Medical Consultation Program, we

03:37PM 25   developed the list of conditions and the Periodic Medical

03:37PM 1   Consultation Program with very close guidance from our

03:37PM 2   respective medical experts.  We each had our own, and we worked

03:37PM 3   quite hard to do that.

03:37PM 4             In addition, I should also mention,

03:37PM 5   particularly for the acute conditions -- these are acute; I'll

03:37PM 6   get to chronic in a moment -- BP had some medical stations

03:37PM 7   along the way for cleanup workers.  They were not for

03:37PM 8   residents, but they were for cleanup workers.  They kept a

03:37PM 9   database.  They had actually several databases that kept a

03:37PM 10  record of the type of symptoms that people were coming to the

03:37PM 11  medical shacks complaining about -- the cleanup workers who

03:37PM 12  were out there -- feeling dizzy, nauseous, headaches, rashes.

03:37PM 13            The acute conditions that you see on this chart

03:37PM 14  are the very types of conditions that are almost -- probably --

03:37PM 15  I don't have an exact number, but probably 90-plus percent of

03:38PM 16  the complaints that were heard and seen by the BP medical

03:38PM 17  stations are the very acute conditions that are listed on this

03:38PM 18  sheet.

03:38PM 19            So again, these are the common reactions that

03:38PM 20  people were having to the oil for those who were exposed.

03:38PM 21            Now, there is also compensation for people who

03:38PM 22  have chronic conditions, so that the acute conditions are the

03:38PM 23  conditions where someone goes out, they are on the water, they

03:38PM 24  have a headache for a couple of days, and then it goes away.

03:38PM 25  The chronic conditions are people who had the condition and it

03:38PM 1    didn't go away, and they still have it today.  There is a much

03:38PM 2    finer, more narrow group of symptoms that are, again, common

03:38PM 3    for someone who may have been out there.  Those are listed

03:38PM 4    here.  That's ocular, and those would be people who actually

03:38PM 5    were sprayed in the eye.  They would still very possibly, if

03:38PM 6    that happened to them, be experiencing that condition today.

03:38PM 7         There are two types of respiratory conditions

03:38PM 8    that our medical experts say would be more common conditions

03:39PM 9    that one might still have today if they had sufficient exposure

03:39PM 10   at the time.  Again, these are compensated conditions for all

03:39PM 11   of the class members.

03:39PM 12        Dermal, those are two chronic conditions that

03:39PM 13   are more commonly seen from exposure to oil under these

03:39PM 14   circumstances.

03:39PM 15        So how does the compensation work for the

03:39PM 16   specified physical condition?  It's broken up.  You'll see

03:39PM 17   there is A for acute and then B for chronic.  I guess we should

03:39PM 18   have called it C, but we called it B.  The A-1 through 4, it's

03:39PM 19   dependent upon a couple of factors:  One is your status.  Are

03:39PM 20   you a cleanup worker or are you a resident?  Another one is

03:39PM 21   what kind of proof do you have?

03:39PM 22        So A-1 is for people who were exposed to the

03:39PM 23   oil, have an acute reaction.  It could be dermal.  It could be

03:39PM 24   a headache.  It could be any of the conditions we -- I showed

03:39PM 25   you on the prior slide, if they didn't go to a doctor.

03:40PM 1          So they need to submit an affidavit saying

03:40PM 2    that, I, if it's a resident, I was walking my dog along the

03:40PM 3    beach.  There were some tar balls on the beach.  I got a rash

03:40PM 4    on the bottom of my foot, or I had a headache when I did that.

03:40PM 5    They submit an affidavit.

03:40PM 6          Then that person also needs to have some

03:40PM 7    supporting documentation.  It could be a prescription for a

03:40PM 8    rash cream.  I guess it wouldn't -- you could go to the

03:40PM 9    drugstore and pick up a rash cream.  That would be supporting

03:40PM 10   documentation.  It could be a spouse, a child, a roommate that

03:40PM 11   says, Yes, I remember when Robin came back from the beach.  She

03:40PM 12   had red marks on her feet.  So they need some type of

03:40PM 13   corroboration.  Then the payment for those people is next to

03:40PM 14   that.  Again, the A-1 could be both a resident and a cleanup

03:40PM 15   worker.

03:40PM 16         For A-2, again, it could be a cleanup worker or

03:40PM 17   a resident.  These individuals have medical records to support

03:41PM 18   their declaration.  So these are individuals who not only had a

03:41PM 19   physical reaction to exposure to the oil, but they also sought

03:41PM 20   some type medical care for that, and they have medical records

03:41PM 21   to support that.

03:41PM 22         All of the categories from A-2 down, there is

03:41PM 23   an additional payment if the person was hospitalized overnight,

03:41PM 24   and that's on the bottom.

03:41PM 25         So A-3 is for cleanup workers only.  I

03:41PM 1   mentioned a couple of minutes ago that BP has this database of

03:41PM 2   individual workers who may have sought medical care during the

03:41PM 3   course of their work.  There were -- there are thousands and

03:41PM 4   thousands of entries on this database.  So for individuals who

03:41PM 5   were cleanup workers only, who became ill on the job and went

03:41PM 6   to one of these medic stations, they would be referenced in the

03:41PM 7   database.  If they have had a condition that was one of those

03:41PM 8   acute conditions that I had on that slide, they would be

03:41PM 9   compensated for that condition according to this matrix.

03:41PM 10          A-4 is also for cleanup workers only, but that

03:42PM 11  is for individuals who had heatstroke.  So those are people who

03:42PM 12  were out -- or heat exhaustion.  Those were for people who

03:42PM 13  didn't have one of the acute conditions that I showed you on

03:42PM 14  that other slide, but nevertheless they were working, they were

03:42PM 15  overcome by heat, and they were seen by the medic station, and

03:42PM 16  they were treated.  They are entitled to payment, although it's

03:42PM 17  not as specifically related to the oil as the acute conditions

03:42PM 18  that I have on the chart.

03:42PM 19          The last one, which is B-1, again, for A-3 and

03:42PM 20  A-4, if they are on the BP database for that condition, there

03:42PM 21  is an automatic payment.  They don't need medical records.

03:42PM 22  They don't need anything besides a declaration saying, I went

03:42PM 23  to the medic station, I was nauseous, I was throwing up, or

03:42PM 24  whatever.  Then you to go the database.  It shows that's what

03:42PM 25  the -- the person did come to the database and the person was

03:42PM 1    nauseous, whatever, and then there is that connection, and they

03:42PM 2    get compensation.

03:42PM 3            The last category is chronic.  Those are

03:42PM 4    people, again, I mentioned.  Those are people who still have

03:42PM 5    the physical condition today.  They need a doctor's -- they

03:43PM 6    need both a declaration and they need medical records to

03:43PM 7    support that they have that condition and that condition has

03:43PM 8    some link to their exposure to the oil.

03:43PM 9            Okay, so that's the compensation program.

03:43PM 10           The next benefit for -- of this medical

03:43PM 11   settlement is the Periodic Medical Consultation Program.  I

03:43PM 12   think that from my vantage point, and I know my colleagues who

03:43PM 13   worked on this, one of the aspects that we recognized when we

03:43PM 14   were working on this settlement is that many people who were

03:43PM 15   cleanup workers and non-cleanup workers did not have access to

03:43PM 16   healthcare.  So while they may not have been feeling very well,

03:43PM 17   they didn't have doctors, they didn't have insurance, and so

03:43PM 18   they couldn't go to a doctor.

03:43PM 19           And one of the things that people were talking

03:43PM 20   about is they are worried about their long-term issues.  They

03:43PM 21   wish they had more access.  So the Medical Consultation Program

03:43PM 22   is a program that we believe is a great benefit to all the

03:43PM 23   class members.  It is available, again, to all class members,

03:43PM 24   residents and cleanup workers alike.  It is a 21-year program

03:44PM 25   paid for by BP.  There is an initial examination at the

03:44PM 1   baseline, where they will have a full comprehensive exam.  It

03:44PM 2   will be medical, occupation, environmental history.  It will be

03:44PM 3   vision screening, certain bloodwork taken, urine, cardiac

03:44PM 4   tests.  There will be sort of a full baseline, and then they

03:44PM 5   can go back every three years for 21 years.  They will have

03:44PM 6   basically the same checkup every three -- the same -- I

03:44PM 7   shouldn't say checkup -- the same review every three years.

03:44PM 8   They will get the results of that, and there will be a

03:44PM 9   doctor-patient relationship developed in the course of that.

03:44PM 10           Our claims administrator, Mr. Garretson, is

03:44PM 11   going to be working with the claimants on these programs.  What

03:44PM 12   we were very concerned about is 21 years is a long time and

03:44PM 13   people can forget.  They can forget when their three years is

03:44PM 14   up, or they can forget the benefit altogether.  So what we've

03:44PM 15   worked out is that BP will make sure, through Mr. Garretson,

03:44PM 16   that every year the claimants are sent a letter telling them

03:45PM 17   when their next consultation program is up.  They will find a

03:45PM 18   facility within 25 miles of their home where they can get this

03:45PM 19   consultation program.  If there isn't one within 25 miles,

03:45PM 20   mileage will be paid over and above the 25 miles, so they can

03:45PM 21   get to -- they can still not have to pay too much money out of

03:45PM 22   pocket for gas to get to their consultation program.  Again,

03:45PM 23   there will be that ongoing communication with class members so

03:45PM 24   they remember and they take full advantage of this consultation

03:45PM 25   program.

03:45PM 1        So the third benefit is what we call *the*

03:45PM 2   *Back-End Litigation Option for later-manifested illness*.  I

03:45PM 3   mentioned before that unfortunately sometimes people feel

03:45PM 4   healthy today, they had an acute symptom, it's gone, but sadly

03:45PM 5   five, ten years from now they get sick.  If that happens to

03:45PM 6   someone and they believe, their doctor says that their illness

03:45PM 7   is caused by their exposure to their work on the oil spill or

03:46PM 8   having lived on the beach where the oil was washing up or

03:46PM 9   whatever the reason, they have not given up their right to sue

03:46PM 10  BP for that later-manifested illness.

03:46PM 11       There is a process set up for people in that

03:46PM 12  situation.  They file a Notice of Intent to Sue.  They can sue

03:46PM 13  BP, by the way, for compensatory damages but not for punitive

03:46PM 14  damages.  So they file a Notice of Intent to Sue.  BP has the

03:46PM 15  right to seek mediation before litigation.  So if BP seeks

03:46PM 16  mediation, there is mediation between BP and the claimant.

03:46PM 17       If that is successful, it never comes before

03:46PM 18  this Court.  If it's not successful, then the claimant has the

03:46PM 19  right to sue BP in the Eastern District of Louisiana.  BP has

03:46PM 20  agreed that at that trial it will not contest its liability for

03:46PM 21  the oil spill and it will not contest the fact of claimant's

03:46PM 22  exposure to oil.  What the plaintiff will have to prove is

03:46PM 23  basic causation.  They'll have to prove that their illness is

03:47PM 24  caused, in whole or part, from their exposure to the oil.

03:47PM 25       Now, in this context, a worker would have to

03:47PM 1   choose between filing a workers compensation claim and filing a

03:47PM 2   Back-End Litigation Option lawsuit.  As I mentioned before,

03:47PM 3   they would be only waiving punitive damages against BP, not

03:47PM 4   compensatory damages.

03:47PM 5            Finally, the last benefit of the medical

03:47PM 6   settlement is the Gulf Region Health Coverage Program.  This is

03:47PM 7   really designed -- this is not -- this is for all class

03:47PM 8   members, but it really is for the entire region of the Gulf

03:47PM 9   that was most impacted by the oil spill.  This is a grant

03:47PM 10  totalling $105 million that's intended to expand access to and

03:47PM 11  availability of healthcare services in the Gulf.  It's focused

03:47PM 12  on primary care, mental and behavioral health services and

03:47PM 13  other specialty services that right now are not available to an

03:48PM 14  awful lot of people in this area of the Gulf.

03:48PM 15           It goes from Louisiana -- the border of

03:48PM 16  Louisiana to the Florida panhandle.  It's a five-year program.

03:48PM 17  While it's funded for five years, one of the things that we

03:48PM 18  worked on, again, collaboratively is to try to put the money

03:48PM 19  into programs that would be sustainable beyond five years.

03:48PM 20           So we're looking to expand and improve

03:48PM 21  healthcare in federally qualified health centers that would

03:48PM 22  then be able to hopefully expand and continue to improve beyond

03:48PM 23  the five years.

03:48PM 24           So that -- and the other aspect of this is the

03:48PM 25  programs are integrated so that there is some overlap among the

03:48PM  1   four programs that are part of the Gulf Region Health Outreach

03:48PM  2   Program, so that as they build through this $105 million grant,

03:48PM  3   the hope is that they continue to build through their

03:48PM  4   universities, through their organizations, and that this will

03:49PM  5   be something that will improve the Gulf well beyond the five

03:49PM  6   years.

03:49PM  7           The participating institutions are:  The

03:49PM  8   Louisiana Public Health Institute, which is here in

03:49PM  9   New Orleans; Louisiana State University School of Psychiatry;

03:49PM 10   Tulane University; University of Southern Mississippi;

03:49PM 11   University of South Alabama; and University of West Florida.

03:49PM 12   Those universities and LPHI are working collaboratively to put

03:49PM 13   those projects together.  I've listed them here.

03:49PM 14           I'll tell you a little bit about them, just

03:49PM 15   sort of generally, in the next slide.  One goal is to expand

03:49PM 16   access to what they call *integrated high-quality sustainable*

03:49PM 17   *community-based primary care*, so that you can go to a health

03:49PM 18   center within your neighborhood.  They may not have all the

03:49PM 19   specialists you need, they may not have all the facilities that

03:49PM 20   one may need, but they would put together a network of people

03:49PM 21   so that when you go to one of these facilities, there would be

03:50PM 22   an understanding of what you need and how to get it to you in a

03:50PM 23   quick, meaningful fashion that is actually accessible to the

03:50PM 24   people who are most in need.

03:50PM 25           Also, in recognition of the fact that the oil

03:50PM 1     spill came on the heels of Katrina and other natural disasters

03:50PM 2     in the Gulf, there are short-term mental and behavioral health

03:50PM 3     needs right now for people in the Gulf.  So part of this

03:50PM 4     $105 million funding will go towards providing services during

03:50PM 5     the time period that it's going to take to get these other

03:50PM 6     health centers up and running.  So part of it is LSU and these

03:50PM 7     other universities are going to be working towards providing

03:50PM 8     some actual services for the next year or two as the rest of

03:50PM 9     the program starts to develop.

03:50PM 10              There is also a part of the program that

03:50PM 11    educates Gulf Coast health professionals on understanding

03:50PM 12    better environmental and environmental health issues that

03:50PM 13    frequently impact this area of the country.

03:50PM 14              And last but not least, it will train and

03:50PM 15    integrate community health workers across the Gulf Coast.

03:50PM 16    Following the *Exxon Valdez*, there is a professor at University

03:51PM 17    of South Alabama who put together a peer listening program

03:51PM 18    where you employ -- you train people in your community --

03:51PM 19    teachers, nurses, policemen -- to learn how to recognize

03:51PM 20    problems that people are having and help them find the access

03:51PM 21    they need to -- for a particular kind of other health or mental

03:51PM 22    health treatment and facilities.  So that is part of the

03:51PM 23    program is to help develop that.

03:51PM 24              Okay, so those are the benefits.  We have the

03:51PM 25    Garretson Resolution Group as our claims administrator.

03:51PM  1   Mr. Garretson is actually in here today.  Please stand up.

03:51PM  2   He's back there.  We have been working with him for the last

03:51PM  3   couple of months, trying to help understand some of the issues

03:51PM  4   that would be involved in our settlement.

03:51PM  5           He would be responsible, if he were approved by

03:52PM  6   the Court, for doing these primary roles.  He would be

03:52PM  7   processing claims for the PSC.  He would be actually processing

03:52PM  8   the claims that people put in for their acute or chronic

03:52PM  9   physical conditions, seeking payment for those.  He also, as I

03:52PM 10   mentioned when I was talking about the Periodic Medical

03:52PM 11   Consultation Program, he would be working with claimants to

03:52PM 12   help them find the facilities, tell them when their

03:52PM 13   appointments are up, make the appointments for them if they

03:52PM 14   need that, make sure that they are actually participating in

03:52PM 15   that program for the long haul.

03:52PM 16           He'll also be performing the administrative

03:52PM 17   functions that were involved in that outreach program that I

03:52PM 18   just mentioned.  He also is the person, his company, his staff

03:52PM 19   will also be administering the Back-End Litigation Option

03:52PM 20   process, setting up mediators for mediation and accepting the

03:52PM 21   Notices of Intent to Sue and making sure the parties are aware

03:52PM 22   of that.  Last but not least, he will be the trustee of the

03:52PM 23   qualified settlement fund.

03:53PM 24           On the last page, and then I will sit down

03:53PM 25   unless Your Honor has some questions, Mr. Garretson and his

03:53PM 1    Resolution Group have been working in this field for 14 years.

03:53PM 2    They worked on a number of large mass tort and complex class

03:53PM 3    action cases.  They also are specialists in lien resolution

03:53PM 4    issues, which, of course, are an issue for any type of medical

03:53PM 5    class settlement.  He's going to have offices, as well, in

03:53PM 6    New Orleans so that claimants can come and understand better

03:53PM 7    some of their rights and the benefits they have, and maybe they

03:53PM 8    have help with some of the claims forms.

03:53PM 9         That is the medical settlement.  If Your Honor

03:53PM 10   has some questions --

03:53PM 11        THE COURT:  I think Mr. Herman wanted to --

03:53PM 12        MS. GREENWALD:  I'm sorry, I did not mention the

03:53PM 13   library.  So part of the Gulf Region Health Outreach Program is

03:53PM 14   a library that will also be 21 years, the same length as the

03:53PM 15   Periodic Medical Consultation Program.  That will be on all the

03:54PM 16   documents and data from the BP oil spill.  Then publicly

03:54PM 17   available medical and health studies involving exposure to oil,

03:54PM 18   particularly focused on this oil spill, that all sorts of

03:54PM 19   documentation that people can go to will be an online library

03:54PM 20   available to anyone.

03:54PM 21        It will be maintained by the Garretson Group

03:54PM 22   but again paid for by BP.  BP will put all of its data that is

03:54PM 23   publicly available and all the data from the spill up there for

03:54PM 24   people to be able to access, which will be really critical and

03:54PM 25   very useful for people who suddenly have to invoke the Back-End

03:54PM 1   Litigation Option, because they will be able to go to that

03:54PM 2   library and actually get some of the evidence they may need,

03:54PM 3   for example, on where the oil was, and vis-a-vis where they

03:54PM 4   were working.  So that will be something that will greatly

03:54PM 5   enhance people who, down the road, may need to access

03:54PM 6   information from the spill.

03:54PM 7          THE COURT:  Thank you very much.

03:54PM 8          MS. GREENWALD:  Thank you, Your Honor.

03:55PM 9          MR. ROY:  Your Honor, just one more comment and then

03:55PM 10  I'm going to turn this over to Mr. Godfrey, lead counsel for

03:55PM 11  BP.  A couple observations:  First of all, as Mr. Rice said

03:55PM 12  earlier, Judge Shushan was a very good taskmaster and

03:55PM 13  choreographer in her role as mediator of this process, and for

03:55PM 14  that we certainly are grateful.

03:55PM 15          But it does take two to tango, as they say, and

03:55PM 16  we need to, at this time, I think, at least acknowledge

03:55PM 17  Mr. Neath, Godfrey, Holstein, Lennard and the other BP counsel

03:55PM 18  during this entire process conducted themselves with a

03:55PM 19  determination of a worthy adversary, yet, at the same time,

03:55PM 20  with the utmost of professionalism, without which this could

03:55PM 21  not have occurred.  For that, we're grateful and commend them

03:55PM 22  for that.

03:55PM 23          Your Honor, that concludes the presentation for

03:56PM 24  interim class counsel.  We certainly would ask the Court, urge

03:56PM 25  the Court to grant preliminary approval of the settlements,

03:56PM 1    conditional certification of the settlement classes,

03:56PM 2    appointment of class counsel, approval to issue the class

03:56PM 3    notice, set a date for the fairness hearing, and conditioned

03:56PM 4    upon the foregoing, to clarify the holdback order such as to

03:56PM 5    waive any holdback on class members receiving payments under

03:56PM 6    this Court-supervised program.

03:56PM 7              Thank you, Your Honor.

03:56PM 8         THE COURT:  All right.  Thank you.

03:56PM 9              Mr. Godfrey.

03:56PM 10        MR. GODFREY:  Thank you, Your Honor.  Good afternoon,

03:56PM 11   Your Honor.  Rick Godfrey for BP.

03:56PM 12             Let me begin by stating that we agree with the

03:56PM 13   Plaintiffs' Steering Committee that these two settlements are

03:56PM 14   comprehensive.  They are far-reaching.  They are designed to be

03:57PM 15   transparent and objective, and most importantly, they are

03:57PM 16   intended and designed to fairly and adequately compensate those

03:57PM 17   who were injured as a result of the oil spill in this tragic

03:57PM 18   casualty.

03:57PM 19             There is, however, an important context and

03:57PM 20   background to these two settlements.  From the very start, BP

03:57PM 21   has made clear that it will meet its obligations to the

03:57PM 22   citizens and communities in the Gulf Coast region, and it has

03:57PM 23   worked very hard to deliver on that commitment over the past

03:57PM 24   two years.

03:57PM 25             Mr. Roy referred to the assignment.  Over the

03:57PM  1   past two years, BP has spent over $22 billion to compensate

03:57PM  2   governmental entities, individuals, businesses and to engage in

03:57PM  3   response and cleanup in the Gulf Coast.  Much of that, most of

03:57PM  4   that has been assigned, to the extent that we can assign it, to

03:57PM  5   the PSC to pursue others who have responsibilities.

03:57PM  6           It is in that context and with that background

03:58PM  7   that these two proposed settlements provide the framework for

03:58PM  8   BP to continue to deliver on its commitment by offering those

03:58PM  9   adversely affected by the spill, to the extent they have not

03:58PM 10   been compensated, yet many billions of dollars more in

03:58PM 11   compensation, in full and fair compensation but without having

03:58PM 12   to wait, unlike other celebrated cases, *Cadiz*, *Valdez*, cases

03:58PM 13   that the Court is very familiar with.  This is full and fair

03:58PM 14   compensation offered now, plus an RTP, not years from now after

03:58PM 15   multiple trials, after multiple appeals, and after the events

03:58PM 16   are long in the distant memories of those who were injured.

03:58PM 17           The Plaintiffs' Steering Committee has asked

03:58PM 18   that I address not the terms of the settlement, which they have

03:58PM 19   ably done, but how we got here.  What are the legal standards

03:58PM 20   and how it is we got here.  The legal standards are very well

03:58PM 21   known.  They are precise.  They guide Your Honor in determining

03:59PM 22   what is and what is not relevant for the purposes of a two-step

03:59PM 23   settlement analysis and approval process.  The legal standards

03:59PM 24   are measured against a certain factual context:  How long were

03:59PM 25   the negotiations?  How intense were the negotiations?  What was

03:59PM 1    the status of discovery?  Was there a magistrate judge

03:59PM 2    involved?  Yes, Judge Shushan was involved.  I'll comment on

03:59PM 3    that in some detail in a little bit.

03:59PM 4              So let's start with facts that Judge Shushan

03:59PM 5    knows all too well:  The summary of how we got here, how long

03:59PM 6    it took.  We have two proposed class action settlements.  The

03:59PM 7    economic and property damages class and the medical benefit

03:59PM 8    class.  We have, therefore, two settlement negotiation teams.

03:59PM 9    On the BP side, Mr. Neath, the global head of litigation, and

03:59PM 10   myself.  We had a medical benefits team.  We had an economic

03:59PM 11   loss and real property team, approximately 25 lawyers working

03:59PM 12   around the clock for nearly a year.

03:59PM 13             There was more than 145 face-to-face meeting

04:00PM 14   dates for the economic and property damages class settlement

04:00PM 15   team.  I don't mean two-hour meetings.  I don't mean three-hour

04:00PM 16   meetings.  I mean meeting days.  On the days off, they were

04:00PM 17   working for the next day meetings.

04:00PM 18             Confidentiality was essential.  So we met in

04:00PM 19   eight cities in different locations in this country and

04:00PM 20   overseas.

04:00PM 21             It was in July of last year that Magistrate

04:00PM 22   Judge Shushan had the wise suggestion that we essentially

04:00PM 23   create settlement teams, which is what we did.  Starting on

04:00PM 24   August 1st, both sides had pure settlement teams, stopped the

04:00PM 25   litigation process for the settlement teams focusing solely

04:00PM  1    upon settlement.

04:00PM  2         The medical benefit team had 120 face-to-face

04:00PM  3    meetings separate and apart from the economic loss.  There were

04:00PM  4    numerous phone calls and WebEx conferences.  Magistrate

04:00PM  5    Judge Shushan actively oversaw the process.  When I say

04:00PM  6    *actively oversaw the process*, everyone who knows Magistrate

04:00PM  7    Judge Shushan knows that when Your Honor gives her assignment

04:00PM  8    or request, it is active, it is persistent, it is always

04:01PM  9    polite, it is always pleasant, but it is very, very intense.

04:01PM  10        We thank her for that because I'm not sure that

04:01PM  11   the brilliant job she did -- and I mean that with all

04:01PM  12   sincerity -- the brilliant job she did, I'm not sure that

04:01PM  13   without that we would be in a position to stand here today.

04:01PM  14   She oversaw the negotiation and entry into two very

04:01PM  15   comprehensive, far-reaching class action settlements that give

04:01PM  16   more money to more people in a short period of time than in any

04:01PM  17   case that I'm aware of on this magnitude.  She should be

04:01PM  18   thanked for that.

04:01PM  19        I should also say that at a critical stage, she

04:01PM  20   pulled out the heavy artillery.  She brought her 95-pound,

04:01PM  21   95-year-old mother to lunch with Mr. Rice and me to get on with

04:01PM  22   it and to stop fooling around.  A few hours later, we actually

04:01PM  23   made some serious progress.  I'm not sure which one of us was

04:01PM  24   more frightened by the event but it was successful.

04:01PM  25        The other context was the facts.  Your Honor

04:01PM 1     knows all too well how much discovery was done.  This case was

04:02PM 2     settled on the eve of trial, literally the eve of trial.  But

04:02PM 3     before that, we had the Marine Board of Investigation,

04:02PM 4     27 hearing days, 83 witnesses; the Presidential Commission

04:02PM 5     report; the Marine Board report in April of 2011 and August of

04:02PM 6     2011; the chief counsel's report; the National Academy of

04:02PM 7     Engineering report.  All of those facts that were developed and

04:02PM 8     known, this settlement was negotiated against the backdrop of a

04:02PM 9     complete understanding of the facts of the case.  Again, unlike

04:02PM 10    many settlements and, again, far more than the standards

04:02PM 11    require.

04:02PM 12            So it was against that backdrop that we asked

04:02PM 13    the question, What are the legal standards for today's hearing?

04:02PM 14    Because I think Your Honor was quite correct in your opening

04:02PM 15    remarks:  This not the time to hear and argue about objections.

04:02PM 16    The question is what are the standards, and they are very

04:02PM 17    narrow and precise.

04:02PM 18            The Court must determine only for purposes of

04:02PM 19    the granting of the motions today that the settlements appear

04:02PM 20    to be the product of serious, informed, noncollusive

04:02PM 21    negotiations; that they have no obvious deficiencies with

04:03PM 22    respect to the class members and the class, not non-class

04:03PM 23    members and not non-class member defendants; that they do not

04:03PM 24    improperly grant preferential treatment to class

04:03PM 25    representatives or class segments; and, that they fall within

04:03PM 1    the range of possible judicial approval.  Those are the four

04:03PM 2    standards.

04:03PM 3            They are a very preliminary determination.  It

04:03PM 4    is not a full-scale fairness hearing and is less stringent than

04:03PM 5    at the final fairness hearing.  The only question now is

04:03PM 6    whether the settlement is sufficiently fair, reasonable and

04:03PM 7    adequate to justify sending out notice so that people can make

04:03PM 8    an intelligent decision, and that's what we're asking the Court

04:03PM 9    to do today.

04:03PM 10           Let's talk about the economic and property

04:03PM 11   damages settlement as applied to the standards.  I think it is

04:03PM 12   an understatement to say that the settlement is the result of

04:03PM 13   extensive negotiations conducted at arm's length.  There could

04:03PM 14   be no suggestion of collusion.  Magistrate Judge Shushan was

04:04PM 15   there.  She was overseeing it, since November 18th,

04:04PM 16   particularly.  But the mere fact that we had worthy adversaries

04:04PM 17   who seldom agreed on everything, but when you look at those

04:04PM 18   settlement documents we filed, every single word, every single

04:04PM 19   comma, every single colon -- and we know that because we had

04:04PM 20   disagreements about what they meant sometimes -- were

04:04PM 21   negotiated many times for far longer than I had hoped, but they

04:04PM 22   were negotiated nonetheless.

04:04PM 23           There is no obvious deficiencies.  This is a

04:04PM 24   full-compensation cash settlement.  This is not a coupon

04:04PM 25   settlement.  This is not, You might get something later on

04:04PM 1   under certain circumstances.  This is a full-compensation cash

04:04PM 2   settlement.  It is comprehensive.  It covers the Gulf region.

04:04PM 3   The class process is supervised by Your Honor, Mr. Juneau and

04:04PM 4   Mr. Garretson, reporting to Your Honor, if Your Honor so

04:04PM 5   agrees.  It avoids years of delay inherent to complex

04:04PM 6   muti-phase, multidistrict litigation.

04:04PM 7           There are other benefits, as well, that Mr. Roy

04:04PM 8   and Mr. Rice have covered.

04:05PM 9           Third, the settlement does not improperly grant

04:05PM 10  preferential treatment.  To the contrary, it has unique

04:05PM 11  features that guarantee its fairness and adequacy in providing

04:05PM 12  meaningful benefits to class members.  These compensation

04:05PM 13  frameworks, which were negotiated heavily by Ms. Bloom on my

04:05PM 14  team and Mr. Rice, and Mr. Holstein and me and others, are

04:05PM 15  tailored for each category of damage.  We don't have some

04:05PM 16  general -- we have general principles applied to recognize

04:05PM 17  specific categories of claimants to ensure fairness.  There is

04:05PM 18  no special treatment for class representatives.

04:05PM 19          The risk transfer of premiums.  You get a

04:05PM 20  hundred percent of your provable damages plus a risk transfer

04:05PM 21  premium.  So a seafood program, for example:  Mr. Rice

04:05PM 22  commented that the entire revenue of the Gulf seafood industry

04:05PM 23  is 476 million.  2.3 billion plus the 700 million BP has

04:05PM 24  already spent is over six times the annual revenues of the

04:05PM 25  entire Gulf seafood region.  In terms of the lost profit, it is

04:06PM 1 over 70 times the lost profit, at least as reported today.  So

04:06PM 2 in terms of future concerns about future risk, the PSC, able

04:06PM 3 adversaries, advocated to take into account future risks, and

04:06PM 4 future risks, along with other factors, are being compensated

04:06PM 5 for.

04:06PM 6          The seafood compensation program was developed

04:06PM 7 and decided by a court-appointed neutral to ensure fairness,

04:06PM 8 both structurally and in terms of taking the soft objectives

04:06PM 9 into account.

04:06PM 10         And finally, once Your Honor begins with

04:06PM 11 preliminary approval and it gets up and running promptly under

04:06PM 12 Mr. Juneau, payments go out now.  We're not making people wait.

04:06PM 13 In most class settlements, in almost every class settlement

04:06PM 14 that I've ever been associated, payments come only after final

04:06PM 15 approval at the court of appeals.  Or certainly at the district

04:06PM 16 court.  Not here.

04:06PM 17         BP made a commitment to pay now and we will

04:06PM 18 fulfill that commitment, assuming Your Honor agrees with

04:06PM 19 preliminary approval.

04:06PM 20         Finally, the settlement benefits easily fall

04:07PM 21 within the broad range of possible judicial approval.  There is

04:07PM 22 litigation risk to both sides, the future factor, whether

04:07PM 23 someone can prove a hundred percent or not.  There is

04:07PM 24 litigation risk to both sides.  This settlement provides full

04:07PM 25 compensatory compensation now, plus RTPs for many, many class

04:07PM 1    members, and it's payable now in cash.

04:07PM 2              And, of course, the alternative, Your Honor

04:07PM 3    knows it better than I do:  A series of phased trials and a

04:07PM 4    series of phased appeals, and then a series of phased trials,

04:07PM 5    and it will take many, many years.  *Cadiz* took 16 and a half

04:07PM 6    years.  *Valdez* took 20 years.  I think this is a rather

04:07PM 7    superior alternative.

04:07PM 8              The medical benefits class, does it satisfy the

04:07PM 9    standards?  Again, Judge Shushan oversaw the settlement

04:07PM 10   negotiations.  In fact, the key terms, not the final agreement

04:07PM 11   but the key terms were negotiated in her office on a Friday

04:07PM 12   night with her engaging in shuttle diplomacy between her

04:07PM 13   library and her main conference room, between a group of us.

04:08PM 14   She was persistent.  It was, again, late hours.  I should add

04:08PM 15   that there were no hours with Judge Shushan.  It was not a

04:08PM 16   nine-to-five job.  She was there many nights till midnight with

04:08PM 17   us, and we thank her for it.

04:08PM 18             Second, the settlement has no obvious

04:08PM 19   deficiencies.  I think Ms. Greenwald said it very, very well.

04:08PM 20   She painted a very adequate picture of the scope of the

04:08PM 21   settlement.  It's an unusual settlement.  It provides benefits

04:08PM 22   for people who believe they were injured.  It's designed to

04:08PM 23   address those who think they have claims.  All class member

04:08PM 24   interests are aligned.  If you have a specified physical

04:08PM 25   condition and you can prove the base requirements, then you get

04:08PM 1    compensated for it.  Again, it avoids years inherent and delay

04:08PM 2    in complex litigation.

04:08PM 3            Does it improperly grant preferential treatment

04:08PM 4    to representatives or class segments?  No, it does not do that.

04:08PM 5    All class members, all of them are eligible.  All are eligible

04:08PM 6    for compensation.  All are eligible for the back-end litigation

04:08PM 7    opt-out.  They are all compensated based upon objective

04:08PM 8    factors.  They can read the factors and understand them, just

04:09PM 9    as the Court can and just as they were negotiated by the

04:09PM 10   Plaintiffs' Steering Committee on their behalf.

04:09PM 11           Finally, the settlement benefits easily fall

04:09PM 12   within the broad range of possible judicial approval.  The

04:09PM 13   specified physical conditions matrix provides compensation for

04:09PM 14   the various injuries.  That long list that Ms. Greenwald put up

04:09PM 15   a short a version of, they are specified there.  They are

04:09PM 16   divided.  It tells you what you have to do and what you get

04:09PM 17   paid if you can prove to Mr. Garretson and the claims

04:09PM 18   administrator, if you provide the necessary proof.

04:09PM 19           It preserves the rights of class members to

04:09PM 20   seek compensation for later-manifested physical injuries.

04:09PM 21   Injuries that have not manifested themselves today, that

04:09PM 22   perhaps show up, we hope not, but show up five years from now

04:09PM 23   or ten years from now.

04:09PM 24           Then we have the Periodic Medical Consultation

04:09PM 25   Program and the Gulf Region Health Outreach Program.  Novel

04:09PM 1   programs that were not offered in prior incidents such as this,

04:09PM 2   but programs that the Plaintiffs' Steering Committee bargained

04:09PM 3   hard for and that BP agreed to provide.

04:10PM 4           So based upon the narrow legal standards before

04:10PM 5   the Court, which is where we are today, we think that

04:10PM 6   preliminary approval of both settlements is warranted; each

04:10PM 7   settlement is a result of serious informed negotiations;

04:10PM 8   neither settlement has any obvious deficiencies as measured by

04:10PM 9   the relevant legal standards; neither settlement improperly

04:10PM 10  grants preferential treatment, to the contrary, they have

04:10PM 11  guarantees of fairness, transparency and adequacy; and, each

04:10PM 12  settlement is falling well within the range of possible

04:10PM 13  judicial approval.

04:10PM 14          As to objections, Your Honor is quite correct,

04:10PM 15  and I'll have a few more comments in a minute, that any

04:10PM 16  objections, the time for that is at the fairness hearing.  This

04:10PM 17  is the first time I've been -- it's actually the second; I

04:10PM 18  think the first one lasted about five minutes -- the first time

04:10PM 19  I've been in a preliminary approval hearing like this, because

04:10PM 20  usually it's done on the papers.  It's not done in open court.

04:10PM 21  So the narrow question before the Court is whether the

04:10PM 22  settlement should be preliminarily approved according to those

04:10PM 23  standards.

04:10PM 24          Let me spend a minute or two on the objections,

04:11PM 25  some of the objections that have been filed because I think

04:11PM 1   that I want to make a few comments on that.

04:11PM 2                    First, if preliminary approval is granted,

04:11PM 3   Your Honor -- as Your Honor well knows, better than I do --

04:11PM 4   will set an orderly process for providing anyone who is

04:11PM 5   interested and anyone who has legal standing that has the right

04:11PM 6   to object with the opportunity to either get additional terms

04:11PM 7   about the settlement or file an objection, to file an objection

04:11PM 8   to be heard at the hearing, to opt out or not opt out and

04:11PM 9   providing for resolution.  It's a two-step process:

04:11PM 10  Preliminary approval, give notice to the class, not delay the

04:11PM 11  implementation of the settlement, and then and only then hear

04:11PM 12  the objections.

04:11PM 13                   Now, there are -- there are some objections

04:11PM 14  that have been made, and I'm going to make three comments upon

04:11PM 15  those:  First, you have to be a class member to object to the

04:11PM 16  class.  If you're not a class member and you're excluded, you

04:11PM 17  have all your rights, whatever they are, but you have to be a

04:11PM 18  class member to object to your class, and some of the

04:11PM 19  objections that have been made are not made by class members.

04:12PM 20                   Second, if you are a defendant who wants to

04:12PM 21  make an objection, you have to be affected as a member

04:12PM 22  defendant of a class.  But the only defendant in this class is

04:12PM 23  BP, so again, there is a standing issue.

04:12PM 24                   And then third -- if you can turn to page 23,

04:12PM 25  please.  There is a geographical objection, which is raised by

04:12PM 1   a number of people, but I want to illustrate this for a

04:12PM 2   principle.  The case law says that it is perfectly reasonable

04:12PM 3   and not at all unfair or unadversarial for class counsel to

04:12PM 4   define the class in a way that, in their opinion, would lead to

04:12PM 5   the best recovery for the class.  Fairness does not require

04:12PM 6   class counsel to act on behalf of individuals not in the class,

04:12PM 7   even if at one time those individuals were included in a

04:12PM 8   pretrial class definition.  That's the law.  As long as their

04:12PM 9   rights are preserved, which they are, the objection that they

04:12PM 10  would like in is not a relevant objection either at a

04:12PM 11  preliminary or final fairness.  Mr. Rice commented on that very

04:13PM 12  well on why they weren't in.  There was multiple causation.  It

04:13PM 13  was not a cohesive issue.  There is much more we could say

04:13PM 14  about objections, but this is not the time or the place.  But I

04:13PM 15  merely wanted to illustrate the fact that these are matters

04:13PM 16  best left under the legal standards and under the precedents

04:13PM 17  for the final fairness hearing, not for the preliminary

04:13PM 18  approval hearing.

04:13PM 19          With that, Your Honor, I do have the answer to

04:13PM 20  your question, Well, what does SCAT mean?  When I first heard

04:13PM 21  it I was curious as well.  It means shoreline cleanup

04:13PM 22  assessment teams.  So SCAT for short.  I wonder whether they

04:13PM 23  could have chosen a better acronym.

04:13PM 24          But unless Your Honor has any further

04:13PM 25  questions, BP joins with the PSC, the Plaintiffs' Steering

04:13PM 1   Committee, and we ask very much that Your Honor approve the

04:13PM 2   settlement preliminarily, issue all this, and we can proceed

04:13PM 3   apace.

04:13PM 4            I would also like to close by thanking the PSC,

04:13PM 5   particularly Mr. Roy, Mr. Herman, Ms. Greenwald, Mr. Rice,

04:13PM 6   Mr. Fayard.  They were worthy adversaries.  This was a journey

04:14PM 7   that was unlike any I had ever been on, the 45 face-to-face

04:14PM 8   meetings.  I think next week we'll be talking to them by phone,

04:14PM 9   perhaps not meeting with them next week, so thank you very

04:14PM 10  much, Your Honor.

04:14PM 11            THE COURT:  All right.  Thank you.

04:14PM 12            All right.  As I said, I don't intend to get

04:14PM 13  into a legal argument here today about any of the objections

04:14PM 14  that have been filed or noted.  They are noted in the record.

04:14PM 15  I have read them and I will consider them.  I am not going to

04:14PM 16  issue a ruling here from the bench.  I know I want to issue a

04:14PM 17  written order, and I'll do that within the next several days or

04:14PM 18  a week or so.

04:14PM 19            But I do want to say that this has been a very

04:15PM 20  impressive effort on the part of counsel as assisted by

04:15PM 21  Judge Shushan in terms of getting to where you are today.  As

04:15PM 22  it's been noted and as the Court is well aware, in what some

04:15PM 23  think is a somewhat comparable case, the *Exxon Valdez* case in

04:15PM 24  Alaska that occurred in 1989, it wasn't until 2009, 20 years

04:15PM 25  later, that the U.S. Supreme Court, I believe, issued a ruling

04:15PM 1    on the last appeal.  I think there may have been some

04:15PM 2    litigation back in the district court after that.  I'm not

04:15PM 3    aware of what happened after that, but I'm sure there was

04:15PM 4    something else to totally wrap that up.  So that litigation

04:15PM 5    went on for 20 years.  I said at the very beginning to counsel

04:16PM 6    in this case that I did not intend for this case to go on for

04:16PM 7    20 years, certainly not with me in charge of it.

04:16PM 8            So I do greatly appreciate and commend the

04:16PM 9    effort, and I know what an effort you all put into this.  I

04:16PM 10   wasn't in any of the negotiations, but I was aware there were

04:16PM 11   serious and sustained and determined negotiations going on over

04:16PM 12   a long, long period of time.  Then of course, as we said, I was

04:16PM 13   aware that Judge Shushan had become involved because I'm the

04:16PM 14   one that asked her to become involved.

04:16PM 15           To get to where we are right now with this

04:16PM 16   being presented to the Court, as I said, is a very commendable

04:17PM 17   thing.  It's a very complex case.  It's a very complex

04:17PM 18   settlement obviously.  But again, I remind people that this is

04:17PM 19   just a starting point.  This is not the ending point in terms

04:17PM 20   of the Court determining whether to approve this settlement.

04:17PM 21           So if I issue an order giving preliminary

04:17PM 22   approval, which frankly, I'll state for the record, I'm leaning

04:17PM 23   in favor of doing, but I'm not going to do that from the bench

04:17PM 24   here today, but that will simply launch the ship, so to speak,

04:17PM 25   get this thing on its journey.  Because unless and until there

04:17PM 1    is preliminary approval, there can be no due process given to

04:17PM 2    the putative class members.  There can be no notice.  There has

04:18PM 3    to be formal notice.  There has to be a schedule of final

04:18PM 4    fairness hearing, an opportunity for appointment of class

04:18PM 5    representatives, opportunities for people to file formal

04:18PM 6    objections that can be briefed and considered by the Court

04:18PM 7    before any final approval hearing or at any final approval

04:18PM 8    hearing, an opportunity for people to opt out if they care to

04:18PM 9    do that after consideration.

04:18PM 10              So in any event, with that said, unless there

04:18PM 11   is somebody else who has to say anything here today, I'm going

04:18PM 12   to adjourn this hearing for this afternoon.

04:18PM 13              Sir?

04:18PM 14         UNIDENTIFIED SPEAKER:  May I approach, Your Honor?

04:18PM 15         THE COURT:  Who are you, sir?

04:18PM 16         UNIDENTIFIED SPEAKER:  It will only take a couple of

04:18PM 17   minutes.

04:18PM 18         THE COURT:  Come on up.  I'll give you one minute,

04:18PM 19   okay?

04:18PM 20         UNIDENTIFIED SPEAKER:  All right.

04:18PM 21         THE COURT:  We're not going to have an argument about

04:19PM 22   the case here today.

04:19PM 23         UNIDENTIFIED SPEAKER:  Someone forgot to tell you all

04:19PM 24   the facts.

04:19PM 25         THE COURT:  Well, we're not trying the case here today,

04:19PM  1    sir.

04:19PM  2              UNIDENTIFIED SPEAKER:  Sir --

04:19PM  3              THE COURT:  You'll have plenty of time to do that,

04:19PM  4    okay.  We're not fact finding here today.  Nobody is fact

04:19PM  5    finding here today.

04:19PM  6              UNIDENTIFIED SPEAKER:  I've got one question, sir.

04:19PM  7    They used dispersants all on our seabed.  That's what we need

04:19PM  8    to discuss.

04:19PM  9              THE COURT:  Okay.  All right.

04:19PM 10              UNIDENTIFIED SPEAKER:  They forgot to mention that.

04:19PM 11              THE COURT:  That's not what we're here to talk about

04:19PM 12    today, sir.  Thank you very much.

04:19PM 13                   Yes.

04:19PM 14              MR. REES:  Yes, Your Honor.  Samuel Rees.  I was

04:19PM 15    wondering if Your Honor would give us an opportunity to file

04:19PM 16    supplementals to our objections because we had a very short

04:19PM 17    time to prepare.  As to the preliminary hearing --

04:19PM 18              THE COURT:  Well, if you want to file anything, you had

04:19PM 19    better file it in the next day or two because I can't promise

04:19PM 20    you when I'm going to act, but I'm going to act quickly.

04:19PM 21                   Again, remember that this is only a preliminary

04:19PM 22    consideration of this.  I can't emphasize that enough.  The

04:19PM 23    standard is very different than on a final hearing.  There will

04:19PM 24    be months and months of opportunity to file objections, to

04:20PM 25    brief objections, for the other side to respond to objections,

04:20PM 1    for people to opt out and to attend the final fairness hearing.

04:20PM 2                    So take that into account when you're

04:20PM 3    considering what you want to do.  Again, I'm not -- well, I've

04:20PM 4    said enough.

04:20PM 5             MR. REES:  Thank you, Your Honor.

04:20PM 6             THE COURT:  Anybody else?  Okay.  Everyone have a good

04:20PM 7    day.

04:20PM 8             THE DEPUTY CLERK:  All rise.

9             (WHEREUPON, the proceedings at 4:20 p.m. were

10    concluded.)

11                         *    *    *

12

13                    REPORTER'S CERTIFICATE

14

15        I, Cathy Pepper, Certified Realtime Reporter, Registered
Merit Reporter, Certified Court Reporter of the State of
Louisiana, Official Court Reporter for the United States
16    District Court, Eastern District of Louisiana, do hereby
certify that the foregoing is a true and correct transcript, to
17    the best of my ability and understanding, from the record of
the proceedings in the above-entitled and numbered matter.

18

19                         s/Cathy Pepper
                         Cathy Pepper, CRR, RMR, CCR
20                         Certified Realtime Reporter
                         Registered Merit Reporter
21                         Official Court Reporter
                         United States District Court
22                         Cathy_Pepper@laed.uscourts.gov

23

24

25

# #

**#10-2179** [1] - 11:12
**#12-968** [2] - 11:14, 11:23
**#12-970** [2] - 11:16, 11:22

# $

**$10,000** [1] - 33:2
**$100,000** [1] - 29:13
**$105** [4] - 64:22, 75:10, 76:2, 77:4
**$12,000** [1] - 24:7
**$12,500** [1] - 29:14
**$189** [1] - 49:11
**$22** [1] - 82:1
**$4,500** [1] - 31:12
**$431,000** [1] - 45:17
**$46** [1] - 39:7
**$480** [1] - 54:3
**$5,000** [2] - 41:18, 46:3
**$50** [2] - 37:3, 37:22
**$57** [4] - 19:20, 51:17, 56:23, 57:3
**$600** [1] - 54:6
**$7,500** [2] - 42:15, 42:19
**$75** [1] - 53:24
**$770** [1] - 34:18
**$80** [2] - 37:2, 37:22, 41:11
**$800** [1] - 30:5
**$9,500** [1] - 41:12
**$90,000** [1] - 45:15

**'**

**'07** [3] - 26:22, 40:12, 40:13
**'08** [6] - 26:18, 26:21, 26:22, 40:12, 40:13
**'09** [6] - 26:18, 26:22, 40:12, 40:13

# 1

**1** [1] - 41:7
**1,100** [1] - 30:7
**1,933,000,000** [1] - 43:17
**1.18** [6] - 29:23, 29:24, 30:10, 30:13, 30:15, 30:20
**1.9** [4] - 33:17, 33:20,

33:24, 34:16
**10** [2] - 40:1, 44:12
**1-MD-2179** [1] - 1:7
**100** [3] - 3:8, 3:19, 55:21
**1000** [2] - 2:4, 8:13
**10003** [1] - 3:12
**1001** [1] - 8:10
**101** [1] - 4:11
**1018** [1] - 8:22
**11** [1] - 10:5
**1100** [2] - 3:4, 8:7
**120** [1] - 84:2
**1201** [1] - 7:11
**1221** [1] - 7:5
**1250** [1] - 5:4
**13** [1] - 10:6
**1300** [1] - 7:20
**1331** [1] - 7:14
**14** [2] - 13:4, 79:1
**140** [2] - 61:5, 62:11
**145** [1] - 83:13
**150** [2] - 61:5, 62:11
**16** [1] - 89:5
**160** [1] - 45:19
**1601** [1] - 2:12
**1615** [2] - 5:4, 7:20
**1665** [1] - 7:14
**16th** [3] - 65:15, 65:18, 65:24
**17** [2] - 10:7, 10:8
**1700** [1] - 7:11
**18th** [1] - 86:15
**1989** [1] - 94:24
**1st** [1] - 83:24

# 2

**2** [3] - 34:1, 36:11, 37:1
**2.25** [1] - 33:3
**2.3** [10] - 33:16, 34:23, 35:6, 35:12, 38:1, 38:25, 43:18, 43:21, 53:16, 87:23
**20** [9] - 1:6, 11:14, 40:3, 66:23, 67:6, 89:6, 94:24, 95:5, 95:7
**20004** [1] - 6:21
**20005** [1] - 6:10
**20006** [1] - 7:24
**20044** [1] - 5:14
**2007** [2] - 26:18, 38:11
**2008** [1] - 26:20
**2009** [2] - 26:19, 26:21, 38:11, 94:24
**2010** [12] - 1:6, 11:14, 20:22, 26:25, 39:7,

39:20, 44:6, 44:9, 66:23, 67:6, 67:7
**2011** [6] - 25:25, 39:16, 39:17, 39:18, 85:5, 85:6
**2012** [2] - 1:8, 11:2
**2014** [1] - 52:25
**202** [1] - 8:22
**2020** [1] - 7:23
**21** [3] - 73:5, 73:12, 79:14
**21-year** [1] - 72:24
**21st** [1] - 29:6
**22** [1] - 52:25
**23** [6] - 3:19, 11:25, 46:11, 46:21, 47:24, 92:24
**23(B)(3** [1] - 1:13
**233** [1] - 6:17
**23510** [1] - 2:5
**23rd** [1] - 16:10
**24** [1] - 28:4
**25** [7] - 1:8, 11:2, 44:11, 73:18, 73:19, 73:20, 83:11
**25,000** [1] - 51:4
**255** [1] - 3:16
**26** [2] - 31:25, 32:5
**2615** [1] - 2:16
**27** [1] - 85:4
**270** [1] - 45:18
**275** [1] - 2:19
**28** [1] - 4:18
**29464** [1] - 4:19
**29TH** [1] - 2:19
**2:00** [1] - 1:8

# 3

**3** [5] - 3:8, 34:1, 34:23, 37:2, 41:15
**30** [4] - 30:3, 30:21, 31:8, 34:3
**30-foot** [1] - 31:9
**300** [1] - 6:9
**30th** [1] - 66:23
**3102** [1] - 9:4
**316** [1] - 2:8
**31st** [1] - 67:6
**32502** [1] - 2:9
**33134** [1] - 3:16
**35** [3] - 30:21, 44:11, 44:12
**35,000** [3] - 31:13, 31:15
**3575** [1] - 8:17
**36013** [1] - 3:24
**36130** [1] - 4:22
**36604** [1] - 2:12

**3668** [1] - 1:19
**36TH** [1] - 8:6
**37** [2] - 41:9, 41:11
**3700** [1] - 8:10
**38** [1] - 47:11

# 4

**4** [2] - 3:8, 69:18
**4.3.7** [2] - 58:10, 60:6
**4.3.8** [1] - 59:6
**4.4.9** [1] - 60:18
**4.76** [1] - 38:25
**40** [3] - 30:21, 44:11, 49:23
**4000** [1] - 8:13
**4160** [1] - 3:23
**4310** [1] - 2:23
**435** [1] - 4:11
**45** [4] - 30:4, 30:21, 45:14, 94:7
**450** [1] - 5:9
**4500** [1] - 7:5
**476** [2] - 38:14, 87:23
**4:20** [1] - 98:9

# 5

**5** [1] - 56:16
**50** [2] - 31:8, 48:9
**500** [2] - 4:22, 9:5
**5000** [1] - 5:24
**501** [2] - 4:7, 6:13
**504** [1] - 9:6
**5395** [1] - 4:4
**5395** [1] - 5:9
**555** [1] - 6:21
**556** [1] - 1:20
**57** [1] - 10:9
**580** [1] - 8:17
**589-7779** [1] - 9:6

# 6

**60** [4] - 49:18, 49:19, 66:22, 67:5
**600** [2] - 2:8, 4:14
**601** [1] - 2:16
**60606** [1] - 6:17
**60654** [1] - 6:6
**62** [1] - 10:10
**655** [1] - 6:9

# 7

**70** [1] - 88:1

**700** [2] - 3:12, 87:23
**70037** [1] - 3:20
**701** [1] - 5:24
**70112** [2] - 5:5, 7:20
**70113** [1] - 1:24
**70130** [2] - 2:16, 4:15, 9:5
**70139** [1] - 5:25
**70163** [1] - 8:7
**70360** [1] - 4:11
**70502** [1] - 5:22
**70505** [1] - 8:23
**70601** [1] - 4:8
**70726** [1] - 4:4
**75** [1] - 54:4
**75-foot** [1] - 45:14
**75219** [1] - 3:4
**75270** [1] - 7:11
**7611** [1] - 5:14
**770** [1] - 34:21
**77002** [2] - 8:10, 8:14
**77006** [1] - 2:23
**77010** [2] - 7:6, 7:15
**77079** [1] - 6:14
**7800** [1] - 6:17
**78257** [1] - 4:9
**7th** [1] - 34:15
**7TH** [1] - 5:9

# 8

**80** [1] - 10:11
**800** [2] - 30:5, 30:6
**81** [1] - 10:12
**820** [1] - 1:23
**83** [1] - 85:4
**8397** [1] - 3:19

# 9

**90,000** [1] - 65:12
**90-plus** [1] - 68:15
**90068** [1] - 8:18
**94** [1] - 10:13
**94102** [1] - 5:10
**94111** [1] - 2:20
**95-pound** [1] - 84:20
**95-year-old** [1] - 84:21
**96** [1] - 10:14
**97** [1] - 10:15
**999** [1] - 2:4
**9TH** [1] - 4:14

# A

**A-1** [3] - 69:18, 69:22, 70:14

**A-2** [2] - 70:16, 70:22
**A-3** [2] - 70:25, 71:19
**A-4** [2] - 71:10, 71:20
**ability** [3] - 50:12, 61:6, 98:17
**able** [8] - 34:20, 36:15, 39:15, 42:17, 75:22, 79:24, 80:1, 88:2
**ably** [2] - 57:23, 82:19
**above-entitled** [1] - 98:17
**ABRAMSON** [1] - 2:14
**absence** [2] - 41:14
**absolutely** [1] - 55:13
**Academy** [1] - 85:6
**accept** [1] - 20:11
**accepted** [1] - 21:21
**accepting** [1] - 78:20
**accepts** [1] - 61:11
**access** [7] - 72:15, 72:21, 75:10, 76:16, 77:20, 79:24, 80:5
**accessible** [1] - 76:23
**accident** [2] - 63:1, 63:18
**according** [2] - 71:9, 91:22
**account** [3] - 88:3, 88:9, 98:2
**accountant** [2] - 16:18, 55:6
**accounting** [2] - 55:5, 55:8
**accounts** [2] - 27:11, 38:7
**accurate** [1] - 55:10
**accurately** [1] - 56:19
**achieving** [1] - 63:20
**acknowledge** [1] - 80:16
**acre** [5] - 31:10, 31:11, 31:13, 31:14, 42:6
**acronym** [1] - 93:23
**act** [4] - 15:8, 93:6, 97:20
**action** [6] - 12:2, 13:13, 13:16, 79:3, 83:6, 84:15
**Action** [4] - 11:14, 11:16, 11:22, 11:23
**ACTION** [1] - 1:7
**active** [1] - 84:8
**actively** [2] - 84:5, 84:6
**activities** [2] - 23:25, 65:12
**actual** [4] - 24:15, 27:10, 28:23, 77:8
**acute** [13] - 64:3, 68:5, 68:13, 68:17, 68:22,

**affidavit** [6] - 32:18, 36:8, 36:19, 41:16, 70:1, 70:5
**affidavits** [2] - 36:19, 41:17
**afternoon** [9] - 11:8, 11:10, 13:11, 17:14, 17:15, 57:21, 62:24, 81:10, 96:12
**aggregate** [2] - 39:19, 39:23
**ago** [4] - 18:5, 43:12, 45:13, 71:1
**agree** [3] - 54:6, 61:12, 81:12
**agreed** [8] - 13:23, 53:22, 54:2, 55:18, 59:4, 74:20, 86:17, 91:3
**agreement** [10] - 49:4, 53:8, 53:18, 54:20, 58:23, 59:3, 59:13, 60:7, 63:24, 89:10
**Agreement** [2] - 63:19, 64:1
**agreements** [6] - 15:20, 15:21, 16:2, 16:8, 59:24, 62:10
**agrees** [2] - 87:5, 88:18
**al** [4] - 11:15, 11:16, 11:17, 11:18
**AL** [3] - 2:12, 3:24, 4:22
**Alabama** [5] - 21:11, 29:22, 67:8, 76:11, 77:17
**ALABAMA** [1] - 4:21
**ALAN** [1] - 7:14
**Alaska** [1] - 94:24
**ALHAMBRA** [1] - 3:16
**aligned** [1] - 89:24
**alike** [1] - 72:24
**ALLEN** [2] - 3:22, 5:4
**allocated** [1] - 62:17
**allow** [6] - 13:7, 34:7, 34:8, 56:17, 56:22, 57:1
**allowed** [2] - 19:8, 36:22
**allows** [2] - 36:18, 59:13
**almost** [3] - 13:4, 68:14, 88:13
**ALSO** [1] - 8:25
**alternative** [4] - 45:5, 89:2, 89:7
**alternatives** [1] - 45:9
**altogether** [1] - 73:14
**America** [1] - 57:14

**AMERICA** [8] - 5:12, 5:16, 5:17, 5:18, 5:19, 5:21, 5:22, 6:12
**AMERICAN** [1] - 2:15
**amount** [20] - 17:8, 24:6, 27:11, 27:20, 34:12, 34:14, 37:12, 41:5, 50:17, 50:18, 51:16, 54:11, 55:1, 57:7, 59:12, 60:8, 61:4, 61:7, 62:14, 63:21
**amounts** [2] - 37:3, 54:11
**ample** [2] - 37:23, 52:25
**ANADARKO** [2] - 7:17, 7:18
**analysis** [1] - 82:23
**AND** [2] - 8:4, 8:16
**ANDREW** [3] - 6:4, 6:5, 6:20
**ANGELES** [1] - 8:18
**annual** [2] - 57:9, 87:24
**answer** [2] - 63:8, 93:19
**anticipate** [1] - 55:24
**anticipated** [3] - 18:7, 43:17, 66:9
**ANTONIO** [1] - 3:9
**apace** [1] - 94:3
**apart** [1] - 84:3
**Appeal** [1] - 13:18
**appeal** [13] - 14:6, 50:6, 50:17, 50:18, 51:3, 51:4, 51:6, 51:7, 51:15, 51:23, 54:2, 95:1
**appealed** [2] - 13:18, 51:21
**appeals** [4] - 52:25, 82:15, 88:15, 89:4
**appear** [1] - 85:19
**APPEARANCES** [9] - 1:16, 2:1, 3:1, 4:1, 5:1, 6:1, 7:1, 8:1, 9:1
**appellate** [1] - 52:10
**apple** [1] - 51:10
**applicable** [4] - 24:14, 27:15, 41:1, 58:16
**application** [3] - 21:4, 24:7, 58:8
**applied** [8] - 24:15, 39:4, 42:5, 50:16, 62:17, 65:8, 86:11, 87:16
**applies** [3] - 20:17, 29:11, 64:9

**apply** [14] - 24:14, 24:16, 24:22, 26:24, 28:15, 30:23, 31:1, 31:12, 33:3, 40:23, 41:1, 41:9, 59:16, 60:9
**appoint** [2] - 17:9, 62:16
**appointed** [4] - 17:4, 18:24, 33:18, 88:7
**APPOINTED** [1] - 8:20
**appointing** [1] - 39:3
**appointment** [2] - 81:2, 96:4
**appointments** [2] - 78:13
**appraisals** [1] - 29:20
**appraised** [2] - 29:19, 29:24
**appreciate** [1] - 95:8
**approach** [5] - 24:9, 26:7, 58:21, 96:14
**appropriate** [2] - 18:8, 62:16
**appropriately** [1] - 37:6
**approval** [43] - 11:20, 12:2, 12:6, 12:10, 12:15, 12:17, 13:6, 13:17, 13:22, 14:1, 14:6, 14:18, 16:2, 16:6, 16:9, 16:13, 34:4, 53:25, 54:7, 54:8, 56:10, 56:15, 57:4, 57:5, 80:25, 81:2, 82:23, 86:1, 88:11, 88:15, 88:19, 88:21, 90:12, 91:6, 91:13, 91:19, 92:2, 92:10, 93:18, 95:22, 96:1, 96:7
**approve** [3] - 36:7, 94:1, 95:20
**approved** [2] - 15:5, 16:8, 52:11, 78:5, 91:22
**approving** [1] - 60:8
**April** [10] - 11:14, 16:10, 29:6, 52:25, 65:15, 65:18, 65:24, 66:23, 67:6, 85:5
**APRIL** [3] - 1:6, 1:8, 11:2
**apropos** [1] - 66:15
**area** [24] - 17:8, 19:23, 21:7, 21:8, 21:16, 21:23, 22:23, 23:5, 23:23, 25:13, 28:6, 28:20, 30:2, 32:16, 33:8, 37:24, 38:9,

3

51:1, 55:11, 66:6, 66:12, 66:13, 75:14, 77:13
**areas** [17] - 17:21, 21:12, 21:17, 21:24, 22:1, 23:2, 23:4, 23:5, 23:6, 23:24, 29:21, 50:25, 56:20, 56:25, 57:3, 66:4, 67:5
**argue** [1] - 85:15
**argument** [3] - 27:13, 94:13, 96:21
**arguments** [2] - 27:13, 31:18
**arm's** [1] - 86:13
**ARNOLD** [1] - 6:19
**arose** [1] - 31:19
**art** [1] - 16:19
**artillery** [1] - 84:20
**ASBILL** [1] - 8:9
**ascertainability** [1] - 46:13
**aside** [2] - 33:16, 53:16
**aspect** [1] - 75:24
**aspects** [1] - 72:13
**aspersions** [1] - 45:23
**assembly** [1] - 58:14
**assessed** [2] - 30:11, 30:12
**assessment** [2] - 29:21, 93:22
**assign** [1] - 82:4
**assigned** [5] - 47:18, 61:3, 61:10, 61:14, 82:4
**assignee** [1] - 60:11
**assignment** [2] - 62:3, 81:25, 84:7
**assistance** [2] - 39:16, 58:24
**assisted** [1] - 94:20
**associated** [1] - 88:14
**assume** [3] - 41:9, 41:11, 62:25
**assuming** [2] - 31:17, 88:18
**at-risk** [1] - 51:24
**attend** [1] - 98:1
**ATTORNEY** [1] - 4:21
**attorney** [3] - 17:7, 54:22, 55:1
**attorney's** [1] - 54:10
**attorney/client** [1] - 54:21
**attorneys** [6] - 17:6, 53:21, 53:23, 54:14, 55:3, 56:3
**audience** [2] - 16:24,

17:6
**August** [2] - 83:24, 85:5
**automatic** [2] - 14:9, 71:21
**automatically** [2] - 14:11, 15:17
**availability** [1] - 75:11
**available** [23] - 14:2, 23:18, 24:6, 26:8, 26:16, 33:22, 38:3, 39:14, 40:10, 41:12, 43:4, 49:8, 52:6, 55:10, 57:6, 57:16, 59:22, 72:23, 75:13, 79:17, 79:20, 79:23
**AVENUE** [5] - 1:23, 3:4, 4:4, 4:22, 5:9
**average** [9] - 26:21, 26:22, 37:18, 38:12, 40:12, 40:14, 43:12, 44:18, 46:1
**averages** [1] - 39:13
**avoid** [1] - 60:3
**avoids** [2] - 87:5, 90:1
**aware** [10] - 18:2, 18:5, 37:13, 42:13, 78:21, 84:17, 94:22, 95:3, 95:10, 95:13
**awful** [1] - 75:14

## B

**B-1** [1] - 71:19
**BABIUCH** [1] - 6:5
**Back-End** [4] - 74:2, 75:2, 78:19, 79:25
**back-end** [1] - 90:6
**backdrop** [2] - 85:8, 85:12
**background** [2] - 81:20, 82:6
**bad** [1] - 26:23
**BADEN** [1] - 4:18
**Baker** [1] - 63:13
**balancing** [2] - 35:13, 35:14
**balls** [2] - 65:10, 70:3
**banking** [2] - 46:17, 48:1
**bar** [3] - 34:5, 34:6, 37:5
**BARBIER** [1] - 1:13
**bargained** [1] - 91:2
**BARON** [1] - 3:3
**BARR** [1] - 2:8
**base** [10] - 27:23, 28:1, 30:7, 30:23, 30:25, 33:2, 51:25,

89:25
**based** [15] - 16:14, 21:13, 21:24, 29:19, 32:2, 33:21, 38:20, 38:21, 39:9, 42:13, 43:5, 44:13, 76:17, 90:7, 91:4
**baseline** [2] - 73:1, 73:4
**basic** [1] - 74:23
**basis** [4] - 27:24, 31:10, 43:23, 49:16
**BATTERY** [1] - 2:19
**BAYLEN** [1] - 2:8
**beach** [10] - 23:1, 66:4, 66:6, 66:9, 66:12, 66:16, 70:3, 70:11, 74:8
**beach-front** [1] - 23:1
**BEASLEY** [1] - 3:22
**became** [1] - 71:5
**BECK** [2] - 7:3, 7:4
**become** [5] - 39:13, 51:12, 65:16, 95:13, 95:14
**becomes** [1] - 53:8
**BEFORE** [1] - 1:13
**begin** [2] - 12:3, 81:12
**beginning** [2] - 12:19, 95:5
**begins** [1] - 88:10
**begun** [1] - 18:3
**behalf** [4] - 17:17, 61:15, 90:10, 93:6
**behavioral** [2] - 75:12, 77:2
**bell** [1] - 26:7
**bell-curve** [1] - 26:7
**BELLE** [1] - 3:20
**bench** [3] - 18:7, 94:16, 95:23
**benchmark** [7] - 23:13, 23:15, 25:24, 26:17, 26:19, 27:7, 59:20
**benchmarks** [1] - 40:10
**Benefit** [1] - 64:1
**benefit** [18] - 13:9, 19:7, 48:20, 51:15, 53:16, 53:23, 54:17, 54:18, 54:23, 64:12, 67:10, 72:10, 72:22, 73:14, 74:1, 75:5, 83:7, 84:2
**benefits** [15] - 11:23, 13:19, 13:24, 14:3, 18:18, 63:25, 77:24, 79:7, 83:10, 87:7, 87:12, 88:20, 89:8,

89:21, 90:11
**Benefits** [2] - 47:8, 63:18
**BERNSTEIN** [1] - 2:18
**best** [7] - 38:24, 58:23, 59:1, 62:11, 93:5, 93:16, 98:17
**better** [6] - 77:12, 79:6, 89:3, 92:3, 93:23, 97:19
**between** [10] - 34:23, 40:22, 43:14, 44:18, 66:22, 67:6, 74:16, 75:1, 89:12, 89:13
**beyond** [3] - 75:19, 75:22, 76:5
**big** [1] - 49:13
**billion** [11] - 33:16, 33:17, 33:21, 33:24, 34:23, 35:6, 38:1, 43:21, 53:16, 82:1, 87:23
**billions** [1] - 82:10
**BINGHAM** [1] - 7:22
**bit** [4] - 65:1, 67:1, 76:14, 83:3
**bite** [1] - 51:10
**BLEAU** [1] - 8:16
**blend** [1] - 26:23
**bloodwork** [1] - 73:3
**BLOOM** [1] - 6:4
**bloom** [1] - 87:13
**BLOOMER** [1] - 6:4
**blue** [4] - 21:16, 33:11, 35:24, 44:12
**Board** [2] - 85:3, 85:5
**board** [2] - 39:21, 50:20, 58:11
**boat** [15] - 31:21, 32:6, 33:10, 35:20, 35:23, 38:19, 40:23, 42:4, 44:25, 45:6, 45:7, 45:10, 45:14, 45:18
**boats** [4] - 19:23, 40:7, 42:15, 43:7
**BOCKIUS** [1] - 8:12
**bodily** [1] - 47:6
**Bon** [1] - 11:16
**boom** [1] - 65:8
**border** [1] - 75:15
**bottom** [2] - 70:4, 70:24
**bottoms** [2] - 33:20, 39:2
**bottoms-up** [2] - 33:20, 39:2
**BOULEVARD** [4] - 2:23, 4:18, 6:13, 8:17
**BOUNDS** [1] - 2:11

**BOWMAN** [1] - 7:10
**BOX** [3] - 1:19, 3:23, 5:14
**BP** [75] - 5:16, 5:17, 5:17, 5:18, 5:19, 5:20, 5:21, 6:12, 11:15, 11:17, 12:1, 13:23, 14:24, 15:4, 15:21, 16:20, 24:17, 35:11, 47:24, 48:5, 48:12, 48:13, 51:3, 51:13, 53:17, 53:22, 54:11, 55:18, 55:21, 56:2, 56:8, 56:13, 56:17, 57:13, 57:14, 59:4, 61:5, 61:25, 62:6, 62:9, 62:13, 64:16, 64:19, 65:5, 66:19, 67:21, 68:6, 68:16, 71:1, 71:20, 72:25, 73:15, 74:10, 74:13, 74:14, 74:15, 74:16, 74:19, 75:3, 79:16, 79:22, 80:11, 80:17, 81:11, 81:20, 82:1, 82:8, 83:9, 87:23, 88:17, 91:3, 92:23, 93:25
**BP's** [5] - 16:11, 44:14, 61:1, 61:9, 61:23
**BP-branded** [1] - 48:12
**BRANCH** [1] - 5:8
**branded** [1] - 48:12
**break** [3] - 22:12, 43:13, 45:17
**breaks** [1] - 19:14
**BREIT** [2] - 2:3, 2:3
**BRENNAN** [1] - 8:9
**BRIAN** [1] - 2:8
**BRIDGESIDE** [1] - 4:18
**brief** [2] - 63:6, 97:25
**briefed** [1] - 96:6
**briefly** [3] - 24:20, 30:9, 60:25
**brilliant** [2] - 84:11, 84:12
**bring** [1] - 36:15
**bringing** [2] - 28:6, 36:7
**BROAD** [1] - 4:7
**broad** [2] - 88:21, 90:12
**BROADWAY** [1] - 3:12
**broken** [2] - 36:1, 69:16
**brought** [2] - 18:25, 84:20

**BrownGreer** [2] - 19:1, 19:6
**BRUCE** [1] - 7:10
**Bubble** [1] - 53:19
**BUDD** [1] - 3:3
**budget** [1] - 56:16
**buffer** [2] - 31:8, 31:9
**build** [2] - 76:2, 76:3
**BUILDING** [2] - 2:15, 3:8
**built** [1] - 40:7
**business** [10] - 20:8, 21:19, 26:18, 27:1, 33:25, 43:8, 46:6, 51:1, 52:21, 52:22
**businesses** [16] - 19:15, 22:17, 22:18, 22:19, 22:20, 28:14, 40:6, 40:7, 43:7, 43:8, 46:14, 46:21, 46:22, 56:24, 82:2
**BY** [41] - 1:5, 1:19, 1:23, 2:3, 2:8, 2:11, 2:15, 2:19, 2:22, 3:3, 3:7, 3:11, 3:15, 3:19, 3:23, 4:3, 4:7, 4:10, 4:14, 4:17, 4:21, 5:4, 5:8, 5:13, 5:22, 6:3, 6:9, 6:12, 6:16, 6:20, 7:4, 7:9, 7:14, 7:19, 7:23, 8:6, 8:9, 8:13, 8:17, 9:8, 9:9

**C**

**CA** [3] - 2:20, 5:10, 8:18
**CABRASER** [2] - 2:18, 2:19
**Cadiz** [2] - 82:12, 89:5
**CAHUENGA** [1] - 8:17
**calculate** [4] - 24:13, 27:21, 36:9, 50:11
**calculated** [2] - 21:3, 24:22
**calculation** [3] - 31:6, 32:2, 50:7
**calculations** [1] - 50:11
**CALLED** [1] - 11:4
**CALVIN** [1] - 4:3
**CAMERON** [1] - 7:3
**cancellations** [1] - 20:24
**cannot** [1] - 48:22
**cap** [4] - 33:2, 41:12, 53:14, 54:3
**capped** [1] - 65:15
**caps** [1] - 56:9

**captain** [7] - 38:19, 40:23, 42:4, 44:19, 44:22, 44:25, 45:18
**captain's** [2] - 44:24, 45:1
**captains** [4] - 35:20, 35:23, 43:14, 45:10
**captured** [1] - 19:5
**cardiac** [1] - 73:3
**care** [5] - 70:20, 71:2, 75:12, 76:17, 96:8
**CARL** [1] - 1:13
**CARONDELET** [1] - 4:14
**carries** [1] - 53:25
**case** [19] - 14:24, 18:6, 24:23, 53:1, 54:5, 54:25, 55:6, 59:14, 84:17, 85:1, 85:9, 93:2, 94:23, 95:6, 95:17, 96:22, 96:25
**cases** [4] - 37:11, 79:3, 82:12
**cash** [9] - 24:17, 24:18, 24:19, 31:17, 86:24, 87:1, 89:1
**cash-on-cash** [2] - 24:18, 24:19
**casualty** [1] - 81:18
**catch** [3] - 21:22, 42:12, 43:2
**categories** [15] - 20:6, 20:7, 22:5, 22:7, 22:9, 22:16, 37:4, 41:1, 46:24, 52:15, 60:9, 65:2, 70:22, 87:17
**Category** [6] - 34:1, 36:11, 37:1, 37:2, 41:7, 41:15
**category** [12] - 20:14, 22:24, 23:16, 24:12, 41:10, 41:13, 48:21, 55:23, 60:15, 66:3, 72:3, 87:15
**Cathy** [2] - 98:14, 98:19
**CATHY** [1] - 9:3
**Cathy_Pepper@laed .uscourts.gov** [1] - 98:22
**cathy_Pepper@laed. uscourts.gov** [1] - 9:6
**causation** [17] - 20:17, 20:19, 20:20, 24:11, 25:1, 25:11, 25:16, 25:19, 26:3, 26:10, 26:13, 26:15, 36:25, 41:14, 46:20, 74:23,

93:12
**caused** [2] - 74:7, 74:24
**CCR** [2] - 9:3, 98:19
**celebrated** [1] - 82:12
**cells** [1] - 42:16
**center** [1] - 76:18
**CENTER** [2] - 7:5, 8:21
**centers** [2] - 75:21, 77:6
**CENTRE** [1] - 8:6
**certain** [8] - 14:21, 15:1, 42:1, 46:11, 64:3, 73:3, 82:24, 87:1
**certainly** [6] - 12:11, 57:23, 80:14, 80:24, 88:15, 95:7
**CERTIFICATE** [1] - 98:13
**CERTIFICATION** [1] - 1:13
**certification** [1] - 81:1
**Certified** [3] - 98:14, 98:15, 98:20
**CERTIFIED** [1] - 9:4
**certify** [3] - 11:25, 98:16
**changed** [1] - 19:7
**changes** [1] - 45:21
**charge** [1] - 95:7
**charged** [1] - 59:21
**CHARLES** [1] - 4:8
**chart** [4] - 28:5, 31:25, 68:13, 71:18
**charter** [2] - 22:21, 31:18
**CHASSE** [1] - 3:20
**check** [1] - 29:14
**checkup** [2] - 73:6, 73:7
**CHICAGO** [2] - 6:6, 6:17
**chief** [1] - 85:6
**child** [1] - 70:10
**choose** [3] - 13:24, 14:2, 75:1
**choreographer** [1] - 80:13
**chosen** [1] - 93:23
**chronic** [8] - 64:3, 68:6, 68:22, 68:25, 69:12, 69:17, 72:3, 78:8
**CIRCLE** [1] - 3:16
**circumstances** [2] - 69:14, 87:1
**cities** [1] - 83:19
**citizens** [1] - 81:22

**CITY** [1] - 3:12
**City** [2] - 18:25, 19:6
**CIVIL** [2] - 1:7, 5:8
**Civil** [4] - 11:14, 11:16, 11:22, 11:23
**claim** [31] - 14:15, 14:19, 20:7, 23:12, 29:14, 32:18, 33:2, 33:25, 34:1, 39:9, 46:23, 47:3, 47:7, 51:3, 52:2, 52:16, 52:22, 53:9, 53:10, 58:15, 58:16, 59:9, 59:10, 60:11, 60:19, 61:24, 65:20, 66:19, 75:1
**claimant** [15] - 14:14, 23:11, 32:22, 32:25, 50:16, 50:23, 51:5, 51:23, 52:16, 52:23, 58:9, 59:18, 60:15, 74:16, 74:18
**claimant's** [1] - 74:21
**claimants** [13] - 15:1, 34:24, 37:23, 52:15, 54:12, 56:2, 56:4, 60:9, 73:11, 73:16, 78:11, 79:6, 87:17
**claims** [67] - 14:4, 14:10, 14:11, 14:24, 15:3, 15:12, 15:15, 15:17, 15:23, 16:1, 17:2, 17:4, 18:4, 18:24, 19:9, 19:24, 20:8, 20:10, 22:6, 22:18, 22:22, 22:25, 23:11, 24:3, 32:7, 34:3, 34:14, 34:16, 36:5, 37:12, 46:10, 47:4, 47:6, 47:13, 47:15, 47:18, 47:20, 48:23, 49:17, 49:25, 50:1, 50:8, 52:17, 55:17, 55:18, 56:1, 58:12, 58:16, 59:7, 60:8, 60:17, 61:25, 64:5, 73:10, 77:25, 78:7, 78:8, 79:8, 89:23, 90:17
**CLAIMS** [1] - 8:20
**clarify** [2] - 61:10, 81:4
**CLARK** [1] - 6:9
**class** [127] - 11:20, 11:23, 12:1, 12:2, 13:6, 13:12, 13:14, 13:16, 13:20, 13:24, 15:13, 15:14, 15:16, 17:18, 19:11, 19:14, 20:4, 21:17, 21:20,

22:4, 22:8, 22:10, 24:10, 25:13, 28:20, 47:2, 47:21, 47:22, 48:4, 48:7, 48:14, 48:17, 49:21, 49:23, 52:10, 53:5, 53:6, 53:12, 53:16, 53:23, 54:15, 54:19, 55:13, 56:7, 56:15, 56:17, 56:20, 58:13, 58:14, 58:24, 58:25, 60:19, 61:3, 61:11, 61:15, 61:16, 61:18, 62:5, 62:15, 62:18, 62:21, 62:22, 64:3, 64:15, 65:2, 65:14, 65:17, 65:19, 65:23, 66:1, 66:20, 66:25, 67:3, 67:9, 69:11, 72:23, 73:23, 75:7, 79:2, 79:5, 80:24, 81:2, 81:5, 83:6, 83:7, 83:8, 83:14, 84:15, 85:22, 85:23, 85:24, 85:25, 87:3, 87:12, 87:18, 88:13, 88:25, 89:8, 89:23, 90:4, 90:5, 90:19, 92:10, 92:15, 92:16, 92:18, 92:19, 92:22, 93:3, 93:4, 93:5, 93:6, 93:8, 96:2, 96:4
**CLASSES** [1] - 1:13
**classes** [2] - 11:21, 81:1
**classified** [1] - 37:7
**classify** [2] - 34:18, 37:15
**cleaning** [1] - 42:15
**cleanup** [22] - 61:23, 65:3, 65:4, 65:14, 65:16, 65:17, 67:1, 67:16, 68:7, 68:8, 68:11, 69:20, 70:14, 70:16, 70:25, 71:5, 71:10, 72:15, 72:24, 82:3, 93:21
**clear** [3] - 53:20, 55:13, 81:21
**CLERK** [3] - 11:7, 11:12, 98:8
**clock** [1] - 83:12
**close** [3] - 67:20, 68:1, 94:4
**close-by** [1] - 67:20
**closed** [1] - 42:15
**closely** [1] - 46:16
**closest** [2] - 25:3, 25:9
**coast** [2] - 21:9, 66:14
**Coast** [13] - 15:5,

5

21:12, 21:23, 29:21, 38:2, 55:10, 56:20, 57:3, 65:5, 77:11, 77:15, 81:22, 82:3
**coastal** [6] - 19:23, 19:24, 22:25, 23:6, 23:23, 29:17
**cohesive** [1] - 93:13
**cohesiveness** [1] - 46:12
**collaboratively** [2] - 75:18, 76:12
**colleagues** [1] - 72:12
**colloquially** [1] - 16:19
**collusion** [1] - 86:14
**colon** [1] - 86:19
**COLSON** [2] - 3:14
**combination** [2] - 42:23, 43:3
**comfortable** [1] - 37:21
**coming** [2] - 60:21, 68:10
**comma** [1] - 86:19
**commend** [2] - 80:21, 95:8
**commendable** [1] - 95:16
**comment** [2] - 80:9, 83:2
**commented** [2] - 87:22, 93:11
**comments** [4] - 12:15, 91:15, 92:1, 92:14
**commercial** [1] - 35:20
**Commission** [1] - 85:4
**commitment** [4] - 81:23, 82:8, 88:17, 88:18
**committed** [1] - 46:5
**Committee** [7] - 62:21, 63:12, 81:13, 82:17, 90:10, 91:2, 94:1
**common** [9] - 53:16, 53:23, 54:17, 54:18, 54:23, 67:17, 68:19, 69:2, 69:8
**commonality** [2] - 46:12, 48:3
**commonly** [2] - 67:15, 69:13
**communication** [2] - 32:23, 73:23
**communities** [1] - 81:22
**community** [3] -

76:17, 77:15, 77:18
**community-based** [1] - 76:17
**company** [1] - 78:18
**COMPANY** [3] - 5:17, 7:18
**comparable** [1] - 94:23
**compare** [1] - 27:7
**compared** [1] - 25:23
**comparison** [1] - 26:24
**compensate** [2] - 81:16, 82:1
**compensated** [12] - 34:1, 36:1, 36:5, 36:7, 37:24, 45:25, 69:10, 71:9, 82:10, 88:4, 90:1, 90:7
**compensation** [47] - 21:3, 24:6, 24:13, 26:16, 27:11, 27:20, 27:23, 31:16, 31:23, 33:23, 33:24, 34:23, 40:25, 41:5, 41:21, 45:3, 46:24, 49:22, 51:6, 51:25, 52:20, 55:7, 55:21, 56:2, 56:3, 57:1, 59:11, 59:20, 60:8, 64:2, 67:11, 68:21, 69:15, 72:2, 72:9, 75:1, 82:11, 82:14, 86:24, 87:1, 87:12, 88:6, 88:25, 90:6, 90:13, 90:20
**Compensation** [5] - 19:16, 33:6, 33:9, 33:15, 53:15
**compensatory** [4] - 64:2, 74:13, 75:4, 88:25
**complaining** [1] - 68:11
**complaints** [2] - 49:13, 68:16
**complete** [1] - 85:9
**completed** [1] - 59:9
**completely** [2] - 28:9, 56:19
**complex** [5] - 79:2, 87:5, 90:2, 95:17
**compliant** [1] - 15:8
**complicated** [1] - 33:7
**complication** [1] - 64:13
**component** [1] - 23:9
**components** [1] - 20:2
**comprehensive** [4] - 73:1, 81:14, 84:15,

87:2
**COMPUTER** [1] - 9:9
**concept** [3] - 27:1, 27:9, 27:16
**concerned** [1] - 73:12
**concerning** [2] - 48:16, 57:9
**concerns** [2] - 16:20, 88:2
**concise** [1] - 28:6
**concluded** [1] - 98:10
**concludes** [1] - 80:23
**conclusion** [1] - 53:17
**condition** [12] - 64:17, 66:25, 68:25, 69:6, 69:16, 71:7, 71:9, 71:20, 72:5, 72:7, 89:25
**conditional** [2] - 11:20, 81:1
**CONDITIONAL** [1] - 1:12
**conditionally** [1] - 11:25
**conditioned** [2] - 61:6, 81:3
**conditions** [23] - 64:3, 67:12, 67:14, 67:19, 67:25, 68:5, 68:13, 68:14, 68:17, 68:22, 68:23, 68:25, 69:7, 69:8, 69:10, 69:12, 69:24, 71:8, 71:13, 71:17, 78:9, 90:13
**conducted** [2] - 80:18, 86:13
**conference** [1] - 89:13
**conferences** [1] - 84:4
**confidentiality** [1] - 83:18
**connected** [2] - 46:16, 55:16
**connection** [1] - 72:1
**CONRAD** [1] - 4:10
**consecutive** [1] - 27:2
**consider** [3] - 12:11, 16:11, 94:15
**consideration** [6] - 11:19, 12:10, 27:17, 54:1, 96:9, 97:22
**considered** [4] - 15:22, 16:12, 60:18, 96:6
**considering** [2] - 12:17, 98:3
**consultation** [4] - 73:17, 73:19, 73:22, 73:24
**Consultation** [7] - 67:24, 68:1, 72:11,

72:21, 78:11, 79:15, 90:24
**contest** [2] - 74:20, 74:21
**context** [7] - 24:3, 24:22, 74:25, 81:19, 82:6, 82:24, 84:25
**continue** [5] - 19:9, 48:22, 75:22, 76:3, 82:8
**CONTINUED** [8] - 2:1, 3:1, 4:1, 5:1, 6:1, 7:1, 8:1, 9:1
**contract** [7] - 20:24, 29:2, 29:4, 29:15, 31:23, 32:3, 32:4
**contractors** [1] - 48:8
**contracts** [7] - 22:22, 31:19, 31:22, 32:1, 48:13, 54:22
**contrary** [2] - 87:10, 91:10
**control** [1] - 61:23
**copy** [2] - 32:14, 60:2
**CORAL** [1] - 3:16
**COREXIT** [2] - 64:5, 67:18
**COREY** [1] - 4:21
**CORPORATE** [1] - 4:11
**CORPORATION** [3] - 5:18, 7:3, 7:17
**correct** [11] - 47:5, 48:24, 49:2, 54:13, 54:23, 55:20, 58:6, 64:10, 85:14, 91:14, 98:16
**corroboration** [1] - 70:13
**COSSICH** [2] - 3:18, 3:19
**cost** [8] - 40:16, 40:17, 40:18, 40:19, 51:14, 51:15, 61:22
**costs** [3] - 53:22, 53:23, 55:22
**COTLAR** [1] - 1:22
**counsel** [15] - 17:18, 53:16, 53:24, 54:20, 56:15, 57:22, 62:22, 80:10, 80:17, 80:24, 81:2, 93:3, 93:6, 94:20, 95:5
**COUNSEL** [1] - 1:18
**counsel's** [1] - 85:6
**country** [2] - 77:13, 83:19
**County** [1] - 67:8
**couple** [7] - 16:16, 68:24, 69:19, 71:1,

78:3, 80:11, 96:16
**coupon** [1] - 86:24
**course** [9] - 19:2, 22:3, 47:23, 48:13, 71:3, 73:9, 79:4, 89:2, 95:12
**COURT** [56] - 1:1, 8:20, 9:3, 11:4, 11:8, 11:11, 11:19, 12:25, 17:1, 17:12, 17:14, 18:1, 18:14, 24:20, 24:25, 27:25, 30:9, 30:15, 30:17, 30:19, 30:24, 35:6, 38:13, 38:16, 40:3, 47:2, 48:19, 48:25, 49:6, 53:2, 54:8, 54:14, 54:18, 54:24, 55:12, 57:17, 57:20, 62:23, 62:25, 63:4, 64:8, 65:19, 66:7, 79:11, 80:7, 81:8, 94:11, 96:15, 96:18, 96:21, 96:25, 97:3, 97:9, 97:11, 97:18, 98:6
**court** [12] - 13:5, 14:6, 14:20, 17:4, 48:23, 52:10, 54:5, 88:7, 88:15, 88:16, 91:20, 95:2
**Court** [54] - 13:12, 13:16, 13:18, 13:22, 14:6, 14:12, 16:3, 16:8, 16:24, 17:9, 18:2, 18:16, 18:22, 28:7, 29:1, 47:24, 48:16, 49:9, 51:19, 52:5, 52:9, 53:12, 53:19, 53:21, 54:1, 56:7, 56:12, 58:4, 58:5, 59:16, 62:15, 67:14, 74:18, 78:6, 80:24, 80:25, 81:6, 82:13, 85:18, 86:8, 90:9, 91:5, 91:21, 94:22, 94:25, 95:16, 95:20, 96:6, 98:15, 98:15, 98:16, 98:21, 98:21
**Court's** [7] - 26:4, 51:20, 53:25, 54:7, 54:8, 56:10, 56:15
**COURT-APPOINTED** [1] - 8:20
**court-appointed** [2] - 17:4, 88:7
**Court-supervised** [5] - 14:12, 52:5, 58:4, 59:16, 81:6
**court-supervised** [1] -

14:20
COURT........................
...................... [2] -
10:5, 10:13
courts [1] - 52:13
cover [1] - 25:4
Coverage [1] - 75:6
covered [1] - 87:8
covers [1] - 87:2
CPAs [2] - 16:19
crab [6] - 33:11,
35:24, 42:14, 42:16,
43:15, 44:12
CRAFT [1] - 3:6
crafts [1] - 24:2
cream [2] - 70:8, 70:9
create [1] - 83:23
credit [3] - 24:19,
35:11, 54:4
credits [1] - 41:3
crew [15] - 33:13,
34:2, 35:25, 36:1,
36:6, 36:11, 37:15,
37:19, 38:20, 40:23,
43:14, 44:19, 45:4,
45:10
crews [1] - 65:5
criteria [2] - 60:4, 60:7
critical [3] - 58:20,
79:24, 84:19
CROW [1] - 3:22
CRR [2] - 9:3, 98:19
crutches [1] - 63:3
CUNNINGHAM [2] -
2:11, 2:11
curious [1] - 93:21
curve [1] - 26:7
customer [2] - 20:24,
26:10
cut [1] - 60:4
cycles [1] - 40:14

D

daily [1] - 32:6
DALLAS [2] - 3:4, 7:11
damage [27] - 18:21,
19:14, 19:23, 19:25,
20:5, 20:14, 22:5,
22:7, 22:9, 22:16,
22:22, 22:24, 22:25,
23:2, 23:8, 23:16,
24:11, 26:12, 28:18,
29:17, 46:24, 47:7,
52:18, 59:10, 59:11,
61:24, 87:15
damages [16] - 11:22,
18:16, 24:15, 27:10,
27:17, 47:16, 61:13,

61:19, 74:13, 74:14,
75:3, 75:4, 83:7,
83:14, 86:11, 87:20
data [13] - 19:5, 34:19,
37:14, 37:20, 38:3,
39:13, 39:16, 39:19,
44:13, 46:1, 79:16,
79:22, 79:23
database [7] - 68:9,
71:1, 71:4, 71:7,
71:20, 71:24, 71:25
databases [1] - 68:9
date [7] - 34:5, 34:6,
34:15, 37:5, 49:10,
52:24, 81:3
dates [1] - 83:14
DAUPHIN [1] - 2:12
DAVID [2] - 7:4, 7:4
days [14] - 16:4,
31:25, 32:2, 32:4,
32:5, 34:3, 66:22,
67:5, 68:24, 83:16,
85:4, 94:17
DC [4] - 5:14, 6:10,
6:21, 7:24
deal [3] - 34:16, 45:22,
60:13
dealing [1] - 11:21
deals [3] - 35:19,
59:23, 60:4
dealt [1] - 29:1
debated [1] - 12:21
debating [1] - 12:20
DEBORAH [1] - 7:19
deceased [1] - 62:8
December [2] - 26:25,
67:6
decide [3] - 12:15,
19:2, 49:22
decided [2] - 13:7,
88:7
decision [6] - 44:15,
51:18, 51:21, 52:13,
54:5, 86:8
deckhands [1] - 37:15
declaration [3] -
70:18, 71:22, 72:6
deducted [1] - 54:15
deduction [1] - 24:18
deductions [1] - 55:2
deemed [4] - 14:21,
29:6, 53:6, 53:11
Deepwater [1] - 11:13
DEEPWATER [3] -
1:5, 8:4, 8:5
defendant [4] - 47:25,
92:20, 92:22
defendants [1] - 85:23
defense [3] - 48:8,
48:10, 63:15

deficiencies [4] -
85:21, 86:23, 89:19,
91:8
define [1] - 93:4
defined [1] - 32:12
definition [5] - 25:6,
25:8, 47:9, 93:8
definitions [2] - 23:15,
47:11
delay [3] - 87:5, 90:1,
92:10
deliver [2] - 81:23,
82:8
delivers [1] - 58:1
DENHAM [1] - 4:4
denied [2] - 60:17,
60:20
DENTON [1] - 6:16
DEPARTMENT [2] -
5:7, 5:13
departments [1] - 38:4
dependent [2] - 34:12,
69:19
depth [1] - 31:11
DEPUTY [3] - 11:7,
11:12, 98:8
dermal [2] - 67:19,
69:12, 69:23
descriptions [1] - 22:7
deserve [1] - 36:5
designed [6] - 32:12,
64:23, 75:7, 81:14,
81:16, 89:22
detail [5] - 22:13,
22:14, 26:11, 33:14,
83:3
detailed [2] - 25:8,
25:16
details [1] - 64:14
determination [5] -
33:18, 50:9, 50:10,
80:19, 86:3
determinations [1] -
31:22
determine [20] - 20:4,
20:6, 20:13, 20:14,
21:20, 22:4, 24:10,
31:11, 35:1, 37:5,
38:5, 39:4, 40:25,
43:5, 44:4, 45:2,
49:21, 50:14, 62:17,
85:18
determined [8] -
33:20, 34:8, 38:23,
41:4, 45:4, 50:7,
59:1, 95:11
determining [2] -
82:21, 95:20
develop [2] - 77:9,
77:23

developed [4] - 67:25,
73:9, 85:7, 88:6
developers [1] - 48:11
DEXTER [1] - 4:22
differ [3] - 44:20,
50:12, 50:13
differences [5] - 27:4,
39:8, 50:24
different [12] - 13:21,
17:21, 20:23, 31:3,
33:8, 33:9, 48:6,
48:12, 50:15, 58:20,
83:19, 97:23
difficult [2] - 46:19,
48:3
diminution [1] - 61:22
diplomacy [1] - 89:12
directly [1] - 62:11
dirty [1] - 65:8
disagreements [1] -
86:20
disasters [1] - 77:1
discovery [2] - 83:1,
85:1
discretion [1] - 51:20
discuss [7] - 19:19,
20:1, 20:19, 22:12,
33:13, 48:6, 97:8
discussed [1] - 27:14
discussing [1] - 18:3
discussion [1] - 21:6
discussions [3] -
18:9, 53:21, 53:22
disease [2] - 64:18,
64:19
dispersant [1] - 65:9
dispersants [1] - 97:7
displayed [1] - 58:11
dispute [1] - 50:16
disputes [1] - 31:19
distant [1] - 82:16
distribute [1] - 39:1
distributed [1] - 13:20
distribution [6] -
33:24, 34:11, 35:4,
35:8, 35:9, 41:12
distributions [1] -
33:17
district [2] - 88:15,
95:2
DISTRICT [3] - 1:1,
1:2, 1:14
District [4] - 74:19,
98:16, 98:21
divided [2] - 40:22,
90:16
DIVISION [1] - 5:8
dizzy [1] - 68:12
dock [3] - 38:17, 38:18
docks [1] - 39:7

doctor [4] - 69:25,
72:18, 73:9, 74:6
doctor's [1] - 72:5
doctor-patient [1] -
73:9
doctors [1] - 72:17
document [12] - 21:1,
23:15, 24:13, 25:7,
28:4, 28:8, 28:16,
42:1, 47:10, 47:12,
50:21, 53:19
documentation [22] -
14:10, 14:21, 21:2,
23:13, 23:20, 24:12,
36:2, 36:3, 36:22,
42:23, 52:3, 53:9,
53:10, 53:11, 58:15,
59:10, 59:12, 59:19,
60:7, 70:7, 70:10,
79:19
documents [4] -
42:21, 43:4, 79:16,
86:18
Dog [1] - 66:14
dog [1] - 70:2
dollar [2] - 45:6, 45:7
dollars [6] - 33:16,
38:8, 50:18, 50:19,
50:20, 82:10
DOMENGEAUX [1] -
1:18
DOMINION [2] - 2:4,
3:8
DON [1] - 5:22
DONALD [1] - 7:9
done [9] - 13:3, 16:8,
51:2, 52:19, 53:20,
82:19, 85:1, 91:20
double [1] - 60:2
double-sided [1] -
60:2
down [12] - 22:12,
28:6, 28:14, 39:21,
39:22, 43:13, 45:17,
64:16, 64:19, 70:22,
78:24, 80:5
downturn [2] - 25:21,
26:9
draft [1] - 16:5
DRAWER [1] - 8:22
drawn [1] - 38:23
drawn-out [1] - 38:23
DRESCHER [1] - 2:3
DRILLING [1] - 8:4
DRIVE [4] - 2:4, 3:8,
4:11, 6:17
drop [6] - 25:12,
25:23, 26:4, 37:25,
39:7, 39:11
drugstore [1] - 70:9

due [1] - 96:1
during [9] - 24:1, 25:23, 36:21, 46:18, 49:11, 54:3, 71:2, 77:4, 80:18

**E**

E&P [1] - 7:18
earliest [1] - 12:16
early [1] - 12:18
earning [1] - 23:19
easily [2] - 88:20, 90:11
east [1] - 28:19
Eastern [2] - 74:19, 98:16
EASTERN [1] - 1:2
easy [1] - 52:19
economic [32] - 11:21, 13:13, 15:11, 16:25, 18:16, 18:21, 19:13, 19:14, 22:11, 22:16, 46:25, 47:7, 53:5, 53:6, 58:13, 58:14, 58:24, 58:25, 59:10, 59:11, 60:6, 60:19, 61:1, 61:3, 61:11, 61:18, 61:20, 83:7, 83:10, 83:14, 84:3, 86:10
economics [1] - 19:15
economy [2] - 46:16, 57:2
educates [1] - 77:11
Edwards [1] - 63:12
EDWARDS [1] - 1:18
effect [2] - 49:19, 57:6
effective [3] - 27:19, 52:24, 53:8
effort [4] - 46:5, 94:20, 95:9
efforts [3] - 17:24, 17:25, 58:24
EIDSON [1] - 3:14
eight [3] - 25:24, 30:7, 83:19
either [9] - 13:17, 29:2, 30:21, 35:8, 40:12, 55:2, 64:3, 92:6, 93:10
elect [1] - 47:3
element [1] - 22:13
eligible [9] - 13:23, 15:13, 46:23, 47:25, 49:3, 59:1, 90:5, 90:6
ELIZABETH [1] - 2:19
ELLEN [1] - 6:20

ELLIS [2] - 6:3, 6:8
ELM [1] - 7:11
emphasize [2] - 15:15, 97:22
employ [1] - 77:18
employed [2] - 22:17, 55:25
employee [1] - 46:22
employee/employer [1] - 36:15
employees [2] - 47:24, 47:25
employer [4] - 23:21, 36:8, 36:16, 41:10
employment [2] - 45:9, 46:25
end [4] - 48:4, 64:16, 66:13, 90:6
End [4] - 74:2, 75:2, 78:19, 79:25
ended [2] - 27:15, 43:11
ending [1] - 95:19
ENERGY [3] - 7:8, 8:6, 8:16
enforceable [1] - 62:2
enforced [1] - 61:15
ENFORCEMENT [1] - 5:12
enforcement [1] - 61:14
engage [1] - 82:2
engaging [1] - 89:12
Engineering [1] - 85:7
enhance [1] - 80:5
enhancement [1] - 27:10
enjoyment [3] - 23:1, 29:18
ensure [2] - 87:17, 88:7
entered [2] - 39:3, 53:22
entire [7] - 21:10, 38:2, 55:23, 75:8, 80:18, 87:22, 87:25
entirely [1] - 13:2
entities [2] - 22:10, 82:2
entitled [9] - 25:20, 29:13, 35:4, 50:10, 55:2, 59:2, 60:24, 71:16, 98:17
entity [1] - 47:1
entries [1] - 71:4
entry [1] - 84:14
ENVIRONMENTAL [1] - 5:12
environmental [3] - 73:2, 77:12

envisioned [1] - 58:22
equal [2] - 30:25, 62:14
equally [1] - 60:9
erosion [1] - 31:4
ERVIN [1] - 3:15
ESQUIRE [52] - 1:19, 1:23, 2:3, 2:8, 2:11, 2:15, 2:19, 2:22, 3:3, 3:7, 3:7, 3:11, 3:15, 3:19, 3:23, 4:3, 4:7, 4:10, 4:14, 4:17, 4:18, 4:21, 5:4, 5:8, 5:13, 5:22, 5:23, 6:3, 6:4, 6:4, 6:5, 6:5, 6:9, 6:12, 6:13, 6:16, 6:20, 6:20, 7:4, 7:4, 7:9, 7:9, 7:10, 7:10, 7:14, 7:19, 7:23, 8:6, 8:9, 8:13, 8:17, 8:21
essential [2] - 53:18, 83:18
essentially [1] - 83:22
established [2] - 52:23, 55:9
estate [2] - 28:17, 48:11
estimate [2] - 43:13, 65:12
estimated [1] - 61:4
estimation [1] - 33:21
et [4] - 11:15, 11:16, 11:17, 11:18
evaluate [1] - 59:8
evaluation [1] - 52:7
eve [2] - 85:2
event [3] - 14:17, 84:24, 96:10
events [1] - 82:15
everywhere [1] - 42:15
evidence [2] - 29:15, 80:2
evidentiary [1] - 37:1
exact [1] - 68:15
exactly [5] - 34:20, 37:16, 37:21, 42:17, 43:19
exam [1] - 73:1
examination [1] - 72:25
example [7] - 15:14, 16:17, 27:20, 54:25, 59:19, 80:3, 87:21
examples [1] - 26:16
except [1] - 34:1
exchange [1] - 14:5
excluded [10] - 46:11, 46:21, 46:25, 47:20, 47:21, 48:14, 48:18,

48:21, 64:10, 92:16
excuse [2] - 30:7, 38:16
exhaustion [1] - 71:12
exhibit [1] - 28:16
exhibits [1] - 20:6
expand [4] - 75:10, 75:20, 75:22, 76:15
expect [3] - 35:5, 41:20, 52:15
expecting [1] - 59:18
expedited [7] - 41:23, 42:3, 45:12, 45:20, 45:24, 46:2, 46:4
expenses [3] - 53:17, 55:2, 55:16
experience [2] - 17:8, 19:5
experienced [3] - 64:4, 67:15, 67:20
experiencing [1] - 69:6
experts [5] - 44:14, 67:22, 68:2, 69:8
expire [1] - 52:24
expired [1] - 53:5
explain [5] - 24:21, 30:9, 62:22, 66:25, 67:13
explanation [1] - 13:8
explanatory [1] - 22:12
EXPLORATION [1] - 5:19
Exploration [2] - 11:15, 11:17
explosion [2] - 64:5, 64:7
exposed [1] - 64:6, 65:16, 65:18, 68:20, 69:22
exposure [10] - 64:4, 67:16, 69:9, 69:13, 70:19, 72:8, 74:7, 74:22, 74:24, 79:17
expressly [2] - 15:12, 48:18
extended [1] - 33:3
extensive [1] - 86:13
extent [6] - 35:10, 37:7, 62:2, 62:3, 82:4, 82:9
Exxon [2] - 40:2, 77:16, 94:23
eye [1] - 69:5

**F**

face [6] - 83:13, 84:2,

94:7
face-to-face [3] - 83:13, 84:2, 94:7
facilitate [1] - 58:14
facilities [4] - 76:19, 76:21, 77:22, 78:12
facility [1] - 73:18
fact [8] - 13:3, 74:21, 76:25, 86:16, 89:10, 93:15, 97:4
factor [3] - 27:10, 29:23, 88:22
factors [3] - 39:24, 69:19, 88:4, 90:8
facts [5] - 83:4, 84:25, 85:7, 85:9, 96:24
factual [1] - 82:24
failed [2] - 22:18, 22:20
fair [5] - 33:22, 33:23, 82:11, 82:13, 86:6
fairly [5] - 13:12, 13:14, 28:9, 60:18, 81:16
fairness [13] - 81:3, 86:4, 86:5, 87:11, 87:17, 88:7, 91:11, 91:16, 93:5, 93:11, 93:17, 96:4, 98:1
fall [3] - 85:25, 88:20, 90:11
falling [1] - 91:12
familiar [2] - 17:6, 82:13
families [1] - 32:8
family [4] - 32:9, 32:11, 33:3
FANNIN [1] - 8:10
far [6] - 18:25, 43:21, 81:14, 84:15, 85:10, 86:21
far-reaching [2] - 81:14, 84:15
fashion [2] - 59:17, 76:23
favor [1] - 95:23
favorable [1] - 59:20
FAYARD [2] - 4:3, 4:3
Fayard [3] - 17:19, 57:24, 94:6
Fayard's [1] - 63:12
feature [1] - 14:7
features [2] - 15:10, 87:11
federal [1] - 42:10
FEDERAL [1] - 5:7
federally [1] - 75:21
fee [5] - 51:4, 51:5, 51:8, 51:11, 51:13, 51:16, 54:21, 54:23

feed [1] - 32:10
fees [11] - 51:12, 53:16, 53:21, 53:23, 54:10, 54:14, 55:3, 55:5, 55:8, 55:9, 56:3
feet [5] - 31:7, 31:8, 31:11, 70:12
felt [2] - 40:4, 51:7
festival [2] - 23:23, 24:5
festivals [3] - 23:24, 24:2, 56:24
few [10] - 12:8, 15:19, 16:4, 26:10, 45:12, 47:19, 63:7, 84:22, 91:15, 92:1
field [1] - 79:1
FIFTEENTH [1] - 6:9
file [15] - 32:18, 33:25, 52:2, 52:17, 52:22, 74:12, 74:14, 92:7, 96:5, 97:15, 97:18, 97:19, 97:24
filed [5] - 56:5, 56:7, 86:18, 91:25, 94:14
filing [14] - 12:12, 16:2, 29:14, 51:4, 51:5, 51:8, 51:11, 51:12, 51:13, 51:15, 51:16, 75:1
filings [1] - 12:8
final [24] - 12:6, 12:17, 13:17, 13:25, 14:6, 14:18, 33:19, 34:3, 41:4, 49:18, 52:8, 52:12, 52:25, 54:5, 86:5, 88:14, 89:10, 93:11, 93:17, 96:3, 96:7, 97:23, 98:1
finality [2] - 54:4, 54:5
finalize [1] - 16:1
finalized [1] - 56:18
finalizing [1] - 15:25
finally [6] - 52:10, 60:25, 75:5, 88:10, 88:20, 90:11
financial [1] - 48:2
fine [2] - 12:10, 18:10
finer [1] - 69:2
finfish [4] - 33:12, 35:24, 40:9, 44:11
finished [1] - 58:1
first [31] - 12:22, 13:4, 16:7, 18:20, 25:2, 25:22, 36:2, 54:4, 55:16, 57:19, 57:24, 58:3, 60:21, 61:1, 61:2, 61:9, 61:10, 61:17, 61:18, 63:17,

64:1, 65:3, 67:10, 67:11, 80:11, 91:17, 91:18, 92:2, 92:15, 93:20
first-party [3] - 61:2, 61:9, 61:17
fish [4] - 32:8, 37:18, 44:8, 47:15
fisher [1] - 35:20
Fisheries [1] - 11:17
fisheries [1] - 38:5
fisherman [1] - 33:10
fishermen [1] - 42:14
fishing [6] - 32:10, 32:14, 32:16, 42:9, 43:15, 56:24
fit [2] - 22:18, 47:14
FITCH [1] - 7:23
five [15] - 32:5, 45:6, 51:6, 51:24, 57:11, 74:5, 75:16, 75:17, 75:19, 75:23, 76:5, 89:16, 90:22, 91:18
five-year [1] - 75:16
fixed [2] - 41:18, 42:13
FL [2] - 2:9, 3:16
flat [1] - 42:19
FLOOR [4] - 2:19, 4:14, 5:9, 8:6
FLORIDA [1] - 4:4
Florida [5] - 21:10, 29:21, 66:14, 75:16, 76:11
focused [2] - 75:11, 79:18
focusing [1] - 83:25
folks [1] - 48:4
follow [2] - 20:10, 21:5
following [2] - 64:6, 77:16
fooling [1] - 84:22
foot [1] - 70:4
FOR [15] - 1:12, 1:13, 1:18, 2:3, 4:21, 5:3, 5:7, 5:12, 5:16, 7:3, 7:8, 7:17, 8:3, 8:12, 8:16
forbid [1] - 64:16
force [1] - 18:12
forced [1] - 14:18
foregoing [2] - 81:4, 98:16
forget [3] - 73:13, 73:14
forgot [2] - 59:15, 96:23, 97:10
form [4] - 29:14, 32:18, 52:3, 59:9
formal [2] - 96:3, 96:5
forms [3] - 58:15,

58:16, 79:8
formula [1] - 44:3
forth [1] - 42:1
forum [1] - 15:3
forward [6] - 12:7, 19:3, 36:8, 36:16, 36:18, 50:4
four [5] - 60:1, 63:13, 63:25, 76:1, 86:1
FOX [1] - 8:16
framework [1] - 82:7
frameworks [1] - 87:13
FRANCISCO [2] - 2:20, 5:10
frankly [1] - 95:22
Fred [1] - 63:13
frequently [1] - 77:13
Friday [1] - 89:11
friendly [2] - 58:9, 58:21
friends [1] - 48:5
frightened [1] - 84:24
FRILOT [1] - 8:5
front [1] - 23:1
fuels [1] - 48:12
fulfill [1] - 88:18
full [14] - 43:18, 45:23, 46:4, 48:18, 55:1, 73:1, 73:4, 73:24, 82:11, 82:13, 86:4, 86:24, 87:1, 88:24
full-compensation [2] - 86:24, 87:1
full-scale [1] - 86:4
full-time [1] - 45:23
fully [9] - 35:5, 41:20, 48:14, 48:16, 52:15, 55:21, 56:13, 60:17, 62:25
functions [1] - 78:17
fund [12] - 19:20, 37:1, 37:2, 37:22, 51:13, 51:17, 53:16, 56:23, 57:4, 64:22, 78:23
funded [2] - 56:13, 75:17
funding [4] - 51:14, 56:21, 77:4
funds [4] - 15:23, 31:19, 37:6, 48:22
future [8] - 27:12, 29:10, 88:2, 88:3, 88:4, 88:22

## G

GABLES [1] - 3:16
Galveston [2] - 21:11,

38:10
gambling [1] - 48:10
game [1] - 51:9
gap [1] - 19:10
Garden [2] - 18:25, 19:6
Garretson [9] - 15:24, 73:10, 73:15, 77:25, 78:1, 78:25, 79:21, 87:4, 90:17
GARRETSON [1] - 8:25
Garretson's [1] - 19:11
gas [2] - 48:11, 73:22
GATE [1] - 5:9
GCCF [18] - 14:11, 24:17, 27:5, 34:17, 34:18, 34:19, 37:14, 48:13, 48:16, 49:14, 52:4, 53:6, 58:19, 58:20, 60:17, 60:19, 60:23, 62:7
general [6] - 20:3, 21:5, 55:22, 63:23, 87:16
GENERAL'S [1] - 4:21
generally [14] - 23:14, 26:17, 26:19, 27:1, 35:15, 40:11, 40:14, 40:24, 44:17, 48:9, 52:1, 56:12, 76:15
geographic [3] - 25:2, 25:13, 32:21
geographical [9] - 20:15, 21:7, 21:8, 21:13, 21:24, 38:2, 50:25, 92:25
geographically [1] - 22:5
geography [3] - 21:18, 22:2, 23:7
given [4] - 33:21, 60:15, 74:9, 96:1
global [1] - 83:9
goal [1] - 76:15
Godfrey [5] - 63:16, 80:10, 80:17, 81:9, 81:11
GODFREY [2] - 6:3, 81:10
GODFREY............. ....................... [1] - 10:12
GODWIN [3] - 7:8, 7:9, 7:13
GOLDEN [1] - 5:9
GONZALES [1] - 3:15
GONZALEZ [1] - 3:15
goods [1] - 58:2

Gotcha [1] - 59:15
government [1] - 65:5
GOVERNMENT [1] - 5:7
governmental [2] - 38:7, 82:2
governments [2] - 38:4, 47:22
Grand [1] - 66:13
grant [8] - 13:22, 56:25, 75:9, 76:2, 80:25, 85:24, 87:9, 90:3
granted [1] - 92:2
granting [1] - 85:19
grants [1] - 91:10
graphic [1] - 28:11
grateful [2] - 80:14, 80:21
great [2] - 60:13, 72:22
greatest [3] - 59:11, 63:21
greatly [2] - 80:4, 95:8
GREENWALD [9] - 3:11, 62:14, 63:2, 63:5, 64:10, 65:22, 66:8, 79:12, 80:8
Greenwald [8] - 18:17, 19:12, 47:8, 62:20, 62:23, 89:19, 90:14, 94:5
GREENWALD.......... ............................. [1] - 10:10
Group [5] - 18:25, 19:11, 77:25, 79:1, 79:21
GROUP [1] - 4:10
group [8] - 19:15, 37:1, 55:9, 63:9, 63:15, 67:3, 69:2, 89:13
guarantee [1] - 87:11
guaranteed [2] - 35:7, 57:13
guarantees [1] - 91:11
Guard [2] - 15:5, 65:5
GUERRA [1] - 3:6
guess [6] - 17:15, 35:7, 57:20, 62:11, 69:17, 70:8
guidance [4] - 21:1, 25:21, 56:14, 68:1
guide [3] - 20:16, 57:25, 82:17
guidelines [3] - 50:21, 57:7, 57:9
guiding [2] - 63:20, 63:22

**GULF** [1] - 1:6
**Gulf** [38] - 11:13, 20:16, 21:12, 21:16, 21:17, 21:23, 21:25, 25:4, 29:21, 32:17, 32:18, 36:20, 37:18, 38:2, 38:9, 55:10, 56:20, 57:3, 64:21, 64:24, 75:6, 75:8, 75:11, 75:14, 76:1, 76:5, 77:2, 77:3, 77:11, 77:15, 79:13, 81:22, 82:3, 87:2, 87:22, 87:25, 90:25

---

### H

**half** [7] - 25:24, 29:9, 30:5, 31:15, 60:1, 66:12, 89:5
**Halliburton** [3] - 47:16, 61:13, 62:1
**HALLIBURTON** [1] - 7:8
**handle** [1] - 38:24, 48:6
**handled** [2] - 13:2
**handling** [1] - 55:17
**hard** [3] - 68:3, 81:23, 91:3
**HARDING** [2] - 8:21, 8:22
**harvest** [1] - 43:25
**harvesters** [3] - 35:22, 38:19, 43:7
**harvesting** [3] - 21:23, 28:14, 40:15
**haul** [1] - 78:15
**HAYCRAFT** [1] - 5:22
**HB406** [1] - 9:5
**head** [2] - 16:18, 83:9
**headache** [3] - 68:24, 69:24, 70:4
**headaches** [1] - 68:12
**health** [11] - 75:12, 75:21, 76:17, 77:2, 77:6, 77:11, 77:12, 77:15, 77:21, 77:22, 79:17
**Health** [6] - 64:22, 75:6, 76:1, 76:8, 79:13, 90:25
**healthcare** [4] - 64:23, 72:16, 75:11, 75:21
**healthy** [1] - 74:4
**hear** [2] - 85:15, 92:11
**HEARD** [1] - 1:13
**heard** [6] - 27:13, 31:18, 66:4, 68:16,

92:8, 93:20
**hearing** [19] - 12:19, 13:5, 81:3, 85:4, 85:13, 86:4, 86:5, 91:16, 91:19, 92:8, 93:17, 93:18, 96:4, 96:7, 96:8, 96:12, 97:17, 97:23, 98:1
**HEARING** [1] - 1:12
**heat** [2] - 71:12, 71:15
**heatstroke** [1] - 71:11
**heaven** [1] - 64:16
**heavily** [1] - 87:13
**heavy** [1] - 84:20
**heels** [1] - 77:1
**HEIMANN** [1] - 2:18
**held** [1] - 62:3
**help** [8] - 32:11, 50:4, 55:6, 77:20, 77:23, 78:3, 78:12, 79:8
**hereby** [1] - 98:16
**HERMAN** [5] - 1:22, 1:23, 12:24, 13:11
**Herman** [9] - 12:23, 13:10, 46:10, 47:9, 52:3, 53:4, 57:22, 79:11, 94:5
**HERMAN..................
.......................** [1] -
10:6
**HICKS** [1] - 3:14
**high** [1] - 76:16
**high-quality** [1] -
76:16
**higher** [2] - 29:22, 44:22
**highest** [1] - 54:5
**highlighted** [1] - 39:18
**HIGHWAY** [1] - 3:19
**historic** [1] - 20:22
**historical** [3] - 40:9, 41:8, 41:25
**historically** [1] - 45:15
**history** [3] - 44:5, 44:9, 73:2
**holdback** [4] - 56:6, 56:8, 81:4, 81:5
**holders** [1] - 33:10
**HOLDINGS** [2] - 5:20, 8:3
**holstein** [1] - 87:14
**HOLSTEIN** [1] - 6:13
**Holstein** [1] - 80:17
**home** [2] - 21:22, 73:18
**HONEYCUTT** [1] - 4:3
**Honor** [56] - 11:10, 12:24, 13:11, 16:10, 17:11, 17:13, 17:17, 18:15, 22:13, 26:11,

27:8, 31:18, 33:7, 34:15, 39:3, 39:18, 43:10, 56:6, 56:21, 57:15, 57:16, 57:21, 60:12, 62:19, 62:24, 63:5, 78:25, 79:9, 80:8, 80:9, 80:23, 81:7, 81:10, 81:11, 82:21, 84:7, 84:25, 85:14, 87:3, 87:4, 88:10, 88:18, 89:2, 91:14, 92:3, 93:19, 93:24, 94:1, 94:10, 96:14, 97:14, 97:15, 98:5
**Honor's** [1] - 28:24
**HONORABLE** [1] -
1:13
**hope** [2] - 76:3, 90:22
**hoped** [1] - 86:21
**hopefully** [2] - 12:19, 75:22
**Horizon** [1] - 11:13
**HORIZON** [1] - 1:5
**hospitalized** [1] -
70:23
**HOUMA** [1] - 4:11
**hour** [2] - 83:15
**hours** [4] - 28:4, 84:22, 89:14, 89:15
**house** [1] - 29:5
**housekeeping** [1] -
15:19
**HOUSTON** [7] - 2:23, 6:14, 7:5, 7:6, 7:15, 8:10, 8:14
**HUGH** [1] - 8:13
**hundred** [7] - 27:20, 27:22, 27:23, 27:24, 30:7, 30:13, 45:6, 87:20, 88:23
**hunt** [1] - 32:8
**hydrocarbons** [1] -
61:21

---

### I

**I-10** [1] - 25:4
**ice** [1] - 45:14
**identify** [1] - 32:16
**IFQs** [2] - 42:9, 43:15
**IL** [2] - 6:6, 6:17
**ill** [1] - 71:5
**illness** [4] - 74:2, 74:6, 74:10, 74:23
**illustrate** [2] - 93:1, 93:15
**immediately** [1] - 58:6
**impact** [1] - 77:13

**impacted** [4] - 46:15, 47:7, 64:24, 75:9
**impairment** [1] - 23:1
**implementation** [1] -
92:11
**important** [12] - 14:16, 14:23, 18:19, 19:4, 20:14, 24:4, 26:12, 28:7, 54:9, 57:12, 59:5, 81:19
**importantly** [1] - 81:15
**impressed** [1] - 28:3
**impressive** [1] - 94:20
**IMPREVENTO** [1] -
2:3
**improperly** [4] - 85:24, 87:9, 90:3, 91:9
**improve** [4] - 64:23, 75:20, 75:22, 76:5
**IN** [2] - 1:5, 1:6
**in-court** [1] - 13:5
**INC** [9] - 5:16, 5:18, 5:19, 5:20, 5:22, 6:12, 7:8, 8:4, 8:5
**inches** [1] - 60:1
**incidents** [1] - 91:1
**include** [2] - 61:19, 64:9
**included** [3] - 15:2, 22:10, 93:7
**includes** [1] - 14:20
**including** [5] - 27:17, 45:16, 58:12, 58:15, 61:21
**income** [4] - 35:22, 40:22, 44:1, 48:9
**incomplete** [1] - 53:9
**inconvenience** [1] -
27:14
**Incorporated** [3] -
11:16, 11:17, 11:18
**increase** [1] - 51:25
**incur** [1] - 36:21
**indemnity** [1] - 62:10
**independent** [1] -
61:23
**independently** [3] -
18:3, 61:7, 62:14
**indicated** [1] - 16:10
**indicates** [1] - 21:17
**individual** [36] - 14:5, 15:10, 20:8, 21:19, 23:10, 23:11, 23:12, 23:19, 23:22, 24:3, 24:5, 24:8, 26:18, 29:12, 32:20, 33:25, 34:2, 36:6, 36:12, 40:8, 41:6, 41:7, 41:13, 41:16, 42:9, 43:8, 52:9, 52:11,

52:21, 53:25, 54:19, 54:20, 57:8, 60:11, 71:2
**individually** [1] -
60:10
**individuals** [19] -
19:16, 19:18, 22:10, 22:17, 23:25, 33:13, 36:11, 37:15, 46:7, 55:21, 65:3, 67:4, 70:17, 70:18, 71:4, 71:11, 82:2, 93:6, 93:7
**industries** [3] - 40:21, 43:25, 46:11
**industry** [30] - 21:23, 25:10, 25:18, 28:13, 28:14, 33:7, 36:17, 36:20, 40:13, 40:25, 41:4, 44:10, 44:11, 44:18, 45:8, 45:23, 46:5, 46:17, 46:19, 48:1, 48:10, 48:11, 57:2, 87:22
**ineligible** [1] - 50:14
**inference** [1] - 60:22
**information** [20] -
14:11, 14:14, 18:16, 18:17, 19:5, 19:8, 25:16, 29:15, 33:21, 36:9, 41:17, 44:13, 52:4, 56:19, 58:25, 59:9, 59:12, 59:17, 59:22, 80:6
**informed** [2] - 85:20, 91:7
**inhalation** [1] - 67:19
**inherent** [2] - 87:5, 90:1
**initial** [6] - 33:17, 35:8, 43:16, 53:24, 57:3, 72:25
**injured** [6] - 62:8, 64:9, 65:24, 81:17, 82:16, 89:22
**injuries** [4] - 64:11, 90:14, 90:20, 90:21
**injury** [2] - 27:12, 47:6
**inland** [1] - 25:3
**instances** [1] - 21:3
**Institute** [1] - 76:8
**institutions** [2] -
48:10, 76:7
**insurance** [2] - 48:10, 72:17
**insurers** [2] - 61:8, 62:12
**integrate** [1] - 77:15
**integrated** [2] - 75:25, 76:16

intelligent [1] - 86:8
intend [2] - 94:12, 95:6
intended [3] - 49:2, 75:10, 81:16
intending [1] - 58:20
intense [2] - 82:25, 84:9
Intent [1] - 74:12, 74:14, 78:21
interchange [1] - 50:13
interest [3] - 27:13, 35:21
interested [1] - 92:5
interesting [1] - 49:12
interests [1] - 89:24
INTERESTS [2] - 4:21, 5:7
interferes [1] - 54:21
interim [11] - 15:6, 15:7, 17:5, 49:13, 49:14, 49:15, 49:17, 49:19, 49:25, 57:21, 80:24
INTERNATIONAL [1] - 7:3
interview [3] - 32:19, 32:21, 32:22
interviews [1] - 32:21
introduce [2] - 16:24, 17:3
introduction [1] - 16:23
Investigation [1] - 85:3
investment [1] - 44:21
invoke [1] - 79:25
involved [22] - 17:19, 17:21, 18:8, 18:10, 21:24, 23:3, 25:9, 29:10, 31:6, 36:6, 36:17, 37:6, 46:14, 57:13, 65:11, 65:13, 78:4, 78:17, 83:2, 95:13, 95:14
involves [1] - 50:18
involving [1] - 79:17
IRS [1] - 15:23
Island [1] - 66:14
Isle [1] - 66:13
issue [11] - 15:5, 32:25, 53:12, 79:4, 81:2, 92:23, 93:13, 94:2, 94:16, 95:21
issued [4] - 17:5, 42:10, 56:6, 94:25
issues [12] - 12:20, 31:3, 31:4, 31:5, 44:7, 47:14, 48:16,

50:5, 72:20, 77:12, 78:3, 79:4
items [1] - 27:14
itself [8] - 21:17, 27:22, 35:21, 44:21, 45:18, 46:6, 61:6, 62:18
IV [1] - 4:18

**J**

JAMES [2] - 1:19, 6:12
JARRETT [1] - 5:23
JEFFERSON [1] - 1:20
JEFFREY [3] - 2:3, 6:9, 6:16
JENNY [1] - 7:9
Jim [1] - 57:21
JIMMY [1] - 2:22
job [6] - 18:10, 28:6, 71:5, 84:11, 84:12, 89:16
Joe [3] - 16:24, 17:13, 17:14
JOHN [1] - 4:18
joins [1] - 93:25
joint [1] - 12:1
jointly [1] - 17:9
JONES [2] - 3:23, 7:4
JOSEPH [1] - 4:17
journey [2] - 94:6, 95:25
JR [3] - 3:19, 4:3, 4:14
judge [1] - 83:1
JUDGE [2] - 1:14, 8:25
Judge [16] - 16:15, 17:16, 17:24, 18:9, 39:16, 80:12, 83:2, 83:4, 83:22, 84:5, 84:7, 86:14, 89:9, 89:15, 94:21, 95:13
judgment [1] - 52:25
judicial [4] - 86:1, 88:21, 90:12, 91:13
July [1] - 83:21
JUNEAU [2] - 8:21, 17:11
Juneau [13] - 15:24, 17:3, 17:4, 17:7, 18:23, 19:2, 19:20, 32:19, 57:6, 58:23, 59:8, 87:3, 88:12
Juneau's [1] - 55:23, 59:20
JUNEAU....................
.................... [1] -
10:7
jurisdiction [1] - 18:22

JUSTICE [2] - 5:7, 5:13
justify [2] - 46:4, 86:7

**K**

KALBAC [1] - 3:15
KANE [1] - 3:15
KARRON [1] - 6:20
Katrina [1] - 77:1
KATZ [1] - 1:22
keep [2] - 12:19, 38:7
KEITH [1] - 5:23
kept [2] - 68:8, 68:9
KERRY [1] - 8:6
Key [3] - 21:9, 23:24, 38:11
key [4] - 18:24, 22:2, 89:10, 89:11
keystones [1] - 18:22
kind [5] - 36:22, 67:16, 67:18, 69:21, 77:21
Kip [1] - 11:15
KIRKLAND [2] - 6:3, 6:8
knowing [1] - 43:19
knowledge [3] - 17:8, 51:1
known [2] - 82:21, 85:8
knows [7] - 59:25, 83:5, 84:6, 84:7, 85:1, 89:3, 92:3
KUCHLER [2] - 7:18, 7:19
KULLMAN [1] - 2:14

**L**

L.L.C [1] - 8:12
LA [14] - 1:20, 1:24, 2:16, 3:20, 4:4, 4:8, 4:11, 4:15, 5:5, 5:25, 7:20, 8:7, 8:23, 9:5
labor [1] - 40:18
Lafayette [1] - 17:7
LAFAYETTE [2] - 1:20, 8:23
laid [2] - 65:8
LAKE [1] - 4:8
LAMAR [1] - 7:14
land [7] - 21:13, 21:24, 31:6, 42:24, 42:25, 43:2, 65:9
land-based [2] - 21:13, 21:24
landed [1] - 21:22
LANGAN [1] - 6:4

language [3] - 16:21, 32:23, 32:24
large [6] - 12:25, 34:21, 37:14, 37:19, 49:16, 79:2
LASALLE [1] - 6:6
last [14] - 18:6, 39:14, 57:10, 58:10, 64:21, 71:19, 72:3, 75:5, 77:14, 78:2, 78:22, 78:24, 83:21, 95:1
lasted [1] - 91:18
late [2] - 18:6, 89:14
later-manifested [4] - 64:17, 74:2, 74:10, 90:20
launch [1] - 95:24
law [2] - 93:2, 93:8
LAW [1] - 4:10
LAWN [1] - 3:4
lawsuit [1] - 75:2
lawyers [1] - 83:11
lays [1] - 50:21
lead [3] - 57:23, 80:10, 93:4
leaning [1] - 95:22
learn [1] - 77:19
lease [1] - 33:10
leased [1] - 21:21
leasehold [4] - 35:21, 42:6, 61:22
leaseholders [1] - 43:15
least [7] - 37:20, 50:22, 64:21, 77:14, 78:22, 80:16, 88:1
leave [1] - 42:24
led [1] - 57:23
left [2] - 43:11, 93:16
legal [10] - 26:3, 82:19, 82:20, 82:23, 85:13, 91:4, 91:9, 92:5, 93:16, 94:13
LEGER [2] - 4:13, 4:14
length [2] - 79:14, 86:13
LENNARD [1] - 6:16
Lennard [1] - 80:17
less [4] - 36:24, 50:18, 59:18, 86:4
lessee [1] - 40:23
lessees [2] - 35:20, 35:22
letter [2] - 50:10, 73:16
leukemia [1] - 64:18
level [1] - 42:1
levels [1] - 45:24
LEVIN [1] - 2:7
LEWIS [3] - 2:14, 5:22,

8:12
liability [1] - 74:20
LIAISON [1] - 1:18
library [5] - 79:13, 79:14, 79:19, 80:2, 89:13
license [2] - 32:14, 32:16
licensed [1] - 37:18
LIEFF [1] - 2:18
lien [1] - 79:3
LIFE [1] - 2:15
limitations [2] - 36:25, 37:1
LIMITED [1] - 5:21
limp [1] - 63:2
Linda [1] - 63:12
line [7] - 28:19, 59:6, 59:23, 66:5, 66:6, 66:7, 66:8
lineage [1] - 31:11
linear [1] - 31:7
lines [1] - 42:17
link [1] - 72:8
LISKOW [1] - 5:22
list [3] - 67:12, 67:25, 90:14
listed [3] - 68:17, 69:3, 76:13
listening [1] - 77:17
literally [1] - 85:2
litigant [1] - 54:24
litigate [1] - 14:19
Litigation [4] - 74:2, 75:2, 78:19, 80:1
litigation [12] - 11:12, 18:4, 74:15, 83:9, 83:25, 87:6, 88:22, 88:24, 90:2, 90:6, 95:2, 95:4
live [3] - 66:5, 66:16, 67:4
lived [4] - 21:20, 66:12, 66:22, 74:8
LLC [1] - 8:3
local [1] - 28:3
location [6] - 20:15, 32:22, 42:7, 50:23
locations [4] - 21:13, 21:14, 22:21, 83:19
long-term [3] - 44:21, 64:13, 72:20
longest [1] - 42:8
look [15] - 20:5, 22:5, 24:11, 26:13, 37:14, 39:6, 40:9, 46:12, 47:10, 48:1, 50:4, 51:10, 86:17
looked [5] - 29:20, 38:1, 38:3, 38:22,

39:13
**looking** [13] - 20:21, 22:2, 23:16, 25:15, 25:19, 25:20, 25:22, 26:4, 26:12, 28:23, 31:7, 44:5, 75:20
**looks** [1] - 41:22
**LOS** [1] - 8:18
**loss** [28] - 19:14, 19:22, 20:22, 21:2, 24:18, 28:1, 29:18, 36:7, 40:11, 40:20, 41:9, 42:16, 43:22, 44:5, 44:11, 46:4, 46:25, 47:10, 50:7, 50:11, 52:18, 52:21, 83:11, 84:3
**losses** [13] - 28:17, 29:2, 36:21, 39:20, 41:2, 44:4, 44:9, 46:3, 47:9, 50:4, 52:15, 61:20
**lost** [6] - 42:14, 42:18, 61:21, 87:25, 88:1
**LOUISIANA** [4] - 1:2, 1:8, 5:3, 8:13
**Louisiana** [16] - 21:11, 23:5, 23:23, 28:22, 29:22, 42:25, 43:2, 66:13, 67:7, 74:19, 75:15, 75:16, 76:8, 76:9, 98:15, 98:16
**lower** [1] - 29:5
**LP** [1] - 7:18
**LPHI** [1] - 76:12
**LSU** [1] - 77:6
**lunch** [1] - 84:21
**Lundy** [1] - 63:11
**LUNDY** [3] - 4:6, 4:7
**LUXENBERG** [1] - 3:11

---

## M

**Macondo** [2] - 61:20, 61:21
**Magistrate** [6] - 17:24, 51:22, 83:21, 84:4, 84:6, 86:14
**magistrate** [1] - 83:1
**MAGISTRATE** [1] - 8:25
**magnitude** [2] - 55:15, 84:17
**main** [1] - 89:13
**maintain** [1] - 40:6
**maintained** [1] - 79:21
**MAJOR** [1] - 7:10
**managing** [1] - 14:24

**manifested** [6] - 64:17, 66:24, 74:2, 74:10, 90:20, 90:21
**manufactured** [1] - 60:5
**maps** [1] - 20:18
**Marine** [2] - 85:3, 85:5
**MARK** [1] - 6:13
**market** [1] - 42:10
**markets** [1] - 22:19
**marks** [1] - 70:12
**MARTINEZ** [1] - 7:9
**MARTÍNEZ** [1] - 3:15
**mass** [2] - 31:6, 79:2
**match** [2] - 34:20, 50:23
**matrix** [2] - 71:9, 90:13
**matter** [1] - 98:17
**matters** [2] - 27:17, 93:15
**MATTHEW** [2] - 4:7, 8:25
**MATTHEWS** [2] - 3:14, 5:3
**maximize** [1] - 59:17
**maximum** [1] - 24:6
**MAZE** [1] - 4:21
**MCCUTCHEN** [1] - 7:22
**MCKINNEY** [1] - 7:5
**mean** [10] - 27:25, 32:13, 38:17, 48:22, 66:18, 83:15, 83:16, 84:11, 93:20
**meaningful** [2] - 76:23, 87:12
**means** [2] - 66:19, 93:21
**meant** [1] - 86:20
**measured** [2] - 82:24, 91:8
**MECHANICAL** [1] - 9:8
**mediation** [4] - 74:15, 74:16, 78:20
**mediator** [1] - 80:13
**mediators** [1] - 78:20
**medic** [3] - 71:6, 71:15, 71:23
**medical** [29] - 11:23, 18:18, 19:10, 62:22, 63:6, 64:5, 64:13, 67:22, 68:2, 68:6, 68:11, 68:16, 69:8, 70:17, 70:20, 71:2, 71:21, 72:6, 72:10, 73:2, 75:5, 79:4, 79:9, 79:17, 83:7, 83:10, 84:2, 89:8

**Medical** [10] - 47:8, 63:18, 64:1, 67:24, 67:25, 72:11, 72:21, 78:10, 79:15, 90:24
**meet** [5] - 22:6, 41:25, 46:20, 81:21
**meeting** [3] - 83:13, 83:16, 94:9
**meetings** [5] - 83:15, 83:16, 83:17, 84:3, 94:8
**member** [18] - 21:20, 22:8, 24:10, 47:2, 50:19, 50:20, 50:22, 51:19, 59:1, 60:19, 61:11, 62:20, 85:23, 89:23, 92:15, 92:16, 92:18, 92:21
**members** [35] - 13:20, 13:24, 15:13, 15:16, 17:20, 50:22, 53:5, 53:12, 54:15, 54:19, 56:7, 56:20, 58:13, 58:24, 61:16, 64:4, 64:15, 65:2, 65:23, 66:2, 67:9, 69:11, 72:23, 73:23, 75:8, 81:5, 85:22, 85:23, 87:12, 89:1, 90:5, 90:19, 92:19, 96:2
**members'** [1] - 58:14
**membership** [2] - 20:5, 22:4
**memories** [1] - 82:16
**men** [1] - 65:4
**menhaden** [2] - 47:13, 47:15
**mental** [3] - 75:12, 77:2, 77:21
**mention** [5] - 63:17, 66:4, 68:4, 79:12, 97:10
**mentioned** [12] - 16:7, 17:2, 44:3, 45:12, 53:4, 67:11, 71:1, 72:4, 74:3, 75:2, 78:10, 78:18
**mere** [1] - 86:16
**merely** [1] - 93:15
**MERIT** [1] - 9:4
**Merit** [2] - 98:15, 98:20
**met** [3] - 26:15, 50:3, 83:18
**methods** [2] - 26:16, 41:21
**METHVIN** [1] - 3:22
**Mexico** [2] - 11:14, 21:25
**MEXICO** [1] - 1:6
**MI** [1] - 8:12

**mic** [1] - 62:20
**MICHAEL** [1] - 5:8
**midnight** [1] - 89:16
**might** [7] - 14:25, 16:16, 16:21, 24:1, 65:20, 69:9, 86:25
**MIKAL** [1] - 3:7
**mild** [1] - 51:11
**mile** [2] - 66:12, 66:16
**mileage** [1] - 73:20
**MILES** [1] - 3:22
**miles** [3] - 73:18, 73:19, 73:20
**MILLER** [1] - 8:6
**million** [28] - 19:20, 34:18, 34:21, 37:2, 37:3, 37:22, 38:14, 39:7, 41:11, 49:11, 50:19, 50:20, 51:17, 53:24, 54:3, 54:6, 56:16, 56:23, 57:3, 61:5, 62:11, 64:22, 75:10, 76:2, 77:4, 87:23
**millions** [1] - 38:9
**mineral** [1] - 31:4
**minimal** [1] - 30:4
**minimum** [6] - 30:6, 30:7, 30:8, 31:1, 31:12
**minor** [2] - 16:16, 16:22
**minute** [6] - 37:25, 43:12, 67:24, 91:15, 91:24, 96:18
**minutes** [5] - 45:12, 47:19, 71:1, 91:18, 96:17
**misapprehension** [1] - 12:4
**miscommunication** [1] - 32:25
**Mississippi** [4] - 21:11, 29:22, 42:25, 76:10
**misspoke** [2] - 65:22, 66:1
**mistakes** [1] - 58:5
**misunderstanding** [2] - 12:4, 48:19
**MITCHELL** [1] - 2:7
**mix** [1] - 26:10
**mixed** [1] - 20:24
**MOBILE** [1] - 2:12
**Mobile** [2] - 67:8
**model** [7] - 40:7, 41:23, 42:3, 45:12, 45:21, 45:22, 46:2
**models** [1] - 41:21
**modest** [1] - 51:11

**modifications** [1] - 16:5
**modified** [3] - 26:7, 26:8, 26:15
**modify** [1] - 16:21
**modules** [1] - 26:13
**moment** [5] - 34:2, 34:4, 58:18, 66:18, 68:6
**money** [18] - 20:11, 34:7, 34:9, 34:13, 34:22, 35:10, 37:7, 39:2, 51:13, 52:11, 57:9, 61:12, 62:4, 62:9, 64:2, 73:21, 75:18, 84:16
**monies** [2] - 62:7, 62:10
**MONTGOMERY** [2] - 3:24, 4:22
**month** [2] - 27:3, 39:14
**months** [12] - 27:2, 27:3, 27:6, 52:17, 52:20, 52:24, 60:13, 63:14, 78:3, 97:24
**moratoria** [2] - 47:9, 47:10
**moratorium** [2] - 15:14, 15:15
**MORGAN** [1] - 8:12
**morning** [1] - 17:13
**mortgage** [2] - 46:17, 46:19
**most** [8] - 17:6, 21:3, 64:24, 75:9, 76:24, 81:15, 82:3, 88:13
**mother** [1] - 84:21
**motion** [6] - 11:20, 12:1, 13:5, 16:11, 56:6, 56:7
**motions** [4] - 11:24, 12:10, 16:2, 85:19
**MOTIONS** [1] - 1:12
**MOTLEY** [1] - 4:17
**MOUNT** [1] - 4:19
**move** [1] - 23:20
**moves** [1] - 28:21
**MR** [42] - 10:6, 10:7, 10:8, 10:9, 10:11, 10:12, 10:15, 12:24, 13:11, 17:11, 17:13, 17:15, 18:12, 18:15, 24:24, 25:1, 28:2, 30:11, 30:16, 30:18, 30:20, 30:25, 35:10, 38:14, 38:18, 40:4, 47:5, 48:24, 49:2, 49:7, 53:3, 54:13, 54:17, 54:19, 55:4,

55:20, 57:19, 57:21, 80:9, 81:10, 97:14, 98:5
**MRM** [1] - 8:16
**MS** [9] - 10:10, 62:24, 63:2, 63:5, 64:10, 65:22, 66:8, 79:12, 80:8
**multidistrict** [2] - 11:12, 87:6
**multiple** [8] - 20:8, 22:21, 24:3, 39:1, 52:15, 82:15, 93:12
**multiplied** [2] - 27:11, 45:2
**multiplier** [3] - 27:18, 27:19, 33:4
**multipliers** [1] - 28:12
**multiply** [3] - 30:13, 30:15, 30:21
**municipalities** [1] - 47:22
**must** [3] - 52:2, 61:12, 85:18
**muti** [1] - 87:6
**muti-phase** [1] - 87:6

### N

**N.W** [1] - 6:9
**narrow** [4] - 69:2, 85:17, 91:4, 91:21
**National** [1] - 85:6
**natural** [2] - 32:7, 77:1
**nature** [2] - 14:14, 20:25
**nauseous** [3] - 68:12, 71:23, 72:1
**near** [1] - 30:2
**nearly** [1] - 83:12
**NEATH** [1] - 6:12
**Neath** [2] - 80:17, 83:9
**necessarily** [1] - 45:7
**necessary** [3] - 18:12, 58:16, 90:18
**need** [25] - 14:13, 15:2, 16:7, 16:12, 20:5, 21:20, 24:10, 24:11, 70:1, 70:12, 71:21, 71:22, 72:5, 72:6, 76:19, 76:20, 76:22, 76:24, 77:21, 78:14, 80:2, 80:5, 80:16, 97:7
**needed** [1] - 21:2
**needs** [5] - 20:4, 21:19, 24:9, 70:6, 77:3
**negative** [1] - 60:22

**negotiated** [8] - 42:18, 44:14, 85:8, 86:21, 86:22, 87:13, 89:11, 90:9
**negotiation** [6] - 38:23, 57:23, 60:13, 67:23, 83:8, 84:14
**negotiations** [12] - 17:20, 33:19, 53:18, 58:1, 82:25, 85:21, 86:13, 89:10, 91:7, 95:10, 95:11
**negotiators** [1] - 57:23
**neighborhood** [4] - 55:25, 59:25, 61:5, 76:18
**Netterville** [1] - 19:1
**network** [1] - 76:20
**neutral** [3] - 33:18, 62:16, 88:7
**never** [3] - 32:1, 32:3, 74:17
**nevertheless** [1] - 71:14
**New** [3] - 62:20, 76:9, 79:6
**new** [1] - 22:19
**NEW** [10] - 1:8, 1:24, 2:16, 3:12, 4:15, 5:5, 5:25, 7:20, 8:7, 9:5
**newspaper** [1] - 28:4
**next** [14] - 16:4, 57:18, 57:20, 66:3, 70:13, 72:10, 73:17, 76:15, 77:8, 83:17, 94:8, 94:9, 94:17, 97:19
**night** [1] - 89:12
**nights** [1] - 89:16
**nine** [1] - 89:16
**nine-to-five** [1] - 89:16
**NO** [1] - 1:7
**NOAA** [4] - 38:5, 39:15, 44:13, 44:15, 46:1
**nobody** [1] - 97:4
**non** [6] - 31:9, 31:13, 64:5, 72:15, 85:22, 85:23
**non-class** [2] - 85:22, 85:23
**non-cleanup** [1] - 72:15
**non-explosion** [1] - 64:5
**non-oiled** [2] - 31:9, 31:13
**noncollusive** [1] - 85:20
**none** [1] - 64:8
**nonetheless** [1] -

86:22
**nonjury** [1] - 18:7
**nonlabor** [2] - 40:17, 40:18
**NORFOLK** [1] - 2:5
**normal** [1] - 39:24
**normalization** [1] - 30:9
**normalized** [2] - 29:23, 29:25
**normally** [1] - 13:3
**NORTH** [4] - 5:18, 5:18, 5:20, 5:21
**North** [1] - 57:14
**notable** [1] - 15:14
**note** [3] - 12:8, 12:11, 15:11
**noted** [4] - 18:23, 94:14, 94:22
**nothing** [2] - 49:2, 54:20
**notice** [12] - 55:16, 56:11, 56:12, 56:14, 56:17, 56:21, 58:25, 81:3, 86:7, 92:10, 96:2, 96:3
**Notice** [2] - 74:12, 74:14
**Notices** [1] - 78:21
**notices** [1] - 16:14
**novel** [1] - 90:25
**November** [2] - 12:18, 86:15
**nuisance** [1] - 27:14
**number** [15] - 17:20, 27:18, 30:14, 30:20, 30:23, 30:25, 34:23, 37:5, 37:17, 37:18, 38:22, 63:21, 68:15, 79:2, 93:1
**numbered** [1] - 98:17
**numbers** [7] - 31:10, 38:12, 43:21, 44:15, 45:19, 46:1, 49:12
**numerous** [1] - 84:4
**nurses** [1] - 77:19
**NW** [2] - 6:21, 7:23
**NY** [1] - 3:12

### O

**O'KEEFE** [1] - 1:23
**O'ROURKE** [1] - 5:13
**OAK** [1] - 3:4
**object** [4] - 14:1, 92:6, 92:15, 92:18
**objection** [6] - 92:7, 92:21, 92:25, 93:9, 93:10

**objections** [17] - 12:9, 12:15, 85:15, 91:14, 91:16, 91:24, 91:25, 92:12, 92:13, 92:19, 93:14, 94:13, 96:6, 97:16, 97:24, 97:25
**objective** [3] - 58:8, 81:15, 90:7
**objectively** [1] - 60:14
**objectives** [1] - 88:8
**objectivity** [1] - 59:23
**obligated** [1] - 61:6
**obligation** [4] - 59:15, 62:6, 62:9, 62:13
**obligations** [1] - 81:21
**observations** [1] - 80:11
**obvious** [4] - 85:21, 86:23, 89:18, 91:8
**obviously** [4] - 44:20, 46:3, 47:17, 95:18
**occupation** [2] - 60:6, 73:2
**occur** [1] - 50:24
**occurred** [4] - 27:10, 28:24, 80:21, 94:24
**ocular** [1] - 69:4
**OF** [8] - 1:2, 1:6, 1:12, 1:13, 5:3, 5:7, 5:12, 5:13
**offer** [2] - 31:20, 50:10
**offered** [3] - 49:20, 82:14, 91:1
**offering** [1] - 82:8
**offers** [1] - 53:5
**office** [3] - 63:12, 63:13, 89:11
**OFFICE** [2] - 3:23, 4:21
**offices** [1] - 79:5
**OFFICIAL** [1] - 9:3
**Official** [2] - 98:15, 98:21
**offset** [1] - 41:3
**OFFSHORE** [1] - 8:4
**Oil** [2] - 11:13
**oil** [29] - 28:19, 30:22, 42:8, 48:11, 64:4, 64:6, 64:24, 65:6, 66:8, 66:10, 67:18, 68:20, 69:13, 69:23, 70:19, 71:17, 72:8, 74:7, 74:8, 74:21, 74:22, 74:24, 75:9, 76:25, 79:16, 79:17, 79:18, 80:3, 81:17
**OIL** [2] - 1:5, 1:5
**oiled** [5] - 30:2, 31:7, 31:9, 31:13, 31:14
**oiling** [1] - 27:12

**ON** [2] - 1:6, 1:12
**once** [4] - 20:11, 52:16, 59:14, 88:10
**one** [58] - 11:21, 12:12, 15:11, 15:14, 16:17, 17:19, 18:21, 20:4, 20:7, 20:11, 21:5, 22:6, 22:7, 22:17, 23:11, 24:9, 25:5, 26:12, 26:15, 27:4, 29:9, 31:14, 32:5, 33:6, 37:13, 41:15, 42:17, 46:24, 49:1, 49:13, 50:5, 50:14, 50:22, 57:8, 58:10, 64:1, 66:12, 69:9, 69:19, 69:20, 71:6, 71:7, 71:13, 71:19, 72:13, 72:19, 73:19, 75:17, 76:15, 76:20, 76:21, 80:9, 84:23, 91:18, 93:7, 95:14, 96:18, 97:6
**ONE** [2] - 5:23, 7:5
**one-half** [1] - 66:12
**one-time** [1] - 29:9
**ongoing** [1] - 73:23
**online** [1] - 79:19
**OPA** [7] - 14:22, 14:24, 15:1, 15:3, 15:6, 50:2, 61:2
**open** [1] - 91:20
**opening** [1] - 85:14
**operate** [1] - 43:7
**operated** [1] - 58:23
**operating** [1] - 55:22
**operation** [2] - 55:23, 61:23
**opinion** [1] - 93:4
**opportunities** [2] - 58:25, 96:5
**opportunity** [7] - 17:22, 59:1, 92:6, 96:4, 96:8, 97:15, 97:24
**opt** [18] - 12:16, 14:1, 14:25, 15:16, 35:2, 35:14, 35:15, 43:20, 47:3, 47:23, 49:24, 53:6, 90:7, 92:8, 96:8, 98:1
**opt-out** [6] - 35:2, 35:14, 35:15, 43:20, 47:23, 90:7
**opt-outs** [1] - 47:23
**Option** [4] - 74:2, 75:2, 78:19, 80:1
**options** [1] - 14:2
**ORDER** [1] - 11:4
**order** [11] - 16:9,

16:13, 16:16, 17:5, 39:3, 52:2, 81:4, 94:17, 95:21
orderly [1] - 92:4
orders [1] - 16:6
ordinarily [2] - 13:1
organizations [1] - 76:4
ORLEANS [9] - 1:8, 1:24, 2:16, 4:15, 5:5, 5:25, 7:20, 8:7, 9:5
Orleans [2] - 76:9, 79:6
ostensibly [1] - 62:9
otherwise [3] - 48:23, 49:8, 65:21
outline [1] - 63:24
outreach [1] - 78:17
Outreach [4] - 64:22, 76:1, 79:13, 90:25
outs [1] - 47:23
outset [1] - 15:12
overall [2] - 33:15, 46:16
overcome [1] - 71:15
overflow [1] - 37:8
overlap [1] - 75:25
overlooked [1] - 17:2
overnight [1] - 70:23
oversaw [4] - 84:5, 84:6, 84:14, 89:9
overseas [1] - 83:20
oversee [1] - 39:4
overseeing [1] - 86:15
overseer [1] - 33:19
overview [2] - 19:13, 20:25
own [8] - 14:19, 18:3, 36:19, 44:22, 44:25, 45:14, 61:23, 68:2
owned [1] - 21:21
owner [3] - 40:22, 42:4, 45:17
owner's [1] - 45:1
owner/operator [1] - 45:16
owners [6] - 33:10, 35:20, 35:22, 43:14, 45:11, 45:23
oyster [7] - 28:12, 33:10, 35:21, 40:13, 42:6, 43:25, 44:11
oysters [3] - 39:22, 40:9, 40:15

**P**

P.M [1] - 1:8
p.m [1] - 98:9

P.O [2] - 5:14, 8:22
page [3] - 63:17, 78:24, 92:24
PAGE [1] - 10:3
paid [37] - 32:3, 34:9, 34:18, 35:3, 35:8, 35:12, 35:16, 36:10, 37:3, 37:5, 37:6, 37:14, 37:19, 38:19, 38:20, 38:21, 38:25, 43:18, 43:21, 49:11, 49:16, 50:2, 51:12, 53:17, 54:10, 54:11, 56:1, 57:4, 62:7, 62:9, 72:25, 73:20, 79:22, 90:17
painted [1] - 89:20
PAN [1] - 2:15
panel [5] - 50:19, 50:20, 50:22, 51:18
panhandle [3] - 21:10, 28:21, 75:16
PAPANTONIO [1] - 2:7
paper [2] - 13:3, 60:1
papers [1] - 91:20
Parish [1] - 67:7
PARK [1] - 6:13
PARSIOLA [1] - 3:18
part [19] - 35:8, 37:20, 48:17, 51:12, 58:11, 62:6, 64:2, 64:11, 64:14, 66:25, 67:23, 74:24, 76:1, 77:3, 77:6, 77:10, 77:22, 79:13, 94:20
partial [1] - 50:3
participants [1] - 31:25
participate [5] - 13:23, 14:2, 14:3, 49:4, 52:2
participated [3] - 34:11, 35:3, 54:15
participating [2] - 76:7, 78:14
participation [3] - 41:18, 47:21, 51:8
particular [3] - 13:14, 55:14, 77:21
particularly [6] - 48:20, 55:15, 68:5, 79:18, 86:16, 94:5
parties [7] - 12:9, 13:7, 13:15, 15:25, 17:8, 18:2, 78:21
parts [1] - 23:6
party [4] - 61:2, 61:9, 61:17, 61:19
past [2] - 81:23, 82:1

Pat [1] - 17:3
patient [1] - 73:9
PATRICK [1] - 8:21
Patrick [1] - 17:3
PAUL [1] - 2:15
pay [18] - 23:17, 23:18, 34:14, 36:2, 36:24, 37:23, 51:5, 51:13, 53:23, 54:2, 54:6, 55:18, 56:9, 60:23, 61:6, 62:14, 73:21, 88:17
payable [1] - 89:1
paying [2] - 40:17, 45:5
payment [31] - 14:5, 22:21, 24:17, 30:4, 30:6, 34:10, 35:2, 35:5, 35:7, 37:9, 41:18, 41:19, 42:3, 42:13, 42:16, 42:19, 43:16, 45:16, 49:18, 49:19, 52:8, 52:16, 53:24, 57:4, 60:24, 70:13, 70:23, 71:16, 71:21, 78:9
payments [21] - 15:6, 15:7, 15:21, 31:17, 34:17, 35:12, 41:2, 41:3, 43:20, 49:13, 49:14, 49:15, 51:11, 54:2, 57:9, 57:13, 59:2, 64:2, 81:5, 88:12, 88:14
payout [1] - 43:17
pays [1] - 43:23
peer [1] - 77:17
PENSACOLA [1] - 2:9
PENTHOUSE [1] - 3:16
people [76] - 12:15, 13:23, 14:9, 14:13, 14:18, 14:25, 19:9, 26:9, 29:2, 35:3, 36:4, 36:14, 37:6, 37:7, 37:12, 37:16, 37:20, 40:1, 40:5, 44:6, 44:7, 45:22, 47:20, 48:15, 50:3, 50:23, 54:9, 55:25, 62:8, 63:21, 64:6, 64:9, 65:7, 66:5, 66:9, 66:12, 66:21, 67:15, 67:16, 67:18, 68:10, 68:20, 68:21, 68:25, 69:4, 69:22, 70:13, 71:11, 71:12, 72:4, 72:14, 72:19, 73:13, 74:3, 74:11, 75:14, 76:20, 76:24,

77:3, 77:18, 77:20, 78:8, 79:19, 79:24, 79:25, 80:5, 84:16, 86:7, 88:12, 89:22, 93:1, 95:18, 96:5, 96:8, 98:1
PEPPER [1] - 9:3
Pepper [3] - 98:14, 98:19, 98:19
per [9] - 24:7, 31:10, 31:13, 33:17, 38:13, 38:14, 41:13, 42:6, 43:23
per-acre [2] - 31:10, 42:6
per-species [1] - 43:23
percent [28] - 25:24, 29:9, 30:4, 30:10, 30:11, 30:16, 30:17, 30:20, 41:9, 41:11, 44:11, 44:12, 48:9, 49:18, 49:19, 49:23, 51:6, 51:24, 54:2, 55:21, 56:6, 56:8, 56:9, 68:15, 87:20, 88:23
percentage [8] - 20:22, 25:21, 25:22, 29:25, 34:21, 37:19, 49:16, 49:17
percentages [4] - 30:1, 30:3, 39:12, 44:16
perfect [2] - 40:5
perfect-perfect [1] - 40:5
perfectly [1] - 93:2
performing [1] - 78:16
perhaps [3] - 59:18, 90:22, 94:9
period [21] - 23:14, 23:17, 23:19, 25:23, 25:24, 26:24, 27:7, 28:9, 36:3, 36:24, 38:23, 39:1, 42:8, 46:18, 50:2, 57:10, 59:20, 77:5, 84:16, 95:12
Periodic [6] - 67:24, 67:25, 72:11, 78:10, 79:15, 90:24
periodic [2] - 23:22, 24:5
permanent [1] - 36:14
permission [1] - 53:20
Perry [6] - 33:18, 33:20, 39:3, 39:12, 44:15, 45:4
persistent [2] - 84:8,

89:14
person [6] - 60:21, 70:6, 70:23, 71:25, 78:18
personal [2] - 19:25, 23:2
personally [1] - 18:8
persons [2] - 32:7
persuasion [1] - 18:13
PETROLEUM [1] - 7:17
phase [1] - 87:6
phased [1] - 89:3, 89:4
PHILIP [1] - 3:19
philosophically [1] - 58:19
phone [2] - 84:4, 94:8
physical [15] - 19:22, 19:25, 23:2, 23:8, 64:3, 66:24, 66:25, 67:12, 69:16, 70:19, 72:5, 78:9, 89:24, 90:13, 90:20
pick [5] - 27:1, 27:2, 27:6, 70:9
picked [1] - 65:8
picture [1] - 89:20
piece [1] - 29:3
place [5] - 32:21, 32:23, 39:19, 93:14
plaintiff [2] - 54:22, 74:22
plaintiffs [3] - 15:1, 57:22, 67:21
PLAINTIFFS [1] - 2:3
plaintiffs' [1] - 11:24
Plaintiffs' [7] - 62:21, 63:11, 81:13, 82:17, 90:10, 91:2, 93:25
PLAINTIFFS' [1] - 1:18
Plaisance [1] - 11:15
plan [9] - 33:10, 33:11, 33:12, 33:13, 35:19, 40:8, 41:1
Plan [2] - 33:16, 47:8
planned [1] - 57:15
plans [3] - 35:17, 41:22
play [1] - 31:5
PLC [1] - 57:14
pleasant [1] - 84:9
PLEASANT [1] - 4:19
pleased [1] - 17:9
plenty [2] - 12:14, 97:3
PLETCHER [1] - 3:7
plus [8] - 28:1, 31:8, 31:15, 61:14, 82:14, 87:20, 87:23, 88:25

**pocket** [1] - 73:22
**pogey** [1] - 47:15
**point** [17] - 13:19, 14:8, 14:16, 14:23, 16:3, 18:5, 21:8, 24:4, 25:2, 42:19, 52:14, 53:5, 60:12, 64:8, 72:12, 95:19
**policemen** [1] - 77:19
**polite** [1] - 84:9
**POLK** [1] - 7:18
**ported** [1] - 21:22
**PORTER** [1] - 6:19
**PORTIS** [1] - 3:22
**position** [2] - 58:5, 84:13
**possible** [7] - 28:8, 45:25, 65:6, 86:1, 88:21, 90:12, 91:12
**possibly** [1] - 69:5
**POST** [1] - 3:23
**Postlewaite** [2] - 19:1, 55:9
**potential** [2] - 56:20, 61:18
**pounds** [1] - 42:12
**POYDRAS** [6] - 2:16, 5:4, 5:24, 7:20, 8:7, 9:5
**pre** [1] - 23:14
**pre-spill** [1] - 23:14
**precedents** [1] - 93:16
**precise** [2] - 82:21, 85:17
**predominantly** [1] - 23:5
**preferential** [4] - 85:24, 87:10, 90:3, 91:10
**prejudgment** [1] - 27:13
**preliminarily** [2] - 91:22, 94:2
**preliminary** [26] - 12:1, 12:6, 12:9, 12:10, 13:2, 13:6, 13:22, 16:6, 16:9, 16:13, 57:4, 57:5, 80:25, 86:3, 88:11, 88:19, 91:6, 91:19, 92:2, 92:10, 93:11, 93:17, 95:21, 96:1, 97:17, 97:21
**premium** [9] - 21:5, 24:14, 24:15, 24:16, 24:21, 27:9, 27:16, 27:22, 87:21
**premiums** [2] - 44:20, 87:19
**prepare** [1] - 97:17

**prescription** [1] - 70:7
**PRESENT** [1] - 8:25
**present** [7] - 13:12, 15:3, 18:15, 18:17, 23:12, 53:1, 63:6
**presentation** [3] - 13:8, 17:18, 80:23
**presented** [5] - 31:2, 47:13, 53:18, 56:12, 95:16
**presentment** [4] - 14:22, 53:7, 53:11, 53:12
**preserve** [1] - 15:17
**preserved** [2] - 15:17, 93:9
**preserves** [1] - 90:19
**Presidential** [1] - 85:4
**press** [2] - 13:9, 48:20
**presumably** [2] - 15:6, 62:16
**presumed** [3] - 40:20, 44:9, 44:10
**presuming** [1] - 44:5
**presumption** [4] - 20:20, 25:11, 25:20, 60:22
**presumptions** [2] - 20:19, 25:12
**pretrial** [1] - 93:8
**pretty** [3] - 22:11, 25:3, 37:21
**prevail** [1] - 51:25
**prevails** [1] - 51:23
**prevent** [1] - 65:20
**previous** [2] - 24:17, 31:17
**previously** [1] - 17:5
**Price** [1] - 19:1
**price** [3] - 29:5, 29:7, 29:8
**prices** [1] - 39:8
**pricing** [1] - 39:8
**primarily** [1] - 18:6
**primary** [5] - 25:7, 25:12, 75:12, 76:17, 78:6
**principle** [4] - 58:3, 63:20, 63:22, 93:2
**principles** [4] - 20:3, 21:5, 57:25, 87:16
**printed** [1] - 28:5
**privilege** [2] - 17:17, 63:5
**pro** [4] - 34:10, 35:4, 35:9, 54:24
**problems** [1] - 77:20
**procedures** [1] - 47:23
**proceed** [3] - 13:10, 49:24, 94:2

**proceeding** [3] - 12:7, 60:10, 60:11
**proceedings** [2] - 98:9, 98:17
**PROCEEDINGS** [2] - 9:8, 11:11
**process** [51] - 14:7, 14:10, 14:24, 15:4, 15:6, 18:23, 19:10, 20:9, 20:21, 28:10, 33:1, 33:20, 33:23, 34:6, 34:13, 34:14, 35:11, 35:14, 35:24, 35:25, 36:12, 37:11, 39:4, 39:10, 45:9, 45:24, 49:10, 49:11, 49:16, 50:8, 53:13, 53:25, 54:3, 55:17, 56:16, 58:16, 59:8, 59:11, 59:16, 74:11, 78:20, 80:13, 80:18, 82:23, 83:25, 84:5, 84:6, 87:3, 92:4, 92:9, 96:1
**processed** [1] - 19:10
**processes** [1] - 58:17
**processing** [1] - 78:7
**PROCTOR** [1] - 2:7
**produce** [1] - 59:11
**PRODUCED** [1] - 9:9
**product** [4] - 38:6, 58:1, 58:3, 85:20
**PRODUCTION** [2] - 5:17, 5:20
**Production** [2] - 11:15, 11:18
**production** [1] - 44:1
**PRODUCTS** [1] - 5:21
**professionalism** [1] - 80:20
**professionals** [1] - 77:11
**professor** [1] - 77:16
**profit** [3] - 38:6, 87:25, 88:1
**profits** [1] - 61:21
**program** [42] - 14:4, 14:13, 14:20, 33:19, 34:5, 34:12, 34:22, 35:18, 43:23, 44:7, 47:14, 52:5, 52:23, 55:16, 56:11, 56:12, 56:14, 56:21, 56:24, 58:12, 58:22, 60:18, 60:21, 61:12, 64:13, 72:9, 72:22, 72:24, 73:17, 73:19, 73:22, 73:25, 75:16, 77:9, 77:10, 77:17, 77:23, 78:15, 78:17, 81:6,

87:21, 88:6
**Program** [17] - 19:17, 33:6, 33:9, 33:16, 53:15, 64:22, 67:24, 68:1, 72:11, 72:21, 75:6, 76:2, 78:11, 79:13, 79:15, 90:25
**programs** [7] - 57:1, 73:11, 75:19, 75:25, 76:1, 91:1, 91:2
**progress** [1] - 84:23
**projected** [1] - 57:11
**projects** [1] - 76:13
**promise** [1] - 97:19
**promote** [1] - 57:2
**promotion** [3] - 51:12, 51:17, 56:23
**promotional** [1] - 19:19
**promptly** [1] - 88:11
**proof** [5] - 36:24, 41:14, 42:2, 69:21, 90:18
**properties** [1] - 31:3
**property** [32] - 11:21, 18:16, 18:21, 19:14, 19:21, 19:22, 19:24, 19:25, 21:21, 22:23, 22:24, 22:25, 23:2, 28:18, 28:24, 29:3, 29:17, 29:18, 29:22, 30:1, 30:12, 30:22, 31:13, 31:14, 44:21, 47:7, 52:18, 83:7, 83:11, 83:14, 86:10
**proposed** [10] - 12:2, 12:7, 12:17, 13:16, 16:5, 17:9, 17:18, 54:9, 82:7, 83:6
**provable** [1] - 87:20
**prove** [8] - 21:2, 40:11, 42:17, 74:22, 74:23, 88:23, 89:25, 90:17
**provide** [7] - 14:13, 27:9, 36:4, 58:24, 82:7, 90:18, 91:3
**provided** [1] - 56:18
**provides** [3] - 88:24, 89:21, 90:13
**providing** [6] - 36:8, 77:4, 77:7, 87:11, 92:4, 92:9
**proving** [1] - 20:23
**provision** [6] - 15:7, 31:20, 32:19, 36:18, 55:5, 59:5
**provisions** [2] - 60:8, 61:1
**proximity** [1] - 20:16

**PSC** [11] - 12:1, 12:22, 17:18, 17:20, 56:5, 56:15, 78:7, 82:5, 88:2, 93:25, 94:4
**Psychiatry** [1] - 76:9
**PTAs** [1] - 56:25
**public** [5] - 13:8, 13:9, 28:5, 48:20, 66:16
**Public** [1] - 76:8
**publicly** [2] - 79:16, 79:23
**pulled** [1] - 84:20
**punitive** [6] - 27:17, 47:16, 61:13, 61:24, 74:13, 75:3
**pure** [2] - 49:25, 83:24
**purpose** [2] - 14:24, 50:2
**purposes** [2] - 82:22, 85:18
**PURPOSES** [1] - 1:13
**pursue** [6] - 15:16, 48:22, 48:23, 62:7, 62:8, 82:5
**pursuing** [1] - 65:20
**push** [1] - 34:22
**put** [14] - 51:6, 52:20, 55:6, 60:14, 63:7, 63:14, 75:18, 76:12, 76:20, 77:17, 78:8, 79:22, 90:14, 95:9
**putative** [2] - 62:21, 96:2
**putting** [3] - 19:7, 63:19, 63:22

## Q

**qualifications** [1] - 45:21
**qualified** [7] - 15:22, 22:4, 28:18, 34:25, 42:2, 75:21, 78:23
**quality** [1] - 76:16
**quantify** [1] - 60:14
**quantum** [1] - 58:19
**questions** [8] - 28:25, 46:8, 57:16, 57:17, 63:8, 78:25, 79:10, 93:25
**quick** [2] - 34:14, 76:23
**quick-pay** [1] - 34:14
**quickly** [3] - 45:25, 52:19, 97:20
**quite** [3] - 68:3, 85:14, 91:14
**quotas** [3] - 42:9, 42:13, 43:16

# R

**RAFFERTY** [1] - 2:7
**raise** [1] - 51:16
**raised** [3] - 15:5, 16:20, 92:25
**range** [6] - 40:19, 86:1, 88:21, 90:12, 91:12
**rash** [3] - 70:3, 70:8, 70:9
**rashes** [1] - 68:12
**rata** [3] - 34:10, 35:4, 35:9
**rate** [1] - 32:6
**rather** [1] - 89:6
**Re** [1] - 11:13
**RE** [1] - 1:5
**reach** [1] - 48:3
**reached** [2] - 35:13, 44:15
**reaching** [2] - 81:14, 84:15
**reaction** [2] - 69:23, 70:19
**reactions** [2] - 67:18, 68:19
**read** [4] - 28:8, 67:13, 90:8, 94:15
**real** [6] - 22:23, 22:25, 28:17, 48:11, 60:12, 83:11
**realized** [4] - 20:1, 29:1, 52:18, 66:16
**really** [12] - 12:20, 32:8, 32:10, 34:21, 63:8, 63:9, 63:14, 63:19, 65:11, 75:7, 75:8, 79:24
**REALTIME** [1] - 9:4
**Realtime** [2] - 98:14, 98:20
**reason** [7] - 12:25, 14:18, 23:17, 34:7, 37:10, 60:20, 74:9
**reasonable** [2] - 86:6, 93:2
**receive** [5] - 14:5, 52:8, 57:8, 59:2, 67:10
**received** [2] - 53:20, 54:12
**receives** [1] - 52:16
**receiving** [1] - 81:5
**recognition** [2] - 42:16, 76:25
**recognize** [5] - 28:25, 36:23, 52:14, 77:19, 87:16

**recognized** [1] - 72:13
**recognizes** [1] - 41:13
**record** [5] - 12:11, 68:10, 94:14, 95:22, 98:17
**RECORDED** [1] - 9:8
**records** [16] - 23:17, 23:18, 23:19, 36:3, 36:24, 36:25, 41:14, 42:23, 43:1, 52:21, 52:22, 70:17, 70:20, 71:21, 72:6
**recover** [4] - 61:7, 62:10, 62:15, 65:6
**recovered** [2] - 62:25, 65:11
**recovery** [3] - 59:17, 62:7, 93:5
**red** [1] - 70:12
**REDDEN** [1] - 7:3
**redrilling** [1] - 61:20
**reduced** [1] - 45:20
**reduction** [1] - 29:7
**Rees** [1] - 97:14
**REES** [3] - 8:17, 97:14, 98:5
**REES.........................
................. [1] - 10:15
**refer** [2] - 21:4, 35:19
**referenced** [1] - 71:6
**referred** [3] - 42:10, 47:9, 81:25
**referring** [1] - 48:3
**regardless** [3] - 52:12, 53:7, 60:9
**Region** [5] - 64:21, 75:6, 76:1, 79:13, 90:25
**region** [7] - 38:2, 64:24, 75:8, 81:22, 87:2, 87:25
**Registered** [2] - 98:14, 98:20
**REGISTERED** [1] - 9:4
**regulations** [2] - 15:23, 32:12
**reimbursed** [2] - 55:5, 55:8
**reimbursement** [1] - 16:18
**REISMAN** [1] - 6:20
**rejected** [1] - 60:20
**related** [2] - 46:25, 71:17
**relates** [1] - 28:12
**relationship** [4] - 28:12, 36:15, 54:21, 73:9
**release** [4] - 14:5,

48:18, 52:9, 52:11
**released** [3] - 47:5, 48:14, 48:17
**relevance** [1] - 42:7
**relevant** [3] - 82:22, 91:9, 93:10
**relief** [1] - 60:14
**rely** [1] - 32:8
**remain** [1] - 37:23
**remains** [1] - 18:22
**remarks** [1] - 85:15
**remember** [3] - 70:11, 73:24, 97:21
**remind** [2] - 12:3, 66:7, 95:18
**removed** [1] - 65:10
**rented** [1] - 55:24
**repair** [1] - 61:19
**repeat** [2] - 12:5, 46:9
**repeating** [1] - 39:21
**replacement** [1] - 61:19
**report** [5] - 49:9, 85:5, 85:6, 85:7
**reported** [2] - 38:7, 88:1
**REPORTER** [3] - 9:3, 9:4, 9:4
**Reporter** [7] - 98:14, 98:15, 98:15, 98:20, 98:20, 98:21
**REPORTER'S** [1] - 98:13
**reporting** [1] - 87:4
**representatives** [4] - 85:25, 87:18, 90:4, 96:5
**represented** [2] - 55:10, 60:10
**request** [3] - 32:19, 57:8, 84:8
**require** [3] - 40:13, 85:11, 93:5
**required** [4] - 13:25, 24:12, 29:15, 51:11
**requirements** [3] - 14:22, 53:7, 89:25
**requiring** [1] - 59:7
**reserve** [2] - 46:10, 46:23
**reserved** [9] - 15:12, 15:13, 15:18, 47:1, 47:4, 47:15, 47:17, 47:19, 61:12
**resided** [1] - 67:5
**residence** [2] - 29:6, 29:13
**resident** [5] - 66:17, 69:20, 70:2, 70:14, 70:17

**residential** [1] - 29:3
**residents** [10] - 66:3, 66:5, 66:11, 66:24, 67:2, 67:4, 67:17, 67:20, 68:8, 72:24
**resolution** [5] - 31:21, 32:1, 49:23, 79:3, 92:9
**Resolution** [3] - 19:11, 77:25, 79:1
**resolve** [1] - 40:2
**resolved** [1] - 53:13
**respect** [2] - 16:5, 85:22
**respectfully** [1] - 60:15
**respective** [1] - 68:2
**respiratory** [1] - 69:7
**respond** [1] - 97:25
**response** [2] - 65:12, 82:3
**responsibilities** [1] - 82:5
**responsible** [2] - 55:22, 78:5
**responsive** [1] - 50:25
**rest** [1] - 77:8
**restaurants** [1] - 25:14
**resubmit** [1] - 52:6
**result** [3] - 81:17, 86:12, 91:7
**results** [1] - 73:8
**return** [3] - 25:25, 26:5, 39:24
**returned** [1] - 39:23
**returns** [4] - 41:8, 43:6, 43:8, 43:9
**reveals** [1] - 59:19
**revenue** [25] - 20:22, 25:21, 25:23, 38:5, 38:12, 39:7, 39:9, 39:11, 40:9, 40:16, 40:20, 41:8, 41:25, 42:1, 42:2, 43:5, 43:13, 43:22, 45:15, 45:21, 45:24, 46:3, 46:4, 87:22
**revenue-based** [1] - 39:9
**revenues** [1] - 87:24
**review** [3] - 51:19, 58:5, 73:7
**revisions** [1] - 16:14
**RHON** [1] - 3:23
**RICE** [29] - 4:17, 4:17, 17:13, 17:15, 18:12, 18:15, 24:24, 25:1, 28:2, 30:11, 30:16, 30:18, 30:20, 30:25, 35:10, 38:14, 38:18,

40:4, 47:5, 48:24, 49:2, 49:7, 53:3, 54:13, 54:17, 54:19, 55:4, 55:20, 57:19
**rice** [7] - 15:9, 57:24, 80:11, 87:8, 87:14, 87:21, 93:11
**Rice** [6] - 15:10, 16:24, 17:13, 66:4, 84:21, 94:5
**rice's** [1] - 63:13
**RICE.........................
................. [1] - 10:8
**RICHARD** [1] - 6:3
**RICHESON** [1] - 7:19
**Rick** [1] - 81:11
**RIG** [1] - 1:5
**rig** [1] - 64:9
**Rig** [1] - 11:13
**rights** [20] - 12:12, 31:4, 49:3, 49:7, 49:24, 51:3, 61:2, 61:9, 61:12, 61:14, 61:17, 61:19, 61:25, 62:2, 65:25, 79:7, 90:19, 92:17, 93:9
**rise** [2] - 11:7, 98:8
**risk** [20] - 21:4, 24:14, 24:15, 24:16, 24:21, 27:8, 27:12, 27:16, 27:22, 29:10, 39:24, 44:19, 51:6, 51:24, 87:19, 87:20, 88:2, 88:22, 88:24
**risks** [2] - 88:3, 88:4
**RMR** [2] - 9:3, 98:19
**road** [3] - 64:16, 64:20, 80:5
**ROBERT** [1] - 2:11
**ROBERTS** [1] - 8:9
**ROBIN** [1] - 3:11
**Robin** [2] - 62:20, 70:11
**rodeos** [1] - 56:24
**role** [2] - 17:10, 80:13
**roles** [1] - 78:6
**rolls** [1] - 37:8
**RONQUILLO** [2] - 7:8, 7:13
**room** [2] - 19:6, 89:13
**ROOM** [2] - 5:9, 9:5
**roommate** [1] - 70:10
**ROY** [4] - 1:18, 1:19, 57:21, 80:9
**Roy** [6] - 47:19, 57:19, 57:21, 81:25, 87:7, 94:5
**ROY.........................
................. [2] - 10:9, 10:11

**RTP** [19] - 24:7, 27:19, 27:21, 27:25, 28:10, 29:10, 30:4, 30:23, 31:12, 41:1, 41:9, 44:22, 44:23, 45:2, 45:10, 45:16, 50:15, 82:14
**RTPs** [5] - 28:15, 28:16, 42:4, 45:19, 88:25
**rule** [1] - 56:22
**Rule** [4] - 11:25, 46:11, 46:21, 47:24
**RULE** [1] - 1:13
**rules** [4] - 19:8, 20:19, 26:4, 26:8
**ruling** [2] - 94:16, 94:25
**rulings** [2] - 28:24, 28:25
**run** [2] - 22:1, 66:14
**running** [2] - 77:6, 88:11
**runs** [2] - 21:9, 67:7
**RUSNAK** [1] - 2:22
**RYAN** [1] - 6:5

# S

**s/Cathy** [1] - 98:19
**sadly** [1] - 74:4
**sale** [2] - 20:1, 29:16
**sales** [9] - 22:24, 28:17, 29:7, 29:8, 38:8, 42:22, 42:23, 43:1, 52:18
**SALLY** [1] - 8:25
**Samuel** [1] - 97:14
**SAMUEL** [1] - 8:17
**SAN** [3] - 2:20, 3:9, 5:10
**satisfied** [2] - 14:22, 53:7
**satisfy** [1] - 89:8
**SC** [1] - 4:19
**scale** [1] - 86:4
**SCAT** [6] - 28:19, 66:4, 66:6, 66:7, 93:20, 93:22
**schedule** [3] - 12:18, 55:8, 96:3
**SCHELL** [1] - 7:18
**school** [1] - 56:25
**School** [1] - 76:9
**scope** [1] - 89:20
**SCOTT** [1] - 3:3
**screening** [1] - 73:3
**se** [1] - 54:24
**seabed** [1] - 97:7

**Seafood** [5] - 19:16, 33:6, 33:9, 33:15, 53:15
**seafood** [37] - 21:23, 22:11, 25:6, 25:7, 25:10, 25:13, 25:18, 28:13, 33:7, 33:12, 34:2, 34:5, 34:11, 34:13, 34:19, 34:22, 35:17, 35:25, 36:6, 36:11, 36:20, 37:15, 38:24, 41:4, 41:22, 43:23, 47:14, 57:2, 87:21, 87:22, 87:25, 88:6
**seamless** [1] - 19:9
**seated** [1] - 11:9
**second** [14] - 11:23, 22:3, 35:5, 36:6, 41:19, 51:9, 51:10, 61:4, 62:6, 64:12, 89:18, 91:17, 92:20
**secondary** [4] - 25:7, 34:10, 35:2, 37:8
**secondly** [1] - 58:7
**Secour** [1] - 11:16
**SECREST** [1] - 7:3
**section** [3] - 16:19, 35:22, 58:10
**SECTION** [1] - 5:12
**Section** [4] - 47:11, 59:6, 60:6, 60:18
**see** [7] - 13:25, 22:6, 43:24, 49:15, 50:10, 68:13, 69:16
**seek** [5] - 51:19, 56:25, 57:1, 74:15, 90:20
**seeking** [1] - 78:9
**seeks** [1] - 74:15
**segments** [2] - 85:25, 90:4
**seldom** [1] - 86:17
**self** [2] - 22:12, 22:17
**self-employed** [1] - 22:17
**self-explanatory** [1] - 22:12
**sell** [2] - 29:2, 29:5
**send** [1] - 32:20
**sending** [1] - 86:7
**sent** [2] - 52:4, 73:16
**separate** [10] - 14:24, 15:21, 16:9, 16:12, 18:20, 22:24, 36:1, 56:3, 56:16, 84:3
**separately** [5] - 16:12, 40:18, 61:5, 61:7, 62:13
**September** [1] - 66:23

**series** [3] - 89:3, 89:4
**serious** [4] - 84:23, 85:20, 91:7, 95:11
**seriously** [1] - 18:3
**serve** [1] - 15:24
**services** [5] - 75:11, 75:12, 75:13, 77:4, 77:8
**SERVICES** [1] - 7:8
**set** [12] - 33:16, 33:23, 34:15, 42:1, 45:20, 46:4, 51:4, 51:21, 53:16, 74:11, 81:3, 92:4
**setting** [2] - 15:4, 78:20
**settled** [1] - 85:2
**SETTLEMENT** [1] - 1:13
**settlement** [108] - 11:20, 11:21, 11:25, 12:2, 13:6, 13:8, 13:9, 13:13, 13:16, 13:19, 14:3, 14:4, 14:12, 14:20, 15:1, 15:2, 15:11, 15:18, 15:21, 15:22, 15:23, 16:25, 18:4, 18:9, 18:17, 18:18, 18:21, 20:4, 20:6, 20:17, 20:21, 21:8, 22:2, 31:20, 34:6, 35:13, 48:21, 49:1, 49:4, 49:5, 53:15, 54:10, 54:16, 55:14, 57:22, 58:11, 58:22, 59:2, 59:13, 59:16, 59:24, 60:6, 60:18, 60:21, 61:1, 61:3, 61:11, 62:4, 62:15, 63:7, 64:11, 64:12, 65:25, 67:10, 72:11, 72:14, 75:6, 78:4, 78:23, 79:5, 79:9, 81:1, 82:18, 82:23, 83:8, 83:14, 83:23, 83:24, 83:25, 84:1, 85:8, 86:6, 86:11, 86:12, 86:18, 86:24, 86:25, 87:2, 87:9, 88:13, 88:20, 88:24, 89:9, 89:18, 89:21, 90:11, 91:7, 91:8, 91:9, 91:12, 91:22, 92:7, 92:11, 94:2, 95:18, 95:20
**Settlement** [2] - 63:19, 64:1
**settlements** [13] - 12:7, 13:13, 18:20,

80:25, 81:13, 81:20, 82:7, 83:6, 84:15, 85:10, 85:19, 88:13, 91:6
**several** [2] - 68:9, 94:17
**shacks** [1] - 68:11
**shall** [4] - 53:6, 58:13, 59:8, 60:9
**share** [5] - 44:23, 44:24, 45:1, 46:4
**shares** [3] - 40:24, 42:10, 45:2
**SHAW** [1] - 4:13
**sheet** [1] - 68:18
**SHELL** [1] - 5:23
**shift** [1] - 58:19
**ship** [1] - 95:24
**ships** [1] - 36:16
**shoe** [1] - 22:18
**shoreline** [1] - 93:21
**short** [7] - 16:16, 28:9, 77:2, 84:16, 90:15, 93:22, 97:16
**short-term** [1] - 77:2
**shortly** [2] - 16:2, 57:5
**show** [12] - 32:9, 36:19, 39:16, 39:18, 41:8, 41:24, 41:25, 44:6, 45:13, 46:5, 90:22
**showed** [3] - 43:12, 69:24, 71:13
**shows** [3] - 24:13, 27:20, 71:24
**shrimp** [12] - 28:13, 33:11, 35:19, 40:8, 41:22, 41:23, 42:25, 43:2, 43:24, 44:8, 44:10, 45:13
**shrimpers** [1] - 45:23
**shrimping** [1] - 45:14
**SHUSHAN** [1] - 8:25
**Shushan** [15] - 16:15, 17:24, 18:9, 39:16, 80:12, 83:2, 83:4, 83:22, 84:5, 84:7, 86:14, 89:9, 89:15, 94:21, 95:13
**shuttle** [1] - 89:12
**sick** [1] - 74:5
**side** [5] - 43:11, 44:1, 83:9, 97:25
**sided** [1] - 60:2
**sides** [4] - 67:21, 83:24, 88:22, 88:24
**sign** [1] - 52:9
**signed** [3] - 32:2, 32:4, 48:18
**signs** [1] - 52:11

**simply** [1] - 95:24
**sincerity** [1] - 84:12
**single** [5] - 50:19, 60:1, 86:18, 86:19
**single-panel** [1] - 50:19
**sit** [1] - 78:24
**situation** [9] - 13:21, 26:23, 32:24, 33:5, 35:2, 35:15, 39:25, 51:10, 74:12
**situations** [1] - 32:15
**six** [8] - 52:17, 52:20, 52:24, 54:2, 56:6, 56:8, 56:9, 87:24
**size** [5] - 31:21, 40:20, 41:23, 41:24, 55:14
**skimming** [1] - 51:8
**skip** [1] - 26:21
**slide** [6] - 24:24, 67:11, 69:25, 71:8, 71:14, 76:15
**slides** [1] - 63:7
**slowness** [1] - 49:14
**SNR** [1] - 6:16
**so-called** [1] - 15:15
**soft** [1] - 88:8
**SOILEAU** [1] - 4:6
**sold** [3] - 29:12, 38:6, 38:17
**solely** [1] - 83:25
**someone** [13] - 27:18, 28:8, 32:20, 32:24, 36:18, 42:11, 46:3, 52:18, 68:23, 69:3, 74:6, 88:23, 96:23
**sometime** [2] - 66:22, 67:6
**sometimes** [2] - 74:3, 86:20
**somewhat** [2] - 13:22, 94:23
**somewhere** [2] - 55:24, 61:4
**sorry** [1] - 79:12
**sort** [14] - 19:13, 20:3, 26:23, 40:21, 43:10, 46:9, 49:9, 53:14, 55:22, 56:13, 63:22, 66:5, 73:4, 76:15
**sorts** [1] - 79:18
**sought** [2] - 70:19, 71:2
**SOUTH** [3] - 2:8, 4:6, 6:17
**South** [2] - 76:11, 77:17
**south** [1] - 25:4
**Southern** [1] - 76:10
**space** [1] - 55:24

**SPEAKER** [7] - 96:14, 96:16, 96:20, 96:23, 97:2, 97:6, 97:10
**SPEAKER**................... [1] - 10:14
**SPEAKERS** [1] - 10:3
**speaking** [4] - 26:18, 35:15, 52:1, 63:9
**speaks** [1] - 32:24
**special** [4] - 59:23, 60:4, 87:18
**specialists** [2] - 76:19, 79:3
**specialty** [1] - 75:13
**species** [11] - 33:8, 35:18, 39:12, 39:22, 40:10, 40:11, 40:19, 42:12, 43:12, 43:23, 44:2
**specific** [2] - 20:24, 87:17
**specifically** [1] - 60:7, 71:17
**specified** [8] - 21:15, 21:16, 32:17, 67:12, 69:16, 89:24, 90:13, 90:15
**spend** [1] - 91:24
**spent** [5] - 34:8, 34:13, 35:11, 82:1, 87:24
**SPILL** [1] - 1:5
**spill** [19] - 23:14, 25:23, 26:1, 26:24, 29:3, 29:4, 36:21, 46:15, 64:25, 74:7, 74:21, 75:9, 77:1, 79:16, 79:18, 79:23, 80:6, 81:17, 82:9
**Spill** [1] - 11:13
**split** [1] - 44:18
**splits** [1] - 44:17
**spoken** [1] - 47:18
**sponsor** [1] - 41:16
**sponsors'** [1] - 36:19
**spotted** [1] - 59:21
**spotting** [1] - 59:21
**spouse** [1] - 70:10
**sprayed** [1] - 69:5
**SPRINGS** [1] - 4:4
**SQUARE** [1] - 5:23
**staff** [1] - 78:18
**stage** [3] - 12:7, 13:2, 84:19
**stakeholder** [1] - 44:17
**stand** [3] - 17:3, 78:1, 84:13
**standard** [7] - 20:17, 24:9, 26:3, 36:2,

47:24, 51:20, 97:23
**standards** [20] - 26:11, 26:13, 40:21, 44:18, 46:5, 46:13, 46:20, 82:19, 82:20, 82:23, 85:10, 85:13, 85:16, 86:2, 86:11, 89:9, 91:4, 91:9, 91:23, 93:16
**standing** [2] - 92:5, 92:23
**stands** [1] - 13:19
**start** [7] - 14:4, 14:15, 25:15, 57:6, 63:8, 81:20, 83:4
**started** [3] - 17:23, 26:2, 63:1
**starting** [4] - 22:19, 66:13, 83:23, 95:19
**starts** [2] - 28:21, 77:9
**startup** [1] - 12:20
**State** [2] - 76:9, 98:15
**state** [6] - 13:6, 38:3, 38:4, 47:22, 95:22
**STATE** [2] - 4:21, 5:3
**statement** [2] - 23:21, 41:11
**statements** [1] - 41:17
**states** [3] - 21:10, 22:1, 42:22
**STATES** [3] - 1:1, 1:14, 5:12
**States** [3] - 25:5, 98:15, 98:21
**stating** [1] - 81:12
**station** [2] - 71:15, 71:23
**stations** [3] - 68:6, 68:17, 71:6
**status** [3] - 20:24, 69:19, 83:1
**stay** [3] - 12:16, 25:12, 25:14
**stays** [1] - 25:14
**Steering** [7] - 62:21, 63:12, 81:13, 82:17, 90:10, 91:2, 93:25
**STEFANIE** [1] - 7:10
**STENOGRAPHY** [1] - 9:8
**step** [6] - 56:8, 58:6, 59:6, 63:10, 82:22, 92:9
**Stephanie** [1] - 11:11
**STEPHEN** [1] - 1:23
**stepped** [1] - 36:13
**STERBCOW** [2] - 2:14, 2:15
**Steve** [1] - 57:22
**STEVEN** [2] - 5:13, 8:9

**stigma** [1] - 28:25
**still** [11] - 15:20, 39:21, 48:15, 49:20, 50:13, 65:15, 69:1, 69:5, 69:9, 72:4, 73:21
**stood** [1] - 57:19
**stop** [1] - 84:22
**stopped** [2] - 65:18, 83:24
**stopping** [1] - 58:18
**straight** [1] - 29:8
**STREET** [7] - 1:20, 2:8, 2:12, 2:16, 2:19, 4:7, 4:14, 5:4, 5:24, 6:9, 6:21, 7:5, 7:11, 7:20, 7:23, 8:7, 8:10, 8:13, 8:22, 9:5
**stringent** [1] - 86:4
**structurally** [1] - 88:8
**studies** [2] - 33:22, 79:17
**subcontractors** [1] - 48:8
**subject** [7] - 11:22, 52:9, 53:24, 54:6, 54:8, 56:9, 56:15
**submission** [1] - 58:14
**submissions** [1] - 16:5
**submit** [3] - 60:15, 70:1, 70:5
**submitted** [3] - 53:9, 53:10, 59:18
**submitting** [2] - 14:10, 16:15
**subrogation** [1] - 61:2
**subsequent** [1] - 29:3
**subsequently** [1] - 56:22
**subsistence** [5] - 19:18, 22:22, 32:7, 32:12, 33:4
**substantial** [2] - 55:15, 62:4
**succeeded** [1] - 60:16
**successful** [3] - 74:17, 74:18, 84:24
**suddenly** [1] - 79:25
**sue** [4] - 64:16, 64:19, 74:9, 74:12, 74:19
**Sue** [3] - 74:12, 74:14, 78:21
**sufficient** [2] - 36:9, 69:9
**sufficiently** [1] - 86:6
**suggestion** [3] - 60:3, 83:22, 86:14
**suggestions** [1] -

16:15
**SUITE** [17] - 2:8, 2:16, 3:4, 3:8, 3:19, 4:11, 5:4, 5:24, 6:17, 7:5, 7:11, 7:14, 7:20, 8:10, 8:13, 8:17, 8:22
**sum** [1] - 14:20
**SUMICH** [1] - 3:18
**summary** [4] - 43:10, 53:14, 63:6, 83:5
**SUMMY** [1] - 3:3
**superior** [1] - 89:7
**supervised** [7] - 14:12, 14:20, 52:5, 58:4, 59:16, 81:6, 87:3
**supplement** [1] - 56:17
**supplemental** [2] - 14:13, 56:13
**supplementals** [1] - 97:16
**support** [4] - 32:8, 70:17, 70:21, 72:7
**supporting** [5] - 58:15, 59:9, 59:12, 70:7, 70:9
**Supreme** [1] - 94:25
**suspected** [1] - 66:10
**sustainable** [2] - 75:19, 76:16
**sustained** [1] - 95:11
**SUTHERLAND** [1] - 8:9
**SW** [1] - 4:4
**symptom** [1] - 74:4
**symptoms** [2] - 67:15, 68:10, 69:2

## T

**table** [2] - 27:15, 48:6
**tailored** [1] - 87:15
**tango** [1] - 80:15
**TANNER** [1] - 8:13
**tar** [2] - 65:10, 70:3
**taskmaster** [1] - 80:12
**tax** [17] - 23:13, 23:17, 23:18, 29:19, 29:20, 29:22, 29:24, 30:11, 30:12, 36:3, 36:24, 41:8, 41:14, 43:6, 43:8, 52:21
**tax-appraised** [2] - 29:19, 29:24
**tax-assessed** [1] - 30:11
**TAYLOR** [1] - 3:18

**teachers** [1] - 77:19
**team** [5] - 83:10, 83:11, 83:15, 84:2, 87:14
**teams** [5] - 83:8, 83:23, 83:24, 83:25, 93:22
**ten** [2] - 74:5, 90:23
**term** [5] - 40:24, 44:21, 64:13, 72:20, 77:2
**terms** [18] - 16:18, 16:19, 18:11, 22:2, 35:13, 49:4, 53:18, 59:3, 59:10, 82:18, 87:25, 88:2, 88:8, 89:10, 89:11, 92:6, 94:21, 95:19
**test** [5] - 26:7, 26:8, 26:10, 26:14, 26:15
**tests** [1] - 73:4
**Texas** [1] - 21:11
**thanked** [1] - 84:18
**thanking** [1] - 94:4
**THE** [67] - 1:5, 1:6, 1:12, 1:13, 1:18, 2:3, 5:3, 5:7, 5:12, 8:21, 10:5, 10:13, 11:7, 11:8, 11:11, 11:12, 11:19, 12:25, 17:1, 17:12, 17:14, 18:1, 18:14, 24:20, 24:25, 27:25, 30:9, 30:15, 30:17, 30:19, 30:24, 35:6, 38:13, 38:16, 40:3, 47:2, 48:19, 48:25, 49:6, 53:2, 54:8, 54:14, 54:18, 54:24, 55:12, 57:17, 57:20, 62:23, 62:25, 63:4, 64:8, 65:19, 66:7, 79:11, 80:7, 81:8, 94:11, 96:15, 96:18, 96:21, 96:25, 97:3, 97:9, 97:11, 97:18, 98:6, 98:8
**themselves** [5] - 39:21, 40:1, 48:12, 80:18, 90:21
**therefore** [2] - 46:13, 83:8
**they've** [2] - 20:4, 37:19
**thick** [1] - 60:1
**thinks** [1] - 57:20
**third** [6] - 58:9, 64:15, 67:3, 74:1, 87:9, 92:24
**THOMAS** [1] - 2:7
**thousand** [8] - 27:21,

27:22, 27:23, 27:24, 30:13, 45:6, 45:7, 55:25

**thousands** [2] - 71:3, 71:4

**three** [22] - 27:2, 27:6, 27:19, 27:24, 32:2, 32:3, 36:1, 40:14, 40:15, 45:6, 50:20, 57:10, 57:25, 59:25, 65:2, 73:5, 73:6, 73:7, 73:13, 83:15, 92:14

**three-hour** [1] - 83:15

**three-member** [1] - 50:20

**three-year** [1] - 40:14

**throughout** [8] - 18:23, 21:6, 21:10, 25:13, 28:20, 29:20, 56:19, 64:24

**throwing** [1] - 71:23

**tickets** [7] - 42:20, 42:21, 42:24, 43:1, 43:3, 43:6

**tidal** [1] - 22:1

**tied** [1] - 45:8

**timeframe** [1] - 25:25

**timely** [1] - 39:14

**TO** [1] - 11:4

**TOBETEK** [1] - 8:16

**today** [34] - 12:5, 12:13, 12:21, 13:12, 16:11, 17:18, 17:23, 18:15, 18:20, 62:11, 63:6, 65:16, 69:1, 69:6, 69:9, 72:5, 74:4, 78:1, 84:13, 85:19, 86:9, 88:1, 90:21, 91:5, 94:13, 94:21, 95:24, 96:11, 96:22, 96:25, 97:4, 97:5, 97:12

**today's** [1] - 85:13

**together** [14] - 13:15, 18:11, 19:7, 30:6, 31:16, 52:22, 55:7, 63:7, 63:15, 63:20, 63:23, 76:13, 76:20, 77:17

**tomorrow** [2] - 65:16, 65:24

**tonight** [1] - 22:14

**TONY** [1] - 3:7

**took** [6] - 39:12, 40:2, 44:9, 83:6, 89:5, 89:6

**tools** [1] - 40:10

**top** [2] - 16:17, 55:18

**tort** [1] - 79:2

**TORTS** [1] - 5:8

**total** [15] - 31:16, 33:4, 34:23, 38:5, 38:8, 38:12, 43:12, 43:22, 45:3, 49:17, 50:4, 51:9, 53:15

**totalling** [1] - 75:10

**totally** [1] - 95:4

**tougher** [1] - 26:3

**tourism** [5] - 25:8, 25:10, 25:14, 25:17, 57:2

**towards** [2] - 77:4, 77:7

**TOWER** [1] - 2:4

**track** [3] - 12:20, 38:7

**tradable** [1] - 42:11

**traditional** [1] - 36:2

**tragic** [1] - 81:17

**train** [2] - 77:14, 77:18

**transaction** [2] - 19:9, 29:9

**TRANSCRIPT** [2] - 1:12, 9:8

**transcript** [1] - 98:16

**transfer** [12] - 14:9, 21:4, 24:14, 24:15, 24:16, 24:21, 27:8, 27:16, 27:22, 44:19, 87:19, 87:20

**transferred** [2] - 14:12, 52:5

**transfers** [1] - 28:23

**transient** [2] - 36:14, 45:9

**transition** [8] - 34:13, 35:11, 35:12, 43:20, 49:10, 49:11, 49:16, 50:2

**TRANSOCEAN** [3] - 8:3, 8:3, 8:5

**Transocean** [3] - 47:17, 61:13, 61:25

**Transocean's** [3] - 61:8, 62:8, 62:12

**transparency** [3] - 50:6, 59:24, 91:11

**transparent** [2] - 58:7, 81:15

**traps** [3] - 42:14, 42:16, 43:15

**treated** [2] - 60:20, 71:16

**treating** [1] - 49:24

**treatment** [6] - 77:22, 85:24, 87:10, 87:18, 90:3, 91:10

**tremendous** [1] - 17:7

**trial** [7] - 16:11, 18:6, 18:7, 74:20, 85:2

**trials** [3] - 82:15, 89:3, 89:4

**tried** [4] - 29:5, 50:5, 63:19, 65:4

**trip** [7] - 42:20, 42:21, 42:24, 43:1, 43:3, 43:6

**true** [4] - 50:2, 67:1, 67:2, 98:16

**trust** [4] - 15:20, 16:1, 16:8, 48:2

**trustee** [1] - 78:22

**trustees** [1] - 15:25

**trusts** [1] - 15:22

**try** [4] - 16:21, 50:25, 60:14, 75:18

**trying** [4] - 45:22, 63:14, 78:3, 96:25

**Tulane** [1] - 76:10

**turn** [5] - 23:10, 58:10, 62:19, 80:10, 92:24

**tweaks** [2] - 16:17, 16:22

**TWELFTH** [1] - 6:21

**twelve** [1] - 29:9

**twenty** [1] - 32:5

**two** [30] - 11:21, 13:13, 15:21, 18:19, 22:1, 27:19, 27:21, 27:22, 27:25, 28:1, 30:4, 30:5, 31:15, 36:19, 37:3, 41:16, 43:4, 45:5, 49:12, 60:25, 69:7, 69:12, 77:8, 80:15, 81:13, 81:20, 81:24, 82:1, 82:7, 82:22, 83:6, 83:8, 83:15, 84:14, 91:24, 92:9, 97:19

**two-hour** [1] - 83:15

**two-step** [2] - 82:22, 92:9

**TX** [9] - 2:23, 3:4, 3:9, 6:14, 7:6, 7:11, 7:15, 8:10, 8:14

**type** [5] - 23:25, 68:10, 70:12, 70:20, 79:4

**types** [3] - 67:14, 68:14, 69:7

**U**

**U.S** [3] - 5:7, 5:13, 94:25

**ultimate** [1] - 52:12

**ultimately** [1] - 44:15

**unable** [1] - 36:4

**unadversarial** [1] - 93:3

**unavailability** [1] - 49:15

**uncertainty** [1] - 27:12

**under** [33] - 12:17, 14:22, 15:18, 15:20, 15:23, 17:4, 18:22, 22:16, 26:3, 28:24, 32:11, 37:4, 43:16, 47:23, 47:24, 48:12, 49:4, 49:24, 54:1, 56:14, 58:16, 59:3, 59:10, 59:13, 61:12, 67:10, 69:13, 81:5, 87:1, 88:11, 93:16

**UNDERHILL** [1] - 5:8

**understatement** [1] - 86:12

**unfair** [1] - 93:3

**unfortunately** [1] - 74:3

**UNIDENTIFIED** [8] - 10:14, 96:14, 96:16, 96:20, 96:23, 97:2, 97:6, 97:10

**uniform** [1] - 42:22

**unique** [6] - 13:12, 13:14, 13:22, 14:7, 47:13, 87:10

**United** [2] - 98:15, 98:21

**UNITED** [3] - 1:1, 1:14, 5:12

**units** [1] - 32:9

**universities** [3] - 76:4, 76:12, 77:7

**University** [6] - 76:9, 76:10, 76:11, 77:16

**unless** [6] - 32:14, 66:17, 78:25, 93:24, 95:25, 96:10

**unlike** [3] - 82:12, 85:9, 94:7

**unusual** [1] - 89:21

**up** [56] - 15:4, 17:3, 21:9, 21:17, 22:19, 26:2, 26:9, 27:15, 33:20, 33:23, 34:20, 34:23, 39:2, 39:9, 42:15, 43:11, 46:20, 49:12, 50:23, 51:4, 54:3, 54:6, 56:8, 56:9, 57:18, 57:19, 58:11, 63:2, 63:9, 64:15, 64:17, 64:19, 65:8, 65:24, 65:25, 67:7, 67:13, 69:16, 70:9, 71:23, 73:14, 73:17, 74:8, 74:9, 74:11, 77:6, 78:1, 78:13, 78:20, 79:23,

88:11, 90:14, 90:22, 95:4, 96:18

**upheaval** [1] - 46:19

**uphold** [1] - 13:18

**urge** [1] - 80:24

**urine** [1] - 73:3

**US** [1] - 21:25

**useful** [1] - 79:25

**user** [1] - 58:21

**user-friendly** [1] - 58:21

**USRY** [2] - 5:3, 5:4

**usual** [1] - 18:10

**utmost** [1] - 80:20

**V**

**V-test** [3] - 26:7, 26:14, 26:15

**VA** [1] - 2:5

**Valdez** [5] - 40:2, 77:16, 82:12, 89:6, 94:23

**valid** [1] - 36:5

**value** [10] - 29:19, 29:24, 29:25, 30:11, 30:12, 33:5, 42:6, 42:10, 61:18, 61:22

**values** [2] - 29:21, 43:16

**vantage** [1] - 72:12

**variable** [4] - 40:17, 40:18, 40:19

**variances** [1] - 40:14

**varied** [1] - 30:3

**various** [4] - 22:9, 23:15, 50:24, 90:14

**vary** [4] - 30:1, 39:19, 40:10, 40:11

**vehicles** [1] - 48:2

**vendors** [11] - 18:24, 19:3, 23:22, 23:23, 24:5, 24:7, 55:23, 58:13, 59:7, 59:21

**verify** [1] - 41:17

**Vermilion** [1] - 67:7

**version** [1] - 90:15

**versus** [2] - 20:24, 50:15

**vessel** [24] - 19:22, 21:22, 23:8, 35:19, 35:20, 35:22, 37:19, 40:20, 40:22, 40:23, 41:22, 41:24, 41:25, 42:3, 42:19, 44:19, 44:20, 44:22, 44:23, 45:11, 45:17, 45:18, 45:23

**vessels** [3] - 36:17,

37:17, 38:21
**viable** [1] - 62:3
**view** [2] - 49:12, 50:3
**virtually** [1] - 60:14
**vis** [2] - 80:3
**vis-a-vis** [1] - 80:3
**vision** [1] - 73:3
**VOICES** [1] - 11:10
**volume** [6] - 37:12, 37:14, 37:16, 39:8, 50:1, 56:1
**VoO** [7] - 20:2, 22:21, 22:22, 31:19, 31:25, 41:3, 44:6

---

**W**

**WACKER** [1] - 6:17
**wait** [5] - 13:25, 34:3, 40:1, 82:12, 88:12
**waitress** [1] - 24:1
**waive** [1] - 81:5
**waives** [1] - 12:12
**waiving** [1] - 75:3
**walk** [1] - 63:23
**walked** [1] - 66:9
**WALKER** [1] - 2:3
**walking** [1] - 70:2
**wall** [1] - 67:13
**WALTER** [1] - 4:14
**wants** [2] - 26:11, 92:20
**warranted** [1] - 91:6
**WARREN** [1] - 7:23
**washing** [1] - 74:8
**WASHINGTON** [4] - 5:14, 6:10, 6:21, 7:24
**water** [10] - 25:3, 25:9, 25:12, 25:17, 26:2, 28:20, 31:7, 65:9, 65:10, 68:23
**Waterhouse** [1] - 19:1
**waters** [9] - 20:16, 21:16, 21:25, 32:17, 42:14, 44:8
**WATERSIDE** [1] - 2:4
**WATTS** [2] - 3:6, 3:7
**ways** [3] - 20:23, 33:9, 36:1
**WebEx** [1] - 84:4
**WEDNESDAY** [2] - 1:8, 11:2
**week** [4] - 24:1, 94:8, 94:9, 94:18
**weekends** [1] - 24:1
**WEEKS** [1] - 5:3
**WEINER** [1] - 7:19
**WEITZ** [1] - 3:11

**WENDY** [1] - 6:4
**west** [2] - 28:20, 42:25
**WEST** [1] - 8:17
**West** [4] - 21:9, 23:24, 38:11, 76:11
**WESTLAKE** [1] - 6:13
**wetlands** [10] - 19:23, 19:24, 23:4, 23:5, 23:6, 31:2, 31:3, 66:17, 67:4
**whatsoever** [1] - 49:3
**WHEREUPON** [1] - 98:9
**whichever** [2] - 53:2, 53:3
**whole** [5] - 25:13, 28:13, 34:6, 38:9, 74:24
**wildlife** [2] - 38:4, 65:11
**WILLIAMS** [2] - 4:10, 4:10
**WILLIAMSON** [2] - 2:22, 2:22
**wise** [1] - 83:22
**wish** [1] - 72:21
**witnesses** [1] - 85:4
**women** [1] - 65:4
**wonder** [1] - 93:22
**wondering** [1] - 97:15
**word** [1] - 86:18
**words** [2] - 35:6, 54:14
**worker** [4] - 69:20, 70:15, 70:16, 74:25
**workers** [20] - 65:3, 65:13, 65:14, 65:16, 65:17, 67:2, 67:16, 67:20, 68:7, 68:8, 68:11, 70:25, 71:2, 71:5, 71:10, 72:15, 72:24, 75:1, 77:15
**works** [7] - 27:18, 29:8, 30:10, 39:2, 43:24, 45:13, 50:8
**worried** [1] - 72:20
**worth** [1] - 62:4
**worthy** [3] - 80:19, 86:16, 94:6
**wrap** [1] - 95:4
**Wrap** [1] - 53:19
**WRIGHT** [1] - 1:18
**written** [1] - 94:17

---

**Y**

**year** [11] - 18:5, 18:6, 26:23, 38:13, 38:14, 40:14, 73:16, 75:16,

77:8, 83:12, 83:21
**year/good** [1] - 26:23
**years** [31] - 13:4, 26:17, 40:1, 40:3, 40:15, 57:11, 73:5, 73:7, 73:12, 73:13, 74:5, 75:17, 75:19, 75:23, 76:6, 79:1, 79:14, 81:24, 82:1, 82:14, 87:5, 89:5, 89:6, 90:1, 90:22, 90:23, 94:24, 95:5, 95:7
**YOAKUM** [1] - 2:23
**York** [1] - 62:20
**YORK** [2] - 3:12, 7:14

---

**Z**

**zone** [4] - 20:18, 29:12, 50:14, 67:5
**Zone** [17] - 25:14, 25:15, 25:22, 66:3, 66:5, 66:11, 66:17, 66:18, 66:21, 66:22, 66:23, 67:2, 67:3, 67:17
**zones** [4] - 25:2, 25:5, 28:18, 28:19