UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL § | | MDL No. 2179 |
| RIG "DEEPWATER HORIZON" § | | |
| IN THE GULF OF MEXICO, § | | SECTION: J |
| ON APRIL 20, 2010 § | | |
| § | | JUDGE BARBIER |
| § | | MAG. JUDGE SHUSHAN |

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

**[Setting Schedule for Challenges to Certain Quantification-
Related Entries on Privilege Logs Issued by the United States and BP]**

This Order establishes a procedure for prioritizing challenges to Phase Two[1] Quantification-related privilege claims on the United States' and BP's privilege logs without prejudice to the parties' ability to later challenge other Phase Two-related privilege claims. ("Quantification" has the same meaning here as "Quantification of Discharge" in PTO 41.)[2]

This schedule proceeds in two flights depending on whether the privilege log was served after April 20, 2012.

---

[1] The Court has concluded that the time has passed for challenging Phase One-related privilege log entries, with the exception of any new Phase One entries on privilege logs served by the United States on April 20, 2012 or thereafter. The Court will entertain challenges to this limited subset of U.S. privilege log entries related to Phase One so long as they are timely presented under the deadlines for challenges to Phase Two Quantification-related entries established by this Order.

[2] Judge Barbier is considering modification of the existing Trial Plan. This order is not intended to affect his consideration and ultimate decision. Rather, because all parties agree quantification is an issue that must be tackled, it is being prioritized for discovery purposes.

**Flight 1: Privilege Logs Served by April 20, 2012** (the "April 20 Privilege Logs").

1.	On or before **Friday, May 11, 2012**, BP and the U.S. shall identify documents on the April 20, 2012 Privilege Logs that relate to Quantification from the Macondo well.

2.	On or before **Friday, May 18, 2012**, the MDL 2179 parties will serve any challenges to the non-deliberative process assertions for Phase Two Quantification-related entries on the United States' April 20 Privilege Logs.

3.	On or before **Friday, May 18, 2012**, the MDL 2179 parties will serve any challenges to the Phase Two Quantification-related entries on BP's April 20 Privilege Logs.

4.	On or before **Friday, May 25, 2012**, the applicable parties will meet and confer on the May 18, 2012 challenges.

5.	On or before **Monday, June 4, 2012**, the challenging parties will file any briefing on the privilege claims remaining in dispute, along with lists of representative documents (not to exceed 50 documents per type of privilege challenged) for *in camera* review.  In selecting documents for *in camera* review, all challenging parties will confer and coordinate among themselves and agree on the same 50-document (or less) set.

6.	Responses to the June 4, 2012 filings shall be due on or before **Tuesday, June 12, 2012**, along with *in camera* submission of the selected documents identified by the challenger(s) in the June 4, 2012 filings.

7.	Replies in support of the June 4, 2012 filings shall be due on or before **Monday, June 18, 2012.**

**Flight 2: Privilege Logs Served After April 20, 2012** (the "Post April 20 Privilege Logs")

8. BP and the U.S. shall identify documents on the Post April 20, 2012 Privilege Logs that relate to Quantification from the Macondo well as follows:

   A. For Post April 20 Privilege Logs served on or before the entry of this order, the identification shall be made **by Friday, May 11, 2012.**

   B. For Post April 20 Privilege Logs served after the entry of this order, the identification shall be made at the time the Post April 20 Privilege Logs are served.

9. The MDL 2179 parties will serve any challenges to Phase Two Quantification-related entries on the Post April 20 United States and BP Privilege Logs within **fourteen (14) calendar** days of service of either a) the identification of the Quantification-related entries; or b) the Post April 20 Privilege Logs which include the identification of the Quantification-related entries.

10. The applicable parties will meet and confer on the challenges within **seven (7) calendar days** of service of the challenges.

11. The parties challenging the log shall file any briefing on the privilege claims remaining in dispute, along with lists of representative documents (not to exceed 50 documents per type of privilege asserted) for *in camera* review, within **fourteen (14) calendar days** of service of the challenges to the privilege log. In selecting documents for *in camera* review, all

challenging parties will confer and coordinate among themselves and agree on the same 50-document (or less) set.

12. The party opposing the challenges to the log shall file a response, along with *in camera* submission of the selected documents identified by the challenger(s), within **seven (7) calendar days** of the filing of the initial brief.

13. The parties challenging the log shall file any reply within **seven (7) calendar** days of the filing of the response.

**Any appeal of this order must be filed by the close of business on Monday, May 7, 2012. The effect of the order will not be stayed pending appeal except by order of Judge Barbier.**

IT IS SO ORDERED this 1st day of May, 2012, at New Orleans, Louisiana.

_____
SALLY SHUSHAN
U. S. MAGISTRATE JUDGE