UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010.<br><br>This Document Relates to:<br>All Actions and:<br>10-4239<br>10-4240<br>10-4241 | § § § § § § § § § § | MDL No. 2179<br>SECTION "J"<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## PLAINTIFFS' OPPOSITION TO BP'S MOTION TO DELAY THE PHASE I TRIAL

**NOW COME,** the Mexican States of Quintana Roo, Veracruz and Tamaulipas (herein "Plaintiffs") through their counsel Enrique G. Serna and file their Plaintiffs' Opposition to BP's Motion to Delay the Phase I Trial. As grounds for said Plaintiffs' Opposition, the Mexican States hereby adopt and incorporate The State of Alabama's Opposition to BP's Motion to Adjourn the Phase 1 Trial (Doc. 6390, filed 5/1/12).

Respectfully Submitted,

**SERNA & ASSOCIATES PLLC**

By:

**/s/ Enrique G. Serna**
**Enrique G. Serna, Esq.**
SBOT 00789617
20985 IH 10 West
Serna Building
San Antonio, Texas 78257
(210) 2280095 – Telephone
(210) 2280839 – Facsimile

1

## **CERTIFICATE OF SERVICE**

      I hereby Certify that the above and foregoing pleading, PLAINTIFFS' OPPOSITION TO BP'S MOTION TO DELAY THE PHASE I TRIAL, has been served on All Counsel by electronically filing and uploading same to the CM/ECF System and LexisNexis File & Serve in accordance with Pretrial Order No.12, this the 1st day of May, 2012.

                                                /s/ Enrique G. Serna
                                                Enrique G. Serna