**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | **MDL NO. 2179** |
| | * | **SECTION: J** |
| | * * | |
| | * | **HONORABLE CARL J. BARBIER** |
| | * | |
| | * | **MAGISTRATE JUDGE SHUSHAN** |
| | * * * | |

| | | |
|---|---|---|
| Plaisance, *et al.*, individually and on behalf of the putative Medical Benefits Settlement Class, | * * * * | **NO. 12-CV-968** |
| | * | **SECTION: J** |
| **Plaintiffs,** | * * | |
| v. | * | **HONORABLE CARL J. BARBIER** |
| | * | |
| BP Exploration & Production Inc., *et al.*, | * | **MAGISTRATE JUDGE SHUSHAN** |
| | * | |
| **Defendants.** | * * * | |

**PLAINTIFFS' AND BP'S JOINT SUPPLEMENTAL MOTION RELATED TO PRELIMINARY APPROVAL OF THE MEDICAL BENEFITS CLASS ACTION SETTLEMENT**

Plaintiffs and BP Exploration & Production Inc. and BP America Production Company ("BP") respectfully supplement their previous Joint Motion for Preliminary Approval of Medical Benefits Class Action Settlement, Approval of Class Notice, and Related Matters ("Joint Preliminary Approval Motion") (Rec. Doc. 6267) with this request for certain additional relief related to preliminary approval and notice.

Specifically, the Parties ask that the Court (1) approve the Medical Settlement Trust Agreement, attached as Exhibit A to the Parties' accompanying Memorandum; the creation of

the Medical Settlement Trust pursuant to the Medical Settlement Trust Agreement; and the appointment of Matthew L. Garretson as Trustee and J.P. Morgan Trust Company of Delaware as Directed Trustee of the Medical Settlement Trust; (2) find that the Medical Settlement Trust fulfills the requirements for a qualified settlement fund under § 468B(d)(2) of the Internal Revenue Code and Treasury Regulation § 1.468B–1; (3) retain continuing jurisdiction over the Medical Settlement Trust, the Trustee, and the Directed Trustee; (4) approve the revised proposed Medical Benefits Class Notice[1] attached in redlined and clean versions as exhibits to the Supplemental Declaration of Cameron R. Azari, Esq., which is itself Exhibit B to the Parties' accompanying Memorandum; and (5) preliminarily approve the proposed Medical Benefits Class Action Settlement ("Settlement") as set forth in the previously submitted Medical Benefits Class Action Settlement Agreement (Rec. Doc. 6273-1), as amended by the First Amendment to the Medical Benefits Class Action Settlement Agreement, attached as Exhibit C to the accompanying Memorandum.[2]  For the reasons set forth in the Parties' joint Memorandum, the requested relief is an appropriate and necessary component of the Parties' Settlement.

A proposed order accompanies this Motion.  In accordance with this Motion, the proposed order revises the qualified settlement fund and notice provisions in the proposed order the Parties previously submitted in connection with their Joint Preliminary Approval Motion. (Rec. Doc. 6267-6).  In addition, given the Court's Order stating that it would consider BP's request concerning the adjournment of the Limitation and Liability trial during the May 3, 2012, in-chambers conference with Liaison Counsel, (Rec. Doc. 6310), the Parties have revised the

---

[1]  The original proposed Medical Benefits Class Notice was attached as Exhibit 2 to the Declaration of Cameron R. Azari, Esq., which was itself Exhibit A to the Parties' Memorandum in support of the Joint Preliminary Approval Motion.  (Rec. Doc. 6267-2.)

[2]  Unless otherwise defined herein, terms with initial capital letters used in this Motion have the meanings ascribed to the fully capitalized rendering of such terms in the Medical Settlement Agreement.  "Trustee" and "Directed Trustee" have the meanings ascribed to such terms in the Medical Settlement Trust.

proposed order to remove provisions related to the requested adjournment.  Furthermore, the Parties have removed the provision in the original order directing that the notice period shall begin by May 3, 2012; instead, the notice period will begin and notice will be given as described in the Medical Benefits Class Notice Plan.  The Parties have also proposed October 8, 2012, as the due date for the report of the Guardian Ad Litem.

**WHEREFORE**, for the reasons set forth above and in the accompanying Memorandum, the Parties respectfully request that the Court (1) approve the Medical Settlement Trust Agreement; the Medical Settlement Trust; and the appointment of Matthew L. Garretson as Trustee and J.P. Morgan Trust Company of Delaware as Directed Trustee; (2) find that the Medical Settlement Trust fulfills the requirements for a qualified settlement fund under § 468B(d)(2) of the Internal Revenue Code and Treasury Regulation § 1.468B–1; (3) retain continuing jurisdiction over the Medical Settlement Trust, the Trustee, and the Directed Trustee; (4) approve the revised proposed Medical Benefits Class Notice; (5) approve the First Amendment to the Parties' Medical Benefits Class Action Settlement Agreement as part of the Court's preliminary approval of the proposed Settlement; and (6) enter the revised proposed Order for Preliminary Certification of a Medical Benefits Class for Purposes of Settlement, Preliminary Approval of Medical Benefits Class Settlement, Approval of Class Notice, Approval of Medical Settlement Trust, and Related Appointments.

May 1, 2012                                        Respectfully submitted,


/s/ Stephen J. Herman                             /s/ James Parkerson Roy
Stephen J. Herman, La. Bar No. 23129              James Parkerson Roy, La. Bar No. 11511
HERMAN HERMAN KATZ & COTLAR                       DOMENGEAUX WRIGHT ROY &
LLP                                               EDWARDS LLC
820 O'Keefe Avenue                                556 Jefferson Street, Suite 500
New Orleans, Louisiana 70113                      Lafayette, Louisiana 70501
Telephone: (504) 581-4892                         Telephone: (337) 233-3033
Fax No. (504) 569-6024                            Fax No. (337) 233-2796
E-Mail: sherman@hhkc.com                          E-Mail: jimr@wrightroy.com

*Interim Class Counsel and Proposed Medical*      *Interim Class Counsel and Proposed Medical*
*Benefits Class Counsel*                          *Benefits Class Counsel*


## PLAINTIFFS' STEERING COMMITTEE
## AND PROPOSED MEDICAL BENEFITS CLASS COUNSEL


Joseph F. Rice                                    Conrad S.P. "Duke" Williams
MOTLEY RICE LLC                                   WILLIAMS LAW GROUP
28 Bridgeside Blvd.                               435 Corporate Drive, Suite 101
Mount Pleasant, SC 29464                          Maison Grand Caillou
Office: (843) 216-9159                            Houma, LA 70360
Telefax: (843) 216-9290                           Office: (985) 876-7595
E-Mail: jrice@motleyrice.com                      Telefax: (985) 876-7594
                                                  E-Mail: duke@williamslawgroup.org


Brian H. Barr                                     Robin L. Greenwald
LEVIN, PAPANTONIO, THOMAS,                        WEITZ & LUXENBERG, PC
MITCHELL, ECHSNER & PROCTOR, PA                   700 Broadway
316 South Baylen St., Suite 600                   New York, NY 10003
Pensacola, FL 32502-5996                          Office: (212) 558-5802
Office: (850) 435-7045                            Telefax: (212) 344-5461
Telefax: (850) 436-6187                           E-Mail: rgreenwald@weitzlux.com
E-Mail: bbarr@levinlaw.com


4

Jeffrey A. Breit
BREIT DRESCHER IMPREVENTO &
WALKER, P.C.
999 Waterside Drive, Suite 1000
Norfolk, VA 23510
Office:  (757) 670-3888
Telefax: (757) 670-3895
E-Mail: jbreit@bdbmail.com

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Office:  (415) 956-1000
Telefax: (415) 956-1008
E-Mail:  ecabraser@lchb.com

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA &
TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA  70037
Office:  (504) 394-9000
Telefax: (504) 394-9110
E-Mail:  pcossich@cossichlaw.com

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL  36660
Office:  (251) 471-6191
Telefax: (251) 479-1031
E-Mail:  rtc@cunninghambounds.com

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399
E-Mail:  mike@mikespy.com

Rhon E. Jones
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P. C.
218 Commerce St., P.O. Box 4160
Montgomery, AL 36104
Office:  (334) 269-2343
Telefax: (334) 954-7555
E-Mail:  rhon.jones@beasleyallen.com

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU & SOUTH,
LLP
501 Broad Street
Lake Charles, LA  70601
Office:  (337) 439-0707
Telefax: (337) 439-1029
E-Mail:  mlundy@lundylawllp.com

Michael C. Palmintier
deGRAVELLES, PALMINTIER,
HOLTHAUS & FRUGE'
618 Main Street
Baton Rouge, LA  70801-1910
Office:  (225) 344-3735
Telefax: (225) 344-0522
E-Mail:  mpalmintier@dphf-law.com

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW &
ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA  70130
Office:  (504) 588-1500
Telefax:  (504) 588-1514
E-Mail:  sterbcow@lksalaw.com

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Office:  (214) 521-3605
Telefax: (214) 599-1172
E-Mail:  ssummy@baronbudd.com

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA  70726
Office:  (225) 664-4193
Telefax: (225) 664-6925
E-Mail:  calvinfayard@fayardlaw.com

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: (305) 476-7400
Telefax: (305) 476-7444
E-Mail:  ervin@colson.com

Mikal C. Watts
WATTS GUERRA CRAFT, LLP
Four Dominion Drive, Building 3, Suite 100
San Antonio, TX 78257
Office: (210) 447-0500
Telefax: (210) 447-0501
E-Mail:  mcwatts@wgclawfirm.com

James J. Neath
Mark Holstein
BP AMERICA INC.
501 Westlake Park Boulevard
Houston, TX  77079
Telephone:  (281) 366-2000
Telefax:  (312) 862-2200

Ellen K. Reisman
ARNOLD & PORTER LLP
777 South Figueroa Street
Los Angeles, CA 90017-5844

James P. Joseph
Ethan P. Greene
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004-1206

*Of Counsel*

*/s/ Richard C. Godfrey, P.C.*                    .
Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Andrew B. Bloomer, P.C.
Elizabeth A. Larsen
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL  60654

*/s/ Don K. Haycraft*                    .
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Telephone:  (504) 581-7979
Telefax:  (504) 556-4108

Robert C. "Mike" Brock
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:  (202) 662-5985
Telefax:  (202) 662-6291

**ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 1st day of May, 2012.

*/s/ Don K. Haycraft*

Don K. Haycraft
