**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * * * * * * * * | **MDL NO. 2179**<br><br>**SECTION: J**<br><br>**HONORABLE CARL J. BARBIER**<br><br>**MAGISTRATE JUDGE SHUSHAN** |
| **Plaisance, *et al.*, individually and on behalf of the putative Medical Benefits Settlement Class,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**BP Exploration & Production Inc., *et al.*,**<br><br>**Defendants.** | * * * * * * * * * * * * * | **NO. 12-CV-968**<br><br>**SECTION: J**<br><br>**HONORABLE CARL J. BARBIER**<br><br>**MAGISTRATE JUDGE SHUSHAN** |

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' AND BP'S JOINT SUPPLEMENTAL MOTION RELATED TO PRELIMINARY APPROVAL OF THE MEDICAL BENEFITS CLASS ACTION SETTLEMENT**

Plaintiffs and BP Exploration & Production Inc. and BP America Production Company ("BP") respectfully request that the Court grant their Joint Supplemental Motion Related to Preliminary Approval of the Medical Benefits Class Action Settlement. This motion is made in connection with the Parties' previously filed Joint Motion for Preliminary Approval of Medical Benefits Class Action Settlement, Approval of Class Notice, and Related Matters (Rec. Doc. 6267), and supplements that motion with a request for certain additional relief related to preliminary approval and notice.

## I. Medical Settlement Trust.

The Medical Benefits Class Action Settlement Agreement ("Medical Settlement Agreement" or "Agreement") provides that the Parties "will file a proposed Medical Settlement Trust Agreement with the Court" for approval. (Agreement § XXII.C.).[1] The Agreement also provides that "the Medical Settlement Trust shall be structured and operated in a manner so that it qualifies as a 'qualified settlement fund' under section 468B(d)(2) of the Internal Revenue Code and Treasury Regulation § 1.468B-1." (*Id.*) The purpose of the Medical Settlement Trust is to establish a mechanism to pay Settlement Costs in accordance with the terms of the Medical Settlement Agreement, and as required by the Court. The Parties now request that the Court approve the Medical Settlement Trust Agreement attached as Exhibit A.

If approved by the Court, the Medical Settlement Trust Agreement will establish a Medical Settlement Trust that satisfies the requirements for a qualified settlement fund because: (1) the Medical Settlement Trust will be approved by this Court and subject to its continuing jurisdiction; (2) the Medical Settlement Trust will be established in order to resolve or satisfy claims of tort or violation of law arising out of the *Deepwater Horizon* Incident and settled pursuant to the Medical Settlement Agreement; and (3) the Medical Settlement Trust will be a trust under Delaware law, and the assets to be deposited in it will be segregated from the general assets of BP and the BP Entities. *See* 26 C.F.R. § 1.468B–1(a) & (c). Accordingly, the Parties request that the Court approve the Medical Settlement Trust Agreement; the creation of the Medical Settlement Trust; and the appointment of Matthew L. Garretson as the Trustee and J.P. Morgan Trust Company of Delaware as the Directed Trustee of the Medical Settlement Trust.[2]

---

1 Terms with initial capital letters used in this Memorandum have the meanings ascribed to the fully capitalized rendering of such terms in the Medical Settlement Agreement.

2 "Trustee" and "Directed Trustee" have the meanings ascribed to such terms in the Medical Settlement Trust Agreement.

The Parties further request that the Court find that the Medical Settlement Trust fulfills the requirements for a qualified settlement fund under § 468B(d)(2) of the Internal Revenue Code and Treasury Regulation § 1.468B–1. Finally, the Parties request that the Court retain continuing jurisdiction over the Medical Settlement Trust, the Trustee, and the Directed Trustee.

**II. Revisions to the Medical Benefits Class Notice.**

The Parties have made certain minor edits designed to improve the readability of the proposed Medical Benefits Class Notice,[3] including edits in accordance with suggestions from Magistrate Judge Shushan. Redlined and clean versions of the revised proposed notice are attached as exhibits to the Supplemental Declaration of Cameron R. Azari, Esq., which is itself Exhibit B to the this Memorandum. The Parties submit that the revised proposed Medical Benefits Class Notice will provide class members with a better understanding of the proposed settlement and their rights thereunder. (*See* Supp. Decl. of Cameron R. Azari, Esq., attached as Ex. B.)

**III. Amendments to the Settlement Agreement.**

The Parties have proposed a First Amendment to the Medical Settlement Agreement ("First Amendment"), as reflected in Exhibit C, to address certain necessary revisions. Specifically, the Parties have revised the Settlement Agreement to reflect that Matthew L. Garretson will serve as the Trustee and J.P. Morgan Trust Company of Delaware will serve as the Directed Trustee of the Medical Settlement Trust, and to clarify that the Claims Administrator (proposed to be the Garretson Resolution Group) will not be a trustee. This change is necessary to ensure compliance with the requirements of Delaware law, which will govern the Medical Settlement Trust. Other changes proposed in the First Amendment are:

[3] The original proposed Medical Benefits Class Notice was attached as Exhibit 2 to the Declaration of Cameron R. Azari, Esq., which was itself Exhibit A to the parties' Memorandum in support of the Joint Preliminary Approval Motion. (Rec. Doc. 6267-2.)

1) conforming changes throughout the Settlement Agreement to reflect that the Claims Administrator will not serve as trustee of the Medical Settlement Trust; 2) modifications to certain sections, including Sections II.W and XXI.B.3.b, to make clear that persons attempting to determine whether or not they are class members or qualify for benefits under the Medical Settlement Agreement can request certain information from the Claims Administrator; and 3) correction of a typographical error in the Specified Physical Conditions Matrix (Exhibit 8 to the Settlement Agreement).  For the Court's convenience, a redlined copy of the relevant sections of the Medical Settlement Agreement showing the changes proposed in the First Amendment is attached as Exhibit D to the this Memorandum.  The Parties request that the Court preliminarily approve the Medical Benefits Class Action Settlement, as set forth in the previously submitted Medical Benefits Class Action Settlement Agreement (Rec. Doc. 6273-1), as amended by the First Amendment, attached as Ex. C.

**IV.    Changes to the Proposed Order.**

The Parties have submitted a revised proposed preliminary approval order that conforms to the relief sought in their joint motion.  In addition, given the Court's Order stating that it would consider BP's request concerning the adjournment of the Limitation and Liability trial during the May 3, 2012, in-chambers conference with Liaison Counsel, (Rec. Doc. 6310), the Parties have also revised the proposed order to remove provisions related to the requested adjournment.  Furthermore, the Parties have removed the provision in the original order directing that the notice period shall begin by May 3, 2012; instead, the notice period will begin and notice will be given as described in the Medical Benefits Class Notice Plan.  The Parties have also proposed October 8, 2012, as the due date for the report of the Guardian Ad Litem.  Accordingly, the Parties request that the Court enter the revised order rather than the previously submitted order.

**CONCLUSION**

For the foregoing reasons, the Parties respectfully request that the Court enter an order granting the relief requested.

May 1, 2012

Respectfully submitted,

*/s/ Stephen J. Herman*
Stephen J. Herman, La. Bar No. 23129
HERMAN HERMAN KATZ & COTLAR LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax No. (504) 569-6024
E-Mail: sherman@hhkc.com

*Interim Class Counsel and Proposed Medical Benefits Class Counsel*

*/s/ James Parkerson Roy*
James Parkerson Roy, La. Bar No. 11511
DOMENGEAUX WRIGHT ROY & EDWARDS LLC
556 Jefferson Street, Suite 500
Lafayette, Louisiana 70501
Telephone: (337) 233-3033
Fax No. (337) 233-2796
E-Mail: jimr@wrightroy.com

*Interim Class Counsel and Proposed Medical Benefits Class Counsel*

**PLAINTIFFS' STEERING COMMITTEE**
**AND PROPOSED MEDICAL BENEFITS CLASS COUNSEL**

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Office: (843) 216-9159
Telefax: (843) 216-9290
E-Mail: jrice@motleyrice.com

Conrad S.P. "Duke" Williams
WILLIAMS LAW GROUP
435 Corporate Drive, Suite 101
Maison Grand Caillou
Houma, LA 70360
Office: (985) 876-7595
Telefax: (985) 876-7594
E-Mail: duke@williamslawgroup.org

Brian H. Barr
LEVIN, PAPANTONIO, THOMAS, MITCHELL, ECHSNER & PROCTOR, PA
316 South Baylen St., Suite 600
Pensacola, FL 32502-5996
Office: (850) 435-7045
Telefax: (850) 436-6187
E-Mail: bbarr@levinlaw.com

Robin L. Greenwald
WEITZ & LUXENBERG, PC
700 Broadway
New York, NY 10003
Office: (212) 558-5802
Telefax: (212) 344-5461
E-Mail: rgreenwald@weitzlux.com

Jeffrey A. Breit
BREIT DRESCHER IMPREVENTO & WALKER, P.C.
999 Waterside Drive, Suite 1000
Norfolk, VA 23510
Office: (757) 670-3888
Telefax: (757) 670-3895
E-Mail: jbreit@bdbmail.com

Rhon E. Jones
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P. C.
218 Commerce St., P.O. Box 4160
Montgomery, AL 36104
Office: (334) 269-2343
Telefax: (334) 954-7555
E-Mail: rhon.jones@beasleyallen.com

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Office: (415) 956-1000
Telefax: (415) 956-1008
E-Mail: ecabraser@lchb.com

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU & SOUTH, LLP
501 Broad Street
Lake Charles, LA 70601
Office: (337) 439-0707
Telefax: (337) 439-1029
E-Mail: mlundy@lundylawllp.com

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA & TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA 70037
Office: (504) 394-9000
Telefax: (504) 394-9110
E-Mail: pcossich@cossichlaw.com

Michael C. Palmintier
deGRAVELLES, PALMINTIER, HOLTHAUS & FRUGE'
618 Main Street
Baton Rouge, LA 70801-1910
Office: (225) 344-3735
Telefax: (225) 344-0522
E-Mail: mpalmintier@dphf-law.com

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL 36660
Office: (251) 471-6191
Telefax: (251) 479-1031
E-Mail: rtc@cunninghambounds.com

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW & ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA 70130
Office: (504) 588-1500
Telefax: (504) 588-1514
E-Mail: sterbcow@lksalaw.com

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399
E-Mail: mike@mikespy.com

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Office: (214) 521-3605
Telefax: (214) 599-1172
E-Mail: ssummy@baronbudd.com

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA  70726
Office:  (225) 664-4193
Telefax: (225) 664-6925
E-Mail:  calvinfayard@fayardlaw.com

Mikal C. Watts
WATTS GUERRA CRAFT, LLP
Four Dominion Drive, Building 3, Suite 100
San Antonio, TX 78257
Office: (210) 447-0500
Telefax: (210) 447-0501
E-Mail:  mcwatts@wgclawfirm.com

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: (305) 476-7400
Telefax: (305) 476-7444
E-Mail:  ervin@colson.com

/s/ Richard C. Godfrey, P.C. .
Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Andrew B. Bloomer, P.C.
Elizabeth A. Larsen
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654

/s/ Don K. Haycraft .
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Telephone: (504) 581-7979
Telefax: (504) 556-4108

Robert C. "Mike" Brock
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 662-5985
Telefax: (202) 662-6291

James J. Neath
Mark Holstein
BP AMERICA INC.
501 Westlake Park Boulevard
Houston, TX 77079
Telephone: (281) 366-2000
Telefax: (312) 862-2200

Ellen K. Reisman
ARNOLD & PORTER LLP
777 South Figueroa Street
Los Angeles, CA 90017-5844

James P. Joseph
Ethan P. Greene
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004-1206

***Of Counsel***

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC. AND BP AMERICA PRODUCTION COMPANY***

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 1st day of May, 2012.

                                              */s/ Don K. Haycraft*
                                              Don K. Haycraft