# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * * * * | **MDL NO. 2179**<br><br>**SECTION J**<br><br><br>**HONORABLE CARL J. BARBIER**<br><br>**MAGISTRATE JUDGE SHUSHAN** |
| Plaisance, et al., individually and on behalf of the putative Medical Benefits Settlement Class,<br><br>Plaintiffs,<br><br>v.<br><br>BP Exploration & Production Inc.; *et al.*,<br><br>Defendants. | * * * * * * * * * * * * * * | No. 12-968<br><br>SECTION: J<br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

**SUPPLEMENTAL DECLARATION OF CAMERON R. AZARI, ESQ. ON
REVISED MEDICAL BENEFITS SETTLEMENT NOTICES**

I, CAMERON R. AZARI, ESQ., hereby declare and state as follows:

1.     My name is Cameron R. Azari, Esq.  I am over the age of twenty-one and I have

personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2.     I am the Director of Legal Notice for Hilsoft Notifications ("Hilsoft"), a firm that specializes in designing, developing, analyzing and implementing large-scale, un-biased, legal notification plans.  Hilsoft has been involved with some of the most complex and significant notices and notice programs in recent history.

3.     I previously submitted a declaration on providing adequate notice for the proposed Medical Benefits Settlement.  This declaration included a Notice Plan, draft forms of notice (the "Notices") and a current curriculum vitae for Hilsoft Notifications.  In that declaration I explained how the Notices were developed with an emphasis on simple, plain language to encourage readership and comprehension.

4.     Subsequent to the filing of my declaration on April 18, 2012, my Hilsoft colleagues and I conferred with the Settlement parties on certain edits to improve the readability of the Notices.  Refinements have also been made to the Notices in accordance with the suggestions of Magistrate Judge Sally Shushan.

5.     The revised Notices, in concert with the previously submitted Notice Plan, will provide the best notice practicable under the circumstances of this case, conform to all aspects of Federal Rule of Civil Procedure 23, and comport with the guidance for effective notice articulated in the Manual for Complex Litigation 4th.  The revised Notices will provide Medical Benefits Settlement Class Members with the information necessary to understand their rights under the proposed settlement and to act on these rights if they choose to do so.

6.     Attached hereto are the Medical Benefits Notices that have undergone revision since the filing of my declaration on April 18, 2012, namely:

- The revised Medical Benefits Detailed Notice (as Attachment A), and a redline copy of the revised Medical Benefits Detailed Notice showing the changes that have been made since April 18, 2012 (as Attachment B);

- The revised Medical Benefits Email Notice (as Attachment C), and a redline copy of the revised Medical Benefits Email Notice showing the changes that have been made since April 18, 2012 (as Attachment D);

- The revised Medical Benefits Publication Notice (as Attachment E), and a redline copy of the revised Medical Benefits Publication Notice showing the changes that have been made since April 18, 2012 (text only version) (as Attachment F);

- Screen captures of the revised Notice Website (as Attachment G);

- The revised Informational Release (as Attachment H), and a redline copy of the revised Informational Release showing the changes that have been made since April 18, 2012 (as Attachment I).


I declare under penalty of perjury that the foregoing is true and correct.  Executed on May 1, 2012.

_____
Cameron R. Azari, Esq.

SUPPLEMENTAL DECLARATION OF CAMERON R. AZARI, ESQ. ON
REVISED MEDICAL BENEFITS SETTLEMENT NOTICES

3

Attachment A

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

# A medical benefits settlement related to the Deepwater Horizon oil spill will provide payments and benefits to clean-up workers and certain Gulf Coast residents.

*A federal court directed this Notice.  This is not a solicitation from a lawyer.*

- Two settlements—one for medical claims and another for economic and property damage claims—have been reached with BP Exploration & Production Inc. and BP America Production Company ("BP") over the Deepwater Horizon oil spill.

- This notice explains the Medical Benefits Class Action Settlement ("Medical Benefits Settlement" or "Settlement").

- The Medical Benefits Settlement offers benefits to qualifying people who resided in the United States as of April 16, 2012, who were either Deepwater Horizon oil spill Clean-Up Workers or who were residents in certain defined beachfront areas and wetlands ("Zones") during certain time periods in 2010.

- The website **www.[             ].com** has detailed descriptions and maps to help you determine whether a geographic location may be included in one of these Zones.  In general, the Zones include certain beachfront areas within at least 1/2 mile of the water and wetlands areas within at least 1 mile of the water.

- If you are included in the Medical Benefits Settlement (a "Medical Class Member"), your legal rights are affected whether you act or not.  Read this Notice carefully.

| MEDICAL CLASS MEMBERS' LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT: | |
|---|---|
| **SUBMIT A CLAIM FORM** | The only way to request benefits under the Medical Benefits Settlement. |
| **EXCLUDE YOURSELF (OPT OUT)** | Get no benefits from the Medical Benefits Settlement.  Requesting exclusion from this Settlement (also called "Opting Out") allows you to file or continue your own lawsuit against BP about the legal claims involved in this Medical Benefits Settlement. |
| **OBJECT** | Write to the Court about why you do not like the Medical Benefits Settlement. |
| **GO TO THE FAIRNESS HEARING** | Ask to speak in Court about the fairness of the Medical Benefits Settlement. |
| **DO NOTHING** | Get no benefits from the Medical Benefits Settlement.  However, if you are a class member, the terms of the Medical Benefits Settlement will still apply to you. |

- These rights and options—**and the deadlines to exercise them**—are explained in this Notice.

| WHAT THIS NOTICE CONTAINS |
|---|

**BASIC INFORMATION** ............................................................................................................. **PAGE 4**

    1. Why is this Notice being provided?
    2. What is this lawsuit about?
    3. What is the Deepwater Horizon Incident?
    4. Why is this a class action?
    5. Why is there a Settlement?
    6. If I submitted a Short Form Joinder, do I still need to file a Claim Form?

**WHO IS IN THE SETTLEMENT** .................................................................................................. **PAGE  5**

    7. Who is in the Medical Class?
    8. Who is a "Clean-Up Worker"?
    9. What are the "Specified Physical Conditions"?
    10. What are "Zone A" and "Zone B" and how can I tell if I'm included?
    11. Are there exceptions to being included in the Medical Class?
    12. Does the Medical Benefits Settlement cover claims for economic and property damage?
    13. What if I signed a release with the Gulf Coast Claims Facility ("GCCF") or BP for an economic or
        property damage claim?
    14. What if I'm still not sure whether I am included in the Settlement?

**THE SETTLEMENT BENEFITS—WHAT YOU GET IF YOU QUALIFY** .................................. **PAGE 7**

    15. What are the benefits under the Medical Benefits Settlement?
    16. What is the compensation program for Specified Physical Conditions?
    17. What is the Periodic Medical Consultation Program?
    18. What is the Back-End Litigation Option process for Later-Manifested Physical Conditions?
    19. What is the Gulf Region Health Outreach Program?

**HOW TO REQUEST BENEFITS—SUBMITTING A CLAIM FORM** ........................................... **PAGE 9**

    20. How do I submit a Claim Form to request benefits?
    21. Do I need to submit supporting documents with a Claim Form?
    22. When will benefits become available?
    23. What are Medical Class Members giving up to get benefits?

**EXCLUDING YOURSELF FROM THE MEDICAL CLASS** ........................................................ **PAGE 11**

    24. If I do not want to participate in this Medical Benefits Settlement, what must I do?
    25. If I exclude myself, can I get anything from this Settlement?
    26. If I do not exclude myself, can I sue BP later?
    27. How do I get out of the Medical Class?

**OBJECTING TO THE SETTLEMENT** ...................................................................................... **PAGE 12**

    28. How do I tell the Court that I do not like the Medical Benefits Settlement?
    29. What is the difference between objecting and asking to be excluded?

**THE LAWYERS REPRESENTING YOU** ..................................................................................**PAGE 13**

    30. Do I have a lawyer in the case?
    31. How will the lawyers be paid?

**THE COURT'S FAIRNESS HEARING** ...............................................................................**PAGE 13**

    32. When and where will the Court decide whether to approve this Medical Benefits Settlement?
    33. Do I have to come to the Fairness Hearing?

**IF YOU DO NOTHING** .......................................................................................................**PAGE 14**

    34. What happens if I do nothing?

**GETTING MORE INFORMATION** ..................................................................................**PAGE 14**

    35. How do I get more information?

## BASIC INFORMATION

| 1. Why is this Notice being provided? |
| --- |

You have a right to know about the proposed settlement of this class action lawsuit and about your options relating to the Medical Benefits Settlement.  This Notice explains the lawsuit, the Medical Benefits Settlement, your legal rights, what benefits are available, who may be eligible for those benefits, and how to get them.

> **This Notice does not provide any information related to the Economic and Property Damages Settlement**.  For more information about the Economic and Property Damages Settlement, and to determine whether your rights are affected by that settlement, or whether you are eligible for a payment under that settlement, visit the website, or call **1-8XX-XXX-XXXX**.

Judge Carl J. Barbier of the United States District Court for the Eastern District of Louisiana is overseeing this class action. The case is known as *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, MDL No. 2179.  The people who started the lawsuit are called "Plaintiffs," and BP is among the companies being sued.

**Do not call the Court or any Judge's office to ask questions about the Medical Benefits Settlement**.  If you have questions or if you want information, please visit **www.[        ].com** or call **1-8XX-XXX-XXXX**.

| 2. What is this lawsuit about? |
| --- |

The lawsuit asserts certain medical-related claims arising out of the "Deepwater Horizon Incident" (*see* Question 3) in the Gulf of Mexico beginning on April 20, 2010.  Plaintiffs seek money and other relief for alleged physical injuries and health impacts related to the Deepwater Horizon Incident.  BP disputes and denies Plaintiffs' claims in that lawsuit.

| 3. What is the Deepwater Horizon Incident? |
| --- |

"Deepwater Horizon Incident" refers to all events and actions leading up to and including:

- The blowout of the MC252 Well (also known as the "Macondo well") on April 20, 2010;
- The explosions and fire on board the Deepwater Horizon oil rig;
- The sinking of the Deepwater Horizon oil rig on April 22, 2010;
- The release of oil and other substances from the Macondo well and/or the Deepwater Horizon oil rig and its appurtenances (equipment);
- The efforts to contain the Macondo well; and
- All "Response Activities."  The term "Response Activities" is defined in Question 8.

| 4. Why is this a class action? |
| --- |

In a class action, one or more people called "Class Representatives" sue on behalf of people who have similar claims. All of these people who have similar claims to the class representative are a "class," or in this instance "Medical Class Members."  One court resolves the issues for all class members.

## 5.  Why is there a Settlement?

The Court has not decided the case in favor of Plaintiffs or BP.  Instead, after extensive, arm's-length negotiations, Plaintiffs and BP have agreed to settle this case to avoid the cost, delay and risk of a trial.  The Class Representatives and their lawyers think the proposed Medical Benefits Settlement is best for all Medical Class Members.

## 6. If I submitted a Short Form Joinder, do I still need to file a Claim Form?

Yes.  Even if you submitted a special short form ("Short Form Joinder") as part of the lawsuit against BP described in Question 1, you still must submit a Claim Form and provide all required documentation to be eligible to receive benefits under the Medical Benefits Settlement (*see* "How to Request Benefits -- Submitting a Claim Form," below).

# WHO IS IN THE SETTLEMENT

To see if the Medical Benefits Settlement will affect you or if you can get benefits from it, you first have to determine if you are a Medical Class Member.

## 7.  Who is in the Medical Class?

The Medical Class includes all people who resided in the United States as of April 16, 2012 and who:

- Were "Clean-Up Workers" (defined in Question 8) between April 20, 2010 and April 16, 2012; or
- Resided in Zone A (specified beachfront areas) for some time on each of at least sixty days between April 20, 2010, and September 30, 2010 ("Zone A Resident"), <u>and</u> have had a "Specified Physical Condition" (defined below) prior to September 30, 2010; or
- Resided in "Zone B" (specified wetlands) for some time on each of at least sixty days between April 20, 2010, and December 31, 2010 ("Zone B Resident").

The website has detailed descriptions and maps to help you determine whether a geographic location may be included in Zone A or Zone B.  Additionally, you can call **1-8XX-XXX-XXXX** or e-mail **info@[_____].com** to find out if a geographic location is included in Zone A or Zone B.

## 8.  Who is a "Clean-Up Worker"?

"Clean-Up Workers" are people who performed "Response Activities," including:

- Captains, crew, and other workers employed under the Vessels of Opportunity ("VoO") program who performed Response Activities;
- Workers employed to perform the decontamination of vessels involved in Response Activities;
- Captains, crew, and other workers on vessels other than VoO who performed Response Activities;
- Onshore personnel employed to perform Response Activities; and
- Persons involved in the recovery, transport, and decontamination of wildlife affected by the Deepwater Horizon Incident.

"Response Activities" means the clean-up, remediation efforts, and all other response actions (including the use and handling of dispersants or decontaminants) relating to the release of oil and other substances from the Macondo well and/or the Deepwater Horizon oil rig and its appurtenances (equipment) that were done at the direction of the Unified Command, BP, or a federal, state, or local authority.

## 9.  What are the "Specified Physical Conditions"?

Specified Physical Conditions are acute (short term) or chronic (ongoing) medical conditions that either first appeared or got worse within specified timeframes following exposure to oil and other substances released from the Macondo well and/or the Deepwater Horizon oil rig and its appurtenances (equipment), and/or dispersants and/or decontaminants used in connection with the Response Activities.

In general, eligible Specified Physical Conditions fall into the following categories:

- Vision conditions and symptoms;
- Upper airway/respiratory conditions and symptoms;
- Ear, nose and throat conditions and symptoms;
- Skin conditions and symptoms;
- Neurophysiological/neurological/odor-related conditions and symptoms;
- Gastrointestinal or stomach conditions and symptoms; and
- Heat-related conditions (Clean-Up Workers only).

The Specified Physical Conditions Matrix includes a list of the Specified Physical Conditions, the timeframe between exposure and the appearance or worsening of each Specified Physical Condition and related payment amounts.  If you received this notice by mail, the Specified Physical Conditions Matrix is included in the notice packet.  You may also view the Specified Physical Conditions Matrix on the website or by calling **1-8XX-XXX-XXXX**.

## 10. What are "Zone A" and "Zone B" and how can I tell if I'm included?

Under this Settlement, Zones A and B are defined geographic locations along the Gulf Coast.  In general, Zone A includes certain beachfront areas in Louisiana, Mississippi, Alabama, and the Florida Panhandle within at least 1/2 mile of the water.  Zone B includes certain wetlands within at least 1 mile of the water.

The website has detailed descriptions and maps to help you determine whether a geographic location may be included in Zone A or Zone B.  Additionally, you can call **1-8XX-XXX-XXXX** or e-mail **info@[_____].com** to find out if a geographic location is included in Zone A or Zone B.

## 11.  Are there exceptions to being included in the Medical Class?

Yes.  The following persons are excluded from the Medical Class:

- Anyone who properly requests to Opt Out from the Medical Class;
- Employees of BP Entities (identified in Section II(L) of the Medical Benefits Settlement Agreement) between April 20, 2010, and April 16, 2012;

- Any judges of the United States District Court for the Eastern District of Louisiana and their law clerks serving at any time between April 20, 2010 and April 16, 2012;
- Any person who was on the Deepwater Horizon on April 20, 2010;
- Any person who previously asserted and released claims against BP for any illness or injury allegedly suffered as a result of exposure to oil or other substances released from the Macondo well and/or the Deepwater Horizon oil rig and its appurtenances (equipment), and/or dispersants and/or decontaminants used in connection with Response Activities; and
- Certain defined oil and gas workers who, prior to April 20, 2010, worked in such capacities for at least five years (identified in Section I(B)(6) of the Medical Benefits Settlement Agreement).

### 12.  Does the Medical Benefits Settlement cover claims for economic and property damage?

No.  The Medical Benefits Settlement does not cover claims for economic and property damage.  If you had economic or property damage because of the Deepwater Horizon Incident, you may also be eligible to participate in the Economic and Property Damages Settlement.  More information about the Economic and Property Damages Settlement is available on the website or by calling **1-8XX-XXX-XXXX**.

### 13. What if I signed a release with the Gulf Coast Claims Facility ("GCCF") or BP for an economic or property damage claim?

If you signed a release related to an economic or property damage claim with the GCCF or BP, you may still be eligible for benefits under the Medical Benefits Settlement.

### 14.  What if I'm still not sure whether I am included in the Settlement?

If you are not sure whether you are in the Medical Class, or have any other questions about the Medical Benefits Settlement, visit the website or call the toll free number, **1-8XX-XXX-XXXX**. You may also write with questions to **XXXXXXXXXXXXXXXXXX**, PO Box **XXXX**, **City, State XXXXX-XXXX** or send an e-mail to **info@[ ].com**.

## THE SETTLEMENT BENEFITS — WHAT YOU GET IF YOU QUALIFY

### 15.      What are the benefits under the Medical Benefits Settlement?

The Medical Benefits Settlement will provide the following benefits:
- Creation of a compensation program for Specified Physical Conditions (*see* Question 16);
- Creation of a Periodic Medical Consultation Program (*see* Question 17);
- Provision of a Back-End Litigation Option process for Later-Manifested Physical Conditions (*see* Question 18); and
- Creation of a Gulf Region Health Outreach Program (*see* Question 19).

## 16. What is the compensation program for Specified Physical Conditions?

The Medical Benefits Settlement provides for compensation payments to Medical Class Members who have had or still have a Specified Physical Condition and submit a qualifying Claim Form. Payments depend on a number of factors, including:  (1) whether the Specified Physical Condition is acute (short-term) or chronic (ongoing), (2) the level of proof submitted, and (3) whether the claimant is a Clean-Up Worker or resident of Zone A or Zone B. Payments may be increased if over-night hospitalization for the Specified Physical Condition occurred, including actual hospital expenses.

Payment amounts are described in the Specified Physical Conditions Matrix.  If you received this Notice by mail, the Specified Physical Conditions Matrix is included in the notice packet.  The Specified Physical Conditions Matrix is also available on the Settlement website.

The compensation program for Specified Physical Conditions will begin once the Medical Benefits Settlement becomes effective, that is, after the Court grants "final approval" and any appeals are resolved.

## 17. What is the Periodic Medical Consultation Program?

The Medical Benefits Settlement provides for ongoing medical consultations to all Medical Class Members who submit a qualifying Claim Form.

The Periodic Medical Consultation Program begins with an initial medical visit followed by an additional visit every three years during the term of the Program.  Medical visits will consist of a physical examination that includes a medical, occupational and environmental history, as well as vision screening.  Additional specified blood, urine, cardiac and respiratory tests will be performed at the discretion of the physician.  The Claims Administrator will assist Program participants in scheduling medical visits.

If you received this Notice by mail, a document describing the components of the Periodic Medical Consultation Program is in the notice packet.  This document is also available on the website.

The Periodic Medical Consultation Program will begin once the Medical Benefits Settlement becomes effective, that is, after the Court grants "final approval" and any appeals are resolved, and will last for 21 years.

## 18. What is the Back-End Litigation Option process for Later-Manifested Physical Conditions?

If you are a Medical Class Member who is diagnosed with a Later-Manifested Physical Condition, you may be able to bring an individual lawsuit against BP under the Back-End Litigation Option process.

A "Later-Manifested Physical Condition":

- Is a disease that is first diagnosed after April 16, 2012; and
- Is claimed to have resulted from exposure to oil or other substances released from the Macondo well and/or the Deepwater Horizon oil rig and its appurtenances (equipment) and/or exposure to dispersants and/or decontaminants used in the Response Activities; and
- The exposure occurred:
  - On or before April 16, 2012 (Clean-Up Workers),
  - On or before September 30, 2010 (Zone A Residents), or

    o   On or before December 31, 2010 (Zone B Residents).

Under the Back-End Litigation Option process, a Medical Class Member who develops a Later-Manifested Physical Condition and does not choose to pursue workers' compensation benefits for that condition will be entitled to file suit against BP for that condition, provided that he or she complies with certain procedures and requirements set out in the Medical Benefits Settlement.  In the Back-End Litigation Option process, BP can choose to mediate the claim, but if the claim is not resolved in mediation, the Medical Class Member has the right to sue BP in the United States District Court for the Eastern District of Louisiana, subject to certain restrictions.  Claims for punitive damages against BP will not be allowed in a Back-End Litigation Option lawsuit.

The Back-End Litigation Option is fully described in Section VIII of the Medical Benefits Settlement Agreement.

| **19.  What is the Gulf Region Health Outreach Program?** |
| --- |

The Medical Benefits Settlement will provide $105 million to fund the Gulf Region Health Outreach Program.  This Program will consist of projects to strengthen the healthcare system in the Gulf Coast areas of Louisiana, Mississippi, Alabama, and the Florida Panhandle ("Gulf Coast Communities").  The projects include the following five-year grants:

- A $50 million grant to expand and improve access to health care.

- A $36 million grant to address behavioral and mental health needs.

- A $4 million grant to train community health workers.

- A $15 million grant to expand and improve environmental health expertise.

In addition, BP will fund an on-line library of health and environmental-related materials pertaining to the Deepwater Horizon Incident.  The on-line library will exist for 21 years.

Details about the projects are included in the Medical Benefits Settlement Agreement.

## HOW TO REQUEST BENEFITS—SUBMITTING A CLAIM FORM

| **20.  How do I submit a Claim Form to request benefits?** |
| --- |

If you are a Medical Class Member, you must complete and submit a Claim Form to request benefits.  If you received this Notice by mail, a Claim Form is included.  A copy of the Claim Form is also available on the website, or by calling **1-8XX-XXX-XXXX**.

To submit a Claim Form, you must mail it to the address below.  If you have questions about how to prepare your Claim Form, you may call **1-8XX-XXX-XXXX** for help.

The address for mailing the Claim Form is:

               _____ **Settlement**
               PO Box **XXX**
               **City, State XXXXX-XXXX**

The deadline for filing a Claim Form is one year after the Medical Benefits Settlement becomes effective, that is, after the Court grants "final approval" and any appeals are resolved.  The exact date of the claim filing deadline will be posted on the website.  It is highly recommended that Medical Class Members complete and submit their Claim Form

promptly.  If you do not submit a Claim Form on time you will lose the opportunity to apply for compensation for a Specified Physical Condition and/or to participate in the Periodic Medical Consultation Program.

After the Court grants "final approval" to the Medical Benefits Settlement (*see* "The Court's Fairness Hearing," below) and after any appeals are resolved, the Claims Administrator will begin to provide payments under the Specified Physical Condition compensation program and provide the Periodic Medical Consultation Program benefits to qualifying Medical Class Members.

## 21. Do I need to submit supporting documents with a Claim Form?

You will need to include supporting documents for the Claim Form to be accepted.  Please read the Claim Form instructions carefully.  If you have any questions about preparing the Claim Form, call **1-8XX-XXX-XXXX**.

## 22.  When will benefits become available?

After the Court grants "final approval" to the Medical Benefits Settlement and after any appeals are resolved (*see* "The Court's Fairness Hearing," below), benefits will be provided to qualifying Medical Class Members who submit valid Claim Forms.  It is uncertain when any appeals made will be resolved, and resolving them can take time.  Please be patient.

## 23.  What are Medical Class Members giving up to get benefits?

If the Medical Benefits Settlement becomes final, all Medical Class Members who submit Claim Forms or do nothing at all will be releasing BP and all of the "Released Parties" (identified in Section II(LLLL) of the Medical Benefits Settlement Agreement) from all of the "Released Claims" described and identified in Section XVI of the Medical Benefits Settlement Agreement.  This Release means Medical Class Members will no longer be able to sue BP and the Released Parties regarding the medical claims specified in the Medical Benefits Settlement Agreement (with the exception of the Back-End Litigation Option process described in Question 18).

Under the Back-End Litigation Option process, a Medical Class Member may be able individually to sue BP after the Medical Benefits Settlement becomes final only for compensatory damages for a Later-Manifested Physical Condition and subject to the conditions described in the Medical Benefits Settlement Agreement.

Among other types of claims, the Release also specifically excludes the following medical claims: (1) claims arising from alleged exposure of a Medical Class Member, *in utero* (before birth), to dispersants and/or decontaminants used in connection with Response Activities, and (2) claims for non-exposure-based physical or bodily trauma injury (other than any heat-related injury) related to the Deepwater Horizon Incident.

The Medical Benefits Settlement Agreement is available on the website. **The Medical Benefits Settlement Agreement provides more detail regarding the Release and the Released Parties and describes the Released Claims with specific descriptions in necessary, accurate legal terminology, so read it carefully.**  You can talk to the law firms representing the Medical Class listed in Question 30 for free.  You can also, at your own expense, talk to your own lawyer if you have any questions about the Released Claims or what they mean.

## EXCLUDING YOURSELF FROM THE MEDICAL CLASS

**24.  If I do not want to participate in this Medical Benefits Settlement, what must I do?**

If you do not want to participate in the Medical Benefits Settlement and you want to keep all of your rights to sue BP and any of the Released Parties about the claims being resolved in the Medical Benefits Settlement, then you must take steps to get out of the Medical Class.  This is called asking to be excluded from the class, or sometimes called "Opting Out" of the class.  The procedure for Opting Out is described below.

**25.  If I exclude myself, can I get anything from this Settlement?**

No.  If you exclude yourself from the Medical Class, you will not be able to make a claim to receive payment for a Specified Physical Condition, participate in the Periodic Medical Consultation Program, or participate in the Back-End Litigation Option process provided for under the Medical Benefits Settlement, and you cannot object to the proposed Medical Benefits Settlement.  If you exclude yourself, however, you may sue or be part of a different lawsuit against BP in the future.  You will not be bound by anything that happens in this lawsuit.

**26.  If I do not exclude myself, can I sue BP later?**

No.  If you are a Medical Class Member, and you do not exclude yourself, you give up the right to sue BP or any of the Released Parties for the claims that the Medical Benefits Settlement resolves.  The only exception is that a Medical Class Member may be able to sue BP in the Back-End Litigation Option process described in Question 18 above.

**27.  How do I get out of the Medical Class?**

To Opt Out of (exclude yourself from) the Medical Class, you must mail in a written request stating "I wish to exclude myself from the Medical Class."  Your written request must also include your full name, address, phone number, date of birth, and a copy of your driver's license or other government-issued identification.  You must sign your written request.

Your written request to Opt Out must be postmarked by **Month Day, 2012** and mailed to:

> Medical Benefits Settlement Opt Outs
> PO Box **XXXX**
> **City, State XXXXX-XXXX**

You cannot ask to be excluded from the Settlement on the phone, by email, or on the website.

If you Opt Out of the Medical Class and then change your mind, there are procedures under which you may be able to revoke your decision.  Please visit the website or call **1-8XX-XXX-XXXX** for details about how to revoke an Opt Out.

# OBJECTING TO THE SETTLEMENT

**28.  How do I tell the Court that I do not like the Medical Benefits Settlement?**

Only a Medical Class Member can object to the Medical Benefits Settlement.  To object, send a letter explaining the objection to the proposed Medical Benefits Settlement in *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010,* MDL No. 2179.  The objection letter must include:

1) A detailed statement of each objection being made, including the specific reasons for each objection, including any evidence or legal authority you have to support each objection;
2) Your name, address and telephone number;
3) Written evidence establishing that you are a Medical Class Member, such as proof of residency and/or employment as a Clean-Up Worker; and
4) Any supporting papers, materials, or briefs that you want the Court to consider when reviewing the objection.

A Medical Class Member may also object through an attorney hired at his or her own expense.  The attorney will have to file a notice of appearance with the Court by **Month Day, 2012,** and serve a copy of the notice and the objection containing the information detailed above on Medical Class Counsel and BP's Counsel by **Month Day, 2012.**

Objections must be mailed to each of the following addresses so that they are <u>postmarked</u> no later than **Month Day, 2012**.  Objections postmarked after this date will not be considered.

| MEDICAL LEAD CLASS COUNSEL | DEFENDANTS' COUNSEL | COURT |
|---|---|---|
| James Parkerson Roy<br><u>Attn</u>: Deepwater Horizon Medical Benefits Settlement<br>Domengeaux Wright Roy & Edwards<br>556 Jefferson St., Suite 500<br>P.O. Box 3668<br>Lafayette, LA 70501<br><br><br>Stephen J. Herman<br><u>Attn</u>:  Deepwater Horizon Medical Benefits Settlement<br>Herman Herman Katz & Cotlar LLP<br>820 O'Keefe Avenue<br>New Orleans, LA 70113 | Richard C. Godfrey, P.C.<br><u>Attn</u>:  Deepwater Horizon Medical Benefits Settlement<br>Kirkland & Ellis LLP<br>300 North LaSalle Street<br>Chicago, IL 60654 | Clerk of Court<br>United States District Court for the Eastern District of Louisiana<br>500 Poydras Street<br>New Orleans, LA 70130 |

**Do not call the Court or any Judge's office to object to the Medical Benefits Settlement**.  If you have questions, please visit **www.[         ].com** or call **1-8XX-XXX-XXXX**.

## 29. What is the difference between objecting and asking to be excluded?

Objecting is simply telling the Court that you do not like something about the Medical Benefits Settlement.  You can object only if you stay in the Medical Class.  Excluding yourself, also called Opting Out, is telling the Court that you do not want to be part of the Medical Class.  If you exclude yourself, you cannot object to the Medical Benefits Settlement and you will not be eligible to apply for benefits under the Medical Benefits Settlement.

# THE LAWYERS REPRESENTING YOU

## 30. Do I have a lawyer in the case?

The Court appointed _____ as Medical Class Counsel to represent the Medical Class Members.  You will not be charged for these lawyers.  If you want to be represented by your own lawyer in this case, you may hire one at your own expense.

## 31. How will the lawyers be paid?

Medical Class Counsel will ask the Court to consider an award of attorneys' fees, costs, and expenses incurred for the benefit of the entire class of 6% of the value of the benefits actually provided under the Medical Settlement Agreement.  Class Counsel fees, costs, and expenses under the Medical Settlement Agreement and the Economic and Property Damages Settlement Agreement jointly cannot exceed $600 million.

Class members' payments will not be reduced if the Court approves the payment of Class Counsel fees, costs, and expenses described above because BP will separately pay these attorney fees, costs, and expenses.

# THE COURT'S FAIRNESS HEARING

## 32. When and where will the Court decide whether to approve this Medical Benefits Settlement?

The Court will hold a Fairness Hearing at ___ _.m. on **Month Day, 2012**, at the United States District Court for the Eastern District of Louisiana, Court Room No. ___, 500 Poydras Street, New Orleans, LA 70130.  At the Fairness Hearing, the Court will consider whether the proposed Medical Benefits Settlement is fair, reasonable, and adequate.  The Court will also consider Class Counsel's request for fees, costs, and expenses, as described in Question 31.

If there are objections to the Medical Benefits Settlement, the Court will consider them.  After the Fairness Hearing, the Court will decide whether to approve the Medical Benefits Settlement and how much to award to Medical Class Counsel as fees, costs, and expenses.

The Fairness Hearing may be moved to a different date without additional notice, so it is recommended that you periodically check the website for updated information.

## 33.  Do I have to come to the Fairness Hearing?

No.  Medical Class Counsel will answer any questions the Court may have.  However, you are welcome to attend the hearing at your own expense.  If you send in a written objection, you do not have to come to the Fairness Hearing to talk about it.  As long as you mailed your written objection on time, the Court will consider it.

If you, or an attorney you have hired at your own expense, wish to speak at the Fairness Hearing, you must by **Month Day, 2012**, file with the Court and send by first-class mail to Medical Class Counsel and BP's Counsel at the addresses listed in Question 28, a written Notice of your Intention to Speak at the Fairness Hearing.  Be sure to include your name, address, telephone number, and your signature.

**Do not call the Court or any Judge's office to get more information about the Medical Benefits Settlement**.  If you have questions, please visit the website or call **1-8XX-XXX-XXXX**.

# IF YOU DO NOTHING

## 34.  What happens if I do nothing?

If you are a Medical Class Member and do nothing you will not get a payment for a Specified Medical Condition (*see* Question 16) or be able to participate in the Periodic Medical Consultation Program (*see* Question 17).  And, unless you exclude yourself, you will not be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against BP or the Released Parties about the claims being released by the Medical Benefits Settlement.  Please note that if you do not exclude yourself, you may still be eligible to participate in the Back-End Litigation Option process for a Later-Manifested Physical Condition (*see* Question 18).

# GETTING MORE INFORMATION

## 35.  How do I get more information?

This Notice summarizes the proposed Medical Benefits Settlement.  More details are in the Medical Benefits Settlement Agreement.  You can get a copy of the Medical Benefits Settlement Agreement on the website.  You also may write with questions to **XXXXXXXXXXXXXXXX**, PO Box **XXXX**, **City, State XXXX-XXXX** or send an e-mail to **info@[          ].com**.  You can get a Claim Form on the website, or have a Claim Form mailed to you by calling **1-8XX-XXX-XXXX**.

**Do not call the Court or any Judge's office to get more information about the Medical Benefits Settlement**.  If you have questions, please visit the website or call **1-8XX-XXX-XXXX**.

Attachment B

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

# A medical benefits settlement related to the Deepwater Horizon oil spill will provide payments and benefits to clean-up workers and certain Gulf Coast residents.

*A federal court directed this Notice.  This is not a solicitation from a lawyer.*

- Two settlements—one for medical claims and another for economic and property damage claims—have been reached with BP Exploration & Production Inc. and BP America Production Company ("BP") over the Deepwater Horizon oil spill.

- This notice explains the Medical Benefits Class Action Settlement ("Medical Benefits Settlement" or "Settlement").

- The Medical Benefits Settlement offers benefits to qualifying people who resided in the United States as of April 16, 2012, who were either Deepwater Horizon oil spill Clean-Up Workers or who were residents in certain defined beachfront areas and wetlands ("Zones") during certain time periods in 2010.

- The website **www.[_____].com** has detailed descriptions and maps to help you determine whether a geographic location may be included in one of these ~~zones~~Zones.  In general, the ~~z~~Zones include certain beachfront areas within at least 1/2 mile of the water and wetlands areas within at least 1 mile of the water.

- If you are included in the Medical Benefits Settlement (a "Medical Class Member"), your legal rights are affected whether you act or not.  Read this Notice carefully.

| MEDICAL CLASS MEMBERS' LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT: | |
|---|---|
| SUBMIT A CLAIM FORM | The only way to request benefits under the Medical Benefits Settlement. |
| EXCLUDE YOURSELF (OPT OUT) | Get no benefits from the Medical Benefits Settlement.  Requesting exclusion from this Settlement (also called "Opting Out") allows you to ~~be a part of another~~file or continue your own lawsuit against BP about the legal claims involved in this Medical Benefits Settlement. |
| OBJECT | Write to the Court about why you do not like the Medical Benefits Settlement. |
| GO TO THE FAIRNESS HEARING | Ask to speak in Court about the fairness of the Medical Benefits Settlement. |
| DO NOTHING | Get no benefits from the Medical Benefits Settlement.  However, if you are a class member, the terms of the Medical Benefits Settlement will still apply to you. |

- These rights and options—**and the deadlines to exercise them**—are explained in this Notice.

QUESTIONS? CALL **1-8XX-XXX-XXXX** OR VISIT **WWW.[_____].COM**

SI DESEA RECIBIR ESTA NOTIFICACIÓN EN ESPAÑOL, LLÁMENOS O VISITE NUESTRA PÁGINA WEB.

Ñeå ñöôïc thoâng baùo baèng tieáng Vieät, xin goïi ñieän thoaïi hoaëc vaøo trang maïng **www.[_____].com**~~(ADD IN TRANSLATED TEXT FOR VIETNAMESE – FIRST PAGE ONLY)~~

| WHAT THIS NOTICE CONTAINS |
|---|

**BASIC INFORMATION** ................................................................................................ **PAGE 4**

    1. Why is this Notice being provided?
    2. What is this lawsuit about?
    3. What is the Deepwater Horizon Incident?
    4. Why is this a class action?
    5. Why is there a Settlement?
    6. If I submitted a Short Form Joinder, do I still need to file a Claim Form?

**WHO IS IN THE SETTLEMENT** ................................................................................ **PAGE  5**

    7. Who is in the Medical Class?
    8. Who is a "Clean-Up Worker"?
    9. What are the "Specified Physical Conditions"?
    10. What are "Zone A" and "Zone B" and how can I tell if I'm included?
    11. Are there exceptions to being included in the Medical Class?
    12. Does the Medical Benefits Settlement cover claims for economic and property damage?
    13. What if I signed a release with the Gulf Coast Claims Facility ("GCCF") or BP for an economic or
         property damages claim?
    14. What if I'm still not sure whether I am included in the Settlement?

**THE SETTLEMENT BENEFITS—WHAT YOU GET IF YOU QUALIFY** ................................. **PAGE 7**

    15. What are the benefits under the Medical Benefits Settlement?
    16. What is the compensation program for Specified Physical Conditions?
    17. What is the Periodic Medical Consultation Program?
    18. What is the Back-End Litigation Option process for Later-Manifested Physical Conditions?
    19. What is the Gulf Region Health Outreach Program?

**HOW TO REQUEST BENEFITS—SUBMITTING A CLAIM FORM** .......................................... **PAGE 9**

    20. How do I submit a Claim Form to request benefits?
    21. Do I need to submit supporting documents with a Claim Form?
    22. When will benefits become available?
    23. What are Medical Class Members giving up to get benefits?

**EXCLUDING YOURSELF FROM THE MEDICAL CLASS** ...................................................... **PAGE 11**

    24. If I do not want to participate in this Medical Benefits Settlement, what must I do?
    25. If I exclude myself, can I get anything from this Settlement?
    26. If I do not exclude myself, can I sue BP later?
    27. How do I get out of the Medical Class?

**OBJECTING TO THE SETTLEMENT** ............................................................................ **PAGE 12**

    28. How do I tell the Court that I do not like the Medical Benefits Settlement?
    29. What is the difference between objecting and asking to be excluded?

**THE LAWYERS REPRESENTING YOU** ...............................................................................**PAGE 13**

    30. Do I have a lawyer in the case?
    31. How will the lawyers be paid?

**THE COURT'S FAIRNESS HEARING** .................................................................................**PAGE 13**

    32. When and where will the Court decide whether to approve this Medical Benefits Settlement?
    33. Do I have to come to the Fairness Hearing?

**IF YOU DO NOTHING** .........................................................................................................**PAGE 14**

    34. What happens if I do nothing?

**GETTING MORE INFORMATION** ......................................................................................**PAGE 14**

    35. How do I get more information?

# BASIC INFORMATION

## 1. Why is this Notice being provided?

You have a right to know about a the proposed settlement of this class action lawsuit and about your options relating to the Medical Benefits Settlement.  This Notice explains the lawsuit, the Medical Benefits Settlement, your legal rights, what benefits are available, who may be eligible for those benefits, and how to get them.

**This Nnotice does not provide any information related to the Economic and Property Damages Settlement**.  For more information about the Economic and Property Damages Settlement, and to determine whether your rights are affected by that settlement, or whether you are eligible for a payment under that settlement, visit the website, or call **1-8XX-XXX-XXXX**.

Judge Carl J. Barbier of the United States District Court for the Eastern District of Louisiana is overseeing this class action. The case is known as *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, MDL No. 2179.  The people who started the lawsuit are called "Plaintiffs," and BP is among the companies being sued.

**Do not call the Court or any Judge's office to ask questions about the Medical Benefits Settlement**.  If you have questions or if you want information, please visit **www.[_____].com** or call **1-8XX-XXX-XXXX**.

> Formatted: Font: Bold

## 2. What is this lawsuit about?

The lawsuit asserts certain medical-related claims arising out of the "Deepwater Horizon Incident" (*see* Question 3) in the Gulf of Mexico beginning on April 20, 2010.  Plaintiffs seek money and other relief for alleged physical injuries and health impacts related to the Deepwater Horizon Incident.  BP disputes and denies Plaintiffs' claims in that lawsuit.

## 3. What is the Deepwater Horizon Incident?

"Deepwater Horizon Incident" refers to all events and actions leading up to and including:

- The blowout of the MC252 Well (also known as the "Macondo well") on April 20, 2010;
- The explosions and fire on board the Deepwater Horizon oil rig;
- The sinking of the Deepwater Horizon oil rig on April 22, 2010;
- The release of oil and other substances from the Macondo well and/or the Deepwater Horizon oil rig and its appurtenances (equipment);
- The efforts to contain the Macondo well; and
- All "Response Activities."  The term "Response Activities" is defined in Question 8.

## 4. Why is this a class action?

In a class action, one or more people called "Class Representatives" sue on behalf of people who have similar claims. All of these people who have similar claims to the class representative are a "class," or in this instance "Medical Class Members."  One court resolves the issues for all class members.

**5.  Why is there a Settlement?**

The Court has not decided the case in favor of Plaintiffs or BP.  Instead, after extensive, arm's-length negotiations, Plaintiffs and BP have agreed to settle this case to avoid the cost, delay and risk of a trial.  The Class Representatives and their lawyers think the proposed Medical Benefits Settlement is best for all Medical Class Members.

**6. If I submitted a Short Form Joinder, do I still need to file a Claim Form?**

Yes.  Even if you submitted a special short form ("Short Form Joinder") as part of the lawsuit against BP described in Question 1, you still must submit a Claim Form and provide all required documentation to be eligible to receive benefits under the Medical Benefits Settlement (*see* "How to Request Benefits -- Submitting a Claim Form," below).

## WHO IS IN THE SETTLEMENT

To see if the Medical Benefits Settlement will affect you or if you can get benefits from it, you first have to determine if you are a Medical Class Member.

**7.  Who is in the Medical Class?**

The Medical Class includes all people who resided in the United States as of April 16, 2012 and who:

- Were "Clean-Up Workers" (defined in Question 8) between April 20, 2010 and April 16, 2012; or
- Resided in Zone A (specified beachfront areas) for some time on each of at least sixty days between April 20, 2010, and September 30, 2010 ("Zone A Resident"), and have had a "Specified Physical Condition" (defined below) prior to September 30, 2010; or
- Resided in "Zone B" (specified wetlands) for some time on each of at least sixty days between April 20, 2010, and December 31, 2010 ("Zone B Resident").

The website has detailed descriptions and maps to help you determine whether a geographic location may be included in Zone A or Zone B.  Additionally, you can call **1-8XX-XXX-XXXX** or e-mail **info@[          ].com** to find out if a geographic location is included in Zone A or Zone B.

**8.  Who is a "Clean-Up Worker"?**

"Clean-Up Workers" are people who performed "Response Activities," including:

- Captains, crew, and other workers employed under the Vessels of Opportunity ("VoO") program who performed Response Activities;
- Workers employed to perform the decontamination of vessels involved in Response Activities;
- Captains, crew, and other workers on vessels other than VoO who performed Response Activities;
- Onshore personnel employed to perform Response Activities; and
- Persons involved in the recovery, transport, and decontamination of wildlife affected by the Deepwater Horizon Incident.

"Response Activities" means the clean-up, remediation efforts, and all other response actions (including the use and handling of dispersants or decontaminants) relating to the ~~releases~~ release of oil and other substances from the Macondo well and/or the Deepwater Horizon oil rig and its appurtenances (equipment) that were done at the direction of the Unified Command, BP, or a federal, state, or local authority.

## 9.  What are the "Specified Physical Conditions"?

Specified Physical Conditions are acute (short term) or chronic (ongoing) medical conditions that either first ~~manifested (~~appeared) or ~~were exacerbated (~~got worse) within specified timeframes following exposure to oil and other substances released from the Macondo well and/or the Deepwater Horizon oil rig and its appurtenances (equipment), and/or dispersants and/or decontaminants used in connection with the Response Activities.

In general, eligible Specified Physical Conditions fall into the following categories:

- Vision conditions and symptoms;
- Upper airway/respiratory conditions and symptoms;
- Ear, nose and throat conditions and symptoms;
- Skin conditions and symptoms;
- Neurophysiological/neurological/odor-related conditions and symptoms;
- Gastrointestinal or stomach conditions and symptoms; and
- Heat-related conditions (Clean-Up Workers only).

The Specified Physical Conditions Matrix includes a list of the Specified Physical Conditions, the timeframe between exposure and ~~manifestation or exacerbation~~the appearance or worsening of each Specified Physical Condition and related payment amounts.  If you received this notice by mail, the Specified Physical Conditions Matrix is included in the notice packet.  You may also view the Specified Physical Conditions Matrix on the website or by calling **1-8XX-XXX-XXXX**.

## 10.  What are "Zone A" and "Zone B" and how can I tell if I'm included?

Under this Settlement, Zones A and B are defined geographic locations along the Gulf Coast.  In general, Zone A includes certain beachfront areas in Louisiana, Mississippi, Alabama, and the Florida Panhandle within at least 1/2 mile of the water.  Zone B includes certain wetlands within at least 1 mile of the water.

The website has detailed descriptions and maps to help you determine whether a geographic location may be included in Zone A or Zone B.  Additionally, you can call **1-8XX-XXX-XXXX** or e-mail **info@[          ].com** to find out if a geographic location is included in Zone A or Zone B.

## 11.  Are there exceptions to being included in the Medical Class?

Yes.  The following persons are excluded from the Medical Class:

- Anyone who properly requests to ~~O~~opt ~~out~~ Out from the Medical Class;
- Employees of BP Entities (identified in Section II(L) of the Medical Benefits Settlement Agreement) between April 20, 2010, and April 16, 2012;

- Any judges of the United States District Court for the Eastern District of Louisiana and their law clerks serving at any time between April 20, 2010 and April 16, 2012;
- Any person who was on the Deepwater Horizon on April 20, 2010;
- Any person who previously asserted and released claims against BP for any illness or injury allegedly suffered as a result of exposure to oil or other substances released from the Macondo well and/or the Deepwater Horizon oil rig and its appurtenances (equipment), and/or dispersants and/or decontaminants used in connection with Response Activities; and
- Certain defined oil and gas workers who, prior to April 20, 2010, worked in such capacities for at least five years (identified in Section I(B)(6) of the Medical Benefits Settlement Agreement).

**12.  Does the Medical Benefits Settlement cover claims for economic and property damage?**

No.  The Medical Benefits Settlement does not cover claims for economic and property damage.  If you had economic or property damage because of the Deepwater Horizon Incident, you may also be eligible to participate in the Economic and Property Damages Settlement.   More information about the Economic and Property Damages Settlement is available on the website or by calling **1-8XX-XXX-XXXX**.

**13. What if I signed a release with the Gulf Coast Claims Facility ("GCCF") or BP for an economic or property damage claim?**

If you signed a release related to an economic or property damages claim with the GCCF or BP, you may still be eligible for benefits under the Medical Benefits Settlement.

**14. What if I'm still not sure whether I am included in the Settlement?**

If you are not sure whether you are in the Medical Class, or have any other questions about the Medical Benefits Settlement, visit the settlement website or call the toll free number, **1-8XX-XXX-XXXX**. You may also write with questions to **XXXXXXXXXXXXXXXXXX**, PO Box **XXXX**, **City, State XXXXX-XXXX** or send an e-mail to **info@[        ].com**.

Formatted: Font: Not Bold, No underline, Underline color: Auto

## THE SETTLEMENT BENEFITS —WHAT YOU GET IF YOU QUALIFY

**15.   What are the benefits under the Medical Benefits Settlement?**

The Medical Benefits Settlement will provide the following benefits:

- Creation of a compensation program for Specified Physical Conditions (*see* Question 16);
- Creation of a Periodic Medical Consultation Program (*see* Question 17);
- Provision of a Back-End Litigation Option process for Later-Manifested Physical Conditions (*see* Question 18); and
- Creation of a Gulf Region Health Outreach Program (*see* Question 19).

Formatted: Font: Italic

**16. What is the compensation program for Specified Physical Conditions?**

The Medical Benefits Settlement provides for compensation payments to Medical Class Members who have had or still have a Specified Physical Condition and submit a qualifying Claim Form. Payments depend on a number of factors, including: (1) whether the Specified Physical Condition is acute (short-term) or chronic (ongoing), (2) the level of proof submitted, and (3) whether the claimant is a Clean-Up Worker or resident of Zone A or Zone B. Payments may be increased if over-night hospitalization for the Specified Physical Condition occurred, including actual hospital expenses.

Payment amounts are described in the Specified Physical Conditions Matrix. If you received this Notice by mail, the Specified Physical Conditions Matrix is included in the notice packet. The Specified Physical Conditions Matrix is also available on the Settlement website.

The compensation program for Specified Physical Conditions will begin once the Medical Benefits Settlement becomes effective (i.e., that is, after the Court grants "final approval" and any appeals are resolved).

> Formatted: Font: Not Italic

**17. What is the Periodic Medical Consultation Program?**

The Medical Benefits Settlement provides for ongoing medical consultations to all Medical Class Members who submit a qualifying Claim Form.

The Periodic Medical Consultation Program begins with an initial medical visit followed by an additional visit every three years during the term of the Program. Medical visits will consist of a physical examination that includes a medical, occupational and environmental history, as well as vision screening. Additional specified blood, urine, cardiac and respiratory tests will be performed at the discretion of the physician. The Claims Administrator will assist Program participants in scheduling medical visits.

If you received this Notice by mail, a document describing the components of the Periodic Medical Consultation Program is in the notice packet. This document is also available on the Settlement website.

The Periodic Medical Consultation Program will begin once the Medical Benefits Settlement becomes effective (i.e., that is, after the Court grants "final approval" and any appeals are resolved), and will last for 21 years.

**18. What is the Back-End Litigation Option process for Later-Manifested Physical Conditions?**

If you are a Medical Class Member who is diagnosed with a Later-Manifested Physical Condition, you may be able to bring an individual lawsuit against BP under the Back-End Litigation Option process.

A "Later-Manifested Physical Condition":

- Is a disease that is first diagnosed after April 16, 2012; and
- Is claimed to have resulted from exposure to oil or other substances released from the Macondo well and/or the Deepwater Horizon oil rig and its appurtenances (equipment) and/or exposure to dispersants and/or decontaminants used in the Response Activities; and
- Where tThe exposure occurred:
  - On or before April 16, 2012 (Clean-Up Workers),
  - On or before September 30, 2010 (Zone A Residents), or

     o   On or before December 31, 2010 (Zone B Residents).

Under the Back-End Litigation Option process, a Medical Class Member who develops a Later-Manifested Physical Condition and does not choose to pursue workers' compensation benefits for that condition will be entitled to file suit against BP for that condition, provided that he or she complies with certain procedures and requirements set out in the Medical Benefits Settlement.  In the Back-End Litigation Option process, BP can choose to mediate the claim, but, if the claim is not resolved in mediation, the Medical Class Member has the right to sue BP in the United States District Court for the Eastern District of Louisiana, subject to certain restrictions.  Claims for punitive damages against BP will not be allowed in a Back-End Litigation Option lawsuit.

The Back-End Litigation Option is fully described in Section VIII of the Medical Benefits Settlement Agreement.

## 19.  What is the Gulf Region Health Outreach Program?

The Medical Benefits Settlement will provide $105 million to fund the Gulf Region Health Outreach Program.  This Program will consist of projects to strengthen the healthcare system in the Gulf Coast areas of Louisiana, Mississippi, Alabama, and the Florida Panhandle ("Gulf Coast Communities").  The projects include the following five-year grants:

- A $50 million grant to expand and improve access to health care.
- A $36 million grant to address behavioral and mental health needs.
- A $4 million grant to train community health workers.
- A $15 million grant to expand and improve environmental health expertise.

In addition, BP will fund an on-line library of health and environmental-related materials pertaining to the Deepwater Horizon Incident.  The on-line library will exist for 21 years.

Details about the projects are included in the Medical Benefits Settlement Agreement.

## HOW TO REQUEST BENEFITS—SUBMITTING A CLAIM FORM

## 20.  How do I submit a Claim Form to request benefits?

If you are a Medical Class Member, you must complete and submit a Claim Form to request benefits.  If you received this Notice by mail, a Claim Form is included.  A copy of the Claim Form is also available on the website, or by calling **1-8XX-XXX-XXXX**.

To submit a Claim Form, you must mail it to the address below.  If you have questions about how to prepare your Claim Form, you may call **1-8XX-XXX-XXXX** for help.

The address for mailing the Claim Form is:

    _____ **Settlement**
    PO Box **XXX**
    **City, State XXXXX-XXXX**

The deadline for filing a Claim Form is one year after the Medical Benefits Settlement becomes effective, (i.e., that is, after the Court grants "final approval" and any appeals are resolved).  The exact date of the claim filing deadline will be posted on the website.  It is highly recommended that Medical Class Members complete and submit their Claim

> Formatted: Font: Not Italic

Form promptly.  If you do not submit a Claim Form on time you will lose the opportunity to apply for compensation for a Specified Physical Condition and/or to participate in the Periodic Medical Consultation Program.

After the Court grants "final approval" to the Medical Benefits Settlement (*see* "The Court's Fairness Hearing," below) and after any appeals are resolved, the Claims Administrator will begin to provide payments under the Specified Physical Condition compensation program and provide the Periodic Medical Consultation Program benefits to qualifying Medical Class Members.

### 21. Do I need to submit supporting documents with a Claim Form?

You will need to include supporting documents for the Claim Form to be accepted.  Please read the Claim Form instructions carefully.  If you have any questions about preparing the Claim Form, call **1-8XX-XXX-XXXX**.

### 22. When will benefits become available?

After the Court grants "final approval" to the Medical Benefits Settlement and after any appeals are resolved (*see* "The Court's Fairness Hearing," below), benefits will be provided to qualifying Medical Class Members who submit valid Claim Forms.  It is uncertain when any appeals made will be resolved, and resolving them can take time.  Please be patient.

### 23. What are Medical Class Members giving up to get benefits?

If the Medical Benefits Settlement becomes final, all Medical Class Members who submit Claim Forms or do nothing at all will be releasing BP and all of the "Released Parties" (identified in Section II(LLLL) of the Medical Benefits Settlement Agreement) from all of the "Released Claims" described and identified in Section XVI of the Medical Benefits Settlement Agreement.  This Release means Medical Class Members will no longer be able to sue BP and the Released Parties regarding the medical claims specified in the Medical Benefits Settlement Agreement (with the exception of the Back-End Litigation Option process described in Question 18).

Under the Back-End Litigation Option process, a Medical Class Member may be able individually to sue BP after the Medical Benefits Settlement becomes final only for compensatory damages for a Later-Manifested Physical Condition and subject to the conditions described in the Medical Benefits Settlement Agreement.

Among other types of claims, the Release also specifically excludes the following medical claims: (1) claims arising from alleged exposure of a Medical Class Member, *in utero* (before birth), to dispersants and/or decontaminants used in connection with Response Activities, and (2) claims for non-exposure-based physical or bodily trauma injury (other than any heat-related injury) related to the Deepwater Horizon Incident.

The Medical Benefits Settlement Agreement is available on the website. **The Medical Benefits Settlement Agreement provides more detail regarding the Release and the Released Parties and describes the Released Claims with specific descriptions in necessary, accurate legal terminology, so read it carefully.**  You can talk to the law firms representing the Medical Class listed in Question 30 for free.  You can also, at your own expense, talk to your own lawyer if you have any questions about the Released Claims or what they mean.

## EXCLUDING YOURSELF FROM THE MEDICAL CLASS

**24.  If I do not want to participate in this Medical Benefits Settlement, what must I do?**

If you do not want to participate in the Medical Benefits Settlement and you want to keep all of your rights to sue BP and any of the Released Parties about the claims being resolved in the Medical Benefits Settlement, then you must take steps to get out of the Medical Class.  This is called asking to be excluded from the class, or sometimes called "Opting Out" of the class.  The procedure for Opting Out is described below.

**25.  If I exclude myself, can I get anything from this Settlement?**

No.  If you exclude yourself from the Medical Class, you will not be able to make a claim to receive payment for a Specified Physical Condition, participate in the Periodic Medical Consultation Program, or participate in the Back-End Litigation Option process provided for under the Medical Benefits Settlement, and you cannot object to the proposed Medical Benefits Settlement.  If you exclude yourself, however, you may sue or be part of a different lawsuit against BP in the future.  You will not be bound by anything that happens in this lawsuit.

**26.  If I do not exclude myself, can I sue BP later?**

No.  If you are a Medical Class Member, and you do not exclude yourself, you give up the right to sue BP or any of the Released Parties for the claims that the Medical Benefits Settlement resolves.  The only exception is that a Medical Class Member may be able to sue BP in the Back-End Litigation Option process described in Question 18 above.

**27.  How do I get out of the Medical Class?**

To Opt Out of (exclude yourself from) the Medical Class, you must mail in a written request stating "I wish to exclude myself from the Medical Class."  Your written request must also include your full name, address, phone number, date of birth, and a copy of your driver's license or other government-issued identification.  You must sign your written request.

Your written request to Opt Out must be postmarked by **Month Day, 2012** and mailed to:

> Medical Benefits Settlement Opt Outs
> PO Box **XXXX**
> **City, State XXXXX-XXXX**

You cannot ask to be excluded from the Settlement on the phone, by email, or on the website.

If you Opt Out of the Medical Class and then change your mind, there are procedures under which you may be able to revoke your decision.  Please visit the website or call **1-8XX-XXX-XXXX** for details about how to revoke an Opt Out.

## OBJECTING TO THE SETTLEMENT

**28.  How do I tell the Court that I do not like the Medical Benefits Settlement?**

Only a Medical Class Member can object to the Medical Benefits Settlement.  To object, send a letter explaining the objection to the proposed Medical Benefits Settlement in *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010,* MDL No. 2179.  The objection letter must include:

1) A detailed statement of each objection being made, including the specific reasons for each objection, including any evidence or legal authority you have to support each objection;
2) Your name, address and telephone number;
3) Written evidence establishing that you are a Medical Class Member, such as proof of residency and/or employment as a Clean-Up Worker; and
4) Any supporting papers, materials, or briefs that you want the Court to consider when reviewing the objection.

A Medical Class Member may also object through an attorney hired at his or her own expense.  The attorney will have to file a notice of appearance with the Court by **Month Day, 2012,** and serve a copy of the notice and the objection containing the information detailed above on Medical Class Counsel and BP's Counsel by **Month Day, 2012.**

Objections must be mailed to each of the following addresses so that they are ~~received~~ postmarked no later than **Month Day, 2012**.  Objections ~~received~~ postmarked after this date will not be considered.

| MEDICAL LEAD CLASS COUNSEL | DEFENDANTS' COUNSEL | COURT |
|---|---|---|
| James Parkerson Roy<br>Attn: Deepwater Horizon Medical Benefits Settlement<br>Domengeaux Wright Roy & Edwards<br>556 Jefferson St., Suite 500<br>P.O. Box 3668<br>Lafayette, LA 70501<br><br>Stephen J. Herman<br>Attn:  Deepwater Horizon Medical Benefits Settlement<br>Herman Herman Katz & Cotlar LLP<br>820 O'Keefe Avenue<br>New Orleans, LA 70113 | Richard C. Godfrey, P.C.<br>Attn:  Deepwater Horizon Medical Benefits Settlement<br>Kirkland & Ellis LLP<br>300 North LaSalle Street<br>Chicago, IL 60654 | Clerk of Court<br>United States District Court for the Eastern District of Louisiana<br>500 Poydras Street<br>New Orleans, LA 70130 |

**Do not call the Court or any Judge's office to object to the Medical Benefits Settlement.**  If you have questions, please visit **www.[        ].com** or call **1-8XX-XXX-XXXX**.

**29.  What is the difference between objecting and asking to be excluded?**

Objecting is simply telling the Court that you do not like something about the Medical Benefits Settlement.  You can object only if you stay in the Medical Class.  Excluding yourself, also called Opting Out, is telling the Court that you do not want to be part of the Medical Class.  If you exclude yourself, you cannot object to the Medical Benefits Settlement and you will not be eligible to apply for benefits under the Medical Benefits Settlement.

## THE LAWYERS REPRESENTING YOU

**30.  Do I have a lawyer in the case?**

The Court appointed _____ as Medical Class Counsel to represent the Medical Class Members.  You will not be charged for these lawyers.  If you want to be represented by your own lawyer in this case, you may hire one at your own expense.

**31.  How will the lawyers be paid?**

Medical Class Counsel will ask the Court to consider an award of attorneys' fees, costs, and ~~expenses~~ expenses incurred for the benefit of the entire class of 6% of the value of the benefits actually provided under the Medical Settlement Agreement.  Class Counsel fees, costs, and expenses under the Medical Settlement Agreement and the Economic and Property Damages Settlement Agreement jointly cannot exceed $600 million.

Formatted: Justified

Class members' payments will ~~not change~~ not be reduced if the Court approves the payment of Class Counsel fees, costs, and expenses described above ~~fees under either settlement,~~ because BP will separately pay ~~these amounts~~ these attorney fees ~~and~~, costs, and expenses.

## THE COURT'S FAIRNESS HEARING

**32.  When and where will the Court decide whether to approve this Medical Benefits Settlement?**

The Court will hold a Fairness Hearing at ___ _.m. on **Month Day, 2012**, at the United States District Court for the Eastern District of Louisiana, Court Room No. ___, 500 Poydras Street, New Orleans, LA 70130.  At the Fairness Hearing, the Court will consider whether the proposed Medical Benefits Settlement is fair, reasonable, and adequate.  The Court will also consider Class Counsel's request for fees, costs, and expenses, as described in Question 31.

If there are objections to the Medical Benefits Settlement, the Court will consider them.  After the Fairness Hearing, the Court will decide whether to approve the Medical Benefits Settlement and how much to award to Medical Class Counsel as fees, costs, and expenses.

The Fairness Hearing may be moved to a different date without additional notice, so it is recommended that you periodically check the website for updated information.

**33.  Do I have to come to the Fairness Hearing?**

No.  Medical Class Counsel will answer any questions the Court may have.  However, you are welcome to attend the hearing at your own expense.  If you send in a written objection, you do not have to come to the Fairness Hearing to talk about it.  As long as you mailed your written objection on time, the Court will consider it.

If you, or an attorney you have hired at your own expense, wish to speak at the Fairness Hearing, you must by **Month Day, 2012**, file with the Court and send by first-class mail to Medical Class Counsel and BP's Counsel at the addresses listed in Question 28, a written Notice of your Intention to Speak at the Fairness Hearing.  Be sure to include your name, address, telephone number, and your signature.

**Do not call the Court or any Judge's office to get more information about the Medical Benefits Settlement**.  If you have questions, please visit the website or call **1-8XX-XXX-XXXX**.

> Formatted: Font: Bold

## IF YOU DO NOTHING

**34.  What happens if I do nothing?**

If you are a Medical Class Member and do nothing you will not get a payment for a Specified Medical Condition (*see* Question 16) or be able to participate in the Periodic Medical Consultation Program (*see* Question 17).  And, unless you exclude yourself, you will not be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against BP or the Released Parties about the claims being released by the Medical Benefits Settlement.  Please note that if you do not exclude yourself, you may still be eligible to participate in the Back-End Litigation Option process for a Later-Manifested Physical Condition (*see* Question 18).

## GETTING MORE INFORMATION

**35.  How do I get more information?**

This Notice summarizes the proposed Medical Benefits Settlement.  More details are in the Medical Benefits Settlement Agreement.  You can get a copy of the Medical Benefits Settlement Agreement on the website.  You also may write with questions to **XXXXXXXXXXXXXXXX**, PO Box **XXXX**, **City, State XXXX-XXXX** or send an e-mail to **info@[          ].com**.  You can get a Claim Form on the website, or have a Claim Form mailed to you by calling **1-8XX-XXX-XXXX**.

**Do not call the Court or any Judge's office to get more information about the Medical Benefits Settlement**.  If you have questions, please visit the website or call **1-8XX-XXX-XXXX**.

> Formatted: Font: Bold

Attachment C

To:       [email address]

From:     **administrator@[     ].com** [Notice Administrator for U.S. District Court]

Reply To: **info@[    ].com** [Deepwater Horizon Settlement]

Subject:  Court-Directed Legal Notice about Deepwater Horizon Medical Benefits Settlement

---

Para obtener una notificación en español, póngase en contacto con nosotros o visite nuestra sitio **www.[    ].com**.
Ñeå ñöõïc thoâng baùo baèng tieáng Vieät, xin goïi ñieän thoaïi hoaëc vaøo trang maïng **www.[    ].com**.

Legal Notice

# If you have a medical claim related to the Deepwater Horizon oil spill, you could get benefits from a class action settlement.

If you have a medical claim related to the Deepwater Horizon oil spill, you could get benefits from a class action settlement with BP Exploration & Production Inc. and BP America Production Company ("BP"). Go to **www.[    ].com** (embedded link) for more information, including information on how to file a claim.

**Who is Included in the Medical Benefits Settlement?**
You have received this notice because you have been identified as a potential Medical Benefits Settlement Class Member. The Medical Class includes (1) clean-up workers and (2) certain people who resided in specific geographic areas in coastal and wetlands areas along the Gulf Coast during specific periods in 2010. The website **www.[    ].com** (embedded link) has detailed descriptions and maps to help you determine whether a geographic location may be included in one of these zones. Additionally, you can call **1-8XX-XXX-XXXX** or e-mail **info@[    ].com** to find out if a geographic location is included. The Detailed Notice (embedded link) also has more information on who is included.

**What does the Medical Benefits Settlement Provide?**
The benefits of the Medical Benefits Settlement include: (1) payments to qualifying people for certain acute (short-term) and chronic (ongoing) medical conditions occurring after exposure to oil or chemical dispersants; (2) provision of periodic medical examinations to qualifying people; and (3) creation of a Gulf Region Health Outreach Program, consisting of projects to strengthen the healthcare system. Benefits (1) and (2) will be provided only after the Court grants final approval and any appeals are resolved. The Detailed Notice (embedded link) has more information on benefits provided by the Settlement.

**How to Get Benefits from the Medical Benefits Settlement**
You need to submit a Claim Form to request benefits. You can get a copy of the Claim Form by visiting the website (embedded link) or by calling **1-8XX-XXX-XXXX**. Claims can be submitted by mail. If you have questions about how to file your claim, you should call the toll-free number for assistance.

The deadline for filing a Claim Form is one year after the Medical Benefits Settlement becomes effective (that is, after the Court grants "final approval" and any appeals are resolved). The exact date of the claim filing deadline will be posted on the website. It is highly recommended that Medical Class Members complete and submit their claim forms promptly.

**Your Other Options**

If you do not want to be legally bound by the Medical Benefits Settlement, you must Opt Out or exclude yourself by **Month 00, 2012** or you won't be able to sue BP over certain medical claims. If you stay in the Medical Benefits Settlement, you may object to it by **Month 00, 2012**. The Detailed Notice (embedded link) explains how to exclude yourself or object.

The Court will hold a hearing on **Month 00, 2012** to consider whether to approve the Medical Benefits Settlement. You or your own lawyer may ask to appear and speak at the hearing at your own cost. Class Counsel will ask the Court to consider an award of fees, costs, and expenses of 6% of the value of the benefits actually provided under the Medical Benefits Settlement Agreement. Class Counsel fees, costs, and expenses under the Medical Benefits Settlement Agreement and the Economic and Property Damages Settlement Agreement jointly cannot exceed $600 million. Class members' payments will not be reduced if the Court approves the payment of Class Counsel fees, costs, and expenses because BP will separately pay these attorney fees, costs, and expenses.

For more information and a Claim Form, visit **www.[          ].com** (embedded link) or call toll-free: **1-8XX-XXX-XXXX**.

---

This notice does not provide any information related to the separate Economic and Property Damages Settlement also reached related to the Deepwater Horizon oil spill. For more information about the Economic and Property Damages Settlement, and to determine whether your rights are affected by that settlement, or whether you are eligible for a payment under that settlement, visit **www.[          ].com**, (embedded link) or call **1-8XX-XXX-XXXX**.

---

SOURCE: United States District Court for the Eastern District of Louisiana

Attachment D

To:       [email address]

From:   **administrator@[      ].com** [Notice Administrator for U.S. District Court]

Reply To: **info@[    ].com** [Deepwater Horizon Settlement]

Subject:  Court-Directed Legal Notice about Deepwater Horizon Medical Benefits Settlement

Para obtener una notificación en español, póngase en contacto con nosotros o visite nuestra sitio **www.[    ].com.**
[Vietnamese call out here.] Ñeå ñöôïc thoâng baùo baèng tieáng Vieät, xin goïi ñieän thoaïi hoaëc vaøo trang maïng **www.[    ].com.**

> Formatted: Font: 9.5 pt
> Formatted: Font: 9.5 pt
> Formatted: Font: Bold, Underline
> Formatted: Font: 9.5 pt

Legal Notice

# If you have a medical claim related to the Deepwater Horizon oil spill, you could get benefits from a class action settlement.

If you have a medical claim related to the Deepwater Horizon oil spill, you could get benefits from a class action settlement with BP Exploration & Production Inc. and BP America Production Company ("BP").  Go to **www.[    ].com** (embedded link) for more information, including information on how to file a claim.

**Who is Included in the Medical Benefits Settlement?**
You have received this notice because you have been identified as a potential Medical Benefits Settlement Class Member.  The Medical Class includes (1) clean-up workers and (2) certain people who resided in specific geographic areas in coastal and wetlands areas along the Gulf Coast during specific periods in 2010.  The website **www.[    ].com** (embedded link) has detailed descriptions and maps to help you determine whether a geographic location may be included in one of these zones.  Additionally, you can call **1-8XX-XXX-XXXX** or e-mail **info@[    ].com** to find out if a geographic location is included.  The Detailed Notice (embedded link) also has more information on who is included.

**What does the Medical Benefits Settlement Provide?**
The benefits of the Medical Benefits Settlement include: (1) payments to qualifying people for certain acute (short-term) and chronic (ongoing) medical conditions occurring after exposure to ~~the~~ oil or chemical dispersants; (2) provision of periodic medical examinations to qualifying people; and (3) creation of a Gulf Region Health Outreach Program, consisting of projects to strengthen the healthcare system.  Benefits (1) and (2) will be provided only after the Court grants final approval and any appeals are resolved.  The Detailed Notice (embedded link) has more information on benefits provided by the Settlement.

**How to Get Benefits from the Medical Benefits Settlement**
You need to submit a Claim Form to request benefits.  You can get a copy of the Claim Form by visiting the website (embedded link) or by calling **1-8XX-XXX-XXXX**.  Claims can be submitted by mail.  If you have questions about how to file your claim, you should call the toll-free number for assistance.

The deadline for filing a Claim Form is one year after the Medical Benefits Settlement becomes effective (~~i.e.~~that is, after the Court grants "final approval" and any appeals are resolved).  The exact date of the claim filing deadline will be posted on the website.  It is highly recommended that Medical Class Members complete and submit their claim forms promptly.

**Your Other Options**

If you do not want to be legally bound by the Medical Benefits Settlement, you must Opt Out or exclude yourself by **Month 00, 2012** or you won't be able to sue BP over certain medical claims. If you stay in the Medical Benefits Settlement, you may object to it by **Month 00, 2012**. The Detailed Notice (~~hyperlink to Detailed Notice~~embedded link) explains how to exclude yourself or object.

The Court will hold a hearing on **Month 00, 2012** to consider whether to approve the Medical Benefits Settlement. You or your own lawyer may ask to appear and speak at the hearing at your own cost. Class Counsel will ask the Court to consider an award of fees, costs, and expenses of 6% of the value of the benefits actually provided under the Medical Benefits Settlement Agreement. Class Counsel fees, costs, and expenses under the Medical Benefits Settlement Agreement and the Economic and Property Damages Settlement Agreement jointly cannot exceed $600 million. Class members' payments will not ~~change~~ be reduced if the Court approves the payment of Class Counsel fees, costs, and expenses ~~under either settlement,~~ because BP will separately pay ~~these amounts~~these attorney fees, costs, and expenses.

For more information and a Claim Form, visit **www.[          ].com**  (embedded link) or call toll-free:  **1-8XX-XXX-XXXX**.

---

This notice does not provide any information related to the separate Economic and Property Damages Settlement also reached related to the Deepwater Horizon oil spill.  For more information about the Economic and Property Damages Settlement, and to determine whether your rights are affected by that settlement, or whether you are eligible for a payment under that settlement, visit **www.[          ].com**, (embedded link) or call **1-8XX-XXX-XXXX**.

---

SOURCE: United States District Court for the Eastern District of Louisiana

*Medical Benefits Settlement* E-mail Notice, Page 2 of 2

Formatted: Justified

Attachment E

# Deepwater Horizon Oil Spill Settlements

## *Economic and Property Damages Settlement*
### Providing Money to Individuals and Businesses

Economic and Property Damages Settlement publication notice text.

# Deepwater Horizon Oil Spill Settlements

## *Medical Benefits Settlement*
### Providing Benefits to Clean-Up Workers and Certain Gulf Coast Residents

If you have a medical claim related to the Deepwater Horizon oil spill, you could get benefits from a class action settlement with BP Exploration & Production Inc. and BP America Production Company ("BP"). Go to **www.[      ].com** for more information, including information on how to file a claim.

### WHO IS INCLUDED IN THE MEDICAL BENEFITS SETTLEMENT?

The Medical Class includes (1) clean-up workers and (2) certain people who resided in specific geographic areas in coastal and wetlands areas along the Gulf Coast during specific periods in 2010. The website **www.[          ].com** has detailed descriptions and maps to help you determine whether a geographic location may be included in one of these zones. Additionally, you can call **1-8XX-XXX-XXXX** or e-mail **info@[      ].com** to find out if a geographic location is included.

### WHAT DOES THE MEDICAL BENEFITS SETTLEMENT PROVIDE?

The benefits of the Medical Benefits Settlement include: (1) payments to qualifying people for certain acute (short-term) and chronic (ongoing) medical conditions occurring after exposure to oil or chemical dispersants; (2) provision of periodic medical examinations to qualifying people; and (3) creation of a Gulf Region Health Outreach Program, consisting of projects to strengthen the healthcare system. Benefits (1) and (2) will be provided only after the Court grants final approval and any appeals are resolved.

### HOW TO GET BENEFITS FROM THE MEDICAL BENEFITS SETTLEMENT

You need to submit a Claim Form to request benefits. You can get a copy of the Claim Form by visiting the website or by calling **1-8XX-XXX-XXXX**. Claims can be submitted by mail. If you have questions about how to file your claim, you should call the toll-free number for assistance.

The deadline for filing a Claim Form is one year after the Medical Benefits Settlement becomes effective (that is, after the Court grants "final approval" and any appeals are resolved). The exact date of the claim filing deadline will be posted on the website. It is highly recommended that Medical Class Members complete and submit their claim forms promptly. Please read the Economic and Property Damages Settlement notice because you may also be eligible for a payment from that settlement.

### YOUR OTHER OPTIONS?

If you do not want to be legally bound by the Medical Benefits Settlement, you must Opt Out or exclude yourself by **Month 00, 2012** or you won't be able to sue BP over certain medical claims. If you stay in the Medical Benefits Settlement, you may object to it by **Month 00, 2012**. The Detailed Notice explains how to exclude yourself or object.

The Court will hold a hearing on **Month 00, 2012** to consider whether to approve the Medical Benefits Settlement. You or your own lawyer may ask to appear and speak at the hearing at your own cost. Class Counsel will ask the Court to consider an award of fees, costs, and expenses of 6% of the value of the benefits actually provided under the Medical Benefits Settlement Agreement. Class Counsel fees, costs, and expenses under the Medical Benefits Settlement Agreement and the Economic and Property Damages Settlement Agreement jointly cannot exceed $600 million. Class members' payments will not be reduced if the Court approves the payment of Class Counsel fees, costs, and expenses because BP will separately pay these attorney fees, costs, and expenses.

Attachment F

# Deepwater Horizon Oil Spill

## *Medical Benefits Settlement*

### Providing Benefits to Clean-Up Workers
### and Certain Gulf Coast Residents

If you have a medical claim related to the Deepwater Horizon oil spill, you could get benefits from a class action settlement with BP Exploration & Production Inc. and BP America Production Company ("BP").  Go to **www.[_____].com** for more information, including information on how to file a claim.

#### Who is Included in the Medical Benefits Settlement?

The Medical Class includes (1) clean-up workers and (2) certain people who resided in specific geographic areas in coastal and wetlands areas along the Gulf Coast during specific periods in 2010.  The website **www.[_____].com** has detailed descriptions and maps to help you determine whether a geographic location may be included in one of these zones.   Additionally, you can call **1-8XX-XXX-XXXX** or e-mail **info@[_____].com** to find out if a geographic location is included.

#### What does the Medical Benefits Settlement Provide?

The benefits of the Medical Benefits Settlement include:  (1) payments to qualifying people for certain acute (short-term) and chronic (ongoing) medical conditions occurring after exposure to ~~the~~ oil or chemical dispersants; (2) provision of periodic medical examinations to qualifying people; and (3) creation of a Gulf Region Health Outreach Program, consisting of projects to strengthen the healthcare system.  Benefits (1) and (2) will be provided only after the Court grants final approval and any appeals are resolved.

#### How to Get Benefits from the Medical Benefits Settlement

You need to submit a Claim Form to request benefits.  You can get a copy of the Claim Form by visiting the website or by calling **1-8XX-XXX-XXXX**.  Claims can be submitted by mail.  If you have questions about how to file your claim, you should call the toll-free number for assistance.

The deadline for filing a ~~claim~~ Claim ~~form~~ Form is one year after the Medical Benefits Settlement becomes effective (~~i.e.,~~that is, after the Court grants "final approval" and any appeals are resolved).  The exact date of the claim filing deadline will be posted on the website.  It is highly recommended that Medical Class Members complete and submit their claim forms promptly.  Please read the Economic and Property Damages Settlement notice because you may also be eligible for a payment from that settlement.

Formatted: Font: Not Italic

Your Other Options

If you do not want to be legally bound by the Medical Benefits Settlement, you must Opt Out or exclude yourself by **Month 00, 2012** or you won't be able to sue BP over certain medical claims.  If you stay in the Medical Benefits Settlement, you may object to it by **Month 00, 2012**.  The Detailed Notice explains how to exclude yourself or object.

The Court will hold a hearing on **Month 00, 2012** to consider whether to approve the Medical Benefits Settlement.  You or your own lawyer may ask to appear and speak at the hearing at your own cost.  Class Counsel will ask the Court to consider an award of fees, costs, and expenses of 6% of the value of the benefits actually provided under the Medical Benefits Settlement Agreement.  Class Counsel fees, costs, and expenses under the Medical Benefits Settlement Agreement and the Economic and Property Damages Settlement Agreement jointly cannot exceed $600 million.  Class members' payments will not ~~change~~ be reduced if the Court approves the payment of Class Counsel fees, costs, and expenses ~~under either settlement,~~ because BP will separately pay ~~these amounts~~ these attorney fees, costs, and expenses.

**www.[_____].com ● 1-8XX-XXX-XXXX**

Attachment G

**Deepwater Horizon Court-Supervised Settlement Program**
*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico on April 20, 2010,* **MDL 2179**

## Notice Website Portal

### Home Page



**Note: Claim Administrator buttons appear at the bottom of all pages.**

**Deepwater Horizon Court-Supervised Settlement Program**
*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico on April 20, 2010,* MDL 2179

## Notice Website Portal

### Key Dates Page

ENGLISH   |   EN ESPAÑOL   |   BẰNG TIẾNG VIỆT

## Deepwater Horizon
## Court-Supervised Settlement Program

MDL 2179 *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico on April 20, 2010 – Official Court-Authorized Website.*

| Home | Key Dates | Notices | Settlement Agreements | Court Documents |

**Key Dates**

| Economic and Property Damages Settlement | | Medical Benefits Settlement | |
|---|---|---|---|
| Month DD, 2012 | Opt Out Deadline | Month DD, 2012 | Opt Out Deadline |
| Month DD, 2012 | Objection Deadline | Month DD, 2012 | Objection Deadline |
| Month DD, 2012 | Fairness Hearing | Month DD, 2012 | Fairness Hearing |
| tbd | Claim Deadlines | tbd | Claim Deadline |
| rolling basis | **Distribution** Valid claims (except for certain Seafood Compensation claims) will be paid on a rolling basis as they are received and approved, beginning on Month DD, 2012. | tbd | **Distribution** Payments and other benefits will be distributed after final approval of the settlement and any appeals are resolved. |

-- 2 --

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico on April 20, 2010,* MDL 2179

## Notice Website Portal

### Economic and Property Damage Notice Page

# Deepwater Horizon
# Court-Supervised Settlement Program

MDL 2179 In re: Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico on April 20, 2010 – Official Court-Authorized Website.

| Home | Key Dates | Notices | Settlement Agreements | Court Documents |
|------|-----------|---------|----------------------|-----------------|

## Deepwater Horizon Oil Spill

### *Economic and Property Damages Settlement*

#### Providing Money to Individuals and Businesses

 Detailed Notice

If you have economic loss or property damage because of the Deepwater Horizon oil spill, you could get money from a class action settlement with BP Exploration & Production Inc. and BP America Production Company ("BP"). Go to www.[_____].com for more information, including information on how to file a claim.

**Who is Included in the Economic and Property Damages Settlement?**
The Economic and Property Damages ("E&PD") Settlement Class includes people, businesses, and other entities in the states of Louisiana, Alabama and Mississippi, and certain counties in Texas and Florida, that were harmed by the oil spill. The website www.[_____].com has detailed descriptions and maps to help you determine whether a geographic location may be included in the E&PD Settlement. Additionally, you can call **1-8XX-XXX-XXXX** or e-mail info@[_____].com to find out if a geographic location is included.

**What does the Economic and Property Damages Settlement Provide?**
The E&PD Settlement makes payments for the following types of claims: (1) Seafood Compensation, (2) Economic Damage, (3) Loss of Subsistence, (4) Vessel Physical Damage, (5) Vessels of Opportunity Charter Payment, (6) Coastal Real Property Damage, (7) Wetlands Real Property Damage, and (8) Real Property Sales Damage. There is no limit on the total dollar amount of the E&PD Settlement; all qualified claims will be paid.

**How to Get Benefits from the Economic and Property Damages Settlement?**
You need to submit a Claim Form to request a payment. You can get a copy of the various Claim Forms by visiting the website or by calling **1-8XX-XXX-XXXX**. Claims can be submitted online or by mail. If you have questions about how to file your claim, you should call the toll-free number for assistance.

The deadline to submit most E&PD claims will be April 22, 2014 or six months after the E&PD Settlement becomes effective (that is, after the Court grants "final approval" and any appeals are resolved), whichever is later. There will be an earlier deadline to submit E&PD Seafood Compensation claims. The earlier deadline to submit Seafood Compensation claims will be 30 days after final approval of the Settlement by the United States District Court for the Eastern District of Louisiana (regardless of appeals). Actual claim filing deadlines will be posted on the website as they become available. Valid claims will be paid as they are approved, beginning on **Month 00, 2012.** It is highly recommended that E&PD Settlement Class Members complete and submit their claim forms promptly. Please read the Medical Benefits Settlement notice because you may also be eligible for benefits from that settlement.

**Your Other Options**
If you do not want to be legally bound by the E&PD Settlement, you must Opt Out or exclude yourself by **Month 00, 2012** or you won't be able to sue BP over certain economic and property damage claims. If you stay in the E&PD Settlement, you may object to it by **Month 00, 2012.** The Detailed Notice explains how to exclude yourself or object.

The Court will hold a hearing on **Month 00, 2012** to consider whether to approve the E&PD Settlement. You or your own lawyer may ask to appear and speak at the hearing at your own cost. The Court will also consider Class Counsel fees, costs, and expenses including an interim payment of $75 million and additional awards equal to 6% of class claims and benefits paid. Class Counsel fees, costs and expenses under the Economic and Property Damages Settlement Agreement and the Medical Benefits Settlement Agreement jointly cannot exceed $600 million. Class members' payments will not be reduced if the Court approves the payment of Class Counsel fees, costs, and expenses because BP will separately pay these attorney fees, costs, and expenses.

**Deepwater Horizon Court-Supervised Settlement Program**

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico on April 20, 2010,* MDL 2179

# Notice Website Portal

## Medical Benefits Notice Page

ENGLISH | EN ESPAÑOL | BẰNG TIẾNG VIỆT

# Deepwater Horizon
# Court-Supervised Settlement Program

*MDL 2179 In re: Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico on April 20, 2010 – Official Court-Authorized Website.*

| Home | Key Dates | Notices | Settlement Agreements | Court Documents |
|------|-----------|---------|----------------------|-----------------|

## Deepwater Horizon Oil Spill

### *Medical Benefits Settlement*

### Providing Benefits to Clean-Up Workers and Certain Gulf Coast Residents

📄 Detailed Notice

If you have a medical claim related to the Deepwater Horizon oil spill, you could get benefits from a class action settlement with BP Exploration & Production Inc. and BP America Production Company ("BP"). Go to www.[          ].com for more information, including information on how to file a claim.

**Who is Included in the Medical Benefits Settlement?**

The Medical Class includes (1) clean-up workers and (2) certain people who resided in specific geographic areas in coastal and wetlands areas along the Gulf Coast during specific periods in 2010. The website www.[          ].com has detailed descriptions and maps to help you determine whether a geographic location may be included in one of these zones. Additionally, you can call **1-8XX-XXX-XXXX** or e-mail info@[          ].com to find out if a geographic location is included.

**What does the Medical Benefits Settlement Provide?**

The benefits of the Medical Benefits Settlement include: (1) payments to qualifying people for certain acute (short-term) and chronic (ongoing) medical conditions occurring after exposure to oil or chemical dispersants; (2) provision of periodic medical examinations to qualifying people; and (3) creation of a Gulf Region Health Outreach Program, consisting of projects to strengthen the healthcare system. Benefits (1) and (2) will be provided only after the Court grants final approval and any appeals are resolved.

**How to Get Benefits from the Medical Benefits Settlement?**

You need to submit a Claim Form to request benefits. You can get a copy of the Claim Form by visiting the website or by calling **1-8XX-XXX-XXXX**. Claims can be submitted by mail. If you have questions about how to file your claim, you should call the toll-free number for assistance.

The deadline for filing a Claim Form is one year after the Medical Benefits Settlement becomes effective (that is after the Court grants "final approval" and any appeals are resolved). The exact date of the claim filing deadline will be posted on the website. It is highly recommended that Medical Class Members complete and submit their claim forms promptly. Please read the Economic and Property Damages Settlement notice because you may also be eligible for a payment from that settlement.

**Your Other Options**

If you do not want to be legally bound by the Medical Benefits Settlement, you must Opt Out or exclude yourself by **Month 00, 2012** or you won't be able to sue BP over certain medical claims. If you stay in the Medical Benefits Settlement, you may object to it by **Month 00, 2012**. The Detailed Notice explains how to exclude yourself or object.

The Court will hold a hearing on **Month 00, 2012** to consider whether to approve the Medical Benefits Settlement. You or your own lawyer may ask to appear and speak at the hearing at your own cost. Class Counsel will ask the Court to consider an award of fees, costs, and expenses of 6% of the value of the benefits actually provided under the Medical Benefits Settlement Agreement. Class Counsel fees, costs, and expenses under the Medical Benefits Settlement Agreement and the Economic and Property Damages Settlement Agreement jointly cannot exceed $600 million. Class members' payments will not be reduced if the Court approves the payment of Class Counsel fees, costs, and expenses because BP will separately pay these attorney fees, costs, and expenses.

Attachment H

**COURT ORDERED NOTICE PROGRAM ABOUT TWO DEEPWATER HORIZON OIL SPILL SETTLEMENTS IS INITIATED**

New Orleans, LA, **Month DD, 20YY** / PR Newswire / -- A notification effort ordered by the United States District Court for the Eastern District of Louisiana is beginning today to notify people, businesses and other entities about two separate proposed settlements with BP Exploration & Production Inc. and BP America Production Company ("BP") related to the Deepwater Horizon oil spill.  BP has estimated the cost of the proposed settlement to be approximately $7.8 billion.   The total amount BP will pay to settle valid claims is uncapped, and the ultimate cost will depend on the actual outcomes of the court-supervised claims processes.

People may be affected by one or both settlements.  In each settlement, Class Members have separate legal rights and options, including submitting claims for benefits, opting out or objecting to each settlement.

The Economic and Property Damages Settlement (or "E&PD Settlement") includes people, businesses and other entities who live, work, conduct business operations and/or own/lease property in the states of Louisiana, Mississippi, and Alabama, along with specified Texas and Florida counties.  The E&PD Settlement generally covers the following types of claims: 1) Seafood Compensation; 2) Economic Loss; 3) Loss of Subsistence; 4) Vessel Physical Damage; 5) Vessels of Opportunity Charter Payment; 6) Coastal Real Property Damage; 7) Wetlands Real Property Damage; and 8) Real Property Sales Damage.  In addition to compensation for actual damage, payments to eligible claimants may include a multiplier related to unknown future damage.

The Medical Benefits Settlement (or "Medical Settlement") includes "Clean-Up Workers" and people who resided during specified periods in 2010 in specific coastal areas and wetlands areas. Medical Settlement benefits include (a) payments for Specified Physical Conditions including reimbursement of hospital expenses, (b) a 21-year Periodic Medical Consultation Program, and (c) a $105 million Gulf Region Health Outreach Program, available to all Gulf residents, Class Members and non-Class Members alike, in order to strengthen healthcare capacity and increase health literacy throughout the region.

Detailed information on the two settlements can be found at the settlement website, **www.[_____].com**.  The website has detailed maps that allow users to see if a geographic location may be included within one or more zones.

Notices will be mailed to known potential Class Members and are scheduled to appear in thousands of media outlets over the next 60 days in English, Spanish and Vietnamese.  Notices are to appear in Gulf Coast daily newspapers, print publications, television and radio spots and on Internet websites.   A parallel nationwide media effort includes well-read consumer magazines, trade publications and highly-trafficked Internet websites.

The Court has appointed **[_____]** as Proposed Settlement Class Counsel to represent each of the Settlement Classes.

*© 2012 Hilsoft Notifications*

Class Members can submit a claim to either or both Settlements, or they can ask to be excluded from, or object to, either or both Settlements.  The deadline to object to either or both settlements is **[_____]**.  The deadline to request exclusion from either or both settlements is **[_____]**.

The deadline to submit most E&PD claims will be April 22, 2014 or six months after the E&PD Settlement becomes effective (that is, after the Court grants "final approval" and any appeals are resolved), whichever is later. There will be an earlier deadline to submit E&PD Seafood Compensation claims.  The earlier deadline to submit Seafood Compensation claims will be 30 days after final approval of the Settlement by the United States District Court for the Eastern District of Louisiana (regardless of appeals).  The deadline to submit Medical Benefits claims is one year after the Medical Settlement becomes effective (that is, after the Court grants "final approval" and any appeals are resolved). Exact claim filing deadlines will be posted on the website as they become available.

With the exception of some Seafood Compensation Program claims, eligible E&PD Settlement claims will be paid on a rolling basis and E&PD Settlement claimants may receive payments before the Court considers whether to grant final approval.  Medical Settlement benefits will not be issued until after the Court grants final approval and any appeals are resolved.

A toll-free number, **[1-8XX-XXX-XXXX]**, has been established in the case known as *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010,* MDL No. 2179, along with a website, **[www.[_____].com]**, where notices, each Settlement Agreement and other documents may be obtained.
\# \# \#

/CONTACT:  Press Only:  Class Counsel:  [_____]
BP: [                                            ].
/URL:  **[www.[_____].com]**
/SOURCE:  United States District Court for the Eastern District of Louisiana

© *2012 Hilsoft Notifications*

Attachment I

**COURT ORDERED NOTICE PROGRAM ABOUT TWO DEEPWATER HORIZON OIL SPILL SETTLEMENTS IS INITIATED**

New Orleans, LA, **Month DD, 20YY** / PR Newswire / -- A notification effort ordered by the United States District Court for the Eastern District of Louisiana is beginning today to notify people, businesses and other entities about two separate proposed settlements with BP Exploration & Production Inc. and BP America Production Company ("BP") related to the Deepwater Horizon oil spill.  BP has estimated the cost of the proposed settlement to be approximately $7.8 billion.   The total amount BP will pay to settle valid claims is uncapped, and the ultimate cost will depend on the actual outcomes of the court-supervised claims processes.

People may be affected by one or both settlements.  In each settlement, Class Members have separate legal rights and options, including submitting claims for benefits, opting out or objecting to each settlement.

The Economic and Property Damages Settlement (or "E&PD Settlement") includes people, businesses and other entities who live, work, conduct business operations and/or own/lease property in the states of Louisiana, Mississippi, and Alabama, along with specified Texas and Florida counties.  The E&PD Settlement generally covers the following types of claims: 1) ~~seafood~~ Seafood ~~compensation~~Compensation; 2) ~~economic~~ Economic ~~loss~~Loss; 3) ~~loss~~Loss of ~~subsistence~~ Subsistence~~use~~; 4) ~~vessel~~ Vessel ~~physical~~ Physical ~~damage~~Damage; 5) Vessels of Opportunity ~~charter~~ Charter ~~payment~~Payment; 6) ~~damage to coastal~~ Coastal ~~real~~ Real ~~property~~Property Damage; 7) ~~damage to wetlands~~ Wetlands ~~real~~ Real ~~property~~Property Damage; and 8) ~~real~~ Real ~~property~~ Property ~~sales~~ Sales ~~damage~~ Damage~~related to sales of certain Gulf Coast residences~~.  In addition to compensation for actual damage, payments to eligible claimants may include a multiplier related to unknown future damage.

The Medical Benefits Settlement (or "Medical Settlement') includes "Clean-Up Workers" and people who resided during specified periods in 2010 in specific coastal areas ~~(Zone A)~~ and wetlands areas ~~(Zone B)~~.   Medical Settlement benefits include (a) payments for Specified Physical Conditions including reimbursement of hospital expenses, (b) a 21-year Periodic Medical Consultation Program, and (c) a $105 million Gulf Region Health Outreach Program, available to all Gulf residents, Class Members and non-Class Members alike, in order to strengthen healthcare capacity and increase health literacy throughout the region.

Detailed information on the two settlements can be found at the settlement website, **www.[          ].com**.  The website has detailed maps that allow users to see if a geographic location may be included within one or more zones.

Notices will be mailed to known potential Class Members and are scheduled to appear in thousands of media outlets over the next 60 days in English, Spanish and Vietnamese.  Notices are to appear in Gulf Coast daily newspapers, print publications, television and radio spots and on Internet websites.   A parallel nationwide media effort includes well-read consumer magazines, trade publications and highly-trafficked Internet websites.

The Court has appointed **[_____]** as Proposed Settlement Class Counsel to represent each of the Settlement Classes.

Class Members can submit a claim to either or both Settlements, or they can ask to be excluded from, or object to, either or both Settlements.  The deadline to object to either or both settlements is **[_____]**.  The deadline to request exclusion from either or both settlements is **[_____]**.

The deadline to submit most E&PD claims will be April 22, 2014 or six months after the E&PD Settlement becomes effective (~~i.e.~~that is, after the Court grants "final approval" and any appeals are resolved), whichever is later. There will be an earlier deadline to submit E&PD Seafood Compensation claims. The earlier deadline to submit Seafood Compensation claims will be ~~must be submitted no later than~~ 30 days after final approval of the Settlement by the United States District Court for the Eastern District of Louisiana (regardless of appeals).  The deadline to submit Medical Benefits claims is one year after the Medical Settlement becomes effective (~~i.e.~~that is, after the Court grants "final approval" and any appeals are resolved). Exact claim filing deadlines will be posted on the website as they become available.

With the exception of some Seafood Compensation Program claims, ~~Eligible~~ eligible E&PD Settlement claims will be paid on a rolling basis and E&PD Settlement claimants may receive payments before the Court considers whether to grant final approval.  Medical Settlement benefits will not be issued until after the Court grants final approval and any appeals are resolved.

A toll-free number, **[1-8XX-XXX-XXXX]**, has been established in the case known as *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010,* MDL No. 2179, along with a website, **[www.[_____].com]**, where notices, each Settlement Agreement and other documents may be obtained.

# # #

/CONTACT:  Press Only:  Class Counsel:  [_____]
BP: [                                           ].
/URL:  **[www.[_____].com]**
/SOURCE:  United States District Court for the Eastern District of Louisiana

*© 2012 Hilsoft Notifications*