UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | |
| | * | |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| Case No. 2:10-cv-08888-CJB-SS | * | |
| Doc No. 75679 &112301 | * | MAGISTRATE JUDGE SHUSHAN |
| Short-Form Joinder of | * | |
| Badoux Cafe | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, the undersigned counsel, and moves this Court for an order withdrawing

Rhon E. Jones and the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., as counsel

of record for Plaintiff, Badoux Cafe.  In further support, Movant states as follows:

1.      On or about January 27, 2012, Badoux Cafe retained the law firm Beasley, Allen,

Crow, Methvin, Portis & Miles, P.C., to serve as counsel with regards to its oil spill case.

2.      On April 19, 2011, the Plaintiff filed a Short Form Joinder Document #75679.

3.      On February 28, 2012, the undersigned filed an Amended Short Form Joinder on

behalf of Plaintiff, Badoux Cafe, Document #112301.

4.      On May 1, 2012 the parties terminated their relationship.

5.      Badoux Cafe will remain in the litigation.  Neither the Plaintiff, nor any other

party, will be prejudiced by Movants' withdrawal of counsel.

WHEREFORE, PREMISES CONDIDERED, the undersigned counsel, both individually and on behalf of his respective law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., move this Court for an Order withdrawing them as counsel of record for Plaintiff, Badoux Cafe.

Respectfully Submitted this the 2nd day of May, 2012.

/s/  *Rhon E. Jones*
Rhon E. Jones
**Beasley, Allen, Crow, Methvin,**
**Portis & Miles, P.C.**
218 Commerce Street
Montgomery, AL 36104
334-269-2343
rhon.jones@beasleyallen.com

OF COUNSEL:

BEASLEY,ALLEN,CROW,
METHVIN,PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36104
(334) 269-2343

Certificate of Service

I hereby certify that the foregoing has been served in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of the Court. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via US Mail, postage prepaid and properly addressed, on the others  listed below this the 2nd day of May, 2012.

**Badoux Café**
**Shirley Ann Wilson**
**Post Office Box 374**
**LaMarque, Texas 77568**


   */s/ Rhon E. Jones*
Of Counsel