## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * | MDL NO. 2179<br><br>SECTION: J |
| This Document Relates To:<br>Case No. 2:10-cv-08888-CJB-SS<br>Doc No. _____<br>Short-Form Joinder of<br>_____ | * * * * * | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * *

## **ORDER**

Considering the foregoing Motion to Withdraw as Counsel:

   IT IS ORDERED that Christopher D. Boutwell and the law firm of Beasley Allen, Crow, Methvin, Portis & Miles, P.C., be allowed to withdraw as Counsel for _____.

   This the _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE