DEBBIE WILHITE
136 WEST FIFTH AVE
GULF SHORES AL 36542
251 948-3474



April 22, 2012

Judge Carl Barbier
500 Poydras Street
Room C256
New Orleans, LA 70130

Re : Proposed BP Settlement

Dear Judge Barbier,

The BP settlement is totally unjust to the charter boats. I'm a captain and my husband and I own our small fishing business.

Please stop or don't approve this settlement . You have the control and power to make BP keep their promises and commitments to us. Cant you refuse to sign it until its fair.

BP told us to our faces at the recruitment meeting that the VoO payments would not change or reduce our claim... I talked to Ed Thompson(BP) for more than 10 minutes before signing the contract going over the details. Then before we were activated BP confirmed in a letter they would NOT take a Voo deduction from us against our claim. Now after the work's done and the oil well plugged they want to take back our money...and credit it against the claim we have.
33% of the amount previously paid is taking 100% after I paid the taxes and espenses and 50% of the VoO settlement. So in my book I worked for free... If I didnt sign a contract with VoO, didnt work ,I would be getting the same amount of settlement.

Charter boats are the only people that are having to take this deduction...
The shrimpers, oystermen, and finfish fisherman get to keep all the money they worked for and also any recreational boat without a claim does also...
I've talked to three different lawyers and all state that this was unjust and unfair

regarding and that they didnt agree with the VoO deduction. They are all part of the PSC also so why did do this to us.

We worked side by side protecting the beaches and wildlife yet all others get paid for their days and I dont. We risk out boats. We risk our health for nothing absolutely nothing.

Even GCCF consider it a wrongful deduction and refused to follow BP's directive. That alone should really tell you something is wrong here in this settlement.... so all the claimants that got GCCF to pay....they didnt have any VoO payments deducted...

Cant you see how really bad this is?

Where was my legal representation during the negotiations.. Please check our lawyers must have been MIA to let such an unjust and unfair settlement get by.

Please make BP stand behind the promises and commitments they made to me and all the other charter boats. Our small business could never be able to recover if there is a negative impact to the fisheries from the oil spill. We would be out of business. The verdict is still out on how healthy the fish are and what impact the oil made to their habitats. This is Alaska all over again.

If I'm out of business next year because of this, I'm done ... I'm too old to start over and I can't believe I cant keep the money that I worked so hard for.

Please make BP make it right ...

Sincerely
Debbie Wilhite
Debbie Wilhite

Also we share the same resources as finfish fisherman. We also share the same risk. If the fish collapse we are both out of business. Our risk are the same but the risk multiplier is 2.5 for me and 6.0 for them. Honestly I think he could recover more than me...he can go to the fish wherever they are... I cant my business is fixed . BP didn't make any lies to me representing my risk factor but I just wanted to show you another section on how unfair this settlement is to me.

346 W 5th Ave
Gulf Shores AL 36542

U.S. MARSHALS

MOBILE AL 365
25 APR 2012 PM 2 T

7013 0330 3361

Judge Carl Barbier
500 Poydras St. Room C256
New Orleans LA 70130

USA FIRST-CLASS FOREVER