

# ASIAN AMERICAN HOTEL OWNERS ASSOCIATION

7000 PEACHTREE DUNWOODY ROAD, N.E., BLDG. #7

ATLANTA, GEORGIA 30328-6707

(404) 816-5759 PHONE

(404) 816-6260 FAX

WWW.AAHOA.COM



April 25, 2012

Judge Carl J. Barbier
US District of Court
Eastern District of Louisiana
500 Poydras Street
Room C256
New Orleans, LA 70130

Re: *Asian American Hoteliers Impacted by the BP Oil Spill*

Dear Judge Carl J. Barbier and the Plaintiffs Steering Committee:

On behalf of the Asian American Hotel Owners Association (AAHOA), we are writing to express our deep concerns with the proposed BP Oil settlement agreement. Regrettably, we have progressed from hopeful when the announcement of the proposed settlement first surfaced, to increasingly troubled as the specific details of the settlement for the Deepwater Horizon Disaster of 2010 have become known.

Specifically, while there is a list of issues that we would like to discuss with you further, two (2) of the key items to which we object include the following:

1) *Specific counties in the State of Texas will be excluded from the settlement.* Many of our AAHOA hotel owner members in the excluded counties in Texas have clearly suffered damages from the BP Oil crisis, and it is not fair to eliminate them as part of the proposed settlement; and

2) *The new zoning categories appear to be unfair, and do not fairly account for the damages suffered by many of our members who do not own beachfront properties.* We have been informed that the businesses assigned to Zones A & B are being fairly compensated in light of the fact that their revenues and occupancy rates have increased in recent months, based largely on the work that BP Oil has done to repair the beaches and bring tourists back to the area. For those in Zones C & D, however, they are receiving far less in compensation even though they have suffered considerable damages – and continue to do so – because they have not enjoyed the benefits of the work BP Oil has done in the beach communities.

As you may be aware, AAHOA is the largest hotel owners association in the world with nearly 11,000 members and over 20,000 hotels across the nation. We are comprised of over 2,600 hoteliers in the Gulf Coast alone that together employ more than 10,000 employees in the area. These facts are important to fully understand the number of hoteliers we represent and the significance of our concerns regarding the $7.8 billion proposed settlement that is pending your approval.

As the presiding judge and the attorneys trying this case, we understand that you are striving to ensure a just resolution is reached. On that point, we submit that the proposed settlement favors BP Oil and fails to hold it fully accountable for the immediate catastrophic consequences and the value of the lives of the residents and businesses of the Gulf Coast. The proposed settlement also does not address the unknown long-term damages of the deteriorating environment and possible future damages due to the

1

underwater plumes of oil that have formed in the Gulf of Mexico, leaving many to suffer the effects for years to come.

On May 2-5, 2012, several thousand hoteliers will convene at our upcoming annual convention in Atlanta, Georgia. At this convention, several of our AAHOA Gulf Coast leaders will participate in a discussion regarding the disaster. We anticipate that there will be questions about the proposed settlement and the attempts, or lack thereof, by BP Oil to remedy its impact on the Gulf Coast. We presume that there will also be questions and concerns about the next steps should justice not prevail. Needless to say, we hope that you can assist us in reassuring our hotelier members that there will be fairness in the end.

Thank you for your consideration of these important issues. Please contact our **AAHOA Franchise & Industry Relations (FAIR) Committee Chairman Jay S. Patel** from Pensacola, Florida if you have any questions about these issues, or to arrange for a meeting to discuss our concerns in greater detail. Jay Patel's direct line is **(850) 393-1780** and his email address is **jay@lhs.cc**.

Sincerely,

| Hemant Patel | Alkesh Patel | Mehul Patel | Pratik Patel | Fred Schwartz |
| Chairman | Vice Chairman | Treasurer | Secretary | President |

Cc:   AAHOA Franchise & Industry Relations (FAIR) Committee