

May 2, 2012

Honorable Judge Carl Barbier    FAX # 1- 504-589-4536
500 Poydras Street
Room C256
New Orleans, LA 70130

RE: PROPOSED DEEP WATER HORIZON ECONOMNIC AND PROPERTY DAMAGES SETTLETMENT AGREEMENT

Dear Judge Barbier:

My name is Pam Dana and I am the owner of two charter boats in Destin, Florida, the Charter Boat SURE LURE and Charter Boat FISH DISH. Both vessels participated in the VOO program during the oil spill disaster. Like many others in my industry, I would like to respectfully file a letter of objection as a Charter Boat Class Member to the Proposed Deep Water Horizon Economic and Property Damages Settlement Agreement, her after called the BP Settlement.

I object to the VOO earning income offset and VOO settlement payment offset. It is unfair to treat charter boat operators involved in the VOO differently than other VOO participants under the BP claims process.

There should not be a offset to anyone in this BP Settlement. BP agreed verbally, and also with a written confirmation to all vessel owners, that they would NOT offset any VOO payments against any claim they might have.

We were mitigating BP exposure in this unprecedented environmental accident attempting to limit BP's future exposure as well as attempting to preserve the wetland and protect our marine fowl and animals.

We took on the unfortunate but necessary job of cleaning up BP's oil spill and BP (and GCCF) agreed would NOT seek to offset or reduce our claims by payments made for this work. It is clearly documented in many reports, articles, etc.

BP benefited by this agreement. BP needed clean up emergency response teams to help contain this oil spill. BP quickly met its legal obligation to have an adequate fleet of vessel ready 24/7. BP received a real financial benefit minimizing BP's damages and BP agreed that we also received a benefit in risking our boats, labor and health to assist in the clean up.

Page Two

Commercial Fishermen, Seafood Crew, Oyster Leaseholders and Sea Food Vessel Owners have been separated into a single Class under the Seafood Compensation Program (paragraph 5.2.1 and exhibit 3). Within this Class "neither the VOO Settlement Payment Offset 50% (paragraph 38.163) nor the VOO Earned Income Offset 33% (paragraph 38.161) shall apply against economic damage payments. Yet as the proposed BP Settlement states in paragraph (5.5.2.1) "Economic Damage payments to any

Working VOO Participants who are not participants in the Seafood Program will be reduced by any VOO settlement Payment Offset and VOO Earned Income Offset." This also gives preferential treatment to VOO seafood vessels over VOO charter boat vessels.

Obviously, treating two or more groups differently that were involved in the same task of mitigation seems unconstitutional if not completely unfair. Please look into this and err in favor of the charter boat operator's plea to right this inequity.

Sincerely,

Pamela Dana, Owner
Lady Angler International, LLC
d.b.a., SURE LURE CHARTERS
P.O. Box 1575
Destin, FL 32540
(850) 556-5798