IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>Section: J |
| This filing relates to: *All Cases* | * * | Honorable Carl J. Barbier |
| (Including Civil Action No. 12-970) | * * * * | Magistrate Judge Shushan |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## MOTION TO EXTEND DEADLINE TO ACCEPT (FORMER) GCCF "QUICK PAY" OFFER

NOW INTO COURT come Plaintiffs, through Co-Liaison Counsel, and respectfully move to extend the deadline for the acceptance of a "quick pay" offer, for the reasons that follow:

Under the Gulf Coast Claims Facility ("GCCF"), some claimants were eligible to accept a standing "quick pay" offer in exchange for the execution of a full and final release.

In Paragraph 13(B) of the Court's Transition Order (amended) [Doc 5995], the Court set a deadline of May 7, 2012 for claimants eligible for the (former) GCCF's quick pay option to accept same, should they so desire.[1]

Plaintiffs' Co-Liaison Counsel (and Interim Class Counsel) believe that potential class members should have additional time after the issuance of formal Notice with respect to the proposed Economic and Property Damages Settlement to determine whether they are eligible to participate in the proposed Settlement and to consider whether to accept or reject such quick pay option, where eligible.

---

[1] It should be noted that, unlike the conditional acceptance of an open Final Offer under Paragraph 12 of the Court's Transition Order (amended) [Doc 5995], the acceptance of the Quick Pay would have the effect of a full and final release.

Co-Liaison Counsel have contacted counsel for BP, who have indicated that BP will not oppose Plaintiffs' Motion.

**WHEREFORE** Plaintiffs respectfully pray that the deadline for the acceptance of the (former) GCCF quick pay offer, where the claimant is eligible, be extended to **June 11, 2012**.

This 2nd day of May, 2012.

Respectfully submitted,

| | |
|---|---|
| /s/ Stephen J. Herman | /s/ James Parkerson Roy |
| Stephen J. Herman, La. Bar No. 23129 | James Parkerson Roy, La. Bar No. 11511 |
| HERMAN HERMAN KATZ | DOMENGEAUX WRIGHT ROY |
| & COTLAR LLP | & EDWARDS LLC |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| *Plaintiffs Liaison Counsel* | *Plaintiffs Liaison Counsel* |
| *Interim Class Counsel* | *Interim Class Counsel* |

## CERTIFICATE OF SERVICE

We hereby certify that the above and foregoing Motion (and Proposed Order) will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of May, 2012.

/s/ Stephen J. Herman and James Parkerson Roy