UNITED STATES DISTRICT OF COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 § § § § § | | MDL No. 2179 SECTION: J |
| Relates to: *All Cases* § § § § | | JUDGE BARBIER |
| (Including No. 12-970) | | MAG. JUDGE SHUSHAN |

# ORDER

In Paragraph 13(B) of the Court's Transition Order (amended) [Doc 5995], the Court set a deadline of May 7, 2012 for claimants eligible for the GCCF quick pay to accept same, should they so desire.

Plaintiffs' Liaison Counsel has moved for an extension of this deadline until June 11, 2012. BP has indicated that it does not oppose Plaintiffs' Liason Counsel's motion.

It is therefore ordered that the deadline for the acceptance of the GCCF quick pay offer, where the claimant is eligible, be and is hereby extended to June 11, 2012.

Signed at New Orleans, Louisiana, this 2nd day of May, 2012.

_____
Hon. Carl J. Barbier