IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | | SECTION J |
| This document relates to all actions. | * * * | |
| | | HONORABLE CARL J. BARBIER |
| | * * | |
| | * * * | MAGISTRATE JUDGE SHUSHAN |
| Bon Secour Fisheries, Inc., et al., on behalf of themselves and all others similarly situated, | * * * | Civil Action No. 12-970 |
| | | SECTION J |
| Plaintiffs, | * * | |
| v. | * * | HONORABLE CARL J. BARBIER |
| BP Exploration & Production Inc; BP America Production Company; BP p.l.c., | * * * | MAGISTRATE JUDGE SHUSHAN |
| Defendants. | * | |

**INTERIM CLASS COUNSEL'S AND BP'S MEMORANDUM
IN SUPPORT OF JOINT SUPPLEMENTAL MOTION
RELATED TO THE ECONOMIC AND PROPERTY DAMAGES SETTLEMENT**

Interim Class Counsel and BP Exploration & Production Inc. and BP America Production Company ("BP") respectfully request that the Court grant their Joint Supplemental Motion Related to the Economic and Property Damages Settlement. The joint motion is made in connection with the parties' previously filed Joint Motion for (1) Preliminary Approval of Class Action Settlement, (2) Scheduling a Fairness Hearing, (3) Approving and Issuing Proposed Class Action Settlement Notice, and (4) BP's Motion for Adjourning the Limitation and Liability Trial

(Rec. Doc. 6266.)  This Joint Motion requests that the Court grant certain additional relief related to preliminary approval of the parties' settlement.

I.      **Economic and Property Damages Settlement Trust**

The Economic and Property Damages Settlement Agreement (the "Settlement Agreement") provides that:

> A Settlement Trust (the "Settlement Trust") shall be established for the purpose of paying Settlement Payments and the cost of administering the Settlement Program.  The Settlement Trust shall be established pursuant to the order of the Court.  The Settlement Trust shall be structured and operated in a manner so that it qualifies as a "qualified settlement fund" under section 468B(d)(2) of the Internal Revenue Code and Treasury Regulation § 1.468B-1."

Settlement Agreement (Rec. Doc. 6276-1) ¶ 5.12.1.  The parties have attached the Economic and Property Damages Trust Agreement as Exhibit A to this Memorandum ("Trust Agreement").

The Settlement Trust that — upon the Court's approval — will be established pursuant to the Economic and Property Damages Trust Agreement satisfies the requirements for a qualified settlement fund because (1) should the Court grant this motion, the Settlement Trust will be approved by this Court and subject to its continuing jurisdiction; (2) the Settlement Trust is established to resolve or satisfy claims of tort or violation of law arising out of the *Deepwater Horizon* Incident, and settled pursuant to the Settlement Agreement; and (3) the proposed Settlement Trust is a trust under Delaware law, and its assets are segregated from the general assets of the BP Parties and BP and are deposited in the Settlement Trust.  *See* 26 C.F.R. § 1.468B-1(a) & (c).  Accordingly, the parties request that the Court approve the Economic and Property Damages Trust Agreement, the creation of the Settlement Trust, and the appointment of Patrick Juneau as Trustee of the Settlement Trust and J.P. Morgan Trust Company of Delaware to serve as a Directed Trustee with limited authority as set forth in the Trust Agreement.  The parties also request that the Court find that the Settlement Trust fulfills the requirements for a

qualified settlement fund under section 468B(d)(2) of the Internal Revenue Code and Treasury Regulation § 1.468B-1.  Finally, the parties request that the Court retain continuing jurisdiction over the Settlement Trust.

## II.     Minor Revisions to Class Notice

The parties, as well as the notice experts for the parties, have made certain edits designed to improve the readability of the Class Notice for the Economic and Property Damages Settlement and to further clarify certain provisions of the Class Notice, in line with the terms of the Settlement Agreement.  The parties have also made certain edits to the Class Notice in accordance with suggestions by Magistrate Judge Shushan.  Redlined and clean versions of the revised Class Notice are included in the Supplemental Declaration of Cameron R. Azari, Esq. on Revised Economic and Property Damages Settlement Notices, attached as Exhibit B to this Memorandum.  The parties submit that the revised Class Notice will provide class members with a better understanding of the proposed Settlement and their rights thereunder.

## III.    Appointment of P. Raymond Lamonica as Guardian Ad Litem

The parties have jointly selected and nominate P. Raymond Lamonica (solely in his individual capacity) as Guardian Ad Litem for the Economic and Property Damages Class, subject to appropriate commercial terms.  The purpose of appointing a Guardian Ad Litem is to provide a neutral party whose sole responsibility is to assess the fairness of the agreement for those class members who lack the capacity to determine for themselves whether the agreement adequately and fairly represents their interests.  The functions and duties of the Guardian Ad Litem are as set forth in Section 31 of the Economic and Property Damages Settlement Agreement. (Rec. Doc. 6276-1.)

Mr. Lamonica is well qualified for this appointment.  He is currently the General Counsel of the Louisiana State University System and the J.B. Nachman Professor of Law at the

Louisiana State University Law Center in Baton Rouge, Louisiana, where he has been a faculty member since 1972. He is also a former United States Attorney for the Middle District of Louisiana from 1986-1994 and has served as a District Judge *pro tempore* in the Nineteenth Judicial District Court as appointed by the Louisiana Supreme Court. Mr. Lamonica's distinguished career has included numerous other public and private positions. Most relevant to service as Guardian Ad Litem for the Economic and Property Damages Class Members, Mr. Lamonica has served (i) as the Co-Vice Chair of the Joint Legislative Committee on Indigent Defense, (ii) as a Trustee and Co-Counsel to the Trustee in complex bankruptcy proceedings; and (iii) as a Member of the Baton Rouge Bar Ethics and Grievances Committee.

The parties believe that based on his qualifications, the appointment of P. Raymond Lamonica as Guardian Ad Litem would best serve the interests of the class members whom the Guardian Ad Litem is charged to protect.

### IV.   Appointment of Class Representatives

The proposed Order has been amended to indicate that the class representatives are those individuals and entities identified in the Amended Economic and Property Damage Class Complaint entitled *Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.*, Civil Action No. 12-970, filed May 2, 2012.

### V.   Minor Amendments to Settlement Agreement

The parties have made clarifications and slight modifications to the Seafood Compensation Program, which was originally attached as Exhibit 10 to the Settlement Agreement. *See* Exhibits C and D.

The parties have also made minor modifications to the Settlement Agreement itself, as indicated in Exhibits D and E. For example, the Amendment revises and clarifies Section 4.4.13.4 of the Agreement governing the representations that must be made by retained

4

accounting professionals for whose services claimants seek reimbursement pursuant to Section 4.4.13 of the Agreement. The revised language eliminates any requirement for an attestation regarding compliance with generally accepted accounting principles, which could have been construed under certain professional standards governing accountants to impose requirements that the Parties did not intend. The revised language more precisely reflects the verification that is required.

The parties have also made certain minor amendments to the trust provisions of the Agreement. (*See*, *e.g.*, Section 5.12.1.) The original agreement provided that Patrick Juneau would serve as sole Trustee. The revised agreement provides that, in addition, J. P. Morgan Trust Company of Delaware shall serve as a Directed Trustee with limited authority as set forth in the Trust Agreement. The revised agreement further provides that, should the Court determine that either the Trustee or the Directed Trustee needs to be replaced, Lead Class Counsel or their designee and BP will agree to make a joint recommendation of one or more candidates for appointment by the Court. Finally, the revised agreement slightly modifies the mechanism by which the Settlement Trust is funded. All modifications to the Settlement Agreement are fully described in Exhibit D (Amendment No. 1) and Exhibit E (redlined excerpts of Settlement Agreement).

## VI.    Other Minor Changes to the Proposed Preliminary Approval Order

The parties have submitted a revised preliminary approval order in connection with this joint motion. The newly submitted proposed Order revises the proposed order that the parties previously submitted in connection with their Joint Preliminary Approval Motion. (Rec. Doc. 6266-5). In addition, given the Court's Order stating that it would consider BP's request concerning the adjournment of the Limitation and Liability trial during the May 3, 2012, in-chambers conference with Liaison Counsel (Rec. Doc. 6310), the parties have revised the

proposed order to remove provisions related to the requested adjournment.  Accordingly, the parties request that the Court enter the revised order submitted herewith rather than the previously submitted order (Rec. Doc. 6266-5).

May 2, 2012                                                          Respectfully submitted,

___/s/ Stephen J. Herman_____        ___/s/ James Parkerson Roy_____

Stephen J. Herman, La. Bar No. 23129          James Parkerson Roy, La. Bar No. 11511
HERMAN HERMAN KATZ & COTLAR LLP               DOMENGEAUX WRIGHT ROY & EDWARDS LLC
820 O'Keefe Avenue                            556 Jefferson Street, Suite 500
New Orleans, Louisiana 70113                  Lafayette, Louisiana 70501
Telephone: (504) 581-4892                     Telephone: (337) 233-3033
Fax No. (504) 569-6024                        Fax No. (337) 233-2796

Interim Class Counsel/                        Interim Class Counsel/
Plaintiffs Liaison Counsel                    Plaintiffs Liaison Counsel
MDL 2179                                      MDL 2179

*PLAINTIFFS' STEERING COMMITTEE*
*And PROPOSED CLASS COUNSEL*
_____

Joseph F. Rice                                Conrad S.P. "Duke" Williams
MOTLEY RICE LLC                               WILLIAMS LAW GROUP
28 Bridgeside Blvd.                           435 Corporate Drive, Suite 101
Mount Pleasant, SC 29464                      Maison Grand Caillou
Office:  (843) 216-9159                       Houma, LA 70360
Telefax: (843) 216-9290                       Office:  (985) 876-7595
                                              Telefax: (985) 876-7594

Brian H. Barr                                 Robin L. Greenwald
LEVIN, PAPANTONIO, THOMAS,                    WEITZ & LUXENBERG, PC
MITCHELL, ECHSNER & PROCTOR, PA               700 Broadway
316 South Baylen St., Suite 600               New York, NY  10003
Pensacola, FL 32502-5996                      Office:  (212) 558-5802
Office:  (850) 435-7045                       Telefax: (212) 344-5461
Telefax: (850) 436-6187

Jeffrey A. Breit
BREIT DRESCHER IMPREVENTO & WALKER, P.C.
999 Waterside Drive, Suite 1000
Norfolk, VA 23510
Office:  (757) 670-3888
Telefax: (757) 670-3895

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Office:  (415) 956-1000
Telefax: (415) 956-1008

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA & TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA  70037
Office:  (504) 394-9000
Telefax: (504) 394-9110

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL  36660
Office:  (251) 471-6191
Telefax: (251) 479-1031

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA  70726
Office:  (225) 664-4193
Telefax: (225) 664-6925

Rhon E. Jones
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P. C.
218 Commerce St., P.O. Box 4160
Montgomery, AL 36104
Office:  (334) 269-2343
Telefax: (334) 954-7555

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU & SOUTH, LLP
501 Broad Street
Lake Charles, LA  70601
Office:  (337) 439-0707
Telefax: (337) 439-1029

Michael C. Palmintier
deGRAVELLES, PALMINTIER, HOLTHAUS & FRUGÉ
618 Main Street
Baton Rouge, LA  70801-1910
Office:  (225) 344-3735
Telefax: (225) 344-0522

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW & ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA  70130
Office:  (504) 588-1500
Telefax:  (504) 588-1514

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Office:  (214) 521-3605
Telefax: (214) 599-1172

Mikal C. Watts (PSC)
WATTS GUERRA CRAFT, LLP
Four Dominion Drive, Building 3, Suite 100
San Antonio, TX 78257
Office: (210) 447-0500
Telefax: (210) 447-0501

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: (305) 476-7400
Telefax: (305) 476-7444

James J. Neath  
Mark Holstein  
BP AMERICA INC.  
501 Westlake Park Boulevard  
Houston, TX  77079  
Telephone:  (281) 366-2000  
Telefax:  (312) 862-2200  

Daniel A. Cantor  
Andrew T. Karron  
Ellen K. Reisman  
ARNOLD & PORTER LLP  
555 Twelfth Street, NW  
Washington, DC 20004  
Telephone:  (202) 942-5000  
Telefax:  (202) 942-5999  

Jeffrey Lennard  
Keith Moskowitz  
SNR DENTON  
233 South Wacker Drive  
Suite 7800  
Chicago, IL  60606  
Telephone:  (312) 876-8000  
Telefax:  (312) 876-7934  

*OF COUNSEL*

 /s/ Richard C. Godfrey, P.C.  
Richard C. Godfrey, P.C.  

J. Andrew Langan, P.C.  
Andrew B. Bloomer, P.C.  
Wendy L. Bloom  
R. Chris Heck  
Christopher J. Esbrook  
KIRKLAND & ELLIS LLP  
300 North LaSalle Street  
Chicago, IL 60654  
Telephone:  (312) 862-2000  
Telefax:  (312) 862-2200  

Jeffrey Bossert Clark  
KIRKLAND & ELLIS LLP  
655 Fifteenth Street, N.W.  
Washington, D.C. 20005  
Telephone:  (202) 879-5000  
Telefax:  (202) 879-5200  

*/s/ Don K. Haycraft*  
Don K. Haycraft (Bar #14361)  
R. Keith Jarrett (Bar #16984)  
LISKOW & LEWIS  
701 Poydras Street, Suite 5000  
New Orleans, Louisiana 70139  
Telephone:  (504) 581-7979  
Telefax:  (504) 556-4108  

Robert C. "Mike" Brock  
COVINGTON & BURLING LLP  
1201 Pennsylvania Avenue, NW  
Washington, DC 20004  
Telephone:  (202) 662-5985  
Telefax:  (202) 662-6291  

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.*  
*AND BP AMERICA PRODUCTION COMPANY*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of May 2012.

/s/ Don K. Haycraft
Don K. Haycraft