UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | § | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf of | § | |
| Mexico, on April 20, 2010 | § | SECTION:  J |
| | § | |
| This Document Relates to: | § | Judge Barbier |
| | § | |
| All Cases | § | Mag. Judge Shushan |
| | § | |

**************************************************************************

MEMORANDUM IN OPPOSITION TO
BP'S MOTION TO DELAY TRIAL

**MAY IT PLEASE THE COURT,** for almost a year and a half the Phase I liability trial in this matter was scheduled to begin February 27, 2012.  The start of the trial was delayed due a proposed partial settlement between the Plaintiff Steering Committee (PSC) and BP.  BP has recently filed a Motion to Continue the case until mid January 2013 (Rec. Doc. 6266). Plaintiffs respectfully request that BP's motion to delay the trial further be denied and that the Phase 1 trial commence as soon as the Court's calendar allows and in no event later than summer of 2012.

Undersigned counsel represents clients who are not eligible to participate in the recently announced settlements and these clients and others that are similarly situated Plaintiffs should not be forced to wait to have their day in court because of a potential settlement that does not include them.  These claimants like so many others in this litigation have

1

suffered a loss of revenue, profit and other damages to themselves and their businesses.

BP has requested a stay pending the fairness ruling; this fairness ruling should not affect the Phase I trial.  If the settlement is approved, then those claimants that wish to participate and are eligible can settle their claims via the settlement program, in the meantime, claimants who are not eligible or who wish to opt out of the settlement can still proceed forward with their claims.  This proposed settlement should not preclude trials of other cases and claims from taken place; to do so would be at the detriment of the claimants and to the benefit of BP.  As much as the court needs to protect the settlement class, the court also has a duty to protect the excluded classes such as moratorium claims, Porgy fisherman, sellers of BP branded fuel, banking industry, gaming industry, real estate developers, etc.

Plaintiffs respectfully request that this Honorable Court deny BP's Motion to Adjourn Phase 1 Trial and set the date for said trial as soon as possible.

Date: May 2, 2012					Respectfully submitted,

/s/ Daniel E. Becnel, Jr.
Daniel E. Becnel, Jr. (2926)
Salvadore Christina, Jr. (27198)
BECNEL LAW FIRM, LLC
106 W. SEVENTH ST.
P.O. DRAWER H
RESERVE, LA 70084

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL2179, on this 2nd day of May, 2012.

                                 /s/ Daniel E. Becnel, Jr.
                                  Daniel E. Becnel, Jr.