# CONFERENCE ATTENDANCE RECORD

DATE: 5/2/12                    TIME: 9:30

CASE NAME: In Re DWH

DOCKET NUMBER & SECTION: MDL 10-2179-CJB-SS

~~Discovery~~ STATUS   PRELIMINARY   PRE-TRIAL   SETTLEMENT

# ☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Don Godwin | Halliburton |
| Alan York | " |
| Jenny Martinez | " |
| Stefanie Major | " |
| Bruce Bowman | " |
| Gwen Richard | " " |
| Sean Fleming | " " |
| Lauren Mitchell | " " |
| David Jones | CAM |

## CONFERENCE ATTENDANCE RECORD

DATE:_____     TIME:_____

CASE NAME:_____

DOCKET NUMBER & SECTION:_____

STATUS   PRELIMINARY     PRE-TRIAL     SETTLEMENT

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| David Baay | TO |
| Sarah Tiams | Anadarko |
| Doug Kraus | La. |
| Ryan Basicot | BP |
| Carmela Bertaut | Cameron |
| Anthony Irpino | PSC |
| Steve O'Rourke | USA |
| STEVE FLYNN | USA |
| Scott Cernich | US |

# CONFERENCE ATTENDANCE RECORD

**DATE:**_____   **TIME:**_____

**CASE NAME:**_____

**DOCKET NUMBER & SECTION:**_____

**STATUS   PRELIMINARY   PRE-TRIAL   SETTLEMENT**

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Rachel Hawkin | U.S. |
| TONY FITCH | ANADARKO |
| Corey Maze | Alabama |
| Luther Strange | Alabama |
| Denise Scofield | MI LLC |
| Don Haycraft | BP |
| Rob Gasaway | BP |
| Steve Herman | Plaintiffs |
| Jim Roy | PSC |

## CONFERENCE ATTENDANCE RECORD

**DATE:**_____     **TIME:**_____

**CASE NAME:**_____

**DOCKET NUMBER & SECTION:**_____

**STATUS   PRELIMINARY     PRE-TRIAL      SETTLEMENT**

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| MIKE UNDERHIL | U.S. |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

## Thursday, May 3, 2012

Scott Bickford w/ Plaquemines

Jeff Ganaway w/ Cameron

Brian Barr - PSC

Tom Hiden - Nalco

Abbie Andre - DOJ

Mike Petrino - BP

Jimmy Williamson - PSC

Joe Eisert - BP

Sarah Himmelhoch - US

Mark Nomillini - BP

Grant Davis-Denny - TO