IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * * * | MDL NO. 2179<br><br>SECTION: J<br><br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |
| Plaisance, *et al.*, individually and on behalf of the Putative Medical Benefits Settlement Class,<br><br>     Plaintiffs,<br><br>v.<br><br>BP Exploration & Production Inc., *et al.*,<br><br>     Defendants. | * * * * * * * * * * * * * * | NO. 12-CV-968<br><br>SECTION: J<br><br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

**EXHIBITS TO *DEEPWATER HORIZON* MEDICAL BENEFITS CLASS ACTION SETTLEMENT AGREEMENT**

**Exhibits**

| Document | Exhibit Number |
|---|---|
| Sample DATA DISCLOSURE FORM | 1 |
| Model GRANT AGREEMENT for GULF REGION HEALTH OUTREACH PROGRAM PROJECT | 2 |
| Sample MEDIATION INFORMATION FORM | 3 |
| Sample NOTICE OF INTENT TO SUE | 4 |
| Sample PROOF OF CLAIM FORM | 5 |
| List of OTHER RELEASED PARTIES | 6 |
| Sample REQUEST FOR REVIEW FORM | 7 |
| SPECIFIED PHYSICAL CONDITIONS MATRIX | 8 |
| Description of ZONE A and ZONE B | 9 |
| Map of ZONE A | 10 |
| Map of ZONE B | 11 |
| Components of PERIODIC MEDICAL CONSULTATION PROGRAM | 12 |
| Grant Proposal for PRIMARY CARE CAPACITY PROJECT | 13 |
| Grant Proposal for MENTAL AND BEHAVIORAL HEALTH CAPACITY PROJECT | 14 |
| Grant Proposal for COMMUNITY HEALTH WORKERS TRAINING PROJECT | 15 |
| Grant Proposal for ENVIRONMENTAL HEALTH CAPACITY AND LITERACY PROJECT | 16 |
| BP Corporation North America Inc. Guarantee | 17 |
| BP p.l.c. Back-Up Guarantee | 18 |
| Fees and Costs | 19 |