# EXHIBIT 8

# SPECIFIED PHYSICAL CONDITIONS MATRIX

I. **Compensation for ACUTE CONDITIONS**

| | Proof | Lump Sum | Enhancer | ACTUAL HOSPITAL EXPENSES |
|---|---|---|---|---|
| A1 | Declaration under penalty of perjury (1) asserting the manifestation of one or more conditions (or the symptom(s) thereof) on Table 1, (2) asserting that such condition(s) (or the symptom(s) thereof) occurred within the applicable timeframe specified in Table 1, and (3) identifying the route, circumstances, and date(s) or approximate date(s) of alleged exposure;<br><br>*Plus, for ZONE A RESIDENTS or ZONE B RESIDENTS only, the following:*<br><br>(1) Declaration from a third-party (*e.g.*, family member, employer, medical professional, co-worker) under penalty of perjury that corroborates the assertions made by the claimant in his/her declaration regarding manifestation of the condition(s) or symptom(s) and/or route of exposure; or<br><br>(2) Extrinsic evidence showing the manifestation of the condition(s) or symptom(s), the route or location of exposure and/or treatment of the condition(s) or symptom(s). | CLEAN-UP WORKER -- $1,300.00<br><br>ZONE A RESIDENT and ZONE B RESIDENT -- $900.00 | No | No |
| A2 | Declaration under penalty of perjury (1) asserting the manifestation of one or more conditions (or the symptom(s) thereof) on Table 1, (2) asserting that such condition(s) (or the symptom(s) thereof) occurred within the applicable timeframe specified in Table 1, and (3) identifying the route, circumstances, and date(s) or approximate date(s) of alleged exposure;<br><br>*Plus the following:*<br><br>Medical records establishing presentment to a medical professional with the condition(s) or symptom(s) claimed in the declaration, where such condition(s) or symptom(s) are persisting at the time of presentment. The CLAIMS ADMINISTRATOR shall determine, based on the totality of the evidence in the medical records, whether that evidence more likely than not supports the assertions made in the declaration. | CLEAN-UP WORKER -- $7,750.00<br><br>ZONE A RESIDENT and ZONE B RESIDENT -- $5,450.00 | Overnight hospitalization:<br>Day 1 -- $10,000.00<br>Days 2 - 6 -- $8,000.00/day<br>Day 7 onwards -- $10,000.00/day<br><br>Hospitalization must occur within one week of the first presentment of the condition(s) or symptom(s) to a medical professional and hospitalization is documented to be for treatment of the condition(s) or symptom(s) listed in Table 1. | Yes |

| | **Proof** | **Lump Sum** | **Enhancer** | **ACTUAL HOSPITAL EXPENSES** |
|---|---|---|---|---|
| A3 | *A-3 Applies to CLEAN-UP WORKERS Only.*<br><br>Declaration under penalty of perjury (1) asserting the manifestation of one or more conditions (or the symptom(s) thereof) on Table 1, (2) asserting that such condition(s) (or the symptom(s) thereof) occurred within the applicable timeframe specified in Table 1, and (3) identifying the route, circumstances, and date(s) or approximate date(s) of alleged exposure;<br><br>*Plus the following:*<br><br>**For claimants with information contained in the Medical Encounters database:** Claims will be evaluated to determine qualification for payment on Level A3 as set forth on Table 2. "Underlying data, documentation, and records," as used on Table 2, shall include: (i) supporting data, documentation, and records from the Medical Encounters database; (ii) supporting data, documentation, and records from other sources of information in the possession of BP that contain individual medical information regarding persons performing RESPONSE ACTIVITIES; and (iii) any other data, documentation, or records (either in the possession of BP or provided by the claimant) reflecting such MEDICAL BENEFITS SETTLEMENT CLASS MEMBER'S transport to a medical facility during or immediately after the performance of RESPONSE ACTIVITIES. Where the underlying data, documentation, and records are to be reviewed pursuant to Table 2, the CLAIMS ADMINISTRATOR shall determine, based on the totality of the evidence in such data, documentation, and records, whether that evidence more likely than not supports the assertions made in the declaration; or<br><br>**For claimants without information contained in the Medical Encounters database but with information contained in another source of information in the possession of BP containing individual medical information regarding persons performing RESPONSE ACTIVITIES and/or who are identified in any other data, documentation, or records (either in the possession of BP or provided by the claimant) reflecting that MEDICAL BENEFITS SETTLEMENT CLASS MEMBER'S transport to a medical facility immediately after the performance of RESPONSE ACTIVITIES:** The CLAIMS ADMINISTRATOR shall review and determine, based on the totality of the evidence in such data, documentation, and records, whether that evidence more likely than not supports the assertions made in the declaration. | $12,350.00 | Overnight hospitalization:<br>Day 1 -- $10,000.00<br>Days 2 - 6 -- $8,000.00/day<br>Day 7 onwards -- $10,000.00/day<br><br>Hospitalization must occur within one week of the first presentment of the condition(s) or symptom(s) to a medical professional and hospitalization is documented to be for treatment of the condition(s) or symptom(s) listed in Table 1. | Yes |

2

| | Proof | Lump Sum | Enhancer | ACTUAL HOSPITAL EXPENSES |
|---|---|---|---|---|
| A4 | *A-4 Applies to CLEAN-UP WORKERS Only.*<br><br>Declaration under penalty of perjury (1) asserting the manifestation of sunstroke (heat stroke), loss of consciousness (fainting) due to heat, heat fatigue (exhaustion) and/or disorders of sweat glands, including heat rash, (2) asserting that such condition(s) occurred during or immediately following a shift working as a clean-up worker, and (3) identifying the circumstances and date(s) or approximate date(s) of that shift;<br><br>*Plus the following:*<br><br>**For claimants with information contained in the Medical Encounters database:** Claims will be evaluated to determine qualification for payment on Level A4 as set forth on Table 2.  "Underlying data, documentation, and records," as used on Table 2, shall include: (i) supporting data, documentation, and records from the Medical Encounters database; (ii) supporting data, documentation, and records from other sources of information in the possession of BP that contain individual medical information regarding persons performing RESPONSE ACTIVITIES; and (iii) any other data, documentation or records (either in the possession of BP or provided by the claimant) reflecting such MEDICAL BENEFITS SETTLEMENT CLASS MEMBER'S transport to a medical facility during or immediately after the performance of RESPONSE ACTIVITIES.  Where the underlying data, documentation, and records are to be reviewed pursuant to Table 2, the CLAIMS ADMINISTRATOR shall determine, based on the totality of the evidence in such data, documentation, and records, whether that evidence more likely than not supports the assertions made in the declaration; or<br><br>**For claimants without information contained in the Medical Encounters database but with information contained on another source of information in the possession of BP containing individual medical information regarding persons performing RESPONSE ACTIVITIES and/or who are identified in any other data, documentation, or records (either in the possession of BP or provided by the claimant) reflecting that MEDICAL BENEFITS SETTLEMENT CLASS MEMBER'S transport to a medical facility immediately after the performance of RESPONSE ACTIVITIES:**  The CLAIMS ADMINISTRATOR shall review and determine, based on the totality of the evidence in such data, documentation, and records, whether that evidence more likely than not supports the assertions made in the declaration. | $2,700.00 | Overnight hospitalization:<br>Day 1 -- $10,000.00<br>Days 2 - 6 -- $8,000.00/day<br>Day 7 onwards -- $10,000.00/day<br><br>Hospitalization must occur within one day of the first presentment of the condition(s) to a medical professional and hospitalization is documented to be for treatment of sunstroke (heat stroke), loss of consciousness (fainting) due to heat, heat fatigue (exhaustion), and/or disorders of sweat glands, including heat rash. | Yes |

3

## II. Compensation for CHRONIC CONDITIONS

| | Proof | Lump Sum | Enhancer | ACTUAL HOSPITAL EXPENSES |
|---|---|---|---|---|
| B1 | Declaration under penalty of perjury (1) asserting the manifestation of one or more conditions (or the symptom(s) thereof) on Table 3, (2) asserting that such condition(s) (or the symptom(s) thereof) occurred within the applicable timeframe specified in Table 3, and (3) identifying the route, circumstances, and date(s) or approximate date(s) of alleged exposure;<br><br>*Plus one of the following:*<br><br>(1) Medical records establishing presentment to a medical professional with the condition(s) or symptom(s) claimed in the declaration, where such condition(s) or symptom(s) are persisting at the time of presentment. The CLAIMS ADMINISTRATOR shall determine, based on the totality of the evidence in the medical records, whether that evidence more likely than not supports the assertions made in the declaration; or<br><br>**(2)(a) For claimants with information contained in the Medical Encounters database:** Claims will be evaluated to determine qualification on Level B1 as set forth on Table 2. "Underlying data, documentation, and records," as used on Table 2, shall include: (i) supporting data, documentation, and records from the Medical Encounters database; (ii) supporting data, documentation, and records from other sources of information in the possession of BP that contain individual medical information regarding persons performing RESPONSE ACTIVITIES; and (iii) any other data, documentation or records (either in the possession of BP or provided by the claimant) reflecting such MEDICAL BENEFITS SETTLEMENT CLASS MEMBER'S transport to a medical facility during or immediately after the performance of RESPONSE ACTIVITIES. Where the underlying data, documentation, and records are to be reviewed pursuant to Table 2, the CLAIMS ADMINISTRATOR shall determine, based on the totality of the evidence in such data, documentation, and records, whether that evidence more likely than not supports the assertions made in the declaration; or<br><br>*Section continues on next page* | CLEAN-UP WORKER -- $60,700.00<br><br>ZONE A RESIDENT and ZONE B RESIDENT -- $36,950.00 | Overnight hospitalization<br>Day 1 --$10,000.00<br>Days 2 - 6 -- $8,000.00/day<br>Day 7 onwards -- $10,000.00/day<br><br>Hospitalization must occur within one week of the first presentment of the condition(s) or symptom(s) to a medical professional and hospitalization is documented to be for treatment of the condition(s) or symptom(s) listed in Table 3. | Yes |

4

| | | | |
|---|---|---|---|
| **(2)(b) For claimants without information contained in the Medical Encounters database but with information contained on another source of information in the possession of BP containing individual medical information regarding persons performing RESPONSE ACTIVITIES and/or who are identified in any other data, documentation, or records (either in the possession of BP or provided by the claimant) reflecting that MEDICAL BENEFITS SETTLEMENT CLASS MEMBER'S transport to a medical facility immediately after the performance of RESPONSE ACTIVITIES:** The CLAIMS ADMINISTRATOR shall review and determine, based on the totality of the evidence in such data, documentation, and records, whether that evidence more likely than not supports the assertions made in the declaration.<br><br>*Plus:*<br><br>Medical records that (a) establish ongoing care/treatment or chronic nature of the condition(s) or symptom(s) and (b) indicate that exposure was considered by either the claimant or the medical professional to be related to the condition(s) or symptom(s). | | | |

**Table 1: Acute SPECIFIED PHYSICAL CONDITIONS**

| SPECIFIED PHYSICAL CONDITIONS (medically synonymous terms to be accepted by CLAIMS ADMINISTRATOR) | Associated Symptoms (medically synonymous terms to be accepted by CLAIMS ADMINISTRATOR) | Route of exposure to oil, other hydrocarbons, and other substances released from the MC252 WELL and/or the *Deepwater Horizon* and its appurtenances, and/or dispersants and/or decontaminants used in connection with the RESPONSE ACTIVITIES | Timeframe Between Exposure and Manifestation |
|---|---|---|---|
| **OCULAR** | | | |
| Conjunctivitis; Corneal ulcer; Keratitis | One or more of the following identified in the declaration:<br>i. eye irritation; or<br>ii. eye burn | Airborne or direct contact | Occurring within 24 hours of exposure |

| **UPPER AIRWAY / RESPIRATORY** | | | |
|---|---|---|---|
| Acute rhinosinusitis; Acute tracheobronchitis; Acute bronchitis | Two or more of the following identified in the declaration:<br>i. nasal congestion, nasal discharge or post-nasal drip;<br>ii. headache, facial pain/pressure or sinus pain;<br>iii. decreased sense of smell;<br>iv. cough;<br>v. sputum production;<br>vi. wheezing; or<br>vii. shortness of breath | Inhalation | Occurring within 72 hours of exposure |
| Acute exacerbation of pre-existing asthma | N/A | Inhalation | Occurring within 48 hours of exposure |
| Acute exacerbation of COPD | N/A | Inhalation | Occurring within 48 hours of exposure |
| Epistaxis (nose bleeding) | N/A | Inhalation | Occurring within 48 hours of exposure |
| **ENT** | | | |
| Acute pharyngitis (throat irritation) | N/A | Inhalation | Occurring within 48 hours of exposure |

7

| **DERMAL** | | | |
|---|---|---|---|
| Acute contact dermatitis (rash): Atopic dermatitis (rash); Eczematous reaction; Folliculitis; Irritant contact dermatitis; Urticaria (hives) | Two or more of the following identified in the declaration (where sunburn, animal or insect bite, or allergic reaction to food, plant, or medication are not also indicated):<br>i. redness;<br>ii. inflammation or pain;<br>iii. blistering;<br>iv. crusting;<br>v. swelling;<br>vi. itching;<br>vii. lesion;<br>viii. dryness or flaking;<br>ix. peeling;<br>x. scaly skin;<br>xi. welts; or<br>xii. pimples | Direct skin contact | Occurring within 72 hours of exposure |
| Acne vulgaris; Oil acne | N/A | Direct skin contact | Occurring within 72 hours of exposure |

| **NEUROPHYSIOLOGICAL / NEUROLOGICAL / ODOR-RELATED** | | | |
|---|---|---|---|
| Headache; Dizziness Fainting; Seizure | N/A | Inhalation | Occurring within 24 hours of exposure |
| Gastrointestinal distress | One or more of the following identified in the declaration:<br>i. nausea;<br>ii. diarrhea;<br>iii. vomiting;<br>iv. abdominal cramps; or<br>v. abdominal pain | Inhalation | Occurring within 24 hours of exposure |

9

**Table 2**

|   | One or More Specific Codes (Category 1) on Medical Encounters Database Consistent with Declaration | Inclusive Info on Medical Encounters Database Consistent with Declaration (other than Code) | Exclusionary Info on Medical Encounters Database | Review Underlying Data, Documentation and Records | Underlying Data, Documentation, and Records Corroborate Declaration | Qualify on A3/A4 |
|---|---|---|---|---|---|---|
| 1 | Yes | N/A | No | No | N/A | Yes |
| 2 | Yes | N/A | Yes | Yes | Yes | Yes |
| 3 | Yes | N/A | Yes | Yes | No | No |

|   | General Code (Category 2) on Medical Encounters Database Consistent with Declaration | Inclusive Info on Medical Encounters Database Consistent with Declaration (other than Code) | Exclusionary Info on Medical Encounters Database | Review Underlying Data, Documentation and Records | Underlying Data, Documentation, and Records Corroborate Declaration | Qualify on A3/A4 |
|---|---|---|---|---|---|---|
| 4 | Yes | Yes | No | No | N/A | Yes |
| 5 | Yes | Yes | Yes | Yes | Yes | Yes |
| 6 | Yes | Yes | Yes | Yes | No | No |
| 7 | Yes | No | No | Yes | Yes | Yes |
| 8 | Yes | No | No | Yes | No | No |
| 9 | Yes | No | Yes | Yes | Yes | Yes |
| 10 | Yes | No | Yes | Yes | No | No |

|   | Other Selected Codes (Category 3) on Medical Encounters Database Consistent with Declaration | Inclusive Info on Medical Encounters Database Consistent with Declaration (other than Code) | Exclusionary Info on Medical Encounters Database | Review Underlying Data, Documentation and Records | Underlying Data, Documentation, and Records Corroborate Declaration | Qualify on A3 |
|---|---|---|---|---|---|---|
| 11 | Yes | N/A | N/A | Yes | Yes | Yes |
| 12 | Yes | N/A | N/A | Yes | No | No |

10

| | No Code on Medical Encounters Database or Code on Medical Encounters Database is Inconsistent with Declaration | Inclusive Info on Medical Encounters Database Consistent with Declaration (other than Code) | Exclusionary Info on Medical Encounters Database | Review Underlying Data, Documentation and Records | Underlying Data, Documentation, and Records Corroborate Declaration | Qualify on A3/A4 |
|---|---|---|---|---|---|---|
| 13 | Yes | Yes | No | Yes | Yes | Yes |
| 14 | Yes | Yes | No | Yes | No | No |
| 15 | Yes | Yes | Yes | Yes | Yes | Yes |
| 16 | Yes | Yes | Yes | Yes | No | No |
| 17 | Yes | No | No | Yes | Yes | Yes |
| 18 | Yes | No | No | Yes | No | No |

| | No Code on Medical Encounters Database | No Inclusive Info on Medical Encounters Database | Exclusionary Info on Medical Encounters Database | Review Underlying Data, Documentation and Records | Underlying Data, Documentation, and Records Corroborate Declaration | Qualify on A3/A4 |
|---|---|---|---|---|---|---|
| 19 | Yes | Yes | N/A | Yes | Yes | Yes |
| 20 | Yes | Yes | N/A | Yes | No | No |

| | Facially Erroneous Code on Medical Encounters Database | Inclusive Info on Medical Encounters Database Consistent with Declaration (other than Code) | Exclusionary Info on Medical Encounters Database | Review Underlying Data, Documentation and Records | Underlying Data, Documentation, and Records Corroborate Declaration | Qualify on A3/A4 |
|---|---|---|---|---|---|---|
| 21 | Yes | Yes | No | Yes | Yes | Yes |
| 22 | Yes | Yes | No | Yes | No | No |
| 23 | Yes | Yes | Yes | Yes | Yes | Yes |
| 24 | Yes | Yes | Yes | Yes | No | No |
| 25 | Yes | No | No | Yes | Yes | Yes |
| 26 | Yes | No | No | Yes | No | No |

| Category 1<br>Specific Codes for Diseases/Disorders | Category 2<br>General Codes for Diseases/Disorders | Category 3<br>Other Selected Codes |
|---|---|---|
| 051 - Chemical burns<br>0721 - Sunstroke (heat stroke)<br>0722 - Loss of consciousness (fainting) due to heat<br>0723 - Heat fatigue (exhaustion)<br>140 - Respiratory diseases, unspecified<br>141 - Acute respiratory infections (including common cold, sinus symptoms)<br>182 - Dermatitis (rash)<br>1431 - Pneumonia<br>1432 - Influenza, influenza-like illness<br>1440 - Chronic Obstructive Pulmonary Disease and allied conditions, unspecified<br>1443 - Asthma<br>4112 - Convulsions, seizures<br>4141 - Headache<br>4171 - Nausea and vomiting<br>4175 - Abdominal pain | 070 - Effects of environmental conditions, unspecified<br>125 - Disorders of the eye, adnexa, vision<br>150 - Digestive system diseases and disorders, unspecified<br>180 - Disorders of the skin and subcutaneous tissue, unspecified<br>181 - Infections of the skin and subcutaneous tissue<br>0950 - Other poisonings and toxic effects, unspecified (carbon monoxide poisoning, smoke inhalation)<br>1421 - Allergic rhinitis<br>1839 - Other inflammatory conditions of skin, not elsewhere classified (sunburn)<br>1895 - Disorders of sweat glands, including heat rash<br>9999 - Non-classifiable | 120 - Nervous system and sense organs diseases, unspecified<br>1232 - Migraine<br>4111 - Loss of consciousness, not heat-related (fainting)<br>4113 - Malaise and fatigue<br>4114 - Dizziness<br>4115 - Non-specific allergic reaction<br>419 - Other symptoms, not elsewhere classified (swelling of limb) |

**Table 3: Chronic SPECIFIED PHYSICAL CONDITIONS**

| CHRONIC SPECIFIED PHYSICAL CONDITIONS (medically synonymous terms to be accepted by CLAIMS ADMINISTRATOR) | Route of exposure to oil, other hydrocarbons, and other substances released from the MC252 WELL and/or the *Deepwater Horizon* and its appurtenances, and/or dispersants and/or decontaminants used in connection with the RESPONSE ACTIVITIES | Timeframe Between Exposure and Manifestation |
|---|---|---|
| **OCULAR** | | |
| Sequela from direct chemical splash to eye(s), *i.e.*, documented objective finding of damage to conjunctiva, cornea and/or surrounding structures. | Direct contact | Beginning within 24 hours of exposure |
| **RESPIRATORY** | | |
| Chronic rhinosinusitis (an inflammatory condition involving the paranasal sinuses and linings of the nasal passages that lasts 12 weeks or longer, despite attempts at medical management), as supported by (i) evidence of at least two of the following four signs: (1) anterior and/or posterior mucopurulent drainage; (2) nasal obstruction; (3) facial pain, pressure and/or fullness; and (4) decreased sense of smell; and (ii) objective evidence of sinus mucosal disease on CT imaging or endoscopic examination. | Inhalation | Beginning, or exacerbation beginning, within 72 hours of exposure |
| Reactive airways dysfunction syndrome (irritant-induced asthma), as supported by a (1) positive methacholine challenge test finding or equivalent test, which signifies hyperactive airways; (2) the absence of pre-existing respiratory disease or asthma; and (3) the exclusion of other causes of symptoms. | Inhalation | Beginning, or exacerbation beginning, within 24 hours of exposure |

| DERMAL | | |
|---|---|---|
| Chronic contact dermatitis at the site of contact; Chronic eczematous reaction at the site of contact | Direct skin contact | Beginning, or exacerbation beginning, within 72 hours of exposure |