# EXHIBIT 9

# MEDICAL BENEFITS CLASS ACTION SETTLEMENT
# <u>WRITTEN DESCRIPTION OF ZONE A AND ZONE B</u>

This document contains an overview of geographical areas which comprise ZONE A and ZONE B of the MEDICAL BENEFITS CLASS ACTION SETTLEMENT.

**I. Definitions**

Below are definitions for terms used repeatedly throughout this overview:

1. *SCAT Line*:  The collection of segments inspected by Shoreline Cleanup Assessment Technique teams from the beginning of the oil spill to the present.  These teams consist of representatives from BP, the federal government, and state governments.  The lines are defined by GPS coordinates determined by SCAT teams and published on the Environmental Response Management Application (ERMA) website, which is published jointly by the National Oceanic and Atmospheric Administration (NOAA), the Environmental Protection Agency (EPA), and the University of New Hampshire.  The SCAT line includes segments that were oiled and segments that were inspected but in which no oil was observed.  A map of these lines is included in this report as Appendix A.
2. *Beach (Zone A)*:  Zone A is defined as areas 1/2 mile inland from the SCAT Line whose primary composition is firm land and whose coastal area is a sandy beach or a generally fixed or inflexible shoreline.
3. *Wetlands (Zone B)*:  Zone B is defined as areas 1 mile inland from the SCAT line whose primary composition is marshes and/or swamps, and whose coastal areas are defined by soils saturated by water.
4. *Levee*:  An artificial earthen ridge designed to control water levels and protect land and property from flooding.  In this context, a levee may be either privately or publicly constructed, owned, and maintained.  In Plaquemines Parish, for example, the extensive levee system is a combination of federally-maintained structures and those built and maintained by private landowners or groups of private landowners.
5. *Bayou*:  A small river or stream with slow-moving water.  Although the names of bayous may differ slightly from those used colloquially in different communities, the names of bayous used as zone boundaries are reported by their names as found on Microsoft Bing Maps and/or official maps published by the following sources:
    a. Louisiana Office of State Lands
    b. U.S. Geological Survey Board on Geographic Names.[1]
6. *Canal*: A man-made water body built for purposes of shipping navigation, pipeline right-of-way, water transport, storm water drainage, or others.  Although the names of canals may differ slightly from those used colloquially in different communities, the names of canals used as zone boundaries are reported by their names as found on Microsoft Bing Maps and/or the official maps published by the following sources:
    a. Louisiana Office of State Lands
    b. U.S. Geological Survey Board on Geographic Names.

---

[1] The USGS Board on Geographic Names publishes national and state files containing names of waterways, landmarks, parks, and other areas at the following site: http://geonames.usgs.gov/domestic/index.html.

7. *Bank/shore*:  A bank or shore refers to the edge of the water or water bottom of a named waterway.  Generally, "banks" refer to the edge of canals, rivers, bayous, and streams, while "shores" refer to the edge of lakes, bays, gulfs, etc.  In instances where the bank is fluid because of tides or other regular fluctuations in water levels, the bank or shore is defined as whatever remains exposed at the highest regular water level.  Regular fluctuations do not include flood events, storm surges, droughts, or other exceptional circumstances.

II. **Principles of Zone Definitions**

The delineation of these zones was guided by three principles:

1. *Distance from SCAT lines*:  In Zone A, this distance was ½ mile, and in Zone B, this distance was one mile.
2. *Continuous but focused on areas which were oiled*:  The medical zones begin and end at the easternmost and westernmost extent of MC-252 oiling and do not extend into waterways which were inspected by SCAT teams but in which no oil was observed.  These waterways include Bay St. Louis, the Back Bay of Biloxi, and Mobile Bay, and Escambia Bay.  Zones include areas that were oiled and areas in which no oil was observed.
3. *Defined by objective and cognizable boundaries*:  Zones were drawn to be bounded by roads, waterways, and landmarks which are visible, easily-referenced, and ascertainable by residents and visitors.  To the extent practicable, these boundaries are the closest to the one-mile (wetlands) or one half-mile (beaches) marker from the SCAT line as possible. In no event are the zone boundaries less than such markers.*  The boundaries are defined by road names found on Microsoft Bing Maps and waterways found on Microsoft Bing Maps and/or government-published maps of waterways, including those from the following sources:
    a. Louisiana Office of State Lands
    b. U.S. Geological Survey Board on Geographic Names.

*NOTE: Throughout much of the Louisiana wetlands, there was no consistent cognizable boundary proximate to the one-mile distance from the SCAT line.  Accordingly, in order to arrive at a cognizable and objective boundary, Zone B in Louisiana often extends well beyond one mile from the SCAT line. This is in no way intended by BP to suggest that those physically present in the zone were exposed to or harmed by oil, other hydrocarbons, or other substances released from the MC252 WELL, and/or exposure to dispersants and/or decontaminants used in connection with the RESPONSE ACTIVITIES. Zone B's boundaries were determined in many cases by the necessity to define the zone objectively and recognizably.

III. **Software Used to Delineate Zones**

The zones were drawn and modified as polygons in ArcView 10.0, a Geographic Information Systems (GIS) software product of the Environmental Systems Research Institute (ESRI).

2

IV. **Rules for Inclusion within Zones**

To supplement the definitions set forth in Section V of this document, the following rules determine inclusion within Zones A and B:

1. *Sides of roads*:  If a zone boundary is defined by a road, parcels on both sides of the road are to be included in the zone.  This inclusion includes parcels which have the boundary road as a street (municipal) address and parcels which are directly accessible to the boundary road via a driveway or parking lot.
2. *Waterways*:  If a zone boundary is defined by a waterway (e.g., lake, bayou, river, canal, bay, etc.), only parcels on the specified side of the waterway are included in the zone.  For example, if a boundary is defined as "the western bank of Main River," only parcels up to and including the western bank are included in the zone.  The Main River itself, and parcels on its eastern bank, are excluded from the zone unless otherwise specified.
3. *Levees*:  When a levee is cited as a boundary of a zone, the "crown," or highest point on the levee itself, is designated as the actual line of demarcation, unless otherwise specified.  The width of the crown may vary depending on the overall width of the levee.
4. *Parcels*:  A parcel is defined as the areas within and including the boundaries of a single contiguous property.  If any portion of the parcel is designated as within a zone, the entirety of that parcel is also included in the zone.  Where available, the official definition of a parcel is determined by maps developed and maintained by county/parish assessors.
5. *Non-continuous boundaries*:  In some instances, the boundaries of zones are slightly non-continuous.  For example, there may be some distances between where streets end and waterways begin, or between the termini of two streets which serve as a zone boundary.  In these instances, the direct line between the two named points will serve as the boundary, and parcels which intersect this line are determined to be included in the zone.

---

V. **Zone Boundaries**

*Zone A.1 – Louisiana*

- This zone consists entirely and exclusively of Grand Isle, LA.

---

*Zone A.2 – Mississippi*[2]

*Western Boundary*:  Eastern bank of Turkey Bayou/Bryan Bayou from CSX railroad tracks to Mississippi Sound/Gulf of Mexico.

*Southern Boundary*:  Northern shore of Mississippi Sound/Gulf of Mexico.

*Eastern Boundary*:  Western bank of Bayou Casotte from Petit Bois Street to northern shore of Mississippi Sound/Gulf of Mexico.

---

[2] Zone A.2 also includes the entirety of the following islands within the Mississippi Sound: Cat Island, Ship Island/West Ship Island, Horn Island, Petit Bois Island.

3

*Northern Boundary*:

- CSX railroad tracks from Turkey Bayou to Bookter Street
- Bookter Street from CSX railroad tracks to S. Necaise Avenue
- S. Necaise Avenue from Bookter Street to Ulman Avenue
- Ulman Avenue from S. Necaise Avenue to Seminary Drive
- Seminary Drive from Ulman Avenue to Highway 90
- Highway 90 from Seminary Drive to Dunbar Avenue
- Dunbar Avenue from Highway 90 to Felicity Street
- Felicity Street from Dunbar Avenue to Beach Boulevard
- Beach Boulevard from Felicity Street to first intersection with western shore of Bay St. Louis
- Western shore of Bay St. Louis from Beach Boulevard to Highway 90
- Highway 90 from western shore of Bay St. Louis to eastern shore of Bay St. Louis
- Eastern shore of Bay St. Louis from Highway 90 to western bank of Mallini Bayou
- Western bank of Mallini Bayou from Bay St. Louis to North Street
- North Street from Mallini Bayou to Menge Avenue
- Menge Avenue from North Street to CSX railroad tracks
- CSX railroad tracks from Menge Avenue to N. Cleveland Avenue
- N. Cleveland Avenue from CSX railroad tracks to Old Pass Road
- Old Pass Road from Cleveland Avenue to McCaughan Avenue
- McCaughan Avenue from Old Pass Road to Old Pass Road
- Old Pass Road from McCaughan Avenue to Hardy Avenue
- Hardy Avenue from Old Pass Road to 11th Street
- 11th Street from Hardy Avenue to 45th Avenue
- 45th Avenue from 11th Street to 13th Street
- 13th Street from 45th Avenue to 42nd Avenue
- 42nd Avenue from 13th Street to 15th Street
- 15th Street from 42nd Avenue to 38th Avenue
- 38th Avenue from 15th Street to 14th Street
- 14th Street from 38th Avenue to 36th Avenue
- 36th Avenue from 14th Street to Southward Drive
- Southward Drive from 36th Avenue to Eastward Avenue
- Eastward Avenue from Southward Drive to 16th Street
- 16th Street from Eastward Avenue to 29th Avenue
- 29th Avenue from 16th Street to 17th Street
- 17th Street from 29th Avenue to 25th Avenue/R.B. Meadows Boulevard
- 25th Avenue/R.B. Meadows Boulevard from 17th Street to 19th Street
- 19th Street from 25th Avenue/R.B. Meadows Boulevard to 22nd Avenue
- 22nd Avenue from 19th Street to 20th Street
- 20th Street from 22nd Avenue to 20th Avenue
- 20th Avenue from 20th Street to 21st Street
- 21st Street from 20th Avenue to 18th Avenue
- 18th Avenue from 21st Street to 22nd Street
- 22nd Street from 18th Avenue to 15th Avenue
- 15th Avenue from 22nd Street to 23rd Street

- 23rd Street from 15th Avenue to Kenneth Avenue
- Kenneth Avenue from 23rd Street to 24th Street
- 24th Street from Kenneth Avenue to Kelly Avenue
- Kelly Avenue from 24th Street to Oak Place
- Oak Place from Kelly Avenue to 25th Street
- 25th Street from Oak Place to Hewes Avenue
- Hewes Avenue from 25th Street to 31st Street
- 31st Street from Hewes Avenue to F Avenue
- F Avenue from 31st Street to 29th Street
- 29th Street from F Avenue to 30th Street
- 30th Street from 29th Street to Courthouse Road
- Courthouse Road from 30th Street to Perry Street/White Street
- Perry Street/White Street from Courthouse Road to Tegarden Road
- Tegarden Road from White Street to Riley Avenue
- Riley Avenue from Tegarden Road to Poplar Avenue
- Poplar Avenue from Riley Avenue to Cowan Road
- Cowan Road from Poplar Avenue to East Pass Road/Pass Road
- East Pass Road/Pass Road from Cowan Road to Ploesti Drive
- Ploesti Drive from Pass Road to Hercules Street
- Hercules Street from Ploesti Drive to Phantom Street
- Phantom Street from Hercules Street to Hangar Road
- Hangar Road from Phantom Street to D Street
- D Street from Hangar Road to Chappie James Avenue
- Chappie James Avenue from D Street to 5th Street
- 5th Street from Chappie James Avenue to Judge Sekul Avenue
- Judge Sekul Avenue from 5th Street to Porter Avenue
- Porter Avenue from Judge Sekul Avenue to Division Street
- Division Street from Porter Avenue to Oak Street
- Oak Street from Division Street to 3rd Street
- 3rd Street from Oak Street to Seymour Lane
- Seymour Lane from 3rd Street to E. Howard Avenue
- E. Howard Avenue from Seymour Lane to western shore of Biloxi Bay
- Western shore of Biloxi Bay from E. Howard Avenue to eastern shore of Biloxi Bay
- Eastern shore of Biloxi Bay from Highway 90 to southern bank of Old Fort Bayou
- Southern bank of Old Fort Bayou from Biloxi Bay to Washington Avenue
- Washington Avenue from Old Fort Bayou to Government Street
- Government Street from Washington Avenue to General Pershing Avenue
- General Pershing Avenue from Government Street to Porter Avenue
- Porter Avenue from General Pershing Avenue to Forest Hills Drive
- Forest Hills Drive from Porter Avenue to Swetman Lane
- Swetman Lane from Forest Hills Drive to Pine Drive
- Pine Drive from Swetman Lane to Kensington Avenue
- Kensington Avenue from Pine Drive to Simon Boulevard
- Simon Boulevard from Kensington Avenue to Lafitte Avenue
- Lafitte Avenue from Simon Boulevard to Holcomb Boulevard
- Holcomb Boulevard from Lafitte Avenue to Davidson Road

- Davidson Road from Holcomb Boulevard to Halstead Road
- Halstead Road from Davidson Road to English Drive
- English Drive from Halstead Road to Park Place
- Park Place/Hanley Drive from English Drive to Belmont Drive
- Belmont Drive from Hanley Drive to eastern terminus of Belmont Drive/Stark Bayou
- Stark Bayou from eastern terminus of Belmont Drive to Hanley Road[3]
- Hanley Road from Stark Bayou to Park Road
- Park Road/Gulf Island National Seashore Parkway from Hanley Road to Government Street
- Government Street from Gulf Island National Seashore Parkway to eastern bank of Heron Bayou
- Eastern bank of Heron Bayou from Gulf Island National Seashore Parkway to eastern bank of Davis Bayou
- Eastern bank of Davis Bayou from Heron Bayou to eastern bank of Simmons Bayou
- Northern bank of Simmons Bayou from Davis Bayou to Beachview Drive
- Beachview Drive from Simmons Bayou to Point aux Chenes Road
- Point aux Chenes Road from Beachview Drive to 11th Street
- 11th Street from Point aux Chenes Road to Neptune Avenue
- Neptune Avenue from 11th Street to 14th Street
- 14th Street from Neptune Avenue to Clamshell Avenue
- Clamshell Avenue from 14th Street to eastern terminus of Clamshell Avenue
- Shelby Lane from western terminus of Shelby Lane to Jean Lane
- Jean Lane from western terminus of Shelby Lane to Biddix Evans Road
- Biddix Evans Road from Jean Lane to Elm Street
- Elm Street from Biddix Evans Road to Center Street
- Center Street from Elm Street to Main Street
- Main Street from Center Street to Walnut Street
- Walnut Street/Beach Street from Main Street to Main Street
- Main Street from Beach Street to Maple Street
- Maple Street from Main Street to Beach Street
- Beach Street from Maple Street to Octavia Street
- Octavia Street from Beach Street to southern bank of Graveline Bayou
- Southern bank of Graveline Bayou from Octavia Street to Albatross Drive[4]
- Albatross Drive from Graveline Bayou to Tradewinds Drive
- Tradewinds Drive from Albatross Drive to Neptune Drive
- Neptune Drive from Tradewinds Drive to Barracuda Drive
- Barracuda Drive from Neptune Drive to Porpoise Drive
- Porpoise Drive from Barracuda Drive to Graveline Road
- Graveline Road from Porpoise Drive to Belvedere Drive
- Belvedere Drive from Graveline Drive to northern terminus of Belvedere Drive
- Northern terminus of Belvedere Drive to Shepard State Park
- Shepard State Park from northern terminus of Belvedere Drive to southern terminus of Cherokee Road
- Cherokee Road from southern terminus of Cherokee Road to Navaho Road

---

[3] Parcels abutting both banks of Stark Bayou are included within Zone A.2.
[4] Graveline Bayou forks into a narrower northern branch; this boundary follows that northern branch to Albatross Drive.

- Navaho Road from Cherokee Road to northern terminus of Navaho Road/CSX railroad tracks
- CSX railroad tracks from Navaho Road to Old Spanish Trail
- Old Spanish Trail from CSX railroad tracks to Magnolia Tree Drive
- Magnolia Tree Drive from Old Spanish Trail to Highway 90
- Highway 90 from Magnolia Tree Drive to Pascagoula Street
- Pascagoula Street from Highway 90 to St. Mark Avenue
- St. Mark Avenue from Pascagoula Street to Resca de la Palma Street
- Resca de la Palma Street from St. Mark Avenue to St. Peter Avenue
- St. Peter Avenue from Resca de la Palma Street to Market Street
- Market Street from St. Peter Avenue to Ingalls Avenue
- Ingalls Avenue from Market Street to 11th Street
- 11th Street from Ingalls Avenue to Tyler Avenue
- Tyler Avenue from 11th Street to Belair Street
- Belair Street from Tyler Avenue to Ingalls Avenue
- Ingalls Avenue from Belair Street to Olson Street
- Olson Street from Ingalls Avenue to Petit Bois Street
- Petit Bois Street from Olson Street to eastern terminus of Petit Bois Street/Bayou Casotte

*Zone A.3 – Alabama*[5]

*Western Boundary*: Eastern bank of Bayou La Batre

*Southern Boundary*: Northern shore of Gulf of Mexico

*Eastern Boundary*: Hemley Road from Old Rock Road to northern shore of Gulf of Mexico

*Northern Boundary*:

- Midway Street from western terminus of Midway Street/eastern bank of Bayou LaBatre to Highway 188
- Highway 188 from Midway Street to Pirtle Street
- Pirtle Street from Highway 188 to western bank of Bayou Coden
- Eastern bank of Bayou Coden from Pirtle Street to Riva Road
- Riva Road from Bayou Coden to Old Rock Road
- Old Rock Road from Riva Road to Hemley Road

*Zone A.4 – Alabama/Florida*

*Western Boundary*: Eastern shore of Mobile Bay

*Southern Boundary*: Northern shore of Gulf of Mexico

---

[5] Zone A.3 includes the entirety of Dauphin Island.

*Eastern Boundary*: Western bank of Gulf County Canal

*Northern Boundary*:

- Southern shore of Bon Secour Bay/Mobile Bay from beginning of Fort Morgan Peninsula to Highway 180 at intersection with Plantation Road
- Highway 180 from Plantation Road to Hardwood Drive
- All developed land containing the entirety of the following streets and any parcels therein:
    - Hardwood Drive (West and East)
    - Renee Marie Avenue
    - Meeker Lane
    - Twin Pines Circle
    - Pindo Drive
    - Dorado Way
    - Primrose Lane
    - Lagoon Circle
    - Garden Park Terrace
- Highway 180 from Garden Park Terrace to E. Fairway Drive, including the entirety of Boddie Lane, Younce Lane, Buskens Lane, and W. Fairway Drive between Highway 180 and Wedgewood Drive
- E. Fairway Drive from Highway 180 to Holly Lane
- All parcels along and north of Highway 180 and west of Regency Road, consisting of parcels along Briarwood Drive, Pineridge Drive, Forestwood Drive, Royal Oak Circle, Lora Point Lane, and Palmetto Court west of Regency Road
- Regency Road from Palmetto Court to Clubhouse Drive
- Clubhouse Drive from Regency Road to W. 2nd Street
- W. 2nd Street from Clubhouse Drive to W. Commerce Avenue
- W. Commerce Avenue from W. 2nd Street to Highway 59 (Gulf Shores Parkway)
- Highway 59 from W. Commerce Avenue to E. 15th Avenue
- E. 15th Avenue from Highway 59 to E. 2nd Street
- E. 2nd Street from E. 15th Avenue to Route 135 (Alabama's Coastal Connection)
- Route 135 from E. 2nd Street to County Road 2
- County Road 2/State Park Road 2 from Route 135 to Campground Road
- Campground Road from State Park Road 2 to Orange Beach Road
- Orange Beach Road from Campground Road to southern bank of Bayou La Launch
- Southern bank of Bayou La Launch/Arnica Bay/Bellville Bay/Old River/Intracoastal Waterway from Orange Beach Road to Route 292 (Perdido Key Drive)
- Route 292 from Intracoastal Waterway to Sorrento Road
- Northern termini of and all parcels along the following streets between Sorrento Road and Blue Angel Parkway[6]:
    - Sunburst Lane

---

[6] This portion of Zone A.4 is intended to capture all parcels south of the described line.  For example, all parcels along Quintin Road are included since the entire street is located south of the northern termini of the named roads.  Likewise, all parcels along Sage Avenue and Longwood Drive are included since they fall south of Terra Lake Circle.  Similarly, Classic Drive and Horton Drive are not named as boundaries but are included in the zone by virtue of being within Terra Lake Circle.  Finally, all parcels along the named roads are included.

8

- - - 
  - - - 
    - Avon Road
    - McGrits Boulevard
    - Cambria Drive
    - Medina Road
    - Chatham Avenue
    - Kee Memorial Drive
    - Statler Avenue
    - Yellow Bluff Road
    - Arrowhead Road
    - Viking Road
    - Plateau Road
    - Cartier Drive
    - Terra Lake Circle
    - Naples Drive
    - Chandelle Lake Drive
    - Chandelle Drive
    - Sandcliff Drive
    - Shorewood Drive
    - Leeward Drive
    - Gunwale Road
    - Keel Drive
    - Marlinspike Road
- Blue Angel Parkway from Martinspike Drive to Gulf Beach Highway
- Gulf Beach Highway from Blue Angel Parkway to S. Loop Road
- S. Loop Road/Road to Fort Barrancas from Gulf Beach Highway to Fuel Farm Road
- Fuel Farm Road from Road to Fort Barrancas to Tow Road
- Tow Road from Fuel Farm Road to Taylor Road
- Taylor Road from Tow Road to Murray Road
- Murray Road from Taylor Road to Duncan Road
- Duncan Road from Murray Road to northern bank of Bayou Grand
- Northern bank of Bayou Grand from Duncan Road to western/southern shore of Pensacola Bay
- Western/southern shore of Pensacola Bay from Bayou Grand to Fort Pickens State Park
- Southern shore of Pensacola Bay/Santa Rosa Sound/Intracoastal Waterway from Fort Pickens State Park to East Pass[7]
- Highway 98 from East Pass Bridge to Main Street (Highway 30A)
- Main Street from Highway 98 to Airport Road
- Airport Road from Main Street to Indian Bayou Trail
- Indian Bayou Trail from Airport Road to Commons Drive
- Commons Drive from Indian Bayou Trail to Paraiso Boulevard
- Paraiso Boulevard from Commons Drive to Route 293 (Danny Wuerffel Way)
- Route 293 from Paraiso Boulevard to Highway 98
- Highway 98 from Route 293 to northwestern-most finger of Powell Lake[8]
- South shore of Powell Lake from northwestern-most finger of Powell Lake to Wild Heron Way[9]

---

[7] Zone A.4 includes the entirety of Santa Rosa Island.
[8] Included in this stretch of Highway 98 is the Destin East Mobile Home Park and Reeves Road.

9

- Wild Heron Way from south shore of Powell Lake to Highway 98 (Back Beach Road)
- Highway 98 from Wild Heron Way to Clara Avenue
- Clara Avenue from Highway 98 to Hutchison Boulevard
- Hutchison Boulevard from Clara Avenue to Thomas Drive
- Thomas Drive from Hutchison Boulevard to N. Lagoon Drive
- N. Lagoon Drive from Thomas Drive to Joan Avenue
- Joan Avenue from N. Lagoon Drive to Houston Street
- Houston Street from Joan Avenue to Allison Avenue
- Allison Avenue from Houston Street to Terrell Street
- Terrell Street from Allison Avenue to Laurie Avenue
- Laurie Avenue from Terrell Street to N. Lagoon Drive
- N. Lagoon Drive from Laurie Avenue to Bay Avenue
- Bay Avenue from N. Lagoon Drive to northern shore of Grand Lagoon
- Southern shore of Grand Lagoon from Python Street to East Pass
- Southern shore of St. Andrew Bay from East Pass/St. Andrew's State Recreation Area to northern edge of Hurricane Island
- Northern edge of Hurricane Island from St. Andrew Bay to southern shore of St. Andrew Sound[10]
- Southern shore of St. Andrew Sound to Crooked Island Beach Road
- Crooked Island Beach Road from closest point to St. Andrew Sound to Highway 98
- Highway 98 from Crooked Island Beach Road to County Road 386 S, including parcels along and south of the termini of the following roads:
    - 44th Street
    - Water Drive
    - N. 35th Street
    - N. 32nd Street
    - N. 30th Street
    - N. 29th Street
    - N. 28th Street
    - E. 27th Street
    - N. 26th Street
    - 22nd Street
    - N. 20th Street
    - Nanook Road
    - Kim Cove
    - Lalla Lane
    - Bailey Lane
    - Ocean Plantation
    - St. Frances Street
    - St. Charles Street
    - Parker Parkway
    - Sleepy Hollow Road
    - Sun and Sands Street
    - W. 15th Street

---

[9] This portion of the zone includes parcels along and south of West Shore Drive, N. Walton Street, Lakeshore Drive, and Earl Road.
[10] This portion of the zone includes the entirety of Hurricane Island and Crooked Island.

- o   Steves Lane
- o   Cypress Avenue
- o   Oakwood Drive
- County Road 386 South from north of Oakwood Drive to Phillips Drive
- Phillips Drive from County Road 386 South to eastern terminus of Phillips Drive
- The termini of the following roads, including all parcels along and between the northern termini and the Gulf of Mexico:
    - o   Triton Street
    - o   Nutmeg Street
    - o   Tulip Avenue
    - o   Olive Avenue
    - o   Sunray Court
    - o   Beacon Hill Park Road
    - o   Four J's Road
    - o   Kaelyn Lane
    - o   Gulf Aire Drive
    - o   Cristin's Curve Road
    - o   Nautilus Drive
    - o   Ward Street
    - o   Georgia Avenue
    - o   Balboa Street
    - o   Magellan Street
    - o   Pineda Street
    - o   Santa Anna Street
    - o   Gulf Street
    - o   N. Caicos Drive
    - o   Sea Haven Drive
    - o   White Blossom Trail
    - o   Trace View Way
    - o   Gulf Terrace Lane
    - o   Dancing Moon Lane
    - o   Sea Turtle Drive
- Highway 98 from southern terminus of Sea Turtle Drive to Gulf County Canal, including the termini of the following streets and all parcels along and between the termini and the Gulf of Mexico:
    - o   Victoria Avenue
    - o   Whiting Street
    - o   Snapper Street
    - o   Dixie View Lane
    - o   Parker Avenue
    - o   Cobia Avenue
    - o   Grouper Avenue
    - o   Marlin Street
    - o   Trout Avenue
    - o   Ling Street
    - o   Dolphin Street
    - o   Bonita Street
    - o   Angel Fish Street

11

*Zone A.5 – Florida*[11]

*Western Boundary*: Eastern shore of Gulf of Mexico along St. Joseph Peninsula

*Southern Boundary*: Northern shore of Gulf of Mexico

*Eastern Boundary*: Eastern edge of Dog Island

*Northern Boundary*:

- Southern shore of St. Joseph Bay from northern edge of St. Joseph Peninsula State Park to County Road 30A
- County Road 30A from southern shore of St. Joseph Bay to Barefoot Trail
- Barefoot Trail from County Road 30A to Cottage Lane
- Cottage Lane from Barefoot Trail to eastern terminus of Cottage Lane
- Painted Pony Road from western terminus of Painted Pony Road to Indian Pass Road
- Indian Pass Road from Painted Pony Road to southern bank of canal connecting Indian Pass Road to Indian Lagoon
- Southern bank of canal connecting Indian Pass Road to Indian Lagoon from Indian Pass Road to Indian Lagoon
- Southern shore of Indian Lagoon from Indian Pass Road to western shore of Indian Pass
- Western shore of Indian Pass from Indian Lagoon to southern shore of St. Vincent Sound
- Southern shore of St. Vincent Sound from Indian Pass to southern shore of Apalachicola Bay
- Southern shore of Apalachicola Bay from St. Vincent Sound to southern shore of St. George Sound
- Southern shore of St. George Sound from Apalachicola Bay to eastern edge of Dog Island


*Zone B.1 – Louisiana*:

*Western Boundary*: Eastern bank of Intracoastal Waterway

*Eastern Boundary*: Eastern edge of Marsh Island (Russell Sage Unified Game Reserve)

*Southern Boundary*: Northern shore of Gulf of Mexico

*Northern Boundary*:
- Southern bank of Belle Isle Bayou from the Intracoastal Waterway to southern shore of Fearman Lake
- Southern shore of Fearman Lake from Belle Isle Bayou to southern bank of Bayou Fearman
- Southern bank of Bayou Fearman from Fearman Lake to southern shore of Vermilion Bay

---

[11] Zone A.5 includes the entirety of St. Vincent Island, Little St. George Island, St. George Island, and Dog Island.

- Southern shore of Vermilion Bay from Bayou Fearman to eastern edge of Marsh Island

---

***Zone B.2 – Louisiana:***[12]

*Western Boundary*:  Western edge of Point Au Fer Island

*Eastern Boundary*:  Western shores of Breton Sound, Chandeleur Sound, and Gulf of Mexico

*Southern Boundary*:  Northern shore of Gulf of Mexico

- *Northern Boundary*: Southern shore of Four League Bay from Atchafalaya Bay to southern bank of Blue Hammock Bayou
- Southern bank of Blue Hammock Bayou from Four League Bay to eastern bank of Lost Lake Pass
- Eastern bank of Lost Lake Pass from Blue Hammock Bayou to southern shore of Lost Lake
- Southern shore of Lost Lake from Lost Lake Pass to eastern bank of Bayou de Cade
- Eastern bank of Bayou de Cade from Lost Lake to western bank of Turtle Bayou
- Western bank of Turtle Bayou from Bayou de Cade to western shore of Lake Pagie
- Western shore of Lake Pagie from Turtle Bayou to western bank of Bayou Chevreau
- Western and southern banks of Bayou Chevreau from Lake Pagie to southern shore of Goose Bay
- Southern shore of Goose Bay from Bayou Chevreau to  northern shore of Lake Mechant
- Northern shore of Lake Mechant from Goose Bay to southern bank of Small Bayou la Pointe
- Southern bank of Small Bayou la Pointe from Lake Mechant to southern shore of Lake de Cade
- Southern/eastern shore of Lake de Cade from Small Bayou la Pointe to southern bank of Falgout Canal
- Southern bank of Falgout Canal from Lake de Cade to Houma western bank of Houma Navigation Canal
- Western bank of Houma Navigation Canal from Falgout Canal to eastern bank of Four Point Bayou
- Eastern bank of Four Point Bayou from Houma Navigation Canal to Bayou Sale Road
- Bayou Sale Road from Four Point Bayou to eastern terminus of Bayou Sale Road/ eastern bank of Bayou Petit Caillou
- Eastern bank of Bayou Petite Caillou from Bayou Sale Road to southern bank of Bush Canal
- Southern bank of Bush Canal from Bayou Petite Caillou to eastern bank of Bayou Terrebonne
- Eastern bank of Bayou Terrebonne from Bush Canal to southern terminus of Madison Canal Road
- Western shore of Madison Bay from southern terminus of Madison Canal Road to Madison Canal
- Madison Canal from western shore of Madison Bay to southern/western bank of Bayou Barre
- Southern/western bank of Bayou Barre from Madison Canal to southern bank of Canal Saint Jean Charles
- Southern bank of Canal Saint Jean Charles from Bayou Barre to eastern levee protection system surrounding Bayou Saint Jean Charles
- Eastern levee around Bayou Saint Jean Charles from Canal Saint Jean Charles to Island Road

---

[12] Zone B.2 also includes the Chandeleur Islands.

13

- Island Road from eastern levee surrounding Bayou Saint Jean Charles to western levee surrounding Bayou Pointe au Chien
- Western levee surrounding Bayou Point au Chien from Island Road to Bayou Pointe au Chien
- Bayou Pointe au Chien from western levee surrounding Bayou Pointe au Chien to southern shore of Pipeline Canal
- Southern bank of Pipeline Canal from Bayou Pointe au Chien to western bank of Grand Bayou Blue
- Western bank of Grand Bayou Blue from Pipeline Canal to western bank of Bayou Pierre et Lee
- Western bank of Bayou Pierre et Lee from Grand Bayou Blue to southern bank of Southwestern Louisiana Canal
- Southern bank of Southwestern Louisiana Canal from Bayou Pierre et Lee to eastern bank of Bayou Lafourche
- Eastern bank of Bayou Lafourche from Southwestern Louisiana Canal to eastern levee system south of Golden Meadow
- Eastern levee system beginning south of Golden Meadow to southern bank of Intracoastal Waterway
- Southern bank of Intracoastal Waterway from end of eastern levee system to southern bank of Pailet Canal
- Southern bank of Pailet Canal from Intracoastal Waterway to western bank of Bayou Barataria
- Western bank of Bayou Barataria from Pailet Canal to southern bank of Bayou des Oies
- Southern bank of Bayou des Oies from Bayou Barataria to western shore of The Pen
- Western shore of The Pen from Bayou des Oies to southern bank of Bayou Dupont
- Southern bank of Bayou Dupont from The Pen to Jefferson/Plaquemines Parish Line
- Jefferson/Plaquemines Parish Line from Bayou Dupont to levee system beginning south of Cheneire Traverse Bayou
- Western levee system from south of Cheneire Traverse Bayou to Hummingbird Lane
- Hummingbird Land from western levee system south of Chaneire Traverse Bayou to Audubon Drive
- Audubon Drive from Hummingbird Lane to Highway 23 (Belle Chasse Highway)
- Highway 23 from Audubon Drive to Myrtle Grove Road
- Myrtle Grove Road from Highway 23 to levee system north of Wilkinson Canal
- Western levee system north of Wilkinson Canal to Highway 23
- Highway 23 from levee system north of Wilkinson Canal to beginning of federal levee system at St. Jude Road
- Federal levee system from Highway 23 to western terminus of Eric Chedville Lane
- Eric Chedville Lane from western terminus to eastern terminus
- Eastern terminus of Eric Chedville Lane to western bank of Mississippi River
- Western bank of Mississippi River from Eric Chedville Lane to E. Karen Lane
- E. Karen Lane from Mississippi River to Highway 11
- Highway 11 from E. Karen Lane to Jules Lane
- Jules Lane/Triumph Pump Road from Highway 11 to western federal levee system
- Western federal levee system from Triumph Pump Road to Highway 23
- Highway 23 from western federal levee system to northern terminus of Red Pass
- Western bank of Red Pass from northern terminus to southern bank of Pass Tante Phine
- Southern bank of Pass Tante Phine to eastern bank of Tiger Pass
- Eastern bank of Tiger Pass from Pass Tante Phine to western bank of Mississippi River

- Western bank of Mississippi River from Tiger Pass to northern mouth of Pass a Loutre
- Northern mouth of Pass a Loutre from western bank of Mississippi River to eastern bank of Mississippi River
- Eastern bank of Mississippi River from Pass a Loutre to southern bank of Bayou Lamoque
- Southern bank of Bayou Lamoque from Mississippi River to eastern bank of Back Levee Canal
- Eastern bank of Back Levee Canal from Bayou Lamoque to terminus at Highway 39 south of Phoenix
- Highway 39 from Back Levee Canal to northern bank of Belair Canal
- Northern bank of Belair Canal from Highway 39 to eastern bank of Joe Brown Canal
- Southern/eastern bank of Joe Brown Canal from Belair Canal to eastern bank of Forty Arpent Canal
- Eastern bank of Forty Arpent Canal from Joe Brown Canal to western shore of Big Mar
- Western shore of Big Mar from Forty Arpent Canal to southern bank of Delacroix Canal
- Southern bank of Delacroix Canal from Big Mar to western bank of Mandeville Bayou
- Western bank of Mandeville Bayou from Delacroix Canal to northern shore of Lake Lery
- Northern shore of Lake Lery from Mandeville Bayou to western bank of Bayou Lery
- Western bank of Bayou Lery from Lake Lery to western bank of Bayou Terre au Beoufs
- Western bank of Bayou Terre au Bouefs from Bayou Lery to southern terminus of Delacroix Highway
- Southernmost segment of Delacroix Highway from Bayou Terre au Bouefs to levee system east of Delacroix Highway
- Eastern levee system east of Delacroix Highway from southernmost segment of Delacroix Highway to northern terminus of eastern levee system at Delacroix Highway
- Delacroix Highway from northern terminus of levee system to levee system beginning just south of Florrisant Highway
- Southern levee system below Florrisant Highway (Highway 46) from Delacroix Highway to the eastern terminus ending at Florrisant Highway
- Florrisant Highway (Highway 46) from eastern terminus of levee system to southern terminus at Bayou la Loutre
- Western bank of Bayou la Loutre from southern terminus of Florrisant Highway to eastern bank of Mississippi River-Gulf Outlet Canal (MR-GO)
- Eastern bank of MR-GO from Bayou la Loutre to eastern bank of Bayou Yscloskey
- Eastern bank of Bayou Yscloskey to southern shore of Lake Borgne
- Southern shore of Lake Borgne from Bayou Yscloskey to Chandeleur Sound

**Zone B.3 – Louisiana and Mississippi**

*Western Boundary*:

- Eastern shore of Lake Pontchartrain from Salt Bayou to eastern/ northern bank of the Rigolets Pass
- Eastern/northern bank of the Rigolets Pass from Lake Pontchartrain to western bank of East Double Bayou
- Eastern shore of Lake St. Catherine from Rigolets Pass at East Double Bayou to Bayou Platte

15

- Eastern bank of Bayou Platte from Lake St. Catherine to southern bank of Intracoastal Waterway
- Southern bank of Intracoastal Waterway from Bayou Platte to eastern bank of Chef Menteur Pass
- Eastern bank of Chef Menteur Pass from Intracoastal Waterway to northern bank of Lake Borgne

*Southern Boundary*:  Northern shore of Lake Borgne

*Eastern Boundary*:  Western bank of Turkey Bayou and Bryan Bayou from CSX railroad to northern shore of Mississippi Sound/Gulf of Mexico

*Northern Boundary*:

- Southern bank of Salt Bayou from eastern shore Lake Pontchartrain to western bank of West Pearl River
- Western bank of West Pearl River from Salt Bayou to eastern bank of East Mouth
- Eastern bank of East Mouth from West Pearl River to northern bank of Johnson Pass
- Northern bank of Johnson Pass from East Mouth to western bank West Middle River
- Western bank of West Middle River from Johnson Pass to southern bank of Johnny Three Bayou
- Southern bank of Johnny Three Bayou from West Middle River to western bank of Old Pearl River
- Western bank of Old Pearl River from Johnny Three Bayou to eastern bank of Pearl River
- Eastern bank of Pearl River from Old Pearl River to western/ southern bank of Cross Bayou
- Western/southern bank of Cross Bayou from Pearl River to western bank of Mulatto Bayou
- Western bank of Mulatto Bayou from Cross Bayou to southern bank of Woody Bayou
- Southern bank of Woody Bayou from Mulatto Bayou to southern bank of Grand Plains Bayou
- Southern bank of Grand Plains Bayou from Woody Bayou to CSX railroad tracks
- CSX railroad tracks from Grand Plains Bayou to Turkey Bayou

---

**Zone B.4 – Mississippi and Alabama**

*Western Boundary*:

- Eastern bank of Bayou Casotte from Gulf of Mexico to Tillman Street
- Tillman Street from Bayou Casotte to Orchard Road
- Orchard Road from Tillman Street to Industrial Road
- Industrial Road from Orchard Road to Old Mobile Highway
- Old Mobile Highway from Industrial Road to Bayou Cumbest Road

*Southern Boundary*:  Northern shore of Mississippi Sound/Gulf of Mexico

*Eastern Boundary*:

- Highway 188 from Highway 19 (Irvington Bib Highway) to western bank of Bayou La Batre
- Western bank of Bayou La Batre from Highway 188 (Alabama's Coastal Connection) to Gulf of Mexico

16

*Northern Boundary*:

- Bayou Cumbest Road from Old Mobile Highway to Orange Grove Road
- Orange Grove Road from Bayou Cumbest Road to CSX railroad tracks
- CSX railroad tracks from Orange Grove Road to Mississippi/Alabama state line
- Mississippi/Alabama state line from CSX railroad tracks to Hugh Fort Road
- Hugh Fort Road from Mississippi/Alabama state line to Miller Lane
- Miller Lane from Hugh Fort Road to Roy Miller Road
- Roy Miller Road from Miller Lane to Potter Tract Road
- Potter Tract Road from Roy Miller Road to Turkey Farm Road
- Turkey Farm Road from Potter Tract Road to Henderson Camp Road
- Henderson Camp Road from Turkey Farm Road to Wheatcroft Road North
- Wheatcroft Road North from Henderson Camp Road to eastern terminus of Wheatcroft Road North/beginning of Locust Drive
- Locust Drive from western terminus of Locust Drive to Glass Road
- Glass Road from Locust Drive to Highway 188 (Alabama's Coastal Connection)
- Highway 188 from Glass Road to Bayou La Batre

**Zone B.5 – Alabama**

*Western Boundary*:  Hemley Road from northern shore of Gulf of Mexico to Patrusky Road

*Southern Boundary*:  Northern shore of Gulf of Mexico

*Eastern Boundary*:  Western shore of Mobile Bay

*Northern Boundary*:

- Patrusky Road from Hemley Road to Gwodz Road
- Gwodz Road from Patrusky Road to Old Rock Road
- Old Rock Road from Gwodz Road to Highway 59 (Alabama's Coastal Connection)
- Highway 59 from Old Rock Road to Highway 188
- Highway 188 from Highway 59 to Highway 193 (Dauphin Island Parkway)
- Highway 193 (Dauphin Island Parkway) from Highway 188 to Jones Road
- Jones Road from Highway 193 to eastern terminus of Jones Road/ Mobile Bay