# EXHIBIT 10

## Zone A.1 - Louisiana



## Zone A.2 - Mississippi



## Zone A.3 - Alabama



## Zone A.4 – Alabama/Florida



## Zone A.5 – Florida

