# EXHIBIT 11

## Zone B.1 - Louisiana



## Zone B.2 - Louisiana



## Zone B.3 – Louisiana/Mississippi



## Zone B.4 – Mississippi/Alabama



## Zone B.5 – Alabama

