UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * MDL NO. 2179 * * * * SECTION J * |
| Relates to: *All Cases* | * JUDGE BARBIER |
| (Including Nos. 12-968 and 12-970) | * * MAG. JUDGE SHUSHAN |

## ORDER

**CONSIDERING** the Motion by the Plaintiff Steering Committee to Clarify the Hold-Back Order, together with the Settlement Agreements, the Preliminary Approval Orders, and the record in this multi-district litigation proceeding:

**IT IS ORDERED** that the existing "Hold-Back Order" [Doc 5274] be and is hereby clarified to make it clear that no Settlement Payments made by and through the Court-Supervised Settlement Program, or other benefits paid to or for the members of the Medical Settlement Class and/or the Economic Settlement Class, under the terms of the Settlement Agreements shall be "held back", reserved, or deducted from such payments or benefits.

Signed at New Orleans, Louisiana this 3rd day of May, 2012.

_____
United States District Judge