**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

_____
                                                          )
**In re: Oil Spill by the Oil Rig "Deepwater**          )        **MDL No. 2179**
**Horizon" in the Gulf of Mexico, on**                  )
**April 20, 2010**                                       )        **SECTION J**
                                                          )
                                                          )        **JUDGE BARBIER**
Applies to:                                               )
                                                          )        **MAGISTRATE SHUSHAN**
STING REA CHARTERS, INC. & CAPT.                         )
JUSTIN D. REA                                             )
                                                          )
Case No. 2:10-cv-08888-CJB-SS                            )
(Record Document 55885)                                   )
                                                          )
                                    Plaintiff,            )
_____          )

<u>NOTICE OF CLAIM OF ATTORNEYS' FEES AND COSTS/CHARGING LIEN</u>

TO:    Kevin R. Dean
       Motley Rice, LLC
       28 Bridgeside Blvd.
       Mt. Pleasant, SC 29464


NOTICE IS HEREBY GIVEN to all those concerned in this action that the undersigned

attorneys of Colson, Hicks, Eidson, Colson, Matthews, Martinez, Mendoza, Kalbac & Kane,

P.A., 255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134, ("the Firm"), represented

Sting Rea Charters, Inc. and Capt. Justin D. Rea ("Plaintiff") in this action from on or about

April 7, 2011 through April 10, 2012, when the Firm was terminated without cause.  The lien

arose in connection with the Firm's representation of the Plaintiff in this action against the

defendants.

        Undersigned counsel accumulated costs and expenses in the prosecution of this case.

Additionally, undersigned counsel accumulated legal fees during their many hours prosecuting

this case.  The Firm claims a lien for services rendered to the Plaintiff and files this Notice of

Claim of Cost/Charging Lien for attorneys' fees, costs and expenses and requests that the Firm

be reimbursed for any recovery or award obtained in this action from any source whatsoever,

including but not limited to any settlement, judgment, or verdict of Plaintiff's claim in this

matter.  The Firm's accounting of its costs in this matter has been attached to this Notice as

Exhibit 1.

No payment(s) should be made without notice and payment to the law firm of Colson,

Hicks, Eidson, Colson, Matthews, Martinez, Mendoza, Kalbac & Kane, P.A.  Failure to notify

and pay the firm may result in an action against those responsible, and the possibility of having

to pay these attorneys' fees and costs. Official notice for any legal purpose may be addressed to

the Firm at the addresses indicated herein.

**STING REA CHARTERS, INC.** was last known to reside at 160 Sugarloaf Drive,

Summerland Key, Florida, 33042.

Respectfully Submitted,


COLSON HICKS EIDSON
Attorneys for Plaintiff
255 Alhambra Circle, Penthouse
Coral Gables, Florida  33134
305-476-7400


BY:   __/s/ Ervin A. Gonzalez_____
Ervin A. Gonzalez
Florida Bar No. 500720


Dated this 3rd day of May, 2012

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the above and foregoing NOTICE OF CLAIM OF ATTORNEYS' FEES AND COSTS/CHARGING LIEN has been filed electronically with the Clerk of Court using the CM/ECF system and served on all counsel of record through Lexis Nexis File & Serve, electronic mail, facsimile, and/or U.S. Mail. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via U.S. Mail, postage prepaid and properly addressed, on the others listed below on this 3rd day of May, 2012.

Justin Rea
Sting Rea Charters, Inc.
160 Sugarloaf Drive
Summerland Key, FL 33042

/s/ Ervin A. Gonzalez_____