# EXHIBIT 1

| Date | Paid To | Explanation | Disbs |
|---|---|---|---:|
| May/31/2011 | Expense Recovery | Document Reproduction for May 2011 | 2.25 |
| Jun/30/2011 | Expense Recovery | Document Reproduction for June 2011 | 35.75 |
| Aug/31/2011 | Expense Recovery | Postage for August 2011 | 18.33 |
| Aug/31/2011 | Expense Recovery | Document Reproduction for August 2011 | 70.75 |
| Sep/30/2011 | Expense Recovery | Document Reproduction for September 2011 | 3.25 |
| Sep/30/2011 | Expense Recovery | Postage for September 2011 | 1.28 |
| Oct/11/2011 | Federal Express | Ervin A. Gonzalez to Justin Reaon 10/06/11 | 21.62 |
| Oct/31/2011 | Expense Recovery | Postage for October 2011 | 15.46 |
| Oct/31/2011 | Expense Recovery | Document Reproduction for October 2011 | 21.75 |
| Nov/ 1/2011 | Federal Express | Ervin A. Gonzalez to Justin Reaon 10/18/11 | 21.62 |
| Nov/ 1/2011 | Federal Express | Ervin A. Gonzalez to Justin Reaon 10/27/11 | 23.37 |
| Jan/31/2012 | Expense Recovery | Document Reproduction for January 2012 | 4.75 |
| Jan/31/2012 | Expense Recovery | Postage for January 2012 | 0.90 |
| Mar/31/2012 | Expense Recovery | Document Reproduction for March2012 | 5.00 |
| Mar/31/2012 | Expense Recovery | Postage for March 2012 | 8.40 |
| **TOTAL** | | | **254.48** |