# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | | SECTION J |
| This document relates to all actions. | * * * * * * | |
| | | HONORABLE CARL J. BARBIER |
| | | MAGISTRATE JUDGE SHUSHAN |

| | | |
|---|---|---|
| Bon Secour Fisheries, Inc., et al., on behalf of themselves and all others similarly situated, | * * * | Civil Action No. 12-970 |
| | | SECTION J |
|   Plaintiffs, | * * | |
| v. | * * | HONORABLE CARL J. BARBIER |
| BP Exploration & Production Inc.; BP America Production Company; BP p.l.c., | * * * | MAGISTRATE JUDGE SHUSHAN |
|   Defendants. | * | |

### NOTICE OF FILING OF THE ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT AS AMENDED ON MAY 2, 2012, AND AS PRELIMINARILY APPROVED BY THE COURT ON MAY 2, 2012

**PLEASE TAKE NOTICE** that the Plaintiffs and BP Exploration & Production Inc. and BP America Production Company hereby file into the record the Economic and Property Damages Settlement Agreement as Amended on May 2, 2012, and as preliminarily approved by the Court on May 2, 2012.[1]

---

[1] The filing includes the executed signature pages for the original April 18, 2012 Agreement as well as the May 2, 2012 First Amendment.

May 3, 2012                                                    Respectfully submitted,


__/s/ Stephen J. Herman_____         ___/s/ James Parkerson Roy_____

Stephen J. Herman, La. Bar No. 23129           James Parkerson Roy, La. Bar No. 11511
HERMAN HERMAN KATZ & COTLAR          DOMENGEAUX WRIGHT ROY &
LLP                                                              EDWARDS LLC
820 O'Keefe Avenue                                 556 Jefferson Street, Suite 500
New Orleans, Louisiana 70113                 Lafayette, Louisiana 70501
Telephone: (504) 581-4892                        Telephone: (337) 233-3033
Fax No. (504) 569-6024                             Fax No. (337) 233-2796

Lead Economic and Property Damages       Lead Economic and Property Damages Class
Class Counsel                                              Counsel

### *ECONOMIC AND PROPERTY DAMAGES CLASS COUNSEL*
_____

Joseph F. Rice                                             Conrad S.P. "Duke" Williams
MOTLEY RICE LLC                                  WILLIAMS LAW GROUP
28 Bridgeside Blvd.                                    435 Corporate Drive, Suite 101
Mount Pleasant, SC 29464                         Maison Grand Caillou
Office:  (843) 216-9159                              Houma, LA 70360
Telefax: (843) 216-9290                              Office:  (985) 876-7595
                                                                    Telefax: (985) 876-7594

Brian H. Barr                                              Robin L. Greenwald
LEVIN, PAPANTONIO, THOMAS,           WEITZ & LUXENBERG, PC
MITCHELL, ECHSNER & PROCTOR, PA   700 Broadway
316 South Baylen St., Suite 600                 New York, NY  10003
Pensacola, FL 32502-5996                         Office:  (212) 558-5802
Office:  (850) 435-7045                             Telefax: (212) 344-5461
Telefax: (850) 436-6187

Jeffrey A. Breit                                           Rhon E. Jones
BREIT DRESCHER IMPREVENTO &     BEASLEY, ALLEN, CROW, METHVIN,
WALKER, P.C.                                          PORTIS & MILES, P. C.
999 Waterside Drive, Suite 1000                218 Commerce St., P.O. Box 4160
Norfolk, VA 23510                                    Montgomery, AL 36104
Office:  (757) 670-3888                              Office:  (334) 269-2343
Telefax: (757) 670-3895                              Telefax: (334) 954-7555

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Office:  (415) 956-1000
Telefax: (415) 956-1008

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA &
TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA  70037
Office:  (504) 394-9000
Telefax: (504) 394-9110

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL  36660
Office:  (251) 471-6191
Telefax: (251) 479-1031

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA  70726
Office:  (225) 664-4193
Telefax: (225) 664-6925

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: (305) 476-7400
Telefax: (305) 476-7444

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU & SOUTH,
LLP
501 Broad Street
Lake Charles, LA  70601
Office: (337) 439-0707
Telefax: (337) 439-1029

Michael C. Palmintier
deGRAVELLES, PALMINTIER,
HOLTHAUS & FRUGÉ
618 Main Street
Baton Rouge, LA  70801-1910
Office:  (225) 344-3735
Telefax: (225) 344-0522

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW &
ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA  70130
Office:  (504) 588-1500
Telefax:  (504) 588-1514

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Office:  (214) 521-3605
Telefax: (214) 599-1172

Mikal C. Watts (PSC)
WATTS GUERRA CRAFT, LLP
Four Dominion Drive, Building 3, Suite 100
San Antonio, TX 78257
Office: (210) 447-0500
Telefax: (210) 447-0501

| | |
|---|---|
| James J. Neath<br>Mark Holstein<br>BP AMERICA INC.<br>501 Westlake Park Boulevard<br>Houston, TX  77079<br>Telephone:  (281) 366-2000<br>Telefax:  (312) 862-2200<br><br>Daniel A. Cantor<br>Andrew T. Karron<br>Ellen K. Reisman<br>ARNOLD & PORTER LLP<br>555 Twelfth Street, NW<br>Washington, DC 20004<br>Telephone:  (202) 942-5000<br>Telefax:  (202) 942-5999<br><br>Jeffrey Lennard<br>Keith Moskowitz<br>SNR DENTON<br>233 South Wacker Drive<br>Suite 7800<br>Chicago, IL  60606<br>Telephone:  (312) 876-8000<br>Telefax:  (312) 876-7934<br><br>*OF COUNSEL* | ___/s/ Richard C. Godfrey, P.C._____<br>Richard C. Godfrey, P.C.<br><br>J. Andrew Langan, P.C.<br>Andrew B. Bloomer, P.C.<br>Wendy L. Bloom<br>R. Chris Heck<br>Christopher J. Esbrook<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, IL 60654<br>Telephone:  (312) 862-2000<br>Telefax:  (312) 862-2200<br><br>Jeffrey Bossert Clark<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, N.W.<br>Washington, D.C. 20005<br>Telephone:  (202) 879-5000<br>Telefax:  (202) 879-5200<br><br>*/s/ Don K. Haycraft*_____<br>Don K. Haycraft (Bar #14361)<br>R. Keith Jarrett (Bar #16984)<br>LISKOW & LEWIS<br>701 Poydras Street, Suite 5000<br>New Orleans, Louisiana 70139<br>Telephone:  (504) 581-7979<br>Telefax:  (504) 556-4108<br><br>Robert C. "Mike" Brock<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Telephone:  (202) 662-5985<br>Telefax:  (202) 662-6291 |

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.*
*AND BP AMERICA PRODUCTION COMPANY*

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 3rd day of May 2012.

                                              /s/ Don K. Haycraft
                                              Don K. Haycraft