IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| | * | SECTION: J |
| This document relates to all actions. | * * | HONORABLE CARL J. BARBIER |
| | * * | MAGISTRATE JUDGE SHUSHAN |
| | * * | |

| | | |
|---|---|---|
| Bon Secour Fisheries, Inc. et al., on behalf of themselves and all others similarly situated, | * * * | No. 12-970 |
| Plaintiffs, | * * | SECTION: J |
| v. | * * | HONORABLE CARL J. BARBIER |
| BP Exploration & Production Inc.; BP America Production Company; BP p.l.c., | * * * | MAGISTRATE JUDGE SHUSHAN |
| Defendants. | * * * | |

**EXHIBITS TO *DEEPWATER HORIZON* ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT AS AMENDED ON MAY 2, 2012**

**EXHIBITS**

| Exhibit Number | Document | Bates Range |
|---|---|---|
| 1A | Map of Economic Loss Zones | 028314-028328 |
| 1B | Geographical Definitions of Zones | 028269-028290 |
| 1C | Zone Classifications and Implementation | 26397 |
| 2 | Tourism Definition | 028973-028988 |
| 3 | Seafood Distribution Chain Definitions | 028950-028954 |
| 4A | Documentation Requirements for Business Economic Loss Claims | 026539-026542 |
| 4B | Causation Requirements for Business Economic Loss Claims | 028725-028738; 028779-028780 |
| 4C | Compensation Framework for Business Economic Loss Claims | 026294 - 026298; 028779-028780 |
| 4D | Attachment A - Compensation Framework for Business Economic Loss Claims - Fixed and Variable Costs | 28778 |
| 4E | Addendum to Compensation for Business Economic Loss Claims - Compensation for Spill-Related Cancellations | 028781-028786 |
| 5 | Compensation for Multi-Facility Businesses | 028019-028022 |
| 6 | Failed Business Compensation Framework | 028690-028704 |
| 7 | Framework for Start-Up Business Claims | 028661-028674 |
| 8A | Framework for Individual Economic Loss Claims | 028839-028890 |
| 8B | Individual Economic Loss Claims Examples | 028582-028607 |
| 8C | Addendum Regarding Compensation Related to a Claimant's Loss of Employment Related Benefits Income as a Result of the DWH Spill | 025226-025235 |
| 8D | Addendum to Individual Framework | 027375-027392 |
| 8E | Addendum Regarding Interviews of Claimants Alleging Individual Economic Loss and Other Individuals Providing Sworn Statements in Support of Such Claim | 027180-027181 |
| 9 | Framework for Subsistence Claims | 028015-028018 |
| 10 | Seafood Compensation Program | 029298-029392 |
| 11A | Compensation Framework for Coastal Real Property Claims | 027505-027537 |
| 11B | Appendix A to Compensation Framework for Coastal Real Property Claims:  Coastal Real Property Claim Zone Map | 025288-025355 |

| Exhibit Number | Document | Bates Range |
|---|---|---|
| 11C | Appendix D to Compensation Framework for Coastal Real Property Claims: Eligible Parcel Compensation Category Map | 025356-025498 |
| 12A | Compensation Framework for Wetlands Real Property Claims | 027808-027838 |
| 12B | Appendix A to Compensation Framework for Wetlands Real Property Claims: Wetlands Real Property Claim Zone Map | 028028-028039 |
| 12C | Appendix C to Compensation Framework for Wetlands Real Property Claims: Eligible Parcel Compensation Category Map | 028040-028051 |
| 12D | Appendix D to Compensation Framework for Wetlands Real Property Claims: Area of Potential Eligibility Map | 028052-028063 |
| 13A | Compensation Framework for Real Property Sales | 026375-026384 |
| 13B | Appendix A Real Property Sales Compensation Zone Map | 026307-026374 |
| 14 | Compensation Framework for Vessel Physical Damage Claims | 027893-027905 |
| 15 | RTP Chart (Risk Transfer Premium) | 028739-028742 |
| 16 | Excluded Industries Chart | 026686-026693 |
| 17 | Oil & Gas Industry Exclusions | 026694-026703 |
| 18 | Economic Loss and Property Class Definition Exclusions | 028759-028772 |
| 19 | Industry Types Subject to Review by Claims Administrator for Potential Moratoria Losses | 026613-026631 |
| 20 | Other Released Parties | 028895-028899 |
| 21 | Assignment and Protections | 028989-029000 |
| 22 | Gulf Coast Area Map | 28894 |
| 23 | Specified Gulf Waters Map | 028891-028893 |
| 24A | BP Corporation North America Inc. Guarantee | 029261-029267 |
| 24B | BP PLC Back-up Guarantee | 029001-029008 |
| 25 | Procedures for Filing and Briefing of Appeals | 028955-028956 |
| 26 | Individual Release | 029268-029288 |
| 27 | Fees and Costs | 029289-029297 |