# EXHIBIT 1A

# Economic Loss Zones

# All Economic Loss Zones

028315



# Economic Loss Zones A-C



# Texas

LEGEND
Zone A
Zone B
Zone C
Zone D
Port Arthur
Sabine Lake
Pasadena
Baytown
Trinity Bay
Galveston Bay
East Bay
Bolivar Peninsula
Goat Island
Galveston
West Bay
Chocolate Bay
Christmas Bay
Texas City
League City
Friendswood
Pearland
Alvin
Santa Fe
La Marque
Hitchcock
Dickinson
San Leon
Bacliff
Seabrook
Webster
La Porte
Deer Park
Channelview
Highlands
Crosby
Sheldon
Mont Belvieu
Hankamer
Anahuac
Winnie
Stowell
Oak Island
Beach City
Sabine Pass

028317

Economic Loss Zones 4

# South Louisiana

LEGEND
Zone A
Zone B
Zone C
Zone D

028318

Economic Loss Zones

5

# Southwest Louisiana


# Southeast Louisiana

Baton Rouge
Metairie
New Orleans
Chalmette
Lake Pontchartrain
Lake Borgne
Mississippi Sound
Breton Sound
Terrebonne Bay
Timbalier Bay
Chandeleur Islands
LEGEND
Zone A
Zone B
Zone C
Zone D

028320

Economic Loss Zones

7

# New Orleans

LEGEND
Zone A
Zone B
Zone C
Zone D
Metairie
New Orleans
River Ridge
Jefferson
Elmwood
Harahan
Bridge City
Waggaman
Westwego
Marrero
Harvey
Gretna
Terrytown
Arabi
Chalmette
Algiers
Aurora Gardens
Lakeview
City Park
West End
Spanish Fort
Pontchartrain Beach
Seabrook
Gentilly
Bonnabel Place
Intracoastal Waterway

028321
Economic Loss Zones
8

# Mississippi

LEGEND
Zone A
Zone B
Zone C
Zone D
Mississippi Sound
Mobile Bay

028322
Economic Loss Zones
9

# Alabama

LEGEND
Zone A
Zone B
Zone C
Zone D
Mobile
Mobile Bay
Bon Secour Bay
Pascagoula
Moss Point
Dauphin Island
West Pensacola
Pensacola
Myrtle Grove
Warrington

Economic Loss Zones
028323
10

# Florida Panhandle (Western Section)

LEGEND
Zone A
Zone B
Zone C
Zone D

028324

Economic Loss Zones

11

# Florida Panhandle (Central Section)



# Florida Panhandle (Eastern Section)

LEGEND
Zone A
Zone B
Zone C
Zone D

028326

Economic Loss Zones

13

# Florida (Tampa to Marco Island)

LEGEND
Zone A
Zone B
Zone C
Zone D
St. Petersburg
Lake Okeechobee
Cape Coral
Coral Springs

028327

Economic Loss Zones

14

# Florida Keys

LEGEND
Zone A
Zone B
Zone C
Zone D
Big Cypress National Preserve
Tamiami Trail E
Ten Thousand Islands
Tamiami Canal
Tamiami Trail
Miramar
Hallandale Beach
North Miami Bea
Carol City
Hialeah
Miami
Coral Gables
Kendall
Virginia Key
Key Biscayne
Cutler Ridge
Biscayne Bay
Biscayne National Park
Homestead
Card Sound
Oyster Bay
Everglades National Park
Key Largo
Middle Fox Lake
Bear Lake
Lake Ingraham
Florida Bay
Tavernier
Islamorada
Marathon
Florida Keys
Great White Heron N.W.R.
Big Pine
Overseas Hwy
Key West National Wildlife Refuge
Key West
Cow Key

Economic Loss Zones 15

028328