# EXHIBIT 1A

# Economic Loss Zones

028314

# All Economic Loss Zones



# Economic Loss Zones A-C



028316

3

# Texas



LEGEND
Zone A
Zone B
Zone C
Zone D

# South Louisiana



**LEGEND**
Zone A
Zone B
Zone C
Zone D

028318

# Southwest Louisiana



**LEGEND**
- Zone A
- Zone B
- Zone C
- Zone D

028319

# Southeast Louisiana



**LEGEND**
- Zone A
- Zone B
- Zone C
- Zone D

# New Orleans



LEGEND
Zone A
Zone B
Zone C
Zone D

# Mississippi



028322

# Alabama



028323

# Florida Panhandle (Western Section)



LEGEND
Zone A
Zone B
Zone C
Zone D

# Florida Panhandle (Central Section)



Economic Loss Zones

028325

# Florida Panhandle (Eastern Section)



LEGEND
Zone A
Zone B
Zone C
Zone D

# Florida (Tampa to Marco Island)



LEGEND
Zone A
Zone B
Zone C
Zone D

# Florida Keys

