# EXHIBIT 2

## Tourism

**Tourism** means businesses which provide services such as attracting, transporting, accommodating or catering to the needs or wants of persons traveling to, or staying in, places outside their home community. Therefore, if you are in one of the following businesses or work for such a business, you are in the Tourism Industry.[1]

**447110 - Gasoline Stations with Convenience Stores**
This industry comprises establishments engaged in retailing automotive fuels (e.g., diesel fuel, gasohol, gasoline) in combination with convenience store or food mart items. These establishments can either be in a convenience store (i.e., food mart) setting or a gasoline station setting. These establishments may also provide automotive repair services.
Convenience food with gasoline stations
Gasoline stations with convenience stores
Gasoline with convenience stores

**447190 - Other Gasoline Stations**
This industry comprises establishments known as gasoline stations (except those with convenience stores) primarily engaged in one of the following: (1) retailing automotive fuels (e.g., diesel fuel, gasohol, gasoline) or (2) retailing these fuels in combination with activities, such as providing repair services; selling automotive oils, replacement parts, and accessories; and/or providing food services.
Gasoline stations without convenience stores
Marine service stations
Service stations, gasoline
Truck stops

**448110 - Men's Clothing Stores**
This industry comprises establishments primarily engaged in retailing a general line of new men's and boys' clothing. These establishments may provide basic alterations, such as hemming, taking in or letting out seams, or lengthening or shortening sleeves.
Apparel stores, men's and boys' clothing
Clothing stores, men's and boys'

**448120 - Women's Clothing Stores**
This industry comprises establishments primarily engaged in retailing a general line of new women's, misses'; and juniors' clothing, including maternity wear. These establishments may provide basic alterations, such as hemming, taking in or letting out seams, or lengthening or shortening sleeves.
Apparel stores, women's and girls' clothing
Clothing stores, women's and girls'
Maternity shops

**448130 - Children's and Infants' Clothing Stores**
This industry comprises establishments primarily engaged in retailing a general line of new children's and infants' clothing. These establishments may provide basic alterations, such as hemming, taking in or letting out seams, or lengthening or shortening sleeves.
Apparel stores, children's and infants' clothing
Baby clothing shops
Clothing stores, children's and infants'

---

[1] This Tourism Definition substitutes for the Tourism Definition previously at Bates 026632 - 026646.

028973

**448140 - Family Clothing Stores**
This industry comprises establishments primarily engaged in retailing a general line of new clothing for men, women, and children, without specializing in sales for an individual gender or age group. These establishments may provide basic alterations, such as hemming, taking in or letting out seams, or lengthening or shortening sleeves.

- Clothing stores, family
- Family clothing stores
- Unisex clothing stores
- Western wear stores

**448150 - Clothing Accessories Stores**
This industry comprises establishments primarily engaged in retailing single or combination lines of new clothing accessories, such as hats and caps, costume jewelry, gloves, handbags, ties, wigs, toupees, and belts.

- Apparel accessory stores
- Clothing accessories stores
- Costume jewelry stores
- Furnishings stores, men's and boys'
- Furnishings stores, women's and girls'
- Handbag stores
- Hat and cap stores
- Jewelry stores, costume
- Neckwear stores
- Tie shops
- Wig and hairpiece stores

**448190 - Other Clothing Stores**
This industry comprises establishments primarily engaged in retailing specialized lines of new clothing (except general lines of men's, women's, children's, infants', and family clothing). These establishments may provide basic alterations, such as hemming, taking in or letting out seams, or lengthening or shortening sleeves.

- Bridal gown shops (except custom)
- Coat stores
- Costume stores (including theatrical)
- Dress shops
- Fur apparel stores
- Furriers
- Hosiery stores
- Leather coat stores
- Lingerie stores
- School uniform stores
- Swimwear stores
- T-shirt shops, custom printed
- Uniform stores (except athletic)

**451110 - Sporting Goods Stores**
This industry comprises establishments primarily engaged in retailing new sporting goods, such as bicycles and bicycle parts; camping equipment; exercise and fitness equipment; athletic uniforms; specialty sports footwear; and sporting goods, equipment, and accessories.

- Athletic equipment and supply stores (including uniforms)
- Bicycle (except motorized) shops
- Bowling equipment and supply stores

028974

      Diving equipment stores
      Exercise equipment stores
      Fishing supply stores (e.g., bait)
      Footwear (e.g., bowling, golf, spiked), specialty sports, stores
      Golf pro shops
      Gun shops
      Outdoor sporting equipment stores
      Pro shops (e.g., golf, skiing, tennis)
      Saddlery stores
      Shoe stores, specialty sports footwear (e.g., bowling, golf, spiked)
      Sporting goods stores
      Sports gear stores (e.g., outdoors, scuba, skiing)
      Tack shops
      Tackle shops (i.e., fishing)
      Uniform stores, athletic

**452111 - Department Stores (except Discount Department Stores)**

This U.S. industry comprises establishments known as department stores that have separate departments for various merchandise lines, such as apparel, jewelry, home furnishings, and linens, each with separate cash registers and sales associates. Department stores in this industry generally do not have central customer checkout and cash register facilities.

      Department stores (except discount department stores)

**452990 - All Other General Merchandise Stores**

This industry comprises establishments primarily engaged in retailing new goods in general merchandise stores (except department stores, warehouse clubs, superstores, and supercenters). These establishments retail a general line of new merchandise, such as apparel, automotive parts, dry goods, hardware, groceries, housewares or home furnishings, and other lines in limited amounts, with none of the lines predominating.

      Catalog showrooms, general merchandise (except catalog mail-order)
      Dollar stores
      General stores
      Home and auto supply stores
      Limited price variety stores
      Trading posts, general merchandise
      Variety stores

**453220 - Gift, Novelty, and Souvenir Stores**

This industry comprises establishments primarily engaged in retailing new gifts, novelty merchandise, souvenirs, greeting cards, seasonal and holiday decorations, and curios.

      Balloon shops
      Card shops, greeting
      Christmas stores
      Collectible gift shops (e.g., crystal, pewter, porcelain)
      Craft (except craft supply) stores
      Curio shops
      Gift shops
      Gift stands, permanent location
      Greeting card shops
      Novelty shops
      Party goods (e.g., paper supplies, decorations, novelties) stores
      Seasonal and holiday decoration stores

028975

Souvenir shops

**481111 - Scheduled Passenger Air Transportation**

This U.S. industry comprises establishments primarily engaged in providing air transportation of passengers or passengers and freight over regular routes and on regular schedules.
Establishments in this industry operate flights even if partially loaded. Scheduled air passenger carriers including commuter and helicopter carriers (except scenic and sightseeing) are included in this industry.

Air commuter carriers, scheduled
Air passenger carriers, scheduled
Commuter air carriers, scheduled
Helicopter passenger carriers, scheduled
Passenger air transportation, scheduled
Passenger carriers, air, scheduled
Scheduled air passenger carriers
Scheduled air passenger transportation

**485310 - Taxi Service**

This industry comprises establishments primarily engaged in providing passenger transportation by automobile or van, not operated over regular routes and on regular schedules.
Establishments of taxicab owner/operators, taxicab fleet operators, or taxicab organizations are included in this industry.

Cab (i.e., taxi) services
Taxicab dispatch services
Taxicab fleet operators
Taxicab organizations
Taxicab owner-operators
Taxicab services

**487110 - Scenic and Sightseeing Transportation, Land**

This industry comprises establishments primarily engaged in providing scenic and sightseeing transportation on land, such as sightseeing buses and trolleys, steam train excursions, and horse-drawn sightseeing rides. The services provided are usually local and involve same-day return to place of origin.

Buses, scenic and sightseeing operation
Cable car, land, scenic and sightseeing operation
Carriage, horse-drawn, operation
Cog railway, scenic and sightseeing, operation
Horse-drawn carriage operation
Monorail, scenic and sightseeing, operation
Railroad transportation, scenic and sightseeing
Railroad, scenic and sightseeing, operation
Railway transportation, scenic and sightseeing
Scenic and sightseeing excursions, land
Sightseeing bus operation
Sightseeing operation, human-drawn vehicle
Steam train excursions
Tour bus, scenic and sightseeing, operation
Tracked vehicle sightseeing operation
Trolley, scenic and sightseeing, operation

028976

**487210 - Scenic and Sightseeing Transportation, Water**
   This industry comprises establishments primarily engaged in providing scenic and sightseeing transportation on water, with the exception that Charter Fishing, as defined in the Settlement Agreement, is excluded from this Tourism definition. The services provided are usually local and involve same-day return to place of origin.
   Airboat (i.e., swamp buggy) operation
   Dinner cruises
   Excursion boat operation
   Harbor sightseeing tours
   Hovercraft sightseeing operation
   Scenic and sightseeing excursions, water
   Sightseeing boat operation
   Swamp buggy operation
   Whale watching excursions

**487990 - Scenic and Sightseeing Transportation, Other**
   This industry comprises establishments primarily engaged in providing scenic and sightseeing transportation (except on land and water). The services provided are usually local and involve same-day return to place of departure.
   Aerial cable car, scenic and sightseeing, operation
   Aerial tramway, scenic and sightseeing, operation
   Glider excursions
   Helicopter ride, scenic and sightseeing, operation
   Hot air balloon ride, scenic and sightseeing, operation
   Scenic and sightseeing excursions, aerial
   Tramway, aerial, scenic and sightseeing operation

**532111 - Passenger Car Rental**
   This industry comprises establishments primarily engaged in renting passenger cars without drivers, generally for short periods of time.
   Automobile rental
   Car rental
   Car rental agencies
   Hearse rental
   Limousine rental without driver
   Luxury automobile rental
   Passenger car rental
   Passenger van rental
   Passenger van rental agencies
   Sport utility vehicle rental
   Van (passenger) rental

**532292 - Recreational Goods Rental**
   This U.S. industry comprises establishments primarily engaged in renting recreational goods, such as bicycles, canoes, motorcycles, skis, sailboats, beach chairs, and beach umbrellas.
   Beach chair rental
   Beach umbrella rental
   Bicycle rental
   Boat rental, pleasure
   Canoe rental

5

      Exercise equipment rental
      Golf cart rental
      Houseboat rental
      Moped rental
      Motorcycle rental
      Personal watercraft rental
      Pleasure boat rental
      Recreational goods rental
      Rowboat rental
      Sailboat rental
      Ski equipment rental
      Snow ski equipment rental
      Sporting goods rental
      Sports equipment rental
      Surfboard rental
      Tent, camping, rental
      Water ski rental
      Yacht rental without crew

**561520 - Tour Operators**

This industry comprises establishments primarily engaged in arranging and assembling tours. The tours are sold through travel agencies or tour operators. Travel or wholesale tour operators are included in this industry.

      Tour operators (i.e., arranging and assembling tours)
      Travel tour operators
      Wholesale tour operators

**561599 - All Other Travel Arrangement and Reservation Services**

This U.S. industry comprises establishments (except travel agencies, tour operators, and convention and visitors bureaus) primarily engaged in providing travel arrangement and reservation services. Illustrative Examples: Condominium time-share exchange services Ticket (e.g., airline, bus, cruise ship, sports, theatrical) offices Reservation (e.g., airline, car rental, hotel, restaurant) services Ticket (e.g., amusement, sports, theatrical) agencies Road and travel services automobile clubs.

      Airline reservation services
      Airline ticket offices
      Automobile clubs, road and travel services
      Bus ticket offices
      Car rental reservation services
      Condominium time share exchange services
      Cruise ship ticket offices
      Hotel reservation services
      Motor travel clubs
      Railroad ticket offices
      Reservation (e.g., airline, car rental, hotel, restaurant) services
      Sports ticket offices
      Theatrical ticket offices
      Ticket (e.g., airline, bus, cruise ship, sports, theatrical) offices
      Ticket (e.g., airline, bus, cruise ship, sports, theatrical) sales offices
      Ticket (e.g., amusement, sports, theatrical) agencies
      Ticket (e.g., amusement, sports, theatrical) sales agencies

028978

        Ticket agencies, amusement
        Ticket agencies, sports
        Ticket agencies, theatrical
        Ticket offices for foreign cruise ship companies
        Time share exchange services, condominium

**711211 - Sports Teams and Clubs**

This U.S. industry comprises professional or semiprofessional sports teams or clubs primarily engaged in participating in live sporting events, such as baseball, basketball, football, hockey, soccer, and jai alai games, before a paying audience. These establishments may or may not operate their own arena, stadium, or other facility for presenting these events.

        Baseball clubs, professional or semiprofessional
        Baseball teams, professional or semiprofessional
        Basketball clubs, professional or semiprofessional
        Basketball teams, professional or semiprofessional
        Boxing clubs, professional or semiprofessional
        Football clubs, professional or semiprofessional
        Football teams, professional or semiprofessional
        Hockey clubs, professional or semiprofessional
        Hockey teams, professional or semiprofessional
        Ice hockey clubs, professional or semiprofessional
        Jai alai teams, professional or semiprofessional
        Major league baseball clubs
        Minor league baseball clubs
        Professional baseball clubs
        Professional football clubs
        Professional sports clubs
        Roller hockey clubs, professional or semiprofessional
        Semiprofessional baseball clubs
        Semiprofessional football clubs
        Semiprofessional sports clubs
        Soccer clubs, professional or semiprofessional
        Soccer teams, professional or semiprofessional
        Sports clubs, professional or semiprofessional
        Sports teams, professional or semiprofessional

**712110 - Museums**

This industry comprises establishments primarily engaged in the preservation and exhibition of objects of historical, cultural, and/or educational value.

        Art galleries (except retail)
        Art museums
        Community museums
        Contemporary art museums
        Decorative art museums
        Fine arts museums
        Galleries, art (except retail)
        Halls of fame
        Herbariums
        Historical museums
        Human history museums
        Interactive museums

028979

        Marine museums
        Military museums
        Mobile museums
        Multidisciplinary museums
        Museums
        Natural history museums
        Natural science museums
        Observatories (except research institutions)
        Planetariums
        Science and technology museums
        Sports halls of fame
        Traveling museum exhibits
        War museums
        Wax museums

**712120 - Historical Sites**

This industry comprises establishments primarily engaged in the preservation and exhibition of sites, buildings, forts, or communities that describe events or persons of particular historical interest. Archeological sites, battlefields, historical ships, and pioneer villages are included in this industry.

        Archeological sites (i.e., public display)
        Battlefields
        Heritage villages
        Historical forts
        Historical ships
        Historical sites
        Pioneer villages

**712130 - Zoos and Botanical Gardens**

This industry comprises establishments primarily engaged in the preservation and exhibition of live plant and animal life displays.

        Animal exhibits, live
        Animal safari parks
        Aquariums
        Arboreta
        Arboretums
        Aviaries
        Botanical gardens
        Conservatories, botanical
        Gardens, zoological or botanical
        Menageries
        Parks, wild animal
        Petting zoos
        Reptile exhibits, live
        Wild animal parks
        Zoological gardens
        Zoos

**712190 - Nature Parks and Other Similar Institutions**

This industry comprises establishments primarily engaged in the preservation and exhibition of natural areas or settings.

        Bird sanctuaries

028980

        Caverns (i.e., natural wonder tourist attractions)
        Conservation areas
        Interpretive centers, nature
        National parks
        Natural wonder tourist attractions (e.g., caverns, waterfalls)
        Nature centers
        Nature parks
        Nature preserves
        Nature reserves
        Parks, national
        Parks, nature
        Provincial parks
        Waterfalls (i.e., natural wonder tourist attractions)
        Wildlife sanctuaries

**713110 - Amusement and Theme Parks**

This industry comprises establishments, known as amusement or theme parks, primarily engaged in operating a variety of attractions, such as mechanical rides, water rides, games, shows, theme exhibits, refreshment stands, and picnic grounds. These establishments may lease space to others on a concession basis.

        Amusement parks (e.g., theme, water)
        Parks (e.g., theme, water), amusement
        Piers, amusement
        Theme parks, amusement
        Water parks, amusement

**713120 - Amusement Arcades**

This industry comprises establishments primarily engaged in operating amusement (except gambling, billiard, or pool) arcades and parlors.

        Amusement arcades
        Amusement device (except gambling) parlors, coin-operated
        Amusement devices (except gambling) operated in own facilities
        Arcades, amusement
        Electronic game arcades
        Family fun centers
        Indoor play areas
        Pinball arcades
        Video game arcades (except gambling)

**713910 - Golf Courses and Country Clubs**

This industry comprises (1) establishments primarily engaged in operating golf courses (except miniature) and (2) establishments primarily engaged in operating golf courses, along with dining facilities and other recreational facilities that are known as country clubs. These establishments often provide food and beverage services, equipment rental services, and golf instruction services.

        Country clubs
        Golf and country clubs
        Golf courses (except miniature, pitch-n-putt)

028981

**713990 - All Other Amusement and Recreation Industries**
This industry comprises establishments (except amusement parks and arcades; gambling industries; golf courses and country clubs; skiing facilities; marinas; fitness and recreational sports centers; and bowling centers) primarily engaged in providing recreational and amusement services.

- Amateur sports teams, recreational
- Amusement device (except gambling) concession operators (i.e., supplying and servicing in others' facilities)
- Amusement ride concession operators (i.e., supplying and servicing in others' facilities)
- Archery ranges
- Athletic clubs (i.e., sports teams) not operating sports facilities, recreational
- Aviation clubs, recreational
- Ballrooms
- Baseball clubs, recreational
- Basketball clubs, recreational
- Bathing beaches
- Beach clubs, recreational
- Beaches, bathing
- Billiard parlors
- Billiard rooms
- Boating clubs without marinas
- Boccie ball courts
- Bowling leagues or teams, recreational
- Boxing clubs, recreational
- Boys' day camps (except instructional)
- Bridge clubs, recreational
- Camps (except instructional), day
- Canoeing, recreational

- Carnival ride concession operators (i.e., supplying and servicing in others' facilities)
- Coin-operated nongambling amusement device concession operators (i.e., supplying and servicing in others' facilities)
- Concession operators, amusement device (except gambling) and ride
- Curling facilities
- Dance halls
- Discotheques (except those serving alcoholic beverages)
- Driving ranges, golf
- Fireworks display services
- Fishing clubs, recreational
- Fishing guide services
- Fishing piers
- Flying clubs, recreational
- Football clubs, recreational
- Galleries, shooting
- Girls' day camps (except instructional)
- Gocart raceways (i.e., amusement rides)

10

028982

Gocart tracks (i.e., amusement rides)
Golf courses, miniature
Golf courses, pitch-n-putt
Golf driving ranges
Golf practice ranges
Guide services (i.e., fishing, hunting, tourist)
Guide services, fishing
Guide services, hunting
Guide services, tourist
Gun clubs, recreational
Hockey clubs, recreational
Hockey teams, recreational
Horse rental services, recreational saddle
Horseback riding, recreational
Hunting clubs, recreational
Hunting guide services
Ice hockey clubs, recreational
Jukebox concession operators (i.e., supplying and servicing in others' facilities)
Kayaking, recreational
Lawn bowling clubs
Miniature golf courses
Mountain hiking, recreational
Nightclubs without alcoholic beverages
Nudist camps without accommodations
Observation towers
Outdoor adventure operations (e.g., white water rafting) without accommodations
Pack trains (i.e., trail riding), recreational
Para sailing, recreational
Picnic grounds
Pinball machine concession operators (i.e., supplying and servicing in others' facilities)
Ping pong parlors
Pool halls
Pool parlors
Pool rooms
Racetracks, slot car (i.e., amusement devices)
Raceways, gocart (i.e., amusement rides)
Recreational camps without accommodations
Recreational day camps (except instructional)
Recreational sports clubs (i.e., sports teams) not operating sports facilities
Recreational sports teams and leagues
Riding clubs, recreational
Riding stables
Rifle clubs, recreational
River rafting, recreational
Rowing clubs, recreational
Saddle horse rental services, recreational
Sailing clubs without marinas
Sea kayaking, recreational

028983

    Shooting clubs, recreational
    Shooting galleries
    Shooting ranges
    Skeet shooting facilities
    Slot car racetracks (i.e., amusement devices)
    Snowmobiling, recreational
    Soccer clubs, recreational
    Sports clubs (i.e., sports teams) not operating sports facilities, recreational
    Sports teams and leagues, recreational or youth
    Stables, riding
    Summer day camps (except instructional)
    Tourist guide services
    Trail riding, recreational
    Trampoline facilities, recreational
    Trapshooting facilities, recreational
    Waterslides (i.e., amusement rides)
    White water rafting, recreational
    Yacht clubs without marinas
    Youth sports leagues or teams

**721110 - Hotels (except Casino Hotels) and Motels**

This industry comprises establishments primarily engaged in providing short-term lodging in facilities known as hotels, motor hotels, resort hotels, and motels. The establishments in this industry may offer food and beverage services, recreational services, conference rooms and convention services, laundry services, parking, and other services.

    Alpine skiing facilities with accommodations (i.e., ski resort)
    Auto courts, lodging
    Automobile courts, lodging
    Health spas (i.e., physical fitness facilities) with accommodations
    Hotel management services (i.e., providing management and operating staff to run hotel)
    Hotels (except casino hotels)
    Hotels (except casino hotels) with golf courses, tennis courts, and/or other health spa facilities (i.e., resorts)
    Hotels, membership
    Hotels, resort, without casinos
    Hotels, seasonal, without casinos
    Membership hotels
    Motels
    Motor courts
    Motor hotels without casinos
    Motor inns
    Motor lodges
    Resort hotels without casinos
    Seasonal hotels without casinos
    Ski lodges and resorts with accommodations
    Summer resort hotels without casinos
    Tourist lodges

**721191 - Bed-and-Breakfast Inns**
    This U.S. industry comprises establishments primarily engaged in providing short-term lodging in facilities known as bed-and-breakfast inns. These establishments provide short-term lodging in private homes or small buildings converted for this purpose. Bed-and-breakfast inns are characterized by a highly personalized service and inclusion of a full breakfast in a room rate.
        Bed and breakfast inns
        Inns, bed and breakfast

**721199 - All Other Traveler Accommodation**
    This U.S. industry comprises establishments primarily engaged in providing short-term lodging (except hotels, motels, casino hotels, and bed-and-breakfast inns).
        Cabins, housekeeping
        Cottages, housekeeping
        Guest houses
        Hostels
        Housekeeping cabins
        Housekeeping cottages
        Tourist homes
        Youth hostels

**721211 - RV (Recreational Vehicle) Parks and Campgrounds**
    This U.S. industry comprises establishments primarily engaged in operating sites to accommodate campers and their equipment, including tents, tent trailers, travel trailers, and RVs (recreational vehicles). These establishments may provide access to facilities, such as washrooms, laundry rooms, recreation halls and playgrounds, stores, and snack bars.
        Campgrounds
        Recreational vehicle parks
        RV (recreational vehicle) parks
        Travel trailer campsites

**721214 - Recreational and Vacation Camps (except Campgrounds)**
    This U.S. industry comprises establishments primarily engaged in operating overnight recreational camps, such as children's camps, family vacation camps, hunting and fishing camps, and outdoor adventure retreats that offer trail riding, white-water rafting, hiking, and similar activities. These establishments provide accommodation facilities, such as cabins and fixed campsites, and other amenities, such as food services, recreational facilities and equipment, and organized recreational activities.
        Boys' camps (except day, instructional)
        Camps (except day, instructional)
        Children's camps (except day, instructional)
        Dude ranches
        Fishing camps with accommodation facilities
        Girls' camps (except day, instructional)
        Guest ranches with accommodation facilities
        Hunting camps with accommodation facilities
        Nudist camps with accommodation facilities
        Outdoor adventure retreats with accommodation facilities
        Recreational camps with accommodation facilities (except campgrounds)
        Summer camps (except day, instructional)
        Trail riding camps with accommodation facilities

028985

      Vacation camps (except campgrounds, day instructional)
      Wilderness camps

**721310 - Rooming and Boarding Houses**

This industry comprises establishments primarily engaged in operating rooming and boarding houses and similar facilities, such as fraternity houses, sorority houses, off-campus dormitories, residential clubs, and workers' camps. These establishments provide temporary or longer-term accommodations which, for the period of occupancy, may serve as a principal residence. These establishments also may provide complementary services, such as housekeeping, meals, and laundry services.

      Boarding houses
      Clubs, residential
      Dormitories, off campus
      Fraternity houses
      Migrant workers' camps
      Off campus dormitories
      Residence clubs, organizational
      Residential clubs
      Rooming and boarding houses
      Sorority houses
      Workers' camps
      Workers' dormitories

**722110 - Full-Service Restaurants**

This industry comprises establishments primarily engaged in providing food services to patrons who order and are served while seated (i.e. waiter/waitress service) and pay after eating. These establishments may provide this type of food services to patrons in combination with selling alcoholic beverages, providing carry out services, or presenting live nontheatrical entertainment.

      Bagel shops, full service
      Diners, full service
      Doughnut shops, full service
      Family restaurants, full service
      Fine dining restaurants, full service
      Full service restaurants
      Pizza parlors, full service
      Pizzerias, full service
      Restaurants, full service
      Steak houses, full service

**722211 - Limited-Service Restaurants**

This U.S. industry comprises establishments primarily engaged in providing food services (except snack and nonalcoholic beverage bars) where patrons generally order or select items and pay before eating. Food and drink may be consumed on premises, taken out, or delivered to the customer's location. Some establishments in this industry may provide these food services in combination with selling alcoholic beverages.

      Carryout restaurants
      Delicatessen restaurants
      Drive-in restaurants
      Family restaurants, limited-service
      Fast-food restaurants
      Pizza delivery shops
      Pizza parlors, limited-service

028986

      Pizzerias, limited-service (e.g., take-out)
      Restaurants, carryout
      Restaurants, fast food
      Sandwich shops, limited-service
      Steak houses, limited-service
      Take out eating places

**722213 - Snack and Nonalcoholic Beverage Bars**

This U.S. industry comprises establishments primarily engaged in (1) preparing and/or serving a specialty snack, such as ice cream, frozen yogurt, cookies, or popcorn or (2) serving nonalcoholic beverages, such as coffee, juices, or sodas for consumption on or near the premises. These establishments may carry and sell a combination of snack, nonalcoholic beverage, and other related products (e.g., coffee beans, mugs, coffee makers) but generally promote and sell a unique snack or nonalcoholic beverage.

      Bagel shops, on premise baking and carryout service
      Beverage (e.g., coffee, juice, soft drink) bars, nonalcoholic, fixed location
      Canteens, fixed location
      Coffee shops, on premise brewing
      Confectionery snack shops, made on premises with carryout services
      Cookie shops, on premise baking and carryout service
      Doughnut shops, on premise baking and carryout service
      Fixed location refreshment stands
      Frozen custard stands, fixed location
      Ice cream parlors
      Pretzel shops, on premise baking and carryout service
      Snack bars (e.g., cookies, popcorn, pretzels), fixed location
      Soft drink beverage bars, nonalcoholic, fixed location

**722310 - Food Service Contractors**

This industry comprises establishments primarily engaged in providing food services at institutional, governmental, commercial, or industrial locations of others based on contractual arrangements with these type of organizations for a specified period of time. The establishments of this industry provide food services for the convenience of the contracting organization or the contracting organization's customers. The contractual arrangement of these establishments with contracting organizations may vary from type of facility operated (e.g., cafeteria, restaurant, fast-food eating place), revenue sharing, cost structure, to providing personnel. Management staff is always provided by the food service contractors.

      Airline food services contractors
      Cafeteria food services contractors (e.g., government office cafeterias, hospital cafeterias, school cafeterias)
      Food concession contractors (e.g., convention facilities, entertainment facilities, sporting facilities)
      Food service contractors, airline
      Food service contractors, cafeteria
      Food service contractors, concession operator (e.g., convention facilities, entertainment facilities, sporting facilities)
      Industrial caterers (i.e., providing food services on a contractual arrangement (except single-event basis))

028987

**722410 - Drinking Places (Alcoholic Beverages)**
This industry comprises establishments known as bars, taverns, nightclubs, or drinking places primarily engaged in preparing and serving alcoholic beverages for immediate consumption. These establishments may also provide limited food services.

- Alcoholic beverage drinking places
- Bars (i.e., drinking places), alcoholic beverage
- Cocktail lounges
- Drinking places (i.e., bars, lounges, taverns), alcoholic
- Lounges, cocktail
- Nightclubs, alcoholic beverage
- Taverns (i.e., drinking places)

028988