# EXHIBIT 11B

# Appendix A to Compensation Framework for Coastal Real Property Claims:
# Coastal Real Property Claim Zone Map

025288

# Louisiana, Mississippi, Alabama, Florida



Appendix A: Coastal Real Property Claim
Zone Map

2

025289

# Hancock County, MS (Entire County)



Appendix A: Coastal Real Property Claim
Zone Map

025290

# Hancock County, MS (Detailed Portion 1)



025291

## Hancock County, MS (Detailed Portion 2)



025292

# Hancock County, MS (Detailed Portion 3)



Appendix A: Coastal Real Property Claim Zone Map

025293

# Harrison County, MS (Entire County)



025294

# Harrison County, MS (Detailed Portion 1)



025295

# Harrison County, MS (Detailed Portion 2)



Appendix A: Coastal Real Property Claim
Zone Map

025296

# Harrison County, MS (Detailed Portion 3)



025297

# Harrison County, MS (Detailed Portion 4)



025298

# Harrison County, MS (Detailed Portion 5)



025299

# Jackson County, MS (Entire County)



025300

## Jackson County, MS (Detailed Portion 1)



Appendix A: Coastal Real Property Claim
Zone Map

14

025301

# Jackson County, MS (Detailed Portion 2)



025302

# Jackson County, MS (Detailed Portion 3)



Appendix A: Coastal Real Property Claim
Zone Map

16

025303

# Jackson County, MS (Detailed Portion 4)



## Mobile County, AL (Entire County)



Appendix A: Coastal Real Property Claim
Zone Map

025305

# Mobile County, AL (Detailed Portion 1)



025306

# Mobile County, AL (Detailed Portion 2)



Appendix A: Coastal Real Property Claim
Zone Map

025307

# Mobile County, AL (Detailed Portion 3)



Appendix A: Coastal Real Property Claim
Zone Map

21

025308

# Mobile County, AL (Detailed Portion 4)



025309

# Baldwin County, AL (Entire County)



025310

# Baldwin County, AL (Detailed Portion 1)



Appendix A: Coastal Real Property Claim
Zone Map

025311

# Baldwin County, AL (Detailed Portion 2)



Appendix A: Coastal Real Property Claim
Zone Map

025312

# Escambia County, FL (Entire County)



# Escambia County, FL (Detailed Portion 1)



025314

# Escambia County, FL (Detailed Portion 2)



025315

# Santa Rosa County, FL (Entire County)



025316

# Santa Rosa County, FL (Detailed Portion 1)



Appendix A: Coastal Real Property Claim
Zone Map

30

025317

## Santa Rosa County, FL (Detailed Portion 2)



025318

# Okaloosa County, FL (Entire County)



025319

# Okaloosa County, FL (Detailed Portion 1)



025320

# Okaloosa County, FL (Detailed Portion 2)



Appendix A: Coastal Real Property Claim
Zone Map

34

025321

# Walton County, FL (Entire County)



Appendix A: Coastal Real Property Claim
Zone Map

025322

# Walton County, FL (Detailed Portion 1)



Appendix A: Coastal Real Property Claim
Zone Map

36

025323

# Walton County, FL (Detailed Portion 2)



# Walton County, FL (Detailed Portion 3)



025325

# Walton County, FL (Detailed Portion 4)



025326

# Walton County, FL (Detailed Portion 5)



025327

# Bay County, FL (Entire County)



Appendix A: Coastal Real Property Claim
Zone Map

41

# Bay County, FL (Detailed Portion 1)



025329

# Bay County, FL (Detailed Portion 2)



025330

# Bay County, FL (Detailed Portion 3)



025331

# Bay County, FL (Detailed Portion 4)



025332

# Bay County, FL (Detailed Portion 5)



025333

## Bay County, FL (Detailed Portion 6)



# Gulf County, FL (Entire County)



Appendix A: Coastal Real Property Claim
Zone Map

48

025335

# Gulf County, FL (Detailed Portion 1)



025336

# Gulf County, FL (Detailed Portion 2)



Appendix A: Coastal Real Property Claim
Zone Map

50

025337

# Gulf County, FL (Detailed Portion 3)



Appendix A: Coastal Real Property Claim
Zone Map

025338

# Gulf County, FL (Detailed Portion 4)



025339

# Franklin County, FL (Entire County)



025340

# Franklin County, FL (Detailed Portion 1)



025341

# Franklin County, FL (Detailed Portion 2)



025342

# Franklin County, FL (Detailed Portion 3)



025343

# Franklin County, FL (Detailed Portion 4)



025344

# Franklin County, FL (Detailed Portion 5)



025345

# Franklin County, FL (Detailed Portion 6)



025346

# Franklin County, FL (Detailed Portion 7)



025347

# Franklin County, FL (Detailed Portion 8)



025348

# Franklin County, FL (Detailed Portion 9)



025349

# Franklin County, FL (Detailed Portion 10)



025350

# Franklin County, FL (Detailed Portion 11)



025351

## Wakulla County, FL (Entire County)



Appendix A: Coastal Real Property Claim
Zone Map

025352

# Wakulla County, FL (Detailed Portion 1)



025353

# Wakulla County, FL (Detailed Portion 2)



Appendix A: Coastal Real Property Claim
Zone Map

67

025354

## Grand Isle, LA (Entire Island)

025355