# EXHIBIT 11C

# Appendix D to Compensation Framework for Coastal Real Property Claims:
# Eligible Parcel Compensation Category Map

025356

## Hancock County, MS (Entire County)



025357

# Hancock County, MS (Detailed Portion 1)



| | |
|---|---|
| | Public |
| | Zone A 1 |
| | Zone A 2 |
| | Zone B 1 |
| | Zone B 2 |

## Hancock County, MS (Detailed Portion 2)



| | |
|---|---|
| Public | |
| Zone A1 | |
| Zone A2 | |
| Zone B1 | |
| Zone B2 | |

4

025359

## Hancock County, MS (Detailed Portion 3)



025360

## Hancock County, MS (Detailed Portion 4)



Public
Zone A1
Zone A2
Zone B1
Zone B2

6

025351

## Hancock County, MS (Detailed Portion 5)



Public
Zone A1
Zone A2
Zone B1
Zone B2

7

025362

# Hancock County, MS (Detailed Portion 6)



Legend:
- Public
- Zone A1
- Zone A2
- Zone B1
- Zone B2

8

025363

# Harrison County, MS (Entire County)



## Harrison County, MS (Detailed Portion 1)



Public
Zone A1
Zone A2
Zone B1
Zone B2

10

025365

## Harrison County, MS (Detailed Portion 2)



Public
Zone A1
Zone A2
Zone B1
Zone B2

11

## Harrison County, MS (Detailed Portion 3)



Public
Zone A1
Zone A2
Zone B1
Zone B2

12

## Harrison County, MS (Detailed Portion 4)



Public
Zone A1
Zone A2
Zone B1
Zone B2

13

025368

## Harrison County, MS (Detailed Portion 5)



Public
Zone A1
Zone A2
Zone B1
Zone B2

14

025359

## Harrison County, MS (Detailed Portion 6)



| | |
|---|---|
| Public | |
| Zone A1 | |
| Zone A2 | |
| Zone B1 | |
| Zone B2 | |

15

## Harrison County, MS (Detailed Portion 7)



| | |
|---|---|
| ☐ | Public |
| ☐ | Zone A 1 |
| ☐ | Zone A 2 |
| ☐ | Zone B 1 |
| ☐ | Zone B 2 |

16

# Jackson County, MS (Entire County)



Public
Zone A 1
Zone A 2
Zone B 1
Zone B 2

17

025372

## Jackson County, MS (Detailed Portion 1)



025373

## Jackson County, MS (Detailed Portion 2)



Public
Zone A1
Zone A2
Zone B1
Zone B2

19

025374

## Jackson County, MS (Detailed Portion 3)



Public
Zone A1
Zone A2
Zone B1
Zone B2

20

# Jackson County, MS (Detailed Portion 4)



Public
Zone A1
Zone A2
Zone B1
Zone B2

21

025376

## Jackson County, MS (Detailed Portion 5)



Public
Zone A1
Zone A2
Zone B1
Zone B2

22

## Jackson County, MS (Detailed Portion 6)



Public
Zone A1
Zone A2
Zone B1
Zone B2

23

## Jackson County, MS (Detailed Portion 7)



Public
Zone A1
Zone A2
Zone B1
Zone B2

24

025379

## Mobile County, AL (Entire County)



## Mobile County, AL (Detailed Portion 1)



Public
Zone A1
Zone A2
Zone B1
Zone B2

26

025381

## Mobile County, AL (Detailed Portion 2)



Public
Zone A 1
Zone A 2
Zone B 1
Zone B 2

27

025382

## Mobile County, AL (Detailed Portion 3)



025383

## Mobile County, AL (Detailed Portion 4)



Public
Zone A1
Zone A2
Zone B1
Zone B2

29

## Mobile County, AL (Detailed Portion 5)



| | Public |
| --- | --- |
| | Zone A1 |
| | Zone A2 |
| | Zone B1 |
| | Zone B2 |

30

## Mobile County, AL (Detailed Portion 6)



Public
Zone A 1
Zone A 2
Zone B 1
Zone B 2

31

025386

## Mobile County, AL (Detailed Portion 7)





Public
Zone A1
Zone A2
Zone B1
Zone B2

32

## Mobile County, AL (Detailed Portion 8)



## Baldwin County, AL (Entire County)



## Baldwin County, AL (Detailed Portion 1)



## Baldwin County, AL (Detailed Portion 2)



Public
Zone A 1
Zone A 2
Zone B1
Zone B2

36

025391

## Baldwin County, AL (Detailed Portion 3)



025392

## Baldwin County, AL (Detailed Portion 4)



## Baldwin County, AL (Detailed Portion5)



Public
Zone A 1
Zone A 2
Zone B 1
Zone B 2

39

025394

## Baldwin County, AL (Detailed Portion 6)



Public
Zone A 1
Zone A 2
Zone B 1
Zone B 2

40

## Baldwin County, AL (Detailed Portion 7)



Public
Zone A 1
Zone A 2
Zone B 1
Zone B 2

41

Baldwin County, AL (Detailed Portion 8)





42

## Baldwin County, AL (Detailed Portion 9)



Public
Zone A1
Zone A2
Zone B1
Zone B2

43

025398

## Baldwin County, AL (Detailed Portion 10)



Public
Zone A1
Zone A2
Zone B1
Zone B2

44

025399

# Baldwin County, AL (Detailed Portion 11



Public
Zone A1
Zone A2
Zone B1
Zone B2

45

## Baldwin County, AL (Detailed Portion 12)



# Baldwin County, AL (Detailed Portion 13)



Public
Zone A 1
Zone A 2
Zone B 1
Zone B 2

47

## Baldwin County, AL (Detailed Portion 14)



Public
Zone A1
Zone A2
Zone B1
Zone B2

48

025403

## Baldwin County, AL (Detailed Portion 15)



Public
Zone A1
Zone A2
Zone B1
Zone B2

49

# Baldwin County, AL (Detailed Portion 16)



025405

# Escambia County, FL (Entire County)





51

## Escambia County, FL (Detailed Portion 1)



Public
Zone A 1
Zone A 2
Zone B 1
Zone B 2

52

025407

## Escambia County, FL (Detailed Portion 2)



Public
Zone A1
Zone A2
Zone B1
Zone B2

53

025408

## Escambia County, FL (Detailed Portion 3)



## Escambia County, FL (Detailed Portion 4)



Public
Zone A1
Zone A2
Zone B1
Zone B2

55

025410

## Escambia County, FL (Detailed Portion 5)



| | Public |
| | Zone A1 |
| | Zone A2 |
| | Zone B1 |
| | Zone B2 |

56

025411

## Escambia County, FL (Detailed Portion 6)



026412

## Escambia County, FL (Detailed Portion 7)



| | |
|---|---|
| | Public |
| | Zone A1 |
| | Zone A2 |
| | Zone B1 |
| | Zone B2 |

58

## Escambia County, FL (Detailed Portion 8)



Public
Zone A1
Zone A2
Zone B1
Zone B2

59

## Escambia County, FL (Detailed Portion 9)



## Santa Rosa County, FL (Entire County)



Public
Zone A1
Zone A2
Zone B1
Zone B2

61

## Santa Rosa County, FL (Detailed Portion 1)



## Santa Rosa County, FL (Detailed Portion 2)



025418

## Santa Rosa County, FL (Detailed Portion 3)



Public
Zone A1
Zone A2
Zone B1
Zone B2

64

## Santa Rosa County, FL (Detailed Portion 4)



Public
Zone A1
Zone A2
Zone B1
Zone B2

65

## Okaloosa County, FL (Entire County)



Public
Zone A1
Zone A2
Zone B1
Zone B2

66

## Okaloosa County, FL (Detailed Portion 1)



Public
Zone A1
Zone A2
Zone B1
Zone B2

67

025422

## Okaloosa County, FL (Detailed Portion 2)



Public
Zone A 1
Zone A 2
Zone B 1
Zone B 2

68

025423

## Okaloosa County, FL (Detailed Portion 3)



## Walton County, FL (Entire County)



Public
Zone A1
Zone A2
Zone B1
Zone B2

70

## Walton County, FL (Detailed Portion 1)



Public
Zone A1
Zone A2
Zone B1
Zone B2

71

## Walton County, FL (Detailed Portion 2)



Public
Zone A 1
Zone A 2
Zone B 1
Zone B 2

72

025427

## Walton County, FL (Detailed Portion 3)



025428

## Walton County, FL (Detailed Portion 4)



Public
Zone A 1
Zone A 2
Zone B1
Zone B2

74

025429

## Walton County, FL (Detailed Portion 5)



Public
Zone A 1
Zone A 2
Zone B 1
Zone B 2

75

025430

## Walton County, FL (Detailed Portion 6)



Public
Zone A1
Zone A2
Zone B1
Zone B2

76

## Walton County, FL (Detailed Portion 7)



## Walton County, FL (Detailed Portion 8)



Public
Zone A1
Zone A2
Zone B1
Zone B2

78

## Walton County, FL (Detailed Portion 9)



## Walton County, FL (Detailed Portion 10)



Public
Zone A 1
Zone A 2
Zone B 1
Zone B 2

80

025435

## Walton County, FL (Detailed Portion 11)



Public
Zone A1
Zone A2
Zone B1
Zone B2

81

## Walton County, FL (Detailed Portion 12)



Public
Zone A1
Zone A2
Zone B1
Zone B2

82

## Bay County, FL (Entire County)



025438

## Bay County, FL (Detailed Portion 1)



## Bay County, FL (Detailed Portion 2)



Public
Zone A1
Zone A2
Zone B1
Zone B2

85

## Bay County, FL (Detailed Portion 3)



## Bay County, FL (Detailed Portion 4)



| | |
|---|---|
| | Public |
| | Zone A1 |
| | Zone A2 |
| | Zone B1 |
| | Zone B2 |

87

025442

## Bay County, FL (Detailed Portion 5)



## Bay County, FL (Detailed Portion 6)



## Bay County, FL (Detailed Portion 7)



## Bay County, FL (Detailed Portion 8)



## Bay County, FL (Detailed Portion 9)



## Bay County, FL (Detailed Portion 10)



Public
Zone A1
Zone A2
Zone B1
Zone B2

93

## Bay County, FL (Detailed Portion 11)



Public
Zone A1
Zone A2
Zone B1
Zone B2

94

## Bay County, FL (Detailed Portion 12)



## Bay County, FL (Detailed Portion 13)



## Bay County, FL (Detailed Portion 14)



025452

## Bay County, FL (Detailed Portion 15)



Public
Zone A1
Zone A2
Zone B1
Zone B2

98

## Bay County, FL (Detailed Portion 16)



| | Public |
| --- | --- |
| | Zone A1 |
| | Zone A2 |
| | Zone B1 |
| | Zone B2 |

## Bay County, FL (Detailed Portion 17)



## Bay County, FL (Detailed Portion 18)



## Bay County, FL (Detailed Portion 19)



## Bay County, FL (Detailed Portion 20)



Public
Zone A1
Zone A2
Zone B1
Zone B2

026458

## Gulf County, FL (Entire County)



025459

## Gulf County, FL (Detailed Portion 1)



Public
Zone A1
Zone A2
Zone B1
Zone B2

105

025460

## Gulf County, FL (Detailed Portion 2)



Public
Zone A1
Zone A2
Zone B1
Zone B2

106

025461

## Gulf County, FL (Detailed Portion 3)



Public
Zone A1
Zone A2
Zone B1
Zone B2

107

## Gulf County, FL (Detailed Portion 4)



## Gulf County, FL (Detailed Portion 5)



## Gulf County, FL (Detailed Portion 6)



Public
Zone A 1
Zone A 2
Zone B 1
Zone B 2

110

## Gulf County, FL (Detailed Portion 7)



## Gulf County, FL (Detailed Portion 8)



## Gulf County, FL (Detailed Portion 9)



025468

## Gulf County, FL (Detailed Portion 10)



## Gulf County, FL (Detailed Portion 11)



Public
Zone A1
Zone A2
Zone B1
Zone B2

115

## Gulf County, FL (Detailed Portion 12)



Public
Zone A1
Zone A2
Zone B1
Zone B2

116

## Gulf County, FL (Detailed Portion 13)



## Gulf County, FL (Detailed Portion 14)



| | |
|---|---|
| | Public |
| | Zone A1 |
| | Zone A2 |
| | Zone B1 |
| | Zone B2 |

118

## Franklin County, FL (Entire County)



Public
Zone A1
Zone A2
Zone B1
Zone B2

119

025474

## Franklin County, FL (Detailed Portion 1)



# Franklin County, FL (Detailed Portion 2)



121

## Franklin County, FL (Detailed Portion 3)



Public
Zone A1
Zone A2
Zone B1
Zone B2

122

## Franklin County, FL (Detailed Portion 4)



Public
Zone A1
Zone A2
Zone B1
Zone B2

123

## Franklin County, FL (Detailed Portion 5)



## Franklin County, FL (Detailed Portion 6)



Public
Zone A1
Zone A2
Zone B1
Zone B2

125

## Franklin County, FL (Detailed Portion 7)



Public
Zone A 1
Zone A 2
Zone B 1
Zone B 2

126

## Franklin County, FL (Detailed Portion 8)



Legend:
- Public
- Zone A1
- Zone A2
- Zone B1
- Zone B2

## Franklin County, FL (Detailed Portion 9)



025483

## Franklin County, FL (Detailed Portion 10)



Public
Zone A1
Zone A2
Zone B1
Zone B2

129

## Franklin County, FL (Detailed Portion 11)



| | |
|---|---|
| | Public |
| | Zone A 1 |
| | Zone A 2 |
| | Zone B 1 |
| | Zone B 2 |

130

## Franklin County, FL (Detailed Portion 12)



| | |
|---|---|
| | Public |
| | Zone A 1 |
| | Zone A 2 |
| | Zone B1 |
| | Zone B2 |

131

025486

## Franklin County, FL (Detailed Portion 15)



Public
Zone A 1
Zone A 2
Zone B 1
Zone B 2

132

## Franklin County, FL (Detailed Portion14)



## Franklin County, FL (Detailed Portion 15)



## Franklin County, FL (Detailed Portion 16)



Public
Zone A 1
Zone A 2
Zone B 1
Zone B 2

135

## Franklin County, FL (Detailed Portion 17)



Public
Zone A1
Zone A2
Zone B1
Zone B2

136

## Franklin County, FL (Detailed Portion 18)



Public
Zone A1
Zone A2
Zone B1
Zone B2

137

## Franklin County, FL (Detailed Portion 19)



138

## Franklin County, FL (Detailed Portion 20)



Public
Zone A1
Zone A2
Zone B1
Zone B2

139

025494

## Wakulla County, FL (Entire County)



## Wakulla County, FL (Detailed Portion 1)



Public
Zone A1
Zone A2
Zone B1
Zone B2

141

025496

## Wakulla County, FL (Detailed Portion 2)



Public
Zone A1
Zone A2
Zone B1
Zone B2

142

## Wakulla County, FL (Detailed Portion 3)



Public
Zone A1
Zone A2
Zone B1
Zone B2

143