# EXHIBIT 12C

# Appendix C to Compensation Framework for Wetlands Real Property Claims:
# Eligible Parcel Compensation Category Map

## Louisiana (Entire Zone)





Appendix C: Eligible Parcel Compensation Category Map

028041

## Louisiana (Detailed Portion 1)



Zone A
Zone B

Appendix C: Eligible Parcel Compensation Category Map

3

028042

## Louisiana (Detailed Portion 2)



Appendix C: Eligible Parcel Compensation Category Map

4

028043

## Louisiana (Detailed Portion 3)





Appendix C: Eligible Parcel Compensation Category Map

5

028044

## Louisiana (Detailed Portion 4)



Appendix C: Eligible Parcel Compensation Category Map

6

028045

## Louisiana (Detailed Portion 5)



Appendix C: Eligible Parcel Compensation Category Map

7

028046

## Louisiana (Detailed Portion 6)



Appendix C: Eligible Parcel Compensation Category Map

8

028047

## Louisiana (Detailed Portion 7)



Appendix C: Eligible Parcel Compensation Category Map

9

028048

## Louisiana (Detailed Portion 8)



Appendix C: Eligible Parcel Compensation Category Map

10

028049

## Louisiana (Detailed Portion 9)



Appendix C: Eligible Parcel Compensation Category Map

11

028050

## Louisiana (Detailed Portion 10)



Appendix C: Eligible Parcel Compensation Category Map

12

028051