# EXHIBIT 12D

# Appendix D to Compensation Framework for Wetlands Real Property Claims:
# Area of Potential Eligibility Map

028052

## Louisiana (Entire Zone)



Appendix D: Area of Potential Eligibility Map

2

028053

# Cameron Parish, LA



Appendix D: Area of Potential Eligibility Map

3

028054

# Vermilion Parish, LA



Appendix D: Area of Potential Eligibility Map

4

028055

# Iberia Parish, LA



Appendix D: Area of Potential Eligibility Map

5

028056

## St. Mary Parish, LA



Appendix D: Area of Potential Eligibility Map

6

028057

# Terrebonne Parish, LA



Appendix D: Area of Potential Eligibility Map

7

028058

# Lafourche Parish, LA



Appendix D: Area of Potential Eligibility Map

8

028059

## Jefferson Parish, LA



Appendix D: Area of Potential Eligibility Map

9

028060

## Plaquemines Parish, LA



Appendix D: Area of Potential Eligibility Map

10

028061

## St. Bernard Parish, LA



Appendix D: Area of Potential Eligibility Map

11

028062

## St. Tammany Parish and Orleans Parish, LA



Appendix D: Area of Potential Eligibility Map

12

028063