# EXHIBIT 13B

# Appendix A: Real Property Sales Compensation Zone Map

026307

## LA, MS, AL, FL



026308

## Hancock County, MS (1)



Appendix A: Real Property Sales
Compensation Zone Map

026309

# Hancock County, MS (2)



026310

## Hancock County, MS (3)



026311

# Hancock County, MS (4)



Appendix A: Real Property Sales
Compensation Zone Map

026312

# Harrison County, MS (1)



026313

# Harrison County, MS (2)



026314

# Harrison County, MS (3)



026315

# Harrison County, MS (4)



026316

# Harrison County, MS (5)



026317

# Harrison County, MS (6)



026318

# Jackson County, MS (1)



026319

## Jackson County, MS (2)



Appendix A: Real Property Sales
Compensation Zone Map

14

026320

## Jackson County, MS (3)



026321

## Jackson County, MS (4)



026322

## Jackson County, MS (5)



026323

## Mobile County, AL (1)



Appendix A: Real Property Sales
Compensation Zone Map

18

026324

# Mobile County, AL (2)



026325

# Mobile County, AL (3)



026326

# Mobile County, AL (4)



026327

# Mobile County, AL (5)



026328

## Baldwin County, AL (1)



026329

## Baldwin County, AL (2)



026330

# Baldwin County, AL (3)



# Escambia County, FL (1)



Appendix A: Real Property Sales
Compensation Zone Map

026332

# Escambia County, FL (2)



026333

## Escambia County, FL (3)



026334

## Santa Rosa County, FL (1)



026335

## Santa Rosa County, FL (2)



026336

# Santa Rosa County, FL (3)



026337

## Okaloosa County, FL (1)



026338

# Okaloosa County, FL (2)



026339

# Okaloosa County, FL (3)



026340

## Walton County, FL (1)



Appendix A: Real Property Sales
Compensation Zone Map

026341

# Walton County, FL (2)



026342

## Walton County, FL (3)



026343

# Walton County, FL (4)



026344

# Walton County, FL (5)



026345

# Walton County, FL (6)



026346

## Bay County, FL (1)



Appendix A: Real Property Sales
Compensation Zone Map

41

026347

# Bay County, FL (2)



026348

## Bay County, FL (3)



# Bay County, FL (4)



026350

# Bay County, FL (5)



026351

## Bay County, FL (6)



026352

# Bay County, FL (7)



026353

## Gulf County, FL (1)

## Gulf County, FL (2)



## Gulf County, FL (3)



## Gulf County, FL (4)



026357

# Gulf County, FL (5)



026358

# Franklin County, FL (1)



026359

# Franklin County, FL (2)



026360

# Franklin County, FL (3)



026361

# Franklin County, FL (4)



026362

# Franklin County, FL (5)



026363

# Franklin County, FL (6)



026364

# Franklin County, FL (7)



026365

# Franklin County, FL (8)



026366

# Franklin County, FL (9)



026367

# Franklin County, FL (10)



026368

# Franklin County, FL (11)



026369

# Franklin County, FL (12)



026370

# Wakulla County, FL (1)



026371

# Wakulla County, FL (2)



## Wakulla County, FL (3)



026373

## Grand Isle, LA (1)



026374