# EXHIBIT 15

## **RTP CHART**

As set forth in the *Deepwater Horizon* Economic and Property Damages Settlement Agreement, an RTP (risk transfer premium) shall mean the amount paid to a Claimant for any and all alleged damage, including potential future injuries, damages or losses not currently known, which may later manifest themselves or develop, arising out of, due to, resulting from, or relating in any way to the Deepwater Horizon Incident, and any other type or category of damages claimed, including claims for punitive damages.  To the extent that an RTP is to be paid to a Claimant, it shall be a factor which is multiplied with those Compensation Amounts which the Exhibits to this Agreement specify are eligible for an RTP to calculate a sum which is added to the Compensation Amount paid to the Claimant.  The following is a summary of the applicable RTPs.

| CLAIM TYPE | RTP |
|---|---|
| **Business Economic Loss Claims** | • Businesses satisfying the Tourism Definition and located in Zone A -- RTP is 2.50.<br>• Businesses satisfying the Tourism Definition and located in Zone B -- RTP is 2.00.<br>• Businesses satisfying the Tourism Definition and located in Zone C -- RTP is 2.00.<br>• Businesses satisfying the Tourism Definition and located in Zone D -- RTP is 1.25.<br><br>• Businesses satisfying the Charter Fishing Definition and located in Zone A, Zone B or Zone C -- RTP is 2.50.<br>• Businesses satisfying the Charter Fishing Definition and located in Zone D -- RTP is 1.25.<br><br>• Businesses satisfying the Primary Seafood Processor Definition in the Seafood Distribution Chain Definitions who process Shrimp/Crab/Oyster and are located in Zone A, Zone B, Zone C or Zone D -- RTP is 3.00.<br>• Businesses satisfying the Primary Seafood Processor Definition in the Seafood Distribution Chain Definitions who process Seafood other than Shrimp/Crab/Oyster and are located in Zone A, Zone B, Zone C or Zone D -- RTP is 2.25.<br><br>• Businesses satisfying the Landing Site or Commercial Wholesale or Retail Dealer A Definitions in the Seafood Distribution Chain Definitions and are located in Zone A, Zone B, Zone C or Zone D -- RTP is 2.25. |

028739

| CLAIM TYPE | RTP |
|---|---|
| | • Businesses satisfying the Commercial Wholesale or Retail Dealer B, Secondary Seafood Processor, Seafood Wholesaler or Distributor, or Seafood Retailer Definitions in the Seafood Distribution Chain Definitions and are located in Zone A, Zone B, Zone C or Zone D -- RTP is 2.25.<br><br>• Non-Tourism and Non-Seafood Businesses located in Zone A -- RTP is 1.50.<br>• Non-Tourism and Non-Seafood Businesses located in Zone B -- RTP is 1.25.<br>• Non-Tourism and Non-Seafood Businesses located in Zone C -- RTP is 0.25.<br>• Non-Tourism and Non-Seafood Businesses located in Zone D -- RTP is 0.25. |
| **Start-up Business Claims** | RTPs are the same as for Business Economic Loss Claims. |
| **Failed Business Claims** | No RTP. |
| **Failed Start-up Business Claims** | No RTP. |
| **Multi-Facility Business** | The RTP is determined per Business Economic Loss Claims as applied through the Compensation for Multi-Facility Businesses framework. |
| **Individual Economic Loss Claims** | |
| Category I, II & III Claimants | The presumption is that the RTP shall be determined by the industry of the Individual's employer and the Zone in which the Individual's employer is located.  However, a Claimant may establish an alternative Zone to be used for the RTP by demonstrating that primary employment activities and responsibilities were performed in a location different from the employer's business address and the claimed DWH spill-related economic loss occurred in that location.<br><br>• Employed by business satisfying the Tourism Definition and located in Zone A -- RTP is 2.50.<br>• Employed by business satisfying the Tourism Definition and located in Zone B -- RTP is 2.00. |

028740

| CLAIM TYPE | RTP |
|---|---|
| | • Employed by business satisfying the Tourism Definition and located in Zone C -- RTP is 2.00.<br>• Employed by business satisfying the Tourism Definition and located in Zone D -- RTP is 1.25.<br><br>• Employed by business satisfying the Charter Fishing Definition and located in Zone A, Zone B or Zone C -- RTP is 2.50.<br>• Employed by business satisfying the Charter Fishing Definition and located in Zone D -- RTP is 1.25.<br><br>• Employed by business satisfying the Primary Seafood Processor Definition in the Seafood Distribution Chain Definitions who processes Shrimp/Crab/Oyster and is located in Zone A, Zone B, Zone C or Zone D -- RTP is 3.00.<br>• Employed by business satisfying the Primary Seafood Processor Definition in the Seafood Distribution Chain Definitions who processes Seafood other than Shrimp/Crab/Oyster and is located in Zone A, Zone B, Zone C or Zone D -- RTP is 2.25.<br><br>• Employed by business satisfying the Landing Site or Commercial Wholesale or Retail Dealer A Definitions in the Seafood Distribution Chain Definitions and is located in Zone A, Zone B, Zone C or Zone D -- RTP is 2.25.<br><br>• Employed by business satisfying the Commercial Wholesale or Retail Dealer B, Secondary Seafood Processor, Seafood Wholesaler or Distributor, or Seafood Retailer Definitions in the Seafood Distribution Chain Definitions and is located in Zone A, Zone B, Zone C or Zone D -- RTP is 2.25.<br><br>• Employed by Non-Tourism and Non-Seafood Business in Zone A -- RTP is 1.50.<br>• Employed by Non-Tourism and Non-Seafood Business in Zone B -- RTP is 1.25.<br>• Employed by Non-Tourism and Non-Seafood Business in Zone C -- RTP is 0.25.<br>• Employed by Non-Tourism and Non-Seafood Business in Zone D -- RTP is 0.25. |

028741

| CLAIM TYPE | RTP |
|---|---|
| Category IV Claimants | Only Claimants who, in 2011, (1) continued to be employed in a position the same as, or similar to, the **Claiming Job**, and (2) still lived within 60 miles of their place of employment, receive an RTP of 1. |
| **Individual Periodic Vendors** | RTP is 1. |
| **Festival Vendors** | • For Festival Vendor with documentation establishing loss of earnings from festivals -- RTP is 1.<br>• For Festival Vendor without sufficient documentation of earnings from festival sales who relies on Festival Coordinator Sworn Statements -- No RTP. |
| **Seafood Program Claims** | RTPs in respect of Seafood Program Claims are set forth elsewhere in the Settlement Agreement. |
| **Subsistence Claims** | RTP is 2.25. |
| **VoO Charter Payment** | No RTP. |
| **Vessel Physical Damage** | No RTP. |
| **Coastal Real Property Claims** | An RTP of 2.50 is applied to the **Coastal Real Property Compensation Amount**.  No RTP for physical damage compensation. |
| **Wetlands Real Property Claims** | An RTP of 2.50 is applied to the **Wetlands Real Property Compensation Amount**.  No RTP for physical damage compensation. |
| **Real Property Sales** | No RTP. |

028742