# EXHIBIT 17

# Oil & Gas Industry Exclusions

Business Entities within the NAICS Code descriptions set forth below are excluded from the class. Natural Persons employed by a Business Entity within the NAICS Code descriptions set forth below are excluded to the extent and in the manner set forth in the Excluded Industries Chart (Bates Nos. 026686 - 026693]

The Claims Administrator shall determine the appropriate NAICS code for a Business Entity based on his review of (a) the NAICS code shown on a Business Entity claimant's 2010 tax return, (b) 2010 business permits or license(s), and/or (c) other evidence of the business's activities necessary for the Claims Administrator to determine the appropriate NAICS code.

**211111 - Crude Petroleum and Natural Gas Extraction**
This U.S. industry comprises establishments primarily engaged in (1) the exploration, development and/or the production of petroleum or natural gas from wells in which the hydrocarbons will initially flow or can be produced using normal pumping techniques or (2) the production of crude petroleum from surface shales or tar sands or from reservoirs in which the hydrocarbons are semisolids. Establishments in this industry operate oil and gas wells on their own account or for others on a contract or fee basis.

- Coal gasification at mine site
- Coal liquefaction at mine site
- Coal pyrolysis
- Crude petroleum from oil sand
- Crude petroleum from oil shale
- Crude petroleum production
- Gas, natural, extraction
- Kerogen processing
- Lease condensate production
- Natural gas production
- Natural gas, offshore production
- Offshore crude petroleum production
- Offshore natural gas production
- Oil and gas field development for own account
- Oil and gas field exploration for own account
- Oil shale mining and/or beneficiating
- Petroleum, crude, production (i.e., extraction)
- Shale, oil, mining and/or beneficiating
- Stripper well production
- Tar sands mining

**211112 - Natural Gas Liquid Extraction**
This U.S. industry comprises establishments primarily engaged in the recovery of liquid hydrocarbons from oil and gas field gases. Establishments primarily engaged in sulfur recovery from natural gas are included in this industry.

- Butane, natural, mining
- Casing-head butane and propane production
- Condensate, cycle, natural gas production
- Cycle condensate production
- Ethane recovered from oil and gas field gases
- Fractionating natural gas liquids

026694

       Gas, natural liquefied petroleum, extraction
       Gas, natural, liquids, extraction
       Gas, residue, extraction
       Gases, petroleum, liquefied, extraction
       Gasoline, natural, production
       Isobutane recovered from oil and gas field gases
       Isopentane recovered from oil and gas field gases
       Liquefied petroleum gases (LPG), natural
       Liquid hydrocarbons recovered from oil and gas field gases
       Liquids, natural gas (e.g., ethane, isobutane, natural gasoline, propane) recovered from oil and gas field gases
       Natural gas liquids (e.g., ethane, isobutane, natural gasoline, propane) recovered from oil and gas field gases
       Natural gasoline recovered from oil and gas field gases
       Oil line drip, natural gas liquid
       Petroleum gases, liquefied, recovering from oil and gas field gases
       Propane recovered from oil and gas field gases
       Residue gas production
       Sulfur recovered from natural gas

**213111 - Drilling Oil and Gas Wells**

    This U.S. industry comprises establishments primarily engaged in drilling oil and gas wells for others on a contract or fee basis. This industry includes contractors that specialize in spudding in, drilling in, redrilling, and directional drilling.

       Directional drilling of oil and gas wells on a contract basis
       Drilling directional oil and gas field wells on a contract basis
       Drilling for gas on a contract basis
       Drilling for oil on a contract basis
       Drilling gas and oil field wells on a contract basis
       Drilling oil and gas field service wells on a contract basis
       Drilling water intake wells, oil and gas field on a contract basis
       Gas well drilling on a contract basis

       Oil and gas well drilling services (redrilling, spudding, tailing) on a contract basis
       Oil well drilling on a contract basis
       Reconditioning oil and gas field wells on a contract basis
       Reworking oil and gas wells on a contract basis
       Service well drilling on a contract basis
       Spudding in oil and gas wells on a contract basis
       Tailing in oil and gas field wells on a contract basis
       Water intake well drilling, oil and gas field on a contract basis
       Well drilling (i.e., oil, gas, water intake wells) on a contract basis
       Workover of oil and gas wells on a contract basis

**213112 - Support Activities for Oil and Gas Operations**

    This U.S. industry comprises establishments primarily engaged in performing support activities on a contract or fee basis for oil and gas operations (except site preparation and related construction activities). Services included are exploration (except geophysical surveying and mapping); excavating slush pits and cellars, well surveying; running, cutting, and pulling casings, tubes, and rods; cementing wells, shooting wells; perforating well casings; acidizing and chemically treating wells; and cleaning out, bailing, and swabbing wells.

Acidizing oil and gas field wells on a contract basis
Building oil and gas well foundations on a contract basis
Building, erecting, repairing, and dismantling oil and gas field rigs and derricks on a contract basis
Cementing oil and gas well casings on a contract basis
Chemically treating oil and gas wells (e.g., acidizing, bailing, swabbing) on a contract basis
Cleaning oil and gas field lease tanks on a contract basis

Cleaning out (e.g., bailing out, steam cleaning, swabbing) wells on a contract basis
Cleaning wells on a contract basis

Cleaning, repairing, and dismantling oil and gas field lease tanks on a contract basis
Contract services (except site preparation and related construction contractor activities) for oil and gas fields
Core cutting in oil and gas wells, on a contract basis
Core drilling, exploration services, oil and gas field
Cutting cores in oil and gas wells on a contract basis

Derrick building, repairing, and dismantling at oil and gas fields on a contract basis
Dismantling of oil well rigs on a contract basis
Drilling rat holes and mouse holes at oil and gas fields on a contract basis
Drilling shot holes at oil and gas fields on a contract basis
Drilling site preparation at oil and gas fields on a contract basis
Drill-stem testing in oil, gas, dry, and service well drilling on a contract basis

Excavating mud pits, slush pits, and cellars at oil and gas fields on a contract basis
Exploration services for oil and gas (except geophysical surveying and mapping) on a contract basis
Fishing for tools at oil and gas fields on a contract basis
Gas well rig building, repairing, and dismantling on a contract basis
Gas, compressing natural, in the field on a contract basis
Geological exploration (except surveying) for oil and gas on a contract basis

Geophysical exploration (except surveying) for oil and gas on a contract basis
Hard banding oil and gas field service on a contract basis
Hot oil treating of oil field tanks on a contract basis
Hot shot service on a contract basis
Hydraulic fracturing wells on a contract basis
Impounding and storing salt water in connection with petroleum production
Installing production equipment at the oil or gas field on a contract basis
Lease tank cleaning and repairing on a contract basis
Logging wells on a contract basis
Mouse hole and rat hole drilling at oil and gas fields on a contract basis
Mud service for oil field drilling on a contract basis
Oil and gas field services (except contract drilling, site preparation and related construction contractor activities) on a contract basis
Oil field exploration (except surveying) on a contract basis
Oil sampling services on a contract basis
Oil well logging on a contract basis

    Oil well rig building, repairing, and dismantling, on a contract basis
    Paraffin services, oil and gas field, on a contract basis
    Perforating oil and gas well casings on a contract basis
    Pipe testing services, oil and gas field, on a contract basis
    Plugging and abandoning wells on a contract basis
    Preparation of oil and gas field drilling sites (except site preparation and related construction contractor activities) on a contract basis
    Pulling oil and gas field casings, tubes, or rods on a contract basis
    Pumping oil and gas wells on a contract basis
    Rathole and mousehole drilling at oil and gas fields on a contract basis

    Removal of condensate gasoline from field gathering lines on a contract basis
    Rig skidding, oil and gas field, on a contract basis
    Roustabout mining services, on a contract basis
    Salt water disposal systems, oil and gas field, on a contract basis
    Sand blasting pipelines on lease, oil and gas field on a contract basis

    Seismograph exploration (except surveying) for oil and gas on a contract basis
    Servicing oil and gas wells on a contract basis
    Shot hole drilling, oil and gas field, on a contract basis
    Skidding of rigs, oil and gas field, on a contract basis
    Slush pits and cellars, excavation of, on a contract basis
    Steam cleaning oil and gas wells on a contract basis
    Stratigraphic drilling, oil and gas field exploration on a contract basis
    Surveying (except seismographic) oil or gas wells on a contract basis
    Swabbing oil or gas wells on a contract basis

    Well casing running, cutting and pulling, oil and gas field on a contract basis
    Well logging, oil and gas field, on a contract basis
    Well plugging, oil and gas field, on a contract basis
    Well pumping, oil and gas field, on a contract basis
    Well servicing, oil and gas field, on a contract basis
    Well surveying, oil and gas field, on a contract basis
    Wireline services, oil and gas field, on a contract basis

**221210 - Natural Gas Distribution**

    This industry comprises: (1) establishments primarily engaged in operating gas distribution systems (e.g., mains, meters); (2) establishments known as gas marketers that buy gas from the well and sell it to a distribution system; (3) establishments known as gas brokers or agents that arrange the sale of gas over gas distribution systems operated by others; and (4) establishments primarily engaged in transmitting and distributing gas to final consumers.

    Blue gas, carbureted, production and distribution
    Coke oven gas, production and distribution
    Distribution of manufactured gas
    Distribution of natural gas
    Gas, manufactured, production and distribution
    Gas, mixed natural and manufactured, production and distribution
    Gas, natural, distribution
    Liquefied petroleum gas (LPG) distribution through mains
    Manufactured gas production and distribution

        Natural gas brokers
        Natural gas distribution systems
        Natural gas marketers

**237120 - Oil and Gas Pipeline and Related Structures Construction**

This industry comprises establishments primarily engaged in the construction of oil and gas lines, mains, refineries, and storage tanks. The work performed may include new work, reconstruction, rehabilitation, and repairs. Specialty trade contractors are included in this group if they are engaged in activities primarily related to oil and gas pipeline and related structures construction. All structures (including buildings) that are integral parts of oil and gas networks (e.g., storage tanks, pumping stations, and refineries) are included in this industry.

        Compressor, metering and pumping station, gas and oil pipeline, construction
        Construction management, oil and gas pipeline
        Construction management, oil refinery and petrochemical complex
        Corrosion protection, underground pipeline and oil storage tank
        Distribution line, gas and oil, construction
        Gas main construction
        Gathering line, gas and oil field, construction
        Natural gas pipeline construction
        Natural gas processing plant construction
        Oil and gas field distribution line construction
        Oil pipeline construction
        Oil refinery construction
        Petrochemical plant construction
        Petroleum refinery construction
        Pipe lining (except thermal insulating) contractors
        Pipeline construction on oil and gas field gathering lines to point of distribution on a contract basis
        Pipeline rehabilitation contractors
        Pipeline wrapping contractors
        Pipeline, gas and oil, construction
        Pumping station, gas and oil transmission, construction
        Refinery, petroleum, construction
        Service line, gas and oil, construction
        Storage tank, natural gas or oil, tank farm or field, construction

**324110 - Petroleum Refineries**

This industry comprises establishments primarily engaged in refining crude petroleum into refined petroleum. Petroleum refining involves one or more of the following activities: (1) fractionation; (2) straight distillation of crude oil; and (3) cracking.

        Acid oils made in petroleum refineries
        Aliphatic chemicals (i.e., acyclic) made in petroleum refineries
        Alkylates made in petroleum refineries
        Asphalt and asphaltic materials made in petroleum refineries
        Asphalt paving mixtures made in petroleum refineries
        Aviation fuels manufacturing
        Benzene made in petroleum refineries
        Butylene (i.e., butene) made in petroleum refineries
        Coke, petroleum, made in petroleum refineries
        Crude oil refining

        Crude petroleum refineries
        Cumene made in petroleum refineries
        Cyclic aromatic hydrocarbons made in petroleum refineries
        Diesel fuels made in petroleum refineries
        Ethylene made in petroleum refineries
        Fuel oils manufacturing
        Fuels, jet, manufacturing
        Gasoline made in petroleum refineries
        Heating oils made in petroleum refineries
        Hydraulic fluids made in petroleum refineries
        Jet fuels manufacturing
        Kerosene manufacturing
        Liquefied petroleum gas (LPG) made in refineries
        Lubricating oils and greases made in petroleum refineries
        Naphtha made in petroleum refineries
        Naphthenic acids made in petroleum refineries
        Oil (i.e., petroleum) refineries
        Oil additives made in petroleum refineries
        Oils, fuel, manufacturing
        Paraffin waxes made in petroleum refineries
        Petrochemical feedstocks made in petroleum refineries
        Petrochemicals made in petroleum refineries
        Petroleum coke made in petroleum refineries
        Petroleum cracking and reforming
        Petroleum distillation
        Petroleum jelly made in petroleum refineries
        Petroleum lubricating oils made in petroleum refineries
        Petroleum refineries
        Propane gases made in petroleum refineries
        Propylene (i.e., propene) made in petroleum refineries
        Refineries, petroleum
        Refinery gases made in petroleum refineries
        Road oils made in petroleum refineries
        Solvents made in petroleum refineries
        Still gases made in petroleum refineries
        Styrene made in petroleum refineries
        Tar made in petroleum refineries
        Toluene made in petroleum refineries
        Waxes, petroleum, made in petroleum refineries
        Xylene made in petroleum refineries

**324191 - Petroleum Lubricating Oil and Grease Manufacturing**

    This U.S. industry comprises establishments primarily engaged in blending or compounding refined petroleum to make lubricating oils and greases and/or re-refining used petroleum lubricating oils.

        Brake fluids, petroleum, made from refined petroleum
        Cutting oils made from refined petroleum
        Greases, petroleum lubricating, made from refined petroleum
        Grinding oils, petroleum, made from refined petroleum
        Hydraulic fluids, petroleum, made from refined petroleum
        Lubricating oils and greases, petroleum, made from refined petroleum

      Motor oils, petroleum, made from refined petroleum
      Oils, lubricating petroleum, made from refined petroleum
      Oils, petroleum lubricating, re-refining used
      Petroleum lubricating oils made from refined petroleum
      Re-refining used petroleum lubricating oils
      Rust arresting petroleum compounds made from refined petroleum
      Transmission fluids, petroleum, made from refined petroleum

**324199 - All Other Petroleum and Coal Products Manufacturing**

This U.S. industry comprises establishments primarily engaged in manufacturing petroleum products (except asphalt paving, roofing, and saturated materials and lubricating oils and greases) from refined petroleum and coal products made in coke ovens not integrated with a steel mill.

      Boulets (i.e., fuel bricks) made from refined petroleum
      Briquettes, petroleum, made from refined petroleum
      Calcining petroleum coke from refined petroleum

      Coke oven products (e.g., coke, gases, tars) made in coke oven establishments
      Fuel briquettes or boulets made from refined petroleum
      Oil-based additives made from refined petroleum
      Petroleum jelly made from refined petroleum
      Petroleum waxes made from refined petroleum
      Road oils made from refined petroleum
      Waxes, petroleum, made from refined petroleum

**325110 - Petrochemical Manufacturing**

This industry comprises establishments primarily engaged in (1) manufacturing acyclic (i.e., aliphatic) hydrocarbons such as ethylene, propylene, and butylene made from refined petroleum or liquid hydrocarbon and/or (2) manufacturing cyclic aromatic hydrocarbons such as benzene, toluene, styrene, xylene, ethyl benzene, and cumene made from refined petroleum or liquid hydrocarbons.

      Acyclic hydrocarbons (e.g., butene, ethylene, propene) (except acetylene) made from refined petroleum or liquid hydrocarbons
      Aliphatic (e.g., hydrocarbons) (except acetylene) made from refined petroleum or liquid hydrocarbons
      Benzene made from refined petroleum or liquid hydrocarbons
      Butadiene made from refined petroleum or liquid hydrocarbons
      Butane made from refined petroleum or liquid hydrocarbons
      Butylene made from refined petroleum or liquid hydrocarbons
      Cumene made from refined petroleum or liquid hydrocarbons

      Cyclic aromatic hydrocarbons made from refined petroleum or liquid hydrocarbons
      Dodecene made from refined petroleum or liquid hydrocarbons
      Ethane made from refined petroleum or liquid hydrocarbons
      Ethylbenzene made from refined petroleum or liquid hydrocarbons
      Ethylene made from refined petroleum or liquid hydrocarbons
      Heptanes made from refined petroleum or liquid hydrocarbons
      Heptenes made from refined petroleum or liquid hydrocarbons
      Isobutane made from refined petroleum or liquid hydrocarbons
      Isobutene made from refined petroleum or liquid hydrocarbons
      Isoprene made from refined petroleum or liquid hydrocarbons
      Nonene made from refined petroleum or liquid hydrocarbons

        Olefins made from refined petroleum or liquid hydrocarbons
        Paraffins made from refined petroleum or liquid hydrocarbons
        Pentanes made from refined petroleum or liquid hydrocarbons
        Pentenes made from refined petroleum or liquid hydrocarbons
        Propylene made from refined petroleum or liquid hydrocarbons
        Styrene made from refined petroleum or liquid hydrocarbons
        Toluene made from refined petroleum or liquid hydrocarbons
        Xylene made from refined petroleum or liquid hydrocarbons

**325120 - Industrial Gas Manufacturing**

This industry comprises establishments primarily engaged in manufacturing industrial organic and inorganic gases in compressed, liquid, and solid forms.

        Acetylene manufacturing
        Argon manufacturing
        Carbon dioxide manufacturing
        Chlorodifluoromethane manufacturing
        Chlorofluorocarbon gases manufacturing
        Compressed and liquefied industrial gas manufacturing
        Dichlorodifluoromethane manufacturing
        Dry ice (i.e., solid carbon dioxide) manufacturing
        Fluorinated hydrocarbon gases manufacturing
        Fluorocarbon gases manufacturing
        Gases, industrial (i.e., compressed, liquefied, solid), manufacturing
        Helium manufacturing
        Helium recovery from natural gas
        Hydrogen manufacturing
        Ice, dry, manufacturing
        Industrial gases manufacturing
        Liquid air manufacturing
        Monochlorodifluoromethane manufacturing
        Neon manufacturing
        Nitrogen manufacturing
        Nitrous oxide manufacturing
        Oxygen manufacturing

**333132 - Oil and Gas Field Machinery and Equipment Manufacturing**

This U.S. industry comprises establishments primarily engaged in (1) manufacturing oil and gas field machinery and equipment, such as oil and gas field drilling machinery and equipment; oil and gas field production machinery and equipment; and oil and gas field derricks and (2) manufacturing water well drilling machinery.

        Bits, rock drill, oil and gas field-type, manufacturing
        Christmas tree assemblies, oil and gas field-type, manufacturing
        Derricks, oil and gas field-type, manufacturing
        Drilling equipment, oil and gas field-type, manufacturing
        Drilling rigs, oil and gas field-type, manufacturing
        Gas well machinery and equipment manufacturing
        Oil and gas field-type drilling machinery and equipment (except offshore floating platforms) manufacturing
        Rock drill bits, oil and gas field-type, manufacturing
        Water well drilling machinery manufacturing
        Well logging equipment manufacturing

**424710 - Petroleum Bulk Stations and Terminals**

This industry comprises establishments with bulk liquid storage facilities primarily engaged in the merchant wholesale distribution of crude petroleum and petroleum products, including liquefied petroleum gas.

- Bulk gasoline stations
- Bulk stations, petroleum
- Crude oil terminals
- Fuel oil bulk stations and terminals
- Gasoline bulk stations and terminals
- Liquefied petroleum gas (LPG) bulk stations and terminals
- Lubricating oils and greases bulk stations and terminals
- Oil, petroleum, bulk stations and terminals
- Petroleum and petroleum products bulk stations and terminals
- Propane bulk stations and terminals
- Terminals, petroleum

**424720 - Petroleum and Petroleum Products Merchant Wholesalers (except Bulk Stations and Terminals)**

This industry comprises establishments primarily engaged in the merchant wholesale distribution of petroleum and petroleum products (except from bulk liquid storage facilities).

- Crude oil merchant wholesalers (except bulk stations, terminals)
- Fuel oil merchant wholesalers (except bulk stations, terminals)
- Fuel oil truck jobbers
- Fueling aircraft (except on contract basis)
- Gasoline merchant wholesalers (except bulk stations, terminals)
- Liquefied petroleum gas (LPG) merchant wholesalers (except bulk stations, terminals)
- Lubricating oils and greases merchant wholesalers (except bulk stations, terminals)
- Oil, petroleum, merchant wholesalers (except bulk stations, terminals)
- Petroleum and petroleum products merchant wholesalers (except bulk stations, terminals)

**486110 - Pipeline Transportation of Crude Oil**

This industry comprises establishments primarily engaged in the pipeline transportation of crude oil.

- Booster pumping station, crude oil transportation
- Crude oil pipeline transportation
- Petroleum pipelines, crude
- Pipeline transportation, crude oil

**486210 - Pipeline Transportation of Natural Gas**

This industry comprises establishments primarily engaged in the pipeline transportation of natural gas from processing plants to local distribution systems.

- Booster pumping station, natural gas transportation
- Gas, natural, pipeline operation
- Natural gas pipeline transportation
- Natural gas transmission (i.e., processing plants to local distribution systems)
- Pipeline transportation, natural gas
- Storage of natural gas
- Transmission of natural gas via pipeline (i.e., processing plants to local distribution systems)

**486910 - Pipeline Transportation of Refined Petroleum Products**

026702

> This industry comprises establishments primarily engaged in the pipeline transportation of refined petroleum products.
>> Booster pumping station, refined petroleum products transportation
>> Gasoline pipeline transportation
>> Natural gas liquids pipeline transportation
>> Petroleum pipelines, refined
>> Pipeline transportation, gasoline and other refined petroleum products
>> Refined petroleum products pipeline transportation

**486990 - All Other Pipeline Transportation**
> This industry comprises establishments primarily engaged in the pipeline transportation of products except crude oil, natural gas, and refined petroleum products.
>
>> Booster pumping station (except natural gas, petroleum)
>> Coal pipeline transportation
>>
>> Pipeline transportation (except crude oil, natural gas, refined petroleum products)
>> Slurry pipeline transportation

026703