# EXHIBIT 18

Economic Loss and Property Class Definition Exclusions

(Gaming, Banking, Insurance, Funds, Defense Contractors, and Developers)

Business Entities within the NAICS Code descriptions set forth in Sections I-IV below, or within the descriptions set forth below in Sections V (Defense Contractors) and VI (Developers and Sellers of Real Property), and Natural Persons (Individuals) employed by such business entities, are excluded from the class to the extent and in the manner set forth in the Excluded Industries Chart [026686 - 026693].[1]

With respect to claims by any Business Entity or by a Natural Person related to his or her employment by a Business Entity, the Claims Administrator shall determine the appropriate NAICS code for the Business Entity based on his review of (a) the NAICS code shown on a Business Entity claimant's 2010 tax return, (b) 2010 business permits or license(s), and/or (c) other evidence of the business's activities necessary for the Claims Administrator to determine the appropriate NAICS code.

For Defense Contractors and Real Estate Developers or Sellers, the applicability of the exclusion will be determined by the Claims Administrator based upon his review of (a) the claimant's 2010 tax return, (b) 2010 business permits or license(s), and/or (c) other evidence of the relevant business's or individual's activities necessary for the Claims Administrator to determine whether the exclusion applies.

I. Gaming Industry[2]

    **713210 - Casinos (except Casino Hotels)**

    This industry comprises establishments primarily engaged in operating gambling facilities that offer table wagering games along with other gambling activities, such as slot machines and sports betting. These establishments often provide food and beverage services. Included in this industry are floating casinos (i.e., gambling cruises, riverboat casinos).

        Casinos (except casino hotels)
        Cruises, gambling
        Floating casinos (i.e., gambling cruises, riverboat casinos)
        Gambling cruises
        Riverboat casinos
        Stand alone casinos (except slot machine parlors)

    **713290 - Other Gambling Industries**

    This industry comprises establishments primarily engaged in operating gambling facilities (except casinos or casino hotels) or providing gambling services.

        Bingo halls
        Bingo parlors
        Bookies
        Bookmakers
        Card rooms (e.g., poker rooms)

---

[1] Business Entities and Natural Persons (Individuals) also may be subject to other exclusions as set forth in the Agreement in Principle Regarding *Deepwater Horizon* Economic and Property Damages Settlement.
[2] The following business types will not be excluded: (1) bingo parlors and (2) video gaming at truck stops, bars, restaurants, hotels, racetracks, bingo parlors, and off-track betting parlors.

028759

       Coin-operated gambling device concession operators (i.e., supplying and servicing in others' facilities)
       Gambling control boards, operating gambling activities
       Gambling device arcades or parlors, coin-operated
       Gambling device concession operators (i.e., supplying and servicing in others' facilities), coin-operated
       Lottery control boards (i.e., operating lotteries)
       Lottery corporations
       Lottery ticket sales agents (except retail stores)
       Lottery ticket vendors (except retail stores)
       Off-track betting parlors

       Slot machine concession operators (i.e., supplying and servicing in others' facilities)
       Slot machine parlors
       Video gambling device concession operators (i.e., supplying and servicing in others' facilities)
       Video gaming device concession operators (i.e., supplying and servicing in others' facilities)

**721120 - Casino Hotels**

This industry comprises establishments primarily engaged in providing short-term lodging in hotel facilities with a casino on the premises. The casino on premises includes table wagering games and may include other gambling activities, such as slot machines and sports betting. These establishments generally offer a range of services and amenities, such as food and beverage services, entertainment, valet parking, swimming pools, and conference and convention facilities.

       Casino hotels
       Hotels, casino
       Hotels, resort, with casinos
       Hotels, seasonal, with casinos
       Resort hotels with casinos

**711212 - Racetracks**

This U.S. industry comprises establishments primarily engaged in operating racetracks. These establishments may also present and /or promote the events, such as auto, dog, and horse races, held in these facilities.

       Automobile racetracks
       Dog racetracks
       Drag strips
       Greyhound dog racetracks
       Harness racetracks
       Horse racetracks
       Motorcycle racetracks
       Racetracks (e.g., automobile, dog, horse)
       Snowmobile racetracks
       Speedways
       Stock car racetracks
       Thoroughbred racetracks

## II. Banking Industry[3]

---

[3] The following business types will not be excluded: standalone ATM businesses, payday loans or paycheck advance businesses.

028760

**522110 - Commercial Banking**

This industry comprises establishments primarily engaged in accepting demand and other deposits and making commercial, industrial, and consumer loans. Commercial banks and branches of foreign banks are included in this industry.

- Banks, commercial
- Branches of foreign banks
- Commercial banking
- Commercial banks
- Depository trust companies
- National commercial banks
- State commercial banks

**522120 - Savings Institutions**

This U.S. industry comprises establishments primarily engaged in accepting time deposits, making mortgage and real estate loans, and investing in high-grade securities. Savings and loan associations and savings banks are included in this industry.

- Associations, savings and loan
- Banks, savings
- Federal savings and loan associations (S&L)
- Federal savings banks
- Institutions, savings
- Mutual savings banks
- Savings and loan associations (S&L)
- Savings banks
- Savings institutions
- State savings and loan associations
- State savings banks

**522190 - Other Depository Credit Intermediation**

This industry comprises establishments primarily engaged in accepting deposits and lending funds (except commercial banking, savings institutions, and credit unions). Establishments known as industrial banks or Morris Plans and primarily engaged in accepting deposits, and private banks (i.e., unincorporated banks) are included in this industry.

- Banks, industrial (i.e., known as), depository
- Banks, private (i.e., unincorporated)
- Industrial banks (i.e., known as), depository
- Morris Plans (i.e., known as), depository
- Plans, Morris (i.e., known as), depository
- Private banks (i.e., unincorporated)

**522210 - Credit Card Issuing**

This industry comprises establishments primarily engaged in providing credit by issuing credit cards. Credit card issuance provides the funds required to purchase goods and services in return for payment of the full balance or payments on an installment basis. Credit card banks are included in this industry.

- Banks, credit card
- Charge card issuing
- Credit card banks
- Credit card issuing
- Issuing, credit card

**522291 - Consumer Lending**

028761

This U.S. industry comprises establishments primarily engaged in making unsecured cash loans to consumers.

> Consumer finance companies (i.e., unsecured cash loans)
> Consumer lending
> Finance companies (i.e., unsecured cash loans)
> Loan companies (i.e., consumer, personal, small, student)
> Personal credit institutions (i.e., unsecured cash loans)
> Personal finance companies (i.e., unsecured cash loans)
> Small loan companies (i.e., unsecured cash loans)
> Student loan companies

**522292 - Real Estate Credit**

This U.S. industry comprises establishments primarily engaged in lending funds with real estate as collateral.

> Construction lending
> Farm mortgage lending
> Federal Land Banks
> Home equity credit lending
> Loan correspondents (i.e., lending funds with real estate as collateral)
> Mortgage banking (i.e., nondepository mortgage lending)
> Mortgage companies
> Real estate credit lending
> Reverse mortgage lending

**522293 - International Trade Financing**

This U.S. industry comprises establishments primarily engaged in providing one or more of the following: (1) working capital funds to U.S. exporters; (2) lending funds to foreign buyers of U.S. goods; and/or (3) lending funds to domestic buyers of imported goods.

> Agencies of foreign banks (i.e., trade financing)
> Agreement corporations (i.e., international trade financing)
> Banks, trade (i.e., international trade financing)
> Edge Act corporations (i.e., international trade financing)
> Export trading companies (i.e., international trade financing)
> Export-Import banks
> International trade financing
> Trade banks (i.e., international trade financing)
> Trade financing, international

**522294 - Secondary Market Financing**

This U.S. industry comprises establishments primarily engaged in buying, pooling, and repackaging loans for sale to others on the secondary market.

> Federal Agricultural Mortgage Corporation
> Federal Home Loan Mortgage Corporation (FHLMC)
> Federal Intermediate Credit Bank
> Federal National Mortgage Association (FNMA)
> FHLMC (Federal Home Loan Mortgage Corporation)
> Financing, secondary market
> FNMA (Federal National Mortgage Association)
> GNMA (Government National Mortgage Association)
> Government National Mortgage Association (GNMA)
> Government-sponsored enterprises providing secondary market financing
> Real estate mortgage investment conduits (REMICs) issuing, private

4

028762

    REMICs (real estate mortgage investment conduits) issuing, private
    Repackaging loans for sale to others (i.e., private conduits)
    Secondary market financing (i.e., buying, pooling, repackaging loans for sale to others)
    SLMA (Student Loan Marketing Association)
    Student Loan Marketing Association (SLMA)

**522298 - All Other Nondepository Credit Intermediation [Except Pawn Shops]**

This U.S. industry comprises establishments primarily engaged in providing nondepository credit (except credit card issuing, sales financing, consumer lending, real estate credit, international trade financing, and secondary market financing). Examples of types of lending in this industry are: short-term inventory credit, agricultural lending (except real estate and sales financing) and consumer cash lending secured by personal property.

    Agricultural credit institutions, making loans or extending credit (except real estate, sales financing)
    Agricultural lending (except real estate, sales financing)
    Banks, industrial (i.e., known as), nondepository
    Commodity Credit Corporation
    Edge Act corporations (except international trade financing)
    Factoring accounts receivable
    Federal Home Loan Banks (FHLB)
    Industrial banks (i.e., known as), nondepository
    Industrial loan companies, nondepository
    Morris Plans (i.e., known as), nondepository
    National Credit Union Administration (NCUA)
    Pawnshops
    Plans, Morris (i.e., known as), nondepository
    Purchasing of accounts receivable
    Short-term inventory credit lending

**522310 - Mortgage and Nonmortgage Loan Brokers**

This industry comprises establishments primarily engaged in arranging loans by bringing borrowers and lenders together on a commission or fee basis.

    Agencies, loan
    Brokerages, loan
    Brokerages, mortgage
    Brokers' offices, loan
    Brokers' offices, mortgage
    Loan brokerages
    Loan brokers' or agents' offices (i.e., independent)
    Mortgage brokerages
    Mortgage brokers' or agents' offices (i.e., independent)

**522320 - Financial Transactions Processing, Reserve, and Clearinghouse Activities**

This industry comprises establishments primarily engaged in providing one or more of the following: (1) financial transaction processing (except central bank); (2) reserve and liquidity services (except central bank); and/or (3) check or other financial instrument clearinghouse services (except central bank).

    Automated clearinghouses, bank or check (except central bank)
    Bank clearinghouse associations
    Check clearing services (except central banks)
    Check clearinghouse services (except central banks)

028763

      Check validation services
      Clearinghouses, bank or check
      Credit card processing services
      Electronic financial payment services
      Electronic funds transfer services
      Financial transactions processing (except central bank)
      Processing financial transactions
      Reserve and liquidity services (except central bank)
      U.S. Central Credit Union

**522390 - Other Activities Related to Credit Intermediation**

This industry comprises establishments primarily engaged in facilitating credit intermediation (except mortgage and loan brokerage; and financial transactions processing, reserve, and clearinghouse activities).

      Check cashing services
      Loan servicing
      Money order issuance services
      Money transmission services
      Travelers' check issuance services

**523110 - Investment Banking and Securities Dealing**

This industry comprises establishments primarily engaged in underwriting, originating, and/or maintaining markets for issues of securities. Investment bankers act as principals (i.e., investors who buy or sell on their own account) in firm commitment transactions or act as agents in best effort and standby commitments. This industry also includes establishments acting as principals in buying or selling securities generally on a spread basis, such as securities dealers or stock option dealers.

      Banking, investment
      Bond dealing (i.e., acting as a principal in dealing securities to investors)

      Commercial paper dealing (i.e., acting as a principal in dealing securities to investors)
      Investment banking
      Making markets for securities
      Market making for securities
      Paper, dealing of commercial (i.e., acting as principal in dealing securities to investors)

      Securities dealers (i.e., acting as a principal in dealing securities to investors)

      Securities dealing (i.e., acting as a principal in dealing securities to investors)

      Securities distributing (i.e., acting as a principal in dealing securities to investors)

      Securities floor traders (i.e., acting as a principal in dealing securities to investors)
      Securities flotation companies

      Securities originating (i.e., acting as a principal in dealing securities to investors)

      Securities trading (i.e., acting as a principal in dealing securities to investors)
      Securities underwriting

      Stock options dealing (i.e., acting as a principal in dealing securities to investors)

      Trading securities (i.e., acting as a principal in dealing securities to investors)
      Underwriting securities

**523120 - Securities Brokerage**

028764

This industry comprises establishments primarily engaged in acting as agents (i.e., brokers) between buyers and sellers in buying or selling securities on a commission or transaction fee basis.

- Bond brokerages
- Brokerages, securities
- Certificate of deposit (CD) brokers' offices
- Commercial note brokers' offices
- Mutual fund agencies (i.e., brokerages)
- Mutual fund agents' (i.e., brokers') offices
- Securities brokerages
- Securities brokers' offices
- Securities floor brokers
- Stock brokerages
- Stock brokers' offices
- Stock options brokerages

**523130 - Commodity Contracts Dealing**

This industry comprises establishments primarily engaged in acting as principals (i.e., investors who buy or sell for their own account) in buying or selling spot or futures commodity contracts or options, such as precious metals, foreign currency, oil, or agricultural products, generally on a spread basis.

- Commodity contract trading companies
- Commodity contracts dealing (i.e., acting as a principal in dealing commodities to investors)
- Commodity contracts floor traders (i.e., acting as a principal in dealing commodities to investors)
- Commodity contracts floor trading (i.e., acting as a principal in dealing commodities to investors)
- Commodity contracts options dealing (i.e., acting as a principal in dealing commodities to investors)
- Commodity contracts traders (i.e., acting as a principal in dealing commodities to investors)
- Foreign currency exchange dealing (i.e., acting as a principal in dealing commodities to investors)
- Foreign currency exchange services (i.e., selling to the public)
- Futures commodity contracts dealing (i.e., acting as a principal in dealing commodities to investors)
- Trading companies, commodity contracts

**523140 - Commodity Contracts Brokerage**

This industry comprises establishments primarily engaged in acting as agents (i.e., brokers) in buying or selling spot or future commodity contracts or options on a commission or transaction fee basis.

- Brokerages, commodity contracts
- Commodity contracts brokerages
- Commodity contracts brokers' offices
- Commodity contracts floor brokers
- Commodity contracts options brokerages
- Commodity futures brokerages
- Financial futures brokerages
- Futures commodity contracts brokerages
- Futures commodity contracts brokers' offices

028765

**523210 - Securities and Commodity Exchanges**

This industry comprises establishments primarily engaged in furnishing physical or electronic marketplaces for the purpose of facilitating the buying and selling of stocks, stock options, bonds, or commodity contracts.

    Commodity contracts exchanges
    Exchanges, commodity contracts
    Exchanges, securities
    Futures commodity contracts exchanges
    Securities exchanges
    Stock exchanges
    Stock or commodity options exchanges

**523910 - Miscellaneous Intermediation**

This industry comprises establishments primarily engaged in acting as principals (except investment bankers, securities dealers, and commodity contracts dealers) in buying or selling of financial contracts generally on a spread basis. Principals are investors that buy or sell for their own account.

    Individuals investing in financial contracts on own account
    Investment clubs
    Mineral royalties or leases dealing (i.e., acting as a principal in dealing royalties or leases to investors)
    Oil royalty dealing (i.e., acting as a principal in dealing royalties to investors)
    Tax liens dealing (i.e., acting as a principal in dealing tax liens to investors)
    Venture capital companies
    Viatical settlement companies

**523920 - Portfolio Management**

This industry comprises establishments primarily engaged in managing the portfolio assets (i.e., funds) of others on a fee or commission basis. Establishments in this industry have the authority to make investment decisions, and they derive fees based on the size and/or overall performance of the portfolio.

    Investment management
    Managing investment funds
    Managing mutual funds
    Managing personal investment trusts
    Managing trusts
    Mutual fund managing
    Pension fund managing
    Personal investments trusts, managing
    Portfolio fund managing

**523930 - Investment Advice**

This industry comprises establishments primarily engaged in providing customized investment advice to clients on a fee basis, but do not have the authority to execute trades. Primary activities performed by establishments in this industry are providing financial planning advice and investment counseling to meet the goals and needs of specific clients.

    Certified financial planners, customized, fees paid by client
    Financial investment advice services, customized, fees paid by client
    Financial planning services, customized, fees paid by client
    Investment advice consulting services, customized, fees paid by client
    Investment advice counseling services, customized, fees paid by client
    Investment advisory services, customized, fees paid by client

028766

**523991 - Trust, Fiduciary, and Custody Activities  [Except to the extent a Trustee or Custodian of a Trust whose beneficiaries are one or more Natural Persons, or an executor of an estate of a Natural Person, or a guardian of a Natural Person asserts otherwise permitted claims.]**

This U.S. industry comprises establishments primarily engaged in providing trust, fiduciary, and custody services to others, as instructed, on a fee or contract basis, such as bank trust offices and escrow agencies (except real estate).

- Administrators of private estates
- Bank trust offices
- Escrow agencies (except real estate)
- Fiduciary agencies (except real estate)
- Personal investments trust administration
- Securities custodians
- Trust administration, personal investment
- Trust companies, nondepository

**523999 - Miscellaneous Financial Investment Activities**

This U.S. industry comprises establishments primarily engaged in acting as agents and/or brokers (except securities brokerages and commodity contracts brokerages) in buying or selling financial contracts and those providing financial investment services (except securities and commodity exchanges; portfolio management; investment advice; and trust, fiduciary, and custody services) on a fee or commission basis.

- Clearinghouses, commodity exchange or securities exchange
- Deposit brokers
- Exchange clearinghouses, commodities or securities
- Gas lease brokers' offices
- Oil lease brokers' offices
- Protective committees, security holders
- Quotation services, securities
- Quotation services, stock
- Securities holders' protective services
- Securities transfer agencies
- Stock quotation services
- Stock transfer agencies
- Transfer agencies, securities

### III.  Insurance Industry

**524113 - Direct Life Insurance Carriers**

This U.S. industry comprises establishments primarily engaged in initially underwriting (i.e., assuming the risk and assigning premiums) annuities and life insurance policies, disability income insurance policies, and accidental death and dismemberment insurance policies.

- Accidental death and dismemberment insurance carriers, direct
- Accidental death and dismemberment insurance underwriting, direct
- Annuities underwriting
- Cooperative life insurance organizations
- Credit life insurance carriers, direct
- Disability insurance carriers, direct
- Disability insurance underwriting, direct
- Fraternal life insurance organizations
- Insurance carriers, disability, direct
- Insurance carriers, life, direct
- Insurance underwriting, disability, direct

9

028767

   Insurance underwriting, life, direct
   Life insurance carriers, direct
   Savings bank life insurance carriers, direct

### 524114 - Direct Health and Medical Insurance Carriers

This U.S. industry comprises establishments primarily engaged in initially underwriting (i.e., assuming the risk and assigning premiums) health and medical insurance policies. Group hospitalization plans and HMO establishments (except those providing health care services) that provide health and medical insurance policies without providing health care services are included in this industry.

   Dental insurance carriers, direct
   Group hospitalization plans without providing health care services
   Health insurance carriers, direct

   Hospital and medical service plans, direct, without providing health care services
   Hospitalization insurance carriers, direct, without providing health care services
   Insurance carriers, health, direct
   Insurance underwriting, health and medical, direct
   Medical insurance carriers, direct
   Medical service plans without providing health care services

### 524126 - Direct Property and Casualty Insurance Carriers

This U.S. industry comprises establishments primarily engaged in initially underwriting (i.e., assuming the risk and assigning premiums) insurance policies that protect policyholders against losses that may occur as a result of property damage or liability.

   Agricultural (i.e., crop, livestock) insurance carriers, direct
   Automobile insurance carriers, direct
   Bonding, fidelity or surety insurance, direct
   Burglary and theft insurance carriers, direct
   Casualty insurance carriers, direct
   Credit and other financial responsibility insurance carriers, direct
   Crop insurance carrier, direct
   Fidelity insurance carriers, direct
   Fire insurance carriers, direct
   Homeowners' insurance carriers, direct
   Insurance carriers, fidelity, direct
   Insurance carriers, property and casualty, direct
   Insurance carriers, surety, direct
   Insurance underwriting, property and casualty, direct
   Liability insurance carriers, direct
   Malpractice insurance carriers, direct
   Marine insurance carriers, direct
   Mortgage guaranty insurance carriers, direct
   Plate glass insurance carriers, direct
   Property and casualty insurance carriers, direct
   Property damage insurance carriers, direct
   Surety insurance carriers, direct
   Workers' compensation insurance underwriting

### 524127 - Direct Title Insurance Carriers

This U.S. industry comprises establishments primarily engaged in initially underwriting (i.e., assuming the risk and assigning premiums) insurance policies to protect the owners of real estate or real estate creditors against loss sustained by reason of any title defect to real property.

028768

    Guaranteeing titles
    Insurance carriers, title, direct
    Insurance underwriting, title, direct
    Real estate title insurance carriers, direct
    Title insurance carriers, real estate, direct

**524128 - Other Direct Insurance (except Life, Health, and Medical) Carriers**

 This U.S. industry comprises establishments primarily engaged in initially underwriting (e.g., assuming the risk, assigning premiums) insurance policies (except life, disability income, accidental death and dismemberment, health and medical, property and casualty, and title insurance policies).

    Bank deposit insurance carriers, direct
    Burial insurance carriers, direct
    Contact lens insurance, direct
    Deposit or share insurance carriers, direct
    Funeral insurance carriers, direct
    Homeowners' warranty insurance carriers, direct
    Pet health insurance carriers, direct
    Product warranty insurance carriers, direct
    Warranty insurance carriers (e.g., appliance, automobile, homeowners, product), direct

**524130 - Reinsurance Carriers**

 This industry comprises establishments primarily engaged in assuming all or part of the risk associated with existing insurance policies originally underwritten by other insurance carriers.

    Accidental and health reinsurance carriers
    Life reinsurance carriers
    Marine reinsurance carriers
    Medical reinsurance carriers
    Property and casualty reinsurance carriers
    Reinsurance carriers

**524210 - Insurance Agencies and Brokerages**

 This industry comprises establishments primarily engaged in acting as agents (i.e., brokers) in selling annuities and insurance policies.

    Agencies, insurance
    Brokerages, insurance
    Brokers' offices, insurance
    Insurance agencies
    Insurance brokerages
    Life insurance agencies

**524291 - Claims Adjusting**

 This industry comprises establishments primarily engaged in investigating, appraising, and settling insurance claims.

    Cause-of-loss investigators, insurance
    Claims adjusting, insurance
    Fire investigators
    Insurance claims adjusting
    Insurance claims investigation services
    Insurance settlement offices
    Loss control consultants

**524292 - Third Party Administration of Insurance and Pension Funds**

028769

This U.S. industry comprises establishments primarily engaged in providing third party administration services of insurance and pension funds, such as claims processing and other administrative services to insurance carriers, employee-benefit plans, and self-insurance funds.

> Claims processing services, insurance, third-party
> Employee benefit plans, third-party administrative processing services
> Insurance claims processing services, third party
>
> Insurance fund, third party administrative services (except claims adjusting only)
>
> Insurance plan administrative services (except claims adjusting only), third-party
> Pension fund, third party administrative services

**524298 - All Other Insurance Related Activities**

This U.S. industry comprises establishments primarily engaged in providing insurance services on a contract or fee basis (except insurance agencies and brokerages, claims adjusting, and third party administration). Insurance advisory services and insurance ratemaking services are included in this industry.

> Actuarial services, insurance
> Insurance actuarial services
> Insurance advisory services
> Insurance coverage consulting services
> Insurance exchanges
> Insurance investigation services (except claims investigation)
> Insurance loss prevention services
> Insurance processing, contract or fee basis
> Insurance rate making services
> Insurance reporting services
> Insurance underwriters laboratories and standards services
> Medical cost evaluation services
> Rate making services, insurance

## IV. Funds, Trusts, and Other Financial Vehicles

**525110 - Pension Funds**

This industry comprises legal entities (i.e., funds, plans, and/or programs) organized to provide retirement income benefits exclusively for the sponsor's employees or members.

> Employee benefit pension plans
> Funds, employee benefit pension
> Funds, pension
> Pension funds
> Pension plans (e.g., employee benefit, retirement)
> Plans, pension
> Retirement pension plans
> Union pension funds

**525120 - Health and Welfare Funds**

This industry comprises legal entities (i.e., funds, plans, and/or programs) organized to provide medical, surgical, hospital, vacation, training, and other health- and welfare-related employee benefits exclusively for the sponsor's employees or members.

> Employee benefit plans (except pension)
> Funds, health and welfare
> Health and welfare funds
> Plans, health and welfare related employee benefit
> Union health and welfare funds

028770

**525190 - Other Insurance Funds**

This industry comprises legal entities (i.e., funds (except pension, and health- and welfare-related employee benefit funds)) organized to provide insurance exclusively for the sponsor, firm, or its employees or members. Self-insurance funds (except employee benefit funds) and workers' compensation insurance funds are included in this industry.

    Compensation, workers, insurance funds
    Funds, self-insurance (except employee benefit funds)
    Self-insurance funds (except employee benefit funds)
    Workers' compensation insurance funds

**525910 - Open-End Investment Funds**

This industry comprises legal entities (i.e., open-end investment funds) organized to pool assets that consist of securities or other financial instruments. Shares in these pools are offered to the public in an initial offering with additional shares offered continuously and perpetually and redeemed at a specific price determined by the net asset value.

    Funds, mutual, open-ended
    Investment funds, open-ended
    Money market mutual funds, open-ended
    Mutual funds, open-ended

**525920 - Trusts, Estates, and Agency Accounts [Except to the extent a Trustee or Custodian of a Trust whose beneficiaries are one or more Natural Persons, or an executor of an estate of a Natural Person, or a guardian of a Natural Person asserts otherwise permitted claims.]**

This industry comprises legal entities, trusts, estates, or agency accounts, administered on behalf of the beneficiaries under the terms of a trust agreement, will, or agency agreement.

    Bankruptcy estates
    Personal estates (i.e., managing assets)
    Personal investment trusts
    Personal trusts
    Private estates (i.e., administering on behalf of beneficiaries)
    Testamentary trusts
    Trusts, estates, and agency accounts

**525990 - Other Financial Vehicles**

This industry comprises legal entities (i.e., funds (except insurance and employee benefit funds; open-end investment funds; trusts, estates, and agency accounts)). Included in this industry are mortgage Real Estate Investment Trusts (REITs). Illustrative Examples: Closed-end investment funds Special purpose vehicles Collateralized Mortgage Obligations (CMOs) Unit investment trust funds Face-amount certificate funds Mortgage real estate investment trusts (REITs) Real Estate Mortgage Investment Conduits (REMICs).

    Closed-end investment funds
    CMOs (collateralized mortgage obligations)
    Collateralized mortgage obligations (CMOs)
    Face-amount certificate funds
    Funds, mutual, closed-end
    Investment funds, closed-end
    Money market mutual funds, closed-end
    Mortgage real estate investment trusts (REITs)
    Mutual funds, closed-end
    Profit-sharing funds
    Real estate mortgage investment conduits (REMICs)
    REMICs (real estate mortgage investment conduits)

028771

       Special purpose financial vehicles
       Unit investment trust funds

## V.  Defense Contractors and Their Sub-Contractors and Suppliers

Claims from businesses and their employees for which at least 50% of annual revenue is generated from contracts with the United States Department of Defense will be considered defense contractors.

## VI.  Real Estate Developers or Sellers

*See* Agreement sections 2.2.4.7 and 5.9.3.

**028772**