# EXHIBIT 19

# Industry Types Subject to Review by Claims Administrator for Potential Moratoria Losses

I. **Industry Types Subject to Automatic Review by Claims Administrator for Potential Moratoria Losses**

Businesses the Claims Administrator determines fall within the following codes and descriptions marked with an "x," shall be routed by the Claims Administrator to a team dedicated to the evaluation of business economic loss claims for potential moratoria losses. Claimants shall be required to provide supplemental information in order for Claims Administrator to conduct this review.

**237990 - Other Heavy and Civil Engineering Construction**
This industry comprises establishments primarily engaged in heavy and engineering construction projects (excluding highway, street, bridge, and distribution line construction). The work performed may include new work, reconstruction, rehabilitation, and repairs. Specialty trade contractors are included in this group if they are engaged in activities primarily related to engineering construction projects (excluding highway, street, bridge, distribution line, oil and gas structure, and utilities building and structure construction). Construction projects involving water resources (e.g., dredging and land drainage), development of marine facilities, and projects involving open space improvement (e.g., parks and trails) are included in this industry.

|   | |
|---|---|
|   | Anchored earth retention contractors |
|   | Athletic field (except stadium) construction |
|   | Avalanche, rockslide, or mudslide protection construction |
|   | Breakwater construction |
|   | Bridle path construction |
|   | Bulkhead wall or embarkment construction |
|   | Caisson (i.e., marine or pneumatic structures) construction |
| X | Canal construction |
| X | Channel construction |
|   | Cofferdam construction |
|   | Construction management, dam |
| X | Construction management, marine structure |
|   | Construction management, mass transit |
|   | Construction management, outdoor recreation facility |
|   | Construction management, tunnel |
| X | Cribbing (i.e., shore protection), construction |
| X | Dam construction |
| X | Dike and other flood control structure construction |
| X | Dock construction |
| X | Drainage canal and ditch construction |
| X | Drainage project construction |
| X | Dredging (e.g., canal, channel, ditch, waterway) |
|   | Drive-in movie facility construction |
|   | Earth retention system construction |
|   | Earth-filled dam construction |
|   | Electricity generating plant, hydroelectric, construction |
| X | Embankment construction |
|   | Farm drainage tile installation |
|   | Flood control project construction |

026613

| | |
|---|---|
| X | Floodway canal and ditch construction |
| | Gabion construction |
| | Golf course construction |
| X | Harbor construction |
| X | Horizontal drilling (e.g., underground cable, pipeline, sewer installation) |
| | Hydroelectric generating facility construction |
| | Ice rink (except indoor) construction |
| | Jetty construction |
| | Land drainage contractors |
| X | Levee construction |
| | Light rail system construction |
| X | Lock and waterway construction |
| X | Marine construction |
| | Microtunneling contractors |
| | Missile facility construction |
| | Monorail construction |
| | Nuclear waste disposal site construction |
| | Outdoor recreation facility construction |
| | Park and recreational open space improvement construction |
| X | Pier construction |
| X | Pile driving, marine |
| X | Pipe-jacking contractors |
| | Play ground construction |
| X | Port facility construction |
| | Power plant, hydroelectric, construction |
| | Railroad construction |
| | Railway construction (e.g., interlocker, roadbed, signal, track) |
| | Railway roadbed construction |
| | Recreation area, open space, construction |
| | Recreational vehicle park construction |
| | Retaining walls, anchored (e.g., with piles, soil nails, tieback anchors), construction |
| | Revetment construction |
| | Riprap installation |
| X | Rock removal, underwater |
| X | Seawall, wave protection, construction |
| | Sediment control system construction |
| | Ski tow construction |
| X | Spillway, floodwater, construction |
| | Sports field construction |
| | Streetcar line construction |
| | Subway construction |
| | Tennis courts, outdoor, construction |
| | Timber removal, underwater |
| | Trail construction |
| X | Trenching, underwater |
| X | Tunnel construction |
| X | Wharf construction |

**238910 - Site Preparation Contractors**

026614

This industry comprises establishments primarily engaged in site preparation activities, such as excavating and grading, demolition of buildings and other structures, septic system installation, and house moving. Earth moving and land clearing for all types of sites (e.g., building, nonbuilding, mining) is included in this industry. Establishments primarily engaged in construction equipment rental with operator (except cranes) are also included.

|   | |
|---|---|
|   | Aerial or picker truck, construction, rental with operator |
|   | Backfilling, construction |
|   | Backhoe rental with operator |
|   | Blast hole drilling (except mining) |
|   | Blasting, building demolition |
|   | Blasting, construction site |
|   | Boring, for building construction |
|   | Building demolition |
|   | Bulldozer rental with operator |
|   | Caisson (i.e., drilled building foundations) construction |
|   | Cesspool construction |
|   | Concrete breaking and cutting for demolition |
|   | Construction equipment (except crane) rental with operator |
| X | Core drilling and test boring for construction |
|   | Crawler tractor rental with operator |
|   | Cutting new rights of way |
|   | Demolition contractor |
|   | Demolition, building and structure |
|   | Dewatering contractors |
|   | Digging foundations |
|   | Dirt moving for construction |
| X | Dismantling engineering structures (e.g., oil storage tank) |
|   | Drainage system (e.g., cesspool, septic tank) installation |
|   | Drilled pier (i.e., for building foundations) contractors |
|   | Drilled shaft (i.e., drilled building foundations) construction |
|   | Dry well construction |
|   | Equipment rental (except crane), construction, with operator |
|   | Excavating, earthmoving or land clearing, mining (except overburden removal at open pit mine sites or quarries) |
|   | Excavating, earthmoving, or land clearing contractors |
|   | Excavation contractors |
|   | Foundation digging (i.e., excavation) |
|   | Foundation drilling contractors |
|   | Grading construction sites |
|   | Grave excavation contractors |
|   | Ground thawing for construction site digging |
|   | House demolishing |
|   | House razing |
|   | Hydrodemolition (i.e., demolition with pressurized water) contractors |
|   | Land clearing |
|   | Land leveling contractors |
|   | Line slashing or cutting (except maintenance) |
|   | Machinery, construction (except cranes), rental with operator |
| X | Mine site preparation and related construction activities, construction contractors |
|   | Pile driving, building foundation |
|   | Piling (i.e., bored, cast-in-place, drilled), building foundation, contractors |

026615

|   |   |
|---|---|
|   | Power shovel, construction, rental with operator |
|   | Power, communication and pipe line right of way clearance (except maintenance) |
|   | Right of way cutting (except maintenance) |
|   | Septic system contractors |
|   | Septic tank and weeping tile installation |
|   | Soil compacting |
|   | Soil test drilling |
|   | Test boring for construction |
|   | Trenching (except underwater) |
| X | Underground tank (except hazardous material) removal |
|   | Weeping tile installation |
|   | Wrecking, building or other structure |

**325998 - All Other Miscellaneous Chemical Product and Preparation Manufacturing**

This U.S. industry comprises establishments primarily engaged in manufacturing chemical products (except basic chemicals, resins, synthetic rubber; cellulosic and noncellulosic fiber and filaments; pesticides, fertilizers, and other agricultural chemicals; pharmaceuticals and medicines; paints, coatings and adhesives; soap, cleaning compounds, and toilet preparations; printing inks; explosives; custom compounding of purchased resins; and photographic films, papers, plates, and chemicals).

|   |   |
|---|---|
|   | Activated carbon or charcoal manufacturing |
| X | Additive preparations for gasoline (e.g., antiknock preparations, detergents, gum inhibitors) manufacturing |
|   | Aerosol can filling on a job order or contract basis |
|   | Aerosol packaging services |
|   | Anise oil manufacturing |
|   | Antifreeze preparations manufacturing |
|   | Antiscaling compounds manufacturing |
|   | Bay oil manufacturing |
|   | Brake fluid, synthetic, manufacturing |
|   | Caps for toy pistols manufacturing |
|   | Capsules, gelatin, empty, manufacturing |
|   | Carbon, activated, manufacturing |
|   | Carburetor cleaners manufacturing |
|   | Cat litter manufacturing |
|   | Cedar oil manufacturing |
|   | Charcoal, activated, manufacturing |
|   | Citronella oil manufacturing |
|   | Clove oil manufacturing |
| X | Concrete additive preparations (e.g., curing, hardening) manufacturing (If used offshore) |
|   | Correction fluids (i.e., typewriter) manufacturing |
|   | Crankcase additive preparations manufacturing |
| X | Cutting oils, synthetic, manufacturing |
|   | Defoamers and antifoaming agents manufacturing |
|   | Degreasing preparations for machinery parts manufacturing |
|   | Deicing preparations manufacturing |
|   | Desalination kits manufacturing |
|   | Distilled water manufacturing |
|   | Drawing inks manufacturing |
| X | Drilling mud compounds, conditioners, and additives (except bentonites) manufacturing |
|   | Dye preparations, clothing, household-type, manufacturing |
|   | Embalming fluids manufacturing |
|   | Engine degreasers manufacturing |

026616

|   |   |
|---|---|
|   | Engine starting fluids manufacturing |
|   | Essential oils manufacturing |
|   | Eucalyptus oil manufacturing |
|   | Fire extinguisher chemical preparations manufacturing |
|   | Fire retardant chemical preparations manufacturing |
|   | Fireworks manufacturing |
|   | Flares manufacturing |
|   | Fluxes (e.g., brazing, galvanizing, soldering, welding) manufacturing |
|   | Foundry core oil, wash, and wax manufacturing |
|   | Gelatin (except dessert preparations) manufacturing |
|   | Gelatin capsules, empty, manufacturing |
|   | Grapefruit oil manufacturing |
|   | Greases, synthetic lubricating, manufacturing |
| X | Hydraulic fluids, synthetic, manufacturing |
|   | Incense manufacturing |
|   | Indelible inks manufacturing |
|   | India inks manufacturing |
|   | Industrial salt manufacturing |
|   | Inhibitors (e.g., corrosion, oxidation, polymerization) manufacturing |
|   | Inks, writing, manufacturing |
|   | Insulating oils manufacturing |
|   | Lemon oil manufacturing |
|   | Lighter fluids (e.g., charcoal, cigarette) manufacturing |
|   | Lime oil manufacturing |
|   | Lubricating oils and greases, synthetic, manufacturing |
|   | Matches and match books manufacturing |
|   | Motor oils, synthetic, manufacturing |
|   | Napalm manufacturing |
| X | Oil additive preparations manufacturing |
|   | Oils (e.g., cutting, lubricating), synthetic, manufacturing |
|   | Oils, lubricating, synthetic, manufacturing |
|   | Orange oil manufacturing |
|   | Orris oil manufacturing |
|   | Ossein manufacturing |
|   | Packer's fluids manufacturing |
|   | Penetrating fluids, synthetic, manufacturing |
|   | Peppermint oil manufacturing |
|   | Pyrotechnics (e.g., flares, flashlight bombs, signals) manufacturing |
|   | Radiator additive preparations manufacturing |
|   | Recycling services for degreasing solvents (e.g., engine, machinery) manufacturing |
|   | Retarders (e.g., flameproofing agents, mildewproofing agents) manufacturing |
|   | Rubber processing preparations (e.g., accelerators, stabilizers) manufacturing |
|   | Rust preventive preparations manufacturing |
|   | Salt (except table) manufacturing |
|   | Soil testing kits manufacturing |
|   | Spearmint oil manufacturing |
|   | Stamp pad ink manufacturing |
|   | Sugar substitutes (i.e., synthetic sweeteners blended with other ingredients) made from purchased synthetic sweeteners |
|   | Swimming pool chemical preparations manufacturing |

026617

  Tint and dye preparations, household-type (except hair), manufacturing
  Tire inflators, aerosol, manufacturing
  Transmission fluids, synthetic, manufacturing
  Water, distilled, manufacturing
  Wintergreen oil manufacturing
  Writing inks manufacturing

**331111 - Iron and Steel Mills**

 This U.S. industry comprises establishments primarily engaged in one or more of the following: (1) direct reduction of iron ore; (2) manufacturing pig iron in molten or solid form; (3) converting pig iron into steel; (4) making steel; (5) making steel and manufacturing shapes (e.g., bar, plate, rod, sheet, strip, wire); and (6) making steel and forming tube and pipe.

  Armor plate made in iron and steel mills
  Axles, rolled or forged, made in iron and steel mills
  Balls, steel, made in iron and steel mills
  Bars, concrete reinforcing (rebar) made in steel mills
  Bars, iron, made in iron and steel mills
  Bars, steel, made in iron and steel mills
  Billets, steel, made in iron and steel mills
  Blackplate made in iron and steel mills
  Blast furnaces
  Blooms, steel, made in iron and steel mills
  Car wheels, rolled steel, made in iron and steel mills
  Coke oven products made in iron and steel mills
  Concrete reinforcing bar (rebar) made in iron and steel mills
  Direct reduction of iron ore
  Electrometallurgical steel manufacturing
  Fence posts, iron or steel, made in iron and steel mills
  Flakes, iron or steel, made in iron and steel mills
  Flats, iron or steel, made in iron and steel mills
  Forgings, iron or steel, made in iron and steel mills
  Frogs, iron or steel, made in iron and steel mills
  Galvanizing metals and metal formed products made in iron and steel mills
  Gun forgings made in iron and steel mills
  Hoops made in iron and steel mills
  Hoops, galvanized, made in iron and steel mills
  Hot-rolling iron or steel products in iron and steel mills
  Ingot made in iron and steel mills
  Iron ore recovery from open hearth slag
  Iron sinter made in iron and steel mills
  Iron, pig, manufacturing
  Mesh, wire, made in iron and steel mills
  Mini-mills, steel
  Nut rods, iron or steel, made in iron and steel mills
  Paste, iron or steel, made in iron and steel mills
  Pig iron manufacturing
  Pilings, iron or steel plain sheet, made in iron and steel mills
  Pipe, iron or steel, made in iron and steel mills
  Plate, iron or steel, made in iron and steel mills
  Powder, iron or steel, made in iron and steel mills
  Rail joints and fastenings made in iron and steel mills

026618

|   | |
|---|---|
|   | Railroad crossings, iron or steel, made in iron and steel mills |
|   | Rails rerolled or renewed in iron and steel mills |
|   | Rails, iron or steel, made in iron and steel mills |
|   | Rods, iron or steel, made in iron and steel mills |
|   | Rounds, tube, steel, made in iron and steel mills |
|   | Sheet pilings, plain, iron or steel, made in iron and steel mills |
|   | Sheets, steel, made in iron and steel mills |
|   | Shell slugs, steel, made in iron and steel mills |
|   | Skelp, iron or steel, made in iron and steel mills |
|   | Slab, steel, made in iron and steel mills |
|   | Spike rods made in iron and steel mills |
|   | Sponge iron |
|   | Stainless steel made in iron and steel mills |
|   | Steel balls made in iron and steel mills |
|   | Steel manufacturing |
|   | Steel mill products (e.g., bar, plate, rod, sheet, structural shapes) manufacturing |
|   | Steel mills |
|   | Steel, from pig iron, manufacturing |
|   | Strip, galvanized iron or steel, made in iron and steel mills |
|   | Strip, iron or steel, made in iron and steel mills |
| X | Structural shapes, iron or steel, made in iron and steel mills |
|   | Superalloys, iron or steel, manufacturing |
|   | Template, made in iron and steel mills, manufacturing |
|   | Terneplate made in iron and steel mills |
|   | Ternes, iron or steel, long or short, made in iron and steel mills |
|   | Tie plates, iron or steel, made in iron and steel mills |
|   | Tin-free steel made in iron and steel mills |
|   | Tinplate made in iron and steel mills |
|   | Tool steel made in iron and steel mills |
| X | Tube rounds, iron or steel, made in iron and steel mills |
| X | Tube, iron or steel, made in iron and steel mills |
| X | Tubing, seamless steel, made in iron and steel mills |
|   | Tubing, wrought iron or steel, made in iron and steel mills |
| X | Well casings, iron or steel, made in iron and steel mills |
|   | Wheels, car and locomotive, iron or steel, made in iron and steel mills |
|   | Wire products, iron or steel, made in iron and steel mills |
| X | Wrought iron or steel pipe and tubing made in iron and steel mills |

**331210 - Iron and Steel Pipe and Tube Manufacturing from Purchased Steel**

This industry comprises establishments primarily engaged in manufacturing welded, riveted, or seamless pipe and tube from purchased iron or steel.

|   | |
|---|---|
|   | Boiler tubes, wrought, made from purchased iron |
|   | Conduit, welded and lock joint, made from purchased iron or steel |
| X | Pipe (e.g., heavy riveted, lock joint, seamless, welded) made from purchased iron or steel |
| X | Tube (e.g., heavy riveted, lock joint, seamless, welded) made from purchased iron or steel |
|   | Tubing, mechanical and hypodermic sizes, cold-drawn stainless steel, made from purchased steel |
| X | Well casings (e.g., heavy riveted, lock joint, welded, wrought) made from purchased iron or steel |

**332410 - Power Boiler and Heat Exchanger Manufacturing**

This industry comprises establishments primarily engaged in manufacturing power boilers and heat exchangers. Establishments in this industry may perform installation in addition to manufacturing power boilers and heat exchangers.

026619

|   |   |
|---|---|
|   | Aftercoolers (i.e., heat exchangers) manufacturing |
|   | Barometric condensers manufacturing |
|   | Boiler casings manufacturing |
|   | Boilers, power, manufacturing |
|   | Condenser boxes, metal, manufacturing |
|   | Condensers, steam, manufacturing |
|   | Economizers (i.e., power boiler accessory) manufacturing |
|   | Exchangers, heat, manufacturing |
|   | Heat exchangers manufacturing |
|   | Intercooler shells manufacturing |
| X | Marine power boilers manufacturing |
|   | Nuclear reactor steam supply systems manufacturing |
|   | Nuclear reactors control rod drive mechanisms manufacturing |
|   | Nuclear reactors manufacturing |
|   | Power boilers manufacturing |
|   | Reactors, nuclear, manufacturing |
|   | Stationary power boilers manufacturing |
|   | Steam condensers manufacturing |

**332420 - Metal Tank (Heavy Gauge) Manufacturing**

This industry comprises establishments primarily engaged in cutting, forming, and joining heavy gauge metal to manufacture tanks, vessels, and other containers.

|   |   |
|---|---|
| X | Absorbers, gas, heavy gauge metal, manufacturing |
| X | Accumulators, industrial pressure vessels, heavy gauge metal, manufacturing |
|   | Acetylene cylinders, heavy gauge metal, manufacturing |
|   | Air receiver tanks, heavy gauge metal, manufacturing |
|   | Annealing vats, heavy gauge metal, manufacturing |
|   | Autoclaves, industrial-type, heavy gauge metal, manufacturing |
| X | Bulk storage tanks, heavy gauge metal, manufacturing (On Shore) |
| X | Caissons, underwater work, heavy gauge metal, manufacturing |
| X | Columns, fractionating, heavy gauge metal, manufacturing |
|   | Cryogenic tanks, heavy gauge metal, manufacturing |
|   | Cylinders, pressure, heavy gauge metal, manufacturing |
|   | Digesters, industrial-type, heavy gauge metal, manufacturing |
|   | Farm storage tanks, heavy gauge metal, manufacturing |
|   | Fermention tanks, heavy gauge metal tanks, manufacturing |
| X | Gas storage tanks, heavy gauge metal, manufacturing |
|   | Kettles, heavy gauge metal, manufacturing |
| X | Liquefied petroleum gas (LPG) cylinders manufacturing |
|   | Liquid oxygen tanks manufacturing |
|   | Nuclear waste casks, heavy gauge metal, manufacturing |
| X | Oil storage tanks, heavy gauge metal, manufacturing |
| X | Petroleum storage tanks, heavy gauge metal, manufacturing |
|   | Pots (e.g., annealing, melting, smelting), heavy gauge metal, manufacturing |
|   | Retorts, heavy gauge metal, manufacturing |
|   | Septic tanks, heavy gauge metal, manufacturing |
|   | Smelting pots and retorts manufacturing |
|   | Stills, heavy gauge metal, manufacturing |
| X | Storage tanks, heavy gauge metal, manufacturing |
| X | Tanks, heavy gauge metal, manufacturing |
| X | Vacuum tanks, heavy gauge metal, manufacturing |

026620

      Vats, heavy gauge metal, manufacturing
      Vessels, heavy gauge metal, manufacturing
      Water tanks, heavy gauge metal, manufacturing

**332911 - Industrial Valve Manufacturing**

This U.S. industry comprises establishments primarily engaged in manufacturing industrial valves and valves for water works and municipal water systems.

      Angle valves, industrial-type, manufacturing
      Automatic (i.e., controlling-type, regulating) valves, industrial-type, manufacturing
      Ball valves, industrial-type, manufacturing
      Boiler gauge cocks, industrial-type, manufacturing
      Butterfly valves, industrial-type, manufacturing
      Check valves, industrial-type, manufacturing
      Compressed gas cylinder valves manufacturing
      Control valves, industrial-type, manufacturing
      Cross valves, industrial-type, manufacturing
      Fire hydrant valves manufacturing
      Fire hydrants, complete, manufacturing
      Gas valves, industrial-type, manufacturing
      Gate valves, industrial-type, manufacturing
      Globe valves, industrial-type, manufacturing
      Nuclear application valves manufacturing
      Plug valves, industrial-type, manufacturing
      Pressure control valves (except fluid power), industrial-type, manufacturing
      Safety (i.e., pop-off) valves, industrial-type, manufacturing
      Solenoid valves (except fluid power), industrial-type, manufacturing
      Steam traps, industrial-type, manufacturing
      Stop valves, industrial-type, manufacturing
      Straightway (i.e., Y-type) valves, industrial-type, manufacturing
      Thermostatic traps, industrial-type, manufacturing
      Valves for nuclear applications manufacturing
      Valves for water works and municipal water systems manufacturing
X    Valves, industrial-type (e.g., check, gate, globe, relief, safety), manufacturing
      Waterworks and municipal water system valves manufacturing

**332996 - Fabricated Pipe and Pipe Fitting Manufacturing**

This U.S. industry comprises establishments primarily engaged in fabricating, such as cutting, threading and bending metal pipes and pipe fittings made from purchased metal pipe.

X    Bends, pipe, made from purchased metal pipe
X    Coils, pipe, made from purchased metal pipe
X    Couplings, pipe, made from purchased metal pipe
X    Fabricated pipe and pipe fittings made from purchased pipe
X    Manifolds, pipe, made from purchased metal pipe
X    Nipples, metal, made from purchased pipe
X    Pipe and pipe fittings made from purchased metal pipe
X    Pipe couplings made from purchased metal pipe
X    Pipe fabricating (i.e., bending, cutting, threading) made from purchased metal pipe
X    Pipe headers made from purchased metal pipe
X    Tubes made from purchased metal pipe
X    Wrought iron or steel pipe and tubing made from purchased metal pipe

**333911 - Pump and Pumping Equipment Manufacturing**

026621

This U.S. industry comprises establishments primarily engaged in manufacturing general purpose pumps and pumping equipment (except fluid power pumps and motors), such as reciprocating pumps, turbine pumps, centrifugal pumps, rotary pumps, diaphragm pumps, domestic water system pumps, oil well and oil field pumps and sump pumps.

|   | |
|---|---|
|   | Centrifugal pumps manufacturing |
| X | Oil-well and oil-field pumps manufacturing |
| X | Pumps (except fluid power), general purpose, manufacturing |
|   | Pumps for railroad equipment lubrication systems manufacturing |
| X | Pumps, industrial and commercial-type, general purpose, manufacturing |
| X | Pumps, oil field or well, manufacturing |
|   | Pumps, sump or water, residential-type, manufacturing |
|   | Sump pumps, residential-type, manufacturing |

**336611 - Ship Building and Repairing**

This U.S. industry comprises establishments primarily engaged in operating a shipyard. Shipyards are fixed facilities with drydocks and fabrication equipment capable of building a ship, defined as watercraft typically suitable or intended for other than personal or recreational use. Activities of shipyards include the construction of ships, their repair, conversion and alteration, the production of prefabricated ship and barge sections, and specialized services, such as ship scaling.

|   | |
|---|---|
|   | Barge building |
|   | Cargo ship building |
|   | Container ship building |
|   | Dredge building |
| X | Drilling and production platforms, floating, oil and gas, building |
|   | Drydock, floating, building |
|   | Ferryboat building |
|   | Fireboat building |
|   | Fishing boat, commercial, building |
|   | Hydrofoil vessel building and repairing in shipyard |
|   | Naval ship building |
| X | Oil and gas offshore floating platforms manufacturing |
|   | Passenger ship building |
|   | Patrol boat building |
|   | Sailing ships, commercial, manufacturing |
|   | Ship dismantling at shipyards |
|   | Ship repair done in a shipyard |
|   | Ship scaling services done at a shipyard |
|   | Ships (i.e., not suitable or intended for personal use) manufacturing |
|   | Shipyard (i.e., facility capable of building ships) |
|   | Submarine building |
|   | Towboat building and repairing |
|   | Tugboat building |
|   | Yachts built in shipyards |

**423830 - Industrial Machinery and Equipment Merchant Wholesalers**

This industry comprises establishments primarily engaged in the merchant wholesale distribution of specialized machinery, equipment, and related parts generally used in manufacturing, oil well, and warehousing activities.

- Bakery machinery and equipment merchant wholesalers
- Beverage bottling machinery merchant wholesalers
- Blowers, industrial, merchant wholesalers
- Bottling machinery and equipment merchant wholesalers
- Cement-making machinery merchant wholesalers

026622

|   | |
|---|---|
|   | Chainsaws merchant wholesalers |
|   | Chemical industries machinery and equipment merchant wholesalers |
|   | Compressors (except air-conditioning, refrigeration) merchant wholesalers |
|   | Condensing units (except air-conditioning, refrigeration) merchant wholesalers |
|   | Conveying equipment (except farm) merchant wholesalers |
|   | Cranes, industrial, merchant wholesalers |
|   | Distillery machinery merchant wholesalers |
|   | Elevators merchant wholesalers |
|   | Engines, internal combustion (except aircraft, automotive), merchant wholesalers |
|   | Engraving machinery merchant wholesalers |
|   | Escalators merchant wholesalers |
|   | Fans, industrial, merchant wholesalers |
|   | Fluid-power transmission equipment merchant wholesalers |
|   | Food-processing machinery and equipment merchant wholesalers |
|   | Forklift trucks (except log) merchant wholesalers |
|   | Foundry machinery and equipment merchant wholesalers |
|   | Furnaces, industrial process, merchant wholesalers |
|   | General-purpose industrial machinery and equipment merchant wholesalers |
|   | Handtools, machinists' precision, merchant wholesalers |
|   | Hoists (except automotive) merchant wholesalers |
|   | Hydraulic power transmission equipment merchant wholesalers |
|   | Hydraulic pumps and parts merchant wholesalers |
|   | Industrial machinery and equipment (except electrical) merchant wholesalers |
|   | Industrial trucks, tractors, or trailers merchant wholesalers |
|   | Instruments (except electrical) (e.g., controlling, indicating, recording) merchant wholesalers |
|   | Internal combustion engines (except aircraft, nondiesel automotive, nondiesel truck) merchant wholesalers |
|   | Kilns, industrial, merchant wholesalers |
|   | Ladders merchant wholesalers |
|   | Lift trucks, industrial, merchant wholesalers |
|   | Machine tools and accessories merchant wholesalers |
|   | Machinists' precision measuring tools merchant wholesalers |
|   | Materials handling machinery and equipment merchant wholesalers |
|   | Measuring and testing equipment (except automotive) merchant wholesalers |
|   | Metalworking machinery and equipment merchant wholesalers |
|   | Meters (except electrical, parking) merchant wholesalers |
| X | Mining machinery and equipment, petroleum, merchant wholesalers |
| X | Oil well machinery and equipment merchant wholesalers |
| X | Oil well supply houses merchant wholesalers |
|   | Ovens, industrial, merchant wholesalers |
|   | Packing machinery and equipment merchant wholesalers |
|   | Pallets and skids merchant wholesalers |
|   | Paper and pulp industries manufacturing machinery merchant wholesalers |
|   | Patterns (except shoe), industrial, merchant wholesalers |
| X | Pipeline machinery and equipment merchant wholesalers |
|   | Pistons, hydraulic and pneumatic, merchant wholesalers |
|   | Plastics industries machinery, equipment, and supplies merchant wholesalers |
| X | Pneumatic pumps and parts merchant wholesalers |
| X | Pollution control equipment (except air) merchant wholesalers |
|   | Printing trade machinery, equipment, and supplies merchant wholesalers |
| X | Pumps and pumping equipment, industrial-type, merchant wholesalers |

026623

| | |
|---|---|
| X | Refinery machinery and equipment merchant wholesalers |
| | Sawmill machinery, equipment, and supplies merchant wholesalers |
| | Sewing machines, industrial, merchant wholesalers |
| | Shoe manufacturing and repairing machinery merchant wholesalers |
| | Smelting machinery and equipment merchant wholesalers |
| | Special purpose industrial machinery and equipment merchant wholesalers |
| | Spray painting equipment, industrial-type, merchant wholesalers |
| | Stackers, industrial, merchant wholesalers |
| | Testing and measuring equipment, electrical (except automotive), merchant wholesalers |
| | Textile machinery and equipment merchant wholesalers |
| | Tire recapping machinery merchant wholesalers |
| | Tools, machinists' precision, merchant wholesalers |
| | Tractors, industrial, merchant wholesalers |
| | Trailers, industrial, merchant wholesalers |
| | Trucks, industrial, merchant wholesalers |
| | Turbines (except transportation) merchant wholesalers |
| | Twist drills merchant wholesalers |
| | Valves, hydraulic and pneumatic, merchant wholesalers |
| | Water treatment equipment, industrial, merchant wholesalers |
| | Welding machinery and equipment merchant wholesalers |
| | Winches merchant wholesalers |
| | Woodworking machinery merchant wholesalers |

**424690 - Other Chemical and Allied Products Merchant Wholesalers**

This industry comprises establishments primarily engaged in the merchant wholesale distribution of chemicals and allied products (except agricultural and medicinal chemicals, paints and varnishes, fireworks, and plastics materials and basic forms and shapes).

| | |
|---|---|
| | Acids merchant wholesalers |
| | Adhesives and sealants merchant wholesalers |
| | Alcohol, industrial, merchant wholesalers |
| | Alkalies merchant wholesalers |
| | Ammonia (except fertilizer material) merchant wholesalers |
| | Antifreeze merchant wholesalers |
| | Aromatic chemicals merchant wholesalers |
| | Automotive chemicals (except lubricating greases, lubrication oils) merchant wholesalers |
| | Bleaches merchant wholesalers |
| | Carbon black merchant wholesalers |
| | Caulking materials merchant wholesalers |
| | Caustic soda merchant wholesalers |
| X | Chemical additives (e.g., concrete, food, fuel, oil) merchant wholesalers |
| | Chemical gases merchant wholesalers |
| | Chemicals (except agriculture) (e.g., automotive, household, industrial, photographic) merchant wholesalers |
| | Cleaning compounds and preparations merchant wholesalers |
| | Coal tar products, primary and intermediate, merchant wholesalers |
| | Compressed gases (except LP gas) merchant wholesalers |
| X | Concrete additives merchant wholesalers |
| | Cyclic crudes and intermediates merchant wholesalers |
| | Deodorants (except personal) merchant wholesalers |
| | Detergents merchant wholesalers |
| X | Drilling muds merchant wholesalers |

026624

    Dry ice merchant wholesalers
    Dyes, industrial, merchant wholesalers
    Dyestuffs merchant wholesalers
    Essential oils merchant wholesalers
    Explosives (except ammunition, fireworks) merchant wholesalers
    Fibers, manmade, merchant wholesalers
    Fire extinguisher preparations merchant wholesalers
    Gases, compressed and liquefied (except liquefied petroleum gas), merchant wholesalers
    Gelatin, inedible, merchant wholesalers
    Glues merchant wholesalers
    Gum and wood chemicals merchant wholesalers
    Ice, dry, merchant wholesalers
    Industrial chemicals merchant wholesalers
    Industrial gases merchant wholesalers
    Industrial salts merchant wholesalers
    Inorganic chemicals merchant wholesalers
    Janitorial chemicals merchant wholesalers
    Laundry soap, chips, and powder, merchant wholesalers
    Liquefied gases (except LP) merchant wholesalers
    Man-made fibers merchant wholesalers
    Mastics (except construction) merchant wholesalers
    Metal cyanides merchant wholesalers
    Oil additives merchant wholesalers
X    Oil drilling muds merchant wholesalers
    Organic chemicals merchant wholesalers
    Pesticides (except agricultural) merchant wholesalers
    Polishes (e.g., automobile, furniture, metal, shoe, stove) merchant wholesalers
    Resins, synthetic rubber, merchant wholesalers
    Rosins merchant wholesalers
    Salts, industrial, merchant wholesalers
    Sealants merchant wholesalers
    Sulfuric acid merchant wholesalers
    Surface active agents merchant wholesalers
    Synthetic rubber merchant wholesalers
    Turpentine merchant wholesalers
    Water softening compounds merchant wholesalers
    Waxes (except petroleum) merchant wholesalers
    Welding gases merchant wholesalers
    Wood treating preparations merchant wholesalers

**425120 - Wholesale Trade Agents and Brokers**

This industry comprises wholesale trade agents and brokers acting on behalf of buyers or sellers in the wholesale distribution of goods. Agents and brokers do not take title to the goods being sold but rather receive a commission or fee for their service. Agents and brokers for all durable and nondurable goods are included in this industry.

    Agents and brokers, durable goods, wholesale trade
    Agents and brokers, nondurable goods, wholesale trade
    Automobile auctions, wholesale
    Durable goods agents and brokers, wholesale trade
    Nondurable goods agents and brokers, wholesale trade
X    Petroleum brokers

**481211 - Nonscheduled Chartered Passenger Air Transportation**

026625

This U.S. industry comprises establishments primarily engaged in providing air transportation of passengers or passengers and cargo with no regular routes and regular schedules.

| | |
|---|---|
| X | Air passenger carriers, nonscheduled |
| X | Air taxi services |
| X | Aircraft charter services, passenger |
| X | Charter air passenger services |
| X | Helicopter passenger carriers (except scenic, sightseeing), nonscheduled |
| X | Nonscheduled air passenger transportation |
| X | Passenger air transportation, nonscheduled |
| X | Passenger carriers, air, nonscheduled |

**483113 - Coastal and Great Lakes Freight Transportation**

This U.S. industry comprises establishments primarily engaged in providing water transportation of cargo in coastal waters, on the Great Lakes System, or deep seas between ports of the United States, Puerto Rico, and United States island possessions or protectorates. Marine transportation establishments using the facilities of the St. Lawrence Seaway Authority Commission are considered to be using the Great Lakes Water Transportation System. Establishments primarily engaged in providing coastal and/or Great Lakes barge transportation services are included in this industry.

| | |
|---|---|
| X | Barge transportation, coastal or Great Lakes (including St. Lawrence Seaway) |
| X | Coastal freight transportation to and from domestic ports |
| X | Coastal shipping of freight to and from domestic ports |
| X | Deep sea freight transportation to or from domestic ports (including Puerto Rico) |
| X | Freight shipping on the Great Lakes system (including St. Lawrence Seaway) |
| X | Freight transportation, deep sea, to and from domestic ports |
| X | Great Lakes freight transportation (including St. Lawrence Seaway) |
| X | Intercoastal freight transportation to and from domestic ports |
| X | Lake freight transportation, Great Lakes (including St. Lawrence Seaway) |
| X | Ship chartering with crew, coastal or Great Lakes freight transportation (including St. Lawrence Seaway) |
| X | Shipping freight to and from domestic ports (i.e., coastal, deep sea (including Puerto Rico), Great Lakes system (including St. Lawrence Seaway)) |

**532412 - Construction, Mining, and Forestry Machinery and Equipment Rental and Leasing**

This U.S. industry comprises establishments primarily engaged in renting or leasing heavy equipment without operators that may be used for construction, mining, or forestry, such as bulldozers, earthmoving equipment, well-drilling machinery and equipment, or cranes.

| | |
|---|---|
| | Bulldozer rental or leasing without operator |
| | Construction form rental |
| | Construction machinery and equipment rental or leasing without operator |
| X | Crane rental or leasing without operator |
| | Earth moving equipment rental or leasing without operator |
| | Forestry machinery and equipment rental or leasing |
| | Heavy construction equipment rental without operator |
| | Logging equipment rental or leasing without operator |
| | Mining machinery and equipment rental or leasing |
| X | Oil field machinery and equipment rental or leasing |
| X | Oil well drilling machinery and equipment rental or leasing |
| | Welding equipment rental or leasing |
| X | Well drilling machinery and equipment rental or leasing |

**541330 - Engineering Services**

026626

This industry comprises establishments primarily engaged in applying physical laws and principles of engineering in the design, development, and utilization of machines, materials, instruments, structures, processes, and systems. The assignments undertaken by these establishments may involve any of the following activities:  provision of advice, preparation of feasibility studies, preparation of preliminary and final plans and designs, provision of technical services during the construction or installation phase, inspection and evaluation of engineering projects, and related services.

|   | |
|---|---|
|   | Acoustical engineering consulting services |
|   | Acoustical system engineering design services |
|   | Boat engineering design services |
|   | Chemical engineering services |
|   | Civil engineering services |
|   | Combustion engineering consulting services |
|   | Construction engineering services |
|   | Consulting engineers' offices |
|   | Consulting engineers' private practices |
|   | Electrical engineering services |
|   | Engineering consulting services |
|   | Engineering design services |
|   | Engineering services |
|   | Engineers' offices |
|   | Engineers' private practices |
| X | Environmental engineering services |
|   | Erosion control engineering services |
| X | Geological engineering services |
| X | Geophysical engineering services |
|   | Heating engineering consulting services |
|   | Industrial engineering services |
|   | Logging engineering services |
| X | Marine engineering services |
|   | Mechanical engineering services |
| X | Mining engineering services |
| X | Petroleum engineering services |
|   | Traffic engineering consulting services |

**541360 - Geophysical Surveying and Mapping Services**

This industry comprises establishments primarily engaged in gathering, interpreting, and mapping geophysical data. Establishments in this industry often specialize in locating and measuring the extent of subsurface resources, such as oil, gas, and minerals, but they may also conduct surveys for engineering purposes. Establishments in this industry use a variety of surveying techniques depending on the purpose of the survey, including magnetic surveys, gravity surveys, seismic surveys, or electrical and electromagnetic surveys.

|   | |
|---|---|
| X | Aerial geophysical surveying services |
| X | Electrical geophysical surveying services |
| X | Electromagnetic geophysical surveying services |
| X | Geological surveying services |
| X | Geophysical mapping services |
| X | Geophysical surveying services |
| X | Gravity geophysical surveying services |
| X | Magnetic geophysical surveying services |
| X | Mapping services, geophysical |
| X | Radioactive geophysical surveying services |
| X | Remote sensing geophysical surveying services |

026627

|   |   |
|---|---|
| X | Seismic geophysical surveying services |
| X | Surveying services, geophysical |

**541690 - Other Scientific and Technical Consulting Services**

This industry comprises establishments primarily engaged in providing advice and assistance to businesses and other organizations on scientific and technical issues (except environmental).

|   |   |
|---|---|
|   | Agricultural consulting services |
|   | Agrology consulting services |
|   | Agronomy consulting services |
|   | Biological consulting services |
| X | Chemical consulting services |
|   | Dairy herd consulting services |
|   | Economic consulting services |
| X | Energy consulting services |
|   | Entomology consulting services |
| X | Geochemical consulting services |
|   | Horticultural consulting services |
|   | Hydrology consulting services |
|   | Livestock breeding consulting services |
|   | Motion picture consulting services |
|   | Nuclear energy consulting services |
|   | Physics consulting services |
|   | Radio consulting services |
| X | Safety consulting services |
|   | Security consulting services |

**811310 - Commercial and Industrial Machinery and Equipment (except Automotive and Electronic) Repair and Maintenance**

This industry comprises establishments primarily engaged in the repair and maintenance of commercial and industrial machinery and equipment. Establishments in this industry either sharpen/install commercial and industrial machinery blades and saws or provide welding (e.g., automotive, general) repair services; or repair agricultural and other heavy and industrial machinery and equipment (e.g., forklifts and other materials handling equipment, machine tools, commercial refrigeration equipment, construction equipment, and mining machinery).

|   |   |
|---|---|
|   | Agricultural machinery and equipment repair and maintenance services |
|   | Armature rewinding services (except on an assembly line or factory basis) |
|   | Blade sharpening, commercial and industrial machinery and equipment |
|   | Coil rewinding (except on an assembly line or factory basis) |
| X | Commercial and industrial machinery repair and maintenance services |
|   | Commercial refrigeration equipment repair and maintenance services |
| X | Construction machinery and equipment repair and maintenance services |
| X | Electric motor repair and maintenance services, commercial or industrial |
|   | Electrical generating and transmission equipment repair and maintenance services |
|   | Engine repair (except automotive, small engine) |
|   | Farm machinery and equipment repair and maintenance services |
|   | Food machinery repair and maintenance services |
|   | Forestry machinery and equipment repair and maintenance services |
|   | Forklift repair and maintenance services |
|   | Foundry machinery and equipment repair and maintenance services |
|   | Freezer, commercial, repair and maintenance services |
| X | Heavy machinery and equipment repair and maintenance services |
| X | Hydraulic equipment repair and maintenance services |
| X | Industrial equipment and machinery repair and maintenance services |

026628

|   | Industrial truck (e.g., forklifts) repair and maintenance services |
|---|---|
|   | Machine tools repair and maintenance services |
|   | Materials handling equipment repair and maintenance services |
|   | Mechanical power transmission equipment repair and maintenance services |
| X | Mining machinery and equipment repair and maintenance services |
| X | Motor repair and maintenance services, commercial or industrial |
|   | Paper making machinery repair and maintenance services |
|   | Printing trade machinery repair and maintenance services |
|   | Reconditioning shipping barrels and drums |
|   | Refrigeration equipment repair and maintenance services, industrial and commercial-type |
|   | Rewinding armatures (except on an assembly line or factory basis) |
|   | Service machinery and equipment repair and maintenance services |
|   | Textile machinery repair and maintenance services |
|   | Tractor, farm or construction equipment repair and maintenance services |
|   | Truck refrigeration repair and maintenance services |
|   | Welding repair services (e.g., automotive, general) |

## II.   Industry Types Subject to Question Regarding Support Services to Oil & Gas Industry and Possible Review by Claims Administrator for Potential Moratoria Losses

For businesses the Claims Administrator determines fall within the following codes and descriptions marked with an "x," claimant must submit a sworn claim form answering this question: "In 2009, did your business provide significant services, goods, and/or supplies to businesses in the offshore oil & gas industry in the Gulf of Mexico?" If the claimant responds affirmatively, its claim shall be routed by the Claims Administrator to a team dedicated to the evaluation of business economic loss claims for potential moratoria losses. Claimant shall be required to provide supplemental information in order for Claims Administrator to conduct this review.

**488310 - Port and Harbor Operations**
This industry comprises establishments primarily engaged in operating ports, harbors (including docking and pier facilities), or canals.

| X | Canal maintenance services (except dredging) |
|---|---|
| X | Canal operation |
| X | Docking facility operations |
| X | Harbor maintenance services (except dredging) |
| X | Harbor operation |
| X | Lighthouse operation |
| X | Maintenance services, waterfront terminal (except dredging) |
| X | Port facility operation |
| X | Seaway operation |
| X | Waterfront terminal operation (e.g., docks, piers, wharves) |
| X | Wharf operation |

**488320 - Marine Cargo Handling**
This industry comprises establishments primarily engaged in providing stevedoring and other marine cargo handling services (except warehousing).

| X | Loading and unloading services at ports and harbors |
|---|---|
| X | Longshoremen services |
| X | Marine cargo handling services |

| | |
|---|---|
| X | Ship hold cleaning services |
| X | Stevedoring services |

**488330 - Navigational Services to Shipping**

This industry comprises establishments primarily engaged in providing navigational services to shipping. Marine salvage establishments are included in this industry.

| | |
|---|---|
| X | Cargo salvaging, marine |
| X | Docking and undocking marine vessel services |
| X | Harbor tugboat services |
| X | Marine salvaging services |
| X | Marine vessel traffic reporting services |
| X | Piloting services, water transportation |
| X | Radio beacon (i.e., ship navigation) services |
| X | Tugboat services, harbor operation |

**541330 - Engineering Services**

This industry comprises establishments primarily engaged in applying physical laws and principles of engineering in the design, development, and utilization of machines, materials, instruments, structures, processes, and systems. The assignments undertaken by these establishments may involve any of the following activities: provision of advice, preparation of feasibility studies, preparation of preliminary and final plans and designs, provision of technical services during the construction or installation phase, inspection and evaluation of engineering projects, and related services.

| | |
|---|---|
| | Acoustical engineering consulting services |
| | Acoustical system engineering design services |
| | Boat engineering design services |
| X | Chemical engineering services |
| | Civil engineering services |
| | Combustion engineering consulting services |
| X | Construction engineering services |
| X | Consulting engineers' offices |
| X | Consulting engineers' private practices |
| X | Electrical engineering services |
| X | Engineering consulting services |
| X | Engineering design services |
| X | Engineering services |
| X | Engineers' offices |
| X | Engineers' private practices |
| | Environmental engineering services |
| | Erosion control engineering services |
| | Geological engineering services |
| | Geophysical engineering services |
| | Heating engineering consulting services |
| X | Industrial engineering services |
| | Logging engineering services |
| | Marine engineering services |
| | Mechanical engineering services |
| | Mining engineering services |
| | Petroleum engineering services |
| | Traffic engineering consulting services |

**561990 - All Other Support Services**

This industry comprises establishments primarily engaged in providing day-to-day business and other organizational support services (except office administrative services, facilities support services, employment services, business support services, travel arrangement and reservation services, security and investigation services, services to buildings and other structures, packaging and labeling services, and convention and trade show organizing services). Illustrative Examples:  Bartering services Flagging (i.e., traffic control) services Bottle exchanges Float decorating services Cloth cutting, bolting, or winding for the trade Inventory taking services Contract meter reading services Lumber grading services Diving services on a contract or fee basis.

|   |   |
|---|---|
|   | Auctioneers, independent |
|   | Bartering services |
|   | Bottle exchanges |
|   | Cloth cutting, bolting, or winding for the trade |
|   | Coin pick-up services, parking meter |
|   | Coupon processing services |
|   | Coupon redemption services (i.e., clearinghouse) |
| X | Diving services on a contract or fee basis |
|   | Document shredding services |
|   | Electrical meter reading services, contract |
|   | Fire fighting services as a commercial activity |
|   | Flagging (i.e., traffic control) services |
|   | Float decorating services |
|   | Gas meter reading services, contract |
|   | Inventory computing services |
|   | Inventory taking services |
|   | License issuing services (except government), motor vehicle |
|   | Locating underground utility lines prior to digging |
|   | Lumber grading services |
|   | Meter reading services, contract |
|   | Motor vehicle license issuing services, private franchise |
|   | Printing brokers |
|   | Private volunteer fire fighting |
|   | Tape slitting (e.g., cutting plastic or leather into widths) for the trade |
|   | Textile cutting services |
|   | Trading stamp promotion and sale to stores |
|   | Trading stamp redemption services |

**722310 - Food Service Contractors**

This industry comprises establishments primarily engaged in providing food services at institutional, governmental, commercial, or industrial locations of others based on contractual arrangements with these type of organizations for a specified period of time. The establishments of this industry provide food services for the convenience of the contracting organization or the contracting organization's customers. The contractual arrangement of these establishments with contracting organizations may vary from type of facility operated (e.g., cafeteria, restaurant, fast-food eating place), revenue sharing, cost structure, to providing personnel. Management staff is always provided by the food service contractors.

|   |   |
|---|---|
|   | Airline food services contractors |
|   | Cafeteria food services contractors (e.g., government office cafeterias, hospital cafeterias, school cafeterias) |
|   | Food concession contractors (e.g., convention facilities, entertainment facilities, sporting facilities) |
|   | Food service contractors, airline |
|   | Food service contractors, cafeteria |
|   | Food service contractors, concession operator (e.g., convention facilities, entertainment facilities, sporting facilities) |
| X | Industrial caterers (i.e., providing food services on a contractual arrangement (except single-event basis)) |