# EXHIBIT 23

# Map of Specified Gulf Waters



# Map of Specified Gulf Waters



2

028892

# Map of Specified Gulf Waters



**LEGEND**

- Specified Gulf Waters
- **Waters Not Included in Class Definition**: State Waters Within 3 Marine Leagues (9 Nautical Miles) of Coasts of Texas Counties Not Included in Gulf Coast Area
- Boundaries of National Territorial Waters
- County Boundaries

**BOUNDARY POINTS**

| Point | Latitude | Longitude |
|-------|----------|-----------|
| A | 25.306°N | -80.372°W |
| B | 25.354°N | -80.265°W |
| C | 25.342°N | -80.251°W |
| D | 25.314°N | -80.150°W |
| E | 25.184°N | -79.692°W |

3

028893