MINUTE ENTRY
BARBIER, J.
May 3, 2012
JS-10: 75 minutes.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : : : | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

THURSDAY, MAY 3, 2012 8:30 A.M.
JUDGE CARL J. BARBIER PRESIDING

### STATUS CONFERENCE

On this date, the Court held an In-Chambers Conference with Liaison Counsel to discuss revising the existing trial plan and BP's Motions (Rec. Docs. 6266, 6267) to adjourn the Limitation and Liability Trial until after the Final Fairness Hearing on the proposed settlements (currently scheduled for Nov. 8, 2012):

The Court discussed the parties' submissions and heard comments from Liaison Counsel.

The Court ORDERED that Phase 1 of the Limitation and Liability Trial shall be re-set for Jan. 14, 2013.

The Court will issue a revised Trial Plan.

Discovery for Phase 2 will proceed in the interim, supervised by Magistrate Judge Shushan.

1

**The Court heard comments from Liaison Counsel regarding the need for further changes to Pretrial Order 41/Case Management Order 3, particularly as to Phase 2 (Quantification & Source Control).**

**The Court discussed whether certain issues can be heard in advance of the Final Fairness Hearing and the Limitation and Liability Trial.**

**The Conference ended at 9:45 a.m.**

**ATTENDANCE: See attached**

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–May 3, 2012

# PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Don Godwin | 214-939-4412 | Halliburton |
| Alan York | " " | " " |
| Jenny Martinez | " " | " " |
| David Beck | 713-951-6209 | Cameron |
| Tony Fitch | 202-373-6695 | Anadarko |
| Ky Kirby | 202-373-6795 | " |
| Deb Kuchler | 504-592-0691 | " |
| Steve Roberts | 713 470-5792 | Transocean |
| Brad Brian | 213-683-9285 | " |
| Denise Scofield | 713 890 9105 | M-I LLC |
| Hugh Tanner | 713-890-5190 | M-I L.L.C. |
| Luther Strange | 334-300-9588 | Alabama |
| Mike Underhill | 415-436-6648 | US |
| Buddy Caldwell | 225 938-0362 | State La. |
| Corey Maze | 334 353 4336 | Alabama |
| Trey Phillips | 225-588-5180 | Louisiana |
| Steve Herman | (504) 453-7462 | Plaintiffs |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–May 3, 2012

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| James P. Roy | 337-278-7892 | PSC |
| Julie Brock | 334-799-5948 | BP |
| Ed Flanders | (646) 320-5456 | MOEX |
| Steve O'Rourke | (202) 514-2779 | U.S.A |
| Stephen Flynn | (202) 616-4070 | USA |
| Phil Wittmann | (504) 581-3200 | Cameron |
| Don Haycraft | 556-4128 | BP |
| Ted Tsekerides | 212-310-8218 | O'Brien & NRC |
| Mike Lyle | 202-682-7152 | " |
| Kerry Miller | 399-8194 | TO |