UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG : | | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE GULF : | | |
| OF MEXICO, ON APRIL 20, 2010 : | | SECTION J |
| : | | |
| THIS DOCUMENT RELATES TO: : | | JUDGE BARBIER |
| : | | |
| 10-4536 : | | MAGISTRATE JUDGE SHUSHAN |

## UNITED STATES' UNOPPOSED MOTION
## FOR ENTRY OF CONSENT DECREE

The United States of America, plaintiff, respectfully requests this Court to enter as a final judgment the proposed Consent Decree that was lodged with the Court on February 17, 2012. [Doc. 5743]. The proposed $90 million Consent Decree requires MOEX[1] to: pay $70 million in civil penalties to the United States and the five Gulf Coast States; and perform $20 million in "Supplemental Environmental Projects" ("SEPs"), that will directly benefit the Gulf Coast environment.

MOEX has already consented to entry of the Consent Decree without further notice, (Consent Decree ¶ 52).[2] The United States' consent to the entry of the lodged Consent Decree was conditioned on the United States' review of any public comments on the Decree, and upon this Court's approval. (Consent Decree ¶ 51); 28 C.F.R. § 50.7.

---

[1] As used herein, "MOEX" means Defendant MOEX Offshore 2007 LLC, and MOEX USA, the sole shareholder of MOEX, and at times, the Mitsui Oil Exploration Company, Ltd. ("MOECO"), the corporate parent of MOEX USA.

[2] No other party in *United States v. BPXP, et al.*, 10-4536 has opposed or commented on the settlement, but some who are party to other cases also centralized in MDL 2179 have used the public comment process to oppose the settlement proposed here.

1

None of the comments received, disclose any facts or conditions which indicate that the proposed Consent Decree is inappropriate, improper, or inadequate.[3]

As more fully set forth in the accompanying Memorandum in Support of the United States' Unopposed Motion for Entry of Consent Decree, the proposed Consent Decree is fair, reasonable, adequate, and consistent with the purposes of the Clean Water Act.  Because the proposed Consent Decree meets the standard for entry, the United States requests that the Court execute page 28 of the Consent Decree, which was attached to the Notice of Lodging of Consent Decree [Doc. 5743-1], and enter the Consent Decree as a final judgment.

---

[3] The United States received six substantive written comments during the public comment period, which are attached to the Memorandum in Support of the United States' Unopposed Motion for Entry of Consent Decree as Exhibit 1.

| | |
|---|---|
| Dated:  May 3, 2012 | Respectfully Submitted, |
| BRIAN HAUCK<br>Deputy Assistant Attorney General<br>Civil Division | IGNACIA S. MORENO<br>Assistant Attorney General<br>Environment & Natural Resources Division |
| PETER F. FROST<br>Director, Torts Branch, Civil Division<br>Aviation & Admiralty Litigation<br>STEPHEN G. FLYNN<br>Assistant Director<br>MICHELLE T. DELEMARRE<br>SHARON K. SHUTLER<br>JILL DAHLMANN ROSA<br>JESSICA SULLIVAN<br>JESSICA L. MCCLELLAN<br>MALINDA LAWRENCE<br>DAVID J. PREFFER<br>ROBIN HANGER<br>LAURA MAYBERRY<br>BRIENA STRIPPOLI<br>Trial Attorneys<br>U.S. Department of Justice<br>Torts Branch, Civil Division<br>P.O. Box 14271<br>Washington, D.C. 20044<br>(202) 616-4100<br>(202) 616-4002 fax | PATRICK CASEY<br>JAMES NICOLL<br>Senior Counsel<br>NANCY FLICKINGER<br>Senior Attorney<br>SARAH HIMMELHOCH<br>Senior Attorney<br>DEANNA CHANG<br>SCOTT CERNICH<br>A. NATHANIEL CHAKERES<br>JUDY HARVEY<br>MATT LEOPOLD<br>GORDON YOUNG<br>JEFFREY PRIETO<br>ABIGAIL ANDRE<br>Trial Attorneys |
| /s/ R. Michael Underhill<br>R. MICHAEL UNDERHILL, T.A.<br>Attorney in Charge, West Coast Office<br>Torts Branch, Civil Division<br>7-5395 Federal Bldg., Box 36028<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3463<br>(415) 436-6648<br>(415) 436-6632 fax<br>mike.underhill@usdoj.gov | /s/ Steven O'Rourke<br>STEVEN O'ROURKE<br>Senior Attorney<br>U.S. Department of Justice<br>Environmental Enforcement Section<br>P.O. Box 7611<br>Washington, D.C. 20044<br>(202) 514-2779<br>steve.o'rourke@usdoj.gov |

JIM LETTEN
United States Attorney

SHARON SMITH
Assistant United States Attorney
Eastern District of Louisiana
650 Poydras St., Ste 1600
New Orleans, LA 70130

Attorneys for the UNITED STATES OF AMERICA

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 3rd day of May, 2012.

                                      /s/ Steve O'Rourke
                                      U.S. Department of Justice