**EXHIBIT 3 IN SUPPORT OF**

**<u>MEMORANDUM IN SUPPORT OF</u>**
**<u>UNITED STATES' UNOPPOSED MOTION</u>**
**<u>FOR ENTRY OF CONSENT DECREE</u>**

```
 1                 UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA
 2

 3      IN RE:  OIL SPILL        )     MDL NO. 2179
        by the OIL RIG,          )
 4      DEEPWATER HORIZON in      )     SECTION "J"
        the GULF OF MEXICO,       )
 5      April 20, 2010            )     JUDGE BARBIER
                                  )
 6                                )     MAG. JUDGE
                                  )     SHUSHAN
 7

 8

                              VOLUME 1
 9

10

11

12

13

14

15

16

17

18          Deposition of NAOKI ISHII, taken at
        Pan-American Building, 601 Poydras Street,
19      11th Floor, New Orleans, Louisiana, 70130, on
        June 29, 2011.
20

21

22

23

24

25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

| | | |
|---|---|---|
| 13:29:03 | 1 | given approval from board of MOEX USA in |
| 13:29:07 | 2 | connection with the acquisition of 10 percent |
| 13:29:10 | 3 | of Macondo.  That's what he said. |
| 13:29:13 | 4 | THE INTERPRETER:  I had already been |
| 13:29:16 | 5 | given the approval or authorization. |
| 13:29:20 | 6 | Q.     (BY MR. FINEMAN)  If you'd turn |
| 13:29:21 | 7 | to 375903.  Do you recognize this document? |
| 13:29:35 | 8 | A.     Yes. |
| 13:29:37 | 9 | Q.     What is this document? |
| 13:29:39 | 10 | A.     As it says, it's a document |
| 13:29:47 | 11 | about the designation of the operator. |
| 13:29:50 | 12 | Q.     Is this -- this is a document |
| 13:29:52 | 13 | where -- in which MOEX Offshore is |
| 13:29:54 | 14 | designating BP Exploration & Production, Inc. |
| 13:30:00 | 15 | as the operator of Macondo well? |
| 13:30:20 | 16 | A.     That is my understanding. |
| 13:30:23 | 17 | Q.     And is that your signature where |
| 13:30:25 | 18 | it says "MOEX Offshore 2007 LLC"? |
| 13:30:29 | 19 | A.     Yes. |
| 13:30:32 | 20 | Q.     Prior to November 18, 2009, did |
| 13:30:42 | 21 | you or anybody else at MOEX Offshore review |
| 13:30:46 | 22 | BP's initial exploration plan? |
| 13:31:06 | 23 | MR. BEFFA:  Objection; form. |
| 13:31:10 | 24 | MR. PRITCHARD:  Object to the form. |
| 13:31:13 | 25 | A.     There was information attached |

**PURSUANT TO CONFIDENTIALITY ORDER**

| | |
|---|---|
| 13:46:00 | 1 |
| 13:46:01 | 2 |
| 13:46:20 | 3 |
| 13:46:24 | 4 |
| 13:46:26 | 5 |
| 13:46:43 | 6 |
| 13:46:50 | 7 |
| 13:46:52 | 8 |
| 13:46:57 | 9 |
| 13:47:08 | 10 |
| 13:47:10 | 11 |
| 13:47:11 | 12 |
| 13:47:17 | 13 |
| 13:47:23 | 14 |
| 13:47:25 | 15 |
| 13:47:29 | 16 |
| 13:47:33 | 17 |
| 13:47:40 | 18 |
| 13:47:48 | 19 |
| 13:47:51 | 20 |
| 13:48:10 | 21 |
| 13:48:17 | 22 |
| 13:48:23 | 23 |
| 13:48:25 | 24 |
| 13:48:27 | 25 |

agreement, correct?

    A.     Yes.

    Q.     What is your understanding of MOEX Offshore's role as a non-operator under the Macondo operating agreement?

    MR. PRITCHARD:  Objection to form.

    A.     My understanding is that a non-operator does not get concerned with the operation at all.  We just stay as the capital provider.

    CHECK INTERPRETER:  Non-operator is not involved in operation at all, but is merely an investor.

    Q.     (BY MR. FINEMAN)  What -- if you know, what were MOEX Offshore's obligations to BP under the operating agreement?

    MR. BEFFA:  Objection; form.

    MR. PRITCHARD:  Object to the form.

    A.     Like I said, we don't get involved in the operation at all.  My understanding is that with regard to Macondo drilling, we provide 10 percent of the cost that comes from BP.

    Q.     (BY MR. FINEMAN)  Under the operating agreement did MOEX Offshore have

| | | |
|---|---|---|
| 13:48:29 | 1 | rights to certain information about |
| 13:48:32 | 2 | operations or drilling progress at Macondo? |
| 13:48:51 | 3 | MR. BEFFA:  Objection; form. |
| 13:48:55 | 4 | A.     Yes. |
| 13:48:56 | 5 | Q.     (BY MR. FINEMAN)  What kind of |
| 13:48:57 | 6 | information? |
| 13:49:19 | 7 | A.     My understanding is that we were |
| 13:49:31 | 8 | allowed access to Well Space and INSITE |
| 13:49:31 | 9 | Anywhere -- |
| 13:49:31 | 10 | MR. FINEMAN:  That's right. |
| 13:49:42 | 11 | A.     -- the latter being realtime |
| 13:49:45 | 12 | data, with regard to the drilling progress |
| 13:49:51 | 13 | data. |
| 13:49:52 | 14 | MR. PRITCHARD:  The witness beat me to |
| 13:49:54 | 15 | the punch on that.  I meant to object to the |
| 13:49:56 | 16 | form of that question, so please register |
| 13:49:58 | 17 | that objection. |
| 13:50:09 | 18 | Q.     (BY MR. FINEMAN)  During the |
| 13:50:12 | 19 | 2000 -- December 2009 to April 20, 2010, time |
| 13:50:17 | 20 | period, what role did you have, if any, with |
| 13:50:18 | 21 | respect to Macondo? |
| 13:50:48 | 22 | THE INTERPRETER:  Can you give me the |
| 13:50:50 | 23 | dates again.  Between what and what? |
| 13:50:52 | 24 | MR. FINEMAN:  December 2009 and |
| 13:51:01 | 25 | April 20, 2010. |

**PURSUANT TO CONFIDENTIALITY ORDER**

| | | |
|---|---|---|
| 14:36:52 | 1 | that you asked for from BP? |
| 14:37:01 | 2 | A.    I don't think so. |
| 14:37:02 | 3 | Q.    The other thing that you said |
| 14:37:14 | 4 | that you were involved in with respect to |
| 14:37:20 | 5 | your role with the Macondo had to do with |
| 14:37:25 | 6 | dealing with AFEs and JIBs, correct? |
| 14:37:40 | 7 | A.    Yes. |
| 14:37:47 | 8 | Q.    What was the process for |
| 14:37:53 | 9 | obtaining approval for an authorization for |
| 14:37:57 | 10 | expenditure, AFE? |
| 14:38:22 | 11 | A.    We received the AFE, I briefly |
| 14:38:25 | 12 | review the AFE, and based on the service |
| 14:38:36 | 13 | agreement, I had the details of it checked by |
| 14:38:41 | 14 | MOECO's engineering guys, technical guys. |
| 14:38:47 | 15 | MR. FINEMAN:  I'm sorry.  What did you |
| 14:38:49 | 16 | say; by the what guys? |
| 14:38:50 | 17 | THE INTERPRETER:  Technical guys. |
| 14:38:53 | 18 | Engineering guys. |
| 14:38:53 | 19 | MR. FINEMAN:  Okay. |
| 14:38:55 | 20 | Q.    (BY MR. FINEMAN)  And was there |
| 14:38:56 | 21 | one -- was there some one person at MOECO who |
| 14:39:01 | 22 | was responsible for saying, "the AFE is okay, |
| 14:39:05 | 23 | go ahead and sign it"? |
| 14:39:14 | 24 | MR. PRITCHARD:  Object to the form. |
| 14:39:23 | 25 | A.    I don't know whether it was one |

**PURSUANT TO CONFIDENTIALITY ORDER**

14:39:28  1    specific individual, but there were

14:39:30  2    geologists, other engineers.  I believe it

14:39:33  3    went through the reviews by several people.

14:39:37  4         Q.    (BY MR. FINEMAN)  Okay.  The

14:39:39  5    AFEs included a description of the work that

14:39:43  6    was being done, correct?

14:39:45  7         A.    Yes.

14:39:54  8         Q.    And it also included the amount

14:39:56  9    that had to be paid, correct?

14:40:02 10         THE INTERPRETER:  That had been paid,

14:40:04 11    did you say?

14:40:05 12         MR. FINEMAN:  Had to be.

14:40:11 13         THE INTERPRETER:  Had to be.

14:40:11 14         A.    The cost -- approximate cost

14:40:15 15    associated with the work was written.

14:40:19 16         Q.    (BY MR. FINEMAN)  Okay.  Did the

14:40:20 17    same people at MOECO review and approve the

14:40:28 18    project description and the financial

14:40:33 19    payment, or were they different people?

14:40:55 20         MR. PRITCHARD:  Object to the form.

14:40:56 21         A.    Separate people.

14:40:57 22         Q.    (BY MR. FINEMAN)  Okay.  Can you

14:40:59 23    tell me the names of the people who were

14:41:01 24    involved in reviewing the project

14:41:04 25    descriptions.

**PURSUANT TO CONFIDENTIALITY ORDER**

| | | |
|---|---|---|
| 14:41:11 | 1 | A.      Naito.  I'm not sure if Kanno |
| 14:41:21 | 2 | was involved.  But I would think those would |
| 14:41:26 | 3 | be the two. |
| 14:41:30 | 4 | Q.      Who was involved at MOECO on the |
| 14:41:33 | 5 | financial side? |
| 14:41:52 | 6 | A.      The people in accounting, of |
| 14:41:55 | 7 | course, and likely the people in the |
| 14:41:59 | 8 | business -- the new venture and asset |
| 14:42:03 | 9 | management group -- people. |
| 14:42:06 | 10 | Q.      Was there one person in that |
| 14:42:08 | 11 | group who had the authority to approve the |
| 14:42:15 | 12 | AFE or authorize you to sign the AFE? |
| 14:42:20 | 13 | A.      Are you talking about the |
| 14:42:38 | 14 | payment? |
| 14:42:40 | 15 | Q.      Yes.  I'm talking about -- here, |
| 14:42:44 | 16 | let me give you a document and we'll do it |
| 14:42:47 | 17 | this way.  This is Exhibit 2878. |
| 14:42:47 | 18 | (Exhibit 2878 was marked.) |
| 14:42:52 | 19 | Q.      (BY MR. FINEMAN)  Tab 11. |
| 14:42:56 | 20 | |
| 14:43:05 | 21 | Redacted per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 |
| 14:43:09 | 22 | (Order Protecting Confidentiality) |
| 14:43:12 | 23 | |
| 14:43:18 | 24 | |
| 14:43:19 | 25 | |

| | | |
|---|---|---|
| 14:43:42 | 1 | |
| 14:43:42 | 2 | |
| 14:43:48 | 3 | Redacted per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 |
| 14:43:51 | 4 | (Order Protecting Confidentiality) |
| 14:44:01 | 5 | |

14:44:02   6    Q.    Okay.  This project description

14:44:05   7    would have been or was -- strike that.

14:44:08   8        This project description was

14:44:10   9    reviewed by MOECO personnel before you signed

14:44:17   10   the AFE; is that correct?

14:44:18   11      A.    Yes.

14:44:30   12      Q.    And how were you informed that

14:44:32   13   the technical people at MOECO had approved of

14:44:35   14   the description?

14:44:59   15      A.    It would have been by e-mail, I

14:45:03   16   think.

14:45:03   17      Q.    Okay.  And from whom would

14:45:05   18   you -- from whom would you receive such an

14:45:07   19   e-mail?

14:45:12   20      A.    I don't remember.

14:45:12   21      Q.    All right.  Were you authorized

14:45:16   22   to sign the AFE without approval from MOECO?

14:45:33   23      A.    No.

14:45:33   24   Redacted per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13
               (Order Protecting Confidentiality)

14:45:41   25

**PURSUANT TO CONFIDENTIALITY ORDER**

|          |    |                                                                              |
|----------|----|------------------------------------------------------------------------------|
| 14:45:45 | 1  | Redacted per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13              |
| 14:45:53 | 2  | (Order Protecting Confidentiality)                                           |
| 14:46:07 | 3  |                                                                              |
| 14:46:07 | 4  | MR. PRITCHARD:  Object to -- object to                                       |
| 14:46:07 | 5  | the form.                                                                    |
| 14:46:31 | 6  | Q.    (BY MR. FINEMAN)  I'm going to                                          |
| 14:46:32 | 7  | give you what we're marking as Exhibit 2879.                                 |
| 14:46:37 | 8  | DWHMX00108110.  It's Tab 15.                                                 |
| 14:46:37 | 9  | (Exhibit 2879 was marked.)                                                   |
| 14:46:54 | 10 | Q.    (BY MR. FINEMAN)  This is a                                            |
| 14:46:55 | 11 | document entitled Supplemental Authorization                                 |
| 14:46:58 | 12 | for Expenditure.  It's prepared on                                           |
| 14:47:01 | 13 | January 27, 2010.                                                            |
| 14:47:03 | 14 | And Mr. Ishii, is that your                                                  |
| 14:47:07 | 15 | signature?                                                                   |
| 14:47:19 | 16 | A.    Yes.                                                                   |
| 14:47:20 | 17 | Q.    And you were authorized to sign                                        |
| 14:47:26 | 18 | this authorization for expenditure by MOECO                                  |
| 14:47:31 | 19 | personnel?                                                                   |
| 14:47:32 | 20 | A.    I believe it was MOEX USA.                                             |
| 14:47:44 | 21 | Q.    Who at MOEX USA?                                                       |
| 14:47:47 | 22 | A.    The board -- the board                                                 |
| 14:47:53 | 23 | members -- the board, rather.                                                |
| 14:47:55 | 24 | Q.    All right.  Do you believe that                                        |
| 14:47:56 | 25 | members of the MOEX board reviewed -- the                                    |

**PURSUANT TO CONFIDENTIALITY ORDER**

14:47:59  1    MOEX USA board reviewed the project
14:48:01  2    description?
14:48:01  3         A.    It was -- those that actually
14:48:21  4    reviewed it were the MOEX -- MOECO's
14:48:25  5    engineering people or technical people, based
14:48:29  6    on the service agreement.
14:48:30  7         Q.    And their review and
14:48:37  8    determination that the description was --
14:48:42  9    strike that.
14:48:43  10              Their review of the project
14:48:46  11   description was necessary before Mr. Ishii --
14:48:49  12   before you could sign the AFE; is that
14:49:07  13   correct?
14:49:07  14        MR. PRITCHARD:  Object to the form.
14:49:08  15        A.    Yes.
14:49:21  16        Q.    (BY MR. FINEMAN)  Giving you
14:49:22  17   what we're marking as 2880.  It's Tab 28.
14:49:26  18   BP-HZN-2179MDL00003222 - 23.
14:49:26  19        (Exhibit 2880 was marked.)
14:49:54  20        Q.    (BY MR. FINEMAN)  Was it one of
14:49:55  21   your jobs, Mr. Ishii, to transmit the signed
14:49:58  22   AFE back to BP after you had signed it?
14:50:21  23        A.    Yes.
14:50:25  24        Q.    On the second page of the
14:50:27  25   exhibit is the second supplemental

**PURSUANT TO CONFIDENTIALITY ORDER**

124

| | |
|---|---|
| 14:50:30 | 1 |
| 14:50:31 | 2 |
| 14:50:35 | 3 |
| 14:50:42 | 4 |
| 14:50:44 | 5 |
| 14:51:03 | 6 |
| 14:51:06 | 7 |
| 14:51:12 | 8 |
| 14:51:17 | 9 |
| 14:51:21 | 10 |
| 14:51:44 | 11 |
| 14:51:45 | 12 |
| 14:51:47 | 13 |
| 14:51:49 | 14 |
| 14:51:55 | 15 |
| 14:52:10 | 16 |
| 14:52:13 | 17 |
| 14:52:19 | 18 |
| 14:52:26 | 19 |
| 14:52:26 | 20 |
| 14:52:55 | 21 |
| 14:52:59 | 22 |
| 14:53:09 | 23 |
| 14:53:13 | 24 |
| 14:53:22 | 25 |

authorization for expenditure, and it reflects the date prepared was March 22, 2010.  Appears to have been signed by you on March 30, 2010; is that correct?

A.     Yes.

Q.     Okay.  And as with the prior AFEs, the technical people at MOECO would have reviewed the project description before you were authorized to sign this AFE, correct?

A.     That was my understanding.

Q.     And just so I'm clear, your testimony is that it was -- would have been Mr. Naito and Mr. Kanno who were involved in reviewing the project descriptions?

A.     As far as my understanding, it was Mr. Naito that did the review.  I don't know whether Mr. Kanno did the review.

(Exhibit 2881 was marked.)

Q.     (BY MR. FINEMAN)  Okay.  This is -- we're marking this as Exhibit 2881. It's two -- so the first two pages of the exhibit are the -- is the document that included Japan characters, and that's DWHMX0005839858399.

**PURSUANT TO CONFIDENTIALITY ORDER**

| | | |
|---|---|---|
| 15:36:05 | 1 | preparing the monthly report? |
| 15:36:07 | 2 | A.    Yes.  Yes, I did. |
| 15:36:20 | 3 | Q.    To whom did you send your |
| 15:36:22 | 4 | monthly reports? |
| 15:36:38 | 5 | A.    My recollections are that it was |
| 15:36:40 | 6 | the general manager or director of the new |
| 15:36:45 | 7 | venture and asset -- |
| 15:36:51 | 8 | THE INTERPRETER:  -- management, was |
| 15:36:52 | 9 | it?  Department? |
| 15:37:01 | 10 | That's the translator wondering what to |
| 15:37:05 | 11 | choose, director or general manager. |
| 15:37:05 | 12 | Q.    (BY MR. FINEMAN)  Okay.  In |
| 15:37:06 | 13 | preparing the monthly reports, did you |
| 15:37:11 | 14 | include any technical information about |
| 15:37:13 | 15 | Macondo? |
| 15:37:23 | 16 | A.    Yes. |
| 15:37:23 | 17 | Q.    And where did you get the |
| 15:37:25 | 18 | technical data from? |
| 15:37:42 | 19 | A.    I got the information from MOECO |
| 15:37:45 | 20 | because MOECO was providing service under the |
| 15:37:48 | 21 | service agreement. |
| 15:37:49 | 22 | Q.    Okay.  So MOECO provided you |
| 15:37:52 | 23 | with the technical data that you included in |
| 15:37:54 | 24 | the report -- the MOEX monthly report? |
| 15:38:12 | 25 | A.    I requested the information and |

**PURSUANT TO CONFIDENTIALITY ORDER**

| | | |
|---|---|---|
| 15:38:18 | 1 | I received the information. |
| 15:38:20 | 2 | Q.    All right.  A little while ago |
| 15:38:22 | 3 | you testified very generally about Well |
| 15:38:26 | 4 | Space.  Can you tell me what Well Space is. |
| 15:38:55 | 5 | A.    It is my understanding that |
| 15:39:01 | 6 | they -- Macondo's drilling data, such as |
| 15:39:05 | 7 | daily drilling report, is found on the Well |
| 15:39:14 | 8 | Space. |
| 15:39:14 | 9 | Q.    Did you access Well Space |
| 15:39:17 | 10 | yourself? |
| 15:39:23 | 11 | A.    No. |
| 15:39:23 | 12 | Q.    So did you ever download -- did |
| 15:39:25 | 13 | you ever personally download any information |
| 15:39:27 | 14 | from Well Space concerning Macondo? |
| 15:39:35 | 15 | A.    No. |
| 15:39:36 | 16 | Q.    I'm going to give you what's |
| 15:39:38 | 17 | been previously marked as Exhibit 613. |
| 15:39:46 | 18 | MR. FINEMAN:  It's Tab 36. |
| 15:40:12 | 19 | Q.    (BY MR. FINEMAN)  Have you ever |
| 15:40:12 | 20 | seen this document before, Mr. Ishii? |
| 15:40:18 | 21 | A.    I've seen something similar. |
| 15:40:20 | 22 | Q.    Did you see it in preparing for |
| 15:40:23 | 23 | today's deposition? |
| 15:40:24 | 24 | A.    Yes. |
| 15:40:28 | 25 | Q.    Okay. |

**PURSUANT TO CONFIDENTIALITY ORDER**

| | |
|---|---|
| 15:40:30 | 1 |
| 15:40:32 | 2 |
| 15:40:34 | 3 |
| 15:40:36 | 4 |
| 15:40:36 | 5 |
| 15:40:37 | 6 |
| 15:40:39 | 7 |
| 15:40:39 | 8 |
| 15:40:41 | 9 |
| 15:40:43 | 10 |
| 15:40:48 | 11 |
| 15:40:50 | 12 |
| 15:40:55 | 13 |
| 15:40:58 | 14 |
| 15:41:08 | 15 |
| 15:41:10 | 16 |
| 15:41:19 | 17 |
| 15:41:30 | 18 |
| 15:41:32 | 19 |
| 15:41:36 | 20 |
| 15:41:41 | 21 |
| 15:41:41 | 22 |
| 15:41:42 | 23 |
| 15:41:47 | 24 |
| 15:41:55 | 25 |

         MR. PRITCHARD:  Excuse me, Steve.

Could I just observe that there are --

         MR. FINEMAN:  It's the way it prints.

         MR. PRITCHARD:  -- blank pages?  Is

that the way it prints?  Okay.

         MR. FINEMAN:  It's the way it comes

out.  It's in the file.

         MR. PRITCHARD:  All right.

         MR. FINEMAN:  I could have removed

them, I guess.  I'm sorry.

         Q.    (BY MR. FINEMAN)  Was it your

understanding that MOECO personnel downloaded

information from Well Space concerning

Macondo?

         A.    Yes.

         Q.    So if you turn to the page

marked 571, you see Mr. Kanno's name,

correct?  The bottom of page -- I'm sorry.

It's the last -- the very last few entries on

the page.

         A.    Yes.

         Q.    Okay.  And on the next page,

Mr. Kanno and Mr. Yamamoto, is he -- does he

work at MOECO?

         A.    Yes.

**PURSUANT TO CONFIDENTIALITY ORDER**

142

| | |
|---|---|
| 15:41:55 | 1 |
| 15:42:11 | 2 |
| 15:42:13 | 3 |
| 15:42:15 | 4 |
| 15:42:16 | 5 |
| 15:42:20 | 6 |
| 15:42:25 | 7 |
| 15:42:25 | 8 |
| 15:42:27 | 9 |
| 15:42:30 | 10 |
| 15:42:40 | 11 |
| 15:42:45 | 12 |
| 15:42:55 | 13 |
| 15:42:59 | 14 |
| 15:43:15 | 15 |
| 15:43:23 | 16 |
| 15:43:23 | 17 |
| 15:43:25 | 18 |
| 15:43:39 | 19 |
| 15:43:41 | 20 |
| 15:43:45 | 21 |
| 15:43:45 | 22 |
| 15:43:45 | 23 |
| 15:43:49 | 24 |
| 15:43:51 | 25 |

Q.      What does he do?

A.      He's an assistant in the technical department.  His role was to download this type of data.

Q.      Okay.  And then further down on the page, Mr. Tsuji.  Do you see his name there?

A.      Yes.

Q.      I'm sorry.  I know you said this before.  Just remind me what his job was.

A.      He is someone that works in the new venture and asset management department.

Q.      And then if you turn to 55 -- I'm sorry -- 577.  Those are Mr. Tsuji and Mr. Yamamoto, correct?

A.      Yes.

Q.      And then on the next page, Mr. Yamamoto and Mr. Kanno, correct?

A.      Yes.

THE INTERPRETER:  I believe it's Ms. Yamamoto.

MR. FINEMAN:  Ms. Yamamoto.  My apologies.

Q.      (BY MR. FINEMAN)  And then on 581 you see Mr. Tsuji and Ms. Yamamoto's

**PURSUANT TO CONFIDENTIALITY ORDER**

| | |
|---|---|
| 15:44:01 | 1 |
| 15:44:07 | 2 |
| 15:44:07 | 3 |
| 15:44:12 | 4 |
| 15:44:20 | 5 |
| 15:44:41 | 6 |
| 15:44:42 | 7 |
| 15:45:00 | 8 |
| 15:45:19 | 9 |
| 15:45:22 | 10 |
| 15:45:39 | 11 |
| 15:45:41 | 12 |
| 15:45:46 | 13 |
| 15:45:46 | 14 |
| 15:45:47 | 15 |
| 15:45:52 | 16 |
| 15:46:16 | 17 |
| 15:46:16 | 18 |
| 15:46:17 | 19 |
| 15:46:22 | 20 |
| 15:46:33 | 21 |
| 15:46:34 | 22 |
| 15:46:37 | 23 |
| 15:46:39 | 24 |
| 15:46:46 | 25 |

names appear again, correct?

    A.    Yes.

    Q.    All right.  Did you play any role in determining what information these MOECO personnel downloaded from Well Space?

    A.    No.

    Q.    Do you know to whom downloaded information from Well Space was circulated?

    A.    To my knowledge, I received the daily drilling report from Mr. Tsuji, and also I understand that Mr. Tsuji sent the daily drilling report to someone at Mitsui Co.

    Q.    Okay.  I'm going to give you what we're marking as Exhibit 2884.  It's DWHMX00427688 through 695.  It's Tab 38.

    (Exhibit 2884 was marked.)

Redacted per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality)

**PURSUANT TO CONFIDENTIALITY ORDER**

145

Redacted per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13
(Order Protecting Confidentiality)

| | |
|---|---|
| 15:49:01 | 1 |
| 15:49:02 | 2 |
| 15:49:04 | 3 |
| 15:49:10 | 4 |
| 15:49:25 | 5 |
| 15:49:28 | 6 |
| 15:49:32 | 7 |
| 15:49:34 | 8 |
| 15:49:36 | 9 |
| 15:49:38 | 10 |
| 15:49:39 | 11 |
| 15:49:46 | 12 |
| 15:49:48 | 13 |
| 15:50:07 | 14 |
| 15:50:12 | 15 |
| 15:50:14 | 16 |
| 15:50:18 | 17 |
| 15:50:20 | 18 |
| 15:50:22 | 19 |
| 15:50:29 | 20 |
| 15:50:32 | 21 |
| 15:50:33 | 22 |
| 15:50:39 | 23 |
| 15:50:40 | 24 |
| 15:50:45 | 25 |

2       Q.      Did you receive a daily

3  operations report like this every day from

4  Mr. Tsuji?

5       A.      I believe it was from sometime

6  on -- and I think it was March something,

7  some date in March.

8       Q.      From some date in March through

9  the 19th?

10       A.      Yes.

11       Q.      And what did you do with these

12  reports when you received them?

13       A.      Most of it was technical

14  information, so I would just take a brief

15  look at current well status on the first

16  page.

17       Q.      But you were relying on the

18  MOECO technical people to read and understand

19  the daily report; is that correct?

20       MR. PRITCHARD:  Objection -- object to

21  form.

22       A.      Yes.

23       Q.      (BY MR. FINEMAN)  Do you know

24  whether MOECO had a written policy or manual

25  for its personnel for reviewing Well Space

**PURSUANT TO CONFIDENTIALITY ORDER**

| | |
|---|---|
| 15:50:50 | 1 |
| 15:51:10 | 2 |
| 15:51:10 | 3 |
| 15:51:14 | 4 |
| 15:51:19 | 5 |
| 15:51:23 | 6 |
| 15:51:35 | 7 |
| 15:51:35 | 8 |
| 15:51:38 | 9 |
| 15:51:41 | 10 |
| 15:51:43 | 11 |
| 15:52:08 | 12 |
| 15:52:14 | 13 |
| 15:52:18 | 14 |
| 15:52:19 | 15 |
| 15:52:25 | 16 |
| 15:52:28 | 17 |
| 15:52:32 | 18 |
| 15:52:49 | 19 |
| 15:52:51 | 20 |
| 15:52:52 | 21 |
| 15:52:53 | 22 |
| 15:52:54 | 23 |
| 15:52:58 | 24 |
| 15:53:02 | 25 |

data?

          A.     I don't know.

          Q.     A minute ago -- a few minutes
ago you said that Ms. Yamamoto was
responsible for downloading reports from Well
Space.  That's correct?

          A.     Yes.

          Q.     Were there other specific MOECO
personnel whose responsibility it was to
review specific types of information or
reports that were available from Well Space?

          A.     I do not know whether, other
than Mr. Kanno, Tsuji and Naito, anybody
reviewed the data.

          Q.     Do you know whether there was a
central location for storage and maintenance
of the information that was downloaded from
Well Space by MOECO personnel?

          A.     I don't know very much about
MOECO system.

          Q.     So you don't know?

          A.     That's correct.

          Q.     Okay.  Were there internal
reports or memoranda prepared concerning or
summarizing the contents of Well Space data?

**PURSUANT TO CONFIDENTIALITY ORDER**

| | | |
|---|---|---|
| 15:53:35 | 1 | A.     I believe there was a weekly |
| 15:53:38 | 2 | report that summarized the daily drilling |
| 15:53:43 | 3 | reports which was prepared by Kanno. |
| 15:53:47 | 4 | Q.     And did you receive those weekly |
| 15:53:58 | 5 | reports? |
| 15:54:05 | 6 | A.     I believe I received it several |
| 15:54:07 | 7 | times. |
| 15:54:10 | 8 | Q.     Do you know who else was on the |
| 15:54:12 | 9 | distribution list? |
| 15:54:21 | 10 | A.     Naito, Murachi.  I think those |
| 15:54:30 | 11 | were some of the individuals included. |
| 15:54:38 | 12 | Q.     Okay.  Do you know whether the |
| 15:54:39 | 13 | MOECO personnel that downloaded data from |
| 15:54:43 | 14 | Well Space were satisfied that the |
| 15:54:46 | 15 | information they were obtaining was timely, |
| 15:54:49 | 16 | accurate and complete? |
| 15:54:50 | 17 | MR. PRITCHARD:  Objection to form. |
| 15:55:52 | 18 | A.     As a non-operator, in order to |
| 15:55:59 | 19 | manage the progress of the well -- |
| 15:56:05 | 20 | CHECK INTERPRETER:  Follow the progress |
| 15:56:06 | 21 | of the well. |
| 15:56:07 | 22 | THE INTERPRETER:  What? |
| 15:56:08 | 23 | MR. FINEMAN:  Follow the progress. |
| 15:56:08 | 24 | CHECK INTERPRETER:  Follow the progress |
| 15:56:08 | 25 | of the well. |

**PURSUANT TO CONFIDENTIALITY ORDER**

| | |
|---|---|
| 17:14:13 | 1 |
| 17:14:15 | 2 |
| 17:14:17 | 3 |
| 17:14:18 | 4 |
| 17:14:21 | 5 |
| 17:14:28 | 6 |
| 17:14:30 | 7 |
| 17:14:37 | 8 |
| 17:14:39 | 9 |
| 17:14:41 | 10 |
| 17:14:49 | 11 |
| 17:14:51 | 12 |
| 17:14:55 | 13 |
| 17:14:57 | 14 |
| 17:15:11 | 15 |
| 17:15:12 | 16 |
| 17:15:13 | 17 |
| 17:15:20 | 18 |
| 17:15:20 | 19 |
| 17:15:22 | 20 |
| 17:15:53 | 21 |
| 17:15:57 | 22 |
| 17:16:02 | 23 |
| 17:16:05 | 24 |
| 17:16:09 | 25 |

don't know whether that kind of document

exists or not.

        Q.    (BY MS. FLICKINGER)  So as of

today, you haven't seen that kind of drilling

plan for --

        A.    I haven't seen any Macondo

drilling plans.

        Q.    Okay.  Now, I would like to talk

about payments made in connection with the

Macondo well.

                Pursuant to the joint operating

agreement, did you make payments to BP for

the costs incurred in connection with the

Macondo well?

        A.    Yes.

        Q.    So you would receive invoices,

and then payments would be made to BP?

        A.    Yes.

        Q.    Can you describe to me how those

payments were made.

        A.    I received an invoice from BP.

I take a look at it.  I send it to MOECO and

further review is done there.  If there's no

issues or problems, the payment was made.

        Q.    Did the payment come from Tokyo?

**PURSUANT TO CONFIDENTIALITY ORDER**

1
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA
2
3
IN RE:  OIL SPILL      )    MDL NO. 2179
by the OIL RIG,      )
4
DEEPWATER HORIZON in   )    SECTION "J"
the GULF OF MEXICO,   )
5
April 20, 2010      )    JUDGE BARBIER
                  )
6
                  )    MAG. JUDGE
                  )    SHUSHAN
7
           REPORTER'S CERTIFICATION
8
         DEPOSITION OF NAOKI ISHII
           TAKEN JUNE 29, 2011
9
      I, Tamara Chapman, Certified Shorthand
10
Reporter in and for the State of Texas,
hereby certify to the following:
11
      That the witness, NAOKI ISHII, was duly
12
sworn by the officer and that the transcript
of the oral deposition is a true record of
13
the testimony given by the witness;
      That the deposition transcript was
14
submitted on _____, 2011, to the
witness or to Attorney _____for
15
examination, signature and return to
Worldwide Court Reporters, Inc., by
16
_____, 2011.
      That the amount of time used by each
17
party at the deposition is as follows:
18
      MR. FINEMAN - 6:08
      MS. FLICKINGER 00:30
19
      I further certify that I am neither
20
counsel for, related to, nor employed by any
of the parties in the action in which this
21
proceeding was taken, and further that I am
not financially or otherwise interested in
22
the outcome of the action.
23
24
25

**PURSUANT TO CONFIDENTIALITY ORDER**

182

1          SUBSCRIBED AND SWORN to by me this _____ day

    of _____, 2011.

2

3

4

      _____
5     TAMARA CHAPMAN, CSR

      CSR NO. 7248; Expiration Date: 12-31-12
6     Worldwide Court Reporters

      Firm Registration No. 223
7     3000 Weslayan, Suite 235

      Houston, TX 77027
8     (713) 572-2000

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3    IN RE:  OIL SPILL        )     MDL NO. 2179
      by the OIL RIG,          )
 4    DEEPWATER HORIZON in     )     SECTION "J"
      the GULF OF MEXICO,      )
 5    April 20, 2010           )     JUDGE BARBIER
                               )
 6                             )     MAG. JUDGE
                               )     SHUSHAN
 7

 8
                          VOLUME 2
 9

10

11

12

13

14

15

16

17

18        Deposition of NAOKI ISHII, taken at
      Pan-American Building, 601 Poydras Street,
19    11th Floor, New Orleans, Louisiana, 70130, on
      June 30, 2011.
20

21

22

23

24

25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

| | |
|---|---|
| 11:08:47 | 1 |
| 11:08:48 | 2 |
| 11:09:07 | 3 |
| 11:09:11 | 4 |
| 11:09:13 | 5 |
| 11:09:14 | 6 |
| 11:09:16 | 7 |
| 11:09:20 | 8 |
| 11:09:21 | 9 |
| 11:09:22 | 10 |
| 11:09:31 | 11 |
| 11:09:47 | 12 |
| 11:09:49 | 13 |
| 11:09:53 | 14 |
| 11:09:57 | 15 |
| 11:09:58 | 16 |
| 11:10:01 | 17 |
| 11:10:03 | 18 |
| 11:11:08 | 19 |
| 11:11:13 | 20 |
| 11:11:19 | 21 |
| 11:11:25 | 22 |
| 11:11:28 | 23 |
| 11:11:30 | 24 |
| 11:11:42 | 25 |

MR. PRITCHARD:  Object to the form.

A.      The role as a non-operator, I understand, is the AFEs that have been proposed by the operator --

THE INTERPRETER:  Strike that.

A.      We make judgment as to whether to sign the AFE or not that was proposed by the operator.

Q.      (BY MR. GUIDRY)  And an AFE is a request for funding, correct?

MR. BEFFA:  Object to the form.

A.      My understanding is that AFE is not an invoice, so it's a proposal of an estimated cost to carry out the -- the operation.

Q.      Was an AFE a mechanism created by the operating agreement for the parties to approve spending money on operations?

A.      What exactly AFE is, I think, is as described in the operating agreement.

Q.      Has anyone from MOEX ever visited the DEEPWATER HORIZON at the Macondo lease at any time?

A.      No.

Q.      Are you aware of anyone from

**PURSUANT TO CONFIDENTIALITY ORDER**

| | |
|---|---|
| 11:11:44 | 1 |
| 11:11:46 | 2 |
| 11:11:49 | 3 |
| 11:12:05 | 4 |
| 11:12:06 | 5 |
| 11:12:08 | 6 |
| 11:12:10 | 7 |
| 11:12:12 | 8 |
| 11:12:17 | 9 |
| 11:12:19 | 10 |
| 11:12:21 | 11 |
| 11:12:23 | 12 |
| 11:12:26 | 13 |
| 11:12:27 | 14 |
| 11:12:37 | 15 |
| 11:12:38 | 16 |
| 11:12:41 | 17 |
| 11:12:45 | 18 |
| 11:12:46 | 19 |
| 11:12:48 | 20 |
| 11:13:01 | 21 |
| 11:13:02 | 22 |
| 11:13:06 | 23 |
| 11:13:08 | 24 |
| 11:13:11 | 25 |

Anadarko visiting the DEEPWATER HORIZON at
the Macondo lease at any time?

        A.      I can't speak to other
companies.

        Q.      I'm just asking you if you're
aware of that?

        A.      I don't know.

        Q.      So you're not aware of it?

        A.      That's right.

        Q.      As a non-operator, MOEX was not
involved with and did not have any control
over the well design, correct?

        MR. BEFFA:  Object to the form.

        A.      That's correct.

        Q.      (BY MR. GUIDRY)  As a
non-operator, MOEX was not involved with and
did not have any control over designing the
drilling plan, correct?

        MR. BEFFA:  Object to the form.

        A.      That's right, yes.

        Q.      (BY MR. GUIDRY)  As a
non-operator, MOEX was not involved with and
did not have any control over the equipment
and materials used in the well, correct?

        MR. BEFFA:  Object to the form.

**PURSUANT TO CONFIDENTIALITY ORDER**

| | |
|---|---|
| 11:13:12 | 1 |
| 11:13:27 | 2 |
| 11:13:28 | 3 |
| 11:13:32 | 4 |
| 11:13:35 | 5 |
| 11:13:46 | 6 |
| 11:13:47 | 7 |
| 11:14:08 | 8 |
| 11:14:11 | 9 |
| 11:14:14 | 10 |
| 11:14:16 | 11 |
| 11:14:25 | 12 |
| 11:14:27 | 13 |
| 11:14:28 | 14 |
| 11:14:37 | 15 |
| 11:14:39 | 16 |
| 11:14:41 | 17 |
| 11:14:42 | 18 |
| 11:14:44 | 19 |
| 11:15:03 | 20 |
| 11:15:10 | 21 |
| 11:15:11 | 22 |
| 11:15:13 | 23 |
| 11:15:19 | 24 |
| 11:15:38 | 25 |

A.     Yes.

Q.     (BY MR. GUIDRY)  You don't have
any reason as you sit here today to believe
Anadarko's role as a non-operator was
different than MOEX's, do you?

MR. BEFFA:  Object to the form.

A.     All I can say is that within the
operating agreement, the non-operator's
position is stipulated.  So I think that's
what it is.

Q.     (BY MR. GUIDRY)  Was MOEX ever
involved in any engineering decisions with
respect to the Macondo well?

A.     No.

Q.     Do you have any evidence that
anyone from Anadarko was involved in any
engineering decisions with respect to the
Macondo well?

MR. BEFFA:  Objection; form.

A.     I know nothing about that.

Q.     (BY MR. GUIDRY)  Is it MOEX's
understanding that BP was not under the
control or direction of Anadarko or MOEX with
respect to the Macondo well?

MR. BEFFA:  Object to the form.

**PURSUANT TO CONFIDENTIALITY ORDER**

11:15:39  1        A.      The rights and duties or

11:16:19  2    obligations of the parties involved are all

11:16:23  3    stipulated in the operating agreement.  So I

11:16:26  4    believe it's as stated in the agreement.

11:16:48  5        Q.      (BY MR. GUIDRY)  You previously

11:16:50  6    testified that MOEX was not involved in any

11:16:54  7    direct decision-making with BP, so you relied

11:16:58  8    on BP's experience and trusted that they had

11:17:01  9    been operating properly; is that correct?

11:17:05 10        MR. PRITCHARD:  Object to the form.

11:17:06 11        MR. BEFFA:  Object to the form.

11:17:32 12        A.      Yes.

11:17:33 13        Q.      (BY MR. GUIDRY)  And you stand

11:17:36 14    by that testimony today?

11:17:47 15        A.      Yes.

11:17:47 16        Q.      Have representatives in Japan

11:17:58 17    even recognized, with respect to the Macondo

11:18:01 18    well operation, there's nothing we can do,

11:18:02 19    but trust BP's ability?

11:18:05 20        MR. BEFFA:  Object to the form.

11:18:29 21        MR. PRITCHARD:  Object to the form.

11:18:34 22        A.      By "representatives in Japan," I

11:18:48 23    understand that to mean MOECO -- MOECO.  And

11:18:53 24    I think MOECO is in -- of the same opinion.

11:18:59 25        Q.      (BY MR. GUIDRY)  Just for

**PURSUANT TO CONFIDENTIALITY ORDER**

```
1                   UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
2
3      IN RE:  OIL SPILL       )      MDL NO. 2179
       by the OIL RIG,         )
4      DEEPWATER HORIZON in     )      SECTION "J"
       the GULF OF MEXICO,     )
5      April 20, 2010          )      JUDGE BARBIER
                               )
6                              )      MAG. JUDGE
                               )      SHUSHAN
7
                    REPORTER'S CERTIFICATION
8                  DEPOSITION OF NAOKI ISHII
                    TAKEN JUNE 30, 2011
9
           I, Tamara Chapman, Certified Shorthand
10     Reporter in and for the State of Texas,
       hereby certify to the following:
11
           That the witness, NAOKI ISHII, was duly
12     sworn by the officer and that the transcript
       of the oral deposition is a true record of
13     the testimony given by the witness;
           That the deposition transcript was
14     submitted on _____, 2011, to the
       witness or to Attorney _____for
15     examination, signature and return to
       Worldwide Court Reporters, Inc., by
16     _____, 2011.
           That the amount of time used by each
17     party at the deposition is as follows:
18         MS. FLICKINGER - 1:19
           MR. BEFFA - 00:32
19         MR. GUIDRY: - 00:44
           MS. LeGRAND - 00:38
20         MR. VON STERNBERG - 00:26
21         I further certify that I am neither
       counsel for, related to, nor employed by any
22     of the parties in the action in which this
       proceeding was taken, and further that I am
23     not financially or otherwise interested in
       the outcome of the action.
24
25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1        SUBSCRIBED AND SWORN to by me this _____ day

of _____, 2011.

2

3

4

_____

5    TAMARA CHAPMAN, CSR

CSR NO. 7248; Expiration Date: 12-31-12

6    Worldwide Court Reporters

Firm Registration No. 223

7    3000 Weslayan, Suite 235

Houston, TX 77027

8    (713) 572-2000

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**PURSUANT TO CONFIDENTIALITY ORDER**