# EXHIBIT 4 IN SUPPORT OF

## MEMORANDUM IN SUPPORT OF UNITED STATES' UNOPPOSED MOTION FOR ENTRY OF CONSENT DECREE

From: Naoki Ishii
Sent: Wed Apr 21 02:28:38 2010
To: Beirne, Michael; 'Huch, Nick'
Subject: RE: Macondo TA Letter Agreement
Importance: Normal
Attachments: MC 252 #1 Agreement to T&A (signed by MOEX).pdf

Mike

Attached is a scanned copy of the captioned letter signed by MOEX evidencing our agreement to temporarily abandon the Macondo well.

Thanks,
Ishii

---

**From:** Beirne, Michael [mailto:Michael.Beirne@bp.com]
**Sent:** Tuesday, April 20, 2010 8:29 AM
**To:** Naoki Ishii; Huch, Nick
**Subject:** Macondo TA Letter Agreement

Gentlemen:
It is BP's recommendation that we temporarily abandon the Macondo well after successfully completing the setting of production casing. Accordingly, attached is a letter for your review and execution evidencing agreement.

<<Macondo Temp. Abandon. Agreement.pdf>>

Please give me a call with any questions or concerns.

Best regards,

**Michael J. Beirne**
Offshore Land Negotiator
**BP Exploration & Production Inc.**
Gulf of Mexico
200 WestLake Park Blvd.
Houston, TX 77079
Direct 281-366-1634
Mobile 713-553-6060
Fax 281-366-7569
michael.beirne@bp.com

Nothing contained in this communication, or in any other written or oral communications with BP Exploration & Production Inc. or its affiliates (collectively "BP") concerning the matters addressed above, shall create an obligation on BP to conclude a transaction covering such matters. Unless and until a written agreement covering the matters addressed above is executed by BP's authorized representative having express authority to bind BP to a transaction of such size and nature, BP has no obligation (legal or otherwise) concerning such matters. You should not rely on this communication or any other written or oral communications with BP as the basis for taking any action, foregoing any opportunity or incurring any costs, in anticipation of concluding a transaction with BP.



2856
Exhibit No. _____
Worldwide Court
Reporters, Inc.



bp

**BP Exploration & Production Inc.**
**Gulf of Mexico**
200 WestLake Park Boulevard
Houston, Texas 77079

<u>**VIA FACSIMILE, U.S. MAIL, AND EMAIL**</u>

April 20, 2010

MOEX Offshore 2007 LLC
9 Greenway Plaza, Suite 1220
Houston, TX 77046
Attention: Naoki Ishii

Anadarko E&P Company LP
1201 Lake Robbins Dr.
The Woodlands, TX 77380
Attention: Jim Bryan

Anadarko Petroleum Corporation
1201 Lake Robbins Dr.
The Woodlands, TX 77380
Attention: Jim Bryan

RE:   Temporary Abandonment
      OCS-G 32306 #1 well ("Macondo")
      Mississippi Canyon, Block 252
      OCS, Gulf of Mexico

Gentlemen:

Reference is made to that certain Macondo Prospect Offshore Deepwater Operating Agreement ("Macondo OA") dated effective October 1, 2009, as amended, among BP Exploration & Production Inc., MOEX Offshore 2007 LLC, Anadarko E&P Company LP, and Anadarko Petroleum Corporation (collectively "Parties"), covering Mississippi Canyon Block 252. Please note that capitalized terms not otherwise defined herein shall have the meanings set forth in the Macondo OA. Reference is further made to that certain original AFE #X2-000X8 dated August 28, 2009 ("Original AFE").

This letter shall evidence the Parties' decision to temporarily abandon the OCS-G 32306 #1 Well ("Macondo Well") in accordance with the previously approved Original AFE and the terms and provisions of the Macondo OA. Please be advised that BP is in agreement in moving forward in temporarily abandoning the Macondo Well as evidenced by our execution below.

CONFIDENTIAL

BP-HZN-2179MDL00326890
BPD115-053041

Please confirm your decision below in space provided, and return one original copy to the undersigned.

If you have any questions, please contact Mike Beirne at 281-366-1634.

Yours truly,

**BP EXPLORATION & PRODUCTION INC.**

Kemper Howe
Attorney-in-Fact

**MOEX OFFSHORE 2007 LLC**

Agreed and accepted this 20th day of April, 2010

Naoki Ishii
President

**ANADARKO E&P COMPANY LP**

Agreed and accepted this _____ day of April, 2010

Name:
Title:

**ANADARKO PETROLEUM CORPORATION**

Agreed and accepted this _____ day of April, 2010

Name:
Title:

CONFIDENTIAL

BP-HZN-2179MDL00326891
BPD115-053042