UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * | MDL NO. 2179 "J"(1) <br><br> JUDGE BARBIER <br><br> MAGISTRATE SHUSHAN |
| THIS DOCUMENT APPLIES TO: <br> Case No. 12-311 | * * * | **JURY TRIAL DEMANDED** |

**LIBERTY INSURANCE UNDERWRITERS, INC.'S MOTION
FOR LEAVE TO FILE DOCUMENT EXCEEDING PAGE LIMIT**

Defendant Liberty Insurance Underwriters, Inc. ("Liberty") moves the Court for leave to file its Memorandum in Support of Motion for Judgment on the Pleadings Pursuant to F.R.C.P. 12(c), which exceeds the page limit for briefs set forth in the Local Rules, on the following grounds:

1.

Liberty's Memorandum in Support of its Motion for Judgment on the Pleadings Pursuant to F.R.C.P. 12(c) slightly exceeds the 25-page limit allowed by Local Rule 7.7.

2.

Liberty requires more than 25 pages to fully set forth its arguments. Liberty's Motion and Memorandum pertain to plaintiff's Amended Complaint, which is 24 pages and 93 paragraphs long. *See* Rec. Doc. No. 6287. Liberty's Memorandum addresses no fewer than six causes of action plaintiff has asserted. Due to the numerous claims asserted in the Amended

1

740698_1

Complaint, Liberty will be prejudiced if it is limited to submitting a memorandum complying with the page requirement imposed by the Local Rules.

3.

Accordingly, Liberty requests that the Court grant its Motion for Leave and permit Liberty to file its Memorandum in Support of Motion for Judgment on the Pleadings Pursuant to F.R.C.P. 12(c), which exceeds the page limit set by Local Rule 7.7.

                                                      Respectfully submitted,

                                                     /s/ Judy Y. Barrasso
                                                   Judy Y. Barrasso, 2814
                                                   Celeste Coco-Ewing, 25002
                                                 BARRASSO USDIN KUPPERMAN
                                                     FREEMAN & SARVER, L.L.C.
                                                 909 Poydras Street, 24th Floor
                                                 New Orleans, Louisiana 70112
                                                 504.589.9700 (Telephone)
                                                 504.589.9701 (Facsimile)

OF COUNSEL:

Christopher W. Martin
Federal I.D. 13515
Gary L. Pate
Federal I.D. 29713
808 Travis, Suite 1800
Houston, Texas 77002
713-632-1700 (Telephone)
713-222-0101 (Facsimile)

And

Paul R. Koepff
Federal I.D. PK8452
CLYDE & CO US LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
212-710-3900 (Telephone)
212-710-3950 (Facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion for Leave has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 4th day of May, 2012.

/s/ Judy Y. Barrasso

740698_1