UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 "J"(1) JUDGE BARBIER MAGISTRATE SHUSHAN |
| THIS DOCUMENT APPLIES TO: Case No. 12-311 | * * * | JURY TRIAL DEMANDED |

## ORDER

Considering the foregoing Motion for Leave to File Document Exceeding Page Limit;

IT IS ORDERED that Defendant Liberty Insurance Underwriters, Inc. be and is hereby granted leave to file its Memorandum in Support of Motion for Judgment on the Pleadings Pursuant to F.R.C.P. 12(c), which exceeds the page limits specified in Local Rule 7.7.

New Orleans, Louisiana, this _____ day of May, 2012.

_____
JUDGE

740698_1