UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | * | |
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 "J"(1) |
| "DEEPWATER HORIZON" in | * | |
| the GULF OF MEXICO, on | * | JUDGE BARBIER |
| APRIL 20, 2010 | * | |
| | * | MAGISTRATE SHUSHAN |
| | * | |
| **THIS DOCUMENT APPLIES TO:** | * | **JURY TRIAL DEMANDED** |
| **Case No. 12-311** | * | |
| | * | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that defendant Liberty Insurance Underwriters, Inc. submits

the attached Motion for Judgment on the Pleadings Pursuant to F.R.C.P. 12(c) for consideration

before the Honorable Carl J. Barbier, United States District Court Judge for the Eastern District

of Louisiana, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana on

Wednesday, May 23, 2012 at 9:30 a.m.


Respectfully submitted,

*/s/ Judy Y. Barrasso*
Judy Y. Barrasso, 2814
Celeste, Coco-Ewing, 25002
BARRASSO USDIN KUPPERMAN
   FREEMAN & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana  70112
504.589.9700 (Telephone)
504.589.9701 (Facsimile)

OF COUNSEL:

Christopher W. Martin
Federal I.D. 13515
Gary L. Pate
Federal I.D. 29713
MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
808 Travis, Suite 1800
Houston, Texas 77002
713-632-1700 (Telephone)
713-222-0101 (Facsimile)
And

Paul R. Koepff
Federal I.D. PK8452
CLYDE & CO US LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
212-710-3900 (Telephone)
212-710-3950 (Facsimile)


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Submission has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 4th day of May, 2012.

/s/ Judy Y. Barrasso

*740158*

2