UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION<br><br>MDL 2179 |
| Member Case: <u>In re: Triton Asset Leasing</u>;<br>          Civil Action No. 10-2771 | SECTION "J" (1) |

### ORDER

Robert Wiygul, counsel for the Edward Wisner Donation, has advised the court that the issues for which a status conference was tentatively scheduled have been resolved. Accordingly, the followup conference tentatively set before me on May 4, 2012 is hereby **CANCELLED.**

New Orleans, Louisiana, this ____4th____ day of May, 2012.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**