UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  Oil Spill by the Oil Rig "DEEPWATER HORIZON" in the Gulf of Mexico on April 20, 2010 | CIVIL ACTION<br><br>MDL NO.:  2179<br><br>SECTION "J"(1) |
| THIS DOCUMENT RELATES TO:<br>11-58 | Hon. Carl J. Barbier<br>Mag. Judge Sally Shushan |

ORDER CANCELLING AND RELEASING
LETTER OF UNDERTAKING IN CIVIL ACTION NO. 11-58

Considering the foregoing *Ex Parte* and Unopposed Motion to Cancel and Release Letter of Undertaking in Civil Action No. 11-58, filed on behalf of Limitation Petitioners, Monica Ann, L.L.C., as Owner, and JNB Operating, L.L.C. and Gulf Offshore Logistics, L.L.C., as Managers/Operators and/or Owners *Pro Hac Vice*, of the M/V MONICA ANN;

IT IS HEREBY ORDERED that the Motion is GRANTED and the original Letter of Undertaking (Rec. Doc. No. 5, Civil Action No. 11-58) which was filed as security by Monica Ann, L.L.C., JNB Operating, L.L.C. and Gulf Offshore Logistics, L.L.C. on behalf of the M/V MONICA ANN in the amount of TWENTY-FOUR MILLION, FOUR HUNDRED SEVENTY-TWO THOUSAND FIVE HUNDRED FIFTY AND NO/100 ($24,472,550.00) DOLLARS in Civil Action No. 11-58, is hereby CANCELLED AND RELEASED, and the Clerk of Court is

1

directed to return the original of this Letter of Undertaking to the enrolled counsel of record for Monica Ann, L.L.C., JNB Operating, L.L.C. and Gulf Offshore Logistics, L.L.C., William J. Riviere of Phelps Dunbar LLP, so that the original may be marked "Cancelled."

IT IS FURTHER ORDERED that the Underwriters and signators to the foregoing Letter of Undertaking shall have no further obligation under said Letter of Undertaking.

New Orleans, Louisiana, this 4th day of May, 2012.

_____
United States District Court Judge