**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | **SECTION "J"** |
| | * | |
| **Applies to:** | * | **JUDGE BARBIER** |
| **10-4536** | * | |
| | * | **MAGISTRATE SHUSHAN** |

**ORDER**

On February 17, 2012, the United States filed a proposed Consent Decree, relating to its

claim for civil penalties under the Clean Water Act against MOEX Offshore 2007.  (Rec. Doc.

5742).  On April 24 and April 27, 2012, two Motions to Intervene into member case 10-4536 were

filed, ostensibly for the purpose of objecting to the proposed Consent Decree. (Rec. Docs. 6344,

6376).  On May 3, 2012, the United States filed a Motion for Entry of Consent Decree.  (Rec. Doc.

6436).

**IT IS ORDERED** that any oppositions to the Motions to Intervene (Rec. Docs. 6344, 6376)

shall be filed by May 11, 2012.  Any replies shall be filed by May 18, 2012.

**IT IS FURTHER ORDERED** that any oppositions to the Motion for Entry of Consent

Decree (Rec. Doc. 6436) shall be filed by May 25, 2012.  Any replies shall be filed by June 1, 2012.

 Oral argument will not be held on any of these matters

New Orleans, Louisiana, this 4th day of May, 2012.

_____
United States District Judge