**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| | * | **CIVIL ACTION NO. 10-md-2179** |
| **IN RE: OIL SPILL BY THE OIL RIG** | * | **This Document Applies To:** |
| **"*DEEPWATER HORIZON*" IN THE** | | |
| **GULF OF MEXICO, ON APRIL 20, 2010** | * | *Ray D. Gaudet v. Lawson Environmental* |
| | | *Service, LLC* |
| | * | **Case NO. 11-cv-251**2 |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## <u>ORDER</u>

Considering the foregoing Exparte/Consent Motion for Voluntary Dismissal Without Prejudice:

IT IS HEREBY ORDERED, that Plaintiff's Exparte/Consent Motion for Voluntary Dismissal Without Prejudice to dismiss his claims under 42 U.S.C. § 1981 is GRANTED. Plaintiff's other claims are preserved.

New Orleans, Louisiana this 4th day of May, 2012.

_____
United States District Judge