UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig * | | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf * | | |
| of Mexico, on April 20, 2010 * | | SECTION: J |
| * | | |
| Applies to: *All Cases*. * | | JUDGE BARBIER |
| * | | MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * | | |

## ORDER

The Court hereby sets status conferences for **9:30a.m. CDT/CST** for the following dates:

- **Friday, June 15, 2012**
- **Friday, July 13, 2012**
- **Friday, August 17, 2012**
- **Friday, September 14, 2012**
- **Friday, October 19, 2012**
- **Friday, November 16, 2012**
- **Tuesday, December 18, 2012 (Final Pretrial Conference, 8:30 a.m.)**

Unless otherwise noted, status conferences will be held in the Courtroom of Judge Carl J. Barbier at 500 Poydras Street, Room C-268, New Orleans, Louisiana, 70130.

Liaison counsel are to submit a proposed agenda and brief status report three business days prior to each status conference.

New Orleans, Louisiana, this 7th day of May, 2012.

_____
United States District Judge