# EXHIBIT B

# Chen, Philip T.

| | |
|---|---|
| **From:** | Bowman, Bruce [Bbowman@GodwinRonquillo.com] |
| **Sent:** | Thursday, March 01, 2012 3:41 PM |
| **To:** | Chen, Philip T. |
| **Cc:** | jmartinez@GodwinRonquillo.com; Lancaster, Walter R.; Langan, Andrew |
| **Subject:** | RE: Displace 3D modeling replication |

file what you want to file, we have and continue to offer to give you the inputs Savery used to run the model and let you run the model along the same lines as you previously did with opticem, i have given you the name of Mr Roths attorney for you to contact as we do not represent him.

---

**From:** Chen, Philip T. [mailto:pchen@kirkland.com]
**Sent:** Thursday, March 01, 2012 3:37 PM
**To:** Bowman, Bruce
**Cc:** Martinez, Jenny; Lancaster, Walter R.; Langan, Andrew
**Subject:** RE: Displace 3D modeling replication

Bruce –

I believe we have reached an impasse and require the assistance of the Court.  We will file something this afternoon seeking to compel Halliburton (1) to run the Displace 3D modeling with the inputs from Mr. Savery and (2) to confirm with Mr. Roth that the resulting output of the modeling "replicates" the Displace 3D output referenced in his July 2010 email.  I understand from our prior conversations that Halliburton is unwilling to agree to this.

As a professional courtesy, we are letting you know that we plan to file a brief.  Please let us know in the next hour if Halliburton reconsiders its position on either point.

Thanks,
Philip.

Philip T. Chen
Kirkland & Ellis LLP
333 South Hope Street · Los Angeles, CA 90071
Tel +1-213-680-8341 · Fax +1-213-680-8500

philip.chen@kirkland.com

---

**From:** Bowman, Bruce [mailto:Bbowman@GodwinRonquillo.com]
**Sent:** Friday, February 24, 2012 5:20 PM
**To:** Chen, Philip T.
**Cc:** jmartinez@GodwinRonquillo.com; Lancaster, Walter R.
**Subject:** RE: Displace 3D modeling replication

Phillip,I think we have offered to be most cooperative and you keep asking for more. To replicate the model you need to inputs and a platform to use them and we have offered you both[ plus even directing you to Mr.. Roth's lawyer]. I believe that is all[ and more]  than the order requires , **From:** Chen, Philip T. [mailto:pchen@kirkland.com]
**Sent:** Friday, February 24, 2012 12:45 PM
**To:** Bowman, Bruce

**Cc:** Martinez, Jenny; Lancaster, Walter R.
**Subject:** RE: Displace 3D modeling replication

Bruce –

The parties have already briefed the Court on whether this discovery was appropriate.  The Court agreed with BP and ordered, among other things, that "Halliburton and BP shall meet-and-confer on whether the modeling can be replicated."  Rec. Doc. 5307 at 3.

We are now conferring pursuant to the Court's order and it is important that BP understand Halliburton's position on the various issues.  Please let me know immediately if any of the following understandings are incorrect:

(1) Halliburton has the Displace 3D inputs from Mark Savery to run the model;
(2) Halliburton or Mr. Savery will verify that these inputs were used to run the Displace 3D model for Tommy Roth in July 2010;
(3) Halliburton will not run the Displace 3D software using these inputs; and
(4) Halliburton gives BP permission to contact Mr. Roth's personal counsel to request that Mr. Roth verify whether the output of the Displace 3D model replicates the modeling referred to in his July 25, 2010 email.

I need to know as soon as possible whether (5) Halliburton objects to Mr. Roth verifying whether the output of the Displace 3D model replicates the modeling referred to in his July 25, 2010 email.

Please also let me know if Halliburton will reconsider its refusal to run the Displace 3D model with the inputs (item 3).

Thanks,
Philip.

Philip T. Chen
Kirkland & Ellis LLP
333 South Hope Street · Los Angeles, CA 90071
Tel +1-213-680-8341 · Fax +1-213-680-8500

philip.chen@kirkland.com

**From:** Bowman, Bruce [mailto:Bbowman@GodwinRonquillo.com]
**Sent:** Friday, February 24, 2012 12:17 PM
**To:** Chen, Philip T.
**Cc:** jmartinez@GodwinRonquillo.com; Lancaster, Walter R.
**Subject:** RE: Displace 3D modeling replication

I do not know if Halliburton has an objection or not, as to me it is discovery which was not sought or allowed and I have no idea if he could even recognize the model but it would make sense to me for you to see first if his attorney has any objection, as I have said many times we will provide you with what Mr. Savery says were his inputs and allow you to run a model like you did on opticem

**From:** Chen, Philip T. [mailto:pchen@kirkland.com]
**Sent:** Friday, February 24, 2012 12:14 PM
**To:** Bowman, Bruce
**Cc:** Martinez, Jenny; Lancaster, Walter R.
**Subject:** RE: Displace 3D modeling replication

2

Bruce –

Does your email confirm that we can contact Mr. Roth's attorney about verifying the Displace 3D output and that Halliburton has no objection to him doing so?

Thanks,
Philip.

Philip T. Chen
Kirkland & Ellis LLP
333 South Hope Street · Los Angeles, CA 90071
Tel +1-213-680-8341 · Fax +1-213-680-8500

philip.chen@kirkland.com

**From:** Bowman, Bruce [mailto:Bbowman@GodwinRonquillo.com]
**Sent:** Friday, February 24, 2012 12:10 PM
**To:** Chen, Philip T.
**Cc:** jmartinez@GodwinRonquillo.com; Lancaster, Walter R.
**Subject:** RE: Displace 3D modeling replication

Tommy Roth's lawyer is Mike Madigan at Orrick in DC

> **From:** Chen, Philip T. [mailto:pchen@kirkland.com]
> **Sent:** Thursday, February 23, 2012 11:10 AM
> **To:** Bowman, Bruce
> **Cc:** Martinez, Jenny; Lancaster, Walter R.
> **Subject:** RE: Displace 3D modeling replication
>
> Bruce –
>
> Thank you for speaking with me this morning. This email documents the points from our call.
>
> Halliburton is willing to provide the Displace 3D inputs and provide verification that the provided inputs were those used by Mr. Savery to create the model for Mr. Roth. This verification will take the form of either a statement from Mr. Savery or from counsel. Halliburton is, however, not willing to run the Displace 3D model with these inputs.
>
> Halliburton is willing to allow Mr. Roth to verify the Displace 3D output if Mr. Roth agrees. As we discussed, this communication documents BP's request that Halliburton contact Mr. Roth's counsel to request his cooperation, or allow BP to contact Mr. Roth's counsel for the same purpose.
>
> Thanks,
> Philip.
>
> Philip T. Chen
> Kirkland & Ellis LLP
> 333 South Hope Street · Los Angeles, CA 90071
> Tel +1-213-680-8341 · Fax +1-213-680-8500

3

philip.chen@kirkland.com

**From:** Chen, Philip T.
**Sent:** Wednesday, February 22, 2012 3:48 PM
**To:** 'Bowman, Bruce'
**Cc:** jmartinez@GodwinRonquillo.com; Lancaster, Walter R.
**Subject:** FW: Displace 3D modeling replication

Bruce –

Please let me know Halliburton's position on verifying the Displace 3D inputs and output.  This verification is necessary to confirm that the resulting Displace 3D model replicates the missing modeling.  As we have discussed, BP would like to complete this modeling as soon as possible so please respond at your earliest convenience.

Thank you,
Philip

Philip T. Chen
Kirkland & Ellis LLP
333 South Hope Street · Los Angeles, CA 90071
Tel +1-213-680-8341 · Fax +1-213-680-8500

philip.chen@kirkland.com

**From:** Chen, Philip T.
**Sent:** Monday, February 20, 2012 3:04 PM
**To:** 'Bowman, Bruce'
**Cc:** Lancaster, Walter R.; jmartinez@GodwinRonquillo.com
**Subject:** RE: Displace 3D modeling replication

Bruce –

Aside from the question of who will run the modeling, can you let me know if Halliburton agrees to have Mr. Savery verify the inputs to the Displace 3D model and Mr. Roth verify that the output of the model replicates what he referenced in his July 25, 2010 email?

Thanks,
Philip.

Philip T. Chen
Kirkland & Ellis LLP
333 South Hope Street · Los Angeles, CA 90071
Tel +1-213-680-8341 · Fax +1-213-680-8500

philip.chen@kirkland.com

**From:** Bowman, Bruce [mailto:Bbowman@GodwinRonquillo.com]
**Sent:** Monday, February 20, 2012 12:20 PM
**To:** Chen, Philip T.

4

**Cc:** Lancaster, Walter R.; jmartinez@GodwinRonquillo.com
**Subject:** RE: Displace 3D modeling replication

Phillip, as I told you Halliburton will give you what it believes to be the inputs used by Mark Savery that will enable BP to run a 3D model and will furnish the equipment and model as it did with Opticems. For many reasons as we have discussed Halliburton will not run a 3D model for BP. Before I check with Tommy Roth's lawyers let me know if your client elects to run a 3D model



Bruce W. Bowman
Board Certified - Civil Trial Law
Texas Board of Legal Specialization

GODWIN RONQUILLO PC

1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
214.939.8679 Direct   (800.662.8393 Toll Free)
214.527.3104 Fax
Bbowman@GodwinRonquillo.com
GodwinRonquillo.com

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify Godwin Ronquillo PC immediately by telephone (800.662.8393) and destroy the original message. Messages sent to and from us may be monitored.

IRS Circular 230 Required Notice--IRS regulations require that we inform you as follows: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended to be used and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter[s].

**From:** Chen, Philip T. [mailto:pchen@kirkland.com]
**Sent:** Saturday, February 18, 2012 12:35 PM

**To:** Bowman, Bruce
**Cc:** Lancaster, Walter R.
**Subject:** Displace 3D modeling replication

Bruce –

Thank you for speaking with me this morning and confirming that Mark Savery is able to provide you with the inputs to the Displace 3D modeling at issue. As discussed, you will check whether Halliburton can agree to run Displace 3D with those inputs, and whether Tommy Roth can confirm that the output replicates the modeling referenced in his July 25, 2010 email. We would also ask you to check if Mr. Savery can confirm that the inputs used were the same as the inputs used for the earlier modeling.

I look forward to hearing back from you early next week as discussed. Have a great weekend.

Thanks,
Philip.

Philip T. Chen
Kirkland & Ellis LLP
333 South Hope Street · Los Angeles, CA 90071
Tel +1-213-680-8341 · Fax +1-213-680-8500

philip.chen@kirkland.com

```
*************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
*************************************************************


*************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
*************************************************************
```

```
************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
************************************************************


************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
************************************************************


************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
************************************************************
```