UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179 SECTION: J |
| This Document Relates To: Case No. 2:10-cv-08888-CJB-SS Doc. No. 64261 Short-Form Joinder of CAL Builders, LLC | * * * * * * | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, the undersigned counsel moves this Court for an order withdrawing Natalie K. Mitchell and the law firms of Kinney, Ellinghausen, Richard, DeShazo, APLC, and Wooten Law Firm, PLLC, as counsel of record for Plaintiff CAL Builders, LLC. In further support, Movant states as follows:

1. On November 1, 2010, CAL Builders, LLC retained the law firms of Kinney, Ellingausen, Richard & DeShazo, APLC, and Wooten Law Firm, PLLC, to serve as counsel with regards to its oil spill case.

2. On April 19, 2011, the undersigned filed a Short Form Joinder on behalf of Cal Builders, LLC, Document No. 64261.

3. On May 5, 2012, the parties terminated their relationship.

4. CAL Builders, LLC will remain in the litigation. Neither the Plaintiff, nor any other party, will be prejudiced by Movant's withdrawal of counsel.

WHEREFORE, the undersigned counsel, both individually and on behalf of the respective law firms of Kinney, Ellinghausen, Richard & DeShazo, APLC, and Wooten Law

Firm, PLLC, move this Court for an Order withdrawing them as counsel of record for Plaintiff CAL Builders, LLC.

Respectfully submitted this 7th day of May, 2012.

> NATALIE K. MITCHELL (#32599)
> Kinney, Ellinghausen, Richard & DeShazo, APLC
> 1250 Poydras St., Suite 2450
> New Orleans, LA 70113
> Phone: (504) 524 – 0206
> Facsimile: (504) 525 – 6216

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of Court. Further, this is to certify that a true and correct copy of the foregoing has been served via U.S. Mail, postage prepaid and properly addressed, on those listed below this 7th day of May, 2012.

CAL Builders, LLC
P.O. Box 389
Biloxi, MS 39533