UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| Case No. 2:10-cv-08888-CJB-SS | * | |
| Doc. No. 64267 | * | |
| Short-Form Joinder of | * | MAGISTRATE JUDGE SHUSHAN |
| CBT Group, LLC | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that Natalie K. Mitchell and the law firms of Kinney, Ellinghausen, Richard & DeShazo, APLC, and Wooten Law Firm, PLLC, be allowed to withdraw as Counsel for CBT Group, LLC.

_____
United States District Judge