UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| Case No. 2:10-cv-08888-CJB-SS | * | |
| Doc. No. 62300 | * | |
| Short-Form Joinder of | * | MAGISTRATE JUDGE SHUSHAN |
| Keith Waits Construction, Inc. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, the undersigned counsel moves this Court for an order withdrawing Natalie K. Mitchell and the law firms of Kinney, Ellinghausen, Richard, DeShazo, APLC, and Wooten Law Firm, PLLC, as counsel of record for Plaintiff Keith Waits Construction, Inc. In further support, Movant states as follows:

1. On November 1, 2010, Keith Waits Construction, Inc., retained the law firms of Kinney, Ellinghausen, Richard & DeShazo, APLC, and Wooten Law Firm, PLLC, to serve as counsel with regards to its oil spill case.

2. On April 19, 2011, the undersigned filed a Short Form Joinder on behalf of Keith Waits Construction, Inc., Document No. 62300.

3. On May 5, 2012, the parties terminated their relationship.

4. Keith Waits Construction, Inc., will remain in the litigation. Neither the Plaintiff, nor any other party, will be prejudiced by Movant's withdrawal of counsel.

WHEREFORE, the undersigned counsel, both individually and on behalf of the respective law firms of Kinney, Ellinghausen, Richard & DeShazo, APLC, and Wooten Law

Firm, PLLC, move this Court for an Order withdrawing them as counsel of record for Plaintiff Keith Waits Construction, Inc.

Respectfully submitted this 7th day of May, 2012.

_____
NATALIE K. MITCHELL (#32599)
Kinney, Ellinghausen, Richard & DeShazo, APLC
1250 Poydras St., Suite 2450
New Orleans, LA 70113
Phone: (504) 524 – 0206
Facsimile: (504) 525 – 6216

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of Court. Further, this is to certify that a true and correct copy of the foregoing has been served via U.S. Mail, postage prepaid and properly addressed, on those listed below this 7th day of May, 2012.

Keith Waits Construction, Inc.
5062 Road 131
Saucier, MS 39574