UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER |
| THIS DOCUMENT RELATED TO: | * * | MAG. JUDGE SHUSAN |
| IN RE: TRITON ASSET LEASING GmbH Case No. 2:10-cv-02771-CJB-SS | * * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

# EXHIBIT A

| Claimant | Date Filed | Docket Number |
|---|---|---|
| 1 Vets & Houma, LLC | 05/03/2012 | 118862 |
| 2 Ah-Ha, LLC | 05/03/2012 | 118861 |
| 3 Felicia Wicker | 05/03/2012 | 118860 |
| 4 Karen Cave | 05/03/2012 | 118859 |
| 5 Victor Lockarno | 05/03/2012 | 118858 |
| 6 Gelpi & Associates | 05/03/2012 | 118857 |
| 7 Andre Fulep | 05/03/2012 | 118856 |
| 8 Rodney Washington | 05/03/2012 | 118855 |
| 9 Chad's Bistro | 05/03/2012 | 118854 |
| 10 Chad's Bistro | 05/03/2012 | 118853 |
| 11 The Normak Group | 05/03/2012 | 118852 |
| 12 WOW Café Gonzales, LLC | 05/03/2012 | 118851 |
| 13 Lior Karpati | 05/03/2012 | 118850 |
| 14 Parc d'Orleans | 05/03/2012 | 118849 |
| 15 Dwight Stovall | 05/03/2012 | 118848 |
| 16 Pelham Henry III | 05/03/2012 | 118847 |
| 17 MB2 Enterprises, LLC | 05/03/2012 | 118846 |
| 18 MB2 Enterprises, LLC | 05/03/2012 | 118845 |
| 19 Michael Levy | 05/03/2012 | 118844 |
| 20 C&H Trucking | 05/03/2012 | 118842 |
| 21 Charles Allen | 05/03/2012 | 118841 |
| 22 Raphael Jones | 05/03/2012 | 118840 |