UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

[Working Group Conference on Thursday, May 3, 2012]

**NOTE TO CELL PHONE PARTICIPANTS:** Please do not put your phone on hold during the conference as it causes an annoying beeping sound for everyone else. If you cannot participate for part of the conference, put your phone on mute. Likewise for those who type during the conference.

1. **BOP & Capping Stack**.

Captain Engelbert issued a report for April with her invoice. BP made the proposed allocation and circulated it to the appropriate parties. Halliburton reported it approves of the allocation and has proceeded with payment.

2. **Halliburton Computer.**

Captain Engelbert reported that it appears that the parties have exhausted the efforts to retrieve the information from the Halliburton computer. The next issue concerns the attempt to recreate what the modeling would have shown. Captain Engelbert suggested a four-step procedure to resolve the issue.[1] BP previously submitted a letter, dated March 1, on the issue. Halliburton submitted a letter on May 3. Halliburton and BP will meet and confer to attempt reach agreement

---

[1] (1) Halliburton provides and certifies input data; (2) Halliburton provides access to and certifies the program version in use in 2010; (3) vendor runs the model; and (4) Halliburton witness certifies output.

along the lines suggested by Captain Engelbert.

3.     **Equipment in Courtroom and Jury Room**.

The parties may store the equipment from Judge Barbier's courtroom and jury room in their rented space or remove it from the court complex.

4.     **Deposition Exhibits**

Halliburton reported that there is an issue with some TREX numbered documents that do not match up to what others believe should be the documents because page numbers and pages are different. Halliburton will confer with inData to attempt to determine the size of the problem and what will be required to resolve it. Anyone else who wants to participate in the conference with inData will contact Halliburton.

5.     **Woods Hole.**

The Court reported on the progress of document production. WHOI and the U.S. have filed cross-motions for reconsideration of the April 20, 2012 order (Rec. doc. 6304).

6.     **U.S. and BP Production of Documents.**

An order was issued on May 1 setting a schedule for challenges to certain quantification-related entries on privilege logs issued by the U.S. and BP. Rec. doc. 6396. Any parties other than BP and the U.S. that want to challenge entries on these privilege logs, shall follow the procedure found in the May 1 order.

7.     **Rule 30(b)(6) Notices for Depositions of Non-Parties.**

There was discussion concerning the Rule 30(b)(6) notices. The requirement that the parties submit letter briefs no longer than 3 pages responding to BP's April 20, 2012 letter and attachments remains in place. Rec. doc. 6335.

8.     **Rule 30(b)(6) Notice for the Deposition of BP**.

BP reported that it is working on resolving issues of lesser importance pending a decision on the source control and quantification issues.

9.     **Potential Rule 30(b)(6) Notice for Depositions of Anadarko and Weatherford**.

The Anadarko and Weatherford depositions will be removed from the agenda until it is reported that it is necessary to return them to the agenda.

10.    **Trial Plan**.

Phase One is closed except for: (1) the Halliburton computer analysis and followup measures; (2) the TREX numbered exhibits; and (3) the order for the deposition of Don Vidrine which is on appeal. But for these issues, the sole focus going forward will be on Phase Two.

**CONFERENCE SCHEDULE**

| | |
|---|---|
| Friday, May 11, 2012 at 9:30 a.m. | WGC meeting |
| Friday, May 18, 2012 at 9:30 a.m. | WGC meeting |
| Friday, May 25, 2012 at 9:30 a.m. | **No Conference** (Memorial Day weekend) |
| Friday, June 1, 2012 at 9:30 a.m. | WGC meeting |
| Friday, June 8, 2012 at 9:30 a.m. | WGC meeting |
| Friday, June 15, 2012 at 9:30 a.m. | Status Conference with Judge Barbier<br>WGC meeting to follow |
| Friday, June 22, 2012 at 9:30 a.m. | WGC meeting |
| Friday, June 29, 2012 at 9:30 a.m. | **No Conference** (Fourth of July weekend) |
| Friday, July 6, 2012 at 9:30 a.m. | WGC meeting |
| Friday, July 13, 2012 at 9:30 a.m. | Status Conference with Judge Barbier |

|  |  |
|---|---|
|  | WGC meeting to follow |
| Friday, July 20, 2012 at 9:30 a.m. | WGC meeting |
| Friday, July 27, 2012 at 9:30 a.m. | WGC meeting |
| Friday, August 3, 2012 at 9:30 a.m. | WGC meeting |
| Friday, August 10, 2012 at 9:30 a.m. | WGC meeting |
| Friday, August 17, 2012 at 9:30 a.m. | Status Conference with Judge Barbier<br>WGC meeting to follow |
| Friday, August 24, 2012 at 9:30 a.m. | WGC meeting |
| Friday, August 31, 2012 at 9:30 a.m. | WGC meeting |
| Friday, September 7, 2012 at 9:30 a.m. | WGC meeting |
| Friday, September 14, 2012 at 9:30 a.m. | Status Conference with Judge Barbier<br>WGC meeting to follow |
| Friday, September 21, 2012 at 9:30 a.m. | WGC meeting |
| Friday, September 28, 2012 at 9:30 a.m. | WGC meeting |
| Friday, October 5, 2012 at 9:30 a.m. | WGC meeting |
| Friday, October 12, 2012 at 9:30 a.m. | WGC meeting |
| Friday, October 19, 2012 at 9:30 a.m. | Status Conference with Judge Barbier<br>WGC meeting to follow |
| Friday, October 26, 2012 at 9:30 a.m. | WGC meeting |
| Friday, November 2, 2012 at 9:30 a.m. | WGC meeting |
| Friday, November 9, 2012 at 9:30 a.m. | WGC meeting |
| Friday, November 16, 2012 at 9:30 a.m. | Status Conference with Judge Barbier<br>WGC meeting to follow |
| Friday, November 23, 2012 | **No Conference** |
| Friday, November 30, 2012 at 9:30 a.m. | WGC meeting |
| Friday, December 7, 2012 at 9:30 a.m. | WGC meeting |

| | |
|---|---|
| Friday, December 14, 2012 at 9:30 a.m. | WGC meeting |
| Tuesday, December 18, 2012 at 8:30 a.m. | Final Pretrial Conference with Judge Barbier |
| Friday, December 21, 2012 at 9:30 a.m. | WGC meeting |
| Friday, December 28, 2012 at 9:30 a.m. | WGC meeting |

**All Saturdays are email free days.**

New Orleans, Louisiana, this 8th day of May, 2012.

_____
**SALLY SHUSHAN
United States Magistrate Judge**

5