UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * | MDL 2179 SECTION J |
| Relates to: 10-8888, Doc. 55906 | * * * | JUDGE BARBIER MAGISTRATE SHUSHAN |

**O R D E R**

CONSIDERING THE FOREGOING:

IT IS ORDERED that Agostinho J. Ribeiro, Ventura, Ribeiro & Smith, 235 Main Street, Danbury, Connecticut, 06810, Connecticut Bar Roll Number CT12270, be allowed to enroll as additional counsel of record for Plaintiff, RICHARD STEWART, d/b/a CONTAINER RENTALS, INC., in the above entitled and numbered cause.

Signed in New Orleans, Louisiana this 7th day of May, 2012.

_____
United States District Judge