UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179  SECTION: J |
| This Document Relates To: Case No. 2:10-cv-08888-CJB-SS Doc. No. 62300 Short-Form Joinder of Keith Waits Construction, Inc. | * * * * * * | JUDGE BARBIER  MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that Natalie K. Mitchell and the law firms of Kinney, Ellinghausen, Richard & DeShazo, APLC, and Wooten Law Firm, PLLC, be allowed to withdraw as Counsel for Keith Waits Construction, Inc.

New Orleans, Louisiana this 8th day of May, 2012.

_____
United States District Judge