# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                    MDL NO. 2179
      "Deepwater Horizon" in the Gulf
      of Mexico, on April 20, 2010              SECTION J

Applies to: *All Cases*                           JUDGE BARBIER
                                    MAGISTRATE JUDGE SHUSHAN

## ORDER

**[Regarding Motions to Reconsider April 20, 2012 Order re Woods Hole (Rec. doc. 6304)]**

On April 20, 2012, an order was issued regarding BP's subpoena for the analysis documents from Woods Hole Oceanographic Institution ("WHOI").[1]  It was ordered to produce the analysis documents generated through March 10, 2011.  The order also provided that the U.S. and BP were to divide equally WHOI's reasonable costs for complying with the subpoena.

In its request for reconsideration (Rec. doc. 6361), WHOI contends that the cut-off date should be August 10, 2010 with the exception of post-August 10, 2010 communications that concern work done for the FRTG Assessment.  In its response (Rec. doc. 6389), BP contends that it requires all analysis documents whenever prepared.  The U.S. contends that it should not be required to share with BP for the costs incurred by WHOI in complying with the subpoenas.[2]

IT IS ORDERED that:

1.    The requests by WHOI (Rec. doc. 6361) and BP (Rec. doc. 6389) for reconsideration are DENIED.

---

[1] See Rec. doc. 6304 at 3-4 for explanation of the term "analysis documents."

[2] The U.S. made this contention in telephone conferences with the parties.  It was not required to submit a letter in support of its request for reconsideration.  BP responded to the arguments of the U.S. in the telephone conferences.

2.      The request by the U.S. for reconsideration is GRANTED.  BP is responsible for WHOI's reasonable costs for complying with the subpoena.

3.      By **Friday, June 1, 2012**, WHOI shall produce the analysis documents generated through March 10, 2011.

4.      The deadline for an appeal of this order is **Tuesday, May 15, 2012.  The order shall not be suspended during the appeal except by order of District Judge Barbier.**

New Orleans, Louisiana, this 8th day of May, 2012.

**SALLY SHUSHAN**
**United States Magistrate Judge**

2