# DISTRICT RECORD LOAN FORM
## U.S. DISTRICT COURT
*This portion remains with Court Records*

No. MD 10-2179 J   Short Title BP Oil Spill   Appl. # 12-30012   Date 5-4-12

To: Stephen Murray Jr.
Name

Address: 650 Poydras St. Ste. 2150
NO, LA 70130
(504) 525-8100 & 584-5241

**Documents Enclosed**: See attached
- [ ] Record Vols._____
- [ ] Transcripts_____
- [ ] Exhibits [ ] Env._____
- [ ] Box:_____ [ ]
- [ ] Supp. Record Vols._____
- [ ] Second Supp. Record Vols._____

Complete the area below and return this form along with the documents to 5th Circuit.

**KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES**

**Attorney Return:**
**Send Record with Brief of Appellee to 5th Circuit**

TO: CLERK, 5TH CIRCUIT

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  MAY - 4 2012
LORETTA G. WHYTE
CLERK

- [ ] Record Vols._____
- [ ] Supp. Record Vols._____
- [ ] Exhibits [ ]_____

Records listed above are returned to Clerk
ATTORNEY NAME_____
DATE_____

---

Clerk's Receipt: To be completed by 5th Circuit Clerk's Office and forwarded to person in previous section

No._____ Short Title_____

EASTERN DISTRICT OF LOUISIANA

- [ ] Record Vols._____
- [ ] Supp. Record Vols._____
- [ ] Exhibits [ ]_____

Records listed above have been received by Clerk
NAME_____
DATE_____

---

Attorney Forwarding Receipt:
If documents are forwarded to another person, complete the section below, detach and return it to: **District Court Clerk's Office**.

No._____ Short Title_____

TO: CLERK, U.S. DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

- [ ] Record Vols._____
- [ ] Supp. Record Vols._____
- [ ] Exhibits [ ]_____

Records listed above have been forwarded to:
ATTORNEY NAME_____
ADDRESS_____
CITY, STATE, ZIP_____
SIGNED_____
DATE_____

---

Attorney Receipt: The area below is to be completed by Original Recipient.
Upon receipt of documents, detach this portion and forward it to **District Court Clerk's Office**.

No._____ Short Title_____

TO: CLERK, U.S. DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

- [ ] Record Vols._____
- [ ] Supp. Record Vols._____
- [ ] Exhibits [ ]_____

Case records listed above received by:
JUDGE/ATTY NAME_____
DATE_____

10-MD-2179

Original Record 2 vols

Supp #1 10 vols
Supp #2 2 vols
Supp #3 2 vols
Supp #4 4 vols
Supp #5 4 vols 17 trans
Supp #6 3 vols 5 trans

Member case:

10-2996 1 vol
10-1997 1 vol

11-1106 1 vol
11-1113 1 vol
11-1480 1 vol

10-1757 1 vol
10-1758 1 vol
10-1759 1 vol
10-1760 1 vol

10-2087 1 vol
10-2731 1 vol