COURT RECORD LOAN FORM
U.S. DISTRICT COURT
*This portion remains with Court Records*

No. 10-md-2179 Short Title In Re: Oil Spill Date 3/30/12

To: Mark Herman

Name Covington + Burling, LLP

Address 1201 Pennsylvania Ave. NW

Washington DC 20004
City        State        Zip

**Documents Enclosed:**
- ☐ Record Vols.
- ☐ Transcripts
- ☐ Exhibits ☐ Env. ___ See Attached
- ☐ Box: ___
- ☐ Supp. Record Vols. ___
- ☐ Second Supp. Record Vols. ___

**Complete the area below and return this form along with the documents to 5ᵗʰ Circuit.**

**\*\*KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES\*\***

**Attorney Return :** #12-30230
**Send Record with Brief of Appellee to 5ᵗʰ Circuit**

TO: CLERK, 5ᵀᴴ CIRCUIT

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    MAY 8 2012

LORETTA G. WHYTE
CLERK

- ☐ Record Vols. ___
- ☐ Supp. Record Vols. ___
- ☐ Exhibits ☐ ___

Records listed above are returned to Clerk

ATTORNEY NAME ___
DATE ___

Clerk's Receipt: To be completed by 5ᵗʰ Circuit Clerk's Office and forwarded to person in previous section

No. ___ Short Title ___

EASTERN DISTRICT OF LOUISIANA

- ☐ Record Vols. ___
- ☐ Supp. Record Vols. ___
- ☐ Exhibits ☐ ___

Records listed above have been received by Clerk

NAME ___
DATE ___

— — — — — — — — — — — — — — — —

Attorney Forwarding Receipt:
If documents are forwarded to another person, complete the section below, detach and return it to: **District Court Clerk's Office**.

No. 10-md-2179 Short Title In Re: Oil Spill

TO: CLERK, U.S. DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

- ☐ Record Vols. ___ See attached
- ☐ Supp. Record Vols. ___
- ☐ Exhibits ☐ ___

Records listed above have been forwarded to:

ATTORNEY NAME Kyle S. Moran
ADDRESS 365 Canal St., Suite 2000
CITY, STATE, ZIP New Orleans, LA 70130
SIGNED Mark J. Herman
DATE 5/7/12

— — — — — — — — — — — — — — — —

Attorney Receipt: The area below is to be completed by Original Recipient.
Upon receipt of documents, detach this portion and forward it to **District Court Clerk's Office**.

No. ___ Short Title ___

TO: CLERK, U.S. DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

- ☐ Record Vols. ___
- ☐ Supp. Record Vols. ___
- ☐ Exhibits ☐ ___

Case records listed above received by:

JUDGE/ATTY NAME ___
DATE ___

## MDL 2179

**Original Record - 2 Volumes**

**1st Supplemental Record  - 10 Volumes**

**2nd Supplemental Record  - 2 Volumes**

**3rd Supplemental Record  - 2 Volumes**

**4th Supplemental Record  - 4 Volumes**

**5th Supplemental Record  - 4 Volumes of Record, 18 Volumes of Transcripts**

**6th Supplemental Record  - 5 Volumes of Record, 4 Volumes of Transcripts**

**Total = 29 Volumes of Record & 22 Volumes of Transcript**

+

1 vol. each of member cases

11 - 274

+
11 - 275

# NOTICE

A) Where an appellee's brief is required, appellant's counsel must:

1.) Forward the record on appeal to the appellee's counsel at the same time the brief is served.

2.) Notify the Clerk's Office the record has been forwarded by :

Following the instructions on the attached **Record Loan Form**
Completing the appropriate section of the **Record Loan Form,**
Mailing that section to : **District Court Clerk's Office.**

3.) Appellee's counsel must return the record to : **5th Circuit Clerk's Office** when the appellee's brief is filed.

B.) Where an appellee's brief is not required, (e.g. appellant's counsel files an Anders Brief asserting there is no non-frivolous issue on appeal ) :

1.) Appellant's Counsel must return the record to: **5th Circuit Clerk's Office** when the appellant's brief is filed.

*The District Court loans the original record for your convenience in brief writing. You are responsible for safeguarding and protecting the record. Negligent acts may subject you to sanctions: Willful mutilation, obliteration or destruction of the court record may subject you to criminal penalties. 18:USC 2071.*