May 07 12 07:44a    Capt. Frank Donna Ford    2519814796    p.2

Case 2:10-md-02179-CJB-DPC   Document 6466   Filed 05/08/12   Page 1 of 4

May 1, 2012

Honorable Judge Carl Barbier    FAX # 1- 504-589-4536
500 Poydras Street
Room C256
New Orleans, LA 70130

RE: PROPOSED DEEP WATER HORIZON ECONOMNIC AND PROPERTY
    DAMAGES SETTLETMENT AGREEMENT

Dear Judge Barbier,

I would like to file a letter of objection as a Charter Boat Class Member to the Proposed Deep Water Horizon Economic and Property Damages Settlement Agreement, hereafter called the BP Settlement.

I object to the VOO earning income offset and VOO settlement payment offset.

There should not be a offset to anyone in this BP Settlement.

BP agreed verbally and also with a written confirmation to all vessel owners that they would not offset any VOO payments against any claim they might have.

We were mitigating BP exposure in this unprecedented environmental incident attempting to limit BP's future exposure as well as attempting to preserve the wetland and protect our marine fowl and animals.

We took on the dirty job of cleaning up BP's mess and BP agreed would NOT seek to offset or reduce our claims by payments made for this work.

BP benefited by this agreement. BP needed clean up emergency response teams to help contain this oil spill. BP quickly met its legal obligation to have an adequate fleet of vessel ready 24/7. BP received a real financial benefit minimizing BP's damages and BP agreed that we also received a benefit in risking our boats, labor and health to assist in the clean up.

Commercial Fishermen, Seafood Crew, Oyster Leaseholders and Sea Food Vessel Owners have been separated into a single Class under the Seafood Compensation Program (paragraph 5.2.1 and exhibit 3). Within this Class "neither the VOO Settlement Payment Offset 50% (paragraph 38.163) nor the VOO Earned Income Offset 33% (paragraph 38.161) shall apply against economic damage payments. Yet as the proposed BP Settlement states in paragraph (5.5.2.1) "Economic Damage payments to any Working VOO Participants who are not participants in the Seafood Program will be reduced by any VOO settlement Payment Offset and VOO Earned Income Offset."

This also gives preferential treatment to VOO seafood vessels over VOO charter boat vessels.

Sincerely,

[signature]

Address: 5235 Green Tree Rd. Orange Beach, Al 36561

Phone Number: 251-981-4796

Class member
Charter Boat "Bay Ranger"

This document is a seafarers' identity document for the purpose of the Seafarers' Identity Documents Convention (Revised), 2003, of the International Labor Organization.

*[signature]*

SIGNATURE OF BEARER

## UNITED STATES OF AMERICA
**MERCHANT MARINER CREDENTIAL**
Issued By: The United States Coast Guard National Maritime Center
Website: http://www.uscg.mil/nmc    Phone: 1-888-I-ASK-NMC

| | | | |
|---|---|---|---|
| Document Number | Type | Country Code | Reference Number |
| USA000118340 | PG | USA | 2758214 |

Full Name
FRANK DURWARD FORD

Present Address
5235 GREEN TREE ROAD
ORANGE BEACH, AL 36561

| Citizenship | Height | Hair Color | DOB |
|---|---|---|---|
| USA | 6'01" | GRY | 27-DEC-1951 |

| Sex | Weight | Eye Color | Place of Birth |
|---|---|---|---|
| M | 230 | GRN | REYNOLDS, GA |

Issue Date: 15-AUG-2011
Expiration Date: 15-AUG-2016

```
PGUSAFORD<<FRANK<DURWARD<<<<<<<<<<<<<<<<<<<
0001183401USA5112276M1608159<<<<<<<<<<<<<<<8
```

**DRIVER LICENSE**

**ALABAMA**

NO. 5962920    CLASS DMV
D.O.B 12-27-1951    EXP 09-26-2014
FRANK DURWARD FORD
5235 GREENTREE RD
ORANGE BEACH AL 36561-4039
ENDORSEMENTS    RESTRICTIONS A
IS 09-23-2010    E M    HT 6-01    GRN
                         WT 225    BRO

Colonel J. Christopher Murphy
Director of Public Safety

*Frank Ford* (signature)

# FAX COVER SHEET

To: Honorable Judge Carl Barbier

Total pages including cover 4

May 7, 2012