Honorable Judge Carl Barbier

FAX # 1- 504-589-4536

500 Poydras Street

Room C256

New Orleans, LA 70130


Sir,

as Executive Director of the CFA, Charter Fisherman's Association I ask that you take my comments into consideration. The CFA is a 501-6-c Organization that consist of over 300 federally permitted small business owners and associated businesses to the fishing fleet that is comprised of members from all 5 Gulf of Mexico coastal states. We have many members who were in the VoO program during the Deepwater Horizon disaster and also some who applied yet did not get into the VoO . Many of our members have asked us to weigh in on the issue of the charter for hire settlement that you have signed and approved 2 weeks ago. We feel that our industry which is by anyone's definition falls into the category of fin fish harvesters has been unfairly treated by the make up and results of the steering committees settlements agreement.

To include 33% of the money's earned off of charter for hire businesses income from the VoO program off of the amount in a final settlement with BP is a total disregard for fair and equal treatment under the law. The VoO program participants not only worked under contract during and after the BP oil spill but they also paid taxes on that income that was a direct result of negligence by the parties in the BP disaster and not of their own doing. This VoO program was attempt to mitigate damages done to these businesses by the total shut down of their fisheries and ensure enough assets were available for oil spill clean up and disaster preparedness. These contracts and jobs were taken and signed with the promise that this would not effect later claims or suits of harm or settlements at a later date. You have be given evidence to this effect.

No other user group or vessel designate are burdened with ( paying back what they earned honestly) by this settlement agreement. Any private recreational fishing vessel,no bandit fishermen , no long liners, no crabbers, no shrimpers, no Oyster men who's vessels were employed by the VoO has this pay back provision in their portion of the settlement. Their is also the 50% pay back provision for any VoO monies awarded under a present law suit against the VoO program again this is another unfair and unusual requirement and needs you attention.

In closing it appears to us at CFA that either the steering committee had agreed to a settlement that is unfair and knew it or that the legal representation for the plaintiffs have a see you in court mentality and did not truly want to try and come to the table with a fair offer yet limit their exposure to further litigation.So it seems that the steering committee was quite the failure and it will be up to a judge and jury to make sure justice prevails in these matters. We wish that somehow you can intervene to prevent small business owners from being forced to file suit due to the issues describe previously and set these two discrepancy's in order so our members may have a honest chance in settiing their claims out of court

Capt. Michael Miglini

Executive Director

The Charter Fisherman's Association

10201 S Padre Island Dr 317

Corpus Christi, TX 78418

(361) 232-5089 office

(206) 457-1922 fax

(361) 688-9071 mobile

mmiglini@charterfisherman.org