

High Times Charters
13142 W. Echo Drive
Gulfport, Ms. 39503

May 3, 2012

Honorable Judge Carl Barbier
500 Poydras Street
Room C256
New Orleans, LA 70130

RE: Proposed BP Settlement sent via Fax 504-589-4536

Dear Judge Barbier,

I am a charter boat owner, was adversely affected by the BP Deepwater Horizon oil spill that started on April 20, 2010, and worked in the BP VOO program in an effort to mitigate the damage to our marine resource and my business. Being involved in that effort, I was promised by BP officials and representatives that the compensation I received from working in the VOO program **would not** be deducted from any possible claim for economic or health damages I incurred as a result of the spill.

I have been provided information that as per the current settlement agreement between the Plaintiff's Steering Committee and you that 33% of the compensation I received will be deducted from any settlement I receive from BP. This is not what was promised me and is discriminatory to me as a legitimate charter boat business owner. I am required to comply with all federal fishing permit requirements, many more U.S. Coast Guard requirements, all EPA clean water and air requirements, and state regulations as every commercial fishing vessel owner in the Gulf of Mexico. Don't all of the representatives from the various industries have to be treated the same and agree before you sign off on such an inequitable settlement?

The VOO charter boat vessels helped minimize, 24/7, BP damages and financial losses from the worst spill disaster this country has ever seen, in return for a fair payment for that effort, and BP agreement not to reduce or offset my damage claims by any compensation payments made in the VOO clean-up programs. How can lawyers and you now take that away what was promised to me and documented in a letter from a BP executive? I worked and endangered my health for those VOO payments just like the commercial vessel owners did and none of the commercial boats are being required to pay it back. Charter boats had to sue to get payment owed to them for days worked in the VOO program and I understand 50% of that settlement will also be taken away from only the charter boats.

The multiplier used for final settlement is skewed against the charter boat industry with 2.5 times while other commercial finfish fishermen are receiving 6 times the final settlement. It appears to me that we did not have representation sitting at the table. I personally met with two members of the Plaintiff's Steering Committee, Mike Espy and Paul Sterbcow, asking them to convey this unfair practice to you when it was first brought to my attention. Mr. Espy responded by saying he could not bring this issue forward unless we retained him as legal representation of our claim. I thought the Plaintiff's Steering Committee was already being more than fairly compensated for their efforts!

I respectfully plead with you to seek a solution to alter these portions of the settlement agreement so they do not discriminate against me as a small business charter boat owner. These portions of the settlement agreement are not fair Judge Barbier.

Thank you for your time and attention to this matter.

Respectfully Submitted,

Captain Mikel Gusa


Cc: Mr. Patrick Juneau
P.O. Drawer 51268
    Lafayette, LA 70505-1268
    Email: paj@juneaudavid.com

# FAX



10406 Lorraine Road
Gulfport, Mississippi 39503
Office: 228.897.6368
Fax: 228.594.1317



The Covey Center

**To** Honorable Judge Carl Bobinger

**Date** 5-4-12

**From** Mikel Gusa

**Telephone**

**Telephone** 228-860-3978

**Fax Phone** 504-589-4536

**Fax Phone**

**CC**

**Number of pages including cover sheet**

**REMARKS** [✓] Urgent  [ ] Reply ASAP  [ ] For your review  [ ] Please comment

This facsimile and any attachments transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this facsimile. Please notify the sender immediately by calling the office number above if you have received this by mistake. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Please destroy all information received with this facsimile.