5 May 2012

To: Honorable Judge Carl Barbier
    New Orleans, La.

From: Michael Salley
      Owner Charter Boat   SURE SHOT

Dear Judge Barbier,

My name is Michael Salley and I am a 30 year Charter Boat owner and operator in Orange Beach Alabama. I am writing this letter to you today sir to express my very strong objection to the recent ruling allowing BP claims officials to offset VOO earnings from any loss of income settlement for Charter Boats. Throughout the VOO program BP officials assured and promised us that any income that was derived from the VOO program would not be held against any future claims. We worked for this money, we jeopardized our health, we jeopardized our boats and now we are being penalized.

I ask you sir, why are only charter boats being penalized for their involvement with the VOO program? Both Charter Boats and Commercial Boats were hired by BP and both performed the same tasks, yet only Charter Boats are being penalized? A settlement was reach without any representation or input on our part.

Judge Barbier, I ask you to please reconsider this settlement! We have also suffered many losses due to this disaster. All we want is what is fair and this settlement is very unfair to the Charter Boat Industry.

Sincerely,

Michael E Salley

Michael Salley
Charter Boat  SURE SHOT
Orange Beach Alabama

Feel Free to call me anytime 850-261-4358

Captain Mike

# Office DEPOT  FAX TRANSMISSION

*Taking Care of Business*

TO: Judge Carl Barbier

FAX NUMBER: 504-589-4536

FROM: Tracy Kruse; Mike Salley

SENDER'S PHONE #: 251-965-1766 / 850-261-4358

DATE: 5 May 2012

# OF PAGES: ___

**CUSTOMER'S NOTES:**

To Judge Barbier regarding settlement ruling.

## OFFICE DEPOT'S TERMS OF USE

SENDER AGREES NOT TO USE THIS FAX TO: (1) TRANSMIT MATERIAL WHOSE TRANSMISSION IS UNLAWFUL, HARASSING, LIBELOUS, ABUSIVE, THREATENING, HARMFUL, VULGAR, OBSCENE, PORNOGRAPHIC OR OTHERWISE OBJECTIONABLE; (II) CREATE A FALSE IDENTITY, OR OTHERWISE ATTEMPT TO MISLEAD OTHERS AS TO THE IDENTITY OF THE SENDER OR THE ORIGIN OF THIS FAX; (III) POST OR TRANSMIT ANY MATERIAL THAT MAY INFRINGE THE COPYRIGHT, TRADE SECRET, OR OTHER RIGHTS OF ANY THIRD PARTY; (IV) VIOLATE ANY FEDERAL, STATE OR LOCAL LAW IN THE LOCATION, OR (V) CONDUCT ACTIVITIES RELATED TO GAMBLING, SWEEPSTAKES, RAFFLES, LOTTERIES, CONTESTS, PONZI SCHEMES OR THE LIKE.

PLEASE NOTE THAT OFFICE DEPOT DOES NOT REVIEW THE CONTENTS OF ANY FAX SENT USING ITS SERVICES. FURTHER, BY SIGNING BELOW THE SENDER OF THIS FAX HEREBY AGREES TO INDEMNIFY OFFICE DEPOT TO THE FULLEST EXTENT OF THE LAW AND FOR ANY AND ALL CLAIMS, SUITS, OR DAMAGES ARISING OUT OR IN CONNECTION WITH THE REQUEST TO SEND, OR SENDING THIS FAX.

**CUSTOMER SIGNATURE (REQUIRED):** ___

## STORE INFORMATION

**OFFICE DEPOT #2154**
3044 S. McKENZIE STREET
FOLEY, AL 36535
PHONE: 251-943-2718
FAX: 251-943-2719

### THANK YOU FOR USING OFFICE DEPOT'S CUSTOMER FAX SERVICES

| First Page Local Fax | Additional Local Fax | First Page Long Distance Fax | Additional Long Distance Fax | First Page International Fax | Additional International Fax |
|---|---|---|---|---|---|
|  833-071 |  456-687 |  833-081 |  833-091 |  833-191 | 833-201 |