5 May 2012

To: Honorable Judge Carl Barbier
    New Orleans, La.

From: Tracy Kruse
      Owner Charter Boat  ROOKIE

Dear Judge Barbier,

    My name is Tracy Kruse and I am a charter boat owner in Orange Beach Alabama and this letter I am sending to you is to voice my strong objection to the recent ruling allowing BP claims officials to offset VOO earnings from any loss of income settlement for Charter Boats. BP officials stated and promised numerous times throughout the VOO program that "no income derived from this emergency response to mitigate the environmental impact of the event will be held against any future claims". We all heard the same statement many times and believed it. No one would have jeopardized their health and equipment had they had known that they would be penalized at a later date.

    Judge Barbier, why are only charter boats being penalized for their involvement with the VOO program? Both Charter Boats and Commercial Boats were hired by BP and both performed the same tasks, yet only the Charter Boats are being penalized. Also sir, how can a settlement be reached when our side, the Charter Boats are not even being allowed any representation or input?

    Judge Barbier, I plead for you to reconsider this settlement! People in our industry ALSO have suffered many losses due to this disaster, the worse oil spill disaster in history. I ask you Judge

Barbier see the unfairness of this settlement. All we want is what is fair and this settlement is very, very unfair.

Sincerely,

*Tracy Kruse*

Charter Boat ROOKIE
Orange Beach, Alabama