Debbie Wilhite
136 West Fifth Ave
Gulf Shores, AL 36542
251 948-3474

May 2th , 2012

Honorable Judge Barbier
500 Poydras Street
Room C256
New Orleans, LA 70130

Re: BP Settlement

Dear Judge Barbier,

Please consider all the facts before you sign this agreement. I have been trying to get my lawyers to say something, do something but so far he doesnt want to I guess because he is on the PSC. We had a meeting I said I was totally opposed to any VoO deduction and that others would be to.. I told him no way are the shrimpers gonna let this happen unless BP is gonna select VoO favorites and give them preferential treatment. He told me then NO that wont happen. Well it did.

I've called many others on the PSC... seems like they are only interested in pushing it forward instead of making it right.

There is no way CharterBoats should have to pay back VoO money. The other day one of the lawyers said "yes , BP lied to you ....get over it.... " I can't this is too wrong.

This is not right and should not be allowed.
Who are the class representative for us?
I talked to Kip Plaisance .. He said he never agreed to this Nor did he sign it.
Please ask them... talk to Kip. they will tell you the truth (if they attend a BP meeting where BP told everyone that working in the VoO would have no effect on your claim.)

Something is NOT right here .

I have gotten Five more opposition letters signed by people who attended our meeting at Zeke's Marina . Seems like there were at least 100 people attending that meeting and I'm sure there were many more meetings along the Gulf Coast.

Please don't let BP do this to us.
Sincerely,

Debbie Wilhite

CAPTAIN JASON VICARS
251.979.9189
Zeke's Marina

40' Michael Fitz
1-15 Passengers
Bottom Fishing
Bluewater Fishing

whitemarlin02@yahoo.com

May 1, 2012

Honorable Judge Carl Barbier FAX # 1- 504-589-
500 Poydras Street
Room C256
New Orleans, LA 70130

RE: PROPOSED DEEP WATER HORIZON ECONOMNIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT

Dear Judge Barbier,

I would like to file a letter of objection as a Charter Boat Class Member to the Proposed Deep Water Horizon Economic and Property Damages Settlement Agreement, her after called the BP Settlement.

object to the VoO earning income offset and VoO settlement payment offset.

There should not be a offset to anyone in this BP Settlement.

BP agreed verbally and also with a written confirmation to all vessel owner that they would not offset any VoO payments gainst any claim they might have.

We were mitigating BP exposure in this unprecedented environmental accident attempting to limit BP's future exposure s well as attempting to preserve the wetland and protect our marine fowl and animals.

We took on the dirty job of cleaning up BP's mess and BP agreed would NOT seek to offset or reduce our claims by ayments made for this work.

BP benefited by this agreement. BP needed clean up emergency response teams to help contain this oil spill. BP quickly net its legal obligation to have an adequate fleet of vessel ready 24/7. BP received a real financial benefit minimizing BP's damages and BP agreed that we also received a benefit in risking our boats, labor and health to assist in the clean p.

Commercial Fishermen, Seafood Crew, Oyster Leaseholders and Sea Food Vessel Owners have been separated into ngle Class under the Seafood Compensation gram (paragraph 5.2.1 and exhibit 3). Within this Class "neither the VoO Settlement yment Offset 50% (paragraph 38.163) nor the VoO Earned Income Offset 33% (paragraph 38.161) shall apply against nomic damage payments. Yet as the proposed BP Settlement states in paragraph (5.5.2.1) "Economic Damage ments to any Working VoO Participants who are not participants in the Seafood Program will be reduced by any VoO tlement Payment Offset and VoO Earned Income Offset."

This also gives preferential treatment to VoO seafood vessels over VoO charter boat vessels.

cerely,

[signature]

Jason Vicars

ss member

17382 River Rd summerdale, AL 36580

Address

(251) 979-9189

Phone Number

CAPTAIN GARY GOODWIN
251.942.2020
~~SanRoc Cay Marina~~ Zeke's
36' Hatteras
1-6 Passengers
Bottom Fishing, Trolling, Cruises, Tournaments, Overnight Trips
jamiegcharters23@yahoo.com

May 1, 2012

Honorable Judge Carl Barbier FAX # 1- 504-589-
500 Poydras Street
Room C256
New Orleans, LA 70130

RE: PROPOSED DEEP WATER HORIZON ECONOMNIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT

Dear Judge Barbier,

I would like to file a letter of objection as a Charter Boat Class Member to the Proposed Deep Water Horizon Economic and Property Damages Settlement Agreement, her after called the BP Settlement.

I object to the VoO earning income offset and VoO settlement payment offset.

There should not be a offset to anyone in this BP Settlement.

BP agreed verbally and also with a written confirmation to all vessel owner that they would not offset any VoO payments against any claim they might have.

We were mitigating BP exposure in this unprecedented environmental accident attempting to limit BP's future exposure as well as attempting to preserve the wetland and protect our marine fowl and animals.

We took on the dirty job of cleaning up BP's mess and BP agreed would NOT seek to offset or reduce our claims by payments made for this work.

BP benefited by this agreement. BP needed clean up emergency response teams to help contain this oil spill. BP quickly met its legal obligation to have an adequate fleet of vessel ready 24/7. BP received a real financial benefit minimizing BP's damages and BP agreed that we also received a benefit in risking our boats, labor and health to assist in the clean up.

Commercial Fishermen, Seafood Crew, Oyster Leaseholders and Sea Food Vessel Owners have been separated into a single Class under the Seafood Compensation Program (paragraph 5.2.1 and exhibit 3). Within this Class "neither the VoO Settlement Payment Offset 50% (paragraph 38.163) nor the VoO Earned Income Offset 33% (paragraph 38.161) shall apply against economic damage payments. Yet as the proposed BP Settlement states in paragraph (5.5.2.1) "Economic Damage Payments to any Working VoO Participants who are not participants in the Seafood Program will be reduced by any VoO Settlement Payment Offset and VoO Earned Income Offset."

This also gives preferential treatment to VoO seafood vessels over VoO charter boat vessels.

Sincerely,

Gary Goodwin [signature]
Gary Goodwin
Class member

559 Seagrove circle
Orange Beach AL
Address
Zeke's Marina

251 942-2020
Phone Number

BOLL WEEVIL

CAPTAIN TOM ARD
251.962.3632
251.979.2682
Zeke's Marina

Bottom Fishing
Trolling

tom@fairwaterfishing.com
www.orangebeachfish.com

May 1, 2012

Honorable Judge Carl Barbier FAX # 1- 504-5
500 Poydras Street
Room C256
New Orleans, LA 70130

RE: PROPOSED DEEP WATER HORIZON ECONOMNIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT

Dear Judge Barbier,

I would like to file a letter of objection as a Charter Boat Class Member to the Proposed Deep Water Horizon Economic and Property Damages Settlement Agreement, her after called the BP Settlement.

I object to the VoO earning income offset and VoO settlement payment offset.

There should not be a offset to anyone in this BP Settlement.

BP agreed verbally and also with a written confirmation to all vessel owner that they would not offset any VoO payments against any claim they might have.

We were mitigating BP exposure in this unprecedented environmental accident attempting to limit BP's future exposure as well as attempting to preserve the wetland and protect our marine fowl and animals.

We took on the dirty job of cleaning up BP's mess and BP agreed would NOT seek to offset or reduce our claims by payments made for this work.

BP benefited by this agreement. BP needed clean up emergency response teams to help contain this oil spill. BP quickly met its legal obligation to have an adequate fleet of vessel ready 24/7. BP received a real financial benefit minimizing BP's damages and BP agreed that we also received a benefit in risking our boats, labor and health to assist in the clean up.

Commercial Fishermen, Seafood Crew, Oyster Leaseholders and Sea Food Vessel Owners have been separated into a single Class under the Seafood Compensation Program (paragraph 5.2.1 and exhibit 3). Within this Class "neither the VoO Settlement Payment Offset 50% (paragraph 38.163) nor the VoO Earned Income Offset 33% (paragraph 38.161) shall apply against economic damage payments. Yet as the proposed BP Settlement states in paragraph (5.5.2.1) "Economic Damage Payments to any Working VoO Participants who are <u>not</u> participants in the Seafood Program will be reduced by any VoO Settlement Payment Offset and VoO Earned Income Offset."

This also gives preferential treatment to VoO seafood vessels over VoO charter boat vessels.

Sincerely,

[signature]

Thomas Ard
Class member

6205 Yellowfin S
Orange Beach Al
36561
Address

251-979-2682
Phone Number

May 1, 2012

Honorable Judge Carl Barbier FAX # 1- 504-58
500 Poydras Street
Room C256
New Orleans, LA 70130

RE: PROPOSED DEEP WATER HORIZON ECONOMNIC AND PROPERTY DAMAGES SETTLETMENT AGREEMENT

Dear Judge Barbier,

I would like to file a letter of objection as a Charter Boat Class Member to the Proposed Deep Water Horizon Economic and Property Damages Settlement Agreement, her after called the BP Settlement.

object to the VoO earning income offset and VoO settlement payment offset.

There should not be a offset to anyone in this BP Settlement.

BP agreed verbally and also with a written confirmation to all vessel owner that they would not offset any VoO payments gainst any claim they might have.

We were mitigating BP exposure in this unprecedented environmental accident attempting to limit BP's future exposure s well as attempting to preserve the wetland and protect our marine fowl and animals.

We took on the dirty job of cleaning up BP's mess and BP agreed would NOT seek to offset or reduce our claims by ayments made for this work.

benefited by this agreement. BP needed clean up emergency response teams to help contain this oil spill. BP quickly t its legal obligation to have an adequate fleet of vessel ready 24/7. BP received a real financial benefit minimizing 's damages and BP agreed that we also received a benefit in risking our boats, labor and health to assist in the clean

Commercial Fishermen, Seafood Crew, Oyster Leaseholders and Sea Food Vessel Owners have been separated into ngle Class under the Seafood Compensation gram (paragraph 5.2.1 and exhibit 3). Within this Class "neither the VoO Settlement ment Offset 50% (paragraph 38.163) nor the VoO Earned Income Offset 33% (paragraph 38.161) shall apply against nomic damage payments. Yet as the proposed BP Settlement states in paragraph (5.5.2.1) "Economic Damage ments to any Working VoO Participants who are not participants in the Seafood Program will be reduced by any VoO lement Payment Offset and VoO Earned Income Offset." This also gives preferential treatment to VoO seafood vessels over VoO charter boat vessels.

cerely,

[signature]

,ill C
ss member

6338 Buckland Dr
Pensacola, FL 32526
Address

850 554-1456
Phone Number

CAPTAIN AL KEAHL
251.747.8102
or 251.550.8887
Zeke's Marina
30' Crosby
1-6 Passengers
4, 6, 8, 10 & 12 Hour Trips
Bottom Fishing
Trolling
Nearshore & Offshore
sales@fishtrapcharters.biz

May 1, 2012

Honorable Judge Carl Barbier FAX # 1- 504-5
500 Poydras Street
Room C256
New Orleans, LA 70130

RE: PROPOSED DEEP WATER HORIZON ECONOMNIC AND PROPERTY DAMAGES SETTLETMENT AGREEMENT

Dear Judge Barbier,

I would like to file a letter of objection as a Charter Boat Class Member to the Proposed Deep Water Horizon Economic and Property Damages Settlement Agreement, her after called the BP Settlement.

I object to the VoO earning income offset and VoO settlement payment offset.

There should not be a offset to anyone in this BP Settlement.

BP agreed verbally and also with a written confirmation to all vessel owner that they would not offset any VoO payments against any claim they might have.

We were mitigating BP exposure in this unprecedented environmental accident attempting to limit BP's future exposure as well as attempting to preserve the wetland and protect our marine fowl and animals.

We took on the dirty job of cleaning up BP's mess and BP agreed would NOT seek to offset or reduce our claims by payments made for this work.

BP benefited by this agreement. BP needed clean up emergency response teams to help contain this oil spill. BP quickly met its legal obligation to have an adequate fleet of vessel ready 24/7. BP received a real financial benefit minimizing BP's damages and BP agreed that we also received a benefit in risking our boats, labor and health to assist in the clean up.

Commercial Fishermen, Seafood Crew, Oyster Leaseholders and Sea Food Vessel Owners have been separated into a single Class under the Seafood Compensation Program (paragraph 5.2.1 and exhibit 3). Within this Class "neither the VoO Settlement Payment Offset 50% (paragraph 38.163) nor the VoO Earned Income Offset 33% (paragraph 38.161) shall apply against economic damage payments. Yet as the proposed BP Settlement states in paragraph (5.5.2.1) "Economic Damage Payments to any Working VoO Participants who are not participants in the Seafood Program will be reduced by any VoO Settlement Payment Offset and VoO Earned Income Offset."

This also gives preferential treatment to VoO seafood vessels over VoO charter boat vessels.

Sincerely,

Karen Skalek / 26115 Perdido Beach / 251-550-8887
Alfred Keahl Orange Beach, AL 36561

Class member Address Phone Number

Karen Skalek
Alfred Keahl

May 1, 2012

Honorable Judge Carl Barbier FAX # 1- 504-589-4536
500 Poydras Street
Room C256
New Orleans, LA 70130

RE: PROPOSED DEEP WATER HORIZON ECONOMNIC AND PROPERTY DAMAGES SETTLETMENT AGREEMENT

Dear Judge Barbier,

I would like to file a letter of objection as a Charter Boat Class Member to the Proposed Deep Water Horizon Economic and Property Damages Settlement Agreement, her after called the BP Settlement.

I object to the VoO earning income offset and VoO settlement payment offset.

There should not be a offset to anyone in this BP Settlement.

BP agreed verbally and also with a written confirmation to all vessel owner that they would not offset any VoO payments against any claim they might have.

We were mitigating BP exposure in this unprecedented environmental accident attempting to limit BP's future exposure as well as attempting to preserve the wetland and protect our marine fowl and animals.

We took on the dirty job of cleaning up BP's mess and BP agreed would NOT seek to offset or reduce our claims by payments made for this work.

BP benefited by this agreement. BP needed clean up emergency response teams to help contain this oil spill. BP quickly met its legal obligation to have an adequate fleet of vessel ready 24/7. BP received a real financial benefit minimizing BP's damages and BP agreed that we also received a benefit in risking our boats, labor and health to assist in the clean up.

Commercial Fishermen, Seafood Crew, Oyster Leaseholders and Sea Food Vessel Owners have been separated into a single Class under the Seafood Compensation Program (paragraph 5.2.1 and exhibit 3). Within this Class "neither the VoO Settlement Payment Offset 50% (paragraph 38.163) nor the VoO Earned Income Offset 33% (paragraph 38.161) shall apply against economic damage payments. Yet as the proposed BP Settlement states in paragraph (5.5.2.1) "Economic Damage payments to any Working VoO Participants who are not participants in the Seafood Program will be reduced by any VoO settlement Payment Offset and VoO Earned Income Offset."

This also gives preferential treatment to VoO seafood vessels over VoO charter boat vessels.

Sincerely,

_______________ _______________ _______________

Address

Phone Number

Class member



DRIVER LICENSE
ALABAMA
NO. 3478893 CLASS DMV
D.O.B. 09-29-1956 EXP 09-30-201
DEBRA DOUGLAS
WILHITE
136 W 5TH AVE
GULF SHORES AL
ISS 10-05-2010

May 1, 2012

Honorable Judge Carl Barbier FAX # 1- 504-589-4536
500 Poydras Street
Room C256
New Orleans, LA 70130

RE: PROPOSED DEEP WATER HORIZON ECONOMNIC AND PROPERTY DAMAGES SETTLETMENT AGREEMENT

Dear Judge Barbier,

I would like to file a letter of objection as a Charter Boat Class Member to the Proposed Deep Water Horizon Economic and Property Damages Settlement Agreement, her after called the BP Settlement.

I object to the VoO earning income offset and VoO settlement payment offset.

There should not be a offset to anyone in this BP Settlement.

BP agreed verbally and also with a written confirmation to all vessel owner that they would not offset any VoO payments against any claim they might have.

We were mitigating BP exposure in this unprecedented environmental accident attempting to limit BP's future exposure as well as attempting to preserve the wetland and protect our marine fowl and animals.

We took on the dirty job of cleaning up BP's mess and BP agreed would NOT seek to offset or reduce our claims by payments made for this work.

BP benefited by this agreement. BP needed clean up emergency response teams to help contain this oil spill. BP quickly met its legal obligation to have an adequate fleet of vessel ready 24/7. BP received a real financial benefit minimizing BP's damages and BP agreed that we also received a benefit in risking our boats, labor and health to assist in the clean up.

Commercial Fishermen, Seafood Crew, Oyster Leaseholders and Sea Food Vessel Owners have been separated into a single Class under the Seafood Compensation Program (paragraph 5.2.1 and exhibit 3). Within this Class "neither the VoO Settlement Payment Offset 50% (paragraph 38.163) nor the VoO Earned Income Offset 33% (paragraph 38.161) shall apply against economic damage payments. Yet as the proposed BP Settlement states in paragraph (5.5.2.1) "Economic Damage payments to any Working VoO Participants who are not participants in the Seafood Program will be reduced by any VoO settlement Payment Offset and VoO Earned Income Offset."

This also gives preferential treatment to VoO vessels in the Seafood Compensation Program Class over VoO vessels in all other Classes.

Sincerely,

Debbie Wilhite (signature) — 136 W 5th Ave Gulf Shores AL 36542

Debbie Wilhite
Class member

Address

251-948-3474

FAXED MAY 1, 2012

May 1, 2012

Honorable Judge Carl Barbier FAX # 1- 504-589-4536
500 Poydras Street
Room C256
New Orleans, LA 70130

RE: PROPOSED DEEP WATER HORIZON ECONOMNIC AND PROPERTY DAMAGES SETTLETMENT AGREEMENT

Dear Judge Barbier,

I would like to file a letter of objection as a Charter Boat Class Member to the Proposed Deep Water Horizon Economic and Property Damages Settlement Agreement, her after called the BP Settlement.

I object to the VoO earning income offset and VoO settlement payment offset.

There should not be a offset to anyone in this BP Settlement.

BP agreed verbally and also with a written confirmation to all vessel owner that they would not offset any VoO payments against any claim they might have.

We were mitigating BP exposure in this unprecedented environmental accident attempting to limit BP's future exposure as well as attempting to preserve the wetland and protect our marine fowl and animals.

We took on the dirty job of cleaning up BP's mess and BP agreed would NOT seek to offset or reduce our claims by payments made for this work.

BP benefited by this agreement. BP needed clean up emergency response teams to help contain this oil spill. BP quickly met its legal obligation to have an adequate fleet of vessel ready 24/7. BP received a real financial benefit minimizing BP's damages and BP agreed that we also received a benefit in risking our boats, labor and health to assist in the clean up.

Commercial Fishermen, Seafood Crew, Oyster Leaseholders and Sea Food Vessel Owners have been separated into a single Class under the Seafood Compensation Program (paragraph 5.2.1 and exhibit 3). Within this Class "neither the VoO Settlement Payment Offset 50% (paragraph 38.163) nor the VoO Earned Income Offset 33% (paragraph 38.161) shall apply against economic damage payments. Yet as the proposed BP Settlement states in paragraph (5.5.2.1) "Economic Damage payments to any Working VoO Participants who are <u>not</u> participants in the Seafood Program will be reduced by any VoO settlement Payment Offset and VoO Earned Income Offset."

This also gives preferential treatment to VoO vessels in the Seafood Compensation Program Class over VoO vessels in all other Classes.

Sincerely,

Jack Wilhite

Jack Wilhite
Class member

134 West 5TH Ave, Gulf Shores, AL 36542
Address

Phone # 1-251-948-3474

134 W 5th Ave
Gulf Shores AL
36542

Judge Barbier
500 Poydras St Room C256
New Orleans, LA 70130

U.S. MARSHALS