From: Capt. Robert S. Gams

Cool Breeze Charters

Marine Horizons, Inc.

Gulf Shores/Orange Beach, Al



RECEIVED
MAY 04 2012
CHAMBERS OF
U.S. DISTRICT JUDGE
CARL J. BARBIER

To: Honorable Judge Carl Barbier

New Orleans, La

Dear Jude Barbier,

This letter is to voice my objection to the recent ruling allowing BP claims officials to offset VoO earnings from any loss of income settlements for Charter Boats. I attended the emergency meeting at Zekes Marina in Orange Beach in early May of 2009 initiated by BP in response to the Deep Water Horizon's oil spill. It was as early as this point when the issue of any future offsets or penalties for the compensation of the undesirable work presented to us was raised. As will numerous witnesses attest, as well as various documents, the BP officials emphatically stated that "no income derived from this emergency response to mitigate the environmental impact of this event will be held against any future claims." This issue was raised more than a few times throughout the VoO endeavor and was continually appeased by BP officials and their agents. In fact, BP would have been hard pressed to fill the Federally mandated response if all the participants knew this was, in effect, voluntary. Who would jeopardize their health and equipment with the knowledge that they would be penalized at a later date for their good intentions. I venture that BP or any other oil company could not fulfill their Federal obligation with competent vessel operators in the future (God forbid) if this action goes through.

Not only is this action a misrepresentation by BP, it is being mandated unequitably. According to this settlement, other classes of participants are not being offset (penalized) for their involvement with the VoO program. It is impossible to justify reducing a particular participants compensation when another, who performed the same tasks, underwent the same risks, and derives his income from the same source, is not penalized. I thought we lived in America, where everyone deserves an equal platform from which to operate. If the action of this settlement does not fit the definition of class discrimination, I don't know what does. In addition, how can a settlement even be reached when those who are intrinsically involved are not allowed representation or input.

In closing, Judge Barbier, I hope you will reconsider this settlement parameter and find a just, fair adjudication against those that are not only liable, but culpable for the worst oil spill disaster in history.

Capt. Robert S. Gams