Honorable Judge Barbier,  
500 Poydras Street  
Room C256  
New Orleans, LA 70130

May 4, 2012

FX # 1-504-589-4536

Dear Judge Barbier,

   I would like to file a letter of objection as a Charter boat Class Member and former VoO Class Representative to the proposed Deep Water Horizon Economic and Property Damage Settlement Agreement, here after called the Bp Settlement.

I object to the VoO earning offset VoO payment offset. Their should not be an offset to anyone on this settlement.

Bp agreed verbally and also with a written confirmation to all vessel owner that they would not offset any VoO payments against any claim they might have.

We were mitigating Bp exposure in this unprecedented environmental accident attempting to limit Bp's future exposure as well as attempting to preserve the wetlands and protect our marine foul and animals along with our way of life

We took the dirty job of cleaning up Bp's mess and Bp agreed they would NOT seek to offset or reduce our claims by payments made for this work.

Bp benefited by this agreement. They needed emergency clean up and response teams to help contain this oil spill. Bp quickly met its legal obligation to have an adequate fleet of vessel's ready 24/7. They received a real financial benefit minimizing their coast and damages and they agreed that we would receive a benefit in risking our boats and health to assist in the clean up.

Commercial Fisherman, Oyster Lease Holders and Sea Food vessel owners have been separated into a single Class under the Sea Food Compensation Program (paragraph 5.2.1 and exhibit 3) within this Class "neither the VoO Settlement Payment offset 50% (paragraph 38.163) nor the VoO Earned Income Offset 33% (paragraph 38.161) shall apply against economic damage payments. Yet as the proposed Bp Settlement states in paragraph (5.5.2.1 "Economic Damage payments to any Working VoO participants who are not in the Sea Food Program will be reduced by any VoO settlement Payment Offset and VoO Earned Income Offset"

This also gives preferential treatment to VoO sea food vessels over VoO charter boat vessels

RECEIVED  
MAY 0 3 2012  
CHAMBERS OF  
U.S. DISTRICT JUDGE  
CARL J. BARBIER

I do object to the offset, that is why I will NO LONGER BE THE VoO CLASS REPRESENATIVE. I have paid taxes on this money along with boat and crew expenses, now Bp basically wants it back.

When I did my interview with Bp and my attorney's the document you signed yesterday was not drawn up yet, when I was selected as Class Representative we were to be paid for 26 days with no offset. That was my understanding as was told to me by my attorneys and Bp's representatives. I DO NOT hold my attorney's at fault for this we both basically found out about the offset Monday April 30 2112.

Sincerely,
Kip Plaisance
Plaisance's Tidewater Charters
985-475-7471
tidewater@viscom.net
Charter boat Capt.
Former VoO Class Representative