

# National Association of Charterboat Operators

P.O. Box 2990  Orange Beach, AL 36561
Phone (251-981-5136)  Fax (251-981-8191)
E-Mail: info@nacocharters.org    Web: www.nacocharters.org

**Bobbi M. Walker**
*Executive Director*

**Bob Zales, II**
Panama City Boatmen Association
*President*

**Ed O'Brien**
Maryland Charter Boat Association
*First vice-president*

**Tom Becker**
Mississippi Charter Boat Captains
*Second vice-president*

**Gary Krein**
Charterboat Assoc. of Puget Sound
*Secretary*

**Ron Maglio**
Michigan City Charter Boat Assoc.
*Treasurer*

**Member Associations :**
Alaska Charter Association
Beach Haven Charter Fishing Association
Cape Cod Charter Boat Association
Captree Boatmen Open & Charter Boats
Charterboat Association of Puget Sound
Chicago Sportfishing Association
Coastal Bend Guides Association
Deep Creek Charterboat Association
Destin Charterboat Association
Eastern Lake Erie Charter Boat Assoc.
Florida Guides Association, Inc.
Genesee Charterboat Association, Inc.
Golden Gate Fishermen's Association
Greater Point Pleasant Charter Boat Assoc
Hawaii Fishing & Boating Association
Homer (AK) Charter Association
Indiana's North Coast Charter Association
Islamorada Charterboat Association
Kenosha (WI) Charter Boat Association
Maine Association of Charterboat Captains
Marco Island Charter Captains Assoc.
Maryland Charterboat Association
Michigan City Charter Boat Association
Mississippi Charterboat Captains Assoc.
Northeast Charterboat Captains Assoc.
Northern Neck Charter Captains
Panama City Boatmen Association
Petersburg (AK) Charterboat Association
Port Aransas (TX) Boatmen, Inc.
Prince William Sound Charter Boat Assoc.
Seward Charterboat Association
Sitka (AK) Charter Boat Operators Assoc.
United Boatmen of New Jersey
Virginia Charter Boat Association
Waukegan Charter Boat Association
Westport Charterboat Association

---

April 24, 2012

Honorable Judge Carl Barbier
500 Poydras Street
Room C256
New Orleans, LA 70130

Sent Via Fax (504) 589-7633



RECEIVED
MAY 0 2 2012
CHAMBERS OF
U.S. DISTRICT JUDGE
CARL J. BARBIER

RE: Proposed BP Settlement

Dear Judge Barbier,

NACO is a National Non-Profit organization that represents over 3,000 charter boats (small businesses) across the United States. A significant number of our members are located along the Gulf of Mexico.

We wish to comment and seek your assistance in forcing BP to treat all small businesses, who were affected by the Horizon Deepwater Oil Spill, equally. Under the current agreement ONLY charter boats are required to deduct 33% of their VOO payments against their final claims. For some charter boats after taxes and expenses 33% was their profit for VOO work, which means they worked side by side with other commercial vessels to prevent this disastrous oil spill from destroying the wildlife, fisheries, shrimping and oyster resources for nothing.

We have attached (Exhibit 2) a letter dated May 3, 2010 where BPs attorney A.T. Chenault clearly states, *"We confirm that BP will NOT offset payments to vessels owners against claims they might have"*.

Exhibit 4 (attached) a GCCF release dated September 23, 2010 that states, *"The GCCF announced that it would not deduct earnings from the Vessels of Opportunity Program from payments made to claimants. Approximately, 2,000 commercial fishing vessels and charter boats participated in spill cleanup via BPs Vessels of Opportunity program. The Program provided some commercial fishermen whose businesses were shut down by the spill with a chance to earn income. Feinberg stated: "I have listened to the fishermen in the Gulf. We will not be deducting their wages from their payments."*

Exhibit 5 (attached) dated November 19, 2010 letter from U.S. Department of Justice states, *"The draft final protocol could be more clear, as you have previously acknowledged, that individuals who participated in the Vessels of Opportunity program when BP pledged not to use those VOO payments as offsets will not see those payments offset".*

May. 2. 2012 10:12AM    Case 2:10-md-02179-CJB-DPC   Document 6485   Filed 05/08/12   Page 2 of 2    No. 1236   P. 2

*NACO Page 2 of 2*

These VOO charter boat vessels help minimize, 24/7, BP damages and financial losses from the worst spill disaster this country has ever seen, in return for a fair payment for that effort, and BP agreed not to reduce or offset these individual's damage claims by any compensation payments made in the VOO clean-up programs.

Please correct an injustice and make BP stand behind the promises and commitments they made to charter boats. We are not aware of any claimant who has had his/her damage payments offset and/or reduced due to payments made by BP in the Vessels of Opportunity program. We sincerely appreciate your assistance to correct this injustice.

Sincerely,

*Bobbi M. Walker*

Bobbi M. Walker
Executive Director

Cc: Stephen J. Herman
    James Parkenson Roy
    Patrick Juneau