Untitled

May 1, 2012

Honorable Judge Carl Barbier      FAX # 1- 504-589-4536
500 Poydras Street
Room C256
New Orleans, LA 70130

RECEIVED
MAY 02 2012
CHAMBERS OF
U.S. DISTRICT JUDGE
CARL J. BARBIER

RE: PROPOSED DEEP WATER HORIZON ECONOMNIC AND PROPERTY
    DAMAGES SETTLETMENT AGREEMENT

Dear Judge Barbier,

   I would like to file a letter of objection as a Charter Boat Class Member to the Proposed Deep Water Horizon Economic and Property Damages Settlement Agreement, her after called the BP Settlement.

I object to the VoO earning income offset and VoO settlement payment offset.

There should not be a offset to anyone in this BP Settlement.

BP agreed verbally and also with a written confirmation to all vessel owner that they would not offset any VoO payments against any claim they might have.

We were mitigating BP exposure in this unprecedented environmental accident attempting to limit BP's future exposure as well as attempting to preserve the wetland and protect our marine fowl and animals.

We took on the dirty job of cleaning up BP's mess and BP agreed would NOT seek to offset or reduce our claims by payments made for this work.

BP benefited by this agreement. BP needed clean up emergency response teams to help contain this oil spill. BP quickly met its legal obligation to have an adequate fleet of vessel ready 24/7. BP received a real financial benefit minimizing BP's damages and BP agreed that we also received a benefit in risking our boats, labor and health to assist in the clean up.

   Commercial Fishermen, Seafood Crew, Oyster Leaseholders and Sea Food Vessel Owners have been separated into a single Class under the Seafood Compensation Program (paragraph 5.2.1 and exhibit 3). Within this Class "neither the VoO Settlement
Payment Offset 50% (paragraph 38.163) nor the VoO Earned Income Offset 33% (paragraph 38.161) shall apply against economic damage payments. Yet as the proposed BP Settlement states in paragraph (5.5.2.1) "Economic Damage payments to any Working VoO Participants who are not participants in the Seafood Program will be reduced by any VoO settlement Payment Offset and VoO Earned Income Offset."
   This also gives preferential treatment to VoO seafood vessels over VoO charter boat vessels.

Sincerely,

*Captain Bobby Taylor*
*Operating VoO Captain*
*Maraught-mate*
*Mercy Taylor*

"all aboard Nightbite LLC"

932 Lake Dr
Niceville, Fl.
32578

850- 897-9032

Address
Phone Number

Page 1