Honorable Judge Carl Barbier

500 Poydras Street Room C256

New Orleans, LA 70130

RECEIVED MAY 03 2012 CHAMBERS OF U.S. DISTRICT JUDGE CARL J. BARBIER

RE: Proposed BP Settlement       sent via Fax  504-589-4536

Dear Judge Barbier,

I am a charter boat owner, was adversely affected by the BP Deepwater Horizon oil spill that started on April 20, 2010, and worked in the BP VOO program in an effort to mitigate the damage to our marine resource and my business. Being involved in that effort, I was promised by BP officials and representatives that the compensation I received from working in the VOO program would not be deducted from any possible claim for economic or health damages I incurred as a result of the spill.

I have been provided information that as per the current settlement agreement between the Plaintiff's Steering Committee and you that 33% of the compensation I received will be deducted from any settlement I receive from BP. This is not what was promised me and is discriminatory to me as a legitimate charter boat business owner. I am required to comply with all federal fishing permit requirements, many more U.S. Coast Guard requirements, all EPA clean water and air requirements, and state regulations as every commercial fishing vessel owner in the Gulf of Mexico. Don't all of the representatives from the various industries have to be treated the same and agree before you sign off on such an inequitable settlement?

The VOO charter boat vessels help minimize, 24/7, BP damages and financial losses from the worst spill disaster this country has ever seen, in return for a fair payment for that effort, and BP agreement not to reduce or offset my damage claims by any compensation payments made in the VOO clean-up programs. How can lawyers and you now take that away? I worked and endangered my health for those VOO payments just like the commercial vessel owners did and none of the commercial boats are being required to pay it back. Charter boats had to sue to get payment owed to them for days worked in the VOO program and I understand 50% of that settlement will also be taken away from only the charter boats.

The multiplier used for final settlement is skewed against the charter boat industry with 2.5 times while other commercial finfish fishermen are receiving 6 times the final settlement. It appears to me that we did not have representation sitting at the table.

I respectfully plead with you to seek a solution to alter these portions of the settlement agreement so they do not discriminate against me as a small business charter boat owner.

Thank you for your time and attention to this matter.

Respectfully Submitted,

Charles Paprocki

Owner/Operator of Jubilee & Treasure Island Party Fishing Boats