
RECEIVED

MAY 0 2 2012

CHAMBERS OF
U.S. DISTRICT JUDGE
CARL J. BARBIER

Debbie Wilhite
136 West Fifth Ave
Gulf Shores, AL  36542
251 948-3474

May 2th , 2012

Honorable Judge Barbier
500 Poydras Street
Room C256
New Orleans, LA  70130

Re: BP Settlement

Dear Judge Barbier,

Please consider all the facts before you sign this agreement. I have been trying to get my lawyers  to say  something, do something but so far he doesnt want to  I guess because he is on the PSC.  We had a meeting I said I was totally opposed to any VoO deduction and that others would be to..  I told him  no way are the shrimpers gonna let this  happen unless BP is gonna select VoO favorites and give them preferential treatment.  He told me then NO that wont happen.   Well it did.

I've called many  others on the PSC... seems like they are only interested in pushing it forward instead of making it right.

There is no way CharterBoats should have to pay back VoO money.   The other day one of the lawyers said "yes , BP lied to you ....get over it.... "    I can't this is too wrong.

This is not right and should not be allowed.
Who are the class representative for us?
I talked to Kip Plaisance .. He said he never agreed to this Nor did he sign it.
Please ask them... talk to Kip. they will tell you the truth (if they attend a BP meeting where BP told everyone that working in the VoO would have no effect on your claim.)

Something is NOT right here .

I have gotten  Five more  opposition letters signed by people who attended our meeting at Zeke's Marina .  Seems like there were at least 100 people attending that meeting and I'm sure there were many more meetings along the Gulf Coast.

Please don't let BP do this to us.
Sincerely,

May 1, 2012

Honorable Judge Carl Barbier   FAX # 1- 504-589-4536
500 Poydras Street
Room C256
New Orleans, LA 70130

RE: PROPOSED DEEP WATER HORIZON ECONOMNIC AND PROPERTY
     DAMAGES SETTLETMENT AGREEMENT

Dear Judge Barbier,

I would like to file a letter of objection as a Charter Boat Class Member to the Proposed Deep Water Horizon Economic and Property Damages Settlement Agreement, her after called the BP Settlement.

I object to the VoO earning income offset and VoO settlement payment offset.

There should not be a offset to anyone in this BP Settlement.

BP agreed verbally and also with a written confirmation to all vessel owner that they would not offset any VoO payments against any claim they might have.

We were mitigating BP exposure in this unprecedented environmental accident attempting to limit BP's future exposure as well as attempting to preserve the wetland and protect our marine fowl and animals.

We took on the dirty job of cleaning up BP's mess and BP agreed would NOT seek to offset or reduce our claims by payments made for this work.

BP benefited by this agreement. BP needed clean up emergency response teams to help contain this oil spill. BP quickly met its legal obligation to have an adequate fleet of vessel ready 24/7. BP received a real financial benefit minimizing BP's damages and BP agreed that we also received a benefit in risking our boats, labor and health to assist in the clean up.

Commercial Fishermen, Seafood Crew, Oyster Leaseholders and Sea Food Vessel Owners have been separated into a single Class under the Seafood Compensation
Program (paragraph 5.2.1 and exhibit 3). Within this Class "neither the VoO Settlement
Payment Offset 50% (paragraph 38.163) nor the VoO Earned Income Offset 33% (paragraph 38.161) shall apply against economic damage payments. Yet as the proposed BP Settlement states in paragraph (5.5.2.1) "Economic Damage payments to any Working VoO Participants who are not participants in the Seafood Program will be reduced by any VoO settlement Payment Offset and VoO Earned Income Offset."
This also gives preferential treatment to VoO seafood vessels over VoO charter boat vessels.

Sincerely,

_____          _____          _____
                                          Address                                    Phone Number
Class member



**CAPTAIN JASON VICARS**
251.979.9189
Zeke's Marina

40' Michael Fitz
1-15 Passengers
Bottom Fishing
Bluewater Fishing

whitemarlin02@yahoo.com

May 1, 2012

Honorable Judge Carl Barbier    FAX # 1- 504-589-
500 Poydras Street
Room C256
New Orleans, LA 70130

RE: PROPOSED DEEP WATER HORIZON ECONOMNIC AND PROPERTY DAMAGES SETTLETMENT AGREEMENT

Dear Judge Barbier,

I would like to file a letter of objection as a Charter Boat Class Member to the Proposed Deep Water Horizon Economic and Property Damages Settlement Agreement, her after called the BP Settlement.

object to the VoO earning income offset and VoO settlement payment offset.

There should not be a offset to anyone in this BP Settlement.

BP agreed verbally and also with a written confirmation to all vessel owner that they would not offset any VoO payments against any claim they might have.

We were mitigating BP exposure in this unprecedented environmental accident attempting to limit BP's future exposure s well as attempting to preserve the wetland and protect our marine fowl and animals.

We took on the dirty job of cleaning up BP's mess and BP agreed would NOT seek to offset or reduce our claims by ayments made for this work.

P benefited by this agreement. BP needed clean up emergency response teams to help contain this oil spill. BP quickly et its legal obligation to have an adequate fleet of vessel ready 24/7. BP received a real financial benefit minimizing P's damages and BP agreed that we also received a benefit in risking our boats, labor and health to assist in the clean ).

Commercial Fishermen, Seafood Crew, Oyster Leaseholders and Sea Food Vessel Owners have been separated into ngle Class under the Seafood Compensation gram (paragraph 5.2.1 and exhibit 3). Within this Class "neither the VoO Settlement yment Offset 50% (paragraph 38.163) nor the VoO Earned Income Offset 33% (paragraph 38.161) shall apply against nomic damage payments. Yet as the proposed BP Settlement states in paragraph (5.5.2.1) "Economic Damage ments to any Working VoO Participants who are not participants in the Seafood Program will be reduced by any VoO tlement Payment Offset and VoO Earned Income Offset."

This also gives preferential treatment to VoO seafood vessels over VoO charter boat vessels.

cerely,

ison Vicars

ss member

17362 River Rd summerdale, AL (251)979-9189
36580
Address

Phone Number



CAPTAIN GARY GOODWIN
251.942.2020
~~SanRoc Cay Marina~~
Zeke's
36' Hatteras
1-6 Passengers
Bottom Fishing, Trolling,
Cruises, Tournaments,
Overnight Trips

jamiegcharters23@yahoo.com

May 1, 2012

Honorable Judge Carl Barbier    FAX # 1- 504-589.
500 Poydras Street
Room C256
New Orleans, LA 70130

RE: PROPOSED DEEP WATER HORIZON ECONOMNIC AND PROPERTY
    DAMAGES SETTLETMENT AGREEMENT

Dear Judge Barbier,

I would like to file a letter of objection as a Charter Boat Class Member to the Proposed Deep Water Horizon Economic and Property Damages Settlement Agreement, her after called the BP Settlement.

I object to the VoO earning income offset and VoO settlement payment offset.

There should not be a offset to anyone in this BP Settlement.

BP agreed verbally and also with a written confirmation to all vessel owner that they would not offset any VoO payments against any claim they might have.

We were mitigating BP exposure in this unprecedented environmental accident attempting to limit BP's future exposure as well as attempting to preserve the wetland and protect our marine fowl and animals.

We took on the dirty job of cleaning up BP's mess and BP agreed would NOT seek to offset or reduce our claims by payments made for this work.

BP benefited by this agreement. BP needed clean up emergency response teams to help contain this oil spill. BP quickly met its legal obligation to have an adequate fleet of vessel ready 24/7. BP received a real financial benefit minimizing BP's damages and BP agreed that we also received a benefit in risking our boats, labor and health to assist in the clean up.

Commercial Fishermen, Seafood Crew, Oyster Leaseholders and Sea Food Vessel Owners have been separated into single Class under the Seafood Compensation Program (paragraph 5.2.1 and exhibit 3). Within this Class "neither the VoO Settlement Payment Offset 50% (paragraph 38.163) nor the VoO Earned Income Offset 33% (paragraph 38.161) shall apply against economic damage payments. Yet as the proposed BP Settlement states in paragraph (5.5.2.1) "Economic Damage payments to any Working VoO Participants who are not participants in the Seafood Program will be reduced by any VoO Settlement Payment Offset and VoO Earned Income Offset."

This also gives preferential treatment to VoO seafood vessels over VoO charter boat vessels.

Sincerely,

Gary Goodwin
class member

559 Seagate Circle
Address Orange Beach Al

Zeke's Marina

251 942 - 2020

Phone Number



BOLL WEEVIL

CAPTAIN TOM ARD
251.962.3632
251.979.2682
Zeke's Marina

Bottom Fishing
Trolling

tom@fairwaterfishing.com
www.orangebeachfish.com

May 1, 2012

Honorable Judge Carl Barbier    FAX # 1- 504-5?
500 Poydras Street
Room C256
New Orleans, LA 70130

RE: PROPOSED DEEP WATER HORIZON ECONOMNIC AND PROPERTY
      DAMAGES SETTLETMENT AGREEMENT

Dear Judge Barbier,

     I would like to file a letter of objection  as a  Charter Boat Class Member to the Proposed Deep Water Horizon
Economic and Property Damages  Settlement Agreement, her after called the BP Settlement.

object to the VoO  earning income offset and VoO settlement payment offset.

There should not be a offset to anyone in this BP Settlement.

BP agreed verbally and also with a written confirmation to all vessel owner that they would not offset any VoO payments
against any claim they might have.

We were mitigating BP exposure in this unprecedented environmental accident attempting to limit BP's future exposure
as well as attempting to preserve the wetland and protect our marine fowl and animals.

We took on the dirty job of cleaning up BP's mess and  BP agreed would NOT seek to offset or reduce our claims by
payments made for this work.

BP benefited by this agreement.  BP needed clean up emergency response teams to help contain this oil spill.  BP quickly
met its legal obligation to have an adequate fleet of vessel ready 24/7.  BP received a real financial benefit minimizing
BP's damages and  BP agreed that we also received a benefit in risking our boats, labor and health to assist in the clean
up.

     Commercial Fishermen, Seafood  Crew, Oyster Leaseholders and Sea Food Vessel Owners have been separated into
single Class under the Seafood Compensation
Program (paragraph 5.2.1 and exhibit 3).  Within this Class "neither the VoO Settlement
Payment Offset 50% (paragraph 38.163) nor the VoO Earned Income Offset 33% (paragraph 38.161) shall apply against
economic damage payments.  Yet as the proposed BP Settlement states in paragraph (5.5.2.1) "Economic Damage
payments to any Working VoO Participants who are not participants in the Seafood Program will be reduced by any VoO
Settlement Payment Offset and VoO Earned Income Offset."
     This  also gives preferential treatment to VoO seafood vessels  over VoO charter boat  vessels.

Sincerely,

Thomas Ard

Class member

6205 Yelbrfin S
Orange Beach Al
                  36561
Address

251-979-2682

Phone Number

May 1, 2012

Honorable Judge Carl Barbier    FAX # 1- 504-58
500 Poydras Street
Room C256
New Orleans, LA 70130



CAPTAIN DON MCPHERSON
251.981.8047
Zeke's Marina

36' Hatteras
1-6 Passengers
Bottom Fishing
Deepwater Fishing
Trolling, Family Fishing
getawaycharters@yahoo.com
www.getawaygulffishing.com

RE: PROPOSED DEEP WATER HORIZON ECONOMNIC AND PROPERTY
    DAMAGES SETTLETMENT AGREEMENT

Dear Judge Barbier,

   I would like to file a letter of objection  as a  Charter Boat Class Member to the Proposed Deep Water Horizon
Economic and Property Damages  Settlement Agreement, her after called the BP Settlement.

object to the VoO  earning income offset and VoO settlement payment offset.

There should not be a offset to anyone in this BP Settlement.

BP agreed verbally and also with a written confirmation to all vessel owner that they would not offset any VoO payments
against any claim they might have.

e were mitigating BP exposure in this unprecedented environmental accident attempting to limit BP's future exposure
well as attempting to preserve the wetland and protect our marine fowl and animals.

e took on the dirty job of cleaning up BP's mess and  BP agreed would NOT seek to offset or reduce our claims by
yments made for this work.

benefited by this agreement.  BP needed clean up emergency response teams to help contain this oil spill.  BP quickly
t its legal obligation to have an adequate fleet of vessel ready 24/7.  BP received a real financial benefit minimizing
's damages and  BP agreed that we also received a benefit in risking our boats, labor and health to assist in the clean

   Commercial Fishermen, Seafood  Crew, Oyster Leaseholders and Sea Food Vessel Owners have been separated into
ngle Class under the Seafood Compensation
gram (paragraph 5.2.1 and exhibit 3).  Within this Class "neither the VoO Settlement
ment Offset 50% (paragraph 38.163) nor the VoO Earned Income Offset 33% (paragraph 38.161) shall apply against
nomic damage payments.  Yet as the proposed BP Settlement states in paragraph (5.5.2.1) "Economic Damage
ments to any Working VoO Participants who are not participants in the Seafood Program will be reduced by any VoO
lement Payment Offset and VoO Earned Income Offset."
   This  also gives preferential treatment to VoO seafood vessels  over VoO charter boat  vessels.

cerely,

6338 Buckland Dr        850 554-1456
Pensacola, FL  32526
Address                 Phone Number

is member

May 1, 2012

Honorable Judge Carl Barbier    FAX # 1- 504-5
500 Poydras Street
Room C256
New Orleans, LA 70130



CAPTAIN AL KEAHL
251.747.8102
or 251.550.8887
Zeke's Marina
30' Crosby
1-6 Passengers
4, 6, 8, 10 & 12 Hour Trips
Bottom Fishing
Trolling
Nearshore & Offshore
sales@fishtrapcharters.biz

RE: PROPOSED DEEP WATER HORIZON ECONOMNIC AND PROPERTY
DAMAGES SETTLETMENT AGREEMENT

Dear Judge Barbier,

I would like to file a letter of objection as a Charter Boat Class Member to the Proposed Deep Water Horizon Economic and Property Damages Settlement Agreement, her after called the BP Settlement.

object to the VoO earning income offset and VoO settlement payment offset.

There should not be a offset to anyone in this BP Settlement.

BP agreed verbally and also with a written confirmation to all vessel owner that they would not offset any VoO payments against any claim they might have.

We were mitigating BP exposure in this unprecedented environmental accident attempting to limit BP's future exposure s well as attempting to preserve the wetland and protect our marine fowl and animals.

We took on the dirty job of cleaning up BP's mess and BP agreed would NOT seek to offset or reduce our claims by ayments made for this work.

BP benefited by this agreement. BP needed clean up emergency response teams to help contain this oil spill. BP quickly met its legal obligation to have an adequate fleet of vessel ready 24/7. BP received a real financial benefit minimizing BP's damages and BP agreed that we also received a benefit in risking our boats, labor and health to assist in the clean p.

Commercial Fishermen, Seafood Crew, Oyster Leaseholders and Sea Food Vessel Owners have been separated into single Class under the Seafood Compensation rogram (paragraph 5.2.1 and exhibit 3). Within this Class "neither the VoO Settlement ayment Offset 50% (paragraph 38.163) nor the VoO Earned Income Offset 33% (paragraph 38.161) shall apply against conomic damage payments. Yet as the proposed BP Settlement states in paragraph (5.5.2.1) "Economic Damage ayments to any Working VoO Participants who are not participants in the Seafood Program will be reduced by any VoO ttlement Payment Offset and VoO Earned Income Offset."

This also gives preferential treatment to VoO seafood vessels over VoO charter boat vessels.

ncerely,

Karen Skal P 26115 Perdido Beach / 251-550-
Alfred Keall    Orange Beach,    Phone Number 8887
ass member    Al 36561    Address

Karen Skalek
Alfred Keahle