# Deep Sea Fishing
### Aboard The
# Charter Boat Annie Girl
*We Specialize in a Good Time!*



RECEIVED MAY 0 3 2012 CHAMBERS OF U.S. DISTRICT JUDGE CARL J. BARBIER

Captain Mike Rowell  
Phone: 251-981-2081  

204 West Spruce Av.  
Foley Alabama 36535  

www.captainmikesfishing.com

Subject:
BP Settlement

Judge Barbier

I participated in the VOO program. I was told from the very beginning any money I made working for VOO program would not be deducted from any settlement from BP.
Now somehow charter boats are going to have to deduct 30% of our VOO earnings from any settlement we may get.
So let's say you and I each own a charter boat. They are the same size and we make the same amount of money each year. Bam! Oil spill. What in the hell are we going to do? I start looking to move my boat to another Gulf state. The oil keeps coming. Now I start to look at moving my boat out of the country. All of my customers are calling wanting their deposits back. We are in a major panic mode! Then VOO offers us work. Come help us clean up this mess. I need work but lawyers are calling me setting up meetings and everybody starts seeing dollar signs.
We don't know what to do. This is the first time anything like this has ever happened. I want my life back so I decide to risk my boat and my health to help clean up the oil to help save our environment and our fisheries from disaster. This is what we do after a hurricane. We bust our butts get things cleaned up so we can go back to work.
So I sign on with VOO and you don't. When all of the dust settles you and I get an offer to settle for our losses. Let's use an arbitrary

number of 1 million dollars each.
You did not work in the VOO. You get to keep your 1 million.
I worked the VOO. I put wear and tear on my vessel and engines, I risked my health working in and around the oil spill and now they are wanting to deduct 30% from my settlement that I earned working with VOO helping clean up their mess that may have effects on our environment, our fisheries, our health and our livelihood! That is not right!

Also, I understand Shrimpers, Commercial Fisherman and Oysterman will receive more than twice as much in their settlement as Charter boat Owners. Why have we been singled out? We share the same resource as they do. In most cases we have more money invested in our vessels than they do. We are required to be inspected by the Coast Guard. We have to carry and maintain safety equipment for our passengers. We are regulated by the same Fisheries Management Council. We are required to enroll in a random drug screening program. Ect...

I am not trying to take anything away from these hard working shrimpers, oystermen and commercial fishermen, a lot of them are my friends. But I can't understand how we were left out. Was anyone there representing us?

Judge the Charter Boats are being treated unfairly. I worked side by side with shrimpers and commercial fishermen in this clean up. A lot of us charter fish and commercial fish to make our living. We should not be singled out. Please see to it that we are given the same compensation as our commercial fishing friends.

Thank you for taking the time to read this and to consider our plea.

Captain Mike Rowell

*[signature]*