# LIVELYS GULF CHARTERS
## 500 YORK STREET
## GULF BREEZE, FLORIDA 32561

May 3, 2012



RECEIVED
MAY 0 3 2012
CHAMBERS OF
U.S. DISTRICT JUDGE
CARL J. BARBIER

Honorable Judge Carl Barbier FAX # 1- 504-589-4536

500 Poydras Street

Room C256

New Orleans, LA 70130

RE: PROPOSED DEEP WATER HORIZON ECONOMNIC AND PROPERTY

DAMAGES SETTLETMENT AGREEMENT

Dear Judge Barbier,

         I would like to file a letter of objection as a Charter Boat Class Member to the Proposed Deep Water Horizon Economic and Property Damages Settlement Agreement, hereafter called the BP Settlement.

I object to the VoO earning income offset and VoO settlement payment offset.

There should not be a offset to anyone in this BP Settlement.

BP agreed verbally and also with a written confirmation to all vessel owners that they would not offset any VoO payments against any claim they might have.

We were mitigating BP exposure in this unprecedented environmental incident attempting to limit BP's future exposure as well as attempting to preserve the wetland and protect our marine fowl and animals.

We took on the dirty job of cleaning up BP's mess and BP agreed would NOT seek to offset or reduce our claims by payments made for this work.

BP benefited by this agreement. BP needed clean up emergency response teams to help contain this oil spill. BP quickly met its legal obligation to have an adequate fleet of vessel ready 24/7. BP received a real financial benefit minimizing BP's damages and BP agreed that we also received a benefit in risking our boats, labor and health to assist in the clean up.

Commercial Fishermen, Seafood Crew, Oyster Leaseholders and Sea Food Vessel Owners have been

separated into a single Class under the Seafood Compensation Program (paragraph 5.2.1 and exhibit 3). Within this Class "neither the VoO Settlement Payment Offset 50% (paragraph 38.163) nor the VoO Earned Income Offset 33% (paragraph 38.161) shall apply against economic damage payments.

Yet as the proposed BP Settlement states in paragraph (5.5.2.1) "Economic Damage payments to any Working VoO Participants who are not participants in the Seafood Program will be reduced by any VoO settlement Payment Offset and VoO Earned Income Offset."

This also gives preferential treatment to VoO seafood vessels over VoO charter boat vessels.

Sincerely,

*[signature: R+t E Lively]*   500 York St., Gulf Breeze FL 32561      850-932-5071

Class Member / Address / Phone Number

ROBERT E LIVELY

Livelys Gulf Charters

**LIVELYS GULF CHARTERS**
500 YORK STREET
GULF BREEZE, FLORIDA 32561

5/3/2012



**DESTIN CHARTER BOAT ASSOCIATION**

Honorable Judge Barbier   April 28, 2012

Mr. Patrick Juneau

I do not understand why only charter boats will be forced to pay back BP for the work that they did during the oil spill. No other category of vessels will have to repay BP for working for them. Why just the charter boats. How is this fair and equitable??

We were all affected and yet our industry is singled out to repay BP for work we performed at their request. Why are only charter boats being singled out? This is not fair to our industry or our families and this provision must be removed from the final settlement.

I cannot imagine we are talking about a very large amount of money that BP will be paid back by the charter boats it hired, but it is a huge amount of money to the individual business and family's.

We are talking about small business men and women and their families. We all lived thru the worst oil spill in history, we worked hard at surviving, we went to work cleaning up moil because it was all there was to do for most of us, and not we are told we have to repay BP out of any settlement.

Your Honor, how is this fair and equitable? Please look out for the small fishing businesses here in the gulf and reject this part of the settlement.

Sincerely,

Capt Mike Eller
Co President

Destin Charter Boat Association

P.O. BOX 103
DESTIN, FLORIDA
32540