Judge Carl Barbier.

How are you Mr. Barbier, LSU Alumni. My name is Aaron Griffith, I did attended in L.S.U. in New Orleans. also U.S Army vet.

I have attended in your court proceeding in April 25 2012 2:00pm. You allowed me to speak during closing argument, which I thank you for that. Which I mentioned to you already about the large amount of oil (8 billion gallons) still in our Gulf mexico bottom of Seabed. again this is very important to B.P oil Co. to Removing that amount of oil and Do the Right thing. that large amount of sanked by illegally used dispersant amount of 80% of oil

In April 20 2010 B.P broken pipe, about 9,331200000 gallon (formula of 20x60x60x60x24x90= this Calculation) and untreated thick oil in our Gulf mexico & Coastal areas. those oil used to be liquid stage, now that oil became a solid hard tar. other day april 20,2012 I visted in Grand Isle (Island of La Paradise) also got to see 2 large deformed shrimp also, after then

I stopped at Elmer Island, in near by bridge, I have wittnessed lightly sheen in top of the water. the Grand-Isle isnt what use to be before B.P oil spill. I got to see, no traffic's what so ever. the only vehicles traffic only (2 city vehicle) were.

mead

Simply saying Grand Isle are Ghost town, Due to B.P. oil spill.

Mr. Barbier, The action is are loud then action the B.P. oil Co. stated begining to us today. The B.P. oil Co. would Do, the most + best effort in to Restration in Coastal so on. Which hasn't done much, as B. P oil Co trying make a believe.

In Removing 8 billion gallon are very impossible. but lets say 1/2 or 1/3 of amount, would accenerating Recouverly or Restration Toward. This issue should address before final Settlement.

Thank you for your time.

my Tel no 9856313777
cel no 9855180019

5/3/2012

mead

Aaron Garroppin
1415 Hwy 662
Morgan City, La 70380

NEW ORLEANS LA

Fed. Judge, Carl Barbier
500 Poydras st.
New Orleans, La 70130