IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL NO. 2179 |
| | * | |
| | * | SECTION J |
| This document relates to: | * | |
| *12-CV-702* | * | Honorable CARL J. BARBIER |
| | * | Magistrate Judge SHUSHAN |

## ORDER

Considering the above and foregoing Limited Motion to Dismiss by plaintiff filed prior to answer, **IT IS ORDERED** that defendant BP Exploration and Production, Inc., only be and hereby is dismissed from this case, without prejudice; reserving to plaintiff all rights he may have against all other parties hereto, named and/or unnamed; and reserving to plaintiff all rights he may have asserted against BP in other claims and/or proceedings.

New Orleans, Louisiana this 9th day of May, 2012.

_____
United States District Judge