IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * * * * | MDL NO. 2179<br><br>SECTION: J<br><br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |
| Plaisance, *et al.*, individually and on behalf of the Medical Benefits Settlement Class,<br><br>Plaintiffs,<br><br>v.<br><br>BP Exploration & Production Inc., *et al.*,<br><br>Defendants. | * * * * * * * * * * * * * * | NO. 12-CV-968<br><br>SECTION: J<br><br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

**JOINT MOTION FOR AN ORDER DIRECTING AND PERMITTING
DISCLOSURE OF DATA TO THE CLAIMS ADMINISTRATOR
<u>FOR THE MEDICAL BENEFITS CLASS ACTION SETTLEMENT</u>**

The Medical Benefits Settlement Class Representatives,[1] on behalf of themselves and of the members of the Medical Benefits Settlement Class, by and through Lead Class Counsel and Medical Benefits Class Counsel, and Defendants BP Exploration & Production Inc. and BP

---

[1] Terms with initial capital letters used in this Joint Motion have the meanings ascribed to the fully capitalized rendering of such terms in the Medical Benefits Class Action Settlement Agreement, as amended ("Medical Settlement Agreement"), unless otherwise defined or set off by quotation marks herein.

America Production Company (collectively, "BP") respectfully submit this Joint Motion for an Order Directing and Permitting Disclosure of Data to the Claims Administrator for the Medical Benefits Class Action Settlement.

In BP's possession, custody, or control are databases, data files, data collections, and other documentary evidence (together, the "Data") containing information the Claims Administrator for the Medical Benefits Class Action Settlement will need under the terms of the Medical Settlement Agreement to process claims.  The Data contain some information that could potentially be characterized as Protected Health Information under federal privacy rules.  BP does not believe that it is an entity subject to those rules.  However, to avoid any doubt about BP's ability to disclose all such Data to the Claims Administrator, the Medical Settlement Agreement requires the Parties to seek an order from the Court that "directs BP to provide the Claims Administrator with the [Data] in its possession, custody, or control . . ."  Medical Settlement Agreement § XXI.B.1.

For the reasons described above and in the accompanying memorandum in support of this motion, the Parties respectfully and jointly request that this Court enter an order, substantially in the form of the proposed order attached hereto, directing and permitting BP to provide the Data to the Claims Administrator for the Medical Benefits Class Action Settlement.

May 9, 2012                                                                  Respectfully submitted,


*/s/ Stephen J. Herman*                                          */s/ James Parkerson Roy*
Stephen J. Herman, La. Bar No. 23129             James Parkerson Roy, La. Bar No. 11511
HERMAN HERMAN KATZ & COTLAR            DOMENGEAUX WRIGHT ROY &
LLP                                                                             EDWARDS LLC
820 O'Keefe Avenue                                              556 Jefferson Street, Suite 500
New Orleans, Louisiana 70113                          Lafayette, Louisiana 70501
Telephone: (504) 581-4892                                  Telephone: (337) 233-3033

Fax No. (504) 569-6024  
E-Mail: sherman@hhkc.com

*Lead Class Counsel and Medical Benefits Class Counsel*

Fax No. (337) 233-2796  
E-Mail: jimr@wrightroy.com

*Lead Class Counsel and Medical Benefits Class Counsel*

## MEDICAL BENEFITS CLASS COUNSEL

Joseph F. Rice  
MOTLEY RICE LLC  
28 Bridgeside Blvd.  
Mount Pleasant, SC 29464  
Office:  (843) 216-9159  
Telefax: (843) 216-9290  
E-Mail:  jrice@motleyrice.com

Conrad S.P. "Duke" Williams  
WILLIAMS LAW GROUP  
435 Corporate Drive, Suite 101  
Maison Grand Caillou  
Houma, LA 70360  
Office:  (985) 876-7595  
Telefax: (985) 876-7594  
E-Mail:  duke@williamslawgroup.org

Brian H. Barr  
LEVIN, PAPANTONIO, THOMAS,  
MITCHELL, ECHSNER & PROCTOR, PA  
316 South Baylen St., Suite 600  
Pensacola, FL 32502-5996  
Office:  (850) 435-7045  
Telefax: (850) 436-6187  
E-Mail: bbarr@levinlaw.com

Robin L. Greenwald  
WEITZ & LUXENBERG, PC  
700 Broadway  
New York, NY  10003  
Office:  (212) 558-5802  
Telefax: (212) 344-5461  
E-Mail:  rgreenwald@weitzlux.com

Jeffrey A. Breit  
BREIT DRESCHER IMPREVENTO &  
WALKER, P.C.  
999 Waterside Drive, Suite 1000  
Norfolk, VA 23510  
Office:  (757) 670-3888  
Telefax: (757) 670-3895  
E-Mail: jbreit@bdbmail.com

Rhon E. Jones  
BEASLEY, ALLEN, CROW, METHVIN,  
PORTIS & MILES, P. C.  
218 Commerce St., P.O. Box 4160  
Montgomery, AL 36104  
Office:  (334) 269-2343  
Telefax: (334) 954-7555  
E-Mail:  rhon.jones@beasleyallen.com

Elizabeth J. Cabraser  
LIEFF, CABRASER, HEIMANN &  
BERNSTEIN, LLP  
275 Battery Street, 29th Floor  
San Francisco, CA  94111-3339  
Office:  (415) 956-1000  
Telefax: (415) 956-1008  
E-Mail:  ecabraser@lchb.com

Matthew E. Lundy  
LUNDY, LUNDY, SOILEAU & SOUTH, LLP  
501 Broad Street  
Lake Charles, LA  70601  
Office:  (337) 439-0707  
Telefax: (337) 439-1029  
E-Mail:  mlundy@lundylawllp.com

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA & TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA  70037
Office:  (504) 394-9000
Telefax: (504) 394-9110
E-Mail:  pcossich@cossichlaw.com

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL  36660
Office:  (251) 471-6191
Telefax: (251) 479-1031
E-Mail:  rtc@cunninghambounds.com

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399
E-Mail:  mike@mikespy.com

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA  70726
Office:  (225) 664-4193
Telefax: (225) 664-6925
E-Mail:  calvinfayard@fayardlaw.com

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: (305) 476-7400
Telefax: (305) 476-7444
E-Mail:  ervin@colson.com

Michael C. Palmintier
deGRAVELLES, PALMINTIER, HOLTHAUS & FRUGE
618 Main Street
Baton Rouge, LA  70801-1910
Office:  (225) 344-3735
Telefax: (225) 344-0522
E-Mail:  mpalmintier@dphf-law.com

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW & ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA  70130
Office:  (504) 588-1500
Telefax:  (504) 588-1514
E-Mail:  sterbcow@lksalaw.com

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Office:  (214) 521-3605
Telefax: (214) 599-1172
E-Mail:  ssummy@baronbudd.com

Mikal C. Watts
WATTS GUERRA CRAFT, LLP
Four Dominion Drive, Building 3, Suite 100
San Antonio, TX 78257
Office: (210) 447-0500
Telefax: (210) 447-0501
E-Mail:  mcwatts@wgclawfirm.com

| | |
|---|---|
| James J. Neath<br>Mark Holstein<br>BP AMERICA INC.<br>501 Westlake Park Boulevard<br>Houston, TX  77079<br>Telephone:  (281) 366-2000<br>Telefax:  (312) 862-2200 | /s/ Richard C. Godfrey, P.C.<br>Richard C. Godfrey, P.C.<br>J. Andrew Langan, P.C.<br>Andrew B. Bloomer, P.C.<br>Elizabeth A. Larsen<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, IL  60654 |
| Ellen K. Reisman<br>Angel L. Tang<br>Ryan O. McMonagle<br>ARNOLD & PORTER LLP<br>777 South Figueroa Street<br>Los Angeles, CA 90017-5844 | Don K. Haycraft (Bar #14361)<br>R. Keith Jarrett (Bar #16984)<br>LISKOW & LEWIS<br>701 Poydras Street, Suite 5000<br>New Orleans, Louisiana 70139<br>Telephone:  (504) 581-7979<br>Telefax:  (504) 556-4108 |
| Ethan P. Greene<br>Amy L. Rohe<br>ARNOLD & PORTER LLP<br>555 Twelfth Street, NW<br>Washington, DC 20004-1206<br><br>*Of Counsel* | Robert C. "Mike" Brock<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Telephone:  (202) 662-5985<br>Telefax:  (202) 662-6291 |

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.*
*AND BP AMERICA PRODUCTION COMPANY*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of May, 2012.

                                    /s/ Don K. Haycraft
                                      Don K. Haycraft