# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * * | MDL NO. 2179<br><br>SECTION: J<br><br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |
| Plaisance, *et al.*, individually and on behalf of the Medical Benefits Settlement Class,<br><br>Plaintiffs,<br><br>v.<br><br>BP Exploration & Production Inc., *et al.*,<br><br>Defendants. | * * * * * * * * * * * * * | NO. 12-CV-968<br><br>SECTION: J<br><br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

### [PROPOSED] ORDER DIRECTING AND PERMITTING DISCLOSURE OF DATA TO THE CLAIMS ADMINISTRATOR FOR THE MEDICAL BENEFITS CLASS ACTION SETTLEMENT

Before the Court is the Joint Motion of the Medical Benefits Settlement Class Representatives and BP for Entry of an Order Directing and Permitting Disclosure of Data to the Claims Administrator for the Medical Benefits Class Action Settlement (Rec. Doc. ___).[1] The Court has jurisdiction over these proceedings pursuant to 28 U.S.C. §§ 1331 and 1333 and also

---

[1] Terms with initial capital letters used in this Order have the meanings ascribed to the fully capitalized rendering of such terms in the Medical Benefits Class Action Settlement Agreement, as amended ("Medical Settlement Agreement"), unless otherwise defined herein.

has jurisdiction over the Parties. Having considered the record of these proceedings, the arguments and recommendation of counsel for the moving Parties, and the requirements of law, the Court **GRANTS** the Parties' joint motion as follows:

**IT IS HEREBY ORDERED:**

1. Within 10 days of the entry of this Order, BP shall provide the Claims Administrator with those databases, data files, data collections, and other documentary evidence in its possession, custody, or control identified in Section XXI.B.1 of the Medical Settlement Agreement, which include the following:

    a) The "Medical Encounters" database, which is in Excel format and contains information concerning Clean-Up Workers who visited medic stations funded by BP and made available to Clean-Up Workers;

    b) The underlying documentation and records from which the "Medical Encounters" database was created, which files exist in both pdf format and paper copies;

    c) The database identifying "Badged Workers," which is derived from the "Incident Action Plan" database, is in Excel format, and contains information concerning those individuals who received a badge that allowed them access to areas where Response Activities were taking place;

    d) The "Training" database, which is in Excel format and contains information concerning individuals who received training provided by BP and or/its contractors that was required in order to allow those individuals to be hired as Clean-Up Workers;

    e) Those portions of the "Traction" database, which is in Excel format, that contain information about injuries and illnesses reported by Clean-Up Workers during the performance of Response Activities;

    f) The underlying documentation and records from which those portions of the "Traction" database were created, which documentation and records exist in both pdf format and paper copies;

    g) The "Injury and Illness" database, which is in Excel format and contains information about injuries and illnesses reported by Clean-Up

        Workers during Response Activities;

  h) The underlying documentation and records from which those portions of the "Injury and Illness" database were created, which documentation and records exist in pdf format and paper copies;

  i) Documentation and records, including invoices, containing the identity of organizations that participated in the recovery, transport, and decontamination of wildlife during Response Activities;

  j) Documentation and records identifying contractors retained by BP to perform Response Activities and individuals who performed Response Activities, including "Industrial Hygiene Monitoring" spreadsheets and "Time History Reports" for those who were being monitored;

  k) Documentation and records, including invoices, from ambulance companies; and

  l) "Persons on Board" lists for vessels that were engaged in Response Activities.

2. Where copies of the same material are maintained in multiple formats, BP shall provide the Claims Administrator with at least one copy of such material.

3. To the extent that BP identifies any additional databases, data files, data collections, or other documentary evidence in its possession, custody, or control that will allow the Claims Administrator to determine the status of an individual claiming to be a Clean-Up Worker and/or a claim made by a Clean-Up Worker for compensation for a Specified Physical Condition, BP shall notify Medical Benefits Class Counsel and shall promptly provide such databases, data files, data collections, or other documentary evidence to the Claims Administrator.

4. The Data provided to the Claims Administrator pursuant to this order is to be used only for the purpose of evaluating, processing, and auditing claims by Medical

    Benefits Settlement Class Members for compensation for Specified Physical Conditions or participation in the Periodic Medical Consultation Program.

5. The Claims Administrator may disclose Data provided to it pursuant to this Order pertaining to a person claiming to be a Medical Benefits Settlement Class Member upon its receipt of a completed and signed Data Disclosure Form from that person, or where applicable, the Authorized Representative thereof, pursuant to Section XXI.B.3.b of the Medical Settlement Agreement.

6. The Data provided to the Claims Administrator shall be treated as confidential under the Confidentiality Agreement executed by the Claims Administrator, and the confidentiality provisions contained within Sections VI.E, VII.E, VIII.D, XV, and XXI.B.3 of the Medical Settlement Agreement.

    **SIGNED AND ENTERED** this \_\_\_\_ day of _____, 2012.

    _____
    United States District Judge