UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL NO: 10-2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, ON APRIL 20, 2010 | * | SECTION "J", DIVISION "1" |
| | * | |
| | * | HONORABLE JUDGE BARBIER |
| This document relates to Case No. 11-1432 | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |

**ORDER**

Considering the Motion for Miscellaneous Relief, filed by Grand Isle Shipyard, Inc.;

**IT IS HEREBY ORDERED** that Grand Isle Shipyard, Inc. be and is considered a Clean-Up Defendant in the B3 Bundle, referred to in the B3 Master Complaint (Rec. Docs. 1812 (Amended), 881 (Original)) through the fictitious name "Defendant Corporations A-Z".

**IT IS HEREBY FURTHER ORDERED** that should this Court grant Nalco's Motion for Summary Judgment, dismissing Nalco and the Clean-Up Defendants, it shall have the effect of dismissing Grand Isle Shipyard, Inc. on the same terms.

New Orleans, Louisiana, this _____ day of May, 2012.

_____
HONORABLE CARL J. BARIER
U.S. DISTRICT COURT JUDGE