UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * | CIVIL ACTION NO. 2:10-MDL-02179 |
| | * | SECTION "J" |
| THIS DOCUMENT RELATES TO: CASE NO: 2:10-cv-08888; 2:10-cv-02771 | * * | |
| | * * | JUDGE BARBIER |
| | * | MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR LEAVE TO FILE SHORT FORM JOINDER

Now into Court, through undersigned counsel comes Jerome Soco, identified in the attached Claim In Limitation, who moves this Court to allow the filing of a Short Form Joinder in the limitation proceeding, MDL No. 2179, and as grounds thereof asserts the following:

1. No prejudice will result from the acceptance of this proposed filing;

2. The applicable limitations period for Mr. Soco's claims has not yet run;

3. Claimant/movant Jerome Soco recently contacted undersigned counsel requesting assistance for his personal injuries and damages as a result thereof, caused by the incidents sued upon in the aforementioned proceedings;

4. Claimant/movant was previously unaware of the availability of remedies for his injuries and/or damages relating to the oil spill and, as a result, had not previously sought relief from this Court or representation of counsel, and, therefore, did not previously file with this Court;

Wherefore, for the above-listed reasons, Jerome Soco hereby respectfully requests that this Court grant his Motion For Leave To File Short Form Joinder and deem said Short Form as timely filed in this action.

Respectfully Submitted,

__/s/ Terrence J. Lestelle_____  
Terrence J. Lestelle-8540  
Andrea S. Lestelle-8539  
Jeffrey B. Struckhoff-30173  
Richard M. Morgain-32603  
Lestelle & Lestelle, APLC  
3421 N. Causeway Boulevard, Suite 602  
Metairie, Louisiana 70002  
Telephone: 504-828-1224  
    and  
Martins I. Imudia-24809  
Martins I. Imudia & Associates, APLC  
1100 Poydras Street, Suite 2900  
New Orleans, Louisiana 70163  
Telephone: (504) 885-0015  

**ATTORNEYS FOR JEROME SOCO**

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May 2012, a copy of the foregoing has been served upon counsel of record in this action by electronic service through the Court's CM/ECF.

__/s/ Terrence J. Lestelle _____  
Terrence J. Lestelle
