UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 "J"(1) JUDGE BARBIER MAGISTRATE SHUSHAN |
| **THIS DOCUMENT APPLIES TO:** Case No. 12-311 | * * * * | **JURY TRIAL DEMANDED** |

**LIBERTY INSURANCE UNDERWRITERS, INC.'S**
**MOTION TO ENROLL ADDITIONAL COUNSEL**

Defendant Liberty Insurance Underwriters, Inc. ("Liberty") moves the Court to allow it to enroll additional counsel in this matter, as follows:

1.

Liberty wishes to enroll the following attorneys as additional counsel in this matter:

Christopher W. Martin, Esq.
Federal Bar No. 13515
Texas Bar No. 13057620

Gary L. Pate, Esq.
Federal Bar No. 29713
Texas Bar No. 24029763.

2.

Christopher L. Martin is admitted to practice in the Fifth Circuit Court of Appeals, the Courts of Texas, and is admitted to practice in, and is in good standing in, the United States District Court for the Southern District of Texas. *See* Exh. A.

740688

3.

Gary L. Pate is admitted to practice in the Fifth Circuit Court of Appeals, the Courts of Texas, and is admitted to practice in, and is in good standing in, the United States District Court for the Southern District of Texas. *See* Exh. B.

4.

Accordingly, Liberty requests that this Court grant its motion and enter an Order permitting Christopher W. Martin and Gary L. Pate to be added as additional counsel of record for Liberty Insurance Underwriters, Inc. in this matter.

Respectfully submitted,

*/s/ Judy Y. Barrasso*
Judy Y. Barrasso, 2814
jbarrasso@barrassousdin.com
Celeste, Coco-Ewing, 25002
ccoco-ewing@barrassousdin.com
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
Telephone: 504.589.9700
Facsimile: 504.589.9701

OF COUNSEL:

Christopher W. Martin
Federal I.D. 13515
Gary L. Pate
Federal I.D. 29713
808 Travis, Suite 1800
Houston, Texas 77002
713-632-1700 (Telephone)
713-222-0101 (Facsimile)
And

740688

Paul R. Koepff
Federal I.D. PK8452
CLYDE & CO US LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
212-710-3900 (Telephone)
212-710-3950 (Facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion to Enroll Additional Counsel has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 10th day of May, 2012.

/s/ Judy Y. Barrasso

740688