# EXHIBIT "A"

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA §
§
SOUTHERN DISTRICT OF TEXAS §

I, **David J. Bradley**, Clerk of the United States District Court for the SOUTHERN DISTRICT OF TEXAS

DO HEREBY CERTIFY That **Christopher W. Martin**, Federal ID No. **13515**, was duly admitted to practice in said Court on **November 08, 1991**, and is in good standing as a member of the bar of said Court.

Dated May 1, 2012 at Houston, Texas.

DAVID J. BRADLEY, CLERK

By: _____
Christopher M. Krus
Deputy Clerk



# EXHIBIT "B"

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA §
SOUTHERN DISTRICT OF TEXAS §
§

I, **David J. Bradley**, Clerk of the United States District Court for the SOUTHERN DISTRICT OF TEXAS

DO HEREBY CERTIFY That **Gary Leonard Pate**, Federal ID No. **29713**, was duly admitted to practice in said Court on **November 13, 2001**, and is in good standing as a member of the bar of said Court.

Dated May 1, 2012 at Houston, Texas.

DAVID J. BRADLEY, CLERK

By: Christopher M. Krus
Deputy Clerk

