UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 "J"(1) JUDGE BARBIER MAGISTRATE SHUSHAN |
| THIS DOCUMENT APPLIES TO: Case No. 12-311 | * * * * | **JURY TRIAL DEMANDED** |

## ORDER

Considering Liberty Insurance Underwriters, Inc.'s Motion to Enroll Additional Counsel;

**IT IS ORDERED** that Liberty Insurance Underwriters, Inc.'s Motion to Enroll Additional Counsel is granted and Christopher W. Martin and Gary L. Pate are enrolled as additional counsel of record for Liberty Insurance Underwriters, Inc.

New Orleans, Louisiana, this _____ day of May, 2012.

_____
JUDGE

740688