# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG **"DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010** | MDL NO. 2179 |
| | SECTION: J |
| **This Document Applies to All Cases** | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |

## ORDER

Upon consideration of the Agreed Motion to Correct Page 388 of the May 9, 2011 Deposition Transcript of Alexander John Guide:

**IT IS ORDERED** that:  the court reporting agency of GaudetKaiser is permitted to delete the erroneous page 388 of Mr. Guide's May 9, 2011 transcript and replace it with the court reporter's revised and corrected certified transcription.

New Orleans, Louisiana this 10th day of May, 2012.

_____
United States District Judge