UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | CIVIL ACTION NO. 2:10-MDL-02179 |
| This Document Relates to: 10-8888 | * * * | SECTION "J" JUDGE BARBIER |
| | * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR CLAIMANTS

Now into Court, come counsel of record Martins I. Imudia, Martins I Imudia & Associates, Terrence J. Lestelle, Andrea S. Lestelle, Jeffery B. Struckhoff and Richard M. Morgain, Lestelle & Lestelle, A Professional Law Corporation, who hereby request that they be permitted to withdraw as counsel of record for the following clients in this action in accordance with LR 83.2.11:

| Name | Address | Document No | Telephone No |
|---|---|---|---|
| Aliette Accelus | 1225 Robinson Avenue Marrero, LA 70072 | 47596 | (504) 251-6029 |
| Calistene Lajeune | 535 Wiltz Lane St. New Orleans, LA 70114 | 49064 | (504) 638-2796 |
| Fequiere Cadet | 1921 Killington Drive Harvey, LA 70058 | 52508 | (774) 274-9803 |
| Fritzner Joseph | 1800 Hector Ave, Apt. 16 Terrytown, LA 70056 | 48764 | (504) 784-6022 |

| Name | Address | | Phone |
|---|---|---|---|
| Guerilus Delvoix | 2529 Buccaneer Drive<br>Marrero, LA 70072 | 48667 | (504) 287-6931 |
| Howard Montgomery | 1219 Clearwater Drive<br>Mandeville, LA 70471 | 49125 | (504) 450-2245 |
| Rafael Vado | 3769 West Loyola Dr.<br>Kenner, LA 70065 | 53006 | (504) 810-6205 |
| Jean Clobert Joseph | 1748 Timberlane Estates Drive<br>Harvey, LA 70058 | 48774 | (504) 939-9980 |
| Jeanmarie Desir | 2120 Stumpf Blvd.<br>Gretna, LA 70056 | 48683 | (504) 366-9017 |
| Jodice Joseph | 1919 Faith Place, Apt. D<br>Gretna, LA 70056 | 48602 | (504) 342-6908 |
| John David Lyall | 3100 Fern Street<br>New Orleans, LA 70125 | 52801 | (504) 814-0415 |
| Joseph Parks | 336 Brian Grove St.<br>Gretna, LA 70056 | 49521 | (504) 913-8210 |
| Lemoine Saintal | 2408 Park Lane<br>Gretna, LA 70056 | 49727 | (504) 723-7704 |
| Louis R. Cutrer | 12006 River Road<br>St. Rose, LA 70087 | 48172 | (504) 251-4894 |

| Name | Address | | |
|---|---|---|---|
| Marie Dely | 2529 Buccaneer Drive<br>Marrero, LA 70072 | 48678 | (504) 939-9495 |
| Marie Esther Cadet | 1921 Killington Drive<br>Harvey, LA 70058 | 48198 | (504) 914-3917 |
| Marie Y. Prophete | 259 West Park Court<br>New Orleans, LA 70114 | 70929 | (504) 610-1866 |
| Mario Hilaire | 500 Wall Blvd., Apt. 206<br>Gretna, LA 70056 | 48827 | (504) 800-0446 |
| Martin Nwubah | 8721 Morrison Road<br>New Orleans, LA 70127 | 49304 | (504) 872-0308 |
| Maryse Noel | 1943 Faith Place<br>Terrytown, LA 70056 | 452857 | (504) 464-4347 |
| Micanor Camille | 2113 N. Village Green St.<br>Harvey, LA 70058 | 48160 | (504) 638-3365 |
| Patrique Charles | 425 Sugar Pine Drive<br>Gretna, LA 70056 | 48648 | (504) 701-2283 |
| Pierre Beneche | 1919 Faith Place, Apt. D<br>Terrytown, LA 70056 | 48533 | (504) 710-5118 |
| Pierre Charles | 1913 7th Street, Apt. 8<br>New Orleans, LA 70115 | 48635 | (504) 906-1028 |

| Name | Address | ID | Phone |
|---|---|---|---|
| Quennell Foster | 1907 Hempsted Street<br>Slidell, LA 70461 | 52687 | (504) 265-5950 |
| Shah Nawaz Malik | 3804 Haring Road<br>Metairie, LA 70006 | 49797 | (504) 339-5646 |
| Salomon St. Sauveur | 3021 Concordia Drive<br>La Place, LA 70068 | 49526 | (504) 224-2471 |
| Tejan Jallow | 3522 Vespasian Blvd., Apt. 128<br>New Orleans, LA 70114 | 48804 | (504) 451-7800 |
| Vilcene Nicolas | 2136 Missle Street<br>Harvey, LA 70058 | 49178 | (504) 228-3306 |
| Yves Toussaint | 669 Taylorbrook Drive<br>Gretna, LA 70056 | 49733 | (504) 400-2379 |
| Julien Dufrene | 2445 Knightway Drive<br>Gretna, LA 70056 | 48178 | (504) 575-6449 |
| Mark Mid City Service, Inc. | 4400 Sedan Street<br>Metairie, LA 70003 | 55285 | (504) 456-9291 |
| Bettsie Lafaille | 600 Deerfield Road<br>Apt. 604<br>Gretna, LA 70056 | 52760 | (504) 609-4552 |

| Name | Address | | Phone |
|---|---|---|---|
| Gustavo Erazo | 3616 E. Loyola Dr. Kenner, LA 70065 | 52588 | (504) 390-6201 |
| Warren Taylor | 2325 Jackson Ave. New Orleans, LA 70113 | 52986 | (504) 210-7600 |
| Aaron Washington | 2734 Wabash Street New Orleans, LA 70114 | 58143 | (504) 281-3848 |
| John Williams | 59250 Amber Street Slidell, LA 70461 | 49765 | (504) 643-3078 |
| Mohammed E. Mohammed | 3420 Edenborn Ave. Metairie, LA 70002 | 52838 | (504) 701-6740 |
| Jannyn Erazo | 13 Incarnate Word Drive Kenner, LA 70065 | 52598 | (504) 908-9115 |
| George Green | 2222 Onzaga Street New Orleans, LA 70119 | 52680 | (504) 259-8076 |
| Betty Pierre | 753 Carrollton Gretna, LA 70056 | 52680 | (504) 537-6285 |
| Bibekanada Bepary | 627 Mandeville New Orleans, LA 70117 | 60698 | (504) 339-8852 |

Clients have received letters notifying them of deadlines and pending court appearances in the above-entitled action(s).

        Respectfully Submitted,

 s/ Martins I. Imudia_____
Martins I. Imudia-24809
Martins I. Imudia & Associates, APLC
3105 David Drive
Metairie, Louisiana  70003
Telephone:  (504) 885-0015
      and
Terrence J. Lestelle-8540
Andrea S. Lestelle-8539
Jeffrey B. Struckhoff-30173
Richard M. Morgain-32603
Lestelle & Lestelle, APLC
3421 N. Causeway Boulevard, Suite 602
Metairie, Louisiana 70002
Telephone: 504-828-1224

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    I hereby certify that on this  10th  day of   May   2012, a copy of the foregoing has been served upon client and counsel of record in this action by electronic service through the Court's CM/ECF.

 s/ Martins I. Imudia_____
Martins I. Imudia