UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>This Document Relates to: 10-888 | *  CIVIL ACTION<br>*  NO. 2:10-MDL-02179<br>*<br>*  SECTION "J"<br>*<br>*  JUDGE BARBIER<br>*<br>*  MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record for

| | |
|---|---|
| Aliette Accelus (47596), | Martin Nwubah (49304), |
| Calistene Lajeune (49064), | Maryse Noel (452857), |
| Fequiere Cadet (52508), | Micanor Camille (48160), |
| Fritzner Joseph (48764), | Patrique Charles (48648), |
| Guerilus Delvoix (48667), | Pierre Beneche (48533), |
| Howard Montgomery (49125), | Pierre Charles (48635), |
| Rafael Vado (53006), | Quennell Foster (52687), |
| Jean Clobert Joseph (48774), | Shah Nawaz Malik (49797), |
| Jeanmarie Desir (48683), | Salomon St. Sauveur (49526), |
| Jodice Joseph (48602), | Tejan Jallow (48804), |

| | |
|---|---|
| John David Lyall (52801), | Vilcene Nicolas (49178), |
| Joseph Parks (49521), | Yves Toussaint (49733), |
| Lemoine Saintal (49727), | Julien Dufrene (48178), |
| Louis R. Cutrer (48172), | Mark Mid City Service, Inc. (55285), |
| Marie Dely (48678), | Bettsie Lafaille (52760), |
| Marie Esther Cadet (48198), | Gustavo Erazo (52588), |
| Warren Taylor (52986), | Jannyn Erazo (52598), |
| Aaron Washington (58143), | George Green (52680), |
| John Williams (49765), | Mohammed E. Mohammed (52838), |
| Betty Pierre (52680), and | Bibekanada Bepary (60698). |

**IT IS ORDERED** that Martins I. Imudia, Martins I Imudia & Associates, Terrence J. Lestelle, Andrea S. Lestelle, Jeffery B. Struckhoff, and Richard M. Morgain, Lestelle & Lestelle, A Professional Law Corporation, are hereby withdrawn as counsel of record for

| | |
|---|---|
| Aliette Accelus (47596), | Martin Nwubah (49304), |
| Calistene Lajeune (49064), | Maryse Noel (452857), |
| Fequiere Cadet (52508), | Micanor Camille (48160), |

| | |
|---|---|
| Fritzner Joseph (48764), | Patrique Charles (48648), |
| Guerilus Delvoix (48667), | Pierre Beneche (48533), |
| Howard Montgomery (49125), | Pierre Charles (48635), |
| Rafael Vado (53006), | Quennell Foster (52687), |
| Jean Clobert Joseph (48774), | Shah Nawaz Malik (49797), |
| Jeanmarie Desir (48683), | Salomon St. Sauveur (49526), |
| Jodice Joseph (48602), | Tejan Jallow (48804), |
| John David Lyall (52801), | Vilcene Nicolas (49178), |
| Joseph Parks (49521), | Yves Toussaint (49733), |
| Lemoine Saintal (49727), | Julien Dufrene (48178), |
| Louis R. Cutrer (48172), | Mark Mid City Service, Inc. (55285), |
| Marie Dely (48678), | Bettsie Lafaille (52760), |
| Marie Esther Cadet (48198), | Gustavo Erazo (52588), |
| Warren Taylor (52986), | Jannyn Erazo (52598), |
| Aaron Washington (58143), | George Green (52680), |
| John Williams (49765), | Mohammed E. Mohammed (52838), |
| Betty Pierre (52680), and | Bibekanada Bepary (60698). |

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
**U.S. DISTRICT COURT JUDGE**