# CONFERENCE ATTENDANCE RECORD

DATE: 5-12-12     TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

DISCOVERY STATUS CONFERENCE  Phase II

☞ **PRINT LEGIBLY**

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Steve Luxton | M-I |
| Robert E. Guidry | Anadarko |
| Tony Fitch | " |
| Don Godwin | Halliburton |
| Alan York | " |
| Sean Fleming | " |
| Gwen Richard | " |
| Stefanie Major | " |
| Lauren Mitchell | " |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| David Jones | CAM |
| Brian Barr | PSC |
| David Baay | TO |
| Luis Li | TO |
| Denise Scofield | MI LLC |
| Sharon Shutler | DOJ |
| Steve O'Rourke | U.S.A. |
| Don Haycraft | BP |
| Carmelite Bertaut | Cameron |
| Ryan Babiuch | BP |
| Doug Kraus | Louisiana |
| Steve Herman | Plaintiffs |
| Corey Maze | Alabama |
| Win Sinclair | Alabama |
| Anthony Irpino | PSC |
|  |  |
|  |  |

**Friday, May 11, 2012**
**MDL 2179 - Phase Two Discovery Conference**

Mike Petrino w/ BP

Ben Mayeaux w/ Airborne Support

Tom Mariani w/ DOJ

Mark Nomelini w/ BP

Joe Eisert w/ BP

Tom Benson w/ DOJ

Neal Nazareth w/ Plaquemines Parish

Bill Stradley w/ MDL 2185