# COURT RECORD LOAN FORM
## U.S. DISTRICT COURT

Appeal #30136

*This portion remains with Court Records*

No. MD 10-2179 J #10-1768 cw 10-2454 Short Title IN RE: OIL SPILL (BP) Date 4-13-12 5-9-12

To: Don Haycraft / Liskow & Lewis
Name
One Shell Sq., 701 Poydras St. Ste. 5000
Address
NO, LA. 70139
City  State  Zip
Contact Kelly (504) 299-6110

**Documents Enclosed:**
- ✓ Record Vols: 2 vols.
- ✓ Transcripts 18 w/ Supp #5 & 4 w/Supp #6
- ☐ Exhibits ☐ Env.
- ☐ Box:
- ✓ Supp. Record Vols. #1 - 9 vols, #2 - 2 vols, #3 - 2 vols, #4 - 4 vols, #5 - 4 vols & #6 - 5 vols
- ☐ Second Supp. Record Vols.

Complete the area below and return this form along with the documents to 5th Circuit.

**KEEP EXHIBITS IN ORIGINAL BOXES**

**Attorney Return:**
**Send Record with Brief of Appellee to 5th Circuit**

TO: CLERK, 5TH CIRCUIT

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAY 10 2012
LORETTA G. WHYTE
CLERK

- ☐ Record Vols.
- ☐ Supp. Record Vols.
- ☐ Exhibits ☐

Records listed above are returned to Clerk

ATTORNEY NAME
DATE

---

Clerk's Receipt: To be completed by 5th Circuit Clerk's Office and forwarded to person in previous section

No. _____ Short Title _____

EASTERN DISTRICT OF LOUISIANA

- ☐ Record Vols.
- ☐ Supp. Record Vols.
- ☐ Exhibits ☐

Records listed above have been received by Clerk

NAME
DATE

---

Attorney Forwarding Receipt:
If documents are forwarded to another person, complete the section below, detach and return it to: **District Court Clerk's Office**.

No. _____ Short Title _____

TO: CLERK, U.S. DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

- ☐ Record Vols.
- ☐ Supp. Record Vols.
- ☐ Exhibits ☐

Records listed above have been forwarded to:

ATTORNEY NAME
ADDRESS
CITY, STATE, ZIP
SIGNED
DATE

---

Attorney Receipt: The area below is to be completed by Original Recipient.
Upon receipt of documents, detach this portion and forward it to **District Court Clerk's Office**.

No. _____ Short Title _____

TO: CLERK, U.S. DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

- ☐ Record Vols.
- ☐ Supp. Record Vols.
- ☐ Exhibits ☐

Case records listed above received by:

JUDGE/ATTY NAME
DATE