# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig          **MDL NO. 2179**
       "Deepwater Horizon" in the Gulf
       of Mexico, on April 20, 2010       **SECTION J**

**Applies to:** *All Cases*             **JUDGE BARBIER**
                        **MAGISTRATE JUDGE SHUSHAN**

## ORDER

**[Regarding Completion of Phase Two Document Production for the U.S. and BP][1]**

This order supersedes all prior orders relating to the production of documents and privilege logs by the U.S. and BP and the resolution of challenges by **any party** to privilege assertions by BP and the U.S.  This order applies to Source Control and Quantification of Discharge ("Quantification") documents as those two terms are defined by PTO no. 41 (Rec. doc. 4083).

All issues relating to Phase Two documents, including production of all documents and resolution of challenges to privilege log entries (including appeals) shall be completed, in accordance with PTO no. 16 and the Court's order of October 19, 2011 (Rec. doc. 4364), by **Wednesday, August 15, 2012.**  This deadline applies solely to responses to written discovery timely served on or before April 1, 2012.

Depositions for Phase Two shall begin on **Monday, September 10, 2012**, or earlier as agreed by the Parties or by Court order.

---

[1]  The Court has concluded that the time has passed for challenging Phase One-related privilege log entries, with the exception of any new Phase One entries on privilege logs served by any party on April 20, 2012 or thereafter.  The Court will entertain challenges to this limited subset of privilege log entries related to Phase One so long as they are timely presented under the deadlines for challenges to Phase Two entries established by this Order.

The "13,800 Entries" refers to BP's Excel spreadsheets with approximately 13,800 entries for deliberative process privilege taken from the United States' pre-April 20, 2012 privilege logs which BP believes relate to Quantification.

This order does not apply to the production of documents by Woods Hole Oceanographic Institute ("WHOI") and other non-parties.[2]

### Deadline for Production by the U.S.

05/31/12        Production of all documents and privilege logs by the U.S., including documents from the U.S. Coast Guard, as explained below and in footnote 3.[3]

All documents shall be produced by May 31 except for documents identified on privilege logs served on May 31.  **There will be no extensions of the May 31 deadline**.  If the U.S. is unable to complete the preparation of privilege logs by May 31, the documents shall be produced subject to the right of the U.S. to request clawback of the documents.

### Privilege Challenge Briefing

This paragraph controls the briefing process for any privilege log challenges under this Order.  All parties challenging a particular party's logs shall file a joint brief as to each category of asserted privilege, i.e., attorney-client privilege, not to exceed 10 pages.  If the challenging

---

[2]   The parties identified at least the following as non-parties who may be deposed during Phase Two:  Cudd Well Control; Exxon/Mobil; Oceanneering; DNV; RRB; Wild Well; Schlumberger;  Stress Engineering; Pencor; and Statoil.  National labs also worked on source control and quantification issues. Their documents are being produced by the U.S.  For the purpose of this order, they are considered as agencies of the U.S.

[3]   There are three aspects of the United States' production that will follow after the May 31, 2012 deadline:
   1.        Custodial information overlays for Coast Guard documents will follow within five days of May 31, 2012.
   2.        The United States will produce documents from recollection of certain Department of Energy custodians pursuant to a process to be developed that will necessarily extend beyond May 31, 2012.
   3.        The United States anticipates having to perform some privilege clawback and QA/QC of

parties cannot agree on a joint brief, each individual challenger's brief shall not exceed five pages.  The party opposing the challenge shall be allowed 10 pages to respond.  Any replies shall not exceed three pages.

### 13,800 Entries

05/15/12        The U.S. shall: (1) complete its review of the 13,800 Entries; (2) produce all documents for which the U.S. withdraws its claim of deliberative process privilege; and (3) submit declarations for all documents for which it maintains its claim of privilege.[4]

05/21/12        BP and the U.S. shall submit a joint proposal for the completion by **Monday, June 11, 2012,** for the briefing of any remaining challenges to deliberative process entries on the 13,800 Entries.  If they are unable to agree on a joint proposal, then within the same deadline they shall submit separate proposals.

---

its privilege logs after May 31, 2012.

[4]  This deadline was set in the April 12, 2012 order regarding deliberative process privilege.  See Rec. doc. 6228.  On Thursday, May 3, the U.S. reported that it will divide the list(s) into the following categories:  (1) entries for documents which are not relevant to MDL 2179; (2) documents protected from disclosure by privileges other than deliberative process; (3) documents relating to Phase One; (4) documents relating to Phase Two; and (5) documents relating to later phases.  Any challenges to the U.S. assertions of privilege other than deliberative process for the 13,800 will be handled as part of Schedule II.

## Schedule I

This Schedule I applies to privilege logs served before May 1, 2012.

| | |
|---|---|
| 05/11/12 | BP and the U.S. shall identify documents on the Schedule I Privilege Logs that relate to Quantification. |
| 05/21/12 | The MDL 2179 parties will serve any challenges to entries related to Phase 2 issues on the Schedule I Privilege Logs (aside from the 13,800 Entries). |
| 05/28/12 | Deadline for the applicable parties to meet and confer on the May 21, 2012 challenges. |
| 06/04/12 | The challenging parties will file any briefing on the privilege claims remaining in dispute, along with lists of representative documents (not to exceed 50 documents per type of privilege challenged) for *in camera* review.  In selecting documents for *in camera* review, all challenging parties will confer and coordinate among themselves and agree on the same 50-document (or less) set. |
| 06/12/12 | The parties shall submit responses to the June 4, 2012 filings along with *in camera* submission of the selected documents identified by the challenger(s) in the June 4, 2012 filings. |
| 06/18/12 | The parties shall submit replies in support of the June 4, 2012 filings.  The Court will rule as promptly as possible.[5] |
| 07/20/12 | Completion of REV for Schedule I Privilege Logs. |

---

[5] Thereafter, the U.S. and BP will be required to produce further samples of any entries they contend are not required to be produced as a result of the Court's rulings so that the Court can determine that they are properly extrapolating the rulings on the samples to the remaining documents.  The process of ruling, extrapolation and verification is referred to as ("REV").

### Schedule II

This Schedule II applies to privilege logs served on or after May 1, 2012.  For Schedule II privilege logs, the identification of documents that relate to Quantification shall be made at the time the logs are served.

06/11/12    The MDL 2179 parties will serve any challenges to entries related to Phase 2 issues on the Schedule II Privilege Logs.

06/18/12    Deadline for the applicable parties to meet and confer on the June 11, 2012 challenges.

06/25/12    The challenging parties will file any briefing on the privilege claims remaining in dispute, along with lists of representative documents (not to exceed 50 documents per type of privilege challenged) for *in camera* review.  In selecting documents for *in camera* review, all challenging parties will confer and coordinate among themselves and agree on the same 50-document (or less) set.

07/2/12     The parties shall submit responses to the June 25, 2012 filings along with *in camera* submission of the selected documents identified by the challenger(s) in the June 25, 2012 filings.

07/9/12     The parties shall submit replies in support of the June 25, 2012 filings.  The Court will rule as promptly as possible.

08/13/12    Completion of REV for Schedule II Privilege Logs.

**The deadline for any appeal of this order is Tuesday, May 15, 2012.  The effect of this Order will not be suspended pending appeal except by order of Judge Barbier.**

New Orleans, Louisiana, this 11th day of May, 2012.

_____

**SALLY SHUSHAN**
**United States Magistrate Judge**