IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179 <br><br> SECTION: J |
| This document relates to: | * * | HONORABLE CARL J. BARBIER |
| 12-cv-968, Plaisance, *et al.* v. BP Exploration & Production Inc., *et al.* | * * * | MAGISTRATE JUDGE SHUSHAN |
| and | * * | |
| 12-cv-970, Bon Secour Fisheries, Inc., *et al.* v. BP Exploration & Production Inc., *et al.* | * * | |

**JOINT MOTION FOR (1) ESTABLISHMENT OF A COMMON BENEFIT FEE AND COST FUND PURSUANT TO THE ECONOMIC AND PROPERTY DAMAGES AND THE MEDICAL BENEFITS CLASS ACTION SETTLEMENT AGREEMENTS; AND (2) APPROVAL OF THE PAYING AGENT AGREEMENTS PURSUANT TO THE ECONOMIC AND PROPERTY DAMAGES AND THE MEDICAL BENEFITS CLASS ACTION SETTLEMENT AGREEMENTS; AND CLASS REPRESENTATIVES' MOTION FOR (3) APPOINTMENT OF ESCROW AGENT FOR THE COMMON BENEFIT FEE AND COST FUND AND (4) APPOINTMENT OF <u>ADMINISTRATOR OF THE COMMON BENEFIT FEE AND COST FUND</u>**

The Economic and Property Damages and Medical Benefits Class Representatives and BP Exploration & Production Inc. and BP America Production Company ("BP") respectfully request that the Court grant their joint motion for (1) establishment of a Common Benefit Fee and Cost Fund ("Common Benefit Fund") pursuant to the Economic and Property Damages Settlement Agreement ("Economic Settlement Agreement") and Medical Benefits Class Action Settlement Agreement ("Medical Settlement Agreement") (collectively, the "Settlement Agreements"); and (2) approval of Paying Agent Agreements pursuant to the Settlement Agreements.  Further, the Class Representatives move, without objection from BP, for the Court to (3) appoint JPMorgan Chase Bank, N.A. as Escrow Agent of the Common Benefit Fund and

(4) appoint Philip A. Garrett, CPA, of Bush, Louisiana, as administrator of the Common Benefit Fund.

For the reasons stated in the accompanying memorandum, the Parties therefore respectfully request that the Court (1) order that a separate Common Benefit Fund be established; (2) find and hold that the Common Benefit Fund is a qualified settlement fund under Section 468(d)(2) of the Internal Revenue Code and Treasury Regulation Section 1.468B–1; (3) retain continuing jurisdiction over the Common Benefit Fund, its Administrator, and its Escrow Agent; (4) order that the fund be operated under the supervision and control of the Court; (5) find and hold that BP will be discharged from liability regarding payment of attorneys' fees and costs by paying into the Fund as required pursuant to Section 5.16 of the Economic Settlement Agreement, Section XXII.S of the Medical Settlement Agreement, and the respective Fees and Costs Exhibits; (6) find and hold that BP and the Released Parties shall have no responsibility, obligation or liability of any kind whatsoever with respect to the establishment or operation of the Common Benefit Fund, or how the Common Benefit Fund is operated or allocated among any counsel for the Economic Class or Medical Class; (7) approve the Paying Agent Agreement for the Economic Settlement Agreement, substantially in the form of Exhibit 1 to the accompanying Memorandum, under Section 5.12.1.7 of the Economic Settlement Agreement; and (8) approve the Paying Agent Agreement for the Medical Settlement Agreement, substantially in the form of Exhibit 2 to the accompanying Memorandum, under Section XXII.O of the Medical Settlement Agreement.  Further, the Class Representatives request (without objection from BP) that the Court (9) appoint JPMorgan Chase Bank, N.A. as Escrow Agent of the Common Benefit Fund; and (10) appoint Philip A. Garrett, CPA, of Bush, Louisiana as administrator of the Common Benefit Fund.

May 11, 2012                                                                          Respectfully submitted,

| | |
|---|---|
| */s/ Stephen J. Herman* | */s/ James Parkerson Roy* |
| Stephen J. Herman, La. Bar No. 23129 | James Parkerson Roy, La. Bar No. 11511 |
| HERMAN HERMAN KATZ & COTLAR LLP | DOMENGEAUX WRIGHT ROY & EDWARDS LLC |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhkc.com | E-Mail: jimr@wrightroy.com |
| *Lead Class Counsel* | *Lead Class Counsel* |

## ADDITIONAL CLASS COUNSEL

| | |
|---|---|
| Joseph F. Rice | Conrad S.P. "Duke" Williams |
| MOTLEY RICE LLC | WILLIAMS LAW GROUP |
| 28 Bridgeside Blvd. | 435 Corporate Drive, Suite 101 |
| Mount Pleasant, SC 29464 | Maison Grand Caillou |
| Office: (843) 216-9159 | Houma, LA 70360 |
| Telefax: (843) 216-9290 | Office: (985) 876-7595 |
| E-Mail: jrice@motleyrice.com | Telefax: (985) 876-7594 |
| | E-Mail: duke@williamslawgroup.org |
| Brian H. Barr | Robin L. Greenwald |
| LEVIN, PAPANTONIO, THOMAS, MITCHELL, ECHSNER & PROCTOR, PA | WEITZ & LUXENBERG, PC |
| | 700 Broadway |
| 316 South Baylen St., Suite 600 | New York, NY 10003 |
| Pensacola, FL 32502-5996 | Office: (212) 558-5802 |
| Office: (850) 435-7045 | Telefax: (212) 344-5461 |
| Telefax: (850) 436-6187 | E-Mail: rgreenwald@weitzlux.com |
| E-Mail: bbarr@levinlaw.com | |

Jeffrey A. Breit
BREIT DRESCHER IMPREVENTO &
WALKER, P.C.
999 Waterside Drive, Suite 1000
Norfolk, VA 23510
Office:  (757) 670-3888
Telefax: (757) 670-3895
E-Mail: jbreit@bdbmail.com

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Office:  (415) 956-1000
Telefax: (415) 956-1008
E-Mail:  ecabraser@lchb.com

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA &
TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA  70037
Office:  (504) 394-9000
Telefax: (504) 394-9110
E-Mail:  pcossich@cossichlaw.com

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL  36660
Office:  (251) 471-6191
Telefax: (251) 479-1031
E-Mail:  rtc@cunninghambounds.com

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399
E-Mail:  mike@mikespy.com

Rhon E. Jones
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P. C.
218 Commerce St., P.O. Box 4160
Montgomery, AL 36104
Office:  (334) 269-2343
Telefax: (334) 954-7555
E-Mail:  rhon.jones@beasleyallen.com

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU & SOUTH,
LLP
501 Broad Street
Lake Charles, LA  70601
Office:  (337) 439-0707
Telefax: (337) 439-1029
E-Mail:  mlundy@lundylawllp.com

Michael C. Palmintier
deGRAVELLES, PALMINTIER,
HOLTHAUS & FRUGE'
618 Main Street
Baton Rouge, LA  70801-1910
Office:  (225) 344-3735
Telefax: (225) 344-0522
E-Mail:  mpalmintier@dphf-law.com

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW &
ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA  70130
Office:  (504) 588-1500
Telefax:  (504) 588-1514
E-Mail:  sterbcow@lksalaw.com

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Office:  (214) 521-3605
Telefax: (214) 599-1172
E-Mail:  ssummy@baronbudd.com

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA  70726
Office:  (225) 664-4193
Telefax: (225) 664-6925
E-Mail:  calvinfayard@fayardlaw.com

Mikal C. Watts
WATTS GUERRA CRAFT, LLP
Four Dominion Drive, Building 3, Suite 100
San Antonio, TX 78257
Office: (210) 447-0500
Telefax: (210) 447-0501
E-Mail:  mcwatts@wgclawfirm.com

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: (305) 476-7400
Telefax: (305) 476-7444
E-Mail:  ervin@colson.com

| | |
|---|---|
| James J. Neath | */s/ Richard C. Godfrey, P.C.* |
| Mark Holstein | Richard C. Godfrey, P.C. |
| BP AMERICA INC. | J. Andrew Langan, P.C. |
| 501 Westlake Park Boulevard | Andrew B. Bloomer, P.C. |
| Houston, TX  77079 | Elizabeth A. Larsen |
| Telephone:  (281) 366-2000 | KIRKLAND & ELLIS LLP |
| Telefax:  (312) 862-2200 | 300 North LaSalle Street |
| | Chicago, IL  60654 |
| Ellen K. Reisman | |
| ARNOLD & PORTER LLP | Jeffrey Bossert Clark |
| 777 South Figueroa Street | KIRKLAND & ELLIS LLP |
| Los Angeles, CA 90017-5844 | 655 Fifteenth Street, N.W. |
| | Washington, D.C. 20005 |
| James P. Joseph | */s/ Don K. Haycraft* |
| Ethan P. Greene | Don K. Haycraft (Bar #14361) |
| ARNOLD & PORTER LLP | R. Keith Jarrett (Bar #16984) |
| 555 Twelfth Street, NW | LISKOW & LEWIS |
| Washington, DC 20004-1206 | 701 Poydras Street, Suite 5000 |
| | New Orleans, Louisiana 70139 |
| *Of Counsel* | Telephone:  (504) 581-7979 |
| | Telefax:  (504) 556-4108 |
| | |
| | Robert C. "Mike" Brock |
| | COVINGTON & BURLING LLP |
| | 1201 Pennsylvania Avenue, NW |
| | Washington, DC 20004 |
| | Telephone:  (202) 662-5985 |
| | Telefax:  (202) 662-6291 |

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of May, 2012.

/s/ Don K. Haycraft