IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | *<br>*<br>*<br>*<br>* | MDL NO. 2179<br><br>SECTION: J |
| This document relates to: | *<br>* | HONORABLE CARL J. BARBIER |
| 12-cv-968, Plaisance, *et al.* v. BP Exploration & Production Inc., *et al.* | *<br>*<br>* | MAGISTRATE JUDGE SHUSHAN |
| and | *<br>* | |
| 12-cv-970, Bon Secour Fisheries, Inc., *et al.* v. BP Exploration & Production Inc., *et al.* | *<br>*<br>* | |

**[PROPOSED] ORDER (1) ESTABLISHING A COMMON BENEFIT FEE AND COST FUND PURSUANT TO THE ECONOMIC AND PROPERTY DAMAGES AND THE MEDICAL BENEFITS CLASS ACTION SETTLEMENT AGREEMENTS; (2) APPROVING THE PAYING AGENT AGREEMENTS PURSUANT TO THE ECONOMIC AND PROPERTY DAMAGES AND THE MEDICAL BENEFITS CLASS ACTION SETTLEMENT AGREEMENTS; (3) APPOINTING ESCROW AGENT FOR THE COMMON BENEFIT FEE AND COST FUND; AND (4) APPOINTING <u>ADMINISTRATOR OF THE COMMON BENEFIT FEE AND COST FUND</u>**

Before the Court is the Joint Motion of the Economic and Property Damages and Medical Benefits Class Representatives and BP Exploration & Production Inc. and BP America Production Company ("BP") for (1) Establishment of a Common Benefit Fee and Cost Fund ("Common Benefit Fund") pursuant to the Economic and Property Damages Settlement Agreement ("Economic Settlement Agreement") and the Medical Benefits Class Action Settlement Agreement ("Medical Settlement Agreement") (collectively, the "Settlement Agreements") and (2) Approval of Paying Agent Agreements pursuant to the Settlement Agreements, as well as the Class Representatives' unopposed request for (3) appointment of Escrow Agent of the Common Benefit Fee and Cost Fund and (4) appointment of Administrator of the Common Benefit Fund.

Having considered the record of these proceedings, the arguments and recommendations of counsel for the moving parties, and the requirements of law, the Court **GRANTS** the parties' motions as follows:

**IT IS HEREBY ORDERED**:

1. The Court approves the establishment of a separate Common Benefit Fund pursuant to the terms of the Settlement Agreements.

2. The Court finds and holds that the Common Benefit Fund is a qualified settlement fund under Section 468(d)(2) of the Internal Revenue Code and Treasury Regulation Section 1.468B–1.

3. The Court will retain continuing jurisdiction over the Common Benefit Fund (and its Escrow Agent and Administrator), which will be operated under the supervision and control of the Court.

4. The Court finds and holds that BP will be discharged from liability regarding payment of common benefit attorneys' fees and costs by paying into the Fund as required pursuant to (a) Section 5.16 of the Economic Settlement Agreement and Exhibit 27 thereof; and (b) Section XXII.S of the Medical Settlement Agreement and Exhibit 19 thereof.

5. The Court finds and holds that BP and the Released Parties shall have no responsibility, obligation or liability of any kind whatsoever with respect to the establishment or operation of the Common Benefit Fund, or how the Common Benefit Fund is allocated among any counsel for the Economic and Property Damages Class or the Medical Class.

6. The Court approves the Paying Agent Agreement substantially in the form of Exhibit 1 to the Parties' Memorandum, consistent with Section 5.12.1.7 of the Economic Settlement Agreement.

7. The Court approves the Paying Agent Agreement substantially in the form of Exhibit 2 to the Parties' Memorandum, consistent with Section XXII.O of the Medical Settlement Agreement.

8. The Court appoints JPMorgan Chase Bank, N.A. as Escrow Agent of the Common Benefit Fund, pursuant to an escrow agreement that is satisfactory to the Class Representatives.

9. The Court appoints Philip A. Garrett, CPA, of Bush, Louisiana as administrator of the Common Benefit Fund within the meaning of Treasury Regulation section 1.468B-2(k)(3), and he shall be responsible for the undertakings specified in the regulations promulgated under section 468B of the Code, including, but not limited to, filing of all required federal, state or local tax and information returns.

10. No monies or other assets of the Common Benefit Fund shall be paid out, disbursed, encumbered or assigned except upon order of this Court expressly authorizing same; and nothing herein shall prevent the Administrator from instructing the Escrow Agent to prudently invest the monies in the Common Benefit Fund or the Escrow Agent from acting accordingly.

**IT IS SO ORDERED.**

New Orleans, Louisiana, this ____ day of May, 2012.

_____
United States District Judge