UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO.: 2179 |
| | SECTION:  J |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER |
| Case No.: 2:10-cv-08888, [Rec. Doc. 62518]; 2:10-cv-02771 | MAG. JUDGE SHUSHAN |

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, undersigned counsel moves this Court for an order withdrawing the Dugan Law Firm, APLC as counsel of record for Plaintiff, Richard A. Zschiedrich. In support thereof, Movants would show:

1.  On or about February 9, 2011, Plaintiff retained the law firm, The Dugan Law Firm, to serve as counsel with regards to any and all claims Plaintiff had arising out of the Deepwater Horizon Oil Spill on April 20, 2010.

2.  On or about April 19, 2011, the undersigned filed a Short Form Joinder on behalf of Plaintiff, [Rec. Doc. 62518].

3.  Upon further review of Plaintiff's case and after several discussions with the Plaintiff, the parties agreed to terminate their relationship. Upon information and belief, the Plaintiff has consulted with another attorney regarding possible representation and at this time, the Dugan Law Firm as counsel of record now requests this Court to allow its withdrawal from representation of Richard A. Zschiedrich in this case.

4.  Considering the parties have agreed to terminate their relationship and Plaintiff has chosen to represent himself in this matter and/or hire other legal counsel, neither he nor any other party will be prejudiced by Movants' withdrawal of counsel.

5.      The current mailing address of Plaintiff is 56057 Red Mill Road, Slidell, Louisiana 70461.

WHEREFORE, undersigned counsel moves this Court for an Order allowing the withdrawal of the Dugan Law Firm, APLC as counsel of record for Plaintiff in the above captioned case.

Dated: May 14, 2012

                                        Respectfully submitted,

By:

**THE DUGAN LAW FIRM**

/s/ David B. Franco
David B. Franco (Tx Bar No. 24072097)
James R. Dugan, II (La Bar No. 24785)
One Canal Place
365 Canal Street, Suite 1000
New Orleans, Louisiana 70130
Telephone: (504) 648 0180
Facsimile: (504) 648 0181

*Counsel for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Motion to Withdraw as Counsel has been filed electronically with the Clerk of Court using the CM/ECF system and served on all counsel through Lexis Nexis File & Serve, electronic mail, facsimile, and/or U.S. Mail. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via U.S. Mail, postage prepaid and properly addressed, on the others listed below on this 14th day of May 2012.

Mr. Richard A. Zschiedrich
56057 Red Mill Road
Slidell, LA 70461

/s/ David B. Franco
David B. Franco, Esq.