UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEDICO ON APRIL 20, 2010. | * * * * * | MDL 2179 |
| | * | JUDGE BARBIER |
| | * | SECTION "J" |
| Member case: Duong et. al. v. BP American Production Company et al; 12-814 | * * * | MAGISTRATE JUDGE WILKINSON |
| | * | MAG. DIV. 2 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

**UNOPPOSED *EX PARTE* MOTION AND INCORPORATED MEMORANDUM FOR EXTENSION OF TIME WITHIN WHICH TO FILE RESPONSIVE PLEADINGS**

Defendants BP America Production Company, BP Exploration and Production, Inc., DRC Emergency Services, LLC and Danos and Curole Marine Contractors, LLC (collectively, "Defendants") move the Court for an extension of time to file responsive pleadings to the plaintiffs' complaint. For the reasons set forth below, this motion should be granted.

**I.**

As outlined in the Court's recent minute entry (Rec. Doc. 6), BP intends to file a motion to stay this case in light of the tentative MDL settlement because it may impact cases like this one. That motion will be decided by Judge Barbier.

**II.**

In anticipation of Judge Barbier's ruling on BP's motion, the Defendants seek an extension of time within which to file responsive pleadings to the plaintiffs' complaint. The Defendants request that they not be required to respond to the plaintiffs' complaint until 21 days following a ruling on BP's motion, should it be denied. If BP's motion is granted, the Defendants will file responsive pleadings by a deadline to be set by the Court at a later date.

### III.

The requested extension was discussed during the Court's May 3, 2012 status conference. The plaintiffs indicated that they have no objection to a stay being issued to the Defendants on these terms, as the Court's minute entry notes. Therefore, the Court should grant this motion and sign the attached order.

Respectfully submitted,

/s/     Harold J. Flanagan
Harold J. Flanagan (Bar No. 24091)
Stephen M. Pesce (Bar No. 29380)
Sean P. Brady (Bar No. 30410)
Andy Dupre (Bar No. 32437)
**FLANAGAN PARTNERS LLP**
201 St. Charles Avenue, Suite 2405
New Orleans, Louisiana 70170
Telephone:  504-569-0235
Facsimile:  504-592-0251
hflanagan@flanaganpartners.com
spesce@flanaganpartners.com
sbrady@flanaganpartners.com
adupre@flanaganpartners.com

*Attorneys for DRC Emergency Services, LLC and Danos and Curole Marine Contractors, LLC*

/s/     Don K. Haycraft
Don K. Haycraft (Bar #14361)
LISKOW & LEWIS
701 Poydras St., Suite 5000
New Orleans, LA 70139-5099
Telephone: (504) 581-7979
Facsimile (504) 556-4108

*Attorneys for BP Exploration and Production Inc. and BP America Production Co.*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading was served upon opposing counsel of record this 14th day of May, 2012, by e-filing same into the CM/ECF system which will automatically deliver a copy of same to all counsel.

/s/     Harold J. Flanagan