UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEDICO ON APRIL 20, 2010. | * * * * | MDL 2179 |
| | * | JUDGE BARBIER |
| | * | SECTION "J" |
| Member case: Duong et. al. v. BP American Production Company et al; 12-814 | * * * | MAGISTRATE JUDGE WILKINSON |
| | * | MAG. DIV. 2 |
| * * * * * * * * * * * * * * * * * * * * * | * | |

## ORDER

Considering the foregoing unopposed *ex parte* motion and incorporated memorandum for extension of time within which to file responsive pleadings filed by defendants BP America Production Company, BP Exploration and Production, Inc., DRC Emergency Services, LLC and Danos and Curole Marine Contractors, LLC (collectively, "Defendants")

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.  The Defendants are granted an extension of time to respond to the plaintiffs' complaint.  The Defendants' respective responses to the plaintiffs' complaint shall be due 21 days following the denial of BP's motion to stay.  In the event that BP's motion to stay is granted, the Defendants shall file responsive pleadings by a deadline to be set by the Court at a later date.

New Orleans, Louisiana, this _____ day of May, 2012.

_____
**UNITED STATES MAGISTRATE JUDGE**