# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | *   CIVIL ACTION<br>*   NO. 2:10-MDL-02179<br>* |
| **This Document Relates to: 10-8888** | *   SECTION "J"<br>*<br>*   JUDGE BARBIER<br>*<br>*   MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record for

| | |
|---|---|
| Aliette Accelus (47596), | Martin Nwubah (49304), |
| Calistene Lajeune (49064), | Maryse Noel (452857), |
| Fequiere Cadet (52508), | Micanor Camille (48160), |
| Fritzner Joseph (48764), | Patrique Charles (48648), |
| Guerilus Delvoix (48667), | Pierre Beneche (48533), |
| Howard Montgomery (49125), | Pierre Charles (48635), |
| Rafael Vado (53006), | Quennell Foster (52687), |
| Jean Clobert Joseph (48774), | Shah Nawaz Malik (49797), |
| Jeanmarie Desir (48683), | Salomon St. Sauveur (49526), |
| Jodice Joseph (48602), | Tejan Jallow (48804), |

John David Lyall (52801),          Vilcene Nicolas (49178),

Joseph Parks (49521),              Yves Toussaint (49733),

Lemoine Saintal (49727),           Julien Dufrene (48178),

Louis R. Cutrer (48172),           Mark Mid City Service, Inc. (55285),

Marie Dely (48678),                Bettsie Lafaille (52760),

Marie Esther Cadet (48198),        Gustavo Erazo (52588),

Warren Taylor (52986),             Jannyn Erazo (52598),

Aaron Washington (58143),          George Green (52680),

John Williams (49765),             Mohammed E. Mohammed (52838),

Betty Pierre (52680), and          Bibekanada Bepary (60698).

**IT IS ORDERED** that Martins I. Imudia, Martins I Imudia & Associates, Terrence J. Lestelle, Andrea S. Lestelle, Jeffery B. Struckhoff, and Richard M. Morgain, Lestelle & Lestelle, A Professional Law Corporation, are hereby withdrawn as counsel of record for

Aliette Accelus (47596),           Martin Nwubah (49304),

Calistene Lajeune (49064),         Maryse Noel (452857),

Fequiere Cadet (52508),            Micanor Camille (48160),

Fritzner Joseph (48764),

Patrique Charles (48648),

Guerilus Delvoix (48667),

Pierre Beneche (48533),

Howard Montgomery (49125),

Pierre Charles (48635),

Rafael Vado (53006),

Quennell Foster (52687),

Jean Clobert Joseph (48774),

Shah Nawaz Malik (49797),

Jeanmarie Desir (48683),

Salomon St. Sauveur (49526),

Jodice Joseph (48602),

Tejan Jallow (48804),

John David Lyall (52801),

Vilcene Nicolas (49178),

Joseph Parks (49521),

Yves Toussaint (49733),

Lemoine Saintal (49727),

Julien Dufrene (48178),

Louis R. Cutrer (48172),

Mark Mid City Service, Inc. (55285),

Marie Dely (48678),

Bettsie Lafaille (52760),

Marie Esther Cadet (48198),

Gustavo Erazo (52588),

Warren Taylor (52986),

Jannyn Erazo (52598),

Aaron Washington (58143),

George Green (52680),

John Williams (49765),

Mohammed E. Mohammed (52838),

Betty Pierre (52680), and

Bibekanada Bepary (60698).

New Orleans, Louisiana, this __14th__  day of _May_____ _, 2012.

_____
United States District Judge