## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** | **MDL NO. 2179** |
| **"Deepwater Horizon" in the Gulf** | |
| **of Mexico, on April 20, 2010** | **SECTION J** |
| | |
| **Applies to:** *All Cases* | **JUDGE BARBIER** |
| | **MAGISTRATE JUDGE SHUSHAN** |

## ORDER

### [Working Group Conference on Friday, May 11, 2012]

**NOTE TO CELL PHONE PARTICIPANTS:**  Please do not put your phone on hold during the

conference as it causes an annoying beeping sound for everyone else.  If you cannot participate for

part of the conference, put your phone on mute.  Likewise for those who type during the conference.

### BOP & Capping Stack.

BP reported plans for a further laser scan of portions of the BOP on May 21.  A proposed

protocol was to be circulated on May 11.  It was prepared with input from Captain Englebert.  The

U.S. had questions concerning the laser scan.

BP and Transocean are working on the ownership issue for the capping stack and will report

at the conference on May 18.

### PHASE ONE CLEAN-UP

1. **Halliburton Computer.**

BP read the agreement with Halliburton for the 3D modeling into the record.  Halliburton

confirmed the agreement.

2. **Deposition Exhibits**

Halliburton reported that on the resolution of issues regarding the Phase One Trial Exhibit

List, it will communicate with each party to discuss the apparent issues to determine the basis of the issue and any possible resolution.  It will then go to inData to develop the most comprehensive and cost-effective solution.

<u>**CLASS SETTLEMENT APPROVAL ISSUES**</u>

1.      <u>**Objections**</u>.

The Court reported that: (a) the notices will be coming out shortly; (b) some objections are being filed by <u>pro se</u> claimants; (c) they are not complying with the requirements for service of their objections as will be set out in the notices; (d) a separate docket number may be established for all objections in the same way a separate docket number was set up for claims; and (e) documents filed under this docket number will be served through LexusNexus.

<u>**PHASE TWO**</u>

1.      <u>**BP and U.S. discovery issues.**</u>

The Court reported that the Tuesday/Thursday conferences with BP and the U.S. were coming to an end.  An order regarding completion of Phase Two document production for the U.S. and BP (Rec. doc. 6510) was issued on May 11th.

2.      <u>**Document Production by Parties Other than BP and the U.S.**</u>

These parties submitted letter reports on the status of their Phase Two (Quantification and Source Control) document production.  They were supplemented at the conference.

| | |
|---|---|
| Alabama | Its document production is complete.  It served privilege logs.  There have been no challenges to its privilege logs. |
| Anadarko | It received one Phase Two RFP from the U.S.  It is reviewing documents potentially responsive, and will propose a schedule for the completion of |

production and the service of privilege logs.

| | |
|---|---|
| Transcoean | It received requests from BP (and no other party).  Documents are being produced on a rolling basis.  It will complete the production by May 31, 2012 and will propose a deadline for the completion of the privilege logs. |
| Cameron | It has produced Phase Two documents on a rolling basis.  It is checking to make sure all such documents were produced.  It does not appear that it will have any privilege logs.  It will propose deadlines for the completion of document production and the service of privilege logs, if any. |
| Louisiana | The document production is complete except for the Department of Public Safety/Oil Spill Coordinator's Office and the Department of Natural Resources.  It anticipates final review and production by the end of May.  It will propose deadlines for the completion of document production and the service of privilege logs, if any. |
| M-I | No discovery requests have been propounded to it. |
| HESI | Subject to re-review, production is complete.  It will propose deadlines for the completion of document production and the service of privilege logs, if any. |

As these parties complete production of documents and service of privileges, deadlines will be set for any challenges to the privilege logs.  A procedure similar to that employed for BP and the U.S. will be set for the resolution of any of any challenges to privilege log entries.  This process will be concluded by August 15, 2012, if not sooner.

**3.     Rule 30(b)(6) notice for the deposition of BP.**

BP had no update.   Louisiana reported that the parties were still working on the quantification topics and the source control topics were deferred.

At the May 18 conference BP, the U.S., Louisiana and other interested parties will provide a deadline by which they anticipate resolving all issues, including source control, for the Rule 30(b)(6) notice for the deposition of BP.

**4.     Rule 30(b)(6) Notices for all parties other than BP.**

The United States reported that the notice for its deposition was complete.

Halliburton reported that the notice for its deposition was complete.

Cameron was not sure of the status.  At the May 18 conference, it will report whether the notice is complete.

Alabama and Louisiana have not been served with proposed Rule 30(b)(6) notices.  Unless someone reports to the contrary at the May 18 conference, it will be assumed that there is no need to depose Alabama and Louisiana in connection with Phase Two.

Anadarko reported that there was a draft notice.  Some topics will be resolved by agreements reached on the notice for the deposition of BP.  Others will be resolved by under oath verification that Anadarko does not have any information responsive to the topic.  At the May 18 conference, the parties will suggest a schedule for the resolution of the notice for the Rule 30(b)(6) deposition of Anadarko.

The U.S. requested that a Rule 30(b)(6) notice for MOEX be put off indefinitely.

Weatherford did some work on rock and core samples from the well.  The Rule 30(b)(6) notice is limited to that work.

Rule 30(b)(6) notices have not been proposed for M-I Swaco and Dril-Quip.   Unless someone reports to the contrary at the May 18 conference, it will be assumed that there is no need to depose M-I Swaco and Dril-Quip in connection with Phase Two.

*     *     *

Courtesy copies of the agreed upon notices shall be served.   The parties shall begin determining the identity of the persons who will be designated to testify on their behalf.   By **mid-June,** the parties will be asked to identify designees for each topic and provide available dates for the depositions commencing in mid-September and proceeding from there.

9.      **Rule 30(b)(6) Notices for Depositions of Non-Parties.**

The following have been identified for Phase Two depositions.

Cudd Well Control

DNV

Exxon/Mobil

Oceaneering

Pencor

RRB

Schlumberger

Statoil

Stress Engineering

Wild Well

Woods Hole

*     *     *

Any additions to this list shall be identified at the May 18 conference.

Once there is agreement on the Rule 30(b)(6) notices for these persons, courtesy copies shall be served with the request that they consider who will be designated to testify on their behalf.  The Court will consider scheduling them for August subject to their availability.  Courtesy copies of subpoenas for documents shall be served so that documents can be produced well in advance of depositions.

Louisiana reported that the discussions for the notices for these parties have focused on quantification.  Up until now the source control topics were deferred.  Because of the change in the trial plan, the notices will have to be completed for both quantification and source control.

<u>**CONFERENCE SCHEDULE**</u>

| | |
|---|---|
| Friday, May 18, 2012 at 9:30 a.m. | WGC meeting |
| Friday, May 25, 2012 at 9:30 a.m. | **No Conference** (Memorial Day weekend) |
| Friday, June 1, 2012 at 9:30 a.m. | WGC meeting |
| Friday, June 8, 2012 at 9:30 a.m. | WGC meeting |
| Friday, June 15, 2012 at 9:30 a.m. | Status Conference with Judge Barbier<br>WGC meeting to follow |
| Friday, June 22, 2012 at 9:30 a.m. | WGC meeting |
| Friday, June 29, 2012 at 9:30 a.m. | **No Conference** (Fourth of July weekend) |
| Friday, July 6, 2012 at 9:30 a.m. | WGC meeting |
| Friday, July 13, 2012 at 9:30 a.m. | Status Conference with Judge Barbier<br>WGC meeting to follow |
| Friday, July 20, 2012 at 9:30 a.m. | WGC meeting |
| Friday, July 27, 2012 at 9:30 a.m. | WGC meeting |

| | |
|---|---|
| Friday, August 3, 2012 at 9:30 a.m. | WGC meeting |
| Friday, August 10, 2012 at 9:30 a.m. | WGC meeting |
| Friday, August 17, 2012 at 9:30 a.m. | Status Conference with Judge Barbier WGC meeting to follow |
| Friday, August 24, 2012 at 9:30 a.m. | WGC meeting |
| Friday, August 31, 2012 at 9:30 a.m. | WGC meeting |
| Friday, September 7, 2012 at 9:30 a.m. | WGC meeting |
| Friday, September 14, 2012 at 9:30 a.m. | Status Conference with Judge Barbier WGC meeting to follow |
| Friday, September 21, 2012 at 9:30 a.m. | WGC meeting |
| Friday, September 28, 2012 at 9:30 a.m. | WGC meeting |
| Friday, October 5, 2012 at 9:30 a.m. | WGC meeting |
| Friday, October 12, 2012 at 9:30 a.m. | WGC meeting |
| Friday, October 19, 2012 at 9:30 a.m. | Status Conference with Judge Barbier WGC meeting to follow |
| Friday, October 26, 2012 at 9:30 a.m. | WGC meeting |
| Friday, November 2, 2012 at 9:30 a.m. | WGC meeting |
| Friday, November 9, 2012 at 9:30 a.m. | WGC meeting |
| Friday, November 16, 2012 at 9:30 a.m. | Status Conference with Judge Barbier WGC meeting to follow |
| Friday, November 23, 2012 | **No Conference** (Thanksgiving) |
| Friday, November 30, 2012 at 9:30 a.m. | WGC meeting |
| Friday, December 7, 2012 at 9:30 a.m. | WGC meeting |
| Friday, December 14, 2012 at 9:30 a.m. | WGC meeting |

Tuesday, December 18, 2012 at 8:30 a.m.     Final Pretrial Conference with Judge Barbier

Friday, December 21, 2012 at 9:30 a.m.     **No Conference** (Christmas)

Friday, December 28, 2012 at 9:30 a.m.     WGC meeting

**All Saturdays are email free days.**

New Orleans, Louisiana this 14th day of May, 2012.

_____
Sally Shushan
U.S. Magistrate Judge