## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * | CIVIL ACTION NO. 2:10-MDL-02179 |
| | * | SECTION "J" |
| THIS DOCUMENT RELATES TO: CASE NO: 2:10-cv-08888; 2:10-cv-02771 | * * | |
| | * | JUDGE BARBIER |
| | * | |
| | * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR LEAVE TO FILE SHORT FORM JOINDER

Now into Court, through undersigned counsel comes Corey Square, identified in the attached Claim In Limitation, who moves this Court to allow the filing of a Short Form Joinder in the limitation proceeding, MDL No. 2179, and as grounds thereof asserts the following:

1. No prejudice will result from the acceptance of this proposed filing;

2. The applicable limitations period for Mr. Square's claims has not yet run;

3. Claimant/movant Corey Square recently contacted undersigned counsel requesting assistance for his personal injuries and damages as a result thereof, caused by the incidents sued upon in the aforementioned proceedings;

4. Claimant/movant was previously unaware of the availability of remedies for his injuries and/or damages relating to the oil spill and, as a result, had not previously sought relief from this Court or representation of counsel, and, therefore, did not previously file with this Court;

Wherefore, for the above-listed reasons, Corey Square hereby respectfully requests that this Court grant his Motion For Leave To File Short Form Joinder and deem said Short Form as timely filed in this action.

Respectfully Submitted,

__/s/ Terrence J. Lestelle_____
Terrence J. Lestelle-8540
Andrea S. Lestelle-8539
Jeffrey B. Struckhoff-30173
Richard M. Morgain-32603
Lestelle & Lestelle, APLC
3421 N. Causeway Boulevard, Suite 602
Metairie, Louisiana 70002
Telephone: 504-828-1224
and
Martins I. Imudia-24809
Martins I. Imudia & Associates, APLC
1100 Poydras Street, Suite 2900
New Orleans, Louisiana  70163
Telephone:  (504) 885-0015

**ATTORNEYS FOR COREY SQUARE**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of May, 2012.

__/s/ Terrence J. Lestelle _____
Terrence J. Lestelle