UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION<br><br>MDL 2179 |
| Member Case: In re: Triton Asset Leasing; Civil Action No. 10-2771 (Wisner Donation Motion for Partial Summary Judgment) | SECTION "J" (1) |

## ORDER

A status conference by telephone is hereby set in this matter on **May 29, 2012 at 3:00 p.m.** before Magistrate Judge Joseph C. Wilkinson, Jr. Counsel for the Wisner Donation and BP only must participate in the conference by contacting my office at 504-589-7630 at the designated time, prepared to discuss (1) the status of their discussions concerning resolution of the issues raised in the motion for partial summary judgment, including attorneys' fees, and (2) whether the motion may now be dismissed without prejudice to being renoticed for submission at a later date, if necessary, in light of those discussions.

New Orleans, Louisiana, this ____15th____ day of May, 2012.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**