UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION: J<br>JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO ALL ACTIONS | * * * * | |

**********************************************************************

### BP'S OBJECTIONS TO AND APPEAL FROM MAGISTRATE JUDGE'S ORDERS REGARDING PRODUCTION OF WOODS HOLE ANALYSIS DOCUMENTS [REC. DOC. 6463]

Pursuant to 28 U.S.C. § 636(b)(1)(A), BP objects to and appeals from the Magistrate Judge's Order entered April 20, 2012 [Rec. Doc. 6304][1] and the Magistrate Judge's Order entered May 8, 2012 [Rec. Doc. 6463].  As set forth in the accompanying memorandum,[2] BP argues that the Orders are clearly erroneous and contrary to law to the extent that they conclude that Woods Hole Oceanographic Institution ("Woods Hole") warrants any privilege or protection from disclosure for "analysis documents" regarding flow rate estimation.

Dated:  May 15, 2012                     Respectfully submitted,

                                         /s/ Don K. Haycraft
Robert C. "Mike" Brock                   Don K. Haycraft (Bar #14361)
Covington & Burling LLP                  R. Keith Jarrett (Bar #16984)
1201 Pennsylvania Avenue, NW             Liskow & Lewis
Washington, DC 20004-2401                701 Poydras Street, Suite 5000

---

[1] Although the April 20 Order prescribes an appeal deadline of April 30, 2012, the Court has indicated to the parties that the deadline for the original order would be extended up through the time for appealing the order regarding motions for reconsideration.

[2] BP's memorandum is substantially similar to prior memoranda used for protective appeals.

| | |
|---|---|
| Telephone:  202-662-5985 | New Orleans, Louisiana 70139-5099 |
| Facsimile:  202-662-6291 | Telephone:  504-581-7979 |
| | Facsimile:  504-556-4108 |
| Robert R. Gasaway | Richard C. Godfrey, P.C. |
| Karen McCartan DeSantis | J. Andrew Langan, P.C. |
| Aditya Bamzai | Kirkland & Ellis LLP |
| Kirkland & Ellis LLP | 300 North LaSalle Street |
| 655 Fifteenth Street, NW | Chicago, IL 60654 |
| Washington, DC 20005 | Telephone:  312-862-2000 |
| Telephone:  202-879-5000 | Facsimile:  312-862-2200 |
| Facsimile:  202-879-5200 | |

*Attorneys for BP Exploration & Production Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of May, 2012.

                                                     /s/ Don K. Haycraft
                                                     Don K. Haycraft