UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION: J<br>JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO ALL ACTIONS | * * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF
BP'S OBJECTIONS TO AND APPEAL FROM
MAGISTRATE JUDGE'S ORDERS REGARDING
PRODUCTION OF WOODS HOLE ANALYSIS DOCUMENTS [REC. DOC. 6463]**

On December 9, 2011, BP served a subpoena duces tecum on Woods Hole Oceanographic Institution ("Woods Hole") for production of documents regarding its work pertaining to the *Deepwater Horizon* incident. This work was undertaken in coordination with the federal government's Flow Rate Technical Group ("FRTG"). The work of Woods Hole contributed to the federal government's issuance of an official flow rate report, and resulted in the publication of several journal articles. Woods Hole objected to the request for disclosure of certain e-mails, drafts, and internal communications between Woods Hole scientists ("analysis documents"), maintaining that these discussions were protected under a "scholastic privilege" or other protection.

On April 20, 2012, Magistrate Judge Shushan ordered Woods Hole to produce all "analysis documents" generated on or before March 10, 2011, the date of publication of the FRTG's final report. [*See* Rec. Doc. 6304, at 11.] Magistrate Judge Shushan's Order stated that

all "analysis documents" generated after March 10, 2011, were protected from disclosure under *Cusumano v. Microsoft Corp.*, 162 F.3d 708 (1st. Cir. 1998). [*See* Rec. Doc. 6304, at 11.]

Woods Hole [Rec. Doc. 6361] and BP [Rec. Doc. 6511[1]] filed cross-motions for reconsideration, contending that the Court should alter the date range for production of "analysis documents." On May 8, 2012, Magistrate Judge Shushan denied both Woods Hole's and BP's motions for reconsideration. [Rec. Doc. 6463.]

BP respectfully disagrees with the conclusion that Woods Hole's "analysis documents" are subject to *Cusumano*'s protection, and respectfully submits that, on this issue, the Order is clearly erroneous and contrary to law. Accordingly, BP respectfully appeals the portions of the April 20 and May 8 Orders protecting from disclosure Woods Hole's "analysis documents" generated after March 10, 2011.

BP has already explained in extensive briefing before Judge Shushan why it has a compelling need for all of Woods Hole's "analysis documents" and why Woods Hole has no basis under law to withhold these documents from disclosure. [*See, e.g.*, Rec. Doc. 6511 (BP's motion for reconsideration); Rec. Doc. 6270 (BP's April 11, 2012, letter to the Court); Rec. Doc. 6106 (BP's March 15, 2012, letter to the Court); Rec. Doc. 6104 (BP's March 8, 2012, letter to the Court).] For its part, Woods Hole has presented extensive briefing in opposition to the disclosure of "analysis documents." [*See, e.g.*, Rec. Doc. 6361 (Woods Hole's motion for reconsideration); Rec. Doc. 6268 (Woods Hole's April 5, 2012, letter to the Court); Rec. Doc. 6105 (Woods Hole's March 15, 2012, letter to the Court).]

In light of the extensive briefing that took place before Judge Shushan, BP respectfully incorporates by reference each of its prior motions and letters to the Court regarding Woods

---

[1] BP's motion for reconsideration was originally filed as Rec. Doc. 6389, and is referenced in the Court's Order by this document number. However, the current, sealed document is filed as Rec. Doc. 6511.

Hole's privilege claims. [*See* Rec. Docs. 6511, 6270, 6106, 6104.] BP is amenable to having the Court decide this appeal on the record compiled in the briefing before Judge Shushan. Of course, BP will submit any additional material or briefs this Court deems helpful or appropriate.

Dated: May 15, 2012

Respectfully submitted,

/s/ Don K. Haycraft

| | |
|---|---|
| Robert C. "Mike" Brock | Don K. Haycraft (Bar #14361) |
| Covington & Burling LLP | R. Keith Jarrett (Bar #16984) |
| 1201 Pennsylvania Avenue, NW | Liskow & Lewis |
| Washington, DC 20004-2401 | 701 Poydras Street, Suite 5000 |
| Telephone: 202-662-5985 | New Orleans, Louisiana 70139-5099 |
| Facsimile: 202-662-6291 | Telephone: 504-581-7979 |
| | Facsimile: 504-556-4108 |
| | |
| Robert R. Gasaway | Richard C. Godfrey, P.C. |
| Karen McCartan DeSantis | J. Andrew Langan, P.C. |
| Aditya Bamzai | Kirkland & Ellis LLP |
| Kirkland & Ellis LLP | 300 North LaSalle Street |
| 655 Fifteenth Street, NW | Chicago, IL 60654 |
| Washington, DC 20005 | Telephone: 312-862-2000 |
| Telephone: 202-879-5000 | Facsimile: 312-862-2200 |
| Facsimile: 202-879-5200 | |

***Attorneys for BP Exploration & Production Inc.***

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of May, 2012.

                                                                /s/ Don K. Haycraft
                                                                Don K. Haycraft