### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL NO. 2179 |
| | * | SECTION: J |
| This Document Relates To: Case No. 2:10-cv-08888-CJB-SS Doc No. 59451 Short-Form Joinder of Brins Wings | * * * * * | JUDGE BARBIER |
| | * | MAGISTRATE JUDGE SHUSHAN |

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, the undersigned counsel, and moves this Court for an order withdrawing Rhon E. Jones and the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., as counsel of record for Plaintiff, Brins Wings. In further support, Movant states as follows:

1. On or about February 3, 2011, Brins Wings retained the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., to serve as counsel with regards to its oil spill case.

2. On April 18, 2011, the undersigned filed a Short Form Joinder on behalf of Plaintiff, Brins Wings, Document #59451.

3. On May 15, 2012 the parties terminated their relationship.

4. Brins Wings will remain in the litigation. Neither the Plaintiff, nor any other party, will be prejudiced by Movants' withdrawal of counsel.

WHEREFORE, PREMISES CONDIDERED, the undersigned counsel, both individually and on behalf of his respective law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., move this Court for an Order withdrawing them as counsel of record for Plaintiff, Brins Wings.

Respectfully Submitted this the 16th day of May, 2012.

/s/  Rhon E. Jones
Rhon E. Jones
**Beasley, Allen, Crow, Methvin,**
**Portis & Miles, P.C.**
218 Commerce Street
Montgomery, AL 36104
334-269-2343
rhon.jones@beasleyallen.com

OF COUNSEL:

BEASLEY,ALLEN,CROW,
METHVIN,PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36104
(334) 269-2343

<u>Certificate of Service</u>

  I hereby certify that the foregoing has been served in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of the Court. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via US Mail, postage prepaid and properly addressed, on the others listed below this the 16th day of May, 2012.

**Brins Wings**
**Mr. Andre Brinson**
**4448 Troy Highway**
**Montgomery, Alabama 36116**

                 /s/ Rhon E. Jones
                 Of Counsel