UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 SECTION J JUDGE BARBIER |
| **THIS PLEADING APPLIES TO:** No. 12-311 | * * * * | MAG. JUDGE SHUSHAN **JURY TRIAL DEMANDED** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

Cameron International Corporation ("Cameron") moves this Honorable Court to enroll Mitchell J. Auslander and Jeffrey B. Korn of Willkie Farr & Gallagher LLP, with offices located at 787 Seventh Avenue, New York, New York 10019, as additional counsel of record for Cameron in this suit. Attached as Exhibit A are Certificates of Good Standing from the Southern District of New York where both Mr. Auslander and Mr. Korn are admitted to practice.

Respectfully submitted,

By: _/s/ Phillip A. Wittmann_
Phillip A. Wittmann (LA 13625)
  pwittmann@stonepigman.com
Carmelite M. Bertaut (LA 3054)
  cbertaut@stonepigman.com
Keith B. Hall, (LA 24444)
  khall@stonepigman.com
Jared Davidson (LA 32419)
  jdavidson@stonepigman.com

Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
504-581-3200
504-581-3361 (fax)

1093450v1

>    -and-
>
> BY:   */s/ Mitchell J. Auslander*
>       Mitchell J. Auslander (NY 1708841)
>          mauslander@willkie.com
>       Jeffrey B. Korn (NY 3990520)
>          jkorn@willkie.com
>
>    Willkie Farr & Gallagher LLP
>    787 Seventh Avenue
>    New York, New York 10019
>    Telephone: (212) 728-8000
>    Facsimile: (212) 728-8111
>
>    *Attorneys for Cameron International Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Enroll as Additional Counsel of Record has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on May 16, 2012.

>    */s/ Phillip A. Wittmann*
>    Phillip A. Wittmann