CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>     **JEFFREY B. KORN**     </u>, Bar # <u>     **JK6082**     </u>

was duly admitted to practice in this Court on

<u>     **OCTOBER 23rd, 2001**     </u>, and is in good standing as a member of the Bar of this Court.

Dated at <u>500 Pearl Street<br>New York, New York</u>     on     <u>**MAY 16th, 2012**</u>

<u>Ruby J. Krajick</u>     by /s/ [signature]
Clerk                          Deputy Clerk

Exhibit A

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

**MITCHELL JAY AUSLANDER**, Bar # **MA1224**

was duly admitted to practice in this Court on

**SEPTEMBER 15th, 1981**, and is in good standing as a member of the Bar of this Court.

Dated at 500 Pearl Street
<u>New York, New York</u>   on   **MAY 16th, 2012**

<u>Ruby J. Krajick</u>   by _____
Clerk                              Deputy Clerk