UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER |
| **THIS PLEADING APPLIES TO:** No. 12-311 | * * * | MAG. JUDGE SHUSHAN<br><br>**JURY TRIAL DEMANDED** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER GRANTING MOTION TO
ENROLL AS ADDITIONAL COUNSEL OF RECORD**

CONSIDERING the foregoing Motion to Enroll as Additional Counsel of Record filed by Cameron International Corporation:

IT IS HEREBY ORDERED that the Motion is granted, and Mitchell J. Auslander and Jeffrey B. Korn are enrolled as additional counsel of record for Cameron International Corporation.

New Orleans, Louisiana, this _____ day of May, 2012.

_____
JUDGE CARL J. BARBIER

1093450v1