UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF LOUISIANA

AT NEW ORLEANS


IN RE:  OIL SPILL BY THE OIL RIG      *   10-MD-2179-CJB-SS
        *DEEPWATER HORIZON* IN THE     *
        GULF OF MEXICO ON              *
        APRIL 20, 2010                 *   May 11, 2012
                                       *
                                       *
Applies to:  All Cases                 *   9:30 a.m.
***************************************




DISCOVERY STATUS CONFERENCE

BEFORE THE HONORABLE SALLY SHUSHAN

UNITED STATES MAGISTRATE JUDGE








SUSAN A. ZIELIE, RPR, RMR, FCRR
Official Court Reporter
HB 406
500 Poydras Street
New Orleans, Louisiana 70130
susan_zielie@laed.uscourts.gov
504.589.7781


Proceedings Recorded by Computer-aided Stenography Transcription
Software.

```
 1                         APPEARANCES

 2

 3    For the Plaintiffs           LEVIN PAPANTONIO THOMAS MITCHELL
      Steering Committee:            RAFFERTY & PROCTOR
 4                                 BY:  BRIAN H. BARR, ESQ.
                                   316 South Baylen Street
 5                                 Suite 600
                                   Pensacola FL 32502
 6

 7    Plaintiffs' Liaison Counsel:  HERMAN HERMAN KATZ & COTLAR
                                    STEVE HERMAN, ESQ.
 8                                  820 O'Keefe Avenue
                                    New Orleans LA 70113
 9

10    For the Plaintiffs:          IRPINO LAW FIRM
                                   BY:  ANTHONY IRPINO, ESQ.
11                                  One Canal Place
                                   365 Canal Street
12                                 Suite 2990
                                   New Orleans LA 70130
13

14    For the Federal             US DEPARTMENT OF JUSTICE
      Government Interests:        BY:  SHARON SHUTLER, ESQ.
15                                 950 Pennsylvania Avenue NW
                                   Washington, DC 20530-0001
16

17    For the United States       ENVIRONMENTAL ENFORCEMENT
      Of America:                    SECTION
18                                 US DEPARTMENT OF JUSTICE
                                   BY:  STEVEN O'ROURKE, ESQ.
19                                 PO Box 7611
                                   Washington DC 20044
20

21    For the State Interests:    KANNER & WHITELEY, LLC
           Louisiana              BY:  DOUGLAS R.  KRAUS, ESQ.
22                                 701 Camp Street
                                   New Orleans LA 70130
23
           Alabama                ATTORNEY GENERAL OF ALABAMA
24                                BY:  COREY L. MAZE, ESQ.
                                       WIN SINCLAIR, ESQ.
25                                 500 Dexter Avenue
                                   Montgomery Al 36130
```

```
 1   APPEARANCES:

 2   For Defendant BP:              LISKOW & LEWIS, APLC
                                    BY:  DON K. HAYCRAFT, ESQ.
 3                                  701 Poydras Street
                                    Suite 5000
 4                                  New Orleans LA 70139

 5                                  RYAN BABIUCH, ESQ.
                                    300 N. LaSalle
 6                                  Chicago Il 60654

 7

     For Defendant Transocean:     SUTHERLAND ASBILL & BRENNAN
 8                                  BY:  DAVID BAAY, ESQ.
                                         LUIS LI, ESQ.
 9                                  1001 Fannin Street
                                    Suite 3700
10                                  Houston TX 77002

11

     For Defendant Halliburton:    GODWIN RONQUILLO, PC
12                                  BY:  DONALD E. GODWIN, ESQ.
                                         STEFANIE MAJOR, ESQ.
13                                       SEAN FLEMING, ESQ.
                                         LAUREN MITCHELL, ESQ.
14                                  1201 Elm Street
                                    Suite 1700
15                                  Dallas TX 75270

16                                  GODWIN RONQUILLO, PC
                                    BY:  R. ALAN YORK, ESQ.
17                                       GWEN RICHARD, ESQ.
                                    1331 Lamar
18                                  Suite 1665
                                    Houston TX 77010
19

20   For Defendant Anadarko:       BINGHAM MCCUTCHEN, LLP
                                    BY:  WARREN A. FITCH, ESQ.
21                                  2020 K Street NW
                                    Washington DC 20006
22
                                    ROBERT E. GUIDY, ESQ.
23                                  1615 Poydras Street
                                    Suite 1300
24                                  New Orleans LA 70112

25
```

```
 1   APPEARANCES:

 2   For Defendant Cameron:          BECK REDDEN & SECREST
                                     BY:  DAVID JONES, ESQ.
 3                                   One Houston Center
                                     1221 McKinney Street
 4                                   Suite 4500
                                     Houston TX 77010
 5
                                     STONE PIGMAN WALTHER WITTMAN
 6                                   CARMELITE M. BERTAUT, ESQ.
                                     546 Carondelet Street
 7                                   New Orleans LA 70130

 8
     For Defendant M-I, LLC:         MORGAN LEWIS & BOCKIUS
 9                                   BY:  STEVE LUXTON ESQ.
                                          DENISE SCOFIELD, ESQ.
10                                   1000 Louisiana Street
                                     Suite 4000
11                                   Houston TX 77002

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1    APPEARING TELEPHONICALLY:

 2

 3    BP:                      MARK NOMELINI, ESQ.
                               MIKE PETRINO, ESQ.
 4                             JOE EISERT, ESQ.

 5    DOJ:                     SCOTT CHERNICH, ESQ.
                               TOM BENSON, ESQ.
 6                             TOM MARIANI, ESQ.

 7    US:                      SARAH D. HIMMELHOCK  ESQ.
                               MIKE UNDERHILL, ESQ.
 8
      Airborne Support:        BEN MAYEAUX, ESQ.
 9
      Plaquemines Parish:      NEAL NAZARETH, ESQ.
10
      MDL 2185:                BILL STRADLEY, ESQ.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

I N D E X

AGENDA ITEMS                                              Page

BOP & Capping Stack                                         7

                    PHASE ONE CLEANUP

1.  Halliburton Computer                                  10

2.  Equipment in Courtroom and Jury Room

3.  Deposition Exhibits                                   14


                CLASS SETTLEMENT APPROVAL ISSUES

1.  Objections                                           15



                        PHASE TWO

1.  Woods Hole                                           28

2.  Document Production by Parties                       17
        Other than BP and the US

3.  Challenges to Privilege Logs Prepared                17
        By Parties Other Than BP

4.  US and BP Production of Documents                    29

5.  Challenges to Privilege Logs Prepared                31
        By BP and the US

6.  Rule 30(b)(6) Notice for Deposition                  20
        Of BP

7.  Rule 30(b)(6) Notice for All Parties                 22
        Other Than BP

8.  Designees for the Rule 30(b)(6) Notice               27
        Of Depositions of Parties

9.  Rule 30(b)(6) Notices for Depositions                28
        Of Non-Parties

1          NEW ORLEANS, LOUISIANA; FRIDAY, MAY 11, 2012

2                          9:30 A.M.

3          THE COURT:  Hello, phone participants.  How are you?

4          MS. HIMMELHOCK:  Good, Your Honor.  How are you?

5          THE COURT:  Fine.  How you feeling?

6          MS. HIMMELHOCK:  Pretty good.

7          THE COURT:  You got your splint on?

8          MS. HIMMELHOCK:  My splint has been cut off as of

9    yesterday.

10          THE COURT:  So everybody knows, Sarah had carpel tunnel

11    surgery earlier this week.

12              Or was it last week, Sarah?

13          MS. HIMMELHOCK:  It was technically last week.

14          THE COURT:  Okay.  Who's counting?

15          MS. HIMMELHOCK:  Exactly.

16          THE COURT:  Good morning, Mr. Herman.

17          MR. HERMAN:  Good morning, Judge.  How are you?

18          THE COURT:  Mr. Herman decided to come back.  Mr. Barr,

19    too.

20              Jimmy, how are you?

21          MR. BARR:  Good morning, Your Honor.

22          THE COURT:  Okay.  Let's get going.

23              I've got no report from Captain Englebert with

24    regard to the BOP and Capping Stack.

25              Is that wrong, Mr. Haycraft?

 1          MR. HAYCRAFT:  Good morning.  Yes.

 2          THE COURT:  Please correct us.

 3          MR. HAYCRAFT:  I want everybody to know that I'm going

 4    to give the BOP report, the Capping Stack report.

 5          THE COURT:  Boy, you really are filling in these days;

 6    aren't you?

 7          MR. HAYCRAFT:  Absolutely.  And I know Andy's going to

 8    be reading this transcript so I want to get everything right.

 9          THE COURT:  I suspect Andy's on the phone, we just

10    don't know it.

11          MR. HAYCRAFT:  On the BOP, there's going to be more on

12    the laser scan.  And, today, we'll be the lucky recipient of a

13    letter including the protocol for the further laser scanning,

14    and obviously all counsel will be copied on that protocol.

15              Apparently, what's going to be laser scanned is

16    the wire shear ram, the casing shear ram and the upper angular.

17    And Captain Englebert is on board with all that and that's why

18    the protocol is coming out today.

19              The vendor will be the same laser scanner who did

20    the scan of the riser.

21          THE COURT:  Okay.

22          MR. HAYCRAFT:  And then, on the Capping Stack,

23    Transocean and BP are just about to conclude the production of

24    ownership documents, and we're hoping to report something on how

25    to resolve that issue next week.

1      THE COURT:  Good, okay.  So progress is sort of being

2 made.

3      MR. HAYCRAFT:  Indeed.  Slow but sure.

4      THE COURT:  All right.  That's great.  Thanks.

5 Appreciate it.

6      And anyone who has not yet put Captain Englebert

7 April's invoice in line for payment, please do so.  I'm sure you

8 all have.

9      Next up, I understand --

10     MR. CHERNICH:  Judge Shushan, this is Scott Chernich.

11     THE COURT:  Hello, Scott.  How you doing?

12     MR. CHERNICH:  Fine.  And you?

13     THE COURT:  Fine.

14     MR. CHERNICH:  This is the first time the United States

15 is learning about this laser scan effort.  Are there dates

16 scheduled?  We haven't seen a protocol circulated.  I understand

17 this is being circulated for the first time today?

18     THE COURT:  That's right.  This is the first-round

19 draft coming out today.

20     MR. CHERNICH:  Is there a date scheduled for this work?

21     MR. HAYCRAFT:  Yes.  May 21st.

22     THE COURT:  May 21st.

23     MR. CHERNICH:  Okay.  And do we know how long it's

24 going to last?

25     MR. HAYCRAFT:  No.

1           THE COURT:  Don doesn't know that, but perhaps the

2     protocol will tell us that.  If not, we'll figure it out.

3           MR. CHERNICH:  Okay.  Thank you.

4           THE COURT:  And Captain Englebert will be back in town

5     next week, so maybe we can get a report from her on that.

6           MR. CHERNICH:  Thank you.

7           THE COURT:  You're welcome.

8           Okay.  So I understand that BP and Halliburton

9     have agreed to a further protocol with regard to the Halliburton

10    computer analysis; right?

11          MR. GODWIN:  That's correct, Judge.  Don's going to

12    detail it; and, if I need to, I'll add whatever.

13          THE COURT:  Okay.  Don.

14          MR. HAYCRAFT:  Yes.  As you know, we've been having

15    discussions with Halliburton, and as well as Captain Englebert

16    and the inventor in question, and with the assistance of the

17    Court as well.

18          And so, to read the agreement into the record:

19    Halliburton will provide and certify the input data necessary

20    for the vendor Elysium to run the displaced 3D replacement

21    software run, and Halliburton will provide the same version of

22    that program to Elysium that was in use back in April of 2010.

23    Halliburton will provide an operator manual for that software,

24    as well as a technician or a person at Halliburton to be ready

25    to answer technical questions on the settings and so forth for

1    the software program.  And Halliburton will provide a

2    certificate that that is indeed the same version of the software

3    program and will be the same program that can generate with the

4    inputs the same outputs that occurred in 2010.  Elysium will run

5    that program with those Halliburton-provided inputs.

6               And then a slight open question on whether the

7    vendor Elysium or Captain Englebert will provide some sort of

8    statement or certification as to the running of the model, when

9    it was run and so forth and so on.

10              And, finally, and a subject of some discussion

11   between us, Halliburton said that the gentlemen who did the

12   original inputting back in 2010, Mark Savory, will review the

13   output and then provide certification whether or not it was what

14   he remembered the output being back in 2010.

15              Have I stated that accurately, Don?

16         MR. GODWIN:  That's accurate.

17         THE COURT:  Thank you, Don, thank you, Don.

18         MR. HAYCRAFT:  You're welcome.

19         MR. O'KEEFE:  You've been waiting for that one.

20         THE COURT:  Yeah, I have been waiting for that one.

21              That reminds me of Don Godwin's deposition style:

22   Well, thank you, ma'am, thank you, sir.  Okay.

23         MR. GODWIN:  You get more with honey than with vinegar,

24   Your Honor.

25         THE COURT:  That's right.

1          Next I'd like a report from Corey Maze as to his

2     trip down from Montgomery on the new bus.

3          MR. MAZE:  Sad to report, Judge, we had to take the car

4     this week.

5          THE COURT:  What happened?

6          MR. MAZE:  It's Mother's Day so I have to get home

7     today so I can drive up.

8          THE COURT:  Okay.  Well, I'd like you to report to the

9     group what it is that you and Win are doing on a regular basis.

10         MR. MAZE:  About two months ago, they've started a new

11    bus route called the Mega Bus between Atlanta and New Orleans.

12    And we saw it in the Picayune so we decided that we would take

13    it.

14          And the bus is a two-decker bus, free wi-fi,

15    restroom, everything.  And it's only at most $24 each way.

16         MR. SINCLAIR:  Plus 50 cents.

17         MR. MAZE:  Plus 50 cents for reserving a seat.

18         THE COURT:  For going to the barroom.

19         MR. MAZE:  We've now three different weeks come to the

20    working group conference on the bus and taking it back.

21         THE COURT:  I'm looking for a picture.

22         MR. MAZE:  We sent you a picture from the bus.  We

23    don't have a picture of the bus yet.

24          People stare at us as we're coming through town

25    doing work on the top deck, front seat of the bus.

```
 1              THE COURT:  What does this cost?

 2              MR. MAZE:  At most, it's 29.50.  So, at most, $49 round

 3    trip.

 4              THE COURT:  Boy, is Alabama getting a deal on that.

 5              MR. MAZE:  We paid yesterday $50 just for the gas

 6    getting over here, so...

 7              THE COURT:  I think this should be paid particular

 8    attention to by Mr. Goodwin.

 9              MR. MAZE:  Same thing, Judge.

10              THE COURT:  I think there's a similar bus to Dallas,

11    good.

12              MR. GODWIN:  There's a message there.

13              MR. MAZE:  I'll ask them if they'll start running

14    routes to Texas.

15              MR. FITCH:  You don't the feel set up, do you?

16              THE COURT:  No, it wasn't a set-up for Don.  I really

17    did want you all to hear.  Because I think it's great that they

18    don't have to drive, they get to get on, they get to work.

19              MR. MAZE:  Usually, when we talk about it, people think

20    it's the worst thing in the word and why would you do it.  But I

21    can assure you that we prefer riding up on the second floor of

22    that bus than driving.

23              THE COURT:  I would agree with you.

24              MR. MAZE:  The first floor has tables.  So, if you need

25    to work on the table, you can sit on the first floor.
```

 1          MR. FITCH:  These buses are the rage up in the

 2     northeast, where I hail from.  Everybody likes to take it.  You

 3     start in town, and they're clean.  They're just very, very cool.

 4     All the old ladies of my generation no longer take the train or

 5     the plane.

 6          THE COURT:  They are on the bus.

 7          MR. FITCH:  Really quite remarkable.

 8          THE COURT:  Corey and Win end up downtown at Union

 9     Passenger Station.  They walk over to Rouses and make their

10     groceries and then they go back over to their apartment.  It's

11     great.  I'm very impressed with it.

12              Thank you, Corey.

13          MR. MAZE:  You're welcome.

14          MR. GODWIN:  Your Honor, I might add, I bet you Bobo is

15     not riding that bus with him.  Had to turn that one around on

16     you, Judge.

17          THE COURT:  That's probably a good point.  But, we'll

18     remind you, next time Bobo is in, we'll talk to him.

19          MR. MAZE:  Tell him it stops at the Target in Mobile.

20          THE COURT:  I love it.  That's the highlight of Corey's

21     trip down, is he gets to stop at the Target.

22              Okay.  So we got a report from Halliburton on the

23     issue with regard to deposition exhibits Phase One and the

24     cleanup that we're doing.  Alan has reported that he's going to

25     talk to each party, see what the issues for that parties are,

1    try to compile the comments and then go to InData to see what's

2    the best and cheapest solution to the problem.

3              Is that a fair statement, Alan?

4              MR. YORK:  That is correct, Your Honor.  And, at your

5    urging, when I did talk to Jordan last week, that when we go to

6    him we would be looking for bargain basement rates.

7              THE COURT:  Good.  Thank you.  I think that's fair.

8              Okay.  Next up on the class action settlements, I

9    wanted to get you all thinking on this.  The notices have not

10   gone out yet but they're coming out shortly.  We are starting to

11   get a few objections by mostly individual pro se people.  And,

12   they're not complying with the notice requirements that will be

13   required when the notice goes out, but we're going to accept

14   them in any event.

15              We're thinking about starting another dummy docket

16   like we did for acceptance of short-form claims so that the

17   docket is not clogged with objections and we all can go to one

18   place to see what objections have been filed.

19              And so, if anybody has a problem with that, let us

20   know.  But start thinking about it.

21              What we're going to do is probably compile those

22   that are coming in now and file them in-globo in the new docket

23   number, and then instruct attorneys who are filing on behalf of

24   claimants to file in that new docket number.

25              If anybody has any ideas for improving that or has

1    problems with that idea, let us know.

2              You all will get served LexusNexus from that

3    docket if you want to know what's coming in.  Okay?

4              All right.  So now we're heading well into Phase

5    Two document production.  And I think we've pretty much come to

6    an end of the conferences that we've been having between BP and

7    the United States.  So I've had requests from other parties to

8    participate, but I think that there's no need for you to.  We

9    are going to have a meeting with BP and the United States this

10   morning following this conference, and I think we at that point

11   will have worked out all of the issues that remain between those

12   parties.

13             Relative to other parties and completion of

14   document production, I'll get to that in a minute.

15             Let me update you on what we think is going to

16   happen with BP and the United States.  And this is going to come

17   out in an order form, guys, but just so you know.

18             By June the 11th, all parties will serve any

19   challenges they have.

20             Is that right?

21        MR. O'KEEFE:  May 11th.

22        THE COURT:  I'm sorry, May 11th.  You're right.

23        MR. MAZE:  Today is May 11.

24        MR. O'KEEFE:  May 18th.

25        MS. HIMMELHOCK:  May 11th is the date for us to

1    identify quantification.

2         THE COURT:  May 11th is the date to identify

3    quantification documents.

4              Since we had prioritized those, other parties told

5    us that they wanted source control back in.  We don't have those

6    dates; right, Mike?

7         MR. O'KEEFE:  No.  But you've got something similar to

8    it on pages 3 and 4.

9         THE COURT:  So what we're going to do -- well, let's

10   back up.  Document production by parties other than the United

11   States and BP, looks like it's pretty much on track.  I was

12   pleased to see the reports that you all gave us.

13             Have there been any challenges, Corey, to any of

14   your privilege logs?

15        MR. MAZE:  No.

16        THE COURT:  Okay.

17             Anadarko, we would like you to go ahead and set a

18   deadline for production and service of your privilege logs.  It

19   doesn't sound like you've got very much, though; right?

20        MR. FITCH:  Well, compared to the burdens that others

21   have undertaken, that's fair to say.  Maybe 75,000 documents in

22   to my firm so far.

23             We redid some searches and have come upon some

24   additional documents.

25             On the one hand, Anadarko of course wasn't

```
 1   involved in the source control to any great extent, except for

 2   Mr. Quintsaw.

 3               On the other hand, the documents that we have that

 4   are particularly responsive are -- they're not email pages.

 5   They are these huge technical documents and graphs, and you've

 6   seen them all before.

 7               But we'll get it done.  It has to be done, and we

 8   understand that.

 9               And you're going to, at some point today or next

10   Friday, at some point I assume at least, tell everybody what the

11   timeframe is for starting depositions.

12               THE COURT:  Right.  Good.

13               Now, Transocean, you said June 1st for completion

14   of production of documents.

15               We've made BP and the United States go for May

16   31st.  So...

17               MR. BAAY:  That's fine.

18               THE COURT:  Good.

19               And, as far as privilege logs, how are you coming

20   on that?

21               MR. BAAY:  We have no quantification documents put on a

22   privilege log.  We're looking for source control.  It's going to

23   be a small number, but we'll have that.

24               THE COURT:  Good.

25               For the phone participants, we should have the
```

```
 1    privilege logs coming out for source control shortly.

 2                 With regard to Cameron, they've been making

 3    rolling production and they're checking to see that all

 4    documents have been produced.

 5                 David, have you guys got any privilege logs?

 6           MR. JONES:  I don't believe that we do.  We'll know as

 7    part of this process that we're going through right now.

 8           THE COURT:  Okay.

 9                 So, for phone participants, so far, there were no

10    privilege logs.  As part of their final check, we'll know once

11    they're done.  But that's looking good.

12                 M-I reports, nothing at all.

13                 For Louisiana, any privilege logs for Louisiana?

14           MR. KRAUS:  Douglas Kraus for Louisiana.

15                 Any of that will be done in the immediate future,

16    but I'm not exactly 100 percent sure.

17           THE COURT:  Fair enough.

18                 Phone participants, any privilege logs will be

19    coming out very shortly.

20                 And then, with Halliburton, you all look like

21    you're in good shape as well.

22                 Do you all have any privilege logs coming out?

23           MR. YORK:  Alan York for Halliburton.

24                 Your Honor, I don't believe we do.  We didn't get

25    any Phase Two discovery.  And so we're looping back to the Phase
```

 1   One that addresses Phase Two issues.  And the process that we're

 2   going through now is checking to see if there are any

 3   significant custodians that we think might have play; and, if

 4   so, we'll work through that process.  But the 179 custodians

 5   that we ran the search terms against, all of those privilege

 6   logs and documents have all been produced.

 7                THE COURT:  Okay, good.  All right.

 8                Did I miss anybody?

 9                Okay.  Good, Good, good.

10                We're going to hopefully today get out the order

11   that we've been working on with BP and the United States.  It

12   will cover other parties as far as challenges to privilege logs,

13   deadlines for meet-and-confer.

14                We've got a process in line that we hope we'll be

15   able to finish by around August the 15th as far as ruling on any

16   privilege objections, having the parties extrapolate those

17   rulings and go through a verification process, another sampling

18   round, to make sure that everything's going smoothly.  So we

19   hope that will be done by mid-August.  And, that will be that,

20   we'll roll from there.

21                The order that we hope to get out today will

22   supersede the order that we got out on May 3rd, scheduling

23   challenges for the quantification documents, now that we've

24   revised our thought process.

25                Do we have an update on the Rule 30(b)(6) notice

```
 1    for the depositions of BP?  Don, anything on that?
 2             MR. HAYCRAFT:  Mark Nomelini is on the line, and he'll
 3    report.
 4             THE COURT:  Hello, Mark.  How you doing today?
 5             MR. NOMELINI:  I'm doing just fine, Judge.
 6                 I don't have any updates to report on that issue.
 7             THE COURT:  Okay.  Thanks.  That's a good update.
 8             MR. KRAUS:  Judge --
 9             THE COURT:  Come on up.
10             MR. KRAUS:  Doug Kraus for Louisiana.
11                 I participated in a conference call this week on
12    Tuesday with Nat Chakeres for the United States, and I can't
13    remember who was on for BP.  But I know we're still working
14    through the quantification issues related to the 30(b)(6)
15    notice.
16                 We're deferring the source control topics for the
17    time being.
18                 But we did have a conference call this week and
19    are supposed to have another one early next week.
20             THE COURT:  Okay.  And, following that, if you want to
21    give me a report.  Because I do think we're probably going to
22    want to go ahead then and move on to the source control.
23             MR. KRAUS:  Okay.  We will do so.
24             THE COURT:  Thank you.
25             MR. KRAUS:  You're welcome.
```

1      MR. MAZE:  Thank you, Judge.

2            The good news is you've been staring over there on

3  that topic all day.

4        THE COURT:  Well, I think he's the one that made me

5  rethink it.

6        MR. MAZE:  Okay.  We're the ones who kept pounding the

7  table really hard.

8        THE COURT:  You did, you did.

9            All right.  Let's go through a list of 30(b)(6)

10  notices for all other parties and let's figure out whether we

11  think the deposition notices, both for quantification and source

12  control, are completed or not.

13            So who wants to tell me whether the United States'

14  deposition notice is completed?  I think it is; isn't it?

15        MR. O'ROURKE:  Steve O'Rourke for the United States.

16            I think the deposition notice as against the

17  United States has been completed for some time.

18        THE COURT:  Not as against, not as against.  As to.

19        MR. O'ROURKE:  The unduly burdensome 30(b)(6) --

20            If Scott or anyone else on the phone thinks I'm

21  wrong, then they should speak up.

22        THE COURT:  Silence.

23            All right.  As to Halliburton, have you all

24  completed your deposition notice?

25        MR. YORK:  Yes, Your Honor.  We have negotiated that

```
 1   with Brian of the PSC, and I believe that we sent the last final
 2   one.  It hasn't been filed or anything.  But I think we've
 3   reached final terms.
 4             THE COURT:  Good.  Thank you.
 5                  How about as to Cameron?
 6             MR. JONES:  Your Honor, I'm not sure.  So I would need
 7   to find out and report to the question.
 8             THE COURT:  That's fair.  We'll put a question mark.
 9                  All right.  As to Alabama?
10             MR. MAZE:  I don't know that we have anything.
11             THE COURT:  You don't know of anything 30(b)(6)?
12             MR. MAZE:  No.  We haven't received anything.
13             THE COURT:  Okay.  Okay.
14                  Has one been issued for Louisiana?
15             MR. KRAUS:  No, Your Honor.
16             THE COURT:  Has one been issued for Anadarko?  I think
17   it has.
18             MR. FITCH:  Tony Fitch again for Anadarko, Judge.
19                  Brian and I spent some amount of time on the draft
20   motion to Anadarko, a little bit of time.  And, as I mentioned
21   to you I think last week, a couple of the issues will be
22   resolved by whatever is resolved with BP.  We're just sort of
23   tagging along with that one.  There are a lot of these areas
24   where at least Brian and I had discussed our certifying
25   stipulations, whatever, that we just don't have the information,
```

```
 1    just weren't involved.

 2                There's this still debated area of preparedness, I

 3    think maybe three or four, whatever it is.  And, I think

 4    Anadarko's situation, we will respectfully suggest, is different

 5    from BP's on that one.  And that's the one that Brian and I at

 6    least initially were not simpatico, and that's where we would

 7    maybe bring something to you on.  That's the one.

 8          THE COURT:  We need to lay the groundwork for resolving

 9    anything that you're not simpatico on.  It's not a rush to the

10    finish line, but let's start thinking about bringing some

11    closure to that.

12                My recollection is that MOEX, Weatherford and M-I

13    -- Brian, did you want to comment on that?

14          MR. BARR:  I was just going to ask, would it be easier

15    for the Court and maybe Tony if we go ahead and serve it and

16    then we can go from there?

17                Is that easier for you?

18          MR. FITCH:  I don't feel strongly about it, obviously,

19    but I was hoping we would work out the remainder.

20          THE COURT:  If there are some things that you can just

21    stipulate he doesn't have them or, you know, he'll respond by

22    saying I have no designee, et cetera, for these topics.

23                And, if you've got a couple that are still

24    unresolved, why don't we bring those on.

25          MR. FITCH:  I wasn't sure whether the PSC was still
```

```
 1    taking the laboring oar on this particular one.

 2             THE COURT:  He's going to have to speak to his people.

 3             MR. BARR:  Well, no.  We started rowing the boat down

 4    the stream so we'll finish it.

 5             THE COURT:  As I said, there's not a race to the finish

 6    line.  But, if there are things that you can't resolve, let's

 7    think about letting us know, and we'll go ahead and get those

 8    done.

 9                  Mr. O'Rourke.

10             MR. O'ROURKE:  Thank you, Your Honor.  Steve O'Rourke

11    for the United States.

12                  It's probably time for us to put somebody on these

13    conversations, too.  So we'll be contacting Mr. Barr.

14                  As far as topics where they're going to say they

15    have no designee, we'll probably be looking for some sort of

16    under-oath verification for that.

17             THE COURT:  I didn't mean -- a declaration something.

18             MR. FITCH:  We'll deal with that.

19             THE COURT:  Okay.  Moex, Weatherford, M-I and

20    Dril-Quip, one of those we didn't have a notice for but I don't

21    remember which of those.

22             MR. O'KEEFE:  I believe it's Moex.

23             THE COURT:  So, Moex, no notice.

24             MR. LUXTON:  No notice for M-I as well, Your Honor.

25             THE COURT:  All right, thank you.  Good morning.
```

1     MR. LUXTON:  Good morning.

2     THE COURT:  No notice.

3     MR. CHERNICH:  Your Honor, this is Scott Chernich.

4     THE COURT:  Hi, Scott.

5     MR. CHERNICH:  There was a notice for MOEX.  At this

6  point, the United States believes that we can probably eliminate

7  that one.  Although, we'd like to just put it off indefinitely

8  at the moment.

9          As for Weatherford, the 30(b)(6) is different in

10  kind from a 30(b)(6) of Weatherford regarding involvement in the

11  incident itself or Phase One issues.  Weatherford last did some

12  work with regard to certain rock samples, core samples from the

13  well, and that 30(b)(6) notice is specifically pointed at those

14  issues.

15     THE COURT:  And so those are Phase One issues?

16     MR. CHERNICH:  No.  Phase Two issues.

17     THE COURT:  Okay, I'm sorry.  I thought I heard you say

18  Phase One.

19          Okay.  So that is -- is that done and negotiated

20  with Weatherford?

21     MR. CHERNICH:  I'm pretty sure that one's been fully

22  negotiated.  I'm not certain that it's been served.

23     THE COURT:  Okay.  Fair enough.

24          And what about Dril-Quip, does anybody know about

25  the Dril-Quip issues?

1          (No response.)

2          THE COURT:  Okay.  We'll put a question mark.

3          All right.  So what I'd like to do is serve

4    courtesy copies of those notices which have been agreed to on

5    each other so that you all can start thinking about the

6    designees for each of the topics.  And, by mid-June -- and we'll

7    have this out in the order -- I'd like you to identify who the

8    designees are for each topic and dates that they're available

9    for testimony.  We're thinking probably early September and

10   running from there.  Okay?  So let's go ahead -- it will be

11   courtesy copies.  There will be no date in your notices that you

12   all serve.

13          Does anybody have a problem with that?

14        MR. O'ROURKE:  Here I am again, Judge.  Steve O'Rourke

15   for the United States.

16          I just want to reiterate our position that at

17   least for third party/nonparty depositions, they should be able

18   to commence substantially sooner than September because they

19   don't need the document production from any of these parties to

20   tell us what their own corporate policy is.

21          THE COURT:  I'm with you.

22        MR. O'ROURKE:  And then, arguably, more minor players

23   other than BP and the United States, we also think could happen

24   sooner than September.

25          THE COURT:  Okay.  All right.

1                    By our Friday conference on June 15th, we're going

2     to make Corey start entering dates on the calender.  So we'll go

3     back and do our weekly scheduling.

4               MR. MAZE:  I even brought a pen today.  I knew we

5     wouldn't start, but I've got to get myself back in the habit.

6               THE COURT:  You need to be ready, okay.

7                    Okay.  As to non-parties -- and notice Mr.

8     O'Rourke's ears are perking up -- we want to start looking at

9     those as well.  And I want to make sure that we've got a

10    complete list, and we'll put this in our order coming out today.

11    If we've missed anybody, we need to know it.

12                    But, right now, I've got Cudd Well, DNV,

13    Exxon/Mobil, Oceaneering, Pencor, RRB, Schlumberger, Statoil,

14    Stress Engineering, Wild Well and Woods Hole.  And those are the

15    parties that Mr. O'Rourke believes we could schedule earlier

16    than September.

17                    Is that correct?

18              MR. O'ROURKE:  Yes, ma'am.

19              THE COURT:  If I've missed anybody, would you all

20    please let us know?

21                    And what I'd also like to know is make sure that

22    we've got agreement on the scope of those 30(b)(6) notices.

23    Because, as to those parties, again, I think we're going to want

24    to serve courtesy copies on them so they can start thinking

25    about who their designees will be.  And we can think about

```
 1    scheduling them perhaps in August, subject to their witness's

 2    availability.

 3                 So, last but not least, as to those parties, I do

 4    think that, if there is going to be any request for document

 5    production, that you all agree to what those documents are and

 6    serve a courtesy copy of the subpoena for documents, which I'd

 7    like to have returnable prior to the deposition so you all can

 8    review them and be prepared to take those depositions.

 9            MR. KRAUS:  Doug Kraus for Louisiana.

10                 I also participated in a teleconference with the

11    United States and BP this week on the third party 30(b)(6)

12    notices, and we're running into the same issue there as we've

13    only been negotiating the quantification topics and ignoring the

14    source control topics.  So we're going to have some work to do

15    rather quickly to get those source control topics agreed to.  I

16    just wanted to make the Court aware of that situation.

17            THE COURT:  I appreciate that.  Good.  Thanks.

18                 And if you all will go ahead and put that on the

19    radar so that we can finalize and then hopefully get those out

20    as courtesy copies pretty soon so everybody working for those

21    third parties can have some advanced notice.

22                 I think that's it for my agenda.  Has anybody got

23    anything they want to talk about?

24                 Phone participants?

25                 We've got the schedule for conferences coming up.
```

```
1    There will not be a Friday, May 25th conference.

2            MR. MAZE:  That's right.

3            THE COURT:  Is that correct, Corey?

4            MR. MAZE:  That is correct.

5                And then, June 29th, we won't have one either.

6            MR. O'KEEFE:  That's correct.

7            MR. HAYCRAFT:  That's what it says.

8            THE COURT:  That's what it says.

9                I've also put down Friday, November 23rd, no

10   conference.

11               And Friday, December 21st, no conference.

12           MR. GODWIN:  But other than that --

13           THE COURT:  Other than that, other than that, be

14   prepared to ride the double-decker bus.

15           MR. MAZE:  That's right.

16           THE COURT:  Anything else?

17           MR. BAAY:  One more issue on the identification of

18   quantification documents on the privileges logs.  All of the

19   other participants outside of BP and the United States will

20   receive those, that identification today; is that right?

21           THE COURT:  That is correct.

22           MR. BAAY:  And then we have one week to challenge

23   what's on the log?

24           THE COURT:  Correct.

25           MR. BAAY:  And down the road will be the same process
```

```
 1    for source control?
 2              MR. O'KEEFE:  Yes.
 3              THE COURT:  Yes.  We're still working on the draft
 4    order, and we've got three competing red lines going right now.
 5    So, I'm a little confused, but yes.
 6              MR. BAAY:  Okay.
 7              THE COURT:  We're going to get that out today.
 8              MR. O'ROURKE:  Tom can correct me, but I thought one
 9    proposal was that there would be quantification and source
10    control on the same Schedule 1.
11              MR. O'KEEFE:  That's correct.
12              THE COURT:  That's why I'm confused.
13              MR. O'ROURKE:  Me, too.  That's why I'm asking Tom.
14              THE COURT:  Tom, is that right?
15              MR. BENSON:  That's right, Your Honor.  This is Tom
16    Benton.
17              We have one schedule that sort of brings in a
18    little source control based on when the logs had been prepared
19    from the logs that we've had.  So, if we had longer to get
20    through the first tier of challenges, and then on the logs is
21    the second tier.
22              THE COURT:  Whatever we decide on is coming out today.
23    Which is good news, because I'm tired of fooling with it.
24              Okay.  Anything else, guys?
25              (No response.)
```

1          THE COURT:  Okay.  The people who were participating

2   in the BP-US conference, let's dial back in in about 15 minutes.

3   Okay?  We'll see you then.  Thank you.

4               (10:11 a.m., proceedings concluded.)

5

6

7                         CERTIFICATE

8

9

10         I, Susan A. Zielie, Official Court Reporter, do hereby
    certify that the foregoing transcript is correct.

11

12

13                          /S/ SUSAN A. ZIELIE, FCRR

14                          _____
                               Susan A. Zielie, FCRR

15

16

17

18

19

20

21

22

23

24

25

**$**

**$24** [1] - 12:15
**$49** [1] - 13:2
**$50** [1] - 13:5

**/**

**/S** [1] - 32:12

**1**

**1** [4] - 6:5, 6:9, 6:12, 31:10
**10** [1] - 6:5
**10-MD-2179-CJB-SS** [1] - 1:5
**100** [1] - 19:16
**1000** [1] - 4:10
**1001** [1] - 3:9
**10:11** [1] - 32:4
**11** [3] - 1:7, 7:1, 16:23
**11th** [5] - 16:18, 16:21, 16:22, 16:25, 17:2
**1201** [1] - 3:14
**1221** [1] - 4:3
**1300** [1] - 3:23
**1331** [1] - 3:17
**14** [1] - 6:7
**15** [2] - 6:9, 32:2
**15th** [2] - 20:15, 28:1
**1615** [1] - 3:23
**1665** [1] - 3:18
**17** [2] - 6:13, 6:15
**1700** [1] - 3:14
**179** [1] - 20:4
**18th** [1] - 16:24
**1st** [1] - 18:13

**2**

**2** [2] - 6:6, 6:13
**20** [2] - 1:7, 6:19
**20006** [1] - 3:21
**20044** [1] - 2:19
**2010** [5] - 1:7, 10:22, 11:4, 11:12, 11:14
**2012** [2] - 1:7, 7:1
**2020** [1] - 3:21
**20530-0001** [1] - 2:15
**2185** [1] - 5:10
**21st** [3] - 9:21, 9:22, 30:11
**22** [1] - 6:20
**23rd** [1] - 30:9
**25th** [1] - 30:1
**27** [1] - 6:22
**28** [2] - 6:12, 6:23
**29** [1] - 6:16
**29.50** [1] - 13:2

**2990** [1] - 2:12
**29th** [1] - 30:5

**3**

**3** [3] - 6:7, 6:15, 17:8
**30(b)(6** [14] - 6:19, 6:20, 6:22, 6:23, 20:25, 21:14, 22:9, 22:19, 23:11, 26:9, 26:10, 26:13, 28:22, 29:11
**300** [1] - 3:5
**31** [1] - 6:17
**316** [1] - 2:4
**31st** [1] - 18:16
**32502** [1] - 2:5
**36130** [1] - 2:25
**365** [1] - 2:11
**3700** [1] - 3:9
**3D** [1] - 10:20
**3rd** [1] - 20:22

**4**

**4** [2] - 6:16, 17:8
**4000** [1] - 4:10
**406** [1] - 1:20
**4500** [1] - 4:4

**5**

**5** [1] - 6:17
**50** [2] - 12:16, 12:17
**500** [1] - 1:21, 2:25
**5000** [1] - 3:3
**504.589.7781** [1] - 1:22
**546** [1] - 4:6

**6**

**6** [1] - 6:19
**600** [1] - 2:5
**60654** [1] - 3:6

**7**

**7** [2] - 6:3, 6:20
**701** [2] - 2:22, 3:3
**70112** [1] - 3:24
**70113** [1] - 2:8
**70130** [4] - 1:21, 2:12, 2:22, 4:7
**70139** [1] - 3:4
**75,000** [1] - 17:21
**75270** [1] - 3:15
**7611** [1] - 2:19
**77002** [2] - 3:10, 4:11
**77010** [2] - 3:18, 4:4

**8**

**8** [1] - 6:22
**820** [1] - 2:8

**9**

**9** [1] - 6:23
**950** [1] - 2:15
**9:30** [1] - 1:8, 7:2

**A**

**A.M** [1] - 7:2
**a.m** [2] - 1:8, 32:4
**able** [2] - 20:15, 27:17
**absolutely** [1] - 8:7
**accept** [1] - 15:13
**acceptance** [1] - 15:16
**accurate** [1] - 11:16
**accurately** [1] - 11:15
**action** [1] - 15:8
**add** [2] - 10:12, 14:14
**additional** [1] - 17:24
**addresses** [1] - 20:1
**advanced** [1] - 29:21
**AGENDA** [1] - 6:2
**agenda** [1] - 29:22
**ago** [1] - 12:10
**agree** [2] - 13:23, 29:5
**agreed** [3] - 10:9, 27:4, 29:15
**agreement** [2] - 10:18, 28:22
**ahead** [6] - 17:17, 21:22, 24:15, 25:7, 27:10, 29:18
**aided** [1] - 1:24
**Airborne** [1] - 5:8
**Al** [1] - 2:25
**Alabama** [3] - 2:23, 13:4, 23:9
**ALABAMA** [1] - 2:23
**ALAN** [1] - 3:16
**Alan** [3] - 14:24, 15:3, 19:23
**America** [1] - 2:17
**amount** [1] - 23:19
**Anadarko** [6] - 3:20, 17:17, 17:25, 23:16, 23:18, 23:20
**Anadarko's** [1] - 24:4
**analysis** [1] - 10:10
**Andy's** [2] - 8:7, 8:9
**angular** [1] - 8:16
**answer** [1] - 10:25
**ANTHONY** [1] - 2:10
**apartment** [1] - 14:10
**APLC** [1] - 3:2
**APPEARANCES** [3] -

2:1, 3:1, 4:1
**APPEARING** [1] - 5:1
**applies** [1] - 1:8
**appreciate** [2] - 9:5, 29:17
**APPROVAL** [1] - 6:8
**April** [1] - 10:22
**APRIL** [1] - 1:7
**April's** [1] - 9:7
**area** [1] - 24:2
**areas** [1] - 23:23
**arguably** [1] - 27:22
**ASBILL** [1] - 3:7
**assistance** [1] - 10:16
**assume** [1] - 18:10
**assure** [1] - 13:21
**AT** [1] - 1:3
**Atlanta** [1] - 12:11
**attention** [1] - 13:8
**ATTORNEY** [1] - 2:23
**attorneys** [1] - 15:23
**August** [3] - 20:15, 20:19, 29:1
**availability** [1] - 29:2
**available** [1] - 27:8
**Avenue** [3] - 2:8, 2:15, 2:25
**aware** [1] - 29:16

**B**

**BAAY** [7] - 3:8, 18:17, 18:21, 30:17, 30:22, 30:25, 31:6
**BABIUCH** [1] - 3:5
**bargain** [1] - 15:6
**Barr** [2] - 7:18, 25:13
**BARR** [4] - 2:4, 7:21, 24:14, 25:3
**barroom** [1] - 12:18
**based** [1] - 31:18
**basement** [1] - 15:6
**basis** [1] - 12:9
**Baylen** [1] - 2:4
**BECK** [1] - 4:2
**BEFORE** [1] - 1:12
**behalf** [1] - 15:23
**believes** [2] - 26:6, 28:15
**BEN** [1] - 5:8
**BENSON** [2] - 5:5, 31:15
**Benton** [1] - 31:16
**BERTAUT** [1] - 4:6
**best** [1] - 15:2
**bet** [1] - 14:14
**between** [4] - 11:11, 12:11, 16:6, 16:11
**BILL** [1] - 5:10

**BINGHAM** [1] - 3:20
**bit** [1] - 23:20
**board** [1] - 8:17
**boat** [1] - 25:3
**Bobo** [2] - 14:14, 14:18
**BOCKIUS** [1] - 4:8
**BOP** [4] - 6:3, 7:24, 8:4, 8:11
**Box** [1] - 2:19
**boy** [2] - 8:5, 13:4
**BP** [23] - 3:2, 5:3, 6:14, 6:15, 6:16, 6:18, 6:19, 6:21, 8:23, 10:8, 16:6, 16:9, 16:16, 17:11, 18:15, 20:11, 21:1, 21:13, 23:22, 27:23, 29:11, 30:19, 32:2
**BP's** [1] - 24:5
**BP-US** [1] - 32:2
**BRENNAN** [1] - 3:7
**BRIAN** [1] - 2:4
**Brian** [5] - 23:1, 23:19, 23:24, 24:5, 24:13
**bring** [2] - 24:7, 24:24
**bringing** [1] - 24:10
**brings** [1] - 31:17
**brought** [1] - 28:4
**burdens** [1] - 17:20
**burdensome** [1] - 22:19
**bus** [13] - 12:2, 12:11, 12:14, 12:20, 12:22, 12:23, 12:25, 13:10, 13:22, 14:6, 14:15, 30:14
**Bus** [1] - 12:11
**buses** [1] - 14:1
**BY** [13] - 1:5, 2:4, 2:10, 2:14, 2:18, 2:21, 2:24, 3:2, 3:8, 3:12, 3:20, 4:2, 4:9

**C**

**calender** [1] - 28:2
**Cameron** [3] - 4:2, 19:2, 23:5
**Camp** [1] - 2:22
**Canal** [2] - 2:11, 2:11
**Capping** [4] - 6:3, 7:24, 8:4, 8:22
**Captain** [5] - 7:23, 8:17, 9:6, 10:4, 10:15, 11:7
**car** [1] - 12:3
**CARMELITE** [1] - 4:6
**Carondelet** [1] - 4:6
**carpel** [1] - 7:10

2

**Cases** [1] - 1:8
**casing** [1] - 8:16
**Center** [1] - 4:3
**cents** [2] - 12:16, 12:17
**certain** [2] - 26:12, 26:22
**certificate** [1] - 11:2
**CERTIFICATE** [1] - 32:7
**certification** [2] - 11:8, 11:13
**certify** [2] - 10:19, 32:10
**certifying** [1] - 23:24
**cetera** [1] - 24:22
**Chakeres** [1] - 21:12
**challenge** [1] - 30:22
**challenges** [5] - 16:19, 17:13, 20:12, 20:23, 31:20
**Challenges** [2] - 6:15, 6:17
**cheapest** [1] - 15:2
**check** [1] - 19:10
**checking** [2] - 19:3, 20:2
**Chernich** [2] - 9:10, 26:3
**CHERNICH** [12] - 5:5, 9:10, 9:12, 9:14, 9:20, 9:23, 10:3, 10:6, 26:3, 26:5, 26:16, 26:21
**Chicago** [1] - 3:6
**circulated** [2] - 9:16, 9:17
**claimants** [1] - 15:24
**claims** [1] - 15:16
**CLASS** [1] - 6:8
**class** [1] - 15:8
**clean** [1] - 14:3
**CLEANUP** [1] - 6:4
**cleanup** [1] - 14:24
**clogged** [1] - 15:17
**closure** [1] - 24:11
**coming** [13] - 8:18, 9:19, 12:24, 15:10, 15:22, 16:3, 18:19, 19:1, 19:19, 19:22, 28:10, 29:25, 31:22
**commence** [1] - 27:18
**comment** [1] - 24:13
**comments** [1] - 15:1
**Committee** [1] - 2:3
**compared** [1] - 17:20
**competing** [1] - 31:4
**compile** [2] - 15:1, 15:21
**complete** [1] - 28:10

**completed** [4] - 22:12, 22:14, 22:17, 22:24
**completion** [2] - 16:13, 18:13
**complying** [1] - 15:12
**computer** [1] - 10:10
**Computer** [2] - 1:24, 6:5
**Computer-aided** [1] - 1:24
**conclude** [1] - 8:23
**concluded** [1] - 32:4
**confer** [1] - 20:13
**conference** [9] - 12:20, 16:10, 21:11, 21:18, 28:1, 30:1, 30:10, 30:11, 32:2
**CONFERENCE** [1] - 1:11
**conferences** [2] - 16:6, 29:25
**confused** [2] - 31:5, 31:12
**contacting** [1] - 25:13
**control** [12] - 17:5, 18:1, 18:22, 19:1, 21:16, 21:22, 22:12, 29:14, 29:15, 31:1, 31:10, 31:18
**conversations** [1] - 25:13
**cool** [1] - 14:3
**copied** [1] - 8:14
**copies** [4] - 27:4, 27:11, 28:24, 29:20
**copy** [1] - 29:6
**core** [1] - 26:12
**COREY** [1] - 2:24
**Corey** [6] - 12:1, 14:8, 14:12, 17:13, 28:2, 30:3
**Corey's** [1] - 14:20
**corporate** [1] - 27:20
**correct** [12] - 8:2, 10:11, 15:4, 28:17, 30:3, 30:4, 30:6, 30:21, 30:24, 31:8, 31:11, 32:10
**cost** [1] - 13:1
**COTLAR** [1] - 2:7
**counsel** [1] - 8:14
**Counsel** [1] - 2:7
**counting** [1] - 7:14
**couple** [2] - 23:21, 24:23
**course** [1] - 17:25
**COURT** [96] - 1:1, 7:3, 7:5, 7:7, 7:10, 7:14, 7:16, 7:18, 7:22, 8:2, 8:5, 8:9, 8:21, 9:1,

9:4, 9:11, 9:13, 9:18, 9:22, 10:1, 10:4, 10:7, 10:13, 11:17, 11:20, 11:25, 12:5, 12:8, 12:18, 12:21, 13:1, 13:4, 13:7, 13:10, 13:16, 13:23, 14:6, 14:8, 14:17, 14:20, 15:7, 16:22, 17:2, 17:9, 17:16, 18:12, 18:18, 18:24, 19:8, 19:17, 20:7, 21:4, 21:7, 21:9, 21:20, 21:24, 22:4, 22:8, 22:18, 22:22, 23:4, 23:8, 23:11, 23:13, 23:16, 24:8, 24:20, 25:2, 25:5, 25:17, 25:19, 25:23, 25:25, 26:2, 26:4, 26:15, 26:17, 26:23, 27:2, 27:21, 27:25, 28:6, 28:19, 29:17, 30:3, 30:8, 30:13, 30:16, 30:21, 30:24, 31:3, 31:7, 31:12, 31:14, 31:22, 32:1
**Court** [5] - 1:20, 10:17, 24:15, 29:16, 32:9
**courtesy** [5] - 27:4, 27:11, 28:24, 29:6, 29:20
**Courtroom** [1] - 6:6
**cover** [1] - 20:12
**Cudd** [1] - 28:12
**custodians** [2] - 20:3, 20:4
**cut** [1] - 7:8

**D**

**Dallas** [2] - 3:15, 13:10
**data** [1] - 10:19
**date** [4] - 9:20, 16:25, 17:2, 27:11
**dates** [4] - 9:15, 17:6, 27:8, 28:2
**David** [1] - 19:5
**DAVID** [2] - 3:8, 4:2
**days** [1] - 8:5
**DC** [3] - 2:15, 2:19, 3:21
**deadline** [1] - 17:18
**deadlines** [1] - 20:13
**deal** [2] - 13:4, 25:18
**debated** [1] - 24:2
**December** [1] - 30:11
**decide** [1] - 31:22

**decided** [2] - 7:18, 12:12
**deck** [1] - 12:25
**decker** [2] - 12:14, 30:14
**declaration** [1] - 25:17
**DEEPWATER** [1] - 1:6
**Defendant** [6] - 3:2, 3:7, 3:11, 3:20, 4:2, 4:8
**deferring** [1] - 21:16
**DENISE** [1] - 4:9
**DEPARTMENT** [2] - 2:14, 2:18
**Deposition** [2] - 6:7, 6:19
**deposition** [7] - 11:21, 14:23, 22:11, 22:14, 22:16, 22:24, 29:7
**Depositions** [2] - 6:22, 6:23
**depositions** [4] - 18:11, 21:1, 27:17, 29:8
**designee** [2] - 24:22, 25:15
**Designees** [1] - 6:22
**designees** [3] - 27:6, 27:8, 28:25
**detail** [1] - 10:12
**Dexter** [1] - 2:25
**dial** [1] - 32:2
**different** [3] - 12:19, 24:4, 26:9
**DISCOVERY** [1] - 1:11
**discovery** [1] - 19:25
**discussed** [1] - 23:24
**discussion** [1] - 11:10
**discussions** [1] - 10:15
**displaced** [1] - 10:20
**DISTRICT** [2] - 1:1, 1:2
**DNV** [1] - 28:12
**docket** [5] - 15:15, 15:17, 15:22, 15:24, 16:3
**Document** [1] - 6:13
**document** [6] - 16:5, 16:14, 17:10, 27:19, 29:4
**documents** [14] - 8:24, 17:3, 17:21, 17:24, 18:3, 18:5, 18:14, 18:21, 19:4, 20:6, 20:23, 29:5, 29:6, 30:18
**Documents** [1] - 6:16
**DOJ** [1] - 5:5
**don** [1] - 10:13
**DON** [1] - 3:2

**Don** [7] - 10:1, 11:15, 11:17, 11:21, 13:16, 21:1
**don's** [1] - 10:11
**DONALD** [1] - 3:12
**done** [7] - 18:7, 19:11, 19:15, 20:19, 25:8, 26:19
**double** [1] - 30:14
**double-decker** [1] - 30:14
**Doug** [2] - 21:10, 29:9
**DOUGLAS** [1] - 2:21
**douglas** [1] - 19:14
**down** [5] - 12:2, 14:21, 25:3, 30:9, 30:25
**downtown** [1] - 14:8
**draft** [3] - 9:19, 23:19, 31:3
**Dril** [3] - 25:20, 26:24, 26:25
**Dril-Quip** [3] - 25:20, 26:24, 26:25
**drive** [2] - 12:7, 13:18
**driving** [1] - 13:22
**dummy** [1] - 15:15

**E**

**early** [2] - 21:19, 27:9
**ears** [1] - 28:8
**easier** [2] - 24:14, 24:17
**EASTERN** [1] - 1:2
**effort** [1] - 9:15
**EISERT** [1] - 5:4
**either** [1] - 30:5
**eliminate** [1] - 26:6
**Elm** [1] - 3:14
**Elysium** [4] - 10:20, 10:22, 11:4, 11:7
**email** [1] - 18:4
**end** [2] - 14:8, 16:6
**ENFORCEMENT** [1] - 2:17
**Engelbert** [1] - 10:15
**Engelburt** [1] - 11:7
**Engineering** [1] - 28:14
**Englebert** [4] - 7:23, 8:17, 9:6, 10:4
**entering** [1] - 28:2
**ENVIRONMENTAL** [1] - 2:17
**Equipment** [1] - 6:6
**ESQ** [35] - 2:4, 2:7, 2:10, 2:14, 2:18, 2:21, 2:24, 2:24, 3:2, 3:5, 3:8, 3:8, 3:12, 3:12, 3:13, 3:13,

3:16, 3:17, 3:20, 3:22, 4:2, 4:6, 4:9, 4:9, 5:3, 5:3, 5:4, 5:5, 5:5, 5:6, 5:7, 5:7, 5:8, 5:9, 5:10
**et** [1] - 24:22
**event** [1] - 15:14
**exactly** [2] - 7:15, 19:16
**except** [1] - 18:1
**Exhibits** [1] - 6:7
**exhibits** [1] - 14:23
**extent** [1] - 18:1
**extrapolate** [1] - 20:16
**Exxon/Mobil** [1] - 28:13

**F**

**fair** [6] - 15:3, 15:7, 17:21, 19:17, 23:8, 26:23
**Fannin** [1] - 3:9
**far** [6] - 17:22, 18:19, 19:9, 20:12, 20:15, 25:14
**FCRR** [3] - 1:19, 32:12, 32:13
**Federal** [1] - 2:14
**few** [1] - 15:11
**fi** [1] - 12:14
**figure** [2] - 10:2, 22:10
**file** [2] - 15:22, 15:24
**filed** [2] - 15:18, 23:2
**filing** [1] - 15:23
**filling** [1] - 8:5
**final** [3] - 19:10, 23:1, 23:3
**finalize** [1] - 29:19
**finally** [1] - 11:10
**fine** [5] - 7:5, 9:12, 9:13, 18:17, 21:5
**finish** [4] - 20:15, 24:10, 25:4, 25:5
**FIRM** [1] - 2:10
**firm** [1] - 17:22
**first** [6] - 9:14, 9:17, 9:18, 13:24, 13:25, 31:20
**first-round** [1] - 9:18
**FITCH** [9] - 3:20, 13:15, 14:1, 14:7, 17:20, 23:18, 24:18, 24:25, 25:18
**Fitch** [1] - 23:18
**FL** [1] - 2:5
**FLEMING** [1] - 3:13
**floor** [3] - 13:21, 13:24, 13:25
**following** [2] - 16:10,

21:20
**fooling** [1] - 31:23
**foregoing** [1] - 32:10
**form** [2] - 15:16, 16:17
**forth** [2] - 10:25, 11:9
**four** [1] - 14:2
**free** [1] - 12:14
**FRIDAY** [1] - 7:1
**Friday** [5] - 18:10, 28:1, 30:1, 30:9, 30:11
**front** [1] - 12:25
**fully** [1] - 26:21
**future** [1] - 19:15

**G**

**gas** [1] - 13:5
**GENERAL** [1] - 2:23
**generate** [1] - 11:3
**generation** [1] - 14:4
**gentlemen** [1] - 11:11
**globo** [1] - 15:22
**GODWIN** [9] - 3:11, 3:12, 3:16, 10:11, 11:16, 11:23, 13:12, 14:14, 30:12
**Godwin's** [1] - 11:21
**Goodwin** [1] - 13:8
**Government** [1] - 2:14
**graphs** [1] - 18:5
**great** [4] - 9:4, 13:17, 14:11, 18:1
**groceries** [1] - 14:10
**groundwork** [1] - 24:8
**group** [2] - 12:9, 12:20
**GUIDY** [1] - 3:22
**gULF** [1] - 1:6
**guys** [3] - 16:17, 19:5, 31:24
**GWEN** [1] - 3:17

**H**

**habit** [1] - 28:5
**hail** [1] - 14:2
**Halliburton** [16] - 3:11, 6:5, 10:8, 10:9, 10:15, 10:19, 10:21, 10:23, 10:24, 11:1, 11:5, 11:11, 14:22, 19:20, 19:23, 22:23
**Halliburton-provided** [1] - 11:5
**hand** [2] - 17:25, 18:3
**hard** [1] - 22:7
**Haycraft** [1] - 7:25
**HAYCRAFT** [13] - 3:2, 8:1, 8:3, 8:7, 8:11, 8:22, 9:3, 9:21, 9:25,

10:14, 11:18, 21:2, 30:7
**HB** [1] - 1:20
**heading** [1] - 16:4
**hear** [1] - 13:17
**heard** [1] - 26:17
**hello** [3] - 7:3, 9:11, 21:4
**hereby** [1] - 32:9
**HERMAN** [4] - 2:7, 2:7, 7:17
**Herman** [2] - 7:16, 7:18
**hi** [1] - 26:4
**highlight** [1] - 14:20
**HIMMELHOCK** [7] - 5:7, 7:4, 7:6, 7:8, 7:13, 7:15, 16:25
**Hole** [2] - 6:12, 28:14
**home** [1] - 12:6
**honey** [1] - 11:23
**Honor** [13] - 7:4, 7:21, 11:24, 14:14, 15:4, 19:24, 22:25, 23:6, 23:15, 25:10, 25:24, 26:3, 31:15
**HONORABLE** [1] - 1:12
**hope** [3] - 20:14, 20:19, 20:21
**hopefully** [2] - 20:10, 29:19
**hoping** [2] - 8:24, 24:19
**HORIZON** [1] - 1:6
**houston** [1] - 4:11
**Houston** [3] - 3:10, 3:18, 4:3, 4:4
**huge** [1] - 18:5

**I**

**idea** [1] - 16:1
**ideas** [1] - 15:25
**identification** [2] - 30:17, 30:20
**identify** [3] - 17:1, 17:2, 27:7
**ignoring** [1] - 29:13
**II** [1] - 3:6
**immediate** [1] - 19:15
**impressed** [1] - 14:11
**improving** [1] - 15:25
**IN** [2] - 1:5, 1:6
**in-globo** [1] - 15:22
**incident** [1] - 26:11
**including** [1] - 8:13
**InData** [1] - 15:1
**indeed** [2] - 9:3, 11:2
**indefinitely** [1] - 26:7

**individual** [1] - 15:11
**information** [1] - 23:25
**input** [1] - 10:19
**inputs** [2] - 11:4, 11:5
**inputting** [1] - 11:12
**instruct** [1] - 15:23
**Interests** [2] - 2:14, 2:21
**inventor** [1] - 10:16
**invoice** [1] - 9:7
**involved** [2] - 18:1, 24:1
**involvement** [1] - 26:10
**IRPINO** [2] - 2:10, 2:10
**issue** [5] - 8:25, 14:23, 21:6, 29:12, 30:17
**issued** [2] - 23:14, 23:16
**ISSUES** [1] - 6:8
**issues** [10] - 14:25, 16:11, 20:1, 21:14, 23:21, 26:11, 26:14, 26:15, 26:16, 26:25
**ITEMS** [1] - 6:2
**itself** [1] - 26:11

**J**

**jimmy** [1] - 7:20
**JOE** [1] - 5:4
**JONES** [3] - 4:2, 19:6, 23:6
**Jordan** [1] - 15:5
**JUDGE** [1] - 1:13
**Judge** [9] - 7:17, 10:11, 12:3, 13:9, 14:16, 21:5, 22:1, 23:18, 27:14
**judge** [2] - 9:10, 21:8
**June** [5] - 16:18, 18:13, 27:6, 28:1, 30:5
**Jury** [1] - 6:6
**JUSTICE** [2] - 2:14, 2:18

**K**

**KANNER** [1] - 2:21
**KATZ** [1] - 2:7
**kept** [1] - 22:6
**kind** [1] - 26:10
**knows** [1] - 7:10
**Kraus** [3] - 19:14, 21:10, 29:9
**KRAUS** [8] - 2:21, 19:14, 21:8, 21:10, 21:23, 21:25, 23:15,

29:9

**L**

**LA** [6] - 2:8, 2:12, 2:22, 3:4, 3:24, 4:7
**laboring** [1] - 25:1
**ladies** [1] - 14:4
**Lamar** [1] - 3:17
**LaSalle** [1] - 3:5
**laser** [5] - 8:12, 8:13, 8:15, 8:19, 9:15
**last** [8] - 7:12, 7:13, 9:24, 15:5, 23:1, 23:21, 26:11, 29:3
**LAUREN** [1] - 3:13
**LAW** [1] - 2:10
**lay** [1] - 24:8
**learning** [1] - 9:15
**least** [5] - 18:10, 23:24, 24:6, 27:17, 29:3
**letter** [1] - 8:13
**letting** [1] - 25:7
**LEVIN** [1] - 2:3
**LEWIS** [2] - 3:2, 4:8
**LexusNexus** [1] - 16:2
**LI** [1] - 3:8
**Liaison** [1] - 2:7
**line** [5] - 9:7, 20:14, 21:2, 24:10, 25:6
**lines** [1] - 31:4
**LISKOW** [1] - 3:2
**list** [2] - 22:9, 28:10
**LLC** [2] - 2:21, 4:8
**LLP** [1] - 3:20
**log** [2] - 18:22, 30:23
**Logs** [2] - 6:15, 6:17
**logs** [15] - 17:14, 17:18, 18:19, 19:1, 19:5, 19:10, 19:13, 19:18, 19:22, 20:6, 20:12, 30:18, 31:18, 31:19, 31:20
**look** [1] - 19:20
**looking** [6] - 12:21, 15:6, 18:22, 19:11, 25:15, 28:8
**looks** [1] - 17:11
**looping** [1] - 19:25
**LOUISIANA** [2] - 1:2, 7:1
**Louisiana** [9] - 1:21, 2:21, 4:10, 19:13, 19:14, 21:10, 23:14, 29:9
**love** [1] - 14:20
**lucky** [1] - 8:12
**LUIS** [1] - 3:8
**LUXTON** [3] - 4:9,

25:24, 26:1

## M

ma'am [2] - 11:22, 28:18
MAGISTRATE [1] - 1:13
MAJOR [1] - 3:12
manual [1] - 10:23
MARIANI [1] - 5:6
mark [2] - 23:8, 27:2
MARK [1] - 5:3
Mark [3] - 11:12, 21:2, 21:4
MAY [1] - 7:1
MAYEAUX [1] - 5:8
Maze [1] - 12:1
MAZE [25] - 2:24, 12:3, 12:6, 12:10, 12:17, 12:19, 12:22, 13:2, 13:5, 13:9, 13:13, 13:19, 13:24, 14:13, 14:19, 16:23, 17:15, 22:1, 22:6, 23:10, 23:12, 28:4, 30:2, 30:4, 30:15
MCCUTCHEN [1] - 3:20
McKinney [1] - 4:3
MDL [1] - 5:10
mean [1] - 25:17
meet [1] - 20:13
meet-and-confer [1] - 20:13
meeting [1] - 16:9
Mega [1] - 12:11
mentioned [1] - 23:20
message [1] - 13:12
MEXICO [1] - 1:6
MI [5] - 4:8, 19:12, 24:12, 25:19, 25:24
mid [2] - 20:19, 27:6
mid-August [1] - 20:19
mid-June [1] - 27:6
might [2] - 14:14, 20:3
MIKE [2] - 5:3, 5:7
Mike [1] - 17:6
minor [1] - 27:22
minute [1] - 16:14
minutes [1] - 32:2
miss [1] - 20:8
missed [2] - 28:11, 28:19
MITCHELL [2] - 2:3, 3:13
Mobile [1] - 14:19
model [1] - 11:8
MOEX [2] - 24:12,

26:5
Moex [3] - 25:19, 25:22, 25:23
moment [1] - 26:8
Montgomery [2] - 2:25, 12:2
months [1] - 12:10
MORGAN [1] - 4:8
morning [7] - 7:16, 7:17, 7:21, 8:1, 16:10, 25:25, 26:1
most [3] - 12:15, 13:2
mostly [1] - 15:11
Mother's [1] - 12:6
motion [1] - 23:20
move [1] - 21:22
MR [104] - 7:17, 7:21, 8:1, 8:3, 8:7, 8:11, 8:22, 9:3, 9:10, 9:12, 9:14, 9:20, 9:21, 9:23, 9:25, 10:3, 10:6, 10:11, 10:14, 11:16, 11:18, 11:19, 11:23, 12:3, 12:6, 12:10, 12:16, 12:17, 12:19, 12:22, 13:2, 13:5, 13:9, 13:12, 13:13, 13:15, 13:19, 13:24, 14:1, 14:7, 14:13, 14:14, 14:19, 15:4, 16:21, 16:23, 16:24, 17:7, 17:15, 17:20, 18:17, 18:21, 19:6, 19:14, 19:23, 21:2, 21:5, 21:8, 21:10, 21:23, 21:25, 22:1, 22:6, 22:15, 22:19, 22:25, 23:6, 23:10, 23:12, 23:15, 23:18, 24:14, 24:18, 24:25, 25:3, 25:10, 25:18, 25:22, 25:24, 26:1, 26:3, 26:5, 26:16, 26:21, 27:14, 27:22, 28:4, 28:18, 29:9, 30:2, 30:4, 30:6, 30:7, 30:12, 30:15, 30:17, 30:22, 30:25, 31:2, 31:6, 31:8, 31:11, 31:13, 31:15
MS [6] - 7:4, 7:6, 7:8, 7:13, 7:15, 16:25

## N

Nat [1] - 21:12
NAZARETH [1] - 5:9
NEAL [1] - 5:9
necessary [1] - 10:19

need [8] - 10:12, 13:24, 16:8, 23:6, 24:8, 27:19, 28:6, 28:11
negotiated [3] - 22:25, 26:19, 26:22
negotiating [1] - 29:13
new [4] - 12:2, 12:10, 15:22, 15:24
NEW [2] - 1:3, 7:1
New [8] - 1:21, 2:8, 2:12, 2:22, 3:4, 3:24, 4:7, 12:11
news [2] - 22:2, 31:23
next [8] - 8:25, 9:9, 10:5, 12:1, 14:18, 15:8, 18:9, 21:19
NOMELINI [2] - 5:3, 21:5
Nomelini [1] - 21:2
Non [1] - 6:24
non [1] - 28:7
Non-Parties [1] - 6:24
non-parties [1] - 28:7
northeast [1] - 14:2
nothing [1] - 19:12
notice [15] - 15:12, 15:13, 20:25, 21:15, 22:14, 22:16, 22:24, 25:20, 25:23, 25:24, 26:2, 26:5, 26:13, 28:7, 29:21
Notice [3] - 6:19, 6:20, 6:22
notices [7] - 15:9, 22:10, 22:11, 27:4, 27:11, 28:22, 29:12
Notices [1] - 6:23
November [1] - 30:9
number [3] - 15:23, 15:24, 18:23
NW [2] - 2:15, 3:21

## O

O'KEEFE [8] - 11:19, 16:21, 16:24, 17:7, 25:22, 30:6, 31:2, 31:11
O'Keefe [1] - 2:8
O'Rourke [5] - 22:15, 25:9, 25:10, 27:14, 28:15
O'ROURKE [9] - 2:18, 22:15, 22:19, 25:10, 27:14, 27:22, 28:18, 31:8, 31:13
O'Rourke's [1] - 28:8
oar [1] - 25:1
oath [1] - 25:16

objections [5] - 6:9, 15:11, 15:17, 15:18, 20:16
obviously [2] - 8:14, 24:18
occurred [1] - 11:4
Oceaneering [1] - 28:13
OF [5] - 1:2, 1:6, 2:14, 2:18, 2:23
Official [2] - 1:20, 32:9
oIL [1] - 1:5
OIL [1] - 1:5
old [1] - 14:4
ON [1] - 1:6
once [1] - 19:10
ONE [1] - 6:4
One [7] - 2:11, 4:3, 14:23, 20:1, 26:11, 26:15, 26:18
one [22] - 11:19, 11:20, 14:15, 15:17, 17:25, 21:19, 22:4, 23:2, 23:14, 23:16, 23:23, 24:5, 24:7, 25:1, 25:20, 26:7, 30:5, 30:17, 30:22, 31:8, 31:17
one's [1] - 26:21
ones [1] - 22:6
open [1] - 11:6
operator [1] - 10:23
order [7] - 16:17, 20:10, 20:21, 20:22, 27:7, 28:10, 31:4
original [1] - 11:12
ORLEANS [2] - 1:3, 7:1
Orleans [8] - 1:21, 2:8, 2:12, 2:22, 3:4, 3:24, 4:7, 12:11
output [2] - 11:13, 11:14
outputs [1] - 11:4
outside [1] - 30:19
own [1] - 27:20
ownership [1] - 8:24

## P

Page [1] - 6:2
pages [2] - 17:8, 18:4
paid [2] - 13:5, 13:7
PAPANTONIO [1] - 2:3
Parish [1] - 5:9
part [2] - 19:7, 19:10
participants [6] - 7:3, 18:25, 19:9, 19:18, 29:24, 30:19

participate [1] - 16:8
participated [2] - 21:11, 29:10
participating [1] - 32:1
particular [2] - 13:7, 25:1
particularly [1] - 18:4
parties [16] - 14:25, 16:7, 16:12, 16:13, 16:18, 17:4, 17:10, 20:12, 20:16, 22:10, 27:19, 28:7, 28:15, 28:23, 29:3, 29:21
Parties [5] - 6:13, 6:15, 6:20, 6:22, 6:24
party [2] - 14:25, 29:11
party/nonparty [1] - 27:17
Passenger [1] - 14:9
payment [1] - 9:7
PC [2] - 3:11, 3:16
pen [1] - 28:4
Pencor [1] - 28:13
Pennsylvania [1] - 2:15
Pensacola [1] - 2:5
people [5] - 12:24, 13:19, 15:11, 25:2, 32:1
percent [1] - 19:16
perhaps [2] - 10:1, 29:1
perking [1] - 28:8
person [1] - 10:24
PETRINO [1] - 5:3
PHASE [2] - 6:4, 6:11
Phase [9] - 14:23, 16:4, 19:25, 20:1, 26:11, 26:15, 26:16, 26:18
phone [7] - 7:3, 8:9, 18:25, 19:9, 19:18, 22:20, 29:24
Picayune [1] - 12:12
picture [3] - 12:21, 12:22, 12:23
PIGMAN [1] - 4:5
Place [1] - 2:11
place [1] - 15:18
Plaintiffs [2] - 2:3, 2:10
Plaintiffs' [1] - 2:7
plane [1] - 14:5
plaquemines [1] - 5:9
play [1] - 20:3
players [1] - 27:22
pleased [1] - 17:12

**plus** [2] - 12:16, 12:17
**PO** [1] - 2:19
**point** [5] - 14:17, 16:10, 18:9, 18:10, 26:6
**pointed** [1] - 26:13
**policy** [1] - 27:20
**position** [1] - 27:16
**pounding** [1] - 22:6
**Poydras** [3] - 1:21, 3:3, 3:23
**prefer** [1] - 13:21
**prepared** [3] - 29:8, 30:14, 31:18
**Prepared** [2] - 6:15, 6:17
**preparedness** [1] - 24:2
**pretty** [5] - 7:6, 16:5, 17:11, 26:21, 29:20
**prioritized** [1] - 17:4
**Privilege** [2] - 6:15, 6:17
**privilege** [13] - 17:14, 17:18, 18:19, 18:22, 19:1, 19:5, 19:10, 19:13, 19:18, 19:22, 20:5, 20:12, 20:16
**privileges** [1] - 30:18
**pro** [1] - 15:11
**problem** [3] - 15:2, 15:19, 27:13
**problems** [1] - 16:1
**Proceedings** [1] - 1:24
**proceedings** [1] - 32:4
**process** [7] - 19:7, 20:1, 20:4, 20:14, 20:17, 20:24, 30:25
**PROCTOR** [1] - 2:3
**produced** [2] - 19:4, 20:6
**production** [9] - 8:23, 16:5, 16:14, 17:10, 17:18, 18:14, 19:3, 27:19, 29:5
**Production** [2] - 6:13, 6:16
**program** [5] - 10:22, 11:1, 11:3, 11:5
**progress** [1] - 9:1
**proposal** [1] - 31:9
**protocol** [6] - 8:13, 8:14, 8:18, 9:16, 10:2, 10:9
**provide** [6] - 10:19, 10:21, 10:23, 11:1, 11:7, 11:13
**provided** [1] - 11:5
**PSC** [2] - 23:1, 24:25

**put** [9] - 9:6, 18:21, 23:8, 25:12, 26:7, 27:2, 28:10, 29:18, 30:9

**Q**

**quantification** [9] - 17:1, 17:3, 18:21, 20:23, 21:14, 22:11, 29:13, 30:18, 31:9
**questions** [1] - 10:25
**quickly** [1] - 29:15
**Quintsaw** [1] - 18:2
**Quip** [3] - 25:20, 26:24, 26:25
**quite** [1] - 14:7

**R**

**race** [1] - 25:5
**radar** [1] - 29:19
**RAFFERTY** [1] - 2:3
**rage** [1] - 14:1
**ram** [2] - 8:16
**ran** [1] - 20:5
**rates** [1] - 15:6
**rather** [1] - 29:15
**RE** [1] - 1:5
**reached** [1] - 23:3
**read** [1] - 10:18
**reading** [1] - 8:8
**ready** [2] - 10:24, 28:6
**really** [4] - 8:5, 13:16, 14:7, 22:7
**receive** [1] - 30:20
**received** [1] - 23:12
**recipient** [1] - 8:12
**recollection** [1] - 24:12
**record** [1] - 10:18
**Recorded** [1] - 1:24
**red** [1] - 31:4
**REDDEN** [1] - 4:2
**redid** [1] - 17:23
**regard** [5] - 7:24, 10:9, 14:23, 19:2, 26:12
**regarding** [1] - 26:10
**regular** [1] - 12:9
**reiterate** [1] - 27:16
**related** [1] - 21:14
**relative** [1] - 16:13
**remain** [1] - 16:11
**remainder** [1] - 24:19
**remarkable** [1] - 14:7
**remember** [2] - 21:13, 25:21
**remembered** [1] - 11:14
**remind** [1] - 14:18

**reminds** [1] - 11:21
**replacement** [1] - 10:20
**report** [13] - 7:23, 8:4, 8:24, 10:5, 12:1, 12:3, 12:8, 14:22, 21:3, 21:6, 21:21, 23:7
**reported** [1] - 14:24
**Reporter** [2] - 1:20, 32:9
**reports** [2] - 17:12, 19:12
**request** [1] - 29:4
**requests** [1] - 16:7
**required** [1] - 15:13
**requirements** [1] - 15:12
**reserving** [1] - 12:17
**resolve** [2] - 8:25, 25:6
**resolved** [2] - 23:22
**resolving** [1] - 24:8
**respectfully** [1] - 24:4
**respond** [1] - 24:21
**response** [2] - 27:1, 31:25
**responsive** [1] - 18:4
**restroom** [1] - 12:15
**rethink** [1] - 22:5
**returnable** [1] - 29:7
**review** [2] - 11:12, 29:8
**revised** [1] - 10:24
**RICHARD** [1] - 3:17
**ride** [1] - 30:14
**riding** [2] - 13:21, 14:15
**RIG** [1] - 1:5
**riser** [1] - 8:20
**RMR** [1] - 1:19
**road** [1] - 30:25
**ROBERT** [1] - 3:22
**rock** [1] - 26:12
**roll** [1] - 20:20
**rolling** [1] - 19:3
**RONQUILLO** [2] - 3:11, 3:16
**Room** [1] - 6:6
**round** [3] - 9:18, 13:2, 20:18
**Rouses** [1] - 14:9
**route** [1] - 12:11
**routes** [1] - 13:14
**rowing** [1] - 25:3
**RPR** [1] - 1:19
**RRB** [1] - 28:13
**Rule** [5] - 6:19, 6:20, 6:22, 6:23, 20:25
**ruling** [1] - 20:15

**rulings** [1] - 20:17
**run** [4] - 10:20, 10:21, 11:4, 11:9
**running** [4] - 11:8, 13:13, 27:10, 29:12
**rush** [1] - 24:9
**RYAN** [1] - 3:5

**S**

**sad** [1] - 12:3
**SALLY** [1] - 1:12
**samples** [2] - 26:12
**sampling** [1] - 20:17
**SARAH** [1] - 5:7
**Sarah** [2] - 7:10, 7:12
**Savory** [1] - 11:12
**saw** [1] - 12:12
**scan** [3] - 8:12, 8:20, 9:15
**scanned** [1] - 8:15
**scanner** [1] - 8:19
**scanning** [1] - 8:13
**Schedule** [1] - 31:10
**schedule** [3] - 28:15, 29:25, 31:17
**scheduled** [2] - 9:16, 9:20
**scheduling** [3] - 20:22, 28:3, 29:1
**Schlumberger** [1] - 28:13
**SCOFIELD** [1] - 4:9
**scope** [1] - 28:22
**SCOTT** [1] - 5:5
**Scott** [5] - 9:10, 9:11, 22:20, 26:3, 26:4
**se** [1] - 15:11
**SEAN** [1] - 3:13
**search** [1] - 20:5
**searches** [1] - 17:23
**seat** [2] - 12:17, 12:25
**second** [2] - 13:21, 31:21
**SECREST** [1] - 4:2
**SECTION** [1] - 2:17
**see** [7] - 14:25, 15:1, 15:18, 17:12, 19:3, 20:2, 32:3
**sent** [2] - 12:22, 23:1
**September** [4] - 27:9, 27:18, 27:24, 28:16
**serve** [6] - 18:16, 24:15, 27:3, 27:12, 28:24, 29:6
**served** [2] - 16:2, 26:22
**service** [1] - 17:18
**set** [3] - 13:15, 13:16, 17:17

**set-up** [1] - 13:16
**settings** [1] - 10:25
**SETTLEMENT** [1] - 6:8
**settlements** [1] - 15:8
**shape** [1] - 19:21
**SHARON** [1] - 2:14
**shear** [2] - 8:16
**short** [1] - 15:16
**short-form** [1] - 15:16
**shortly** [3] - 15:10, 19:1, 19:19
**Shushan** [1] - 9:10
**SHUSHAN** [1] - 1:12
**SHUTLER** [1] - 2:14
**significant** [1] - 20:3
**silence** [1] - 22:22
**similar** [2] - 13:10, 17:7
**simpatico** [2] - 24:6, 24:9
**SINCLAIR** [2] - 2:24, 12:16
**sit** [1] - 13:25
**situation** [2] - 24:4, 29:16
**slight** [1] - 11:6
**slow** [1] - 9:3
**small** [1] - 18:23
**smoothly** [1] - 20:18
**Software** [1] - 1:24
**software** [4] - 10:21, 10:23, 11:1, 11:2
**solution** [1] - 15:2
**soon** [1] - 29:20
**sooner** [2] - 27:18, 27:24
**sorry** [2] - 16:22, 26:17
**sort** [5] - 9:1, 11:7, 23:22, 25:15, 31:17
**sound** [1] - 17:19
**source** [12] - 17:5, 18:1, 18:22, 19:1, 21:16, 21:22, 22:11, 29:14, 29:15, 31:1, 31:9, 31:18
**South** [1] - 2:4
**specifically** [1] - 26:13
**spent** [1] - 23:19
**SPILL** [1] - 1:5
**splint** [2] - 7:7, 7:8
**Stack** [4] - 6:3, 7:24, 8:4, 8:22
**stare** [1] - 12:24
**staring** [1] - 22:2
**start** [9] - 13:13, 14:3, 15:20, 24:10, 27:5, 28:2, 28:5, 28:8,

28:24
**started** [2] - 12:10, 25:3
**starting** [3] - 15:10, 15:15, 18:11
**State** [1] - 2:21
**statement** [2] - 11:8, 15:3
**States** [17] - 2:17, 9:14, 16:7, 16:9, 16:16, 17:11, 18:15, 20:11, 21:12, 22:15, 22:17, 25:11, 26:6, 27:15, 27:23, 29:11, 30:19
**STATES** [2] - 1:1, 1:13
**States'** [1] - 22:13
**Station** [1] - 14:9
**Statoil** [1] - 28:13
**STATUS** [1] - 1:11
**steering** [1] - 2:3
**STEFANIE** [1] - 3:12
**Stenography** [1] - 1:24
**Steve** [3] - 22:15, 25:10, 27:14
**STEVE** [2] - 2:7, 4:9
**STEVEN** [1] - 2:18
**still** [5] - 21:13, 24:2, 24:23, 24:25, 31:3
**stipulate** [1] - 24:21
**stipulations** [1] - 23:25
**STONE** [1] - 4:5
**stop** [1] - 14:21
**stops** [1] - 14:19
**STRADLEY** [1] - 5:10
**stream** [1] - 25:4
**Street** [12] - 1:21, 2:4, 2:11, 2:22, 3:3, 3:9, 3:14, 3:21, 3:23, 4:3, 4:6, 4:10
**Stress** [1] - 28:14
**strongly** [1] - 24:18
**style** [1] - 11:21
**subject** [2] - 11:10, 29:1
**subpoena** [1] - 29:6
**substantially** [1] - 27:18
**suggest** [1] - 24:4
**Suite** [8] - 2:5, 2:12, 3:3, 3:9, 3:14, 3:18, 3:23, 4:4
**suite** [1] - 4:10
**supersede** [1] - 20:22
**Support** [1] - 5:8
**supposed** [1] - 21:19
**surgery** [1] - 7:11
**Susan** [2] - 32:9,

32:13
**SUSAN** [2] - 1:19, 32:12
**susan_zielie@laed. uscourts.gov** [1] - 1:22
**suspect** [1] - 8:9
**SUTHERLAND** [1] - 3:7

## T

**table** [1] - 13:25, 22:7
**tables** [1] - 13:24
**tagging** [1] - 23:23
**Target** [2] - 14:19, 14:21
**technical** [2] - 10:25, 18:5
**technically** [1] - 7:13
**technician** [1] - 10:24
**teleconference** [1] - 29:10
**TELEPHONICALLY** [1] - 5:1
**terms** [2] - 20:5, 23:3
**testimony** [1] - 27:9
**Texas** [1] - 13:14
**THE** [99] - 1:2, 1:5, 1:6, 1:12, 7:3, 7:5, 7:7, 7:10, 7:14, 7:16, 7:18, 7:22, 8:2, 8:5, 8:9, 8:21, 9:1, 9:4, 9:11, 9:13, 9:18, 9:22, 10:1, 10:4, 10:7, 10:13, 11:17, 11:20, 11:25, 12:5, 12:8, 12:18, 12:21, 13:1, 13:4, 13:7, 13:10, 13:16, 13:23, 14:6, 14:8, 14:17, 14:20, 15:7, 16:22, 17:2, 17:9, 17:16, 18:12, 18:18, 18:24, 19:8, 19:17, 20:7, 21:4, 21:7, 21:9, 21:20, 21:24, 22:4, 22:8, 22:18, 22:22, 23:4, 23:8, 23:11, 23:13, 23:16, 24:8, 24:20, 25:2, 25:5, 25:17, 25:19, 25:23, 25:25, 26:2, 26:4, 26:15, 26:17, 26:23, 27:2, 27:21, 27:25, 28:6, 28:19, 29:17, 30:3, 30:8, 30:13, 30:16, 30:21, 30:24, 31:3, 31:7, 31:12, 31:14, 31:22, 32:1

they've [1] - 12:10, 19:2
**thinking** [7] - 15:9, 15:15, 15:20, 24:10, 27:5, 27:9, 28:24
**thinks** [1] - 22:7
**third** [3] - 27:17, 29:11, 29:21
**THOMAS** [1] - 2:3
**three** [3] - 12:19, 24:3, 31:4
**tier** [1] - 31:20, 31:21
**timeframe** [1] - 18:11
**tired** [1] - 31:23
**today** [15] - 8:12, 8:18, 9:17, 9:19, 12:7, 16:23, 18:9, 20:10, 20:21, 21:4, 28:4, 28:10, 30:20, 31:7, 31:22
**TOM** [2] - 5:5, 5:6
**Tom** [4] - 31:8, 31:13, 31:14, 31:15
**Tony** [2] - 23:18, 24:15
**top** [1] - 12:25
**topic** [2] - 22:3, 27:8
**topics** [7] - 21:16, 24:22, 25:14, 27:6, 29:13, 29:14, 29:15
**town** [3] - 10:4, 12:24, 14:3
**track** [1] - 17:11
**train** [1] - 14:4
**transcript** [2] - 8:8, 32:10
**Transcription** [1] - 1:24
**Transocean** [3] - 3:7, 8:23, 18:13
**trip** [3] - 12:2, 13:3, 14:21
**try** [1] - 15:1
**Tuesday** [1] - 21:12
**tunnel** [1] - 7:10
**turn** [1] - 14:15
**TWO** [1] - 6:11
**two** [2] - 12:10, 12:14
**Two** [4] - 16:5, 19:25, 20:1, 26:16
**two-decker** [1] - 12:14
**TX** [5] - 3:10, 3:15, 3:18, 4:4, 4:11

## U

**under** [1] - 25:16
**under-oath** [1] - 25:16
**UNDERHILL** [1] - 5:7
**undertaken** [1] - 17:21
**unduly** [1] - 22:19

**Union** [1] - 14:8
**UNITED** [2] - 1:1, 1:13
**United** [18] - 2:17, 9:14, 16:7, 16:9, 16:16, 17:10, 18:15, 20:11, 21:12, 22:13, 22:15, 22:17, 25:11, 26:6, 27:15, 27:23, 29:11, 30:19
**unresolved** [1] - 24:24
**up** [13] - 9:9, 12:7, 13:15, 13:16, 13:21, 14:1, 14:8, 15:8, 17:10, 21:9, 22:21, 28:8, 29:25
**update** [3] - 16:15, 20:25, 21:7
**updates** [1] - 21:6
**upper** [1] - 8:16
**urging** [1] - 15:5
**US** [7] - 2:14, 2:18, 5:7, 6:14, 6:16, 6:18, 32:2

## V

**vendor** [3] - 8:19, 10:20, 11:7
**verification** [2] - 20:17, 25:16
**version** [2] - 10:21, 11:2
**vinegar** [1] - 11:23

## W

**waiting** [2] - 11:19, 11:20
**walk** [1] - 14:9
**WALTHER** [1] - 4:5
**wants** [1] - 22:13
**WARREN** [1] - 3:20
**Washington** [3] - 2:15, 2:19, 3:21
**Weatherford** [6] - 24:12, 25:19, 26:9, 26:10, 26:11, 26:20
**week** [13] - 7:11, 7:12, 7:13, 8:25, 10:5, 12:4, 15:5, 21:11, 21:18, 21:19, 23:21, 29:11, 30:22
**weekly** [1] - 28:3
**weeks** [1] - 12:19
**welcome** [4] - 10:7, 11:18, 14:13, 21:25
**WHITELEY** [1] - 2:21
**wi** [1] - 12:14
**wi-fi** [1] - 12:14
**Wild** [1] - 28:14

**WIN** [1] - 2:24
**Win** [2] - 12:9, 14:8
**wire** [1] - 8:16
**witness's** [1] - 29:1
**WITTMAN** [1] - 4:5
**Woods** [2] - 6:12, 28:14
**word** [1] - 13:20
**worst** [1] - 13:20

## Y

**yesterday** [2] - 7:9, 13:5
**YORK** [4] - 3:16, 15:4, 19:23, 22:25
**York** [1] - 19:23

## Z

**Zielie** [2] - 32:9, 32:13
**ZIELIE** [2] - 1:19, 32:12