LAW OFFICE OF
# SAMUEL W. BEARMAN, L.C.
INJURY AND DEATH CASES
WEBSITE: bearmanlaw.com

TELEPHONE (850) 438-1000
FACSIMILE (850) 438-1022
TOLL FREE (800) 760-6065

820 N. 12TH AVENUE
PENSACOLA, FLORIDA 32501
E-MAIL: sbearman@bearmanlaw.com

*2012 MAY 16  AM 10: 05*
*LORETTA G. WHYTE*
*CLERK*

May 11, 2012

Clerk of Court, U.S. District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana 70130

Re:  Oil Spill by "Deepwater Horizon"
     Direct Filing Short Form of Chris Tarbuck
     Civil Action No. 10-8888 (as per Order of the Court,
     Civil Action No. 10 md 2179, Rec. Doc. 982)

Dear Clerk of Court:

Previously, I filed a short form claim in the Deepwater Horizon case on behalf of Chris Tarbuck. I am notifying your office that I am no longer representing Mr. Tarbuck and have made him aware of my withdrawal. This will also mean that the firms associated with me, Lindsay & Andrews, P.A. and Aylstock, Witkin, Kreis & Overholtz, P.L.L.C., will not be representing him. Please note your file accordingly.

It has come to my attention that we may have mistakenly listed the first name of Mr. Tarbuck as "Joe, Jr." but, if we did, please correct it to read the first name as "Chris."

Very truly yours,

SAMUEL W. BEARMAN
For the Company

SWB/ke

___ Fee ___
___ Process ___
 X  Dktd ___
___ CtRmDep ___
___ Doc. No. ___

LAW OFFICE OF
SAMUEL W. BEARMAN, L.C.
ATTORNEY AT LAW
INJURY & DEATH CASES
820 N. 12TH AVE.
PENSACOLA, FLORIDA 32501

PENSACOLA FL 325
14 MAY 2012 PM 3 T

7013 0830 0007

Clerk of Court, U.S. District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130