UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Regarding Approval of 3D Laser Scan]**

After reviewing the attached Laser Scan Protocol and after discussion with counsel, the Court hereby approves the protocol without modification.

New Orleans, Louisiana, this 17th day of May, 2012.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**