



# PROPOSAL

## BP

### PROVISION OF 3D LASER SCANNING SERVICES FOR THE PHASE II BOP SCANS AT THE NASA FACILITY IN MICHOUD, LOUISIANA

| REVISION | DATE | COMMENT | FOR | REVIEWED |
|---|---|---|---|---|
| 0 | 5/04/2011 | Proposal | David E. Grassmick | Kyle McNeil |
| 1 | 5/7/2012 | Revised Project Synopsis | David E. Grassmick | Kyle McNeil |

| Author | Shan Pehlman |
|---|---|
| Approved | Steve Anderson |

Project Quote No:      12078P Rev 1



# TABLE OF CONTENTS

**1.0   INTRODUCTION** _____3

**2.0   PROJECT SYNOPSIS** _____4

  2.1.   SCHEDULE _____ 5

**3.0   PRICING SCHEDULE** _____6

**4.0   EQUIPMENT LIST** _____7

**5.0   CLARIFICATIONS** _____8



# 1.0   INTRODUCTION

This proposal is in response to a Request for Proposal (RFP) issued by Kirkland & Ellis LLP requesting provision of 3D Laser Scanning to be provided at the NASA facility in Michaud, Louisiana.  This proposal has been based on preliminary information provided by David E. Grassmick.

**Hi-Cad respectfully requests that this proposal be kept confidential.**



# 2.0   PROJECT SYNOPSIS

**Project Name: Damaged Riser Project**

The project involves the as-built data collection of the BSR and CSR and upper annular in the NASA Lay down Yard.  Any alterations to the field work quoted herein can be reflected on a Change Order.

Before Hi-Cad performs the laser scan, BP will arrange to have the Damaged BSR and CSR Cleaned and the protective sealant removed.

For the laser scan, Hi-Cad will establish a local coordinate system and rotate the Data Orthogonal for Possible modeling and demonstration purposes. Hi-Cad will need a four foot clearance around the articles being scanned in order to perform a complete scan.

## Deliverables:

- Hi Cad will document and provide a Laser scan dataset of the required surfaces as requested. Hi-Cad will capture all deformation possible.
- Hi-Cad will provide surface deformation charts compared to any provided design drawings.
- Hi-Cad will provide the laser scan dataset for integration within the LFM Viewer Lite application. All dimensioning and diameters will be extractable form the Viewer Lite application. **Hi-Cad will provide generic PTX and .IGES files for review in other scan cloud software packages.**



## 2.1. SCHEDULE

Field 3D Laser Scanning (Primary Scope)                              2 days

Notes:

Grade Access – Scans performed from grade (ground) elevations that require no additional requirements other than moving the scanner from location to location.  Average Grade Access scans are 40 per day – this includes only scans done at grade elevation.

Stair Access – Scans performed from grade (ground) elevations that require no additional requirements other than moving the scanner from location to location.  Average Stair Access scans are 25 per day – this includes only scans done from stair accessible locations.

Lift Access – Scans done from a mechanical lift (scissor lift) which do not require physically hoisting or lowering of the scan equipment.  Average Lift Access scans are 15 per day – this includes only scans done from a mechanical lift.

Ladder / Scaffold / Rope Access – Scans done from platforms which require lifting the scan equipment physically with a rope.  Average Ladder / Scaffold / Rope Access scans are 10 per day – this includes only scans done from locations which can only be scanned via physically hoisting the scanner with a rope.

**Post Processing of Data                                                    5 days**



# 3.0   PRICING SCHEDULE

This price is subject to change depending if there is a scope change during the job that increases or decreases the scan count. This estimate is based on working: Mon-Sat 10 field hours and 2 office hours per day (Totaling 12 hour days). The pricing below is based on the duration and complexity of this specific job.

**Mobilization/Demobilization**

|  | Hours | Manpower | Days |  |  | Rate |  |
|---|---|---|---|---|---|---|---|
| Travel Time |  |  |  |  |  |  |  |
|  |  |  |  |  |  | **Sub-Total** | $           - |

**Safety Training**

|  | Hours | Manpower | Days |  |  | Rate |  |
|---|---|---|---|---|---|---|---|
| Safety Training Travel Time |  |  |  |  |  |  |  |
| Classroom Time |  |  |  |  |  |  |  |
| Course Cost |  |  |  |  |  | $           - |  |
|  |  |  |  |  |  | **Sub-Total** | $           - |

**Onsite Laser Scanning**

|  |  |  | Days |  |  | Rate |  |
|---|---|---|---|---|---|---|---|
| Walkthrough & Initial Survey |  |  |  |  |  |  |  |
| Field Time |  |  |  |  |  |  |  |
|  |  |  |  |  |  | **Sub-Total** | $           - |

**Estimated Expenses (See Clarifications Section)**

|  | Surveyor | Technician | Assistant | Req'd | # of Days | Cost Each | Costs + 10% |
|---|---|---|---|---|---|---|---|
| Flights |  |  |  |  |  |  | $           - |
| Ground Transport |  |  |  |  |  |  | $           - |
| Hotels |  |  |  |  |  |  | $           - |
| Car / Gas |  |  |  |  |  |  | $           - |
| Per Diem (Per Day) |  |  |  |  |  |  | $           - |
| Shipping / Excess Baggage |  |  |  |  |  |  | $           - |
| Splitting Database |  |  |  |  |  |  | $           - |
| Hard Drive - Client |  |  |  |  |  |  | $           - |
| Hard Drive - Backup (Hi-Cad) |  |  |  |  |  |  | $           - |
| Data Storage |  |  |  |  |  |  | $           - |
|  |  |  |  |  |  | **Sub-Total** | $           - |

**Grand Total Estimated Price**                                                                                                    $           -

**Ground Transport includes but is not limited to: Taxis, Mass Transit, Pick-up/Drop-off Services and Reimbursement for Personal Automobile.**
**If applicable: Software training does not include expenses.**
**Post processing of data is included in the Field Rate shown above.**
**Initial Survey as shown above refers to locating and establishing (tying into) a coordinate system for the Laser Scans to be registered to.  Surveying for the individual scans is included in the Field Time as shown above.**



## 4.0   EQUIPMENT LIST

**Laser Scanning Team**

- 3D Laser Scanner and tripod
- Total station
- Laptop computer
- Tripod
- Accessories
- Datum markers
- Small Hand Tools
- Safety PPE (Personnel Protective Equipment) conforming to all OSHA standards includes:
    - Hard Hat
    - Safety Glasses
    - Goggles
    - H2S Monitor
    - Steel Toed Work Boots
    - FRC (Fire Retardant Clothing) – Coveralls
    - Hearing Protection (Foam Ear Plugs)
    - Workman's Gloves (Leather)

**Equipment Description, Carrier Box dimensions and weights**

- Laser Scanner – 22"L x 12" W x 30" H – 50 lbs. (hand-carry)
- Laser Scanner Accessories Box-22"L x 12" W x 30" H- 35Lbs.
- Scanner Tripod – 12"L x 13"W x 49"H – 70 lbs
- Scanner Job-Box – 45"L x 17"W x 32"H – 70 lbs
- Total Station – 18"L x 15"W x 11"H – 30 lbs (hand-carry)
- Tripod – 43"L x 8" diameter volume  - 15 lbs
- Accessories including Datum markers, targets, glue, hammer, punch – hand carry
- Laptop computer – hand carry



## 5.0   CLARIFICATIONS

- Scan data can be moved/rotated at a charge of $100.00 per hour.
- This is a Laser Scanning service proposal; this proposal does not include software.
- All Survey Equipment (Total Station, Prisms, Laptop, etc) provided by Hi-Cad.
- Hi-Cad will charge $90.00 an hour per person for all US based onshore field crews that are delayed due to owner's restriction of vendor's access to the facility for any reason and or inclement weather conditions.
- Client will provide the equipment (scissor lift) and properly trained operator required to elevate the scanner when necessary.
- Client will provide a qualified person to direct the Hi-Cad scan crew for the location of each scan for the duration of the field data collection.
- Any Respiratory equipment required to be worn by Hi-Cad personnel will be provided by Client.
- Standby/Safety Training/Drug Testing/Travel - $90.00 an hour per man
- Expenses based on a minimum of one week notice and continuous work schedule from start of mobilization (working through the weekends).
- Hi-Cad will be required to utilize the plant coordinate system; Client will provide a minimum of 3 verified survey monuments for plant grid alignment within reasonable proximity (100' maximum) of the area to be scanned.
- **The data will be provided in electronic PDF format.**
  Post Processing of data to include-
    - Control survey calculation and reduction
    - Individual scan registration against control survey network
    - Construction of scan database for direct import into client CAD system
    - Compilation of data books, pictures and field notes
- **NOTE: EXPENSES ARE BASED ON ESTIMATED PRICES ONLY – REAL AND ACTUAL EXPENSES PLUS 10% MARK-UP WILL BE INVOICED.**