UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| 12-311 | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

Considering Liberty Insurance Underwriters, Inc.'s Motion for Leave to File Document Exceeding Page Limit (Rec. Doc. 6438),

IT IS ORDERED that the Motion is GRANTED.  The Clerk of Court is directed to accept and file the proposed pleadings into the record.

IT IS FURTHER ORDERED that any responses to Liberty Insurance Underwriters, Inc.'s Motion for Judgment on the Pleadings Pursuant to F.R.C.P. 12(c) shall be filed by June 18, 2012.  Any replies shall be filed by June 28, 2012.  The Court will hear oral argument on this motion immediately following the Status Conference scheduled for July 13, 2012.

New Orleans, Louisiana, this 17th day of May,  2012.

_____
United States District Judge