# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL<br>RIG "DEEPWATER HORIZON"<br>IN THE GULF OF MEXICO<br>ON APRIL 20, 2010<br><br>    **Relates to:** _____ | MDL No.: 2:10-md-2179<br><br>SECTION "J"<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF HEARING

**CONSIDERING THE FOREGOING,**

Notice is hereby given that Plaintiffs' Motion to Remand in the above-captioned proceeding shall come for hearing before the court at _____ a.m./p.m. on the _____ day of _____, 2012.

This _____ day of _____ 2012

_____
MAGISTRATE JUDGE

1