## 32ND JUDICIAL DISTRICT COURT, TERREBONNE PARISH

### STATE OF LOUISIANA

| | | |
|---|---|---|
| COBY ESPONGE, ET AL. | * | DOCKET NO. 166367 |
| | * | |
| | * | |
| VERSUS | * | JUDGE R. BETHANCOURT |
| | * | |
| | * | |
| BP EXPLORATION & PRODUCTION, | * | DIVISION "E" |
| INC., ET AL. | * | |

*********************************************************************

### NOTICE OF NOTICE OF REMOVAL
### TO CLERK OF COURT FOR STATE ACTION

To:  Hon. I. Robert (Bobby) Boudreaux
    Clerk of Court
    32nd Judicial District Court
    Terrebonne Parish, State of Louisiana
    7856 Main St., P. O. Box 1569
    Houma, LA 70361-1569

You are hereby notified that on the 18th day of April, 2012, a Notice of Removal in the above-entitled cause, a copy of which is annexed hereto, was filed in the United States District Court for the Eastern District of Louisiana, and that opposing counsel was sent a copy of the Notice of Removal concurrently therewith.

1149801_1.Docx

Respectfully submitted,

*[signature]*

Paul Matthew Jones (Bar #19641)
April L. Rolen-Ogden (Bar #30698)
Stuart T. Welch (Bar #31359)
**LISKOW & LEWIS**
822 Harding Street
Lafayette, LA 70503
Telephone: (337) 232-7424
Facsimile: (337) 267-2399

Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
**LISKOW & LEWIS**
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099
Telephone: 504-581-7979
Facsimile: 504-556-4108

Attorneys for BP America Production Company and
BP Exploration & Production Inc.

Richard C. Godfrey, P.C.
John T. Hickey, Jr., P.C.
J. Andrew Langan, P.C.
Hariklia Karis, P.C.
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
*Of Counsel*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing **NOTICE OF NOTICE OF REMOVAL TO CLERK OF COURT FOR STATE ACTION** has been served upon all counsel of record by placing same in the United States mail, properly addressed and postage prepaid, this 18th day of April, 2012.

*[signature]*
April L. Rolen-Ogden