UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig  "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179  SECTION "J" |
| Applies to: *All Cases* | * * * | JUDGE BARBIER  MAGISTRATE SHUSHAN |

## ORDER

Before the Court is (Rec. Doc. 6522) BP's objections to and appeal from the Magistrate Judge's Orders of April 20, 2012, and May 8, 2012 (Rec. Docs. 6304, 6463), regarding production of Woods Hole's analysis documents. After reviewing BP's appeal, the briefing submitted to the Magistrate Judge, and the Magistrate Judge's Orders, it is unnecessary to call for oppositions to BP's appeal or otherwise set this matter for briefing. The Magistrate Judge's Order was not clearly erroneous or contrary to law under Fed. R. Civ. P. 72(a). Accordingly,

**IT IS ORDERED** that BP's objections and appeal (Rec. Doc. 6522) are **OVERRULED** and the Magistrate Judge's Orders (Rec. Doc.6304, 6463) are **AFFIRMED.**

New Orleans, Louisiana, this 17th day of May, 2012.

_____
United States District Judge