UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: | |
| *ALL CASES IN PLEADING BUNDLE SECTION III.B(3)* | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## ORDER

IT IS ORDERED that the Clean-Up Responder Defendants' Joint Motion for Leave to File (i) A Joint Memorandum in Support of Their Individual Motions for Summary Judgment on Derivative Immunity and Preemption Grounds That Exceeds the Page Length Limitation Imposed by Local Civil Rule 7.7 and (ii) An Accompanying Joint Statement of Undisputed Material Facts and Associated Exhibits is GRANTED.

The Clerk of the Court is directed to file the Joint Memorandum, Joint Statement of Undisputed Material Facts, and associated Exhibits, all of which are attached to the Clean-Up Responder Defendants' Joint Motion for Leave, into the record in the captioned case.

New Orleans, Louisiana, this _____ day of May, 2012.

_____
**UNITED STATES DISTRICT JUDGE**