# EXHIBIT 9

## ICS 213 - General Message

| | |
|---|---|
| Incident: | Deepwater Horizon MC252 |
| Prepared By: | Sanderson, Glen at 8/18/2010 13:52 |
| Period: | Period 120 "Working" (8/18/2010 06:00 - 8/19/20 |
| Version Name: | Safety Message - Decontamination Chemica |

### Message

| | | |
|---|---|---|
| To: All Responders | ICS Position: | Phone: |
| From: Health & Safety | ICS Position: Health & Safety Officer | Phone: 985-493-3380 |

Subject: Decontamination Chemicals

The only chemicals that can be utilized for decontamination are the following:

- PES 51 - on water
- OMI 500 - on land

Approval is necessary to utilize any other chemical. For additional questions please contact Stan Burt at Stanley.burt@bp.com.

Signature:

### Reply

| | | |
|---|---|---|
| Name: | ICS Position: | Phone: |

Reply Date/Time:

Signature:

---

| ICS 213 - General Message | Printed: 8/18/2010 13:53 | Page 1 of 1 | © 1997-2010 dbSoft, Inc. |