# EXHIBIT 11

1              UNITED STATES DISTRICT COURT

               EASTERN DISTRICT OF LOUISIANA

2

3    IN RE:  OIL SPILL        )   MDL NO. 2179

     BY THE OIL RIG           )

4    "DEEPWATER HORIZON" IN )   SECTION "J"

     THE GULF OF MEXICO, ON )

5    APRIL 20, 2010           )   JUDGE BARBIER

                              )   MAG. JUDGE SHUSHAN

6

7

8

9

10

11

12

13

14

15

16

17              * * * * * * * * * * * * * * * *

                        VOLUME 1

18              * * * * * * * * * * * * * * * *

19

20

             Deposition of Richard Lynn Morrison,

21   taken at the Pan-American Building, 601 Poydras

     Street, 11th Floor, New Orleans, Louisiana,

22   70130, on the 18th day of October, 2011.

23

24

25

**PURSUANT TO CONFIDENTIALITY ORDER**

1       A.   I did.

2       Q.   Okay.   And were any of -- did any of

3   those documents refresh your recollection for

4   your testimony today?

5       A.   Some did.

6       Q.   Do you recall which documents those were

7   that refreshed your recollection of the events?

8       A.   It was just some of -- some of my

9   E-mails, just random.

10      Q.   Okay.

11      A.   Don't -- don't remember.

12      Q.   Okay.   So let me go into some background

13  with you.   When did you start working at BP?

14      A.   I started working for BP and the heritage

15  company, Amoco, in 1980.

16      Q.   Your position?

17      A.   I was an Engineer, Petroleum Engineer,

18  assigned to the Odessa District out in West

19  Texas.

20      Q.   Was that onshore drilling?

21      A.   That was onshore production.

22      Q.   And how long did you have that position

23  for?

24      A.   Oh, about two years.

25      Q.   M-h'm.

**PURSUANT TO CONFIDENTIALITY ORDER**

1      A.   About two years.

2      Q.   And then what was your next position?

3      A.   Then moved into Houston as a Reservoir

4  Engineer, working on various CO2 floods out in

5  West Texas, converting waterfloods to CO2 floods.

6  So I was progressing along a technical career

7  path with -- with -- at that time Amoco.

8      Q.   Okay.  And how long were you a Reservoir

9  Engineer for?

10     A.   Oh, probably four -- four years, four

11  years or so.

12     Q.   And that whole time was in Houston?

13     A.   Was in Houston.

14     Q.   Okay.

15     A.   (Nodding.)

16     Q.   And what was your position after

17  Reservoir Engineer?

18     A.   We had a position called District

19  Engineer, and that was in about 1986, I was

20  transferred back out to Andrews, which is just

21  north of Odessa, as a District Engineer.  And

22  there I had responsibility for looking over

23  the -- the new Engineers, the Production

24  Engineers, the -- the Facilities Engineers as we

25  maintained and developed the fields out in

**PURSUANT TO CONFIDENTIALITY ORDER**

1   Andrews, Texas.

2      Q.   When you say "looking over the Facilities

3   Engineer," can you describe that a little more

4   fully, please?

5      A.   Sure.  We had large -- large units with

6   oil and gas production and water injection wells.

7   Those -- those fields had field facilities, tank

8   batteries, metering -- metering runs, separators,

9   constant need for maintenance and -- and -- and

10  renewal, and also expanding some of those

11  facilities as we drilled more wells and -- and

12  injected more water in the ground there.

13         So we had Engineers looking at those

14  field facilities, and we had Engineers looking at

15  the performance of the individual wells.  So that

16  was the Petroleum Engineering and the Facilities

17  Engineering were the -- were the main components

18  of the oversight there.

19     Q.   And you oversaw both sides of that com --

20  of those components?

21     A.   Yeah, I had -- I had the Facilities

22  Engineering Managers and the Petroleum

23  Engineering Managers reporting to me at that

24  time.

25     Q.   And how long did you hold the position of

1    District Engineer?

2         A.   Probably three -- three years.

3         Q.   Takes us to about 1989?

4         A.   Right.

5         Q.   All right.

6         A.   Well, about eighty -- '88, I think.

7         Q.   Okay.

8         A.   Yeah, 1988.

9         Q.   And what -- what were you -- what was

10   your position in 88?

11        A.   I -- I transferred overseas to our

12   Netherlands operations in the North Sea, went

13   over there as Chief Engineer for Amoco, and a

14   very similar position as the District Engineering

15   job in West Texas, but it was focused on our --

16   on our new oil and gas developments in the North

17   Sea, the southern North Sea.  So I transferred

18   over there in nineteen -- 1988, worked there till

19   about 1991.

20        Q.   And what type of -- did you do any

21   deepwater drilling activities in the North Sea?

22        A.   No.  The North Sea -- the southern North

23   Sea is on the shelf.

24        Q.   Okay.

25        A.   So it's fairly shallow.  We had -- we had

PURSUANT TO CONFIDENTIALITY ORDER

1   offshore platforms, three of them, and then we

2   also had an onshore gas field development.  So

3   two focus areas for the business there in -- in

4   the -- in the southern North Sea.

5       Q.   And were you -- did you -- I think you

6   said that your position was similar to that of

7   District Engineer, just in a different location;

8   is that right?

9       A.   Correct.  We had -- correct.  M-h'm.

10      Q.   And after you were in the Netherlands as

11  Chief Engineer, what was your next position?

12      A.   Ooh.  In 1991, moved over to Pointe-Noire

13  in the Congo, and I was a Chief Engineer in

14  Pointe-Noire, a small upstart business that we

15  had developing the oil reservoirs on the shelf --

16  on the shelf of the offshore of the Congo.  And

17  very similar type of role, we were bringing in a

18  new -- a new production facility, a floating

19  production storage facility that was being hooked

20  up.  We had two platforms, and the job was

21  largely overseeing the -- the production

22  operations, the -- the -- the optimization of

23  production on the -- on the vessel and developing

24  a new workforce with the Congolese people.

25      Q.   And how long did you have that position

**PURSUANT TO CONFIDENTIALITY ORDER**

1   for?

2       A.   I worked there till 2003, end of 2003.

3   So a couple of years.

4       Q.   I must have my timing wrong.  And I have

5   you from 1991 to 2003; is that right?

6       A.   M-h'm.

7       Q.   Okay.

8       A.   In the Congo, right.

9       Q.   Right.

10      A.   Right.

11      Q.   And then what position did you assume in

12  2003?

13      A.   I transferred back to the States, to

14  Chicago, and took up a role as Strategic Planning

15  Consultant for the company, advising some of the

16  Senior Management in Chicago about planning and

17  operations.  It was a development role for me.

18  And I stayed there for a couple of years.

19      Q.   Okay.  Let's go through each of those.

20  You said advising Senior Management in planning

21  and operations.  So let's go to planning first --

22      A.   M-h'm.

23      Q.   -- can you give me some details about

24  what type of advising you did for Senior

25  Management and planning?

1      A.   This was -- it really started with the --
2  you know, the framework of a -- of a corporation
3  putting together a five-year plan; understanding,
4  you know, how the -- how that five-year planning
5  cycle actually translates down to the regions and
6  then actually the -- the individual countries.
7  You know, at the time, we had a good -- a good
8  planning process, and the -- the Head of planning
9  for Amoco at the time was wanting to make it
10 better, make it more -- more realistic in terms
11 of the -- the individual field locations.
12           So I was there actually to advise, you
13 know, how -- how these five-year plans actually
14 translate down to the -- to the individual
15 company -- countries and how we could do a better
16 job of forecasting.
17      Q.   Okay.
18      A.   Yeah.
19      Q.   So in your planning capacity, did that
20 encompass profit aspect of drilling activities?
21      A.   No.  The -- the -- at that level, this
22 was pretty macro level --
23      Q.   M-h'm.
24      A.   -- you know, this much investment going
25 into this business creates this kind of -- this

1  kind of revenue and -- and -- and growth.  So it

2  was a pretty high macro, which included new

3  projects, which included new -- yeah, new

4  projects, new -- which -- which brought with it

5  new platforms, new drilling, all that kind of

6  thing.

7          So at a macro level, you know, it would

8  include the whole exploration production and

9  operation cycle.

10     Q.  Okay.  And, essentially, would it be fair

11 to say that was to help grow the business for

12 Amoco in -- in oil production?

13     A.  Yeah.  We -- we -- we had -- we had at

14 the time, Amoco at the time, was actually looking

15 to grow.

16     Q.  M-h'm.

17     A.  We weren't doing a really great job of

18 it, but we were looking to grow, and -- in some

19 of the -- some of the new emerging areas.  So

20 they were very keen to get the planning

21 assumptions right, and they figured by somebody

22 coming out of the field and into the -- into

23 their planning process we might get a little more

24 realistic.

25     Q.  Okay.  Did your planning position

1    encompass safety planning?

2        A.   No.   In Chicago it was -- it was high

3    level business planning.   Obviously, you know,

4    it's -- it -- it all sits on the foundation of

5    safe and -- and reliable operations, but -- but

6    what I'm talking to you about was mostly the

7    business planning.

8        Q.   And by "business planning" -- I just want

9    to make sure I understand this part of it -- the

10   bus -- by "business planning," you mean really

11   helping the company to grow into more areas and

12   become more profitable.   Is that a fair

13   statement?

14            MS. KARIS:   Object to form.

15       A.   It -- like I said, it -- it -- it --

16   the -- the basis of it is safe, reliable

17   operations.   License to operate was key.   That's,

18   you know, a lot -- a lot of what the corporate

19   function of HSE and -- and others were focused

20   on, was -- was doing that.   My particular role at

21   that point in time was to help the Management on

22   their forecasting of -- of budgets and -- and the

23   annual plans.

24       Q.   (By Ms. Greenwald) Was any of that

25   forecasting, did it involve deepwater drilling,

1    do you recall?

2        A.   That was 1994 or '5.  I -- I don't -- I

3    don't believe so, no.  No.

4        Q.   I might have -- I might have the dates

5    wrong.  I have you in Chicago in 2003.  Did I

6    make a mistake?  I have -- I just want -- I think

7    I might have misunderstood.  I had you in the

8    Congo from '91 to 2003.  Was it --

9        A.   Yeah, I'm sorry.

10       Q.   -- 1993?

11       A.   1993.  Two years.

12       Q.   Okay.  That's why I'm so --

13       A.   I didn't stay there that long.

14       Q.   When you said you were there for a couple

15   of years and you said 2003, I was --

16       A.   I'm sorry.  My fault.

17       Q.   Okay.  No, no, no.  It's quite all right.

18   So now I have to rephrase.

19       A.   Okay.

20       Q.   Now I have to go back.  That's why I was

21   confused.

22           So in 1993, you were in Chicago?

23       A.   Correct.

24       Q.   So sorry.  All right.

25       A.   I stayed there until 1995.

1    Q.  1995, okay.

2        Now let's -- let me ask you a few

3    questions about the Operations part of your

4    strategic planning job.

5    A.  (Nodding.)

6    Q.  What did that entail?

7    A.  Actually, in -- in -- in those quick two

8    years, it -- it was largely reaching out to the

9    various Businesses, Netherlands, Congo, Gabon,

10   other -- other Operations, trying to solicit some

11   of their input -- input on how we could do a

12   better job of forecasting and improving the --

13   the five -- five-year budget cycle which was a,

14   you know, a key part of -- of running the

15   corporation in Chicago.

16       So -- so I wanted to make sure the -- the

17   top of the business was connected with the bottom

18   of the business.  And so we would look at various

19   templates or programs or whatever folks were

20   using to forecast, try to bring some standard and

21   commonality to that process.

22   Q.  Okay.

23   A.  M-h'm.

24   Q.  All right.  So I think that we're at

25   1995, right?

1    A.  Yes.

2    Q.  Okay.  Terrific.  And what -- where did

3  you go in 1995?

4    A.  1995, I went to Cairo, Egypt, and I went

5  there as the Engineering Manager for a joint

6  venture that -- that we have in Egypt called

7  GUPCO, G-U-P-C-O, and that's a -- that's an oil

8  and gas joint venture in the Gulf of Suez where

9  we operated about 15 offshore oil and gas

10  platforms.  We had onshore processing facilities.

11  We had a -- an active drilling campaign and an

12  active waterflood program.

13       There were 30 ex pats and 4,000 Egyptians

14  in the company.

15    Q.  You were still with Amoco at the time,

16  right?

17    A.  Yeah, still at Amoco, right.

18    Q.  And what was your role as the Engineering

19  Manager for that joint venture?

20    A.  It's pretty similar to the -- the old

21  Chief Engineer role as I talked to you about.

22    Q.  Okay.

23    A.  It was focused on optimizing the

24  production out of these mature oil fields,

25  looking for new opportunities to develop,

1   maintaining the -- the existing infrastructure.

2   So I had the -- I had the Petroleum Engineers

3   working for me.  I had the Reservoir Engineers

4   working for me, and I had the Facilities

5   Engineers working for me at the time.

6          And, you know, we were on a decline.  We

7   were making probably three, 350,000 barrels of

8   oil a day at about a 12 percent decline.  So we

9   were working really hard to get the most out of

10  those facilities that we had safely, and -- and

11  bring on some new developments to kind of

12  mitigate the decline, because it was an import --

13  very important asset for Egypt.  It was a huge

14  revenue generator for -- for Egypt and -- well,

15  so --

16      Q.  Okay.  How many years were you in Egypt

17  for?

18      A.  Two and a half.

19      Q.  I think that takes us to the middle of --

20      A.  '97 and a half.

21      Q.  -- 1997 and a half?  Okay.

22      A.  M-h'm.

23      Q.  Where did you go in 1997 and a half?

24      A.  Came back to Houston for a very short

25  period as BP's Engineering Manager -- I'm sorry,

1   Amoco's --

2       Q.  As -- okay.

3       A.  -- Worldwide Engineering Manager in

4   Houston.  And in that job, it was less about

5   operations and Petroleum Engineering and all

6   that.  It was more about the health of the

7   disciplines.  So, you know, looking out after all

8   the Reservoir and Petroleum Engineers around the

9   company, making sure we had the right people in

10  the right place, our Development programs were

11  tuned for -- for the times.

12          So it was a -- looking out after the

13  people part of it, and also in charge of -- of

14  looking out after our reserve -- our reserve

15  books in the U.S. and -- and around the world.

16  So it was a people and a reserve kind of a job.

17      Q.  Okay.  Back when you were in Egypt,

18  was -- was that position of yours more focused,

19  m-h'm, how you described earlier, on the macro

20  level of optimizing the business opportunities?

21      A.  No.  The -- the -- the Egypt job was more

22  focused on the Field Operations, the day-to-day

23  optimization of -- of the fields.  Focused on

24  safety and integrity of the equipment.  Focused

25  on the Development of the National staff.

**PURSUANT TO CONFIDENTIALITY ORDER**

1  Focused on new -- bringing new technology to

2  Egypt for exploitation.

3      Q.  M-h'm.

4      A.  So it was -- while there were parts of

5  the macro business planning strategy, the -- the

6  most of the day-to-day was -- was, you know, safe

7  production of oil and gas in the -- in the Gulf

8  of Suez.

9      Q.  When you were there -- I don't mean to

10  jump back, but I realized I hadn't asked you

11  that.

12          When you were in Egypt, did you draft or

13  participate in the drafting of any safety manuals

14  or protocols for safe drilling activities?

15      A.  No.  I -- I -- I don't recall.

16      Q.  M-h'm.

17      A.  We just the -- just a structure that we

18  had at the time, we had a General Manager, and I

19  was the Engineering Manager.  There was a

20  Projects Manager who took care of the new -- the

21  new facilities.  There was a Drilling Manager,

22  who looked out after the four or five rigs that

23  were operating in the -- in the Gulf of Suez.

24          There was a HSE Manager who was cutting

25  across all the -- all the functions and doing

1    kind of what you said, holding the -- the grips

2    on Policies, procedures, working with our joint

3    venture Partners, the Egyptian Government on --

4    on -- you know, new -- new -- new safety

5    protocols and what have you.

6        Q.  Okay.  And do you remember whether those

7    protocols existed when you were there?  You -- I

8    know you say you weren't sure if you drafted

9    them, but do you remember if they existed?

10       A.  We -- we had a Safety Management system

11   in -- in Egypt.

12       Q.  Okay.  So now you're Worldwide Engineer

13   Manager, you said for a short period.  What does

14   that mean?

15       A.  Yeah, then the merger came, so --

16       Q.  So how long were you that for?

17       A.  About a year and a half.

18       Q.  A year and a half, okay.

19       A.  M-h'm.  Yeah.

20       Q.  Now, when -- so you -- I think you

21   described this as both people and reserve type of

22   work.

23       A.  Yeah.

24       Q.  Is that right?

25       A.  Right.

**PURSUANT TO CONFIDENTIALITY ORDER**

1    Q.   Can you describe those two different

2    components, please?

3    A.   So start with people.

4    Q.   You can start with whichever one you want

5    first.

6    A.   So that we -- we had -- we had a couple

7    of thousand, probably about 30 -- 3,500 Petroleum

8    and Reservoir Engineers around the planet, and at

9    various different phases of their -- their

10   career, in the development, some wanting to -- to

11   move abroad, some wanted to stay here.  So I

12   had -- I ran a small group in my -- in my Team

13   that handled the -- the transfer of people in and

14   out.  So, example, somebody needs to go to The

15   Netherlands, my Team would get involved, work

16   with The Netherlands, make sure we had the right

17   fit, right capabilities, right skills for that --

18   for that position.

19   Q.   M-h'm.

20   A.   And also looking at the Development

21   Program for our Geo -- for our Geoscientists and

22   our Reservoir Engineers; working with our

23   Training Center, making sure we had the right

24   tools and -- and -- and -- and materials content

25   to -- to help progress the technology in the

1    company.

2         So that was -- that was primarily the --

3    the people side of it, and that was -- that took

4    about 50 percent of the -- the role.

5         Q.  M-h'm.

6         A.  The other piece was we had some reserve

7    experts in my Team who would travel around the

8    world and audit the -- the reserve booking

9    process in the company to make sure that when we

10   signed our -- our statements of SE res -- SEC

11   reserves and what have you, they were accurate,

12   verified, and challenged.

13        And then also when any new Projects were

14   coming up of a material nature, my Team would be

15   involved in, you know, assessing the booking, the

16   bookings of the reserves on the exploration well

17   that was discovered, perhaps, and then -- and

18   then the -- the Project that we were going to put

19   in, they would engage in that.

20        So those were the two fundamental parts

21   of that role.

22        Q.  M-h'm.  Okay.  So I think that takes us

23   to 1999; is that right?

24        A.  (Nodding.)

25        Q.  Okay.  And now we're at the merger.  So

1    what -- where did you go in 1999?

2        A.   I was offered a job in Sharjah.

3        Q.   Boy, you're challenging my geography.

4        A.   It's in -- it's --

5        Q.   Where is that?

6        A.   I had to look, too.  So it was -- it's

7    north of Abu Dhabi.

8        Q.   Okay.

9        A.   It's in the United Arab Emirates.  And

10   Amoco had a -- had a huge gas field there called

11   Sajaa, and it -- there were actually four fields

12   eventually discovered back in the early 1980s.

13   And with my background in Field Operations and --

14   and -- and alike, they wanted to put a new

15   Business Unit Leader in there to basically plan

16   the next phase of that -- that field's

17   development.  And it was a -- it was, like I say,

18   four gas fields, a very large gas processing

19   plant that dried the gas and sent the gas to

20   Dubai, and provided Dubai maybe 80 percent of

21   their gas to -- to generate the -- the power for

22   their Emirate.

23          It was largely a UAE National business,

24   so there were five ex pats, and -- and about 350,

25   maybe 400 UAE nationals, and so -- so it was a

**PURSUANT TO CONFIDENTIALITY ORDER**

1   very unique -- unique assignment from that

2   perspective.

3       Q.   And what was your position there?  I

4   might have written -- I didn't write it down.

5       A.   I was the Business Unit Leader there.

6       Q.   Business Unit Leader, okay.

7       A.   M-h'm.  It was one of --

8       Q.   All right.  Okay.

9       A.   -- one of BP's probably 20 some-odd

10  Business Units at the time.

11      Q.   And how long were you there for?

12      A.   I was in Sharjah till 1999 through

13  2001-ish, yeah, middle of 2001, I think.

14      Q.   And then?

15      A.   Yeah.

16      Q.   You could write a book.

17      A.   Off to the east, so I went to Caracas,

18  Venezuela.

19      Q.   Okay.  I knew where that is.

20      A.   Yeah.  We were in the -- in the process

21  of integrating BP and Amoco and Arco's operations

22  there, and I went there as the Business Unit

23  Leader for Upstream.

24          We had -- we had a large concession on

25  the Western side of the country, called Mari --

**PURSUANT TO CONFIDENTIALITY ORDER**

1  DZO -- Maracaibo was the name of the town, and we

2  had a new -- brand-new business on the Eastern

3  side of -- of Venezuela in Boqueron, and so two

4  big projects.  And then we were in the process of

5  selling a lot of -- of the properties back to

6  other Operators that just didn't fit our

7  portfolio.

8          So the -- the role there was to build a

9  strategy for the long term, figure out what --

10 which of our operating assets, you know, had the

11 longest legs, and the best chance of long-term

12 growth, and take care of the fields that just

13 didn't fit our portfolio.

14         And in -- in Venezuela, you physically --

15 the companies physically don't own the -- the

16 concession.  They were contracts, and we

17 contracted to the Venezuelan Government, and we

18 got a fee per barrel.  So it was a little bit

19 different structure than elsewhere.

20         But we -- we maintained those -- those

21 two fields.  We went through some pretty tough

22 times in Venezuela in terms of civil unrest

23 and -- and strikes and what have you.  So I

24 stayed there till about 2003, mid 2003.  The

25 company made -- we made a decision -- the company

**PURSUANT TO CONFIDENTIALITY ORDER**

1   made a decision to try -- try to divest our

2   assets in Venezuela, because of the -- the threat

3   of --

4        Q.   M-h'm.

5        A.   -- of -- of the contracts, and I left

6   there mid 2003 with that in process.

7        Q.   And then where did you go?

8        A.   Came back to Houston.  And that would

9   have been, you know, early 2000, mid 2003.

10       Q.   In what capacity?

11       A.   H'm.  I was the what we called

12   Performance Unit Leader for Western -- Western

13   U.S. Gas.  So that was operational accountability

14   for our San Juan properties in Durango, Colorado

15   and Farmington --

16       Q.   M-h'm.

17       A.   -- and also out in Western Wyoming in --

18   in Wamsutter.  We had a lot of tight gas fields

19   and in coal bed methane fields.  And, again, it

20   was over -- over the -- the production

21   operations, the plants, the facilities, the --

22   the production operations, the wells, and all of

23   that.

24            As that -- as a Performance Unit Leader,

25   I reported to a Business Unit Leader, who had,

PURSUANT TO CONFIDENTIALITY ORDER

1    you know, multiple Performance Unit Leaders based

2    on Regions.  Had Drilling -- Drilling Managers

3    for the drilling, had HSE Managers for HSE and

4    what have you.

5        Q.   Okay.  How long were you there for, in --

6    in this Houston position?

7        A.   Yeah, I was in -- that was onshore U.S.

8    position --

9        Q.   M-h'm.

10       A.   -- and I was there through 2007, early

11   2007.

12       Q.   And then what position?

13       A.   Moved over to Gulf of Mexico, Gulf --

14   Gulf of Mexico deepwater operations.  I -- I

15   entered that business in a new -- kind of a new

16   kind of a role.  It was the Technical Director.

17   It was a role that I had assumed over while I was

18   in the Gulf -- I'm sorry, while I was in the

19   Onshore Division to -- to pull together some

20   common -- common approaches on -- on some of our

21   functional agenda.  I came over early in -- in

22   GoM to help them think about technology and how

23   to -- how to organize around technology.

24            Did that for four or five months before I

25   came the Production Vice President for Gulf of

Mexico Deepwater.  That was, ah, whew, late 2007,

I think, when I made that -- that move.  But itwas a transitional job.

The -- the Gulf of Mexico Deepwater had

gone through multiple new Projects, so we were

a -- a much larger business in 2007 than 2004,

and they were looking at some ways to organize

themselves more effectively.

Q.  Okay.  What -- when you became -- I think

I wrote down Technical Director --

A.  M-h'm.

Q.  -- in early 2007, is that your first time

that you worked in deepwater issues?

A.  Deepwater, yes; offshore, no.

Q.  And how did you -- well, did you receive

any training or any hands-on experience with

respect to deepwater issues when you assumed that

role?

A.  I -- I spent a lot of time with the

Business Unit Leader at the time.  The Operations

Production Vice President at the time, a lot of

the -- the functional Leads took multiple site

visits offshore to our production facilities.

Just -- and I met with the pipeline folks.  Got

oriented.  That -- that's really what that job

1    allowed me to do.

2         As far as training, just, you know,

3    the -- the -- the survival, the -- the -- the --

4    you know, the Regulatory training that is

5    required, had -- had that -- had that training.

6    But it was more I would characterize it as -- as

7    hands on, talking to folks who were doing the

8    work, listening, understanding what -- what jobs

9    they do and how they do it.

10        Q.  M-h'm.

11        A.  The -- the facilities, you know, from a

12   production facility standpoint, so that was the

13   job that I ultimately moved into.  While there

14   are some specific deepwater aspects --

15        (Phone ringing.)

16        A.  -- to the systems, you know, the things

17   on the topsides, the facilities, the vessels, the

18   equipment, the compressors, the flares, all of

19   that is pretty standard no matter whether you're

20   in a platform on the North Sea, or Gulf of Suez

21   or -- or actually some onshore.

22        Q.  (By Ms. Greenwald) M-h'm.

23        A.  So it -- it was familiar to me.

24        Q.  When you -- I think you said you had some

25   hands-on experience for some -- from some people,

PURSUANT TO CONFIDENTIALITY ORDER

1   you -- you named, some of the positions, but I've

2   forgotten what they were.  But can you name some

3   of the people who you recall being part of that

4   hands-on experience training in your position as

5   Technical Director?

6      A.  So the -- the -- the -- the -- the guy

7   that had the -- the business as a whole at the

8   time, the Business Unit Leader, was Kenny Lang.

9   He ran the business, and had quite a -- quite a

10  deep experience in -- in the deepwater

11  technology.

12          The -- the -- the Production Manager at

13  the time, gosh, what was his name, Mike -- Mike

14  Redding was -- was the guy I replaced.  We had --

15  we had just a whole assortment of -- of Technical

16  Experts in the -- in the Projects, and in other

17  area -- just trying to think of the names back

18  then.

19     Q.  Okay.

20     A.  Most of -- most of them have moved on,

21  but Gary Imm was the -- was the Head of Projects

22  at the time.  So -- so those -- those were the

23  kind of --

24     Q.  Okay.

25     A.  -- kind of folks I'd reach out to.

PURSUANT TO CONFIDENTIALITY ORDER

    Q.  All right.  So I think in, you said, late
2007, you became VP of Production for the Gulf of
Mexico; is that right?

    A.  Correct.

    Q.  And can you tell us about that position?

            MS. KARIS:  Objection, form.

    Q.  (By Ms. Greenwald) Which before I get
there, is -- am I correct that that's the
position you held until I believe it's March of
2011?

    A.  Yes.  There was a -- there was a slight
reorg in the middle there, but -- and I -- I can
tell you about that.

    Q.  Okay.

    A.  But --

    Q.  Okay.

    A.  (Nodding.)

    Q.  So can you describe your duties and
responsibilities as the VP of Production for the
Gulf of Mexico?

    A.  Sure.  At -- at -- at the highest level,
it's assure safe, reliable, compliant operations.
And I was, initially, in that 2007 time period,
responsible for six of BP's eight production hubs
major -- major facilities.

1    Q.  Which were those?  I'm sorry.

2    A.  Okay.  So that was -- there was a

3  facility called Pompano.  There was a facility

4  called Marlin, a facility called Mad Dog.  There

5  was a facility called Holstein, a facility called

6  Horn Mountain.

7            THE COURT REPORTER:  What was it?

8            THE WITNESS:  Horn Mountain.

9    A.  Hopefully that's six.

10   Q.  (By Ms. Greenwald) One, two, three -- I

11  have five, but I might have missed one.

12   A.  No, there's one more.  NaKika.

13   Q.  Okay.

14   A.  M-h'm.  So those were the six facilities.

15  One of those was a fixed platform, Pompano was

16  fixed to the -- the shelf, and the others were

17  floating facilities.  Either TLPs or -- or

18  submersibles.  And so I had -- the way we were

19  organized there, is I had Asset Managers for each

20  of those facilities.  They had a -- a Production

21  Team, they had a facilities Team, they had an

22  Operations Team that helped support those --

23  those assets.  We were very much in an asset

24  model, meaning those -- those folks that looked

25  after Marlin, didn't look after Holstein, they

1    were focused on that one -- one asset.

2        Q.  M-h'm.

3        A.  So -- so -- and then -- so those Asset

4    Managers had the offshore Teams reporting to

5    them.  Those were offshore installation Managers.

6    And they, then, had a common structure under them

7    for Maintenance Operations, Safety, Marine

8    systems, those kind of things.  So they had the

9    functional design there in the offshore

10   facilities.

11           So those -- I had the Asset Managers.  I

12   also had some onshore support around people and

13   org capability.  So I had a Manager that looked

14   out after Operations, Training, and Development.

15           I also had responsibility for the

16   logistics in the -- in the business, in the SPU,

17   so vessels, the supply boats, the helicopters,

18   all of the logistics of moving people and

19   equipment safely out and back fell under my

20   responsibility, as well.

21       Q.  What two production facilities did you

22   not have responsibility for?

23       A.  ATLANTIS and THUNDER HORSE.  Part of

24   our -- yeah.  That's fine.

25       Q.  Why were they divided up six and two like

1    that, do you know?

2        A.   Right.   So ATLANTIS and THUNDER HORSE

3    both were new Projects.

4        Q.   M-h'm.

5        A.   Still very much in the build phase, and

6    the -- we -- we would determine a point in time

7    where the operations were stable and kind of

8    mature and ready to hand over to the -- to the

9    production operations.   So there was still quite

10   a bit of Projects subsea commissioning work that

11   still needed to go on, on those facilities,

12   until -- until they came over into production.

13       Q.   I see.   Did you ever have any

14   responsibility for Macondo?

15       A.   No, I didn't.   No.

16       Q.   So you said you were responsible for the

17   six of those eight production facilities.   Can

18   you describe what that responsibility was?

19                MS. KARIS:   Object to form.

20       A.   So I -- I can tell you more about the

21   role, is that the --

22       Q.   (By Ms. Greenwald) I mean, I

23   understand --

24       A.   M-h'm.

25       Q.   Maybe I can -- I'll ask the question a

1    slightly different way.  You -- I understand that

2    there were certain people who were -- who had

3    responsibility for each of those platforms, you

4    described the various people who were responsible

5    for each platform.

6         A.  M-h'm.

7         Q.  What I'm trying to understand is what

8    your particular role was in either overseeing --

9         A.  M-h'm.

10        Q.  -- or being the Vice President over those

11   six operations.

12        A.  Okay.  So I would have at a -- at a -- at

13   a planning level, I would have the responsibility

14   for making sure that we had the right resources

15   deployed to those assets, be they people, be it

16   operating expenses, be it physical -- physical

17   material.  So it was a portfolio of -- of assets.

18   And I -- I would, as the -- as the Vice

19   President, hold the Leadership Team together, and

20   we would think through how to -- how to, you

21   know, get the most -- get the most out of the

22   assets.  We would collaborate on, you know,

23   main -- main themes along our objectives.  We

24   would set strategy and goals in all dimensions of

25   the business, be it safety or -- or efficiency,

**PURSUANT TO CONFIDENTIALITY ORDER**

1   or new -- new developments.

2        I also would represent the company with

3   Partners.  If we had big budgets, and -- and

4   needed approvals for certain things, we would --

5   I'd get involved with Partners from time to time.

6        But it was -- it was the -- it was the

7   looking after that -- those facilities and making

8   sure they were safe.  The integrity of those

9   facilities were being maintained for the

10  long-term.  That we were exploiting the -- the

11  resources, the reserves, and the ground as

12  efficiently as possible.  And that clearly we

13  were learning as an organization collectively

14  versus individually.

15       Q.  I think you mentioned that one of the

16  roles is to making sure that you were producing

17  safely; is that right?

18       A.  Correct.

19       Q.  Okay.  And what did you do in that

20  capacity to make sure that these facilities were

21  performing safely?

22       A.  Several things, so several dimensions.

23  The -- the first one would be engagement with the

24  workforce.  From time to time, periodically, I

25  and Members of my leader -- leadership would go

1    offshore, spend the night, couple of nights,

2    spend time with the Teams, auditing certain parts

3    of our Safety Management System --

4        Q.  M-h'm.

5        A.  -- engaging with the workforce, listening

6    to what's -- what's on their mind.  Observing.

7    Observing certain jobs being done, be it a lift

8    job, or a -- or a connection or an offload or

9    what have you.  So very much a presence in the

10   field by leadership was a key part of -- a --

11   a -- a key part of the role.

12        Second one is evaluating trends, both

13   leading indicators and lagging indicators, of

14   Safety Performance.  And that could be as simple

15   as, you know, how many -- how many stop the job

16   or how many -- how many what we called "stop

17   cards" were coming in on any one given facility,

18   making sure they've had a conversation about it,

19   if there's something key in there, sharing that

20   across the Leadership Team.  That would be

21   another dimension of -- of -- of the -- of the

22   safety engagement.

23        And then clearly one of if there was an

24   incident, be it a -- a release of gas or oil

25   or -- or an injury, making sure that we've got

```
 1   the right experts in place to -- to form an
 2   investigation, investigate it, understand what
 3   happened, and then -- and then share that -- that
 4   learning across the business, so -- so it could
 5   be prevented in the future.
 6       Q.  Did you have any -- I'm sorry.
 7       A.  And then -- and then I -- I guess the --
 8   the other bit is a couple of times a year we
 9   would bring and host our offshore Teams into
10   Houma, we'd have leadership summits with them and
11   take them through the -- you know, the -- any --
12   any -- any new standards coming, any new -- any
13   new processes that we -- we needed to talk
14   through, be they regulatory or be they company.
15   Just a couple of days to stay in the room
16   together, and really with a focus on, you know,
17   safe, reliable operations, and Integrity
18   Management.
19       Q.  Did you have Manuals or -- or written
20   protocol about these various aspects of Safety
21   Management that you just testified about?
22       A.  We had expectations in -- well, so, for
23   example, the leadership being out in the field,
24   expectations through our Safety Observations
25   programs that Leaders would be -- would be in the
```

1    field engaging, listening, and there was -- there

2    was some structure certainly around that.

3        Q.  So I -- I'm -- want to make sure I

4    understand this.  Sometimes when I see BP

5    documents involving safety, it appears that it's

6    safety -- personal safety to make sure someone

7    doesn't get hit with a ladder or a ladder doesn't

8    fall, and those type of on-rig activities that

9    could cause an injury.

10       A.  (Nodding.)

11       Q.  I'm wondering what part of your job

12   involved safety of operating one of these

13   platforms --

14       A.  M-h'm.

15       Q.  -- vis-à-vis the environment --

16       A.  M-h'm.

17       Q.  -- and -- and the activity of pulling oil

18   out of --

19       A.  Okay.

20       Q.  -- under an underwater reserve?

21              MR. JANIS:  (Indicating.)

22              THE WITNESS:  Yes.

23              MR. JANIS:  Objection to the form of

24   the question.

25       A.  H'm, so the -- yes.  Some of what I spoke

1  about was personal safety.

2      Q.  (By Ms. Greenwald) M-h'm.

3      A.  But when you're -- when you're on a

4  facility, and I think I mentioned that you're

5  looking at the Integrity Management systems and

6  what have you, that clearly, you know, covers

7  the -- the gambit of personal and Process Safety.

8      Q.  Okay.  What was the Process Safety

9  Protocol or Standard for BP in the 2007 time

10  frame for offshore rigs in deepwater?

11          MS. KARIS:  Object to form.

12      A.  I -- I'm not aware of what -- what they

13  were for offshore -- offshore rigs in deepwater

14  in 2007.  I -- I -- I can't -- I can't be

15  specific for you.

16      Q.  (By Ms. Greenwald) Well, do you know --

17  do you know if one existed?  Did there -- was

18  there a Process Safety Manual or Guideline or

19  Standard at BP for deepwater drilling in the 2007

20  time frame, do you know?

21          MS. KARIS:  Object to form.

22          MR. JANIS:  Objection to the form.

23      A.  Yeah, I don't know what was in place for

24  drilling, I come back to I know what was in place

25  for -- for Operations.

**PURSUANT TO CONFIDENTIALITY ORDER**

1        Q.   (By Ms. Greenwald) Okay.

2        A.   Yeah.

3        Q.   Fair enough.   What was in place for

4   Operations in 2007 for Process Safety?

5        A.   We had an Integrity Management Standard

6   that laid out the -- the expectations around

7   the facility integrity, which included Process

8   Safety.

9        Q.   Is that a written manual?

10       A.   That's a written Standard.

11       Q.   Written Standard, okay.   Did you have

12  anything to do with the drafting of that

13  Standard?

14       A.   No, I didn't.

15       Q.   So I think we -- we went through the

16  making -- the -- the safety aspect of your

17  position.   Now I wanted to ask you about the

18  other part, which I believe you described as

19  exploiting reserves as efficiently as possible.

20  Is that correct?

21       A.   M-h'm.

22       Q.   Okay.   And can you explain --

23            MR. JANIS:   You have to say "Yes" or

24  "No."

25       A.   Yes.

**PURSUANT TO CONFIDENTIALITY ORDER**

1          MS. GREENWALD:  Oh, thank you.  I

2 didn't catch that one.

3          THE COURT REPORTER:  Thanks.

4     Q.  (By Ms. Greenwald) Can you explain that

5 part of your role?

6     A.  Sure.  So the -- I mean, the Gulf of

7 Mexico has many different reservoirs that we

8 produce from, all a little bit different, and so

9 having Geologists, Geophysicists, Engineers

10 working in teams to look at recovery factors,

11 how -- how effective is our -- how -- how

12 effective our Production Operations in getting to

13 the targeted recovery factors, looking and trying

14 to understand the natural energy of the -- of the

15 field and the reservoir to see, you know, if --

16 if we're seeing what we expect, and if not, maybe

17 movement to adjust through maybe water injection

18 facilities or what have you.  So it's really

19 monitoring the health of the reservoir and the

20 rocks and making sure we have a good

21 understanding of what is going on in the field,

22 because it does affect the operations on the

23 surface.

24          As wells' productions decline, pressures

25 decline, they start to slug a little bit, and --

1    and -- and become unstable and trying to make

2    sure that we understand why, and trying to create

3    some stability in those -- in those wells and the

4    processes, just helps the overall plant run.

5        Q.   In your capacity as Vice President of

6    Production in this time frame until I think you

7    said it -- it changed slightly, I believe it was

8    in 2009, right?

9        A.   Yeah, right -- right be --

10       Q.   2010, sorry.  It was 2010, right, in

11   March or April?

12       A.   So I held that Production --

13       Q.   M-h'm.

14       A.   -- VP role until somewhere in 2000 --

15   2000 and -- in 2008, I'm thinking 2008, 2009

16   where we -- where we went from an asset model to

17   more of a functional model --

18       Q.   Okay.

19       A.   -- yeah.

20       Q.   So let's stay in this model for a moment.

21       A.   M-h'm.

22       Q.   How much of your job was monitoring

23   budgets for these various facilities that you

24   described, your six facilities that you were

25   responsible for?

PURSUANT TO CONFIDENTIALITY ORDER

1      A.   The -- the, you know, annual planning and

2  activity planning for those -- for those six

3  assets, which included, you know, the operations

4  and -- and the -- and the subsurface, how much of

5  my job, maybe a quarter --

6      Q.   And --

7      A.   -- maybe a tenth.

8      Q.   And what did that entail?

9      A.   This would be working kind of the

10  bottoms-up, looking at activity that was needed

11  on the -- on the facility to maintain integrity

12  and safe operations, understanding the risks of

13  those facilities as a -- as a baseline, a -- a

14  zero-based scenario, and then adding on to that

15  activities that could perhaps optimize the -- the

16  production even further, you know, changing out a

17  vessel, reducing gas lift pressures, whatever

18  the -- the options were identified by the Teams.

19          Understanding that for each asset and

20  facility, I would get my Leadership Team together

21  and look at the -- the overall -- the overall

22  roll-up of those plans and then work as -- as a

23  member of the Leadership Team and SPU to manage,

24  optimize, and -- and phase the activity such that

25  we had a -- a pretty level-loaded program.  So it

1   was about 10 -- 10 percent of my job.

2       Q.   You mentioned "zero-based scenario."

3   What does that mean?

4       A.   This -- sorry.

5       Q.   No, that's okay.

6       A.   Just --

7       Q.   I just didn't know what it meant.

8       A.   -- bottoms-up, looking -- looking at all

9   the major activities that are going on, be they

10  maintenance, operations, subsea, having all of

11  the individual Managers look at their work, bring

12  it up, and -- and -- and roll it up.  So it was

13  kind of bottoms-up is what that was.

14      Q.   Okay.

15      A.   M-h'm.

16      Q.   When you said it was in 2008-ish --

17      A.   M-h'm.

18      Q.   -- that your position was redefined

19  somehow, or at least given a new name?

20      A.   Early 2009, I think, and it --

21      Q.   Okay.  And -- and what -- what was the

22  change?

23      A.   Yeah, that was -- so VP of Operations,

24  Vice President of Operations, and at that time,

25  the Reservoir Engineers and the Geoscientists,

**PURSUANT TO CONFIDENTIALITY ORDER**

1   the folks working on the subsurface --

2        Q.  M-h'm.

3        A.  -- were moved into a -- to the subsurface

4   function.  So instead of them reporting up

5   through an Asset Manager, and in my organization,

6   we centralized them for a couple of reasons.

7   But -- but one of the main reasons was it's a --

8   it's a well-sought-after skillset, and some of

9   the assets we're getting is, you know, so mature,

10  they didn't need as much oversight from a -- from

11  a geology or a reservoir engineering standpoint,

12  so we could bring folks together and have them

13  look across multiple facilities.

14        So it was -- it was just a -- an

15  efficient use of that talent, number one.  And

16  number two, it -- it -- it made sure that we

17  were -- we were working to some common standards

18  in how we exploit and develop the -- the -- the

19  subsurface, so --

20        Q.  M-h'm.

21        A.  -- so --

22        Q.  Did before -- so then before that

23  reorganization, did the Reservoir Engineers stay

24  assigned to one of those facilities?

25        A.  Before they were pretty much tagged to --

1    to one facility.  They might share or bounce a

2    little bit, but for the most part, a Mad Dog

3    Reservoir Engineer would be focused on Mad Dog

4    Field.

5         Q.   Okay.

6         A.   Yeah.

7         Q.   And then in this change, I think you said

8    late 2008, 2009 --

9         A.   (Nodding.)

10        Q.   -- did those Reservoir Engineers now

11   report to you?

12        A.   No.  We -- we created a position, Vice

13   President of Resources.

14        Q.   M-h'm.

15        A.   And -- and they would report to -- to

16   him.

17        Q.   So I think your title changed then from

18   VP Production to VP Operations; is that right?

19        A.   (Nodding.)

20        Q.   And who reported to you when you were VP

21   of Operations?

22        A.   There were Area Operations Managers for

23   each of those facilities, so -- so that -- that

24   didn't really change.

25             There was -- the logistics still reported

56

1    to me.  I had an Engineering Manager who reported

2    to me.  I had an HSE Manager who reported to me.

3    I had a small team that was my OMS Implementation

4    Team.  They reported to me.  And I -- and I had a

5    Subsea Operations Manager that reported to me.  I

6    think that's pretty -- ah, and a -- and a -- an

7    Activ -- an Activity Planning Manager, and that

8    was the last one, Activity Planning Manager.

9         Q.  Other than the -- the change in the

10   Reservoir Engineers being centralized --

11        A.  M-h'm.

12        Q.  Well, strike that.  I don't think that's

13   relevant to what I want to ask you.  When you

14   were changed in title from VP Production to VP

15   Operations, did your two main functions remain --

16   what I believe you described earlier was making

17   sure that production was safely carried out and

18   exploiting reserves as efficiently as possible,

19   did those two remain within your

20   responsibilities?

21             MR. JANIS:  Objection to the form of

22   the question.

23             THE WITNESS:  H'm.

24        A.  So the exploitation of the subsurface

25   moved over to -- to resources.

PURSUANT TO CONFIDENTIALITY ORDER

```
1        Q.  (By Ms. Greenwald) Okay.

2              THE COURT REPORTER:  Five minutes.

3        Q.  (By Ms. Greenwald) So you then -- so then

4    what -- what -- what were your duties as VP

5    Operations?

6        A.  Very much what we spoke about before,

7    safe, reliable, compliant operations, the --

8    the -- you know, the -- the integrity of that

9    plant --

10       Q.  M-h'm.

11       A.  -- sitting on those facilities.

12       Q.  M-h'm.

13       A.  The safety of those folks.  And I -- I

14   would say that as the -- as the subsurface went

15   over to -- to the other -- other side, it was --

16   we al -- well, we also brought in ATLANTIS.

17   ATLANTIS was over here, right?

18       Q.  Okay.  Right.  M-h'm.

19       A.  So at this move we brought ATLANTIS in,

20   which was the new -- the newest, but, you know,

21   stable facility.  And we brought -- and we

22   brought one more asset into the -- to the mix.

23   So it was a very, very strong focus on operations

24   reliability, maintenance, subsea -- subsea

25   reliability, those kind of things.
```

Case 2:10-md-02179-CJB-DPC   Document 6535-14   Filed 05/18/12   Page 48 of 57

58

1    Q.  So you had seven facilities at that

2 point?

3    A.  I did at that time, m-h'm.

4    Q.  Okay.  When the Reservoir Engineers were

5 centralized, was there still a Reservoir Engineer

6 assigned to each of the facilities?

7    A.  Yes, they were tagged.  They were -- they

8 were the knowledgeable ones about that facility,

9 but -- but they might be looking out after two --

10 two or three different.  So what -- what we --

11 what they did there was, you know, because these

12 reservoirs are so similar, doesn't matter what

13 facility you have on top of it, they understand

14 the -- you know, the Miocene reservoir and the

15 characteristics --

16    Q.  M-h'm.

17    A.  -- and all that.  So that's -- that's

18 what they were -- they were looking at it more

19 from a regional standpoint than just a specific

20 one -- one little field.

21    Q.  Okay.

22    A.  They would still -- they would still be

23 knowledgeable about the -- the -- the individual

24 as -- assets.

25    Q.  Did you stay in as VP Operations up

59

1    through and including April 20th of 2010?

2        A.   Yes, I did.

3        Q.   Okay.  After the explosion on April 20th,

4    and the sinking of the rig and the resulting oil

5    spill, did your duties and responsibilities

6    change?

7               MR. JANIS:  Objection to the form of

8    the question.

9        A.   On April -- April 20th, I was notified

10   as -- and as part of my responsibilities in the

11   SPU as a -- a leadership member, I came back to

12   Houston, I was in Boston, came back to Houston,

13   and ultimately took a position of Deputy Area

14   Commander in -- in -- in Louisiana.

15       Q.   (By Ms. Greenwald) Ultimately, what did

16   it -- was there some lag period?

17       A.   Couple --

18       Q.   You said "ultimately"?

19       A.   A couple of days.

20       Q.   Oh, a couple of days, okay.

21       A.   M-h'm.

22       Q.   And what was your title?

23       A.   On the response, it was Deputy Area

24   Commander.

25       Q.   And what did you understand your

**PURSUANT TO CONFIDENTIALITY ORDER**

1   responsibilities were as Deputy Area Commander?

2       A.   The -- I was focused on operations as my

3   background, so I brought that to the Team.   In

4   the -- in the very early days of the -- of the

5   response, my focus was actually to set up the

6   Unified Area Command, which we had never done

7   before.   We had always responded to incidents

8   using separate individual Incident Command

9   Centers, but this was the first one where there

10  was a Unified Area Command structure put

11  together.

12          So -- so in the early days, the gist, the

13  simple question of where are we going to do this

14  was put in my shop, and said:   "Find a place that

15  we can, you know, organize and get together as a

16  Unified Area Command," so spent quite a few days

17  the first few days looking into where are we

18  going to -- well, I take that back.

19          The first day we looked into where are we

20  going to do it, and we -- and we chose Shell's

21  Robert Training Center.   They were generous

22  enough to provide that facility for us, and then

23  I spent multiple days working out the -- the

24  specific, getting the IT system set up, you know,

25  getting the facilities set up for a -- for an

1   efficient Command Center, working hand in hand

2   with the Coast Guard and MMS at the time to

3   figure out how we wanted to structure our -- our

4   meetings, our -- our processes.  Not a lot of

5   folks had familiarity with Unified Command,

6   and -- and so we were -- we were trying to, you

7   know, sort -- sort that out in the early days.

8           But it was, you know, not only setting up

9   the facility, but who's going to staff it.

10      Q.  M-h'm.

11      A.  We had a full -- a full -- a rota, if you

12  will, staffing plan for the -- for the incident

13  command post, but this Command Center in Robert,

14  and ultimately, Louie -- in New Orleans, we

15  hadn't really thought through who -- who are the

16  key positions in that, nor had the Coast Guard,

17  but quickly came together, identified the key

18  positions, and then a big part of my role was

19  reaching into BP and pulling in the right

20  Operations Leaders, the right Planning Leaders,

21  the right Logistics Leaders to get organized

22  really quick as we started to work as a unified

23  command there in Robert.

24      Q.  Okay.  Did --

25              THE COURT REPORTER:  Tape, tape,

**PURSUANT TO CONFIDENTIALITY ORDER**

1              UNITED STATES DISTRICT COURT

               EASTERN DISTRICT OF LOUISIANA

2

3    IN RE:  OIL SPILL        )  MDL NO. 2179

     BY THE OIL RIG           )

4    "DEEPWATER HORIZON" IN )  SECTION "J"

     THE GULF OF MEXICO, ON )

5    APRIL 20, 2010           )  JUDGE BARBIER

                              )  MAG. JUDGE SHUSHAN

6

7

8

9

10

11

12

13

14

15

16

17            * * * * * * * * * * * * * * * *

                      VOLUME 2

18            * * * * * * * * * * * * * * * *

19

20

          Deposition of Richard Lynn Morrison,

21   taken at the Pan-American Building, 601 Poydras

     Street, 11th Floor, New Orleans, Louisiana,

22   70130, on the 19th day of October, 2011.

23

24

25

**PURSUANT TO CONFIDENTIALITY ORDER**

459

1        THE COURT REPORTER:  I know you

2  will.

3        THE WITNESS:  M-h'm.

4     Q.  (By Mr. Grabill) And so when did you end

5  your involvement in the response, or are you

6  still involved today?

7     A.  It was around early to mid September,

8  as -- as I recall.  It was -- I was making day

9  trips back to New Orleans Command Center the

10 first couple of weeks of September.  Then I got

11 back into my -- my old job.

12    Q.  And do you recall when -- when you left

13 the response whether Admiral Zukunft was still

14 the Federal On-Scene Coordinator?

15    A.  He was.

16    Q.  Okay.  If you could describe the way the

17 Federal On-Scene Coordinator functioned with

18 respect to the Unified Area Command.

19    A.  Sure.  Yeah.  So at the Unified Command

20 in Robert, it was primarily the -- for the

21 On-Scene Coordinator representing the Coast Guard

22 and the -- and the Federal Government.  And you

23 had Doug Suttles over there, who was our Area

24 Commander.  In the morning -- in the Morning

25 Meetings, the Afternoon Meetings, Admiral Landry

1   would be sitting here and Doug would be sitting

2   there, and they -- they ran the Unified Area

3   Command as a collective.

4        We tried to collaborate clearly and --

5   and -- and make joint decisions based on good

6   data.  But if -- if there was ever a conflict or

7   if there was ever a disagreement on to go A --

8   Option A or Option B, the Federal On-Scene

9   Commander had the final word.

10       Q.   So would you agree, then, that the

11  Federal On-Scene Commander would have exercised

12  ultimate authority over the response activities?

13       A.   Yes.

14       Q.   Okay.  Now, is it your recollection that

15  this spill was also designated a "Spill of

16  National Significance"?

17       A.   Correct.

18       Q.   Do you know what that means?

19       A.   I didn't -- I didn't before, and I don't

20  know what exactly the criteria is for that, other

21  than it was going to require them mustering

22  more -- more resources as a Federal Government.

23       Q.   And do you recall Admiral Allen being

24  appointed a National Incident Commander for the

25  spill?

**PURSUANT TO CONFIDENTIALITY ORDER**

1      A.  I do.  I don't remember exactly the

2  timing -- probably within the first month -- but,

3  yeah, he was the Commandant of the Coast Guard,

4  soon to retire, and he took that role on.

5      Q.  And can you describe the way in which

6  Admiral Allen fit into or interacted with the

7  Unified Command structure?

8      A.  Yes.  The way it was described to me,

9  kind -- kind of the way I observed it, Admiral

10  Allen was there to focus and coordinate all the

11  multiple Departments in the Federal Government

12  that had an interest in this.  Would include the

13  EPA, would include the DOI, Homeland Security.

14      He was at that level making sure that the

15  Federal Government was coordinated on their -- on

16  their actions and on their requests to us.  So,

17  actually, it was -- it was yet one more level

18  of -- of coordination, long-term thinking for the

19  duration of the spill.

20      Q.  M-h'm.  Are you familiar with a document

21  known as an Incident Action Plan?

22      A.  I am.

23      Q.  I just want to show you one.  I'm going

24  to introduce this.  It's been marked Exhibit

25  5898.

**PURSUANT TO CONFIDENTIALITY ORDER**

1    Q.   (By Ms. Greenwald) Okay.  During the time

2  that you were Deputy Area Commander --

3    A.   M-h'm.

4    Q.   -- do you recall any such times that

5  there was a disagreement between Mr. Suttles and

6  Ms. Landry or any of her -- her subsequent -- any

7  other subsequent Coast Guard people that carried

8  her role?

9    A.   There -- there were very few, and none

10  just jump -- jump out.  I don't -- don't recall

11  any specific event.

12    Q.   Okay.  The -- the Area Command Post where

13  you were, I think, up until you said September of

14  2010 --

15    A.   M-h'm.

16    Q.   -- how many people who manned that Post

17  were BP employees, approximately?

18    A.   In Robert Area Command?

19    Q.   M-h'm, in Robert.

20       I'm sorry.  Yes.

21    A.   Maybe -- maybe 12.

22    Q.   How many Coast Guard people, again in

23  Robert?

24    A.   Coast Guard, 40.  I'm guess -- you --

25  you'd have to look at the -- the Daily Reports,

PURSUANT TO CONFIDENTIALITY ORDER

1    but it's about 40, 40-ish.

2        Q.   Who were there full-time every day at

3    Robert?

4        A.   Yes, ma'am.

5        Q.   Okay.  And how about other Government

6    Officials?

7        A.   Many.  There was a State -- State

8    Officials were there, two or three from the --

9    from the Parks and Wildlife.  You have NOAA, the

10   NOAA Representatives and their team.  When it

11   was -- when it was declared a "Spill of National

12   Significance," then we saw Army, Air Force, Navy,

13   Marines join the -- join the Robert Team.

14       Q.   Now, do you know for the four Incident

15   Command Posts the relative staffing of those

16   offices, numbers of people who staffed them?

17       A.   Not -- not precisely, I don't.

18       Q.   Would it have been a similar ratio of BP

19   to Government?  I'm not saying exact, but

20   similar?

21       A.   Yeah.  Our philosophy was the -- the main

22   positions inside of Incident Command, like the

23   Planning Managers and the Ops Chiefs and the

24   folks that man -- man the main functions inside

25   of Incident Command, would have a BP employee in

**PURSUANT TO CONFIDENTIALITY ORDER**