# EXHIBIT 13

| | | |
|---|---|---|
| U.S. Department of Homeland Security<br><br>United States Coast Guard | Commandant<br>United States Coast Guard | 2100 2nd ST SW STOP 7363<br>Washington, DC 20593-7363<br>Staff Symbol: CG-533<br>Phone: (202) 372-2231 |

16451
29 Apr 2010

# MEMORANDUM

From: CCG  *(signature)*

Reply to Attn of: CG-53
RADM Zukunft
2-2011

To:     Distribution

Subj:   SPILL OF NATIONAL SIGNIFICANCE (SONS) CLASSIFICATION

Ref:    (a) National Oil and Hazardous Substances Pollution Contingency Plan (NCP) (40 CFR 300)
        (b) Critical Incident Communications, COMDTINST 3100.8 (series)
        (c) Spill of National Significance (SONS) Response Management Policy, COMDTINST 16465.1A (DRAFT)

1. Pursuant to 40 CFR 300.323, I have classified the continuous release of crude oil from the Mobile Offshore Drilling Unit DEEPWATER HORIZON occurring at Mississippi Canyon Block 252, about 52 miles southeast of Venice, Louisiana, as a Spill of National Significance.

#