# EXHIBIT 15-A

# <u>HISTORIAN MEMO</u>

**The IAP for period one and period two were created in Houston.  ICP Houma never received a copy of period one.  ICP Houma received a copy of IAP period two 4/22/10 – 4/23/10.  The FOSC in Houma signed and implemented the IAP.**

*C. E. Anglin*

**C. E. Anglin**
**Response Documentation**
**20 Sep, 2010**

# <u>ARCHIVE MATERIALS</u>

# <u>DO NOT REMOVE WITHOUT EXPRESS CONSENT OF CG-0945</u>

HCG154-000003

IAP Cover Sheet

| Incident Name: | Operational Period to be covered by IAP: |
|---|---|
| Mississippi Canyon 252 | Period 2 (4/22/2010 06:00 - 4/23/2010 06:00) |

Approved by:

FOSC: _____ , CDR, USCG    22 APR 10

SOSC: _____

RPIC: _____ IC 4-21-10

# Incident Action
# Plan

MISSISSIPPI CANYON 252 WELL INCIDENT
INCIDENT OVERVIEW MAP

| Prepared By: Bradbury, Cody | Prepared Date/Time: 4/21/2010 09:03 | |
|---|---|---|
| IAP Cover Sheet | Printed: 4/21/2010 | © 1997- |

HCG154-000004

## General Incident Report

| Incident: | Mississippi Canyon 252 | Incident Date/Time: | 4/20/2010 23:00 |
|---|---|---|---|
| Person Reporting Incident: | | Prepared: Hill, David | at 4/21/2010 11:03 |
| Person Contact Number(s): | | Version: 20100420_2300hrs_Initial Report | |

### Platform Information and Points of Contact

Platform Name: Deepwater Horizon
Type of Platform: MODU-SemiSubmersable Drilling Rig
Number of People at Platform: 126
Contact: TransOcean
Owner: TransOcean
Operator: TransOcean

### Platform Specific Information

Type(s) of Products:        Crude Oil - Medium, Natural Gas

Equipment Involved:        Piping

Max Production Rate:        162000 barrels/day
Max Rate Oil (Bbls/day): 162,000
Max Rate Gas (MCF/day): Unkown

### Incident Information

| Incident Location: | Fourchon, LA | Latitude: 29.1573358 | Longitude: -90.1785697 |
|---|---|---|---|
| Type of Casualty: | Fire | | |

Number of Tanks on Platform:
Number of Tanks Impacted:                     Total Capacity of Common Container:
Material(s) Spilled:                                                          API Gravity: 35
Estimated Quantity Spilled:                     Potential for Additional Spillage:
Source Secured?:        No                     If Not, Estimated Spill Rate:
                                                                            Classification:

Notes:   Initial overflight indicates hydrocarbons are present, sheen observed both north and south of rig with the heaviest sheen located on the north side. Southern part of sheen that is south of rig has 2 dull streamers estimated to be 1 bbl. Dispersable oil located just east of rig.

### Incident Status

Injuries/Casualties:        Yes

Fire: Yes                     Fire Status: burning                     Fire Assistance:        Yes

Notes:   Fire on board TransOcean Horizon, located in MC 252;  All personnel evacuated; 11 persons unnaccounted for; 126 total POB, 17 Med-evac'd, 3 of those med-evac'd critical.

3 - 48

HCG154-000007

## ICS 202 - General Response Objectives

| Incident: | Mississippi Canyon 252 | Prepared By: | Dew, Jeremy | at 4/21/2010 10:05 |
|---|---|---|---|---|
| Period: | Period 2 (4/22/2010 06:00 - 4/23/2010 06:00) | Version Name: | Period 2 Objectives | |

### Overall and Strategic Objectives

| | Assigned To | Status |
|---|---|---|
| 1. Ensure the Safety of Citizens and Response Personnel | | |
| • 1a. Support USCG and Transocean led SAR activities | | |
| • 1b. Develop Site Safety & Health Plan for response personnel | | |
| • 1c. Sustain emergency response organization to support the ongoing response activities | | |
| 2. Control the Source of the Spill | | |
| • 2a. Support Transocean in emergency shut-down | | |
| • 2b. Develop secondary options for well control | | |
| • 2c. Protection of infrastructure in the area | | |
| 3. Contain and Recover Spilled Material | | |
| • 3a. Overflight/monitoring for situation awareness and operations direction | | |
| • 3b. Maximize on-water containment and recovery | | |
| • 3c. Deploy dispersants as necessary/approved | | |
| 4. Maximize Protection of Environmentally-Sensitive Areas | | |
| • 4a. Prepare environmentally sensitive area protection plan | | |
| 5. Keep Stakeholders and Public Informed of Response Activities | | |
| • 5a. Redirect any external inquiries to BST or Transocean | | |

### Operational Period Command Emphasis (Safety Message, Priorities, Key Decisions/Directions)

### Approved By

: _____

| ICS 202 - General Response Objectives | Printed: 4/21/2010 21:50 | Page 1 of 1 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

5 - 48

## ICS 204 - Assignment List

| Incident: Mississippi Canyon 252 | Prepared By: Bradbury, Cody | at 4/21/2010 20:08 |
|---|---|---|
| Period: Period 2 (4/22/2010 06:00 - 4/23/2010 06:00) | Branch: Air Operations Branch | |
| Division/Group/Staging: Air Operations Branch | | |

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Black, James | BP | 713-562-6419 |
| Air Ops Branch Director | Benson, Ben | Obriens | 985-960-2561 |

### Assignments

Continue daily overflights to monitor hydrocarbons on water. See ICS 220 for additional flight information.

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 4/21/2010 21:50 | Page 1 of 1 | © 1997-2010 dbSoft, Inc. |

11-48

HCG154-000015

## ICS 204 - Assignment List

| Incident: Mississippi Canyon 252 | Prepared By: Bradbury, Cody | at 4/21/2010 20:52 |
|---|---|---|
| Period: Period 2 (4/22/2010 06:00 - 4/23/2010 06:00) | Branch: Emergency Response Branch | |

Division/Group/Staging: Search & Rescue Group (SAR-USCG)

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Black, James | BP | 713-562-6419 |
| Director - Emergency Response Br | Thomas, Dave | O'briens | 954-554-9718 |
| Supervisor - Search & Rescue Grou | Littlefield, Burt | BP | 281-384-1886 |

### Incident Resources for this Period

| Sys. ID | Resource Type - Subtype | Description | Quantity | Size | Status |
|---|---|---|---|---|---|
| *Search & Rescue Group (SAR-USCG)* | | | | | |
| 10716 | Aircraft: Helo | USCG Helo SAR | 1 each | | Enroute/Sourced |
| 10728 | Vessel | C-Express | 1 each | | Assigned |
| 10770 | Vessel | Joe Griiffin | 1 each | | Assigned |
| 10764 | Vessel | Kobe Chouest | 1 each | | Assigned |
| 10776 | Vessel | Pat Tillman | 1 each | | Assigned |
| 10788 | Vessel | Sailfish | 1 each | | Assigned |
| 10806 | Vessel | USCG Cutter | 1 each | | Assigned |

### Assignments

Assist USCG and Transocean with search and rescue operations.

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 4/21/2010 21:51 | Page 1 of 1 | © 1997-2010 dbSoft, Inc. |

14 - 48

HCG154-000018

## ICS 204 - Assignment List

| Incident: Mississippi Canyon 252 | Prepared By: Bradbury, Cody          at 4/21/2010 15:13 |
|---|---|
| Period: Period 2 (4/22/2010 06:00 - 4/23/2010 06:00) | Branch: Offshore Pollution Operations Branch |

Division/Group/Staging: Mechanical Recovery Group (MSRC/NRC)

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Black, James | BP | 713-562-6419 |
| Director - Offshore Pollution Operai | Benson, Nick | Obriens | 281-467-9808 |
| Supervisor - Mechanical Recovery | McFarland, Barry | MSRC | 281-352-4190 |

### Incident Resources for this Period

| Sys. ID | Resource Type - Subtype | Description | Quantity | Size | Status |
|---|---|---|---|---|---|
| *Mechanical Recovery Group (MSRC/NRC)* | | | | | |
| 10980 | Barge: Offshore - Storage Barge | Barge 402 | 1 each | 40000 barrel( | Enroute/Sourced |
| | Boom | | 3960 feet | | Stand By |
| | Boom | | 6060 feet | | Enroute/Sourced |
| | Boom Accessories | | 2 each | | Enroute/Sourced |
| | Manpower: Responder | | 0 each | | Enroute/Sourced |
| | Manpower: Responder | | 0 each | | Stand By |
| 10986 | Manpower: Responder - Boat Cr | Crew | 5 each | | Enroute/Sourced |
| 11017 | OSRB | CGA 200 - HOSS Barge | 1 each | 174 feet | Enroute/Sourced |
| 11065 | OSRV | Gulf Coast Responder (OSRV) w/ | 1 each | 210 feet | Enroute/Sourced |
| 11061 | OSRV | Lousiana Responder (OSRV) | 1 each | 210 feet | Stand By |
| 11051 | OSRV | Mississippi Responder (OSRV) w/ | 1 each | 210 feet | Stand By |
| 11036 | OSRV | Texas Responder (OSRV) | 1 each | 210 feet | Enroute/Sourced |
| | Skimmer | | 3 each | | Stand By |
| | Skimmer | | 4 each | | Enroute/Sourced |
| 10992 | Tug | Tug | 1 each | | Enroute/Sourced |
| 10884 | Vessel | Admiral (Standby) | 1 each | | Stand By |
| 10854 | Vessel | Energy | 1 each | | Enroute/Sourced |
| 11030 | Vessel - Work Boat | Work Boat | 1 each | 21 feet | Enroute/Sourced |

### Assignments

Conduct on-water booming and skimming operations as needed in vicinity of rig consistent with environmental planning.

| Reviewed By Signatures - (PSC): | (OSC): |
|---|---|

| ICS 204 - Assignment List | Printed: 4/21/2010 21:51 | Page 1 of 1 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

16-48

HCG154-000020

## ICS 204 - Assignment List

| Incident: Mississippi Canyon 252 | Prepared By: Bradbury, Cody | at 4/21/2010 20:17 |
|---|---|---|
| Period: Period 2 (4/22/2010 06:00 - 4/23/2010 06:00) | Branch: Offshore Pollution Operations Branch | |

Division/Group/Staging: Dispersant Group (MSRC/ASI)

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Black, James | BP | 713-562-6419 |
| Director - Offshore Pollution Operati | Benson, Nick | Obriens | 281-467-9808 |
| Supervisor - Dispersant Group (MS | Camlin, Theo | MSRC | 713-309-5758 |

### Incident Resources for this Period

| Sys. ID | Resource Type - Subtype | Description | Quantity | Size | Status |
|---|---|---|---|---|---|
| *Dispersant Group (MSRC/ASI)* | | | | | |
| 11044 | Aircraft: Fixed Wing | DC-3 | 1 each | | Stand By |
| 10890 | Aircraft: Fixed Wing | Spotter | 1 each | | Stand By |
| 10974 | Dispersant | Corexit 9527 | 1 each | | Enroute/Sourced |
| 10878 | Dispersant: AppSystem | BT67 (4 hr prep time, 1 hr & 10 mi | 1 each | | Stand By |
| 10860 | Dispersant: AppSystem | C-130 (ETA 09:00 ON 4/22) | 1 each | | Enroute/Sourced |
| 10872 | Dispersant: AppSystem | King Air | 1 each | | Stand By |
| 10920 | Manpower: Operator | C-130 Crew | 6 each | | Enroute/Sourced |
| | Manpower: Responder | | 6 each | | Enroute/Sourced |
| 10926 | Manpower: Supervisor | King Air Crew | 4 each | | Stand By |

### Assignments

Conduct dispersant operations as required/approved.

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 4/21/2010 21:51 | Page 1 of 1 | © 1997-2010 dbSoft, Inc. |

17 - 48