# EXHIBIT 17

HCG154-002946

# ICS 207 - Organization Chart

| | | |
|---|---|---|
| **Incident:** Mississippi Canyon 252 | **Prepared By:** Sanderson, Glen | **at** 5/15/2010 03:51 |
| **Period:** Period 25 (5/15/2010 06:00 - 5/16/2010 06:00) | **Version Name:** Period 25 - Houma ICP (Day) | |

## Incident Command Post - Houma

**Aide To Camp**
Bush, Earnest

**Health & Safety Unit Leade**
Brough, Jay

**On Scene Commander**
Benson, Ben

**ICS Specialist**
Rodrigue, Chad

**Federal On Scene Comma**
Stanton, Edwin

**State On Scene Command**
Guidry, Roland

**Deputy State On Scene Co**
Dauzat, Jeff

**Incident Commander**
Utsler, M. / Toth, S.

**Public Information Officer**
Colburn, Kim

**Liaison Officer**
Kreisher, Jon

**Safety Officer**
Rudolph, Scott

**Investigation Representativ**
USCG

**NRDA Representative**
Dimitry, John

**Agency Representative**
Wright, Rusty

**Operations Section Chief**
Armstrong, T./Sligh, K-CGE

**Operations Section Deputy**
Benson, N./Weaver, M CG

**Planning Section Chief**
Wise, T./Hanson, J. CG

**Planning Sec Deputy**
Melton, John

**Logistics Section Chief**
Henderso Bob

**Logistics Sec Deputy**
Hildebrandt, Richard CG

**Finance Section Chief**
Kraus, M./Norman, H. MST

**Finance Section Deputy**
Song, Diana

### Operations

Source Control
Merchant, R. /CG Civilian

**Offshore Operations Bra**
Dubach, Josh

**On Water Recovery G**
Mcfarland, Barry

**Dispersant Group**
Huber, Charles

**Surveillance Group**
Holton, Aaron

**Tactical Skimming Dir**
Sutcliffe, Mike

**In-Situ Burn Operator**
Jaeger, Andrew

**IAP/GIS Specialist**
Gregory, Brandon

**On Shore Branch Directc**
Hurst, Heidi

**Shoreline Protection 8**
Ploen, M./Elrock, B. C

**Staging - Hopedale**
Nobeleski, Pete

**Staging - Slidell**
Gunn, Larry

**Staging - Venice**
Neuhauser, Scott

**IAP/GIS Specialist**
Davis, Zachary

**IAP/GIS Specialist**
Humphrey, Devon

**Wildlife Branch Director**
Murgatroyd, Rhonda

**Wildlife Branch Deputy**
Hebert, C/Baker. T.

**Air Ops Branch Director**
Verrett, Brian

**CG Air Ops Branch Direr**
Carpenter, John

**Decon Branch**
Rod, T.

**Port Fouchon Decon**

### Planning

**Situation Unit Leader**
Summers, D../Koush, J.

**Resource Unit Leader**
Rue. C./Jones, I CG

**Documentation Unit Lea**
Cannon. Deborah

**Environmental Unit Lead**
Condon, M./Fritz. D.

**IAP Specialist**
Sanderson, G/Kainer, J.

**MTS Recovery Unit**
Angelle. J./Lead Ops

### Logistics

**Air Ops Support**
Verrett, Brian

**Comms Unit**
Sharman, JoshuaOSC

**Houma Facilities**
Patin, Lynwood

**IAP Support**
Straatmann, Larry

### Finance

**Procurement Unit Leade**
SK1 Glade CG

**Procurement Unit Leade**
Wood, Clinton

**Cost Unit**

**Admin Unit**

**Claims**
Smith, Greg

HCG154-002947

# ICS 207 - Organization Chart

| Incident: | Mississippi Canyon 252 | Prepared By: | Sanderson, Glen | at | 5/15/2010 03:55 |
| Period: | Period 25 (5/15/2010 06:00 - 5/16/2010 06:00) | Version Name: | Period 25 - Houma ICP (Night) | | |

## Incident Command Post - Houma ICP(Night)

**Federal**
Day, Michael CDR

**State**
Guidry, Roland

**Incident Commander**
Bauer, Brian

Deputy State
Dauzat, Jeff

Health & Safety Unit Leader
Bennett, Mark

**Public Information Officer**
French, Jason

**Safety Officer**
Watson, Scott

**Investigation Representativ**

**NRDA Representative**

indicates initial contact point

**Agency Representative**
Wright, Rusty

**Operations Section Chief**
Gates, Mark

**Operations Section Deputy**
Fetgatter, Nelson

**Planning Section Chief**
Shelton, Cory

**Planning Section Deputy**
Lynch, P./Romero, A. CG

**Logistics Section Chief**
Baren, Doug

**Logistics Section Deputy**
Sikora, Thomas

**Finance Section Chief**

**Asst Finance**

**Hood, Daphne On Call**

**Situation Unit Leader**
McLain, G.

**Resource Unit Leader**
Heatherly, Keith

**Documentation Unit**
Williams, Jameson

**H&S Specialist**
Hall, Ronica

**IH Specialist**
Badmus, Naureen

**Environmental**
Norcross, Neil

**Executive Summary/ 20£**
Allison, Brigette

**Air Ops Support**

**Comms Unit**
Sharman, Joshua

**IAP/GIS Specialist**
Davis, Zachary

**Air Ops Branch Director**
Starr, Bryan

Source Control
Merchant, Robert

OCS Group
Carrera, Ray CG

Response Branch
Livingston,John CG

Offshore Operations Branc
Smiley, Daniel

On Water Recovery Group
Montague, Joe

Shoreline Branch Director
Myers, Artie

Strike Team/Task Force Lea
Marchione, Mark

ICS 207 - Organization Chart   Printed:  5/15/2010 03:57   Page 1 of 1   © 1997-2010 dbSoft, Inc.