# EXHIBIT 18

# ICS 207 - Organization Chart

| Incident: | Mississippi Canyon 252 | Prepared By: | Sanderson, Glen | at | 5/2/2010 03:53 |
|---|---|---|---|---|---|
| Period: | Period 13 (5/3/2010 06:00 - 5/4/2010 06:00) | Version Name: | Period 12 - Houma Day Organization | | |

## Incident Command Post - Houma

- Aide To Camp: Bush, Earnest
- Health & Safety Unit Leader: Watson, Scott
- ICS Specialist: Rodrigue, Chad

**Federal:** CAPT Edwin Stanton
**State:** Breaux, Patrick
**On Scene Commander:** Utsler, Mike

**Public Information Officer:** French, Jason
**Liaison Officer:** Ledet, Albert
**Safety Officer:** Thibodeaux, Rusty

**Investigation Representative**
- USCG
- NRDA Representative: Dimitry, John

**Agency Representative:** Rogers, B../Breeding, D.

### Operations Section
- Operations Section Chief: Black, J./Wike, O. CG
- Operations Section Deputy: Benson, N./Zauner, P. CG

- Source Control: Merchant, R./CG Civilian
- Offshore Operations Branch: Dubach, Josh
- On Water Recovery G: Mcfarland, Barry
- Dispersant Group: Schacht, Ken
- Surveillance Group: Holton, Aaron
- Tactical Skimming Dir: Sutcliffe, Mike
- In-Situ Burn Operation: Jaeger, Andrew
- IAP/GIS Specialist: Gregory, Brandon

- On Shore Branch Director: Myers, Artie
- Shoreline Protection &: Ploen, M./Black, B. CC
- Staging - Biloxi: Louviere, K./Spriggs
- Staging - Pensacola: Flores, Rutilo
- Staging - Venice: Neuhauser, Scott
- IAP/GIS Specialist: Davis, Zachary
- IAP/GIS Specialist: Humphrey, Devon

- Wildlife Branch Director: Murgatroyd, Rhonda
- Wildlife Branch Deputy: Goatcher, Buddy
- Air Ops Branch Director: Wickware, Michael
- CG Air Ops Branch Direc: Carpenter, John
- Decon Branch: Rod, T.
- Port Fouchon Decon: Benson, Darren

### Planning Section
- Planning Section Chief: Wise, T./Hanson, J. CG
- Planning Sec Deputy: Isgren, John

- Situation Unit Leader: Skryja, P./Romero, A CG
- Resource Unit Leader: Bordian, R./Jones, I CG
- Documentation Unit Lead: Theiss, Vauna CG
- Environmental Unit Lead: Condon, Michael
- IAP Support: Marshall, Jeff/Sanderson

- MTS Recovery Unit
- Lead Ops

### Logistics Section
- Logistics Section Chief: Longmire, Tom
- Logistics Sec Deputy: Hildebrandt, Richard CG

- Air Ops Support: Wickware, Michael
- Comms Unit: Hunley, Donald LT CG
- Houma Facilities: Patin, Lynwood
- IAP Support: Straatmann, Larry

### Finance Section
- Finance Section Chief: Kraus, M./Norman, H. MST
- Finance Section Deputy: Hood, Daphne

- Procurement Unit Leader: SK1 Glade CG
- Procurement Unit Leader: Wood, Clinton
- Cost Unit: SK2 Williams CG
- Admin Unit: YN3 Whitaker CG