# EXHIBIT 22

# Dispersant Monitoring and Assessment Directive – Addendum 3

Reduction in Use of Dispersants. BP shall implement measures to limit the total amount of surface and subsurface dispersant applied each day to the minimum amount possible. BP shall establish an overall goal of reducing dispersant application by 75% from the maximum daily amount used as follows:

a. Surface Application. BP shall eliminate the surface application of dispersants. In rare cases when there may have to be an exemption, BP must make a request in writing to the FOSC providing justification which will include the volume, weather conditions, mechanical or means for removal that were considered and the reason they were not used, and other relevant information to justify the use of surface application. The FOSC must approve the request and volume of dispersant prior to initiating surface application.

b. Subsurface Application. BP shall be limited to a maximum subsurface application of dispersant of not more than 15,000 gallons in a single calendar day.

Application of dispersant in amounts greater than specified in this Addendum 3 shall be in such amounts, on such day(s) and for such application (surface or subsurface) only as specifically approved in writing by the USCG Federal On-Scene Coordinator (FOSC).

_Mary E. Landry_ Date: 5/26/2010

Mary E. Landry
Rear Admiral, USCG
Federal On-Scene Coordinator

_Samuel Coleman_ Date: 5/26/2010

Samuel Coleman, P.E.
Director
Superfund Division
U.S. EPA Region 6
Dallas, TX 75202