# EXHIBIT 24

# SPECIAL
# MONITORING of
# APPLIED
# RESPONSE
# TECHNOLOGIES

Developed by:

U.S. Coast Guard
National Oceanic and Atmospheric Administration
U.S. Environmental Protection Agency
Centers for Disease Control and Prevention
Minerals Management Service



Smoke rising from the *New Carissa*, February 1999. Photo by USCG

v. 8/2006

## SMART is a living document

SMART is a living document. We expect that changing technologies, accumulated experience, and operational improvements will bring about changes to the SMART program and to the document. We would welcome any comment or suggestion you may have to improve the SMART program.

Please send your comments to:

SMART Mail
NOAA OR&R
7600 Sand Point Way N.E.
Seattle, WA 98115
USA

Fax: (206) 526-6329

Or email to:
smart.mail@noaa.gov

## SMART approval status

As of January, 2001 EPA Regions II, III, and VI adopted SMART. It was reviewed and approved by the National Response Team (NRT).

## Acknowledgments

Gracious thanks are extended to the members of the SMART workgroup for their tireless efforts to generate this document, to the many reviewers who provided insightful comments, and to the NOAA OR&R Technical Information Group for assistance in editorial and graphic design.

---

# SMART is a Guidance Document Only

**Purpose and Use of this Guidance:**
This manual and any internal procedures adopted for its implementation are intended solely as guidance. They do not constitute rulemaking by any agency and may not be relied upon to create right or benefit, substantive or procedural, enforceable by law or in equity, by any person. Any agency or person may take action at variance with this manual or its internal implementing procedures. Mention of trade names or commercial products does not constitute endorsement or recommendation for their use by the USCG, NOAA, EPA, CDC, or the Government of the United States of America.

---

# TABLE OF CONTENT

INTRODUCTION ................................................................................................................................ 1

General Information on SMART Modules ........................................................................... 1
A.    General Considerations and Assumptions ................................................................. 1
B.    Organization ............................................................................................................... 2

MONITORING DISPERSANT OPERATIONS ................................................................................. 3

1. BACKGROUND ............................................................................................................................ 3

2. MONITORING PROCEDURES ................................................................................................... 4
2.1    Tier I: Visual Observations ...................................................................................... 4
2.2    Tier II: On-Water Monitoring for Efficacy ............................................................. 4
2.3    Tier III: Additional Monitoring ............................................................................... 5
2.4    Mobilizing Monitoring Resources ........................................................................... 6
2.5    Using and Interpreting Monitoring Results ............................................................. 6
2.6    SMART as Part of the ICS Organization ................................................................. 6
2.7    Information Flow and Data Handling ....................................................................... 7

3.     ATTACHMENTS ................................................................................................................. 8
3.1    Roles and Responsibilities ....................................................................................... 9
3.2    Command, Control, and Data Flow ....................................................................... 10
3.3    Dispersant Observation General Guidelines .......................................................... 11
3.4    Dispersant Observation Training Outline .............................................................. 13
3.5    Dispersant Observation Checklist ......................................................................... 14
3.6    Dispersant Observation Pre-Flight List ................................................................ 15
3.7    Dispersant Observation Reporting Form ............................................................... 16
3.8    Fluorometry Monitoring Training Outline ............................................................. 17
3.9    Dispersant Monitoring Job Aid Checklist ............................................................. 19
3.10   Dispersant Monitoring Performance Guidelines ................................................... 21
3.11   Dispersant Monitoring Field Guidelines ............................................................... 22
3.12   Dispersant Monitoring Water Sampling ................................................................ 25
3.13   Dispersant Monitoring Recorder Form .................................................................. 27

MONITORING IN-SITU BURNING OPERATIONS ..................................................................... 28

1.     BACKGROUND ................................................................................................................ 28

2.     MONITORING PROCEDURES ....................................................................................... 28
2.1    General Considerations .......................................................................................... 28
2.2    Sampling and Reporting ......................................................................................... 28
2.3    Monitoring Locations ............................................................................................. 29
2.4    Level of Concern .................................................................................................... 29
2.5    SMART as Part of the ICS Organization ............................................................... 30
2.6    Information Flow and Data Handling ..................................................................... 30

3.     ATTACHMENTS ............................................................................................................... 31
3.1    Roles and Responsibilities ..................................................................................... 32
3.2    Command, Control, and Data Flow ....................................................................... 33
3.3    ISB Monitoring Training Outline ........................................................................... 34
3.4    ISB Monitoring Job Aid Checklist ........................................................................ 36
3.5    ISB Monitoring Equipment List ............................................................................ 38
3.6    Particulate Monitor Performance Requirements .................................................... 39
3.7    ISB Monitoring Possible Locations ....................................................................... 40
3.8    ISB Monitoring Recorder Sheet ............................................................................ 41
3.9    ISB Monitoring Data Sample: Graph ..................................................................... 42

SMART RESOURCES ..................................................................................................................... 43

# INTRODUCTION

The need for protocols to monitor response technologies during oil spills has been recognized since the early 1980s. Technological advances in dispersant applications and in situ burning (referred to as *applied response technologies*) have resulted in their increased acceptance in most regions in the U.S. Many regions have set up pre-approval zones for dispersant and in-situ burn operations, and established pre-approval conditions, including the requirement for monitoring protocols. This reaffirms the need for having national protocols to standardize monitoring, especially when the Federal Government assumes full responsibility for the response under the National Oil and Hazardous Substances Pollution Contingency Plan (Title 40 CFR Part 300). Protocols are also needed to serve as guidelines for assisting or overseeing industry's monitoring efforts during spills.

In November 1997, a workgroup consisting of Federal oil spill scientists and responders from the U.S. Coast Guard, the National Oceanic and Atmospheric Administration, the U.S. Environmental Protection Agency, and the Centers for Disease Control and Prevention, convened in Mobile, Alabama to draft guidelines for generating this protocol. The workgroup built upon currently available programs and procedures, mainly the Special Response Operations Monitoring Program (SROMP), developed in 1994, and lessons learned during spill responses and drills. The result of this collaboration is the Special Monitoring of Applied Response Technologies (SMART) program.

SMART establishes a monitoring system for rapid collection and reporting of real-time, scientifically based information, in order to assist the Unified Command with decision-making during in situ burning or dispersant operations. SMART recommends monitoring methods, equipment, personnel training, and command and control procedures that strike a balance between the operational demand for rapid response and the Unified Command's need for feedback from the field in order to make informed decisions.

SMART is not limited to oil spills. It can be adapted to hazardous substance responses where particulate air emissions should be monitored, and to hydrocarbon-based chemical spills into fresh or marine water.

## General Information on SMART Modules

### A. General Considerations and Assumptions

Several considerations guided the workgroup in developing the SMART guidelines:

1.  SMART is designed for use at oil spills both inland and in coastal zones, as described in the National Oil and Hazardous Substances Pollution Contingency Plan.

2.  SMART does not directly address the health and safety of spill responders or monitoring personnel, since this is covered by the general site safety plan for the incident (as required by 29 CFR 1910.120).

3.  SMART does not provide complete training on monitoring for a specific technology. Rather, the program assumes that monitoring personnel are fully trained and qualified to use the equipment and techniques mentioned and to follow the SMART guidelines.

4.  SMART attempts to balance feasible and operationally efficient monitoring with solid scientific principles.

5.  In general, SMART guidelines are based on the roles and capabilities of available federal, state, and local teams, and NOAA's Scientific Support Coordinators (SSC). The SSC most

often fills the role of Technical Specialist, mentioned throughout the document. Users may adopt and modify the modules to address specific needs.

6.  SMART uses the best available technology that is operationally practical. The SMART modules represent a living document and will be revised and improved based on lessons learned from the field, advances in technology, and developments in techniques.

7.  SMART **should not** be construed as a regulatory requirement. It is an option available for the Unified Command to assist in decision-making. While every effort should be made to implement SMART or parts of it in a timely manner, **in situ burning or dispersant application should not be delayed** to allow the deployment of the SMART teams.

8.  SMART is not intended to supplant private efforts in monitoring response technologies, but is written for adoption and adaptation by any private or public agency. Furthermore, users may choose to tailor the modules to specific regional needs. While currently addressing monitoring for in-situ burning and dispersant operations, SMART will be expanded to include monitoring guidelines for other response technologies.

9.  It is important that the Unified Command agree on the monitoring objectives and goals early on in an incident. This decision, like all others, should be documented.

## B. Organization

The SMART document is arranged in modules. Each module is self-sustaining and addresses monitoring of a single response technology. The modules are divided into three sections:

Section 1: Background Information provides a brief overview of the response technology being used, defines the primary purpose for monitoring, and discusses monitoring assumptions.

Section 2: Monitoring Procedures provide general guidelines on what, where, when, and how to monitor; information on organization; information flow; team members; and reporting of data.

Section 3: Attachments provide detailed information to support and expand sections 1 and 2.

# MONITORING DISPERSANT OPERATIONS

## 1. BACKGROUND

### 1.1    Mission Statement

To provide a monitoring protocol for rapid collection of real-time, scientifically based information, to assist the Unified Command with decision-making during dispersant applications.

### 1.2    Overview of Dispersants

Chemical dispersants combine with oil and break a surface slick into small droplets that are mixed into the water column by wind, waves, and currents. The key components of a chemical dispersant are one or more surface-active agents, or surfactants. The surfactants reduce the oil-water interfacial tension, thus requiring only a small amount of mixing energy to increase the surface area and break the slick into droplets.

Several actions must occur for a surface oil slick to be chemically dispersed:
•   The surfactant must be applied to the oil in an appropriate ratio;
•   The surfactant must mix with the oil or move to the oil/water interface;
•   The molecules must orient properly to reduce interfacial tension;
•   Energy (such as waves) must be applied to form oil droplets; and
•   The droplets must not recoalesce significantly.

Dispersants can be applied by air from airplanes and helicopters, by land using pumping/spray systems, or by boat. They are usually applied in small droplets and in lower volumes than the oil being treated.

### 1.3    Monitoring Dispersant Application

When dispersants are used during spill response, the Unified Command needs to know whether the operation is effective in dispersing the oil. The SMART dispersant monitoring module is designed to provide the Unified Command with real-time feedback on the efficacy of dispersant application. Data collected in Tier III of the SMART dispersant protocol may be useful for evaluating the dilution and transport of the dispersed oil. **SMART does not monitor the fate**, **effects, or impacts of dispersed oil.**

Dispersant operations and the need to monitor them vary greatly. Therefore, SMART recommends three levels (or tiers) of monitoring.

1.  Tier I employs the simplest operation, visual monitoring, which may be coupled with Infra Red Thermal Imaging or other remote detection methods.

2.  Tier II combines visual monitoring with on-water teams conducting real-time water column monitoring at a single depth, with water-sample collection for later analysis. **While fluorometry remains the most technologically advantageous detection method, other approaches may be considered. The performance-based guidelines provided in attachment 10 define SMART Dispersant Module Criteria for instrument selection and validation**

3.  Tier III expands on-water monitoring to meet the information needs of the Unified Command. It may include monitoring at multiple depths, the use of a portable water laboratory, and/or additional water sampling. Tier III monitoring might for example include the redeployment of the monitoring team to a sensitive resource (such as near a coral reef system) as either a protection strategy or to monitor for evidence of exposure.  In addition, Tier III might include the use of the monitoring

package for activities unrelated to actual dispersant operations such as monitoring of natural dispersion or to support surface washing activities where water column concerns have been identified. Any Tier III operation will be conducted with additional scientific input from the Unified Command to determine both feasibility and help direct field activities.  The Scientific Support Coordinator or other Technical Specialists would assist the SMART Monitoring Team in achieving such alternative monitoring goals.

## 2. MONITORING PROCEDURES

### 2.1    Tier I: Visual Observations

Tier I recommends visual observation by a trained observer. A trained observer, using visual aids, can provide a general, qualitative assessment of dispersant effectiveness. Use of guides such as the NOAA *Dispersant Application Observer Job Aid* is recommended for consistency. Observations should be photographed and videotaped to help communicate them to the Unified Command, and to better document the data for future use.

When available, visual monitoring may be enhanced by advanced sensing instruments such as infrared thermal imaging. These and other devices can provide a higher degree of sensitivity in determining dispersant effectiveness.

Visual monitoring is relatively simple and readily done. However, visual observations do not always provide confirmation that the oil is dispersed. Tier II provides a near real-time method using water column monitoring via a direct reading instrument and water sampling.

### 2.2    Tier II: On-Water Monitoring for Efficacy

Sometimes dispersant operations effectiveness is difficult to determine by visual observation alone. To confirm the visual observations, a monitoring team may be deployed to the dispersant application area to confirm the visual observations by using real-time monitoring and water sampling. SMART defines it as Tier II monitoring.

Tier II prescribes single depth monitoring at 1-meter but rough field conditions may force continuous flow monitoring at increased depths of up to 2 meters. Water sampling may be conducted in concert with in-situ monitoring rather than collecting samples from the flow-through hose.  Such a change may reduce direct comparisons between field instrument and laboratory verifications, but the data is still expected to meet mission requirements.

A water-column monitoring team composed of at least one trained technician and a support person is deployed on a suitable platform. Under ideal circumstances, the team collects data in three primary target locations: (1) background water (no oil); (2) oiled surface slicks prior to dispersant application, and (3) post-application, after the oil has been treated with dispersants. Data are collected in real-time by both a built-in data-logging device and by the technician who monitors the readings from the instrument's digital readout and records them in a sampling log. The sampling log not only provides a backup to the data logger, but allows the results to be communicated, near real-time, to the appropriate technical specialist in the Unified Command. Data logged by the instrument are used for documentation and scientific evaluation.

The field team should record the time, instrument readings, and any relevant observations at selected time intervals. Global Positioning System (GPS) instruments are used to ascertain the exact position of each reading.

If feasible, water samples should be collected in bottles to validate and quantify monitoring results. Samples should be collected at the outlet port or discharge side of the monitoring instrument to ensure the integrity of the readings.  Exact time and position is noted for each sample taken to correlate the instrument reading. The number of water samples taken reflects the monitoring effort. Generally, five samples collected for each data run is considered adequate in addition to background samples. The water samples are stored in a cooler and sent to a laboratory for future analysis.

## 2.3     Tier III: Additional Monitoring

Tiers I and II provide feedback to the Unified Command on the effectiveness of dispersant application. If dispersants are effective and additional information on the movement of the dispersed oil plume is desired, SMART Tier III procedures can address this need.

Tier III follows Tier II procedures, but collects information on the transport and dispersion of the oil in the water column. It helps to verify that the dispersed oil is diluting toward background levels. Tier III is simply an expanded monitoring role that is intended to meet the needs of the Unified Command.

Tier III monitoring may be conducted as follows:

1.  Multiple depths with one instrument: This monitoring technique provides a cross-section of relative concentrations of dispersed oil at different depths, measuring the dilution of dispersed oil down to background levels. When transecting the dispersant-treated slick (as outlined for Tier II) the team stops the vessel at location(s) where elevated readings are detected at 1 meter and, while holding position, the team monitors and collects samples at multiple increments down to a maximum depth of 10 meters. Readings are taken at each water depth, and the data recorded both automatically in the instrument data logger and manually by the monitors. Manual readings should be taken at discreet time intervals of 2 minutes, 5 minutes, etc. as specified by the Monitoring Group Supervisor or as indicated in a written sampling plan developed by the Dispersant Technical Specialist.

2.  Transect at two different depths: This technique also looks at changes in concentration trends, but uses two monitoring instruments at different depths as the monitoring vessel transects the dispersed oil slick while making continuous observations. It is done as follows:

    Monitoring is conducted at two different depths, 1 and 5 meters, or any two water depths agreed upon by the Incident Commander or the Unified Command. Two sampling setups and two separate monitoring instruments are used on a single vessel. The vessel transects the dispersant-treated slick as outlined in Tier II, except that now data are collected simultaneously for two water depths. While the data logger in each instrument automatically records the data separately, the monitoring team manually records the data from both instrument simultaneously at discrete time intervals of 2 minutes, 5 minutes, etc, as specified by the Monitoring Group Supervisor or the sampling plan developed by the Dispersant Technical Specialist. Comparison of the readings at the two water depths may provide information on the dilution trend of the dispersed oil.

3.  Water parameters: In addition to instrument data, the Unified Command may request that water physical and chemical parameters be measured. This can be done by using a portable lab connected in-line with the instrument to measure water temperature, conductivity, dissolved oxygen content, pH, and turbidity. These data can help explain the behavior of the dispersed oil. The turbidity data may provide additional information on increased concentrations of dispersed oil if turbidity is elevated. The other physical and chemical parameters measure the characteristics of the water column that could possibly affect the rate of dispersion.

4.   As in Tier II, water samples are collected, but in greater numbers to help validate instrument readings.

Calibration and documentation used for Tier II are valid for Tier III as well, including the use of a check standard to verify instrument response. Because of the increased complexity of Tier III, a dispersant technical specialist (e.g., member of the scientific support team) should be on location to assist the monitoring efforts.

A critical point to keep in mind is that in the hectic and rapidly changing conditions of spill response, flexibility and adaptability are essential for success. The sampling plan is dictated by many factors such as the availability of equipment and personnel, on-scene conditions, and the window of opportunity for dispersant application. The need for flexibility in sampling design, effort, and rapid deployment (possibly using a vessel of opportunity), may dictate the nature and extent of the monitoring. To assist the monitoring efforts, it is important that the unified command agrees on the goals and objectives of monitoring and chooses the Tier or combination thereof to meet the needs of the response.

## 2.4    Mobilizing Monitoring Resources

Dispersant application has a narrow window of opportunity. Time is of the essence and timely notification is critical. It is imperative that the monitoring teams and technical advisors are notified of possible dispersant application and SMART monitoring deployment as soon as they are considered, even if there is uncertainty about carrying out this response option. Prompt notification increases the likelihood of timely and orderly monitoring.

The characteristics of the spill and the use of dispersants determine the extent of the monitoring effort and, consequently, the number of teams needed for monitoring. For small-scale dispersant applications, a single visual monitoring team may suffice. For large dispersant applications several visual and water-column monitoring teams may be needed.

## 2.5    Using and Interpreting Monitoring Results

Providing the Unified Command with objective information on dispersant efficacy is the goal of Tier I and II dispersant monitoring. When visual observations and on-site water column monitoring confirm that the dispersant operation is not effective, the Unified Command may consider evaluating further use. If, on the other hand, visual observations and/or water column monitoring suggest that the dispersant operation is effective, dispersant use may be continued.

**When using fluorometry**, the readings will not stay steady at a constant level but will vary widely, reflecting the patchiness and inconsistency of the dispersed oil plume. Persons reviewing the data should look for trends and patterns providing good indications of increased hydrocarbon concentrations above background. As a general guideline only, a fluorometer signal increase in the dispersed oil plume of five times or greater over the difference between the readings at the untreated oil slick and background (no oil) is a strong positive indication. This should not be used as an action level for turning on or off dispersant operations. The final recommendation for turning a dispersant operation on or off is best left to the judgment of the Technical Specialist charged with interpreting the data. The Unified Command, in consultation with the Technical Specialist, should agree early on as to the trend or pattern that they would consider indicative or non-indicative of a successful dispersant operation. This decision should be documented.

## 2.6    SMART as Part of the ICS Organization

SMART activities are directed by the Operations Section Chief in the Incident Command System (ICS). A "group" should be formed in the Operations Section to direct the monitoring effort. The head of this group is the Monitoring Group Supervisor. Under each group there are teams: Visual

Monitoring Teams and Water Column Monitoring Teams. At a minimum, each monitoring team consists of two trained members: a monitor and an assistant monitor. An additional team member could be used to assist with sampling and recording. The monitor serves as the team leader. The teams report to the Monitoring Group Supervisor, who directs and coordinates team operations, under the control of the Operations Section Chief.

Dispersant monitoring operations are very detailed. They are linked with the dispersant application, but from an ICS management perspective, they should be separated. Resources for monitoring should be dedicated and not perform other operational functions.

## 2.7    Information Flow and Data Handling

Communication of monitoring results should flow from the field (Monitoring Group Supervisor) to those persons in the Unified Command who can interpret the results and use the data. Typically this falls under the responsibility of a Technical Specialist on dispersants in the Planning Section of the command structure. For the U.S. Coast Guard, the technical specialist is the Scientific Support Coordinator. Note that the operational control of the monitoring groups remains with the Operations Section Chief, but the reporting of information is to the Technical Specialist in the Planning Section.

The observation and monitoring data will flow from the Monitoring Teams to the Monitoring Group Supervisor. The Group Supervisor forwards the data to the Technical Specialist. The Technical Specialist or his/her representative reviews the data and, most importantly, formulates recommendations based on the data. The Technical Specialist communicates these recommendations to the Unified Command.

Quality assurance and control should be applied to the data at all levels. The Technical Specialist in the Planning section is the custodian of the data during the operation. The data belongs to the Unified Command. The Unified Command should ensure that the data are properly stored, archived, and accessible for the benefit of future monitoring operations.

## 3. ATTACHMENTS

The following attachments are designed to assist response personnel in implementing the SMART protocol. A short description of each attachment is provided below. Attachments may be modified as required to meet the stated objectives. **These attachments are still valid related to the use of the Turner Design AU-10 instrument package. Should monitoring teams choose to change to alternative instrument packages, like protocols would be required to insure proper training, documentation, and QA/QC.**

| Number | Title | Description |
|--------|-------|-------------|
| 3.1 | Roles and Responsibilities | Detailed roles and responsibilities for responders filling monitoring positions |
| 3.2 | Command, Control, and Data Flow | An ICS structure for controlling monitoring units and transferring monitoring results |
| 3.3 | Dispersant Observation General Guidelines | General guidelines for Tier I monitoring |
| 3.4 | Dispersant Observation Training Outline | Outline of what should be covered for Tier I observation training |
| 3.5 | Dispersant Observation Checklist | Equipment and procedure checklist for Tier I monitoring |
| 3.6 | Dispersant Observation Pre-Flight List | A checklist for getting air resources coordinated and ready for Tier I monitoring |
| 3.7 | Dispersant Observation Reporting Form | A form for recording Tier I observations |
| 3.8 | Dispersant Monitoring Training Outline | A training outline for water column monitoring done in Tiers II and III |
| 3.9 | Dispersant Monitoring Job Aid Checklist | A list of the tasks to accomplish before, during, and after the monitoring operations |
| 3.10 | Dispersant Monitoring Performance Guidelines | A list of performance guidelines for monitoring dispersants |
| 3.11 | Dispersant Monitoring Field Guidelines | Field procedures for using Tier II and III monitoring protocols |
| 3.12 | Dispersant Monitoring Water Sampling | Procedures for collecting water samples for Tiers II and III |
| 3.13 | Dispersant Monitoring Recorder Sheet | A form for recording fluorometer readings for Tiers II and III |

SMART Dispersant Module                    Attachment 1                          v. 8/2006

## 3.1    Roles and Responsibilities

### 3.1.1        Visual Monitoring Team
The Visual Monitoring Team is ideally composed of two persons: a Monitor and an Assistant Monitor.

The Monitor:
• Functions as the team leader
• Qualitatively measures dispersant effectiveness from visual observation
• Communicates results to the Monitoring Group Supervisor.

The Assistant Monitor:
• Provides photo and visual documentation of dispersant effectiveness
• Assists the Monitor as directed.

### 3.1.2        Water-Column Monitoring Team
The Water-Column Monitoring Team is composed of a minimum of two persons: a Monitor and Assistant Monitor. They shall perform their duties in accordance with the Tier II and Tier III monitoring procedures.

The Monitor:
• Functions as the team leader
• Operates water-column monitoring equipment
• Collects water samples for lab analysis
• Communicates results to the Monitoring Group Supervisor.

The Assistant Monitor:
• Provides photo and visual documentation of dispersant effectiveness
• Assists Monitor as directed
• Completes all logs, forms, and labels for recording water column measurements, water quality measurements, interferences, and environmental parameters.

### 3.1.3        Monitoring Group Supervisor
The Monitoring Group Supervisor:
• Directs Visual Monitoring and Water Column Monitoring teams to accomplish their responsibilities
• Follows directions provided by the Operations Section in the ICS
• Communicates monitoring results to the Technical Specialist in the Planning Section
• The Monitoring Group Supervisor may not be needed for a Tier I deployment. In these cases, the Visual Monitoring Team monitor may perform the duties of the Monitoring Group Supervisor.

### 3.1.4        Dispersant Monitoring Technical Specialist (Federal: NOAA SSC)
The Technical Specialist or his/her representative:
• Establishes communication with the Monitoring Group Supervisor
• Advises the Group Supervisor on team placement and data collection procedures
• Receives the data from the Group Supervisor
• Ensures QA/QC of the data, and analyzes the data in the context of other available information and incident-specific conditions
• Formulates recommendations and forwards them to the Unified Command
• Makes the recommendations and data available to other entities in the ICS
• Archives the data for later use, prepares report as needed.

## 3.2   Command, Control, and Data Flow

In general, dispersant monitoring operations take place as an integral part of the Incident Command System (see Figures 1 and 2).

Dispersant monitoring operations are tactically deployed by the Operations Section Chief or deputy, in cooperation with the Technical Specialist (SSC) in the Planning Section regarding the specifics of the monitoring operations, especially if they affect the data collected. The Monitoring Group Supervisor provides specific on-scene directions to the monitoring teams during field deployment and operations.

The observation and monitoring data flow from the Monitoring Teams to the Monitoring Group Supervisor. After initial QA/QC the Group Supervisor passes the data to the Technical Specialist to review, apply QA/QC if needed, and, most importantly, formulate recommendations based on the data. The Technical Specialist forwards these recommendations to the Unified Command.



Figure 1. Command, control, and data flow during dispersant monitoring operations.



Figure 2. The Dispersant Monitoring Group in the ICS structure.

10

## 3.3      Dispersant Observation General Guidelines

### 3.3.1        Goal

The goal of Tier I monitoring is to identify oil, visually assess efficacy of dispersants applied to oil, and report the observations to the Unified Command with recommendations. The recommendations may be to continue, to modify, or to evaluate further monitoring or use because dispersants were not observed to be effective.

### 3.3.2        Guidelines and Pointers

#### 3.3.2.1  Reporting Observations

- The observer does not make operational decisions, e.g., how much dispersant to apply, or when and where to apply it. These decisions are made at the Operations Section level, and the observer makes observations based on those decisions.

- Different observers at the same site may reach different conclusions about how much of the slick has been dispersed. For that reason, a comprehensive standard reporting criteria and use of a common set of guidelines is imperative. Use of the NOAA *Dispersant Application Observer Job Aid* is highly encouraged.

#### 3.3.2.2  Oil on the Water

- Oil surface slicks and plumes can appear different for many reasons including oil or product characteristics, time of day (different sun angles), weather, sea state, rate at which oil disperses. The use of the NOAA *Open Water Oil Identification Job Aid for Aerial Observation* is highly recommended.

- Low-contrast conditions (e.g., overcast, twilight, and haze) make observations difficult.

- For best viewing, the sun should be behind the observer and with the aircraft at an altitude of about 200 - 300 feet flying at a 30-degree angle to the slick.

#### 3.3.2.3  Dispersant Applications

- During dispersant application, it may be impossible to determine the actual area of thickest oil concentrations, resulting in variable oil/dispersant application rates. This could lead to variations in the effectiveness of application. The observer should report these conditions.

- Initial applications may have a herding effect on the oil. This would cause the slick to appear to be shrinking when, in fact, it is the dispersant "pushing" the oil together. Due to this effect, in some cases, the oil slick may even disappear from the sea surface for a short time.

- After dispersant application, there may be color changes in the emulsified slick due to reduction in water content and viscosity, and changes in the shape of the slick, due to the de-emulsification action of the dispersant.

- Many trials have indicated that dispersants apparently modify the spreading rates of oils, and within a few hours treated slicks cover much larger areas than control slicks.

- In some situations, especially where there may be insufficient mixing energy, oil may resurface.

#### 3.3.2.4  Effective/Ineffective Applications

- Dispersed oil plume formation may not be instantaneous after dispersant application. In some cases, such as when the oil is emulsified, it can take several hours. A dispersed oil plume may not form at all.

- The appearance of the dispersed plume can range from brown to white (cloudy) to no visible underwater plume (this is why Tier II may be necessary).

- Sometimes other things such as suspended solids may resemble dispersed oil.

- The visibility of the dispersed plume will vary according to water clarity. In some cases, remaining surface oil and sheen may mask oil dispersing under the slick and thus interfere with observations of the dispersed oil plume.

- Dispersed oil plumes are often highly irregular in shape and non-uniform in concentration. This may lead to errors in estimating dispersant efficiency.

- If a visible cloud in the water column is observed, the dispersant is working. If a visible cloud in the water column is not observed, it is difficult to determine whether the dispersant is working.

- If there are differences in the appearance between the treated slick and an untreated slick, the dispersant may be working.

- Boat wakes through oil may appear as a successful dispersion of oil; however, this may be just the vessel wake breaking a path through the oil (physically parting the oil), not dispersing it.

## 3.4     Dispersant Observation Training Outline

Below is a suggested outline for dispersant observation training.

| Topics and sub-topics | Duration |
|---|---|
| **Observation Platforms** | 30 min. |
| • Helo or fixed-wing, separate from application platform<br>• Safety considerations: daylight; safe flying conditions<br>• Logistical considerations: personnel; equipment; communication<br>• Planning an over-flight | |
| **Oil on water** | 1 hour |
| • Physical properties<br>• Different types of oil<br>• Chemistry, crude vs. refined product<br>• Appearance and behavior<br>• Effects of wind, waves, and weather | |
| **How dispersants work** | 45 min. |
| • Method of action<br>• Compatible/incompatible products<br>• Appropriate environmental conditions (wave energy, temperature, salinity, etc.)<br>• Oil weathering<br>• Oil slick thickness<br>• Beaching, sinking, etc. | |
| **Dispersant application systems** | 45 min. |
| • Platform: boat, helo, plan<br>• Encounter rate<br>• Importance of droplet size<br>• Dispersant-to-oil ratio (dosage) | |
| **• Effective application** | 45 min. |
| • Hitting the target<br>• Dispersal into water column<br>• Color changes<br>• Herding effect | |
| **• Ineffective application** | 30 min. |
| • Missing the target<br>• Oil remaining on surface<br>• Coalescence and resurfacing | |
| **• Wildlife concerns** | 30 min. |
| • Identifying marine mammals and turtles<br>• Rafting birds | |
| **• Documenting observations** | 30 min. |
| • Estimating surface coverage<br>• Photographs: sun reflection effects, use of polarizing filter, videotaping<br>• Written notes and sketches | |
| **• Reporting observations** | 30 min. |
| • Calibrating eyeballs<br>• Recommended format<br>• Information to include<br>• Who to report to<br>• Coordination with water-column monitoring | |

## 3.5    Dispersant Observation Checklist

Below is a dispersant observation checklist. Check √ the items/tasks accomplished.

| Check √ | Item |
|---------|------|
| | **Observation Aids** |
| | Base maps / charts of the area |
| | Clipboard and notebook |
| | Pens / pencils |
| | Checklists and reporting forms |
| | Handheld GPS with extra set of batteries |
| | Observation job aids (*Oil on Water & Dispersant Observation*) |
| | Still camera |
| | Extra film |
| | Video camera |
| | Binoculars |
| | **Safety Equipment** |
| | Personal flotation device |
| | Emergency locator beacon |
| | Survival equipment |
| | NOMEX coveralls (if available) |
| | Coldwater flotation suit (if water temperature requires) |
| | Intercom |
| | Direct communications back to the Incident Command Post |
| | **Safety Brief** |
| | Preflight safety brief with pilot |
| | Safety features of aircraft (fire extinguishers, communications devices, emergency locator beacon, flotation release, raft, first aid kit, etc.) |
| | Emergency exit procedures |
| | Purpose of mission |
| | Area orientation / copy of previous over-flight |
| | Route / flight plan |
| | Duration of flight |
| | Preferred altitude |
| | Landing sites |
| | Number of people on mission |
| | Estimated weight of people and gear |
| | Gear deployment (if needed, i.e., dye marker, current drogue) |
| | Frequency to communicate back to command post |

SMART Dispersant Module                    Attachment 6                    v. 8/2006

## 3.6    Dispersant Observation Pre-Flight List

| Spill Information | | | | |
|---|---|---|---|---|
| Incident Name: | | | | |
| Source Name: | | | | |
| Date / Time Spill Occurred | | | | |
| Location of Spill: Latitude | | Longitude | | |
| Type of Oil Spilled: | | Amount of Oil Spilled: | | |
| **Weather On Scene** | | | | |
| Wind Speed and Direction | | | | |
| Visibility: | | Ceiling: | | |
| Precipitation: | | Sea State: | | |
| **Aircraft Assignments** | | | | |
| **Title** | **Name** | **Call Sign** | **ETD** | **ETA** |
| Spotter (s) | | | | |
| Sprayer (s) | | | | |
| Observer (s) | | | | |
| Monitor (s) | | | | |
| Supervisor | | | | |
| **Safety Check** | | | | |
| Check all safety equipment. Pilot conducts safety brief | | | | |
| **Entry/Exit Points** | | | | |
| | **Airport** | **Tactical Call Sign** | | |
| Entry: | | | | |
| Exit: | | | | |
| **Communications** (complete only as needed; primary/secondary) | | | | |
| Observer to Spotter (air to air) | VHF | UHF | Other | |
| Observer to Monitor (air to vessel) | VHF | UHF | Other | |
| Observer to Supervisor (air to ground) | VHF | UHF | Other | |
| Supervisor to Monitor (ground to vessel) | VHF | UHF | Other | |
| Monitor to Monitor (vessel to vessel) | VHF | UHF | Other | |

SMART Dispersant Module            Attachment 7                    v. 8/2006

## 3.7     Dispersant Observation Reporting Form

Names of observers/Agency: _____

Phone/pager: _____        Platform: _____

Date of application: _____        Location: Lat.: _____  Long.: _____

Distance from shore: _____

Time dispersant application started: _____  Completed: _____

Air temperature: _____        Wind direction _____        Wind speed: _____

Water temperature: _____        Water depth: _____        Sea state: _____

Visibility: _____

Altitude (observation and application platforms): _____

Type of application method (aerial/vessel): _____

Type of oil: _____

Oil properties: specific gravity _____  viscosity _____  pour point _____

Name of dispersant: _____

Surface area of slick: _____

Operational constraints imposed by agencies: _____

Percent slick treated: _____        Estimated efficacy: _____

Visual appearance of application: _____

Submerged cloud observed?_____

Recoalescence (reappearance of oil): _____

Efficacy of application in achieving goal (reduce shoreline impact, etc.): _____

 _____

Presence of wildlife (any observed effects, e.g., fish kill): _____

Photographic documentation: _____

Lessons learned: _____

_____

16

## 3.8     Fluorometry Monitoring Training Outline

### 3.8.1       General[1]
Training for Tier II and III monitoring consists of an initial training for personnel involved in monitoring operations, Group Supervisor training, and refresher training sessions every six months. Emphasis is placed on field exercise and practice.

### 3.8.2       Basic Training
Monitor Level Training includes monitoring concepts, instrument operation, workprocedures, and a field exercise.

| Topic | Duration |
|---|---|
| Brief overview of dispersant monitoring. Review of SMART: What is it, why do it, what is it good for. | 1 hour |
| Monitoring strategy: who, where, when. Reporting | 1 hour |
| Basic instrument operation (hands-on): how the fluorometer works, how to operate: brief description of mechanism, setup and calibration, reading the data, what the data mean, troubleshooting; using Global Positioning Systems; downloading data; taking water samples | 3 hours |
| Field exercise: Set up instruments within available boat platforms, measure background water readings at various locations. Using fluoroscein dye or other specified fluorescent source monitor for levels above background. Practice recording, reporting, and downloading data. | 3-4 hours |

### 3.8.3       Group Supervisor Training
Group Supervisor training may include:
• Independent training with the monitoring teams; or
• An additional structured day of training as suggested below

| Topic | Duration |
|---|---|
| Review of ICS and role of monitoring group in it, roles of Monitoring Group Supervisor, what the data mean, QA/QC of data, command and control of teams, communication, and reporting the data. | 1 hour |
| Field exercise. Practice deploying instruments in the field with emphasis on reporting, QA/QC of data, communication between teams and the Group Supervisor, and communication with the Technical Specialist. | 3-6 hours |
| Back to the base, practice downloading the data. | 30 min. |
| Lessons learned. | 30 min. |

---

[1] This training is designed for fluorometers. Other instruments could provide valid results, and may be suitable for SMART operations.

### 3.8.4      Refresher Training

| Topic | Duration |
|-------|----------|
| Review of SMART: What is it, why do it, what is its purpose. | 15 min. |
| Monitoring and reporting: Who, where, and when; level of concern; what the data mean; communication; and reporting the data | 30-45 min. |
| Basic instrument operation (hands-on): how the fluorometer works and how to operate it; brief description of the mechanism, setup, calibration, reading data, and troubleshooting; using GPS. | 2 hours |
| Downloading data | 30 min. |
| Field exercise: Outside the classroom, set up instrument on a platform, and measure background readings. Using fluorescence or other common input sources, monitor fluorescence levels. Practice recording, reporting, and downloading data. | 1-3 hours |
| Lessons learned | 30–45 min. |

## 3.9     Dispersant Monitoring Job Aid Checklist

This checklist is designed to assist SMART dispersant monitoring by listing some of the tasks to accomplish before, during, and after the monitoring operations.

| Check √ | Item | Do |
|---|---|---|
| | **Preparations** | |
| | Activate personnel | • Contact and mobilize the monitoring teams and Technical Specialist (SSC where applicable) |
| | Check equipment | • Check equipment (use checklists provided)<br>• Verify that the fluorometer is operational<br>• Include safety equipment |
| | Obtain deployment platforms | Coordinate with incident Operations and Planning Section regarding deployment platforms (air, sea, land) |
| | Amend site safety plan | Amend the general site safety plan for monitoring operations. |
| | **Monitoring Operations** | |
| | Coordinate plan | • Coordinate with the Operations Section Chief<br>• Coordinate with Technical Specialist |
| | Conduct briefing | • Monitoring: what, where, who, how<br>• Safety and emergency procedures |
| | Deploy to location | Coordinate with Operations Section. |
| | Setup instrumentation | • Unpack and set up the fluorometer per user manual<br>• Record fluorometer response using the check standards |
| | Evaluate monitoring site | • Verify that the site is safe<br>• Coordinate with spotter aircraft (if available) |
| | Conduct monitoring<br>(See attachment 11 for details) | • Background, no oil present<br>• Background, not treated with dispersants<br>• Treated area |
| | Conduct data logging<br>(see attachment 12) | • Date and time<br>• Location (from GPS)<br>• Verify that the instrument data logger is recording the data<br>• Manually record fluorometer readings every five minutes<br>• Record relevant observations |
| | Conduct water sampling<br>(see attachment) | • Collect water samples post-fluorometer in certified, clean, amber bottles for lab analysis |
| | Conduct photo and video documentation | • Document relevant images (e.g., monitoring procedures, slick appearance, evidence of dispersed oil) |
| | Conduct quality assurance and control | • Instrument response acceptable?<br>• Check standards current?<br>• Control sampling done at oil-free and at untreated locations?<br>• Water samples in bottles taken for lab analysis?<br>• Date and time corrected and verified?<br>• Any interfering factors? |

SMART Dispersants Module          Attachment 9                    v. 8/2006

| | | |
|---|---|---|
| | Report (by Teams) | Report to Group Supervisor:<br>• General observation (e.g., dispersed oil visually apparent)<br>• Background readings<br>• Untreated oil readings<br>• Treated oil readings |
| | Report (by Group Supervisor) | Report to Technical Specialist:<br>• General observation<br>• Background readings<br>• Untreated oil readings<br>• Treated oil readings |
| | Report by Technical Specialist (SSC) | Report to Unified Command:<br>• Dispersant effectiveness<br>• Recommendation to continue or re-evaluate use of dispersant. |
| | **Post monitoring** | |
| | Conduct debrief | • What went right, what can be done better<br>• Problems and possible solutions<br>• Capture comments and suggestions |
| | Preserve data | • Send water samples to the lab<br>• Download logged data from fluorometer to computer<br>• Collect and review Recorder data logs<br>• Correlate water samples to fluorometer readings<br>• Generate report |
| | Prepare for next spill | Clean, recharge, restock equipment |

SMART Dispersants                        Attachment 10                        v. 8/2006

## 3.10   Dispersant Monitoring Performance Guidelines

SMART does not require nor endorse a specific instrument or brand for dispersant monitoring. Rather, SMART specifies performance criteria, and instruments meeting them may be used for monitoring.

1) Instrument package must be field rugged and portable.  Instrument package must be able to operate from a vessel or small boat under a variety of field conditions, including air temperatures between 5 and 35°C, water temperatures between 5 and 30°C, seas to 5 feet, humidity up to 100%, drenching rain, and even drenching sea spray.  The criteria for field deployment should be limited by the safety of the field monitoring team and not instrument package limitations.

2) Instrument package must be able to operate continuously in real-time or near-real time mode by analyzing seawater either in-situ (instrument package is actually deployed in the sea) or ex-situ (seawater is continuously pumped from a desired depth).

3) Monitoring depth must be controllable to between 1 meter and 3 meters.  Discrete water sampling for post-incident laboratory validation is required at the same depths as actual instrument monitoring.  Note, actual analysis of water samples collected may or may not be required by the FOSC.

4) Instrument must be able to detect dispersed crude oil in seawater.  To allow a wide range of instruments to be considered, no specific detection method is specified.  If fluorometry is used, the excitation and emission wavelengths monitored should be selected to enhance detection of crude oil rather than simply hydrocarbons, in order to reduce matrix effects (for the Turner AU-10, long wavelength kits developed for oil detection are preferred over the short wavelength kits developed by the manufacture for other applications).

5) Instrument must be able to provide a digital readout of measured values. Given that different oils that have undergone partial degradation due to oil weathering will not provide consistent or accurate concentration data, measured values reported as "raw" units are preferred for field operations over concentration estimations that might be misleading as to the true dispersed oil and water concentrations.

6) In additional to a digital readout (as defined above), the instrument must be able to digitally log field data for post-incident analysis. Data logging must be in real-time, but downloading of achieved data is not required until after the monitoring activity, i.e., downloading the raw data to a computer once the boat has returned from the field operation is acceptable.

7) For instrument validation prior to operational use, the instrument must have a minimum detection limit (MDL) of 1 ppm of dispersed fresh crude oil in artificial seawater and provide a linear detection to at least 100 ppm with an error of less than 30% compared to a known standard.  The preferred calibration oil is Alaskan North Slope Crude or South Louisiana Crude (the oils specified by the EPA's Dispersant Effectiveness).  Similar dispersible crude oils may be used if availability is a limitation (diesel fuel is not a suitable substitute). Some method of instrument calibration or validation is required on-scene prior to any operational monitoring for Quality Assurance/Quality Control (QA/QC).  In the past, the use of a fluorescent dye at a concentration that would provide an equivalent value of 18 ppm for fresh ANS Crude was used for both calibration and field validation.

## 3.11    Dispersant Monitoring Field Guidelines

### 3.11.1       Overview

Dispersant monitoring with fluorometers employs a continuous flow fluorometer at adjustable water depths. Using a portable outrigger, the sampling hose is deployed off the side of the boat and rigged so that the motion of the boat's propeller or the wake of the sampling boat does not disrupt the sampling line. The fluorometer is calibrated with a check standard immediately prior to use in accordance with the operator's manual. In addition, water samples are collected for confirmation by conventional laboratory analysis.

### 3.11.2       Tier II Monitoring Operations

3.11.2.1      Monitoring Procedures
Monitoring the water column for dispersant efficacy includes three parts:
1. Water sampling for background reading, away from the oil slick;
2. Sampling for naturally dispersed oil, under the oil slick but before dispersants are applied; and
3. Monitoring for dispersed oil under the slick area treated with dispersants.

3.11.2.2      Background sampling, no oil
En route to the sampling area and close to it, the sampling boat performs a monitoring run where there is no surface slick. This sampling run at 1-meter depth (or deeper depending on sea state conditions) will establish background levels before further sampling.

3.11.2.3      Background sampling, naturally dispersed oil
When reaching the sampling area, the sampling boat makes the sampling transects at 1-meter depths across the surface oil slick(s) to determine the level of natural dispersion before monitoring the chemical dispersion of the oil slick(s).

3.11.2.4      Monitoring of dispersed oil
After establishing background levels outside the treated area, the sampling boat intercepts the dispersed subsurface plume. The sampling boat may have to temporarily suspend continuous sampling after collecting baseline values in order to move fast enough to intercept the plume. The sampling boat moves across the path of the dispersed oil plume to a point where the center of the dispersed plume can be predicted based on the size of the treatment area and the locations of new coordinates.  The sampling boat may have to be directed by an aerial asset to ensure correct positioning over the dispersed slick.

When conducting the monitoring, the transects consist of one or more "legs," each leg being as close as possible to a constant course and speed. The recommended speed is 1-2 knots. The monitoring team records the vessel position at the beginning and end of each leg.

The instrument data may be reviewed in real time to assess the relative enhanced dispersion of the water-soluble fraction of the oil. Figure 1 shows an example of how the continuous flow data may be presented.



Figure 1.        Example of a graphical presentation of fluorometer data.

### 3.11.3    Tier II Monitoring Locations: The Box Coordinates Method

The observation aircraft identifies the target slick or target zone for the sampling vessel by a four-corner box (Figure 2). Each corner of the box is a specific latitude/longitude, and the target zone is plotted on a chart or map for easy reference. The sampling vessel positions near the slick and configures the fluorometer sampling array. The pre-application sampling transect crosses the narrow width of the box. After completing the sampling transect, the sampling vessel waits at a safe distance during dispersant application. Data logging may continue during this period. Fifteen to twenty minutes after dispersants have been applied, the observation aircraft generates a second box by providing the latitude and longitude coordinates of the four corners corresponding to any observed dispersed oil plume. The post-application transect is identical to the pre-application transect. If no plume is observed, the sampling vessel samples the same transect used for pre-application.



Figure 2.        The box coordinates Method.

### 3.11.4    Tier III Monitoring Operations

If monitoring indicates that dispersant application is effective, the Unified Command may request that additional monitoring be done to collect information on the transport and dilution trends of the dispersed oil. Tier III may be conducted to address this information need.  Tier III is highly flexible. Any Tier III operation will be conducted with additional scientific input from the Unified Command to determine both feasibility and help direct field activities.  The Scientific Support Coordinator or

other Technical Specialists would assist the SMART Monitoring Team in achieving such alternative monitoring goals.

### 3.11.4.1    Multiple Depths with One Instrument

This monitoring technique provides a cross section of relative concentrations of dispersed oil at different depths. To conduct this operation, the team stops the vessel while transecting the dispersant-treated slick at a location where the fluorometry monitoring at the one-meter depth indicated elevated readings. While holding steady at this location, the team lowers the fluorometer sampling hose at several increments down to approximately ten meters (Figure 7). Monitoring is done for several minutes (2-3 minutes) for each water depth, and the readings recorded both automatically by the instrument's data logger and manually by the monitoring team, in the data logging form. This monitoring mode, like Tier II, requires one vessel and one fluorometer with a team to operate it.

### 3.11.4.2    Simultaneous Monitoring at Two Different Depths.

If two fluorometers and monitoring setups are available, the transect outlined for Tier II may be expanded to provide fluorometry data for two different water depths (one and five meters are commonly used). Two sampling set-ups (outriggers, hoses, etc.) and two separate fluorometers (same model) are used, all on a single vessel, with enough monitoring personnel to operate both instruments. The team transects the dispersant-treated slick as outlined in Tier II, but simultaneously collect data for two water depths (Figure 7).

While the data logger in each instrument is automatically recording the data separately, the monitoring teams manually record the data from both instruments at the same time.  Comparison of the readings at the two water depths may provide information on the dilution trend of the dispersed oil.

If requested by the Unified Command, water chemical and physical parameters may be collected by using a portable water quality lab  in-line with the fluorometer to measure water temperature, conductivity, dissolved oxygen content, pH, and turbidity. These data can help explain the behavior of the dispersed oil.



Figure 3: Monitoring options for Tier III.

## 3.12    Dispersant Monitoring Water Sampling

### 3.12.1.    Purpose

Collection of water samples during Tier II and III monitoring should assist in correlating instrument readings in the field to actual dispersed oil concentrations in the water column.  The samples provide validation of the field monitoring.    The following guidelines were drafted for flow-through fluorometers.  The procedures must be modified for alternative instruments.  Such modifications might include discrete water sampling in concert with monitoring. The guidelines provided below are general, and should serve as an initial starting point for water sample collection. The number of samples collected may vary, depending on the operation and the need for verification.

### 3.12.2.    Guidelines

3.12.2.1    Equipment
1. Certified pre-cleaned amber 500-ml bottles with Teflon™-lined caps.
   •      For Tier II, a minimum of six bottles is required.
   •      For Tier III, a minimum of thirteen bottles is required.

2. Labels for bottles documenting time and location of collection.

3. Observation notes corresponding fluorometer readings to water sample collection, and any other observations.

3.12.2.2    Procedure
1. Open valve for water sample collection and allow water to run for ten seconds before opening and filling the bottle.

2. Fill the bottle to the top and allow no headspace in bottles after sealing.

3. Label bottle with exact time of initial filling from the fluorometer clock as well as sampling depth, transect, and the distance of water hose from the outflow port of the fluorometer to the actual collection point of the water sample (to account for residence time of water in the hose)

4. Store filled bottles in a cooler with ice while on the monitoring vessel. Keep refrigerated (do not freeze) after returning to shore and send to the laboratory as soon as possible.

5. Measure and record the length of the hose between the fluorometer outlet and the bottle end, hose diameter, and flow rate (by filling a bucket). This will assist in accurately linking water sample results to fluorometer readings.

3.12.2.3    Number of Samples
1. Collect one water sample per monitoring depth during the background (no oil) transect. The fluorometer readings prior to collection should be relatively constant.

2. Collect two samples per monitoring depth during the pre-dispersant monitoring (under untreated oil slick). Try to collect water samples correlating with representative fluorometer values obtained.

3. Collect approximately three samples per monitoring depth during the post-dispersant transects. These samples should represent the range of high, middle, and low values obtained from the fluorometer screen.

SMART Dispersant Module                 Attachment 12                          v. 8/2006

4. Label the bottles and store them in a cooler with ice. Do not freeze. Enter water sample number, time, and correlated fluorometer reading in the Recorder Log for future data processing

SMART Dispersant Module          Attachment 13                    v. 8/2006

## 3.13   Dispersant Monitoring Recorder Form

Date:_____                    Fluorometer #:_____
Project: _____      Platform: _____
Monitoring Start/End Time: _____
Team members: _____
On-scene weather (log all possible entries) Wind direction from: _____ Wind speed: _____
Sea state: _____ Cloud cover: _____ Visibility: _____
Air temp. :_____ Sea temp.: _____

Comments should include: Presence or lack of surface oil or dispersed oil plume, whether conducting background run, transect in relation to slick, instrument or gear problem, or any other noteworthy event. Positions should always be recorded when a sample is taken. Otherwise, a log entry every five minutes is sufficient.

| Time | Water depth | Fluorometer reading | GPS reading | Sample taken? | Comments & observations |
|------|-------------|---------------------|-------------|---------------|-------------------------|
|      |             |                     | lat:_____ long: |  |  |
|      |             |                     | lat:_____ long: |  |  |
|      |             |                     | lat:_____ long: |  |  |
|      |             |                     | lat:_____ long: |  |  |
|      |             |                     | lat:_____ long: |  |  |
|      |             |                     | lat:_____ long: |  |  |
|      |             |                     | lat:_____ long: |  |  |
|      |             |                     | lat:_____ long: |  |  |
|      |             |                     | lat:_____ long: |  |  |
|      |             |                     | lat:_____ long: |  |  |
|      |             |                     | lat:_____ long: |  |  |
|      |             |                     | lat:_____ long: |  |  |
|      |             |                     | lat:_____ long: |  |  |
|      |             |                     | lat:_____ long: |  |  |
|      |             |                     | lat:_____ long: |  |  |

# MONITORING IN-SITU BURNING OPERATIONS

## 1. BACKGROUND

### 1.1    Mission Statement

To provide a monitoring protocol for rapid collection of real-time, scientifically based information to assist the Unified Command with decision-making during in situ burning operations.

### 1.2    Overview of In situ Burning

In situ burning of oil may offer a logistically simple, rapid, and relatively safe means for reducing the net environmental impact of an oil spill. Because a large portion of the oil is converted to gaseous combustion products, in situ burning can substantially reduce the need for collection, storage, transport, and disposal of recovered material. In situ burning, however, has several disadvantages: burning can take place only when the oil is not significantly emulsified, when wind and sea conditions are calm, and when dedicated equipment is available. In addition, in situ burning emits a plume of black smoke, composed primarily (80-85%) of carbon dioxide and water; the remainder of the plume is gases and particulates, mostly black carbon particulates, known as soot. These soot particulates give the smoke its dark color. Downwind of the fire, the gases dissipate to acceptable levels relatively quickly. The main public health concern is the particulates in the smoke plume.

With the acceptance of in situ burning as a spill response option, concerns have been raised regarding the possible effects of the particulates in the smoke plume on the general public downwind. SMART is designed to address these concerns and better aid the Unified Command in decisions related to initiating, continuing, or terminating in situ burning.

## 2. MONITORING PROCEDURES

### 2.1    General Considerations

In general, SMART is conducted when there is a concern that the general public may be exposed to smoke from the burning oil. It follows that monitoring should be conducted when the predicted trajectory of the smoke plume indicates that the smoke may reach population centers, and the concentrations of smoke particulates at ground level may exceed safe levels. Monitoring is not required, however, when impacts are not anticipated.

Execution of in situ burning has a narrow window of opportunity. It is imperative that the monitoring teams are alerted of possible in situ burning and SMART operations as soon as burning is being considered, even if implementation is not certain. This increases the likelihood of timely and orderly SMART operations.

### 2.2    Sampling and Reporting

Monitoring operations deploy one or more monitoring teams. SMART recommends at least three monitoring teams for large-scale burning operations. Each team uses a real-time particulate monitor capable of detecting the small particulates emitted by the burn (ten microns in diameter or smaller), a global positioning system, and other equipment required for collecting and documenting the data. Each monitoring instrument provides an instantaneous particulate concentration as well as the time-weighted average over the duration of the data collection. The readings are displayed on the instrument's screen and stored in its data logger. In addition, particulate concentrations are logged manually every few minutes by the monitoring team in the recorder data log.

The monitoring teams are deployed at designated areas of concern to determine ambient concentrations of particulates before the burn starts. During the burn, sampling continues and readings are recorded both in the data logger of the instrument and manually in the recorder data log. After the burn has ended and the smoke plume has dissipated, the teams remain in place for some time (15-30 minutes) and again sample for and record ambient particulate concentrations.

During the course of the sampling, it is expected that the instantaneous readings will vary widely. However, the calculated time-weighted average readings are less variable, since they represent the average of the readings collected over the sampling duration, and hence are a better indicator of particulate concentration trend. When the time-weighted average readings approach or exceed the Level of Concern (LOC), the team leader conveys this information to the In-Situ Burn Monitoring Group Supervisor (ISB-MGS) who passes it on to the Technical Specialist in the Planning Section (Scientific Support Coordinator, where applicable), which reviews and interprets the data and passes them, with appropriate recommendations, to the Unified Command.

## 2.3    Monitoring Locations
Monitoring locations are dictated by the potential for smoke exposure to human and environmentally sensitive areas. Taking into account the prevailing winds and atmospheric conditions, the location and magnitude of the burn, modeling output (if available), the location of population centers, and input from state and local health officials, the monitoring teams are deployed where the potential exposure to the smoke may be most substantial (sensitive locations). Precise monitoring locations should be flexible and determined on a case-by-case basis. In general, one team is deployed at the upwind edge of a sensitive location. A second team is deployed at the downwind end of this location. Both teams remain at their designated locations, moving only to improve sampling capabilities. A third team is more mobile and is deployed at the discretion of the ISB-MGS.

It should be emphasized that, while visual monitoring is conducted continuously as long as the burn takes place, air sampling using SMART is not needed if there is no potential for human exposure to the smoke.

## 2.4    Level of Concern
The Level of Concern for SMART operations follows the National Response Team (NRT) guidelines. As of March 1999, the NRT recommends a conservative upper limit of 150 micrograms of PM-10 per cubic meter of air, averaged over one hour. Furthermore, the NRT emphasizes that this LOC does not constitute a fine line between safe and unsafe conditions, but should instead be used as an action level: If it is exceeded substantially, human exposure to particulates may be elevated to a degree that justifies precautionary actions. However, if particulate levels remain generally below the recommended limit with few or no transitory excursions above it, there is no reason to believe that the population is being exposed to particulate concentrations above the EPA's National Ambient Air Quality Standard (NAAQS).

It is important to keep in mind that real-time particulate monitoring is one factor among several, including smoke modeling and trajectory analysis, visual observations, and behavior of the smoke plume. The Unified Command must determine early on in the response what conditions, in addition to the LOC, justify termination of a burn or other action to protect public health. The Unified Command should work closely with local Public Health organizations in determining burn termination thresholds.

When addressing particulate monitoring for in situ burning, the NRT emphasizes that concentration trend, rather than individual readings, should be used to decide whether to continue or terminate the burn. For SMART operations, the time-weighted average (TWA) generated by the particulate monitors should be used to ascertain the trend. The NRT recommends that burning not take place if

the air quality in the region already exceeds the NAAQS and if burning the oil will add to the particulate exposure concentration. SMART can be used to take background readings to indicate whether the region is within the NAAQS, before the burn operation takes place. The monitoring teams should report ambient readings to the Unified Command, especially if these readings approach or exceed the NAAQS.

## 2.5    SMART as Part of the ICS Organization

SMART activities are directed by the Operations Section Chief in the Incident Command System (ICS). It is recommended that a "group" be formed in the Operations Section that directs the monitoring effort. The head of this group is the Monitoring Group Supervisor. Under each group there are monitoring teams. At a minimum, each monitoring team consists of two trained members: a monitor and assistant monitor. An additional team member could be used to assist with sampling and recording. The monitor serves as the team leader. The teams report to the Monitoring Group Supervisor who directs and coordinates team operations, under the control of the Operations Section Chief.

## 2.6    Information Flow and Data Handling

Communication of monitoring results should flow from the field (Monitoring Group Supervisor) to those persons in the Unified Command who can interpret the results and use the data. Typically, this falls under the responsibility of a Technical Specialist on in-situ burning in the Planning Section of the command structure.

The observation and monitoring data will flow from the Monitoring Teams to the Monitoring Group Supervisor. The Group Supervisor forwards the data to the Technical Specialist. The Technical Specialist or his/her representative reviews the data and, most importantly, formulates recommendations based on the data. The Technical Specialist communicates these recommendations to the Unified Command.

Quality assurance and control should be applied to the data at all levels. The Technical Specialist is the custodian of the data during the operation, but ultimately the data belongs to the Unified Command. The Unified Command should ensure that the data are properly archived, presentable, and accessible for the benefit of future monitoring operations.

SMART ISB Module                                          v. 8/2006

## 3.    ATTACHMENTS

The following attachments are designed to assist response personnel in implementing the SMART protocol. A short description of each attachment is provided below.

| Number | Title | Description |
|--------|-------|-------------|
| 3.1 | Roles and Responsibilities | Provides detailed roles and responsibilities for responders filling monitoring positions |
| 3.2 | Command, Control, and Data Flow | A suggested ICS structure for controlling monitoring units and transferring monitoring results |
| 3.3 | ISB Monitoring Training Outline | General training guidelines for ISB monitoring |
| 3.4 | ISB Monitoring Job Aid Checklist | A checklist to assist in assembling and deploying SMART ISB monitoring teams |
| 3.5 | ISB Monitoring Equipment List | A list of equipment needed to perform SMART operations |
| 3.6 | ISB Monitoring Instrumentation Requirements | Abbreviated performance requirements for particulate monitors |
| 3.7 | ISB Monitoring Recorder Sheet | A template for manual recording of burn data |
| 3.8 | ISB Monitoring Possible Locations | An example of monitoring locations for offshore ISB operations |
| 3.9 | ISB Monitoring Data Sample: Graph | An example of real ISB data |

## 3.1     Roles and Responsibilities

### 3.1.1        Team Leader

The Team Leader
- Selects specific team location
- Conducts monitoring
- Ensures health and safety of team
- Ensures monitoring QA/QC
- Establishes communication with the group supervisor
- Conveys to him/her monitoring data as needed

### 3.1.2        Monitoring Group Supervisor

The Group Supervisor
- Oversees the deployment of the teams in the group
- Ensures safe operation of the teams
- Ensures QA/QC of monitoring and data
- Establishes communication with the field teams and the command post
- Conveys to the command post particulate level trends as needed
- Addresses monitoring technical and operational problems, if encountered

### 3.1.3        In-Situ Burn Technical Specialist

The Technical Specialist or his/her representative
- Establishes communication with the Monitoring Group Supervisor
- Receives the data from the Group Supervisor
- Ensures QA/QC of the data
- Analyzes the data in the context of other available information and incident-specific conditions, formulates recommendations to the Unified Command
- Forwards the recommendations to the Unified Command
- Makes the recommendations and data available to other entities in the ICS, as needed
- Archives the data for later use

| Role and function | Training | Number |
|---|---|---|
| Monitoring Team Leader<br>Leads the monitoring team | SMART Monitor Training | 3 |
| Monitor Assistant<br>Assists with data collection. | SMART Monitor Training | 3 |
| Group Supervisor<br>Coordinates and directs teams; field QA/QC of data; links with UC. | SMART Monitor training. Group Supervisor training | 1 per group |
| Technical Specialist<br>Overall QA/QC of data; reads and interprets data; provides recommendations to the Unified Command | SMART Monitor training. Scientific aspects of ISB | 1 per response |

SMART ISB Module                    Attachment 2                    v. 8/2006

## 3.2    Command, Control, and Data Flow

In general, in situ burn monitoring operations take place as an integral part of the Incident Command System (Figures 1 and 2).

ISB monitoring operations are directed by the Operations Section Chief or deputy. The Operations Section Chief provides the Monitoring Group Supervisor with tactical directions and support regarding deployment, resources, communications, and general mission as adapted to the specific incident. The Operations Section consults with the ISB monitoring Technical Specialist about the specifics of the monitoring operations, especially if they affect the data collected. The Monitoring Group Supervisor provides specific direction to the monitoring teams during field deployment and operations.

The observation and monitoring data flow from the Monitoring Teams to the Monitoring Group Supervisor. After initial QA/QC the Group Supervisor passes the data to the Technical Specialist. The Technical Specialist or his/her representative reviews the data, applies QA/QC if needed, and, most importantly, formulates recommendations based on the data. The Technical Specialist forwards these recommendations to the Unified Command.



Figure 1. Command, control, and data flow during in-situ burning monitoring operations.



Figure 2. ISB Monitoring Group in the ICS organization.

## 3.3     ISB Monitoring Training Outline

### 3.3.1         General

Training for in-situ burning monitoring operations consists of an initial Monitor Level Training for all, Group Supervisor Training for supervisors, and refresher training sessions every six months for all.

### 3.3.2         Monitor Level Training

The Monitor Level Training includes monitoring concepts, instrument operation, work procedures, and a field exercise.

| Topic | Duration |
|---|---|
| • Brief review of in-situ burning.<br>• Review of SMART: What is it, why do it, what is it good for. | 1 hour |
| • Monitoring strategy: Who, where, when.<br>• Open water, inland.<br>• Reporting: What and to whom<br>• LOC: What is the LOC, how to report it.<br>• Instantaneous reading vs. TWA, use of recorder data sheet | 1 hour |
| • Basic instrument operation (hands-on): How the particulate monitoring instrument works, and how to operate it: brief description of mechanism, setup, and calibration, reading the data, what do the data mean; trouble shooting.<br>• Using GPS<br>• Downloading data | 2 hours |
| Field exercise: Set up the instruments outdoors and measure background readings. Using a smoke source monitor for particulate levels, practice recording the data and reporting it. When done, practice downloading the data. | 4 hours |

### 3.3.3         Group Supervisor Training

Group Supervisor training may include two options:
• Independent training at each unit; or
• An additional structured day of training as suggested below

| Topic | Duration |
|---|---|
| • Review of ICS and the role of the Monitoring Group in it<br>• Roles of Monitoring Group Supervisor<br>• What the data mean<br>• QA/QC of data<br>• Command and control of teams<br>• Communication with the Technical Specialist | 1 hour |
| Field exercise: Practice deploying instruments in the field with emphasis on reporting, QA/QC of data, communication between teams and the group supervisor, and group supervisor to the Technical Specialist. | 3-6 hours |
| Back to the base, practice downloading the data | 30 min. |
| Lessons learned | 30 min. |

SMART ISB Module                     Attachment 3                          v. 8/2006

### 3.3.4      Refresher Training

| Topic | Duration |
|---|---|
| Review of SMART: What is it, why do it, what is it good for. | 15 min. |
| • Monitoring and reporting: Who, where, and when<br>• Level of concern<br>• What do the data mean<br>• Reporting the data<br>• Work with the Technical Specialist (SSC). | 30-45 min. |
| • Basic instrument operation (hands-on): How the monitoring instrument works, how to operate it; brief description of mechanism, setup, and calibration;<br>• Reading the data, trouble-shooting.<br>• Using GPS. | 2 hours |
| Downloading data | 30 min. |
| • Field exercise: Outside the classroom, set up the instrument and measure background readings. Using a smoke source, monitor particulate levels.<br>• Practice recording the data and reporting it.<br>• Back to the base, download data. | 1-2 hours |

## 3.4    ISB Monitoring Job Aid Checklist

This checklist is designed to assist SMART in situ burning monitoring by listing some of the tasks to accomplish before, during, and after the monitoring operations.

| Check √ | Item | Do |
|---|---|---|
| | **Preparations** | |
| | Activate personnel | Notify monitoring personnel and the Technical Specialist (SSC where applicable) |
| | Conduct equipment check | • Check equipment using equipment checkup list.<br>• Verify that the monitoring instruments are operational and fully charged<br>• Include safety equipment |
| | Coordinate logistics | Coordinate logistics (e.g., deployment platform) with ICS Operations |
| | Amend Site Safety Plan | Amend site safety plan to include monitoring operations |
| | **Monitoring Operations** | |
| | Monitoring Group setup | • Coordinate with Operations Section Chief<br>• Coordinate with Technical Specialist |
| | Conduct Briefing | • Monitoring: what, where, who, how<br>• Safety and emergency procedures |
| | Deploy to location | Coordinate with Operations Section Chief |
| | Select site | • Safe<br>• Consistent with monitoring plan<br>• As little interference as possible<br>• Communication with Group Supervisor and UC possible |
| | Set up instrumentation | Unpack monitoring instruments and set up, verify calibration, if applicable |
| | Mark position | • Use GPS to mark position in recorder sheet<br>• Re-enter position if changing location |
| | Collect background data | Start monitoring. If possible, record background data before the burn begins |
| | Collect burn data | • Continue monitoring as long as burn is on<br>• Monitor for background readings for 15-30 minutes after the smoke clears |
| | Record data | Enter:<br>• Instantaneous and TWA readings every 3-5 minutes, or other fixed intervals<br>• Initial position from GPS, new position if moving<br>• Initial wind speed and direction, air temperature, relative humidity, re-enter if conditions change |
| | Conduct quality assurance and control | • Verify that instrument is logging the data<br>• Record data, location, relative humidity, temp, wind, interferences in the recorder data sheet<br>• Note and record interference from other sources of particulates such as industry, vehicles, vessels |

36

SMART ISB Module                          Attachment 4                          v. 8/2006

| | Report by team | Report to Group Supervisor: |
|---|---|---|
| | | • Initial background readings |
| | | • TWA readings (every 15 min.) |
| | | • TWA readings when exceeding 150 $\mu$g/m$^3$, (every 5 min.) |
| | | • Interferences |
| | | • Safety problems |
| | | • QA/QC and monitoring problems |
| | Report by Group Supervisor | Report to the Technical Specialist (SSC): |
| | | • Initial background readings |
| | | • TWA, when exceeding 150 $\mu$g/m$^3$ |
| | | • Data QA/QC and monitoring problems |
| | Report by Technical Specialist (SSC) | Report to the Unified Command: |
| | | • TWA consistently exceeding 150 $\mu$g/m$^3$ |
| | | • Recommend go/no-go |
| | **Post Monitoring** | |
| | Debrief and lessons learned | • What went right, what went wrong |
| | | • Problems and possible solutions |
| | | • Capture comments and suggestions |
| | Preserve data | • Download logged data from monitoring instrument to a computer |
| | | • Collect and review Recorder data logs |
| | | • Generate report |
| | Prepare for next burn | Clean, recharge, restock equipment |

SMART ISB Module                    Attachment 5                    v. 8/2006

## 3.5    ISB Monitoring Equipment List

**(For each team, unless otherwise noted)**

| Check √ | Item | Qty | Remarks |
|---|---|---|---|
|  | Particulate monitoring instrument, accessories and manuals | 1 or more |  |
|  | Computer and cables | 1/group | Should include downloading software |
|  | Printer | 1/group |  |
|  | Recorder data sheets | 10 |  |
|  | Write-in-the-rain notebooks, pens | 3 |  |
|  | Job aid check list | 1 |  |
|  | GPS | 1 |  |
|  | Extra batteries for GPS | 1 set |  |
|  | Radio | 1 |  |
|  | Cell phone | 1 |  |
|  | Binoculars | 1 |  |
|  | Stop watch | 1 |  |
|  | Camera | 1 | digital camera or camcorder optional |
|  | Film | 3 |  |
|  | Thermometer | 1 |  |
|  | Humidity meter | 1 |  |
|  | Anemometer | 1 |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

SMART ISB Module                          Attachment 6                          v. 8/2006

---

### 3.6 Particulate Monitor Performance Requirements

SMART does not require nor endorse a specific brand of particulate monitoring instrument. Rather, SMART specifies performance criteria, and instruments meeting them may be used for ISB monitoring.

**Performance Criteria**

- Rugged and portable: The monitor should be suitable for field work, withstand shock, and be easily transportable in a vehicle, small boat or helicopter. Maximum size of the packaged instrument should not exceed that of a carry-on piece of luggage
- Operating temperature: 15-120 ºF
- Suitability: The instrument should be suitable for the media measured, i.e., smoke particulates
- Operating duration: Eight hours or more
- Readout: The instrument should provide real-time, continuous readings, as well as time-weighted average readings in ug/m3
- Data logging: The instrument should provide data logging for 8 hours or more
- Reliability: The instrument should be based on tried-and-true technology and operate as specified
- Sensitivity: A minimum sensitivity of 1 µg/m^3
- Concentration range: At least 1-40000 µg/m^3
- Data download: The instrument should be compatible with readily available computer technology, and provide software for downloading data

### 3.7    ISB Monitoring Possible Locations

Monitoring locations are dictated by the potential for smoke exposure to human populations. In general, the monitoring teams deploy where the potential for human exposure to smoke is most probable. Precise monitoring locations should be flexible and determined on a case-by-case basis. In the figure below, one team is deployed at the upwind edge of a sensitive location (e.g., a town). A second team deploys at the downwind end of this location. Both teams stay at the sensitive location, moving only to improve sampling capabilities. A third team is more mobile, and deploys at the discretion of the Group Supervisor.

It should be emphasized that, while visual observation is conducted continuously as long as the burn takes place, air sampling using SMART is not required if there is no potential for human exposure to the smoke.



Figure 1. Possible locations of monitors (not to scale).

SMART ISB Module                     Attachment 8                          v. 8/2006

## 3.8    ISB Monitoring Recorder Sheet

Date: _____            General Location: _____

| General information | Weather information |
|---|---|
| Recorder name | Temperature |
| Operator name | Wind direction |
| Vehicle/vessel # | Wind speed |
| Monitoring Instrument # | Relative humidity |
| Burn # | Cloud cover |
| Calibration factors: | |

Comments should include: location of the smoke plume relative to the instrument, interfering
particulate sources, any malfunction of the instrument

| Time | GPS reading | Particulates concentration | Comments & observations |
|---|---|---|---|
| | lat:_____ long: | Inst: _____ TWA: | |
| | lat:_____ long: | Inst: _____ TWA: | |
| | lat:_____ long: | Inst: _____ TWA: | |
| | lat:_____ long: | Inst: _____ TWA: | |
| | lat:_____ long: | Inst: _____ TWA: | |
| | lat:_____ long: | Inst: _____ TWA: | |
| | lat:_____ long: | Inst: _____ TWA: | |
| | lat:_____ long: | Inst: _____ TWA: | |
| | lat:_____ long: | Inst: _____ TWA: | |
| | lat:_____ long: | Inst: _____ TWA: | |
| | lat:_____ long: | Inst: _____ TWA: | |
| | lat:_____ long: | Inst: _____ TWA: | |
| | lat:_____ long: | Inst: _____ TWA: | |
| | lat:_____ long: | Inst: _____ TWA: | |
| | lat:_____ long: | Inst: _____ TWA: | |

SMART ISB Module                    Attachment 9                    v. 8/2006

### 3.9     ISB Monitoring Data Sample: Graph

The graph below represents field monitoring data from a test burn smoke plume near Mobile, Alabama, on September 25, 1997, after the data were downloaded from the instrument. The graph (Figure 1) portrays the differences between the transient instantaneous readings (Conc.) and the time weighted average readings (TWA). Note that while instantaneous readings varied widely, the TWA remained relatively constant throughout the burn. The TWA provides an indication of the concentration trends, which is a more stable and reliable indicator of exposure to particulates.



Figure 1. Graph of instantaneous and TWA particulate concentrations

## SMART RESOURCES

Comments and suggestions on the SMART program and document
Fax: (206) 526-6329; Email: smart.mail@noaa.gov

SMART Web Sites
http://response.restoration.noaa.gov/smart

In-situ Burning Page
http://response.restoration.noaa.gov/ISB

Dispersant Guided Tour
http://response.restoration.noaa.gov/dispersantstour

Dispersant Application Observer Job Aid
http://response.restoration.noaa.gov/dispersants_jobaid

US Coast Guard
http://www.uscg.mil/

USCG National Strike Force
http://www.uscg.mil/hq/nsfweb

NOAA OR&R
http://response.restoration.noaa.gov

EPA ERT
http://www.ert.org

CDC
http://www.cdc.gov/

MMS Oil Spill Response Research Program
http://www.mms.gov/taroilspills/

OHMSETT Facility
http://www.ohmsett.com/