UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: | |
| *ALL CASES IN PLEADING BUNDLE SECTION III.B(3)* | JUDGE BARBIER MAG. JUDGE SHUSHAN |

**O'BRIEN'S RESPONSE MANAGEMENT INC. AND NATIONAL RESPONSE CORPORATION'S MOTION FOR SUMMARY JUDGMENT ON DERIVATIVE IMMUNITY AND PREEMPTION GROUNDS**

O'Brien's Response Management Inc. ("O'Brien's") and National Response Corporation ("NRC") respectfully move for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure seeking dismissal with prejudice of all remaining claims that have been asserted against them in the First Amended Master Complaint in Accordance with PTO No. 11 Section III.B(3) (Rec. Doc. 1812) (hereinafter the "B3 Bundle Master Complaint").[1]

On April 20, 2010, an explosion on board the DEEPWATER HORIZON in the Gulf of Mexico resulted in an oil spill that President Barack Obama described as "the worst environmental disaster America has ever faced." Neither O'Brien's nor NRC, however, caused the initial explosion or the resulting oil spill. Indeed, they had nothing to do with the

---

[1] O'Brien's is incorrectly identified in the B3 Bundle Master Complaint as "O'Brien Response Management, Inc." As set forth in the Joint Memorandum filed by the Clean-Up Responder Defendants, following the Court's ruling on the motions to dismiss filed by certain of the Clean-Up Responder Defendants, only two causes of action in the B3 Bundle Master Complaint remain against O'Brien's and NRC: (i) Negligence (Third Claim for Relief - ¶¶ 240-49) and (ii) Gross Negligence (Fourth Claim for Relief - ¶¶ 250-57).

construction or operations of the DEEPWATER HORIZON, and no one alleges that these two companies played any role in causing the blowout, the fire, the sinking of the rig, or the resulting oil spill.  Nor is it alleged that O'Brien's or NRC were involved with any efforts to cap the well. Rather, O'Brien's and NRC responded to this environmental disaster as part of the statutorily mandated and federally controlled clean-up effort.  Now, these companies are being sued in the B3 Bundle Master Complaint for their role in the complex clean-up effort that the federal government orchestrated in the days, weeks, and months after the spill.

For the reasons set forth in the attached Memorandum in Support, as well as the Joint Memorandum filed by the Clean-Up Responder Defendants, because the federal government authorized, directed, and ultimately controlled the actions of O'Brien's and NRC that are the subject of the B3 Bundle Master Complaint pursuant to the Clean Water Act ("CWA") and the National Contingency Plan, O'Brien's and NRC have derivative federal immunity for such activities.  In short, the CWA provides absolute immunity to the federal government in connection with oil spill response efforts and, to protect the government's discretionary authority over this area of significant federal interest, O'Brien's and NRC must share in such immunity. Consequently, this Court should grant O'Brien's and NRC summary judgment and dismiss all remaining claims in the B3 Bundle Master Complaint against O'Brien's and NRC with prejudice.

Alternatively, O'Brien's and NRC are also entitled to summary judgment because O'Brien's and NRC have derivative discretionary function immunity under the Federal Tort Claims Act and because the claims against O'Brien's and NRC in the B3 Bundle Master Complaint are barred by the doctrine of implied conflict preemption.

Dated: May 18, 2012

        Respectfully submitted,

        /s/ Michael J. Lyle
        Michael J. Lyle (DC #475078, IL #6199227)
        Eric C. Lyttle (DC Bar #482856)
        WEIL, GOTSHAL & MANGES LLP
        1300 Eye Street, NW, Suite 900
        Washington, D.C. 20005
        Telephone: (202) 682-7157
        Facsimile: (202) 857-0940

        Theodore E. Tsekerides (NY #2609642)
        Jeremy T. Grabill (NY #4501755)
        Sylvia E. Simson (NY #4803342)
        WEIL, GOTSHAL & MANGES LLP
        767 Fifth Avenue
        New York, New York  10153
        Telephone: (212) 310-8218
        Facsimile: (212) 310-8007

        Patrick E. O'Keefe (LA Bar #10186)
        Philip S. Brooks, Jr. (LA Bar #21501)
        MONTGOMERY, BARNETT, BROWN, REED,
           HAMMOND & MINTZ, LLP
        3300 Energy Centre
        1100 Poydras Street
        New Orleans, LA 70163-3300
        Telephone: (504) 585-3200
        Facsimile: (504) 585-7688

        *Attorneys for O'Brien's Response Management Inc.*
        *and National Response Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing O'Brien's Response Management Inc. and National Response Corporation's Motion for Summary Judgment on Derivative Immunity and Preemption Grounds has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of May, 2012.

/s/ Michael J. Lyle
Michael J. Lyle