# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO:<br><br>*ALL CASES IN PLEADING BUNDLE SECTION III.B(3)* | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that, pursuant to Pre-Trial Order No. 15 (Rec. Doc. 676), all motions are continued without date in this case unless a motion is specifically excepted from the continuance by the Court. O'Brien's Response Management Inc. and National Response Corporation's Motion for Summary Judgment on Derivative Immunity and Preemption Grounds is being filed in accordance with the Schedule for Limited B3 Discovery (Rec. Doc. 5000) and the Court's subsequent Order re-affirming that schedule (Rec. Doc. 6247) and, thus, has been specifically excepted from the general continuance established by Pre-Trial Order No. 15.

Dated: May 18, 2012

        Respectfully submitted,

        /s/ Michael J. Lyle
        Michael J. Lyle (DC #475078, IL #6199227)
        Eric C. Lyttle (DC Bar #482856)
        WEIL, GOTSHAL & MANGES LLP
        1300 Eye Street, NW, Suite 900
        Washington, D.C. 20005
        Telephone: (202) 682-7157
        Facsimile: (202) 857-0940

        Theodore E. Tsekerides (NY #2609642)
        Jeremy T. Grabill (NY #4501755)
        Sylvia E. Simson (NY #4803342)
        WEIL, GOTSHAL & MANGES LLP
        767 Fifth Avenue
        New York, New York 10153
        Telephone: (212) 310-8218
        Facsimile: (212) 310-8007

        Patrick E. O'Keefe (LA Bar #10186)
        Philip S. Brooks, Jr. (LA Bar #21501)
        MONTGOMERY, BARNETT, BROWN, REED,
           HAMMOND & MINTZ, LLP
        3300 Energy Centre
        1100 Poydras Street
        New Orleans, LA 70163-3300
        Telephone: (504) 585-3200
        Facsimile: (504) 585-7688

        *Attorneys for O'Brien's Response Management Inc.*
        *and National Response Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Submission has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of May, 2012.

/s/ Michael J. Lyle
Michael J. Lyle