## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179<br><br>SECTION: J |
| These Pleadings apply to:<br>*All Cases in Pleading Bundle B3* | * * * | |
| (Also Applies to: No. 10-2771) | * * * * | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## MOTION FOR SUMMARY JUDGMENT

Tiger Rentals, Ltd., The Modern Group, Ltd. and The Modern Group, GP-SUB, Inc. hereby move the court for summary judgment in their favor dismissing all claims asserted against them on the grounds set forth in the accompanying Memorandum in Support of Summary Judgment and the grounds set forth in the Joint Memorandum in Support of Clean-Up Responder Defendants' Motions for Summary Judgment on Derivative Immunity and Preemption Grounds.

Respectfully submitted,

*/s/ John E. Galloway*

**JOHN E. GALLOWAY (#5892)**
**CHERRELL R. SIMMS (#28227)**
**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH**
701 Poydras Street, Suite 4040
New Orleans, Louisiana  70139
Telephone: (504) 525-6802
Facsimile:  (504) 525-2456

*Counsel for Defendants, Tiger Rentals, Ltd., The Modern Group GP-SUB, Inc., and The Modern Group, Ltd.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 18th day of May, 2012, undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ John E. Galloway*

**JOHN E. GALLOWAY**