## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: J |
| | | |
| These Pleadings apply to: | * | |
| *All Cases in Pleading Bundle B3* | * | |
| | * | |
| (Also Applies to: No. 10-2771) | * | **JUDGE BARBIER** |
| | * | |
| | * | **MAGISTRATE** |
| | * | **SHUSHAN** |
| * * * * * * * * * * * * * * * * * * | | |

## MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

MAY IT PLEASE THE COURT:

Tiger Rentals, Ltd., The Modern Group, Ltd. and The Modern Group, GP-SUB, Inc. have been made defendants as so-called "Clean-up Responders".

Tiger Rentals, Ltd. d/b/a Tiger Safety played a small role in the clean up of the BP Oil Spill. Tiger Rentals, Ltd. is a limited partnership and the partners of Tiger Rentals, Ltd. are The Modern Group, Ltd. and The Modern Group, GP-SUB, Inc. Other than being partners in Tiger Rentals, Ltd., The Modern Group, Ltd. and The Modern Group, GP-SUB, Inc. were not involved in the clean up of the BP Oil Spill.

- 1 -

- 2 -

As can be seen from the attached affidavit of Dan LeBlanc, Tiger Rentals, Ltd. d/b/a Tiger Safety provided certain requested equipment and/or services to BP, Marine Spill Response Corp. (MSRC) and The Response Group (TRG) in connection with the clean up of the BP Oil Spill.

The services and the equipment provided by Tiger Rentals, Ltd. d/b/a Tiger Safety to BP, MSRC and TRG are set forth in item 8 of Dan Leblanc's attached affidavit.

BP, MSRC and TRG were cleaning up the spill under the direction and control of the Federal Government. Tiger Rentals, Ltd. d/b/a Tiger Safety simply contracted with BP, MSRC and/or TRG to provide the services and equipment set forth in Dan LeBlanc's affidavit and Tiger Rentals, Ltd. did what it was contracted to do for BP, MSRC and TRG and did not exceed or do something different than what it was contracted to do.

Tiger Rentals, Ltd. d/b/a Tiger Safety did not supervise or direct any activities related to the clean up nor collect or retain any associated documentation other than invoicing support documentation.

Tiger Rentals, Ltd., The Modern Group, Ltd. and The Modern Group, GP-SUB, Inc. hereby adopt in extenso the Joint Memorandum in Support of Clean-Up Responder Defendants' Motions for Summary Judgment on Derivative Immunity and Preemption Grounds.

The United States authorized, directed and controlled the clean up of the BP Oil Spill pursuant to the Clean Water Act and the National Contingency Plan.

The United States directed certain private entities like BP, MSRC and TRG to clean up the spill and these private entities worked as directed by the United States.

As such, the United States is entitled to immunity and the private entities are entitled to derivative immunity as long as they did not exceed the authority granted to them by the United States. The immunity of the United States flows to BP, MSRC and TRG and flows to Tiger Rentals, Ltd. d/b/a Tiger Safety provided Tiger Rentals, Ltd. d/b/a Tiger Safety did not exceed its authority.

Tiger Rentals, Ltd. simply did what it was hired to do. It did not exceed its authority in any way.  Accordingly, Tiger Rentals, Ltd. The Modern Group, Ltd. and The Modern Group, GP-SUB, Inc. are entitled to summary judgment on the basis of derivative immunity, all as more fully set forth in the Joint Memorandum.  Though not necessary to the granting of summary judgment, Tiger Rentals, Ltd. The Modern Group, Ltd. and The Modern Group, GP-SUB, Inc. are likewise entitled to summary judgment under implied conflict preemption, as more fully set forth in the Joint Memorandum.

Finally, despite derivative immunity and implied conflict preemption, Tiger Rentals, Ltd., The Modern Group, Ltd. and The Modern Group, GP-SUB, Inc. are entitled to summary judgment as Tiger Rentals, Ltd. d/b/a Tiger Safety simply supplied some services and equipment as set forth in the affidavit of Dan LeBlanc and Tiger Rentals, Ltd. d/b/a Tiger Safety did so properly and, thus, has no liability to the plaintiffs.

Summary judgment in favor of Tiger Rentals, Ltd., The Modern Group, Ltd. and The Modern Group, GP-SUB, Inc. should be granted as there is no genuine issue as to any material fact and these entities are entitled to summary judgment as a matter of law.

Respectfully submitted,

*/s/ John E. Galloway*

**JOHN E. GALLOWAY (#5892)**
**CHERRELL R. SIMMS (#28227)**
**GALLOWAY, JOHNSON, TOMPKINS,**
**BURR & SMITH**
701 Poydras Street, Suite 4040
New Orleans, Louisiana  70139
Telephone: (504) 525-6802
Facsimile:  (504) 525-2456

*Counsel for Defendants, Tiger Rentals, Ltd., The Modern Group GP-SUB, Inc., and The Modern Group, Ltd.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 18th day of May, 2012, undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ John E. Galloway*

**JOHN E. GALLOWAY**