UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: J |
| | | |
| These Pleadings apply to: | * | |
| *All Cases in Pleading Bundle B3* | * | |
| | * | |
| (Also Applies to: No. 10-2771) | * | JUDGE BARBIER |
| | * | |
| | * | MAGISTRATE |
| | * | SHUSHAN |

* * * * * * * * * * * * * * * * * *

### STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE TO BE TRIED

Tiger Rentals, Ltd., The Modern Group, Ltd. and The Modern Group, GP-SUB, Inc. submit the following statement of material facts as to which there is no genuine issue to be tried:

1. Tiger Rentals, Ltd. does business as Tiger Safety

2. Tiger Rentals, Ltd. is a limited partnership and its partners are The Modern Group, Ltd. and The Modern Group, GP-SUB, Inc.

3. Other than being partners in Tiger Rentals, ltd., The Modern Group, Ltd. and The Modern Group, GP-SUB, Inc. were not involved in the BP Oil Spill clean up.

4. Tiger Rentals, Ltd. d/b/a Tiger Safety provided certain requested equipment and/or services to BP, Marine Spill Response Corp. (MSRC) and The Response Group (TRG) in connection with the clean up of the BP Oil Spill.

5. Tiger Rentals, Ltd. d/b/a Tiger Safety served, basically, as a services intermediary for BP, MSRC and TRG.

6. Tiger Rentals, Ltd. d/b/a Tiger Safety identified and procured for service, rental or sale certain items or support personnel requested by BP, MSRC and/or TRG.

7. BP, MSRC and/or TRG were working as directed by the United States.

8. The United States authorized, directed and controlled the clean up pursuant to the Clean Water Act and the National Contingency Plan.

9. Tiger Rentals, Ltd. d/b/a Tiger Safety did not supervise or direct any activities related to the clean up nor collect or retain any associated documentation other than invoicing support documentation.

10. Tiger Rentals, Ltd. d/b/a Tiger Safety did what it was contracted to do for BP, MSRC and TRG and did not exceed or do something different than what it was contracted to do.

11. The items listed below are the services and/or equipment provided by Tiger Rentals, Ltd. d/b/a Tiger Safety in connection with the BP Oil Spill:

   a. Twenty-eight OSHA Type-One Safety Officers (BP)

    b.  16 IH/Safety Technicians & 7 Paramedics (MSRC)

    c.  25 Personnel for Staging Area Support (TRG)

    d.  Three (3) Trinity Marine Liftboats (BP)

    e.  Three (3) Shallow Draft Liftboats (BP)

    f.  Two Tugs w/Spud Barges (BP)

    g.  One Crewboat for Field support of Liftboats (BP)

    h.  Multiple Rental Building, Generators, Tanks, Trailers, Freezer Units, etc. (BP)

12.  Tiger Rentals, Ltd. d/b/a Tiger Safety performed what it was contracted to do properly.

Respectfully submitted,

*/s/ John E. Galloway*

**JOHN E. GALLOWAY (#5892)**
**CHERRELL R. SIMMS (#28227)**
**GALLOWAY, JOHNSON, TOMPKINS,**
    **BURR & SMITH**
701 Poydras Street, Suite 4040
New Orleans, Louisiana  70139
Telephone: (504) 525-6802
Facsimile:  (504) 525-2456

*Counsel for Defendants, Tiger Rentals, Ltd., The Modern Group GP-SUB, Inc., and The Modern Group, Ltd.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 18th day of May, 2012, undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ John E. Galloway*
_____
**JOHN E. GALLOWAY**