## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179<br>SECTION: J |
| These Pleadings apply to:<br>*All Cases in Pleading Bundle B3* | * * * | |
| (Also Applies to: No. 10-2771) | * * | JUDGE BARBIER |
| | * * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * *

## AFFIDAVIT

**STATE OF LOUISIANA**

**PARISH OF** Lafayette

BEFORE ME, the undersigned authority, personally came and appeared:

### DAN LEBLANC

who deposed and said:

1. Tiger Rentals, Ltd. does business as Tiger Safety. Tiger Rentals, Ltd. is a limited partnership and its partners are The Modern Group, Ltd. and The Modern Group GP-Sub, Inc. Other than being partners in Tiger Rentals, Ltd., The Modern Group, Ltd. and The Modern Group GP-Sub, Inc. were not involved in the BP Oil Spill clean up.

2. He is SEHS/Contracts Administrator for Tiger Rentals, Ltd. d/b/a Tiger Safety.

3. Tiger Rentals, Ltd. d/b/a Tiger Safety provided certain requested equipment and/or services to BP, Marine Spill Response Corporation (MSRC) and The Response Group (TRG) in connection with the clean up of the BP Oil Spill.

4. Tiger Rentals, Ltd. d/b/a Tiger Safety served, basically, as a services intermediary for BP, MSRC and TRG.

5. Tiger Rentals, Ltd. d/b/a Tiger Safety identified and procured for service, rental or sale certain items or support personnel requested by BP, MSRC and/or TRG.

6. Tiger Rentals, Ltd. d/b/a Tiger Safety did not supervise or direct any activities related to the clean up nor collect or retain any associated documentation other than invoicing support documentation.

7. Tiger Rentals, Ltd. d/b/a Tiger Safety did what it was contracted to do for BP, MSRC and TRG and did not exceed or do something different than what it was contracted to do.

8. The items listed below are the services and/or equipment provided through Tiger Rentals, Ltd. d/b/a Tiger Safety in connection with the BP Oil Spill:
   A. Twenty-eight OSHA Type-One Safety Officers (BP)
   B. 16 IH/Safety Technicians & 7 Paramedics (MSRC)
   C. 25 Personnel for Staging Area Support (TRG)
   D. Three (3) Trinity Marine Liftboats (BP)
   E. Three (3) Shallow Draft Liftboats (BP)
   F. Two Tugs w/Spud Barges (BP)
   G. One Crewboat for Field support of Liftboats (BP)
   H. Multiple Rental Buildings, Generators, Tanks, Trailers, Freezer Units, etc. (BP)

9. He is familiar of his own personal knowledge with the activities of Tiger Rentals, Ltd. d/b/a Tiger Safety and the above is true and correct of his own personal knowledge.

*[signature]*
**DAN LEBLANC**

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 14th DAY OF
May, 2012.

*[signature]*
NOTARY PUBLIC

MONIQUE SALTZMAN
Notary Public ID No. 12794
Vermilion Parish
State of Louisiana
My Commission is For Life

2