IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J |
| Applies to: *All Cases in Pleading Bundle Section III.B(3).* | * * * | JUDGE BARBIER MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * * * * * * | * | |

### NALCO COMPANY, NALCO HOLDINGS LLC, NALCO FINANCE HOLDINGS LLC AND NALCO HOLDING COMPANY'S MOTION FOR SUMMARY JUDGMENT AGAINST ALL CLAIMS IN FIRST AMENDED MASTER COMPLAINT "B3 BUNDLE"

Pursuant to Federal Rule of Civil Procedure 56, Defendants Nalco Company, Nalco Holdings LLC, Nalco Finance Holdings LLC and Nalco Holding Company (collectively, "Nalco"), by their attorneys, hereby respectfully submit their Motion for Summary Judgment Against All Claims In First Amended Master Complaint "B3 Bundle" (the "B3 Master Complaint").[1] The basis for this motion is set forth fully in Nalco's Memorandum in Support, Statement of Undisputed Material Facts, and Exhibits, which are fully incorporated herein.

WHEREFORE, for the reasons more fully set forth in the attached Memorandum in Support, Nalco respectfully requests the Court to enter an Order granting Nalco's motion for summary judgment against all claims against it in the B3 Master Complaint.

---

[1] The original B3 Master Complaint asserted claims against Nalco Holdings LLC, Nalco Finance Holdings LLC and Nalco Holding Company ("the Nalco Entities"). (Master Compl. In Accordance With PTO No. 11 [Case Management Order No. 1] Section III.B(3) ["B3 Bundle"] (Rec. Doc. 1812).) On March 29, 2011, Plaintiffs filed their First Amended B3 Master Complaint, which does not name the Nalco Entities as defendants. (*See* B3 Master Compl. at *passim* (Rec. Doc. 1805-1).) Because Plaintiffs no longer seek to recover from these Defendants, the claims against these Defendants should be dismissed. *See Black v. N. Panola Sch. Dist.*, 461 F.3d 584, 588 n.1 (5th Cir. 2006); *Romero v. Becken*, 256 F.3d 349, 354 n.2 (5th Cir. 2001); *David v. Assumption Parish Police Jury*, No. 02-765, 2003 WL 57039, at *8 (E.D. La. Jan. 6, 2003).

Dated:  May 18, 2012	Respectfully submitted,

By: /s/ Thomas J. Heiden
Thomas J. Heiden (IL # 6281563)
(thomas.heiden@lw.com)
Mary Rose Alexander (IL # 6205313)
(mary.rose.alexander@lw.com)
LATHAM & WATKINS LLP
233 South Wacker Dr.
Suite 5800
Chicago, IL 60606-6401
Phone: (312) 876-7700
Facsimile: (312) 993-9767

*Attorneys for Nalco Company, Nalco Holdings LLC, Nalco Finance Holdings LLC and Nalco Holding Company*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing NALCO COMPANY, NALCO HOLDINGS LLC, NALCO FINANCE HOLDINGS LLC AND NALCO HOLDING COMPANY'S MOTION FOR SUMMARY JUDGMENT AGAINST ALL CLAIMS IN FIRST AMENDED MASTER COMPLAINT "B3 BUNDLE" has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of May, 2012.

      /s/ Thomas J. Heiden
      Thomas J. Heiden (IL # 6281563)
      (thomas.heiden@lw.com)
      Mary Rose Alexander (IL # 6205313)
      (mary.rose.alexander@lw.com)
      LATHAM & WATKINS LLP
      233 South Wacker Dr.
      Suite 5800
      Chicago, IL 60606-6401
      Phone: (312) 876-7700
      Facsimile: (312) 993-9767

      *Attorneys for Nalco Company, Nalco Holdings LLC, Nalco Finance Holdings LLC and Nalco Holding Company*