## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: **Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the** | * | |
| **Gulf of Mexico, on April 20, 2010** | * | **SECTION:  J** |
| | * | |
| **Applies to:** *All Cases in Pleading* | * | **JUDGE BARBIER** |
| *Bundle Section III.B(3).* | * | |
| | * | **MAGISTRATE SHUSHAN** |
| * * * * * * * * * * * * * * * * * * | * | |

**NALCO COMPANY, NALCO HOLDINGS LLC,
NALCO FINANCE HOLDINGS LLC AND NALCO HOLDING
COMPANY'S STATEMENT OF UNDISPUTED MATERIAL
FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

## Exhibit Index

| Exhibit | Description |
|---|---|
| A | USEPA, National Contingency Plan Product Schedule (May 3, 2010) |
| B | Joint Stipulations of Fact Between the Clean-Up Responder Defendants and the United States of America (Jan. 31, 2012) |
| C | Stipulations of the United States of America (Nov. 18, 2011) |
| D | Letter from Marjorie A. Walsh, Exxon Chemical Company, to John Cunningham, USEPA (Mar. 10, 1994) |
| E | Annex X Technical Product Bulletin No. 8, Oil & Special Materials Control Division (Sept. 29, 1978) |
| F | Letter from Elizabeth Walpac, Nalco Canada, to Leigh DeHaven, USEPA (May 6, 2006) |
| G | RRT VI FOSC Dispersant Pre-Approval Guidelines and Checklist (Jan. 24, 2001) |
| H | Use of Dispersants in Region IV (1996) |
| I | United States' Second Response to BP's Second Set of Discovery Requests to the United States of America (Aug. 29, 2011) (excerpts) |

| J | Deposition Transcript of D. Suttles (excerpts) |
|---|---|
| K | Deposition Transcript of Richard Morrison (excerpts) |
| L | Deposition Transcript of David Rainey (excerpts) |
| M | Deposition Transcript of Andrew Inglis (excerpts) |
| N | Dispersant Pre-Approval Initial Call Checklist and FOSC Dispersant Use Checklist |
| O | NIC Deepwater Horizon Response Situation Report (May 14, 2010) |
| P | Interim Report of the Aerial Dispersant Group (Aug. 12, 2010) |
| Q-1 | Incident Action Plan for Period 10 (4/30/2010 – 5/1/2010) (excerpts) |
| Q-2 | Incident Action Plan for Period 11 (5/1/2010 – 5/2/2010) (excerpts) |
| Q-3 | Incident Action Plan for Period 13 (5/3/2010 – 5/4/2010) (excerpts) |
| Q-4 | Incident Action Plan for Period 14 (5/4/2010 – 5/5/2010) (excerpts) |
| Q-5 | Incident Action Plan for Period 34 (5/24/2010 – 5/25/2010) (excerpts) |
| R | USEPA, Dispersant Monitoring and Assessment Directive – Addendum 3 (May 26, 2010) |
| S | FOSC Approval Letters (May – July, 2010) |
| T | Letter from Houma Unified Command to Rear Admiral James Watson, FOSC (June 10, 2010) |
| U | Letter from Houma Unified Command to Rear Admiral James Watson, FOSC (June 11, 2010) |
| V | Letter from T.W. Allen, Admiral, USCG National Incident Commander, to Hon. Chairman Edward J. Markey (Aug. 20, 2010) |
| W | Email from James Watson, FOSC, to Richard Brannon and Thad Allen (June 14, 2010) |
| X | Letter from Mary E. Landry, Rear Admiral, U.S. Coast Guard, Commander, Eighth Coast Guard District, to Providers of Surfactant Supplies to the Nalco Company (May 9, 2010) |
| Y | Letter from Paul F. Zukunft, Rear Admiral, USCG, FOSC, to The Nalco Company and Providers of Surfactant Supplies to the Nalco Company (July 12, 2010) |
| Z | Email from Jim Klick to Magistrate Judge Shushan (Oct. 21, 2011) |

# Exhibit A

# ENVIRONMENTAL PROTECTION AGENCY

# NATIONAL CONTINGENCY PLAN

# PRODUCT SCHEDULE

## MAY 2010
## (5/03/2010)



Prepared by:

U.S. Environmental Protection Agency
Office of Emergency Management (OEM)
Regulation and Policy Development Division
Ariel Rios Building
1200 Pennsylvania Avenue, NW (Room 6450EE, Mail Code 5104A)
Washington, DC  20460

For Information Contact:

Leigh DeHaven or William Nichols via the
NCP Information Line, at (202) 260-2342

*Disclaimer: [Product Name] is on the U.S. Environmental Protection Agency's NCP Product Schedule. This listing does NOT mean that EPA approves, recommends, licenses, certifies, or authorizes the use of [Product Name] on an oil discharge. The listing means only that data have been submitted to EPA as required by subpart J of the National Contingency Plan, Section 300.915. (Source: 40 CFR §300.920 (e)).*

EPA017-038264

Abbreviations of Product Types:

| | |
|---|---|
| D | Dispersant |
| SW | Surface Washing Agent |
| S | Surface Collecting Agent |
| B | Bioremediation Agent |
| MC | Microbiological Culture |
| EA | Enzyme Additive |
| NA | Nutrient Additive |
| M | Miscellaneous Oil Spill Control Agent |

## PRODUCTS THAT HAVE BEEN REMOVED FROM THE NCP PRODUCT SCHEDULE:

### DISPERSANTS
ANTECO OIL SPILL DISPERSANT
BIOGENESIS BG-CLEAN 401
COLD CLEAN 500
COREXIT 8667
COREXIT 9550
COREXIT 9554
DISPERSANT 11
EC.O ATLAN'TOL AT7
ECO/+
ENERGY III
ENERSPERSE 700
ENERSPERSE 1100
FINASOL OSR-7
FORMULA 98
GOLD CREW DISPERSANT
HAZCLEAN-ER
INIPOL IP 90
INPROVE COLLOIDAL
M.C. #1 DISPERSANT
MAGNOTOX
MICRO-BLAZE OUT
NAXCHEM DISPERSANT K
NK-3
NURTURE BIO-EMULSIFIER
OFC D-609
OIL SPILL ELIMINATOR
OSD/LT OIL SPILL DISPERSANT
PETROMEND MP-900-W
PETROTECH PTI-25
PETROTECH II
PROFORM-POLLUTION
SDS-300
SEA MASTER NS-555
SEACARE ECOSPERSE
SEACARE OSD
SLICKGONE NS
SLIK-A-WAY
TOXIGON-2000
VALUE 100
VECLEAN OIL DISPERSANT
WELLAID 3316
WITCOMUL 4016
WITCOMUL 4078

WITCOMUL 3234
WITCOMUL 3235
YCC BLUECLEAN

### SURFACE WASHING AGENTS
CRUDEX (SW-5)
DE-SOLV-IT (SW-11)
EDF EMULSA FIRE (SW-6)
FM-186-2SW (SW-29), Voluntary Removal
GRANCONTROL-O (SW-14)
JANSOLV-60 (SW-3)
OMNI-CLEAN OSD (SW-13)
PETRO TITE M.M.E. (SW-7)
RUFFNEK (SW-4)
SX-100 (SW-27), Voluntary Removal

### SURFACE COLLECTING AGENT
COREXIT OC-5 (S-1)
OIL COMPRESS/BINDER (S-2)
OIL HERDER (S-3)
OIL SPILL REMOVER (S-4)

### BIOREMEDIATION AGENT
ABR BI-CHEM PETROLEUM BLEND (B-20)
ADVANCED BIO CULTURES L-103 (B-25)
ADVANCED BIO CULTURES L-104 (B-26)
AE-BIOSEA PROCESS (B-15)
BACTOZYME (B-9)
BIOGEE HC (B-35)
BIO-ZYME 1000-HC (B-11)
BIOMAX (B-49)
BR (B-37)
DBC PLUS TYPE R-5 (B-8)
DBC PLUS TYPE L (B-7)
EEC BIOLOGICAL MEDIA (B-14)
EN-2000 CONCENTRATE (B-27)
ENZYT (LIQUID/CRYSTAL) (B-52)
HYDROBAC (B-1)
KBC 100 (B-46)
LRC-1 (B-50)

LRC-4 (B-51)
MAX BAC CUSTOMBLEN (B-13)
MEDINA MICROBIAL ACTIVATOR (B-44)
MICROPRO D (B-22)
MICROPRO NOW BAC (B-21)
MICROPRO SUPER CEE (B-23)
MICROPRO G (B-24)
MUNOX 212 (B-17)
MUNOX 512 (B-18)
MUNOX 112 (B-16)
NO-SCUM (B-2)
NUTRI-BIO 1000 (B-30)
PES-31 (B-39)
PETROBAC (B-3)
PETRODEG-100 (B-5)
PETRODEG-200 (B-6)
PETROVORE (B-47)
PHENOBAC (B-4)
PRP (B-29)
PUTIDOIL (B-40)
WOODACE BRIQUETTES (B-12)
WST BIOBLEND H-JM (B-31)
WST BIOBLEND M-B4W (B-32)
WST BIOBLEND M-B4C (B-34)
WST BIOBLEND M-5 (B-38)
WST BIOBLEND M-4 (B-33)

### MISCELLANEOUS OIL SPILL CONTROL AGENTS
ENVIRO-BOND 403 (M-11)
LIQUID OIL BOND-200 (M-3)
NOCHAR'S A610/A650 (M-9)
OIL BOND-100 (M-2)
OMNI-ZORB #8000 (M-16)
OMNI-ZORB #4000 (M-15)
OMNI-ZORB #2000 (M-14)
RE-ENTRY KNI (M-5)
RE-ENTRY D SOLVENT (M-8)
SEE-JELL (M-1)
SPILCAT (M-13)
WASTE-SET AGGLOMERATE (M-21)

*Listing maintained per requirements of the revised Subpart J, Federal Register, Volume 59, Number 17, September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
MAY 2010

EPA017-038265

Currently Listed Products by Category:

| | |
|---|---|
| Dispersants | 14 |
| **Surface Washing Agents** | **26** |
| Surface Collecting Agents | 0 |
| Bioremediation Agents | 15 |
| Biological Additives (10) | |
| --Microbiological Cultures (9) | |
| --Enzyme Additives (1) | |
| Nutrient Additives (5) | |
| Miscellaneous Oil Spill Control Agents | <u>10</u> |
| | |
| **Total** | **65** |

| | |
|---|---|
| <u>Note changes to the Schedule:</u> | JD-109 (D-6), JD-2000™ (D-7), and RAPIDGRAB 2000™ (M-24) updated contact information |
| <u>Note new listings to the Schedule:</u> | Re-listing of COREXIT® EC7664A (SW-1) |
| <u>Note new deletions from the Schedule:</u> | None for this update |
| <u>Note no longer manufactured:</u> | INIPOL EAP (B-10) and PRISTINE SEA II (B-54) |
| <u>Note contact information not verified as 12/08/08:</u> | NEOS AB3000 (D-2); MARE CLEAN (D-3); INIPOL EAP (B-10); BET BIOPETRO (B-48); PRISTINE SEA II (B-54); and LAND AND SEA RESTORATION PRODUCT 001 (VELITE) (B-55) |

**All changes and additions to the NCP Product Schedule are indicated in bold.**

**Updated: 5/03/2010**

*Listing maintained per requirements of the
revised Subpart J, Federal Register, Volume 59,
Number 17, September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
MAY 2010

EPA017-038266

| BULLETIN NUMBER | PRODUCT TYPE LISTED | PRODUCT NAME | SUBMITTER | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|---|---|
| | | | DISPERSANTS | |
| D-1 | D | COREXIT® EC9527A (formerly COREXIT 9527) | Nalco Energy Services, L.P. P.O. Box 87 Sugar Land, TX  77487-0087 CUSTOMER SERVICES: PHONE: (800) 333-3714 PRODUCT MANAGEMENT: OFFICE: (281) 263-7336 MOBILE: (281) 202-8126 E-MAIL: kapreston@nalco.com (Ms. Kathryn Preston) | 03/10/78 12/18/95* |
| D-2 | D | NEOS AB3000 (Hydrocarbon Solvent Based) *EPA HAS NOT RECEIVED UPDATED INFORMATION FOR THIS PRODUCT AS OF 12/01/08* | NEOS Company Limited Daisan Kendai Building 1-2, 3-chome Isobedori Chuo-ku, Kobe, Japan  651-0084 PHONE: (81) 78-331-9384 FAX: (81) 78-272-4649 (Mr. T. Ishii, Manager) | 04/22/85 01/26/96* |
| D-3 | D | MARE CLEAN 200 (formerly MARE CLEAN 505) *EPA HAS NOT RECEIVED UPDATED INFORMATION FOR THIS PRODUCT AS OF 12/01/08* | Taiho Industries Co., Ltd. 21-44, 2-chome, Takanawa Minatoku, Tokyo, Japan PHONE: (81) 33-445-8111 FAX: (81) 33-443-6333 (Mr. Y. Abe) | 02/23/88 01/26/96* |
| D-4 | D | COREXIT® EC9500A (formerly COREXIT 9500) | Nalco Energy Services, L.P. P.O. Box 87 Sugar Land, TX  77487-0087 CUSTOMER SERVICES: PHONE: (800) 333-3714 PRODUCT MANAGEMENT: OFFICE: (281) 263-7336 MOBILE: (281) 202-8126 E-MAIL: kapreston@nalco.com (Ms. Kathryn Preston) | 04/13/94 12/18/95* |
| D-5 | D | DISPERSIT SPC 1000™ (aka, SEACARE E.P.A. (ECOSPERSE™ POLLUTION ABATEMENT)) | U.S. Polychemical Corp. 584 Chestnut Ridge Road Chestnut Ridge, NY 10977 PHONE: (845) 356-5530 FAX: (845) 356-6656 E-MAIL: bruceg@uspoly.com (Mr. Bruce Gebhardt) | 04/22/99 |

*Listing maintained per requirements of the
revised Subpart J, Federal Register, Volume 59,
Number 17, September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
MAY 2010

EPA017-038267

| BULLETIN NUMBER | PRODUCT TYPE LISTED | PRODUCT NAME | SUBMITTER | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|---|---|
| | | | DISPERSANTS (continued) | |
| D-6 | D | JD-109 | GlobeMark Resources Ltd.<br>**1205 Pine Heights Drive**<br>**Atlanta, GA 30324**<br>MOBILE: (254) 231-2251<br>E-MAIL: joannie@globemarkresouces.com<br>**WEB SITE:**<br>**http://www.globemarkresources.com**<br>(Ms. Joannie Docter)<br>E-MAIL: mikeclmail@gmail.com<br>(Mr. Mike Peterson) | 09/20/00 |
| D-7 | D | JD-2000™ | GlobeMark Resources Ltd.<br>**1205 Pine Heights Drive**<br>**Atlanta, GA 30324**<br>MOBILE: (254) 231-2251<br>E-MAIL: joannie@globemarkresouces.com<br>**WEB SITE:**<br>**http://www.globemarkresources.com**<br>(Ms. Joannie Docter)<br>E-MAIL: mikeclmail@gmail.com<br>(Mr. Mike Peterson) | 08/06/01 |
| D-8 | D | NOKOMIS 3-F4 | Mar-Len Supply, Inc.<br>23159 Kidder Street<br>Hayward, CA 94545<br>PHONE: (510) 782-3555<br>FAX: (510) 782-2032<br>(Mr. Frank Winter) | 03/04/02 |
| D-9 | D | BIODISPERS (formerly PETROBIODISPERS) | Petrobiotech LLC<br>P.O. Box 813<br>Newport, NH 03773<br>PHONE: (203) 966-4573<br>FAX: (561) 966-0920<br>(Mr. Frances Sullivan) | 06/28/02 |
| D-10 | D | SEA BRAT #4 | Alabaster Corp.<br>6921 Olson Lane<br>Pasadena, TX 77505<br>PHONE: (281) 487-5482<br>(800) 609-2728<br>FAX: (281) 487-9014<br>E-MAIL: alabastercorp@aol.com<br>(Mr. Charles A. Sheffield) | 11/26/02 |

*Listing maintained per requirements of the<br>revised Subpart J, Federal Register, Volume 59,<br>Number 17, September 15, 1994

U.S. Environmental Protection Agency<br>NCP Product Schedule<br>MAY 2010

EPA017-038268

| BULLETIN NUMBER | PRODUCT TYPE LISTED | PRODUCT NAME | SUBMITTER | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|---|---|
| | | | DISPERSANTS (continued) | |
| D-11 | D | FINASOL® OSR 52 (aka, SEACARE ECOSPERSE 52) | TOTAL FLUIDES 51, Esplande de Général de Gaulle 92907 Paris La Défense France PHONE: +33-141-356-101 U.S.: (713) 483-5712 24-HOUR EMERGENCY NUMBER: +33-1-41-35-65-00 E-MAIL: abdallah.bouhlassi@total.com WEB SITE: www.totalspecialfluids.com (Mr. Abdallah Bouhlassi) | 01/30/03 |
| D-12 | D | SAF-RON GOLD (aka, SF-GOLD DISPERSANT) | Sustainable Environmental Technologies, Inc. P.O. Box 30516 Mesa, AZ 85275 CUSTOMER SERVICES: PHONE: (877) 853-2947 / (800) 347-8950 FAX: (877) 853-2947 / (480) 461-8798 24-HOUR EMERGENCY NUMBER: PHONE: (877) 853-2947 E-MAIL: info@sustainable-corp.com bruce@sustainable-corp.com WEB SITE: www.sustainable-copr.com www.saf-ron.com (Mr. Bruce Richards) | 01/03/05 |
| D-13 | D | ZI-400 (aka, ZI-400 OIL SPILL DISPERSANT) | Z.I. Chemicals 8605 Santa Monica Boulevard, #38201 Los Angeles, CA 90069 PHONE: (818) 827-1301 E-MAIL: sales@zichemicals.com WEB SITE: www.zichemicals.com (Mr. Barnaby Zelman) | 06/16/05 |
| D-14 | D | NOKOMIS 3-AA | Mar-Len Supply, Inc. 23159 Kidder Street Hayward, CA 94545 PHONE: (510) 782-3555 FAX: (510) 782-2032 (Mr. Frank Winter) | 07/31/08 |

*Listing maintained per requirements of the revised Subpart J, Federal Register, Volume 59, Number 17, September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
MAY 2010

EPA017-038269

| BULLETIN NUMBER | PRODUCT TYPE LISTED | PRODUCT NAME | SUBMITTER | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|---|---|
| | | SURFACE WASHING AGENTS | | |
| SW-1 (formerly D-4) | SW | COREXIT® EC7664A (formerly COREXIT 7664) | Nalco Energy Services, L.P. P.O. Box 87 Sugar Land, TX  77487-0087 CUSTOMER SERVICES: PHONE: (800) 333-3714 PRODUCT MANAGEMENT: OFFICE: (281) 263-7336 MOBILE: (281) 202-8126 E-MAIL: kapreston@nalco.com (Ms. Kathryn Preston) | 11/01/78 **05/02/10***  |
| SW-2 (formerly D-20) | SW | TOPSALL #30 (Oil and Petroleum Cleaning Agent) (aka, SUPERALL #38) | Stutton North Corporation P.O. Box 724 Mandeville, LA  70470 PHONE: (985) 626-3900 FAX: (985) 674-0476 (Mr. David Anton)  Superall Products LLP 22215 Tuwa Road Tomball, TX 77375 PHONE: (281) 351-4800 FAX: (281) 351-4855 (Mr. Sammy Roberts) | 01/07/85 08/21/95* |
| SW-9 (formerly D-37) | SW | CN-110 | Chemex, Incorporated 107-B Balboa Drive Broussard, LA 70518 PHONE: (337) 837-9148 FAX: (337) 837-2648 E-MAIL: chemex@msn.com (Mr. Gale Campbell) | 05/25/89 04/16/96* |
| SW-10 (formerly D-38) | SW | COREXIT® EC9580A (formerly COREXIT 9580 SHORELINE CLEANER) | Nalco Energy Services, L.P. P.O. Box 87 Sugar Land, TX  77487-0087 CUSTOMER SERVICES: PHONE: (800) 333-3714 PRODUCT MANAGEMENT: OFFICE: (281) 263-7336 MOBILE: (281) 202-8126 E-MAIL: kapreston@nalco.com (Ms. Kathryn Preston) | 07/21/89 09/27/95* |
| SW-12 (formerly D-41) | SW | PREMIER 99 | Gold Coast Chemical Products 2790 South Park Road Pembroke Park, FL  33009 PHONE: (954) 893-0044 FAX: (954) 893-8884 E-MAIL: noslime@goldcoastchemical.com (Mr. Eli Finkelberg or Ms. Sue Freid) | 08/11/89 11/02/95* |

*Listing maintained per requirements of the revised Subpart J, Federal Register, Volume 59, Number 17, September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
MAY 2010

EPA017-030270

| BULLETIN NUMBER | PRODUCT TYPE LISTED | PRODUCT NAME | SUBMITTER | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|---|---|
| | | **SURFACE WASHING AGENTS** (continued) | | |
| SW-15 (formerly D-46) | SW | SIMPLE GREEN® (Water Based) | Sunshine Makers, Inc. 15922 Pacific Coast Highway Huntington Harbor, CA  92649 PHONE: (800) 228-0709 (562) 795-6000 FAX: (562) 592-3830 (Ms. Carol Chapin) | 04/23/90 08/30/95* |
| SW-16 (formerly D-52) | SW | AQUACLEAN | Madison Chemical Company, Inc. 3141 Clifty Drive Madison, IN  47250 PHONE: (812) 273-6000 FAX: (812) 273-6002 E-MAIL: cara.cyrus@madchem.com (Ms. Cara Cyrus) | 07/08/91 06/14/95* |
| SW-17 (formerly D-14) | SW | PETRO-GREEN ADP-7 | Petro-Green, Inc. P.O. Box 814665 Dallas, TX  75381 PHONE: (972) 484-7336 FAX: (972) 484-7336 E-MAIL: petrogreen@hotmail.com (Mr. Arnold Paddock) | 09/30/84 07/25/96* |
| SW-18 | SW | NATURE'S WAY HS (aka, MICRO CLEAN; NATURE'S WAY PC; POWERCLEAN) | Integra Environmental, Ltd. 5825 Centralcrest Houston, TX  77092 PHONE: (713) 680-1234 FAX: (713) 680-1608 E-MAIL: info@integraenvironmental.com (Ms. Cathy Kaiser) | 10/23/96 |
| SW-19 | SW | CYTOSOL | CytoCulture International, Inc. 249 Tewksbury Avenue Point Richmond, CA  94801-3829 PHONE: (510) 233-0102 MOBILE: (561) 762-5440 FAX: (510) 233-3777 EMERGENCY E-MAIL: vwedel@aol.com E-MAIL: rwedel@cytoculture.com WEB SITE: www.cytoculture.com (Dr. Randall von Wedel) | 01/30/97 |
| SW-20 | SW | BIOSOLVE® HYDROCARBON MITIGATION™ AGENT | The Westford Chemical Corporation® 98 Concord Road Westford, MA  01886 PHONE: (978) 392-0689 / (508) 878-5895 (800) 225-3909 FAX: (978) 692-3487 E-MAIL: president@biosolve.com WEB SITE: www.biosolve.com (Mr. Ron LaRoche or Mr. Stephen LaRoche) | 03/21/97 |

*Listing maintained per requirements of the revised Subpart J, Federal Register, Volume 59, Number 17, September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
MAY 2010

EPA017-038271

| BULLETIN NUMBER | PRODUCT TYPE LISTED | PRODUCT NAME | SUBMITTER | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|---|---|
| | | SURFACE WASHING AGENTS (continued) | | |
| SW-21 | SW | PETROTECH 25 | Petrotech America Corporation P.O. Box 46 Newport, NH 03773 PHONE: (203) 966-4573 FAX: (561) 966-0920 (Mr. Frances Sullivan) | 03/02/98 |
| SW-22 | SW | SPLIT DECISION SC (formerly known as SPLIT DECISION) (aka, CLEAN SPLIT; DUO-SPLIT) | Mantek Division of NCH Corporation P.O. Box 660196 Dallas, TX 75266-0196 PHONE: (972) 438-0202 or (800) 527-9919 ext. 2020 E-MAIL: gzimmerm@nch.com (Mr. George Zimmerman) | 11/12/98 |
| SW-23 | SW | PETRO-CLEAN | Alabaster Corp. 6921 Olson Lane Pasadena, TX 77505 PHONE: (281) 487-5482 / (800) 609-2728 FAX: (281) 487-9014 E-MAIL: alabastercorp@aol.com (Mr. Charles Sheffield) | 03/01/99 |
| SW-24 | SW | DO-ALL #18 | Radcob Solutions, Inc. 4800 North State Road 7 Suite #105 Lauderdale Lakes, FL 33319 PHONE: (954) 249-2178 FAX: (954) 894-6826 (Mr. Adam Goldberg) | 07/14/00 |
| SW-25 | SW | SC-1000™ | GEMTEK® Products 3808 North 28th Avenue Phoenix, AZ 85017 EMERGENCY NUMBER: (602) 265-8586 PHONE: (800) 331-7022 FAX: (602) 265-7241 E-MAIL: techsupport@infogemtek.com (Ms. Kim Kristoff) | 07/09/01 |
| SW-26 | SW | GOLD CREW SW | Gold Crew Products & Services, LLC P.O. Box 12032 Orange, CA 92859 PHONE: (714) 288-8781 FAX: (714) 288-8730 E-MAIL: jfigueira@goldcrew.net (Mr. Jim Figueira) | 08/06/01 |

*Listing maintained per requirements of the revised Subpart J, Federal Register, Volume 59, Number 17, September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
MAY 2010

EPA017-038272

| BULLETIN NUMBER | PRODUCT TYPE LISTED | PRODUCT NAME | SUBMITTER | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|---|---|
| | | | SURFACE WASHING AGENTS (continued) | |
| | | GOLD CREW SW (continued) | ECS 10421 Burnham Drive NW Building 1-B P.O. Box 2029 Gig Harbor, WA 98335 Phone: (877) 253-2665 (Mr. Jim Grubbs) | |
| SW-28 | SW | NALE-IT | SPL Control LLC P.O. Box 627 Elemore City, OK 73433 PHONE: (580) 788-2187 E-MAIL: splcontrol@aol.com (Mr. Tom Lester) | 11/05/01 |
| SW-30 | SW | F-500 | Hazard Control Technologies, Inc. 150 Walter Way Fayetteville, GA 30214 PHONE: (770) 719-5112 FAX: (770) 719-5117 (Mr. Brian Balmes) | 07/24/02 |
| SW-31 | SW | ENVIROCLEAN (formerly Enviro Clean 165) | Enviro Clean Services, LLC P.O. Box 721090 Oklahoma City, OK 73172-1090 PHONE: (405) 373-4545 FAX: (405) 373-4549 EMAIL: info@envirocleanps.com (Mr. Jonathan Behymer) | 10/27/03 |
| SW-32 | SW | BG-CLEAN™ 401 | BioGenesis Enterprises, Inc. 610 W Rawson Avenue Oak Creek, WI 53154 PHONE: (414) 571-6230 FAX: (414) 571-6231 (Dr. Mohsen Amiran) PHONE: (414) 768-7100 FAX: (414) 768-7106 E-MAIL: skelling@aol.com (Scott Kelling) | 07/21/05 |
| SW-33 | SW | E-SAFE© | PLUTUS Environmental Technologies, Inc. P.O. Box 5104 Sevierville, TN 37864-5104 PHONE : (865) 453-0060 FAX: (865) 908-6652 E-MAIL: CEO@plutusonline.com (Mr. James Hatcher) | 11/27/06 |

*Listing maintained per requirements of the revised Subpart J, Federal Register, Volume 59, Number 17, September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
MAY 2010

EPA017-038273

| BULLETIN NUMBER | PRODUCT TYPE LISTED | PRODUCT NAME | SUBMITTER | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|---|---|
| | | **SURFACE WASHING AGENTS (continued)** | | |
| SW-34 | SW | SHEEN-MAGIC© | PLUTUS Environmental Technologies, Inc.<br>P.O. Box 5104<br>Sevierville, TN 37864-5104<br>PHONE : (865) 453-0060<br>FAX: (865) 908-6652<br>E-MAIL: CEO@plutusonline.com<br>(Mr. James Hatcher) | 11/27/06 |
| SW-35 | SW | PROCLEANS | Eximco International, Inc.<br>5250 Gulfton, #2-B<br>Houston, TX 77081<br>PHONE : (713) 432-7899<br>E-MAIL: procleans@procleans.com<br>(Mr. Nat Brown) | 06/16/08 |
| SW-36 | SW | SPILLCLEAN<br>SPILLCLEAN<br>["Concentrate"]<br>(aka, FIREMAN'S<br>BRAND SPILLCLEAN) | Super Sat Ventures, Inc.<br>611 Riverview Drive<br>Thiensville, WI 53092<br>PHONE: (414) 840-9223<br>(Mr. Daniel W. Klein) | 03/30/09 |
| SW-37 | SW | TXCHEM HE-1000™ | Texas EnviroChem, Inc.<br>11659 Jones Road, PMB #348<br>Houston, TX 77070<br>PHONE: (281) 728-3217 | 03/15/10 |
| | | **BIOREMEDIATION AGENTS** | | |
| B-10 | NA | INIPOL EAP 22<br><br>*NO LONGER MANUFACTURED*<br><br>*EPA HAS NOT RECEIVED UPDATED INFORMATION FOR THIS PRODUCT AS OF 12/01/08* | Société CECA, S.A.<br>12 place de l'Iris - Cédex 54<br>92062 Paris-la-Défense<br>France<br>PHONE: 011-33-1-47-96-92-91<br>TELEX: CECAS 611444F<br>FAX: 011-33-1-47-96-92-33<br>E-MAIL: serge.kuchto@ceca.fr<br>(Mr. Serge Kuchto) | 07/09/85<br>01/11/96* |
| B-19 | MC | WMI-2000 | WMI International, Inc.<br>4901 Milwee, Suite 109<br>Houston, TX 77092<br>PHONE: (713) 956-4001<br>EVENING: (713) 526-5829<br>FAX: (713) 956-7305<br>E-MAIL: wmi.meor@yahoo.com<br>(Mr. Joseph Jennings) | 06/18/90<br>01/11/96* |

*Listing maintained per requirements of the
revised Subpart J, Federal Register, Volume 59,
Number 17, September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
MAY 2010

EPA017-038274

| BULLETIN NUMBER | PRODUCT TYPE LISTED | PRODUCT NAME | SUBMITTER | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|---|---|
| | | | BIOREMEDIATION AGENTS (continued) | |
| B-36 | MC | OPPENHEIMER FORMULA (aka, THE OPPENHEIMER FORMULA I, NATURAL ENVIRO 8000 BIOREMEDIATION, GENISIS WE-F, MIGHTY MIKE BPT, PETRO-TREAT) | Oppenheimer Biotechnology, Inc. P.O. Box 5919 Austin, TX 78763 PHONE: (512) 474-1016 FAX: (512) 472-2909 E-MAIL: jen.neve@obio.com (Ms. Jen Neve) | 07/17/91 10/06/96* |
| B-41 | MC | MICRO-BLAZE® | Verde Environmental, Inc. P.O. Box 8706 Houston, TX 77249-8706 PHONE: (713) 691-6468 (800) 626-6598 FAX: (713) 691-2331 E-MAIL: bscogin@micro-blaze.com WEB SITE: www.micro-blaze.com (Mr. William L. Scogin) | 12/18/91 01/21/97* |
| B-42 | NA | VB591™, VB997™, BINUTRIX® (formerly MYCOBAC TX-20) | BioNutraTech, Inc. P.O. Box 2342 Branson, MO 65615 PHONE: (417) 858-1150 FAX: (417) 858-1152 E-MAIL: shruza@bionutratech.com WEB SITE: www.bionutratech.com MOBILE: (713) 301-0254 (Ms. Sandra L. Hruza) | 01/03/92 02/05/97* |
| B-43 | MC | STEP ONE (aka, B&S INDUSTRIAL) | B&S Research, Inc. 4345 Highway 21 Embarrass, MN 55732 PHONE: (218) 984-3757 FAX: (218) 984-3212 E-MAIL: soilplus@2z.net (Mr. H.W. Lashmett) | 03/12/92 03/21/97* |
| B-45 | MC | SYSTEM E.T. 20 (formerly MCW.B 20) | Environmental Restoration Services 9211 Lakewood Drive Windsor, CA 95492 E-MAIL: ERS.BTI@gmail.com PHONE: (619) 253-0664 (Mr. John Chase) PHONE: (760) 746-5145 FAX: (760) 746-2034 (Mr. Jack Roberts) | 01/28/93 11/14/95* |

*Listing maintained per requirements of the revised Subpart J, Federal Register, Volume 59, Number 17, September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
MAY 2010

EPA017-038275

| BULLETIN NUMBER | PRODUCT TYPE LISTED | PRODUCT NAME | SUBMITTER | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|---|---|
| | | BIOREMEDIATION AGENTS (continued) | | |
| B-48 | MC | BET BIOPETRO (formerly BET BIOPETRO HEAVY) *EPA HAS NOT RECEIVED UPDATED INFORMATION FOR THIS PRODUCT AS OF 12/01/08* | BioEnviroTech 14615 FM 2920 Tomball, TX 77375 (Mr. Warren Butler) | 11/10/93 08/31/00* |
| B-53 | EA | OIL SPILL EATER II (OSE II) | OSEI Corporation (Formerly Sky Blue Chems) P.O. Box 515429 Dallas, TX 75251-5429 PHONE: (972) 669-3390 E-MAIL: oseicorp@msn.com WEB SITE: www.osei.us (Mr. Steven Pedigo, Chairmen, CEO, Inventor) | 08/26/96; 08/16/05# 09/22/09* |
| B-54 | MC | PRISTINE SEA II (formerly MICROPRO D) *NO LONGER MANUFACTURED* | Fluid Tech, Inc. 6450 Spring Mountain Road, Suite 9 Las Vegas, NV 89146 PHONE: (702) 871-1884 FAX: (702) 871-3269 (Mr. Stan True) | 06/28/99 |
| B-55 | NA | LAND AND SEA RESTORATION PRODUCT 001 (VELITE) *EPA HAS NOT RECEIVED UPDATED INFORMATION FOR THIS PRODUCT AS OF 12/01/08* | Land and Sea Restoration LLC 4147 Acorn Hill San Antonio, TX 78217 PHONE: (210) 650-5556 FAX: (210) 650-5567 (Mr. Shawn Parker) | 09/10/99 |
| B-56 | NA | S-200 (aka, S-200C, SHEENCLEAN, BILGE CLEAR) | International Environmental Products, LLC Two Villanova Center 795 E. Lancaster Ave., Suite 280 Villanova, PA 19085 PHONE: (610) 520-7665 FAX: (610) 520-7663 E-MAIL: info@iepusa.com (Mr. Jim Lynn) | 07/24/02 |
| B-57 | MC | SPILLREMED (MARINE)® | Sarva Bio Remed, LLC 11 North Willow Drive Trenton, NJ 08608 PHONE: (609) 695-4992 FAX: (419) 710-5831 E-MAIL: sales@sarvabioremed.com WEB SITE: www.sarvabioremed.com (Mr. Satya Ganti) | 01/08/07 |

*Listing maintained per requirements of the revised Subpart J, Federal Register, Volume 59, Number 17, September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
MAY 2010

EPA017-038276

| BULLETIN NUMBER | PRODUCT TYPE LISTED | PRODUCT NAME | SUBMITTER | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|---|---|
| | | | **BIOREMEDIATION AGENTS (continued)** | |
| B-58 | NA | JE1058BS | Japan Energy Corporation Business Development Department, Bio Research Center 3-17-35 Niizo-Minami Toda-shi, Saitama 335-8502 Japan PHONE: (81) 48-433-2191 FAX: (81) 48-444-3223 E-MAIL: saeki@j-energy.co.jp (Hisashi Saeki) | 12/03/2007 |
| B-59 | MC | BioWorld Bioremediation Hydrocarbon Treatment Products (BioWorld BHTP) | BioWorld Products International Headquarters P.O. Box 2920 8244 W. Hillsdale Court Visalia, CA 93279 Phone: (559) 651-2042 Fax: (559) 651-9041 E-mail: mail@bioworldusa.com Web site: www.bioworldusa.com (Diane R. Barnes) | 11/24/2008 |
| | | | **MISCELLANEOUS OIL SPILL CONTROL AGENTS** | |
| M-12 | M | PES-51 | Practical Environmental Solutions (formerly known as Petroleum Environmental Services) P.O. Box 12563 San Antonio, TX 78212 PHONE: (210) 493-7172 FAX: (210) 493-7172 E-MAIL: simsbi@aol.com (Mr. Bill Sims) | 08/31/92 09/13/95* |
| M-17 | M | CIAGENT (formerly CI AGENT, CHEAP INSURANCE, & PETRO-CAPTURE) | CIAGENT Solutions, LLC 11760 Commonwealth Drive Louisville, KY 40299 PHONE: (502) 267-0101 (800) 255-6073 FAX: (502) 267-0181 WEB SITE: www.ciagent.com E-MAIL: dan@ciagent.com (Mr. Dan Parker) | 02/25/94 06/14/95* |
| M-18 | M | ZYME-FLOW (aka, ZYME-TREAT, MARI-ZYME, UNITED 658 PETRO-ZYME) | United Laboratories, Inc. 320 37th Avenue St. Charles, IL 60174 PHONE: (630) 377-0900 (800) 323-2594 FAX: (630) 377-0960 E-MAIL: nsherrel@unitedlabsinc.com (Ms. Nancy Sherrel) | 03/29/94 03/12/97* |

*Listing maintained per requirements of the revised Subpart J, Federal Register, Volume 59, Number 17, September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
MAY 2010

EPA017-038277

| BULLETIN NUMBER | PRODUCT TYPE LISTED | PRODUCT NAME | SUBMITTER | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|---|---|
| | | MISCELLANEOUS OIL SPILL CONTROL AGENTS (continued) | | |
| M-19 | M | WASTE-SET #3200® | Environmental & Fire Technology, LLC<br>3374 West River Drive NW<br>Grand Rapids, MI 49544<br>PHONE: (616) 784-0770<br>FAX: (616) 784-5018<br>E-MAIL: eandft@comcast.net<br>(Mr. Cal Blystra) | 04/22/96 |
| M-20 | M | WASTE-SET #3400® | Environmental & Fire Technology, LLC<br>3374 West River Drive NW<br>Grand Rapids, MI 49544<br>PHONE: (616) 784-0770<br>FAX: (616) 784-5018<br>E-MAIL: eandft@comcast.net<br>(Mr. Cal Blystra) | 04/22/96 |
| M-22 | M | PX700™ | Enviro-Tech<br>1907 Southwest 47th Street<br>Cape Coral, FL 33914<br>PHONE: (239) 997-6300<br>FAX: (239) 549-8550<br>WEB SITE: http://www.px700.com<br>E-MAIL: envirotechusa@gmail.com<br><br>(Mr. Charlie Jones) | 02/27/98;<br>10/05/98* |
| M-23 | M | ALSOCUP | REVCOM Associates<br>1550 Rimpau Avenue #53<br>Corona, CA 92881<br>PHONE: (951) 737-0104<br>FAX: (951) 737-5500<br>E-MAIL: revcom@sbcglobal.net<br>(Mr. Dave Naylor - President) | 11/23/98 |
| M-24 | M | RAPIDGRAB 2000™ | GlobeMark Resources Ltd.<br>**1205 Pine Heights Drive**<br>**Atlanta, GA 30324**<br>MOBILE: (254) 231-2251<br>E-MAIL: joannie@globemarkresouces.com<br>**WEB SITE:**<br>**http://www.globemarkresources.com**<br>(Ms. Joannie Docter)<br>E-MAIL: mikeclmail@gmail.com<br>(Mr. Mike Peterson) | 01/26/01 |
| M-25 | M | AQUA N-CAP™ POLYMER (aka, OIL SOLUTIONS POWDER; SPILL GREEN LS) | RTA Systems, Inc.<br>8120 Mid America Boulevard<br>Suite 200A<br>Oklahoma City, OK 73135<br>PHONE: (405) 397-9108<br>FAX: (405) 610-2620<br>E-MAIL: bjohnson@RTASys.com<br>(Mr. Bill Johnson - President) | 11/09/06 |

*Listing maintained per requirements of the revised Subpart J, Federal Register, Volume 59, Number 17, September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
MAY 2010

EPA017-038278

| BULLETIN NUMBER | PRODUCT TYPE LISTED | PRODUCT NAME | SUBMITTER | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|---|---|
| | | MISCELLANEOUS OIL SPILL CONTROL AGENTS (continued) | | |
| M-26 | M | ELASTOL (aka, SEPARATE; LIQUID ELASTOL) | Action Additives, Inc. 205 Industrial Road P.O. Box 965 Ducktown, TN 37326 PHONE: (423) 496-5000 (800) 496-5110 (Mr. Tim Kaylor) | 06/30/08* |

*Listing maintained per requirements of the
revised Subpart J, Federal Register, Volume 59,
Number 17, September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
MAY 2010

EPA017-038279

### ALPHABETICAL LIST OF PRODUCTS ON THE NCP PRODUCT SCHEDULE

| PRODUCT NAME/BULLETIN NUMBER | PRODUCT TYPE | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|
| ALSOCUP (M-23) | Miscellaneous Oil Spill Control Agent | 11/23/98 |
| AQUACLEAN (SW-16) | Surface Washing Agent | 07/08/91; 06/14/95* |
| AQUA N-CAP™ POLYMER (M-25) | Miscellaneous Oil Spill Control Agent | 11/09/2006 |
| BET BIOPETRO (B-48) | Bioremediation Agent | 11/10/93; 08/31/00* |
| BG-CLEAN™ 401 (B-32) | Surface Washing Agent | 07/21/2006 |
| BILGE CLEAR (see S-200) | Bioremediation Agent | |
| BIODISPERS (D-9, formerly PETROBIODISPERS) | Dispersant | 6/28/02 |
| BIOSOLVE® HYDROCARBON MITIGATION™ AGENT (SW-20) | Surface Washing Agent | 03/21/97 |
| BIOWORLD BHTP (B-59) | Bioremediation Agents | 11/24/08 |
| B&S INDUSTRIAL (see STEP ONE) | Bioremediation Agent | |
| CIAGENT (M-17) | Miscellaneous Oil Spill Control Agent | 02/25/94; 06/14/95* |
| CLEAN SPLIT (see SPLIT DECISION SC) | Surface Washing Agent | |
| CN-110 (SW-9) | Surface Washing Agent | 05/25/89; 04/16/96* |
| **COREXIT® EC7664A (SW-1)** | **Surface Washing Agent** | **11/01/78; 05/02/10*** |
| COREXIT® EC9500A (D-4) | Dispersant | 04/13/94; 12/18/95* |
| COREXIT® EC9527A (D-1) | Dispersant | 03/10/78; 12/18/95* |
| COREXIT® EC9580A (SW-10) | Surface Washing Agent | 07/21/89; 09/27/95* |
| CYTOSOL (SW-19) | Surface Washing Agent | 01/30/97 |
| DISPERSIT SPC 1000™ (D-5) | Dispersant | 04/22/99 |
| DO-ALL #18 (SW-24) | Surface Washing Agent | 07/14/00 |
| DUO-SPLIT (see SPLIT DECISION SC) | Surface Washing Agent | |
| ELASTOL (M-26) | Miscellaneous Oil Spill Control Agent | 06/30/08 |
| ENVIROCLEAN (SW-31) | Surface Washing Agent | 10/27/03 |
| E-SAFE© (SW-33) | Surface Washing Agent | 11/27/06 |
| F-500 (SW-30) | Surface Washing Agent | 07/24/02 |
| FINASOL® OSR 52 (D-11) | Dispersant | 01/30/03 |
| FIREMAN'S BRAND SPILLCLEAN (see SPILLCLEAN) | Surface Washing Agent | |
| GENISIS WE-F (see OPPENHEIMER FORMULA) | Bioremediation Agent | |
| GOLD CREW SW (SW-26) | Surface Washing Agent | 08/06/01 |

*Listing maintained per requirements of the revised Subpart J, Federal Register, Volume 59, Number 17, September 15, 1994

EPA017-038280

## ALPHABETICAL LIST OF PRODUCTS ON THE NCP PRODUCT SCHEDULE

| PRODUCT NAME/BULLETIN NUMBER | PRODUCT TYPE | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|
| INIPOL EAP 22 (B-10), No Longer Manufactured | Bioremediation Agent | 07/09/85; 01/11/96* |
| **JD-109 (D-6)** | **Dispersant** | **09/20/00** |
| **JD-2000™ (D-7)** | **Dispersant** | **08/06/01** |
| JE1058BS (B-58) | Bioremediation Agent | 12/03/2007 |
| LAND AND SEA RESTORATION PRODUCT 001 (VELITE) (B-55) | Bioremediation Agent | 09/10/99 |
| LIQUID ELASTOL (see ELASTOL) | Miscellaneous Oil Spill Control Agent | |
| MARE CLEAN 200 (D-3) | Dispersant | 02/23/88; 01/26/96* |
| MARI-ZYME (see ZYME-FLOW) | Miscellaneous Oil Spill Control Agent | |
| MICRO-BLAZE® (B-41) | Bioremediation Agent | 12/18/91; 01/21/97* |
| MICRO CLEAN (see NATURE'S WAY HS) | Surface Washing Agent | |
| MIGHTY MIKE BPT(see OPPENHEIMER FORMULA) | Bioremediation Agent | |
| NALE-IT (SW-28) | Surface Washing Agent | 11/05/01 |
| NATURAL ENVIRO 8000 BIOREMEDIATION (see OPPENHEIMER FORMULA) | Bioremediation Agent | |
| NATURE'S WAY HS (SW-18) | Surface Washing Agent | 10/23/96 |
| NATURE'S WAY PC (see NATURE'S WAY HS) | Surface Washing Agent | |
| NEOS AB3000 (D-2) | Dispersant | 04/22/85; 01/26/96* |
| NOKOMIS 3-AA (D-14) | Dispersant | 07/31/08 |
| NOKOMIS 3-F4 (D-8) | Dispersant | 03/04/02 |
| OIL SOLUTIONS POWDER (see AQUA N-CAP™ POLYMER) | Miscellaneous Oil Spill Control Agent | |
| OIL SPILL EATER II (OSE II) (B-53) | Bioremediation Agent | 08/26/96; 08/16/05#; 09/22/09* |
| OPPENHEIMER FORMULA (B-36) | Bioremediation Agent | 07/17/91; 10/06/96* |
| PES-51 (M-12) | Miscellaneous Oil Spill Control Agent | 08/31/92; 09/13/95* |
| PETRO-CLEAN (SW-23) | Surface Washing Agent | 03/01/99 |
| PETRO-GREEN ADP-7 (SW-17) | Surface Washing Agent | 09/30/84; 07/25/96* |
| PETROTECH 25 (SW-21) | Surface Washing Agent | 03/02/98 |
| PETRO-TREAT (see OPPENHEIMER FORMULA) | Bioremediation Agent | |
| POWERCLEAN (see NATURE'S WAY HS) | Surface Washing Agent | |

*Listing maintained per requirements of the revised Subpart J, Federal Register, Volume 59, Number 17, September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
MAY 2010

EPA017-038281

## ALPHABETICAL LIST OF PRODUCTS ON THE NCP PRODUCT SCHEDULE

| PRODUCT NAME/BULLETIN NUMBER | PRODUCT TYPE | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|
| PREMIER 99 (SW-12) | Surface Washing Agent | 08/11/89; 11/02/95* |
| PRISTINE SEA II (B-54; formerly MICROPRO D), No Longer Manufactured | Bioremediation Agent | 06/28/99 |
| PROCLEANS (SW-35) | Surface Washing Agents | 06/16/08 |
| PX700™ (M-22) | Miscellaneous Oil Spill Control Agent | 02/27/98 |
| **RAPIDGRAB 2000™ (M-24)** | **Miscellaneous Oil Spill Control Agent** | **01/26/01** |
| S-200 (B-56) | Bioremediation Agent | 07/24/02 |
| S-200C (see S-200) | Bioremediation Agent | |
| SAF-RON GOLD (D-12) | Dispersant | 01/03/05 |
| SC-1000™ (SW-25) | Surface Washing Agent | 07/09/01 |
| SEA BRAT #4 (D-10) | Dispersant | 11/26/02 |
| SEACARE ECOSPERSE 52 (see FINASOL® OSR 52) | Dispersant | |
| SEACARE E.P.A. (see DISPERSIT SPC 1000™) | Dispersant | |
| SEPARATE (see ELASTOL) | Miscellaneous Oil Spill Control Agent | |
| SF-GOLD DISPERSANT (see SAF-RON GOLD) | Dispersant | |
| SHEENCLEAN (see S-200) | Bioremediation Agent | |
| SHEEN-MAGIC© (SW-34) | Surface Washing Agent | 11/27/06 |
| SIMPLE GREEN® (SW-15) | Surface Washing Agent | 04/23/90; 08/30/95* |
| SPILLCLEAN (SW-36) | Surface Washing Agent | 03/30/09 |
| SPILLCLEAN ["CONCENTRATE"] (see SPILLCLEAN) | Surface Washing Agent | |
| SPILLREMED (MARINE)® (B-57) | Bioremediation Agent | 01/08/07 |
| SPILL GREEN LS (see AQUA N-CAP™ POLYMER) | Miscellaneous Oil Spill Control Agent | |
| SPLIT DECISION SC (SW-22; formerly SPLIT DECISION) | Surface Washing Agent | 11/12/98 |
| STEP ONE (B-43) | Bioremediation Agent | 03/12/92; 03/21/97* |
| SUPERALL #38 (see TOPSALL #30) | Surface Washing Agent | |
| SYSTEM E.T. 20 (B-45; formerly MCW.B 20)) | Bioremediation Agent | 01/28/93; 11/14/95* |
| THE OPPENHEIMER FORMULA 1 (see OPPENHEIMER) | Bioremediation Agent | |
| TOPSALL #30 (SW-2) | Surface Washing Agent | 01/07/85; 08/21/95* |

*Listing maintained per requirements of the revised Subpart J, Federal Register, Volume 59, Number 17, September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
MAY 2010

EPA017-038282

### ALPHABETICAL LIST OF PRODUCTS ON THE NCP PRODUCT SCHEDULE

| PRODUCT NAME/BULLETIN NUMBER | PRODUCT TYPE | DATE LISTED; RELISTED*; REMOVED# |
|---|---|---|
| TXCHEM HE-1000™ (SW-37) | Surface Washing Agent | 03/15/10 |
| UNITED 658 PETRO-ZYME (see ZYME-FLOW) | Miscellaneous Oil Spill Control Agent | |
| VB591™, VB997™, BINUTRIX® (B-42; formerly MYCOBAC TX-20)) | Bioremediation Agent | 01/03/92; 02/05/97* |
| WASTE-SET #3200® (M-19) | Miscellaneous Oil Spill Control Agent | 04/22/96 |
| WASTE-SET #3400® (M-20) | Miscellaneous Oil Spill Control Agent | 04/22/96 |
| WMI-2000 (B-19) | Bioremediation Agent | 06/18/90; 01/11/96* |
| ZI-400 (D-13) | Dispersant | 06/16/2005 |
| ZI-400 OIL SPILL DISPERSANT (see ZI-400) | Dispersant | |
| ZYME-FLOW (M-18) | Miscellaneous Oil Spill Control Agent | 03/29/94; 03/12/97* |
| ZYME-TREAT (see ZYME-FLOW) | Miscellaneous Oil Spill Control Agent | |

*Listing maintained per requirements of the
revised Subpart J, Federal Register, Volume 59,
Number 17, September 15, 1994

U.S. Environmental Protection Agency
NCP Product Schedule
MAY 2010

EPA017-038283

# Exhibit B



Jan 31 2012
1:41PM

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE:   OIL SPILL by the OIL RIG      :    MDL NO. 2179
        "DEEPWATER HORIZON" in the   :
        GULF OF MEXICO, on        :
        APRIL 20, 2010          :
                                    :    SECTION: J
THIS DOCUMENT RELATES TO:    :
                                    :
*ALL CASES IN PLEADING BUNDLE*   :
*SECTION III.B(3)*                :    JUDGE BARBIER
                                    :    MAG. JUDGE SHUSHAN

## JOINT STIPULATIONS OF FACT BETWEEN THE CLEAN-UP RESPONDER DEFENDANTS AND THE UNITED STATES OF AMERICA

Marine Spill Response Corporation, Airborne Support, Inc., Airborne Support International, Inc., Lynden Incorporated, Dynamic Aviation Group, Inc., International Air Response, Inc., Lane Aviation, Inc., National Response Corporation, O'Brien's Response Management, Inc., Tiger Rentals, Ltd., The Modern Group GP-SUB, Inc., The Modern Group, Ltd., and DRC Emergency Services, LLC (collectively, the "Clean-Up Responder Defendants") and the United States of America hereby stipulate to the following facts:

1. On April 20, 2010, at 9:51 p.m. CDT, an explosion occurred on the DEEPWATER HORIZON mobile offshore drilling unit located in the Gulf of Mexico approximately 42 miles southeast of Venice, Louisiana.

2. On April 22, 2010, at 10:22 a.m. CDT, the DEEPWATER HORIZON sank in the Gulf of Mexico.

3. Nalco Company manufactures the dispersants Corexit EC9500A and Corexit EC9527A.

4. The dispersants Corexit EC9500A and Corexit EC9527A were listed on the National Contingency Plan ("NCP") Product Schedule as of April 20, 2010, and remain on the NCP Product Schedule to this day.

5. Before Corexit EC9500A and Corexit EC9527A were added to the NCP Product Schedule, the United States required effectiveness testing to be conducted on these dispersants as specified in 40 C.F.R. § 300.915(a)(7).

6. Before Corexit EC9500A and Corexit EC9527A were added to the NCP Product Schedule, the United States required toxicity testing to be conducted on these dispersants as specified in 40 C.F.R. § 300.915(a)(8).

7. Before Corexit EC9500A and Corexit EC9527A were added to the NCP Product Schedule, the United States required the submission of each dispersant's components as specified in 40 C.F.R. § 300.915(a)(10)-(11).

8. For the purposes of these stipulations, "regional dispersant pre-authorization plans for Regions IV and VI" mean the EPA Region IV Regional Response Team ("RRT") Policy for Use of Dispersants in Ocean and Coastal Waters and the EPA RRT-6 FOSC Dispersant Pre-Approval Guidelines and Checklist, respectively.

9. The regional dispersant pre-authorization plans for Regions IV and VI are based, in part, on scientific input from EPA, federal and state resource trustee agencies, and applicable state environmental agencies, and address factors such as the potential sources and types of oil that might be spilled, the existence and location of environmentally sensitive resources that might be impacted by spilled oil, available product and storage locations, available equipment and adequately trained operators, and the available means to monitor product application and effectiveness.

2

10. Products on the NCP Product Schedule as of April 20, 2010, including Corexit EC9500A and Corexit EC9527A, were pre-authorized for use in responding to oil spills under specified circumstances under the regional dispersant pre-authorization plans for Regions IV and VI.

11. Under the Clean Water Act ("CWA"), the Oil Pollution Act ("OPA"), and the NCP, the Federal On-Scene Coordinator ("FOSC") had authority to approve the use of dispersants that were pre-authorized under the regional dispersant pre-authorization plans for Regions IV and VI, including Corexit EC9500A and Corexit EC9527A, when the specified circumstances set forth in those plans were present.

12. For spill situations that are not addressed by the applicable regional dispersant pre-authorization plans, the FOSC may approve the use of dispersants listed on the NCP Product Schedule, including Corexit EC9500A and Corexit EC9527A, under specific circumstances set forth in the NCP at 40 C.F.R. § 300.910.

13. Efforts to control the source of the oil and to clean up the spill were governed by the provisions of OPA, the CWA, and the NCP, which together authorize the FOSC to direct and monitor all Federal, State, and private actions. Efforts to control the response were also governed by Homeland Security Presidential Directive 5 (HSPD-5), which designates the Secretary of Homeland Security as the Principal Federal Official for domestic incident management.

14. The Incident Command System ("ICS") was the organizational structure used by the Department of Homeland Security to execute the oil spill response efforts.

15. The United States Coast Guard established five Incident Command Posts in the following locations: Houston, Texas; Galveston, Texas; Houma, Louisiana; Mobile, Alabama; and Miami, Florida.

16. At all times, the FOSC was an employee of the U.S. Department of Homeland Security.

17. Pursuant to the CWA, OPA, and the NCP, the Commander of the Coast Guard's Marine Safety Unit at Morgan City, Louisiana, was the first FOSC to direct the response to the oil spill that resulted from the April 20, 2010 explosion of the mobile offshore drilling unit DEEPWATER HORIZON (the "Oil Spill Response").

18. On April 23, 2010, United States Coast Guard Rear Admiral Mary Landry was named the FOSC and in that capacity, pursuant to the CWA, OPA and NCP, directed the Oil Spill Response.

19. On April 23, 2010, Admiral Landry established the Unified Area Command ("UAC") for the DEEPWATER HORIZON response at the Shell Training and Conference Center in Robert, Louisiana.

20. On April 29, 2010, pursuant to 40 C.F.R. § 300.323, the Commandant of the United States Coast Guard classified the DEEPWATER HORIZON spill as a "spill of national significance."

21. On May 1, 2010, pursuant to 40 C.F.R. § 300.323(c), the Secretary of Homeland Security named Admiral Thad Allen as "National Incident Commander" for the DEEPWATER HORIZON spill response efforts.

22. During the DEEPWATER HORIZON spill response, consistent with 40 C.F.R. § 300.323(c), the National Incident Commander focused on unifying the government's response, particularly at the inter-departmental level, external communications, and

4

technical issues such as source control, assessing oil flow, and containing oil from the well, and issues emanating from the response that were outside the NCP. The FOSC focused on conducting the response, addressing the concerns of state and local leaders, and oil removal and mitigation measures across affected areas.

23. On June 1, 2010, United States Coast Guard Rear Admiral James Watson assumed the FOSC position from Rear Admiral Landry and in that capacity, pursuant to the CWA, OPA and NCP, directed the Oil Spill Response.

24. On June 16, 2010, the UAC headquarters was moved to New Orleans.

25. On July 12, 2010, United States Coast Guard Rear Admiral Paul Zukunft assumed the FOSC position from Rear Admiral Watson and in that capacity, pursuant to the CWA, OPA and NCP, directed the Oil Spill Response.

26. Beginning on April 21, 2010, and continuing throughout the DEEPWATER HORIZON spill response, "Incident Action Plans" were prepared on a daily basis that contained detailed instructions concerning the response activities that were to occur each day. Each Incident Action Plan was reviewed, signed, and approved by the FOSC and/or the FOSC's representative(s) and then delivered to the Incident Command Posts for execution by, among others, various Clean-Up Responder Defendants. Accordingly, the United States authorized and/or directed all spill response activities set forth in the Incident Action Plans as of the time each Incident Action Plan was issued.

27. At 7:00 a.m. and 5:30 p.m. daily, the UAC convened an area command meeting with Incident Commanders from each of the Incident Command Posts.

28. The Clean-Up Responder Defendants participated in the DEEPWATER HORIZON spill response efforts in accordance with the roles, if any, assigned to them within the Unified

Area Command system and the Incident Command Posts.

29. The FOSC's representatives and other federal officials were present in the various Incident Command Posts to monitor the execution of the detailed instructions contained in the Incident Action Plans.

30. At various times during the Oil Spill Response, the FOSC, with the appropriate concurrence of and/or consultation with other state and federal agency officials pursuant to 40 C.F.R. § 300.910 and the applicable regional dispersant pre-authorization plans, authorized the application of Corexit EC9500A and Corexit EC9527A to the surface of the waters of the Gulf of Mexico.

31. The authorizations described in Stipulation No. 30 included limits on where, when, and in what quantity the dispersants could be applied.

32. In authorizing the application of Corexit EC9500A and Corexit EC9527A to the surface of the Gulf of Mexico, the FOSC acted pursuant to the OPA, the CWA, including 33 U.S.C. § 1321(d)(2), and the NCP, including 40 C.F.R. §§ 300.120, 300.135, and 300.910.

33. With regard to dispersant use, the Clean-Up Responder Defendants performed their spill response activities, if any, pursuant to the authorization, direction, and/or control of the FOSC and/or the FOSC's representative(s) through daily Incident Action Plans and/or as otherwise authorized and/or directed by federal officials acting under the authority of the incident command system/unified command structure.

34. Pursuant to the RRT VI Pre-Approval Guidelines, the FOSC and/or the FOSC's representative(s) completed the "Dispersant Pre-Approval Initial Call Checklist" and

"FOSC Dispersant Use Checklist" on April 21, 2010 and specifically authorized the use of dispersants in response to the DEEPWATER HORIZON spill at that time.

35. At the time the FOSC and/or the FOSC's representative(s) completed the RRT VI Pre-Approval Initial Call and Dispersant Use Checklists, the FOSC and/or the FOSC's representative(s) determined that the use of dispersants in response to the DEEPWATER HORIZON spill would likely provide a net environmental benefit if used under the appropriate circumstances as delineated in the Pre-Approval Guidelines and pursuant to any further direction from the FOSC and/or the FOSC's representative(s).

36. On April 22, 2010, the FOSC authorized and instructed Clean-Up Responder Defendant Airborne Support, Inc. to conduct a trial application of up to 1,880 gallons of dispersants to oil on the surface of the water in the Gulf of Mexico.

37. On April 22, 2010, Clean-Up Responder Defendant Airborne Support, Inc. applied 1,880 gallons of dispersants to oil on the surface of the water in the Gulf of Mexico as authorized and instructed by the FOSC. This was the first instance in which any Clean-Up Responder Defendant applied dispersants to oil on the surface of the water in the Gulf of Mexico during the DEEPWATER HORIZON spill response.

38. Following the issuance of the Dispersant Monitoring and Assessment Directive – Addendum 3, BP and/or various Clean-Up Responder Defendants periodically submitted written requests to the FOSC and/or the FOSC's representative(s) and received written authorization for each aerial application of dispersants to oil slicks on the surface of the water in the Gulf of Mexico.

39. Following the issuance of the Dispersant Monitoring and Assessment Directive – Addendum 3, the FOSC and/or the FOSC's representative(s) approved the specific use of

dispersants in compliance with Addendum 3 for each aerial application of dispersants through July 19, 2010.

40. Following the issuance of Dispersant Monitoring and Assessment Directive – Addendum 3, the FOSC and/or the FOSC's representative(s) authorized the following maximum amounts for the aerial application of dispersants to oil slicks on the surface of the water in the Gulf of Mexico:  15,000 gallons on May 28, 2010; 19,000 gallons on May 29, 2010; 19,000 gallons on May 30, 2010; 19,000 gallons on May 31, 2010; 2,000 gallons on June 3, 2010; 2,200 gallons on June 5, 2010; 2,000 gallons on June 6, 2010; 4,000 gallons on June 7, 2010; 32,000 gallons on June 8, 2010; 21,000 gallons on June 10, 2010; 15,300 gallons on June 11, 2010; 7,000 gallons June 12, 2010; 36,000 gallons on June 13, 2010; 17,800 gallons on June 14, 2010; 23,000 gallons on June 15, 2010; 19,000 gallons on June 16, 2010; 18,700 gallons on June 17, 2010; 19,200 gallons on June 18, 2010; 16,400 gallons on June 19, 2010; 15,500 gallons on June 20, 2010; 22,600 gallons on June 21, 2010; 10,487 gallons on June 22, 2010; 10,000 gallons on June 23, 2010; 22,400 gallons on June 24, 2010; 14,400 gallons on June 25, 2010; 43,600 gallons on June 26, 2010; 10,880 gallons on June 27, 2010; 5,000 gallons on June 28, 2010; 10,000 gallons on June 29, 2010; 10,000 gallons on June 30, 2010; 20,100 gallons on July 1, 2010; 20,000 gallons on July 2, 2010; 10,000 gallons on July 3, 2010; 8,640 gallons on July 4, 2010; 6,720 gallons on July 5, 2010; 10,000 gallons on July 6, 2010; 10,000 gallons on July 7, 2010; 10,000 gallons on July 8, 2010; 10,000 gallons on July 9, 2010; 10,000 gallons on July 10, 2010; 10,000 gallons on July 11, 2010; 10,000 gallons on July 12, 2010; 5,000 gallons on July 13, 2010; 10,000 gallons on July 14, 2010; and 375 gallons on July 19, 2010.

41. Contemporaneous records created by various of the Clean-Up Responder Defendants indicate that the following amounts of dispersants were aerially applied to oil slicks on the surface of the Gulf of Mexico after the issuance of Dispersant Monitoring and Assessment Directive – Addendum 3:  10,259 gallons on May 28, 2010; 15,131 gallons on May 30, 2010; 11,676 gallons on May 31, 2010; 1,900 gallons on June 3, 2010; 125 gallons on June 5, 2010; 3,998 gallons on June 7, 2010; 5,505 gallons on June 8, 2010; 4,506 gallons on June 10, 2010; 14,305 gallons on June 11, 2010; 6,996 gallons on June 12, 2010; 35,212 gallons on June 13, 2010; 10,706 gallons on June 14, 2010; 2,608 gallons on June 15, 2010; 13,380 gallons on June 16, 2010; 12,123 gallons on June 17, 2010; 15,564 gallons on June 18, 2010; 2,604 gallons on June 19, 2010; 15,403 gallons on June 20, 2010; 10,355 gallons on June 21, 2010; 2,008 gallons on June 22, 2010; 5,099 gallons on June 23, 2010; 21,088 gallons on June 24, 2010; 4,633 gallons on June 25, 2010; 23,022 gallons on June 26, 2010; 6,623 gallons on June 27, 2010; 17,852 gallons on July 1, 2010; 12,737 gallons on July 2, 2010; 3,840 gallons on July 4, 2010; 803 gallons on July 5, 2010; 1,000 gallons on July 7, 2010; 999 gallons on July 13, 2010; and 200 gallons on July 19, 2010.

42. During the DEEPWATER HORIZON spill response, no dispersant applications were authorized by the FOSC or the FOSC's representative(s) for areas shoreward of the RRT IV and RRT VI pre-authorization zones, except if such applications were necessary to prevent or substantially reduce a hazard to human life.

43. During the DEEPWATER HORIZON spill response, no Clean-Up Responder Defendant conducted any unauthorized dispersant spray missions in areas shoreward of the RRT IV and RRT VI pre-authorization zones.

44. During the DEEPWATER HORIZON spill response, no dispersant operations were authorized by the FOSC or the FOSC's representative(s) outside of daylight hours.

45. During the DEEPWATER HORIZON spill response, no Clean-Up Responder Defendant conducted any dispersant spray missions outside of daylight hours.

46. During the DEEPWATER HORIZON spill response, the FOSC and/or the FOSC's representative(s) prohibited dispersant spraying within two nautical miles from boats and platforms.

47. During the DEEPWATER HORIZON spill response, all aerial dispersant spray aircraft were accompanied by a spotter aircraft whose mission was, in part, to ensure that no boats or platforms were located in the planned dispersant deployment area.

48. Admiral Thad Allen made the following statement on August 1, 2010 regarding dispersants: "It's a decision by the [FOSC] whether to approve the incident commander's recommendation to use dispersants . . . .  It's a very disciplined doctrinal process on how this works.  In the end it may be executed by BP through a contractor.  But these are all decisions made by the [FOSC] because that's where the responsibility rests."

49. Admiral Thad Allen made the following statement on August 1, 2010 regarding dispersants: "I'm satisfied that we only use them when they're needed."

50. The FOSC concluded in its September 2011 report to the National Response Team that "dispersants were an effective response tool, and prevented millions of gallons of oil from impacting the sensitive shorelines of the GOM states."

Dated:  January 31, 2012


IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
JAMES NICOLL
Senior Counsel
NANCY FLICKINGER
Senior Attorney
STEVEN O'ROURKE
Senior Attorney
DEANNA CHANG
SCOTT CERNICH
ABIGAIL ANDRE
JUDY HARVEY
MATT LEOPOLD
Trial Attorneys
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044-7611


SARAH HIMMELHOCH
Senior Litigation Counsel
/s/ A. Nathaniel Chakeres
A. NATHANIEL CHAKERES
Trial Attorney
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044
Telephone: 202-514-2779/202-616-6537
E-mail: sarah.himmelhoch@usdoj.gov
            aristide.chakeres@usdoj.gov


JIM LETTEN
United States Attorney
SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, Ste. B-210
New Orleans, LA 70130


TONY WEST
Assistant Attorney General
Civil Division
PETER F. FROST
Director, Torts Branch, Civil Division
Admiralty and Aviation
STEPHEN G. FLYNN
Assistant Director
MICHELLE DELEMARRE
SHARON SHUTLER
JESSICA SULLIVAN
JESSICA MCCLELLAN
DAVID PFEFFER
MALINDA LAWRENCE
Trial Attorneys
Torts Branch, Civil Division
P.O. Box 14271
Washington, DC 20044-4271


R. MICHAEL UNDERHILL, T.A.
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., Box 36028
450 Golden Gate Avenue
San Francisco, CA 94102-3463
Telephone: 415-436-6648
Facsimile: 415-436-6632
E-mail: mike.underhill@usdoj.gov


Attorneys for the UNITED STATES OF AMERICA

11

/s/ Michael J. Lyle
Michael J. Lyle (DC #475078, IL #6199227)
Eric C. Lyttle (DC #482856)
Meghan A. McCaffrey (DC #993442, NY #4703708)
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 682-7157
Facsimile: (202) 857-0940

Theodore E. Tsekerides (NY #2609642)
Jeremy T. Grabill (NY #4501755)
Natalie R. Blazer (NY #4728994)
Jesse L. Morris (NY #4848438)
Sylvia E. Simson (NY #4803342)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone: (212) 310-8218
Facsimile: (212) 310-8007

Patrick E. O'Keefe (LA Bar #10186)
Philip S. Brooks, Jr. (LA Bar #21501)
MONTGOMERY, BARNETT, BROWN, REED,
        HAMMOND & MINTZ LLP
3300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3300
Telephone: (504) 585-3200
Facsimile: (504) 585-7688

Attorneys for O'BRIEN'S RESPONSE
MANAGEMENT, INC. and NATIONAL
RESPONSE CORPORATION

/s/ Alan M. Weigel
Alan M. Weigel, Esq.
BLANK ROME LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Telephone: 212-885-5000
Facsimile: 917-332-3836
E-mail: aweigel@blankrome.com

Attorneys for MARINE SPILL
RESPONSE CORPORATION

/s/ Leo R. McAloon, III
Leo R. McAloon, III (No. 19044)
E-mail: lmcaloon@glllaw.com
Michael D. Cangelosi (No. 30427)
E-mail: mcangelosi@glllaw.com
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011

Attorneys for DYNAMIC AVIATION
GROUP, INC.

/s/ Kevin R. Tully
Kevin R. Tully - #1627
H. Carter Marshall - #28136
Gregory S. LaCour - #23823
CHRISTOVICH & KEARNEY, LLP
601 Poydras Street, Suite 2300
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700
E-mail: krtully@christovich.com
E-mail: hcmarshall@christovich.com

Attorneys for INTERNATIONAL
AIR RESPONSE, INC. and
LYNDEN INCORPORATED

12

/s/ Ben L. Mayeaux
Frank X. Neuner, Jr. (#7674)
Ben L. Mayeaux (#19041)
Jed M. Mestayer (#29345)
LABORDE & NEUNER
One Petroleum Center, Suite 200
1001 W. Pinhook Rd.
Lafayette, Louisiana 70503
Telephone: (337) 237-7000

Attorneys for AIRBORNE SUPPORT, INC. and
AIRBORNE SUPPORT INTERNATIONAL, INC.


/s/ John E. Galloway
John E. Galloway (#5892)
Cherrell R. Simms (#28227)
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
701 Poydras Street, Suite 4040
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
Facsimile: (504) 525-2456

Attorneys for TIGER RENTALS, LTD.,
THE MODERN GROUP, LTD., and
THE MODERN GROUP GP-SUB, INC.


/s/ Harold J. Flanagan
Harold J. Flanagan (Bar No. 24091)
Stephen M. Pesce (Bar No. 29380)
Brandon C. Briscoe (Bar No. 29542)
Sean P. Brady (Bar No. 30410)
Andy Dupre (Bar No. 32437)
FLANAGAN PARTNERS LLP
201 St. Charles Avenue, Suite 2405
New Orleans, Louisiana 70170
Telephone: 504-569-0235
Facsimile: 504-592-0251
hflanagan@flanaganpartners.com
spesce@flanaganpartners.com
sbrady@flanaganpartners.com
adupre@flanaganpartners.com

Attorneys for DRC EMERGENCY SERVICES, LLC

/s/ George E. Crow
George E. Crow
LAW OFFICE OF GEORGE E. CROW
P.O. Box 30
Katy, TX 77492
For Overnight Physical Delivery use
1519 Miller Avenue
Katy, TX 77493
Telephone: (281) 391-9275
E-mail: georgecrow@earthlink.net

Attorney for LANE AVIATION, INC.

13

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Joint Stipulations of Fact Between the Clean-Up Responder Defendants and the United States of America has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on this 31st day of January, 2012.

/s/ Michael J. Lyle
Michael J. Lyle

# Exhibit C

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION:  J |
| | * | |
| Applies to:  *All Cases in Pleading* | * | JUDGE BARBIER |
| *Bundle Section III.B(3).* | * | |
| | * | MAGISTRATE SHUSHAN |

*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

## STIPULATIONS OF FACT

The United States of America stipulates to the following facts:

1.  Before COREXIT EC9500A and EC9527A were added to the National Contingency Plan ("NCP") Product Schedule, the United States required effectiveness testing to be conducted on these dispersants as specified in 40 C.F.R. § 300.915(a)(7).

2.  Before COREXIT EC9500A and EC9527A were added to the NCP Product Schedule, the United States required toxicity testing to be conducted on these dispersants as specified in 40 C.F.R. § 300.915(a)(8).

3.  Before COREXIT EC9500A and EC9527A were added to the NCP Product Schedule, the United States required the submission of each dispersant's components as specified in 40 C.F.R. § 300.915(a)(10)-(11).

4.  Products on the NCP Product Schedule as of April 20, 2010, including COREXIT EC9500A and EC9527A, were pre-authorized for use in responding to oil spills under specified circumstances under the regional dispersant pre-authorization plans for Regions IV and VI.

5.  Under the Clean Water Act ("CWA"), the Oil Pollution Act ("OPA"), and the NCP, the Federal On-Scene Coordinator ("FOSC") had authority to approve the use of dispersants that were pre-authorized under the regional dispersant pre-authorization plans for Regions IV and VI, including COREXIT EC9500A and EC9527A, when the specified circumstances set forth in those plans were present.

6.  For spill situations that are not addressed by the applicable regional dispersant pre-authorization plans, the FOSC may approve the use of dispersants listed on the NCP Product Schedule, including COREXIT EC9500A and EC9527A, under specific circumstances set forth in the NCP at 40 C.F.R. § 300.910.

7. Pursuant to the CWA, OPA, and the NCP, the Commander of the Coast Guard's Marine Safety Unit at Morgan City, Louisiana, was the first FOSC to direct the response to the oil spill that resulted from the April 20, 2010 explosion of the mobile offshore drilling unit *Deepwater Horizon* (the "Oil Spill Response").

8. On April 23, 2010, United States Coast Guard Rear Admiral Mary Landry was named the FOSC and in that capacity, pursuant to the CWA, OPA and NCP, directed the Oil Spill response.

9. On June 1, 2010, United States Coast Guard Rear Admiral James Watson assumed the FOSC position from Rear Admiral Landry and in that capacity, pursuant to the CWA, OPA and NCP, directed the Oil Spill Response.

10. On July 12, 2010, United States Coast Guard Rear Admiral Paul Zunkunft assumed the FOSC position from Rear Admiral Watson and in that capacity, pursuant to the CWA, OPA and NCP, directed the Oil Spill Response.

11. At various times during the Oil Spill Response, the FOSC, with the appropriate concurrence of and/or consultation with other state and federal agency officials pursuant to 40 C.F.R. § 300.910 and the applicable regional dispersant pre-authorization plans, authorized the application of COREXIT EC9500A and EC9527A to the surface of the waters of the Gulf of Mexico.

12. At various times during the Oil Spill response, the FOSC, with the appropriate concurrence of and/or consultation with other state and federal agency representatives pursuant to 40 C.F.R. § 300.910, authorized the subsea application of COREXIT EC9500A to the waters of the Gulf of Mexico.

13. The authorizations described in Stipulations 11 and 12 included limits on where, when, and in what quantity the dispersants could be applied.

14. In authorizing the subsea application of COREXIT EC9500A, the FOSC acted pursuant to the OPA, the CWA, including 33 U.S.C. § 1321(d)(2), and the NCP, including 40 C.F.R. §§ 300.120, 300.135, and 300.910.

15. In authorizing the application of COREXIT EC9500A and EC9527A to the surface of the Gulf of Mexico, the FOSC acted pursuant to the OPA, the CWA, including 33 U.S,C. § 1321(d)(2), and the NCP, including 40 C.F.R. §§ 300.120, 300.135, and 300.910.


Dated:  November 18, 2011


IGNACIA S. MORENO                          TONY WEST
Assistant Attorney General                 Assistant Attorney General
Environment & Natural Resources            Civil Division
    Division

2

JAMES NICOLL
Senior Counsel
NANCY FLICKINGER
Senior Attorney
SARAH HIMMELHOCH
Senior Litigation Counsel
DEANNA CHANG
SCOTT CERNICH
ABIGAIL ANDRE
JUDY HARVEY
MATT LEOPOLD
Trial Attorneys
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044-7611

PETER F. FROST
Director, Torts Branch, Civil Division
Admiralty and Aviation
STEPHEN G. FLYNN
Assistant Director
MICHELLE DELEMARRE
SHARON SHUTLER
JESSICA SULLIVAN
JESSICA MCCLELLAN
DAVID PFEFFER
MALINDA LAWRENCE
Trial Attorneys
Torts Branch, Civil Division
P.O. Box 14271
Washington, D.C. 20044-4271

  /s/ A. Nathaniel Chakeres
STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section
A. NATHANIEL CHAKERES
Trial Attorney
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-514-2779/202-616-6537
Facsimile: 202-514-2583
E-mail: steve.o'rourke@usdoj.gov
         aristide.chakeres@usdoj.gov

R. MICHAEL UNDERHILL, T.A.
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., Box 36028
450 Golden Gate Avenue
San Francisco, CA 94102-3463
Telephone: 415-436-6648
Facsimile: 415-436-6632
E-mail: mike.underhill@usdoj.gov

JIM LETTEN
United States Attorney
SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, Ste. B-210
New Orleans, LA 70130

Attorneys for the UNITED STATES OF AMERICA