# Exhibit D

# Confidential

# Documents filed under Seal

# Exhibit E

# Confidential

# Documents filed under Seal

# Exhibit F

# Confidential

# Documents filed under Seal