# Exhibit H

# Confidential

# Documents filed under Seal