# Exhibit N

# Confidential

# Documents filed under Seal