# Exhibit O

UNCLASSIFIED//FOR OFFICIAL USE ONLY

# National Incident Command

## DEEPWATER HORIZON RESPONSE

### 14 May 2010, 0630 EDT



Produced by the National Incident Command
14 MAY 2010
UNCLASSIFIED//FOR OFFICIAL USE ONLY

HCG043-008457

UNCLASSIFIED//FOR OFFICIAL USE ONLY

# TABLE OF CONTENTS
## National Incident Command
## DEEPWATER HORIZON RESPONSE
### 14 May 2010, 0630 EDT

**Tab 1 – Daily Updates**
- A. National Incident Commander's Daily Report (source: NIC)
  - a. RFA Status
  - b. Essential Elements of Information
  - c. Worst Case Discharge Scenarios
- B. Joint Information Center 24-hour Summary (source: NIC)
- C. BP Situation Executive Summary (source: NIC)
- D. DHS Senior Leadership Briefing (source: NOC)
- E. Governmental Affairs Daily Report (source: NIC)
- F. Claims Summary by State (source: NPFC)
- G. Daily Oil Budget Report

**Tab 2 – Today's Meetings**
- A. HSC Deputies Committee Meeting

**Tab 3 – Supporting Material**
- A. Current Forecast Position of Oil Slick (source: NIC)
- B. Boom Situation Status Map (source: BP)
- C. Shore Impact Outlook (source: NOAA)
- D. Oil Spill Extent (source: NGA, NIC)
- E. Approximate Oil Locations (source: NOAA)
- F. Slick Trajectory Forecast (source: NOAA)
- G. Gulf of Mexico Marsh/Wetland Vegetation (source: NGA)
- H. Marine Pollution Surveillance Report (source: NOAA)
- I. The White House Blog: The Ongoing Administration-Wide Response to the Deepwater BP Oil Spill

**Tab 4 – Additional Background**
- A. OGC Fact Sheet: Command Structure Chart and Authorities
- B. NIC Fact Sheet: Federal Response Roles and Responsibilities
- C. NIC Fact Sheet: National Incident Command
- D. NIC Fact Sheet: NIC Organizational Chart
- E. NIC Fact Sheet: Regional Response Teams (RRTs)
- F. OGC Fact Sheet: Gulf Response Phone Numbers (JIC Contact Sheet)
- G. NIC Fact Sheet: OSLTF/Stafford Act Comparison
- H. NIC Fact Sheet: Comparison of Laws/Programs for Disaster Relief
- I. OGC Fact Sheet: The Claims Process
- J. NIC Fact Sheet: NIC Strategic Engagement Outline: Claims
- K. NIC Fact Sheet: Incident Claims Summary
- L. NIC Fact Sheet: Claims for which BP is Responsible under OPA
- M. OGC Fact Sheet: Oil Pollution Act and Oil Spill Liability Trust Fund (Questions and Answers)
- N. NIC Fact Sheet: International Obligations and Assistance
- O. NIC Fact Sheet: Oil Spill Removal Organization 101
- P. Commerce/NOAA Fact Sheets
- Q. DHS Daily Conference Calls (Source: NOC)
- R. Schedule of Congressional Hearings (Source: NOC)

HCG043-008458



# Incident Brief: Deepwater Horizon Oil Spill
## (Updates in RED)



## National Incident Commander Objectives:

1. Establish and manage a coordinated interagency response effort to effectively employ all resources required to mitigate current and long term environmental and economic impacts of the incident.
2. Engage and inform the public, stakeholders, and the media, keeping them apprised of response activities and plans.
3. Engage across all necessary levels of government to develop courses of action for issues that span multiple agencies and departments.

## Area Command/Incident Commander Objectives:

1. Stop the leak
2. Fight the spill offshore
3. Protect sensitive areas
4. Mitigate the effects

0500, 14 May 2010 -- Produced by the National Incident Command - DC

HCG043-008459

**Current Situation:**

Prep work and staging for both top hat and top kill continue. Top hat has been placed on the seabed, expected to be put in place 13/14 May. Pressure gauge successfully installed on BOP. BP reported the difference between the top and bottom pressure readings on the BOP indicates a restriction in the flow. No in situ burns scheduled for 13 May due to weather conditions; no subsea dispersants scheduled. Well head continues to discharge approximately 5,000 bbls per day.

**Oil Stoppage**

Top Hat placed on seabed 12 May. A riser insertion tube tool to be inserted in riser 14 May as primary option. The Top Hat may be used pending effectiveness of the riser insertion tube tool.

Top Kill equipment being staged; commencement of operation scheduled for 18 May.

Pressure gauge installed on BOP. BP reported 2600-2800 psi reading at the top and 3800 psi reading at the bottom of the BOP. The difference between the top and bottom psi readings indicates a restriction in the flow. Estimated flow restricted to 6 inches.

DDII arrived on scene 13 May. Anticipate drilling a second relief well will commence on 16 May.

Drilling and casing operations continue on the DDIII relief well.

In the absence of success, BP is also contemplating forcing debris such as golf balls and rubber tires into the well head to stem the oil flow.

**Environmental Impact**

Port Fourchon, Louisiana: Shoreline Cleanup and Assessment Team (SCAT) reported a 4 kilometer stretch of tar balls and patties with approximately 5% coverage. Within that 4 kilometer area there was a 100 meter by 1.5 meter stretch of shoreline with approximately 50% coverage. Samples were being taken.

Fort Morgan, Alabama: Local Fish & Wildlife confirmed a report of small quantities of tar balls impacting the shoreline. No further information was reported.

Navy Cove, AL (Baldwin County Division 1): "Tens of thousands" of silver fingerling minnows 1 to 1.5 inches long found dead. Info was confirmed by Orange Beach Staging Area and witnessed onboard a vessel towing boom from the staging area. This area is inside the baseline area, where they have been no sighted tar balls or oil effects. Unknown if oil caused the kill whether the fish are being collected for testing.

Egmont Key, FL: Source reported 4 or 5 large tar balls on a sand bar just south of Egmont Key, FL. Tar balls varied in size from "baseball" to "football" size. Further investigation yielded negative results.

HCG043-008460

**Response/ Clean-up**
No confirmation of tar balls in Destin, FL, despite media reports.

13 May, the US Coast Guard reported 4-inch tar balls along beaches in eastern Alabama as prevailing ocean current steers the spilled oil toward the north and east. However, those current will have a seasonal shift to the south that could impact the coastlines Texas and Mexico by August.

Tar balls confirmed along a 2 mile stretch of beach at Bon Secour National Wildlife Refuge, AL.

Orange Beach AL (Baldwin Divisions 1 and 2- Gulf Shores) conducted appx 25 miles of survey work on 12 May. The patties and balls were cleaned up, more assessments and clean ups planned for 13 May.

**Response/ Clean-up**

Two C-17's, Mission #'s LMZN111HG134 and LMZN112HG134, are scheduled to depart Elmendorf to Belle Chase on 14 May at 0615Z (0215 EDT) and 1000Z (0600 EDT) to deliver the last of the AK boom material.

15 Air Sorties (NON CG) completed 13 May. 41,620 gallons of Dispersant (9500) applied covering 8,324 acres (5gal/acre application rate). Sorties completed by US Air Force Reserve, International Air Response, MSRC.

14 Air Sorties scheduled for 14 May. Aircraft spotters should be on site in their zone at 0800 and spray aircraft may pre-stage to the site at 0830. Spray operations to commence approximately 0900.

No skimming operations conducted on 13 May due to weather. Operations pending weather Conditions

3 CG cutters and 3 commercial vessels are outfitted with VOSS/SORS system and are ready to conduct skimming operations. (Reported by NSF SIT Report 12 May).

All shipping channels and ports remain open in the Gulf Coast Region.

No vessels have required cleaning or de-contamination; teams are on standby if the need arises.

**Numerical Summaries of Response**
Boom assigned: 1,210,150ft
Sorbent Boom assigned: 385,820ft
Total Boom assigned: 1,219,783ft
Oily water mixture recovered: 27,697 bbls   Total: 151,391bbls
Surface dispersants applied:  41,620 gal   Total: 517,577 gal
Subsea dispersants applied:0                    Total: 28,709 gal (updated based on 1200 UAC SIT Update Deliverables)
Wildlife Impact: 2                    Total: 22
(updated based on 1200 UAC SIT Update Deliverables)

HCG043-008461

Total vessels assigned: 559
Total Fixed Wing Aircraft assigned: 12
Total Helo Aircraft assigned: 26
Total Response Personnel assigned: 12,742
On-scene weather: Wind – SE winds 15-20 kts; Seas – 4-5 ft choppy
Unified Incident Commands: 3
Staging areas: 15

HCG043-008462

## On-Scene/RFA Approved

| UAC # | 213RR # | Capability | Description | Status | EPA Region | Memo Status | Estimated Cost |
|---|---|---|---|---|---|---|---|
| UAC0001 | | Defense Coordination Officer | Defense Coordinating Officer (DCO); Includes Contingency Command Post (CCP) and 2 Defense Coordinating Elements (DCEs) staffed and augmented as required to Unified Area Command in Robert, LA | Deployed to Unified Command | | Signed | $79,000 |
| UAC0003 | | Public Affairs Personnel | Public Affairs Personnel: 4 Public Affairs Officers (media ops team), 3 combat camera teams (5 PAX each), 1 Defense Visual Information Distribution System (DVIDS). | Deployed to Joint Information Center | 6 | Signed | $100,000 |
| UAC0005 | | Navy Supervisor of Salvage | 66K feet of 42" boom, nineteen (19) Skimmer systems and associated equipment , fifty eight (58) personnel in theater. | 85 of 85 trucks arrived from Port Hueneme, CA and Cheatham Annex, VA. Fifty eight (58) PAX. Equipment being deployed in theater. | 4, 6 | Signed | $3.5M |
| UAC0006 | D0136 | Two C-130 aircraft capable of Mobile Aerial Spray System (MASS) | RFA transmitted by FOSC & received by Joint Staff | 2 Aircraft on scene | 4, 6 | Signed | TBD |
| UAC0007 | | Activation of Louisiana National Guard | National Guard Forces for LA | Nine hundred thirty (930) supporting mission (out of 1100 authorized by FOSC). | 6 | Signed | $7M |

HCG0430008463

# On-Scene/RFA Approved

| UAC # | 213RR # | Capability | Description | Status | EPA Region | Memo Status | Estimated Cost |
|---|---|---|---|---|---|---|---|
| UAC0008 | | Air Component Coord Element | Forward deployed to appropriate location. | En route | 6 | Signed | $5,000 |
| UAC0012 | | Air Force Lift Support | Oil boom from Travis AFB, CA to Mobile Regional Airport (Mobile, AL). | Complete | 4, 6 | Signed | $175,000 |
| UAC0014 | | Joint Public Affairs Support Team | Includes: 4 public affairs officers, three Combat Camera Teams (5 people each). Defense Visual Information Distribution System (DVIDS) and DVIDS operator. | On 24 hr standby at Keesler AFB, awaiting deployment orders | 6 | Signed | $100,000 |
| UAC0015 | | Activation of MS Natl Guard | National Guard Forces for MS | Fifty Three (53) total activated. | | Signed | RFA - $858646.2 FAA Missions- $5,820.96 (C-23 flight) $373,534.20 (2 UH-72 A/C for 30 days) $14,274.88 (2 Legal LNOs for 30 days) |
| UAC0016 | | Activation of AL Natl Guard | National Guard Forces for AL | Three hundred twenty-three (323) currently activated (out of 362 authorized by FOSC). | | Signed | RFA- $3M FAA Missions - $335,667 (UH-60 flight) |
| UAC0017 | | Activation of FL Natl Guard | National Guard Forces for FL | • Six (6) ARNG in T-32 : (3) Unified Command Center, (1) ESF-13 , (1) Incident Command and (1) Area Command | | Signed | $8,250.00 |
| UAC0019 | | DMIGS Support | Support for NIC | Provide geospatial intelligence analysis and support | | In Work | TBD |

HCG043-000464

5/14/2010   6:18 AM

# On-Scene/RFA Approved

| UAC # | 213RR # | Capability | Description | Status | EPA Region | Memo Status | Estimated Cost |
|---|---|---|---|---|---|---|---|
| UAC0020 | | CAP Coverage | Civil Air Patrol (CAP) support to provide aerial reconnaissance and imagery | NORTHCOM FRAGO 041 directs JFACC to coordinate CAP provision of (250) flight hours of support. | | Signed | $37,500.00 |
| UAC0023 | | Airlift Support | DoD received RFA for the airlift of 150,000 ft of boom and other equipment. Lift from Anchorage, AK to New Orleans, LA | Approved. Lift will be split; BP contracted (4) 747 aircraft; remaining lift by DOD resources - TRANSCOM and CJTF-AK directed to support. | | Signed | $2,300,000.00 |
| UAC0030 | | FLNG C2 | RFA : 31 Personnel for Command and control, coordination cell, and information sharing | Approved 11 May | | Signed | $442,027.00 |
| UAC0036 | Full Routing | Boom and skimmer equipment | 10-100,000 ft internal float containment boom, 24"-31" (1) 1,000 ft 12" internal float river boom (1) 1,000 ft 18" internal float river boom (6) US Navy Busters w/3 crews, TONO blowers & HB accessories (1) SeaArk, Boston Whalers w/2 crews for ea vessel and tow bridle (28) Boom mooring system 10kg-20kg (1) 28' Kvichak Rapid Response Skimmer (1) Skimmer weir for use with Kvichak (1) Pump for overloading oil from harbor buster | Approved/ force in route | 4, 6 | Signed | $1,000,000 |
| | | | | | | | |

3 of 12

5/14/2010   6:18 AM

4 of 12

# On-Scene/RFA Approved

| UAC # | 213RRR # | Capability | Description | Status | EPA Region | Memo Status | Estimated Cost |
|---|---|---|---|---|---|---|---|
| UAC0039 | FOSC | MSNG | 10- MSNG 10-012, 10-013, 10-015, 10-016, 1 Segovia flyaway kit for comm support, 47th CST for 30 days for assistance and advise to local and state authorities, C-23 Sherpa for 30 days estimated 60 hours of flight time to be used for Incident Awareness and Assessment overflight, transportation and key leader movement, 50 ANG personnel for 30 days for command and control and communications support and for a planning cell to the ICP and State agencies. | On scene | 4, 6 | Signed | $571,043.90 |
| UAC0021 | | NGB Personnel Support | Request for (20) personnel mission processing and administrative support at UAC T-10 personnel denied. Roberts, LA; NGB HQ; and JFHQ-St HQ | Request for (6) T-32 personnel approved by OSD. Request for (14) T-10 personnel denied. | | Signed | $129,300.00 |

HCG043-008466

5/14/2010   6:18 AM

# RFA In Progress

| UAC # | 213RR # | Capability | Description | Status | EPA Region | Memo Status | Estimated Cost |
|---|---|---|---|---|---|---|---|
| UAC0010 | | Pensacola Naval Air Station Staging Area (Pensacola, FL) | Utilize Pensacola Naval Air Station as a staging base for spill response equipment | In Use | 4 | In Work | TBD |
| UAC0011 | | Keesler Air Force Base (KAFB) Logistics Base | Utilize Keesler AFB as Logistics Base for Operations | KAFB has been designated as such; awaiting logistics flow if/when required | 4 | In Work | TBD |
| UAC0018 | | Air Force Lift Support | Airlift of 70K ft of boom from Alaska | RFA pends from FOSC | 6 | In Work | TBD |
| UAC0024 | | Boom and skimmer equipment | RFA for 102,000 ft of boom, boom mooring systems, skimmer capabilities and requires equipment, pumps from Naval Region Southeast | NORTHCOM requires modification of RFA | | Signed | $100,000 |
| UAC0031 | | Boom and skimmer equipment | RFA: supervisor of salvage, boom and boom moorings, 136,000 oil storage bladder, 2 tow boats | In coordination | | Signed | |
| UAC0032 | ALNG | | 10-005AL 125 Soldiers to assist in the movement, emplacement, repair and monitoring of all protective barriers as required by the Incident Commander for 30 days. | In coordination | | Draft | 712,500 |
| UAC0033 | MSNG | | 1 Additional LNO to UAC Robert to augment existing LNO | In coordination | | Draft | |
| UAC0034 | | | Naval Air Station Joint Reserve Base (NAS/JRB) Belle Chasse provide offload team. Advance approval for day/night off load ops. POC for contractor base entry permit. | In coordination | 4, 6 | Draft | $7,857.00 |
| UAC0035 | | | DCO amendment, to facilitate engagement, coordination and requests for support between DoD partners and other Unified Area Command members and incident responders. | In coordination | 4, 6 | Signed | $151,250.00 |

HC08430008467

5/14/2010   6:18 AM

# RFA In Progress

| UAC # | 213RR # | Capability | Description | Status | EPA Region | Memo Status | Estimated Cost |
|---|---|---|---|---|---|---|---|
| UAC0037 | BP/ FOSC | vessel w/ side scan sonar & survey capability | Vessel with side scan sonar and hydrographic survey capability for West Bay shipping channel for decontamination station. Max depth: 15 fathoms (90ft) Estimate:  4 day requirement | In coordination | 4, 6 | Draft | $43,500.00 |
| UAC0038 | FOSC | FLNG | FLNG 10-001FL Amendment 1. Soldier will assist with receipt, tracking, processing, and oversight of mission requests submitted by the FOSC by the State of Florida National Guard through the ICP | In coordination | 4, 6 | Signed | $18,500.00 |
| UAC0040 | BP/ FOSC | Public Affairs/Media Support | 5 public affairs officers (media ops team), 3 combat camera teams (5 personnel each), 1 Defense Visual Information Distribution System (DVIDS), 1 DVIDS operator. Mobile equipped, scalable, expeditionary Joint Public Affairs and imagery collection capabilities to operate in support of response operations in areas affected by the oil spill. | Under Consideration | 4,6 | Draft | 151,150.00 |
| UAC0043 | BP/FOSC | Incident staging base | Incident staging base  - at NAS Pensacola FL DOD On Scene (ISB) at Naval Air Station. to stage booms, boats and equipment for Pensacola FL, in oil prevention. response and recovery operations. | DOD On Scene | 4,6 | Draft | 15,000.00 |

HCG0043-000468

5/14/2010   6:18 AM

# RFA In Progress

| UAC # | 213RR # | Capability | Description | Status | EPA Region | Memo Status | Estimated Cost |
|---|---|---|---|---|---|---|---|
| UAC0044 | Full Routing | Aerial port of embarkation/aerial port of debarkation load and offload services at Elmendorf Air Force Base, AK and Naval Air Station Joint Reserve Base (NAS JRB), Belle Chase, LA for up to 10 military aircrafts for oil spill recovery. | Equipement needed to be loaded onto aircraft and the offloaded upon arrival of destination. | | 4,6 | Signed | 40,000.00 |

7 of 12

HCG0043-008469

# RFA/Under Consideration

5/14/2010   6:18 AM

| UAC # | 213RR # | Capability | Description | Status | EPA Region | Memo Status | Estimated Cost |
|---|---|---|---|---|---|---|---|
| | | Two Additional C-130 aircraft capable of Mobile Aerial Spray System (MASS) and delivery of 2,000 gallon spray capacity per sortie. | Increase aircraft capacity for dispersant deployment | Pends FOSC requirements determination. | | | |
| | | Naval Surface Combatant (Amphibious) | Includes LCAC (Hovercraft x3) Embarked Helo Detachment. Provides sea-bearing capability | Pends FOSC requirements determination. | | | |
| | | P-3C Aircraft (AIP Variant) with Tactical Common Data Link (TCDL) Equipment/Personnel (Jacksonville, FL) | P-3C AIP Aircraft & TCDL Ground Equipment | Available | | | |
| | | LCAC / LCU (Little Creek, VA) | Aboard LHA | Available | | | |
| | | Naval Mobile Construction Battalion Air Detachment (Task Tailored NMCB DET) (Gulfport, MS) | 89 Personnel plus selected civil engineering equipment | Available | | | |
| | | Fleet Survey Team (Stennis AFB, MS) | Hydrographic Survey Capability for Impacted Ports | Available | | | |
| | | Beach Group TWO (Little Creek, VA) | Logistics Over the Shore (LOTS) | Available | | | |
| | | E-2C HAWKEYE (Norfolk, VA) | Surface Surveillance and Air Control | Available | | | |
| | | C-2A GREYHOUND (Norfolk, VA) | Logistics Support | Available | | | |
| | | Naval Station Pensacola, FL | Logistics Support Base | Available | | | |
| | | Joint Reserve Base New Orleans, LA | Logistics Support Base (APOD) | Available | | | |
| | | Naval Air Station Key West, FL | Logistics Support Base (APOD) | Available | | | |

HCGD43-000470

5/14/2010   6:18 AM

# RFA/Under Consideration

| UAC # | 213RR # | Capability | Description | Status | EPA Region | Memo Status | Estimated Cost |
|---|---|---|---|---|---|---|---|
| | | Naval Support Activity Panama City, FL | Logistics Support Base (SPOD) | Available | | | |
| | | USAF Aux/Civil Air Patrol | GA-8 Archer – 12 hrs | Available | | | |
| | | USAF Aux/Civil Air Patrol | C-182 – 6 hrs | Available | | | |
| | | Unmanned Aerial Aircraft (UAV) / Remote Piloted Aircraft (RPA) | Surrogate Predator – 48 hrs | Available | | | |
| | | Naval Support Activity Panama City | Immediate | Available | | | |
| | | Marine Corps Logistics Base, Albany GA | 48-hrs | Available | | | |
| | | 1 Subsurface damage control expert | Subsurface damage control expert to deploy to TransOcean/BP ICP in Houston, TX | | | | |
| | | Air Force Lift Support | Oil boom from airports near pre-staged equipment location on east coast to oil spill region | | | | |
| | | Air Force Lift Support | Oil boom from airports near pre-staged equipment location on east coast to oil spill region | | | | |
| | | Air Force Lift Support | Oil boom from airports near pre-staged equipment location on west coast to oil spill region. | | | | |
| | | Air Force Lift Support | Vessel of Opportunity Skimmer System (VOSS) from airports near pre-staged equipment location on east coast to oil spill region | | | | |
| | | Air Force Lift Support | VOSS from airports near pre-staged equipment location on east coast to oil spill region | | | | |

HCG043-000471

5/14/2010   6:18 AM

# RFA/Under Consideration

| UAC # | 213RR # | Capability | Description | Status | EPA Region | Memo Status | Estimated Cost |
|-------|---------|------------|-------------|--------|------------|-------------|----------------|
|       |         |            |             |        |            |             |                |

HCG843-008472

## Canceled

| UAC # | 213RR # | Capability | Description | Status | EPA Region | Memo Status | Estimated Cost |
|---|---|---|---|---|---|---|---|
| UAC0009 | | Airspace Coordination Planner | Located at Incident Command Post in Houma, LA | CANCELED – DCO determined this was a redundant request that was filled from the ACCE request (UAC0008). | 6 | In Work | TBD |
| UAC0013 | A0510 | 1 X USAF Aviation Weather Briefer/Observer | USAF aviation weather briefer/observer to conduct daily planning for operational decision making | CANCELED – DCO determined NOAA is on-scene providing requested capability. | 6 | Signed | $5,000 |

HCG043-008473

# Demobilized

| UAC # | 213RR # | Capability | Description | Status | EPA Region | Memo Status | Estimated Cost |
|---|---|---|---|---|---|---|---|
| | | Heavy Lift Helicopters H-53 Series (Norfolk, VA) | 4x H-53 Series Helicopters | Available | | | |
| | | Medium Lift Helicopters H-60 (Norfolk, VA and Mayport, FL) | 8x H-60 Helicopters (Mission Specific) | Available | | | |
| | | 6 X Medium Lift Helos (SH-60) | 72 hours | Available | | | |

HCGH43-008474

**DEEPWATER HORIZON Response**
Resource Summary (0400 EDT  13 MAY10)

| Essential Elements | USCG Today | USCG To-Date | DOD Today | Other Today | Other To-Date | Totals To-date |
|---|---|---|---|---|---|---|
| **Personnel** | | | | | | |
| Assigned in the Field | | | | | | 9,316 |
| Assigned to Command Post | | | | | | 720 |
| Total | | | | | | 10,036 |
| **Boom (Combined total of sorbent and surface) (ft)** | | | | | | |
| Ordered | | | | | | 1,521,239 |
| Available/Staged | | | | | | 1,531,006 |
| In Use | | | | | | 1,410,500 |
| **Dispersant Materials (gal)** | | | | | | |
| Ordered | | | | | | 750,000 |
| Available/Staged | | | | | | 120,471 |
| In Use | | | | | | 267,264 |
| **Recovery Barges** | | | | | | |
| Ordered | | | | | | 1091 |
| Available/Staged | | | | | | 102 |
| In Use | | | | | | 27 |
| **Skimmers** | | | | | | |
| Ordered | | | | | | 129 |
| Available/Staged | | | | | | 173 |
| In Use | | | | | | 20 |
| **Oil Spill Response Vessels** | | | | | | |
| Ordered | | | | | | 3 |
| Available/Staged | | | | | | 2 |
| In Use | | | | | | 18 |
| **Tugs** | | | | | | |
| Ordered | | | | | | 26 |
| Available/Staged | | | | | | 22 |
| In Use | | | | | | 4 |
| **Other Support Vessels** | | | | | | |
| Ordered | | | | | | 455 |
| Available/Staged | | | | | | 31940 |
| In Use | | | | | | 526 |
| **Remotely Operated Vehicles** | | | | | | |
| Ordered | | | | | | 4 |
| Available/Staged | | | | | | 0 |
| In Use | | | | | | 12 |
| **Fixed-wing Aircraft** | | | | | | |
| Ordered | | | | | | 15 |
| Available/Staged | | | | | | 4 |
| In Use | | | | | | 12 |
| **Helicopters** | | | | | | |
| Ordered | | | | | | 5 |
| Available/Staged | | | | | | 2 |
| In Use | | | | | | 28 |

HCG043-008475

## Worse Case Scenarios (2 week planning window)

| Scenario | Details | Discharge Rate | Impact on | | | | | | Mitigation Options |
|---|---|---|---|---|---|---|---|---|---|
| | | | Surface Operations | | | Sub-surface Operations | | | |
| | | | Skimming | Dispersant Use | In-Situ Burning | Dispersant Use | ROV Repair Activities | Shoreline Cleanup | |
| Dome Failures | Dome impacts BOP during installation resulting in unrestricted discharge | Significant Increase | Add'l sorties | Add'l sorties | Add'l sorties | Add'l sorties | Limited | Add'l Activity Expected[1] | 1. Increase Relief Well Operations |
| Dome Failures | Dome installation fails to secure source | Decreased (if flow restricted) | Add'l sorties | Add'l sorties | Add'l sorties | Add'l sorties | Limited | Add'l Activity Expected[1] | |
| Riser Failures | Riser continues to settle and fails in additional places | Increase | Add'l sorties | Add'l sorties | Add'l sorties | Add'l sorties | Increase | Add'l Activity Expected[1] | |
| Riser Failures | Riser integrity degrades resulting in additional leaks | Increase | Add'l sorties | Add'l sorties | Add'l sorties | Add'l sorties | Increase | Add'l Activity Expected[1] | |
| Relief Well Failures | Relief well operation extends beyond 90 days | Unchanged | Add'l sorties | Add'l sorties | Add'l sorties | Add'l sorties | Increase | Add'l Activity Expected[1] | |
| Relief Well Failures | Critical drill rig equipment failure | Unchanged | Add'l sorties | Add'l sorties | Add'l sorties | Add'l sorties | Increase | Add'l Activity Expected[1] | |
| Relief Well Failures | Drill rig forced to relocate for health/safety concerns | Unchanged | Limited | Limited | Limited | Limited | Limited | Add'l Activity Expected[1] | |
| Man-made Disaster | Additional rig failures in Gulf of Mexico | Unchanged[2] | Add'l sorties | Add'l sorties | Add'l sorties | Add'l sorties | Limited | Add'l Activity Expected[1] | |
| Man-made Disaster | Domestic terrorism incident in maritime domain | Unchanged | Add'l sorties | Add'l sorties | Add'l sorties | Add'l sorties | Limited | Add'l Activity Expected[1] | |
| Natural Disaster | Hurricane in the Gulf of Mexico | Unknown | Ineffective | Ineffective | Ineffective | Ineffective | Ineffective | Add'l Activity Expected[1] | |
| Natural Disaster | Earthquake in Caribbean | Unknown | Unchanged | Unchanged | Unchanged | Unchanged | Unchanged | Unchanged | |

[1] Additional teams, boom, equipment may be required to address larger affected area
[2] Multiple sources and expanded spill locations likely

HC69A3-008476

**DATE: May 13, 2010 19:03:31 CST**

# The Ongoing Administration-Wide Response to the Deepwater Horizon Oil Spill

Report oiled shoreline or request volunteer
information: (866)-448-5816
Submit alternative response technology,
services or products: (281) 366-5511
Submit your vessel for the Vessel of
Opportunity Program: (281) 366-5511
Submit a claim for damages: (800) 440-0858
Report oiled wildlife: (866) 557-1401

**Deepwater Horizon
Incident
Joint Information
Center**

**Phone: (985) 902-5231
(985) 902-5240**

## Key contact numbers

- Report oiled shoreline or request
  volunteer information: (866) 448-
  5816
- Submit alternative response
  technology, services or products:
  (281) 366-5511
- Submit your vessel for the
  Vessel of Opportunity Program:
  (281) 366-5511
- Submit a claim for damages:
  (800) 440-0858
- Report oiled wildlife: (866) 557-
  1401

**Prepared by the Joint Information Center**

**UPDATED May 13, 2010 7 PM**

*\* For a full timeline of the Administration-wide response, visit the White
House Blog.*

### PAST 24 HOURS

**Secretary Salazar Announces First Steps in MMS Restructuring**
As the federal government continues its relentless response to the Deepwater
BP Oil Spill and investigates the cause of the explosion and oil spill, Secretary
Salazar directed Assistant Secretary for Policy, Management and Budget Rhea
Suh and Senior Advisor Chris Henderson to oversee a restructuring of the
Minerals Management Service that will ensure the independence of the agency's
inspections and enforcement mission.

HCG043-008477

Secretary Salazar also sent a letter to Congressional leaders asking for their ideas and input on his plan to reform the agency.

**Officials Inspect Rig Preparing to Drill Relief Well**
National Incident Commander and Coast Guard Commandant Admiral Thad Allen and Federal On-Scene Coordinator Rear Admiral Mary Landry inspected the Development Driller II, which is set to begin drilling the second relief well shortly to permanently cap the leaking well.

**BP's "Top Hat" Containment System Approaches Completion**
MMS reports that BP has approached completion of the "top hat" containment system, and expects an update from BP as early as tomorrow on its operational status.

**Community Town Hall Held in Port Sulpher and Dulac, La.**
Representatives from the Coast Guard, EPA, NOAA, the Department of the Interior, the Department of Labor, the Agency for Toxic Substance and Disease Registry and BP participated town hall meetings in Port Sulpher and Dulac, La., to provide an update on the response to the oil spill and continue the dialogue with members of the community, local business leaders and other organizations.

**Shoreline Cleanup Teams Continue to Assess Impact**
Shoreline Cleanup and Assessment Teams (SCAT) surveyed 19 miles of Dauphin Island, Ala., and the Jackson County shoreline with minimal tarball findings. An additional five teams were deployed to Bon Secour National Wildlife Refuge to recovery tarballs.

The Department of the Interior has deployed 568 total personnel to the affected area to assist in cleanup, wildlife protection and rehabilitation, and shoreline assessment efforts.

**Unified Area Command Continues to Build Web and New Media Engagement**
The Unified Area Command in Robert, La., continues to grow its public engagement via its website (www.deepwaterhorizonresponse.com), which has received more than 19 million hits since it was launched on April 23, as well as Facebook (18,277 users) and Twitter (3,707 followers). These resources contain information about response efforts, jobs, volunteer opportunities, impacts to wildlife and other important public information.

**DOD Aircraft Conduct Dispersant Spray Missions**
The Department of Defense's Modular Aerial Spray System (MASS) aircraft flew multiple missions—dispersing the same dispersant chemicals being used by BP and federal responders. These systems are capable of covering up to 250 acres per flight, and flights are coordinated with the EPA and the State of Louisiana to ensure all environmental concerns are addressed. Since MASS flights began on

May 1, a total of 47 missions have been flown and nearly 70,000 gallons of dispersant have been applied.

**National Guard Support Continues to Build**
1,304 National Guard personnel are currently supporting oil response—952 from the Louisiana National Guard are providing Command and Control and sandbagging support to St. Bernard and Plaquemines parishes, supporting marina operations and conducting HAZMAT training; 323 from the Alabama National Guard are deploying protective barriers around Dauphin Island and conducting sandbag and security operations; 25 from the Mississippi National Guard personnel are providing helicopter support and liaison officers to aid local officials with emergency response; and four from the Florida National Guard are performing liaison duties in support of the response effort to the Unified Command Center in Alabama and to its own emergency operations center in Tallahassee.

**Five Oil Platforms Have Been Evacuated to Ensure Health and Safety**
A total of five platforms have been evacuated in order to ensure the safety and health of rig workers. Estimated oil production shut-in is 2,300 barrels a day (0.14 percent of the Gulf 's oil production) and approximately 1.2 million cubic feet of gas (0.02 percent of the Gulf's gas production).

**Joint Bird Rescue Operations Are Dispatched**
U.S. Fish and Wildlife Services and the National Parks Services dispatched a joint boat operation to Horn Island, Miss., to recover potentially oiled wildlife and transport them to a wildlife rehabilitation center for treatment. Treatment and rehabilitation operations are also ongoing on Chandeleur Island.

**_By the Numbers to Date:_**
-    Personnel were quickly deployed and approximately 13,000 are currently responding to protect the shoreline and wildlife.

-    More than 520 vessels are responding on site, including skimmers, tugs, barges, and recovery vessels to assist in containment and cleanup efforts—in addition to dozens of aircraft, remotely operated vehicles, and multiple mobile offshore drilling units.

-    More than 1.4 million feet of boom (regular and sorbent) have been deployed to contain the spill—and approximately 1 million feet are available.

-    Approximately 5 million gallons of an oil-water mix have been recovered.

-    Approximately 476,000 gallons of dispersant have been deployed. More than 217,000 gallons are available.

HCG043-008479

-   14 staging areas have been set up to protect vital shoreline in all potentially affected Gulf Coast states (Biloxi, Miss., Pascagoula, Miss., Pensacola, Fla., Panama City, Fla., Dauphin Island, Ala., Grand Isle, La., Shell Beach, La., Slidell, La., Venice, La., Orange Beach, Ala., Theodore, Ala., Pass Christian, Miss., Amelia, La., and Cocodrie, La.).

### _Resources:_

-       For information about the response effort, visit www.deepwaterhorizonresponse.com.

-       For specific information about the federal-wide response, visit http://www.whitehouse.gov/deepwater-bp-oil-spill.

-       To contact the Deepwater Horizon Joint Information Center, call (985) 902-5231.

-       To volunteer, or to report oiled shoreline, call (866) 448-5816. Volunteer opportunities can also be found here.

-       To submit your vessel as a vessel of opportunity skimming system, or to submit alternative response technology, services, or products, call 281-366-5511.

-       To report oiled wildlife, call (866) 557-1401. Messages will be checked hourly.

-       For information about validated environmental air and water sampling results, visitwww.epa.gov/bpspill.

-       For National Park Service updates about potential park closures, resources at risk, and NPS actions to protect vital park space and wildlife, visit http://www.nps.gov/aboutus/oil-spill-response.htm.

-       For daily updates on fishing closures, visit http://sero.nmfs.noaa.gov.

-       To file a claim, or report spill-related damage, call BP's helpline at (800) 440-0858. A BP fact sheet with additional information is available here. For those who have already pursued the BP claims process and are not satisfied with BP's resolution, can call the Coast Guard at (800) 280-7118. More information about what types of damages are eligible for compensation under the Oil Pollution Act as well as guidance on procedures to seek that compensation can be found here.

# Deepwater Horizon Incident

| Situation Executive Summary | |
|---|---|
| Operating Period 22 | Custodian: Situation Unit Leader UNIFIED AREA COMMAND |

**Date of Issue:**  May 13, 2010          **Period:**   5/12 06:00 to 5/13 06:00

IC :  M. Utsler, S. Toth (Houma); J. Hohle, T. Gray (Houston); D. Foster, B. Byczynski (Mobile); K. Seilhan B. Allan (St. Pete)

## KEY MESSAGES

*General*

- Total containment boom deployed to date is 1,210, 150)
    - Louisiana is 376,600 ft
    - Mississippi is 321,400 ft
    - Alabama is 271,000 ft
    - Florida is 171,600 ft
    - Federal is 69,550 ft as of May 11
- Total personnel working on response is 13,436
- Total volunteers signed up to date is 14,500; 1,586 trained
- Waiting on approval to restart subsea dispersant  injection
- Dash 8 schedule reduced to one flight per day to allow maintenance time

*Last 24-Hour Operational Period (No. 21)*

- DD-II rig in route, ETA May 13 pm
- Obtained boost line  pressure data from MC252 #1 stack
- Running riser on Enterprise for RITT operation
- Surface dispersant flights resumed, 27,697 gallons applied
- Preparing to reinstall Yellow Control Pod and jumpers for BOP in preparation for junk shot
- Continue preparations for top kill

*Next 24-Hour Operational Period (No. 22)*

- Running drill pipe in riser on Enterprise for RITT operation
- Relief well MC252-3 (DD-III) preparing to run riser and BOP
- Aerial dispersant flights to resume today
- In situ Burn fleet to be deployed, weather permitting
- 6 SCAT teams operating in Mobile

## FIELD REPORTS

**Attached for Each Incident Command Post**

- Houma, Louisiana
- Houston, Texas
- Mobile, Alabama
- St. Petersburg, Florida

*LIMITED DISTRIBUTION ONLY*

HCG043-008481

| May 13, 2010 | Current Period | Previous Period | Cumulative Total |
|---|---|---|---|
| **HSSE** | | | |
| HiPo's* | 0 | | 2 |
| Near Miss * | 5 | | 46 |
| First Aid* | 4 | | 49 |
| Recordable Injuries (lost time/restricted duty/med treatment)* | 0/0/1 | | 1/2/31 |
| Vehicle Accident* | 1 | | 4 |
| Exposure hrs/Man hrs | 103,000 | 88,000 | 1,011,000 |
| | | | |
| **PERSONNEL** | | | |
| Total | 14,542 | 13,436 | |
|   Personnel Command Posts | 3,055 | 3,703 | |
|   Personnel Field (incl. Nat Guard) | 11,487 | 9,733 | |
| | | | |
| **OPERATIONS** | | | |
| Vessels Active | | | |
|   *Offshore | 529 | 532 | |
|   *Skimmer | 20 | 22 | |
| Aircraft Active | | | |
|   -Helicopters | 28 | 23 | |
|   -Fixed Wing | 10 | 10 | |
| # Dispersant Flights | 1 | 22 | 165 |
| # Mapping Flights | 2 | 1 | |
| | | | |
| Surface Dispersant Applied (gal) | 39,710 | 7,940 | 475,957 |
| Subsea Dispersant Applied (gal) | 0 | 12,310 | 28,709 |
| Dispersant Available (gal) | 217,465 | 120,471 | |
| | | | |
| Containment Boom Deployed (ft) | 39,400 | 78,083 | 1,210,150** |
| Containment Boom Staged (ft) | 219,882 | 393,292 | |
| Sorbent Boom Deployed | | | 323,090 |
| Sorbent Boom Staged | 867,398 | | |
| | | | |
| In-Situ Burns Conducted | 0 | 0 | 10 |
| | | | |
| | | | |
| **ENVIRONMENTAL** | | | |
| Oily Liquid Recovered (bbl) | 27,697 | 0 | 125,385 |
| Impacted Wildlife | 2 | 1 | 22 |
| | | | |
| **CALL CENTER** | | | |
| Total Calls Received (thru 5pm) | 4049 | 4,241 | 50,612 |
| Calls Received from Volunteers | 336 | 340 | 11,185 |
| | | | |
| *HSSE figures as of 0530 May 12 | | | |
| ** Numbers adjusted for field information | | | |

LIMITED DISTRIBUTION ONLY

HCG043-008482

HCG043-008483







**Houma Daily Operational Report**
**13-May-10**

| | Prev 24 Hrs | Prior Period | Cumulative | 24-Hour Look Ahead Plan |
|---|---|---|---|---|
| **Safety** | | | | |
| Near Miss incidents | | | 10 | |
| First Aid Incidents | | | 20 | |
| Recordables | 0 | | 17 | |
| **Boom Deployed (ft)** | | | | |
| Louisiana | 24,700 | 16,500 | 475,889 | Parish Boom Accountability Teams (BAT) to track receipt & deployment of boom; 12 personnel |
| Mississippi | 0 | | 0 | |
| Alabama | 0 | | 0 | |
| Florida | | | 0 | |
| **Boom Staged (ft)** | | | | |
| Louisiana | | | 72,032* | Expanding staging areas to west, Port St. Mary & others as needed |
| Mississippi | | | 0 | Incoming boom consolidated at Amelia |
| Alabama | | | 0 | Additional OSRV's sourced, western coastline |
| Florida | | | 0 | |
| **Sorbent** | | | | |
| Deployed | 13,260 | 37,380 | 233,070 | |
| **Active Vessels/Equipment** | | | | |
| Offshore Vessels | 122 | 103 | | Offshore skimming fleet will be on location near source available to skim, conditions permitting |
| Skimmers | 17 | | | Resume shoreline clean up, weather permitting |
| ROVs | 9 | | | |
| **Spill Containment** | | | | |
| Oily Liquid Recovered (bbls) | 27,691 | 0 | 125,384 | |
| In-situ Burns Completed | 0 | 0 | 14 | In-Situ Burn fleet to be deployed, weather permitting |
| In-situ Burns (bbls) | 0 | 0 | 9,150 | |
| Surface Dispersant Applied (gal) | 39,710 | 7,940 | 435,457 | Vessel applied dispersant trials will resume, weather permitting |
| Subsea Dispersant Applied (gal) | 0 | 0 | 54,666 | |
| Dispersant Available (gal)* | 217,465 | 261,427 | | Mobilizing/outfitting two vessels for dispersant application |
| **Aircraft** | | | | |
| Active Helicopters | 19 | 19 | | Aerial dispersant operations continue |
| Active Fixed Wing | 12 | 10 | | |
| # Dispersant Flights | 12 | 7 | 127 | Dash 8 is now scheduled for 1 flight per day to allow maintenance time |
| # Mapping Over Flights | 1 | | | |
| **Personnel** | | | | |
| Personnel Command Post | 731 | | | |
| Personnel Field | 988 | 1,244 | | |
| Volunteers | 60 | 19 | | |
| **Wildlife Impact** | | | | |
| Captured | | 0 | 7 | Properly trained wildlife responders to deploy to field for wildlife recon & capture |
| DoA | | 0 | 12 | Ensure no dispersant spraying within 2 miles of a marine mammal or sea turtle |
| **Shoreline Impacts (feet)** | | | | |
| Louisiana | | | TBD | Based on trajectories and potentially impacted shoreline, survey shorelines from air and water |
| Mississippi | 0 | 0 | 0 | 6 SCAT teams (4 on water, 2 in air) |
| Alabama | 0 | 0 | 0 | |
| Florida | 0 | 0 | 0 | |

**Key Priorities for Today**
1. Ensure the Health, Safety, & Security of Citizens and Response Personnel
2. Maximize Protection of Environmentally and Economically Sensitive Areas and Contain and Recover Spilled Material
3. Recover & Rehabilitate Injured Wildlife
4. Manage Coordinated Response
5. Keep Stakeholders and Public Informed

**Operational Comments**

**Environmental Comments**

**Other Comments**
* Staged hard boom

**Definitions**
Deployed boom: in water from each parish (TOTAL)
Staged boom: boom on hand at each parish staging area (TOTAL)

HCG043-008484

## Houston Daily Operation Report

### May 13, 2010

| Safety | Prev 24 Hrs (Period 22) | Prior Period | Cumulative | 24-Hour Look Ahead Plan |
|---|---|---|---|---|
| Near Miss Incidents | 0 | 0 | 0 | Ensure Safety of Response Personnel |
| First Aid Incidents | 0 | 0 | 0 | Field focus around VOC mitigation |
| Recordables | 0 | 0 | 0 | Office focus around stress management |
| **Active Vessels/Equipment** | | | | |
| Offshore Vessels | 13 | 13 | | |
| Skimmers | 3 | | | |
| ROVs | 8 | 9 | | |
| Tugs | 1 | 1 | | |
| **Spill Containment** | | | | |
| Oily Liquid Recovered (bbls) | | | | |
| In-situ Burns Completed | | | | |
| In-situ Burns (bbls) | | | | |
| Surface Dispersant Applied (gal) | | | | |
| Subsea Dispersant Applied (gal) | 0 | 0 | 30,591 | Restart approval pending, awaiting evaluation of samples from Test #3 |
| Dispersant Available (gal) | 117,488 | 101,141 | | |
| **Aircraft** | | | | |
| Active Helicopters | | | | |
| Active Fixed Wing | | | | |
| # Dispersant Flights | | | | |
| # Mapping Over Flights | | | | |
| **Personnel** | | | | |
| Personnel Command Post | 687 | 664 | | |
| Personnel Field | 1,031 | 1,070 | | |
| Volunteers | 0 | 0 | | |
| **Wildlife Impact** | | | | |
| Captured | 0 | 0 | 0 | |
| DoA | 0 | 0 | 0 | |

### Key Priorities for Today

1. Monitor Riser location and plumes
2. Progress VOC Mitigation Plan (Fire vessel, HVAC charcoal filtration, respirators)
3. Verify Operational Plans are approved and implemented
4. Progress plans for source containment (Riser Insertion Tube Tool (RITT) and Top Hat options)
5. Run riser on Enterprise rig in preparation for RITT operation
6. Preparations for top kill (continue demolition of choke and kill lines at BOP)
7. Relief well drilling with DD-III rig and second relief well planning with DD-II rig
8. Progress plan for flowback operations to the Enterprise

### Operational Comments

- Relief well MC252-3 (DD III) preparing to run riser and BOP
- ROV's monitoring BOP stack and plumes
- Obtained boost line pressure data from MC252 #1 BOP stack
- Progressing various containment options
- Preparation ongoing for readiness to connect BOP with Junk shot manifold
- Waiting on approval to restart subsea dispersant injection
- DDII in route to location for 2nd Relief Well, ETA May 13 PM
- Preparing to reinstall Yellow Control Pod and jumpers for MC252 #1 BOP in preparation for junk shot
- Enterprise running drill pipe in riser for RITT operations

### Environmental Comments

- Water column samples acquired during subsea dispersant test #3 arrived at LSU for testing
- Developing correlation of response vessel VOC's with meteorological conditions at spill site

## Mobile Daily Operational Report

### 12-May-2010

| | Period 22 | Period 21 | Cumulative | 24-Hour Look Ahead Plan | Data Source |
|---|---|---|---|---|---|
| **Safety** | | | | | |
| Near Miss Incidents | | | | | Daily HSSE performance update |
| First Aid Incidents | | | | | Daily HSSE performance update |
| Recordables | | | | | Daily HSSE performance update |
| **Boom Deployed (ft)** | (Values exclude Federal) | | | | |
| Louisiana | | | | | ICS 209 (from 2200 hrs) |
| Mississippi | | | | | ICS 209 (from 2200 hrs) |
| Alabama | | | | | ICS 209 (from 2200 hrs) |
| Florida | | | | | ICS 209 (from 2200 hrs) |
| **Boom Staged (ft)** | (Values exclude Federal) | | | | |
| Louisiana | | | | | ICS 209 (from 2200 hrs) |
| Mississippi | | | | | ICS 209 (from 2200 hrs) |
| Alabama | | | | | ICS 209 (from 2200 hrs) |
| Florida | | | | | ICS 209 (from 2200 hrs) |
| **Sorbent** | (Values exclude Federal) | | | | |
| Deployed | | | | | ICS 209 (from 2200 hrs) |
| **Active Vessels/Equipment** | | | | | |
| Offshore Vessels | | | | | ICS 209 (from 2200 hrs) |
| Skimmers | | | | | ICS 209 (from 2200 hrs) |
| ROVs | | | | | ICS 209 (from 2200 hrs) |
| **Spill Containment** | | | | | |
| Oily Liquid Recovered (gal) | | | | | ICS 209 (from 2200 hrs) |
| Study Burns Completed | | | | | IC Situation Unit Leader |
| In-situ Burns (bbls) | | | | | ICS 209 (from 2200 hrs) |
| Surface Dispersant Applied (gal) | | | | | Dispersant summary report |
| Subsea Dispersant Applied (gal) | | | | | Dispersant summary report |
| Dispersant Available (gal) | | | | | Dispersant summary report |
| **Aircraft** | | | | | |
| Active Helicopters | | | | | ICS 209 (from 2200 hrs) |
| Active Fixed Wing | | | | | ICS 209 (from 2200 hrs) |
| # Dispersant Flights | | | | | IC Situation Unit Leader |
| # Mapping Over Flights | | | | | IC Situation Unit Leader |
| **Personnel** | | | | | |
| Personnel Command Post | | | | | ICS 209 (from 2200 hrs) |
| Personnel Field | | | | | ICS 209 (from 2200 hrs) |
| Volunteers | | | | | |

*(Value represents total registered volunteers for all states)

| | Period 22 | Period 21 | Cumulative | 24-Hour Look Ahead Plan | Data Source |
|---|---|---|---|---|---|
| **Wildlife Impact** | | | | | |
| Captured | | | | | Wildlife template |
| DOA | | | | | Wildlife template |
| **Shoreline Impacts (feet)** | | | | | |
| Louisiana | | | | | |
| Mississippi | | | | | |
| Alabama | | | | | |
| Florida | | | | | |

### Key Priorities for Today

Ensure the safety of citizens and response personnel
Advance the GRP percentage of shoreline boom deployment for Alabama, Mississippi, and Florida
Effect the orderly increase of personnel, equipment and resources
Implement shoreline clean-up plans as required
Advance program for maintaining displace boom
Keep stakeholders and public informed of response activities

### Operational Comments

Continue to tighten field reporting process
Cleared tar balls washed ashore in Baldwin County (approximately 10 gallons)
Responded to report of dead dolphin on Horn Island, no dolphin was found
Responded to report of dead Wildlife near Waveland, MS. Found 100+ catfish, 2 stingrays, 1 turtle. No visible sign of oiling. Wildlife Branch handled
DPS Section Chief toured Staging Areas near Dauphin Island
Deployed 99 VOO's in Mississippi, 53 VOO's in Alabama

### Environmental Comments

Developed one system to track air, water, wildlife, waste events and sampling
Conduct environmental screenings at sites (Heritage not demobilized)
Working with waste management and operations to evaluate treatment criteria for near shore skimming
Distinguishing and mapping NRDA vs. response sampling
Developing central warehouse process for analytical response data
Completed flight inventory of various waste staging areas
Prepared release/receiving forms for equipment at decontamination stations
Prepared manifest signature authority letter and had it signed by BP legal
Revised Decon Plan and distributed to Agencies

**Daily Operational Report**
St. Pete, FL
May 12, 2010

| | Prev 24 Hrs (Period 21) | Prior Period | Cumulative | 24-Hour Look Ahead Plan | Data Source |
|---|---|---|---|---|---|
| **Safety** | | | | | |
| Near Miss Incidents | | 0 | 0 | | Daily HSSE performance update |
| First Aid Incidents | | 0 | | | Daily HSSE performance update |
| Recordables | 0 | 0 | | | Daily HSSE performance update |
| **Boom Deployed (ft)** | | | | | |
| Louisiana | | | | | ICS 209 from 2200 hrs |
| Mississippi | | | | | ICS 209 from 2200 hrs |
| Alabama | | | | | ICS 209 from 2200 hrs |
| Florida | | | | | ICS 209 from 2200 hrs |
| **Boom Staged (ft)** | | | | | |
| Louisiana | | 0 | 0 | | ICS 209 from 2200 hrs |
| Mississippi | 0 | | | | ICS 209 from 2200 hrs |
| Alabama | 0 | | | | ICS 209 from 2200 hrs |
| Florida | | 0 | | | ICS 209 from 2200 hrs |
| **Sorbent** | | | | | |
| Deployed | | 0 | 0 | | ICS 209 from 2200 hrs |
| **Active Vessels/Equipment** | | | | | |
| Offshore Vessels | 0 | 0 | | | ICS 209 from 2200 hrs |
| Skimmers | | | | | ICS 209 from 2200 hrs |
| ROVs | | | | | ICS 209 from 2200 hrs |
| **Spill Containment** | | | | | |
| Oily Liquid Recovered (bbls) | | | | | ICS 209 from 2200 hrs |
| In-situ Burn Completed | | | | | IC Situation Unit Leader |
| In-situ Burns (bbls) | | | | | ICS 209 from 2200 hrs |
| Surface Dispersant Applied (gal) | | | | | Dispersant summary report |
| Subsea Dispersant Applied (gal) | | | | | Dispersant summary report |
| Dispersant Available (gal) | | | | | Dispersant summary report |
| **Aircraft** | | | | | |
| Active Helicopters | | 0 | | | ICS 209 from 2200 hrs |
| Active Fixed Wing | | 0 | | | ICS 209 from 2200 hrs |
| # Dispersant Flights | | | | | IC Situation Unit Leader |
| # Mapping Over Flights | | 0 | | | IC Situation Unit Leader |
| **Personnel** | | | | | |
| Personnel Command Post | NR | 10 | | | ICS 209 from 2200 hrs |
| Personnel Field | | 0 | | | ICS 209 from 2200 hrs |
| Volunteers | | | | | |
| **Wildlife Impact** | | | | | |
| Capture | | | | | Wildlife template |
| DoA | | | | | Wildlife template |
| **Shoreline Impacts (feet)** | | | | | |
| Louisiana | | 0 | 0 | | |
| Mississippi | 0 | 0 | 0 | | |
| Alabama | | 0 | 0 | | |
| Florida | | 0 | 0 | | |

**Key Priorities for Today**
1. Ensure continuity of shoreline response and visits between St. Petersburg and Mobile
2. Track resources and capabilities available throughout the AOR
3. Rapid Response team established for potential shoreline impacts within Sector St. Petersburg's AOR
4. Define, procure and deploy resources to implement external relations program
5. Liaise with state emergency management representatives to include periodic communications at city/county level as needed
6. Develop ship decontamination plan and promulgate extended communication plan
7. Enlist local resources (governmental/academic) through Environmental Unit
8. Develop a training matrix to summarize requirements and training offerings

**Operational Comments**
Rapid Response team positioned in Taylor and Dixie country to quickly respond to oil sightings or shoreline impacts

**Environmental Comments**
EUL completed workshops with representatives from Taylor, Dixie and Levy counties to review the ACP and develop/revise prioritized booming strategies
ACP booming strategy workshops with Citrus, Hernando and Pasco county representatives scheduled for 12 May
Workshops with all counties within St. Petersburg AOR scheduled to be completed by 18 May

**Other Comments**
Finance Section - Worked with Houma and Mobile IMT's to establish a consistent Claims Process Workflow. Process has been provided to SSP IC for review
Disseminated news release on Area Contingency Plan workshops with county EOC responders. Conducted press conference; focused on workshops; guests included Gov. Crist, State Reps, Bamprov and Rouson; all major network affiliates and print news outlets in attendance; interest focused on tourism impact,
governor's request for $35 million, volunteers/on training, resource shortages, towing of impact to Florida
Conducted conference call with PIOs of county EOCs; all SSP counties in attendance
Draft volunteer plan being reviewed by external affairs reps in JIC
Conducted radio interview with Commander Riley, Ops Section Chief, and George Henderson, Research Scientist, for WUSF Public Radio
Identified NGOs for partnership volunteer opportunities
Media inquiries increasing as public learns of UC setup in St. Petersburg

**Definitions**
Deployed boom includes assigned boom
Staged boom is awaiting deployment in warehouses

HCG043-008407

UNCLASSIFIED//FOR OFFICIAL USE ONLY

**DHS Senior Leadership Brief:**
**DEEPWATER HORIZON RESPONSE**
**Gulf of Mexico**
**1800 EDT 13 May 2010**

**Updates in bold blue**

---

### Secretary of Homeland Security Priorities

- Ensure Responsible Party (RP) is doing everything it can to stop the oil leak.
- Ensure all capabilities (government, private, and commercial) and resources are being leveraged to protect the environment and facilitate a rapid, robust cleanup effort.
- Ensure every effort is being made to include and inform the local communities in support of response operations.

### Current Situation

- **Oil Stoppage**
  - **Top Kill**
    - **Top Kill equipment being staged; commencement of operation scheduled for 18 May. (USCG)**
  - **Top Hat Containment System**
    - **Top Hat placed on seabed 12 May; BP expects Top Hat to be functional approximately 14 May, weather permitting. (USCG)**
  - **Relief Well**
    - **Drill Rig DDIII drill depth remains 3,537 ft below sea floor. (USCG)**
    - **Routine drilling stoppage implemented until further testing on riser and Blowout Preventer (BOP) valve is conducted. (USCG)**
    - **Drill Rig DDII scheduled to arrive on scene 13 May; drilling of second relief well to commence on 14 or 15 May. (USCG)**
  - **Blow Out Preventer**
    - **Sonic scan performed to analyze riser integrity; results pending. (USCG)**

- **Oil Landfall**
  - **4 Shoreline Cleanup Assessment Teams (SCAT) teams deployed to survey shorelines in Gulf Coast Region; unable to fly to Chandeleur Islands due to weather. (NOAA)**
  - **Tar patties reported on Galveston Island, TX and Holly Beach, LA; sampling conducted to verify source. (USCG)**
  - **Tar balls confirmed along a 2 mile stretch of beach at Bon Secour National Wildlife Refuge, AL. (USCG)**
  - **SCAT confirmed oil/tar on shore at Gulf Shores and AL; Blind Bay, LA; cleanup ongoing. (USCG)**

UNCLASSIFIED//FOR OFFICIAL USE ONLY

HCG043-008488

UNCLASSIFIED//FOR OFFICIAL USE ONLY

- **Shipping Channels/Ports**
  - All shipping channels and ports remain open in the Gulf Coast Region. (USCG)
    - **No vessels have required cleaning or decontamination.**

- **Operations**
  - Booming/skimming operations continue, weather permitting. (USCG)
  - No In Situ Burns (ISBs) scheduled for 13 May due to adverse weather. (USCG)
  - Oily water mixture recovered to date: 125,385 barrels. (USCG)

- **Dispersants**
  - 12 aerial sorties (non-USCG) 12 May; 39,710 gallons surface dispersant applied. (USCG)
  - 20 aerial sorties scheduled 13 May, weather permitting. (USCG)

- **Assets on Scene:**
  - Personnel: 13,436 (USCG/NIC)
  - **Boom deployed: 1,470,930 ft (1,210,150 ft regular /260,780 ft sorbent) (USCG)**
  - Dispersants deployed to date: **504,666 gallons** (475,957 surface/**28,709 subsea**) (USCG)
  - **Total Vessels Assigned: 591\* (USCG)**
  - Remotely Operated Vehicles: 12\* (USCG)
  - Fixed-wing Aircraft: 12\* (USCG)
  - Helicopters: 28\* (USCG)

\*Number does not include staged or ordered assets.

## Authorities
- Homeland Security Presidential Directive – 5 (HSPD – 5).
- Oil Pollution Act of 1990 (OPA 90).
- National Response Framework (NRF).
- National Oil and Hazardous Substances Pollution Contingency Plan - 40 CFR 300.300.

## Key Senior Leadership
- Principal Federal Official: Secretary Napolitano, U.S. Department of Homeland Security.
- Secretary Salazar: U.S. Department of the Interior.
- Director Birnbaum: U.S. Minerals Management Service (MMS).
- Administrator Jackson: U.S. Environmental Protection Agency.
- National Incident Commander: Admiral Allen, Commandant, USCG.
- Federal On-Scene Coordinator (FOSC): Rear Admiral Landry, Commander, USCG, District 8, New Orleans, LA.
- Responsible Party: British Petroleum (BP) and Transocean.

UNCLASSIFIED//FOR OFFICIAL USE ONLY

HCG043-008489

UNCLASSIFIED//FOR OFFICIAL USE ONLY

## Federal Agencies/Departments

- **U.S. Coast Guard (USCG)**
  - o Pressure gauge successfully installed on BOP; BP reported the difference between the top and bottom pressure readings on the BOP indicates restricted flow.

- **Department of Agriculture (USDA)**
  - o Animal and Plant Health Inspection Service supporting wildlife activities in LA.

- **Department of Defense (DoD)**
  - o 1,495 associated personnel deployed in support of spill response.
  - o 100 Title 10 personnel and 1,304 Title 32 National Guard members deployed.
  - o U.S. Army Corps of Engineers (USACE) focused on developing 3-dimensional model of freshwater plume and surface velocity field at the Mississippi Delta.

- **Environmental Protection Agency (EPA)**
  - o Activated Emergency Operations Centers in regions IV and VI.

- **Federal Emergency Management Agency (FEMA)**
  - o Region IV at Level IV operations (Steady-State).
  - o Has not received any requests for Federal assistance.

- **Health and Human Services (HHS)**
  - o CDC strategic objectives: Assess health hazards, determine if illnesses, diseases, or complaints are attributable to exposure to hazardous material; develop, maintain, and provide information on the health effects of toxic substances.

- **Department of the Interior (DOI)**
  - o Minerals Management Service reports 3 oil platforms were shut-in and/or evacuated 12 May due to personnel reporting strong chemical odors that caused headaches and nausea.
    - ▪ Overall, 5 platforms have been evacuated or shut-in due oil spill.

- **National Oceanic and Atmospheric Administration (NOAA)**
  - o Weather forecast:
    - ▪ Thursday 13 May: **Southeast winds 15-20 knots;** seas 4-5 ft.
    - ▪ Friday 14 May: **Southeast winds 10-15 knots;** seas 4 ft.
    - ▪ Saturday 15 May: Southeast winds 10 knots; seas 3-4 ft.
    - ▪ **Sunday 16 May: Southeast winds 10 knots; seas 3-4 ft.**

UNCLASSIFIED//FOR OFFICIAL USE ONLY

HCG043-008490

UNCLASSIFIED//FOR OFFICIAL USE ONLY

- **Transportation Security Administration (TSA)**
  - o TSA continues to monitor the situation for any potential impact to transportation.

- **Customs and Border Protection (CBP)**
  - o Office of Field Operations (OFO) continues to assist in entry of emergency equipment for clean-up efforts.
  - o Office of Air and Marine (OAM) providing 2 P-3 Airborne Early Warning (AEW) wide area surveillance aircraft, to provide advisory information to spotter and tanker aircraft conducting spraying operations.

## Critical Infrastructure Key Resources (CIKR)
- National Infrastructure Coordinating Center (NICC)
  - o FDA working on providing states a protocol for reopening of Federal waters; protocol is with NOAA for clearance.
  - o FDA to deploy mobile chemistry lab to Florida Department of Agriculture.

## State and Local Agencies
- Louisiana, Mississippi, Alabama, Texas and Florida communicating daily with DHS.

## National Operations Center
- Current Posture: Phase 2 – Concern; Crisis Action Team activated.
- **The next SLB is scheduled for 0600 EDT 14 May.**

UNCLASSIFIED//FOR OFFICIAL USE ONLY

HCGD43-008491

FOR INTERNAL USE ONLY
**UNIFIED AREA COMMAND EXTERNAL AFFAIRS SUMMARY**
**FRIDAY, MAY 14**

## DISPERSANTS

There is a list of dispersants authorized for use as part of what is called the "National Contingency Plan Product Schedule" which is overseen by EPA. The dispersant being used on-site at the BP spill is on that approved list.

There are two ways dispersants can be used: (1) on the water's surface, dropped by planes and (2) below the water's surface, through injections using remote-control devices (sub-surface).

- When this crisis occurred, Coast Guard and EPA gave BP immediate authorization to move forward with the use of this approved dispersant on the affected water's surface in an effort to mitigate the impact of the spill.

- This authorization included specific conditions to ensure the protection of the health of residents in the affected areas and the environment.

- With our approval, BP continues to use this dispersant on the surface of the water (BP will have to provide further information about how effective the dispersant has been).

The Coast Guard and EPA also authorized BP to conduct three tests of a novel approach to use this dispersant sub-surface, at the source of the leak. The tests were done to determine if the dispersant would be effective in breaking up the oil and helping to control the leaks, as well as to monitor any adverse effects this tactic may have on the environment.

- We are awaiting from BP the complete results of the tests.

- No further use of the dispersant sub-surface will take place until the results of these tests are provided to us and reviewed.

- If the tests demonstrate that the sub-surface dispersant was effective, we may authorize its use along with ongoing monitoring of its effects on the environment.

- We also reserve the right to withdraw our approval of its use sub-surface at any time if we determine that the negative impacts on the environment outweigh the benefits.

The federal government is constantly monitoring air quality in the area to ensure that nearby residents are informed and protected. EPA is conducting air monitoring through the use of aircraft as well as fixed and mobile air monitoring stations on land, and our procedure are regularly reevaluated so we can make any necessary adjustments. EPA has

HCG043-008492

a dedicated Web site providing daily updates of its air monitoring data
(www.epa.gov/bpspill).

At any time, we reserve the right to stop BP from continuing to use the dispersant on the
water's surface if we determine air quality is being adversely affected.

## TOP HAT

- BP will attempt to install a "top hat" dome over the main source of the leak. The "top hat" is a smaller containment dome, designed to mitigate the formation of hydrates, which prevented the success of the first containment dome.

- We said from the beginning that there is no silver bullet to stop this leak. We were moving forward from the beginning under the assumption this tactic may not be successful.

- BP will continue to drill the relief well to permanently stop the leak.

- BP and industry partners have a team of experts from across the private sector working around the clock in Houston with one responsibility: discover alternative solutions to permanently stop this leak.

- DOI Secretary Ken Salazar dispatched U.S. Geological Service Director Marcia McNutt to oversee this process.

- On May 12, at the request of the President, Secretary Salazar and Secretary Chu traveled to Houston to participate in meetings with DOE and national lab staff, industry officials and other engineers and scientists involved in finding solutions to cap the flow of oil and contain the spill.

- Secretary Salazar and Secretary Chu conferred at the BP Command Center in Houston with teams of federal and industry scientists and engineers who are using cutting-edge technological resources and innovative ideas to find solutions to containing the oil spill and protecting Gulf Coast communities.

- They will continue to work hard to provide BP with alternative ideas.

## BOOM

- As of the end of May 13, over X.X million feet of boom deployed and nearly X million feet available that will continue to be strategically deployed.

- We continue to work to identify additional sources of boom for delivery.

- The Coast Guard is aggressively overseeing BP efforts to ensure the appropriate type of boom is available for approved deployments as dictated by this dynamic situation.

- The Unified Command will continue to work with state, local and community leadership to ensure that needs are met and that appropriate steps are taken to stop the source of the leak, mitigate the spill and deploy the necessary resources in the Gulf.

*If asked about boom shortage:*
"As of last night there was over XX million feet of boom deployed and nearly X million feet available that will continue to be strategically deployed. The Unified Command is aggressively overseeing BP efforts to ensure the appropriate type of boom is available for approved deployments as dictated by this dynamic situation. The Coast Guard will continue to work with state, local, and community leadership to ensure that needs are met and urge BP to take the appropriate steps to stop the source of the leak, mitigate the spill and deploy the necessary resources in the gulf."

**THURSDAY, MAY 13 STATISTICS**
Total response vessels: 526
Containment Boom deployed: over 1.1 million feet
Containment boom available: over 300,000 feet
Sorbent boom deployed: over 320,000 feet
Sorbent boom available: over 850,000 feet
Boom deployed: over 1.4 million feet (regular plus sorbent and fire boom)
Boom available: over 1 million feet (regular plus sorbent and boom)
Oily water recovered: more than 5 million gallons
Dispersant used: over 475,000 gallons
Dispersant available: more than 215,000 gallons
Overall personnel responding: more than 13,000

**FRIDAY, MAY 14 EVENTS**

| | |
|---|---|
| 0815 | Governors' teleconference – ADM Allen and Watson |
| 0900 | Admiral Allen will participate in a media availability at Dauphin Island |
| 1100 | Governor Jindal, Senators Landrieu and Vitter (LA), and Congressman Scalise (LA) press conference in Slidell, LA |
| 1300 | Senate Homeland Security Staff visit to Robert UAC |
| 1400 | Local Official's teleconference – CAPT Hanzalik |
| 1400 | Congressional teleconference |
| 1400 | RADM Landry and BP Suttles will participate in a media availability |
| 1400 | ADM Allen will participate in media availability in Biloxi |
| 1500 | Florida Attorney General McCollum briefing/tour of St. Petersburg ICP |
| TBD | Representative Miller visit to USCG Station Destin |
| TBD | Baldwin County, AL (14) mayors to visit Mobile ICP |

**METRICS**

- 18,746 Facebook followers the Deepwater Horizon Response Facebook page.
- Twitter has 3,796 followers.

HCG043-008494

- The www.deepwaterhorizonresponse.com site has over 19 million hits since it was initiated.
- Top Topics via website:
  - Jobs
  - Dispersant
  - Vessels of Opportunity
  - X fact sheet; X media advisories; X press releases; X image releases, XX images uploaded and X videos were posted.

## THURSDAY, MAY 13 EVENTS
### Engagement with Government Officials
- Governors' Call: Governors Barbour, Jindal, Perry, and Riley participated:
  - Monica Medina of NOAA provided an update on observations trajectory projections, and fisheries closures
  - ADM Watson, UAC Robert provided an update on response operations, including leak stabilization activities
  - EPA Administrator Jackson provided an update on subsea dispersant testing
  - FWS Deputy Asst. Secretary Sobeck provided an update on wildlife impacts
- Governor Riley met with CPTN Poulin at Mobile IPC
- Governor Jindal and local government official conducted overflight of St. Mary Parish and held press conference
- Governor Jindal call with USACE Colonel Lee regarding dredging proposal.
- Local Official's teleconference - ADM Watson briefed
- Congressional teleconference - Questions received from Speaker Pelosi (CA), Senator Landrieu (LA), Congressman Bilirakis (FL), and Senate Appropriations Committee staff
- NOAA Asst. Secretary Larry Robinson and Asst. Administrator David Kennedy visited Mobile ICP
- DOI Asst. Secretary and COS Strickland visited Mobile IPC
- MS National Guard visit to Mobile IPC - Colonels Smith, Bryan, and Smithson
- National Geospatial-Intelligence Agency (NGA) Directors visited Houma ICP
- EPA Assistant Administrator Stanislaur, Solid Waste Emergency Response, and EPA Senior Advisor Garcia, Environmental Justice, toured the Houma ICP and met with imbedded EPA staff.
- Town hall meetings held in Port Sulphur and Dulac - CAPT Stanton (Port Sulphur) and CDR Cooper (Dulac) attended.
- LA State Senator A.G. Crowe made an impromptu visit to Robert ICP and met with BP and RADM Watson.

## FUTURE EVENTS AND ISSUES
### Friday, May 14
TBD            Senate Homeland Security Staff visit

| TBD | Representative Miller visit to CG STA Destin |
| TBD | Ms. Birnbaum, MMS Director visit to UAC Robert |

**Saturday, May 15**

| TBD | Congressman Melancon (LA) overflight |
| TBD | DOI visit UAC Robert |

**Monday, May 17**

| 1430 | Congressman Meek (Florida) visit to Mobile ICP |

**June**

| TBD | House Natural Resources STAFFDEL |

HCG043-008496

# EVENT SUMMARY

**BP Oil Spill 6866**                                This report was printed on Thursday, May 13, 2010

| Bodily Injury | | Property Damage | |
|---|---|---|---|
| Number Of Claim : 72 | | Number Of Claim : 8160 | |
| Total Reserve $36,000.00 | Total Paid $0.00 | Total Reserve $53,327,480.20 | Total Paid $5,348,558.33 |
| Number Of Open Files 72 | Number Of Closed Files 0 | Number Of Open Files 8160 | Number Of Closed Files 0 |
| Number Of Denied Files 0 | | No Of Denied Files 0 | |

| Type | Claim | Count | Open | Closed | Denied |
|---|---|---|---|---|---|
| PD | Animals | 16 | 15 | 1 | 0 |
| PD | Boat | 72 | 72 | 0 | 0 |
| PD | Commercial - Glass | 2 | 2 | 0 | 0 |
| PD | Commercial - LOI | 649 | 649 | 0 | 0 |
| PD | Commercial - Structural | 1 | 1 | 0 | 0 |
| PD | Home - Ext | 1 | 1 | 0 | 0 |
| PD | Wage Loss | 2883 | 2883 | 0 | 0 |
| PD | Other PD | 11 | 11 | 0 | 0 |
| PD | Personal Property | 15 | 15 | 0 | 0 |
| BI | Eye Irritation | 9 | 9 | 0 | 0 |
| BI | Headaches | 34 | 34 | 0 | 0 |
| BI | Nausea | 21 | 21 | 0 | 0 |
| BI | Respiratory | 25 | 25 | 0 | 0 |
| BI | Skin Irritation | 7 | 7 | 0 | 0 |
| BI | Sprain / Strain | 1 | 1 | 0 | 0 |
| BI | Throat Irritation | 4 | 4 | 0 | 0 |
| PD | SUV/Truck | 1 | 1 | 0 | 0 |
| PD | Swimming pool | 1 | 1 | 0 | 0 |
| PD | Biz interruption | 130 | 130 | 0 | 0 |
| PD | Shrimper - LOI | 1498 | 1498 | 0 | 0 |
| PD | Fisherman - LOI | 1553 | 1553 | 0 | 0 |
| BI | Allergies | 1 | 1 | 0 | 0 |
| PD | Oyster Harvester - LOI | 639 | 639 | 0 | 0 |
| PD | Crabber - LOI | 460 | 460 | 0 | 0 |
| BI | Hot Flashes | 2 | 2 | 0 | 0 |
| PD | Loss of Use | 13 | 13 | 0 | 0 |
| PD | Recreational Fisherman | 16 | 16 | 0 | 0 |
| PD | Wholesale Distributor | 62 | 62 | 0 | 0 |
| PD | Rental Property - LOI | 590 | 590 | 0 | 0 |
| PD | Maintenance Co - LOI | 6 | 6 | 0 | 0 |
| PD | Seafood Processor - LOI | 108 | 108 | 0 | 0 |
| PD | Charters - LOI | 271 | 271 | 0 | 0 |
| PD | Restaurant - LOI | 29 | 29 | 0 | 0 |

(C) Ace Insurance

# EVENT SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| PD | Manufacturing - LOI | 2 | 2 | 0 | 0 |
| PD | Marine Repair - LOI | 8 | 8 | 0 | 0 |
| PD | Real Estate Sales - LOI | 18 | 18 | 0 | 0 |
| PD | Cities | 1 | 1 | 0 | 0 |

> **The Bodily Injury numbers represent the specific medical symptoms reported. Any one claimant may have logged more than one symptom. The same is true for Property Damage.**

(C) Ace Insurance

HCG043-008498

FOR OFFICIAL USE ONLY

**Deputies Committee Meeting- Deepwater Horizon**
**Friday, May 14, 2010 (1230-1400) – White House, Situation Room**

**I.     Introduction/Objectives:**
- Update Deputies Committee on current status on the Deepwater Horizon incident.
- Align USG strategy for ongoing spill response and recovery activities.

**II.     Situation Update:** RADM Salerno will provide the current situation (NIC Brief).

**III.     Response Coordination:**
- BP (Unified Area Command) Response Plan: Refer to Tab 1-C of the briefing binder for the current response plan.
- United States Government Coordination:
  - Interagency Solutions Workgroup: The National Incident Command Team (NIC Team) has stood up a single Interagency Solutions Workgroup (ISWG) led by Assistant Secretary Juliette Kayyem. The workgroup is embedded in the NIC DC at USCG Headquarters, and has representation from 13 agencies including: DHS (USCG, HITRAC, FEMA), DOD, DOC (NMFS, NOAA), DOI (MMS, OEPC), EPA, USDA, DOT (MARAD), and DOL (OSHA).
- Augmentation of Resources: NTR
- Contingency Planning:
  - Alternative Response Technologies (ART) review process from the NIC: A formal review process for ART suggestions has been established (Attachment 1). Submissions are made through www.deepwaterhorizonresponse.com by visiting More Info > Contact Us > Submit An Alternative Technology/Suggestion. Phone suggestions may be accepted (281.366.5511), however callers will be sent a form for submission. To date, approximately 5,000 proposals have been submitted. EPA has an additional website for submissions at http://www.epa.gov/bpspill/techsolution.html, with particular focus on chemical countermeasures. Submissions to this site are forwarded to the Deepwater Horizon process.
  - State of Louisiana/Plaquemines Parish Dredging Proposal (Barrier Island): The ISWG participated in a conference call on 12 May regarding a proposal submitted by the State of Louisiana, endorsed by Plaquemines Parish, to quickly design and implement a temporary 86 mile long (6 ft high x 200 ft wide) Barrier Island berm. The Army Corp of Engineers provided a briefing for USCG, EPA, NOAA, and DOI on the initial permit application review process on 11 May. ISWG Info Paper attached.
- Claims Process: NTR
- Other Issues
  - Description of Adaptive Management Plan for Dispersant Application: BP is authorized to continue use of surface dispersants. Conditional authorization has also been given to conduct subsea dispersant tests at the source of the spill, with each subsea application thoroughly monitored. Test results are analyzed and appropriate adjustments are made before further subsea dispersants are applied. This cycle of testing, analyzing, adjusting, and re-testing will continue until it is determined no further benefit can be gained. Due to the experimental nature of this process a simple "go/no-go" criteria cannot be made.
  - Marine Board of Investigation – Hearing Brief Deepwater Horizon:

Prepared by the National Incident Command                         May 14, 2010

FOR OFFICIAL USE ONLY

HCG043-008499

FOR OFFICIAL USE ONLY

- The first of four public hearings was held 5/11-5/12 on SAR Operations and Governmental Oversight of OCS Activities.
- Schedule of remaining hearings:
  - 2nd Hearing – 5/25-5/29 – Vessel/Drilling Operation, Casualty, Corporate Culture & Decision-making
  - 3rd Hearing – Date TBD, but will occur post BOP recovery – Vessel/Drilling Operation, Casualty, Corporate Culture & Decision-making
  - 4th Hearing: Date TBD – Expert Testimonies

## IV.      Readout from Policy Workgroups:

- Economic Assistance (DPC/OMB): NTR
- Legal (DOJ/DHS/WH Counsel): NTR
- Intergovernmental/Congressional (DHS/IGA): See Attachment 2
- Economic Analysis (NEC/OECC):
  - Marine Transportation System Recovery Units (MTSRU):  As a component of the Incident Command System, the Coast Guard established a MTSRU at each Sector or major port region. MTSRUs track and report the status of the MTS, understand critical recovery pathways, and recommend courses of actions to the Unified Command with recommended priorities for MTS recovery.
    - Regarding the Deepwater Horizon incident, MTSRUs have been established at the Area Command Post in Robert, LA, and other Gulf ports in the region.
    - The MTSRUs provide daily updates to the NIC.
    - Representatives from the CG Office of Port and Facility Activities briefed members of the White House Domestic Policy Council, National Economic Council, and OMB on 12 May regarding MTSRU roles and responsibilities. Mrs. Juliette Kayyem, Assistant Secretary for Intergovernmental Programs, was also in attendance.
- Environmental Analysis (EPA/CEP): NTR
- Interim Safety Measures (DOI/OECC): NTR
- Long-Term Recovery (DPC/OMB): NTR

## ATTACHMENTS:

- Deepwater Horizon Response ART Review Process Flow Chart
- ISWG Info Paper on Barrier Island Proposal
- ISWG Legislative Affairs Update (also provided by Mrs. Kayyem SEPCOR)
- ISWG Intergovernmental Affairs Update (also provided by Mrs. Kayyem SEPCOR)

**Contact:**  CDR Casey White, NIC DC Deputy Chief of Staff, (202) 372-1710, Casey.J.White@uscg.mil

Prepared by the National Incident Command                                         May 14, 2010

FOR OFFICIAL USE ONLY

**FOR OFFICIAL USE ONLY**

Attachment 1



HCG043-008501

**Interagency Solutions Group discussion of Louisiana proposal for dredging**
**Recommendation and Issues Raised**
**2:37PM, 5/13/2010**

## Summary:

The LA Coastal Protection and Restoration Authority proposes a massive berm construction project involving pipeline dredging of over 72M cu yds of fill material to enhance and reconnect barrier islands as an oil spill defensive technique.  The proposal is conceptual in nature, making rapid analysis challenging without detail and information on cost, constructability, and potential environmental impact.  Further, this would be an enormous undertaking under emergency authorities of the Federal On-Scene Coordinator using a technique that is not a planned response technique and may not achieve the desired results in a sufficiently timely manner. The following are agencies involved and considerations provided within the context of the NIC Interagency Solutions Group.

### Contributing Agencies:
- USCG
- EPA
- NOAA
- DOI
- USACE
- DOT
- USDA
- FEMA

### Feasibility:
1) **Oil Response Timeliness:** Untested response technology, concern about long duration of construction versus rapid oil movement, particularly consideration of oil impacts prior to and during construction.  Duration is not specified, but likely extends multiple months following mobilization.
2) **Effort  vs. Benefit:** Time and level of effort for the response organization versus value added.  Example: $250M expenditures for unknown oil protection and temporary barrier island protection.
3) **Cost:** Implementation of $250M considers construction, not efficacy and effects monitoring, removal of contaminated materials, or final disposition costs. Unclear if this project is cost effective for the questionable temporary protection.
4) **Land Ownership:** Ownership by both private and federal (USFWS Refuge) lands add complexity.

### Constructability:
1) **Durability:** This is purely a temporary and untested solution and may be ineffective. The proposal does not include engineering for a permanent solution.
2) **Lost use of Sand and Gravel:** At least 72M cu yds of dredge materials is needed... this proposal exceeds past projects by orders of magnitude.  This proposed volume may simply not be available.  Further, several proposed borrow sites are already slated for

HCG043-008502

competing projects and will be lost for long-term proposals. Involved equipment and borrow materials could substantially impact the coastal restoration plans in Gulf states.

3) **Equipment:** Availability of appropriate dredging equipment will pose challenges, particularly without Jones Act waivers for use of non-US flagged vessels.
4) **Hurricane Season:** Storms pose potential conflict with schedule and efficacy of project.
5) **Pipeline Infrastructure:** Oil and gas pipeline setbacks may interfere with quick access to available borrow sites and rapid implementation.

## Environmental:

1) **Consultations:** Emergency consultations and coordination under Fish and Wildlife Coordination Act, Endangered Species Act, Magnuson-Stevens Fishery Conservation and Management Act (Essential Fish Habitat), National Historic Preservation Act, Coastal Barrier Resources Act, Coastal Zone Management Act may be necessary. The National Contingency Plan and OSC coordination addresses NEPA issues through equivalent processes and provides administrative exemptions for emergency actions.
2) **Seasonality:** Environmental concerns have produced specified dredging periods based on sensitive species. This is a highly important period for bird and sea turtle nesting in the project area.

Prepared by the National Incident Command

May 14, 2010

HCG043-008503

**<u>Legislative Affairs Update</u>**

<u>Concerns from the Congressional Hearings this week</u>
- Liability – Members wanted assurances from BP that they would pay claims
- Prevention – need to review and put in place system to prevent future problems
- BP's emergency response plan
- BP's corporate culture and history of accidents and safety lapses
- Limited access and supply of boom
- Impact of spill on wildlife
- MMS Corruption

<u>Concerns from the Daily Congressional Calls</u>
- Status of subsea dispersant testing
- NOAA's fisheries notices – effects on local economy
- Are permits for new drilling rigs being issued?
- Availability and amount of boom
- Containment Dome – why it did not work and what is next

<u>Pending legislation</u>
**President's Legislative Package**: Ensure that the Administration can continue assisting BP with the response to the oil spill and help the individuals and committees affected by the oil spill.  The Package does the following:
- Permit USCG to obtain advances of up to $100 million from the Oil Spill Liability Trust Fund
- Raising the liability caps from $1 billion to $1.5 billion on natural resource damage assessments and $500 to $750 million for claims
- Increase the tax to finance the Oil Spill Liability Trust Fund from 8 cents to 9 cents per barrel
- $2 million to FDA to monitor and respond to impact of oil on seafood from the gulf
- $29 million for Interior for additional inspections, enforcement, and studies for off shore oil exploration
- $2 million for EPA and $5 million for NOAA for environmental studies
- Provides for unemployment assistance, nutrition assistance and employment assistance for individuals affected by the oil spill.
- Provide assistance to communities with a $5 million for grants to state, local, and non-profit entities, $15 million to provide compensation to fisherman who have lost their earnings, and the SBA will make low-interest loans with generous forbearance options.

**Kerry/Lieberman Energy reform and Climate Change Bill**: While offshore drilling remains a cornerstone of the bill, the introduced legislation allows for state officials to restrict drilling within 75 miles off their coastline.

Prepared by the National Incident Command                          May 14, 2010

HCG043-008504

## Intergovernmental Affairs Update

Intergovernmental Engagement

The interagency has taken a multi-faceted approach to reaching out to state and local officials:

- Separate daily conference calls with Governors and locals. (Facilitated by the White House)
- Daily updates of the ongoing operations and spill trajectory via email from the Unified Area Command to state and local officials
- Dedicated government affairs staff and telephone lines at all three Joint Command Posts, as well as the Unified Area Command
- Direct outreach from Admiral Allen (NIC) Admiral Neffenger (Deputy NIC), Admiral Landry (Area Commander) on response efforts
- Roundtable meetings with senior administration officials and stakeholders in the region

Interagency Coordination

Interagency coordination takes place at each level of command in this incident.

- Within the NIC, the Interagency Solutions Group (IASG) is tasked with devising solutions that represent the whole of government for issues that reside outside of the immediate response efforts.
- The IASG is purposefully modeled after the subcommittees formed under the Deepwater Horizon Deputies' Committee and includes representatives from 17 federal departments/agencies: DHS (USCG, FEMA), DOD, DOC (NMFS, NOAA), DOI (MMS, OEPC), EPA, USDA, DOT (MARAD), DOL (OSHA), and the US Army Corps of Engineers. The goal is to provide transparency of ongoing operations to the Deputies' Committee subcommittees.
- Requests for information and policy proposals not rising to the level of Deputies' Committee should be submitted to the IASG. The IASG provides Open and continuous transparency for each agency with respect to NIC activities, plans, strategies and request for information. Examples of these issues include: the long term impact of dispersants, marine transportation system recovery, metrics for measuring the response, claims and claims management, and labor issues.

Issues Raised

- The Parish Presidents and Governors have been pushing for an expansion of boom deployment beyond what is called for in the Area Contingency Plans.
  - The UAC has been working through these requests as they arise, but they have the potential to become powder kegs as the requests drift further and further away from the pre-approved plans.
  - These requests typically include deployment of boom outside of the previously identified areas, double, or triple booming of sensitive areas, but have recently gone on to call for alternative response methodologies such as dredging, sand bagging and the construction of barrier islands.
- Several of the Governors have complained that BP has outsourced jobs and procurement from outside of the region.

Prepared by the National Incident Command                                    May 14, 2010

HCG043-008505

- State and local officials have called for more information on claims and other forms of remediation for themselves and their constituencies. These concerns run the full gambit from loss of employment to habitat restoration to reimbursement for lost tax revenue.
- For the most part, local officials want to know how and when the spill will affect their jurisdiction. This has been a challenge given the inherent uncertainty of oil spill trajectory for a spill this far off-shore.

**Contact:** A/S Juliette Kayyem, Juliette.Kayyem@hq.dhs.gov & CDR Tim Tobiasz, Timothy.A.Tobiasz@uscg.dhs.gov

HCG043-008506



Deepwater Horizon (MC-252) - Situation Status Map
5/12/2010 1800 Hrs

For Official Use Only

HCG043-008507

Deepwater Horizon (MC-252) - Louisiana Branch Booming Operations Map

For Official Use Only



Deepwater Horizon (MC-252) - Mississippi Branch Booming Operations Map

For Official Use Only

Deepwater Horizon (MC-252) - Alabama Branch Booming Operations Map

For Official Use Only

HCG043-000510

Deepwater Horizon (MC-252) - Florida Branch Booming Operations Map
5/12/2010 0600 Hrs

For Official Use Only

HCG043-008511



# Shoreline Impact Outlook
Prepared Thursday, May 13, 2010

This map delineates threatened shorelines for the period of May 15-18. Winds are forecast to have a Southeast component this week.  Because of the continuous leak at the source, there is potential to impact areas multiple times. Scattered tarballs which are not observable from overnight may impact shorelines ahead of the indicated dates. Forecasting beyond three days has greater uncertainty as to potential impacts.

FOR INTERNAL USE ONLY

Louisiana

Mississippi

Alabama

Florida

Atchafalaya Bay

Saturday - Tuesday

Barataria Bay

Breton Sound

Chandeleur Sound

Sunday - Tuesday

Friday - Saturday

Gulfport

Bay St. Louis

Mississippi Sound

Pascagoula

Mobile Bay

Mobile

Pensacola

0    30    60    120

Miles



# Oil Spill Extent - 14May10
## Gulf of Mexico

UNCLASSIFIED//FOUO

Produced by
The National
Incident Command
14May2010 0500L

HCG043-00853

Approximate Oil Locations

NO DOCUMENT
The most recent version of this NOAA document is dated 06 May 2010
This document is no longer being provided on the NOAA website
NIC will work with NOAA to re-establish graphic production

0500, 13 MAY 2010                                    Produced by the National Incident Command

HCG043-008514

# Trajectory Forecast
# Mississippi Canyon 252

**NOAA/NOS/OR&R**
Estimate for: 1800 CDT, Friday, 5/14/10
Date Prepared: 2000 CDT, Thursday, 5/13/10

This forecast is based on the NWS spot forecast from Thursday, May 13 PM. Currents were obtained from several models (NOAA Gulf of Mexico, West Florida Shelf/USF, Texas A&M/TGLO, NAVO/NRL) and HFR measurements. The model was initialized from Thursday morning satellite imagery analysis (NOAA/NESDIS), afternoon aerial imagery (Transport Canada), and overflight observations. The leading edge may contain tarballs that are not readily observable from the imagery (hence not included in the model initialization). Oil near bay inlets could be brought into that bay by local tidal currents.



Forecast location for oil on 14May-10 at 1800 CDT

Mississippi Canyon 252
Incident Location

Onshore winds (currently SE 10-15 kts) are forecast to persist at about 10 kts throughout the weekend. The Mississippi Delta, Breton Sound, the Chandeleur Islands and areas directly north have a potential for shoreline contacts throughout the forecast period. Very little oil was observed west of the Delta today on overflights; aerial imagery obtained this afternoon indicates the leading edge is no further west than Terrebonne Bay.

**Trajectory**
☐ Uncertainty
☐ Light
▨ Medium
■ Heavy
✕ Potential beached oil

Next Forecast:
May 14th PM

this scale bar shows the meaning of the distribution terms at the current time

HCG043-008515

# Trajectory Forecast
# Mississippi Canyon 252

**NOAA/NOS/OR&R**

Estimate for: 1800 CDT, Saturday, 5/15/10
Date Prepared: 2000 CDT, Thursday, 5/13/10

This forecast is based on the NWS spot forecast from Thursday, May 13 PM. Currents were obtained from several models (NOAA Gulf of Mexico, West Florida Shelf/USF, Texas A&M/TGLO, NAVO/NRL) and HFR measurements. The model was initialized from Thursday morning satellite imagery analysis (NOAA/NESDIS), afternoon aerial imagery (Transport Canada), and overflight observations. The leading edge may contain tarballs that are not readily observable from the imagery (hence not included in the model initialization). Oil near bay inlets could be brought into that bay by local tidal currents.



Forecast location for oil on 15-May-10 at 1800 CDT

Mississippi Canyon 252 Incident Location

Onshore winds (currently SE 10-15 kts) are forecast to persist at about 10 kts throughout the weekend. The Mississippi Delta, Breton Sound, the Chandeleur Islands and areas directly north have a potential for shoreline contacts throughout the forecast period. Very little oil was observed west of the Delta today on overflights; aerial imagery obtained this afternoon indicates the leading edge is no further west than Terrebonne Bay.

**Trajectory**
☐ Uncertainty
☐ Light
▨ Medium
■ Heavy
✕ Potential beached oil

this scale bar shows the meaning of the distribution terms at the current time

Next Forecast:
May 14th PM

# Trajectory Forecast
# Mississippi Canyon 252

**NOAA/NOS/OR&R**

Estimate for: 1800 CDT, Sunday, 5/16/10
Date Prepared: 2000 CDT, Thursday, 5/13/10

This forecast is based on the NWS spot forecast from Thursday, May 13 PM. Currents were obtained from several models (NOAA Gulf of Mexico, West Florida Shelf/USF, Texas A&M/TGLO, NAVO/NRL) and HFR measurements. The model was initialized from Thursday morning satellite imagery analysis (NOAA/NESDIS), afternoon aerial imagery (Transport Canada), and overflight observations. The leading edge may contain tarballs that are not readily observable from the imagery (hence not included in the model initialization). Oil near bay inlets could be brought into that bay by local tidal currents.



Forecast location for oil
on 16-May-10 at 1800 CDT

Mississippi Canyon 252
Incident Location

0  20  40  80
Miles

**Trajectory**
- □ Uncertainty
- Light
- Medium
- ■ Heavy
- × Potential beached oil

Onshore winds (currently SE 10-15 kts) are forecast to persist at about 10 kts throughout the weekend. The Mississippi Delta, Breton Sound, the Chandeleur Islands and areas directly north have a potential for shoreline contacts throughout the forecast period. Very little oil was observed west of the Delta today on overflights; aerial imagery obtained this afternoon indicates the leading edge is no further west than Terrebonne Bay.

Next
Forecast:
May 14th PM

this scale bar shows the meaning of the distribution terms at the current time

HCG043-008517



# Environmentally Sensitive Areas
## Southeast Louisiana Coast

UNCLASSIFIED//FOUO

Gulf of Mexico

Blind Bay

Freemason Island

Chandeleur Island

Dauphin Island

Fort Morgan

0   5   10   20
Nautical Miles

### Environmental Management Areas
- Confirmed
- Reported
- USCG Sector
- Maritime Shipping Lanes
- Aquaculture
- Archeologic Site
- Beach
- Critical Habitat
- Indian Reservation
- Managed Area
- Multiple Resources
- Marine Sanctuary
- National Conservancy
- National Park
- State Park
- Scenic River
- Wildlife Refuge

### Environmental Sensitivity Area
- Salt and brackish water marsh
- Freshwater marsh
- Swamp
- Scrub-shrub wetland
- Exposed tidal flat
- Sheltered tidal flat
- Hypersalina Tidal Flat

Produced by
The National
Incident Command
14 MAY 2010 0500L

Data Source: Environmental Sensitivity Index (ESI) - Research Planning, Inc.
Homeland Security Infrastructure Program 2010

HCG043-000518

# EXPERIMENTAL MARINE POLLUTION SURVEILLANCE REPORT

 

Analysis Provided by: The National Oceans and Atmospheric Administration National Environmental Satellite, Data and Information Service (NOAA NESDIS)

REPORT DATE: May 13, 2010
REPORT TIME: 05/14 0135Z (05/13 2135 CDT)
ANALYST: EVANS

DATA SOURCE: CosmoSkymed-2
MODE: ScanSAR VV
RESOLUTION: 30 Meters
IMAGE DATE/TIME: 05/13/2010 2345Z (1845 CDT)

## Legend

Anomaly

Location of Deepwater Horizon Platform:
[28°44'12" N/88°23'14" W]

## REMARKS

The latest Cosmo Skymed image shows a large oil slick mainly to the north and east of the spill site. Oil may exist further east however the edge of the image cuts off near 88°W. Smaller slicks are observed to the north of the main oil slick near the Chandeleur Islands

This is an experimental product of the Satellite Analysis Branch and not operationally maintained. It will/will not be used to make it available in a timely manner.



# The White House Blog

## The Ongoing Administration-Wide Response to the Deepwater BP Oil Spill

Posted by Heidi Avery on May 05, 2010 at 05:55 AM EDT

*Ed. Note: This post was updated on 5/13/10 at 9:16AM.*

Since the Deepwater Horizon explosion the night of April 20, federal authorities, both military and civilian, have been working onsite and around the clock to respond to and mitigate the impact of the resulting BP Oil Spill in the Gulf of Mexico.

We have compiled this chronology in the spirit of transparency so the American people can have a clear understanding of what their government has been and is doing to respond to the massive and potentially unprecedented environmental disaster.

*Heidi Avery is White House Deputy Homeland Security Advisor*

### NIGHT OF TUESDAY, APRIL 20

#### Search and Rescue

The U.S. government response to the BP Oil Spill began immediately after the explosion on the night of April 20 as an emergency search-and-rescue mission. At approximately 10:30 p.m. that night, notification was received that Mobile Offshore Drilling Unit (MODU) Deepwater Horizon had exploded and was on fire. The rig was located 45 miles southeast of Venice, La.

#### Establish Command Center to Address Potential Environmental Impacts

Concurrently, the administration also quickly establishes a command center on the Gulf Coast to address the potential environmental impact of the event and to coordinate with all state and local governments. Since this point, the administration has continuously anticipated and planned for a worst-case scenario.

#### NOAA Mobilizes to Provide Trajectory Support

The National Oceanic and Atmospheric Administration (NOAA) mobilizes within three hours of the explosion and started to provide trajectory support and coordinated scientific weather and biological response services. The NOAA weather forecast office in Slidell, La., also provided weather information to the Coast Guard at its request shortly after the explosion to support initial search-and-rescue operations.

HCG043-008520

## The President is Alerted

The President is alerted to the event and he begins actively monitoring the situation. At the time, it was known that 126 people were on the rig when the explosion occurred.

## Assets Deployed To Date

*Total response vessels: Two Coast Guard cutters*

*Total response aircraft: Four helicopters and one rescue plane*

## WEDNESDAY, APRIL 21

## Deputy Secretary of Interior David Hayes is Deployed to the Gulf Coast

The morning after the explosion, Secretary of the Interior Ken Salazar deployed Deputy Secretary David J. Hayes to the Gulf Coast to assist with coordination and response to the event, and provide hourly reports to Secretary Salazar and other administration officials.

## Interagency Coordination Begins Across the Government, Federal On-Scene Coordinator is Named and Regional Response Team is Stood Up

Interagency coordination begins immediately among federal partners—including the Coast Guard; the Departments of Homeland Security (DHS), Commerce (DOC), Interior (DOI); and the Environmental Protection Agency (EPA)—providing federal assets and overseeing BP's response. Pursuant to the National Contingency Plan, Rear Admiral Mary Landry was named the Federal On-Scene Coordinator and a Regional Response Team was stood up that included the U.S. Coast Guard, DHS, DOC/NOAA, DOI and the EPA, as well as state and local representatives. The Regional Response Team immediately began developing plans, providing technical advice and access to resources and equipment from its member agencies, and overseeing BP's response.

## The Administration Oversees BP's Response

The administration begins holding meetings and regular calls with BP leadership to discuss BP's response effort, as well as federal oversight and support, and urged BP to leverage additional assets to help respond to this event.

## Interagency Joint DHS-DOI Investigation Begins

Secretary Salazar and Secretary Napolitano direct that a joint investigation begin into the cause of the event. The investigation, jointly led by the U.S. Coast Guard and the Minerals Management Service (MMS), are given subpoena power, will hold public hearings, and call witnesses. MMS and USCG begin interviewing rig personnel.

**National Park Service Plans Contingencies to Protect Vulnerable Parks Along Gulf Coast**

The National Parks Service (NPS) Spill Response Coordinator, Regional Emergency Services Coordinator, and Deputy Chief of Emergency Services begin strategic planning of contingencies to protect potentially vulnerable national parks along the Gulf Coast.

**MMS Establishes Ops Center and Deploys Staff to BP and Transocean Command Posts**

MMS establishes an Emergency Operations Center at its Gulf of Mexico Regional Office in New Orleans, and deployed employees to the BP Incident Command Post (ICP) and the Transocean ICP in Houston.

**NOAA Selects Scientific Support Coordinator and Deploys Him to USCG Command Post**

NOAA Environmental Scientist Charlie Henry arrive on site at the Coast Guard's Command Post in Morgan City, La., to serve as NOAA's Scientific Support Coordinator. NOAA issued the initial trajectory advice and began providing them twice daily.

**The President is Briefed**

The President monitors the response and is briefed throughout the day by the White House Situation Room

**Search and Rescue Continues**

Of the 126 total people on the rig at the time of the event, 115 crew members were accounted for. The Coast Guard continued to actively search for all 11 individuals still missing through the night, with multiple units, vessels and aircraft responding.

**Daily Response On-Site Press Briefing Begins**

The first in a daily series of press briefings was conducted between the Minerals Management Service (MMS), the Coast Guard, BP and Transocean.

HCG043-008522

07 May 2010  Fact Sheet

# Deepwater Horizon Oil Spill Fact Sheet
# Command Structure Chart and Authorities

- Under the Homeland Security Act of 2002, the Secretary of Homeland Security is "the focal point regarding natural and manmade crises and emergency planning." Under that Act and HSPD-5, the Secretary serves as the "principal federal official" for all domestic incidents, and therefore has overall responsibility for coordinating the Federal government's resources in response to and recovery from this Spill of National Significance (SONS). Her authority as principal federal official in this instance also includes oversight and coordination of the National Response Team (NRT) and all elements of the National Response System.

- The National Contingency Plan (NCP) sets forth the original framework and organizational structure for the Federal response to this oil spill. The National Response Framework (NRF), its Annexes, and the National Incident Management System (NIMS) provide "gap fillers" should issues not expressly addressed in the NCP arise during the response.

- Under the NCP, the 16 Federal interagency partners constituting the NRT monitor and evaluate reports from the Federal On-Scene Coordinator (FOSC) and:

  o Recommend actions to respond to the discharge or release;
  o Request other Federal, State, and local governments, or private agencies, to provide resources under their existing authorities to respond to a discharge or release, or to monitor response operations; and
  o Coordinate the supply of equipment, personnel, or technical advice to the affected region from other regions or districts.

- Under the NCP, the FOSC is the incident commander within the Unified Command, which includes representatives from the Responsible Parties, Federal, State and local governments. The Unified Command coordinates and directs the response efforts. This system implements the requirements of Federal law and executive orders relating to the NRF and the NIMS. A critical lesson learned from EXXON VALDEZ embodied in the NCP is that the FOSC is the incident commander, and the entire structure above the FOSC supports the incident commander's function.

- For a SONS incident in the coastal zones, the Secretary of Homeland Security or the Commandant of the Coast Guard may name a National Incident Commander (NIC). The Secretary has named Admiral Thad Allen as the NIC. Admiral Allen will assume the FOSC's responsibilities of communicating with affected parties and the public at the national level, and coordinating Federal, State, local, and international resources at the national level. The FOSC maintains all other authorities for response operations as directed in the NCP. The attached chart summarizes the Federal response organizational structure for this incident.

HCG043-008523



06 May 2010

Sheet 10

# Deepwater Horizon Oil Spill
# Federal Response Organizational Chart Roles & Responsibilities

## National Response Team (NRT)

- Provides national level interagency planning, coordination and policy support to assist the FOSC.
- Provides technical advice and access to resources and equipment from its member agencies.
- Coordinates the supply of equipment, personnel, or technical advice to the affected region from other regions or districts.
- Provides direct technical support and oversight of the RRTs.
- Requests other federal, state, and local governments, or private agencies, to provide resources under their existing authorities to combat a discharge or release, or to monitor response operations at the national level.
- Serves as a focal point for coordinating technical assistance teams organized to respond to government to government requests for international preparedness and response assistance.

## Regional Response Team (RRT)

- Evaluates regional and local responses to discharges or releases, considering available legal remedies, equipment readiness, and coordination among responsible public agencies and private organizations, and recommend improvements.
- Reviews FOSC actions to ensure that Regional & Area Contingency Plans are being followed and are effective.
- Recommends specific response actions to the FOSC.
- Approves alternative treatment methods if that option has not been preapproved.
- Requests other federal, state, or local governments, or private agencies, to provide resources under their existing authorities at the regional level.
- Submits pollution reports to the National Response Center (NRC) as significant developments occur.

## National Incident Commander (NIC)

- Serves as the primary point of contact for the Administration, Congress and Agency officials.  Ensures strategic coordination with the NRT, RRT, governors of affected states, other government agency representatives, and the Responsible Party.
- Provides national level communication and coordination during a Spill of National Significance.
- Coordinates national-level resource requests.
- Acts as the primary federal spokesperson representing the multi-agency response organization for media and public communication.
- Promotes collaboration and resolves interagency conflicts that arise at the national level.
- The NIC does not direct operations.

## Federal On Scene Coordinator (FOSC)

- Oversees the oil spill response effort and determines if the efforts are conducted in accordance with the National Contingency Plan (NCP) to protect public health and the environment.
- Coordinates all federal containment, removal, and disposal efforts and resources during an incident under the NCP.
- Directs response efforts and coordinates all other efforts at the scene of a discharge or release.
- Responsible for providing access to federal resources and technical assistance.
- Serves as the point of contact for coordination of federal efforts with the local response community.

HCG043-008524



06 May 2010                                                           Sheet 10

## Unified Area Command

- Sets overall strategies, objectives, priorities, allocates critical resources according to priorities, ensures incident is properly managed, and ensures objectives are met and strategies followed.
- Has overall responsibility for the strategic management of the incident by establishing Area Command strategic objectives and response priorities.
- Focuses primarily on strategic assistance and direction.

## Federal On Scene Coordinator Representative (FOSCR)

- Persons designated by EPA or CG FOSCs to act as their on-scene representatives and are adequately trained and prepared to carry out actions under the NCP, to the extent practicable.

HCG043-008525



05 May 2010

# NATIONAL INCIDENT COMMAND
# FACT SHEET

**The National Incident Commander**

- DHS Secretary Role Pursuant to HSPD-5, the Secretary always has cognizance over domestic incidents. The amount of governance the Secretary chooses to exercise is scalable to the scope of the event. Under the structure of HSPD-5, and through the Emergency Support Function (ESF) #10, the National Contingency Plan (NCP), 40 CFR 300, provides the response framework for an oil spill incident.

- The NCP gives the Commandant the authority to classify an oil spill as a Spill of National Significance (SONS) as a rare catastrophic oil spill event (based on factors including size, severity, or location) that captures the Nation's attention due to its actual damage or significant potential for adverse environmental impact.

- The NCP recognizes that there is a need for a strategic management framework led by a senior official designed to assist the FOSC in dealing with resource administration, government coordination, public relations and communications for a SONS. This senior official will **fill the role** for the FOSC **for specific, limited activities** related to **communications and coordination at the national level.**

- To fill this role, the NCP gives the Commandant the authority to name a National Incident Commander (NIC) that provides national level communication and coordination during a Spill of National Significance. The NIC does not direct operations and the FOSC continues to combat the spill.

- The roles and responsibilities for the NIC are
  - ➢ Augments the existing response organization.
  - ➢ Act as the primary federal spokesperson representing the multi-agency response organization for media and public communication.
  - ➢ Serve as the primary point of contact for the Administration, Congress and Agency Officials.
  - ➢ Ensure strategic coordination with the NRT, RRTs, the governors of affected states, other government and agency executives and the RP.
  - ➢ Maintain a common operating picture and situational awareness for the Coast Guard, DHS, and NRT.
  - ➢ Coordinate resources at a national level.
  - ➢ Promote collaboration and resolve any federal interagency conflicts that may arise at the national level by leveraging the relationship with the NRT.
  - ➢ The NIC shall not maintain other roles or responsibilities.
  - ➢ The NIC does not have Comprehensive Environmental Response Compensation and Liability Act (CERCLA) or the Oil Spill Liability Trust Fund (OSLTF) spending authority or the authority to exercise operational control over federal, state, territory, or UAC(s).

HCG043-008526

Prepared by the National Incident Command
Cleared for External Use

# NIC Organizational Chart

RM 3208

RM 3604

RM 3104

RM 3500

NIC ADM Allen

S-1

Director Interdepartmental ( Interagency )

Deputy NIC RDML Neffenger

NIC Hub TOC Watches

HCG043-008527

3 May 2010  Sheet 02

# OFFICE OF INCIDENT MANAGEMENT & PREPAREDNESS
## REGIONAL RESPONSE TEAMS (RRT)

**Regional Response Teams**

- The NCP, 40 CFR '300.115, describes the organization and responsibilities of the Regional Response Team (RRT).

- The RRTs are co-chaired by the Environmental Protection Agency and Coast Guard and charged with comparable policy-making and planning responsibilities. The RRTs are required to develop Regional Contingency Plans

- RRT planning and coordination role: the RRT provides oversight and consistency review for areas within a given region. This regional/area approach allows local area personnel to focus on specific issues such as risks, sensitive area prioritization, and response strategies that need to be tailored to a smaller, more manageable geographic scale.

- Regional Response Team membership includes representatives of the 16 NRT agencies at the regional level. State representatives are also included on the RRTs. As co-chair of the standing Regional Response Team, the Coast Guard District officer coordinates the Coast Guard's input to the Regional Plan.

  - ➢ RRTs can activate during specific incidents; if the incident is beyond an RRT's scope, it can in turn request National Response Team assistance. The Federal On-Scene Coordinator (FOSC) must consult the relevant RRT(s) to gain its approval before employing alternative treatment methods such as chemical countermeasures to respond to a spill if that option has not been preapproved.

**Regional Contingency Plan**

- The National Contingency Plan's (NCP) 40 CFR '300.210(b) requires development of a Regional Contingency Plan (RCP) to guide an On-Scene Coordinator in obtaining assistance within a region for incidents beyond a local plan's scope.

  - ➢ More than simply restating the material in the NCP, a thorough RCP enables an FOSC to implement the ACP and coordinate a multi-organizational response effort. RCP addresses:
    - Appropriate disposal site locations,
    - Assistance in making environmental damage assessments,
    - Coordination of waterfowl conservation efforts,
    - Identification and prioritization of natural resources requiring protection,
    - Forecasting services including weather, currents, and pollutant movement predictions,
    - Information on all potentially useful resources in the region from government, commercial, academic and other sources,
    - Coordination with state emergency response plans and Area Contingency Plans
    - Lines of demarcation between the inland and coastal zones as mutually agreed upon by USCG and EPA

HCG043-008528



06 May 2010                                                                 Fact Sheet

# Deepwater Horizon Oil Spill Fact Sheet
# Gulf Response Phone Numbers

**Joint Information Center (JIC) Contact Information:**

Media Information Line- (985) 902-5231/ (985) 902-5240
www.deepwaterhorizonresponse.com
Follow on Twitter: Oil_Spill_2010
Facebook: Deepwater Horizon Response

For Federal agencies that do not have a representative embedded at the JIC, please call the Media Information Line with any queries about the events happening on the ground in the Gulf. The NIC is in the process of establishing a dedicated number and email for such inquiries.

**Public Contact Numbers:**

Oil Report Line- (866) 448-5816: Rapid response teams are staged to deploy to shorelines affected by oil to evaluate and determine an appropriate clean-up effort to minimize the impact to the environment.

Volunteer Line- (866) 448-5816: When calling, people should communicate what they are volunteering for and what areas they are available to work in. In addition, people can call to learn about the training that is required to work in oil spill clean-up operations.

Wildlife Hotline- (866) 557-1401: BP has established a hotline to report oiled wildlife.

Claim Line- (800) 440-0858 (BP Claim line)
        (800) 280-7118 (NPFC/Oil Spill Liability Trust Fund Claim Line)

- BP has established a claim system and this 800 number for people to call. It is available 24 hours a day, 7 days a week.

- If your claim is denied or not settled within 90 days of submission, you may either file an action in court against the responsible party or present the claim to the National Pollution Funds Center (NPFC), who manages the Oil Spill Liability Trust Fund (OSLTF). If the NPFC believes the claim is a legitimate, qualifying cost, it will reimburse the you out of the OSLTF and seek recoupment from the responsible parties.

- The NPFC website (http://www.uscg.mil/npfc/Claims/default.asp) has additional information regarding the claims process, including the forms to make a claim and step-by-step instructions on how to fill out the forms.

Alternative response technology, services or products- (281) 366-5511: BP has set up a line for people to submit technical ideas to assist the Deepwater Horizon Response.

Prepared by DHS Office of the General Counsel
Cleared for External Use

HCG043-008529



3 May 2010

Sheet 03

# OIL SPILL LIABILITY TRUST FUND OR STAFFORD ACT FUNDING

UNCLAS/FOUO 29 APR 10

**Who Pays**
- OSLTF- Polluter pays for incident
- Stafford Act- Federal/States Governments pay for incident

**Purpose**
- OSLTF- Broad authority to directly fund response and compensation to an oil spill emergency in US waters.
- Stafford Act- Broad authority to provide federally funded assistance to the State when President Declares Disaster or Emergency

**Source**
- OSLTF- The Oil Spill Liability Trust Fund is supported by imposition of a per barrel tax on the Oil Industry
- Stafford Act- Stafford Act funds are provided by special appropriation from Congress using general tax revenues.

**Cost Share**
- OSLTF- Generally a Responsible Party (RP) must pay for all response costs and damages however RP liability may be limited. There is no state cost share
- Stafford Act- States may be responsible for 25% cost share of Stafford Act expenditures. There is no Responsible Party reimbursement.

**Claims**
- OSLTF- OSLTF Claims process requires claimant to submit to RP who has 90 days to pay – delays reimbursement
- Stafford Act- Stafford Act allows claimant to submit directly to FEMA – may expedite reimbursement

**Personal Injury**
- OSLTF- OSLTF does not compensate personal injury
- Stafford Act- Stafford Act may compensate personal injury

HCG043-008530

05 May 2010



Sheet 04

# COMPARISON OF LAWS/PROGRAMS DISASTER RELIEF

**Stafford Act**
- Trigger- Disaster or Emergency Declaration.
- Benefit- Broad authority to provide federally funded assistance to the State when the President declares Disaster or Emergency. Stafford Act funds are provided by special appropriation from Congress using general tax revenues.
- Agency- DHS/FEMA

**Magnuson-Stevens Act**
- Trigger- Secretarial determination of commercial fishery failure due to fishery resource disaster as a result of man-made causes.
- Benefit- Grants to affected State or fishing communities for any activity that Secretary determines is appropriate to restore fishery. Does not appear to authorize grants to individuals.
- Agency- Commerce/NOAA

**Economic Injury Disaster Loan Program (EIDL)**
- Trigger- Disaster Declaration
- Benefit- Up to $2M of financial assistance to small businesses or private, non-profit organizations that suffer substantial economic injury, regardless of whether there was physical damage as a result of declared disaster.
- Agency- U.S. Small Business Administration

**Disaster Unemployment Assistance (DUA)**
- Trigger- Major Disaster Declaration under Stafford Act.
- Benefit- DUA benefits are payable to individuals only for weeks of unemployment in the Disaster Assistance Period, up to 26 weeks after the date the disaster was declared by the President.
- Agency- Labor

**Food and Coupons Distribution**
- Trigger- Major Disaster Declaration under Stafford Act.
- Benefit- A form of individual and household assistance under a major Disaster Declaration.
- Agency- Agriculture

HCG043-008531



06 May 2010                                                                                     Fact Sheet

# Deepwater Horizon Oil Spill Fact Sheet
# The Claims Process

The Federal government has currently designated British Petroleum (BP) and Transocean as responsible parties for the Deepwater Horizon Oil Spill, under the Oil Pollution Act. They are responsible for removing the oil, but also for compensating impacted parties for damage to natural resources, property, loss of profits and the like resulting from the spill.

BP has set up a claims line for oil spill-related claims. In addition, the Oil Spill Liability Trust Fund, managed by the Coast Guard's National Pollution Funds Center (NPFC), is available to pay for qualified removal costs and damages when the responsible parties will not or cannot meet their payment obligations.

## Claims Process
**Federal, State, local or tribal entities:**
- Before engaging in any recovery, removal or response activity for which reimbursement is sought, coordinate the relevant activity through the appropriate Unified Command office to avoid conflict or duplication and to validate necessity.

**Federal, State, local, tribal governments, as well as private individuals,** may make claims for reimbursement directly from the responsible parties (BP and Transocean).
- BP's toll-free number for the Claims Line is **1-800-440-0858**. The line is available 24 hours a day, 7 days a week.
- Personnel at the Claims Line will provide information on how to submit claims.
- Each claim will be assigned to an adjuster and will be investigated and evaluated.

## Denied Claims
If claims are denied or not settled within 90 days of submission to BP or another responsible party, the claimant may either file an action in court against the responsible party or present the claim to the Coast Guard for a review. The Coast Guard, through its National Pollution Funds Center (NPFC), manages the Oil Spill Liability Trust Fund (OSLTF). If the NPFC believes the claim is a legitimate, qualifying cost, it will reimburse the claimant out of the OSLTF and seek recompense from the responsible parties.

The NPFC claims support number is **1-800-280-7118**. The NPFC's web site has additional information regarding the claims process, including the forms to make a claim and step-by-step instructions on how to complete the forms. The web site is located at http://www.uscg.mil/npfc/Claims/default.asp.

**State governments** can (and often do) present their removal costs directly to the NPFC for reimbursement from the OSLTF, before making a claim against the responsible parties.
**Local and tribal governments and private individuals** must avail themselves of the responsible parties' claim process before seeking reimbursement through the OSLTF.

Prepared by DHS Office of the General Counsel
Cleared for External Use                                                      Page 1 of 1

HCG043-008532

05 May 2010  Sheet 05

# NATIONAL INCIDENT COMMANDER STRATEGIC ENGAGEMENT OUTLINE: CLAIMS PROCESS

**Desired End State**
- Persons affected by the Mississippi Canyon 252 oil spill understand that claims processes exist and believe they are readily available to them.

**Audiences**
- Affected Gulf Coast citizens, Gulf Coast elected officials, media, maritime trade associations, Chambers of Commerce, blogosphere.

**Previous Engagement efforts**
- Media Roundtable conducted May 4, 2010 with subject matter experts from NPFC.
- Claim number featured in JIC release headers since May 2, 2010.
- Claims and Procedures for the Deepwater Horizon Incident Fact Sheet Posted May 3, 2010.
- Claim number published April 29, 2010 in fact sheet posted April 29, 2010.
- Claim number prominently featured on NPFC website landing page.

**Key Messages**
- You can file a claim, 24 hours a day, seven days a week -- simply call 1-800-440-0858 if you have a loss related to the Deepwater Horizon oil spill.
- Your claim will be assigned to an adjuster and your claim will be promptly investigated and objectively evaluated.
- BP is committed to paying resolved claims promptly and has a robust process in place to manage your claim resulting from the Deepwater Horizon accident.
- Losses incurred for assessment, mitigation and clean up of spilled oil, real and property damage caused by the oil and personal injury caused by the spill may be reimbursed through this claims process. Additionally, commercial losses including earnings/profit losses may be reimbursed through this claims process.
- Claims not settled within 90 days of submission to BP or denied by BP at any time, may be presented to the U.S. Coast Guard for review. Should the Coast Guard determine the claim is a legitimate, qualifying loss, it will reimburse the claimant and subsequently seek to recover those funds from BP.

**Tactics**
- Use Twitter & Facebook to communicate Key Messages. Use standard hash tag such as #MC252, #Deepwater #Horizon, #oilspillclaims
- Encourage BP to develop 30 second PSAs for radio, TV and streaming video, air on local network affiliates, radio stations and post online. Develop English, Vietnamese and French Creole versions.
- Identify media availability opportunities w/in the National Incident Commander's schedule and clearly communicate key messages. Issue media advisories announcing availabilities and feature claim number and key message on advisory.

HCG043-008533



05 May 2010                                                                                          Sheet 05

- Provide to, through chain of command/JIC, FOSCs/Incident Commanders and Captains of the Port under the Area Command, the Key Messages and encourage direct outreach by them with key audiences.
- Brief/provide materials to elected officials along Gulf Coast to explain claims process and spread word of claims number.
- Use MP3 recording of May 4 media roundtable to provide background information to reporters. Provide link to website visiting media/public.
- Use NICCL call to provide strategic intent and key messages to federal partners.
- Have JIC develop fliers in English, Vietnamese and French Creole, use CG Aux. and BP personnel to distribute in appropriate community venues.
- Continue real-time media monitoring and engage to negate misinformation/disinformation or exploit opportunities.



05 May 2010

Sheet 06

# INCIDENT CLAIMS SUMMARY

**Background**
- Under the Oil Pollution Act of 1990 responsible parties are strictly liable for oil removal costs and certain damages that result from the incident. Damages include natural resource injuries, loss or injury to real or personal property, loss of profits and earning capacity, loss of subsistence use of natural resources, loss of government revenues, and increased public services expenses of a State or political subdivision.
- Any person who incurs these costs or damages as a result of the incident may present a claim to a responsible party. Except, natural resource damages are presented only by Federal, State or Indian Tribe trustees. If the responsible party denies the claim or fails to settle it within 90 days the person may elect to pursue a court action against the responsible party or present the claim to the National Pollution Funds Center (NPFC) for payment from the Oil Spill Liability Trust Fund.
- British Petroleum Exploration and Production Inc (BP) and Transocean Holdings Inc (Transocean) have been advised of their responsibility to advertise for and pay claims.

**Currently**
- BP is has established a claims processing unit and is actively advertising for and accepting claims. Transocean is also responsible for claims, but not replicating the infrastructure BP has in place to process claims.
- Both BP and Transocean have acknowledged that as RP they will receive and pay claims, but neither has formally accepted LIABILITY for the incident yet.
- BP has advertised a claims hotline at **1 800 440 0858** and claims adjusters are receiving and adjudicating claims. The BP claims unit is advertising for claims through local media and trade journals. BP has stated they will quickly adjudicate claims, but they are requiring documentation for damage claims in an effort to assist claimants.
- NPFC is also receiving claims inquiries and assisting claimants to get their claims to BP. Individual claimants may present their claims to NPFC if denied by BP or if no action has been taken within 90 days of submitting to BP. States may present removal cost claims direct to NPFC, although generally it's better if they work through the RP.

**Future**
- NPFCs web-site (http://www.uscg.mil/npfc/Claims/default.asp) has amplifying information regarding the claims process. This site also provides information regarding the types of compensable claims under the Oil Pollution Act of 1990 to include: removal costs, damage to personal or real property, loss of profits or reduced earnings, increased public services, loss of government revenues, subsistence use and natural resource damage claims.. The NPFC claims support number is **1-800-280-7118**.
- NPFC is in close contact with the BP claims firm. NPFC anticipates the timely processing of claims. NPFC has instructed BP that claimants may present claims of interim short-term damages representing less than a full amount.
- The law and regulations guiding the process under which Responsibility Parties (in this case BP and Transocean) are liable for claims payments and under which claims may be compensated from the Federal Oil Spill Liability Trust Fund administered by the U.S. Coast Guard and the National Pollution Fund Center are contained within 33 U.S.C. 2701 et. Seq. and 33 CFR 136.

HCG043-008535



05 May 2010

Sheet 08

# CLAIMS FOR WHICH BP IS RESPONSIBLE UNDER OPA

**Removal Costs**
- "Removal Costs" means the costs of removal that are incurred after a discharge of oil has occurred or, in any case in which there is a substantial threat of a discharge of oil, the costs to prevent, minimize, or mitigate oil pollution from such an incident.
- *Example of a Typical Claim*: You own waterfront property where a boat and dock were oiled from an OPA incident. You notified the National Response Center of the incident, discussed it with the FOSC, and hired a local contractor to remove the oil. You may have a claim for the cost of the contractor used to remove the oil from your property.
- *Eligible Claimant*: Anyone incurring removal costs.

**Real or Personal Property Damages**
- "Real or Personal Property Damages" means damages for injury to, or economic losses resulting from destruction of, real or personal property. (NOTE: Injury to real or personal property does not include personal injury!)
- *Example of a Typical Claim*: You own a recreational boat or waterfront property that was oiled by an OPA incident. You may have a claim for the cost of restoring your property to its pre-spill condition.
- *Eligible Claimant*: Person or entity who owns or leases the property.

**Loss of Profits and Earning Capacity**
- "Loss of profits and earning capacity" means damages equal to the loss of profits or impairment of earning capacity due to the injury, destruction, or loss of real property, personal property, or natural resources. You do not have to own the damaged property or resources to submit a claim under this category.
- *Example of a Typical Claim*: You lease a commercial charter boat that was trapped in port when the Coast Guard closed the river to remove oil. You may have a claim for lost profits or earnings during the time the river was officially closed. The recreational fishermen whose trip was cancelled would not have a loss of profits or earnings.  Hotel owners who have reservations cancelled, commercial fishermen who lose fishery openings, marinas who lose customers all have potential claims.
- *Eligible Claimant*: Anyone with loss of profits or income.

**Loss of Government Revenue**
- Damages equal to the net loss of taxes, royalties, rents, fees, or net profit shares due to the injury, destruction, or loss of real property, personal property, or natural resources.
- *Example of a Typical Claim*: A city charges fees for parking at a lot near a public beach. The beach is closed while an oil spill is being cleaned. The city may have a claim for loss of revenue during the beach closure.
- *Eligible Claimant*: Federal government, a State, or a political subdivision of a State.

**Cost of Increased Public Services**
- "Cost of Increased Public Services" are damages for net costs of providing increased or additional public services during or after removal activities, including protection from fire,



05 May 2010                                                                                                    Sheet 08

safety, or health hazards, caused by a discharge of oil or directly attributable to response to the oil spill incident.

- *Example of a Typical Claim*: You are the manager of a coastal town that must provide emergency traffic control in the vicinity of an OPA incident. The town may have a claim for the costs of providing those emergency services.
- *Eligible Claimant*: State or political subdivision of a State.

## Natural Resource Damages

- Damages for injury to, destruction of, or loss of natural resources, including the reasonable costs of assessing the damage.
- *Example of a Typical Claim*: You are the designated trustee agency for a state wildlife refuge that is oiled from an OPA incident. As trustee, you may have a claim for natural resource damages to cover the costs of assessing injuries and restoring the refuge to its pre-spill condition.
- *Eligible Claimant*: Federal, state, foreign and Indian tribal trustees.

## Damages for Loss of Subsistence Use of Natural Resources

- As determined by NPFC in claims adjudications, damages for loss of subsistence use of natural resources means damages resulting from the injury, destruction, or loss of natural resources used by the claimant to obtain food, shelter, clothing, medicine, or other minimum necessities of life.
- *Example of a Typical Claim*: Federal and/or state natural resource managers close fishing areas following an OPA oil spill, restricting your ability to harvest fish that you depend upon for food. You may have an OPA claim for the cost to you of replacing the fish that you were unable to harvest because of the closures if, during the period of time for which the loss of subsistence use is claimed, there were no alternative sources or means of subsistence available to you.
- The compensation allowable will be based on the reasonable replacement cost to you of the fish you needed during the loss period for your subsistence, less all compensation made available to you for your subsistence loss, all income you received by using the time you otherwise would have spent harvesting the fish for your subsistence, and all overhead or other normal expenses of your subsistence use that you avoided as a result of the incident.  (See, 33 CFR 136.223.).
- *Eligible Claimant*: Anyone who uses natural resources which have been injured, destroyed or lost as a result of an OPA oil spill incident, for their survival (e.g, for water, food, shelter, clothing, medicine, transportation or other subsistence purposes).  It does not matter who owns or manages the affected natural resources. (See, 33 U.S.C. 2702(b)(2.)(C) and 33 CFR 136.219).

07 May 2010  Fact Sheet

# Deepwater Horizon Oil Spill Fact Sheet
# Oil Pollution Act of 1990 and Oil Spill Liability Trust Fund

**Q1:**   What is the Oil Pollution Act of 1990?

The Oil Pollution Act of 1990 (OPA) is a Federal law that establishes the standard of liability for removal costs and damages from a discharge of oil from vessels or facilities into navigable waters and other coastal areas of the United States.  Liability under the OPA is "strict," that is, responsible parties are liable regardless of whether they are at fault for an incident, unless the incident was caused solely by an act of God, act of war, or, under some circumstances, the act or omission of a third party.

**Q2:**   Who is responsible for damages arising from the oil spill?

The law determines who is a responsible party (RP).  For this oil spill, the Federal government has currently designated British Petroleum (BP) and Transocean as responsible parties.  This means that BP and Transocean are responsible for all removal costs and damages.  As the Federal government's investigation continues and the full liability picture becomes more complete, others may be named as additional responsible parties.

**Q3:**   What is the scope of the responsible parties' responsibility?

Responsible parties are liable for removal costs and damages as set forth in the statute.

- o  Recoverable "removal costs" include all removal costs incurred by the United States, a state or an Indian tribe under the relevant Federal or state laws, as well as removal costs incurred by any person acting in accordance with the National Contingency Plan.  Removal costs include the costs of removing spilled oil from water and shorelines or of taking other actions as may be necessary to minimize or mitigate damage to the public health or welfare.

- o  Recoverable "damages" cover, among other things, injuries to natural resources, destruction of property, loss of subsistence use of natural resources, loss of tax revenue, loss of profits or earning capacity, and net increased costs for additional public services, including protection from fire, safety or health hazards.

Generally, RPs are responsible to pay for all "removal costs"—without regard to any monetary cap.  RPs must also pay for other damages that are not considered "removal costs," but some of these damages may be subject to a monetary cap.  The law imposes monetary caps on an RP's liability for such damages—usually up to $75 million per incident for certain types of RPs and a limit based on tonnage for other types of RPs.  Where the spill was caused by a RP's gross negligence, willful misconduct, or violation of Federal safety, construction, or operating regulations, no monetary limit applies.

HCG043-000538



07 May 2010                                                                                              Fact Sheet

**Q4:     What is the US Government's role in the response to the oil spill?**

Although RPs are responsible for all the costs of removal and are actively involved in the clean up, the law provides that the Federal government may oversee and direct the overall response to the spill.  For example, in response to this spill, the Federal government has overseen and directed from the earliest moments a unified effort by the Federal, state and RPs to control the source of the discharges from the wellhead and riser, limit the dispersion of the oil in the water and at the water's surface, and prepare for and protect the shoreline from contact with the oil.

The Federal government has also declared this spill to be a Spill of National Significance; appointed Coast Guard Commandant Thad Allen to be the National Incident Commander; designated Rear Admiral Mary Landry to be the Federal On Scene Coordinator; and established an area Unified Command in Louisiana where Federal, state, local, tribal, and RP representatives have access to and can share the best available information.  The Unified Command structure ensures a coordinated, organized, and strategic response that avoids overlap or conflict of efforts.

**Q6:     What is the Oil Spill Liability Trust Fund?**

Under the OPA, the Oil Spill Liability Trust Fund (OSLTF) is available to compensate removal costs and damages to the extent that a responsible party does not compensate them.  The OSLTF is a Congressionally-created fund financed primarily by an 8 cent per barrel tax on oil collected from the oil industry.  A principal purpose of the OSLTF is to pay qualified removal costs and damages resulting from oil spills when the responsible parties will not or cannot meet their payment obligations.

- Because the responsible parties are liable for all removal costs, anyone else – whether Federal, state, or local government, or private party — who spends money on the cleanup may make a claim against a responsible party to recover those expenditures.

- Any claim that is not settled within 90 days of submission to the responsible parties or denied by the responsible parties may be presented to the Coast Guard for payment.  The Coast Guard manages the OSLTF and if the Coast Guard believes the claim is a legitimate, qualifying cost, it will reimburse the claimant out of the OSLTF and will seek recovery from the responsible parties as authorized by law.

- A claimant may choose to file an action in court against any responsible party rather than presenting its claim to the Coast Guard for reimbursement from the OSLTF.

- State governments can (and often do) present their removal costs directly to the Coast Guard for reimbursement from the OSLTF, but local and tribal governments and private individuals must first present their claims to the responsible parties before seeking reimbursement through the OSLTF.

- To be eligible for reimbursement, the expenditure must be a removal cost incurred for acts consistent with the National Contingency Plan.

Prepared by DHS Office of the General Counsel
Cleared for External Use                                                                    Page 2 of 3

HCG043-008539



07 May 2010                                                                 Fact Sheet

- State governments may also provide removal assistance with the agreement, and under the direction, of the Federal On-Scene Coordinator.  Costs of this assistance may be reimbursed to the states, and the Federal government will recover those removal costs from liable responsible parties.

Q7:    Where can I get more information about the claims process?

The BP claims hotline is 1-800-440-0858.  It operates 24 hours a day, 7 days a week.

The National Pollution Funds Center (NPFC) of the Coast Guard is also receiving claims inquiries and assisting claimants to get their claims to BP.  The NPFC claims support number is 1-800-280-7118.

The NPFC's web-site (http://www.uscg.mil/npfc/Claims/default.asp) has additional information regarding the claims process.  This site also provides information regarding the types of compensable claims under the Oil Pollution Act of 1990.  Such compensable claims include: removal costs, damage to personal or real property, loss of profits or reduced earnings, increased public services, loss of government revenues, subsistence use, and natural resource damage claims.

HCG043-008540



# INTERNATIONAL OBLIGATIONS & ASSISTANCE

## Obligations: OPRC Convention

- The U.S. is signatory to the International Convention on Oil Pollution Preparedness, Response and Cooperation of 1990, hereinafter the "OPRC Convention."
- Parties to the OPRC Convention are required to establish measures for dealing with pollution incidents, either nationally or in co-operation with other countries.
- Article 4 requires that whenever a Party receives report of an oil pollution incident, it shall, without delay, inform all States whose interests are affected or likely affected by such oil pollution incident. As of May 6, 2010, the U.S. has made such notification to Canada and Mexico.
- Parties to the convention are required to provide assistance to others in the event of a pollution emergency, and provision is made for the reimbursement of any assistance provided.

## Obligations: MEXUS Plan

- In 2000, the U.S. entered into a voluntary agreement with Mexico, called the Joint Contingency Plan between the United Mexican States and the United States of America Regarding Pollution of the Marine Environment, referred to as the MEXUS Plan.
- The MEXUS Plan establishes guidelines in coordinating bilateral responses to pollution incidents that occur in, or threaten, coastal waters or areas of the border zones between Mexico and the U.S. that could affect or threaten the marine environment of both parties. The MEXUS Plan outlines the joint response system and identifies agencies from both Mexico and the U.S. that will provide varying levels of support during a pollution incident. In February of 2003 two Regional Annexes, MEXUSGULF and MEXUSPAC, were signed and a Five-year Strategic Work Plan was signed by both countries in March of 2004.
- As part of the agreement protocols, the U.S. has made official notification to Mexico, and continues to share information as the incident response progresses.

**International Assistance Offered: See Attached Spreadsheet**

HCG043-008541



09May10                                                                                                    Fact Sheet 14

# OIL SPILL REMOVAL ORGANIZATION (OSRO) 101

## National Preparedness for Response Exercise Program (PREP) Definition of OSRO

- An oil spill removal organization is an entity that provides response resources. It includes, but is not limited to, any for-profit or not-for-profit contractor, cooperative or in house response resources established in a geographic area to provide required oil spill response resources.

## Coast Guard OSRO Classification Program

- The Oil Pollution Act of 1990 (OPA 90) required the Coast Guard to create an OSRO Classification Program so that Vessel and Facility Response Plan (VRP/FRP) plan holders could list OSROs in these plans in lieu of providing extensive detailed lists of response resources if the organization has been classified by the Coast Guard. The OSRO's capacity is required to be determined to equal or exceed the response capability needed by the plan holder in accordance with 33 CFR 154.1035 and 155.1035.
    - ➤ OSROs and plan holders participate in and use the classification program on a strictly voluntary basis
    - ➤ Once an OSRO chooses to participate in the classification program, full compliance is expected or an OSRO may risk losing classification status.
- The purpose of OPA 90 was to develop private sector responsibility for all aspects of oil spill response planning. Realistic response capability is a crucial link in this process, so the emphasis on a comprehensive OSRO classification process is well placed.
- OSROs are classified based on "core equipment" that they either own or contract for. This core equipment includes boom, recovery, storage, support equipment such as response vessels and response personnel, dispersant product, and dispersant application platforms.
- Using a Coast Guard-classified OSRO does not in any way relieve plan holders of the responsibility of ensuring that their specific response needs are met.
- This classification process represents standard guidelines by which the Coast Guard and plan holders can evaluate an OSRO's capability to respond to and recover oil spills of various sizes.

## Coast Guard Preparedness Assessment Verifications (PAVs)

- The NSFCC also evaluates the environmental emergency response resources available to key federal decision-makers throughout the United States' 42 Captain of the Port (COTP) zones and 10 EPA Regions. These evaluations, known as PAVs, capture the status of a region's emergency environmental response posture and identifies (federal, state, or OSRO-owned) assets available to the federal decision-maker in an emergency.

- They also verify the location and material condition of every site where classified OSRO resources are staged.

## Coast Guard Response Resource Inventory Database

- OPA 90 mandated the creation of a national database of response resources that would be maintained by the Coast Guard National Strike Force Coordination Center (NSFCC) called the Response Resource Inventory (RRI).
- This voluntary equipment locator system, the RRI, was developed and implemented in 1993. The RRI includes data received from companies that wish to have their equipment listed in a publicly accessible system, as well as data generated from the OSRO classification program.

---

Prepared by National Incident Command                 May 8, 2010                             Vetted by USCG

HCG043-008542

DHS Daily Conference Calls

NO DOCUMENT

This document is unavailable at this time, National Incident Command is working to obtain the document through the NOC CAT and Unified Area Command.

0500, 14 MAY 2010                                    Produced by the National Incident Command

HCG043-008543

# U.S. Department of Homeland Security
## Office of Legislative Affairs
### Upcoming 111th Congressional Hearings

Current as of 05/12/2010 4:11 AM

| Date | Time (EST) | Location | Committee | Subject | DHS Witness | OLA Staff in Attendance / Point of Contact |
|---|---|---|---|---|---|---|
| May 12, 2010 - Wed | 10:00 AM | 311 Cannon | House Committee on Homeland Security, Subcommittee on Intelligence, Information Sharing and Terrorism Risk Assessment | "A DHS Intelligence Enterprise: Still Just a Vision or Reality?" | • I&A Under Secretary Caryn Wagner • I&A Deputy Under Secretary Bart Johnson | Dan Jensen (DHS OLA) |
| May 12, 2010 - Wed | 10:00 AM | 222 Russell | Senate Committee on Armed Services, Subcommittee on Personnel | Reserve Component Programs in Review of FY11 Defense Authorization | USCG Acting Director of Reserve and Training Rear Admiral Sandra L. Stosz | TBD |
| Mar 12, 2010 - Fri | 2:30 PM | 342 Dirksen | Senate Committee on Homeland Security and Governmental Affairs, Ad hoc Subcommittee on Disaster Recovery | "Stafford Act Reform: Sharper Tools for a Smarter Recovery" | • FEMA Administrator Craig Fugate • OIG Office of Emergency Management Oversight Deputy Inspector General Matt Jadacki | Patrick Hart (FEMA OLA) |
| May 13, 2010 - Thu | 10:00 AM | 215 Dirksen | Senate Committee on Finance | To Consider the nomination of Alan Bersin to be the Commissioner of the U.S. Customs and Border Protection Agency | CBP Commissioner Alan Bersin (recess appointment) | Cheres Wolfe-Haugh (CBP OCA) |
| May 17, 2010 - Mon | 2:30 PM | 342 Dirksen | Senate Committee on Homeland Security and Governmental Affairs | "Gulf Coast Catastrophe: Assessing the Nation's Response to the Deepwater Horizon Oil Spill" | DHS Secretary Janet Napolitano | Chas Wiggins (DHS OLA) |
| May 19, 2010 - Wed | 10:00 AM | 2167 Rayburn | House Committee on Transportation and Infrastructure, Subcommittee on Coast Guard and Maritime Transportation | Deepwater Horizon: Oil Spill Prevention and Response Measures, and Natural Resource Impacts | • USCG Commandant Admiral Thad Allen (National Incident Commander) | RDML Karl Schultz (USCG OCA) |
| May 20, 2010 - Thu | 9:42 | Dirksen | Senate Committee on Homeland Security and Governmental Affairs, Subcommittee on Oversight of Government Management, the Federal Workforce, and the District of Columbia | "Balancing Act: Efforts to Right-Size the Federal Government's Contractor Mix." | • MGMT OCHCO Chief Human Capital Officer Jeffrey Neal • OFPP Office of Federal Procurement Policy Administrator Dan Gordon • OPM • GAO | Jeff Readinger (DHS OLA) |
| May 20, 2010 - Thu | 1:00 PM | 1100 Longworth | House Committee on Ways and Means, Subcommittee on Trade | "Trade Facilitation and Customs Enforcement - Investigative efforts and strategies to combat illegal trade practices and commercial fraud" | • ICE Deputy Assistant Secretary for Operations Alonzo Peña • CBP Commissioner Alan Bersin - Tentative | Judy Rogers (ICE OCR) |
| May 26, 2010 - Wed | 10:00 AM | 1324 Longworth | House Committee on Natural Resources | Outer Continental Shelf Oil and Gas Strategy and implications of the Deepwater Horizon Rig Explosion | • USCG Commandant Admiral Thad Allen (National Incident Commander) • Dept of Interior | RDML Karl Schultz (USCG OCA) |
| May 27, 2010 - Thu | TBD | | • House Committee on Foreign Affairs • House Committee on Homeland Security | Merida Initiative | • DHS [TBD] • DOS [TBD] | Ted Lovett (DHS OLA) |
| **Tentative Hearings** *(for internal use only)* | | | | | | |
| May 13, 2010 - Thu | 10:00 AM | 253 Russell | Senate Committee on Commerce, Science, and Transportation | Deepwater Horizon: How Did It Happen And How Do We Prevent It Again | • USCG Commandant Admiral Thad Allen (National Incident Commander) | TBD |
| TBD | TBD | 253 Russell | Senate Committee on Commerce, Science, and Transportation, Subcommittee on Oceans, Atmosphere, Fisheries, and Coast Guard | USCG FY 2011 Budget Requests | USCG [TBD] | TBD |
| TBD | TBD | 253 Russell | Senate Committee on Commerce, Science, and Transportation | Port Security | • USCG [TBD] • CBP [TBD] | Jon Kreucher (DHS OLA) |
| TBD | TBD | TBD | House Committee on Oversight and Government Reform | Intel. Visa Watch-listing ... a greater role for CBP? | NCTC, TSC, State, DHS and CBP | Ted Lovett (DHS OLA) |
| TBD | TBD | TBD | House Committee on the Judiciary, Subcommittee on Immigration, Citizenship, Refugees, Border Security and International Law Membership | 287(g) program | DHS [TBD] | [TBD] |
| TBD possibly canceled | TBD | TBD | Senate Committee on the Judiciary, Subcommittee on Immigration, Refugees and Border Security | Border Violence | DHS [TBD] | Kim Barouof (DHS OLA) |

HCG043-008544



U.S. Department of Homeland Security
Office of Legislative Affairs

Upcoming 111th Congressional Hearings

Current as of 05/12/2010 4:11 AM

A hearing entry
highlighted in yellow
is either:
1) new to this
schedule as of today
or
2) a hearing entry
currently on this
schedule but whose
hearing date has
been changed today

HCG043-008545