# Exhibit P

# Confidential

# Documents filed under Seal