# Exhibit Q-1

IAP Cover Sheet

| Incident Name: | Operational Period to be covered by IAP: |
|---|---|
| Mississippi Canyon 252 | Period 13 (4/30/2010 06:00 - 5/1/2010 06:00) |

Approved by:

FOSC:

BP Incident Commander:

# Incident Action Plan



| Prepared By: | Bradbury, Cody | Prepared Date/Time: | 4/29/2010 04:40 |
|---|---|---|---|
| | IAP Cover Sheet | Printed: 4/29/2010 14:11 | © 1997-2010 dbSoft, Inc. |

HCG154-001006

## ICS 202 - General Response Objectives

| Incident: | Mississippi Canyon 252 | Prepared By: | Pallavicini, Sergio | at | 4/30/2010 02:07 |
|---|---|---|---|---|---|
| Period: | Period 10 (4/30/2010 06:00 - 5/1/2010 06:00) | Version Name: | Period 10 Objectives- Combined IMT | | |

### Overall and Strategic Objectives

| | Assigned To | Status |
|---|---|---|
| **1. Ensure the Safety of Citizens and Response Personnel** | | |
| • 1a. Support USCG and Transocean led Search and Recovery activities | Houston Source Control | In Progress |
| • 1b. Maintain Site Safety & Health Plan for response personnel | Houston Source Control | In Progress |
| • 1c. Sustain emergency response organization to support the ongoing response activities | Houston Souce Control | In Progress |
| **2. Control the Source of the Spill  (Houston)** | | |
| • 2a. Monitor well head for signs of any release | Houston Source Control | In Progress |
| • 2b. Develop and implement subsea intervention strategies | Houston Source Control | In Progress |
| • 2c. Develop and implement subsea containment strategies | Houston Source Control | In Progress |
| • 2d. Drill relief wells | Houston Source Control | In Progress |
| **3.  Manage a Coordinated Response Effort** | | |
| • Set up and Coordinate IMT Command Post Setup in Alabama | Houston and Houma | In Progress |
| • Continue to keep Florida and other stakeholders informed. | Houston and Houma | In Progress |
| **4. Contain and Recover Spilled Material** | | |
| • 4a. Overflight/monitoring for situation awareness and operations direction | Air Ops Branch Director | In Progress |
| • 4b. Maximize on-water containment and recovery | On Water Recovery Group Supervisor | In Progress |
| • 4c. Continue to deploy dispersants as necessary/approved | Dispersant Group | In Progress |
| • 4d. In-situ burn | In-Situ Burn Operations Group Supervisor | In Progress |
| **5. Track Locations of Spill, Vessels, and Facilities** | | |
| **6. Maximize Protection of Environmentally-Sensitive Areas** | | |
| • 6a. Prepare and implement environmentally sensitive area protection plan | Environmental Unit | In Progress |
| • 6b. Develop booming strategies for potential shoreline impact areas based on updated trajectories | Shoreline Protection Branch | In Progress |
| **7. Recover and Rehabilitate Injured Wildlife** | | |
| **8. Keep Stakeholders and Public Informed of Response Activities** | | |
| • 8a. Establish unified command and oil spill response organization in potentially affected Sector | Houston Source Control | In Progress |

| ICS 202 - General Response Objectives | Printed: 4/30/2010 02:33 | Page 1 of 2 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

## ICS 202 - General Response Objectives

| Incident: | Mississippi Canyon 252 | Prepared By: | Pallavicini, Sergio | at 4/30/2010 02:07 |
|---|---|---|---|---|
| Period: | Period 10 (4/30/2010 06:00 - 5/1/2010 06:00) | Version Name: | Period 10 Objectives- Combined IMT | |

### Operational Period Command Emphasis (Safety Message, Priorities, Key Decisions/Directions)

Priorities - Houma

1. Safety:  Leverage upcoming weather window to have safety standowns with impacted crews.  Focus on reviewing past 96 hours of operations, incorporate lessons learned into Site Specific Safety Plans for future activities.
2. Monitor, maintain, and report status of existing boom as weather allows.  Further refine tactical plan for forward boom deployment.
3. Continue dispersant application as weather allows.
4. Be poised to execute shoreline activities as required and safe to do so.
5. Maintain existing response momentum, integrating Mobile IMT, and expanding state participation.

Houston Priorities

Continue efforts to close rams
Initiate subsea dispersant injection.
Progressing Plans for capping the BOP stack
Progressing Plans for subsea containment
Progressing Plans for Relief Wells
Continue Monitoring - BOP and discharge locations
Manage SIMOPS

### Approved By

:   _____

HCG154-001154

## ICS 204 - Assignment List

| | |
|---|---|
| Incident: Mississippi Canyon 252 | Prepared By: Leonard, Chris   at 4/29/2010 13:59 |
| Period: Period 10 (4/30/2010 06:00 - 5/1/2010 06:00) | Branch: Source Control Branch |

Division/Group/Staging: Subsea Dispersant

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Director - Source Control Branch | Emmerson, Tony | BP | 281-684-6114 |
| Supervisor - Sub Sea Dispersant | Mack, John | BP | 281-382-2785 |
| Safety Officer | Tink, Steve | BP | 281-352-1140 |

### Incident Resources for this Period

| Sys. ID | Resource Type - Subtype | Description | Quantity | Size | Status |
|---|---|---|---|---|---|
| *Subsea Dispersant* | | | | | |
| | Dispersant | | 3000 gallon(s) | | Assigned |

### Assignments

Planing and testing. M/V Skandi will release from BOP Intervention to conduct test, as per approved test procedure.

### Special Environmental Considerations

All aircraft and vessels should be watching for marine mammals/sea turtles.
*Whales have been spotted in the area*
All personnel must report marine mammal/turtle sightings to the Wildlife Reporting Hotline: 1-866-557-1401

### Special Site-Specific Safety Considerations

See Site Safety Plan (ICS 208) for Air Ops Safety issues and considerations.
Notify chain of comand of any unplanned health, safety, security, or environmental incidents. These include near misses, first aids, security breaches, loss of primary containment, incidents, etc.

| Reviewed By Signatures - (PSC): | (OSC): | |
|---|---|---|
| ICS 204 - Assignment List | Printed: 4/29/2010 23:08 | Page 1 of 1 | © 1997-2010 dbSoft, Inc. |

| ICS 204 - Assignment List | | | | | | |
|---|---|---|---|---|---|---|
| Incident: Mississippi Canyon 252 | | | Prepared By: UC meeting room | | at 4/29/2010 16:56 | |
| Period: Period 10 (4/30/2010 06:00 - 5/1/2010 06:00) | | | Branch: Air Operations Branch | | | |
| Division/Group/Staging: Aerial Dispersant Group | | | | | | |

| Operations Personnel | | | |
|---|---|---|---|
| Title | Name | Affiliation | Contact Number(s) |
| Operations Section Chief | Black, James | BP | 713-562-6419 |
| Air Ops Branch Director | Verrett, Brian | BP | 337-578-2425 |
| Air Ops Branch Director/USCG | Carpenter, John CWO | U.S. Coast Guard | 985-380-5363 |
| Dispersant Group | Schacht, Ken | MSRC | 4252931218 |
| Surveillance Group | Holton, Aaron | Obriens | 985-774-5208 |
| Tactical Skimming Direction Group | Sutcliffe, Mike | | |

| Incident Resources for this Period | | | | | | |
|---|---|---|---|---|---|---|
| Sys. ID | Resource Type - Subtype | Description | Quantity | Size | Status | |
| *Aerial Dispersant Group* | | | | | | |
| 13512 | Aircraft: Fixed Wing | King Air - N39Q | 1 each | | Assigned | |
| 12993 | Aircraft: Fixed Wing | King Air - N7198Y (MSRC) | 1 each | | Assigned | |
| 10890 | Aircraft: Fixed Wing | N38WA Tail:  Aero Commander Sp | 1 each | | Assigned | |
| | Dispersant | | 8652 gallon(s | | Stand By | |
| | Dispersant | | 10915 gallon( | | At Staging | |
| 10860 | Dispersant: AppSystem | C-130 | 1 each | | Assigned | |
| 12975 | Dispersant: AppSystem | C-130 IMSRC) | 1 each | | Assigned | |
| 17094 | Dispersant: AppSystem | C-130 USAF | 2 each | 2000 gallon(s | Enroute/Sourced | |
| 11354 | Dispersant: AppSystem | DC-3 | 2 each | | Out-of-Service | |
| 11378 | Dispersant: AppSystem | DC-3 (BI67) Turbo Prop (3 Crew) | 1 each | | Assigned | |
| 14368 | Manpower: Operator | Crew - DC-3 | 2 each | | Assigned | |
| 14356 | Manpower: Operator | Crew - King Air | 2 each | | Assigned | |
| 13005 | Manpower: Operator | King Air Crew | 4 each | | Assigned | |
| 14362 | Manpower: Responder | Crew - DC 3 | 2 each | | Out-of-Service | |
| *Venice On Water Tier 2/3 SMART Team* | | | | | | |
| 12420 | Manpower: Operator | EverReady Crew | 3 each | | Assigned | |
| 12426 | Manpower: Responder | SMART Team | 4 each | | Assigned | |
| 11325 | Vessel - Crew Boat | M/V EverReady Crew Boat | 1 each | 100 feet | Assigned | |
| *USCG SMART Aerial Tier 1 Houma & Venice* | | | | | | |
| 12408 | Aircraft: Helo | S-76: Tail: 725P (for USCG) | 2 each | 12 passenger | Assigned | |
| 14404 | Manpower: Operator | Crew - S76 | 2 each | | Assigned | |

| Reviewed By Signatures - (PSC): | | (OSC): | | |
|---|---|---|---|---|
| ICS 204 - Assignment List | Printed:  4/29/2010 18:04 | Page 1 of 2 | © 1997-2010 dbSoft, Inc. | |

| ICS 204 - Assignment List | | |
|---|---|---|
| Incident: Mississippi Canyon 252 | Prepared By: UC meeting room | at 4/29/2010 16:56 |
| Period: Period 10 (4/30/2010 06:00 - 5/1/2010 06:00) | Branch: Air Operations Branch | |
| Division/Group/Staging: Aerial Dispersant Group | | |

### Assignments

Apply dispersants as approved and appropriate.
Deploy and monitor success of effectiveness.
Continue initigration of UC approval of activation.

On Water SMART Task Force:
Provide sampling with Flourometer package on dispersant affectiveness in water column for tier 2 (to 1 meter depth) & Tier 3 (1 to 10 meters) as required. As weather permits.

Aerial SMART Team:
Provide SMART monitoring /Tier 1 observation to determine affectiveness of dispersant ops.  As weather permits.
Secondary aerial surveillance support as required.
Team in Houma and Team in Venice provide same function in areas as directed by Dispersant Group Supervisor.
Coordinate with Air Operations Group.

Monitor stockpile of dispersant for supply replenishment.

### Special Instructions for Division / Group

***No dispersant application ops within one mile of marine mammals and sea turles.***
Vessel clearance from spray targets prior to deployment.
Dispersant aircraft to follow FAA procedures.

### Tactical Objective

Apply dispersants as approved and appropriate.
Deploy and monitor success of effectiveness.
Monitor stockpile of dispersant for supply replenishment.

### Location of Work

ASI Houma - home base for DC-3 & DC 3 Turbo Prop
MSRC Stennis, MS - home base for C-130 & King Air

### Special Environmental Considerations

All aircraft and vessels should be watching for marine mammals/sea turtles.
*Whales have been spotted in the area*
All personnel must report marine mammal/turtle sightings  to the Wildlife Reporting Hotline: 1-866-557-1401

### Special Site-Specific Safety Considerations

See individual Site Safety Plan (ICS 208) for issues and considerations.
Notify chain of comand of any unplanned health, safety, security, or environmental incidents.  These include near misses, first aids, security breaches, loss of primary containment, incidents, etc.

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 4/29/2010 18:04 | Page 2 of 2 | © 1997-2010 dbSoft, Inc. |

HCG154-001193

# Exhibit Q-2

| IAP Cover Sheet | |
| --- | --- |
| Incident Name:<br>Mississippi Canyon 252 | Operational Period to be covered by IAP:<br>Period 11  (5/1/2010 06:00 - 5/2/2010 06:00) |

Approved by:

FOSC :

BP Incident Commander :

# Incident Action Plan



| Prepared By | Bradbury, Cody | Prepared Date/Time | 4/30/2010 04:46 |
| --- | --- | --- | --- |


HCG154-001040

## ICS 202 - General Response Objectives

| Incident: | Mississippi Canyon 252 | Prepared By: | Pallavicini, Sergio | at 5/1/2010 01:42 |
|---|---|---|---|---|
| Period: | Period 11 (5/1/2010 06:00 - 5/2/2010 06:00) | Version Name: | Period 11 Objectives- Combined IMT | |

### Overall and Strategic Objectives

| | Assigned To | Status |
|---|---|---|
| **1. Ensure the Safety of Citizens and Response Personnel** | | |
| • 1d. Implement continuous air/water monitoring plan | Safety/Environmental | In Progress |
| • 1a. Support USCG and Transocean led Search and Recovery activities | Houston Source Control | In Progress |
| • 1b. Maintain Site Safety & Health Plan for response personnel | Houston Source Control | In Progress |
| • 1c. Sustain emergency response organization to support the ongoing response activities | Houston Souce Control | In Progress |
| **2. Control the Source of the Spill  (Houston)** | | |
| • 2a. Monitor well head for signs of any release | Houston Source Control | In Progress |
| • 2b. Develop and implement subsea intervention strategies | Houston Source Control | In Progress |
| • 2c. Develop and implement subsea containment strategies | Houston Source Control | In Progress |
| • 2d. Drill relief wells | Houston Source Control | In Progress |
| **3.  Manage a Coordinated Response Effort** | | |
| • 3a. Set up and Coordinate IMT Command Post Setup in Alabama | Houston and Houma | In Progress |
| • 3b. Continue to keep Florida and other stakeholders informed. | Houston and Houma | In Progress |
| **4. Maximize Protection of Environmentally-Sensitive Areas** | | |
| • 4a. Prepare and implement environmentally sensitive area protection plan | Environmental Unit | In Progress |
| • 4b. Develop booming strategies for potential shoreline impact areas based on updated trajectories | Shoreline Protection Branch | In Progress |
| **5. Contain and Recover Spilled Material** | | |
| • 5a. Overflight/monitoring for situation awareness and operations direction | Air Ops Branch Director | In Progress |
| • 5b. Maximize on-water containment and recovery | On Water Recovery Group Supervisor | In Progress |
| • 5c. Continue to deploy dispersants as necessary/approved | Dispersant Group | In Progress |
| • 5d. In-situ burn | In-Situ Burn Operations Group Supervisor | In Progress |
| **6. Track Locations of Spill, Vessels, and Facilities** | | |
| **7. Recover and Rehabilitate Injured Wildlife** | | |
| **8. Remove Oil from Impacted Areas** | | |
| • 8a. Establish vessel cleaning stations | Operations | In Progress |
| **9. Minimize & Track Economic Impacts** | | |
| • 9a. Provide economic impact analysis (Robert/Houston) | MTSRU | In Progress |
| • 9b. Keep the ports open | MTSRU | In Progress |

| ICS 202 - General Response Objectives | Printed: 5/1/2010 02:19 | Page 1 of 2 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

18/100

## ICS 202 - General Response Objectives

| Incident: | Mississippi Canyon 252 | Prepared By: | Pallavicini, Sergio | at 5/1/2010 01:42 |
|---|---|---|---|---|
| Period: | Period 11 (5/1/2010 06:00 - 5/2/2010 06:00) | Version Name: | Period 11 Objectives- Combined IMT | |

### Overall and Strategic Objectives

| | Assigned To | Status |
|---|---|---|
| 10. Keep Stakeholders and Public Informed of Response Activities | | |
| • 10a. Establish UC and oil spill response organization in potentially affected Sector | Houston Source Control | In Progress |
| • 10b. Active engagement with State and Local Agencies | | |

### Operational Period Command Emphasis (Safety Message, Priorities, Key Decisions/Directions)

Priorities - Houma

1. Safety:  Continue leveraging weather window to optimize operations and safety processes with impacted crews.
2. Monitor, maintain, and report status of existing boom as weather allows.  Further refine tactical plan for forward boom deployment. (deflection and absorption). Prepare all offshore response for deployment of boom.
3. Continue to execute shoreline activities as required and safe to do so.
4. Maintain existing response momentum, integrating Mobile IMT, and expanding state participation. (SCAT)
5. Outreach to communities - get resources to the LA parishes, MS, AL, FL counties (until formal MOC to Mobile is completed)
7. Resolve supply chain issues

Houston Source Control Priorities

1. Close BOP annularss to attempt to stop flow
   - New hose clamp being deployed for hydraulic connection
   - Function Upper followed by Lower Annulars (MMS approval required for Lower Annular)
2. Gain regulatory approval for continuing subsea dispersant injection, and proceed with injection
   - Optimize injection rates through tests to alter rates and observe via sonar and surface expression
   - Develop plan for satisfying any other requirements for use (e.g. sampling, monitoring, etc)
3. Progressing plans for capping the BOP stack
   - Identifying materials, developing procedures, and identifying equipment for capping options
   - Developing plans for injection of material into BOP stack to attempt to plug off
4. Progressing plan for subsea containment
   - Identifying materials, developing procedures, and identifying equipment for containment options
   - Develop procedure for cutting riser at BOP
5. Devleop procedure for installation of valve in drill pipe and prep to install
   - Mob valve to vessel on site
6. Progressing plans for relief wells
   - Prep for spud of relief well using DD3 by Monday, 5/3
7. Continue monitoring discharge sites via ROV
8. Manage SIMOPS; Continue to identify effeciencies and improvements.
9. Sampling - Send sample bottles to vessels; confirm chain of custody; procedures
   - Develop requirements for sampling of oil and begin sampling

### Approved By

:

| ICS 202 - General Response Objectives | Printed:  5/1/2010 02:19 | Page 2 of 2 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|



## ICS 204 - Assignment List

| Incident: Mississippi Canyon 252 | Prepared By: Leonard, Chris | at 4/30/2010 04:47 |
|---|---|---|
| Period: Period 11 (5/1/2010 06:00 - 5/2/2010 06:00) | Branch: Source Control Branch | |
| Division/Group/Staging: Subsea Dispersant | | |

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Director - Source Control Branch | Emmerson, Tony | BP | 281-684-6114 |
| Supervisor - Sub Sea Dispersant | Mack, John | BP | 281-382-2785 |
| Safety Officer | Tink, Steve | BP | 281-352-1140 |

### Incident Resources for this Period

| Sys. ID | Resource Type - Subtype | Description | Quantity | Size | Status |
|---|---|---|---|---|---|
| *Subsea Dispersant* | | | | | |
| | Dispersant | | 3000 gallon(s) | | Assigned |

### Assignments

Coil Tubing deployed off of Skandi Neptune. Test done on 4/30 with evidence of positive impact. Awaiting approval to continue dispersant injection.

### Special Environmental Considerations

All aircraft and vessels should be watching for marine mammals/sea turtles.
*Whales have been spotted in the area*
All personnel must report marine mammal/turtle sightings to the Wildlife Reporting Hotline: 1-866-557-1401

### Special Site-Specific Safety Considerations

See Site Safety Plan (ICS 208) for Air Ops Safety issues and considerations.
Notify chain of comand of any unplanned health, safety, security, or environmental incidents. These include near misses, first aids, security breaches, loss of primary containment, incidents, etc.

| Reviewed By Signatures - (PSC): | (OSC): | |
|---|---|---|
| ICS 204 - Assignment List | Printed: 5/1/2010 03:09 | Page 1 of 1 | © 1997-2010 dbSoft, Inc. |

## ICS 204 - Assignment List

| Incident: Mississippi Canyon 252 | Prepared By: UC meeting room | | at 4/30/2010 04:47 |
|---|---|---|---|
| Period: Period 11 (5/1/2010 06:00 - 5/2/2010 06:00) | Branch: Air Operations Branch | | |
| Division/Group/Staging: Aerial Dispersant Group | | | |

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Black, James | BP | 713-562-6419 |
| Air Ops Branch Director | Verrett, Brian | BP | 337-578-2425 |
| Air Ops Branch Director/USCG | Carpenter, John CWO | U.S. Coast Guard | 985-380-5363 |
| Dispersant Group | Schacht, Ken | MSRC | 4252931218 |
| Surveillance Group | Holton, Aaron | Obriens | 985-774-5208 |
| Tactical Skimming Direction Group | Sutcliffe, Mike | | |

### Incident Resources for this Period

| Sys. ID | Resource Type - Subtype | Description | Quantity | Size | Status |
|---|---|---|---|---|---|
| *Aerial Dispersant Group* | | | | | |
| 10890 | Aircraft: Fixed Wing | Aero Commander Spotter- N38WA | 1 each | | Stand By |
| 13512 | Aircraft: Fixed Wing | King Air - N39Q - Spotter | 1 each | | Stand By |
| 12993 | Aircraft: Fixed Wing | King Air - N7198Y -Spotter (Dynan | 1 each | | Stand By |
| 19065 | Aircraft: Fixed Wing | King Air - Spotter (Dynamic Aviatic | 1 each | | Enroute/Sourced |
| 18477 | Aircraft: Fixed Wing | King Air - Spotter (USAF) (Dynami | 2 each | | Stand By |
| | Dispersant | | 8652 gallon(s | | Stand By |
| | Dispersant | | 12015 gallon( | | At Staging |
| 11378 | Dispersant: AppSystem | BT67 Turbo Prop (3 Crew) | 1 each | | Stand By |
| 10860 | Dispersant: AppSystem | C-130 | 1 each | | Stand By |
| 12975 | Dispersant: AppSystem | C-130 (MSRC) | 1 each | | Stand By |
| 17094 | Dispersant: AppSystem | C130 Tail: 107 & 105 | 2 each | 2000 gallon(s | Stand By |
| 11354 | Dispersant: AppSystem | DC-3 | 2 each | | Assigned |
| 14368 | Manpower: Operator | Crew - DC-3 | 3 each | | Stand By |
| 14356 | Manpower: Operator | Crew - King Air | 2 each | | Stand By |
| 13005 | Manpower: Operator | King Air Crew | 4 each | | Stand By |
| 14362 | Manpower: Responder | Crew - DC 3 | 2 each | | Assigned |
| *Venice On Water Tier 2/3 SMART Team* | | | | | |
| 12420 | Manpower: Operator | EverReady Crew | 3 each | | Assigned |
| 12426 | Manpower: Responder | SMART Team | 4 each | | Assigned |
| 11325 | Vessel - Crew Boat | M/V EverReady Crew Boat | 1 each | 100 feet | Assigned |
| *USCG SMART Aerial Tier 1 Houma & Venice* | | | | | |
| 12408 | Aircraft: Helo | S-76: Tail: 725P (for USCG) | 2 each | 12 passenger | Assigned |
| 14404 | Manpower: Operator | Crew - S76 | 2 each | | Assigned |

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 4/30/2010 19:12 | Page 1 of 2 | © 1997-2010 dbSoft, Inc. |

## ICS 204 - Assignment List

| Incident: Mississippi Canyon 252 | Prepared By: UC meeting room | at 4/30/2010 04:47 |
|---|---|---|
| Period: Period 11 (5/1/2010 06:00 - 5/2/2010 06:00) | Branch: Air Operations Branch | |

**Division/Group/Staging:** Aerial Dispersant Group

### Assignments

Apply dispersants as approved and appropriate.
Deploy and monitor success of effectiveness.
Continue intigration of UC approval of activation.

On Water SMART Task Force:
Provide sampling with Flourometer package on dispersant affectiveness in water column for tier 2 (to 1 meter depth) & Tier 3 (1 to 10 meters) as required. As weather permits.

Aerial SMART Team:
Provide SMART monitoring /Tier 1 observation to determine affectiveness of dispersant ops.  As weather permits.
Secondary aerial surveillance support as required.
Team in Houma and Team in Venice provide same function in areas as directed by Dispersant Group Supervisor.
Coordinate with Air Operations Group.

Monitor stockpile of dispersant for supply replenishment.

### Special Instructions for Division / Group

***No dispersant application ops within one mile of marine mammals and sea turles.***
Vessel clearance from spray targets prior to deployment.
Dispersant aircraft to follow FAA procedures.

### Tactical Objective

Apply dispersants as approved and appropriate.
Deploy and monitor success of effectiveness.
Monitor stockpile of dispersant for supply replenishment.

### Location of Work

ASI Houma - home base for DC-3 & DC 3 Turbo Prop
MSRC Stennis, MS - home base for C-130 & King Air

### Special Environmental Considerations

All aircraft and vessels should be watching for marine mammals/sea turtles.
*Whales have been spotted in the area*
All personnel must report marine mammal/turtle sightings to the Wildlife Reporting Hotline: 1-866-557-1401

### Special Site-Specific Safety Considerations

See individual Site Safety Plan (ICS 208) for issues and considerations.
Notify chain of comand of any unplanned health, safety, security, or environmental incidents.  These include near misses, first aids, security breaches, loss of primary containment, incidents, etc.

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 4/30/2010 19:12 | Page 2 of 2 | © 1997-2010 dbSoft, Inc. |

# Exhibit Q-3

| IAP Cover Sheet | |
|---|---|
| Incident Name: | Operational Period to be covered by IAP: |
| Mississippi Canyon 252 | Period 13 Working  (5/3/2010 06:00 - 5/4/2010 06:00) |

Approved by:

FOSC: _Edward J. Stanton FOSC_

RPIC: _Mike Utsler_

# Incident Action Plan



| Prepared By: | Pallavicini, Sergio | Prepared Date/Time: | 5/3/2010 07:13 |  |
|---|---|---|---|---|
| | IAP Cover Sheet | Printed: 5/3/2010 07:13 | © 1997-2010 dbSoft, Inc. | |

IAP Cover Sheet

| Incident Name: | Operational Period to be covered by IAP: |
|---|---|
| Mississippi Canyon 252 | Period 13  (5/3/2010 06:00 – 5/4/2010 06:00) |

Approved by:

FOSC *FOSCR En Stanton, Capt, USCG*

SOSC

RPIC *J M. Brian*

# Incident Action
# Plan



| Prepared By:  Palavicini, Sergio | Prepared Date/Time: | 8/2/2010 16:24 |
|---|---|---|
| IAP Cover Sheet | Printed: 8/2/2010 16:24 | © 1997-2010 dbSoft, Inc. |



HCG154-001365

## ICS 202 - General Response Objectives

| Incident: | Mississippi Canyon 252 | Prepared By: | Pallavicini, Sergio | at 5/3/2010 02:32 |
|---|---|---|---|---|
| Period: | Period 13 (5/3/2010 06:00 - 5/4/2010 06:00) | Version Name: | Period 13 Objectives- Combined IMT | |

### Overall and Strategic Objectives

| | Assigned To | Status |
|---|---|---|
| **1. Ensure the Safety of Citizens and Response Personnel** | | |
| • 1d. Implement continuous air/water monitoring plan | Safety/Environmental | In Progress |
| • 1a. Support USCG and Transocean led Search and Recovery activities | Houston Source Control | In Progress |
| • 1b. Maintain Site Safety & Health Plan for response personnel | Houston Source Control | In Progress |
| • 1c. Sustain emergency response organization to support the ongoing response activities | Houston Souce Control | In Progress |
| **2. Control the Source of the Spill  (Houston)** | | |
| • 2a. Monitor well head for signs of any release | Houston Source Control | In Progress |
| • 2b. Develop and implement subsea intervention strategies | Houston Source Control | In Progress |
| • 2c. Develop and implement subsea containment strategies | Houston Source Control | In Progress |
| • 2d. Drill relief wells | Houston Source Control | In Progress |
| **3. Manage a Coordinated Response Effort** | | |
| • 3a. Set up and Coordinate IMT Command Post Setup in Alabama | Houston and Houma | In Progress |
| • 3b. Continue to keep Florida and other stakeholders informed. | Houston and Houma | In Progress |
| **4. Maximize Protection of Environmentally-Sensitive Areas** | | |
| • 4a. Prepare and implement environmentally sensitive area protection plan | Environmental Unit | In Progress |
| • 4b. Develop booming strategies for potential shoreline impact areas based on updated trajectories | Shoreline Protection Branch | In Progress |
| **5. Contain and Recover Spilled Material** | | |
| • 5a. Overflight/monitoring for situation awareness and operations direction | Air Ops Branch Director | In Progress |
| • 5b. Maximize on-water containment and recovery | On Water Recovery Group Supervisor | In Progress |
| • 5c. Continue to deploy dispersants as necessary/approved | Dispersant Group | In Progress |
| • 5d. In-situ burn | In-Situ Burn Operations Group Supervisor | In Progress |
| **6. Track Locations of Spill, Vessels, and Facilities** | | |
| **7. Recover and Rehabilitate Injured Wildlife** | | |
| **8. Remove Oil from Impacted Areas** | | |
| • 8a. Establish vessel cleaning stations | Operations | In Progress |
| **9. Minimize & Track Economic Impacts** | | |
| • 9a. Provide economic impact analysis (Robert/Houston) | MTSRU | In Progress |
| • 9b. Keep the ports open | MTSRU | In Progress |

| ICS 202 - General Response Objectives | Printed:  5/3/2010 03:38 | Page 1 of 2 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

HCG154-001376

## ICS 202 - General Response Objectives

| Incident: | Mississippi Canyon 252 | Prepared By: | Pallavicini, Sergio | at 5/3/2010 02:32 |
|---|---|---|---|---|
| Period: | Period 13 (5/3/2010 06:00 - 5/4/2010 06:00) | Version Name: | Period 13 Objectives- Combined IMT | |

### Overall and Strategic Objectives

| | Assigned To | Status |
|---|---|---|
| 10. Keep Stakeholders and Public Informed of Response Activities | | |
| • 10a. Establish UC and oil spill response organization in potentially affected Sectors | Houston Source Control | In Progress |
| • 10b.  Active engagement with State and Local Agencies and Communities | | |

### Operational Period Command Emphasis (Safety Message, Priorities, Key Decisions/Directions)

Priorities - Houma

1. Safety:  Continue leveraging weather window to optimize operations and safety processes with impacted crews.
2. Monitor, maintain, and report status of existing boom as weather allows.  Further refine tactical plan for forward boom deployment. (deflection and absorption). Prepare all offshore response for deployment of boom and commencement of skimming.
3. Continue to execute shoreline activities as required and safe to do so.
4. Maintain existing response momentum, complete MOC with Mobile IMT, and expanding state participation. (SCAT)
5. Outreach to communities - get resources to and coordinate with the LA parishes.
6. Resolve supply chain issues
7. Assess, repair, and reposition all moved or damaged previously deployed boom imparted by storm.  Prioritize sensitive areas defined in ACP or specfically targeted by state and parishes.

Houston Source Control Priorities

1. Continue to work towards Closure of BOP
 - Pressure up Lower Annular
 - Prep for taking Pressures off of BOP Stack
 - Retrieve Pod from BOP
2. Install Valve on End of Drill Pipe
3. Continue Injection of Subsea Dispersant, including Overflight to Ascertain Impact.
 - Hot Tap in Riser
4. Long-term containment (dome) - Continue to work Procedures, Materials, Equipment.
5. Continue to Drill Relief Well

### Approved By

:  _____          _____

| ICS 202 - General Response Objectives | Printed:  5/3/2010 03:38 | Page 2 of 2 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

## ICS 204 - Assignment List

| Incident: Mississippi Canyon 252 | Prepared By: Leonard, Chris | at 5/2/2010 03:52 |
|---|---|---|
| Period: Period 13 (5/3/2010 06:00 - 5/4/2010 06:00) | Branch: Sector New Orleans | |
| Division/Group/Staging: Subsea Dispersant | | |

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Director - Source Control Branch | Hill, Perry | BP | 281-352-3301 |
| Supervisor - Sub Sea Dispersant | Mack, John | BP | 281-382-2785 |
| Safety Officer | Tink, Steve | BP | 281-352-1140 |

### Incident Resources for this Period

| Sys. ID | Resource Type - Subtype | Description | Quantity | Size | Status |
|---|---|---|---|---|---|
| Subsea Dispersant | | | | | |
| | Dispersant | | 40320 gallon( | | At Staging |

### Assignments

1. A different nozzle arrangement was positioned into the end of the riser and pumping commenced 1010hrs at 9 gpm - no further sampling currently required - (executing)
2. A hot tap for pumping dispersant into the riser tube - (planning)

Riser Hot Tap - For injecting dispersant into the riser stream. Testing and finalizing designs. - (planning ongoing)

### Special Environmental Considerations

All aircraft and vessels should be watching for marine mammals/sea turtles.
*Whales have been spotted in the area*
All personnel must report marine mammal/turtle sightings to the Wildlife Reporting Hotline: 1-866-557-1401

### Special Site-Specific Safety Considerations

See Site Safety Plan (ICS 208) for Air Ops Safety issues and considerations.
Notify chain of comand of any unplanned health, safety, security, or environmental incidents. These include near misses, first aids, security breaches, loss of primary containment, incidents, etc.

| Reviewed By Signatures - (PSC): | (OSC): | |
|---|---|---|
| ICS 204 - Assignment List | Printed: 5/2/2010 16:41 | Page 1 of 1 | © 1997-2010 dbSoft, Inc. |

HCG154-001378

## ICS 204 - Assignment List

| | |
|---|---|
| Incident: Mississippi Canyon 252 | Prepared By: Unified Command   at 5/2/2010 22:46 |
| Period: Period 13 (5/3/2010 06:00 - 5/4/2010 06:00) | Branch: Sector New Orleans |
| Division/Group/Staging: Aerial Dispersant Group | |

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Black, James | BP | 713-562-6419 |
| Air Ops Branch Director | Verrett, Brian | BP | 337-578-2425 |
| Air Ops Branch Director/USCG | Carpenter, John CWO | U.S. Coast Guard | 985-380-5363 |
| Dispersant Group | Schacht, Ken | MSRC | 4252931218 |
| Surveillance Group | Holton, Aaron | Obriens | 985-774-5208 |
| Tactical Skimming Direction Group | Sutcliffe, Mike | | |

### Incident Resources for this Period

| Sys. ID | Resource Type - Subtype | Description | Quantity | Size | Status |
|---|---|---|---|---|---|
| *Aerial Dispersant Group* | | | | | |
| 20351 | Aircraft: Fixed Wing | BT-67 "N932H" | 1 each | | Assigned |
| 20339 | Aircraft: Fixed Wing | C-130  (105) | 1 each | 2000 gallon(s | Assigned |
| 20345 | Aircraft: Fixed Wing | C-130  (107) | 1 each | 2000 gallon(s | Assigned |
| 20441 | Aircraft: Fixed Wing | C-130 "N117TG" | 1 each | | Assigned |
| 20405 | Aircraft: Fixed Wing | C-130 "N403LC" | 1 each | | Assigned |
| 20333 | Aircraft: Fixed Wing | DC-3 "N64767" | 1 each | | Assigned |
| 12993 | Aircraft: Fixed Wing | King Air - N7198Y -Spotter (Dynar | 1 each | | Stand By |
| 19065 | Aircraft: Fixed Wing | King Air - Spotter "N41J" | 1 each | | Assigned |
| | Dispersant | | 1100 gallon(s | | At Staging |
| | Dispersant | | 5397 gallon(s | | Assigned |
| | Dispersant | | 9240 gallon(s | | Enroute/Sourced |
| 15224 | Dispersant: AppSystem | ADDS Pack | 1 each | | Assigned |
| 11378 | Dispersant: AppSystem | BT67 Turbo Prop (3 Crew) | 1 each | | Stand By |
| 10860 | Dispersant: AppSystem | C-130 | 1 each | | Stand By |
| 12981 | Manpower: Operator | C-130 Crew | 6 each | | Assigned |
| 10920 | Manpower: Operator | C-130 Crew | 6 each | | Stand By |
| 22168 | Manpower: Operator | Crew - 105 | 3 each | | Assigned |
| 22150 | Manpower: Operator | Crew - 107 | 3 each | | Assigned |
| 14344 | Manpower: Operator | Crew - Aero Commander | 2 each | | Assigned |
| 20369 | Manpower: Operator | Crew - C-130 | 5 each | | Assigned |
| 14368 | Manpower: Operator | Crew - DC-3 | 3 each | | Stand By |
| 13005 | Manpower: Operator | Crew - King Air | 4 each | | Stand By |
| 14356 | Manpower: Operator | Crew - King Air | 5 each | | Assigned |
| 14362 | Manpower: Responder | Crew - DC 3 | 2 each | | Assigned |
| 22258 | Manpower: Responder | Debbie Scholz (via C. Huber) | 1 each | | Assigned |
| 22288 | Manpower: Responder | Personnel-GIS,Doc, Coord. | 1 each | | Enroute/Sourced |
| 20072 | Storage: Solid - Dumpster | Dumpster 20 yard capacity | 1 cubic yard(s | | Assigned |
| *Venice On Water Tier 2/3 SMART Team* | | | | | |
| 12420 | Manpower: Operator | EverReady Crew | 3 each | | Out-of-Service |
| 12426 | Manpower: Responder | SMART Team | 4 each | | Out-of-Service |
| 11325 | Vessel - Crew Boat | M/V EverReady Crew Boat | 1 each | 100 feet | Out-of-Service |
| 23415 | Vessel - Utility Boat | M/V Andre | 1 each | 110 feet | Assigned |

| | | |
|---|---|---|
| Reviewed By Signatures - (PSC): | (OSC): | |



## ICS 204 - Assignment List

| Incident: Mississippi Canyon 252 | Prepared By: Unified Command | at 5/2/2010 22:46 |
|---|---|---|
| Period: Period 13 (5/3/2010 06:00 - 5/4/2010 06:00) | Branch: Sector New Orleans | |
| | Division/Group/Staging: Aerial Dispersant Group | |

### Incident Resources for this Period

| Sys. ID | Resource Type - Subtype | Description | Quantity | Size | Status |
|---|---|---|---|---|---|
| *USCG SMART Aerial Tier 1 Houma & Venice* | | | | | |
| 12408 | Aircraft: Helo | S-76: "725P" | 2 each | 12 passenger | Assigned |
| 14404 | Manpower: Operator | Crew - S76 | 2 each | | Assigned |

### Assignments

Apply dispersants as approved and appropriate.
Deploy and monitor success of effectiveness.
Continue intigration of UC approval of activation.

On Water SMART Task Force:
Provide sampling with Flourometer package on dispersant affectiveness in water column for tier 2 (to 1 meter depth) & Tier 3 (1 to 10 meters) as required. As weather permits.

Aerial SMART Team:
Provide SMART monitoring /Tier 1 observation to determine effectiveness of dispersant ops.  As weather permits.
Secondary aerial surveilance support as required.
Team in Houma and Team in Venice provide same function in areas as directed by Dispersant Group Supervisor.
Coordinate with Air Operations Group.

Monitor stockpile of dispersant for supply replenishment.

### Special Instructions for Division / Group

***No dispersant application ops within one mile of marine mammals and sea turles.***
Vessel clearance from spray targets prior to deployment.
Dispersant aircraft to follow FAA procedures.

### Tactical Objective

Apply dispersants as approved and appropriate.
Deploy and monitor success of effectiveness.
Monitor stockpile of dispersant for supply replenishment.

### Location of Work

ASI Houma - home base for DC-3 & DC 3 Turbo Prop
MSRC Stennis, MS - home base for C-130 & King Air

### Special Environmental Considerations

All aircraft and vessels should be watching for marine mammals/sea turtles.
*Whales have been spotted in the area*
All personnel must report marine mammal/turtle sightings  to the Wildlife Reporting Hotline: 1-866-557-1401

### Special Site-Specific Safety Considerations

See individual Site Safety Plan (ICS 208) for issues and considerations.
Notify chain of comand of any unplanned health, safety, security, or environmental incidents.  These include near misses, first aids, security breaches, loss of primary containment, incidents, etc.

| Reviewed By Signatures - (PSC): | (OSC): | |
|---|---|---|
| ICS 204 - Assignment List | Printed: 5/2/2010 22:48 | Page 2 of 2 | © 1997-2010 dbSoft, Inc. |

# Exhibit Q-4



IAP Cover Sheet

| Incident Name: | Operational Period to be covered by IAP: |
| Mississippi Canyon 252 | Period 14  (5/4/2010 06:00 - 5/5/2010 06:00) |

Approved by:

FOSC:

SOSC:

RPIC:

# Incident Action Plan

ORIGINAL

| Prepared By: Brandt, Sergio | Prepared Date/Time: 5/3/2010 18:10 |
| IAP Cover Sheet | Period: 5/3/2010 18:15 | © 1997-2010 dbSoft, Inc. |

## ICS 202 - General Response Objectives

| Incident: | Mississippi Canyon 252 | Prepared By: | Pallavicini, Sergio | at | 5/3/2010 23:31 |
|-----------|------------------------|--------------|---------------------|----|----------------|
| Period: | Period 14 (5/4/2010 06:00 - 5/5/2010 06:00) | Version Name: | Period 14 Objectives- Combined IMT | | |

### Overall and Strategic Objectives

| | Assigned To | Status |
|---|---|---|
| **1. Ensure the Safety of Citizens and Response Personnel** | | |
| • 1d. Implement continuous air/water monitoring plan | Safety/Environmental | In Progress |
| • 1a. Support USCG and Transocean led Search and Recovery activities | Houston Source Control | In Progress |
| • 1b. Maintain Site Safety & Health Plan for response personnel | Houston Source Control | In Progress |
| • 1c. Sustain emergency response organization to support the ongoing response activities | Houston Souce Control | In Progress |
| **2. Control the Source of the Spill  (Houston)** | | |
| • 2a. Monitor well head for signs of any release | Houston Source Control | In Progress |
| • 2b. Develop and implement subsea intervention strategies | Houston Source Control | In Progress |
| • 2c. Develop and implement subsea containment strategies | Houston Source Control | In Progress |
| • 2d. Drill relief wells | Houston Source Control | In Progress |
| **3. Manage a Coordinated Response Effort** | | |
| • 3a. Set up and Coordinate IMT Command Post Setup in Alabama | Houston and Houma | In Progress |
| • 3b. Continue to keep Florida and other stakeholders informed. | Houston and Houma | In Progress |
| **4. Maximize Protection of Environmentally-Sensitive Areas** | | |
| • 4a. Prepare and implement environmentally sensitive area protection plan | Environmental Unit | In Progress |
| • 4b. Develop booming strategies for potential shoreline impact areas based on updated trajectories | Shoreline Protection Branch | In Progress |
| **5. Contain and Recover Spilled Material** | | |
| • 5a. Overflight/monitoring for situation awareness and operations direction | Air Ops Branch Director | In Progress |
| • 5b. Maximize on-water containment and recovery | On Water Recovery Group Supervisor | In Progress |
| • 5c. Continue to deploy dispersants as necessary/approved | Dispersant Group | In Progress |
| • 5d. In-situ burn | In-Situ Burn Operations Group Supervisor | In Progress |
| **6. Track Locations of Spill, Vessels, and Facilities** | | |
| **7. Recover and Rehabilitate Injured Wildlife** | | |
| **8. Remove Oil from Impacted Areas** | | |
| • 8a. Establish vessel cleaning stations | Operations | In Progress |
| **9. Minimize & Track Economic Impacts** | | |
| • 9a. Provide economic impact analysis (Robert/Houston) | MTSRU | In Progress |
| • 9b. Keep the ports open | MTSRU | In Progress |

| ICS 202 - General Response Objectives | Printed: 5/4/2010 03:09 | Page 1 of 2 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

HCG154-001578

| ICS 202 - General Response Objectives | | |
|---|---|---|
| Incident: Mississippi Canyon 252 | Prepared By: Pallavicini, Sergio | at 5/3/2010 23:31 |
| Period: Period 14 (5/4/2010 06:00 - 5/5/2010 06:00) | Version Name: | Period 14 Objectives- Combined IMT |

| Overall and Strategic Objectives | | |
|---|---|---|
| | Assigned To | Status |
| 10. Keep Stakeholders and Public Informed of Response Activities | | |
| • 10a. Establish UC and oil spill response organization in potentially affected Sectors | Houston Source Control | In Progress |
| • 10b. Active engagement with State and Local Agencies and Communities | | |

### Operational Period Command Emphasis (Safety Message, Priorities, Key Decisions/Directions)

Priorities - Houma

1. Safety:  Review and implement individual site safety plans as tactical operations resume.
2. Monitor, maintain, and report status of existing boom as weather allows.  Further refine tactical plan for forward boom deployment. (deflection and absorption).
3. Prepare all offshore response for deployment of boom and commencement of skimming.
4. Continue to execute shoreline activities as required and safe to do so.
5. Maintain existing response momentum, and expanding state participation. (SCAT)
6. Outreach to communities - get resources to and coordinate with the LA parishes.
7. Resolve supply chain issues
8. Assess, repair, and reposition all moved or damaged previously deployed boom imparted by storm.  Prioritize sensitive areas defined in ACP or specfically targeted by state and parishes.


Houston Source Control Priorities

Containment
 - Drill Pipe Overshot
Top Kill -
 - P/T Sensor from lower BOP
 - Yellow POD Prep.
Source
 - Oil Sampling at BOP
Misc.
 - Transponder Beacon Relocation
 - Survey for Hot Tap
 - Temperature Survey @ Riser & Trench Plume
 - TracerCO
Dispersant
 - Sonar Test of Trench Plume
 - Subsea dispersant injection
 - Transfer to ensure 13k gallons
Relief Well
 - DD3 drilling well

1. Continue to work towards Closure of BOP
 - Retrieve Pod from BOP
 - Prep for taking Pressures off of BOP Stack
 - Pressure up Lower Annular
2. Install Valve on End of Drill Pipe
3. Continue Injection of Subsea Dispersant, including Overflight to Ascertain Impact.
 - Hot Tap in Riser
4. Long-term containment (dome) - Continue to work Procedures, Materials, Equipment.
5. Continue to Drill Relief Well
6. Sampling - Ongoing
7. Survey - Temperature/Riser

| Approved By | | |
|---|---|---|
| : | | |

| ICS 202 - General Response Objectives | Printed:  5/4/2010 03:09 | Page 2 of 2 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

HCG154-001579

## ICS 204 - Assignment List

| Incident: Mississippi Canyon 252 | Prepared By: Leonard, Chris | at 5/3/2010 04:06 |
|---|---|---|
| Period: Period 14 (5/4/2010 06:00 - 5/5/2010 06:00) | Branch: Sector New Orleans | |
| Division/Group/Staging: Subsea Dispersant | | |

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Director - Source Control Branch | Hill, Perry | BP | 281-352-3301 |
| Supervisor - Sub Sea Dispersant | Mack, John | BP | 281-382-2785 |
| Safety Officer | Tink, Steve | BP | 281-352-1140 |

### Incident Resources for this Period

| Sys. ID | Resource Type - Subtype | Description | Quantity | Size | Status |
|---|---|---|---|---|---|
| *Subsea Dispersant* | | | | | |
| | Dispersant | | 66020 gallon( | | Assigned |
| 24437 | Manpower: Operator | Crew - Pat Tillman | 12 each | | Assigned |
| 23968 | Vessel - Supply Boat | M/V Pat Tillman | 1 each | | Assigned |

### Assignments

1. Pumping of dispersant is continuing at 5 gpm. Approval now in place for pumping of 13000 gal to complete test period - (executing)
2. A hot tap for pumping dispersant into the riser tube. The tools are currently being assembled for testing. - (planning)

Sonar test to be conducted after completeing injection (13,000 gallons)

Riser Hot Tap - For injecting dispersant into the riser stream. Testing and finalizing designs. - (planning ongoing)

### Special Environmental Considerations

All aircraft and vessels should be watching for marine mammals/sea turtles.
*Whales have been spotted in the area*
All personnel must report marine mammal/turtle sightings to the Wildlife Reporting Hotline: 1-866-557-1401

### Special Site-Specific Safety Considerations

See Site Safety Plan (ICS 208) for Air Ops Safety issues and considerations.
Notify chain of comand of any unplanned health, safety, security, or environmental incidents. These include near misses, first aids, security breaches, loss of primary containment, incidents, etc.

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 5/3/2010 16:48 | Page 1 of 1 | © 1997-2010 dbSoft, Inc. |

HCG154-001580

| ICS 204 - Assignment List | | | | | |
|---|---|---|---|---|---|
| Incident: Mississippi Canyon 252 | | | Prepared By: Unified Command | | at 5/3/2010 04:06 |
| Period: Period 14 (5/4/2010 06:00 - 5/5/2010 06:00) | | | Branch: Sector New Orleans | | |
| Division/Group/Staging: Aerial Dispersant Group | | | | | |

| Operations Personnel | | | | | |
|---|---|---|---|---|---|
| Title | | Name | | Affiliation | Contact Number(s) |
| Operations Section Chief | | Black, James | | BP | 713-562-6419 |
| Air Ops Branch Director | | Verrett, Brian | | BP | 337-578-2425 |
| Air Ops Branch Director/USCG | | Carpenter, John CWO | | U.S. Coast Guard | 985-380-5363 |
| Dispersant Group | | Schacht, Ken | | MSRC | 4252931218 |
| Surveillance Group | | Holton, Aaron | | Obriens | 985-774-5208 |
| Tactical Skimming Direction Group | | Sutcliffe, Mike | | | |

| Incident Resources for this Period | | | | | |
|---|---|---|---|---|---|
| Sys. ID | Resource Type - Subtype | Description | Quantity | Size | Status |
| **Aerial Dispersant Group** | | | | | |
| 20339 | Aircraft: Fixed Wing | C-130  (105) | 1 each | 2000 gallon(s | Assigned |
| 20345 | Aircraft: Fixed Wing | C-130  (107) | 1 each | 2000 gallon(s | Assigned |
| 20441 | Aircraft: Fixed Wing | C-130 "N117TG" | 1 each | | Assigned |
| 20405 | Aircraft: Fixed Wing | C-130 "N403LC" | 1 each | | Assigned |
| 20333 | Aircraft: Fixed Wing | DC-3 "N64767" | 1 each | | Assigned |
| 12993 | Aircraft: Fixed Wing | King Air - N7198Y -Spotter (Dynar | 1 each | | Stand By |
| 19065 | Aircraft: Fixed Wing | King Air - Spotter "N41J" | 1 each | | Assigned |
| | Dispersant | | 6497 gallon(s | | Assigned |
| | Dispersant | | 9240 gallon(s | | Enroute/Sourced |
| 15224 | Dispersant: AppSystem | ADDS Pack | 1 each | | Assigned |
| 11378 | Dispersant: AppSystem | BT67 Turbo Prop (3 Crew) | 1 each | | Stand By |
| 10860 | Dispersant: AppSystem | C-130 | 1 each | | Stand By |
| 12981 | Manpower: Operator | C-130 Crew | 6 each | | Assigned |
| 10920 | Manpower: Operator | C-130 Crew | 6 each | | Stand By |
| 22168 | Manpower: Operator | Crew - 105 | 2 each | | Assigned |
| 22150 | Manpower: Operator | Crew - 107 | 2 each | | Assigned |
| 14344 | Manpower: Operator | Crew - Aero Commander | 1 each | | Assigned |
| 24082 | Manpower: Operator | Crew - BT-67 | 2 each | | Assigned |
| 20369 | Manpower: Operator | Crew - C-130 | 5 each | | Assigned |
| 14368 | Manpower: Operator | Crew - DC-3 | 3 each | | Stand By |
| 24189 | Manpower: Operator | Crew - King Air | 2 each | | Assigned |
| 13005 | Manpower: Operator | Crew - King Air | 2 each | | Stand By |
| 14356 | Manpower: Operator | Crew - King Air | 5 each | | Assigned |
| 14362 | Manpower: Responder | Crew - DC 3 | 2 each | | Assigned |
| 22258 | Manpower: Responder | Debbie Scholz (via C. Huber) | 1 each | | Assigned |
| 22288 | Manpower: Responder | Personnel-GIS,Doc, Coord. | 1 each | | Enroute/Sourced |
| 20351 | ROV | BT-67 "N932H" | 1 each | | Assigned |
| 20072 | Storage: Solid - Dumpster | Dumpster 20 yard capacity | 1 cubic yard(s | | Assigned |
| **Venice On Water Tier 2/3 SMART Team** | | | | | |
| 12420 | Manpower: Operator | EverReady Crew | 3 each | | Out-of-Service |
| 12426 | Manpower: Responder | SMART Team | 4 each | | Out-of-Service |
| 11325 | Vessel - Crew Boat | M/V EverReady Crew Boat | 1 each | 100 feet | Out-of-Service |

| Reviewed By Signatures - (PSC): | (OSC): | |
|---|---|---|
| ICS 204 - Assignment List | Printed: 5/3/2010 19:14 | Page 1 of 3 | © 1997-2010 dbSoft, Inc. |

HCG154-001409

## ICS 204 - Assignment List

| Incident: Mississippi Canyon 252 | Prepared By: Unified Command | | at 5/3/2010 04:06 |
|---|---|---|---|
| Period: Period 14 (5/4/2010 06:00 - 5/5/2010 06:00) | Branch: Sector New Orleans | | |
| | Division/Group/Staging: Aerial Dispersant Group | | |

### Incident Resources for this Period

| Sys. ID | Resource Type - Subtype | Description | Quantity | Size | Status |
|---|---|---|---|---|---|
| *Venice On Water Tier 2/3 SMART Team* | | | | | |
| 23415 | Vessel - Utility Boat | M/V Andre | 1 each | 110 feet | Assigned |
| *USCG SMART Aerial Tier 1 Houma & Venice* | | | | | |
| 12408 | Aircraft: Helo | S-76: "725P" | 1 each | 12 passenger | Assigned |
| 24379 | Manpower: Operator | Crew - S-76 | 2 each | | Assigned |
| 14404 | Manpower: Operator | Crew - S76 | 2 each | | Assigned |
| *Aerial Dispersant Delivery Task Force* | | | | | |
| 22626 | Aircraft: Fixed Wing | DC-10 (Air Charter Service, Inc.) | 1 each | | Enroute/Sourced |
| 22627 | Aircraft: Fixed Wing | DC-10 (Air Charter Service, Inc.) | 1 each | | Enroute/Sourced |
| 22628 | Aircraft: Fixed Wing | DC-8 (Air Charter Service, Inc.) | 1 each | | Enroute/Sourced |
| 22629 | Aircraft: Fixed Wing | DC-8 (Air Charter Service, Inc.) | 1 each | | Enroute/Sourced |

### Assignments

Apply dispersants as approved and appropriate.
Deploy and monitor success of effectiveness.
Continue intigration of UC approval of activation.

On Water SMART Task Force:
Provide sampling with Flourometer package on dispersant affectiveness in water column for tier 2 (to 1 meter depth) & Tier 3 (1 to 10 meters) as required. As weather permits.

Aerial SMART Team:
Provide SMART monitoring /Tier 1 observation to determine affectiveness of dispersant ops.  As weather permits.
Secondary aerial surveillance support as required.
Team in Houma and Team in Venice provide same function in areas as directed by Dispersant Group Supervisor.
Coordinate with Air Operations Group.

Monitor stockpile of dispersant for supply replenishment.

### Special Instructions for Division / Group

***No dispersant application ops within one mile of marine mammals and sea turles.***
Vessel clearance from spray targets prior to deployment.
Dispersant aircraft to follow FAA procedures.

### Tactical Objective

Apply dispersants as approved and appropriate.
Deploy and monitor success of effectiveness.
Monitor stockpile of dispersant for supply replenishment.

### Location of Work

ASI Houma - home base for DC-3 & DC 3 Turbo Prop
MSRC Stennis, MS - home base for C-130 & King Air

### Special Environmental Considerations

All aircraft and vessels should be watching for marine mammals/sea turtles.
*Whales have been spotted in the area*
All personnel must report marine mammal/turtle sightings  to the Wildlife Reporting Hotline: 1-866-557-1401

Reviewed By Signatures - (PSC):                    (OSC):

| ICS 204 - Assignment List | Printed:  5/3/2010 19:14 | Page 2 of 3 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

HCG154-001410

| ICS 204 - Assignment List | | |
|---|---|---|
| Incident: Mississippi Canyon 252 | Prepared By: Unified Command | at 5/3/2010 04:06 |
| Period: Period 14 (5/4/2010 06:00 - 5/5/2010 06:00) | Branch: Sector New Orleans | |
| Division/Group/Staging: Aerial Dispersant Group | | |

| Special Site-Specific Safety Considerations |
|---|
| See individual Site Safety Plan (ICS 208) for issues and considerations. Notify chain of comand of any unplanned health, safety, security, or environmental incidents.  These include near misses, first aids, security breaches, loss of primary containment, incidents, etc. |

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed:  5/3/2010 19:14 | Page 3 of 3 | © 1997-2010 dbSoft, Inc. |

HCG154-001411

# Exhibit Q-5

## IAP Cover Sheet

| Incident Name: | Operational Period to be covered by IAP: |
|---|---|
| Deepwater Horizon MC252 | Period 34  (5/24/2010 06:00 - 5/25/2010 06:00) |

Approved by:

CGIC : _Sverll Sc   Delz Ic_        5/24/2010

SOSC : _Rudolf J. Trosch_

RPIC : _G. Schneider   Delux Ic_          5/24/10

# Incident Action
# Plan

 ☐ ORIGINAL



MISSISSIPPI CANYON 252
OVERVIEW MAP

| Prepared By: | Sanderson, Glen | Prepared Date/Time: | 5/23/2010 00:14 | |
|---|---|---|---|---|
| | IAP Cover Sheet | Printed: 5/23/2010 13:41 | © 1997-2010 dbiSoft, Inc. |

1 / 144

HCG154-004027

## ICS 202 - General Response Objectives

| Incident: | Deepwater Horizon MC252 | Prepared By: | Sanderson, Glen | at | 5/23/2010 10:44 |
|---|---|---|---|---|---|
| Period: | Period 34 (5/24/2010 06:00 - 5/25/2010 06:00) | Version Name: | LA - Houma IMT Objectives | | |

### Overall and Strategic Objectives

| | Assigned To | Status |
|---|---|---|
| 1. Ensure the Health, Safety, & Security of Citizens and Response Personnel | | |
| • a. Develop & Deliver the right level of Safety & Health Training to all workers & volunteers (M) | Safety Officer | In Progress |
| • b. Continue implementation and optimization of air/water particulate monitoring plan and deliver information to key stakeholders (O) | Safety/Environmental | In Progress |
| • c. Continue implementation and optimization of Site Safety & Health Plan for response personnel and volunteers (M) | Safety Officer | In Progress |
| • d. Develop and deliver a secure workplace | | |
| 2. Maximize Protection of Environmentally and Economically Sensitive Areas and Contain and Recover Spilled Material | | |
| • a. OFF-SHORE DEEPER WATER | | |
| • a1. Expand containment and recovery capabilities (O) | O P S | In Progress |
| • a2. Overflight/monitoring for situation awareness and operations direction (O) | Air Ops Branch Director | In Progress |
| • a3. Maximize on-water mechanical containment and recovery (O) | On Water Recovery Group Supervisor | In Progress |
| • a4. Continue to deploy, optimize, and enhance dispersant plan (O) | Dispersant Group | In Progress |
| • a5. Continue to deploy, optimize and enhance controlled burn plan (O) | Deputy Operations Chief | In Progress |
| • a6. Evaluate efficiency of applied response methods (controlled burn, dispersants, skimming and Ocean Buster boom). | | |
| • b. NEAR SHORE | | |
| • b1. Keep LOOP operational (O) | O P S | Planned |
| • b2. Deploy, track and verify proper personnel and equipment for optimal response (O) | Near-shore recovery | In Progress |
| • b3. Assess sensitive area prioritization based on trajectories and other intelligence from field operations (M) | Environmental Unit | In Progress |
| • b4. Continue implementing/maintaining booming strategies for Louisiana shoreline (O) | Shoreline Protection Branch | In Progress |
| • b5. Integrate approved Parish secondary protection strategies (M) | Protection Group Supervisor | In Progress |
| • b6. Assess equipment decon and vessel cleaning stations capacities and enable sustainability (O) | On Water Recovery Group Supervisor | In Progress |
| • c. ONSHORE | | |
| • c1. Keep Port Fourchon Operational (O) | O P S | Planned |
| • c2. Keep Mississippi River operational (O) | O P S | Planned |
| • c3. Prioritize notification and response protocol of fast response teams, forensic assessment teams (FRAT), and SCAT (O) (M) | | |
| • c4. Conduct and support appropriate shoreline cleanup efforts as directed by SCAT (O) | Shoreline Cleanup | Planning |
| 3. Recover and Rehabilitate Injured Wildlife (O) | | |
| • Differentiate natural mortality vs. spill related and communicate to key stake holders (M) | Environmental | In Progress |

| ICS 202 - General Response Objectives | Printed: 5/23/2010 18:43 | Page 1 of 2 | © 1997-2010 dbSoft, Inc. |
|---|---|---|---|

36/114

HCG154-004062

## ICS 202 - General Response Objectives

| | | |
|---|---|---|
| Incident: Deepwater Horizon MC252 | Prepared By: Sanderson, Glen | at 5/23/2010 10:44 |
| Period: Period 34 (5/24/2010 06:00 - 5/25/2010 06:00) | Version Name: LA - Houma IMT Objectives | |

### Overall and Strategic Objectives

| | Assigned To | Status |
|---|---|---|
| 4. Manage a Coordinated Response Effort (M) | | |
| • 4a. Sustain emergency response organization to support the ongoing response activities (M) | Unified Command | In Progress |
| • 4b. Maintain communications with Area Command, Mobile, Key West & St. Petersburg ICPs and EOCs (M) | Liaison Officer | In Progress |
| • 4c. Coordinate with Houston SIMOPS (O) | Unified Command | In Progress |
| • 4d. Utilize local resources to the extent possible and distribute resource amongst the parishes | | |
| • 4e. Develop and ensure proper protocol is followed for evidence collection and protection | | |
| • 4f. Ensure proper span of control at each staging area to allow proper alignment with IAP | | |
| 5. Keep stakeholders and Public informed of Response Activities (M) | | |
| • 5a. Active engagement with State and Local Agencies, Communities, and media (M) | Liaison Officer | In Progress |
| • 5b. Clarify reality of spill; educate public. (M) | Public Information Officer | In Progress |
| 6. Account for response-related costs and critical resources (M) | | |
| 7. Manage demobilization of all response assets (M) | | |
| 8. Responsibly Manage Waste Generated from spill clean up activities according to all applicable regulations | | |
| • 8a. Use appropriate practices to minimize waste generated (M) | | |
| • 8b. Investigate options for in-situ mitigation (M) | | |
| • 8c. Manage resulting waste streams including proper permitting and documentation (M) | | |
| 9. Manage Overall Information from ICP | | |
| • From IMT - Consolidate all technical and scientific data for submission to Area Command | | |
| • Within IMT - Coordinate transfer of data transferred to/from the various agencies involved in response (M) | | |

### Operational Period Command Emphasis (Safety Message, Priorities, Key Decisions/Directions)

****See Attachment****

### Approved By

34+54        37 / 144

HCG154-004063

## ICS 204 - Assignment List

| Incident: Deepwater Horizon MC252 | Prepared By: Unified Command | at 5/23/2010 11:47 |
|---|---|---|
| Period: Period 34 (5/24/2010 06:00 - 5/25/2010 06:00) | Branch: Sector New Orleans | |
| Division/Group/Staging: Dispersant Group | | |

### Operations Personnel

| Title | Name | Affiliation | Contact Number(s) |
|---|---|---|---|
| Operations Section Chief | Black, James | BP | 713-562-6419 |
| Operations Section Deputy | Holton, Aaron | O'Brien's RM | 985-774-5208 |
| Operations Section Chief - Night | Fetgatter, Nelson | O'Brien's RM | 832-247-7273 |
| CG Ops Sec Chief Deputy | Lee, Chris | USCG | |
| Offshore Branch Director | Jefferies, Jeremiah | O'Brien's | 206-817-5845 |
| Dispersant Ops Group Supervisor | Huber, Charles | C.A. Huber, Inc. | 757-876-2952 |
| Dispersant Group Liaison - Stennis | Schacht, Ken | MSRC | 4252931218 |
| Dispersant Group Liaison - Houma | Gass, Michael | Clean Caribbean & Amer | 954-658-1321 |
| Dispersant Group Liaison - USAF | Haagsma, Karl | U.S. Air Force | 330-233-3346 |
| Dispersant Group Liaison - AT802 | Rosenberg, Edward | O'Brien's RM | 207-577-5226 |
| Safety Officer | DeVillier, Craig | BP | 281-217-3383 |
| Public Information Officer | Stultz, Mark | BP | 832-623-9096 |
| CG Air Ops Branch Director | Cromwell , John | U.S. Coast Guard | 214-300-1041 |
| Air Ops Branch Director | Russell, Virgil | BP | 281-382-3719 |

### Resources Required

| Area of Operation | Resource Type | Description | Quantity | Size |
|---|---|---|---|---|
| Dispersant Group | Air Spotter | Spotter | 8 each | |
| Dispersant Group | Air Sprayer | Sprayer | 11 each | |
| Dispersant Group | Dispersant | Dispersant | 50000 gallon(s) | |
| Dispersant Group | Manpower: Responder | | 150 each | |

### Assignments

Aerial Dispersant Group:

Aerial spray with planes:
Approval to apply Nalco EC9500A continues
Apply dispersants as approved and appropriate within weather limits (ceiling of 1,500 ft., 4 mile visibility, and 35 knot winds).
Target Black and Brown oil that is most fresh and dispersable
Ensure a no spray zone within 5 nautical miles of the source (28° 44.21 N by 88° 21.99 W) and any Insitu Burn operations.
Ensure there is a 2 nautical mile separation zone from any vessel/platform and 3 nautical miles around mammal sightings.
Coordinate with Houston ICP to deconflict sub-sea dispersant application (5 mile no spray zone) when applicable.
Coordinate with SMART Tier 2 Team to collect fluorometer data and coordinate with Tier 1 Team monitoring.
Monitor stockpile of dispersant for supply replenishment to maintain sutainability and stockpile.
Instructions from UC is to maintain a 85,000 gallon minimum inventory
Follow instructions for overflight restrictions over wildlife refuges.
AT-802 is still being evaluated for operational use for the 10m depth contour or 3-15nm from shoreline.
M/V International Peace to perform multi-role: SMART, Dispersant Application and testing.

AT-802 being evaluated for nearshore operational use  (Three (3) to fifteen (15) nautical miles/water depths greater than 10 meters).

| Reviewed By Signatures - (PSC): | (OSC): |
|---|---|

| ICS 204 - Assignment List | Printed: 5/23/2010 20:04 | Page 1 of 3 | © 1997-2010 dbSoft, Inc. |

52/164    52/144

HCG154-004078

## ICS 204 - Assignment List

| Incident: Deepwater Horizon MC252 | Prepared By: Unified Command | at 5/23/2010 11:47 |
|---|---|---|
| Period: Period 34 (5/24/2010 06:00 - 5/25/2010 06:00) | Branch: Sector New Orleans | |

Division/Group/Staging: Dispersant Group

### Special Instructions for Division / Group

***No dispersant application ops within three nautical miles of marine mammals and sea turtles.***
Vessel clearance from spray targets prior to deployment.

Report take off & landing times to assigned coordinators as they occur.

Coordinate with SMART Group supervisor, report area sprayed Lat/Long, time sprayed, # of passes and gallons applied.

### Communications

| Name / Function | Radio:  Freq. / System / Channel | Phone | Pager |
|---|---|---|---|
| Air to Air Frequency | 126.4 (Primary) / 123.45 (Secondary) | | |
| Surface to Air Frequency | 122.9 (Primary) / 123.45 | | |
| Coordination with Stennis base | 122.9 (Primary) / Marine channel (81a) as a Se | | |
| National Response Center | | 800-424-8802 | |
| EPA | jones.nancy@epa.gov | 214-789-1527 | |

### Tactical Objective

Apply dispersants as approved and appropriate.
Deploy and monitor success of effectiveness.
Monitor stockpile of dispersant for supply replenishment.

### Location of Work

ASI Houma - home base for DC-3 & DC 3 Turbo Prop, AT-802
MSRC Stennis, MS - home base for C-130 & King Air

### Special Environmental Considerations

All aircraft and vessels should be watching for marine mammals/sea turtles.
Maintain 3 (three) NM No Spray Zone when marine mammals and sea turtles are identified.
*Whales have been spotted in the area*
All personnel must report marine mammal/turtle sightings  to the Wildlife Reporting Hotline: 1-866-557-1401

| Reviewed By Signatures - (PSC): | | (OSC): | |
|---|---|---|---|
| ICS 204 - Assignment List | Printed: 5/23/2010 20:04 | Page 2 of 3 | © 1997-2010 dbSoft, Inc. |

53/154   53 / 144 ~

| ICS 204 - Assignment List | | |
|---|---|---|
| Incident: Deepwater Horizon MC252 | Prepared By: Unified Command | at 5/23/2010 11:47 |
| Period: Period 34 (5/24/2010 06:00 - 5/25/2010 06:00) | Branch: Sector New Orleans | |
| | Division/Group/Staging: Dispersant Group | |

| Special Site-Specific Safety Considerations |
|---|

PRE-TASK SAFETY
• Safety briefing for all passengers is required.
• A JSEA shall be completed prior to beginning work.
• See the Gulf of Mexico Contract Aircraft Guidelines and the MC252 Air Operations Plan.
PERSONAL SAFETY
• All appropriate PPE shall be worn when necessary.
• All pilots and passengers shall wear hearing and eye protection at all times around operating helicopters
• All pilots and passengers shall wear PFD's and seatbelts at all times.
• All pilots and passengers shall approach/depart from front of helicopters.
• All pilots and passengers shall be aware of rotating assemblies and engine intakes.
• All pilots and personnel shall take appropriate breaks in order to prevent fatigue.
• All personnel shall protect themselves from severe weather.
• All passengers shall follow the pilots direction at all times.
• If In-Situ burning will be on-going in your area of operation, avoid smoke plumes.  Ensure your tasks do not interfere with their operations.
• NO SMOKING, unless in a designated area.  Strict adherence to the smoking policy is required.
COMMUNICATION
• Review communication procedures prior to each task.
• Ensure communication equipment is in working order.
• Review Hand Signals with all response personnel.
• Identify muster locations daily or as work area advances.
• Do not use cell phone while driving, operating equipment or other tasks requiring full attention (e.g., power tools, cutting, etc).
• Notify chain of command of any health, safety, security, or environmental incidents.  These include near miss, first aid, security breaches, chemical spills, etc.
Everyone has the right and duty to stop a task that is recognized as unsafe.

| Reviewed By Signatures - (PSC): | (OSC): | |
|---|---|---|
| ICS 204 - Assignment List | Printed: 5/23/2010 20:04 | Page 3 of 3 | © 1997-2010 dbSoft, Inc. |

54/154   54/144 ~

HCG154-004080