# Exhibit R

# Confidential

# Documents filed under Seal