# Exhibit S

# Part 3 of 3

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

June 24, 2010

Dear Admiral Watson:

In compliance with the May 26, 2010, Dispersant Monitoring and Assessment Directive -
Addendum 3 (the "Directive"), BP Exploration & Production Inc. ("BP") has eliminated
the surface application of dispersants, except in cases where an exemption is requested
and justified, and approved by the Federal On-Scene Coordinator.

Houma Unified Command has ten (10) spotter visual reports from 24 June of multiple
slicks of dispersible oil (Attachment 1) and the NOAA Surface Oil Forecast for 25 June
shows extensive areas of heavy and medium oil (Attachment 2). Weather is suitable for
aerial dispersant operations with forecast indicating isolated showers and thunderstorms
in PM with winds 8 -13 knots East, waves 1-2 feet, ceiling good except 1,000 around
thunderstorms, visibility 5-10 nm and chance of rain is 20% in the afternoon.

Houma Unified Command anticipates that, due to the weather, location, distribution
(5,400 sq.mi.) and size of the multiple oil slicks identified the use of mechanical recovery
and ISB to recover or remove the oil in the target area will be insufficient to remove the
spill volume on June 25, 2010.
Prior to spray operations the spotter aircraft will identify the high value targeted slicks and
will direct spray aircraft to the heaviest portions of the slick.

Pursuant to a request this date from Unified Command, the following information is
provided.

- Estimated size of identified dispersible oil slick targets proposed in designated
  zones: this information is included in Table 1 with the estimate of the amount of
  dispersant needed to treat these slicks.

- Explicit justification for why these targets can't be skimmed or addressed by
  other mechanical means: The use of mechanical recovery to recover or remove
  the oil in the identified target areas will be insufficient to remove the estimated
  dispersible oil volumes that we have estimated for tomorrow. The targeted oil
  herein is dispersible oil and dispersible oil is not the only oil demanding
  mechanical recovery assets. The geographic area of the spill site contains a
  combination of dispersible oil, heavy sheens and emulsified oil. Mechanical
  recovery devices are required elsewhere throughout the entire geographic area to
  address all areas and all oils that can be recovered mechanically and not just the
  dispersible oils and are therefore otherwise engaged. Generally the skimming

Rear Admiral James A. Watson
**6/25/2010**
Page 2

vessels are concentrated near the source site so that they can remain in the heaviest oil and collect the highest volume of oil. Other skimming assets are deployed nearshore to recover oil before it comes ashore.

- Tabulation of number of assets (skimmers, etc.) in service today and how many assets are available yet not in service: A daily summation of skimmers in the source area and outside the source is now being provided daily to the Aerial Dispersant Group for insertion in this report (Attachment 3). Our review of the assets listed below reveal that they are engaged in skimming operations with some out of service for various reasons.

- It is planned to conduct multiple Tier 1 helicopter SMART overflights to observe dispersant operations. M/V *International Peace* is returning to port and conducting crew changes. M/V *International Peace* operations for 25 June will depend upon departure time from port. QA/QC SMART reports being developed for June 22 and 23, 2010.

Accordingly, in accordance with the Directive, the Houma Unified Command respectfully requests an exemption to apply EC9500A in volumes on oil slicks determined after tomorrow mornings reconnaissance flights.

Accordingly, in accordance with the Directive, the Houma Unified Command respectfully requests an exemption to apply EC9500A in volumes on oil slicks located today shown in Table 1 not to exceed 28,200 gallons for a period not to exceed 12 hours. We request to commerce early operations with 5,000 gallons of dispersant to initial slicks identified and then request a subsequent amount to spray based on the full spotter reports.

*14,400*

Sincerely,

Houma Unified Command

Exemption approved subject to the above:

Date: *6/25/10*

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

HCG037-001679

Rear Admiral James A. Watson
**6/25/2010**
Page 3

Attachment 1

# Dispersant Zone Map for 25 June 2010
## with Oil Targets from Spotter Operations on 24 June



NOTE 1: No Dispersant Flying Within 5 NM from the Spill Source 28 43.7 N 88 22.1 W

## TABLE 1
### Dispersible Oil Report June 25, 2010

| Zone | # of slicks reported | Area in acres | Estimated percentage dispersible oil | Dispersant Needed (1/20 DOR) |
|---|---|---|---|---|
| R | 3 | 614 | 20% | 565 |
| S | 1 | 160 | 30% | 240 |
| AC | 2 | 880 | 30% | 1,320 |
| AB | 2 | 11840 | 45% | 15,040 |

Rear Admiral James A. Watson
**6/25/2010**
Page 4

| | | | | | | |
|---|---|---|---|---|---|---|
| AM | 2 | 20,480 | | 10% | | 10,240 |
| AL | 1 | 1600 | | 10% | | 800 |
| TOTAL | 11 | 35,574 | | | | **28,205** |

**Note: Table 1 shows our intentions based upon our observations the day before these actions take place. Size and location of slicks will change. Activities within slick areas e.g., skimming operations, in-situ burning, etc., or weather conditions may require revisions to the actual operational plan implemented.**

HCG037-001681

Rear Admiral James A. Watson
**6/25/2010**
Page 5

Attachment 2



**Nearshore
Surface Oil Forecast
Deepwater Horizon MC252**

NOAA/NOS/OR&R    Nearshore

Estimate for: 1200 CDT, Friday, 6/25/10
Date Prepared: 2100 CDT, Wednesday, 6/23/10

This forecast is based on the NWS spot forecast from Wednesday, June 23 PM. Currents were obtained from several models (West Florida Shelf/USF, TGLO/TAMU, NAVO/NRL) and HFR measurements. The model was initialized from Wednesday satellite imagery analysis (NOAA/NESDIS) and overflight observations. The leading edge may contain tarballs that are not readily observable from the imagery (hence not included in the model initialization). Oil near bay inlets could be brought into that bay by local tidal currents.

Mississippi Canyon 252
Incident Location

Forecast location for oil
on 25-June-10 at 1200 CDT

The offshore forecast has been temporarily stopped due to small amounts of oil offshore, the absence of recent observations confirming significant amounts of oil en offshore areas, and the large separation between the loop current complex and the oil slick. Forecasts will resume if the threat returns.

0   20   40   80
Miles

Moderate SE winds (8-12 kts) are forecast to become E overnight and continue to have an easterly component (E/ESE/ENE) through Saturday. Trajectories indicate westward currents within the Mississippi Bight region will inhibit further movement of the slick to the east. Coastal regions between Ship Island, MS and Freeport, FL are threatened by shoreline contacts within this forecast period. Under persistent easterly winds, the Chandeleur Islands, Breton Sound and the Mississippi Delta are increasingly threatened by shoreline contacts in this forecast period.

Trajectory
☐ Uncertainty
■ Light
■ Medium
■ Heavy
× Potential beached oil

Next Forecast:
June 24th PM

this scale bar shows the meaning of the distribution terms at the current time

Rear Admiral James A. Watson
**6/25/2010**
Page 6

Attachment 3

# Vessel Status Board

**DEEPWATER HORIZON
SOURCE GROUP**

Date/Time   24 June 2010 1600

|  | TOTAL | SKIMMING | OFFLOADING | Unscheduled Maintenance | Scheduled Maintenance |
|---|---|---|---|---|---|
| SKIMMERS | 26 | 18 | 2 | 5 | 1 |
| TANK BARGES | 5 | N/A | 1 | 1 | |
| INLAND BARGES | 5 | N/A | 0 | 0 | |
| WORKBOATS | 22 | N/A | N/A | 0 | |

| ON SCENE WEATHER | | COMMENTS: |
|---|---|---|
| WIND | E 10 | |
| WAVE | 1' | |
| SWELL | SE 2   4' | |

| Kind/Type | Vessel | Assignment | Status | Location | ETA |
|---|---|---|---|---|---|
| RV1/Weir | Louisiana Responder | MSRC | Skimming | MC-252 | |
| RV1/Weir | Gulf Coast Responder | MSRC | Skimming | MC-252 | |
| RV1/Weir | Texas Responder | MSRC | Scheduled Maint. | Ft. Jackson - 6/23 - 6/25 | |
| RV1/Weir | Maine Responder | MSRC | Skimming | MC-252 | |
| RV1/Weir | Mississippi Responder | MSRC | Skimming | MC-252 | |
| RV1/Weir | Southern Responder | MSRC | Skimming | MC 252 | |
| RV1/Weir | Delaware Responder | MSRC | Skimming | MC-252 | |
| RV1/Weir | Virginia Responder | MSRC | Skimming | MC 252 | |
| RV1/Belt | CGA HOSS Barge (Crosby Sun) | TF HOSS | Skimming | MO-252 | |
| RV1/Weir | Seacor Vanguard (Current Buster 2 ea) | Buster | Unscheduled Maint. | Fourchon - 6/22 | |
| RV1/Weir | Seacor John Corthill (Current Buster) | Buster | Skimming | MO-252 | |
| RV1/Weir | Lana Rose (NRC VOSS) | NRC | Offloading | Venice - 6/24 | |
| RV1/Belt | Lynne Frink (NRC Marco) | NRC | Unscheduled Maint. | Venice - 6/22 | |
| RV1/Disk | NRC Liberty (Disc) | NRC | Skimming | MC-252 | |
| RV1/Weir | Noonie G (w/CGA FRU) - Ampol | CGA | Skimming | MC-252 | |
| RV1/Weir | International Tropper (w/CGA FRU) - Ampol | CGA | Skimming | MO-252 | |
| RV1/Weir | Kim B (w/CGA FRU) - Ampol | CGA | Skimming | MC-252 | |
| RV1/Weir | Mr. Alex (w/CGA FRU)- Ampol | CGA | Skimming | MC-252 | |
| RV1/Belt | Rene (Navy Marco) | Fed | Unscheduled Maint. | Gulfport - 6/22 | |
| RV1/Weir | Pauline T (NRC VOSS) | NRC | Offloading | Venice - 6/24 | |
| RV1/Weir | Seacor Washington (Dutch arm) | | Skimming | MO-252 | |
| RV1/Weir | HOS Maybaue (Dutch arm) | | Unscheduled Maint. | Fourchon | |
| RV1/Weir | HOS Sweetwater (Dutch Arm) | | Skimming | MO-252 | |
| RV1/Belt | Resolve Pioneer (NRC Marco) | | Skimming | MO-253 | |
| RV1/Belt | NRC Admiral (Marco) | | Skimming | MO-254 | |
| RV1/Weir | JMC-300/RHEA (Gulp 2) | | Unscheduled Maint. | MO-255 | |

Rear Admiral James A. Watson
**6/25/2010**
Page 7

HCG037-001684

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

June 25, 2010

Dear Admiral Watson:

In compliance with the May 26, 2010, Dispersant Monitoring and Assessment Directive - Addendum 3 (the "Directive"), BP Exploration & Production Inc. ("BP") has eliminated the surface application of dispersants, except in cases where an exemption is requested and justified, and approved by the Federal On-Scene Coordinator.

Houma Unified Command has twelve (12) spotter visual reports from 25 June of multiple slicks of dispersible oil (Attachment 1) and the NOAA Surface Oil Forecast for 26 June shows extensive areas of heavy and medium oil (Attachment 2). Weather is suitable for aerial dispersant operations with forecast indicating isolated showers and thunderstorms with winds 12-15 knots E   NE, waves   2.5 feet, ceiling good except 1,000 around thunderstorms, visibility 5 nm and chance of rain is 20% in the afternoon.

Houma Unified Command anticipates that, due to the weather, location, distribution (5,400 sq.mi.) and size of the multiple oil slicks identified, the use of mechanical recovery and ISB to recover or remove the oil in the target area will be insufficient to remove the spill volume on June 26, 2010.

Prior to spray operations the spotter aircraft will identify the high value targeted slicks and will direct spray aircraft to the heaviest portions of the slick.

Pursuant to a request this date from Unified Command, the following information is provided.

- Estimated size of identified dispersible oil slick targets proposed in designated zones: this information is included in Table 1 with the estimate of the amount of dispersant needed to treat these slicks.

- Explicit justification for why these targets can't be skimmed or addressed by other mechanical means: The use of mechanical recovery to recover or remove the oil in the identified target areas will be insufficient to remove the estimated dispersible oil volumes that we have estimated for tomorrow. The targeted oil herein is dispersible oil and dispersible oil is not the only oil demanding mechanical recovery assets. The geographic area of the spill site contains a combination of dispersible oil, heavy sheens and emulsified oil. Mechanical recovery devices are required elsewhere throughout the entire geographic area to address all areas and all oils that can be recovered mechanically and not just the

Rear Admiral James A. Watson
**6/25/2010**
Page 2

*Note: The overhead observations indicate significa
oil slick targets are present and sea-state conditio
are hampering mechanical removal and insitu burni*   *XQ;*

dispersible oils and are therefore otherwise engaged.  Generally the skimming
vessels are concentrated near the source site so that they can remain in the
heaviest oil and collect the highest volume of oil.   Other skimming assets are
deployed nearshore to recover oil before it comes ashore.

- Tabulation of number of assets (skimmers, etc.) in service today and how many
  assets are available yet not in service:  A daily summation of skimmers in the
  source area and outside the source is now being provided daily to the Aerial
  Dispersant Group for insertion in this report (Attachment 3).  Our review of the
  assets listed below reveal that they are engaged in skimming operations with
  some out of service for various reasons.

- It is planned to conduct multiple Tier 1 helicopter SMART overflights to observe
  dispersant operations.  M/V *International Peace* is currently in port and scheduled
  departure is on Friday evening.   QA/QC SMART reports are attached for June 23,
  2010.

*43,000*   *XQ*

Accordingly, in accordance with the Directive, the Houma Unified Command respectfully
requests an exemption to apply EC9500A in volumes on oil slicks located today shown in
Table 1 not to exceed ~~30,000~~ gallons for a period not to exceed 12 hours. We request to
commence early operations with 5,000 gallons of dispersant to initial slicks identified and
then request a subsequent amount to spray based on the full spotter reports.   It is
expected there will be considerable slicks present tomorrow, since ISB will not be
operating tomorrow and weather will make skimming difficult.

Sincerely,


Houma Unified Command




Exemption approved subject to the above:

*Roy A. Nash*
Roy A. NASH
~~James A. Watson~~                                    Date: 6/25/2010
*Deputy,* Rear Admiral, USCG
Federal On-Scene Coordinator

HCG037-001688

Rear Admiral James A. Watson
**6/25/2010**
Page 3

Attachment 1

## Dispersant Zone Map for 26 June 2010
## with Oil Targets from Spotter Operations on 25 June



## TABLE 1
### Dispersible Oil Report June 25, 2010

| Zone | # of slicks reported | Area in acres | Estimated percentage dispersible oil | Dispersant Needed (1/20 DOR) |
|------|------|------|------|------|
| AC | 4 | 6,400 | 25% | 9,440 |
| AL | 1 | 640 | 30% | 960 |
| AM | 2 | 960 | 50% | 3,040 |
| AN | 2 | 4,000 | 10% | 2,800 |

Rear Admiral James A. Watson
**6/25/2010**
Page 4

| | | | | | |
|---|---|---|---|---|---|
| R | 2 | 4,800 | | 45% | 10,400 |
| T | 1 | 1,600 | | 50% | 4,000 |
| **TOTAL** | 12 | 18,400 | | | 30,640 |

**Note: Table 1 shows our intentions based upon our observations the day before these actions take place. Size and location of slicks will change. Activities within slick areas e.g., skimming operations, in-situ burning, etc., or weather conditions may require revisions to the actual operational plan implemented.**

Rear Admiral James A. Watson
**6/25/2010**
Page 5

Attachment 2



Rear Admiral James A. Watson
**6/25/2010**
Page 6

Attachment 3

# Vessel Status Board

DEEPWATER HORIZON SOURCE GROUP   Date/Time   6/25/10 15:30

| | TOTAL | SKIMMING | OFFLOADING | Unscheduled Maintenance | Scheduled Maintenance |
|---|---|---|---|---|---|
| SKIMMERS | 26 | 23 | 1 | 1 | 1 |
| TANK BARGES | 9 | N/A | 1 | 0 | |
| INLAND BARGES | 9 | N/A | 0 | 0 | |
| WORKBOATS | 17 | N/A | N/A | 0 | |

| | SEA STATE WEATHER | FORECAST: Partly cloudy, good visibility |
|---|---|---|
| WIND | 18 to 10 | |
| WAVE | 1/2 1 | |
| SWELL | 1/2 1-3 | |

| Kind/Time | Vessel | Assignment | Status | Location | ETA |
|---|---|---|---|---|---|
| RV/Wet | | MSRC | Skimming | MC-292 | |
| RV/Wet | Gulf Coast Responder | MSRC | Skimming | MC-292 | |
| RV/Wet | | MSRC | Scheduled Maint | FL and pm  673 | 6/26 |
| RV/Wet | | MSRC | Skimming | MC-292 | |
| RV/Wet | | MSRC | Skimming | MC-292 | |
| RV/Wet | | MSRC | Skimming | MC-292 | |
| RV/Wet | | MSRC | Skimming | MC-292 | |
| RV/Wet | | MSRC | Skimming | MC-292 | |
| RV/Bell | CGA HOSS Barge (Crosby Tug) | TT 14058 | Skimming | MC-282 | |
| RV/Wet | | Dunlin | Skimming | MC-292 | |
| RV/Wet | | Dunlin | Skimming | MC-292 | |
| RV/Wet | Lava Row (MSRC VOSS) | MSRC | Offloading | Venice  673 | |
| RV/Wet | (MSRC Mirror) | MSRC | Skimming | MC-292 | |
| RV/Dun | MSRC Liberty (Dun) | MSRC | Skimming | MC-292 | |
| RV/Wet | | CGA | Skimming | MC-292 | |
| RV/Wet | | CGA | Skimming | MC-292 | |
| RV/Wet | | CGA | Skimming | MC-292 | |
| RV/Wet | | Fast | Skimming | MC-292 | |
| RV/Wet | | MSRC | Skimming | MC-292 | |
| RV/Wet | | | Skimming | MC-292 | |
| RV/Wet | | | Unscheduled Maint | Fourchon 6-23 | |
| RV/Wet | | | Skimming | MC-293 | |
| RV/Bell | | | Skimming | MC-293 | |
| RV/Bell | | | Skimming | MC-294 | |
| RV/Wet | | | Skimming | MC-291 | |

| TV2 | MSRC 462 Barge (Nippers Corp.) | TT Storage | On-Scene | MC-292 | |
| TV1 | MSRC 462 Barge (Tara Cedar) | TT Storage | Standby | Fl Jackson | |
| TV1 | MSRC 870 Barge (Crosby Charge) | TT Storage | Offloading | Platform | |
| TV1 | Aches DEL 199 (Blake) | TT Storage | On-Scene | MC-292 | |
| TV1 | Energy 9004 (Superior Service) Cooper | TT Storage | Standby | Fourchon | |

| TV0 | MSRC 462 Barge (Nippers Corp.) | TT Storage | On-Scene | MC-292 | |
| TV1 | MSRC 462 Barge (Tara Cedar) | TT Storage | Standby | Fl Jackson | |
| TV1 | MSRC 870 Barge (Crosby Charge) | TT Storage | Offloading | Platform | |
| TV1 | Aches DEL 199 (Blake) | TT Storage | On-Scene | MC-292 | |
| TV1 | Energy 9004 (Superior Service) Cooper | TT Storage | Standby | Fourchon | |

| | Vessel | Assignment | | Location | ETA |
|---|---|---|---|---|---|
| WB2 | Sea Fox | Source | Standby | Venice | |
| WB2 | Baby D | Source | Back Ins | MC-292 | |
| WB2 | Ms Mona | Source | Back Ins | MC-292 | |
| WB2 | | Source | Unscheduled Maint | Venice | |
| WB2 | | Source | Standby | MC-292 | |
| WB1 | | Source | Back Ins | MC-292 | |
| WB1 | | Source | Stay Ready | MC-292 | |
| WB1 | | Source | Back Ins | MC-292 | |
| WB1 | Ms Maka | Source | Back Ins | MC-292 | |
| WB1 | Ms Sandra | Source | Back Ins | MC-292 | |
| WB1 | Black Hawk | Source | Back Ins | MC-292 | |
| WB1 | One Fish | Source | Maintenance | MC-292 | |

| WB2 | Mr. Larry | | Supply Run | Venice Based | |
| WB2 | Fox | | Supply Run | Venice Based | |
| WB2 | Ann Fern | | Supply Run | Venice Based | |
| WB2 | | | Supply Run | Venice Based | |
| WB2 | | | Supply Run | Venice Based | |
| WB2 | Miss Worthy | | Supply Run | Venice Based | |
| WB2 | Sea Hawk | | Supply Run | Venice Based | |
| WB2 | Charlee G | | Stay Dry | Venice Based | |
| WB2 | | | Standby | Venice Based | |
| WB2 | Dan Crawley | | Supply Run | Venice Based | |

| Kind/Time | Vessel Barge | Assignment | Status | Location | Remaining Storage |
|---|---|---|---|---|---|
| TV2 | Genie 201 Barge | TT Storage | | | |
| TV2 | Genie 402 Barge | TT Storage | 20,300 bbl spar | | |
| TV2 | Genie 306 Barge | TT Storage | offloading MSRC 673 | Platform | |
| TV2 | Hyman 3049 Barge | TT Storage | Standby | Fort Jackson | |
| TV2 | Hyman 3049 Barge | TT Storage | scheduled offload 673 | Miss Bayou | |

Rear Admiral James A. Watson
**6/25/2010**
Page 7

Deepwater Horizon Incident – Houma Incident Command Center

**SMART Tier 1 Data Quality Assessment and Review**

SMART Tier 1 data consists of observations summarized in an Activity Log (Unit Log ICS 214-CG) and pre-
and post-application photographs and associated photo log of dispersant spray operations. This form
documents the results of a preliminary quality assessment review of these documents.

Smart Air Team #: __1__   Date: _6/23/2010_

Operational Period: _0000 23 June 2010_ to _2359 23 June 2010_

**Data Review**   (Check documents that were reviewed)

☑ Unit Log – ICS 214-CG

☑ Photographs   (How many reviewed? _9_ )

☑ Photo Log

☐ Dispersant Observation Reporting Form 3D

**Assessment**   (Check appropriate box(s))

☑ Concur with SMART observer findings (reasonableness of findings)

☐ Issues of note from data review. Briefly describe.

_____

☑ Dispersant is effective based on review of Activity Log, photographs, and photo log.

☐ Results inconclusive with respect to dispersant effectiveness.

☐ Other. Briefly describe.

_____

**Reviewed by Dispersant Assessment Group Member**   (Print name, sign, and date)

Name: _____ Signature: _____ Date: _6/25/10_

**Reviewed by NOAA SSC**   (Print name, sign, and date)

Name: _Jordan Stout_ Signature: _____ Date: _6/25/10_

Template updated 20100619

Rear Admiral James A. Watson
**6/25/2010**
Page 8

Deepwater Horizon Incident – Houma Incident Command Center

**SMART Tier 1 Data Quality Assessment and Review**

SMART tier 1 data consists of observations summarized in an Activity Log (Unit Log ICS 214-CG) and pre-
and post-application photographs and associated photo log of dispersant spray operations. This form
documents the results of a preliminary quality assessment review of these documents.

Smart Air Team #: __2__   Date: __6/23/2010__

Operational Period: __20100623   0700__  to  __20100623   1526__

**Data Review**   (Check documents that were reviewed)

☑ Unit Log = ICS 214-CG

☑ Photographs (How many reviewed? __7__)

☑ Photo Log

☑ Dispersant Observation Reporting Form 30

**Assessment**   (Check appropriate box(s))

☐ Concur with SMART observer findings (reasonableness of findings)

☑ Issues of note from data review  Briefly describe

__notation about subsurface oil treatment - more likely__
__spotters perspective than oil below sfc.__

☐ Dispersant is effective based on review of Activity Log, photographs, and photo log

☑ Results inconclusive with respect to dispersant effectiveness.

☑ Other  Briefly describe

__Spotter on station only 1 min after last dispersant__
__pass - insufficient time for observations__

**Reviewed by Dispersant Assessment Group Member**  (Print name, sign, and date)

Name: __Mark Denk___  Signature: _____  Date: __6/24/10__

**Reviewed by NOAA SSC**  (Print name, sign, and date)

Name: __Jordan Stout__  Signature: _____  Date: __6/25/10__

Template Updated 20100619

HCG037-001694

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

June 26, 2010

Dear Admiral Watson:

In compliance with the May 26, 2010, Dispersant Monitoring and Assessment Directive - Addendum 3 (the "Directive"), BP Houma Unified Command has eliminated the surface application of dispersants, except in cases where an exemption is requested and justified, and approved by the Federal On-Scene Coordinator.

Houma Unified Command has thirteen (13) spotter visual reports from 26 June of multiple slicks of dispersible oil (Attachment 1) and the NOAA Surface Oil Forecast for 27 June shows extensive areas of heavy and medium oil (Attachment 2). Weather is suitable for aerial dispersant operations with forecast indicating isolated showers and thunderstorms with winds 14 -17 knots SE, waves 2.5 feet, ceiling 2000, visibility 6 nm and chance of rain is 30% in the afternoon.

Houma Unified Command anticipates that, due to the weather, location, distribution (7,200 sq.mi.) and size of the multiple oil slicks identified, the decreased use, due to weather, of mechanical recovery and ISB to recover or remove the oil in the target area will be insufficient to remove the spill volume on June 27, 2010.

Prior to spray operations the spotter aircraft will identify the high value targeted slicks and will direct spray aircraft to the heaviest portions of the slick.

Pursuant to a request this date from Unified Command, the following information is provided.

- Estimated size of identified dispersible oil slick targets proposed in designated zones: this information is included in Table 1 with the estimate of the amount of dispersant needed to treat these slicks.

- Explicit justification for why these targets can't be skimmed or addressed by other mechanical means: The use of current mechanical recovery assets as defined in Attachment 3 are fully engaged in collecting oil in the areas shown in Attachment 1. It is not productive to detach vessels from skimming to relocate to other slicks as this would reduce overall recovery due to transit time and equipment recovery and deployment time which can require 6 hours or more depending on the transit distances involved. Generally, the skimming vessels are concentrated near the source site so that they can remain in the heaviest oil and collect the highest volume of oil. Non-source skimming assets are deployed in designated areas of heavy oil outside of the ISB burn box and the source skimming setback area.

- Tabulation of number of assets (skimmers, etc.) in service today and how many assets are available yet not in service: A daily summation of skimmers in the source area and outside the source is now being provided daily to the Aerial Dispersant Group for insertion in this report (Attachment 3). Our review of the assets listed below reveal that they are engaged in skimming operations with some out of service for various reasons.

Rear Admiral James A. Watson
**6/26/2010**
Page 2

- It is planned to conduct multiple Tier 1 helicopter SMART overflights to observe dispersant operations. M/V *International Peace* is currently at sea conducting samplings.
- QA/QC SMART reports are for June 24, 2010.
- No burn box is shown at this time. A decision based on weather will be made by tomorrow morning as to whether ISB operation will be held.
- Weather for next 7 days showing skimming and ISB limitations is provided as Attachment 5.

Accordingly, in accordance with the Directive, the Houma Unified Command respectfully requests an exemption to apply EC9500A in volumes on oil slicks located today shown in Table 1 not to exceed ~~50,600~~ 10,880 gallons for a period not to exceed 12 hours. We request to commerce early operations to apply 5,000 gallons of dispersant to initial slicks identified and then request a subsequent amount to spray based on the full spotter reports.

Sincerely,


Houma Unified Command




Exemption approved subject to the above:

Date: 6/27/10

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

HCG037-001696

Rear Admiral James A. Watson
**6/26/2010**
Page 3

Attachment 1

## Dispersant Zone Map for 27 June 2010
## with Oil Targets from Spotter Operations on 26 June



Non-Source
Skimmers
(see attachment 3)
29° 17.91N –
88° 12.51

NO BURN
BOX FOR
06.27.10
Until tomorrow

Source Set Back
5 nm radius

## TABLE 1
### Dispersible Oil Report June 27, 2010

| Zone | # of slicks reported | Area in acres | Estimated percentage dispersible oil | Dispersant Needed (1/20 DOR) |
|---|---|---|---|---|
| R/S/AC/AD | 5 | 18,662 | 50 | 53,325 |
| AB | 1 | 640 | 60 | 1,920 |
| AK | 2 | 4,000 | 50 | 10,000 |
| AM | 3 | 6,569 | 40 | 9,654 |
| AL | 2 | 359 | 30 | 538 |
| **TOTAL** | 13 | 30,230 | | 75,437 |
| Significant oil was encountered today and 23,027 gallons were sprayed, therefore, the requested amount for tomorrow is: | | | | **52,400** |

Note: Table 1 shows our intentions based upon our observations the day before these actions take place. Size and location of slicks will change. Activities within slick areas e.g., skimming operations, in-situ burning, etc., or weather conditions may require revisions to the actual operational plan implemented.

Rear Admiral James A. Watson
**6/26/2010**
Page 4

Attachment 2

### Nearshore
### Surface Oil Forecast
### Deepwater Horizon MC252

NOAA/NOS/OR&R   Nearshore

Estimate for: 1200 CDT, Sunday, 6/27/10
Date Prepared: 2100 CDT, Friday, 6/25/10

This forecast is based on the NWS spot forecast from Friday, June 25 PM. Currents were obtained from several models (NOAA Gulf of Mexico, West Florida Shelf/USF, NAVO/NRL) and HFR measurements. The model was initialized from Friday satellite imagery analysis (NOAA/NESDIS) and overflight observations. The leading edge may contain tarballs that are not readily observable from the imagery (hence not included in the model initialization). Oil near bay inlets could be brought into that bay by local tidal currents.



Forecast location for oil
on 27-June-10 at 1200 CDT

The offshore forecast has been temporarily stopped due to small amounts of oil offshore, the absence of recent observations confirming significant amounts of oil in offshore areas, and the large separation between the loop current complex and the oil slick. Forecasts will resume if the threat remains.

Mississippi Canyon 252
Incident Location

Winds are forecast to be predominantly easterly (E/ESE) through Monday at speeds of 5-14 kts. The northern edge of the slick continues to move northwest threatening the barrier islands of Mississippi/Alabama and the Florida Panhandle east to Freeport, FL. The Chandeleur Islands, Breton Sound and the Mississippi Delta are also threatened by shoreline contacts in this forecast period. An overflight today observed dark brown oil south of the Delta (within ~7 miles of Southwest pass) — westward currents are moving oil from this region west towards Terrebonne Bay.

| Trajectory | |
|---|---|
| | Uncertainty |
| | Light |
| | Medium |
| | Heavy |
| x | Potential beached oil |

Next Forecast:
June 26st PM

this scale bar shows the meaning of the distribution terms at the current time

HCG037-001698

Rear Admiral James A. Watson
**6/26/2010**
Page 5

Attachment 3

# Vessel Status Board

HCG037-001699

Rear Admiral James A. Watson
**6/26/2010**
Page 6

<div style="border:1px solid">Attachment 4</div>

# QA / QC Report for 6.24.10

Deepwater Horizon Incident – Houma Incident Command Center

### SMART Tier 1 Data Quality Assessment and Review

SMART Tier 1 data consists of observations summarized in an Activity Log (Unit Log ICS 214-CG) and pre-
and post-application photographs and associated photo log of dispersant spray operations. This form
documents the results of a preliminary quality assessment review of these documents.

Smart Air Team #: ___2___   Date: _6/24/2010_

Operational Period: _20100624 0300_ to _20100624 1432_

**Data Review**   [Check documents that were reviewed]

☑ Unit Log – ICS 214-CG

☑ Photographs  (How many reviewed? _17_ )

☑ Photo Log

☑ Dispersant Observation Reporting Form 3U

**Assessment**   (Check appropriate box(s))

☐ Concur with SMART observer findings (reasonableness of findings)

☐ Issues of note from data review. Briefly describe.

_No immediate change to emulsified streamers_

☑ Dispersant is effective based on review of Activity Log, photographs, and photo log.

☐ Results inconclusive with respect to dispersant effectiveness.

☐ Other. Briefly describe.

_Based on photos dispersion of black oil ; no dispersion_
_of emulsified edge_

**Reviewed by Dispersant Assessment Group Member**   (Print name, sign, and date)

Name: _Marc Benkner_  Signature: _[signature]_  Date: _6/24/10_

**Reviewed by NOAA SSC**  (Print name, sign, and date)

Name: _Jordan Stout_  Signature: _[signature]_  Date: _6/25/10_

Template Updated 20100619

HCG037-001700

Rear Admiral James A. Watson
**6/26/2010**
Page 7

Attachment 5



HCG037-001701

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

June 30, 2010

Dear Admiral Watson:

In compliance with the May 26, 2010, Dispersant Monitoring and Assessment Directive - Addendum 3 (the "Directive"), BP Exploration & Production Inc. ("BP") has eliminated the surface application of dispersants, except in cases where an exemption is requested and justified, and approved by the Federal On-Scene Coordinator.

Houma Unified Command had two (2) spotter visual reports on 30 June from aircraft out of Stennis Base and neither of these spotters were able to identify any oil slicks due to the adverse weather conditions. Because of weather conditions, Houma Base was not able to launch any reconnaissance flights.

Weather will again be a major issue tomorrow. The Thursday forecast calls for marginal flying conditions with showers and thunderstorms, winds of 15-16 knots from out of the S-SSE, maximum significant wave height 7.5 feet, ceilings of 2,000 feet or less with a 50% chance of rain.

The NOAA Surface Oil Forecast for July 1st shows extensive areas of heavy and medium oil (Attachment 2) that are or may adversely impact the shoreline, including sensitive wetlands.

Houma Unified Command anticipates that due to the weather, if oil slicks are identified, the only viable means of response will be the use of dispersants to reduce the risk of oil land fall especially with the continuation of southerly winds.

Prior to spray operations tomorrow morning, the spotter aircraft will identify the high value targeted slicks and we will prepare a report of the location and dispersant volumes needed for application. However, if the thunderstorm pattern that has existed in the previous couple of days doesn't moderate, it will continue to be difficult to execute reconnaissance or dispersant spray missions.

Pursuant to a request this date from Unified Command, the following information is provided.

- Estimated size of identified dispersible oil slick targets proposed in designated zones: Today there was limited air surveillance operations and the only two reconnaissance flights observed no dispersible oil slick in the 8-12 foot sea conditions reported.

- Explicit justification for why these targets can't be skimmed or addressed by other mechanical means: The forecast wind wave heights for tomorrow of approximately 3.5 feet and maximum significant waves of 7.5 feet, will eliminate the ability for ISB and skimming. Consequently, tomorrow source skimming vessels will be in port, non-source skimming vessels will be in port and ISB vessels will be in port.

- Today, all offshore recovery assets (skimmers, etc.) are *in port or at anchor due to inclement weather* and ISB operations did not take place.

Rear Admiral James A. Watson
**7/1/2010**
Page 2

- It is planned to conduct Tier 1 helicopter SMART over flights to observe dispersant operations tomorrow should they be conducted, and if weather permits helicopter operations.

- M/V *International Peace* is currently in port waiting on better seas and weather. It is not anticipated that she will get back underway until latter part of Friday or thereafter.

- QA/QC SMART reports post-June 26th were reviewed and are posted.

- No burn box is shown at this time, since the ISB fleet will be in port tomorrow.

- Forecast sea state through Saturday showing skimming and ISB limitations is provided as Attachment 5.

- ***ALL RESPONSE OPERATIONS MAY BE CANCELED DUE TO WEATHER TOMORROW***

Accordingly, in accordance with the Directive, the Houma Unified Command respectfully requests an exemption to apply EC9500A on dispersible oil slicks based on the morning reconnaissance flights. As aerial dispersant presents the primary mechanism for spill response due to the unavailability of skimming or ISB operations, we have mobilized the reconnaissance and deployment resources and request an initial 10,000 gallons for early opportunistic targets. This will be coupled with further reconnaissance and target identification. If further targets are identified, a subsequent request will be issued later in the day.

Sincerely,

Houma Unified Command                *Approved total of 20,100 gals.*

Exemption approved subject to the above:

Date: 7/1/10

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

HCG037-000149

Rear Admiral James A. Watson
**7/1/2010**
Page 3

Attachment 1

## Dispersant Zone Map for 1 July 2010
## with Oil Targets from Spotter Operations on 30 June



### TABLE 1
### Dispersible Oil Report June 30, 2010

| Zone | # of slicks reported | Area in acres | Estimated percentage dispersible oil | Dispersant Needed (1/20 DOR) |
|------|----------------------|---------------|--------------------------------------|------------------------------|
|  |  |  | **LIMITED RECONNAISSANCE FLIGHTS AND NO DISPERSIBLE OIL SLICKS LOCATED** |  |
|  |  |  |  |  |
|  |  |  |  |  |
| No Dispersant Sprayed Today Due To Weather. The requested amount for 7/1/10 will be based on tomorrow mornings reconnaissance. |  |  |  | **No Dispersible Oil Observed** |

**Note: Table 1 shows our intentions based upon our observations the day before these actions take place. Size and location of slicks will change. Activities within slick areas e.g., skimming operations, in-situ burning, etc., or weather conditions may require revisions to the actual operational plan implemented.**

HCG037-000150

Rear Admiral James A. Watson
**7/1/2010**
Page 4

Attachment 2

## Nearshore
## Surface Oil Forecast
## Deepwater Horizon MC252

**NOAA/NOS/OR&R**    Nearshore

Estimate for: 1200 CDT, Thursday, 7/01/10
Date Prepared: 2100 CDT, Tuesday, 6/29/10

This forecast is based on the NWS spot forecast from Tuesday, June 29 PM. Currents were obtained from several models (NOAA Gulf of Mexico, West Florida Shelf/USF, TGLO/TAMU, NAVO/NRL) and HFR measurements. The model was initialized from Monday-Tuesday satellite imagery analysis (NOAA/NESDIS) and Tuesday overflight observations. The leading edge may contain tarballs that are not readily observable from the imagery (hence not included in the model initialization). Oil near bay inlets could be brought into that bay by local tidal currents.



Forecast location for oil
on 1-July-10 at 1200 CDT

Mississippi Canyon 252
Incident Location

The offshore forecast has been temporarily stopped due to small amounts of oil offshore, the absence of recent observations confirming significant amounts of oil in offshore areas, and the large separation between the loop current complex and the oil slick. Forecasts will resume if the threat returns.

Winds are forecast to have an onshore (SE/S/SW) component through Friday at speeds of 12-22 kts. These strong onshore winds will continue to move the northern edge of the slick northwest threatening the barrier islands of Mississippi/Alabama and the Florida Panhandle west of Freeport, FL. The Chandeleur Islands, Breton Sound and the Mississippi Delta also continue to be threatened by shoreline contacts. To the west of the Delta, these winds may bring oil ashore between Barataria Bay and Caillou Bay – any remaining floating oil may be moved quickly to the west as a strong westward coastal current develops over the next few days.

Trajectory
☐ Uncertainty
  Light
  Medium
■ Heavy
X Potential
  beached oil

0   25   50        100
Miles

Next Forecast:
June 30th PM

this scale bar shows the meaning of the distribution terms at the current time

Rear Admiral James A. Watson
**7/1/2010**
Page 5

<div style="border:1px solid black; display:inline-block; padding:4px;">Attachment 3</div>

## Vessel Status Board

## All Vessels Are Currently In Port Due To Inclement Weather And The Anticipation Is That Most Skimming Capacity Will Remain In Port Tomorrow



<div style="border:1px solid black; display:inline-block; padding:4px;">Attachment 4</div>

## QA / QC Report for 6/27/10 or 6/28/10

## SMART I QA/QC Report for 6/27/10 posted on website

HCG037-000152

Rear Admiral James A. Watson
**7/1/2010**
Page 6



Attachment 5



HCG037-000153

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

July 1, 2010

Dear Admiral Watson:

In compliance with the May 26, 2010, Dispersant Monitoring and Assessment Directive - Addendum 3 (the "Directive"), BP Exploration & Production Inc. ("BP") has eliminated the surface application of dispersants, except in cases where an exemption is requested and justified, and approved by the Federal On-Scene Coordinator.

Houma Unified Command had two (2) spotter visual reports on 1 July from aircraft out of Stennis Base and these spotters were able to identify oil slicks that were estimated to require over 20,000 gallons of dispersant. Because of weather conditions, Houma Base was able to launch only one reconnaissance flight which returned to base shortly due to deteriorating weather.

Weather will again be an issue tomorrow, but significantly improved from the past few days. The Friday forecast calls for flying conditions that will have showers, winds of 6-12 knots from the SE-ESE, maximum significant wave height 4 feet, ceilings of 17,000 feet or less, visibility of 6 nm with a 20%-30% chance of rain.

The NOAA Surface Oil Forecast for July 2nd shows extensive areas of heavy and medium oil (Attachment 2) that are or may adversely impact the shoreline, including sensitive wetlands.

Houma Unified Command anticipates that due to the weather, if oil slicks are identified, the most viable means of response will be the use of dispersants to reduce the risk of oil land fall especially with the continuation of southerly and easterly winds.

Prior to spray operations tomorrow morning, the spotter aircraft will identify the high value targeted slicks and we will prepare a report of the location and dispersant volumes needed for application as soon as practicable tomorrow. It is anticipated that the thunderstorm pattern that has existed in the previous couple of days will moderate, although the continued presence of rain showers may continue to make it difficult to execute reconnaissance or dispersant spray missions.

Pursuant to a request this date from Unified Command, the following information is provided.

- Estimated size of identified dispersible oil slick targets proposed in designated zones: Today there were limited air surveillance operations and the only two reconnaissance flights observed dispersible oil slicks in Zone AC as shown in See Table 1.

- Explicit justification for why these targets can't be skimmed or addressed by other mechanical means: The weather is moderating and the forecast wind wave heights for tomorrow averaging 2 feet, with significant wave height averaging 4 feet and maximum wave height averaging 6.8 feet.
  | Source Skimming Assets: | All vessels in port |
  | Non-Source Skimming Assets: | All vessels in port |
  | ISB Assets: | All vessels in port |

Rear Admiral James A. Watson
**7/2/2010**
Page 2

- Consequently, source and non-source skimming vessels as well as ISB will not be in action tomorrow.

- Today, all offshore recovery assets (skimmers, etc.) are ***in port or at anchor due to inclement weather*** and ISB operations did not take place.

- It is planned to conduct Tier 1 helicopter SMART over flights to observe dispersant operations tomorrow should they be conducted.

- M/V *International Peace* is currently in port waiting on better seas and weather. It is not anticipated that she will get underway and on station until later in the day Friday at the earliest, weather permitting.

- QA/QC SMART Team 2 June 27th report (Attachment 4).

- No burn box is shown at this time, since the ISB fleet will be in port tomorrow.

- Forecast sea state through Sunday showing skimming and ISB limitations is provided as Attachment 5.

- ***ALL RESPONSE OPERATIONS MAY BE CANCELED DUE TO WEATHER TOMORROW***

It should be noted, that due to the adverse weather, there has been no skimming, ISB or dispersant activities for the past three (3) days. Skimming and ISB operations are not scheduled for tomorrow. With the anticipation of the weather moderating over the next couple of days, it is anticipated that significant quantities of dispersible oil will be observed and there will be flying weather conducive for air operations.

Accordingly, in accordance with the Directive, the Houma Unified Command respectfully requests an exemption to apply EC9500A on dispersible oil slicks based on the morning reconnaissance flights. As aerial dispersant presents the primary mechanism for spill response, we have mobilized the reconnaissance and deployment resources and request an initial ~~15,000~~ gallons for early opportunistic targets. This will be coupled with further reconnaissance and target identification. If further targets are identified, a subsequent request will be issued later in the day.

*20,000*

Sincerely,


Houma Unified Command


Exemption approved subject to the above:

Date: 7-2-10

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

HCG037-000155

Rear Admiral James A. Watson
**7/2/2010**
Page 3

<div style="border:1px solid">Attachment 1</div>

## Dispersant Zone Map for 2 July 2010
## with Oil Targets from Spotter Operations on 1 July



### TABLE 1      Dispersible Oil Report July 1, 2010

| Zone | # of slicks reported | Area in acres | Estimated percentage dispersible oil | Dispersant Needed (1/20 DOR) |
|---|---|---|---|---|
| AC | 2 | 4,224 | 95% | 20,064 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Dispersant Approved: 20,000 gallons - Sprayed Today<br>The requested amount for 7/2/10 will be based on tomorrow mornings reconnaissance with an initial request for 15,000 g as it is expected with 4 days of no response operations there will be considerable surface oil. | | | | 17,852 |

**Note: Table 1 shows our intentions based upon our observations the day before these actions take place. Size and location of slicks will change. Activities within slick areas e.g., skimming operations, in-situ burning, etc., or weather conditions may require revisions to the actual operational plan implemented.**

HCG037-000156

Rear Admiral James A. Watson
**7/2/2010**
Page 4

Attachment 2



# Nearshore
# Surface Oil Forecast
# Deepwater Horizon MC252

NOAA/NOS/OR&R   **Nearshore**

Estimate for: 1200 CDT, Friday, 7/02/10
Date Prepared: 2100 CDT, Wednesday, 6/30/10

This forecast is based on the NWS spot forecast from Wednesday, June 30 PM. Currents were obtained from several models (NOAA Gulf of Mexico, West Florida Shelf/USF, TGLO/TAMU, NAVO/NRL) and HFR measurements. The model was initialized from Tuesday-Wednesday satellite imagery analysis (NOAA/NESDIS) and Wednesday overflight observations. The leading edge may contain tarballs that are not readily observable from the imagery (hence not included in the model initialization). Oil near bay inlets could be brought into that bay by local tidal currents.

Mississippi Canyon 252
Incident Location

Forecast location for oil
on 2-July-10 at 1200 CDT

The offshore forecast has been temporarily stopped due to small amounts of oil offshore, the absence of recent observations confirming significant amounts of oil in offshore areas, and the large separation between the loop current complex and the oil slick. Forecasts will resume if the threat returns.

0   25   50       100
Miles

Winds are forecast to continue to have an onshore (SE/S) component through next week, with speeds decreasing from approximately 20 kts Wednesday to 11–14 kts by Saturday. These strong onshore winds will continue to move the northern edge of the slick northwest threatening the barrier islands of Mississippi/Alabama and the Florida Panhandle west of Freeport, FL. The Chandeleur Islands, Breton Sound and the Mississippi Delta also continue to be threatened by shoreline contacts. To the west of the Delta, these winds may bring oil ashore between Barataria Bay and Caillou Bay – any remaining floating oil may be moved quickly to the west due to the development of a strong westward coastal current in this region.

Trajectory
☐ Uncertainty
☐ Light
▒ Medium
■ Heavy
x  Potential
   beached oil

Next Forecast:
July 1st PM

this scale bar shows the meaning of the distribution terms at the current time

HCG037-000157

Rear Admiral James A. Watson
**7/2/2010**
Page 5

Attachment 3

## Vessel Status Board

**All Vessels Are Currently In Port Due To Inclement Weather And The Anticipation Is That Skimming Capacity Will Remain In Port Tomorrow**

HCG037-000158

Rear Admiral James A. Watson
**7/2/2010**
Page 6

> Attachment 4

## QA / QC Report for 6/27/10

**Deepwater Horizon Incident – Houma Incident Command Center**

### SMART Tier 1 Data Quality Assessment and Review

SMART Tier 1 data consists of observations summarized in an Activity Log (Unit Log ICS 214-CG) and pre- and post-application photographs and associated photo log of dispersant spray operations. This form documents the results of a preliminary quality assessment review of these documents.

Smart Air Team #: **2**          Date: **6/27/2010**

Operational Period: **20100627   0700** to **20100627   1506**

**Data Review**   (Check documents that were reviewed)

☑ Unit Log – ICS 214-CG

☑ Photographs   (How many reviewed? **9** )

☑ Photo Log

☐ Dispersant Observation Reporting Form 30 — *not included in package*

**Assessment**   (Check appropriate box(s))

☑ Concur with SMART observer findings (reasonableness of findings)

☐ Issues of note from data review. Briefly describe.
*dispersion along edges of the oil patch, with 'café-au-lait' color change*

☑ Dispersant is effective based on review of Activity Log, photographs, and photo log.

☐ Results inconclusive with respect to dispersant effectiveness.

☐ Other. Briefly describe.
*noticeable changes to oil patch*

**Reviewed by Dispersant Assessment Group Member**   (Print name, sign, and date)
Name: *Mace Benkimey*  Signature: _____  Date: **6/30/10**

**Reviewed by NOAA SSC**   (Print name, sign, and date)
Name: *JAY RODSTEIN*  Signature: _____  Date: **6/30/10**

Template Updated 20100619

Rear Admiral James A. Watson
**7/2/2010**
Page 7

Attachment 5



Skimming 4 feet to start operational pullback. ISB stop operations at 2 feet

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

July 2, 2010

Dear Admiral Watson:

In compliance with the May 26, 2010, Dispersant Monitoring and Assessment Directive - Addendum 3 (the "Directive"), BP Exploration & Production Inc. ("BP") has eliminated the surface application of dispersants, except in cases where an exemption is requested and justified, and approved by the Federal On-Scene Coordinator.

Houma Unified Command had 6 spotter visual reports on 2 July from aircraft out of both Stennis and Houma Bases. These spotters were able to identify oil slicks that were estimated to require 65,000 gallons of dispersant. Today aerial dispersant operations applied the 10,000 gallons that was initially approved and another 10,000 gallons that was approved approved by FOSC.   *Actual applied yesterday was 12,737 gals.*

Weather will be a significant issue tomorrow. The Saturday forecast calls for flying conditions that may preclude aerial spraying with rain and thundershowers, winds of 20-28 knots from the N-NE-ENE, significant wave height over 7.5 feet, ceilings of 500 feet or less, visibility of 2 nm with a 80% chance of rain.

The NOAA Surface Oil Forecast for July 3rd shows extensive areas of heavy and medium oil (Attachment 2) that are or may adversely impact the shoreline, including sensitive wetlands.

Houma Unified Command anticipates that due to the weather, if oil slicks are identified, the most viable means of response will be the use of dispersants to reduce the risk of oil land fall, since tomorrow will be the 5th straight day of no skimming or ISB activities taking place.

Prior to spray operations tomorrow morning,  the spotter aircraft will identify the high value targeted slicks and we will prepare a report of the location and dispersant volumes needed for application as soon as practicable tomorrow.   It is anticipated that the forecasted weather pattern consisting of low ceilings and rain/thunderstorms will make it difficult to execute reconnaissance or dispersant spray missions.

Pursuant to a request this date from Unified Command, the following information is provided.

- Estimated size of identified dispersible oil slick targets proposed in designated zones: Today there were several air reconnaissance flights observing dispersible oil slicks in Zone AC & AM as shown Table 1.

- Explicit justification for why these targets can't be skimmed or addressed by other mechanical means:  The weather is forecast to exceed the capability to skim and conduct ISB operations.
  **Source Skimming Assets:**          All vessels in port
  **Non-Source Skimming Assets:**      All vessels in port
  **ISB Assets:**                      All vessels in port
  **A Whale**                          Operating offshore for testing of system

HCG037-000161

Rear Admiral James A. Watson
Page 2

- Consequently, source and non-source skimming vessels as well as ISB will not be in action tomorrow.

- Today, all offshore recovery assets (skimmers, etc.) are *in port or at anchor due to inclement weather* and ISB operations did not take place.

- It is planned to conduct Tier 1 helicopter SMART over flights to observe dispersant operations tomorrow should they be conducted and if weather permits helicopter operations.

- M/V *International Peace* is currently in port waiting on better seas and weather. It is not anticipated that she will be operating tomorrow due to continued adverse weather conditions. No SMART Tier 2 or Tier 3 monitoring will be conducted.

- No SMART Team Tier 1 flights were conducted on June 30; therefore, no QA/QC reports are attached.

- No burn box is shown at this time, since the ISB fleet will be in port tomorrow.

- The A Whale operating box is shown.

- Forecast sea state through Sunday showing skimming and ISB limitations is provided as Attachment 5.

- ***ALL RESPONSE OPERATIONS MAY BE CANCELED DUE TO WEATHER TOMORROW***

It should be noted, that due to the adverse weather, there has been no skimming, ISB or dispersant activities for the past five (5) days. Skimming and ISB operations are not scheduled for tomorrow. It is anticipated that significant quantities of dispersible oil will be observed, if flight operations are conducted.

Accordingly, in accordance with the Directive, the Houma Unified Command respectfully requests an exemption to apply EC9500A in volumes on dispersible oil slicks located today as shown in Table 1 not to exceed ~~60,000~~ 20,000 gallons for a period not to exceed 12 hours. As aerial dispersant is the primary response tool for tomorrow, we have mobilized the reconnaissance and deployment resources and request an initial 10,000 gallons for early opportunistic targets. This will be coupled with further reconnaissance and target identification. A subsequent request will be forwarded later in the day based on the full set of spotter reports.

Sincerely,

Houma Unified Command

Exemption approved subject to the above:

_James A. Watson_                    Date: 7 - 3 - 10
James A. Watson
Rear Admiral, USCG

HCG037-000162

Rear Admiral James A. Watson
Page 3

Federal On-Scene Coordinator

<div style="text-align:right; border:1px solid; display:inline-block;">Attachment 1</div>

## Dispersant Zone Map for 3 July 2010
## with Oil Targets from Spotter Operations on 2 July



**TABLE 1\***     **Dispersible Oil Report July 2, 2010**

| Zone | # of slicks reported | Area in acres | Estimated percentage dispersible oil | Dispersant Needed** (1/20 DOR) |
|------|------|------|------|------|
| AC | 1 | 20,480 | 25 | 25,600 |
| AC | 1 | 24,320 | 10 | 12,160 |
| AM | 1 | 141,000 | 5 | 35,250 |
| Q | 1 | Found not suitably responsive to dispersant application | | --- |
| | | | | |
| | | | | 73,010 |
| Dispersant Sprayed Today | | | | 12,737 |
| The requested amount for 7/3/10  will be based on tomorrow mornings reconnaissance with an initial request for 10,000 gals. | | | | |
| Estimated Dispersant Needed 7/03/2010 | | | | 60,273 |

*Note: Table 1 shows our intentions based upon our observations the day before these actions take place.  Size and location of slicks will change.  Activities within slick areas e.g., skimming operations, in-situ burning, etc., or weather conditions may require revisions to the actual operational plan implemented.

**Note: Dispersant needed is based upon area in acres x % dispersible oil x 5 gallons per acre

Rear Admiral James A. Watson
Page 4

Attachment 2

# Nearshore
# Surface Oil Forecast
# Deepwater Horizon MC252

**NOAA/NOS/OR&R**   **Nearshore**

Estimate for: 1200 CDT, Saturday, 7/03/10
Date Prepared: 2100 CDT, Thursday, 7/01/10

This forecast is based on the NWS spot forecast from Thursday, July 1 PM. Currents were obtained from several models (NOAA Gulf of Mexico, West Florida Shelf/USF, TGLO/TAMU, NAVO/NRL) and HFR measurements. The model was initialized from Wednesday-Thursday satellite imagery analysis (NOAA/NESDIS). The leading edge may contain tarballs that are not readily observable from the imagery (hence not included in the model initialization). Oil near bay inlets could be brought into that bay by local tidal currents.



Mississippi Canyon 252
Incident Location

Forecast location for oil
on 3-July-10 at 1200 CDT

The offshore forecast has been temporarily stopped due to small amounts of oil offshore, the absence of recent observations confirming significant amounts of oil in offshore areas, and the large separation between the loop current complex and the oil slick. Forecasts will resume if the threat returns.

| 0 | 25 | 50 | | 100 |
|---|----|----|----|-----|

Miles

Winds are forecast to continue to have an onshore component (predominantly SE) through next week, with speeds from 5 to 15 kts. These onshore winds will continue to move the northern edge of the slick northwest threatening the barrier islands of Mississippi/Alabama and the Florida Panhandle west of Freeport, FL. The Chandeleur Islands, Breton Sound and the Mississippi Delta also continue to be threatened by shoreline contacts. To the west of the Delta, these winds may bring oil ashore between Barataria Bay and Caillou Bay – any remaining floating oil may be moved quickly to the west due to the development of a strong westward coastal current in this region.

**Trajectory**

- ☐ Uncertainty
- Light
- Medium
- Heavy
- x Potential beached oil

Next Forecast:
July 2nd PM

this scale bar shows the meaning of the distribution terms at the current time

HCG037-000164

Rear Admiral James A. Watson
Page 5

<div style="text-align:right">

Attachment 3

</div>

### Vessel Status Board

**All Vessels Are Currently In Port Due To Inclement Weather And The Anticipation Is That Skimming Capacity Will Remain In Port Tomorrow**

<div style="text-align:right">

Attachment 4

</div>

### QA / QC Reports

**No spraying, No SMART Flights and No Reports on June 30th.**

<div style="text-align:right">

Attachment 5

</div>



Maximum Wave Height is defined as the average of the highest .1% of all waves

HCG037-000165

Rear Admiral James A. Watson
Page 6

# PHOTOGRAPHS

**Zone AC   (8 nm x 4 nm)**          **Zone AM   (20 nm x 11 nm)**

  

**Zone AC   (8 nm x 4 nm)**          **Zone AM   (20 nm x 11 nm)**

  

HCG037-000166

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

July 3, 2010

Dear Admiral Watson:

In compliance with the May 26, 2010, Dispersant Monitoring and Assessment Directive - Addendum 3 (the "Directive"), BP Exploration & Production Inc. ("BP") has eliminated the surface application of dispersants, except in cases where an exemption is requested and justified, and approved by the Federal On-Scene Coordinator.

Houma Unified Command had nine (9) spotter visual reports on 3 July from aircraft out of both Stennis and Houma Bases. These spotters were able to identify oil slicks, however, in the opinion of the spotters and the Aerial Dispersant Group, these oil slicks were not of sufficient thickness to warrant aerial dispersant application. Today's aerial dispersant operations did not apply the 10,000 gallons that was initially approved by the FOSC; therefore, no additional amounts of dispersants were requested.

Weather will be a significant issue tomorrow for both surface and air operations. The Sunday forecast calls for flying conditions that may negatively impact both aerial spraying and reconnaissance flights. The forecast calls for an 80% probability of rain/thunderstorms, winds of 17-29 knots out of the E-ESE, wind waves averaging over 6 feet, significant wave height over 7 feet, with maximum wave height averaging 13.5 feet, ceilings of 500 feet or less and visibility of 4-7 nm.

The NOAA Surface Oil Forecast for July 4th shows extensive areas of heavy and medium oil (Attachment 2) that are or may adversely impact the shoreline, including sensitive wetlands.

Houma Unified Command anticipates that due to the weather, if oil slicks are identified, the most viable means of response will be the use of dispersants to reduce the risk of oil land fall, since tomorrow will be the 6th straight day of no skimming or ISB activities taking place.

Prior to spray operations tomorrow morning, the spotter aircraft will identify the high value targeted slicks and we will prepare a report of the location and dispersant volumes needed for application as soon as practicable tomorrow. It is anticipated that the forecasted weather pattern will consist of low ceilings and rain/thunderstorms which will make it difficult to execute reconnaissance or dispersant spray missions.

Pursuant to a request this date from Unified Command, the following information is provided.

- Estimated size of identified dispersible oil slick targets proposed in designated zones: Today air reconnaissance flights observed oil but none of the slicks were in our opinion of sufficient thickness to warrant expenditure of dispersant, therefore no dispersant was applied on the observed slicks. Please note that we have added Attachment 6 which is a spotter report describing and depicting the typical oil structure that has been observed today.

- Explicit justification for why these targets can't be skimmed or addressed by other mechanical means: The weather is forecast to exceed the capability to skim and conduct ISB operations.
  **Source Skimming Assets:** 2 vessels offshore not skimming, other assets in port
  **Non-Source Skimming Assets:** All vessels in port
  **ISB Assets:** All vessels in port
  **A Whale** Operating offshore for testing of system.

HCG037-000167

Rear Admiral James A. Watson
Page 2

> Note:  With the A Whale offshore there is the potential for conflicts in both surface skimming, burning and aerial dispersant operating areas.

- Consequently, source and non-source skimming vessels as well as ISB will not be in action tomorrow.

- Today, most offshore recovery assets (skimmers, etc.) are *in port or at anchor due to inclement weather* and ISB operations did not take place.

- It is planned to conduct Tier 1 helicopter SMART over flights to observe dispersant operations tomorrow should they be conducted and if weather permits helicopter operations.

- M/V *International Peace* is currently in port waiting on better seas and weather.  It is not anticipated that she will be operating tomorrow due to continued adverse weather conditions.  No SMART Tier 2 or Tier 3 monitoring will be conducted.

- SMART Team Tier 1 flights on July 1 were unable to go offshore due to weather; therefore, no QA/QC reports are attached.

- No burn box is shown at this time, since the ISB fleet will be in port tomorrow.

- The A Whale operating box is shown and is subject to change.

- Forecast sea state through Sunday showing skimming and ISB limitations is provided as Attachment 5.

- ***ALL RESPONSE OPERATIONS MAY BE CANCELED DUE TO WEATHER TOMORROW***

It should be noted, that as of today, due to the adverse weather, there has been no skimming, ISB or dispersant activities for the past five (5) days.  Skimming and ISB operations are not scheduled for tomorrow.

In accordance with the Directive, the Houma Unified Command respectfully requests an exemption to apply EC9500A.  As aerial dispersant is the primary response tool for tomorrow, we have mobilized the reconnaissance and deployment resources and request an initial 10,000 gallons for early opportunistic targets.  This will be coupled with further reconnaissance and target identification tomorrow morning. A subsequent request will be forwarded later in the day based on the full set of spotter reports.

Sincerely,

Houma Unified Command


Exemption approved subject to the above:

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

Date:  7/4/10

HCG037-000168

Rear Admiral James A. Watson
Page 3

### Dispersant Zone Map for 3 July 2010 with Oil Targets from Spotter Operations on 2 July



| TABLE 1* | Dispersible Oil Report July 3, 2010 | | | |
|---|---|---|---|---|
| Zone | # of slicks reported | Area in acres | Estimated percentage dispersible oil | Dispersant Needed** (1/20 DOR) |
|  |  |  |  |  |
|  |  | **Minimal Dispersible Oil Observed** | | |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| Dispersant Sprayed Today     0 Gallons The requested amount for 7/4/10  will be based on tomorrow mornings reconnaissance An initial request for 10,000 gals. is being made Estimated Dispersant Needed 7/04/2010 | | | | |

*Note: Table 1 shows our intentions based upon our observations the day before these actions take place.  Size and location of slicks will change.  Activities within slick areas e.g., skimming operations, in-situ burning, etc., or weather conditions may require revisions to the actual operational plan implemented.

**Note: Dispersant needed is based upon area in acres x % dispersible oil x 5 gallons per acre

Rear Admiral James A. Watson
Page 4

Attachment 2

## Nearshore
## Surface Oil Forecast
## Deepwater Horizon MC252

**NOAA/NOS/OR&R**   Nearshore

Estimate for: 1200 CDT, Sunday, 7/04/10
Date Prepared: 2100 CDT, Friday, 7/02/10

This forecast is based on the NWS spot forecast from Friday, July 2 PM. Currents were obtained from several models (NOAA Gulf of Mexico, West Florida Shelf/USF, TGLO/TAMU, NAVO/NRL) and HFR measurements. The model was initialized from Friday satellite imagery analysis (NOAA/NESDIS) and overflights. The leading edge may contain tarballs that are not readily observable from the imagery (hence not included in the model initialization). Oil near bay inlets could be brought into that bay by local tidal currents.



Forecast location for oil
on 4-July-10 at 1200 CDT

Mississippi Canyon 252
Incident Location

The offshore forecast has been temporarily stopped due to small amounts of oil offshore, the absence of recent observations confirming significant amounts of oil in offshore areas, and the large separation between the loop current complex and the oil slick. Forecasts will resume if the threat returns.

0   25   50        100
Miles

Moderate NE winds on Saturday are forecast to become SE by Saturday night and continue to have a southerly component through next week with speeds from 9-14 kts. Due to the northwestward movement of the slick over the past several days, the coastlines of MS, AL, and the FL panhandle west of Pensacola continue to be threatened by shoreline contacts. The Chandeleur Islands, Breton Sound and the Mississippi Delta also continue to be threatened. To the west of the Delta, overflights on Friday observed only scattered sheens offshore west to Caillou Bay; no oil was observed offshore of Atchafalaya. However, models suggest more oil may be moved west of the Delta threatening shorelines as far west as Caillou Bay within this forecast period.

Trajectory
☐ Uncertainty
▨ Light
▥ Medium
■ Heavy
X  Potential
   beached oil

this scale bar shows the meaning of the distribution terms at the current time

Next Forecast:
July 3rd PM

HCG037-000170

Rear Admiral James A. Watson
Page 5

<div style="text-align:right">Attachment 3</div>

## Vessel Status Board

## All Vessels Are Currently In Port Due To Inclement Weather And The Anticipation Is That Skimming Capacity Will Remain In Port Tomorrow

<div style="text-align:right">Attachment 4</div>

## QA / QC Reports

## Weather prevented SMART Flights on July 1st.

<div style="text-align:right">Attachment 5</div>



Rear Admiral James A. Watson
Page 6

Attachment 6



Date: ___03JUL10__

Time: ____ 0630/0900
(start/end)

Flight #: _____1

Zones Observed: __AM___

Large area of sheen located between coordinated on map.

Narrow embedded streamers of reddish emulsified oil  north to south along the eastern border of the sheen.  Very few streamers of reddish brown oil. Streamers are  unorganized. Within the coordinates given, Metallic Sheen coverage 95% Visible water (no sheen) 4% Non-dispersible oil 1%



**Emusified oil patties
in Zone AL
Not dispersible**

**bp**

Douglas J. Suttles
Chief Operating Officer

BP Exploration & Production Inc.
501 WestLake Park Boulevard
Houston, TX 77079
Direct     281 366 3969
Fax        281 366 7239
Doug.Suttles@bp.com

July 5, 2010

Rear Admiral James A. Watson
Federal On-Scene Coordinator
United States Coast Guard

**Weekly Source Control Surface Dispersant Plan
(July 8 through July 14, 2010)**

Dear Admiral Watson,

In compliance with the May 26, 2010, Dispersant Monitoring and
Assessment Directive - Addendum 3 (the "Directive"), BP Exploration &
Production Inc. ("BP") submitted a weekly Source Control Surface
Dispersant Plan for the week July 1 to July 7, which you approved on June
30. The plan allowed for a maximum daily application volume (calendar day)
of 6,000 gallons, unless more was required to control VOCs. From July 1
through July 5, the average daily volume applied was ~487 gallons. The
maximum daily application was 1,473 gallons on July 2.
The current offshore air monitoring plan for source control (2200-T2-DO-PN-
4002-4 signed May 25, 2010) identifies air monitoring instrumentation,
location and action levels to respond to VOC excursions. In addition, vapor
suppression guidelines (attachment 1) were put in place May 29, 2010 to
provide additional granularity for action requirements. The air monitoring
data is transparent to USCG and EPA.

BP respectfully requests approval of the Weekly Source Control Dispersant
Plan for July 8 though July 14, as follows

|  | Date | Expected Maximum Volume per calendar day (gals) |
|---|---|---|
|  | July 8 | 6000 |
|  | July 9 | 6000 |
|  | July 10 | 6000 |
|  | July 11 | 6000 |
|  | July 12 | 6000 |
|  | July 13 | 6000 |
|  | July 14 | 6000 |

HCG037-003189

Should VOC monitoring dictate further deployment in accordance with the Air Monitoring Plan for Source Control, BP also respectfully requests to exceed these volumes as required.

Sincerely,

Douglas J. Suttles

THE EXPECTED MAXIMUM APPLICATION OF DISPERSANT OF 6,000 GALLONS PER DAY WILL SERVE TO MITIGATE EXPECTED VOC EXCURSIONS ASSOCIATED WITH CAPPING ACTIVITIES PURSUANT TO REDUCING THE FLOW FROM THE WELL OVER A SEVERAL DAY PROCESS

Approval granted subject to the above:

Roy A. NASH

Date: 7/7/2010

Rear Admiral James A. Watson
Federal On-Scene Coordinator
United States Coast Guard

-2-

HCG037-003190

**Attachment 1**
**Vapor Suppression Guidelines**
**May 29, 2010**

These guidelines pertain to deployment and use of dispersant vessels and fire fighting vessels in Source Control Operations.  The guidance provides additional detail around action levels specified in the Offshore Air Monitoring Plan for Source Control (2200-T2-DO-PN-4002-4).  In addition, this guidance aligns with Dispersant Procedures for Vessels Adriatic and HOS Super H (2200-T2-LC-RP-4091) and Fire Fighting Vessels Operating (Priorities and Procedures (2200-T2-DO-PR-4057).

All vessels experiencing VOC levels exceeding 50PPM are directed to report it to Source Control SimOps Branch Director.  Application of dispersant should be coordinated through the Source Control SimOps Branch Director.

Recommended actions for VOC management:

- VOC levels of 20 to 70ppm
  - Use Rem Forza and Kay Marine 5 vessels for wide spray water pattern to suppress and redirect vapors

- VOC over 70ppm
  - Notify Source Control SimOps Branch Director to coordinate dispersant use
  - Use HOS Super H and Adriatic as primary dispersant vessels
  - Use Rem Forza and Kay Marine 5 vessels to apply dispersant when wide spray water pattern is not effective

HCG037-003191

Addendum to Weekly Source Control Surface Dispersant Plan
(July 8 through July 14, 2010)

The approval of the referenced surface dispersant plan granted on July 7, 2010 is
amended as follows:

The maximum 6,000 gallon daily surface dispersant application rate is only authorized
during active well-cap replacement operations.  The expected maximum application of
dispersant of 6,000 gallons per day during the top cap removal procedures will mitigate
expected VOC excursions associated with capping activities pursuant to reducing the
increased flow from the well over this several day process.

Thanks to the diligent efforts of all involved parties, the daily surface dispersant
application rate to control VOCs has been reduced to under 200 gallons over the past two
weeks. Prior to commencing the well-cap replacement operation and once it is completed
the maximum daily surface dispersant application rate is not expected to exceed 3,000
gallons daily unless a spike in VOC monitoring dictate further deployment.


_____          Date: _7/8/2010_____

Rear Admiral Roy A. Nash
Deputy, Federal On-Scene Coordinator
United States Coast Guard

HCG037-003192

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

July 7, 2010

Dear Admiral Watson:

In compliance with the May 26, 2010, Dispersant Monitoring and Assessment Directive - Addendum 3 (the "Directive"), BP Exploration & Production Inc. ("BP") has eliminated the surface application of dispersants, except in cases where an exemption is requested and justified, and approved by the Federal On-Scene Coordinator.

Houma Command had eleven (11) spotter/recon flights on 7 July from aircraft out of both Stennis and Houma Base.

Oil slicks were observed but mostly sheen. One small 400 acre slick with dispersible oil located in Zone AN with estimates of up to 50% dispersible oil was located and targeted. Since the dispersible oil calculation required approximately 1,000 gallons of dispersant, Zone AN was switched from Stennis and given to Houma to apply with a more appropriately sized aircraft the BT-67. SMART 1 did observe the spray mission today and they were pleased with the data/observations.

Weather may again be a factor tomorrow for skimming and ISB operations. Both skimming and ISB activities will attempt to recommence recovery/response operations as the weather and sea states continue to rapidly moderate. Most skimming and ISB resources will be transiting back out to the site tomorrow and some resources may not have a full day of daylight operations due to their transit back to operational areas.

The Thursday forecast calls for 10% precipitation, winds of 11-15 knots out of the SE-ESE, wind waves of 3 feet, significant wave height of approximately 5 feet, with maximum wave heights less than 8.5 feet, unlimited ceilings and visibility of 12-15 nm.

The NOAA Surface Oil Forecast for July 8th shows extensive areas of heavy and medium oil (Attachment 2) that are or may adversely impact the shoreline, including sensitive wetlands.

Houma Unified Command continues to anticipate the most viable means of response will be the use of dispersants to reduce the risk of shoreline impact. The heavy weather and significant sea state over the past week enhanced the natural dispersion of the oil and also made it very difficult for spotter aircraft to see surface oil. Aerial Dispersants believes that with the moderating sea state, surface oil may become more visible than it has been for the past week as well as the reduction in the natural wave generated dispersion activity which will require mechanical/burn/dispersant removal actions versus natural dispersion.

Prior to spray operations tomorrow morning, the recon/spotter aircraft will identify the high value targeted slicks and we will prepare a report of the location and dispersant volumes needed for application as soon as practicable.

Pursuant to a request this date from Unified Command, the following information is provided.

1-Estimated size of identified dispersible oil slick targets proposed in designated zones: Today air reconnaissance flights observed dispersible oil located in Zone AN.   The relatively small slick was approximately 400 acres with estimates of up to 50% dispersible oil.

2-Explicit justification for why these targets can't be skimmed or addressed by other mechanical means: The significant wave height is forecasted to exceed maximums to conduct ISB & could adversely impact

HCG037-003196

Rear Admiral James A. Watson
Page 2

skimming operations.  The weather forecast should be extremely suitable for dispersant operations  so aerial dispersants may be the most effective and viable response tool.

|  |  |  |
|---|---|---|
| • | **Skimming units:** | Transiting to operating areas- Recommencement of skimming operations |
| • | **ISB Assets:** | Transiting to operating areas- Recommencement of burn operations |
| • | **A Whale:** | Operating offshore for testing of system. |

3-Today, offshore recovery assets, skimmers, etc. were in port due to adverse weather and it is anticipated that these vessels will recommence skimming operations sometime during tomorrows daylight hours.  ISB operations did not take place today and they are anticipated to attempt to recommence burn operations tomorrow late in the day.

4-It is planned to conduct Tier 1 helicopter SMART over flights to observe dispersant operations tomorrow should they be conducted and if weather permits helicopter operations.

5-M/V *International Peace* is currently in port waiting on better seas and weather.  It is anticipated that she will be operating tomorrow.  No SMART Tier 2 or Tier 3 monitoring will be conducted.

6-SMART Team Tier 1 QA/QC checklists are not available due to no spraying activities having taken place where SMART 1 was involved.

7-The A Whale is subject to the 2 NM no spray criteria.

8-Forecast sea state through Friday showing skimming and ISB limitations is provided as Attachment 5.

9-*ALL AERIAL DISPERSANT RESPONSE OPERATIONS MAY BE CANCELED DUE TO WEATHER TOMORROW*

In accordance with the Directive, the Houma Unified Command respectfully requests an exemption to apply EC9500A. As aerial dispersant is the primary response tool for tomorrow, we have mobilized the reconnaissance and deployment resources and request an initial 10,000 gallons for early opportunistic targets.  This will be coupled with further reconnaissance and target identification tomorrow morning. A subsequent request will be forwarded later in the day based on the full set of spotter reports.

Sincerely,

Houma Unified Command

Exemption approved subject to the above:

_____          Date: __7-8-10__
James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator (FOSC)

Rear Admiral James A. Watson
Page 3

Attachment 1

**Dispersant Zone Map for 7 July 2010 with Oil Targets from Spotter Operations on 6 July**



| Zone | # of slicks reported | Area in acres | Estimated percentage dispersible oil | Dispersant Needed** (1/20 DOR) |
|---|---|---|---|---|
| AN | 1 | 400 | 50% | 1,000 gallons |
| | | | | |
| | | | | |
| | | | | |
| | | | | 1,000 gallons |

**TABLE 1***    **Dispersible Oil Report July 7, 2010**

Dispersants were Sprayed Today- 1,000 Gallons
The requested amount for 7/8/10 will be based on tomorrow mornings reconnaissance
An initial request for 10,000 gals. is being made due to the anticipation of finding dispersible oil requiring that amount of dispersants.
Estimated Dispersant Needed 7/8/2010 based upon full morning spotter reports

*Note: Table 1 shows our intentions based upon our observations the day before these actions take place.  Size and location of slicks will change.  Activities within slick areas e.g., skimming operations, in-situ burning, etc., or weather conditions may require revisions to the actual operational plan implemented.

**Note: Dispersant needed is based upon area in acres x % dispersible oil x 5 gallons per acre

HCG037-003198

Rear Admiral James A. Watson
Page 4

Attachment 2



## Nearshore
## Surface Oil Forecast
## Deepwater Horizon MC252

NOAA/NOS/OR&R    Nearshore

Estimate for: 1200 CDT, Thursday, 7/08/10
Date Prepared: 2100 CDT, Tuesday, 7/06/10

This forecast is based on the NWS spot forecast from Tuesday, July 6 PM. Currents were obtained from several models (NOAA Gulf of Mexico, West Florida Shelf/USF, TGLO/TAMU, NAVO/NRL) and EFR measurements. The model was initialized from Monday-Tuesday satellite imagery analysis (NOAA/NESDIS) and Tuesday overflights. The landing edge may contain tarballs that are not readily observable from the imagery (hence not included in the model initialization). Oil near bay inlets could be brought into that bay by local tidal currents.



Rear Admiral James A. Watson
Page 5

<div style="float:right; border:1px solid">Attachment 3</div>

# Vessel Status Board

**DEEPWATER HORIZON**
**OFFSHORE NON-SOURCE SKIMMING GROUP 1**  Date/Time   July 8, 2010     07JUL BBLS Skimmed: 0

| | | TOTAL | SKIMMING | OFFLOADING | Unscheduled Maintenance | Scheduled Maintenance | Enroute | Ordered |
|---|---|---|---|---|---|---|---|---|
| SKIMMERS | | 12 | 6 | | 1 | 1 | | |
| TANK VESSELS | | 4 | N/A | | | | 2 | |
| VESSELS OTHER | | 1 | N/A | | | | | |
| WORKBOATS | | 6 | N/A | N/A | | | | |

| | | ON SCENE WEATHER | COMMENTS: Skimming vessels are on standby/anchorage until weather conditions permit for safe skimming operations. | | |
|---|---|---|---|---|---|
| WIND | | SE 10-13KT | | | |
| WAVE | | 4 - 6' | | | |
| SWELL | | | | | |

| Kind/Type | Skimmer Type | Skimming Vessel | Assignment | Status | Location | ETA | Notes: |
|---|---|---|---|---|---|---|---|
| CG VOSS | RV1/Weir | Oriana | GulfMark | Standby | I/VO Baptiste Collatts, MS River | | Moored at anchorage area |
| CG VOSS | | Charles M. Calais | | Standby | I/VO Baptiste Collatts, MS River | | Moored at anchorage area |
| CG VOSS | RV1/Weir | Odysea Quest | NRC | Standby | I/VO Baptiste Collatts, MS River | | Moored at anchorage area |
| CG VOSS | RV1/Weir | Odysea Master | NRC | Standby | I/VO Baptiste Collatts, MS River | | Moored at anchorage area |
| CG VOSS | RV1/Weir | Miss Megan | NRC | Standby | Moored Venice | | |
| CG VOSS | RV1/Weir | Sir Lancelot | NRC | Standby | Head of Passes Anchorage, MS | | Moored |
| CG VOSS | RV1/Weir | Lauren Lacoste | NRC | Standby | Enroute Port Fourchon | | Moored |
| CG VOSS | RV1/Weir | Gulf Scout (Being Demoted) | NRC | Enroute | Replacement vessel enroute | Coming Offline | Replacement Calais Navigator |
| CG VOSS | RV1/Weir | C Aggressor | NRC | Standby | Moored Venice | | |
| Superb EBSM | | Pope Benedict XVI | NRC | Unscheduled Maint. | Moored Port Fourchon | ETA 08JUL10 | Reconfiguration |
| CG VOSS | RV1/Weir | HOS Express | BP America | Scheduled Maint. | Enroute Port Fourchon | | HOS Express replaced HOS North |
| CG VOSS | RV1/Weir | Gulf Influence | NRC | Standby | Head of Passes Anchorage, MS | | |
| | | | | | | Remaining Storage bbls | |
| | | **Offshore Barges** | | | | | |
| TV2 | | | | | | | |
| TV2 | | TV 3802 TB Clinton Cenac | NRC | Standby | Moored West Delta Area | 13000 | |
| TV2 | | TV GCS 236 TB Mary Gellatly | BP | Enroute | Enroute Port Fourchon | 37000 | ETA 08JUL10 |
| TV2 | | TV Connecticut/ Tug Joan Moran | BP | Standby | Moored West Delta Area | 37000 | Completing USCG Inspection |

| | | **Crew/Re-supply** | | | | | |
|---|---|---|---|---|---|---|---|
| WB2 | | Transporter | Re-Supply | Standby | Moored Venice | | |
| WB2 | | Waterra | Shuttle | Supply Run | Moored Fourchon | | |
| WB2 | | Miss Lauren | Shuttle | Supply Run | Moored Fourchon | | |
| WB2 | | | | | | | |
| WB2 | | Jambon Supplier | 3802 Support | Standby | Moored Venice | | |
| WB2 | | Rob Bordelon | CT Support | Scheduled Maint. | Moored Fourchon | | Outfitting to support CT Barge |
| | | Jason K McCall | | Standby | Moored Fourchon | | |
| Kind/Type | | Command and Control | Assignment | Status | Location | | |
| WB2 | | Bumble Bee | NRC | Command | Enroute Venice, LA | | VHF radio OOC |

HCG037-003200

Rear Admiral James A. Watson
Page 6

**DEEPWATER HORIZON**
**Offshore Skimming Group 2**     Date/Time   7/7/10 16:53

| Kind | Total | Skimming | Offloading | Unscheduled Maintenance | Scheduled Maintenance | Enroute | Ordered | Standby |
|------|-------|----------|------------|------------------------|----------------------|---------|---------|---------|
| OSRV | 25 | 0 | 0 | 1 | 1 | 0 | 0 | 23 |
| TANK VESSELS | 5 | N/A | 1 | 0 | 0 | 0 | 0 | 4 |
| VESSELS OTHER | 2 | N/A | N/A | 1 | 0 | 0 | 0 | 1 |
| WORKBOATS | 13 | N/A | N/A | 0 | 0 | 0 | 0 | 13 |
| TUGBOAT | 8 | N/A | N/A | 0 | 0 | 0 | 0 | 8 |

| | ON SCENE WEATHER | Comments: |
|---|---|---|
| WIND | 14-16 kts ESE | |
| WAVE | 6' | |
| SWELL | Unavailable | |

| | Other Vessels | | | | | | |
|---|---|---|---|---|---|---|---|
| | Vessel | Assignment | Status | Location | ETA | | Telephone |
| V30 | Sensor Pride (offloading vessel) | Offload Support | Standby | Fourchon | | | 713-305-7642 |

| Kind/Type | Vessel | Assignment | Status | Location | ETA | Notes: | Telephone |
|---|---|---|---|---|---|---|---|
| OSRV/RV1 | Gulf Coast Responder | MSRC | Standby | Venice | | WX Standby | |
| OSRV/RV1 | Texas Responder | MSRC | Standby | Venice | | WX Standby | |
| OSRV/RV1 | Maine Responder | MSRC | Standby | Venice | | WX Standby | |
| OSRV/RV1 | Massachet Responder | MSRC | Standby | Venice | | WX Standby | |
| OSRV/RV1 | Southern Responder | MSRC | Standby | Venice | | WX Standby | |
| OSRV/RV1 | Delaware Responder | MSRC | Standby | Ft. Jackson | | WX Standby | |
| OSRV/RV1 | Virginia Responder | MSRC | Standby | Venice | | WX Standby | |
| OSRV/RV1 | CGA HOSS Barge (Crosby Star) | TF HOSS | Standby | Venice | | WX Standby | 713-305-7472 |
| OSRV/RV1 | Seacor Vanguard (Current Buster 2 ea) | | Standby | Venice | | WX Standby | 985-518-9642 |
| OSRV/RV1 | Brine Glen (w/CGA FRU) - Ampol | CGA | Standby | Venice | | | |
| OSRV/RV1 | International Trooper (w/CGA FRU) - Ampol | CGA | Standby | Venice | | WX Standby | 901-98155-149-8486 |
| OSRV/RV1 | Kim B (w/CGA FRU) - Ampol | CGA | Standby | Venice | | WX Standby | |
| OSRV/RV1 | Mr. Allen (w/CGA FRU) - Ampol | CGA | Standby | Venice | | WX Standby | |
| OSRV/RV1 | Pere Adam Marcol | Fed | Standby | Venice | | WX Standby | 504-208-4601 |
| OSRV/RV1 | Seacor Washington (Dutch arm) | Command | Standby | Fourchon | | O&GZ Command Vessel | 504-628-9963 |
| OSRV/RV1 | HOS Iberique (Dutch arm) | | Standby | Fourchon | | WX Standby | 832-289-9755 |
| OSRV/RV1 | HOS Sweetwater (Dutch Arm) | | Standby | Fourchon | | WX Standby | 504-620-7502 |
| OSRV/RV1 | Candis Clipper (Ocean Buster) | | Standby | Fourchon | | WX Standby | |
| OSRV/RV1 | JMC-3004/RHEA (Gulf 2) | | Standby | Anchor | | WX Standby | |
| OSRV/RV1 | Kris Williams (Ocean Buster/vane) | | Standby | Fourchon | | WX Standby | 337-504-6274 |
| OSRV/RV1 | Southern Cross (Ocean Buster) | | Standby | Fourchon | | WX Standby | 985-360-0201 |
| OSRV/RV1 | Avry Chauvet (Ocean Buster) | | Standby | Fourchon | | WX Standby | |
| OSRV/RV1 | A Whale (Best web) | | Standby | MC-252 | | Initial test | 011-870-7649-61421 |

| | Offshore Barges | | | | Remaining Storage bbls | | |
|---|---|---|---|---|---|---|---|
| TV2 | MSRC 402 Barge (Kimberly Cole) | TF Storage | Standby | Platform | 40,300 | | |
| TV1 | MSRC 452 Barge (Tara Crosby) | TF Storage | Standby | Ft. Jackson | 46000 | | |
| TV1 | MSRC 370 Barge (Crosby Clipper) | TF Storage | Standby | Ft. Jackson | 57000 | | |
| TV1 | K-Sea DBL-155 (Flatbar) | TF Storage | Offloading | Platform | 126000 | | 646-302-9860 |
| TV1 | Energy 6001(Superior Service Cashier) | TF Storage | Standby | Fourchon | 80000 | | 646-671-0006 |

| | Boom Boats | | | | | | |
|---|---|---|---|---|---|---|---|
| | Vessel | Assignment | | Location | ETA | | |
| WB2 | Sea Fox | Source | Standby | Venice | | WX Standby | 251-979-3453 |
| WB2 | Betty G | Source | Standby | Venice | | WX Standby | 251-404-3691 |
| WB2 | Ms. Alexa | Source | Standby | Venice | | WX Standby | |
| WB2 | Ms. Addison | Source | Standby | Venice | | WX Standby | 985-677-9849 |
| WB2 | Julienne Marie | Source | Standby | Venice | | WX Standby | 985-709-7119 |
| WB1 | St. Ignatius Loyola | Source | Standby | Venice | | WX Standby | 985-696-1180 |
| WB1 | Hercules | Source | Standby | Venice | | WX Standby | 713-751-9822 |
| WB1 | Brutus | Source | Standby | Venice | | WX Standby | 713-751-9833 |
| WB1 | Isis Major | Source | Standby | Venice | | WX Standby | 409-939-5473 |
| WB1 | Mr Randall | Source | Standby | Venice | | WX Standby | 985-413-9459 |
| WB1 | Black Tip | Source | Standby | Venice | | WX Standby | 228-326-4552 |
| WB1 | Dog Fish | Source | Standby | Venice | | WX Standby | 321-863-6304 |

Rear Admiral James A. Watson
Page 7

**DEEPWATER HORIZON**
**OFFSHORE SKIMMING GROUP III**     Date/Time   07/07/10   1700 HRS

| Kind | Total | Skimming | Offloading | Unscheduled Maintenance | Scheduled Maintenance | Enroute | Ordered | Standby |
|---|---|---|---|---|---|---|---|---|
| SKIMMERS | 9 | 0 | 0 | 1 | 0 | 0 | 0 | 8 |
| TANK VESSELS | 2 | N/A | 0 | 0 | 0 | 0 | 0 | 2 |
| VESSELS OTHER | 1 | N/A | N/A | 0 | 0 | 0 | 0 | 1 |
| WORKBOATS | 3 | N/A | N/A | 0 | 0 | 0 | 0 | 3 |
| TUGBOAT | 3 | N/A | N/A | 0 | 0 | 0 | 0 | 3 |

| ON SCENE WEATHER | | Comments: NRC Perseverance in for repairs to hull. |
|---|---|---|
| WIND | SSE 10 - 13 kts | |
| WAVE | 7 - 9 ft | |
| SWELL | | |

| | Other Vessels | | | | | |
|---|---|---|---|---|---|---|
| | Vessel | Assignment | Status | Location | ETA | |
| V3O | Queen Bee | Command | Standby | Fourchon | | Source Grp Comnd Vessel |

| Kind/Type | Vessel | Assignment | Status | Location | ETA | Notes: |
|---|---|---|---|---|---|---|
| RV1/Belt | NRC Admiral (Marco) | NRC | Standby | Fourchon | | weather hold |
| RV1/Weir-disc | NRC Energy (Crucial) | NRC | Standby | Fourchon | | weather hold |
| RV1/Belt | NRC Guardian (Marco) | NRC | Standby | Fourchon | | weather hold |
| RV1/Belt | NRC Perseverance (Marco) | NRC | Unscheduled Maint. | Fourchon | | In for repairs |
| RV1/Disc | NRC Liberty (Crucial) | NRC | Standby | Fourchon | | weather hold |
| RV1/Disc | Seahorse VI (Crucial) | NRC | Standby | Fourchon | | weather hold |
| RV1/Weir | Lana Rose (Weir) | NRC | Standby | Fourchon | | weather hold |
| RV1/Belt | Pauline T(Marco) | NRC | Standby | Venice | | weather hold |
| RV1/Belt | Resolve Pioneer (Marco) | NRC | Standby | Fourchon | | weather hold |

| | Offshore Barges | | | | Remaining Storage bbls | |
|---|---|---|---|---|---|---|
| TV2 | NRC Defender | TF Storage | Standby | Venice | | |
| TV2 | NRC Valant | TF Storage | Standby | Venice | | |

| | Boom Boats | | | | | |
|---|---|---|---|---|---|---|
| | Vessel | Assignment | | Location | ETA | |
| | | | | | | |

| | Cross/Re-supply | | | | | |
|---|---|---|---|---|---|---|
| WB2 | Everready | Re-supply | Standby | Venice | | |
| WB2 | Miss Wynter | Re-supply | Standby | Venice | | |
| WB2 | Lady Nine | Re-supply | Standby | Venice | | |

| Kind/Type | Tugboats | Assignment | Status | Location | ETA | Notes: |
|---|---|---|---|---|---|---|
| TB | Helena Marie | NRC | Standby | Venice | | |
| TB | Teds I | NRC | Standby | Venice | | |
| TB | Angelica E | NRC | Standby | Venice | | |

| Kind/Type | Inland Barges | Assignment | Status | Location | Remaining Storage | |
|---|---|---|---|---|---|---|
| 0 | | | | | | |

HCG037-003202

Rear Admiral James A. Watson
Page 8

Attachment 4

### QA / QC Reports

**No QA/QC Checklists for this period are available.**

**SMART 1 did observe the spray mission today.**

Attachment 5



Skimming 4 feet to start operational pullback. ISB stop operations at 2 feet

James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator

July 8, 2010

Dear Admiral Watson:

In compliance with the May 26, 2010, Dispersant Monitoring and Assessment Directive - Addendum 3 (the "Directive"), BP Exploration & Production Inc. ("BP") has eliminated the surface application of dispersants, except in cases where an exemption is requested and justified, and approved by the Federal On-Scene Coordinator.

Houma Command had thirteen (13) spotter/recon flights on 8 July from aircraft out of both Stennis and Houma Base. No spray missions were conducted so no dispersants were applied from our 10,000 gallon pre-approval. Morning observations indicated dispersible oil but evaluation by the Aerial Dispersants Group judged it to be more appropriate for skimming and the Offshore Group were given the coordinates to conduct skimming operations. Late in the afternoon, visible dispersible oil began to appear and two spray missions were evaluated for about 8,000 gallons, however being late in the day and our inability to move non-skimming skimmers fast enough from the area, we cancelled the spray missions.

Oil slicks were observed in the morning but mostly sheen but some dispersible oil was located. Afternoon recon flights began locating dispersible oil near the source that was not evident during the morning. We theorize that oil that has been in the adverse weather environment for the previous few days is now becoming visible as the weather/sea state improves.

As the weather continues to moderate, skimming and ISB operations will be available tomorrow for a full day of operation. Weather conditions are excellent for aerial dispersant operations.

The Friday forecast calls for 5%-10% precipitation, winds of 4-7 knots with easterly and variable winds, wind waves of 1 foot, significant wave height of approximately 2 feet, with maximum wave heights around 3 feet. Ceilings are forecasted to be unlimited with visibility 15 nm.

The NOAA Surface Oil Forecast for July 9th shows extensive areas of heavy and medium oil (Attachment 2) that are or may adversely impact the shoreline, including sensitive wetlands.

Houma Unified Command continues to anticipate that the most viable means of response will be the use of dispersants to reduce the risk of shoreline impact. The heavy weather and significant sea state over the past week enhanced the natural dispersion of the oil and also made it very difficult for spotter aircraft to see surface oil. Aerial Dispersants believes that as the sea state moderates, surface oil may become more visible than it has been for the past week.

Prior to spray operations tomorrow morning, the recon/spotter aircraft will identify the high value targeted slicks and we will prepare a report of the location and dispersant volumes needed for application as soon as practicable.

Pursuant to a request this date from Unified Command, the following information is provided.

A-Estimated size of identified dispersible oil slick targets proposed in designated zones: See Attachment 1.
B-Explicit justification for why these targets can't be skimmed or addressed by other mechanical means: The weather forecast should be suitable for skimming, ISB and dispersant operations. We anticipate that skimming and ISB resources will not be sufficient to handle the oil that will be observed as the weather improves and will require to be supplemented with aerial dispersants.

HCG037-000176

Rear Admiral James A. Watson
Page 2

| | | |
|---|---|---|
| • | **Skimming units:** | Recommencement of skimming operations |
| • | **ISB Assets:** | Recommencement of burn operations |
| • | **A Whale:** | Operating offshore for testing of system. |

C-Today, offshore recovery assets, skimmers, etc. were in port due to adverse weather and it is anticipated that these vessels will recommence skimming operations sometime during tomorrows daylight hours. ISB operations did not take place today and they are anticipated to recommence burn operations tomorrow.

D-It is planned to conduct Tier 1 helicopter SMART over flights to observe dispersant operations tomorrow should they be conducted. SMART Team Tier 1 QA/QC checklists are not yet available from the July 6th mission.

E-M/V *International Peace* is currently in port.  No SMART Tier 2 or Tier 3 monitoring will be conducted.

F-The A Whale is subject to the 2 NM no spray criteria.

G-Forecast sea state through Friday showing skimming and ISB limitations is provided as Attachment 5.

In accordance with the Directive, the Houma Unified Command respectfully requests an exemption to apply EC9500A.  As aerial dispersant is the primary response tool for tomorrow, we have mobilized the reconnaissance and deployment resources and ***request an initial 10,000 gallons*** for early opportunistic targets.  This will be coupled with further reconnaissance and target identification tomorrow morning. A subsequent request will be forwarded later in the day based on the full set of spotter reports.

Sincerely,

Houma Unified Command

Exemption approved subject to the above:

_James A. Watson_                        Date: _7-9-10_
James A. Watson
Rear Admiral, USCG
Federal On-Scene Coordinator (FOSC)

HCG037-000177

Rear Admiral James A. Watson
Page 3

Attachment 1

### Dispersant Zone Map for 9 July 2010 with Oil Targets from Spotter Operations on 8 July



### TABLE 1*      Dispersible Oil Report July 8, 2010

| Zone | # of slicks reported | Area in acres | Estimated percentage dispersible oil | Dispersant Needed** (1/20 DOR) |
|---|---|---|---|---|
| AC/AN | 2 | 6560 | 35% | 11,400 |
| AN | 1 | 3680 | 30% | 6000 |
| AM | 1 | 85 | 25% | 107 |
| | | | | |
| Dispersants were Sprayed Today- 0 - The requested amount for 7/9/10 will be based on tomorrow mornings reconnaissance An initial request for 10,000 gals. is being made due to the anticipation of finding dispersible oil requiring that amount of dispersants. Estimated Dispersant Needed 7/9/2010 based upon full morning spotter reports | | | | 17,507 |

*Note: Table 1 shows our intentions based upon our observations the day before these actions take place. Size and location of slicks will change.  Activities within slick areas e.g., skimming operations, in-situ burning, etc., or weather conditions may require revisions to the actual operational plan implemented.

**Note: Dispersant needed is based upon area in acres x % dispersible oil x 5 gallons per acre

Rear Admiral James A. Watson
Page 4

Attachment 2

## Nearshore
## Surface Oil Forecast
## Deepwater Horizon MC252

NOAA/NOS/OR&R    Nearshore

Estimate for: 1200 CDT, Friday, 7/09/10
Date Prepared: 2100 CDT, Wednesday, 7/07/10



This forecast is based on the NWS spot forecast from Wednesday, July 7 PM. Currents were obtained from several models (NOAA Gulf of Mexico, West Florida Shelf/USF, TGLO/TAMU, NAVO/NRL) and EER measurements. The model was initialized from Wednesday satellite imagery analysis (NOAA/NESDIS) and overflights. The leading edge may contain tarballs that are not readily observable from the imagery (hence not included in the model initialization). Oil near bay inlets could be brought into the bay by local tidal currents.



Forecast location for oil on 9-July-10 at 1200 CDT

Mississippi Canyon 252 Incident Location

Legend

SE winds are forecast to continue decreasing in magnitude to 5-10 kts by Thursday, then become weak (<5 kts) and variable over the next few days. Conditions for overflight observations remain poor. Limited existing imagery and overflights have indicated scattered areas of potential oil remaining in Chandeleur and Mississippi Sound, which will continue to threaten the coastlines of MS and AL west of Mobile Bay. Models continue to indicate winds and currents are moving oil from the source region west around the Delta and then to the north, with potential new shoreline oiling in the area between Barataria Bay and Caillou Bay. Further to the west, no oil has been observed west of Caillou Bay since Monday. However, models indicate that any oil in this region would be subject to rapid westward movement by strong coastal currents which could continue to result in scattered tarball impacts to Texas.

Trajectory
☐ Uncertainty
☐ Light
☐ Medium
■ Heavy
X Potential beached oil

Next Forecast
July 8th PM

this scale bar shows the percent of the shoreline impacted at the current time

HCG037-000179

Rear Admiral James A. Watson
Page 5

<div style="text-align:right">

Attachment 3

</div>

# Vessel Status Board

**EEPWATER HORIZON**
**FFSHORE NON-SOURCE SKIMMING GROUP 1**

Date/Time     July 8, 2010          07JUL BBLS Skimmed: 0

| | | TOTAL | SKIMMING | OFFLOADING | Unscheduled Maintenance | Scheduled Maintenance | Enroute | Ordered |
|---|---|---|---|---|---|---|---|---|
| SKIMMERS | | 12 | 0 | | 1 | 1 | 1 | |
| TANK VESSELS | | 4 | N/A | | | | 2 | |
| VESSELS OTHER | | 1 | N/A | | | | | |
| WORKBOATS | | 6 | N/A | N/A | | | | |

| | | ON SCENE WEATHER | COMMENTS: Skimming vessels are on standby/anchorage until weather conditions permit for safe skimming operations. |
|---|---|---|---|
| WIND | | SE 10-15KT | |
| WAVE | | 4 – 6' | |
| SWELL | | | |

| Kind/Type | Skimmer Type | Skimming Vessel | Assignment | Status | Location | ETA | Notes: |
|---|---|---|---|---|---|---|---|
| CG VOSS | RV1/Weir | Orleans | Gulf/Mark | Standby | IVO Baptiste Collette, MS River | | Moored at anchorage area |
| CG VOSS | | Charles M. Callais | | Standby | IVO Baptiste Collette, MS River | | Moored at anchorage area |
| CG VOSS | RV1/Weir | Odysea Quest | NRC | Standby | IVO Baptiste Collette, MS River | | Moored at anchorage area |
| CG VOSS | RV1/Weir | Odysea Mariner | NRC | Standby | IVO Baptiste Collette, MS River | | Moored at anchorage area |
| CG VOSS | RV1/Weir | Miss Megan | NRC | Standby | Moored Venice | | |
| CG VOSS | RV1/Weir | Sir Lancelot | NRC | Standby | Head of Passes Anchorage, MS | | Moored |
| CG VOSS | RV1/Weir | Lauren Lacoste | NRC | Standby | Enroute Port Fourchon | | Moored |
| CG VOSS | RV1/Weir | Gulf Scout (Being Demobed) | NRC | Enroute | Replacement vessel enroute | Coming Offline | Replacement: Callais Navigator |
| CG VOSS | RV1/Weir | C Aggressor | NRC | Standby | Moored Venice | | |
| Supsalv ESSM | RV1/Weir | Pope Benedict XVI | NRC | Unscheduled Maint. | Moored Port Fourchon | ETA 06JUL10 | Reconfiguration |
| CG VOSS | RV1/Weir | HOS Express | BP America | Scheduled Maint. | Enroute Port Fourchon | | HOS Express replaced HOS North |
| CG VOSS | RV1/Weir | Gulf Influence | NRC | Standby | Head of Passes Anchorage, MS | | |

| | | Offshore Barges | | | | Remaining Storage bbls | |
|---|---|---|---|---|---|---|---|
| TV2 | | | | | | | |
| TV2 | | TV 2602/ TB Clinton Cenac | NRC | Standby | Moored West Delta Area | 13000 | |
| TV2 | | TV GCS 236/ TB Mary Gellatly | BP | Standby | Moored Venice | 37000 | |
| TV2 | | TV Connecticut/ Tug Joan Moran | BP | Standby | Moored West Delta Area | 37000 | Completing USCG Inspection |

| | | Crew/Re-supply | | | | | |
|---|---|---|---|---|---|---|---|
| WB2 | | Transporter | Re-Supply | Standby | IVO Baptiste Collette, MS River | | |
| WB2 | | Wateree | Shuttle | Supply Run | Moored Fourchon | | |
| WB2 | | Miss Lauren | Shuttle | Supply Run | Moored Fourchon | | |
| WB2 | | | | | | | |
| WB2 | | Jambon Supplier | 2602 Support | Standby | Moored Venice | | |
| WB2 | | Rob Bordelon | CT Support | Scheduled Maint. | Moored Fourchon | | Outfitting to support CT Barge |
| | | Jason K McCall | | Standby | Moored Fourchon | | |
| Kind/Type | | Command and Control | Assignment | Status | Location | | |
| WB2 | | Bumble Bee | NRC | Command | Enroute Venice, LA | | VHF radio OOC |

Rear Admiral James A. Watson
Page 6

**DEEPWATER HORIZON**
**Offshore Skimming Group 2**  Date/Time  7/8/10 8:51

| Kind | Total | Skimming | Offloading | Unscheduled Maintenance | Scheduled Maintenance | Enroute | Ordered | Standby |
|---|---|---|---|---|---|---|---|---|
| OSRV | 25 | 0 | 1 | 1 | 1 | 18 | 0 | 6 |
| TANK VESSELS | 5 | N/A | 1 | 0 | 0 | 0 | 0 | 4 |
| VESSELS OTHER | 2 | N/A | N/A | 0 | 0 | 2 | 0 | 0 |
| WORKBOATS | 18 | N/A | N/A | 0 | 0 | 4 | 0 | 14 |
| TUGBOAT | 8 | N/A | N/A | 0 | 0 | 0 | 0 | 8 |

| | ON SCENE WEATHER | Comments: |
|---|---|---|
| WIND | 14-16 kts ESE | |
| WAVE | 6' | |
| SWELL | Unavailable | |

| Other Vessels | | | | | | | Telephone |
|---|---|---|---|---|---|---|---|
| | Vessel | Assignment | Status | Location | ETA | | |
| VSO | Seacor Lee | Command | Enroute | MC 252 | | Source Group Command Vessel | 713-568-9835 |
| VSO | Seacor Pride (offloading vessel) | Offload Support | Enroute | MC 252 | | | 713-395-7642 |

| Kind/Type | Vessel | Assignment | Status | Location | ETA | Notes: | Telephone |
|---|---|---|---|---|---|---|---|
| OSRV/RV1 | Louisiana Responder | MSRC | Scheduled Maint | Ft Jackson | | | |
| OSRV/RV1 | Gulf Coast Responder | MSRC | Enroute | MC 252 | | WX Standby | |
| OSRV/RV1 | Texas Responder | MSRC | Enroute | MC 252 | | WX Standby | |
| OSRV/RV1 | Maine Responder | MSRC | Enroute | MC 252 | | WX Standby | |
| OSRV/RV1 | Mississippi Responder | MSRC | Enroute | MC 252 | | WX Standby | |
| OSRV/RV1 | Southern Responder | MSRC | Standby | Venice | | WX Standby | |
| OSRV/RV1 | Delaware Responder | MSRC | Enroute | MC 252 | | WX Standby | |
| OSRV/RV1 | Virginia Responder | MSRC | Enroute | MC 252 | | WX Standby | |
| OSRV/RV1 | CGA HOSS Barge (Crosby Sun) | TF HOSS | Offloading | Pilot Town | | WX Standby | 713-395-7472 |
| OSRV/RV1 | Seacor Vanguard (Current Buster 2 ea) | | Standby | Venice | | WX Standby | 985-518-9842 |
| OSRV/RV1 | Seacor Vantage (Current Buster) | Buster | Enroute | Gulfport | | Swapping out with John Cogbill | 985-746-4692 |
| OSRV/RV1 | Bryce Glen (w/CGA FRU) - Ampol | CGA | Enroute | Venice | | | |
| OSRV/RV1 | International Trooper (w/CGA FRU) - Ampol | CGA | Enroute | Venice | | WX Standby | 001-88165-149-8485 |
| OSRV/RV1 | Kim B (w/CGA FRU) - Ampol | CGA | Enroute | Venice | | WX Standby | |
| OSRV/RV1 | Mr. Alex (w/CGA FRU) - Ampol | CGA | Enroute | Venice | | WX Standby | |
| OSRV/RV1 | Rene (Navy Marco) | Fed | Standby | Venice | | U/W @ 1300 for USCG Inspection | 504-208-4801 |
| OSRV/RV1 | Seacor Washington (Dutch arm) | Command | Enroute | Fourchon | | OSG2 Command Vessel | 504-620-5963 |
| OSRV/RV1 | HOS Mystique (Dutch arm) | | Enroute | Fourchon | | WX Standby | 985-518-9842 |
| OSRV/RV1 | HOS Sweetwater (Dutch Arm) | | Enroute | Fourchon | | WX Standby | 832-260-0755 |
| OSRV/RV1 | Candie Clipper (Ocean Buster) | | Standby | Fourchon | | WX Standby | 504-620-7502 |
| OSRV/RV1 | JMC-300/RHEA (Butp 2) | | Standby | Anchor | | WX Standby | |
| OSRV/RV1 | Kylie Williams (Ocean Buster/vane) | | Enroute | Fourchon | | WX Standby | 337-504-0274 |
| OSRV/RV1 | Southern Cross (Ocean Buster) | | Unscheduled Maint | Fourchon | | Ocean buster repair | 985-360-0201 |
| OSRV/RV1 | Amy Chouest (Ocean Buster) | | Enroute | Fourchon | | WX Standby | |
| OSRV/RV1 | A Whale (fixed weir) | | Standby | MC-252 | | Initial test | 011-870-7649-51421 |

HCG037-000181

Rear Admiral James A. Watson
Page 7

| | Offshore Barges | | | | Remaining Storage bbls | | |
|---|---|---|---|---|---|---|---|
| TV2 | MSRC 402 Barge (Kimberly Colle) | TF Storage | Standby | Plottown | 40,300 | | |
| TV1 | MSRC 452 Barge (Tara Crosby) | TF Storage | Standby | Fort Jackson | 45000 | | |
| TV1 | MSRC 570 Barge (Crosby Clipper) | TF Storage | Standby | Fort Jackson | 57000 | | |
| TV1 | K-Sea DBL-155 (Rebel) | TF Storage | Offloading | Plottown | 125000 | | 646-303-9860 |
| TV1 | Energy 8001(Superior Service) Costner | TF Storage | Standby | Fourchon | 80000 | | 646-671-0008 |

| | Boom Boats | | | | | | |
|---|---|---|---|---|---|---|---|
| | Vessel | Assignment | | Location | ETA | | |
| WB2 | Sea Fox | Source | Standby | Venice | | | 251-979-3453 |
| WB2 | Betty G | Source | Enroute | MC 252 | | | 251-404-2691 |
| WB2 | Ms. Alissa | Source | Standby | Venice | | | 662-288-3070 |
| WB2 | Ms. Addison | Source | Standby | Venice | | | 985-677-1049 |
| WB2 | Julienne Marie | Source | Standby | Venice | | | 985-709-7119 |
| WB1 | St. Ignatius Loyola | Source | Standby | Venice | | | 850-596-4180 |
| WB1 | Hercules | Source | Enroute | MC 252 | | | 713-751-6022 |
| WB1 | Brutus | Source | Enroute | MC 252 | | | 713-751-6023 |
| WB1 | Mia Maloy | Source | Standby | Venice | | | 409-939-6873 |
| WB1 | Mr Randolf | Source | Standby | MC 252 | | | 985-413-9450 |
| WB1 | Black Tip | Source | Standby | Venice | | Crew change the U/W Noon | 228-326-4552 |
| WB1 | Dog Fish | Source | Enroute | MC 252 | | | 321-961-9304 |

| | Crew/Re-supply | | | | | | |
|---|---|---|---|---|---|---|---|
| WB2 | Mr. Leroy | Shuttle/Re-supply | Standby | Venice Based | | | |
| WB2 | Fox | Ampol Re-supply | Standby | Venice Based | | | 713-576-7779 |
| WB2 | Jean Perry | Shuttle/Re-supply | Standby | Venice Based | | | |
| WB2 | Sea Hawk | Shuttle/Re-supply | Standby | Venice Based | | | |
| WB2 | Chantise G | Shuttle/Re-supply | Standby | Venice Based | | | |
| WB2 | Ben Charamie | Shuttle/Re-supply | Standby | Venice Based | | | |

| Kind/Type | Tugboats | Assignment | Status | Location | ETA | Notes: | | |
|---|---|---|---|---|---|---|---|---|
| TB | Crosby Sun | | Standby | | | Towing CGA-200 | | |
| TB | Kimberly Colle | | Standby | | | | | |
| TB | Tara Crosby | | Standby | | | | | |
| TB | Crosby Clipper | | Standby | | | | | |
| TB | Rebel | | Standby | | | | | |
| TB | Superior Service | | Standby | | | | | |
| TB | Crosby Eagle | | Standby | | | | | |
| TB | Susan Marie | | Standby | | | | | |

HCG037-000182

Rear Admiral James A. Watson
Page 8

**DEEPWATER HORIZON**
**OFFSHORE SKIMMING GROUP III**          Date/Time    07/08/10    0800 HRS

| Kind | Total | Skimming | Offloading | Unscheduled Maintenance | Scheduled Maintenance | Enroute | Ordered | Standby |
|---|---|---|---|---|---|---|---|---|
| SKIMMERS | 9 | 0 | | 3 | 0 | 6 | 0 | 0 |
| TANK VESSELS | 2 | N/A | 0 | 0 | 0 | 0 | 0 | 2 |
| VESSELS OTHER | 1 | N/A | N/A | 0 | 0 | 1 | 0 | 0 |
| WORKBOATS | 3 | N/A | N/A | 0 | 0 | 0 | 0 | 3 |
| TUGBOAT | 3 | N/A | N/A | 0 | 0 | 0 | 0 | 3 |

| | ON SCENE WEATHER | Comments: M/V NRC Perserverence waiting ABS inspection. M/V NRC Admiral doing |
|---|---|---|
| WIND | SSE 10 - 15 kts | forepeak vent repaired, estimated completion 1030 hours. M/V Pauline T changing crane |
| WAVE | 7 - 9 ft | today. |
| SWELL | | |

| | Other Vessels | | | | | |
|---|---|---|---|---|---|---|
| | Vessel | Assignment | Status | Location | ETA | |
| VSO | Queen Bee | Command | Enroute | Fourchon | | Source Grp Comnd Vessel |

| Kind/Type | Vessel | Assignment | Status | Location | ETA | Notes: |
|---|---|---|---|---|---|---|
| RV1/Belt | NRC Admiral (Marco) | NRC | Unscheduled Maint. | Fourchon | | Departing dock @ 1100 hrs |
| RV1/Weir-disc | NRC Energy (Crucial) | NRC | Enroute | Fourchon | | Departing dock |
| RV1/Belt | NRC Guardian (Marco) | NRC | Enroute | Fourchon | | Departing dock |
| RV1/Belt | NRC Perseverance (Marco) | NRC | Unscheduled Maint. | Fourchon | | Waiting for ABS inspection |
| RV1/Disc | NRC Liberty (Crucial) | NRC | Enroute | Fourchon | | Departing dock |
| RV1/Disc | Seahorse VI (Crucial) | NRC | Enroute | Fourchon | | Departing dock |
| RV1/Weir | Lana Rose (Weir) | NRC | Enroute | Fourchon | | Departing dock |
| RV1/Belt | Pauline T(Marco) | NRC | Unscheduled Maint. | Venice | | Replacing Crane |
| RV1/Belt | Resolve Pioneer(Marco) | NRC | Enroute | Fourchon | | Departing dock |

| | Offshore Barges | | | Remaining Storage bbls | | |
|---|---|---|---|---|---|---|
| TV2 | NRC Defender | TF Storage | Standby | Venice | | Preparing to depart |
| TV2 | NRC Valient | TF Storage | Standby | Venice | | Preparing to depart |

| | Boom Boats | | | | | |
|---|---|---|---|---|---|---|
| | Vessel | Assignment | | Location | ETA | |

| | Crew/Re-supply | | | | | |
|---|---|---|---|---|---|---|
| WB2 | Eveready | Re-supply | Standby | Venice | | Preparing to depart |
| WB2 | Miss Wynter | Re-supply | Standby | Venice | | Preparing to depart |
| WB2 | Lady Nina | Re-supply | Standby | Venice | | Preparing to depart |

| Kind/Type | Tugboats | Assignment | Status | Location | ETA | Notes: |
|---|---|---|---|---|---|---|
| TB | Helena Marie | NRC | Standby | Venice | | Preparing to depart |
| TB | Tesla I | NRC | Standby | Venice | | Preparing to depart |
| TB | Angelica E | NRC | Standby | Venice | | Preparing to depart |

Attachment 4

## QA / QC Reports

**No QA/QC Checklists for the July 6th spray mission are not yet available.**

HCG037-000183

Rear Admiral James A. Watson
Page 9

Attachment 5



Maximum Wave Height is defined as the average of the highest .1% of all waves

HCG037-000184

U.S. Department of
Homeland Security

United States
Coast Guard

Federal On-Scene Coordinator

Unified Area Command
1250 Poydras Street
New Orleans, LA 70113

16451
3 Aug 2010

# MEMORANDUM

From:    P. F. ZUKUNFT, RADM

To:      File

Subj:    DISPERSANT APPROVAL MEMO

Reply to
Attn of:    CAPT McCleary

1.  This document memorializes my verbal authorization to ICP Houma to employ up to 5,000 gallons of dispersant within its AOR on July 13th, 2010.  This verbal authorization was given at 12:25 P.M. on July 13th, 2010.

\#

HCG027-005992

July 19, 2010

To: Charles Polk, Captain, USCG
    Federal On-Scene Coordinator Representative (FOSCR)

Subject: Dispersant Approval Request for July 19, 2010

RE: a) Memo from Rear Admiral Watson to Captain Laferriere Dated July 11, 2010
    b) E-Mail dated July 15, 2010 from Captain Laferriere (USCG), to Ron Crossland

Gentlemen,

In compliance with the referenced memo titled, *Delegation of Aerial Dispersant Application Approval Authority to FOSCR, ICP Houma*, and referenced e-mail, I am requesting approval for application of up to 375 gallons of Corexit 9500A for July 19, 2010 in order to apply to the observed oil slick(s). For compliance with the requirements stated within the aforementioned memo and e-mail, I provide the information in Attachment 1.

The Houma, Aerial Dispersant Group respectfully requests approval to apply up to 375 gallons of dispersant on the designated target(s) of dispersible oil on July 19, 2010. Target contains 60% dispersible oil and is approximately 70 acres in size. Target is in Zone AM, skimmers are not currently in close proximity to the observed slick. Our intent is to light load the BT-67 out of Houma for this spray operation.

For the current weather and sea states, aerial dispersants will be highly effective.

Sincerely,

██████████████
Assistant Aerial Dispersant Group Supervisor

Request approval to apply aerial dispersant to the target identified within this request.

Time of request: ____1137____.

Concurrence will be finalized at UAC Level: Approved By *Roy A Nash*, RDML, USCG
                                                      Deputy FOSC

CC:   Admiral Allen
      Admiral Nash
      Admiral Korn
      CAPT Roberge
      CAPT Lodge
      CAPT PJ Maguire
      ████████████

EPA Verbal Concurrence *Sam Coleman*

1

**ATTACHMENT 1**

Requirement-a. Operational Justification

a.1) Visible chart demonstrating target slick outside offshore skimmer recovery and in-situ burn operations zone. Dimensions of spray box and percent of oil to be dispersed shall also be provided.

*Information provided in compliance with this requirement as follows;*



2

HCG027-086184



### Requirements

**a.2)** Visual justification and written explanation of why offshore skimmers and in-situ burn resources are unable to intercept and recover target prior to landfall. This justification may also include those slicks that have moved past skimmers and in-situ burn operations.

**a.3)** If skimming operations and/or in-situ burn operations are not being performed, provide written justification for reasons (i.e., outside weather parameters, resupply and refit). Explain whether the current weather and forecasted weather are favorable to support dispersant spray missions, spotter, and SMART flights.

*Information provided in compliance with these requirements as follows:*

The current weather (winds @ 13 knots) and sea state (waves up to 3') is not conducive to efficient skimming but current conditions does greatly favor aerial dispersants, however, as the following graphic clearly illustrate skimmers, particularly Weir skimmers, operating in the open water source area are ineffective and indicating the potential of skimming capabilities being insufficient to remove oil from the environment, thus the need to supplement with alternate response technologies, e.g., aerial dispersants.

3

HCG027-006185



| Skimming Assets | Group I | Group II | Group III | Group IV | TOTALS |
|---|---|---|---|---|---|
| Operational | 9 | 18 | 9 | 12 | 48 |
| Standby | 0 | 0 | 0 | 0 | 0 |
| Enroute | 1 | 0 | 0 | 1 | 2 |
| Maintenance | 1 | 1 | 2 | 4 | 8 |
| TOTALS | 11 | 19 | 11 | 17 | 58 |

Available offshore skimming resources are shown in the previous table.  It should be noted that 14% (8 vessels) of the fleet are not operational due to maintenance.  The operating fleet is largely composed of vessels utilizing Weir skimming units.  Weir skimming units are inefficient in open water areas particularly with certain wind and sea states.  The previous graphic shows that approximately 85% of the skimming fleet is less than 20%  effective at this weather conditions with the remaining 15% of the fleet operating at reduced effectiveness.  This low level of mechanical recovery effectiveness in these weather conditions will lead to dispersible quantities of oil escaping further away from the source due to the inability of skimmers to contain the oil within a restricted geographic area.  In-situ burn activities in these weather conditions is feasible and skimming activities are largely inefficient for Weir skimmers.  Once the oil moves out of the confined area around the source, skimming resources will find it difficult to recapture and recover the oil at ever increasing distances and larger geographic areas.

The forecast weather is suitable for aerial dispersant flight operations with 20% chance of precipitation, 1500-4000 feet-unlimited ceilings and 7-15 nm visibility.

4

**Requirement**

**a.4) Visual photographic imagery showing spotted target and area to be dispersed.**

*Information provided in compliance with this requirement*, e.g., photos of the observation.

**The spotter plane reported poor light conditions and the photo may not depict the oil sufficiently**



**Requirement**

**a.5) List of other environmental considerations such as vulnerabilities such as bird nesting, fledglings, mating, plant, rare species, that provide tradeoff justifications.**
**a.6) List of economic extenuating circumstances, such as prevention of fishery closures and marine transportation system impacts.**

*Information provided in compliance with this requirement.*

**Resources at Risk in the Offshore at the MC252**

- Fish & Invertebrates – The fish in the area would primarily be pelagic open-water species such as tuna, jacks, and sailfish. There is an extensive recreational fishing for marlin and recreational and commercial fishing for yellow fin and blue fin tuna throughout the area. This area is also considered a nursery area for crevalle jack.
- Shellfish – This area is outside the normal range of spiny lobster, crabs and shrimp fisheries

5

HCG027-006187

- **Birds** – pelagic birds such as shearwaters and frigate birds may be in the area, but have likely removed themselves from the area. The birds may become oiled when foraging in the area. Direct oiling of birds reduced the buoyancy, water repellency, and insulation provided by the feathers and may result in death by drowning of hypothermia. Preening of oiled feathers may also result in ingestion of oil resulting in irritation, sickness and death.
- **Mammals** – whales (fin, and sperm, both federally and state endangered) and dolphins are commonly found throughout the area. Oil may irritate the skin, eyes, and nostrils of the cetaceans. Unless exposed to oil for prolonged periods, mortality is not expected.
- **Reptiles** – Loggerhead sea turtles (state/federally threatened) and Kemp's Ridley sea turtles (state /federally endangered) are found throughout the area in all life stages and water depths: other species are also known to be in the area (leatherback, green). The young of year of the various species are especially susceptible to oiling, often leading to mortality when exposed. In addition, weathered crude oil (in tar ball form or trapped in Sargasso weed) is known to be consumed by the turtles who mistake it for a food source, typically resulting in toxic effects, intestinal blockages, and often resulting in death.

The ICS 232 – Resources at Risk should be consulted to completely define the shoreline and near shore resources at risk (including wildlife, socioeconomic, and historic resources) and should be consulted to determine the potential extent of impacts from oil reaching these environments. Every effort should be taken to prevent this oil from reaching and impacting the extensive sensitive resources in these environments.

The longer oil remains on the surface without removal or dispersal, the negative impact of closures to the fishery will continue. Louisiana's $2.5-billion commercial fishing industry, provides much of the country's domestic shrimp and oysters.

The most recent fishery closure area provided by NOAA is shown below.



The threat to maritime commerce remains to the Louisiana Offshore Oil Platform (LOOP). LOOP handles 13 percent of the nation's foreign oil, about 1.2 million barrels a day, and connects by pipeline to 50 percent of the U.S. refining capability. The potential threat remains for marine commerce transiting the Mississippi River.

6

HCG027-006188

The NOAA Surface Oil Forecast shows extensive areas of heavy and medium oil that may adversely impact the shoreline, including sensitive resources (See the NOAA Near Shore Trajectory Map). The NOAA Surface Oil Forecast for July 18th shows extensive areas of heavy and medium oil that are or may adversely impact the shoreline, including sensitive wetlands.



The data shown on the bar graph below indicates a correlation between shoreline impact and dispersant volume usage. Although this is raw data that requires future peer review and evaluation, it is shown here to illustrate that if oil escapes the source area and the skimming and in-situ burn operations around the source, and aerial dispersants are not utilized, in all likelihood, shoreline impact with subsequent negative impact to the aforementioned Resources at Risk, will occur. Shoreline impact is forecast at Barataria Bay.

7



a.  **Requirements:  Ensure entire process is documented and a report completed for all dispersant applications.  Spotters aboard reconnaissance flights are able to identify oil slicks estimated to require a specific number of gallons of dispersants.  State that spotters will, within 6 hours of the dispersant spray operations, identify high value targeted slicks and prepare a report specifying the location and dispersant volumes needed for each application.**

*Information provided in compliance with this requirement:* Spotters have been trained by the NOAA SSC Ed Levine to differentiate various conditions of oil, e.g., dispersible, emulsified, heavy metallic slicks, etc.  Replacement spotter personnel, prior to being designated a spotter, make 4 training flights with experienced trained spotters.  Many of the experienced spotters have been trained by the NOAA SSC.  The spotters evaluate the oil and estimate percent coverage, length and width of the slick.  The oil condition, size and coverage are provided to the Aerial Dispersant Group in the Houma ICP that reviews the evaluation and calculates the quantity of dispersants from the information provided by the spotter.  An appropriately sized aircraft and payload are ordered for the mission.  Spotter reports are typically filed and submitted immediately after the recon flight completes and is used in evaluation of spray missions.

The Aerial Dispersant Group, Houma ICP, coordinates closely with the USCG SMART 1 team on our spray missions and will advise the SMART Team Leader in advance of any spray missions being conducted so they can arrange observation flights.  The USCG SMART 1 team posts mission observation reports and photos on the EPA website for review.

8

HCG027-006190