# Exhibit W

# Confidential

# Documents filed under Seal