# Exhibit X



**U.S. Department of Homeland Security**
**United States Coast Guard**

Commander
Eighth Coast Guard District

Hale Boggs Federal Building.
500 Poydras Street
New Orleans, LA 70130
Staff Symbol (dl)
Phone: (504) 671-2331

5080
May 9, 2010

To: Providers of Surfactant Supplies to the Nalco Company

Ladies and Gentlemen:

We write to you in a time of great national need. On April 20, 2010, an incident on the mobile offshore drilling unit Deepwater Horizon resulted in an oil spill in the Gulf of Mexico which has since been designated a "spill of national significance." The Coast Guard supports the efforts of BP Exploration & Production Inc. (BP EPI) to contain and eliminate this oil spill and minimize and prevent its effects, both at sea and onshore.

Given the circumstances of the oil spill, including its size and proximity to the shoreline of the United States, chemical dispersants are essential to the oil spill response and clean-up effort. At this time, the supply of dispersant available to BP EPI is extremely limited. The Nalco Company, a dispersant manufacturer, is manufacturing additional dispersant for BP EPI to use in the Deepwater Horizon response but cannot produce at full capacity due to a shortage of surfactant supplies and will soon deplete what remaining surfactant supply it has. If BP EPI cannot source additional dispersant very soon, its current supply of dispersant will be exhausted. The consequences of such a dispersant exhaustion will be widespread, and we write to you today to ask for your assistance in helping all of us avoid those consequences.

Specifically, we are asking companies that provide the Nalco Company with surfactant supplies to assist by making available, to the greatest extent possible, their surfactant material to this response and clean-up effort. We understand that this material may be in short supply or otherwise already designated for contracts with other companies. We appreciate the commercial realities involved and respectfully ask that you make what efforts you can to allot surfactant supply to the Nalco Company's production so that it can manufacture dispersant for BP EPI's oil spill response, knowing that whatever efforts you are undertaking in this regard are of invaluable benefit to this country.

We ask that you contact Nalco directly to arrange reasonable terms for your surfactant supply.

Please do not hesitate to contact us should you have any questions. We thank you for your time and consideration of this request.

Sincerely,

*[signature: Mary E. Landry]*

MARY E. LANDRY
Rear Admiral, U.S. Coast Guard
Commander, Eighth Coast Guard District

# Exhibit Y

**U.S. Department of Homeland Security**
**United States Coast Guard**



Federal On-Scene Coordinator
Unified Area Command

Unified Area Command
1250 Poydras Street
New Orleans, LA 70113

5080
July 12 2010

To: The Nalco Company and Providers of Surfactant Supplies to the Nalco Company

Ladies and Gentlemen:

This is a follow-on to my May 9, 2010 letter. We again write to you in a time of great national need. On April 20, 2010, an incident on the mobile offshore drilling unit Deepwater Horizon resulted in an oil spill in the Gulf of Mexico which has since been designated a "spill of national significance." The Coast Guard supports the efforts of BP Exploration & Production Inc. (BP EPI) to contain and eliminate this oil spill and minimize and prevent its effects, both at sea and onshore.

Given the circumstances of the oil spill, including its size and proximity to the shoreline of the United States, chemical dispersants are essential to the oil spill response and clean-up effort. At this time, the supply of dispersant available to BP EPI remains extremely limited. The Nalco Company, a dispersant manufacturer, is manufacturing additional dispersant for BP EPI to use in the Deepwater Horizon response but cannot produce at full capacity due to a shortage of surfactant supplies and will soon deplete what remaining surfactant supply it has. If BP EPI cannot source additional dispersant very soon, its current supply of dispersant will be exhausted. The consequences of such a dispersant exhaustion will be widespread, and we write to you today to ask for your continued assistance in helping all of us avoid those consequences.

Specifically, we are asking Nalco Company and companies that provide the Nalco Company with surfactant supplies to continue to assist by making available, to the greatest extent possible, dispersant and the surfactant material to this response and clean-up effort. We understand that dispersant and surfactant material may be in short supply or otherwise already designated for contracts with other companies. We appreciate the commercial realities involved and respectfully ask that, as suppliers, you make whatever efforts you can to allot surfactant supply to the Nalco Company's production so that it can manufacture dispersant for BP EPI's oil spill response, knowing that whatever efforts you are undertaking in this regard are of invaluable benefit to this country.

We ask that suppliers of materials contact Nalco directly to arrange reasonable terms for your surfactant supply.

Please do not hesitate to contact us should you have any questions. We thank you for your time and consideration of this request.

Sincerely,

*Paul F. Zukunft* (signature)

PAUL F. ZUKUNFT
Rear Admiral, U.S. Coast Guard
Federal On-Scene Coordinator

# Exhibit Z

**From:** Jim Klick [mailto:JKLICK@hhkc.com]
**Sent:** Friday, October 21, 2011 9:56 AM
**To:** Marie_Firmin@laed.uscourts.gov; rgreenwald@weitzlux.com; jimr@wrightroy.com; Steve Herman; Heiden, Thomas (CH); Alexander, Mary Rose (CH); aweigel@blankrome.com; gslacour@christovich.com; michael.lyle@weil.com; theodore.tsekerides@weil.com; pokeefe@monbar.com; hflanagan@flanaganpartners.com; fxnjr@ln-law.com; bmayeaux@ln-law.com; lmcaloon@glllaw.com; georgecrow@earthlink.net; jgalloway@gjtbs.com; mike.underhill@usdoj.gov; sarah.himmelhoch@usdoj.gov; jrm@lanierlawfirm.com; wml@lanierlawfirm.com; cfh@lanierlawfirm.com; andrew.langan@kirkland.com; dkhaycraft@liskow.com; mark.nomellini@kirkland.com
**Cc:** Mike_OKeefe@laed.uscourts.gov; Sally_Shushan@laed.uscourts.gov
**Subject:** RE: B3 Master Complaint - PSC, Cleanup Responders and Nalco

Dear Magistrate Shusan:

Attached hereto is the PSC's Amended Proposed Schedule for Limited B3 Discovery and PSC's Proposed Schedule for Limited Discovery of BP re:Corexit. The PSC's Amended Proposed Schedule for Limited B3 Discovery was based the previous document exchanged, includes the November 18th date to exchange written discovery requests, included a provision for the PSC to serve written discovery. We also included a deadline date for the PSC to object to proposed stipulations by December 21st, believing that this may help narrow the issues. We also included language with regard to the 30(b)(6) Depositions to ensure that the scope of these depositions are limited preemption/derivative immunity defenses raised by the B3 defenses. Finally, with regard the Limited B3 Discovery, PSC has raised an objection with regard to the initial wave of written discovery being served on the PSC on November 18th. The objection is in bold so that the Court, and the other parties, can easily identify the objection.

The second page of the document is entirely new and is designed to address Proposed Schedule for Limited Discovery of BP re: Corexit. This is our initial effort see whether this discovery can be accomplished forthwith in concert with Mr. Hurd's pending discovery requests. We have not formally discussed this schedule with either Mr. Hurd nor BP at this time in order to get schedule in writing as quickly as possible.

Lastly, Robin and I had some difficulty with possible computer corruption while creating this document. Please let us know if anyone has any difficulty in understanding the document. Jim Klick

**From:** Marie_Firmin@laed.uscourts.gov [mailto:Marie_Firmin@laed.uscourts.gov]
**Sent:** Thursday, October 20, 2011 9:34 AM
**To:** rgreenwald@weitzlux.com; jimr@wrightroy.com; Jim Klick; Steve Herman; thomas.heiden@lw.com; mary.rose.alexander@lw.com; aweigel@blankrome.com; gslacour@christovich.com; michael.lyle@weil.com; theodore.tsekerides@weil.com; pokeefe@monbar.com; hflanagan@flanaganpartners.com; fxnjr@ln-law.com;

1

bmayeaux@ln-law.com; lmcaloon@glllaw.com; georgecrow@earthlink.net; jgalloway@gjtbs.com; mike.underhill@usdoj.gov; sarah.himmelhoch@usdoj.gov; jrm@lanierlawfirm.com; wml@lanierlawfirm.com; cfh@lanierlawfirm.com; andrew.langan@kirkland.com; dkhaycraft@liskow.com; mark.nomellini@kirkland.com
**Cc:** Mike_OKeefe@laed.uscourts.gov; Sally_Shushan@laed.uscourts.gov
**Subject:** B3 Master Complaint - PSC, Cleanup Responders and Nalco

Attached is a revised contact list.

**Reminder: Conference call this afternoon at 3:00 p.m. Central time - Dial-in: 888-684-8852, access: 6331546, security: 102011.**

Thank you.

Marie Poche' Firmin
Judicial Assistant to Magistrate Judge Sally Shushan
504-589-7621


CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.

2

DRAFT

## PSC Amended Proposed Schedule for Limited B3 Discovery

(Schedule is premised on developing the facts necessary for Nalco and the Clean-Up Responders to file motions renewing their preemption/derivative immunity arguments)

| | |
|---|---|
| Nalco, Clean-Up Responders, and United States to attempt to agree on stipulations of fact and provide such stipulations to the PSC | November 4, 2011 |
| [Nalco and] Clean-Up Responders to serve United States (if necessary) ~~and the PSC~~ [**PSC would object to discovery directed to them on grounds that other parties have the evidence related to the limited areas of this discovery**] with document requests, interrogatories, and/or requests for admission re: preemption/derivative immunity issues | November 18, 2011 |
| PSC to serve all parties (if necessary) with document requests, interrogatories and/or requests for admission re: preemption/derivative immunity issues | November 18, 2011 |
| All parties respond to any written discovery served and produce documents related to discovery served on or before November 18, 2011 | December 21, 2011 |
| PSC's objections to proposed stipulations among Nalco, Clean-Up Responders and the United States | December 21, 2012 |
| Nalco to file motion renewing its preemption argument. | January 31, 2012 |
| Limited 30(b)(6) Depositions of United States, Nalco and Clean-Up Responder witnesses re: B3 issues relating to Nalco and Clean-Up Defendants' derivative immunity and/or preemption defense to be completed (if necessary) | January 31, 2012 |
| PSC to file opposition to Nalco's motion | February 21, 2012 |
| Nalco to file reply in support of its motion | March 2, 2012 |
| Oral Argument on Nalco's motion | TBD |
| Clean-Up Responders to file motions renewing their preemption/derivative immunity arguments. | February 10, 2012 |
| PSC to file opposition(s) to Clean-Up Responders' motions | March 9, 2012 |
| Clean-Up Responders to file replies in support of their motions | March 23, 2012 |
| Oral Argument on Clean-Up Responders' motions | TBD |

DRAFT
ATTORNEY WORK PRODUCT

## Proposed Schedule for Limited Discovery of BP re: Corexit

| | |
|---|---|
| PSC to serve BP with document requests, interrogatories and/or requests for admission re: Corexit | November 4, 2011 |
| BP to respond to written discovery and produce documents related to discovery served on or before November 4, 2011. | December 2, 2011 |
| PSC to serve and take 30(b)(6) Depositions of BP re: Corexit (and counsel for James Herbert v. BP PLC, et al., Cause No. 2010-38791, 333rd Judicial District, Texas, to be permitted to attend and ask additional questions (if necessary)). | January 13, 2012 |