# Exhibit E

# Confidential

# Document filed under Seal

ANNEX X TECHNICAL PRODUCT BULLETIN NO. 8
OIL AND SPECIAL MATERIALS CONTROL DIVISION

DATE ISSUED: 2 9 SEP 1978

"COREXIT 9527 OIL SPILL CHEMICAL"

## WARNING

The Technical Bulletin may contain confidential business informa-
tion. It is requested, therefore, that the information contained therein
be used only by appropriate EPA and Coast Guard spill response
personnel. Any requests for technical information regarding this
product should be directed to the Oil and Special Materials Control
Division, WH-548, Washington, D. C.

## BACKGROUND

On March 10, 1978, the Environmental Protection Agency (EPA)

accepted the technical product data on COREXIT 9527 oil spill chemical,

an oil dispersing agent. In accordance with Annex X, the Oil and

Special Materials Control Division issued an acceptance letter to

Exxon Chemical Company, advising the company on the restrictions

for applying the oil dispersant upon the navigable waters of the United

States. In addition, the manufacturer may use the acceptance letter

only in its entirety in any advertisement or technical literature on

the dispersing agent in order to avoid any misinterpretation of

the intent of the letter of EPA's chemical agent acceptance program.

Chemical agents shall not be considered for use as dispersing

agents unless technical product data have been accepted by EPA,

except as provided for under emergency conditions. For all situations

where dispersants are used, accurate records shall be kept on dispersant

types, brands, application rates and methods, effectiveness,

environmental impacts, plus any other pertinent observations.

CONFIDENTIAL

NALCO_00009307

2

Only the On-Scene Coordinator (OSC), in consultation with the
EPA RRT member and appropriate State authorities, can authorize
the use of dispersants for pollution control on a case-by-case basis
depending on the circumstances of the spill as specific in Annex
X. The OSC has direct authority to use dispersants in the event
of emergency conditions and has the overall responsibility for
designating the quantities of dispersant to be applied.

TECHNICAL PRODUCT DATA

Some of the key elements of the technical product data on COREXIT
9527, submitted to the Oil and Special Materials Control Division
by Exxon Chemical Company are summarized below:

I.   Trademark: "COREXIT 9527 Oil Spill Chemical"

II.  Address and Telphone Number of Manufacturer:

Exxon Chemical Company U.S.A.
1333 West Loop South
Houston, Texas  77027
Telephone - (713) 656-0293

III. Address and Telephone Number of Primary Distributors:

Mr. R. L. Hymel, Jr.                Mr. K. W. Patterson
Exxon Chemical Company U.S.A.       Exxon Chemical Company U.S.A.
8230 Stedman Street                 Suite 1210
Houston, Texas  77029               4450 General de Gaulle
Telephone - (713) 652-9746          New Orleans, Louisiana  70114
                                    Telephone - (504) 561-3553


Mr. J. H. Arnold                    Mr. W. K. Rogers
Exxon Chemical Company U.S.A.       Exxon Chemical Comapny U.S.A.
5199 East Pacific Coast HWY.        3143 Denali Street
Long Beach, California  90804       Anchorage, Alaska  99503
Telephone - (213) 597-8491          Telephone - (907) 277-1624

CONFIDENTIAL

3

## IV. Special Handling And Worker Precautions For Storage And Field Application:

Optimum storage temperatures are between 40 and 100°F. (4-38°C.)
The minimum and maximum storage temperatures are 30 and
120°F, respectively.

COREXIT 9527 is not adversely affected by changes in storage
temperature unless evaporation is allowed to occur. Avoid contact
with skin or eyes. In case of contact flush exposed area with water.

## V. Shelf Life:
The shelf life of unopened cans or drums of COREXIT
9527 is unlimited. Partially used containers should be kept tightly
closed to retard evaporation of solvents.

## VI. Recommended Application Procedure:

1. COREXIT 9527 should be diluted with 10-20 parts freshwater.
More concentrated solutions may be necessary for very heavy oil.

2. For slicks formed by more viscous crude or petroleum products,
a hydrocarbon based (kerosene or other aliphatic solvent) dispersant
is required. One part of COREXIT 9527 should be diluted with five
parts or more of solvent.

3. The usual application methods are by use of aircraft (COREXIT
9527 is applied undiluted during aerial spray), hand-held equipment
(eg. spray cans or "back-pack" sprayers) or work boats (fitted with
spray booms mounted ahead of the bow wake as forward as possible).
A pump should deliver 150 gallons per minute of diluted dispersant
to the spray booms. The spray should always be in the form of droplets,
applied directly to the floating oil perpendicular to the direction
of the boat's travel.

CONFIDENTIAL

NALCO_00009309

4

4.  For small slicks, a low concentration (2-5%) of COREXIT 9527, applied from hand-held equipment or by firehose eduction will usually suffice.

5.  COREXIT 9527 is not recommended for use on freshwater, nor for use in cleaning shorelines.

VII.  Dispersant Toxicity:

| Materials Tested | Species | LC 50 (ppm) | |
|---|---|---|---|
| COREXIT 9527 | Fathead minnow | 204 | 96-hour |
| | Mummichog | 100 | 96-hour |
| | Brine shrimp | 40 | 48-hour |
| COREXIT 9527 and No. 2 fuel oil (1:10) | Fathead minnow | 58 | 96-hour |
| | Mummichog | 7.8 | 96-hour |
| | Brine shrimp | 33 | 48-hour |

VIII.  Dispersant Effectiveness:

1.  Standard effectiveness test with No. 2 fuel oil

| Volume (ml) COREXIT 9527 | Initial (10 min.) Mean % Dispersion | Final (2 hrs.) Mean % Dispersion |
|---|---|---|
| 10 | 93 | 86 |
| 25 | 73 | 74 |
| 50 | 90 | 88 |
| 100 | 65 | 70 |

Dosage causing 50% dispersion from initial dispersion graph is less than 10 ml.

2.  Standard effectiveness test with No. 6 fuel oil

| Volume (ml) COREXIT 9527 | Initial (10 min.) Mean % Dispersion | Final (2 hrs.) Mean % Dispersion |
|---|---|---|
| 10 | 71 | 63 |
| 25 | 69 | 60 |
| 50 | 71 | 66 |
| 100 | 68 | 60 |

CONFIDENTIAL

5

Dosage causing 50% dispersion from initial dispersion graph is less than 10 ml.

IX.  Physical Properties of COREXIT 9527

  1.  Flash point:  172°F

  2.  Pour point:  Less than -30°F

  3.  Viscosity:  24.7 cSt at 100°F

  4.  Specific gravity:  1.0116 at 60°F
                        0.9949 at 100°F

  5.  pH:  8.20

  6.  Ionic activity:  Anionic

  7.  Miscibility:  miscible as per MIL-C-22230

  8.  Appearance:  amber liquid

X.  Analysis For Heavy Metals And Chlorinated Hydrocarbons:

| Compound | Concentration (ppm) | Concentration (ppb) |
|---|---|---|
| Arsenic | | <5 |
| Mercury | | <3 |
| Cadmium | 0.1 | |
| Chromium | 1.0 | |
| Copper | <.2 | |
| Lead | <.1 | |
| Nickel | 0.1 | |
| Zinc | 0.1 | |
| Total Chlorinated Hydrocarbons | <0.01 | |
| Cyanide | <0.01 | |

WARNING

  This Technical Bulletin may contain confidential business informa-
tion.  It is requested, therefore, that the above information be used
only by appropriate EPA and Coast Guard spill response personnel.
Any requests for technical information regarding this product should
be directed to the Oil and Special Materials Control Division, WH-548,
Washington, D. C.  20460.

CONFIDENTIAL

NALCO_00009311