# Exhibit N

# Confidential

# Documents filed under Seal

REQUIRED FORMS

## Dispersant Pre-Approval Initial Call Checklist
Boxes denote essential information

CALLER

Time of Initial Call: Date: 4/21/10   Time: ___ CT   (24 hour clock)
                           Month  Day  Year

Name of Caller: Donna Gyles
    Telephone #: 281-782-8339
Name of Alternate Contact: Carlos Moreno
    Telephone #: 281-995-1170
Company Name: BP
    Address:
        Street: 200 Westlake Park Blvd
        City: Houston
        State: TX          Zip Code: 77079

SPILL

Initial Time of Spill: Date: 04/20/2010   Time: 2200 CT   (24 hour clock)
                            Month  Day  Year

Location of Spill: LAT: 28° 44.54'  N   LON: 88° 19.16'  W
Block Name: MC          Block Number: 252
Type of Release:   [Instantaneous (☐) or Continuous Flow (☒)]
Oil:   Name: Louisiana Sweet Crude
       API: 35°          Pour Point: < -15  °C ☐ or °F ☒

Amount Spilled: see below   [GAL ☒ or BBLS ☐ (42 Gal/BBL)]

Flow Rate if Continuous Flow (Estimate): 162,000 bbls/day (Worst case discharge)

ON-SCENE WEATHER (Note: If not available contact SSC for Weather)

Wind Direction From (Degrees): WNW  Wind Speed: 5-10  Knots
Surface Current (Direction toward, Degrees): 55
        (Speed): . 0.5 knots                                                   Knots
Visibility: 5  Nautical Miles
Ceiling: unlimited, becoming cloudy in evening  Feet
Sea State (Wave height): 1 ft in morning, in afternoon 2-3  Feet

DISPERSANT SPRAY OPERATION

Dispersant Spray Contractor
    Name: MSRC   Contact: Theo Camlin
    Address:
        Street: 100 Herbert Harvey Lane
        City: Buras
        State: LA          Zip Code: 70041
        Telephone: (713) 309-5758
Dispersant:   Name: Corexit 9527  (need between 18950 gal minimum. 442718 gals maximum) of corexit 9527. For this use
              Quantity Available: C130 – 3250 gal and King Air 400 gal capacity
DC3 and BT67 – 2000 gal capacity;   27,000 gal available at Stennis
Platform:   Aircraft Type: MSRC - C130 and King Air
ASI - DC 3 and BT 67 ASI
              Multi-Engine (X) or Single-Engine (☐)
Boat Type: M/V Gulf Princess (dedicated vessel for first strike team)
Other:
Dispersant Load Capability (Gal): 0 (observer only/logistics for first strike team)
Time to First Drop on the oil (Hours): 37 mins from Stennis

5
RRT-6 APPROVED JANUARY 10, 1995
Version 2.0 May 1, 1996
Version 3.0 January 19, 2000
Version 4.0, January 24, 2001

CONFIDENTIAL                                    EPC023-021291

## FOSC DISPERSANT USE CHECKLIST

(Items on the far left of this checklist are keyed to letter and numbers on the top of the boxes in the FOSC Dispersant Use Flowchart and apply to offshore pre-approval only. INFORMATION AVAILAIBLE IN THE DISPERSANT PRE-APPROVAL INITIAL CALL CHECKLIST, AND THE TABLE ON THE OTHER SHEET ARE NECESSARY TO COMPLETE THIS CHECKLIST.)

OIL SPILLED
- A. FOSC completes and evaluates DISPERSANT PRE-APPROVAL INITIAL CALL CHECKLIST.
- B. Ask spiller if dispersant spray operation is on alert pending completion of pre-approval use evaluation by the FOSC.

[1] DEPLOY SMART
- A. Immediately Deploy USCG Strike Team SMART Team to the spill site if dispersant use is likely. Every attempt should be made to implement the on-water monitoring component of the SMART monitoring protocols in every dispersant application. At a minimum, Tier 1 (visual) monitoring must occur during any dispersant operations approved in accordance with this Dispersant Pre-approval Guidelines and Checklist
- B. Immediately notify DOI/DOC survey specialist contact identified in Appendix A if dispersant use is likely.
- C. Deploy mechanical and/or in-situ burn operations, weather allowing.

[2] PRE-APPROVED DISPERSANT OPERATIONS ACTIVATION EVALUATION

1. Do you expect the use of dispersants in this case to provide an environmental benefit?
   The NOAA SSC should be contacted for trajectory and environmental fate analysis.

   | YES | (X) | GO TO SECTION 2 BELOW |
   |-----|-----|------------------------|
   | NO  | ( ) | GO TO SECTION 11 BELOW |

2. Plot the position of the spill on the appropriate nautical chart, draw a circle about the spill source with a 10 nautical mile radius as a worst-case scenario for surface movement. Hash mark any area within the circle that is in waters less than 10 meters deep or 3 nautical miles from shore. What is left is considered the dispersant operational area.
   Is the dispersant operational area to be in offshore water that is no less than 10 meters deep and at least 3 nautical miles from the nearest shoreline?

   | YES | (X) | GO TO SECTION 3 BELOW |
   |-----|-----|------------------------|
   | NO  | ( ) | GO TO SECTION 9 BELOW |

3. Was a contractual relationship with a dispersant spray contractor established prior to the spill?

   | YES | (X) | GO TO SECTION 4 BELOW |
   |-----|-----|------------------------|
   | NO  | ( ) | GO TO SECTION 9 BELOW |

4. Dispersant Platform
   Considering the amount of oil spilled, the location of the operational area, volume of available dispersants to be used, and the timeframe in which the required equipment can be on-scene, what is the most effective application platform? More than one platform type may be considered.

   | If Aerial | GO TO SECTION 5 BELOW |
   |-----------|------------------------|
   | If Boat   | GO TO SECTION 6 BELOW |
   | If Other  | GO TO SECTION 7 BELOW |

RRT-6 APPROVED JANUARY 10, 1995
Version 2.0 May 1, 1996
Version 3.0 January 19, 2000
FOSC_dispersant_012042001_approved.doc  **Version 4.0, January 24, 2001**

CONFIDENTIAL                                      EPC023-021292

5. Aerial Application Operational Conditions
   [A] If on-scene weather was available from the spiller on initial telephone contact use that information to complete this section and assume for planning purposes that it will remain the same during the timeframe in which this decision is operating. At the earliest opportunity, contact the SSC for detailed weather, but do not delay this decision process for the SSC weather input (Note: All dispersant operations are carried out during daylight hours only).
   Winds less than or equal to 25 knots, and
   Visibility greater than or equal to 3 nautical miles, and
   Ceiling greater than or equal to 1,000 feet?

   | YES | (X) | GO TO SECTION 8 BELOW |
   | NO | ( ) | GO TO [B] IN THIS SECTION BELOW |

   [B] Notify the spiller's representative that the dispersant use decision has been delayed until the weather improves, and that the Dispersant Spray Operation is to be placed on a standby status.

   | GO TO SECTION [C] IN THIS SECTION BELOW |

   [C] Consult with RRT 6 members. Contact the USCG Co-chair at USCG District 8, EPA, DOI, DOC, and Louisiana and/or Texas RRT representatives to notify them that dispersants are being considered, but delayed due to weather. When the weather is beginning to improve:

   | BEGIN AGAIN IN SECTION 2 ABOVE |

6. Boat Application Operational Conditions
   [A] If on-scene weather was available from the spiller on initial telephone contact use that information to complete this section and assume for planning purposes that it will remain the same during the timeframe in which this decision is operating. At the earliest opportunity, contact the SSC for detailed weather, but do not delay this decision process for the SSC weather input (Note: All dispersant operations are carried out during daylight hours only).
   Wave height such that the boats to be used for the dispersant application can conduct an effective and safe spray operation?

   | YES | (✓) | GO TO SECTION 8 BELOW |
   | NO | ( ) | GO TO [B] IN THIS SECTION BELOW |

   [B] Notify the spiller's representative that the dispersant use decision has been delayed until the sea state improves, and that the Dispersant Spray Operation is to be placed on a standby status.

   | GO TO SECTION [C] IN THIS SECTION BELOW |

   [C] Consult with RRT 6 members. Contact the USCG Co-chair at USCG District 8, EPA, DOI, DOC, and Louisiana and/or Texas RRT representatives to notify them that dispersants are being considered, but delayed due to sea state. When the sea state is beginning to improve:

   | BEGIN AGAIN IN SECTION 2 ABOVE |

RRT-6 APPROVED JANUARY 10, 1995
Version 2.0 May 1, 1996
Version 3.0 January 19, 2000
FOSC_dispersant_012042001_approved.doc   Version 4.0, January 24, 2001

CONFIDENTIAL                                    EPC023-021293

7. Immediately consult with the Scientific Support Coordinator (SSC) to evaluate potential alternatives to the Aircraft and Boat Platforms.

[A] After a briefing on the spill response situation from the FOSC, does the SSC recommend aerial application of Dispersants?

| YES | ( ) | GO TO SECTION 5 ABOVE |
|---|---|---|
| NO | ( ) | GO TO [B] IN THIS SECTION BELOW |

[B] After a briefing on the spill response situation from the FOSC, does the SSC recommend boat application of Dispersants?

| YES | ( ) | GO TO SECTION 6 ABOVE |
|---|---|---|
| NO | ( ) | GO TO [C] IN THIS SECTION BELOW |

[C] After a briefing on the spill response situation from the FOSC, does the SSC recommend an alternative platform?

| YES | ( ) | DEVELOP A PLAN AND GO TO SECTION 8 BELOW |
|---|---|---|
| NO | ( ) | GO TO SECTION 11 BELOW |

8. Is the dispersant to be used listed on the NCP Product Schedule and considered appropriate for existing environmental and physical conditions?

| YES | (X) | GO TO SECTION 10 |
|---|---|---|
| NO | ( ) | GO TO SECTION 9 |

9. **GO NO FURTHER** IN THIS FOSC DISPERSANT USE CHECKLIST. The request for dispersant use does not qualify under the guidelines for pre-approval use of dispersants in Region 6. Contact your SSC and begin the dispersant use approval process as specified in the RRT 6 Regional Contingency Plan Subpart H Authorization (Authorization for Use of Dispersants in Non-Life Threatening Situations)

10. Dispersability
Refer to the Dispersant Pre-Approval Initial Call Checklist
Does the available technical information suggest that dispersion is likely given the spilled oil, anticipated oil weathering, and selected dispersant? Use the <u>FOSC Dispersant Use Oil Table</u> and any technical sources such as the SSC to make this assessment.

| YES | (X) | GO TO 12 BELOW |
|---|---|---|
| NO | ( ) | GO TO 11 BELOW |

11. **GO NO FURTHER** IN THIS FOSC DISPERSANT USE CHECKLIST. In this case dispersant use is either inappropriate for this response or will probably not be considered to be effective relative to the effort required.
Concentrate your efforts on Mechanical and/or in-situ burn operations
Note: You may want to consider dispersant pre-approval use at a later time if the field situation changes (i.e., becomes a continuous spill or has a new instantaneous release.) In such an event, make sure the Initial Call Checklist has been updated and return to the start of this checklist (OIL SPILLED ON PAGE 6.)

RRT-6 APPROVED JANUARY 10, 1995
Version 2.0 May 1, 1996
Version 3.0 January 19, 2000
FOSC_dispersant_012042001_approved.doc  **Version 4.0, January 24, 2001**

CONFIDENTIAL

EPC023-021294

12  INITIATE APPLICATION OF DISPERSANTS WITHIN THESE RRT GUIDELINES.
- Water depth ≥ 10 meters and no less than 3 nautical miles from nearest shoreline.
- The SMART controller/observer should be over the spray site before the start of the operation.  If possible, a DOI/DOC-approved marine mammal/turtle and pelagic/migratory birds survey specialist will accompany the SMART observer, but the operation will not be delayed for that individual (see Appendix A for contact information).
  Note: The purpose of SMART monitoring is to confirm best professional advice related to the potential success of dispersant use.  Given the uncertainty involved relating to physical and environmental condition, oil weathering, and dispersant and oil interaction, we must rely on positive feedback from the monitors to continue dispersant application.
- Personal protective equipment for personnel on-site will conform to the appropriate dispersant's MSDS.
- If dispersant platform is an aircraft, spray aircraft will maintain a minimum 1000-foot horizontal separation from rafting flocks of birds.  Caution will be taken to avoid spraying over marine mammals and marine turtles.
- If dispersant platform is a boat:
  - If the system involves spray arms or booms that extend out over the edge of the boat and have fan type nozzles that spray a fixed pattern of dispersant, the following ASTM standards apply:
    - **ASTM F 1413-92** Standard Guide for Oil Spill Dispersant Application Equipment: Boom and Nozzle Systems.
    - **ASTM F 1460-93** Standard Practice for Calibrating Oil Spill Dispersant Application Equipment Boom and Nozzle Systems.
    - **ASTM F 1737-96** Standard Guide for Use of Oil Spill Dispersant Application Equipment During Spill Response: Boom and Nozzle Systems.
  - If the system involves the use of a fire monitor and or fire nozzle to apply the dispersants, a straight and narrow "firestream" flow of dispersant directly into the oil is to be avoided.  At this time (May 2000) there are no applicable ASTM standards for these types of systems.
- If an alternative dispersant platform is used, the Operation Plan should include dispersant application guidelines.

- The FOSC is to notify the RRT as soon as practicable after the approval is given to the RP.
  > GO TO SECTION 13 BELOW

13. The RRT (EPA, DOI, DOC, and the State of Louisiana and/or the State of Texas) must be kept informed on the status of the dispersant application throughout the operation.  Provided the dispersant application is successful and operational results are positive, no RRT approval will be required for additional sorties and passes.
    > GO TO SECTION 14 BELOW

14. At the completion of the dispersant operation, send the following to the RRT representatives:
    1. This completed Checklist
    2. The Dispersant Pre-Approval Initial Call Checklist
    3. A one page summary of the operation to date
    4. Other information as necessary
  Provide the RRT post-application information/results within 24 hours of the dispersant application.  Formal convening of the RRT, however, is not necessary.

  Follow-up operation by insuring that flight logs and SMART team logs are secured should RRT members request additional documentation.

9
RRT-6 APPROVED JANUARY 10, 1995
Version 2.0 May 1, 1996
Version 3.0 January 19, 2000
FOSC_dispersant_012042001_approved.doc   **Version 4.0, January 24, 2001**

CALCULATION FOR WORST CASE DISCHARGE (Slick length 4.7 nm, width 2.1nm)

|  |  |  |  |
|---|---|---|---|
| | 1 sqaure mi = | | |
| | 640 acres | | |
| 3-7 gals dispersant are required per acre | | | |
| | spill area | 9.87 square miles | |
| | spill acre | 6316.8 acres | |
| | | | |
| 3-7 gals | dispersant | 18950.4 gal | 44217.6 gal max |
| | | 31584 gal (@ 5 gal/acre) | |

| | Gals load | Number trips | Volume Dispersant from Air |
|---|---|---|---|
| King Air | 400 | 8 | 3200 |
| C-130 | 3250 | 8 | 26000 |
| Total | 3650 | | 29200 — +3 tail from 8 trips King Air + C-430 |

9 trips needed



CONFIDENTIAL



CONFIDENTIAL

EPC023-021298