# <u>Exhibit P</u>

# Confidential

# Document filed under Seal

# INTERIM REPORT

provided to Planning/Operations Section Chiefs

Title:        Aerial Dispersant Group – Houma Operations Plan

Date:        August 12, 2010

Authors:    Charlie Huber, Aerial Dispersant Group – Houma Group Supervisor
Debbie Scholz, Aerial Dispersant Group – Houma Technical Documentation
Specialist

# Pages:    28 pages plus appendices

Share Point file:  Documentation Unit  --------------
Interim Reports (Hm.P-2900)

☐        Operations_____
or
☐        Planning_____

BP-HZN-2179MDL04588714

# Table of Contents

Table of Contents................................................................................................................ii

Aerial Dispersant Group – Houma Operations – Interim Plan (7.23.10)...........................1

  Objectives of the Aerial Dispersant Application Response ..............................................1

  Introduction ......................................................................................................................1

  Timeline ...........................................................................................................................2

  References .......................................................................................................................2
    ASTM Standards .........................................................................................................2
    Aerial Spray Operations Plans (by company) .............................................................2
    Government Guidelines................................................................................................3
    Other Reference Sources............................................................................................4

  Authority...........................................................................................................................4

  Operational Requirements................................................................................................4

  Dispersant Application Process ........................................................................................7

  Resources......................................................................................................................10
    Group Organization ...................................................................................................10
    Aerial Dispersant Daily Operation Plans ...................................................................12

  Approval Process ...........................................................................................................18

  Actions ...........................................................................................................................21
    Flight Tracking and Documentation............................................................................22

  Communication with Stakeholders .................................................................................23
    Reporting ...................................................................................................................23
    Dispersant Monitoring using the SMART Protocols ...................................................24
    Scientific Support Missions........................................................................................24
    Effectiveness Testing ................................................................................................24
    DAG Mission .............................................................................................................24

  Safety ............................................................................................................................26
    Aerial Dispersant Safety ...........................................................................................26
    Responder & Public Safety........................................................................................27

Attachment 1:  Region VI Pre-authorization Checklist & FOSC Pre-authorization Checklist

Attachment 2: MSDS's

  MSDS for Corexit EC9500A

  MSDS for Corexit EC 9527A

# List of Figures

Figure 1.   Suitable marine conditions for dispersant application. ........................................... 6

Figure 2.   Dispersant spray operations flow chart under the FOSC Pre-authorization. ......... 8

Figure 3.   Dispersant spray operations flow chart after the EPA Directive was in place on May 27, 2010............................................................................................................... 9

Figure 4.   Dispersant spray operations flow chart. ................................................................ 10

Figure 5.   Aerial Dispersant Operational Map........................................................................ 13

Figure 6.   Aerial Dispersant Operational Mission Preparation Checklist. ............................. 14

Figure 7.   Aerial Dispersant Operational Mission Tasking Form. .......................................... 15

Figure 8.   Aerial Dispersant Aircrew Briefing sheet. ............................................................. 16

Figure 9.   Aerial Dispersant Oil Spill Observation form. ....................................................... 17

Figure 10.  Aerial Dispersant Verbal Spotter Observation Report Form................................. 19

BP-HZN-2179MDL04588716

# Aerial Dispersant Group – Houma Operations – Interim Plan (7.23.10)

## *Objectives of the Aerial Dispersant Application Response*

This report was developed as a way to document the operational plan for the Aerial Dispersant Group – Houma for the MC252 Deepwater Horizon response. This interim planning document has been modified over time to address the needs / requirements of the Unified Command as well as the operational changes of this response group.

The objective of this effort is to minimize environmental and wildlife damages caused by surface oil slicks. Dispersants act by breaking up oil into small particles that quickly are diluted in the water column and biodegraded by naturally occurring microbes. This response technique is used to:

    a.    Prevent the oil from coming ashore and devastating marsh and shoreline spawning habitats, and

    b.    Protect offshore mammals, sea turtles, and sea birds from coming into contact with oil.

To achieve these objectives, a safe, effective, and efficient dispersant operation was designed to target and treat the most dispersible segments of the slicks. Priority of targeting was to apply dispersants to the freshest oil near the source and then to then to slicks further away that presented dark black or brown colors indicating sufficient thickness for the dispersant to be effective. It was also found for the MC 252 crude that emulsions, reddish orange in color were also affected by dispersants when applied in higher dosages.

The purpose of this document is to describe in detail the aerial dispersant operations and processes and provide the references relating to the procedures used.

## *Introduction*

Dispersants are the only spill response option able to rapidly treat large offshore oil slicks and lessen the likelihood of onshore stranding of oil and the oiling of animals which use the sea surface. The oil industry identified, supported and has over the years implemented, without regulatory requirements, dispersants as a key response tool for responding to scenarios as presented by the Deepwater Horizon incident. This plan provides an overview of the Aerial Dispersant Operations mission in support of the overall MC252 Deepwater Horizon response.

Aerial dispersant applications are requested and approved for use by the FOSC for spills in the pre-approved dispersant use areas and by the Unified Command and the Regional Response

CONFIDENTIAL

Team (RRT 4 and 6) for near shore areas, i.e., areas less than 3 nm or 10 meters in depth. The USCG is responsible for monitoring the effectiveness of the dispersants.

Aerial observers are the best to identify dispersible oil slicks and characterize the slick's dimensions and the color of the slick which indicates its thickness. Remote sensing systems were tested during the response but were not consistent or timely in identifying dispersible oil for dispersant spray operations.

Prior to any dispersant application every slick was evaluated by a trained spotter/observer to ensure dispersibility and to ensure that there was no marine wildlife in the spray area as well as ensuring safety clearances to platforms and vessels.

## Timeline

The aerial dispersants mission was authorized by the FOSC on April 22, 2010 under the RRT 6 Pre-Approval process. This process also required informing the RRT 6 members of this decision. On April 22nd, Airborne Support, Inc. (ASI) conducted the first dispersant application which was a single spray sortie of 1,880 gallons of Corexit 9527 with the BT-67. The initial spray mission was observed by USCG and Operations personnel and verified that the MC252 DWH oil was dispersible.

## References

### ASTM Standards

- **F1413**   Guide for Oil Spill Dispersant Application Equipment: Boom and Nozzle Systems
- **F1460**   Practice for Calibrating Oil Spill Dispersant Application Equipment Boom and Nozzle Systems
- **F1737**   Standard Guide for the use of oil spill dispersant application equipment during spill response: Boom and Nozzle systems
- **F1738**   Test Method for Determination of Deposition of Aerially Applied Oil Spill Dispersants
- **F2465**   Standard Guide for Oil Spill Dispersant Application Equipment: Single-point Spray Systems

### Aerial Spray Operations Plans (by company)

- MSRC Dispersants Group Program Plan – includes planes for IAR and Dynamic
- OSR / EARLE Operational Plan
- ASI Dispersant Group Operations Plan
- AT-802 Operations Guidelines and addendums

## Government Guidelines

### *EPA*

- National Oil and Hazardous Substances Pollution Contingency Plan (40 CFR Part 300)
- The NCP Product Schedule and Notebook (March 2010, July 2010); Subpart J

### *FAR*

- All operations are required to meet all applicable Federal Aviation Regulations (FAR) and best practices for aerial operations and associated duty limitations.

### *MMS – Renamed Bureau of Ocean Energy Management (BOEM)*

- MMS Lease Agreement
- BP's Regional Oil Spill Response Plan – Gulf of Mexico – Section 18, Dispersant Use Plan (dated 6.30.09)

### *NOAA*

- The Dispersant Mission Planner (DMP2)
- The Dispersant Application Observer Job Aid
- General NOAA Operational Modeling Environment (GNOME)
- Trajectory Analysis Planner (TAP)
- The Selection Guide for Oil Spill Response Technologies
- SMART: Special Monitoring of Applied Response Technologies.

### *Regional Response Team Procedures*

- Region 4 Regional Response Team Use of Dispersants in Region IV – Regional Response Team IV's Policy for Use of Dispersants in Ocean and Coastal Waters (Parts 1 – 4) (dated October 8 1996 and July 29, 1999 update).
- Region 6 Regional Response Team (RRT) Regional Integrated Contingency Plan (RICP) (May 1999, and Interim – May 2010) Base Plan
- RRT-6 FOSC Dispersant Pre-approval Guidelines and Checklist (**Attachment 1**) (Version 4.0, dated January 24, 2001)
- Add RRT 6 Near Shore Dispersant Expedited Approval Process and (dated January 25, 2005)
- One Gulf Plan (August 2009 revision) base plan
- RRT-6 Dispersant Preauthorization Endangered Species Act (Section 7) Consultation – NMFS (dated September 8, 1994)
- RRT-6 Dispersant Preauthorization Endangered Species Act (Section 7) Consultation – US Fish and Wildlife Service (dated January 5, 1995)

**Other Reference Sources**

### *Nalco Product Information*
- MSDS For Nalco Corexit EC9500A
- MSDS for Nalco Corexit EC9527A

### *National Academy of Sciences*
- Oil Spill Dispersants: Efficacy and Effects. 2005. National Research Council

### *ITOPF*
- Technical Information Paper No. 1: Aerial Observation of Oil.
- Technical Information Paper No. 4: The Use of Chemical Dispersants to Treat Oil Spills.
- Oil Spill Dispersants – Myths & Mysteries Unravelled. 2002. Dr. Karen Purnell

### *Exxon Mobil*
- Oil Spill Response Field Manual. 2005.

### *Science Commissions for the DWH Spill Response*
- DWH Dispersant Science Summit, May 26-27, 2010 in Baton Rouge, LA
- Initial DWH Aerial Dispersants Science Meeting – August 3, 2010 in Baton Rouge, LA

## Authority
- RRT-6 / FOSC Dispersant Pre-authorization, Near Shore Approval Process and RRT Approval Process
- FOSC dispersant approval processes developed during the DWH MC252 spill response

## Operational Requirements

### *Pre-approval Requirements for RRT 6*
This pre-approval zone is defined as:

- The offshore waters of Texas and Louisiana which are no less than 10 meters in depth and at least 3 nautical miles from the nearest shoreline.
- The FOSC is authorized to use dispersants on oil spill in areas 3 nautical miles and beyond the 10 meter isobath, whichever is furthest from shore to 200 nautical miles

CONFIDENTIAL

offshore (the Exclusive Economic Zone Boundary) beginning from the Texas / Mexico border and extending through the states of Texas and Louisiana to the boundary between Federal Regions IV and VI.

- In addition, the only requirement for dispersant product selection is that the dispersant must be included on the NCP Product Schedule and considered appropriate by the FOSC for existing environmental and physical conditions.
- Dispersant spraying operations are conducted during day light only.
- Aircraft spray systems must be capable of producing dispersant droplet sizes that provide for optimal dispersant effectiveness (generally 250-500 μm, but follow manufacturer and ASTM guidance) – typically using application rates of 1:20 dispersant to oil ratio or 5 gallons per acre.
- In Region VI, the FOSC must activate the Special Monitoring of Applied Response Technologies (SMART) Program monitoring team. Every attempt should be made to implement the on-water monitoring component of the SMART monitoring protocols in every dispersant application. At a minimum, Tier 1 (visual) monitoring must occur during any dispersant operations.

### Weather limits

The following are the weather limits as defined for DWH operations. As operations continued additional criteria were modified and added. At the end of July the list of criteria for aerial dispersant spray operations was as follows:

- Visibility of ≥ 4 nm  (increased from 3 nm due to dense air traffic)
- Cloud ceiling of ≥ 1,500 ft  (increased from 1,000 ft due to dense air traffic)
- Less than 35 kt winds
- Wave heights greater than 8 inches and less than 12 feet (Beaufort Sea scale of 2 to 7; refer to **Figure 1** next page). These wind speeds are within the range of 5-25 knots, which is regarded as optimum, per ITOPF[1], to generate surface mixing energies.

### Other MC252 Response Requirements

Dispersing oil slicks removes oil from the sea surface to lessen the opportunity for oiling on shorelines and surface structures. Dispersed oil may also lessen the chance of any oil adhesion, if exposed. Marine mammals and sea turtles are highly mobile and can transit areas designated for response operations.

To provide a safety from spraying operations throughout the response area of approximately 12,000 sq miles and to more than protect responders from any potential inhalation of dispersants

---

[1] ITOPF. International Tanker Owners Pollution Federation. 2005. The use of Chemical dispersants that treat oil spills. ITOPF Technical Information Paper 4. 8pp.

BP-HZN-2179MDL04588721

Aerial Dispersant Group – Houma Operations
Interim Plan
8.12.10
Page 6

| Beaufort Wind Force | Wind Speed in knots | Descriptive Term | Sea condition | Height of waves in meters | Viable ? |
|---|---|---|---|---|---|
| | < 1 | Calm | Like a mirror | 0 | ☒ * |
| | 1 – 3 | Light Air | Ripples with the appearance of scales are formed, but without foam crests | 0.1 | ☒ * |
| | 4 – 6 | Light breeze | Small wavelets, crests begin to break. Foam of glassy appearance, perhaps scattered white horses. | 0.2 – 0.3 | ☑ |
| | 7 – 10 | Gentle breeze | Large wavelets: crests begin to break. | 0.6 – 1.0 | ☑ |
| | 11 – 16 | Moderate breeze | Small waves, becoming longer; fairly frequent 'white horses' | 1.0 – 1.5 | ☑ |
| | 17 – 21 | Fresh breeze | Moderate waves; many white horses, chance of some spray | 2.0 – 2.5 | ☑ |
| | 22 – 27 | Strong breeze | Large waves begin to form; some spray | 3.0 – 4.0 | ☑ |
| | 28 – 33 | Near gale | Sea heaps up; white foam from breaking waves along the direction of wind. | 4.0 – 5.5 | ☒ ** |
| | 34 – 40 | Gale | Moderately high waves of greater length; the foam is blown in well marked streaks in direction of the wind. | 5.5 – 7.5 | ☒ ** |
| | 41 – 47 | Strong gale | High waves; dense streaks of foam along the direction of the wind | 7.0 – 10.0 | ☒ ** |
| | 48 – 55 | Storm | Very high waves with long overhanging crests; great foam patches; visibility effects | 9.0 – 12.5 | ☒ ** |
| | 56 – 63 | Violent storm | Exceptionally high waves; visibility seriously affected. | 11.0 – 16.0 | ☒ ** |
| | > 63 | Hurricane | The air is filled with foam and spray; sea completely white with driving spray; visibility very seriously affected. | > 14 | ☒ ** |

**Figure 1.     Suitable marine conditions for dispersant application.**

BP-HZN-2179MDL04588722

from spray operations the following safety setbacks were initiated by the Aerial Dispersant Group:

- 2 nautical mile setback from all platforms and vessels;
- No spray within 5 nm of controlled burning activities for the safety of the aircraft and pilots;
- 3 nm set back from marine mammals, sea turtles, birds and wildlife; and
- 5 nm set back from the source site due to the large number of vessels operating in the area.

## Dispersant Application Process

**Figure 2** (next page) depicts the dispersant application process from April 22 to May 26th under the FOSC pre-approval. **Figure 3** depicts the process after May 26th when EPA issued the Directive EPA Directive (Monitoring and Assessment Directive) Addendum 3 to eliminate aerial application of dispersants.

The result of the EPA Directive was to greatly reduce the use of aerial application of dispersants and its ability remove oil from surface waters.

CONFIDENTIAL

BP-HZN-2179MDL04588724



Figure 2.    Dispersant spray operations flow chart under the FOSC Pre-authorization.

CONFIDENTIAL

BP-HZN-2179MDL04588725



Dispersant Spray Operations Flow Chart

Figure 3.    Dispersant spray operations flow chart after the EPA Directive was in place on May 27, 2010.

Aerial Dispersant Group – Houma Operations
Interim Plan
8.12.10
Page 5

## *Resources*

### Group Organization

The Aerial Dispersant Group – Houma is organized and operates out of the BP Houma Incident Command Post.  The Group consists of the following (**Figure 4**):



**Figure 4.    Dispersant spray operations flow chart.**

### <u>*Spray Aircraft*</u>

The dispersant plan used during the DWH response is based on the dispersant spray procedures of the companies that participated in the response. These companies and the aircraft they provided are as follows:

- **MSRC Dispersant Group**
    - one (1) Hercules (C-130A) operated by International Air Response (IAR)
    - two (2) spray-capable Beechcraft King Air (BE-90A) operated by Dynamic Aviation
- **Airborne Support Incorporated (ASI)**
    - One (1) Basler BT-67,
    - Two (2) DC-3,

- **Lynden Air Cargo**
  - Two (2) Hercules (L-382) operated by Lynden Air Cargo
- **U.S. Air Force Reserve Hercules**
  - Three (3) Hercules (C-130H)
- **Oil Spill Response Ltd. (OSR)**
  - One (1) Hercules (L-382) operated by Air Contractors Ltd (ACL)
- **Lane Aviation**
  - Three (3) AT-802

Depending on the aircraft operator and type spraying operations are conducted at an application speed of 150 knots ground air speed and at an altitude of 50 to 75 ft.

### *Spotter Aircraft*

Spotter/reconnaissance aircraft are a critical component of the dispersant spray operations. These "eyes in the sky" conducted daily surveillance of the 12,000 square mile response area to locate dispersible oil and spot (guide) the spray aircraft onto the oil slicks and direct them when to turn the dispersant spray "On" and "Off." Spotter/reconnaissance personnel are briefed daily prior to initiating operations or their missions for the day, which include, but not limited to:

- Safety issues and safety clearances for vessels, platforms and marine mammals and any other special operations or conditions;
- Communications: Air-air frequencies, air-surface frequencies, and marine frequencies for those aircraft having this equipment and special TFR communications for aircraft deconfliction;
- Review of spray operations, dosages, patterns, recording and documenting flight with SatLoc or other GPS based systems.
- Direct dispersant spray aircraft operations;
- Remain in area following dispersant spray operations for 15 – 30 minutes to observe the dispersant / slick interactions and photo-document and document.
- Forward the SatLoc information, photographs and spotter reports to the Base Documentation Coordinator.

Spotter aircraft for this response are provided by:

- **Airborne Support Incorporated (ASI)**
  - one (1) Aztec and
  - one (1) Aero Commander.
- **Dynamic Aviation:**
  - six (6) Beechcraft King Air (BE-90A);

### *Dispersant*

Two Nalco dispersants have been used in this DWH response – Corexit EC9500A and EC9527A. Copies of the MSDSs for these products are provided as **Attachment 2.**

## Aerial Dispersant Daily Operation Plans

Daily Aerial Dispersant Application Plans (DADAPs) provide information on communications, air assets, weather, spill situation, dispersant application dosages, and a planned flight schedule for the following day. Supplementing the DADAP is the Air Operation Plan which provides area of operations for each aircraft operator, safety setbacks, FAA/Air Operations requirements, and information on conducting special operations with sampling vessels and SMART. This DADAP serves as the ICS 204 for dispersant spray/spotter operations.

Spotter aircraft begin reconnaissance of their designated targeting zones as developed for this response (**Figure 5**; next page). At a minimum, the spotter aircraft will:

1. Air Base Manager receives, reviews and disseminates the Houma ICC Aerial Dispersant Group Operations Plan for that day.
2. Pilot documents and flight related materials are put on the aircraft clipboards.
   - Aerial Dispersant Group Ops Plan
   - Mission Preparation Checklist(**Figure 6**)
   - Mission Tasking Form (**Figure 7**)
   - Aircrew Briefing Sheet (**Figure 8**)
   - Oil Spill Observation Form (**Figure 9**)
3. If available any satellite imagery of the oil spill is put on the clipboards.
4. Any pertinent information for that day's operations are put on the clipboards.
   - NOTAMs
   - Controlled burn Notices
   - Red tide notices
   - Dash 8 Spill Surveillance
5. Based on the previous day's reports aircraft are assigned to zones depicted on a grid which are most likely to contain dispersible oil.
6. The pilots are provided with a digital camera and/or video equipment. Verify that they are working and that batteries are charged. Verify photographic equipment date and time are synchronized with SatLoc system and GPS.
   **NOTE** : Items listed above are not "no go" items. If the SatLoc system is not functioning, documentation of spray operations will have to be done manually. Procedures for manually recording dispersant deployment will be coordinated by the Dispersant Group Staging Airport Supervisor and appropriate regulatory agency representatives.
7. The pilots perform the Mission Prep Checklist prior to departure.
   - Activate Sky Connect equipment and verify Sky Connect and satellite phone are operational.
   - Activate SatLoc system, program for standard operations and response area.
   - Activate marine radio and verify operational, when feasible.

BP-HZN-2179MDL04588728



*Aerial Dispersant Group - Houma Operations*
*Interim Plan*
*8.12.10*
*Page 13*

**Figure 5.    Aerial Dispersant Operational Map.**

CONFIDENTIAL

BP-HZN-2179MDL04588729

## BP SPILL – SPOTTER & SPRAY MISSION PREP CHECKLIST
(June 15 2010)

| |
|---|
| Pre-flight aircraft |
| Life raft in the aircraft |
| Life vests for crew and passengers (required when operating below 3,000' per the contract) |
| Check NOTAMs |
| Get the daily assigned squawk code from the schedule board |
| If necessary file IFR Flight Plan with the Gulf of Mexico Weather Briefer - (877) 654-7449 |
| Check weather including Witkem Weather Report (automatically emailed to John & Isaac) |
| AOPA Internet Flight Planner, www.aopa.org/asfyatp cffn (UN: jpherson, PW: dynamic) |
| Appropriate VFR/IFR Navigational Charts in the cockpit |
| Aircraft Operations Binder |
| Aircrew Briefing Sheet - Appendix N |
| BE-90 King Air Mission Tasking form - Appendix C |
| Observer Spill Mapping Form |
| Daily Mission Targeting Assignments & Zone Assignment Map |
| GPS digital camera (check batteries) |
| Binoculars |
| N7198Y & N7199D - Video camera (check batteries) |
| N7198Y - PCMCIA card in the SatLoc CPU |
| N7199D - USB Flash Drive in the SatLoc CPU |

## BP SPILL – SPRAY MISSION PREP CHECKLIST

| |
|---|
| BE-90 King Air Mission Tasking form (double-sided) - Appendix C |
| Complete W&B calculation on Excel Spreadsheet on Desktop or go to Appendix X or Appendix Y |
| Load dispersant in the aircraft keeping in mind the max landing weight limitations – Appendix I |
| Verify primer line and tank outlet valves are open and that the anti-siphon valve is closed. |

**Figure 6.    Aerial Dispersant Operational Mission Preparation Checklist.**

**Figure 7.    Aerial Dispersant Operational Mission Tasking Form.**

BP-HZN-2179MDL04588731

**Figure 8.    Aerial Dispersant Aircrew Briefing sheet.**

BP-HZN-2179MDL04588732



**Figure 9.**    **Aerial Dispersant Oil Spill Observation form.**

CONFIDENTIAL

8. While en-route to the spill the pilots begin completing the items on the Mission Tasking form.

9. The spotter/observer aircraft conduct a safety over flight to determine if the spill area is clear of the safety zone around the slick of all aircraft, vessels, birds, and mammals. If the area is not clear, no spray will commence until all obstructions are clear of the areas. Limitations set are two nautical miles from any rig, platform or vessel and three nautical miles from any mammals.

10. The pilots contact any response vessels in the area via the marine radio and inform them of the aerial dispersant operations and the location where dispersants will be applied.

11. If spill area is deemed worthy of spray operations all descriptive information is obtained and transferred to the Air Base via Sky Connect and recorded on the Oil Spill Observation form (**Figure 10**). This information is then forwarded to Houma ICC for approval to spray.

12. Photos and sometimes video are taken before spraying the oil slick area.

13. Once spray approval is received from the Houma ICC spray operations commence.

14. The pilots use the Aircrew Briefing Sheet to relay the spray target to the C-130 crews. It is also used to document where the spray occurred.

15. After the spray is completed additional photos and video are taken to show dispersant effectiveness.

16. After the flight all flight related material is completed and turned into base operations at Stennis.

17. Materials are disseminated to their respective locations by base personnel.

   - Upon return to base, the spotter / observer is to deliver video, pictorial, SatLoc data to the airport supervisor for upload and transfer to the Group Leader for inclusion in the request for spray.
   - Coordination with Tier 1 SMART monitoring or other assigned Scientific Support Missions will be re-established upon reaching the target area

Coordination for all aircraft and air bases will be conducted through the Houma Dispersant Group and coordinated with the Air Operations Branch. All Federal Aviation Administration (FAA) / Air Traffic Control (ATC) Restrictions and requirements are to be followed.

## *Approval Process*

Throughout this response, the approval process has changed. Initially, pre-approval to apply dispersants was granted by the FOSC under the terms and conditions set forth in the RRT 6 Regional Response Plan. Refer to the Pre-authorization Requirements earlier in this report for the specific details of this approval process.

The approval process for the surface application of dispersants was first modified with the EPA's May 26th Dispersant Monitoring and Assessment Directive, Addendum 3. This Monitoring and Assessment Directive, Addendum 3 and its subsequent modifications resulted in significant changes to the aerial dispersant group's request process and ability to apply dispersants. Over

CONFIDENTIAL

## STENNIS VERBAL Spotter Report:

| Date: | Time: |
|---|---|

| Plane: |
|---|

| "A" | "B" |
|---|---|
| Lat:                              N | N |
| Long:                           W | W |

| Coverage (%): |
|---|

| Color: |
|---|

| Length and width: |
|---|

| Bearing of Slick: |
|---|

| Boats: |
|---|

| Comments: |
|---|

Signature: _____

Revised: July 6, 2010

**Figure 10.    Aerial Dispersant Verbal Spotter Observation Report Form.**

the next several months, the approval process was modified / altered to meet the requirements of EPA, the FOSC, and the NIC.

The last aerial dispersant approval process modification went into effect beginning on July 16, 2010. The process as it was presented for implementation is provided below (see **Figure 3**; page 9).

## ICP Houma – Dispersant Approval Procedure
## July 16, 2010

1.  In the morning, Aerial Dispersant Team sends out spotters to identify high value targeted slicks and prepare documentation specifying the location and dispersant volumes needed for each application.

2.  When a target is acquired, the Dispersant Operations Group Supervisor sends an email with the following operational justification (in addition to what is currently required) for Coast Guard Incident Commander, Houma:

    a.  Graphic/map that identifies the location of the target and its relationship to the visible chart demonstrating target slick outside offshore skimmer recovery and in-situ burn operations zones. Dimensions of spray box and percent of oil to be dispersed as well as visual photographic imagery showing spotted target and area to be dispersed shall also be provided.

    b.  Visual justification and written explanation why offshore skimmers and in-situ burn resources are unable to intercept and recover target prior to landfall. For example: unexpected wind shift and can't reposition to encounter the oil, containment mechanisms failed causing oil to overwhelm the skimmer and in-situ burn fleets, the oil release unexpected expressed itself in a location where skimmers and the in-situ fleet can't be repositioned to address. These are just examples, a more detailed justification will be required. This justification may also include those slicks that have moved past skimmers and in-situ burn operations.

    c.  If skimming operations and/or in-situ burn operations are not being performed, provide written justification for reasons (i.e., outside weather parameters, resupply and refit). Explain whether the current weather and forecasted weather are favorable to support dispersant spray missions, spotter, and SMART flights.

    d.  List of other environmental considerations such as vulnerabilities such as bird nesting, fledglings, mating, plant, rare species that provide tradeoff justifications.

    e.  List of economic extenuating circumstances, such as prevention of fishery closures and marine transportation system impacts.

CONFIDENTIAL

   f.  Ensure entire process is documented and a report completed for all dispersant applications.

3.  Once this information is obtained, the Coast Guard Federal On-Scene Coordinator's Representative shall share this information and seek input from the NOAA Scientific Support Coordinator (SSC), the State On-Scene Coordinator (SOSC), USCG legal, and any other representatives they deem necessary. The Coast Guard Federal On-Scene Coordinator's Representative shall forward this information concurrently to the Environmental Protection Agency at Incident Command Post Houma.

4.  Once the Coast Guard Federal On-Scene Coordinator's representative receives feedback from the NOAA SSC, State OSC and other representatives they will forward a recommendation to the Federal On-Scene Coordinator at the Unified Area Command. Simultaneously, the EPA representative at ICP Houma shall also forward information to the UAC EPA representative for consideration/concurrence. The email to the USCG FOSC should reflect that the request is still being considered by EPA for concurrence so the FOSC knows that EPA has not concurred at the time of transmittal to UAC.

5.  FOSCR or Deputy forwards the e-mail with all the data included to RADM Zukunft with the following tag lines:

   a.  "Request approval to apply aerial dispersant to the target identified below.  Time of request: _____."

   b.  In the CC: line, include the following:  Admiral Allen, Admiral Nash, Admiral Korn, CAPT Roberge, CAPT Lodge, CAPT PJ Maguire, and Mr. Rich Beyer.

This map (see **Figure 4**; page 13) shows the Houma and Stennis Staging Base airports and distances to the source spill site.  Additionally the approximately 12,000 square mile operating area was divided into 30 nm x 30 nm zones and each zone was assigned a base for reconnaissance and for spray operations.  Using zones for planning and directing dispersant spray operations ensured adequate separation of air assets when applying dispersants.

## *Actions*

After receiving approval from the FOSC, the Aerial Dispersant Group Leader will notify the air bases of the approval conditions and any requirements for spray (see **Figure 3**; page 9).  Spotter aircraft will leave the base first to review the area and to ensure that the spray target is clear of all items that would negate the spray actions (e.g., vessels, platforms, marine mammals, controlled burn assets, etc.).  While the spotter aircraft is re-surveying the target area, the spray aircraft will load dispersant and travel to the site.  Coordination with Tier 1 SMART monitoring or other Scientific Support Missions will be re-established upon reaching the target area.

CONFIDENTIAL

During dispersant deployment operations all aircraft in the deployment area should contact the Spotter Aircraft and receive clearance, including route and altitude assignment, prior to entering the Operational Area. The dispersant deployment "Operational Area" is defined as the area containing the oil slick, the spill source, the mechanical recovery area, and the airspace needed for entry, exit, holding, and maneuvering during dispersant application. Entry into the air space included in the Operational Area will require clearance from the spotter aircraft. Coordination and direction of the spray aircraft is accomplished by the spotter aircraft.

- Re-verify that the area to be sprayed is not in a dispersant exclusion (no spray) zone or in an area not currently approved for spraying.
- Program the SatLoc system for the application pattern to be used and record the estimate of true wind speed and direction.
- Spotter/Observer aircraft inform response vessels and other response aircraft that are in the area that dispersant application is ready to commence.
- Commence dispersant spray operations based on the FOSC's approval of conditions for dosage and total quantity of dispersant to apply. Direct spray craft operations when necessary.
- Upon completion of spray mission, the Spotter/Observer aircraft should loiter on scene for 15-30 minutes to observe the dispersant and oil slick interaction. Describe the dispersant/oil slick interaction to the Dispersant Group Staging Airport Supervisor.
- Spotter/Observer aircraft should take digital photos of the oil slick where the dispersant was applied and should conduct a videotaping pass over the area of the oil slick at appropriate altitudes to provide a good view of the treated oil slick.
- Upon return to base, the spotter / observer is to deliver video, pictorial, SatLoc data to the airport supervisor for upload and transfer to the Group Leader.

## Flight Tracking and Documentation

All spray and spotter planes with tracking and spray recording systems are required to activate GPS and the spray documentation systems provided by their companies or to install GPS tracking units and personnel to operate them. These GPS systems, i.e., Satloc, SkyConnect, Garmin, etc. record date, time, and locations of spraying for each dispersant application pass. Upon return to base, the SatLoc and other GPS data for each flight is down loaded, stored at the aircrafts main base.

### *Photographic / Video Records*

Spotter/Observer aircraft will verify video and digital cameras are onboard with support equipment. Verify that they are working and that batteries are charged. Verify photographic equipment date and time are synchronized with SatLoc system and GPS.

BP-HZN-2179MDL04588738

## *Communication with Stakeholders*

As part of the dispersant application process, determining the effectiveness is required to determine how long the dispersant operations should continue.  The effectiveness of the dispersants operations must be documented and forwarded to the FOSC, UC and other stakeholders to allow them to make informed decisions about whether to continue the aerial spray operations.

### Reporting

The Houma Aerial Dispersant Group has developed several standardized reporting requirements for this response that are directed to various groups.  These reporting requirements included:

| | | | | |
|---|---|---|---|---|
| Daily Aerial Dispersant Application Plan (DADAP) | Aerial Operations | Daily | 4.25.10 | 7.23.10 |
| Aerial Operations Plan | Aerial Operations | Daily | 4.25.10 | 7.23.10 |
| Aerial Dispersant Group – Houma – Dispersant Summary Status Report | Aerial Operations Situation Units – Houma, UAC, Mobile Unified Area Command / Houma Unified Command Other | Nightly | 4.30.10 | 7.26.10 |
| ICS 204 / ICS 215 | Incident Command | Daily | 5.4.10 | ongoing |
| Aerial Dispersant Operations - Houma  Weekly Status Report | Regional Response Team VI | Weekly | 5.22.10 | 7.12.10 |
| Request for Spray Applications | UAC / Houma UC EPA | Nightly for the next day | 5.30.10 | 7.15.10 |
| Revised Request for Spray Applications | UAC / Houma UC EPA | Slick specific requests | 7.16.10 | 7.19.10 |

In addition to these standard reports, the following sections summarize the dispersant and effectiveness monitoring as well as other scientific support missions that had reporting requirements for this incident.

CONFIDENTIAL

## Dispersant Monitoring using the SMART Protocols

In conjunction with aerial application, SMART[2] Tier 1, 2 and 3 protocols are used to measure dispersant effectiveness. The SMART protocols are described in the July 12, 2010 Interim SMART Monitoring Operations Plan for the DWH MC252 Response available from the Documentation Unit.

The Houma Incident Command Environmental Unit is also conducting a sampling program to evaluate the environmental impact of dispersant use and to meet the monitoring requirements of Addendum 3 of the Directive. The Tier 2 and 3 monitoring have been conducted primarily on the M/V International Peace and limited operations with the M/V Mister Joe.

The SMART Tier 1 data are uploaded to the www.EPAOSC.net website for processing and evaluation. These data are evaluated and approved by the environmental Dispersant Assessment Group representative and the NOAA SSC. Beginning June 20, a SMART Technical Specialist, Brian Pascal, was contracted to provide quality control for the Tier 2 SMART effort and to evaluate the processed data. Working with the EPA Data Management Team, they developed a framework for evaluating and interpreting the SMART data. The SMART Tier 2 and 3 data were also uploaded to the NOAA FTP website.

## Scientific Support Missions

For this response, the Aerial Dispersant Group utilized several research vessels to conduct scientific missions to gather dispersant effectiveness data through fluorometry, and to obtain water samples for toxicity and water chemistry. Vessels used for this effort included the M/V Armstrong, M/V Grand Bay and the M/V Determination.

## Effectiveness Testing

The Dispersant Assessment Group (DAG) was established under the Houma Aerial Dispersant Group on May 1, 2010, to assess potential alternate dispersant products available in the U.S. with the purpose of recommending a product to supplement the Nalco dispersants (EC9500A and EC9527A) being applied.

## DAG Mission

The mission requirements for the DAG to date have focused on assessing a broad range of issues which relate to operational dispersant decisions for the dispersants currently being applied as well as other dispersants products that were being considered. The DAG addressed the technical relationships among: (1) dispersant applications on surface oil, (2) the fate and behavior of the untreated oil, and (3) the oil which has been injected with dispersants subsea.

---

[2] SMART (Special Monitoring of Applied Response Technologies). Tier I involves visual observations by trained personnel. Tier II is near real-time fluorometry measured at 1m and 10m depth, and may include the collection of water/oil samples of opportunity.

CONFIDENTIAL

## *DAG Activities:*

- Recommended establishment of sample tracking program for all response samples
- Recommended gathering samples to develop a characterization of this oil (fate and behavior and appearance)
- Recommended development of a fact sheet to facilitate common understanding of the oil on this incident (in a format similar to the NOAA Fact Sheet on #6 Oil)
- Developed and implemented an assessment program of candidate dispersant products on the National Product Schedule (NPS) to recommend the selection of another product to supplement the stockpile. This program involves review of NPS data, communication with manufacturers regarding production rates and applications rates and MSDS, laboratory testing, development of field test protocols (using a boat spray system), development of boat spray test plan and safety briefing, field testing using the boat spray system (May 6-17, 2010), SMART monitoring of field tests, data compilation and evaluation, development of draft report and preliminary recommendations
- Developed draft conceptual design of "Super SMART" team to obtain information on the effectiveness and water column concentrations associated with the unprecedented scale and extent of dispersant operations for the MC 252
- Reviewed/drafted information papers on dispersants for BP corporate
- Coordination with IH regarding potential health issues associated with dispersant use and testing
- Coordination with SMART teams on gearing up for field program for "Super SMART"
- Requested and received 3D modeling of possible plume from aerial dispersant operations
- Development of a summary of all dispersant monitoring and sampling programs to assess gaps
- Developed incident-specific operational plans for boat spray applications of dispersants
- Development of a comprehensive monitoring and sampling a plan for all aerial applications of dispersant; linkages to SMART team; Tier II and III plans for water samples for effectiveness testing and aquatic toxicity testing; including identification of appropriate laboratory analyses and identification of suitable laboratories
- Establishment of a Dispersant Science Support Committee to assure 360° consideration of dispersant issues affecting Houma operations
- Conducted overflight for members of Dispersant Science Support Committee
- Provided technical support to and coordinated with Robert Area Command and BP Houston regarding alternate dispersants under consideration
- Responses to EPA requests for information on dispersants, sampling plans, and dispersant MSDS
- Coordinated and developed draft reports for the operational review of the aerial application of dispersants
- Developed consensus recommendation for operational definition of wave height

- Developed test protocol for "surgical strike" applications of dispersants using boat spray and air tractors on smaller patches of oil and possibly emulsion, which are closer to shore and in lower sea states'
- Technical support for risk communications
- Technical support for JIC fact sheets on dispersants
- Technical support on dispersants at the community expos

## Safety

Safety protocols and air monitoring data show that current operational procedures are effectively managing human health risks of exposure to dispersant spray. Safety is integrated into all aspects of this response organization and is rigorously integrated into all aspects of the aerial dispersant operations.

### Aerial Dispersant Safety

Safety procedures and training for pilots, dispersant load crews, on-water workers, and dispersant application monitoring teams have been developed and refined multiple times during the incident. Safety briefings, including discussion of dispersant Material Safety Data Sheets (MSDSs), and required use of personal protective equipment (PPE) are a requirement for and tailored to every dispersant application operation. The safety briefing includes each pilot's checklists for daily operations.

### *Air Base Operational Safety*

Beginning May 13, 2010, the airbase operations have been inspected by various safety organizations more than 20 times. The visiting safety organizations include:

- Mississippi DEQ
- OSHA Health
- OSHA Safety
- Hancock County Safety (MISS)
- USCG Health & Safety
- BP Health & Safety
- CTEH Health & Safety (BP Contractor)

The focus of these inspections have included:

- Site visits / Inspections
- Responding to complaints by neighbors
- Spot visits
- To conduct Air Monitoring
- Initial Health Assessments / Safety Inspections
- Medical Needs Checkup
- Operational tempo and inventory logistics

BP-HZN-2179MDL04588742

Monitoring by NIOSH, OSHA and USCG primarily included the loading of dispersants and the aerial and boat spraying of dispersants. All monitoring showed either no exposure or exposure well below threshold levels that do not represent a concern for human health.

In all cases, there were no issues identified from these inspections and no additional actions were required.

## Responder & Public Safety

Prior to commencing aerial dispersant spraying spotter aircraft conduct surveillance of the potential application area to ensure there are no vessels or platforms within 2 nm of the expected spray application. If there is any doubt about the distances, no spraying is conducted. The spotter aircraft equipment with marine VHF will try to radio the vessels that are in the area to inform them of spray operations about to take place and ask them to move to a safe area. Again if the vessels do not relocate, spray operations in that area are terminated.

To ensure the safety of responders and other offshore operators from exposure to aerial sprayed dispersants, 2 nm safety setbacks from vessels and platforms were established. These setbacks were considerably more than the 0.5 nm worst case (30 mph crosswind) drift of aerial spraying predicted by the AGDISP Computer model. Since aircraft fly into the wind when spraying, the spray, even in windy conditions, falls directly behind the plane on the targeted oil slick.

To assess the potential drift of dispersants when applied by aircraft at 75 feet off the surface of the water at application speeds of 150 knots, a U.S. Air Force Reserve entomologist used the AGDISP computer model to predict dispersant trajectory and deposition. The AGDISP model was developed as a cooperative agreement with EPA, USDA, US Forest Service and industry through the Spray Drift Task Force. The results of the deposition analysis showed that the dispersants landed directly behind the aircraft in a swath width of 150 feet. The maximum spread of the finest particles were within a 500 foot swath width. The spray setbacks from vessels and platforms of 2 nm are more than adequate to prevent any exposure to dispersant spray.

**This Page Intentionally Left Blank.**

CONFIDENTIAL

# Attachment 1:
# Region VI Pre-authorization Checklist & FOSC Pre-authorization Checklist

The attached file is provided as a record of the pre-authorization checklists completed by the FOSC for this incident.

Attachment 1

BP-HZN-2179MDL04588745

REQUIRED FORMS

## Dispersant Pre-Approval Initial Call Checklist
Boxes denote essential information

### CALLER

Time of Initial Call:  Date: __4/21/10__   Time: ___ CT
                        Month  Day  Year          (24 hour clock)

Name of Caller:            Donna Gyles
   Telephone #:            281-782-8339
Name of Alternate Contact:  Carlos Moreno
   Telephone #:            281-995-1170
Company Name:              BP
   Address:
        Street:   200 Westlake Park Blvd
        City:     Houston
        State:    TX                 Zip Code: 77079

### SPILL

Initial Time of Spill: Date: __04/20/2010__   Time: 2200 CT
                            Month  Day  Year               (24 hour clock)

Location of Spill:  LAT: 28° 44.54'   N    LON: 88° 19.16'   W

Block Name:  MC          Block Number: 252
Type of Release:  [Instantaneous (☐) or Continuous Flow (☒)]
Oil:      Name: Louisiana Sweet Crude
          API: 35°       Pour Point: < -15  °C ☐ or °F ☒

Amount Spilled:  see below   [GAL ☒ or BBLS ☐ (42 Gal/BBL)]

Flow Rate if Continuous Flow (Estimate): 162,000 bbls/day (Worst case discharge)

### ON-SCENE WEATHER (Note: If not available contact SSC for Weather)

Wind Direction From (Degrees):  WNW   Wind Speed: 5-10   Knots
Surface Current (Direction toward, Degrees):    55
       (Speed): 0.5 knots                                        Knots
Visibility:            5              Nautical Miles
Ceiling: unlimited, becoming cloudy in evening      Feet
Sea State (Wave height):        1 ft in morning, in afternoon 2-3  Feet

### DISPERSANT SPRAY OPERATION

Dispersant Spray Contractor
   Name: MSRC   Contact: Theo Camlin
   Address:
        Street:  100 Herbert Harvey Lane
        City:    Buras
        State:   LA                    Zip Code: 70041
        Telephone: (713) 309-5758
Dispersant:  Name: Corexit 9527   (need between 18950 gal minimum, 4427 16 gals maximum) of corexit 9527. For this use
        Quantity Available:   C130 – 3250 gal and King Air 400 gal capacity
DC3 and BT67 – 2000 gal capacity;      27,000 gal available at Stennis
Platform:  Aircraft Type:  MSRC - C130 and King Air
ASI - DC 3 and BT 67 ASI
        Multi-Engine (X) or Single-Engine (☐)
Boat Type:      M/V Gulf Princess (dedicated vessel for first strike team)
Other:
        Dispersant Load Capability (Gal):    0 (observer only/logistics for first strike team)
Time to First Drop on the oil (Hours):   37 mins from Stennis

5
RRT-6 APPROVED JANUARY 10, 1995
Version 2.0 May 1, 1996
Version 3.0 January 19, 2000
Version 4.0, January 24, 2001

CONFIDENTIAL                          BP-HZN-2179MDL04588746

CALCULATION FOR WORST CASE DISCHARGE (Slick length 4.7 nm, width 2.1nm)

|  | 1 sqaure mi = |  |  |
|--|--|--|--|
|  | 640 acres |  |  |
| 3-7 gals dispersant are required per acre |  |  |  |
|  | spill area | 9.87 square miles |  |
|  | spill acre | 6316.8 acres |  |
|  |  |  |  |
| 3-7 gals | dispersant | 18950.4 gal | 44217.6 gal max |
|  |  | 31584 gal (@ 5 gal/acre) |  |

|  | Gals load | Number trips | Volume Dispersant from Air |
|--|--|--|--|
| King Air | 400 | 8 | 3200 |
| C-130 | 3250 | 8 | 26000 |
| Total | 3650 |  | 29200 — total from 8 trips king Air + C-130 |

9 trips needed

## FOSC DISPERSANT USE CHECKLIST

(Items on the far left of this checklist are keyed to letter and numbers on the top of the boxes in the FOSC Dispersant Use Flowchart and apply to offshore pre-approval only   INFORMATION AVAILABLE IN THE DISPERSANT PRE-APPROVAL INITIAL CALL CHECKLIST, AND THE TABLE ON THE OTHER SHEET ARE NECESSARY TO COMPLETE THIS CHECKLIST.)

OIL SPILLED

    A.  FOSC completes and evaluates DISPERSANT PRE-APPROVAL INITIAL CALL CHECKLIST.

    B.  Ask spiller if dispersant spray operation is on alert pending completion of pre-approval use evaluation by the FOSC.

**[1] DEPLOY SMART**

    A.  Immediately Deploy USCG Strike Team SMART Team to the spill site if dispersant use is likely. Every attempt should be made to implement the on-water monitoring component of the SMART monitoring protocols in every dispersant application.  At a minimum, Tier 1 (visual) monitoring must occur during any dispersant operations approved in accordance with this Dispersant Pre-approval Guidelines and Checklist

    B.  Immediately notify DOI/DOC survey specialist contact identified in Appendix A if dispersant use is likely.

    C.  Deploy mechanical and/or in-situ burn operations, weather allowing.

**[2] PRE-APPROVED DISPERSANT OPERATIONS ACTIVATION EVALUATION**

    1.  Do you expect the use of dispersants in this case to provide an environmental benefit? The NOAA SSC should be contacted for trajectory and environmental fate analysis.

| | | |
|---|---|---|
| YES | (X) | GO TO SECTION 2 BELOW |
| NO | ( ) | GO TO SECTION 11 BELOW |

    2.  Plot the position of the spill on the appropriate nautical chart, draw a circle about the spill source with a 10 nautical mile radius as a worst-case scenario for surface movement. Hash mark any area within the circle that is in waters less than 10 meters deep or 3 nautical miles from shore. What is left is considered the dispersant operational area.
Is the dispersant operational area to be in offshore water that is no less than 10 meters deep and at least 3 nautical miles from the nearest shoreline?

| | | |
|---|---|---|
| YES | (X) | GO TO SECTION 3 BELOW |
| NO | ( ) | GO TO SECTION 9 BELOW |

    3.  Was a contractual relationship with a dispersant spray contractor established prior to the spill?

| | | |
|---|---|---|
| YES | (X) | GO TO SECTION 4 BELOW |
| NO | ( ) | GO TO SECTION 9 BELOW |

    4.  Dispersant Platform
Considering the amount of oil spilled, the location of the operational area, volume of available dispersants to be used, and the timeframe in which the required equipment can be on-scene, what is the most effective application platform?  More than one platform type may be considered.

| | |
|---|---|
| If Aerial | GO TO SECTION 5 BELOW |
| If Boat | GO TO SECTION 6 BELOW |
| If Other | GO TO SECTION 7 BELOW |

CONFIDENTIAL

BP-HZN-2179MDL04588748

5.   Aerial Application Operational Conditions
   [A]  If on-scene weather was available from the spiller on initial telephone contact use that
        information to complete this section and assume for planning purposes that it will remain the
        same during the timeframe in which this decision is operating.  At the earliest opportunity,
        contact the SSC for detailed weather, but do not delay this decision process for the SSC
        weather input (Note: All dispersant operations are carried out during daylight hours only).
           Winds less than or equal to 25 knots, and
           Visibility greater than or equal to 3 nautical miles, and
           Ceiling greater than or equal to 1,000 feet?

| YES | (X) | GO TO SECTION 8 BELOW |
| NO | ( ) | GO TO [B] IN THIS SECTION BELOW |

   [B]  Notify the spiller's representative that the dispersant use decision has been delayed until the
        weather improves, and that the Dispersant Spray Operation is to be placed on a standby
        status.

| GO TO SECTION [C] IN THIS SECTION BELOW |

   [C]  Consult with RRT 6 members.  Contact the USCG Co-chair at USCG District 8, EPA, DOI,
        DOC, and Louisiana and/or Texas RRT representatives to notify them that dispersants are
        being considered, but delayed due to weather.  When the weather is beginning to improve:

| BEGIN AGAIN IN SECTION 2 ABOVE |

6.   Boat Application Operational Conditions
   [A]  If on-scene weather was available from the spiller on initial telephone contact use that
        information to complete this section and assume for planning purposes that it will remain the
        same during the timeframe in which this decision is operating.  At the earliest opportunity,
        contact the SSC for detailed weather, but do not delay this decision process for the SSC
        weather input (Note: All dispersant operations are carried out during daylight hours only).
           Wave height such that the boats to be used for the dispersant application can conduct an
           effective and safe spray operation?

| YES | (X) | GO TO SECTION 8 BELOW |
| NO | ( ) | GO TO [B] IN THIS SECTION BELOW |

   [B]  Notify the spiller's representative that the dispersant use decision has been delayed until the
        sea state improves, and that the Dispersant Spray Operation is to be placed on a standby
        status.

| GO TO SECTION [C] IN THIS SECTION BELOW |

   [C]  Consult with RRT 6 members.  Contact the USCG Co-chair at USCG District 8, EPA, DOI,
        DOC, and Louisiana and/or Texas RRT representatives to notify them that dispersants are
        being considered, but delayed due to sea state.  When the sea state is beginning to improve:

| BEGIN AGAIN IN SECTION 2 ABOVE |

RRT-6 APPROVED JANUARY 10, 1995
Version 2.0 May 1, 1996
Version 3.0 January 19, 2000
FOSC_dispersant_012042001_approved.doc   Version 4.0, January 24, 2001

CONFIDENTIAL

BP-HZN-2179MDL04588749

7.  Immediately consult with the Scientific Support Coordinator (SSC) to evaluate potential
    alternatives to the Aircraft and Boat Platforms.

    [A]  After a briefing on the spill response situation from the FOSC, does the SSC recommend
         aerial application of Dispersants?

    | YES | ( ) | GO TO SECTION 5 ABOVE |
    |-----|-----|------------------------|
    | NO  | ( ) | GO TO [B] IN THIS SECTION BELOW |

    [B]  After a briefing on the spill response situation from the FOSC, does the SSC recommend
         boat application of Dispersants?

    | YES | ( ) | GO TO SECTION 6 ABOVE |
    |-----|-----|------------------------|
    | NO  | ( ) | GO TO [C] IN THIS SECTION BELOW |

    [C]  After a briefing on the spill response situation from the FOSC, does the SSC recommend an
         alternative platform?

    | YES | ( ) | DEVELOP A PLAN AND GO TO SECTION 8 BELOW |
    |-----|-----|------------------------|
    | NO  | ( ) | GO TO SECTION 11 BELOW |

8.  Is the dispersant to be used listed on the NCP Product Schedule and considered appropriate for
    existing environmental and physical conditions?

    | YES | (X) | GO TO SECTION 10 |
    |-----|-----|------------------|
    | NO  | ( ) | GO TO SECTION 9  |

9.  **GO NO FURTHER IN THIS FOSC DISPERSANT USE CHECKLIST.** The request for dispersant
    use does not qualify under the guidelines for pre-approval use of dispersants in Region 6.
    Contact your SSC and begin the dispersant use approval process as specified in the RRT 6
    Regional Contingency Plan Subpart H Authorization (Authorization for Use of Dispersants in Non-
    Life Threatening Situations)

10. Dispersability
    Refer to the Dispersant Pre-Approval Initial Call Checklist
    Does the available technical information suggest that dispersion is likely given the spilled oil,
    anticipated oil weathering, and selected dispersant?  Use the <u>FOSC Dispersant Use Oil Table</u>
    and any technical sources such as the SSC to make this assessment.

    | YES | (X) | GO TO 12 BELOW |
    |-----|-----|----------------|
    | NO  | ( ) | GO TO 11 BELOW |

11. **GO NO FURTHER IN THIS FOSC DISPERSANT USE CHECKLIST.** In this case dispersant use
    is either inappropriate for this response or will probably not be considered to be effective relative
    to the effort required.
    Concentrate your efforts on Mechanical and/or in-situ burn operations
    Note: You may want to consider dispersant pre-approval use at a later time if the field situation
    changes (i.e., becomes a continuous spill or has a new instantaneous release.) In such an event,
    make sure the Initial Call Checklist has been updated and return to the start of this checklist (OIL
    SPILLED ON PAGE 6.)

CONFIDENTIAL          BP-HZN-2179MDL04588750

12. INITIATE APPLICATION OF DISPERSANTS WITHIN THESE RRT GUIDELINES.

- Water depth ≥ 10 meters and no less than 3 nautical miles from nearest shoreline.
- The SMART controller/observer should be over the spray site before the start of the operation. If possible, a DOI/DOC-approved marine mammal/turtle and pelagic/migratory birds survey specialist will accompany the SMART observer, but the operation will not be delayed for that individual (see Appendix A for contact information).
  Note: The purpose of SMART monitoring is to confirm best professional advice related to the potential success of dispersant use. Given the uncertainty involved relating to physical and environmental condition, oil weathering, and dispersant and oil interaction, we must rely on positive feedback from the monitors to continue dispersant application.
- Personal protective equipment for personnel on-site will conform to the appropriate dispersant's MSDS.
- If dispersant platform is an aircraft, spray aircraft will maintain a minimum 1000-foot horizontal separation from rafting flocks of birds. Caution will be taken to avoid spraying over marine mammals and marine turtles.
- If dispersant platform is a boat:
  - If the system involves spray arms or booms that extend out over the edge of the boat and have fan type nozzles that spray a fixed pattern of dispersant, the following ASTM standards apply:
    - **ASTM F 1413-92** Standard Guide for Oil Spill Dispersant Application Equipment: Boom and Nozzle Systems.
    - **ASTM F 1460-93** Standard Practice for Calibrating Oil Spill Dispersant Application Equipment Boom and Nozzle Systems.
    - **ASTM F 1737-96** Standard Guide for Use of Oil Spill Dispersant Application Equipment During Spill Response: Boom and Nozzle Systems.
  - If the system involves the use of a fire monitor and or fire nozzle to apply the dispersants, a straight and narrow "firestream" flow of dispersant directly into the oil is to be avoided. At this time (May 2000) there are no applicable ASTM standards for these types of systems.
- If an alternative dispersant platform is used, the Operation Plan should include dispersant application guidelines.

- The FOSC is to notify the RRT as soon as practicable after the approval is given to the RP.

GO TO SECTION 13 BELOW

13. The RRT (EPA, DOI, DOC, and the State of Louisiana and/or the State of Texas) must be kept informed on the status of the dispersant application throughout the operation. Provided the dispersant application is successful and operational results are positive, no RRT approval will be required for additional sorties and passes.

GO TO SECTION 14 BELOW

14. At the completion of the dispersant operation, send the following to the RRT representatives:
    1. This completed Checklist
    2. The Dispersant Pre-Approval Initial Call Checklist
    3. A one page summary of the operation to date
    4. Other information as necessary

Provide the RRT post-application information/results within 24 hours of the dispersant application. Formal convening of the RRT, however, is not necessary

Follow-up operation by insuring that flight logs and SMART team logs are secured should RRT members request additional documentation.

CONFIDENTIAL

BP-HZN-2179MDL04588751



BP-HZN-2179MDL04588752



CONFIDENTIAL

# Attachment 2:
# MSDS's

**MSDS for Corexit EC9500A**

**MSDS for Corexit EC 9527A**

Attachment 2

CONFIDENTIAL

BP-HZN-2179MDL04588754


# NALCO

**SAFETY DATA SHEET**

| PRODUCT |
| --- |
| **COREXIT® EC9500A** |

| EMERGENCY TELEPHONE NUMBER(S) |
| --- |
| (800) 424-9300 (24 Hours)    CHEMTREC |

---

| 1. | CHEMICAL PRODUCT AND COMPANY IDENTIFICATION |
| --- | --- |

PRODUCT NAME :                             **COREXIT® EC9500A**

APPLICATION :                               OIL SPILL DISPERSANT

COMPANY IDENTIFICATION :          Nalco Company
1601 W. Diehl Road
Naperville, Illinois
60563-1198

EMERGENCY TELEPHONE NUMBER(S) :    (800) 424-9300 (24 Hours)    CHEMTREC

NFPA 704M/HMIS RATING
HEALTH :    1 / 1    FLAMMABILITY :   1 / 1    INSTABILITY :    0 / 0    OTHER :
0 = Insignificant   1 = Slight   2 = Moderate   3 = High   4 = Extreme   * = Chronic Health Hazard

---

| 2. | COMPOSITION/INFORMATION ON INGREDIENTS |
| --- | --- |

Our hazard evaluation has identified the following chemical substance(s) as hazardous.  Consult Section 15 for the nature of the hazard(s).

| Hazardous Substance(s) | CAS NO | % (w/w) |
| --- | --- | --- |
| Distillates, petroleum, hydrotreated light | 64742-47-8 | 10.0 - 30.0 |
| Propylene Glycol | 57-55-6 | 1.0 - 5.0 |
| Organic sulfonic acid salt | Proprietary | 10.0 - 30.0 |

| 3. | HAZARDS IDENTIFICATION |
| --- | --- |

**\*\*EMERGENCY OVERVIEW\*\***

**CAUTION**
May cause irritation with prolonged contact.
Keep away from heat.  Keep away from sources of ignition - No smoking.  Keep container tightly closed.  Do not get in eyes, on skin, on clothing.  Do not take internally.  Avoid breathing vapor.  Use with adequate ventilation.  In case of contact with eyes, rinse immediately with plenty of water and seek medical advice.  After contact with skin, wash immediately with plenty of soap and water.
Wear suitable protective clothing.
Low Fire Hazard; liquids may burn upon heating to temperatures at or above the flash point.  May evolve oxides of carbon (COx) under fire conditions.  May evolve oxides of sulfur (SOx) under fire conditions.

PRIMARY ROUTES OF EXPOSURE :
Eye, Skin

---

CONFIDENTIAL

BP-HZN-2179MDL04588755


NALCO

**SAFETY DATA SHEET**

| PRODUCT |
| --- |
| **COREXIT® EC9500A** |

| EMERGENCY TELEPHONE NUMBER(S) |
| --- |
| (800) 424-9300 (24 Hours)    CHEMTREC |

## HUMAN HEALTH HAZARDS - ACUTE :

**EYE CONTACT :**
Can cause mild irritation.

**SKIN CONTACT :**
May cause irritation with prolonged contact.

**INGESTION :**
Not a likely route of exposure. May cause nausea and vomiting. Can cause chemical pneumonia if aspirated into lungs following ingestion.

**INHALATION :**
Repeated or prolonged exposure may irritate the respiratory tract.

**SYMPTOMS OF EXPOSURE :**
Acute :
A review of available data does not identify any symptoms from exposure not previously mentioned.
Chronic :
Frequent or prolonged contact with product may defat and dry the skin, leading to discomfort and dermatitis.

**AGGRAVATION OF EXISTING CONDITIONS :**
Skin contact may aggravate an existing dermatitis condition.

| 4. | FIRST AID MEASURES |
| --- | --- |

**EYE CONTACT :**
Flush affected area with water. Get medical attention.

**SKIN CONTACT :**
Flush affected area with water. If symptoms develop, seek medical advice.

**INGESTION :**
Do not induce vomiting: contains petroleum distillates and/or aromatic solvents. If conscious, washout mouth and give water to drink. Get medical attention.

**INHALATION :**
Remove to fresh air, treat symptomatically. Get medical attention.

**NOTE TO PHYSICIAN :**
Based on the individual reactions of the patient, the physician's judgement should be used to control symptoms and clinical condition.

| 5. | FIRE FIGHTING MEASURES |
| --- | --- |

**FLASH POINT :**                    181.4 °F / 83 °C ( PMCC )

This product does not sustain combustion per the method outlined in 49 CFR Appendix H.

CONFIDENTIAL

BP-HZN-2179MDL04588756



**SAFETY DATA SHEET**

PRODUCT

**COREXIT® EC9500A**

EMERGENCY TELEPHONE NUMBER(S)
(800) 424-9300 (24 Hours)    CHEMTREC

LOWER EXPLOSION LIMIT :          Not flammable

UPPER EXPLOSION LIMIT :          Not flammable

EXTINGUISHING MEDIA :
Alcohol foam, Carbon dioxide, Foam, Dry powder, Other extinguishing agent suitable for Class B fires, For large fires, use water spray or fog, thoroughly drenching the burning material.
Water mist may be used to cool closed containers.

UNSUITABLE EXTINGUISHING MEDIA :
Do not use water unless flooding amounts are available.

FIRE AND EXPLOSION HAZARD :
Low Fire Hazard; liquids may burn upon heating to temperatures at or above the flash point. May evolve oxides of carbon (COx) under fire conditions. May evolve oxides of sulfur (SOx) under fire conditions.

SPECIAL PROTECTIVE EQUIPMENT FOR FIRE FIGHTING :
In case of fire, wear a full face positive-pressure self contained breathing apparatus and protective suit.

| 6. | **ACCIDENTAL RELEASE MEASURES** |
|----|----|

PERSONAL PRECAUTIONS :
Restrict access to area as appropriate until clean-up operations are complete. Stop or reduce any leaks if it is safe to do so. Ventilate spill area if possible. Do not touch spilled material. Remove sources of ignition. Have emergency equipment (for fires, spills, leaks, etc.) readily available. Use personal protective equipment recommended in Section 8 (Exposure Controls/Personal Protection). Notify appropriate government, occupational health and safety and environmental authorities.

METHODS FOR CLEANING UP :
SMALL SPILLS: Soak up spill with absorbent material. Place residues in a suitable, covered, properly labeled container. Wash affected area. LARGE SPILLS: Contain liquid using absorbent material, by digging trenches or by diking. Reclaim into recovery or salvage drums or tank truck for proper disposal. Clean contaminated surfaces with water or aqueous cleaning agents. Contact an approved waste hauler for disposal of contaminated recovered material. Dispose of material in compliance with regulations indicated in Section 13 (Disposal Considerations).

ENVIRONMENTAL PRECAUTIONS :
Do not contaminate surface water.

| 7. | **HANDLING AND STORAGE** |
|----|----|

HANDLING :
Use with adequate ventilation. Keep the containers closed when not in use. Do not take internally. Do not get in eyes, on skin, on clothing. Have emergency equipment (for fires, spills, leaks, etc.) readily available.

STORAGE CONDITIONS :
Store away from heat and sources of ignition. Store separately from oxidizers. Store the containers tightly closed.

---

CONFIDENTIAL                                    BP-HZN-2179MDL04588757



**SAFETY DATA SHEET**

PRODUCT

**COREXIT® EC9500A**

EMERGENCY TELEPHONE NUMBER(S)
(800) 424-9300 (24 Hours)    CHEMTREC

SUITABLE CONSTRUCTION MATERIAL :
Stainless Steel 304, Stainless Steel 316L, Aluminum, Hastelloy C-276, MDPE (medium density polyethylene), HDPE (high density polyethylene), PVC, Plexiglass, Perfluoroelastomer, PTFE, TFE, FEP (encapsulated)

UNSUITABLE CONSTRUCTION MATERIAL :
Mild steel, Carbon steel, Buna-N, Brass, Copper, Natural rubber, Polyethylene, Polypropylene, Ethylene propylene, EPDM, Neoprene, Nitrile, Polyurethane, Fluoroelastomer, Chlorosulfonated polyethylene rubber, Polytetrafluoroethylene/polypropylene copolymer

| 8. | EXPOSURE CONTROLS/PERSONAL PROTECTION |
|---|---|

OCCUPATIONAL EXPOSURE LIMITS :
Exposure guidelines have not been established for this product.  Available exposure limits for the substance(s) are shown below.

| Substance(s) | Category: | ppm | mg/m3 | Non-Standard Unit |
|---|---|---|---|---|
| Propylene Glycol  (Aerosol.) | WEEL/TWA | | 10 | |
| Hydrotreated Light Distillate as total hydrocarbons (Vapour.) | MANUFACT/TWA | 165 | 1,200 | |

ENGINEERING MEASURES :
General ventilation is recommended.

RESPIRATORY PROTECTION :
Where concentrations in air may exceed the limits given in this section, the use of a half face filter mask or air supplied breathing apparatus is recommended.  A suitable filter material depends on the amount and type of chemicals being handled.  Consider the use of filter type:  Multi-contaminant cartridge. with a Particulate pre-filter. In event of emergency or planned entry into unknown concentrations a positive pressure, full-facepiece SCBA should be used.  If respiratory protection is required, institute a complete respiratory protection program including selection, fit testing, training, maintenance and inspection.

HAND PROTECTION :
Nitrile gloves  PVC gloves

SKIN PROTECTION :
Wear standard protective clothing.

EYE PROTECTION :
Wear chemical splash goggles.

HYGIENE RECOMMENDATIONS :
Keep an eye wash fountain available.  Keep a safety shower available.  If clothing is contaminated, remove clothing and thoroughly wash the affected area.  Launder contaminated clothing before reuse.

CONFIDENTIAL                                         BP-HZN-2179MDL04588758



**SAFETY DATA SHEET**

| PRODUCT |
|---|
| **COREXIT® EC9500A** |

| EMERGENCY TELEPHONE NUMBER(S) |
|---|
| (800) 424-9300 (24 Hours)    CHEMTREC |

HUMAN EXPOSURE CHARACTERIZATION :
Based on our recommended product application and personal protective equipment, the potential human exposure
is: Low

| 9. | PHYSICAL AND CHEMICAL PROPERTIES |
|---|---|

PHYSICAL STATE        Liquid

APPEARANCE            Clear Hazy Amber

ODOR                 Hydrocarbon

SPECIFIC GRAVITY      0.95 @ 60 °F / 15.6 °C
DENSITY              7.91 lb/gal
SOLUBILITY IN WATER   Miscible
pH (100 %)           6.2
VISCOSITY            177 cst @ 32 °F / 0 °C 70 cst @ 60 °F / 15.6 °C
POUR POINT           < -71 °F / < -57 °C
BOILING POINT        296 °F / 147 °C
VAPOR PRESSURE       15.5 mm Hg  @ 100 °F / 37.8 °C

Note: These physical properties are typical values for this product and are subject to change.

| 10. | STABILITY AND REACTIVITY |
|---|---|

STABILITY :
Stable under normal conditions.

HAZARDOUS POLYMERIZATION :
Hazardous polymerization will not occur.

CONDITIONS TO AVOID :
Heat and sources of ignition including static discharges.

MATERIALS TO AVOID :
Contact with strong oxidizers (e.g. chlorine, peroxides, chromates, nitric acid, perchlorate, concentrated oxygen,
permanganate) may generate heat, fires, explosions and/or toxic vapors.

HAZARDOUS DECOMPOSITION PRODUCTS :
Under fire conditions:         Oxides of carbon, Oxides of sulfur

| 11. | TOXICOLOGICAL INFORMATION |
|---|---|

SENSITIZATION:
This product is not expected to be a sensitizer.

CONFIDENTIAL                                                        BP-HZN-2179MDL04588759

 **NALCO**

| SAFETY DATA SHEET |
|---|
| PRODUCT |
| **COREXIT® EC9500A** |

**EMERGENCY TELEPHONE NUMBER(S)**
**(800) 424-9300 (24 Hours)    CHEMTREC**

CARCINOGENICITY:
None of the substances in this product are listed as carcinogens by the International Agency for Research on Cancer (IARC), the National Toxicology Program (NTP), or the American Conference of Governmental Industrial Hygienists (ACGIH).

HUMAN HAZARD CHARACTERIZATION:
Based on our hazard characterization, the potential human hazard is: Low

**TOXICOLOGICAL INFORMATION RELATED TO COMPONENTS OF THE PRODUCT:**

No mammalian toxicity studies have been conducted on the product. The following information is related to the mammalian toxicity for the six components in the product. This information comes from the third party sources cited. Although our analysis shows the product to be a mere blend of its components, the toxicity of the product may be different than the toxicity of the components. This information is supplemental and voluntarily supplied.

ACUTE ORAL TOXICITY FOR THE COMPONENTS:

| Component: | Polyol ester |
|---|---|
| Species: | Rat |
| LD50: | > 16,000 mg/kg |
| Remarks: | This data was sourced from the supplier MSDS. |

| Component: | Distillates, petroleum, hydrotreated light |
|---|---|
| Species: | Rat |
| LD50: | > 5,000 mg/kg |
| Remarks: | This data was sourced from an IUCLID Dataset searched on 6/2/2010. |

| Component: | Glycol Ether |
|---|---|
| Species: | Rat |
| LD50: | 4,000 mg/kg |
| Remarks: | This data was sourced from an IUCLID Dataset searched on 6/2/2010. |

| Component: | Glycol Ether |
|---|---|
| Species: | Mouse |
| LD50: | 2,160 mg/kg |
| Remarks: | This data was sourced from an IUCLID Dataset searched on 6/2/2010. |

| Component: | Oxyalkylated Fatty Acid Derivative |
|---|---|
| Species: | Rat |
| LD50: | > 38,000 mg/kg |
| Remarks: | This data was sourced from the supplier MSDS. |

| Component: | Oxyalkylate Polymer |
|---|---|
| Species: | Rat |
| LD50: | > 36,400 mg/kg |
| Remarks: | This data was sourced from the supplier MSDS. |

CONFIDENTIAL   BP-HZN-2179MDL04588760



**SAFETY DATA SHEET**

| PRODUCT |
| --- |
| **COREXIT® EC9500A** |

**EMERGENCY TELEPHONE NUMBER(S)**
(800) 424-9300 (24 Hours)    CHEMTREC

| | |
| --- | --- |
| Component: | Organic Sulfonic Acid Salt |
| Species: | Rat |
| LD50: | 4,620 mg/kg |
| Remarks: | This data was sourced from an IUCLID Dataset searched on 6/2/2010. |

**ACUTE DERMAL TOXICITY FOR THE COMPONENTS:**

| | |
| --- | --- |
| Component: | Distillates, petroleum, hydrotreated light |
| Species: | Rabbit |
| LD50: | > 3,160 mg/kg |
| Remarks: | This data was sourced from an IUCLID Dataset searched on 6/2/2010. |

| | |
| --- | --- |
| Component: | Glycol Ether |
| Species: | Rat |
| LD50: | > 2,000 mg/kg |
| Remarks: | This data was sourced from an IUCLID Dataset searched on 6/2/2010. |

| | |
| --- | --- |
| Component: | Organic Sulfonic Acid Salt |
| Species: | Rabbit |
| LD50: | 10,000 mg/kg |
| Remarks: | This data was sourced from an IUCLID Dataset searched on 6/2/2010. |

**ACUTE INHALATION TOXICITY FOR THE COMPONENTS:**

| | |
| --- | --- |
| Component: | Distillates, petroleum, hydrotreated light |
| Species: | Rat |
| LD50: | > 290 mg/l (4 hrs) |
| Remarks: | This data was sourced from an IUCLID Dataset searched on 6/2/2010. |

| | |
| --- | --- |
| Component: | Glycol Ether |
| Species: | Rat |
| LD50: | 42.1 mg/l (4 hrs) |
| Remarks: | This data was sourced from an IUCLID Dataset searched on 6/2/2010. |

| | |
| --- | --- |
| Component: | Organic Sulfonic Acid Salt |
| Species: | Rat |
| LD50: | 20 mg/l (96 hrs) |
| Remarks: | This data was sourced from an IUCLID Dataset searched on 6/2/2010. |

| 12. | **ECOLOGICAL INFORMATION** |
| --- | --- |

ECOTOXICOLOGICAL EFFECTS :

The following results are for the product, unless otherwise indicated.

CONFIDENTIAL
BP-HZN-2179MDL04588761



**SAFETY DATA SHEET**

| PRODUCT |
| --- |
| **COREXIT® EC9500A** |

**EMERGENCY TELEPHONE NUMBER(S)**
**(800) 424-9300 (24 Hours)     CHEMTREC**

ACUTE FISH RESULTS :

| Species | Exposure | LC50 | Test Descriptor |
| --- | --- | --- | --- |
| Inland Silverside | 96 hrs | 25.2 mg/l | Product |
| Common Mummichog | 96 hrs | 140 mg/l | Product |
| Turbot | 96 hrs | 75 mg/l | Product |

ACUTE INVERTEBRATE RESULTS :

| Species | Exposure | LC50 | EC50 | Test Descriptor |
| --- | --- | --- | --- | --- |
| Artemia | 48 hrs | 20.7 mg/l | | Product |
| Mysid Shrimp (Mysidopsis bahia) | 48 hrs | 32.23 mg/l | | Product |
| Acartia tonsa | 48 hrs | 2 mg/l | | Product |

MOBILITY :
The environmental fate was estimated using a level III fugacity model embedded in the EPI (estimation program interface) Suite TM, provided by the US EPA. The model assumes a steady state condition between the total input and output. The level III model does not require equilibrium between the defined media. The information provided is intended to give the user a general estimate of the environmental fate of this product under the defined conditions of the models.
If released into the environment this material is expected to distribute to the air, water and soil/sediment in the approximate respective percentages;

| Air | Water | Soil/Sediment |
| --- | --- | --- |
| <5% | 10 - 30% | 50 - 70% |

The portion in water is expected to be soluble or dispersible.

BIOACCUMULATION POTENTIAL
Based on a review of the individual components, utilizing U.S. EPA models, this material is not expected to bioaccumulate.

ENVIRONMENTAL HAZARD AND EXPOSURE CHARACTERIZATION
Based on our hazard characterization, the potential environmental hazard is:  Moderate
Based on our recommended product application and the product's characteristics, the potential environmental exposure is:  Low

If released into the environment, see CERCLA/SUPERFUND in Section 15.

| 13. | **DISPOSAL CONSIDERATIONS** |
| --- | --- |

If this product becomes a waste, it is not a hazardous waste as defined by the Resource Conservation and Recovery Act (RCRA) 40 CFR 261, since it does not have the characteristics of Subpart C, nor is it listed under Subpart D.

As a non-hazardous waste, it is not subject to federal regulation. Consult state or local regulation for any additional handling, treatment or disposal requirements.  For disposal, contact a properly licensed waste treatment, storage, disposal or recycling facility.

CONFIDENTIAL

BP-HZN-2179MDL04588762


**NALCO**

**SAFETY DATA SHEET**

PRODUCT

**COREXIT® EC9500A**

EMERGENCY TELEPHONE NUMBER(S)
(800) 424-9300 (24 Hours)    CHEMTREC

---

| 14. | TRANSPORT INFORMATION |

The information in this section is for reference only and should not take the place of a shipping paper (bill of lading) specific to an order.  Please note that the proper Shipping Name / Hazard Class may vary by packaging, properties, and mode of transportation.  Typical Proper Shipping Names for this product are as follows.

LAND TRANSPORT :

  Proper Shipping Name :    PRODUCT IS NOT REGULATED DURING
                     TRANSPORTATION

AIR TRANSPORT (ICAO/IATA) :

  Proper Shipping Name :    PRODUCT IS NOT REGULATED DURING
                     TRANSPORTATION

MARINE TRANSPORT (IMDG/IMO) :

  Proper Shipping Name :    PRODUCT IS NOT REGULATED DURING
                     TRANSPORTATION

---

| 15. | REGULATORY INFORMATION |

This section contains additional information that may have relevance to regulatory compliance.  The information in this section is for reference only.  It is not exhaustive, and should not be relied upon to take the place of an individualized compliance or hazard assessment.   Nalco accepts no liability for the use of this information.

NATIONAL REGULATIONS, USA :

OSHA HAZARD COMMUNICATION RULE, 29 CFR 1910.1200 :
Based on our hazard evaluation, the following substance(s) in this product is/are hazardous and the reason(s) is/are shown below.

Distillates, petroleum, hydrotreated light :  Irritant
Propylene Glycol :  Exposure Limit
Organic sulfonic acid salt :  Irritant

CERCLA/SUPERFUND, 40 CFR 302 :
Notification of spills of this product is not required.

SARA/SUPERFUND AMENDMENTS AND REAUTHORIZATION ACT OF 1986 (TITLE III) - SECTIONS 302, 311, 312, AND 313 :

SECTION 302 - EXTREMELY HAZARDOUS SUBSTANCES (40 CFR 355) :
This product does not contain substances listed in Appendix A and B as an Extremely Hazardous Substance.

---

CONFIDENTIAL
BP-HZN-2179MDL04588763



**SAFETY DATA SHEET**

PRODUCT

**COREXIT® EC9500A**

EMERGENCY TELEPHONE NUMBER(S)
(800) 424-9300 (24 Hours)     CHEMTREC

SECTIONS 311 AND 312 - MATERIAL SAFETY DATA SHEET REQUIREMENTS (40 CFR 370) :
Our hazard evaluation has found this product to be hazardous.  The product should be reported under the following indicated EPA hazard categories:

| | |
|---|---|
| X | Immediate (Acute) Health Hazard |
| - | Delayed (Chronic) Health Hazard |
| - | Fire Hazard |
| - | Sudden Release of Pressure Hazard |
| - | Reactive Hazard |

Under SARA 311 and 312, the EPA has established threshold quantities for the reporting of hazardous chemicals. The current thresholds are: 500 pounds or the threshold planning quantity (TPQ), whichever is lower, for extremely hazardous substances and 10,000 pounds for all other hazardous chemicals.

SECTION 313 - LIST OF TOXIC CHEMICALS (40 CFR 372) :
This product does not contain substances on the List of Toxic Chemicals.

TOXIC SUBSTANCES CONTROL ACT (TSCA) :
The substances in this preparation are included on or exempted from the TSCA 8(b)  Inventory (40 CFR 710)

FEDERAL WATER POLLUTION CONTROL ACT, CLEAN WATER ACT, 40 CFR 401.15 / formerly Sec. 307, 40 CFR 116.4 / formerly Sec. 311 :
Substances listed under this regulation are not intentionally added or expected to be present in this product. Listed components may be present at trace levels.

CLEAN AIR ACT, Sec. 112 (Hazardous Air Pollutants, as amended by 40 CFR 63), Sec. 602 (40 CFR 82, Class I and II Ozone Depleting Substances) :
Components listed under this regulation may be present at trace levels.

CALIFORNIA PROPOSITION 65 :
Substances listed under California Proposition 65 are not intentionally added or expected to be present in this product.

MICHIGAN CRITICAL MATERIALS :
Substances listed under this regulation are not intentionally added or expected to be present in this product. Listed components may be present at trace levels.

STATE RIGHT TO KNOW LAWS :
The following substances are disclosed for compliance with State Right to Know Laws:

Propylene Glycol                            57-55-6

INTERNATIONAL CHEMICAL CONTROL LAWS :

CONFIDENTIAL                                         BP-HZN-2179MDL04588764



### SAFETY DATA SHEET

**PRODUCT**

**COREXIT® EC9500A**

**EMERGENCY TELEPHONE NUMBER(S)**
**(800) 424-9300 (24 Hours)    CHEMTREC**

**CANADIAN ENVIRONMENTAL PROTECTION ACT (CEPA):**
The substance(s) in this preparation are included in or exempted from the Domestic Substance List (DSL).

**AUSTRALIA**
All substances in this product comply with the National Industrial Chemicals Notification & Assessment Scheme (NICNAS).

**CHINA**
All substances in this product comply with the Provisions on the Environmental Administration of New Chemical Substances and are listed on the Inventory of Existing Chemical Substances China (IECSC).

**EUROPE**
The substances in this preparation have been reviewed for compliance with the EINECS or ELINCS inventories.

**JAPAN**
All substances in this product comply with the Law Regulating the Manufacture and Importation Of Chemical Substances and are listed on the Existing and New Chemical Substances list (ENCS).

**KOREA**
All substances in this product comply with the Toxic Chemical Control Law (TCCL) and are listed on the Existing Chemicals List (ECL)

**PHILIPPINES**
All substances in this product comply with the Republic Act 6969 (RA 6969) and are listed on the Philippines Inventory of Chemicals & Chemical Substances (PICCS).

---

## 16.    OTHER INFORMATION

Due to our commitment to Product Stewardship, we have evaluated the human and environmental hazards and exposures of this product. Based on our recommended use of this product, we have characterized the product's general risk. This information should provide assistance for your own risk management practices. We have evaluated our product's risk as follows:

* The human risk is: Low

* The environmental risk is: Low

Any use inconsistent with our recommendations may affect the risk characterization. Our sales representative will assist you to determine if your product application is consistent with our recommendations. Together we can implement an appropriate risk management process.

This product material safety data sheet provides health and safety information. The product is to be used in applications consistent with our product literature. Individuals handling this product should be informed of the recommended safety precautions and should have access to this information. For any other uses, exposures should be evaluated so that appropriate handling practices and training programs can be established to insure safe workplace operations. Please consult your local sales representative for any further information.

### REFERENCES

CONFIDENTIAL

BP-HZN-2179MDL04588765

 **NALCO**

### SAFETY DATA SHEET

PRODUCT

**COREXIT® EC9500A**

**EMERGENCY TELEPHONE NUMBER(S)**
(800) 424-9300 (24 Hours)   CHEMTREC

Threshold Limit Values for Chemical Substances and Physical Agents and Biological Exposure Indices, American Conference of Governmental Industrial Hygienists, OH., (Ariel Insight™ CD-ROM Version), Ariel Research Corp., Bethesda, MD.

Hazardous Substances Data Bank, National Library of Medicine, Bethesda, Maryland (TOMES CPS™ CD-ROM Version), Micromedex, Inc., Englewood, CO.

IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Man, Geneva:  World Health Organization, International Agency for Research on Cancer.

Integrated Risk Information System, U.S. Environmental Protection Agency, Washington, D.C. (TOMES CPS™ CD-ROM Version),
Micromedex, Inc., Englewood, CO.

Annual Report on Carcinogens, National Toxicology Program, U.S. Department of Health and Human Services, Public Health Service.

Title 29 Code of Federal Regulations, Part 1910, Subpart Z, Toxic and Hazardous Substances, Occupational Safety and Health Administration (OSHA), (Ariel Insight™ CD-ROM Version), Ariel Research Corp., Bethesda, MD.

Registry of Toxic Effects of Chemical Substances, National Institute for Occupational Safety and Health, Cincinnati, OH,
(TOMES CPS™ CD-ROM Version), Micromedex, Inc., Englewood, CO.

Ariel Insight™ (An integrated guide to industrial chemicals covered under major regulatory and advisory programs), North American Module, Western European Module, Chemical Inventories Module and the Generics Module (Ariel Insight™ CD-ROM Version), Ariel Research Corp., Bethesda, MD.

The Teratogen Information System, University of Washington, Seattle, WA (TOMES CPS™ CD-ROM Version), Micromedex, Inc., Englewood, CO.

Prepared By :  Product Safety Department
Date issued :  06/10/2010
Version Number :  3.0

**Nalco Company** 1601 W. Diehl Road • Naperville, Illinois 60563-1198 • (630)305-1000
For additional copies of an MSDS visit www.nalco.com and request access

CONFIDENTIAL

BP-HZN-2179MDL04588766

 **NALCO**

**MATERIAL SAFETY DATA SHEET**

PRODUCT

**COREXIT® EC9527A**

EMERGENCY TELEPHONE NUMBER(S)
(800) 424-9300 (24 Hours)   CHEMTREC

---

| 1. | CHEMICAL PRODUCT AND COMPANY IDENTIFICATION |
|----|---------------------------------------------|

PRODUCT NAME :                    **COREXIT® EC9527A**

APPLICATION :                     OIL SPILL DISPERSANT

COMPANY IDENTIFICATION :          Nalco Energy Services, L.P.
                                  P.O. Box 87
                                  Sugar Land, Texas
                                  77487-0087

EMERGENCY TELEPHONE NUMBER(S):    (800) 424-9300 (24 Hours)   CHEMTREC

NFPA 704M/HMIS RATING
HEALTH :   2 / 2     FLAMMABILITY :   2 / 2     INSTABILITY :   0 / 0     OTHER :
0 = Insignificant   1 = Slight   2 = Moderate   3 = High   4 = Extreme

---

| 2. | COMPOSITION/INFORMATION ON INGREDIENTS |
|----|----------------------------------------|

Our hazard evaluation has identified the following chemical substance(s) as hazardous. Consult Section 15 for the nature of the hazard(s).

| Hazardous Substance(s) | CAS NO | % (w/w) |
|------------------------|--------|---------|
| 2-Butoxyethanol | 111-76-2 | 30.0 - 60.0 |
| Organic sulfonic acid salt | Proprietary | 10.0 - 30.0 |
| Propylene Glycol | 57-55-6 | 1.0 - 5.0 |

---

| 3. | HAZARDS IDENTIFICATION |
|----|------------------------|

**\*\*EMERGENCY OVERVIEW\*\***

**WARNING**
Eye and skin irritant.  Repeated or excessive exposure to butoxyethanol may cause injury to red blood cells (hemolysis), kidney or the liver.  Combustible.
Do not get in eyes, on skin, on clothing.  Do not take internally.  Use with adequate ventilation.  Wear suitable protective clothing.  Keep container tightly closed.  Flush affected area with water.  Keep away from heat.  Keep away from sources of ignition - No smoking.
May evolve oxides of carbon (COx) under fire conditions.

PRIMARY ROUTES OF EXPOSURE :
Eye, Skin

HUMAN HEALTH HAZARDS - ACUTE :

EYE CONTACT :
Can cause mild to moderate irritation.

---

Nalco Energy Services, L.P. P.O. Box 87 • Sugar Land, Texas 77487-0087
(281)263-7000
1 / 10

CONFIDENTIAL

BP-HZN-2179MDL04588767



**MATERIAL SAFETY DATA SHEET**

| PRODUCT |
| --- |
| **COREXIT® EC9527A** |

**EMERGENCY TELEPHONE NUMBER(S)**

(800) 424-9300 (24 Hours)   CHEMTREC

SKIN CONTACT :
Can cause mild to moderate irritation.

INGESTION :
Not a likely route of exposure.  Large quantities may cause kidney and liver damage.

INHALATION :
Not a likely route of exposure.  Aerosols or product mist may irritate the upper respiratory tract.

SYMPTOMS OF EXPOSURE :
Acute :
Excessive exposure may cause central nervous system effects, nausea, vomiting, anesthetic or narcotic effects.
Chronic :
Repeated or excessive exposure to butoxyethanol may cause injury to red blood cells (hemolysis), kidney or the
liver.

AGGRAVATION OF EXISTING CONDITIONS :
Skin contact may aggravate an existing dermatitis condition.

| 4. | FIRST AID MEASURES |
| --- | --- |

EYE CONTACT :
Flush affected area with water.  If symptoms develop, seek medical advice.

SKIN CONTACT :
Flush affected area with water.  If symptoms develop, seek medical advice.

INGESTION :
Do not induce vomiting without medical advice.  If conscious, washout mouth and give water to drink.  If symptoms
develop, seek medical advice.

INHALATION :
Remove to fresh air, treat symptomatically.  If symptoms develop, seek medical advice.

NOTE TO PHYSICIAN :
Based on the individual reactions of the patient, the physician's judgement should be used to control symptoms and
clinical condition.

| 5. | FIRE FIGHTING MEASURES |
| --- | --- |

FLASH POINT :                               163 °F / 72.7 °C ( TCC )

EXTINGUISHING MEDIA :
This product would not be expected to burn unless all the water is boiled away.  The remaining organics may be
ignitable.  Use extinguishing media appropriate for surrounding fire.

FIRE AND EXPLOSION HAZARD :
May evolve oxides of carbon (COx) under fire conditions.

CONFIDENTIAL                                                      BP-HZN-2179MDL04588768



**MATERIAL SAFETY DATA SHEET**

| PRODUCT |
| --- |
| **COREXIT® EC9527A** |

**EMERGENCY TELEPHONE NUMBER(S)**
**(800) 424-9300 (24 Hours)    CHEMTREC**

---

SPECIAL PROTECTIVE EQUIPMENT FOR FIRE FIGHTING :
In case of fire, wear a full face positive-pressure self contained breathing apparatus and protective suit.

| 6. | **ACCIDENTAL RELEASE MEASURES** |
| --- | --- |

PERSONAL PRECAUTIONS :
Restrict access to area as appropriate until clean-up operations are complete.  Stop or reduce any leaks if it is safe
to do so.  Do not touch spilled material.  Ventilate spill area if possible.  Use personal protective equipment
recommended in Section 8 (Exposure Controls/Personal Protection).

METHODS FOR CLEANING UP :
SMALL SPILLS:  Soak up spill with absorbent material.  Place residues in a suitable, covered, properly labeled
container.  Wash affected area.  LARGE SPILLS:  Contain liquid using absorbent material, by digging trenches or by
diking.  Reclaim into recovery or salvage drums or tank truck for proper disposal.  Contact an approved waste hauler
for disposal of contaminated recovered material.  Dispose of material in compliance with regulations indicated in
Section 13 (Disposal Considerations).

ENVIRONMENTAL PRECAUTIONS :
Do not contaminate surface water.

| 7. | **HANDLING AND STORAGE** |
| --- | --- |

HANDLING :
Avoid eye and skin contact.  Do not take internally.  Ensure all containers are labelled.  Keep the containers closed
when not in use.

STORAGE CONDITIONS :
Store the containers tightly closed.

SUITABLE CONSTRUCTION MATERIAL :
PVC, Stainless Steel 316L, Hastelloy C-276, MDPE (medium density polyethylene), Nitrile, Plexiglass, Kalrez,
EPDM, TFE, Alfax, Teflon, HDPE (high density polyethylene), Neoprene, Aluminum, Polypropylene, Polyethylene,
Carbon Steel C1018, Stainless Steel 304, Compatibility with Plastic Materials can vary; we therefore recommend
that compatibility is tested prior to use.

UNSUITABLE CONSTRUCTION MATERIAL :
Copper, Mild steel, Brass, Nylon, Buna-N, Natural rubber, Polyurethane, Hypalon, Viton, Ethylene propylene

| 8. | **EXPOSURE CONTROLS/PERSONAL PROTECTION** |
| --- | --- |

OCCUPATIONAL EXPOSURE LIMITS :
Exposure guidelines have not been established for this product.  Available exposure limits for the substance(s) are
shown below.

ACGIH/TLV :
Substance(s)
  2-Butoxyethanol              TWA: 20 ppm , 97 mg/m3

---

CONFIDENTIAL                                                                    BP-HZN-2179MDL04588769


**NALCO**

**MATERIAL SAFETY DATA SHEET**

PRODUCT

**COREXIT® EC9527A**

EMERGENCY TELEPHONE NUMBER(S)
(800) 424-9300 (24 Hours)   CHEMTREC

Propylene Glycol
OSHA/PEL :
Substance(s)
2-Butoxyethanol         TWA: 25 ppm , 120 mg/m3  (Skin)

Propylene Glycol
AIHA/WEEL :
Substance(s)
For propylene glycol, an 8 hour TWA of 10 mg/m3 (aerosol) and 50 ppm (total).

ENGINEERING MEASURES :
General ventilation is recommended.

RESPIRATORY PROTECTION :
Where concentrations in air may exceed the limits given in this section, the use of a half face filter mask or air
supplied breathing apparatus is recommended.  A suitable filter material depends on the amount and type of
chemicals being handled.  Consider the use of filter type:  Multi-contaminant cartridge (Gold)  with a Particulate pre-
filter (Purple).  In event of emergency or planned entry into unknown concentrations a positive pressure, full-
facepiece SCBA should be used.  If respiratory protection is required, institute a complete respiratory protection
program including selection, fit testing, training, maintenance and inspection.

HAND PROTECTION :
Neoprene gloves, Nitrile gloves, Butyl gloves, PVC gloves

SKIN PROTECTION :
Wear standard protective clothing.

EYE PROTECTION :
Wear chemical splash goggles.

HYGIENE RECOMMENDATIONS :
Keep an eye wash fountain available.  Keep a safety shower available.  If clothing is contaminated, remove clothing
and thoroughly wash the affected area.  Launder contaminated clothing before reuse.

HUMAN EXPOSURE CHARACTERIZATION :
Based on our recommended product application and personal protective equipment, the potential human exposure
is:  Low

| 9. | PHYSICAL AND CHEMICAL PROPERTIES |
|---|---|

PHYSICAL STATE         Liquid

APPEARANCE            Clear  Amber

ODOR                 Mild

SPECIFIC GRAVITY       0.98 - 1.02
DENSITY              8.2 - 8.5 lb/gal

CONFIDENTIAL
BP-HZN-2179MDL04588770


# NALCO

**MATERIAL SAFETY DATA SHEET**

PRODUCT

**COREXIT® EC9527A**

EMERGENCY TELEPHONE NUMBER(S)
(800) 424-9300 (24 Hours)    CHEMTREC

| | |
|---|---|
| SOLUBILITY IN WATER | Complete |
| pH (100 %) | 6.1 |
| VISCOSITY | 160 cst @ 32 °F / 0 °C |
| POUR POINT | < -40 °F / < -40 °C |
| BOILING POINT | 340 °F / 171 °C |
| VAPOR PRESSURE | < 5 mm Hg @ 100 °F / 38 °C Same as water |
| EVAPORATION RATE | 0.1 |

Note: These physical properties are typical values for this product and are subject to change.

| 10. | STABILITY AND REACTIVITY |
|---|---|

STABILITY :
Stable under normal conditions.

HAZARDOUS POLYMERIZATION :
Hazardous polymerization will not occur.

CONDITIONS TO AVOID :
Freezing temperatures.

MATERIALS TO AVOID :
None known

HAZARDOUS DECOMPOSITION PRODUCTS :
Under fire conditions:          Oxides of carbon

| 11. | TOXICOLOGICAL INFORMATION |
|---|---|

No toxicity studies have been conducted on this product.

SENSITIZATION :
This product is not expected to be a sensitizer.

CARCINOGENICITY :
None of the substances in this product are listed as carcinogens by the International Agency for Research on Cancer (IARC), the National Toxicology Program (NTP) or the American Conference of Governmental Industrial Hygienists (ACGIH).

HUMAN HAZARD CHARACTERIZATION :
Based on our hazard characterization, the potential human hazard is:  High

| 12. | ECOLOGICAL INFORMATION |
|---|---|

ECOTOXICOLOGICAL EFFECTS :

No toxicity studies have been conducted on this product.

CONFIDENTIAL                                                      BP-HZN-2179MDL04588771



**MATERIAL SAFETY DATA SHEET**

| PRODUCT |
| --- |
| **COREXIT® EC9527A** |

**EMERGENCY TELEPHONE NUMBER(S)**
(800) 424-9300 (24 Hours)    CHEMTREC

ACUTE FISH RESULTS :

| Species | Exposure | LC50 | Test Descriptor |
| --- | --- | --- | --- |
| Turbot | 96 hrs | 50 mg/l | |

Rating :

MOBILITY :
The environmental fate was estimated using a level III fugacity model embedded in the EPI (estimation program interface) Suite TM , provided by the US EPA. The model assumes a steady state condition between the total input and output. The level III model does not require equilibrium between the defined media. The information provided is intended to give the user a general estimate of the environmental fate of this product under the defined conditions of the models. If released into the environment this material is expected to distribute to the air, water and soil/sediment in the approximate respective percentages;

| Air | Water | Soil/Sediment |
| --- | --- | --- |
| <5% | 10 - 30% | 70 - 90% |

The portion in water is expected to be soluble or dispersible.

BIOACCUMULATION POTENTIAL
Component substances have a low potential to bioconcentrate.

ENVIRONMENTAL HAZARD AND EXPOSURE CHARACTERIZATION
Based on our hazard characterization, the potential environmental hazard is:  Moderate
Based on our recommended product application and the product's characteristics, the potential environmental exposure is:  Low

If released into the environment, see CERCLA/SUPERFUND in Section 15.

| **13.** | **DISPOSAL CONSIDERATIONS** |
| --- | --- |

If this product becomes a waste, it is not a hazardous waste as defined by the Resource Conservation and Recovery Act (RCRA) 40 CFR 261, since it does not have the characteristics of Subpart C, nor is it listed under Subpart D.

As a non-hazardous waste, it is not subject to federal regulation. Consult state or local regulation for any additional handling, treatment or disposal requirements.  For disposal, contact a properly licensed waste treatment, storage, disposal or recycling facility.

| **14.** | **TRANSPORT INFORMATION** |
| --- | --- |

The information in this section is for reference only and should not take the place of a shipping paper (bill of lading) specific to an order.  Please note that the proper Shipping Name / Hazard Class may vary by packaging, properties, and mode of transportation.  Typical Proper Shipping Names for this product are as follows.

LAND TRANSPORT :

For Packages Less Than Or Equal To 119 Gallons:
Proper Shipping Name :          PRODUCT IS NOT REGULATED DURING
                                TRANSPORTATION

CONFIDENTIAL                                        BP-HZN-2179MDL04588772



**MATERIAL SAFETY DATA SHEET**

PRODUCT

**COREXIT® EC9527A**

EMERGENCY TELEPHONE NUMBER(S)
(800) 424-9300 (24 Hours)    CHEMTREC

For Packages Greater Than 119 Gallons:
    Proper Shipping Name :             COMBUSTIBLE LIQUID, N.O.S.
    Technical Name(s) :                2-BUTOXYETHANOL
    UN/ID No :                       NA 1993
    Hazard Class - Primary :         COMBUSTIBLE
    Packing Group :               III

    Flash Point :                  72.7 °C / 163 °F

AIR TRANSPORT (ICAO/IATA) :

    Proper Shipping Name :             PRODUCT IS NOT REGULATED DURING
                                              TRANSPORTATION

MARINE TRANSPORT (IMDG/IMO) :

    Proper Shipping Name :             PRODUCT IS NOT REGULATED DURING
                                              TRANSPORTATION

| **15.** | **REGULATORY INFORMATION** |
|---|---|

NATIONAL REGULATIONS, USA :

OSHA HAZARD COMMUNICATION RULE, 29 CFR 1910.1200 :
Based on our hazard evaluation, none of the substances in this product are hazardous.

CERCLA/SUPERFUND, 40 CFR 117, 302 :
Notification of spills of this product is not required.

SARA/SUPERFUND AMENDMENTS AND REAUTHORIZATION ACT OF 1986 (TITLE III) - SECTIONS 302, 311,
312, AND 313 :

SECTION 302 - EXTREMELY HAZARDOUS SUBSTANCES (40 CFR 355) :
This product does not contain substances listed in Appendix A and B as an Extremely Hazardous Substance.

SECTIONS 311 AND 312 - MATERIAL SAFETY DATA SHEET REQUIREMENTS (40 CFR 370) :
Our hazard evaluation has found this product to be hazardous.  The product should be reported under the following
indicated EPA hazard categories:

    X             Immediate (Acute) Health Hazard
    X             Delayed (Chronic) Health Hazard
    X             Fire Hazard
                   Sudden Release of Pressure Hazard
                   Reactive Hazard

CONFIDENTIAL



**MATERIAL SAFETY DATA SHEET**

PRODUCT

**COREXIT® EC9527A**

EMERGENCY TELEPHONE NUMBER(S)
(800) 424-9300 (24 Hours)    CHEMTREC

Under SARA 311 and 312, the EPA has established threshold quantities for the reporting of hazardous chemicals. The current thresholds are: 500 pounds or the threshold planning quantity (TPQ), whichever is lower, for extremely hazardous substances and 10,000 pounds for all other hazardous chemicals.

SECTION 313 - LIST OF TOXIC CHEMICALS (40 CFR 372) :
This product contains the following substance(s), (with CAS # and % range) which appear(s) on the List of Toxic Chemicals

| Hazardous Substance(s) | CAS NO | % (w/w) |
|---|---|---|
| Glycol Ethers | | 0.0 - 0.0 |

TOXIC SUBSTANCES CONTROL ACT (TSCA) :
The substances in this preparation are included on or exempted from the TSCA 8(b)  Inventory (40 CFR 710)

FEDERAL WATER POLLUTION CONTROL ACT, CLEAN WATER ACT, 40 CFR 401.15 / formerly Sec. 307, 40 CFR 116.4 / formerly Sec. 311 :
None of the substances are specifically listed in the regulation.

CLEAN AIR ACT, Sec. 111 (40 CFR 60, Volatile Organic Compounds), Sec. 112 (40 CFR 61, Hazardous Air Pollutants), Sec. 602 (40 CFR 82, Class I and II Ozone Depleting Substances) :
This product contains the following substances listed in the regulation:

| Substance(s) | Citations |
|---|---|
| • 2-Butoxyethanol<br>• Propylene Glycol | Sec. 111 |

CALIFORNIA PROPOSITION 65 :
This product does not contain substances which require warning under California Proposition 65.

MICHIGAN CRITICAL MATERIALS :
None of the substances are specifically listed in the regulation.

STATE RIGHT TO KNOW LAWS :
The following substances are disclosed for compliance with State Right to Know Laws:

| | |
|---|---|
| 2-Butoxyethanol | 111-76-2 |
| Propylene Glycol | 57-55-6 |

NATIONAL REGULATIONS, CANADA :

WORKPLACE HAZARDOUS MATERIALS INFORMATION SYSTEM (WHMIS) :
This product has been classified in accordance with the hazard criteria of the Controlled Products Regulations (CPR) and the MSDS contains all the information required by the CPR.

WHMIS CLASSIFICATION :
D2B - Materials Causing Other Toxic Effects - Toxic Material

CONFIDENTIAL



**MATERIAL SAFETY DATA SHEET**

| PRODUCT |
| --- |
| **COREXIT® EC9527A** |

**EMERGENCY TELEPHONE NUMBER(S)**
**(800) 424-9300 (24 Hours)    CHEMTREC**

CANADIAN ENVIRONMENTAL PROTECTION ACT (CEPA):
The substances in this preparation are listed on the Domestic Substances List (DSL), are exempt, or have been reported in accordance with the New Substances Notification Regulations.

| 16. | OTHER INFORMATION |
| --- | --- |

Due to our commitment to Product Stewardship, we have evaluated the human and environmental hazards and exposures of this product. Based on our recommended use of this product, we have characterized the product's general risk. This information should provide assistance for your own risk management practices. We have evaluated our product's risk as follows:

* The human risk is: Low

* The environmental risk is: Low

Any use inconsistent with our recommendations may affect the risk characterization. Our sales representative will assist you to determine if your product application is consistent with our recommendations. Together we can implement an appropriate risk management process.

This product material safety data sheet provides health and safety information. The product is to be used in applications consistent with our product literature. Individuals handling this product should be informed of the recommended safety precautions and should have access to this information. For any other uses, exposures should be evaluated so that appropriate handling practices and training programs can be established to insure safe workplace operations. Please consult your local sales representative for any further information.

## REFERENCES

Threshold Limit Values for Chemical Substances and Physical Agents and Biological Exposure Indices, American Conference of Governmental Industrial Hygienists, OH., (Ariel Insight# CD-ROM Version), Ariel Research Corp., Bethesda, MD.

Hazardous Substances Data Bank, National Library of Medicine, Bethesda, Maryland (TOMES CPS# CD-ROM Version), Micromedex, Inc., Englewood, CO.

IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Man, Geneva: World Health Organization, International Agency for Research on Cancer.

Integrated Risk Information System, U.S. Environmental Protection Agency, Washington, D.C. (TOMES CPS# CD-ROM Version), Micromedex, Inc., Englewood, CO.

Annual Report on Carcinogens, National Toxicology Program, U.S. Department of Health and Human Services, Public Health Service.

Title 29 Code of Federal Regulations, Part 1910, Subpart Z, Toxic and Hazardous Substances, Occupational Safety and Health Administration (OSHA), (Ariel Insight# CD-ROM Version), Ariel Research Corp., Bethesda, MD.

Registry of Toxic Effects of Chemical Substances, National Institute for Occupational Safety and Health, Cincinnati, OH, (TOMES CPS# CD-ROM Version), Micromedex, Inc., Englewood, CO.

CONFIDENTIAL                                                          BP-HZN-2179MDL04588775

 **NALCO**

**MATERIAL SAFETY DATA SHEET**

| PRODUCT |
| --- |
| **COREXIT® EC9527A** |

**EMERGENCY TELEPHONE NUMBER(S)**
(800) 424-9300 (24 Hours)    CHEMTREC

Ariel Insight# (An integrated guide to industrial chemicals covered under major regulatory and advisory programs), North American Module, Western European Module, Chemical Inventories Module and the Generics Module (Ariel Insight# CD-ROM Version), Ariel Research Corp., Bethesda, MD.

The Teratogen Information System, University of Washington, Seattle, WA (TOMES CPS# CD-ROM Version), Micromedex, Inc., Englewood, CO.

Prepared By : Product Safety Department
Date issued : 02/20/2004
Version Number : 1.6

CONFIDENTIAL                          BP-HZN-2179MDL04588776