# Exhibit W

**Confidential**

**Document filed under Seal**

From: Dupree, James H
Sent: Wed Jun 16 16:30:19 2010
To: Rainey, David I
Subject: FW: Dispersants
Importance: Normal

FYI

From: Richard.F.Brannon@uscg.mil [mailto:Richard.F.Brannon@uscg.mil]
Sent: Tuesday, June 15, 2010 5:34 AM
To: Dupree, James H
Subject: FW: Dispersants

From: Watson, James RADM
Sent: Mon 6/14/2010 10:10 PM
To: Brannon, Richard LCDR; Allen, Thad ADM
Cc: dupreejh@bp.com
Subject: RE: Dispersants

Admiral

I was not aware of this inquiry to the UAC regarding dispersants. I have been personally involved with daily dispersant application quantities and locations. EPA observes and consults, but certainly is not the final approving authority. That is my responsibility. EPA has never exercised final authority, but has co-signed the various directives for general application amounts and monitoring processes.

My approval process for aerial dispersant is very mature now because of the concerns everyone has regarding the unknown long term impact of adding over a million gallons into the GOM. We receive the next day's request following the last flight of the day for initial interagency eval, then I make a final decision based on the 0600 flight the day it will be applied.

Daily measures and evaluation includes the efficacy of dispersing the oil and the toxicity of the samples taken immediately after each application, which has been very low.

Dispersant application is an important tool in the toolbox, but should not be over-applied. My preferences are: 1. Containment of the flow. 2. Burning, 3. Subsea dispersant, 4. Mechanical surface skimming, 5. Surface dispersant, 6. Beach cleaning. At this point, given BP's response to my request to provide as much containment as possible, I am focusing on more surface skimmers because the first three preferred tools are maxed out. While we build up skimmer capacity, I will approve as much aerial dispersant as surface and oil conditions allow to mitigate beach impacts.

In a parallel effort, I am working with EPA reps in the UAC to revise the current DWH response directive for surface dispersant since it is out dated now due to the revised flow rates. The subsea directed has already been revised. Note, however, for both surface and subsea, there is flexibility for the FOSC to approve dispersant amounts beyond the directive to BP and I have used that flexibility for both surface and subsea.

The following gallons are the daily record of aerial dispersant applications:

|  | Authorized | Actual |
|---|---|---|
| 5/27/2010 | 229 | 200 |
| 5/28/2010 | 15000 | 10259 |

CONFIDENTIAL

BP-HZN-2179MDL04877295

| Date | | |
|---|---|---|
| 5/29/2010 | 19000 | 0 |
| 5/30/2010 | 19000 | 15131 |
| 5/31/2010 | 19000 | 11676 |
| 6/1/2010 | 0 | 0 |
| 6/2/2010 | 0 | 0 |
| 6/3/2010 | 2000 | 1900 |
| 6/4/2010 | 2200 | 0 |
| 6/5/2010 | 2200 | 125 |
| 6/6/2010 | 2000 | 0 |
| 6/7/2010 | 32000 | 3998 |
| 6/8/2010 | 32000 | 5505 |
| 6/9/2010 | 0 | 0 |
| 6/10/2010 | 21000 | 4506 |
| 6/11/2010 | 15300 | 14305 |
| 6/12/2010 | 7000 | 6996 |
| 6/13/2010 | 36000 | 35212 |
| 6/14/2010 | 17800 | |

V/R
Jim

-----Original Message-----
From: Brannon, Richard LCDR
Sent: Monday, June 14, 2010 4:59 PM
To: Watson, James RADM; Allen, Thad ADM
Cc: dupreejh@bp.com
Subject:

Admiral Allen,
During the conference call this morning with Secretary Salazar, he mentioned that during his flight over the Gulf yesterday, he noticed large areas of oil on the water and questioned us here in Houston about aerial dispersant usage. We advised him the request for aerial dispersants goes to Area Command for approval. He directed us (BP and CG) to contact Area Command and find out if there were any issues with the usage of aerial dispersants and then let you know our findings. James Dupree, Senior VP for Gulf of Mexico and I made a conference call to Area Command per Secretary Salazar's request. We were told EPA has final approval for the daily amount being used and Area Command has been requesting a daily usage rate of 35,000 gallons. Unified Command at Robert and ICP-Houston agree that aerial dispersant usage is needed on a continued basis. Secretary Salazar may have already or will be broaching this subject with you regarding the amounts being used and the approval process. My personal observation, listening to Secretary Salazar, is he feels there is not enough dispersants being used at this time. James Dupree will be sending a reply directly to Secretary Salazar regarding his directive.
v/r,
LCDR Rick Brannon

CONFIDENTIAL

BP-HZN-2179MDL04877296