# Exhibit D

**EXXON CHEMICAL COMPANY**



March 10, 1994

Mr. John Cunningham
Emergency Response Division (05210)
Office of Emergency and Remedial Response
U.S. Environmental Protection Agency
401 M Street SW
Washington, DC 20460



Dear Mr. Cunningham:

Enclosed is our submission for placing COREXIT 9500 on the NCP Product Schedule. We followed the procedures outlined in the National Contingency Plan, 40 CFR Part 300 Subpart J—Use of Dispersants and Other Chemicals.

As we have in earlier applications for other dispersants, we request that the formula information be kept proprietary and that it be handled as a trade secret under provisions of P.L. 90-23, the Administrative Procedure Act.

You will find that the surfactant package is very similar to that in other products we have on the NCP list (COREXIT 9527, COREXIT 9550 and COREXIT 9554) but we have taken advantage of the best of the solvent systems and come up with a product that is effective on a wider range of oils and requires less personal protective equipment during application making it more user friendly.

If you have any questions or need additional information, I can be reached at (713) 671-8636 or Faxed at (713) 671-8525.

Sincerely,

*Marjorie A. Walsh*

Marjorie A. Walsh
Chemist

Enclosure

8230 Stedman, Houston, Texas 77029-3999
A Division of Exxon Corporation

HIGHLY CONFIDENTIAL

NALCO_00009399

Submission of Data on Corexit 9500
According to Subpart J
of the
National Oil and Hazardous Substances Pollution Contingency Plan
40 CFR Part 300

I.      Name, Brand, or Trademark:

        Corexit 9500 Oil Spill Dispersant

II.     Addresses and Telephone Numbers of Manufacturer Contacts:

Headquarters                          Manufacturing Plant

Exxon Chemical Company                Exxon Chemical Company
13105 NW Freeway                      8230 Stedman Street
Houston, Texas 77040                  Houston, Texas 77029

Mr. Gary W. Spicer  713/460-6800      Mr. E. F. Stuart 713/671-8622

Technology Contact                    24 Hr. Emergency Number

Technology Division                   1-800-231-6633
Exxon Chemical Company                Ask for COREXIT
8230 Stedman Street
Houston, Texas 77029

Ms. Marjorie A. Walsh 713/671-8636

III.    Addresses and Telephone Numbers of Sales Office Contacts:

Exxon Chemical Company                Exxon Chemical Company
8230 Stedman Street                   225 W. Hillcrest Dr.
Houston, Texas 77029                  Thousand Oaks, CA 91360

Mr. David B. Acker 713/671-8517       Mr. Steve J. Wangerin 805/494-2120

Exxon Chemical Company                Exxon Chemical Company
770 Gause Blvd., Suite B              Calais Office Center II
Slidell, LA 70458                     3301 "C" Street - Suite 400
                                      Anchorage, Alaska 99503
Mr. Mike Morgan  504/645-2331
                                      Mr. James R. Calkins  907/564-3702

HIGHLY CONFIDENTIAL

IV.   Special Handling and Worker Precautions for Storage and Field Application:

    1.  Flammability

        IMO  nonflammable
        DOT  non hazardous

    2.  Ventilation

        Use with ventilation equal to unobstructed outdoors in moderate breeze.

    3.  Skin and eye contact; protective clothing; treatment in case of contact.

        For open systems where contact is likely, wear long sleeves, chemical resistant gloves, and chemical goggles.

        Avoid eye contact.  Avoid contact with skin and clothing.

        Eye Contact:  Immediately flush eyes with large amounts of water for at least 15 minutes.  Get prompt medical attention.

        Skin Contact:  Immediately flush with large amounts of water; use soap if available. Remove contaminated clothing, including shoes, after flushing has begun.  If irritation persists, seek medical attention.

    4.  Maximum and minimum storage temperatures; optimum storage temperature range; temperatures of phase separations and chemical changes.

        Optimum Storage Temperatures  40 to 100°F (4 to 38°C)
        Maximum Storage Temperatures  About 170°F (77°C)
        Minimum Storage Temperatures  About -30°F (-34°C)
        No phase separation or chemical change at any temperature range.

V.   Shelf Life

The shelf life of unopened drums of Corexit 9500 is unlimited.

VI.   Recommended Application Procedure

Corexit 9500 is a high performance, biodegradable oil spill dispersant concentrate that is effective on a wide range of oils including the heavier, more weathered oils and emulsified oils.  Corexit 9500 contains the same well proven surfactants present in Corexit 9527 and a new improved oleophilic solvent delivery system.

HIGHLY CONFIDENTIAL

NALCO_00009401

Corexit 9500's unique oleophilic nature enhances the penetration of the surfactants, which is particularly important for dispersion of heavy oils, including weathered, waxy and emulsified oils. Corexit 9500 has low marine toxicity based on the required USEPA test data. Based on laboratory effectiveness tests, physical properties and safe handling characteristics, Corexit 9500 is applicable in all regions of the world regardless of climate.

As with any dispersant, Corexit 9500 should be applied as soon as possible to the floating oil to ensure the highest degree of success. Early treatment with Corexit 9500, even at reduced treat rates, can also counter the "mousse" forming tendencies of the spilled oil. Thus with the enhanced penetration capability and emulsion fighting properties, the window of opportunity to successfully treat the spill is increased with Corexit 9500.

## Aerial Spraying

Aircraft provide the most rapid method of applying dispersants to an oil spill. For aerial spraying Corexit 9500 is applied undiluted. A typical treatment rate is two to ten U.S. gallons per acre or a DOR (dispersant to oil ratio) of 1:50 to 1:10. However, this can vary depending on the type of oil and degree of weathering, temperature and thickness of the oil slick. A variety of aircraft can be used for spraying. In the past typical application altitudes of 30 to 50 feet have been used. More recent tests have indicated that higher altitudes may still be effective under certain conditions. Actual effective altitudes will depend on application equipment and aircraft.

The spray nozzles used are most critical since droplet size must be controlled. Many nozzles used for agricultural spraying are of low capacity and procedure too fine a spray. Careful selection of nozzles to achieve desired dose levels and a proper droplet size is essential. A quarter inch open pipe may be all that is necessary if the aircraft travels at 120 mph (104 knots) or more, as the air shear at these speeds will be sufficient to break the dispersant into the proper sized droplets.

## Boat Spraying

Corexit 9500 may also be applied by workboats equipped with spray booms mounted ahead of the bow wake or as far forward as possible. The preferred and most effective method of application from a workboat is to use a low-volume, low-pressure pump so the chemical can be applied undiluted. Spray equipment designed to provide a diluted dispersant solution to the spray booms can also be used. As with most effective concentrates, dispersant concentrations in the 5 to 10% range are recommended to avoid significant fall-off in effectiveness. Corexit 9500 should be applied as droplets, not fogged or atomized. Natural wave or boat wake action usually provides adequate mixing energy to disperse the oil. Water from a fire hose can also be used for agitation of the treated slick.

HIGHLY CONFIDENTIAL

Recent tests have indicated that a slightly modified fire monitor may also be useful for applying dispersant concentrations such as Corexit 9500. A screen cap is used on the nozzle of the monitor to obtain a more uniform spray pattern with the proper sized droplets. Due to the volume output and the greater reach of the fire monitor, significantly more area can be covered in a shorter period of time than when using conventional spray booms.

### System Calibration

Spray systems should be calibrated at temperatures anticipated to insure successful application and dosage control. Application at sub-freezing temperatures may require larger nozzles, supply lines and orifices due to higher product viscosity. Refer to Exxon Chemical Company's Applications Guide for charts and aids in designing and calibrating application systems.

### Conditions for Use:

Corexit 9500 is useful on oil spills on fresh or salt waters, and at any water temperatures. It is effective on most oils, weathered spills, and chocolate mousse'. Although viscous oil may require higher dosage rates, any oil that will film or spread on the water surface usually can be dispersed.

VII.   Toxicity

| Materials Tested | Species | LC50 (ppm) | |
|---|---|---|---|
| Corexit 9500 | Fundulus heteroclitus | 96 hr. | 140 ppm |
| | Artemia salina | 48 hr. | 21 ppm |
| No. 2 Fuel Oil | Fundulus heteroclitus | 96 hr. | 1,539 ppm |
| | Artemia salina | 48 hr. | 64 ppm |
| Corexit 9500 and No. 2 Fuel Oil (1:10) | Fundulus heteroclitus | 96 hr. | 102 ppm |
| | Artemia salina | 48 hr. | 312 ppm |

HIGHLY CONFIDENTIAL

Effectiveness

Standard Effectiveness Test with No. 6 Fuel Oil

| Volume (ml) Corexit 9500 | Initial (10 min) Mean % Dispersion | Final (2 hrs) Mean % Dispersion |
|---|---|---|
| 3 | 39.64 | 18.91 |
| 10 | 65.97 | 40.59 |
| 25 | 60.24 | 42.97 |

Dosage causing 50% dispersion (initial) is approximately 5.75 ml.
Dosage causing 25% dispersion (final) is approximately 5.0 ml..

VIII.   Microbiological Analysis (Biological Additives)

Not Applicable.

IX.   Physical Properties of Corexit 9500

1.  Flash Point:      176°F (SETA Closed Cup; ASTM D3278)

2.  Pour Point:      -70°F (ASTM D97)

3.  Viscosity:      172 cSt at 32°F
                        55 cSt at 68°F
                        27 cSt at 100°F (ASTM D445)

4.  Specific Gravity:   0.949 at 60°F (ASTM D1963)

5.  pH:      6.4

HIGHLY CONFIDENTIAL

NALCO_00009404

Ms. Marjorie A. Walsh
Chemist
Energy Chemicals Technology
Exxon Chemical Company
Houston, Texas 77029

B.S. College of St. Teresa (Chemistry)

Ms. Walsh has been employed by Exxon since 1977 (17 years) in the Technology Department of
the Energy Chemicals Division.  She has worked in all areas of the physical testing laboratory,
was responsible for the aquatic testing facility, has worked in polymers and mud drilling.  The
majority of her experience has been in the oil spill dispersant area.  She is currently responsible for
the oil field areas of surfactants, foamers, antifoams, cleaners and dispersants.

Ms. Walsh worked closely on the Ixtoc I well blowout and the Exxon Valdez spill.  She has given
seminars and schools on oil spill products, advised other presenters, written presentations and
developed world wide contacts in this area.  Ms. Walsh has produced a short film on oil spill
dispersants.  She has helped write and edit the site chemical hygiene plan, product information
bulletins and developed a laboratory computer setup for chemical inventory.  She has been
involved in formulation and performance testing of new products.  She is a member of the
Technology Safety Committee.

Ms. Walsh holds a patent in the oil spill area and coauthored papers presented at Ocean '91 and
the 1993 International Oil Spill Conference.

Earlier experience included supervision of a bacteriological laboratory and management of a
quality control laboratory in the food industry.

HIGHLY CONFIDENTIAL

NALCO_00009405

Laboratories utilized in obtaining data for this submission:

1.    Exxon Chemical Company
      Technology Division
      8230 Stedman Street
      Houston, TX 77029

2.    United States Testing Co.
      Biological Services
      1415 Park Avenue
      Hoboken, NJ 07030

Professional biographical data for following persons responsible for tests are appended or attested to in the cover letter from Daniel Cooke of U. S. Testing Company, Inc.

      Marjorie A. Walsh
      Daniel Cooke
      Michael Conlin
      Dennis Profaca
      Rey Rolon
      Lisa Van Savage
      Tim Kroder

NALCO_00009406

COMPANY PROPRIETARY

This information is submitted as required by paragraph 2003.3-4.16 of Annex X (revised) of the National Oil and Hazardous Substances Pollution Contingency Plan. **THE INFORMATION IS PROPRIETARY**. We request that it be handled as a trade secret under provisions of P.L. 90-23, the Administrative Procedure Act.

6. Surface Active Agents                                     % By Weight

      Oxyalkylated sorbitan trioleate                   CONFIDENTIAL
      Oxyalkylated sorbitan monooleate
      Sorbitan/oleic acid ester
      Sodium dioctyl sulfosuccinate

7. Solvents

      Dipropylene glycol n butyl ether
      Isopar M

8. Additives

      None

9. Solubility (Surface Collecting Agents):

      Not applicable

COMPANY PROPRIETARY



X.    Analysis for Heavy Metals, Cyanides, and Chlorinated Hydrocarbons:

| Compounds | Concentration (mg/L) | Detection Limit (mg/L) |
|---|---|---|
| Arsenic | 0.16 | 0.07 |
| Cadmium | ND | 0.01 |
| Chromium | 0.03 | 0.01 |
| Copper | 0.10 | 0.01 |
| Lead | ND | 0.08 |
| Mercury | ND | 0.0002 |
| Nickel | ND | 0.05 |
| Zinc | ND | 0.05 |
| Cyanides | ND | 1.00 |
| Chlorinated Hydrocarbons | Below detectable limits according to USEPA, method 8270 | |

ND     = Not Detected
mg/L   = parts per million (ppm)

HIGHLY CONFIDENTIAL

 **United States Testing Company, Inc.**

*see INComing 3/23/94*

1415 Park Avenue
Hoboken, New Jersey 07030
Tel.: 201-792-2400
Fax: 201-656-0636

February 24, 1994

Marjorie Walsh
Exxon Chemical Company
Environmental Services/Technology
Oil Spill Chemicals
8230 Stedman Street
Houston, Texas  77029-3999

Dear Ms. Walsh:

Enclosed please find the results of oil dispersant effectiveness and toxicity testing performed versus Exxon product "COREXIT 9500".  The results indicate that this product is an effective dispersant.

I apologize for the delay in forwarding this information to you.  As we discussed, USTC had several problems with our usually reliable organism suppliers.  Each batch of bad fish we purchased cost us several weeks (since each bad batch required sterilizing the culture system and repeating the ten day lab quarantine period).  I hope the delays have not inconvenienced you.

All of the technicians involved in testing COREXIT 9500 had a minimum of a bachelor's degree and/or four year's experience with toxicity testing, and had performed oil dispersant testing on at least three occasions prior to the testing of COREXIT 9500.

If you have any questions, or if I can be of further service, do not hesitate to call me.

Sincerely,

Daniel Cooke
Mgr, Ecotoxicology

enclosure
ref. #066234

**SGS** Member of the SGS Group (Société Générale de Surveillance)

HIGHLY CONFIDENTIAL

NALCO_00009409

**United States Testing Company, Inc.**

## TABLE OF CONTENTS

I.   INTRODUCTION

    Table of Contents......................................................2
    Client................................................................3
    Testing Facility......................................................3
    Sample Description....................................................3
    Project Description...................................................3
    Summary of Results....................................................4

II.  DISPERSANT EFFECTIVENESS

    Effectiveness - 3 ml COREXIT 9500 + #6 Fuel Oil......................5
    Effectiveness - 10 ml COREXIT 9500 + #6 Fuel Oil.....................5
    Effectiveness - 25 ml COREXIT 9500 + #6 Fuel Oil.....................5

III. ARTEMIA SP. ACUTE TOXICITY

    Summary of Procedures..............................................6-7
    Toxicity Screen......................................................8
    Toxicity Results - COREXIT 9500......................................9
    Toxicity Results - COREXIT 9500 + #2 Fuel Oil.......................10
    Toxicity Results - #2 Fuel Oil......................................11
    Toxicity Results - Dodecyl Sodium Sulfate...........................12
    Physical/Chemical Measurements......................................13

IV.  FUNDULUS HETEROCLITUS ACUTE TOXICITY

    Summary of Procedures............................................14-15
    Toxicity Screen.....................................................16
    Toxicity Results - COREXIT 9500.....................................17
    Toxicity Results - COREXIT 9500 + #2 Fuel Oil.......................18
    Toxicity Results - #2 Fuel Oil......................................19
    Toxicity Results - Dodecyl Sodium Sulfate...........................20
    Physical/Chemical Measurements......................................21

V.   ANALYSTS

    Investigator Signatures.............................................22

VII. APPENDICES

    Chemical Analyses.........................................Appendix #1
    Oil Dispersant Effectiveness Calibration Curves...........Appendix #2
    Dispersion Graphs.........................................Appendix #3
    Data Analysis.............................................Appendix #4
    Toxicity Test Plan and Procedures.........................Appendix #5
    Revised Standard Dispersant Toxicity and Effectiveness....Appendix #6

HIGHLY CONFIDENTIAL

NALCO_00009410

**United States Testing Company, Inc.**

Report #066234
Exxon Chemical

SUMMARY OF RESULTS:  Exxon Chemicals product COREXIT 9500

Dispersant Effectiveness:

| Volume (ml) Dispersant | Initial (10 minute) Mean % Dispersion | Final (2 hour) Mean % Dispersion |
|---|---|---|
| 3 | 39.64 | 18.91 |
| 10 | 65.97 | 40.59 |
| 25 | 60.24 | 42.97 |

Dosage causing 50% dispersion (from "Initial Dispersion" graph) is approximately 5.75 ml of Exxon product COREXIT 9500.

Dosage causing 25% dispersion (from "Final Dispersion" graph) is approximately 5.0 ml of Exxon product COREXIT 9500.

Aquatic Toxicity: expressed as LC50:

| | Artemia | Fundulus |
|---|---|---|
| COREXIT 9500 | 21 ppm | 140 ppm |
| COREXIT 9500 + #2 Fuel Oil | 312 ppm | 102 ppm |
| #2 Fuel Oil | 64 ppm | 1,539 ppm |
| DSS | 4 ppm | 3 ppm |

Chemical Analyses:

Chemical analyses are attached.

HIGHLY CONFIDENTIAL

NALCO_00009411

**United States Testing Company, Inc.**

Report #066234
Exxon Chemical

SUMMARY OF PROCEDURES:  Acute Toxicity versus <u>Artemia</u> sp. (brine shrimp)
48 hour LC50.

| | |
|---|---|
| Reference | : US EPA National Contingency Plan, 40 CFR Part 300 Subpart H, Appendix C.  "Revised Standard Dispersant Effectiveness and Toxicity Tests"  1991. USTC Procedure PRO/EPA OIL TOX 121-1. |
| Sample ID, storage, and handling | : Exxon Chemicals product COREXIT 9500; stored at room temperature (21°C), in original, sealed container. |
| Test type | : Static non-renewal |
| Organism source | : USTC stock cultures (SFB Brand cysts) |
| Organism history | : Hatch:  2/14 - 15/94 |
| Organism age | : ≤ 24 hours |
| Temperature | : 22 ± 2°C |
| Illumination | : 16hr/8hr light/dark cycle, fluorescent 50 to 100 foot-candles (lab ambient) |
| Test vessels | : 250ml polyethylene beakers, covered |
| Exposure volume | : 100 ml |
| Diluent | : Artificial sea salts, 25ppt salinity |
| Replication | : Minimum 20 shrimp per replicate 5 replicates per treatment |
| Concentrations | : 5 (minimum) Dilution factor 0.5 |
| Aeration | : Solutions aerated to saturation by mixing prior to addition of organisms.  No aeration during test. |
| Solvent | : None required |
| Controls | : Diluent only |

6

HIGHLY CONFIDENTIAL

NALCO_00009412

**United States Testing Company, Inc.**

Report #066234
Exxon Chemical

Standard Dispersant Toxicity versus <u>Artemia</u> sp.

<u>Sample</u>:  COREXIT 9500

### <u>Screening Tests (12/7 - 9/93)</u>

The following mortality data is from initial range finding screens.
The screens were performed on a wide range of test product
concentrations; from this data, an approximate range of toxicity was
determined.  The range of toxicity determined in the screen was then
bracketed in the definitive assay, in order to determine the $LC_{50}$.

| | 48 hour Mortality vs. Concentration (ppm) | | | | | |
| | 10,000 | 1,000 | 100 | 10 | 1.0 | 0 |
|---|---|---|---|---|---|---|
| COREXIT 9500 | 20/20 | 20/20 | 20/20 | 0/20 | 0/20 | 0/20 |
| COREXIT 9500 + #2 Fuel Oil | 20/20 | 20/20 | 5/20 | 0/20 | 0/20 | 0/20 |

8

HIGHLY CONFIDENTIAL

NALCO_00009413

**United States Testing Company, Inc.**

Report #066234
Exxon Chemical

Standard Dispersant Toxicity versus Artemia sp

Sample: COREXIT 9500 - #2 Fuel Oil                    Test Dates: 2/15 - 17/94

| Conc. (ppm) | No Org. | Cumulative Mortality 24hr | Cumulative Mortality 48hr | % Mortality |
|---|---|---|---|---|
| 0 (ctrl) | 100 | 0 | 0 | 0 |
| 31.25 | 100 | 0 | 0 | 0 |
| 62.5 | 100 | 0 | 0 | 0 |
| 125 | 100 | 0 | 0 | 0 |
| 250 | 100 | 0 | 18 | 18 |
| 500 | 100 | 100 | 100 | 100 |

Data Summary:

   24hr LC50 = 353.6 ppm (95% C.L. not obtainable)
   48hr LC50 = 312.1 ppm (95% C.L. 295.9 - 329.2 ppm)

Statistical Method: Spearman-Karber Trim

Comments:

   COREXIT 9500, in the presence of USEPA #2 fuel oil, demonstrated 48
   hour acute toxicity to Artemia at an exposure level of 312 ppm (1:10
   sample to oil ratio).

   #2 Fuel Oil was toxic to Artemia at 64 ppm (see oil toxicity results).
   A solution of 312 ppm sample + oil contains approximately 281 ppm #2
   fuel oil.  This indicated a significant toxicity reduction.

   The control organisms appeared healthy, and were swimming normally.

10

HIGHLY CONFIDENTIAL                                                    NALCO_00009414

**United States Testing Company, Inc.**

Report #066234
Exxon Chemical

Standard Dispersant Toxicity versus <u>Artemia</u> sp

<u>Sample</u>: Dodecyl Sodium Sulfate                    <u>Test Dates</u>:  2/15 - 17/94

| Conc. (ppm) | No Org. | Cumulative Mortality 24hr | Cumulative Mortality 48hr | % Mortality |
|---|---|---|---|---|
| 0 (ctrl) | 100 | 0 | 0 | 0 |
| 0.625 | 100 | 0 | 0 | 0 |
| 1.25 | 100 | 0 | 0 | 0 |
| 2.5 | 100 | 0 | 0 | 0 |
| 5.0 | 100 | 42 | 69 | 69 |
| 10.0 | 100 | 100 | 100 | 100 |

<u>Data Summary</u>:

    24hr LC50 =  5.3 ppm (95% C.L.  4.9 - 5.7 ppm)
    48hr LC50 =  4.4 ppm (95% C.L.  4.1 - 4.7 ppm)

Statistical Method:  Spearman-Karber Trim

<u>Comments</u>:

    Dodecyl Sodium Sulfate demonstrated 48 hour acute toxicity to <u>Artemia</u>
    at 4.4 ppm.

    The control organisms appeared healthy, and were swimming normally.

12

HIGHLY CONFIDENTIAL                                                                    NALCO_00009415

**United States Testing Company, Inc.**

Report #066234
Exxon Chemical

Standard Dispersant Toxicity versus <u>Artemia</u> sp

<u>Sample</u>:  COREXIT 9500

| Conc (ppm) | Dissolved Oxygen | pH | conductivity | salinity | alkalinity |
|---|---|---|---|---|---|
| | Initial Physical / Chemical Data | | | | |
| 0 (ctrl) | 7.0 | 7.8 | 36,000 | 25 | 110 |

Notes:  Temperature was maintained at 22°C throughout the test.
D.O. as mg/L for mean between replicates, Conductivity as μmhos.
pH as standard units, Salinity as ppt.
Alkalinity as mg/L CaCO3.

<u>Comments</u>:

Initial chemical/physical parameter measurements were taken from the batch of artificial sea salt water used in testing.  Monitoring of test chambers is not possible when oil is present.  The oil clogs probes, and coats membranes, making readings suspect.

13

HIGHLY CONFIDENTIAL

NALCO_00009416



Exxon Chemical COREXIT 9500
Oil Dispersant Effectiveness

HIGHLY CONFIDENTIAL

NALCO_00009417

**United States Testing Company, Inc.**

Report #066234
Exxon Chemical

APPENDIX #3
DISPERSION GRAPHS

HIGHLY CONFIDENTIAL

NALCO_00009418

**United States Testing Company, Inc.**

Report #066234
Exxon Chemical

SUMMARY OF PROCEDURES:  Acute Toxicity versus <u>Fundulus heteroclitus</u>
(killi fish), 96 hour LC50.

| | |
|---|---|
| Reference | : US EPA National Contingency Plan, 40 CFR Part 300 Subpart H, Appendix C.  "Revised Standard Dispersant Effectiveness and Toxicity Tests"  1991. USTC Procedure PRO/EPA OIL TOX 121-1. |
| Sample ID, storage, and handling | : Exxon Chemicals product COREXIT 9500; stored at room temperature (21°C), in original, sealed container. |
| Test type | : Static non-renewal |
| Organism source | : Aquatic Research Organisms (Hampton, NH) |
| Organism history | : Field collected |
| Organism size | : ≤ 40mm, uniform size |
| Temperature | : 22 ± 2°C |
| Illumination | : 16hr/8hr light/dark cycle, fluorescent, 50 to 100 foot-candles (lab ambient) |
| Test vessels | : 4L polyethylene vessels, covered |
| Exposure volume | : 3000 ml |
| Diluent | : Artificial sea salts, 25ppt salinity |
| Replication | : Minimum 5 fish per replicate 2 replicates per treatment |
| Concentrations | : 5 (minimum) Dilution factor 0.5 |
| Aeration | : Oil free air will be supplied at 100 ± 10 bubbles per minute through a glass pipet |
| Solvent | : None required |
| Controls | : Diluent only |

HIGHLY CONFIDENTIAL

NALCO_00009419

**United States Testing Company, Inc.**

Report #066234
Exxon Chemical

SUMMARY OF PROCEDURES:  Acute Toxicity versus <u>Fundulus heteroclitus</u>
(killi fish), 96 hour LC50 continued

Controls : Diluent only

Feeding regime : None during test

Test duration : 96 hours

Responses : Mortality, behavior (lethargy, erratic swimming),
and physiology (discoloration), initially, and daily
thereafter.

Physical data : Temperature, dissolved oxygen, pH, conductivity;
initially and daily.

Chemical data : Initial alkalinity and hardness of diluent

Data analysis : Spearman - Karber Method or Probit analysis when
possible, otherwise, graphical interpolation.

Acceptability : >90% of control organisms must survive 48 hours.

Special comments: No chemical confirmation of nominal concentrations.

15

HIGHLY CONFIDENTIAL

NALCO_00009420

Report #: 066234

Client: Exxon Chemical
Chemical: COREXIT 9500
Organism: Fundulus heteroclitus

Concentration
ppm

24 hr LC50 = >200 ppm
48 hr LC50 = 140 ppm
72 hr LC50 = 140 ppm
96 hr LC50 = 140 ppm



$LC_{50}/EC_{50}$

% Mortality

Probability/Log Graph

HIGHLY CONFIDENTIAL

NALCO_00009421

BURLINGTON RESEARCH, INC.
TRIMMED SPEARMAN-KARBER METHOD FOR CALCULATION OF
EC50 AND LC50 VALUES IN BIOASSAYS

FOR REFERENCE, CITE
M.A. HAMILTON, R.C. RUSSO, AND R.V. THURSTON, 1977.
TRIMMED SPEARMAN-KARBER METHOD FOR ESTIMATING MEDIAN
LETHAL CONCENTRATIONS IN TOXICITY BIOASSAYS.
ENVIRON. SCI. TECHNOL. 11(7) 714-719
CORRECTION 12(4) 417 (1978).

DATE_____2/15 - 17/94
TEST #_____066234
CHEMICAL_____DSS
SPECIES_____Artemia sp
DURATION_____ 48 hours
RAW DATA
CONCENTRATION(ppm)      2.50     5.00    10.00
NUMBER EXPOSED          100      100     100
MORTALITIES              0       69      100
   SPEARMAN-KARBER TRIM                 0.00
   SPEARMAN-KARBER ESTIMATES    LC50        4.3830280
              95% LOWER CONFIDENCE            4.11
              95% UPPER CONFIDENCE            4.67
-----------------------------------------------------------------

DATE_____2/15 - 17/94
TEST #_____066234
CHEMICAL_____DSS
SPECIES_____Artemia sp
DURATION_____ 24 hours
RAW DATA
CONCENTRATION(ppm)      2.50     5.00    10.00
NUMBER EXPOSED          100      100     100
MORTALITIES              0       42      100
   SPEARMAN-KARBER TRIM                 0.00
   SPEARMAN-KARBER ESTIMATES    LC50        5.2850895
              95% LOWER CONFIDENCE            4.94
            ·  95% UPPER CONFIDENCE            5.66
-----------------------------------------------------------------

HIGHLY CONFIDENTIAL

NALCO_00009422

BURLINGTON RESEARCH   INC.
TRIMMED SPEARMAN-KARBER METHOD FOR CALCULATION OF
EC50 AND LC50 VALUES IN BIOASSAYS

FOR REFERENCE, CITE
M.A. HAMILTON, R.C. RUSSO, AND R.V. THURSTON, 1977.
TRIMMED SPEARMAN-KARBER METHOD FOR ESTIMATING MEDIAN
LETHAL CONCENTRATIONS IN TOXICITY BIOASSAYS.
ENVIRON. SCI. TECHNOL. 11(7) 714-719
CORRECTION 12(4) 417  (1978).

```
DATE_____2/15 - 17/94
TEST #_____066234
CHEMICAL_____USEPA #2 Fuel Oil
SPECIES_____Artemia sp
DURATION_____        48 hours
RAW DATA
CONCENTRATION(ppm)    25.00    50.00   100.00
NUMBER EXPOSED         100      100     100
MORTALITIES             0       14      100
  SPEARMAN-KARBER TRIM                 0.00
  SPEARMAN-KARBER ESTIMATES    LC50       64.1712723
            95% LOWER CONFIDENCE            61.16
            95% UPPER CONFIDENCE            67.33
```

-----------------------------------------------------------------------

```
DATE_____2/15 - 17/94
TEST #_____066234
CHEMICAL_____USEPA #2 Fuel Oil
SPECIES_____Artemia sp
DURATION_____        24 hours
RAW DATA
CONCENTRATION(ppm)    25.00    50.00   100.00
NUMBER EXPOSED         100      100     100
MORTALITIES             0        6      100
  SPEARMAN-KARBER TRIM                 0.00
  SPEARMAN-KARBER ESTIMATES    LC50       67.8301926
            95% LOWER CONFIDENCE            65.63
            95% UPPER CONFIDENCE            70.10
```

-----------------------------------------------------------------------

HIGHLY CONFIDENTIAL

NALCO_00009423

BURLINGTON RESEARCH, INC.
TRIMMED SPEARMAN-KARBER METHOD FOR CALCULATION OF
EC50 AND LC50 VALUES IN BIOASSAYS

FOR REFERENCE, CITE
M.A. HAMILTON, R.C. RUSSO, AND R.V. THURSTON, 1977.
TRIMMED SPEARMAN-KARBER METHOD FOR ESTIMATING MEDIAN
LETHAL CONCENTRATIONS IN TOXICITY BIOASSAYS.
ENVIRON. SCI. TECHNOL. 11(7) 714-719
CORRECTION 12(4) 417  (1978).

DATE_____2/15 - 17/94
TEST #_____066234
CHEMICAL_____COREXIT 9500 + #2 Fuel Oil
SPECIES_____Artemia sp
DURATION_____ 48 hours
RAW DATA
CONCENTRATION(ppm)   125.00   250.00   500.00
NUMBER EXPOSED         100      100      100
MORTALITIES              0       18      100
  SPEARMAN-KARBER TRIM                 0.00
  SPEARMAN-KARBER ESTIMATES      LC50   312.0825195
              95% LOWER CONFIDENCE        295.90
              95% UPPER CONFIDENCE        329.15
--------------------------------------------------------------

DATE_____2/15 - 17/94
TEST #_____066234
CHEMICAL_____COREXIT 9500 + #2 Fuel Oil
SPECIES_____Artemia sp
DURATION_____ 24 hours
RAW DATA
CONCENTRATION(ppm)   125.00   250.00   500.00
NUMBER EXPOSED         100      100      100
MORTALITIES              0        0      100
  SPEARMAN-KARBER TRIM                 0.00
  SPEARMAN-KARBER ESTIMATES      LC50   353.5533447
              95% CONFIDENCE LIMITS
              ARE NOT RELIABLE
--------------------------------------------------------------

HIGHLY CONFIDENTIAL                                         NALCO_00009424

```
BURLINGTON RESEARCH, INC.
TRIMMED SPEARMAN-KARBER METHOD FOR CALCULATION OF
EC50 AND LC50 VALUES IN BIOASSAYS

FOR REFERENCE, CITE
M.A. HAMILTON, R.C. RUSSO, AND R.V. THURSTON, 1977.
TRIMMED SPEARMAN-KARBER METHOD FOR ESTIMATING MEDIAN
LETHAL CONCENTRATIONS IN TOXICITY BIOASSAYS.
ENVIRON. SCI. TECHNOL. 11(7) 714-719
CORRECTION 12(4) 417 (1978).

DATE_____2/15 - 17/94
TEST #_____066234
CHEMICAL_____COREXIT 9500
SPECIES_____Artemia sp
DURATION_____ 48 hours
RAW DATA
CONCENTRATION(ppm)    6.25   12.50   25.00   50.00  100.00
NUMBER EXPOSED         100    100     100     100     100
MORTALITIES              0     18      59     100     100
   SPEARMAN-KARBER TRIM               0.00
   SPEARMAN-KARBER ESTIMATES    LC50        20.7329788
              95% LOWER CONFIDENCE          19.01
              95% UPPER CONFIDENCE          22.61
------------------------------------------------------------

DATE_____2/15 - 17/94
TEST #_____066234
CHEMICAL_____COREXIT 9500
SPECIES_____Artemia sp
DURATION_____ 24 hours
RAW DATA
CONCENTRATION(ppm)    6.25   12.50   25.00   50.00  100.00
NUMBER EXPOSED         100    100     100     100     100
MORTALITIES              0      0       0      47     100
   SPEARMAN-KARBER TRIM               0.00
   SPEARMAN-KARBER ESTIMATES    LC50        51.0505905
              95% LOWER CONFIDENCE          47.64
              95% UPPER CONFIDENCE          54.71
------------------------------------------------------------
```

HIGHLY CONFIDENTIAL

NALCO_00009425

**United States Testing Company, Inc.**

Report #066234
Exxon Chemical

APPENDIX #4
DATA ANALYSIS

HIGHLY CONFIDENTIAL

NALCO_00009426

FOR FORTRAN PROGRAM USING
TRIMMED SPEARMAN-KARBER METHOD FOR CALCULATION OF
LC50 AND EC50 VALUES IN BIOASSAYS

FOR REFERENCE, CITE
M.A. HAMILTON, R.C. RUSSO, AND R.V. THURSTON, 1977.
TRIMMED SPEARMAN-KARBER METHOD FOR ESTIMATING MEDIAN
LETHAL CONCENTRATIONS IN TOXICITY BIOASSAYS.
ENVIRON. SCI. TECHNOL. 11(7) 714-719
CORRECTION 12(4) 417 (1978).

DATE _____ 2/9 - 13/94
TEST # _____ 066234
CHEMICAL _____ DSS
SPECIES _____ Fundulus heteroclitus
DURATION _____ 96 hours
RAW DATA

| CONCENTRATION(ppm) | 1.25 | 2.50 | 5.00 | |
|---|---|---|---|---|
| NUMBER EXPOSED | 10 | 10 | 10 | |
| MORTALITIES | 0 | 1 | 10 | |
| SPEARMAN-KARBER TRIM | | | 0.00 | |
| SPEARMAN-KARBER ESTIMATES | | LC50 | 3.2987692 | |
| 95% LOWER CONFIDENCE | | | 2.89 | |
| 95% UPPER CONFIDENCE | | | 3.76 | |

----------------------------------------------------------------

DATE _____ 2/9 - 13/94
TEST # _____ 066234
CHEMICAL _____ DSS
SPECIES _____ Fundulus heteroclitus
DURATION _____ 24 hours
RAW DATA

| CONCENTRATION(ppm) | 1.25 | 2.50 | 5.00 |
|---|---|---|---|
| NUMBER EXPOSED | 10 | 10 | 10 |
| MORTALITIES | 0 | 0 | 10 |
| SPEARMAN-KARBER TRIM | | | 0.00 |
| SPEARMAN-KARBER ESTIMATES | LC50 | 3.5355334 | |
| | | 95% CONFIDENCE LIMITS | |
| | | ARE NOT RELIABLE | |

----------------------------------------------------------------

HIGHLY CONFIDENTIAL

```
DATE _____ 2/9 - 13/94
TEST # _____ 066234
CHEMICAL _____ USEPA #2 Fuel Oil
SPECIES _____ Fundulus heteroclitus
DURATION _____ 48 hours
RAW DATA
CONCENTRATION(ppm)    625.00 1250.00 2500.00 5000.0010000.00
NUMBER EXPOSED           10      10      10      10     10
MORTALITIES               0       0       3       8     10
   SPEARMAN-KARBER TRIM                 0.00
   SPEARMAN-KARBER ESTIMATES    LC50    3298.7705078
              95% LOWER CONFIDENCE      2526.64
              95% UPPER CONFIDENCE      4306.86
```

----------------------------------------------------------------

```
DATE _____ 2/9 - 13/94
TEST # _____ 066234
CHEMICAL _____ USEPA #2 Fuel Oil
SPECIES _____ Fundulus heteroclitus
DURATION _____ 24 hours
RAW DATA
CONCENTRATION(ppm)    625.00 1250.00 2500.00 5000.0010000.00
NUMBER EXPOSED           10      10      10      10     10
MORTALITIES               0       0       0       4      5
   SPEARMAN-KARBER TRIM                50.00
   SPEARMAN-KARBER ESTIMATES    LC50    9999.9980469
                        95% CONFIDENCE LIMITS
                        ARE NOT RELIABLE
```

----------------------------------------------------------------

HIGHLY CONFIDENTIAL

NALCO_00009428

BURLINGTON RESEARCH, INC
TRIMMED SPEARMAN-KARBER METHOD FOR CALCULATION OF
EC50 AND LC50 VALUES IN BIOASSAYS

FOR REFERENCE, CITE
M.A. HAMILTON, R.C. RUSSO, AND R.V. THURSTON, 1977.
TRIMMED SPEARMAN-KARBER METHOD FOR ESTIMATING MEDIAN
LETHAL CONCENTRATIONS IN TOXICITY BIOASSAYS.
ENVIRON. SCI. TECHNOL. 11(7) 714-719
CORRECTION 12(4) 417 (1978).

```
DATE_____2/9 - 13/94
TEST #_____066234
CHEMICAL_____USEPA #2 Fuel Oil
SPECIES_____Fundulus heteroclitus
DURATION_____96 hours
RAW DATA
CONCENTRATION(ppm)   625.00 1250.00 2500.00 5000.0010000.00
NUMBER EXPOSED         10      10      10      10      10
MORTALITIES             0       2      10      10      10
  SPEARMAN-KARBER TRIM                0.00
  SPEARMAN-KARBER ESTIMATES     LC50    1538.9304199
            95% LOWER CONFIDENCE         1291.41
            95% UPPER CONFIDENCE         1833.89
```

```
DATE_____2/9 - 13/94
TEST #_____066234
CHEMICAL_____USEPA #2 Fuel Oil
SPECIES_____Fundulus heteroclitus
DURATION_____72 hours
RAW DATA
CONCENTRATION(ppm)   625.00 1250.00 2500.00 5000.0010000.00
NUMBER EXPOSED         10      10      10      10      10
MORTALITIES             0       2       7      10      10
  SPEARMAN-KARBER TRIM                0.00
  SPEARMAN-KARBER ESTIMATES     LC50    1894.6445313
            95% LOWER CONFIDENCE         1451.17
            95% UPPER CONFIDENCE         2473.64
```

HIGHLY CONFIDENTIAL

NALCO_00009429

BURLINGTON RESEARCH, IT
TRIMMED SPEARMAN-KARBER METHOD FOR CALCULATION OF
EC50 AND LC50 VALUES IN BIOASSAYS

FOR REFERENCE, CITE
M.A. HAMILTON, R.C. RUSSO, AND R.V. THURSTON, 1977.
TRIMMED SPEARMAN-KARBER METHOD FOR ESTIMATING MEDIAN
LETHAL CONCENTRATIONS IN TOXICITY BIOASSAYS.
ENVIRON. SCI. TECHNOL. 11(7) 714-719
CORRECTION 12(4) 417 (1978).

DATE_____2/9 - 13/94
TEST #_____066234
CHEMICAL_____COREXIT 9500 + #2 Fuel Oil
SPECIES_____Fundulus heteroclitus
DURATION_____96 hours
RAW DATA
CONCENTRATION(ppm)    62.50   125.00   250.00
NUMBER EXPOSED          10      10       10
MORTALITIES             1       7        10
    SPEARMAN-KARBER TRIM              10.00
    SPEARMAN-KARBER ESTIMATES    LC50    102.1197128
            95% LOWER CONFIDENCE           79.45
            95% UPPER CONFIDENCE          131.26

DATE_____2/9 - 13/94
TEST #_____066234
CHEMICAL_____COREXIT 9500 + #2 Fuel Oil
SPECIES_____Fundulus heteroclitus
DURATION_____48 hours
RAW DATA
CONCENTRATION(ppm)    62.50   125.00   250.00
NUMBER EXPOSED          10      10       10
MORTALITIES             0       6        10
    SPEARMAN-KARBER TRIM               0.00
    SPEARMAN-KARBER ESTIMATES    LC50    116.6290741
            95% LOWER CONFIDENCE           94.09
            95% UPPER CONFIDENCE          144.57

DATE_____2/9 - 13/94
TEST #_____066234
CHEMICAL_____COREXIT 9500 + #2 Fuel Oil
SPECIES_____Fundulus heteroclitus
DURATION_____24 hours
RAW DATA
CONCENTRATION(ppm)    62.50   125.00   250.00
NUMBER EXPOSED          10      10       10
MORTALITIES             0       3        10
    SPEARMAN-KARBER TRIM               0.00
    SPEARMAN-KARBER ESTIMATES    LC50    143.5872955
            95% LOWER CONFIDENCE          117.45
            95% UPPER CONFIDENCE          175.53

HIGHLY CONFIDENTIAL

NALCO_00009430

**United States Testing Company, Inc.**

Report #066234
Exxon Chemical

Standard Dispersant Toxicity versus <u>Fundulus heteroclitus</u>

<u>Sample</u>:  COREXIT 9500

### Screening Tests (12/7 - 11/93)

The following mortality data is from initial range finding screens. The screens were performed on a wide range of test product concentrations; from this data, an approximate range of toxicity was determined.  The range of toxicity determined in the screen was then bracketed in the definitive assay, in order to determine the $LC_{50}$.

| | 96 hour Mortality vs. Concentration (ppm) | | | | | |
| | 10,000 | 1,000 | 100 | 10 | 1.0 | 0 |
|---|---|---|---|---|---|---|
| COREXIT 9500 | 3/3 | 3/3 | 3/3 | 0/3 | 0/3 | 0/3 |
| COREXIT 9500 + #2 Fuel Oil | 3/3 | 3/3 | 0/3 | 0/3 | 0/3 | 0/3 |

16

HIGHLY CONFIDENTIAL

NALCO_00009431

**United States Testing Company, Inc.**

Report #066234
Exxon Chemical

Standard Dispersant Toxicity versus <u>Fundulus</u> <u>heteroclitus</u>

<u>Sample</u>:   COREXIT 9500                        <u>Test Dates</u>:   2/9 - 13/94

| Conc. (ppm) | No Org. | Cumulative Mortality | | | | % Mortality |
|---|---|---|---|---|---|---|
| | | 24hr | 48hr | 72hr | 96hr | |
| 0 (ctrl) | 10 | 0 | 0 | 0 | 0 | 0 |
| 12.5 | 10 | 0 | 1 | 1 | 1 | 1 |
| 25 | 10 | 0 | 0 | 0 | 0 | 0 |
| 50 | 10 | 0 | 0 | 0 | 0 | 0 |
| 100 | 10 | 0 | 0 | 0 | 0 | 0 |
| 200 | 10 | 1 | 10 | 10 | 10 | 100 |

<u>Data Summary</u>:

```
24hr LC50 = >200 ppm (95% C.L. not applicable)
48hr LC50 =  140 ppm (95% C.L. not obtainable)
72hr LC50 =  140 ppm (95% C.L. not obtainable)
96hr LC50 =  140 ppm (95% C.L. not obtainable)
```

Statistical Method:  Graphical Interpolation

<u>Comments</u>:

COREXIT 9500 demonstrated acute toxicity to <u>Fundulus</u> at 140 ppm.   The
control organisms appeared healthy, and were swimming normally.

17

HIGHLY CONFIDENTIAL                                                    NALCO_00009432

**United States Testing Company, Inc.**

Report #066234
Exxon Chemical

Standard Dispersant Toxicity versus <u>Fundulus heteroclitus</u>

<u>Sample</u>:  COREXIT 9500 + #2 Fuel Oil                <u>Test Dates</u>:  2/9 - 13/94

| Conc. (ppm) | No Org. | Cumulative Mortality | | | | % Mortality |
|---|---|---|---|---|---|---|
| | | 24hr | 48hr | 72hr | 96hr | |
| 0 (ctrl) | 10 | 0 | 0 | 0 | 0 | 0 |
| 31.25 | 10 | 0 | 1 | 1 | 1 | 10 |
| 62.5 | 10 | 0 | 0 | 1 | 1 | 10 |
| 125 | 10 | 3 | 6 | 7 | 7 | 70 |
| 250 | 10 | 10 | 10 | 10 | 10 | 100 |
| 500 | 10 | 10 | 10 | 10 | 10 | 100 |

<u>Data Summary</u>:

```
24hr LC50 =  143.6 ppm  (95% C.L. 117.5 - 175.5 ppm)
48hr LC50 =  116.6 ppm  (95% C.L.  94.1 - 144.6 ppm)
72hr LC50 =  102.1 ppm  (95% C.L.  79.5 - 131.3 ppm)
96hr LC50 =  102.1 ppm  (95% C.L.  79.5 - 131.3 ppm)
```

Statistical Method:  Spearman-Karber Trim

<u>Comments</u>:

COREXIT 9500, in the presence of US EPA #2 fuel oil, demonstrated 96hr acute toxicity to <u>Fundulus</u> at 104 ppm (1:10 sample to oil ratio).  The control organisms appeared healthy, and were swimming normally.

18

HIGHLY CONFIDENTIAL

NALCO_00009433

**United States Testing Company, Inc.**

Report #066234
Exxon Chemical

Standard Dispersant Toxicity versus <u>Fundulus heteroclitus</u>

<u>Sample</u>:  #2 Fuel Oil                    <u>Test Dates</u>:  2/9 - 13/94

| Conc. | No | Cumulative Mortality | | | | |
|-------|-----|------|------|------|------|-------------|
| (ppm) | Org. | 24hr | 48hr | 72hr | 96hr | % Mortality |
| 0 (ctrl) | 10 | 0 | 0 | 0 | 0 | 0 |
| 625 | 10 | 0 | 0 | 0 | 0 | 0 |
| 1,250 | 10 | 0 | 0 | 2 | 2 | 20 |
| 2,500 | 10 | 0 | 3 | 7 | 10 | 100 |
| 5,000 | 10 | 4 | 8 | 10 | 10 | 100 |
| 10,000 | 10 | 5 | 10 | 10 | 10 | 100 |

<u>Data Summary</u>:

```
24hr LC50 = 10,000   ppm (95% C.L. not obtainable)
48hr LC50 =  3,298.8 ppm (95% C.L. 2,526.6 - 4,306.9 ppm)
72hr LC50 =  1,894.6 ppm (95% C.L. 1,451.2 - 2,473.6 ppm)
96hr LC50 =  1,538.9 ppm (95% C.L. 1,291.4 - 1,833.9 ppm)
```

Statistical Method:  Spearman-Karber Trim

<u>Comments</u>:

US EPA #2 fuel oil demonstrated 96 hour acute toxicity to <u>Fundulus</u> at 1,539 ppm.  All organisms exposed to oil treatments greater than 625 ppm demonstrated adverse effects.  Exposed fish were observed to swim erratically, become discolored, and exhibit signs of torpor.

The control organisms appeared healthy, and were swimming normally.

HIGHLY CONFIDENTIAL                                    NALCO_00009434

Report #066234
Exxon Chemical

## United States Testing Company, Inc.

Standard Dispersant Toxicity versus <u>Fundulus heteroclitus</u>

<u>Sample</u>:  Dodecyl Sodium Sulfate                <u>Test Dates</u>:  2/9 - 13/94

| Conc. (ppm) | No Org. | Cumulative Mortality | | | | % Mortality |
|---|---|---|---|---|---|---|
| | | 24hr | 48hr | 72hr | 96hr | |
| 0 (ctrl) | 10 | 0 | 0 | 0 | 0 | 0 |
| 0.625 | 10 | 0 | 0 | 0 | 0 | 0 |
| 1.25 | 10 | 0 | 0 | 0 | 0 | 00 |
| 2.5 | 10 | 0 | 1 | 1 | 1 | 10 |
| 5.0 | 10 | 10 | 10 | 10 | 10 | 100 |
| 10.0 | 10 | 10 | 10 | 10 | 10 | 100 |

<u>Data Summary</u>:

```
24hr LC50 =  3.5 ppm  (95% C.L. not obtainable)
48hr LC50 =  3.3 ppm  (95% C.L. 2.9 - 3.8)
72hr LC50 =  3.3 ppm  (95% C.L. 2.9 - 3.8)
96hr LC50 =  3.3 ppm  (95% C.L. 2.9 - 3.8)
```

Statistical Method:  Spearman-Karber Trim

<u>Comments</u>:

Dodecyl Sodium Sulfate demonstrated 96 hour acute toxicity to <u>Fundulus</u> at 3.3 ppm.

The control organisms appeared healthy, and were swimming normally.

HIGHLY CONFIDENTIAL                                                NALCO_00009435

**United States Testing Company, Inc.**

Report #066234
Exxon Chemical

Standard Dispersant Toxicity versus _Fundulus_ _heteroclitus_

Sample: COREXIT 9500

| Conc (ppm) | Initial Physical / Chemical Data | | | | |
|---|---|---|---|---|---|
| | Dissolved Oxygen | pH | conductivity | salinity | alkalinity |
| 0 (ctrl) | 7.7 | 7.7 | 34,800 | 25 | 130 |

Notes:  Temperature was maintained at 22°C throughout the test.
        D.O. as mg/L for mean between replicates, Conductivity as μmhos.
        pH as standard units, Salinity as ppt.
        Alkalinity as mg/L CaCO3.

Comments:

  Initial chemical/physical parameter measurements were taken from the
  batch of artificial sea salt water used in testing.  Monitoring of
  test chambers is not possible when oil is present.  The oil clogs
  probes, and coats membranes, making readings suspect.

21

HIGHLY CONFIDENTIAL

NALCO_00009436

**United States Testing Company, Inc.**

Report #066234
Exxon Chemical

Investigators and analysts for the Revised Standard Dispersant Toxicity
and Effectiveness study of Exxon Chemicals product COREXIT 9500:


_____     (Study Director)
Daniel Cooke


_____     (Analyst)
Michael Conlin


_____     (Analyst)
Dennis Profaca


_____     (Analyst)
Rey Rolon


22

NALCO_00009437

**United States Testing Company, Inc.**

APPENDIX #1
CHEMICAL ANALYSES

HIGHLY CONFIDENTIAL



# United States Testing Company, Inc.

1415 PARK AVENUE • HOBOKEN, NEW JERSEY 07030 • 201-792-2400 • Fax: 201-656-0636

## REPORT OF TEST

**CLIENT:**            Exxon Chemical Company
                       8230 Stedman Street
                       Houston, TX 77029

**ATTENTION:**         Marjorie Walsh

**PROJECT NUMBER:**    059710
                       C\R #066234

**ANALYSIS REQUESTED:** Chlorinated Hydrocarbons, Cyanide and
                        Metals: Arsenic, Cadmium, Chromium, Copper,
                        Lead, Mercury, Nickel, and Zinc.

**SAMPLE DESCRIPTION:** Oil Dispersant sample identified as "Corexit
                        9500".

**NUMBER OF SAMPLES:** One (1)

**DATE RECEIVED:**     December 21, 1993

**DATE OF REPORT:**    January 6, 1994

**RESULTS:** Attached.

*SIGNED FOR THE COMPANY
BY*

Lisa Van Savage
Laboratory Manager

Tim Kroder
Laboratory Director

•   Biology   •   Chemistry   •   Environmental   •   Materials   •   Facilities in Principal Cities   •

UNITED STATES TESTING COMPANY, INC. REPORTS AND LETTERS ARE FOR THE EXCLUSIVE USE OF THE CLIENT TO WHOM THEY ARE ADDRESSED AND THEY AND THE NAME OF THE UNITED STATES TESTING COMPANY, INC., OR ITS SEALS OR INSIGNIA ARE NOT TO BE USED UNDER ANY CIRCUMSTANCES IN ADVERTISING TO THE GENERAL PUBLIC AND THEIR COMMUNICATION TO ANY OTHERS OR THE USE OF THE NAME OF UNITED STATES TESTING COMPANY, INC. MUST RECEIVE OUR PRIOR WRITTEN APPROVAL. OUR REPORTS APPLY ONLY TO THE STANDARDS OR PROCEDURES IDENTIFIED TO THE TESTS CONDUCTED, AND TO THE SAMPLE(S) TESTED AND/OR INSPECTIONS MADE UNLESS OTHERWISE SPECIFIED. THE TEST AND/OR INSPECTION RESULTS ARE NOT INDICATIVE OR REPRESENTATIVE OF THE QUALITIES OF THE LOT FROM WHICH THE SAMPLE WAS TAKEN (OR OF APPARENTLY IDENTICAL OR SIMILAR PRODUCTS AND NOTHING CONTAINED IN OUR REPORTS SHALL BE DEEMED TO IMPLY OR MEAN THAT UNITED STATES TESTING COMPANY, INC. CONDUCTS ANY QUALITY CONTROL PROGRAM FOR THE CLIENT TO WHOM THE REPORT IS ISSUED. SAMPLES NOT DESTROYED IN TESTING ARE RETAINED A MAXIMUM OF THIRTY DAYS AT WHICH TIME THEY MAY BE SHIPPED BACK TO THE CLIENT.

HIGHLY CONFIDENTIAL

NALCO_00009439

# United States Testing Company, Inc.

### REPORT OF ANALYSIS FOR
### CHLORINATED HYDROCARBONS

CLIENT: Exxon Chemical Co.　　　　PROJECT NUMBER: 059710

PROJECT SAMPLE ID: 059710-1　　　CLIENT SAMPLE ID: Corexit 9500

DATE OF EXTRACTION: 12/28/93　　　DATE OF ANALYSIS: 12/28/93

METHOD:　USEPA Method 8270

| COMPOUNDS | RESULTS (mg/L) | DETECTION LIMIT (mg/L) |
|-----------|----------------|------------------------|
| 2-CHLORONAPHTHALENE | ND | 5.0 |
| 1,2-DICHLOROBENZENE | ND | 5.0 |
| 1,3-DICHLOROBENZENE | ND | 5.0 |
| 1,4-DICHLOROBENZENE | ND | 5.0 |
| HEXACHLOROBENZENE | ND | 5.0 |
| HEXACHLOROBUTADIENE | ND | 5.0 |
| HEXACHLOROCYCLOPENTADIENE | ND | 5.0 |
| HEXACHLOROETHANE | ND | 5.0 |
| 1,2,4-TRICHLOROBENZENE | ND | 5.0 |

ND = Not Detected.
mg/L = Parts Per Million (PPM).

HIGHLY CONFIDENTIAL

NALCO_00009440

# United States Testing Company, Inc.

### REPORT OF ANALYSIS FOR
### METALS/CYANIDE

CLIENT: Exxon Chemical Co.                PROJECT NUMBER: 059710

PROJECT SAMPLE ID: 059710-1               CLIENT SAMPLE ID: Corexit 9500

DATE OF ANALYSIS: Metals - 12/28/93; Cyanide - 12/27/93

METHODOLOGY:   Methods for Chemical Analysis of Water and Wastes, 1979
               (Revised 1983). ICP 200.7; GFAA 200.0; Mercury 245.1;
               Cyanide 335.3.

| ANALYTES | RESULTS(mg/L) | DETECTION LIMIT(mg/L) |
|----------|---------------|-----------------------|
| Arsenic  | 0.16          | 0.07                  |
| Cadmium  | ND            | 0.01                  |
| Chromium | 0.03          | 0.01                  |
| Copper   | 0.10          | 0.01                  |
| Lead     | ND            | 0.08                  |
| Mercury  | ND            | 0.0002                |
| Nickel   | ND            | 0.05                  |
| Zinc     | ND            | 0.05                  |
| Cyanide  | ND            | 1.0                   |

ND = Not Detected.
mg/L = Parts Per Million (PPM).

HIGHLY CONFIDENTIAL                                                            NALCO_00009441

**United States Testing C...npany, Inc.**

Report #066234
Exxon Chemical

APPENDIX #2
OIL DISPERSANT EFFECTIVENESS
CALIBRATION CURVES

HIGHLY CONFIDENTIAL

NALCO_00009442



OIL DISPERSANT EFFECTIVENESS CURVE     Report #066234

Exxon Chemical COREXIT 9500
Oil Dispersant Effectiveness
Calibration Curve

HIGHLY CONFIDENTIAL

NALCO_00009443



Exxon Chemical COREXIT 9500
Oil Dispersant Effectiveness
Calibration Curve

HIGHLY CONFIDENTIAL

NALCO_00009444



Exxon Chemical COREXIT
Oil Dispersant Effectiveness
Calibration Curve

Report #066234

HIGHLY CONFIDENTIAL

NALCO_00009445



OIL DISPERSANT EFFECTIVENESS CURVE          Report #066234

Exxon Chemical COREXIT 9500
Oil Dispersant Effectiveness
Calibration Curve

mg/L
#6 Oil

ABSORBANCE



Exxon Chemical COREXIT 9500
Oil Dispersant Effectiveness
Calibration Curve

NALCO_00009447



OIL DISPERSANT EFFECTIVENESS CURVE        Report #066234

Exxon Chemical COREXIT 9500
Oil Dispersant Effectiveness
Calibration Curve

ABSORBANCE

mg/L
#6 Oil

HIGHLY CONFIDENTIAL

NALCO_00009448



OIL DISPERSANT EFFECTIVENESS CURVE          Report #066234

Exxon Chemical COREXIT 9500
Oil Dispersant Effectiveness
Calibration Curve

3500

mg/L
6 Oil

1750

0.1   0.2   0.3   0.4   0.5   0.6   0.7   0.8   0.9   1.0   1.1   1.2   1.3

ABSORBANCE

HIGHLY CONFIDENTIAL

NALCO_00009449



mg/L
/6 Oil

Exxon Chemical COREXIT 9500
Oil Dispersant Effectiveness
Calibration Curve

ABSORBANCE

HIGHLY CONFIDENTIAL

NALCO_00009450

**United States Testing Company, Inc.**

Report #066234
Exxon Chemical

APPENDIX #5
TOXICITY TEST PLANS AND PROCEDURES

HIGHLY CONFIDENTIAL

NALCO_00009451

**United States Testing Company, Inc.**

Procedure for Static Acute Toxicity Tests of
Oil Cleanup Products versus Marine Fish and Shrimp

## I. INTRODUCTION

96 hour and 48 hour acute bioassays for determining the toxicity of oil dispersant / absorbant products, or other pure compounds, to fish (Fundulus heteroclitus) and marine shrimp (Artemia sp.) is described.

Procedures in this protocol have been drawn from major publications relating to bioassays (1,2) and from current standards of performance (3,4,5).

## II. TEST SPECIES

Organisms used in testing are obtained from laboratory culture, reputable commercial suppliers, or are captured from their natural environment. When obtained from outside the laboratory, organisms are held in quarantine for at least 14 days, unless specific testing and species requirements dictate otherwise. Stock fish are maintained in natural seawater, in a recirculating filtration system. Fish from tanks having more than ten percent mortality during the quarantine period are considered unfit for testing.

Fundulus are maintained at $21.0 \pm 2.0°C$, with a 16 hour light : 8 hour dark photoperiod, maintained by timers. Laboratory prepared diet of commercial food (Zing/Tetramin) is administered twice a day. San Francisco Bay Artemia sp., 24 hours old, are used as a food supplement for fish. Food is withheld from test fish for 24 hours prior to the initiation of and during a test.

Artemia are hatched at $25.0 \pm 1°C$, with a 16 hour light : 8 hour dark photoperiod, maintained by timers. Artemia are not fed. Any Artemia not used for testing or as food within 24 hours of hatching are discarded.

Juvenile Fundulus, 20 to 40 mm long, approximately 45 - 90 days old ($\geq 0.1$gm), and neonatal Artemia, $\leq$ 24 hours old, are used for testing.

Biological loading for fish in static test chambers does not exceed 0.8 gm/L to eliminate organism stress due to crowding or oxygen demand. Artemia loading does not exceed 50 organisms per 100 ml.

## III. METHODS

### Dilution water

Synthetic seawater consists of carbon filtered, deionized water with the addition of Forty Fathoms, or other suitable commercial salt mix. Salinity ranges, in general, from 20-25 ppt; pH from 7.4-8.3 standard units. The water is vigorously aerated for 24 hours prior to use. All marine test species are easily maintained in this water, but supplementary natural seawater is thought to be a key to long term survival and growth. In testing, synthetic seawater salinity should be adjusted to the requirements of the test organism, and the regulations governing test performance.

HIGHLY CONFIDENTIAL

NALCO_00009452

**United States Testing Company, Inc.**

PRO/EPA
OIL TOX
121-1

III. <u>METHODS</u> (continued)

<u>Test concentrations</u>

Oil cleanup products (dispersants, absorbants, solidifiers, biological additives, etc.) are tested to determine the toxicity of the products themselves to <u>Fundulus</u> and <u>Artemia</u>, and the toxicity of the products in the presence of US EPA #2 Fuel Oil (1:10 product:oil ratio). Comparative toxicity testing is also performed versus #2 Fuel Oil alone. Reference toxicant testing is performed concurrently with each series of toxicity tests using Dodecyl Sodium Sulfate (DSS).

Oil/product mixtures are prepared by adding one part product to ten parts #2 Fuel Oil in a glass jar fitted to a blender. The mixture is blended at high speed (taking care not to reach the point of foaming) until homogeneous. Aliquots of the mixture are then drawn for testing, and the mixture is capped to prevent loss of volatiles. When any separation of the mixture is observed, the mixture is replaced on the blender for further homogenation.

After the desired concentration of mixture is added to the dilution water, the solution is thoroughly mixed, either by shaking, or stirring. Aeration is then supplied to <u>Fundulus</u> tests (not to <u>Artemia</u> tests), and after a brief settling period, the test organisms are added. Test solutions are given time to settle to allow undispersed/unsolidified oil to rise to the surface of the test vessel. This settling reduces the stress of physical entrainment on test organisms.

<u>Pure compound confirmation</u>

When the toxicity of pure compounds is assayed, chemical confirmation of test concentrations may be necessary. Appropriate methods (2) are used to quantify actual concentrations initially and periodically during the test, if necessary. Methods of quantification can include: gas, liquid or column chromatography, atomic absorption, ultraviolet or infrared spectrophotometry. Chemical analyses include sufficient blanks and known standard concentrations to insure accuracy of the results.

HIGHLY CONFIDENTIAL

NALCO_00009453

**United States Testing Company, Inc.**

PRO/EPA
OIL TOX
121-1

III. <u>METHODS</u> (continued)

<u>Light</u>

A photoperiod of 16 hours light : 8 hours dark is used for stock maintenance and testing, provided by banks of cool white fluorescent bulbs controlled by timers.

<u>Temperature</u>

<u>Fundulus</u> and <u>Artemia</u> are tested at 21.0 $\pm$ 1°C maintained in a temperature controlled room. During testing, temperature is recorded initially and every 24 hours for the duration of the test.

<u>Test vessels</u>

Test vessels are unplasticized polypropylene containers holding from 0.25 to 4 liters of test solutions or control water. Test vessels are covered to retain fish in the vessel, and to prevent loss of volatile components of oil and test material.

<u>Screening tests</u>

Upon receipt of a test sample, a screening test is conducted using a wide range of exposures to determine definitive test concentrations. The sample is thoroughly mixed to insure uniformity, and measured amounts are added to dilution water yielding the desired test concentrations. Testing is conducted using 5 fish, or 20 shrimp, per concentration. Mortalities are recorded at 24 hours. Water quality parameters are measured as appropriate.

<u>Definitive tests</u>

A static, or static renewal, definitive test is initiated after screening tests have been performed. In a static test, solutions are not changed throughout the test. In renewal tests, 90 to 100% of the test solutions are renewed with fresh solution every 24 hours. Renewals are performed in a manner that causes the least possible disturbance to the test organisms.

Test concentrations are based on the screening results. Typically, five concentrations are tested, with appropriate controls. A logarithmic series of exposure concentrations is achieved by combining measured volumes of test material and dilution water, by using volumetric glassware, and/or an analytical balance. Five <u>Fundulus</u> are randomly assigned to each of two replicates per treatment. Twenty <u>Artemia</u> are randomly assigned to each of five replicates per treatment.

Mortalities, behavioral responses and temperature are recorded during the first hour, and after 24 hour exposure intervals. Dissolved oxygen, pH, alkalinity and hardness are measured initially and daily thereafter. However, it is often not possible to monitor physical/chemical parameters in oil tests since oil coats probes and membranes, making accurate readings impossible. Dead organisms are removed every 24 hours. If more than ten percent mortality occurs in the control group, the assay is invalidated and another is performed.

HIGHLY CONFIDENTIAL

NALCO_00009454

**United States Testing Company, Inc.**

PRO/EPA
OIL TOX
121-1

IV. RESULTS

A written report is issued containing, but not limited to, the following:

1. Names of the test, sponsor, testing laboratory, study director, principal investigator and dates of testing.

2. A descriptive identification of the test material, its source and characteristics.

3. Diluent source and characteristics.

4. Test organism history, age, and other pertinent information.

5. Test description, including all procedures and protocols.

6. Tabular summary of mortalities, behavioral responses, water quality parameters and chemical confirmation, when required.

7. The 24, 48, 72 and 96 hour LC or EC50 (median lethal or effective concentration) with 95% confidence limits calculated by appropriate methods (Spearman-Karber Estimator (6), Probit Analysis (7), Litchfield-Wilcoxon (8), Moving Average method (9)).

HIGHLY CONFIDENTIAL

NALCO_00009455

**United States Testing Company, Inc.**

PRO/EPA
OIL TOX
121-1

## References

1. EMSL-Cincinnati Bioassay Subcommittee. 1985. Methods for Measuring the Acute Toxicity of Effluents to Freshwater and Marine Organisms. W.H. Peltier and C.I. Weber, eds. EPA/600/4-85/013.

2. American Public Health Association. 1975. Standard Methods for the Examination of Water and Wastewater, 14th edition. APHA, New York.

3. US EPA National Contingency Plan, 40 CFR Part 300, Subpart J, Appendix C. "Revised Standard Dispersant Effectiveness and Toxicity Tests" July 18, 1984 (Revised 3/8/90).

4. Organisation for Economic Co-operation and Development. 1984. OECD Guidelines for Testing of Chemicals, Section 2: Effects on Biotic Systems. OECD, Paris, France.

5. US Environmental Protection Agency. 1987. Code of Federal Regulations, 40 CFR Part 700. US EPA, Washington, D.C.

6. Stephan, C.E. 1977. "Methods for calculating an LC50". In Aquatic Toxicology and Hazard Evaluation, ASTM STP 634. F.L. Mayer and J.L. Hamelink, eds. pp 65-84.

7. Finney, D.J. 1971. Probit Analysis, 3rd edition. Cambridge Press, New York.

8. Litchfield, J.T. and F. Wilcoxin. 1949. "A simplified method of evaluating dose-effect experiments". J. PHARM. EXP. THER. 96:99-113.

9. Thompson, W.R. 1947. "Use of moving averages and interpolation of estimate median-effective dose". BAC. REV. 11:115-145.

NALCO_00009456

**United States Testing Con.,-any, Inc.**

Report #066234
Exxon Chemical

APPENDIX #6
REVISED STANDARD DISPERSANT TOXICITY
AND EFFECTIVENESS

NALCO_00009457

# NATIONAL CONTINGENCY PLAN

## 40 CFR Part 300

## SUBPART J--USE OF DISPERSANTS AND OTHER CHEMICALS

Published in the Federal Register, Vol. 55, No. 46, Thursday, March 8, 1990,
Subpart Part J became effective April 9, 1990.

## Definitions

The definitions applicable to Subpart J are found in Subpart A, Section 300.5.

*Biological additives* means microbiological cultures, enzymes, or nutrient additives that are deliberately introduced into an oil discharge for the specific purpose of encouraging biodegradation to mitigate the effects of the discharge.

*Burning agents* means those additives that, through physical or chemical means, improve the combustibility of the materials to which they are applied.

*Chemical agents* means those elements, compounds, or mixtures that coagulate, disperse, dissolve, emulsify, foam, neutralize, precipitate, reduce, solubilize, oxidize, concentrate, congeal, entrap, fix, make the pollutant mass more rigid or viscous, or otherwise facilitate the mitigation of deleterious effects or the removal of the pollutant from the water.

*Dispersants* means those chemical agents that emulsify, disperse, or solubilize oil into the water column or promote the surface spreading of oil slicks to facilitate dispersal of the oil into the water column.

*Miscellaneous oil spill control agent* is any product, other than a dispersant, sinking agent, surface collecting agent, biological additive, or burning agent, that can be used to enhance oil spill cleanup, removal, treatment, or mitigation.

*Navigable waters*, as defined by 40 CFR 110.1, means the waters of the United States including the territorial seas. The term includes:

(a) All waters that are currently used, were used in the past, or may be susceptible to use in interstate or foreign commerce, including all waters that are subject to the ebb and flow of the tide;

(b) Interstate waters, including interstate wetlands;

(c) All other waters such as intrastate lakes, rivers, streams (including intermittent streams), mudflats, sandflats, and wetlands, the use, degradation, or destruction of which would affect or could affect interstate or foreign commerce including any such waters:

(1) That are or could be used by interstate or foreign travelers for recreational or other purposes;

(2) From which fish or shellfish are or could be taken and sold in interstate or foreign commerce;

(3) That are used or could be used for industrial purposes by industries in interstate commerce;

(d) All impoundments of waters otherwise defined as navigable waters under this section;

(e) Tributaries of waters identified in paragraphs (a) through (d) of this definition, including adjacent wetlands; and

(f) Wetlands adjacent to waters identified in paragraphs (a) through (e) of this definition: Provided, that waste treatment systems (other than cooling ponds meeting the criteria of this paragraph) are not waters of the United States.

*Sinking agents* means those additives applied to oil discharges to sink floating pollutants below the water surface.

*Surface collecting agents* means those chemical agents that form a surface film to control the layer thickness of oil.

HIGHLY CONFIDENTIAL

NALCO_00009458



## United States Testing Company, Inc.
### Biological Services

1415 Park Avenue
Hoboken, New Jersey 07030
Tel:   201-792-2400
Fax:   201-656-0636

### REPORT OF TEST

Standard Oil Dispersant Toxicity
and Effectiveness Testing
versus

**Exxon COREXIT 9500**

Conducted for:

Exxon Chemical Company
8230 Stedman Street
Houston, Texas   77029-3999

February 24, 1994

TEST REPORT NO.        066234

SIGNED FOR THE COMPANY

BY

Prepared by:

Daniel Cooke
Mgr, Ecotoxicology

Daniel Drozdowski
Vice President

Member of the SGS Group (Société Générale de Surveillance)

THIS REPORT APPLIES ONLY TO THE STANDARDS OR PROCEDURES IDENTIFIED AND TO THE SAMPLE(S) TESTED. THE TEST RESULTS ARE NOT NECESSARILY INDICATIVE OR REPRESENTATIVE OF THE QUALITIES OF THE LOT FROM WHICH THE SAMPLE WAS TAKEN OR OF APPARENTLY IDENTICAL OR SIMILAR PRODUCTS. NOTHING CONTAINED IN THIS REPORT SHALL MEAN THAT UNITED STATES TESTING COMPANY, INC. CONDUCTS ANY QUALITY CONTROL PROGRAM FOR THE CLIENT TO WHOM THIS TEST RE-
PORT IS ISSUED. UNLESS SPECIFICALLY SPECIFIED, OUR REPORTS AND LETTERS ARE FOR THE EXCLUSIVE USE OF THE CLIENT TO WHOM THEY ARE ADDRESSED, AND THEY AND THE NAME OF THE UNITED STATES TESTING COMPANY, INC. OR ITS SEALS OR INSIGNIA, ARE NOT TO BE USED UNDER ANY CIRCUMSTANCES IN ADVER-
TISING TO THE GENERAL PUBLIC AND MAY NOT BE USED IN ANY OTHER MANNER WITHOUT OUR PRIOR WRITTEN APPROVAL. SAMPLES NOT DESTROYED IN TESTING
ARE RETAINED A MAXIMUM OF THIRTY DAYS.

NALCO_00009459

**United States Testing Company, Inc.**

Report #066234
Exxon Chemical

TABLE OF CONTENTS

I.   INTRODUCTION

　　Table of Contents................................................2
　　Client.........................................................3
　　Testing Facility...............................................3
　　Sample Description.............................................3
　　Project Description............................................3
　　Summary of Results............................................4

II.  DISPERSANT EFFECTIVENESS

　　Effectiveness - 3 ml COREXIT 9500 + #6 Fuel Oil....................5
　　Effectiveness - 10 ml COREXIT 9500 + #6 Fuel Oil...................5
　　Effectiveness - 25 ml COREXIT 9500 + #6 Fuel Oil...................5

III. ARTEMIA SP. ACUTE TOXICITY

　　Summary of Procedures.......................................6-7
　　Toxicity Screen...............................................8
　　Toxicity Results - COREXIT 9500...............................9
　　Toxicity Results - COREXIT 9500 + #2 Fuel Oil................10
　　Toxicity Results - #2 Fuel Oil...............................11
　　Toxicity Results - Dodecyl Sodium Sulfate...................12
　　Physical/Chemical Measurements..............................13

IV.  FUNDULUS HETEROCLITUS ACUTE TOXICITY

　　Summary of Procedures......................................14-15
　　Toxicity Screen..............................................16
　　Toxicity Results - COREXIT 9500..............................17
　　Toxicity Results - COREXIT 9500 + #2 Fuel Oil................18
　　Toxicity Results - #2 Fuel Oil...............................19
　　Toxicity Results - Dodecyl Sodium Sulfate...................20
　　Physical/Chemical Measurements..............................21

V.   ANALYSTS

　　Investigator Signatures......................................22

VII. APPENDICES

　　Chemical Analyses.......................................Appendix #1
　　Oil Dispersant Effectiveness Calibration Curves.........Appendix #2
　　Dispersion Graphs.......................................Appendix #3
　　Data Analysis..........................................Appendix #4
　　Toxicity Test Plan and Procedures.......................Appendix #5
　　Revised Standard Dispersant Toxicity and Effectiveness....Appendix #6

2

HIGHLY CONFIDENTIAL

Report #066234
Exxon Chemical

## United States Testing Company, Inc.

STANDARD DISPERSANT TOXICITY AND EFFECTIVENESS REPORT

Client: Exxon Chemical Company
8230 Stedman Street
Houston, Texas  77029-3999

Testing Facility: United States Testing Company
Biological Services Division
1415 Park Avenue
Hoboken, New Jersey  07030

Sample Description,
Handling & Stability: Sample identified by Client as Exxon Chemical's
COREXIT 9500:  Chemical composition proprietary.
Clear, straw yellow, slightly viscous liquid,
with a glycol ether odor.  Water soluble.
Sample stored in original sealed container, at
room temperature, considered stable.
Sample received 11/30/93.

Project: Chemical analysis of Chlorinated Hydrocarbons, Heavy Metals,
and Cyanide.

EPA Standard Dispersant Effectiveness testing.
Effectiveness of 3 ml COREXIT 9500 + 100 ml #6 Fuel Oil,
10 ml COREXIT 9500 + 100 ml #6 Fuel Oil, 25 ml COREXIT 9500
+ 100 ml #6 Fuel Oil.
Test dates 12/8/93 - 2/24/94.

48 hour acute toxicity versus Artemia sp. (brine shrimp).
Toxicity of COREXIT 9500 alone, COREXIT 9500 + #2 Fuel Oil,
#2 Fuel Oil alone, and Dodecyl Sodium Sulfate.
Test dates 12/7/93 - 2/17/94.

96 hour acute toxicity versus Fundulus heteroclitus (killi
fish).  Toxicity of COREXIT 9500 alone, COREXIT 9500 + #2
Fuel Oil, #2 Fuel Oil alone, and Dodecyl Sodium Sulfate.
Test dates 12/7/93 - 2/13/94.

HIGHLY CONFIDENTIAL

NALCO_00009461

Report #066234
Exxon Chemical

## United States Testing Company, Inc.

SUMMARY OF RESULTS:  Exxon Chemicals product COREXIT 9500

Dispersant Effectiveness:

| Volume (ml) Dispersant | Initial (10 minute) Mean % Dispersion | Final (2 hour) Mean % Dispersion |
|---|---|---|
| 3 | 39.64 | 18.91 |
| 10 | 65.97 | 40.59 |
| 25 | 60.24 | 42.97 |

Dosage causing 50% dispersion (from "Initial Dispersion" graph) is approximately 5.75 ml of Exxon product COREXIT 9500.

Dosage causing 25% dispersion (from "Final Dispersion" graph) is approximately 5.0 ml of Exxon product COREXIT 9500.

Aquatic Toxicity: expressed as LC50:

| | Artemia | Fundulus |
|---|---|---|
| COREXIT 9500 | 21 ppm | 140 ppm |
| COREXIT 9500 + #2 Fuel Oil | 312 ppm | 102 ppm |
| #2 Fuel Oil | 64 ppm | 1,539 ppm |
| DSS | 4 ppm | 3 ppm |

Chemical Analyses:

Chemical analyses are attached.

4

HIGHLY CONFIDENTIAL

NALCO_00009462

Report #066234
Exxon Chemical

**United States Testing Company, Inc.**

Standard Dispersant Effectiveness versus #6 Fuel Oil

Sample: Exxon COREXIT 9500            Test Dates: 12/7/93 - 2/24/94

|      |                    | abs.     | mg/L oil | % dis. | mean % dis. |
|------|--------------------|----------|----------|--------|-------------|
| 3 ml | Initial<br>(10 min)| 1.250    | 2880     | 40.46  |             |
|      |                    | 1.200    | 2770     | 39.08  | 39.64       |
|      |                    | 1.275    | 2860     | 39.39  |             |
|      | Final<br>(2 hr)    | 0.830    | 1920     | 26.97  |             |
|      |                    | 0.375    | 850      | 11.99  | 18.91       |
|      |                    | 0.580    | 1290     | 17.77  |             |
| 10 ml| Initial            | 1.075*   | 2410     | 67.01  |             |
|      |                    | 0.750**  | 1750     | 62.12  | 65.97       |
|      |                    | 0.860**  | 2000     | 68.79  |             |
|      | Final              | 1.100*   | 2460     | 68.40  |             |
|      |                    | 0.300**  | 690      | 24.49  | 40.59       |
|      |                    | 0.365**  | 840      | 28.89  |             |
| 25 ml| Initial            | 0.950*   | 2130     | 59.16  |             |
|      |                    | 1.025*   | 2300     | 65.66  | 60.24       |
|      |                    | 0.680**  | 1580     | 55.90  |             |
|      | Final              | 0.430*   | 950      | 26.39  |             |
|      |                    | 0.760*   | 1695     | 48.39  | 42.97       |
|      |                    | 0.660**  | 1530     | 54.13  |             |

Dosage causing 50% dispersion (from "Initial Dispersion" graph) is
approximately 5.75 ml of Exxon product COREXIT 9500.

Dosage causing 25% dispersion (from "Final Dispersion" graph) is
approximately 5.0 ml of Exxon product COREXIT 9500.

Notes:  abs. = light absorbance at 620 nm
        mg/L oil = milligrams of #6 oil per liter test water
        % dis. = percent of oil dispersed into water column
        mean % dis. = mean percent of oil dispersed into water column
                      after three effectiveness trials
        * = 200 ml chloroform used for extraction (100 ml is standard)
        ** = 250 ml chloroform used for extraction (100 ml is standard)

USEPA #6 Reference Fuel Oil obtained from Fisher Scientific (lot WP681).

Testing was conducted in accordance with US EPA National Contingency
Plan, 40 CFR 300, Appendix C "Revised Standard Dispersant Effectiveness
and Toxicity Tests". 1984 (revised 1991).

5

HIGHLY CONFIDENTIAL

NALCO_00009463

**United States Testing Company, Inc.**

Report #066234
Exxon Chemical

SUMMARY OF PROCEDURES: Acute Toxicity versus <u>Artemia</u> sp. (brine shrimp) 48 hour LC50.

| | |
|---|---|
| Reference | : US EPA National Contingency Plan, 40 CFR Part 300 Subpart H, Appendix C. "Revised Standard Dispersant Effectiveness and Toxicity Tests" 1991. USTC Procedure PRO/EPA OIL TOX 121-1. |
| Sample ID, storage, and handling | : Exxon Chemicals product COREXIT 9500; stored at room temperature (21°C), in original, sealed container. |
| Test type | : Static non-renewal |
| Organism source | : USTC stock cultures (SFB Brand cysts) |
| Organism history | : Hatch: 2/14 - 15/94 |
| Organism age | : ≤ 24 hours |
| Temperature | : 22 ± 2°C |
| Illumination | : 16hr/8hr light/dark cycle, fluorescent 50 to 100 foot-candles (lab ambient) |
| Test vessels | : 250ml polyethylene beakers, covered |
| Exposure volume | : 100 ml |
| Diluent | : Artificial sea salts, 25ppt salinity |
| Replication | : Minimum 20 shrimp per replicate 5 replicates per treatment |
| Concentrations | : 5 (minimum) Dilution factor 0.5 |
| Aeration | : Solutions aerated to saturation by mixing prior to addition of organisms. No aeration during test. |
| Solvent | : None required |
| Controls | : Diluent only |

HIGHLY CONFIDENTIAL

NALCO_00009464

**United States Testing Company, Inc.**

Report #066234
Exxon Chemical

SUMMARY OF PROCEDURES:  Acute Toxicity versus <u>Artemia</u> sp (brine shrimp).
48 hour LC50 continued

Controls : Diluent only

Feeding regime : None during test

Test duration : 48 hours

Responses : Mortality, behavior (lethargy, erratic swimming),
and physiology (discoloration), initially, and daily
thereafter.

Physical data : Temperature, dissolved oxygen, pH, conductivity;
initially and at test termination.

Chemical data : Initial alkalinity of diluent

Data analysis : Spearman - Karber Method or Probit analysis when
possible, otherwise, graphical interpolation.

Acceptability : >90% of control organisms must survive 48 hours.

Special comments: No chemical confirmation of nominal concentrations.

HIGHLY CONFIDENTIAL

NALCO_00009465

**United States Testing Company, Inc.**

Report #066234
Exxon Chemical

Standard Dispersant Toxicity versus <u>Artemia</u> sp.

<u>Sample</u>:  COREXIT 9500

<u>Screening Tests (12/7 - 9/93)</u>

The following mortality data is from initial range finding screens.
The screens were performed on a wide range of test product
concentrations; from this data, an approximate range of toxicity was
determined.  The range of toxicity determined in the screen was then
bracketed in the definitive assay, in order to determine the $LC_{50}$.

| | 48 hour Mortality vs. Concentration (ppm) | | | | | |
|---|---|---|---|---|---|---|
| | 10,000 | 1,000 | 100 | 10 | 1.0 | 0 |
| COREXIT 9500 | 20/20 | 20/20 | 20/20 | 0/20 | 0/20 | 0/20 |
| COREXIT 9500 + #2 Fuel Oil | 20/20 | 20/20 | 5/20 | 0/20 | 0/20 | 0/20 |

HIGHLY CONFIDENTIAL

NALCO_00009466

**United States Testing Company, Inc.**

Report #066234
Exxon Chemical

Standard Dispersant Toxicity versus Artemia sp·

Sample: COREXIT 9500                    Test Dates: 2/15 - 17/94

| Conc. (ppm) | No Org. | Cumulative Mortality 24hr | Cumulative Mortality 48hr | % Mortality |
|---|---|---|---|---|
| 0 (ctrl) | 100 | 0 | 0 | 0 |
| 6.25 | 100 | 0 | 0 | 0 |
| 12.5 | 100 | 0 | 18 | 18 |
| 25 | 100 | 0 | 59 | 59 |
| 50 | 100 | 47 | 100 | 100 |
| 100 | 100 | 100 | 100 | 100 |

Data Summary:

    24hr LC50 = 51.1 ppm (95% C.L. 47.6 - 54.7 ppm)
    48hr LC50 = 20.7 ppm (95% C.L. 19.0 - 22.6 ppm)

Statistical Method:  Spearman-Karber Trim

Comments:

    COREXIT 9500 demonstrated 48 hour acute toxicity to Artemia at an
    exposure level of 20.7 ppm.

    The control organisms appeared healthy, and were swimming normally.

9

HIGHLY CONFIDENTIAL

NALCO_00009467

**United States Testing Company, Inc.**

Report #066234
Exxon Chemical

Standard Dispersant Toxicity versus <u>Artemia</u> sp

<u>Sample</u>:  COREXIT 9500 + #2 Fuel Oil          <u>Test Dates</u>:  2/15 - 17/94

| Conc. (ppm) | No Org. | Cumulative Mortality | | % Mortality |
|---|---|---|---|---|
| | | 24hr | 48hr | |
| 0 (ctrl) | 100 | 0 | 0 | 0 |
| 31.25 | 100 | 0 | 0 | 0 |
| 62.5 | 100 | 0 | 0 | 0 |
| 125 | 100 | 0 | 0 | 0 |
| 250 | 100 | 0 | 18 | 18 |
| 500 | 100 | 100 | 100 | 100 |

<u>Data Summary</u>:

24hr LC50 = 353.6 ppm (95% C.L. not obtainable)
48hr LC50 = 312.1 ppm (95% C.L. 295.9 - 329.2 ppm)

Statistical Method:  Spearman-Karber Trim

<u>Comments</u>:

COREXIT 9500, in the presence of USEPA #2 fuel oil, demonstrated 48 hour acute toxicity to <u>Artemia</u> at an exposure level of 312 ppm (1:10 sample to oil ratio).

#2 Fuel Oil was toxic to <u>Artemia</u> at 64 ppm (see oil toxicity results). A solution of 312 ppm sample + oil contains approximately 281 ppm #2 fuel oil.  This indicated a significant toxicity reduction.

The control organisms appeared healthy, and were swimming normally.

10

Report #066234
Exxon Chemical

## United States Testing Company, Inc.

Standard Dispersant Toxicity versus Artemia sp

Sample: US EPA #2 Fuel Oil                    Test Dates: 2/15 - 17/94

| Conc. (ppm) | No Org. | Cumulative Mortality 24hr | Cumulative Mortality 48hr | % Mortality |
|---|---|---|---|---|
| 0 (ctrl) | 100 | 0 | 0 | 0 |
| 6.25 | 100 | 0 | 0 | 0 |
| 12.5 | 100 | 0 | 0 | 0 |
| 25 | 100 | 0 | 0 | 0 |
| 50 | 100 | 6 | 14 | 14 |
| 100 | 100 | 100 | 100 | 100 |

Data Summary:

  24hr LC50 = 67.8 ppm (95% C.L. 65.6 - 70.1 ppm)
  48hr LC50 = 64.2 ppm (95% C.L. 61.2 - 67.3 ppm)

Statistical Method: Spearman-Karber Trim

Comments:

  US EPA #2 fuel oil demonstrated 48 hour acute toxicity to Artemia at 64 ppm.

  The control organisms appeared healthy, and were swimming normally.

11

HIGHLY CONFIDENTIAL                                              NALCO_00009469

Report #066234
Exxon Chemical

## United States Testing Company, Inc.

Standard Dispersant Toxicity versus <u>Artemia</u> sp

<u>Sample</u>: Dodecyl Sodium Sulfate          <u>Test Dates</u>:  2/15 - 17/94

| Conc. (ppm) | No Org. | Cumulative Mortality 24hr | Cumulative Mortality 48hr | % Mortality |
|---|---|---|---|---|
| 0 (ctrl) | 100 | 0 | 0 | 0 |
| 0.625 | 100 | 0 | 0 | 0 |
| 1.25 | 100 | 0 | 0 | 0 |
| 2.5 | 100 | 0 | 0 | 0 |
| 5.0 | 100 | 42 | 69 | 69 |
| 10.0 | 100 | 100 | 100 | 100 |

<u>Data Summary</u>:

  24hr LC50 =  5.3 ppm (95% C.L. 4.9 - 5.7 ppm)
  48hr LC50 =  4.4 ppm (95% C.L. 4.1 - 4.7 ppm)

Statistical Method:  Spearman-Karber Trim

<u>Comments</u>:

  Dodecyl Sodium Sulfate demonstrated 48 hour acute toxicity to <u>Artemia</u>
  at 4.4 ppm.

  The control organisms appeared healthy, and were swimming normally.

12

HIGHLY CONFIDENTIAL                                                            NALCO_00009470

**United States Testing Company, Inc.**

Report #066234
Exxon Chemical

Standard Dispersant Toxicity versus <u>Artemia</u> sp

<u>Sample</u>:   COREXIT 9500

| Conc (ppm) | Dissolved Oxygen | pH | conductivity | salinity | alkalinity |
|------------|------------------|-----|--------------|----------|------------|
| 0 (ctrl) | 7.0 | 7.8 | 36,000 | 25 | 110 |

Initial Physical / Chemical Data

Notes:   Temperature was maintained at 22°C throughout the test.
D.O. as mg/L for mean between replicates, Conductivity as μmhos.
pH as standard units, Salinity as ppt.
Alkalinity as mg/L CaCO3.

<u>Comments</u>:

Initial chemical/physical parameter measurements were taken from the
batch of artificial sea salt water used in testing.  Monitoring of
test chambers is not possible when oil is present.  The oil clogs
probes, and coats membranes, making readings suspect.

13

HIGHLY CONFIDENTIAL

NALCO_00009471

**United States Testing Company, Inc.**

Report #066234
Exxon Chemical

SUMMARY OF PROCEDURES:  Acute Toxicity versus *Fundulus heteroclitus*
                        (killi fish), 96 hour LC50.

| | | |
|---|---|---|
| Reference | : | US EPA National Contingency Plan, 40 CFR Part 300 Subpart H, Appendix C. "Revised Standard Dispersant Effectiveness and Toxicity Tests" 1991. USTC Procedure PRO/EPA OIL TOX 121-1. |
| Sample ID, storage, and handling | : | Exxon Chemicals product COREXIT 9500; stored at room temperature (21°C), in original, sealed container. |
| Test type | : | Static non-renewal |
| Organism source | : | Aquatic Research Organisms (Hampton, NH) |
| Organism history | : | Field collected |
| Organism size | : | ≤ 40mm, uniform size |
| Temperature | : | 22 ± 2°C |
| Illumination | : | 16hr/8hr light/dark cycle, fluorescent, 50 to 100 foot-candles (lab ambient) |
| Test vessels | : | 4L polyethylene vessels, covered |
| Exposure volume | : | 3000 ml |
| Diluent | : | Artificial sea salts, 25ppt salinity |
| Replication | : | Minimum 5 fish per replicate 2 replicates per treatment |
| Concentrations | : | 5 (minimum) Dilution factor 0.5 |
| Aeration | : | Oil free air will be supplied at 100 ± 10 bubbles per minute through a glass pipet |
| Solvent | : | None required |
| Controls | : | Diluent only |

HIGHLY CONFIDENTIAL

NALCO_00009472

**United States Testing Company, Inc.**

Report #066234
Exxon Chemical

SUMMARY OF PROCEDURES:  Acute Toxicity versus _Fundulus_ _heteroclitus_
                        (killi fish), 96 hour LC50 continued

Controls         : Diluent only

Feeding regime   : None during test

Test duration    : 96 hours

Responses        : Mortality, behavior (lethargy, erratic swimming),
                   and physiology (discoloration), initially, and daily
                   thereafter.

Physical data    : Temperature, dissolved oxygen, pH, conductivity;
                   initially and daily.

Chemical data    : Initial alkalinity and hardness of diluent

Data analysis    : Spearman - Karber Method or Probit analysis when
                   possible, otherwise, graphical interpolation.

Acceptability    : >90% of control organisms must survive 48 hours.

Special comments: No chemical confirmation of nominal concentrations.

15

NALCO_00009473

Case 2:10-md-02179-CJB-DPC   Document 6541-27   Filed 05/18/12   Page 77 of 84

**United States Testing Company, Inc.**

Report #066234
Exxon Chemical

Standard Dispersant Toxicity versus <u>Fundulus</u> <u>heteroclitus</u>

<u>Sample</u>:  COREXIT 9500

## Screening Tests (12/7 - 11/93)

The following mortality data is from initial range finding screens.
The screens were performed on a wide range of test product
concentrations; from this data, an approximate range of toxicity was
determined.  The range of toxicity determined in the screen was then
bracketed in the definitive assay, in order to determine the $LC_{50}$.

|  | 96 hour Mortality vs. Concentration (ppm) | | | | | |
|---|---|---|---|---|---|---|
|  | 10,000 | 1,000 | 100 | 10 | 1.0 | 0 |
| COREXIT 9500 | 3/3 | 3/3 | 3/3 | 0/3 | 0/3 | 0/3 |
| COREXIT 9500 + #2 Fuel Oil | 3/3 | 3/3 | 0/3 | 0/3 | 0/3 | 0/3 |

16

HIGHLY CONFIDENTIAL

NALCO_00009474

Report #066234
Exxon Chemical

## United States Testing Company, Inc.

Standard Dispersant Toxicity versus <u>Fundulus heteroclitus</u>

<u>Sample</u>:  COREXIT 9500                      <u>Test Dates</u>:  2/9 - 13/94

| Conc. (ppm) | No Org. | Cumulative Mortality | | | | % Mortality |
|---|---|---|---|---|---|---|
| | | 24hr | 48hr | 72hr | 96hr | |
| 0 (ctrl) | 10 | 0 | 0 | 0 | 0 | 0 |
| 12.5 | 10 | 0 | 1 | 1 | 1 | 1 |
| 25 | 10 | 0 | 0 | 0 | 0 | 0 |
| 50 | 10 | 0 | 0 | 0 | 0 | 0 |
| 100 | 10 | 0 | 0 | 0 | 0 | 0 |
| 200 | 10 | 1 | 10 | 10 | 10 | 100 |

<u>Data Summary</u>:

```
24hr LC50 = >200 ppm (95% C.L. not applicable)
48hr LC50 =  140 ppm (95% C.L. not obtainable)
72hr LC50 =  140 ppm (95% C.L. not obtainable)
96hr LC50 =  140 ppm (95% C.L. not obtainable)
```

Statistical Method:  Graphical Interpolation

<u>Comments</u>:

COREXIT 9500 demonstrated acute toxicity to <u>Fundulus</u> at 140 ppm.  The
control organisms appeared healthy, and were swimming normally.

HIGHLY CONFIDENTIAL                                          NALCO_00009475

**United States Testing Company, Inc.**

Report #066234
Exxon Chemical

Standard Dispersant Toxicity versus <u>Fundulus</u> <u>heteroclitus</u>

<u>Sample</u>:   COREXIT 9500 + #2 Fuel Oil                <u>Test Dates</u>:   2/9 - 13/94

| Conc. (ppm) | No Org. | Cumulative Mortality | | | | % Mortality |
|---|---|---|---|---|---|---|
| | | 24hr | 48hr | 72hr | 96hr | |
| 0 (ctrl) | 10 | 0 | 0 | 0 | 0 | 0 |
| 31.25 | 10 | 0 | 1 | 1 | 1 | 10 |
| 62.5 | 10 | 0 | 0 | 1 | 1 | 10 |
| 125 | 10 | 3 | 6 | 7 | 7 | 70 |
| 250 | 10 | 10 | 10 | 10 | 10 | 100 |
| 500 | 10 | 10˙ | 10 | 10 | 10 | 100 |

<u>Data Summary</u>:

```
24hr LC50 = 143.6 ppm  (95% C.L. 117.5 - 175.5 ppm)
48hr LC50 = 116.6 ppm  (95% C.L.  94.1 - 144.6 ppm)
72hr LC50 = 102.1 ppm  (95% C.L.  79.5 - 131.3 ppm)
96hr LC50 = 102.1 ppm  (95% C.L.  79.5 - 131.3 ppm)
```

Statistical Method:  Spearman-Karber Trim

<u>Comments</u>:

COREXIT 9500, in the presence of US EPA #2 fuel oil, demonstrated 96hr acute toxicity to <u>Fundulus</u> at 104 ppm (1:10 sample to oil ratio).  The control organisms appeared healthy, and were swimming normally.

HIGHLY CONFIDENTIAL

NALCO_00009476

**United States Testing Company, Inc.**

Report #066234
Exxon Chemical

Standard Dispersant Toxicity versus <u>Fundulus</u> <u>héteroclitus</u>

<u>Sample</u>:  #2 Fuel Oil                                    <u>Test Dates</u>:  2/9 - 13/94

| Conc. (ppm) | No Org. | 24hr | 48hr | 72hr | 96hr | % Mortality |
|---|---|---|---|---|---|---|
| 0 (ctrl) | 10 | 0 | 0 | 0 | 0 | 0 |
| 625 | 10 | 0 | 0 | 0 | 0 | 0 |
| 1,250 | 10 | 0 | 0 | 2 | 2 | 20 |
| 2,500 | 10 | 0 | 3 | 7 | 10 | 100 |
| 5,000 | 10 | 4 | 8 | 10 | 10 | 100 |
| 10,000 | 10 | 5 | 10 | 10 | 10 | 100 |

(header spans: Cumulative Mortality over 24hr 48hr 72hr 96hr)

<u>Data Summary</u>:

```
24hr LC50 =  10,000   ppm (95% C.L. not obtainable)
48hr LC50 =   3,298.8 ppm (95% C.L. 2,526.6 - 4,306.9 ppm)
72hr LC50 =   1,894.6 ppm (95% C.L. 1,451.2 - 2,473.6 ppm)
96hr LC50 =   1,538.9 ppm (95% C.L. 1,291.4 - 1,833.9 ppm)
```

Statistical Method:  Spearman-Karber Trim

<u>Comments</u>:

US EPA #2 fuel oil demonstrated 96 hour acute toxicity to <u>Fundulus</u> at 1,539 ppm.  All organisms exposed to oil treatments greater than 625 ppm demonstrated adverse effects.  Exposed fish were observed to swim erratically, become discolored, and exhibit signs of torpor.

The control organisms appeared healthy, and were swimming normally.

HIGHLY CONFIDENTIAL

NALCO_00009477

Report #066234
Exxon Chemical

## United States Testing Company, Inc.

Standard Dispersant Toxicity versus <u>Fundulus heteroclitus</u>

<u>Sample</u>:  Dodecyl Sodium Sulfate                    <u>Test Dates</u>:  2/9 - 13/94

| Conc. (ppm) | No Org. | Cumulative Mortality | | | | % Mortality |
|---|---|---|---|---|---|---|
| | | 24hr | 48hr | 72hr | 96hr | |
| 0 (ctrl) | 10 | 0 | 0 | 0 | 0 | 0 |
| 0.625 | 10 | 0 | 0 | 0 | 0 | 0 |
| 1.25 | 10 | 0 | 0 | 0 | 0 | 00 |
| 2.5 | 10 | 0 | 1 | 1 | 1 | 10 |
| 5.0 | 10 | 10 | 10 | 10 | 10 | 100 |
| 10.0 | 10 | 10 | 10 | 10 | 10 | 100 |

<u>Data Summary</u>:

```
24hr LC50 = 3.5 ppm  (95% C.L. not obtainable)
48hr LC50 = 3.3 ppm  (95% C.L. 2.9 - 3.8)
72hr LC50 = 3.3 ppm  (95% C.L. 2.9 - 3.8)
96hr LC50 = 3.3 ppm  (95% C.L. 2.9 - 3.8)
```

Statistical Method:  Spearman-Karber Trim

<u>Comments</u>:

Dodecyl Sodium Sulfate demonstrated 96 hour acute toxicity to <u>Fundulus</u> at 3.3 ppm.

The control organisms appeared healthy, and were swimming normally.

HIGHLY CONFIDENTIAL                    NALCO_00009478

**United States Testing Company, Inc.**

Report #066234
Exxon Chemical

Standard Dispersant Toxicity versus _Fundulus_ _heteroclitus_

Sample: COREXIT 9500

| Conc (ppm) | Initial Physical / Chemical Data | | | | |
|---|---|---|---|---|---|
| | Dissolved Oxygen | pH | conductivity | salinity | alkalinity |
| 0 (ctrl) | 7.7 | 7.7 | 34,800 | 25 | 130 |

Notes:  Temperature was maintained at 22°C throughout the test.
        D.O. as mg/L for mean between replicates, Conductivity as $\mu$mhos.
        pH as standard units, Salinity as ppt.
        Alkalinity as mg/L CaCO3.

Comments:

   Initial chemical/physical parameter measurements were taken from the
   batch of artificial sea salt water used in testing.  Monitoring of
   test chambers is not possible when oil is present.  The oil clogs
   probes, and coats membranes, making readings suspect.

21

NALCO_00009479

**United States Testing Company, Inc.**

Report #066234
Exxon Chemical

Investigators and analysts for the Revised Standard Dispersant Toxicity
and Effectiveness study of Exxon Chemicals product COREXIT 9500:

_____
Daniel Cooke                    (Study Director)

_____
Michael Conlin                  (Analyst)

_____
Dennis Profaca                  (Analyst)

_____
Rey Rolon                       (Analyst)

22

NALCO_00009480

Report #: 066234

Client: [ ]n Chemical
Chemical: COREXIT 9500
Organism: Fundulus heteroclitus

$LC_{50}/EC_{50}$



Concentration
ppm

4 hr $LC_{50}$ = >200 ppm
8 hr $LC_{50}$ = 140 ppm
2 hr $LC_{50}$ = 140 ppm
6 hr $LC_{50}$ = 140 ppm

% Mortality

robability/Log Graph

HIGHLY CONFIDENTIAL

NALCO_00009481