# Exhibit F



Nalco Canada Co.
Safety, Health and Environment
1055 Truman Street
P.O. Box 5002
Burlington, Ontario
L7R 3Y9
905-632-8791 ext. 224
www.nalco.com

May 8, 2006

Leigh DeHaven
US EPA Headquarters – OEM
1200 Pennsylvania Ave., NW
Ariel Rios Building · North
Room 6450EE
Washington, DC 20460

Dear Ms. DeHaven:

Here is the information you requested for COREXIT EC9527A:

| Chemical Name | CAS # | Percentage by Wt | Category |
|---|---|---|---|
| POLYOXYETHYLENE (20) SORBITAN FATTY ACID ESTERS | 9005-65-6 | CONFIDENTIAL | Surface Active Agent |
| Water | 7732-18-5 | | Solvent |
| Butanedioic acid, sulfo-, 1,4-bis(2-ethylhexyl) ester, sodium salt | 577-11-7 | | Emulsifier |
| 2-Butoxyethanol | 111-76-2 | | Solvent |
| Polyoxyethylene (20) sorbitan trioleate | 9005-70-3 | | Emulsifier |
| Sorbitan monooleate | 1338-43-8 | | Surface Active Agent |
| Propylene Glycol | 57-55-6 | | Solvent? |

HIGHLY CONFIDENTIAL

NALCO_00009187

2- May 8, 2006

NALCO COMPANY

Here is the information you requested for COREXIT EC9500A:

| Chemical Name | CAS # | Percentage by Wt | Category |
|---|---|---|---|
| POLYOXYETHYLENE (20) SORBITAN FATTY ACID ESTERS | 9005-65-6 | CONFIDENTIAL | Surface Active Agent |
| Water | 7732-18-5 | | Solvent |
| Butanedioic acid, sulfo-, 1,4-bis(2-ethylhexyl) ester, sodium salt | 577-11-7 | | Emulsifier |
| Distillates, petroleum hydrotreated light | 64742-47-8 | | Solvent |
| Polyoxyethylene (20) sorbitan trioleate | 9005-70-3 | | Emulsifier |
| Sorbitan monooleate | 1338-43-8 | | Surface Active Agent |
| Propylene Glycol | 57-55-6 | | Solvent? |
| 2-Propanol, 1-(2-butoxy-1-methylethoxy)- | 29911-28-2 | | Solvent |
| Impurities | Not Known | | Impurity |

I wasn't sure what the Propylene Glycol's use is. It may be for anti-freeze or solvent. If you have any further questions, please contact me at 905-632-8791 ext. 224 or ewalpac@nalco.com.

Sincerely,

Elizabeth Walpac
Senior SHE Specialist
Nalco Canada Co.