IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig  * | MDL No. 2179 |
| "Deepwater Horizon" in the  * | |
| Gulf of Mexico, on April 20, 2010  * | SECTION:  J |
| * | |
| Applies to:  *All Cases in Pleading*  * | JUDGE BARBIER |
| *Bundle Section III.B(3).*  * | |
| * | MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * * * * * * * * | |

## ORDER

Considering the *Ex Parte* Motion To File Under Seal Exhibits D, E, F, H, N, P, R and W To Statement of Undisputed Material Facts in Support of Motion for Summary Judgment filed by Defendants Nalco Company, Nalco Holdings LLC, Nalco Finance Holdings LLC and Nalco Holding Company (the "Nalco Entities"):

**IT IS HEREBY ORDERED** that the Nalco Entities' motion is granted.

New Orleans, Louisiana, this __ day of _____, 2012

_____

UNITED STATES DISTRICT JUDGE