# EXHIBIT 2



# NRT-NRS

# The National Response System

**Scott Lundgren**
**US Coast Guard**

# Presentation Overview

- History and Authorities for Oil and Hazardous Materials Incident Response

- National Response System Components

- How the National Response System Works

- Area Contingency Plans, Vessel Response Plans, the OneGulf Plan

NRT–NRS

# History

- NCP first developed in 1968 in response to the massive oil spill from the oil tanker Torrey Canyon

- Provided the first comprehensive national system for oil spill reporting and response



The Torrey Canyon



# National Oil & Hazardous Substances Pollution Contingency Plan (NCP)

- NCP describes the national preparedness and response system for oil and hazardous materials
  - Includes chemical, biological, and radiological releases to the environment
  - Both accidental and intentional (including terrorist) releases
- NCP is a regulation found in 40 CFR 300 and administered by the EPA



NRT−NRS

# National Response Team (NRT)

- Comprised of the same 15 federal agencies as the RRTs

- Standing NRT:
  EPA Chair, USCG Vice Chair
  Incident Specific Chair by zone

- National-level planning, policy, and coordinating body

- Provides advice and assistance to the OSC and RRT during a response

- EPA
- USCG
- USDA
- DOC/NOAA
- DOD
- DOE
- HHS
- DOI
- DOJ
- DOL/OSHA
- DOS
- DOT
- GSA
- NRC
- FEMA



NRT–NRS

5

# NCP Authorities

- **Clean Water Act** as amended by the Oil Pollution Control Act (OPA 90) and earlier clean water legislation

- The **Comprehensive Environmental Response Compensation and Liability Act (CERCLA)**, a.k.a. "Superfund," including the Emergency Planning and Community Right-to-know Act (EPCRA) amendments



NRT–NRS

6

# About the National Response System (NRS)

- NRS is divided into local, regional, and national organizational levels

- Participants include federal, state, local, and private sector agencies and organizations, with interests in or responsibilities for oil and hazardous materials emergencies

- Federal agencies in the NRS provide on-site response capability at the local level



NRT-NRS

# Why Federal Involvement On-Scene?

- Incidents can exceed capability of states and locals
- Public demand for national environmental response policy



- Incidents and impacts could cross state and international borders
- Response could involve foreign parties and international commerce

NRT-NRS

8

# NRS Components

# Overview of Key NRS Components

- NRS comprised of...
  - Federal On-Scene Coordinators (OSCs)
  - 13 Regional Response Teams (RRTs)
  - National Response Team (NRT)
  - National Response Center (NRC)
  - Area Committees
  - State/Local Governments
  - Special Teams
  - Joint Response Teams with neighboring countries
  - Regulated Industry



NRT-NRS

10

# Federal On-Scene Coordinators (OSCs)

**USCG for coastal zone**
**&**
**EPA for inland zone**



- Coordinate all containment, removal, and disposal efforts/resources at the incident site
- Ensure proper notification
- Direct/coordinate, and/or provide technical assistance to response efforts at site
- Maintain decision-making authority
- Ensure access to information



NRT-NRS

11

# National Incident Management System (NIMS)

## Incident Command System



HCG042-0089836

# NCP SONS Definition

- NCP Language at 40 CFR 300.323 - Spills of national significance.

  - (a) [EPA Administrator or Commandant may declare]

  - (b) [EPA Administrator procedures to declare a SONS]

  - "(c) For a SONS in the coastal zone, the Commandant may name a National Incident Commander (NIC) who will assume the role of the OSC in communicating with affected parties and the public, and coordinating federal, state, local, and international resources at the national level.

    This strategic coordination will involve, as appropriate, the NRT, RRT(s), the Governor(s) of affected state(s), and the mayor(s) or other chief executive(s) of local government(s)."



# Spill of National Significance in NCP

- *Spill of National Significance* incorporated into National O&HS Pollution Contingency Plan following *Exxon Valdez*
- Rare catastrophic spill, beyond local/regional capability
- Requires joint national-regional-local management
- Coast Guard Commandant can declare a coastal SONS, and appoint a *National Incident Commander (NIC)*
- NIC assumes the strategic roles regarding
  – External Communication
  – National Resources Coordination
  – Political interface

NRT–NRS

HFC/049.000038

# Regional Response Teams (RRTs)



- 13 RRTs comprised of 15 Federal agencies plus State representatives

- Co-chaired by EPA and USCG

- Engage in planning and training activities year-round

- Coordinate decision making process for alternative cleanup operations

- Provide technical expertise and resources to the OSC during a response

Caribbean

Oceania

Alaska



NRT-NRS

15

HCG042-009939

# National Response Center (NRC)



- Receives all reports of releases involving oil and hazardous substances including, infrastructure security breaches, suspicious activities, and terrorist related events involving hazardous substances & oil that trigger federal notification requirements
  - **Approximately 30,000 incident notifications each year**
- Notifies Federal and State OSCs
- Notifies DHS/NOC & EPA/USCG Headquarters
- Preparedness role – supports NRS planning activities



16

# NRS Special Teams

**EPA** - Environmental Response Team (ERT)

**EPA** - Radiological Emergency Response Team (RERT)

**EPA** – National Counter Terrorism Evidence Response Team (NCERT)

**EPA** – National Decontamination Team





**USCG** - National Strike Force (NSF)

**USCG** - Public Information Assist Team (PIAT)



**OSHA** – Specialized Response Teams

**NOAA & EPA** - Scientific Support Coordinators (SSCs)

Navy **SUPSALV**

**Other teams**



# USCG Districts and Strike Teams



# NRS
# Notification & Decision Process

Incident Occurs

National Response Center

OSC

Natural Resource Trustees

Initial Assessment/First Response
Federal/State/Local/RP
Notification/Response Measures

Federal Assistance Required?

State/Local/RP Response

OSC  State[2]  RP
(Unified Command Structure, as developed by the Area Committee)

Special Teams[3]
NSF
ERT
RERT
SSC
NDT
OSHA Teams
NPFC
DRG
SUPSALV

National Response Team[3]   Regional Response Team[3]

1. Reports also shared with NOC to support situational awareness.
2. This includes local and Tribal representatives as well.
3. Resources available to support the OSC upon request.

NRT–NRS

19



# Regional Contingency Plans

- Developed by multi-agency RRTs

- Provide for effective regional response coordination

- Ensure clear roles & responsibilities

- Include information on government, commercial, academic, facilities, & resources in each region

- Follow NCP format

- Should be coordinated with Area Contingency Plans (ACPs) & LEPC plans

- Designates the boundary between the coastal & inland zones



NRT–NRS

21

HCG142-008945

# Area Contingency Plans (ACPs)

- Developed by Area Committees led by Federal OSCs
- Provides for effective response coordination for worst case discharges

## ACP Contents

| | |
|---|---|
| –The area covered by the plan<br><br>–Responsibilities of public and private entities<br><br>–Procedures for obtaining an expedited decision regarding the use of dispersants | –How the plan is integrated into other ACPs and response plans<br><br>–A fish and wildlife and sensitive environments plan<br><br>–Booming strategies<br><br>–Equipment available |



22



# Tank Vessel Response Plans

33 CFR 155 Required Elements:

- Notifications
- Qualified Individual, Spill Management Team,
- Salvage, Firefighting, Emergency Lightering
- Oil Spill Response Organizations contracts based upon tiers of response scales and times (AMPD, MMPD and WCD)
- Consistency with the Area Contingency plan
- Training, Drills and Exercises



NRT~NRS

24

# Nontank Vessel Response Plans

- Coast Guard and Maritime Transportation Act of 2004
- Amended sections 311(a) and (j) of FWPCA
- Required CG to issue regulations requiring owner or operator of a nontank vessel to prepare and submit to the Coast Guard a plan for responding, to the maximum extent practicable, to a worst case discharge, and to a substantial threat of such a discharge, of oil.
- Section 701(c) of the CGMTA 2004 required that these response plans be prepared and submitted to the CG no later than one year after the date of enactment of the 2004 Act.
- Guidance via Navigation and Vessel Inspection Circular (NVIC), Enforcement
- Notice of Proposed Rulemaking for NTVRP: August 31, 2009



25

# Deepwater Horizon NTVRP

- For the purposes of developing VRPs, MODUs are classified as nontank vessels.

- The *Deepwater Horizon* was required to maintain its own VRP, which is separate from the Oil Spill Response Plan maintained by BP for its Gulf Coast drilling operations.

- *Deepwater Horizon's* VRP was most recently approved by the Coast Guard in 2009.



26

One Gulf Plan

Savannah Cotp Zone

Jacksonville Cotp Zone

Miami Cotp Zone

Key West Cotp Zone

Tampa Cotp Zone

Mobile Cotp Zone

Lower Mississippi Cotp Zone

New Orleans Cotp Zone

Morgan City Cotp Zone

Port Arthur Cotp Zone

Houston-Galveston Cotp Zone

Corpus Christi Cotp Zone

# What is the One Plan?

- Common portions of Area Contingency Plans (ACPs) adopted by several Area Committees & known as: Base Plan

- Area Specific Plan information – (Geographic Response Plans) submitted for participating Gulf Coast FOSC/COTP Zones

NRT-NRS

# One Plan Historical Timeline

- Concept introduced at Clean Gulf 1999

- Planners from three FOSC zones & TGLO held development meetings

- MSO Port Arthur wrote base plan, which was finalized March 2001

NRT-NRS

HFGD02-000963



# Benefits of One-Gulf Plan

- More useful ACP by separating plan along the lines of planning & response

- Reduces production time & eliminates duplication of effort

- Coordination across AC boundaries creating regional consistency

- Benefit to vessel, pipeline and OCS plan-holders as well as the responder community

- Allows unit planners to focus their time on most important parts of ACP: sensitive sites & resources

- ICS format supports responders ICS position

- In short: A better plan with less work





# Questions?

